IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, | § | Case No. 20-33948 (MI) |
| Debtor. | § | |
| Tax I.D. No.  46-1326778 | § | |
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY INC., | § | Case No. 20-33949 (MI) |
| Debtor. | § | |
| Tax I.D. No.  46-1694991 | § | |
| In re: | § | Chapter 11 |
| FIELDWOOD ONSHORE LLC, | § | Case No. 20-33951 (MI) |
| Debtor. | § | |
| Tax I.D. No.  47-0953489 | § | |
| In re: | § | Chapter 11 |
| FIELDWOOD SD OFFSHORE LLC, | § | Case No. 20-33952 (MI) |
| Debtor. | § | |
| Tax I.D. No.  11-3758786 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY OFFSHORE LLC, | § | Case No. 20-33950 (MI) |
| Debtor. | § | |
| Tax I.D. No. 26-1084494 | § | |
| In re: | § | Chapter 11 |
| FIELDWOOD OFFSHORE LLC, | § | Case No. 20-33961 (MI) |
| Debtor. | § | |
| Tax I.D. No. 35-2492930 | § | |
| In re: | § | Chapter 11 |
| GOM SHELF LLC, | § | Case No. 20-33954 (MI) |
| Debtor. | § | |
| Tax I.D. No. 76-0648107 | § | |
| In re: | § | Chapter 11 |
| FW GOM PIPELINE, INC., | § | Case No. 20-33953 (MI) |
| Debtor. | § | |
| Tax I.D. No. 38-3718440 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| GALVESTON BAY PIPELINE LLC, | § | Case No. 20-33959 (MI) |
| Debtor. | § | |
| Tax I.D. No. 76-0595703 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| GALVESTON BAY PROCESSING LLC, | § | Case No. 20-33960 (MI) |
| Debtor. | § | |
| Tax I.D. No. 76-0570422 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY SP LLC, | § | Case No. 20-33958 (MI) |
| Debtor. | § | |
| Tax I.D. No. 16-1671971 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| DYNAMIC OFFSHORE RESOURCES NS, LLC, | § | Case No. 20-33947 (MI) |
| Debtor. | § | |
| Tax I.D. No. 35-2190158 | § | |

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **BANDON OIL AND GAS, LP,** | § | Case No. 20-33956 (MI) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  20-4839266 | § | |

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **BANDON OIL AND GAS GP, LLC,** | § | Case No. 20-33955 (MI) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  20-4839172 | § | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND BANKRUPTCY LOCAL RULE 1015-1

Upon the motion, dated August 4, 2020 (the "**Motion**")[1] of Fieldwood Energy LLC and its affiliated debtors in the above captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order directing joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, all as more fully set forth in the Motion; and upon consideration of the Dane Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Dane Declaration.

4

and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-33948 (MI). Additionally, the following checked items are ordered:

> ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.
>
> ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.
>
> ☒ Other: See below.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors or the Debtors' estates. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § |  |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

3. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Fieldwood Energy LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fieldwood Energy LLC, *et al.*  The docket in Case No. 20-33948 (MI) should be consulted for all matters affecting this case.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. A separate claims registry shall be maintained for each Debtor.

7. The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out receipts and disbursements on a debtor-by-debtor basis.

8. The Debtors are authorized to take all actions necessary or appropriate to carry out this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Houston, Texas

                                        UNITED STATES BANKRUPTCY JUDGE