IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## ORDER GRANTING
## COMPLEX CHAPTER 11 CASE TREATMENT

These jointly administered chapter 11 cases were filed commencing on August 3, 2020, by the above-captioned debtors and debtors in possession (collectively the "**Debtors**"). A Notice of Designation as Complex Chapter 11 Cases was filed. Based on its review of the initial pleadings, the Court concludes that the complex chapter 11 case designation is appropriate.

**IT IS HEREBY ORDERED THAT**

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these chapter 11 cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. The Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**") apply to these chapter 11 cases, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) does not apply.

    b. Local District Court Civil Rule 83.1 applies.

    c. Appendix A to the Local Rules of the District Court applies.

    d. If a conflict exists between the Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Dated: _____, 2020
       Houston, Texas

                                      UNITED STATES BANKRUPTCY JUDGE