**Exhibit C**

**List of Insurance Programs**

| Type of Coverage | Underwriter Name | Policy No. | Policy Term |
|---|---|---|---|
| **Named Windstorm & Operational Risk Program** | | | |
| Named Windstorm & Operational Risk | AIG OIL Rig, Alliance Global Corporate and Specialty SE, Hamilton Insurance DAC, Houston Casualty Company (UK Branch), Kersey Specialty Limited, and Lloyd's Syndicates & Companies | *See policy numbers below* | *See policy terms below* |
| *Named Windstorm and Operational Risk* | AIG OIL Rig, Alliance Global Corporate and Specialty SE, Hamilton Insurance DAC, Houston Casualty Company (UK Branch), Kersey Specialty Limited, and Lloyd's Syndicates & Companies | B0831EN0002521 | 06/01/2020 through 05/31/2021 |
| *First Wind Layer* | Alliance Global Corporate and Specialty SE, Houston Casualty Company (UK Branch), and Lloyd's Syndicates & Companies | B0831EN000320 | 06/01/2020 through 05/31/2021 |
| *First Wind Layer – AIG OIL Rig* | AIG OIL Rig | OR-2020-540 | 06/01/2020 through 05/31/2021 |
| *First Wind Layer - QBE* | Lloyd's Syndicates & Companies | B0831EN0006420 | 06/01/2020 through 05/31/2021 |
| *Kersey Hybrid Layer* | Kersey Specialty Limited | B0831EN0015020 | 06/01/2020 through 05/31/2021 |
| *Wind Carve Out Layer – Swiss Re* | Swiss Re International SE UK Branch | B0831EN0013920 | 06/01/2020 through 05/31/2021 |
| *Wind Carve Out Layer - NOA* | Lloyd's Syndicates & Companies | B0831EN000620 | 06/01/2020 through 05/31/2021 |
| *Third Wind Layer* | Alliance Global Corporate and Specialty SE, Berkley Offshore Underwriting, Hamilton Insurance DAC, Swiss Re International, and Lloyd's Syndicates & Companies | B0381EN0000620 | 06/01/2020 through 05/31/2021 |
| *Third Wind Layer - AXAL* | Lloyd's Syndicates & Companies | B0831EN0000720 | 06/01/2020 through 05/31/2021 |

| Type of Coverage | Underwriter Name | Policy No. | Policy Term |
|---|---|---|---|
| *Third Wind Layer – AIG OIL Rig* | AIG OIL Rig | OR-2020-541 | 06/01/2020 through 05/31/2021 |
| **Casualty Insurance Programs** | | | |
| Workers' Compensation / Employers' Liability Insurance | Zurich American Insurance Company of Illinois | WC0173807-06 | 07/01/2020 through 06/30/2021 |
| Automobile Liability | Zurich American Insurance Company | BAP0173806-06 | 07/01/2020 through 06/30/2021 |
| Non-Owned Aircraft Liability | Starr Indemnity & Liability Company | 1000237603-03 | 07/01/2020 through 06/30/2021 |
| General Liability (Commercial General Liability, Vessel Charterers' Liability, Maritime Employers' Liability) | Markel International Insurance Company Limited | AU2000039 | 07/01/2020 through 06/30/2021 |
| Umbrella & Excess Liabilities | American International Group UK Ltd., Apollo Marine & Energy Consortium, Arch Insurance International, Convex Insurance UK Limited, Ironshore, Liberty Specialty Markets, Markel International Insurance Company Limited, Markel International Insurance Company Limited, OIL Casualty Company, and Lloyd's Syndicates & Companies | *See policy numbers below* | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - Layer 1* | Markel International Insurance Company Limited | AU19000040 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - Layer 2* | Markel International Insurance Company Limited and Lloyd's Syndicates & Companies | AU19000455 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - Layer 3* | Apollo Syndicate Management and Lloyd's Syndicates & Companies | B0507AU2000042 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - Layer 4* | Arch Insurance International, Markel Insurance International Limited, Ironshore, and Lloyd's Syndicates & Companies | B0507AU2000043 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - Layer 5* | Convex Insurance UK Limited, Liberty Specialty Markets, Markel International Limited, and Lloyd's Syndicates & Companies | B0507AU20000434 | 07/01/2020 through 06/30/2021 |

| Type of Coverage | Underwriter Name | Policy No. | Policy Term |
|---|---|---|---|
| *Umbrella & Excess Liabilities - Layer 6* | OIL Casualty Company | U920362-0713 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - NS 1* | Lloyd's Syndicates & Companies (including Starstone) | B057AU2000340 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - NS 2* | Apollo Marine & Energy Consortium, Convex Insurance UK Limited, and Lloyd's Syndicates & Companies | B0507AU19000340 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - NS 3* | American International Group UK Ltd. and Lloyd's Syndicates & Companies | B0507AU2000342 | 07/01/2020 through 06/30/2021 |
| *Umbrella & Excess Liabilities - NS 4* | Lloyd's Syndicates & Companies | B0507AU200461 | 07/01/2020 through 06/30/2021 |
| Oil Spill Financial Responsibility | Lloyd's Syndicates & Companies | B0507AU2000045 | 07/01/2020 through 06/30/2021 |
| **Management and D&O Liability** | | | |
| Commercial Crime Insurance | Great American Insurance Group | SAA E482906 01 01 | 07/01/2020 through 09/30/2020 |
| Directors & Officers Liability: *Layer 1 - Including Employment Practices Liability and Fiduciary Liability* | SOMPO International | BLP3001112000 | 06/01/2019 through 06/30/2021 |
| Directors & Officers Liability: *Layer 2* | Starr Indemnity & Liability Company | 1000621748191 | 06/01/2019 through 06/30/2021 |
| Directors & Officers Liability: *Layer 3* | Chubb Limited | G71530644001 | 06/01/2019 through 06/30/2021 |
| Directors & Officers Liability: *Layer 4* | XL Specialty Insurance Company | ELU161573-19 | 06/01/2019 through 06/30/2021 |
| Directors & Officers Liability: *Layer 5* | Arch Insurance Company | PCX-1000069-00 | 07/01/2020 through 06/31/2021 |
| Directors & Officers Liability: *Layer 6* | Old Republic Insurance Company | ORPRO42584 | 06/01/2019 through 06/30/2021 |

| Type of Coverage | Underwriter Name | Policy No. | Policy Term |
|---|---|---|---|
| Directors & Officers Liability: *Layer 7* | Berkshire Hathaway Specialty Insurance Company | 47-EMC-307905-01 | 06/01/2019 through 06/30/2021 |
| Kidnap & Ransom Insurance | U.S. Specialty Insurance Company | U718-86135 | 12/18/2018 through 12/17/2021 |
| **General Insurance Policies** | | | |
| Cyber Risk | Lloyd's Syndicates and Companies | EN0002920 | 06/01/20120 through 05/31/2021 |
| Office Contents & Equipment | Travelers Lloyd's Insurance Company | QT6308J923239-TLC-19 | 09/30/2019 through 09/29/2020 |