**Exhibit C**

**Diagram of Cash Management System**

