IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § § | CASE NO. 20-33948 |
| DEBTORS[1]. | § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **HALLIBURTON ENERGY SERVICES, INC.** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein.  All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail:  jcarruth@wkpz.com

Dated:  August 4, 2020          Respectfully submitted:

                                            WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                            By:  */s/ Jeff Carruth*
                                            JEFF CARRUTH (TX SBN:. 24001846)
                                            Eleven Greenway Plaza, Suite 1400
                                            Houston, TX 77046
                                            Telephone: (713) 341-1158
                                            Fax: (866) 666-5322
                                            E-mail:  jcarruth@wkpz.com

                                            ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.