IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al* | § | Case No. 20-33948 |
| | § | |
| Debtors. | § | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for **Tetra Applied Technologies, Inc.** pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure, the attorney below requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Zachary S. McKay
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
Tel: (281) 829-1555
Fax: (281) 200-0751
E-mail: ZMcKay@dorelaw.com
State Bar No. 24073600

Respectfully submitted,

**DORÉ ROTHBERG MCKAY, P.C.**

By: <u>*/s/ Zachary S. McKay*</u>
Zachary S. McKay
State Bar No. 24073600
17171 Park Row, Suite 160
Houston, Texas 77084
(281) 829-1555
(281) 200-0751 Fax
MBartlett@dorelaw.com
ZMcKay@dorelaw.com

*Attorneys for Tetra Applied Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

<u>*/s/ Zachary S. McKay*</u>
Zachary S. McKay