UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 11 |
| FIELDWOOD ENERGY LLC, *et al.* | § § | Case No. 20-33948(MI) |
| DEBTORS[1]. | § § § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(A) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(A) AND 9007**

SBM Gulf Production, LLC requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

Kenneth P Green
SNOW SPENCE GREEN LLP
P. O. Box 549
Hockley, TX  77447
Telephone:  (713) 335-4800
Direct:  (713) 335-4832
Telecopier:  (713) 335-4848
Email:  kgreen@snowspencelaw.com

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Please take further notice that the foregoing request for notice and service of papers is not a submission by SBM Gulf Production, LLC to the jurisdiction of the Bankruptcy Court nor a waiver of any of its respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered only after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which it is, or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: August 4, 2020

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By:  /s/ Kenneth P. Green
Kenneth P. Green
Texas Bar No. 24036677
Federal ID No. 613362
kgreen@snowspencelaw.com
P. O. Box 549
Hockley, Texas 77447
Telephone: (713) 335-4800
Facsimile: (713) 335-7878

**ATTORNEY FOR SBM GULF PRODUCTION, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2020, a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

                                          */s/ Kenneth P. Green*
                                          Kenneth P. Green