## Exhibit C

## Initial Budget



# FIELDWOOD ENERGY

## *13-Week DIP Budget Forecast*

August 1, 2020

# 13-Week Forecast (as of 8/1/2020)

| Week: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dates: | 8/03 - 8/07 | 8/10 - 8/14 | 8/17 - 8/21 | 8/24 - 8/28 | 8/31 - 9/04 | 9/07 - 9/11 | 9/14 - 9/18 | 9/21 - 9/25 | 9/28 - 10/02 | 10/05 - 10/09 | 10/12 - 10/16 | 10/19 - 10/23 | 10/26 - 10/30 |
| **Beginning Cash Balance** | 135,138 | 124,966 | 111,234 | 110,662 | 86,207 | 52,006 | 34,835 | 21,906 | 63,685 | 41,226 | 27,803 | 9,273 | 41,347 |
| Gross Oil | – | – | 41,632 | – | – | – | – | 48,452 | – | – | – | 50,506 | – |
| Gross Gas | – | – | – | 4,981 | – | – | – | 6,371 | – | – | – | – | 6,740 |
| Gross NGL | 296 | 296 | 296 | 296 | 307 | 307 | 307 | 307 | 261 | 261 | 261 | 261 | 261 |
| 3rd Party Revenue Receipts/SP 49 Pipeline | 50 | 50 | 50 | 50 | 65 | 65 | 65 | 65 | 75 | 75 | 75 | 75 | 75 |
| **Oil and Gas Revenue** | 346 | 346 | 41,978 | 5,327 | 372 | 372 | 372 | 55,196 | 336 | 336 | 336 | 50,842 | 7,075 |
| Royalty Payments (Federal and State) | (25) | (25) | (25) | (25) | (4,877) | (36) | (36) | (36) | (7,147) | (38) | (38) | (38) | (7,484) |
| 3rd Party Payments | – | – | – | (656) | – | – | – | (1,511) | – | – | – | (1,794) | – |
| **Net Revenue From Operations** | 321 | 321 | 41,953 | 4,646 | (4,504) | 336 | 336 | 53,648 | (6,811) | 298 | 298 | 49,010 | (409) |
| Pre-Petition Cash Expenses (AP & Wires) | (13,701) | (11,498) | (29,982) | (29,577) | (28,053) | (13,746) | (6,281) | (8,764) | (4,871) | (3,858) | (3,631) | (3,297) | (2,767) |
| Post-Petition Cash Expenses (AP & Wires) | (1,101) | (4,422) | (1,955) | (958) | (1,939) | (5,283) | (2,292) | (1,558) | (7,033) | (9,462) | (9,462) | (6,162) | (6,962) |
| **Cash From Operations** | (14,481) | (15,599) | 10,016 | (25,889) | (34,496) | (18,693) | (8,238) | 43,326 | (18,715) | (13,022) | (12,795) | 39,551 | (10,138) |
| Hedge Settlements Gain (Loss) | 2,495 | – | – | – | – | – | – | – | – | – | – | – | – |
| Isabela (BP Receipts) | – | – | – | 841 | – | – | – | 840 | – | – | – | 890 | – |
| Trust A Payments | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Interest Rate Hedge / Facility Fee | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Insurance Premiums/Refunds and Bonds | (1,508) | – | (7,007) | (4) | (41) | – | – | (641) | – | – | – | (169) | – |
| DB Fees (Letters of Credit) | (760) | – | – | – | – | – | – | – | – | (760) | – | – | – |
| Bond Fees (Apache Related) | – | – | (1,313) | – | – | – | – | – | – | – | (1,271) | – | – |
| Monthly Payroll/401(k) | (3,046) | – | (3,000) | – | (3,000) | – | (3,000) | – | (3,000) | – | (3,000) | – | (3,750) |
| G&A other than Payroll | (225) | (225) | (225) | (993) | (225) | (225) | (225) | (993) | (225) | (225) | (225) | (225) | (768) |
| Transportation | (500) | (1,200) | (600) | (1,700) | (500) | (1,200) | (600) | (1,700) | (500) | (1,200) | (600) | (1,100) | (600) |
| SBM Payments | – | – | – | – | – | – | – | – | – | – | – | (2,750) | – |
| Gulfstar Payments | – | – | – | – | – | – | – | – | – | (1,333) | (1,333) | (1,333) | – |
| Deepwater Drillship | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Katmai Facilities Cash Calls | 2,240 | – | – | – | 2,546 | – | – | – | – | 2,423 | – | – | – |
| Katmai Facilities Payments | – | – | – | – | – | – | – | – | – | – | (1,188) | (1,188) | (1,188) |
| Non-Recurring Items | 2,321 | – | (1,400) | – | (494) | – | – | – | (494) | – | – | – | – |
| HSE Fees (BSEE Inspections) | – | – | – | – | – | – | (1,813) | – | – | – | – | – | – |
| SP 49 LLC Distributions | – | – | (335) | – | – | – | – | – | (500) | – | – | – | – |
| Professional Fees | – | – | – | – | – | – | (2,000) | (2,000) | – | – | – | (4,000) | – |
| DW Cash Calls | – | – | – | – | – | – | – | – | – | – | – | – | – |
| Accounts Receivable (JIBs) | 3,286 | 3,286 | 3,286 | 3,286 | 2,945 | 2,945 | 2,945 | 2,945 | 1,881 | 1,881 | 1,881 | 1,881 | 1,881 |
| **Net Cash Flow** | (10,178) | (13,738) | (578) | (24,459) | (33,266) | (17,173) | (12,930) | 41,776 | (21,553) | (13,425) | (18,531) | 32,073 | (14,563) |
| Interest Income | 6 | 6 | 5 | 5 | 4 | 2 | 1 | 2 | 3 | 2 | 1 | 1 | 2 |
| **Ending Cash Balance (Before Debt Interest)** | 124,966 | 111,234 | 110,662 | 86,207 | 52,945 | 34,835 | 21,906 | 63,685 | 42,135 | 27,803 | 9,273 | 41,347 | 26,786 |
| DIP Interest | – | – | – | – | (164) | – | – | – | (158) | – | – | – | (164) |
| **Ending Cash Balance (After DIP Interest)** | 124,966 | 111,234 | 110,662 | 86,207 | 52,782 | 34,835 | 21,906 | 63,685 | 41,976 | 27,803 | 9,273 | 41,347 | 26,622 |
| FLFO Interest | – | – | – | – | (776) | – | – | – | (751) | – | – | – | (776) |
| **Ending Cash Balance (After DIP + FLFO Interest)** | 124,966 | 111,234 | 110,662 | 86,207 | 52,006 | 34,835 | 21,906 | 63,685 | 41,226 | 27,803 | 9,273 | 41,347 | 25,846 |
| Net Operating Disbursements | ($20,841) | ($17,345) | ($44,417) | ($33,233) | ($33,758) | ($20,454) | ($14,211) | ($13,657) | ($16,129) | ($18,025) | ($20,709) | ($16,223) | ($16,034) |

Note: Assumes Strip Pricing as of 7/31/2020; production and operational activity consistent with latest '20 Plan assumptions; forecast includes legal and professional fees
Non-Recurring Items related to one-off seismic payments, equipment lease/amortization payments, one-off non-op JIB payments and a pipeline tariff settlement receipt
Non-Recurring Items includes initial draw and associated fees under DIP Facility in Week 1
Forecast does not include additional draws that may be required per the terms of the DIP Facility

