IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") and Davis Polk & Wardwell LLP ("Davis Polk") appear as counsel for the ad hoc group of secured lenders formed by those holders of secured loans to the Debtors (the "Ad Hoc Group of Secured Lenders"), in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| HAYNES AND BOONE, LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Charles A. Beckham, Jr. | Damian S. Schaible |
| Martha Wyrick | Natasha Tsiouris |
| 1221 McKinney Street, Suite 4000 | Joshua Y. Sturm |
| Houston, TX 77010 | Michael P. Pera |
| Telephone.: (713) 547-2000 | 450 Lexington Avenue |
| Facsimile.: (713) 547-2600 | New York, NY 10017 |
| Email: charles.beckham@haynesboone.com | Telephone: (212) 450-4000 |
| Email: martha.wyrick@haynesboone.com | Facsimile: (212) 701-5800 |
| | Email: damian.schaible@davispolk.com |
| | Email: natasha.tsiouris@davispolk.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

|  | Email: joshua.sturm@davispolk.com <br> Email: michael.pera@davispolk.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Ad Hoc Group of Secured Lenders to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  August 4, 2020

Respectfully submitted,

By: */s/ Charles A. Beckham, Jr.*

| | |
|---|---|
| Charles A. Beckham, Jr. | Damian S. Schaible (*pro hac vice* pending) |
| Texas State Bar No. 02016600 | Natasha Tsiouris (*pro hac vice* pending) |
| Martha Wyrick | Joshua Y. Sturm (*pro hac vice* pending) |
| Texas State Bar No. 24101606 | Michael P. Pera (*pro hac vice* pending) |
| **HAYNES AND BOONE, LLP** | **DAVIS POLK & WARDWELL LLP** |
| 1221 McKinney Street, Suite 4000 | 450 Lexington Avenue |
| Houston, Texas 77010 | New York, NY 10017 |
| Telephone.: (713) 547-2000 | Telephone: (212) 450-4000 |
| Facsimile: (713) 547-2600 | Facsimile: (212) 701-5800 |
| Email: charles.beckham@haynesboone.com | Email: damian.schaible@davispolk.com |
| Email: martha.wyrick@haynesboone.com | Email: natasha.tsiouris@davispolk.com |
| | Email:  joshua.sturm@davispolk.com |
| | Email: michael.pera@davispolk.com |
| **COUNSEL FOR THE AD HOC GROUP OF SECURED LENDERS** | **COUNSEL FOR THE AD HOC GROUP OF SECURED LENDERS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on August 4, 2020.

                                                   */s/ Charles A. Beckham, Jr.*
                                                 Charles A. Beckham, Jr.