UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Damian S. Schaible<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>New York, 4086864 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders | |
|---|---|
| Dated: August 4, 2020 | Signed: /s/ Damian S. Schaible |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____　　Signed: _____
　　　　　　　　　　　　　　　Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　United States Bankruptcy Judge