IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIELDWOOD ENERGY, LLC., *et al.*,[1] | ) ) | Case No. 20-33948 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that the undersigned counsel represents Goldman Sachs Bank USA, solely with respect to the Specialty Lending Group within the Merchant Banking Division of Goldman Sachs, as administrative agent under Debtors' prepetition first out credit facility (the "***Prepetition FLFO Agent***"), in the above referenced cases, and hereby files this *Notice of Appearance and Request for Service and Notice* (this "***Notice of Appearance***") pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Federal Rules***"), and the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "***Local Rules***"), and requests that copies of all notices and pleadings given or required to be given in these cases be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

US 7299404

> William L. Wallander
> Bradley R. Foxman
> Matthew J. Pyeatt
> **VINSON & ELKINS LLP**
> Trammel Crow Center
> 2001 Ross Avenue, Suite 3900
> Dallas, Texas 75201
> Tel: (214) 220-7700
> Fax: (214) 220-7716
> bwallander@velaw.com; bfoxman@velaw.com;
> mpyeatt @velaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned request includes not only the notices and papers referred to in the Bankruptcy Rules, Local Rules, and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the Prepetition FLFO Agent does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserve such rights, including (i) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (ii) the right to have final orders in non-core matters entered only with *de novo* review by the United States District Court for the Southern District of

US 7299404

Texas (the "*District Court*"), and (iii) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in these cases.

US 7299404

Dated: August 4, 2020                      Respectfully submitted,

*/s/ William L. Wallander*
William L. Wallander (Texas Bar No. 20780750)
Bradley R. Foxman (Texas Bar No. 24065243)
Matthew J. Pyeatt (Texas Bar No. 09355050)
**VINSON & ELKINS LLP**
Trammel Crow Center
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
bwallander@velaw.com; mpyeatt@velaw.com;
mstruble@velaw.com

**COUNSEL FOR THE PREPETITION FLFO AGENT**

## **CERTIFICATE OF SERVICE**

      I certify that on August 4, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Matthew J. Pyeatt*
                                           One of Counsel