**Exhibit B**

Fieldwood Organizational Chart

# Fieldwood Energy Organization Chart – Debt Overlay



Case 20-33948 Document 231 Filed in TXSB on 08/04/20 Page 206 of 226