| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of  CA(inactive), DC, NJ, & NY  :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Serajul F. Ali<br>U.S. Dept. of Justice<br>P.O. Box 875-Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-0488<br>DC:  #478505 |
|---|---|

Seeks to appear as the attorney for this party:

| U.S. Dept. of the Interior |
|---|
| Dated: 8/4/20   Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:   Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
United States Bankruptcy Judge