UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Connecticut_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kathleen LaManna<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>(860) 251-5000<br>CT, 16740 |

Seeks to appear as the attorney for this party:

Cantor Fitzgerald Securities, as administrative agent and collateral agent for the Debtor-in-Possession Term Loan

Dated: August 4, 2020          Signed: /s/ Kathleen LaManna _____

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge