IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SET FOR EMERGENCY
HEARING ON AUGUST 4, 2020 AT 2:00 P.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Emergency Hearing on August 4, 2020 at 2:00 p.m. (CST) before the Honorable Marvin Isgur.

1. **Emergency Application of Debtors (I) Authorizing Debtors' Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief (ECF No. 22)**

    Status: This matter is going forward.

    Related Documents:

    A. Declaration of John-Paul Hanson in Support of Motion (ECF No. 23)

    B. Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    C. Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

2. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and the Surety Bond Program, and (B) Pay Certain**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

**Obligations with Respect thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief (ECF No. 4)**

    Status:    This matter is going forward.

    Related Documents:

    A.    Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.    Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

3. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief (ECF No. 7)**

    Status:    This matter is going forward.

    Related Documents:

    A.    Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.    Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

4. **Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief (ECF No. 6)**

    Status:    This matter is going forward.

    Related Documents:

    A.    Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.    Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

5. **Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments, and (II) Granting Related Relief (ECF No. 5)**

    Status:     This matter is going forward.

    Related Documents:

    A.   Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.   Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

6. **Emergency Motion of Debtors for an Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employment and Training Expenses, and (II) Granting Related (ECF No. 13)**

    Status:     This matter is going forward.

    Related Documents:

    A.   Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.   Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

7. **Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (ECF No. 11)**

    Status:     This matter is going forward.

    Related Documents:

    A.   Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

    B.   Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

8. **Emergency Motion of Debtors for an Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (II) Authorizing Debtors to Redact Certain Personal Identification Information of Employees (ECF No. 9)**

      Status:      This matter is going forward.

      Related Documents:

      A.      Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

      B.      Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

9. **Emergency Motion of Debtors for an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Reports (ECF No. 10)**

      Status:      This matter is going forward.

      Related Documents:

      A.      Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

      B.      Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

10. **Emergency Motion of Debtors for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions (ECF No. 8)**

      Status:      This matter is going forward.

      Related Documents:

      A.      Declaration of Mike Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief (ECF No. 29)

      B.      Debtors' Witness and Exhibit List for First Day Hearing on August 4, 2020 (ECF No. 31)

Dated: August 4, 2020
Houston, Texas

Respectfully submitted,

 */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Jessica Liou (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
             Jessica.Liou@weil.com


*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on August 4, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

                                                        */s/ Alfredo R. Pérez*
                                                        Alfredo R. Pérez