IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND PAPERS

Please take notice that the undersigned are counsel for Apache Corporation and certain of its affiliates as predecessors in interest to certain of the above-captioned debtors and debtors-in-possession's Shelf Assets[2] in the above-referenced cases and a party to a restructuring support agreement with the debtors and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

> Robin Russell
> Timothy A. ("Tad") Davidson II
> Catherine A. Diktaban
> **HUNTON ANDREWS KURTH LLP**
> 600 Travis Street, Suite 4200
> Houston, Texas 77002

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] The term Shelf Assets shall have the meaning ascribed to it in the Debtors' *Declaration of Michael Dane in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 29].

|||
|---|---|
| Telephone: | (713) 220-4200 |
| Facsimile: | (713) 220-4285 |
| Email: | rrussell@HuntonAK.com |
| | taddavidson@HuntonAK.com |
| | cdiktaban@HuntonAK.com |

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Dated: August 4, 2020       Respectfully submitted,

*/s/  Robin Russell*
Robin Russell (TX Bar No. 17424001)
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Catherine A. Diktaban (TX Bar No. 24109810)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone:   (713) 220-4200
Facsimile:    (713) 220-4285
E-mail:         rrussell@huntonak.com
                   taddavidson@huntonak.com
                   cdiktaban@huntonak.com

*Counsel for Apache Corporation*

**CERTIFICATE OF SERVICE**

I certify that on August 4, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Robin Russell*
Robin Russell