UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIELDWOOD ENERGY | § | Case No. 20-33948 |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance on behalf of Liberty Mutual Insurance Company and The Hanover Insurance Company and requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served  in this case, and any cases consolidated herewith be given to and served upon:

>Brandon K. Bains
>LANGLEY LLP
>P.O. Box 94075
>Southlake, TX  76092
>Telephone (214) 722-7171
>bbains@l-llp.com

DATED:       August 4, 2020            Respectfully submitted,

>LANGLEY LLP
>
>/s/ Brandon K. Bains
>State Bar No. 24050126
>P.O. Box 94075
>Southlake, TX  76092
>Telephone:     214.722.7160
>bbains@l-llp.com
>
>**ATTORNEY FOR LIBERTY MUTUAL INSURANCE COMPANY and**
>
>**THE HANOVER INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties receiving electronic notification in this case from the Court ECF system on this the 4th day of August 2020.

                                  */s/ Brandon K. Bains*
                                  Brandon K. Bains