# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, August 4, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | U.S. DOJ | U.S. Dept. of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Cantor Fitzgerald Securities, the FLTL Administrative Agent |
| Cliff | Carlson | Weil | Debtors |
| Jeff | Carruth | Weycer Kaplan Pulaski Zuber P.C. | Halliburton Energy Services, Inc. |
| Kimberly | Cohen | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, the FLTL Administrative Agent |
| Hector | Duran | U.S. Department of Justice | U.S. Trustee |
| Philip | Eisenberg | Locke Lord LLP | US Specialty Insurance Company |
| Moshe | Fink | Weil | Debtors |
| Moshe | Fink | Weil, Gotshal & Manges | Fieldwood Energy - Debtors |
| Bradley | Foxman | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Jason | George | Weil | Debtors |
| Ken | Green | Snow Spence Green LLP | SBM Gulf Production LLC |
| Blake | Hamm | Snow Spence Green LLP | Baker Hughes Oilfield Operations LLC; Schlumberger Technology Corporation |
| Benjamin | Kadden | Lugenbuhl | Dynamic Industries, Inc. and LQT Industries, LLC |
| Kathleen | Lamanna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, the FLTL Administrative Agent |
| Courtney | Lankford | EnVen | N/a |
| Jessica | Liou | Weil | Debtors |
| Zachary | McKay | Dore Rothberg McKay, P.C. | TETRA Applied Technologies, Inc. |
| Michael | Pera | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Alfredo | Perez | Weil | Debtors |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Stephen | Statham | Department of Justice | United States Trustee |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| William | Wallander | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Bill | Wallander | Vinson Elkins | Goldman |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Martha | Wyrick | Haynes and Boone, LLP | Cantor Fitzgerald Securities, the FLTL Administrative Agent |