UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  20-33948 |
| FIELDWOOD ENERGY, LLC | § | |
| DEBTORS(S), | § | CHAPTER  11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**MATAGORDA COUNTY**           **JEFFERSON COUNTY**           **HARRIS COUNTY**
**CYPRESS-FAIRBANKS ISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on  4th  day of  August ,2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| ALFREDO R. PEREZ | US TRUSTEE (HOUSTON) | FIELDWOOD ENERGY, LLC |
| WEIL, GOTSHAL ET AL | OFFICE OF THE US TRUSTEE | 2000 W SAM HOUSTON PKWY. S., |
| 700 LOUISIANA STREET,  SUITE 1600 | 515 RUSK AVENUE STE. 3516 | STE 1200 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 | HOUSTON, TX 77042 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@publicans.com

By:  /s/ John P. Dillman
         John P. Dillman
         SBN: 05874400 TX