IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) (Re: Docket No. 22) |

## NOTICE OF FILING OF REVISED PROPOSED ORDER

**PLEASE TAKE NOTICE THAT** Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed:

> *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* (ECF No. 22) (the "**DIP Motion**")

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a revised proposed interim order for the Motion (the "**Proposed Revised Order**"), reflecting changes made by the Debtors to address formal and informal concerns raised by the Court and various parties in interest. A copy of the Proposed Revised Order is attached hereto as **Exhibit A**, with a redline reflecting a comparison of the Proposed Revised Order to the version filed with the applicable Motion attached as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 5, 2020
       Houston, Texas

                                             Respectfully submitted,

                                             */s/ Alfredo R. Pérez*
                                             WEIL, GOTSHAL & MANGES LLP
                                             Alfredo R. Pérez (15776275)
                                             700 Louisiana Street, Suite 1700
                                             Houston, Texas 77002
                                             Telephone: (713) 546-5000
                                             Facsimile: (713) 224-9511
                                             Email:   Alfredo.Perez@weil.com

                                             -and-

                                             WEIL, GOTSHAL & MANGES LLP
                                             Matthew S. Barr (*pro hac vice* pending)
                                             Jessica Liou (*pro hac vice* pending)
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007
                                             Email:   Matt.Barr@weil.com
                                                                Jessica.Liou@weil.com

                                             *Proposed Attorneys for Debtors*
                                             *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 5, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

                                                                                                                               /s/ Alfredo R. Pérez
                                                                                                                              Alfredo R. Pérez