# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Wednesday, August 5, 2020

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Serajul | Ali | U.S. Dept. of Justice | U.S. Dept. of the Interior |
| Brandon | Bains | Langley LLP | Liberty Mutual Ins. Co.; The Hanover Ins. Co. |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | DIP Agent |
| Kimberly | Cohen | Shipman & Goodwin LLP | DIP Agent |
| Philip | Eisenberg | Locke Lord LLP | US Specialty Insurance Company |
| | | | Goldman Sachs Bank USA, as First Lien First Out |
| Brad | Foxman | Vinson & Elkins LLP | Administrative Agent |
| Bradley | Foxman | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Ken | Green | Snow Spence Green LLP | SBM Gulf Production LLC |
| Benjamin | Kadden | Lugenbuhl | Dynamic Industries, Inc. and LQT Industries, LLC |
| Kathleen | LaManna | Shipman & Goodwin LLP | DIP Agent |
| Zachary | McKay | Dore Rothberg McKay, P.C. | TETRA Applied Technologies, Inc. |
| Michael | Pera | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Stephen | Statham | Department of Justice | United States Trustee |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson Elkins | Goldman |
| Bill | Wallander | Vinson Elkins | Goldman |
| William | Wallander | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Martha | Wyrick | Haynes and Boone, LLP | DIP Agent |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |