

ENTERED
08/05/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION TAXES AND ASSESSMENTS, AND (II) GRANTING RELATED RELIEF

Upon the motion, dated August 4, 2020 (the "**Motion**")[2] of Fieldwood Energy LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to sections 105(a), 363(b), 507(a), and 541(d) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, for entry of an order (i) authorizing, but not directing, the Debtors to satisfy, or use tax credits to offset, all Taxes due and owing to Taxing Authorities that arose prior to the Petition Date, including all Taxes subsequently determined by audit or otherwise to be owed for periods prior to the Petition Date, and (ii) granting related relief, all as more fully set forth in the Motion; and upon consideration of the Dane Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors and their estates as contemplated by Bankruptcy Rule 6003 and is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized, but not directed, pursuant to sections 105(a), 363(b), 507(a), and 541(d) of the Bankruptcy Code, to pay, or use tax credits to offset, all prepetition Taxes due and owing to the Taxing Authorities including, without limitation, those Taxing Authorities listed in **Exhibit 1** hereto, including all Taxes subsequently determined upon audit or otherwise to be owed for periods prior to the Petition Date, in each case, solely to the extent that such Taxes become payable in accordance with applicable law.

2. The Debtors shall maintain a matrix/schedule of payments made pursuant to this Order, including the following information: (a) the names of the payee; (b) the nature of the payment; (c) the amount of the payment; (d) the category or type of payment; (e) the Debtor or Debtors that made the payment; (f) the payment date; and (g) the purpose of such payment. The Debtors shall provide a copy of such matrix/schedule to the U.S. Trustee, the Ad Hoc Group of

Secured Lenders, and any statutory committee appointed in these chapter 11 cases every 30 days beginning upon entry of this Order.

3. The Banks are authorized to receive, process, honor, and pay any and all checks issued, or to be issued, and electronic funds transfers requested, or to be requested, by the Debtors relating to such obligations, to the extent that sufficient funds are on deposit in the applicable bank accounts to cover such payments. The Banks are authorized to accept and rely on all representations made by the Debtors with respect to which checks, drafts, wires, or automated clearing house transfers should be honored or dishonored in accordance with this or any other order of this Court, whether such checks, drafts, wires, or transfers are dated prior to, on, or subsequent to the Petition Date, without any duty to inquire otherwise.

4. The Debtors are authorized, but not directed, to issue new postpetition checks, or effect new electronic funds transfers, and to replace any prepetition checks or electronic funds transfer requests that may be lost or dishonored or rejected as a result of the commencement of the Debtors' chapter 11 cases with respect to any prepetition amounts that are authorized to be paid pursuant to this Order.

5. Notwithstanding anything to the contrary herein, any payment to be made by the Debtors pursuant to the authority granted herein shall be subject to and in compliance with any orders entered by the Court approving the Debtors' (1) entry into any postpetition debtor in possession financing facility, including any budget and the terms of any definitive documentation in connection therewith (the "**DIP Documents**") and/or (2) authorizing the Debtors' use of cash collateral and/or any budget in connection therewith (in either case, the "**DIP Order**"). To the extent there is any inconsistency between the terms of the DIP Order or any DIP Documents, on

3

Case 20-33948   Document 60   Filed in TXSB on 08/05/20   Page 4 of 12
Case 20-33948   Document 51   Filed in TXSB on 08/04/20   Page 4 of 12

the one hand, and this Order, on the other hand, the terms of the DIP Order or such DIP Document, as applicable, shall control.

6. Nothing contained in the Motion or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the Debtors' or any party in interest's rights under the Bankruptcy Code or any other applicable nonbankruptcy law, (iv) an agreement or obligation to pay any claims, (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder, (vi) an admission as to the validity of any liens satisfied pursuant to the Motion, or (vii) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code.

