UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jon Ord<br>Krebs Farley & Dry, PLLC<br>400 Poydras St., Suite 2500<br>New Orleans, LA 70130<br>(504) 299-3570 / jord@krebsfarley.com<br>LA #35274 |

| Name of party applicant seeks to appear for: | RLI Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2020 | Signed: */s/ Jon Ord* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                    United States Bankruptcy Judge