UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Chad L. Schexnayder<br>Jennings Haug Cunningham<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85004<br>(602) 234-7830 / CLS@jhc.law<br>AZ #009832 |

| Name of party applicant seeks to appear for: | RLI Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2020 | Signed: */s/ Chad L. Schexnayder* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States Bankruptcy Judge