IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that undersigned hereby appears as counsel for RLI Insurance Company ("RLI") as party in interest in this Chapter 11 case, pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that the undersigned attorneys be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, be sent to:

| | |
|---|---|
| Ryan D. Dry | Elliot Scharfenberg (pro hac vice pending) |
| Krebs Farley & Dry, PLLC | Jon Ord (pro hac vice pending) |
| 909 18th Street | Krebs Farley & Dry, PLLC |
| Plano, TX 75074 | 400 Poydras Street, Suite 250 |
| Telephone: (972) 737-2530 | New Orleans, LA 70130 |
| Facsimile: (972) 737-2543 | Telephone: (504) 299-3570 |
| Email: rdry@krebsfarley.com | Facsimile: (504) 299-3582 |
| | Email: escharfenberg@krebsfarley.com |
| | jord@krebsfarley.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, re: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

and

Chad L. Schexnayder (pro hac vice pending)
Jennings Haug Cunningham
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Telephone: (602) 234-7800
Facsimile: (602) 277-5595
Email: CLS@JHC.Law

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by RLI (1) to the jurisdiction of the Bankruptcy Court, (2) to trial by jury in any proceedings in this case or any case, controversy, or proceeding related to these cases, or (3) of any other rights, claims, actions, setoffs, or recoupments to which RLI is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments RLI expressly reserves.

Respectfully submitted,

KREBS FARLEY & DRY, PLLC

/s/ Ryan D. Dry
Ryan D. Dry – (TX Bar No. 24050532)
(SDTX Bar No. 618363)
909 18th Street
Plano, TX 75074
Telephone: (972) 737-2530
Facsimile: (972) 737-2543
Email: rdry@krebsfarley.com

*Counsel for RLI Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2020, a true a correct copy of the foregoing ***Notice of Appearance and Request for Service of all Pleadings*** was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in these chapter 11 cases.

*/s/ Ryan D. Dry*
Ryan D. Dry