IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), and 9010(a), and 9010(b), C-Dive, L.L.C. hereby provides notice of its appearance herein and requests that the undersigned attorneys be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, be sent to:

**Leann Opotowsky Moses**
**Peter J. Segrist**
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, L.L.C.
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
Email: moses@carverdarden.com
segrist@carverdarden.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Respectfully submitted,

Leann Opotowsky Moses (TX # 15291750)
Peter J. Segrist (LA # 35314)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com

　/s/　Leann O. Moses
Attorneys for C-DIVE, L.L.C.

**CERTIFICATE OF SERVICE**

I, Leann O. Moses, do hereby certify that I caused the *Notice of Appearance and Request for Notice* to be served on those parties receiving electronic notification via the Court's CM/ECF System on August 5, 2020.

　/s/　Leann O. Moses

2