7. The requirements of Bankruptcy Rule 6003(b) have been satisfied.

8. Notice of the Motion is adequate under Bankruptcy Rule 6004(a).

9. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 05, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

**Exhibit 1**

**Taxing Authorities List**

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| ALABAMA DEPARTMENT OF CONSERVATION & NATURAL RESOURCES | REGULATORY FEE AND ASSESSMENT | 64 N UNION ST, MONTGOMERY, AL 36130 |
| ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | REGULATORY FEE AND ASSESSMENT | COASTAL ZONE MGMT DIVISION 41 71 COMMANDERS DRIVE MOBILE, AL 36615 |
| ALABAMA DEPARTMENT OF REVENUE | FRANCHISE TAXES | 50 NORTH RIPLEY STREET MONTGOMERY, AL 36132 |
| ALABAMA DEPARTMENT OF REVENUE | PRIVILEGE TAXES | 50 NORTH RIPLEY STREET MONTGOMERY, AL 36132 |
| ALDINE I.S.D | AD VALOREM TAXES | 14909 ALDINE WESTFIELD RD HOUSTON, TX 77032-3027 |
| ANN HARRIS BENNETT HARRIS COUNTY TAX ASSESSOR | PROPERTY TAXES | P O BOX 3547, HOUSTON, TX 77253 |
| ATASCOSA COUNTY | OTHER TAXES AND FEES | 1001 OAK ST, JOURDANTON, TX 78026 |
| BALDWIN COUNTY JUDGE OF PROBATE | OTHER TAXES AND FEES | 220 COURTHOUSE SQUARE, BAY MINETTE, AL 36507 |
| BRAZORIA COUNTY | AD VALOREM TAXES | 111 E. LOCUST ANGLETON, TX 77515 |
| BRAZORIA COUNTY TAX ASSESSOR | AD VALOREM TAXES | RO'VIN GARRETT, PCC P.O. BOX 1586 LAKE JACKSON, TX 77566 |
| BUREAU OF REVENUE AND TAXATION | AD VALOREM TAXES | P.O. BOX 130, GRETNA, LA 70054-0130 |
| CALHOUN COUNTY CLERK | AD VALOREM TAXES | 211 S ANN ST PORT LAVACA, TX 77979 |
| CAMERON PARISH | AD VALOREM TAXES | SHERIFF & EX-OFFICO TAX COLLECTOR 119 SMITH CIRCLE ROOM 25 CAMERON, LA 70631 |
| CAMERON PARISH CLERK OF COURT | REGULATORY FEE AND ASSESSMENT | PO BOX 549, CAMERON, LA 70631-0549 |
| CHAMBERS COUNTY | AD VALOREM TAXES | P.O. BOX 910 404 WASHINGTON AVE ANAHUAC, TX 77514 |
| CHARTERWOOD MUD | AD VALOREM TAXES | 11111 KATY FWY, SUITE 725, HOUSTON, TX 77079-2175 |

2

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| CITY OF CORPUS CHRISTI/NUECES COUNTY | AD VALOREM TAXES | LOCAL EMERGENCY PLANNING COMMITTEE 2406 LEOPARD STREET CORPUS CHRISTI, TX 78408 |
| CITY OF LAFAYETTE | AD VALOREM TAXES | LAFAYETTE CONSOLIDATED GOVERNMENT 705 WEST UNIVERSITY AVENUE LAFAYETTE, LA 70506 |
| CITY OF NEW IBERIA | OTHER TAXES AND FEES | CITY TAX COLLECTOR, TAX OFFICE, 457 E. MAIN STREET, SUITE 304, NEW IBERIA, LA 70560-3700 |
| COLORADO COUNTY CENTRAL APPRAISAL DISTRICT | AD VALOREM TAXES | BILL MITCHELL, CHIEF APPRAISER 106 CARDINAL LANE COLUMBUS, TX 78934 |
| COLORADO COUNTY CLERK | OTHER TAXES AND FEES | COLORADO COUNTY COURTHOUSE ANNEX, 318 SPRING ST, ROOM 103, COLUMBUS, TX 78934 |
| COUNTY OF GALVESTON, TEXAS | AD VALOREM TAXES | 600 59TH STREET SUITE #2001 GALVESTON, TX 77551 |
| COUNTY OF MORTON | AD VALOREM TAXES | 1025 MORTON ST. ELKHART, KS 67950 |
| CYPRESS FAIRBANKS INDEPENDENT SCHOOL DISTRICT | AD VALOREM TAXES | 10300 JONES ROAD HOUSTON, TX 77065 |
| DANIEL HUTTER, TAX ASSESSOR/COLLECTOR | AD VALOREM TAXES | P.O. BOX 519, ANAHUAC, TX 77514 |
| DELAWARE SECRETARY OF STATE | FRANCHISE TAXES | P.O. BOX 5509, BINGHAMTON, NY 13902-5509 |
| DENTON COUNTY | AD VALOREM TAXES | 401 W. HICKORY DENTON, TX 76201-9030 |
| DEPARTMENT OF FINANCE STATE COMPTROLLER'S OFFICE | REGULATORY FEE AND ASSESSMENT | 100 NORTH UNION STREET SUITE # 274 MONTGOMERY, AL 36104 |
| FEDERAL ENERGY REGULATORY COMMISSION | REGULATORY FEE AND ASSESSMENT | 888 FIRST STREET, NE WASHINGTON, DC 20426 |

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| GALVESTON COUNTY CLERK OF COURTS | AD VALOREM TAXES | 174 CALDER ROAD ROOM 149 LEAGUE CITY, TX 77573 |
| GALVESTON COUNTY TAX ASSESSOR- COLLECTOR | AD VALOREM TAXES | CHERYL E. JOHNSON RTA 722 MOODY (21ST STREET) GALVESTON, TX 77550 |
| GENERATION PARK MGMT DIST. | AD VALOREM TAXES | 11500 NW FREEWAY, SUITE 150, HOUSTON, TX 77092 |
| GREENS PARKWAY M.U.D. | AD VALOREM TAXES | 11500 NW FREEWAY, SUITE 150, HOUSTON, TX 77092 |
| HARRIS COUNTY TAX ASSESSOR- COLLECTOR | AD VALOREM TAXES | P.O. BOX 4622, HOUSTON, TX 77210-4622 |
| IBERIA PARISH CLERK OF COURT | AD VALOREM TAXES | PO BOX 12010 NEW IBERIA, LA 70560 |
| IBERIA PARISH TAX COLLECTOR | AD VALOREM TAXES | 300 IBERIA STREET SUITE 120 NEW IBERIA, LA 70560 |
| INTERNAL REVENUE SERVICE | INCOME TAXES | 1500 PENNSYLVANIA AVENUE NW WASHINGTON, DC 20220 |
| JEFFERSON COUNTY CLERK | AD VALOREM TAXES | 1149 PEARL ST BEAUMONT, TX 77701 |
| JEFFERSON COUNTY TAX OFFICE | AD VALOREM TAXES | PO BOX 2112 BEAUMONT, TX 77704 |
| JEFFERSON DAVIS PARISH | OTHER TAXES AND FEES | CLERK OF COURT, 300 N STATE ST, JENNINGS, LA 70546 |
| JEFFERSON PARISH | AD VALOREM TAXES | CLERK OF COURT 3RD FLOOR BOX 10 GRETNA, LA 70054 |
| JEFFERSON PARISH | AD VALOREM TAXES | SHERIFF EX-OFFICIO TAX COLLECTOR, PO BOX 30014, TAMPA, FL 33630 |
| JERRY J. LARPENTER SHERIFF AND TAX COLLECTOR | REGULATORY FEE AND ASSESSMENT | PARISH OF TERREBONNE, 7856 MAIN ST., SUITE 121, HOUMA, LA 70360 |
| KLEIN ISD | AD VALOREM TAXES | 7200 SPRING-CYPRESS ROAD, KLEIN, TX 77379 |
| LA DEPARTMENT OF MOTOR VEHICLES | OTHER TAXES AND FEES | PO BOX 64886, BATON ROUGE, LA 70896 |
| LAFAYETTE PARISH LA | OTHER TAXES AND FEES | PO BOX 91010, BATON ROUGE, LA 70821 |

3

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| LAFAYETTE PARISH SHERIFF'S OFFICE | AD VALOREM TAXES | LAFAYETTE PARISH TAX COLLECTOR 301 WEST MAIN LAFAYETTE, LA 70501 |
| LAFOURCHE PARISH | AD VALOREM TAXES | 805 E 7TH STREET THIBODAUX, LA 70301 |
| LAFOURCHE PARISH CLERK | REGULATORY FEE AND ASSESSMENT | CLERK OF COURT, 303 WEST 3RD STREET, THIBODAUX, LA 70301 |
| LAFOURCHE PARISH SHERIFFS OFFICE | OTHER TAXES AND FEES | 200 CANAL BLVD, THIBODAUX, LA 70301 |
| LAFOURCHE PARISH SHERIFF'S OFFICE | AD VALOREM TAXES | P.O. BOX 679538, DALLAS, TX 75267-9538 |
| LAVACA COUNTY | AD VALOREM TAXES | DEBORAH A. SEVCIK TAX ASSESSOR-COLLECTOR 404 N. TEXANA HALLETTSVILLE, TX 77964 |
| LELAND FALCON, SHERIFF & EX OFFICIO TAX COLLECTOR | AD VALOREM TAXES | P.O. BOX 69, NAPOLEONVILLE, LA, 70390-0069 |
| LIVE OAK COUNTY APPRAISAL DISTRICT | AD VALOREM TAXES | 205 BOWIE STREET, P.O. BOX 2370, GEORGE WEST, TX 78022 |
| LOUISIANA DEPARTMENT OF REVENUE | FRANCHISE TAXES | LOUISIANA DEPARTMENT OF REVENUE 617 NORTH THIRD STREET BATON ROUGE, LA 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | INCOME TAXES | LOUISIANA DEPARTMENT OF REVENUE 617 NORTH THIRD STREET BATON ROUGE, LA 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | SEVERANCE TAXES | LOUISIANA DEPARTMENT OF REVENUE 617 NORTH THIRD STREET BATON ROUGE, LA 70802 |
| LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES | REGULATORY FEE AND ASSESSMENT | 2000 QUAIL DR. BATON ROUGE, LA 70808 |
| LOUISIANA DEPT. OF NATURAL RESOURCES | SEVERANCE TAXES | COASTAL ZONE MGMT DIVISION 617 N 3RD ST. STE #1048 BATON ROUGE, LA 70802 |
| LOUISIANA OFFICE OF MINERAL RESOURCES | REGULATORY FEE AND ASSESSMENT | 617 N. THIRD STREET 8TH FLOOR, BATON ROUGE, LA 70802 |

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| LOUISIANA STATE LAND OFFICE | REGULATORY FEE AND ASSESSMENT | 1201 N. THIRD STE G-150 BATON ROUGE, LA 70802 |
| MATAGORDA COUNTY CLERK | AD VALOREM TAXES | 1700 7TH ST RM 202 BAY CITY, TX 77414 |
| MATAGORDA COUNTY TAX ASSESSOR - COLLECTOR | AD VALOREM TAXES | 1700 7TH STREET ROOM #203 BAY CITY, TX 77414 |
| MIKE SULLIVAN, TAX ASSESSOR-COLLECTOR | AD VALOREM TAXES | TAX ASSESSOR-COLLECTOR 1001 PRESTON ST. HOUSTON, TX 77002 |
| MISSISSIPPI DEPARTMENT OF REVENUE | FRANCHISE TAXES | P.O. BOX 23191, JACKSON, MS 39225-3191 |
| MISSISSIPPI SECRETARY OF STATE | FRANCHISE TAXES | 401 MISSISSIPPI STREET JACKSON, MS 39201 |
| MS DEPARTMENT OF REVENUE | SEVERANCE TAXES | 500 CLINTON CENTER DRIVE CLINTON, MS 39056 |
| NUECES COUNTY CLERK | AD VALOREM TAXES | NUECES COUNTY COURTHOUSE 901 LEOPARD ST. CORPUS CHRISTI, TX 78401 |
| OFFICE OF NATURAL RESOURCES REVENUE - ONRR | REGULATORY FEE AND ASSESSMENT | 6TH AVE & KIPLING PKWY BLD 85 DENVER FEDERAL CNTR DENVER, CO 80225-0165 |
| OSCAR VASQUEZ, RTA | AD VALOREM TAXES | P.O. BOX 3289, ROMA, TX 78584 |
| PALACIOS ISD TAX ASSESSOR-COLLECTOR | AD VALOREM TAXES | 1209 12TH ST PALACIOS, TX 77465 |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMIN | REGULATORY FEE AND ASSESSMENT | MIKE MONRONEY AERONAUTICAL CENTER 6500 SOUTH MACARTHUR BLVD. OKLAHOMA CITY, OK 73169 |
| PLAQUEMINES PARISH | AD VALOREM TAXES | I.F. HINGLE JR., SHERIFF 302 MAIN STREET BELLE CHASE, LA 70037 |
| PLAQUEMINES PARISH CLERK OF COURT | REGULATORY FEE AND ASSESSMENT | 25TH JUDICIAL DISTRICT COURT, PO BOX 40, BELLE CHASSE, LA 70037 |
| PLAQUEMINES PARISH GOVERNMENT | REGULATORY FEE AND ASSESSMENT | 8056 HWY 23, SUITE # 302, BELLE CHASE, LA 70037 |
| PLAQUEMINES PARISH SHERIFF OFFICE | REGULATORY FEE AND ASSESSMENT | 25TH JUDICIAL DISTRICT COURT, P.O. BOX 40, BELLE CHASE, LA 70037 |

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| RAILROAD COMMISSION OF TEXAS | REGULATORY FEE AND ASSESSMENT | OIL & GAS DIVISION 1701 N. CONGRESS<br>AUSTIN, TX 78701 |
| REFUGIO COUNTY TAX ASSESSOR- COLLECTOR | AD VALOREM TAXES | 808 COMMERCE RM 109<br>REFUGIO, TX 78377 |
| RIO GRANDE CITY CISD TAX OFFICE | AD VALOREM TAXES | FORT RINGGOLD<br>P.O. BOX 91<br>RIO GRANDE CITY, TX 78582 |
| ROMA INDEPENDENT SCHOOL DISTRICT | REGULATORY FEE AND ASSESSMENT | PO BOX 187, ROMA, TX 78584 |
| SECRETARY OF STATE | REGULATORY FEE AND ASSESSMENT | UNIFORM COMMERCIAL CODE 1019 BRAZOS<br>AUSTIN, TX 78701 |
| SHELDON INDEPENDENT SCHOOL DISTRICT | AD VALOREM TAXES | 11411 C.E. KING PARKWAY HOUSTON, TX 77044 |
| SHERIFF & EX-OFFICIO TAX COLLECTOR | AD VALOREM TAXES | P.O. BOX 863, JENNINGS, LA 70546-0863 |
| SHERIFF & EX-OFFICIO TAX COLLECTOR | AD VALOREM TAXES | P.O. DRAWER 1670, HOUMA, LA 70361 |
| SPRING BRANCH I.S.D | AD VALOREM TAXES | TAX ASSESSOR - COLLECTOR 8880 WESTVIEW DRIVE<br>HOUSTON, TX 77055 |
| ST MARY PARISH CLERK OF COURT | AD VALOREM TAXES | PO DRAWER 1231 FRANKLIN, LA 70538-1231 |
| ST. BERNARD PARISH | AD VALOREM TAXES | PO BOX 168<br>CHALMETTE, LA 70044-0168 |
| ST. BERNARD PARISH CLERK OF COURT | REGULATORY FEE AND ASSESSMENT | 1101 WEST ST. BERNARD HWY, CHALMETTE, LA 70043 |
| ST. LANDRY'S PARISH | AD VALOREM TAXES | P.O. BOX 1029<br>OPELOUSAS, LA 70571-1029 |
| ST. MARTIN PARISH SHERIFF'S OFFICE | AD VALOREM TAXES | P.O. BOX 247, ST. MARTINVILLE, LA 70582-0247 |
| ST. MARTIN PARISH SHERIFF'S OFFICE | REGULATORY FEE AND ASSESSMENT | 400 ST MARTIN STL, ST. MARTINVILLE, LA 70582 |
| ST. MARY PARISH | AD VALOREM TAXES | MARK A. HEBERT, SHERIFF 500 MAIN STREET, 4TH FLOOR FRANKLIN, LA 70538 |
| ST. MARY PARISH GOVERNMENT | REGULATORY FEE AND ASSESSMENT | 500 MAIN STREET FIFTH FLOOR COURTHOUSE BLDG., FRANKLIN, LA 70538 |

6

| AUTHORITY | TYPE | ADDRESS |
|---|---|---|
| STARR COUNTY | AD VALOREM TAXES | CARMEN A. PENA, RTA 100 N. FM 3167 - SUITE 201 RIO GRANDE CITY, TX 78582 |
| STATE BAR OF TEXAS | REGULATORY FEE AND ASSESSMENT | TEXAS LAW CENTER 1414 COLORADO STREET AUSTIN, TX 78701 |
| STATE OF ALABAMA | SEVERANCE TAXES | 64 NORTH UNION STREET MONTGOMERY, AL 36130 |
| STATE OF LOUISIANA | AD VALOREM TAXES | 1885 N. 3RD ST. BATON ROUGE, LA 70802 |
| STATE OF LOUISIANA DEPARTMENT OF ENVIRON. QUA | REGULATORY FEE AND ASSESSMENT | P.O. BOX 4311, BATON ROUGE, LA 70821-4311 |
| STATE OF LOUISIANA DEPT NATURAL RESOURCES | REGULATORY FEE AND ASSESSMENT | OFFICE OF CONSERVATION, PO BOX 44277, BATON ROUGE, LA 70804-4277 |
| STATE OF LOUISIANA, DEPARTMENT OF NATURAL RESOURCES | REGULATORY FEE AND ASSESSMENT | RYAN M, SEIDEMANN, 1885 N. THIRD ST., BATON ROUGE, LA 70802 |
| STATE OF TEXAS | OTHER TAXES AND FEES | 1919 N LOOP W, #510, HOUSTON, TX 77008 |
| TERREBONNE PARISH CLERK OF COURT | AD VALOREM TAXES | 7856 MAIN ST. HOUMA, LA 70360 |
| TEXAS COMMISSION OF ENVIRONMENTAL QUALITY | REGULATORY FEE AND ASSESSMENT | MC 214 12100 PARK 35 CIRCLE AUSTIN, TX 78753 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | FRANCHISE TAXES | 111 EAST 17TH STREET P.O. BOX 13528 AUSTIN, TX 78711-3528 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | SEVERANCE TAXES | 111 EAST 17TH STREET P.O. BOX 13528 AUSTIN, TX 78711-3528 |
| TEXAS GENERAL LAND OFFICE | REGULATORY FEE AND ASSESSMENT | 1700 N CONGRESS AUSTIN, TX 78701 |
| TEXAS PARKS & WILDLIFE | REGULATORY FEE AND ASSESSMENT | ARTIFICIAL REEF PROGRAM 4200 SMITH SCHOOL RD AUSTIN, TX 78744 |
| THE OUTER CONTINENTAL SHELF ADVISORY BOARD | REGULATORY FEE AND ASSESSMENT | 1001 NOBLE ENERGY WAY HOUSTON, TX 77070 |
| TOWN OF GRAND ISLE | AD VALOREM TAXES | PO BOX 200 GRAND ISLE, LA 70358-0200 |

| AUTHORITY | TYPE | ADDRESS |
| --- | --- | --- |
| U S COAST GUARD | REGULATORY FEE AND ASSESSMENT | CIVIL PENALTIES 2703 MARTIN LUTHER KING JR AVE SE WASHINGTON, DC 20593 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | REGULATORY FEE AND ASSESSMENT | OPA ENFORCEMENT COORDINATOR REGION 6 (6SF-PC) 1445 ROSS AVENUE DALLAS, TX 75202-2733 |
| U.S. TRUSTEE | OTHER TAXES AND FEES | U.S. TRUSTEE PAYMENT CENTER, P.O.BOX 530202, ATLANTA, GA 30353 |
| UNITED STATES DEPARTMENT OF THE TREASURY | REGULATORY FEE AND ASSESSMENT | 401 14TH STREET SW - ROOM 154 WASHINGTON, DC 20227 |
| US DEPT OF COMMERCE - NOAA | REGULATORY FEE AND ASSESSMENT | 12 MISSOURI RESEARCH PARK DRIVE ST. CHARLES, MO 63304 |
| VERMILION PARISH | AD VALOREM TAXES | 101 SOUTH STATE STREET ABBEVILLE, LA 70511 |
| VERMILLION PARISH CLERK OF COURT | REGULATORY FEE AND ASSESSMENT | 100 N STATE STREET, SUITE 101, ABBEVILLE, LA 70510 |
| WEST HARRIS COUNTY MUD# 1 | AD VALOREM TAXES | 1001 PRESTON HOUSTON, TX 77002 |
| WHARTON COUNTY CLERK | AD VALOREM TAXES | 309 E. MILAM STREET STE 700 WHARTON, TX 77488 |
| WHARTON COUNTY TAX ASSESSOR- COLLECTOR | AD VALOREM TAXES | PATRICK L. KUBALA, PCC 309 E. MILAM ST. SUITE 100 WHARTON, TX 77488 |