UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33948 (MI) |
| | § | |
| FIELDWOOD ENERY, LLC., *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) and 9007

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**ARCHROCK PARTNERS OPERATING, LLC** and **ARCHROCK SERVICE LP** request that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon its attorneys of record as follows:

Kevin M. Maraist
ANDERSON LEHRMAN BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas 78404
Phone (361) 884-4891
Fax (361) 884-1286
Email: kmaraist@albmlaw.com

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LLP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

order, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by **ARCHROCK PARTNERS OPERATING LLC** and **ARCHROCK SERVICE LP** to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) having the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which **ARCHROCK PARTNERS OPERATING LLC** and **ARCHROCK SERVICE LP** are, or may be entitled, in law or in equity, all of which are expressly reserved.

Dated:   August 4, 2020.

Respectfully submitted,

/s/ Kevin M. Maraist
Kevin M. Maraist
State Bar No. 12962020
ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas  78404
(361) 884-4981
(361) 884-1286 Fax

*Attorneys for Archrock Partners Operating LLC and Archrock Service LP*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2020, a true and correct photocopy of the foregoing document was forwarded by electronic transmission on all parties authorized to receive notice through the ECF notice system in this case.

<u>/s/ Kevin M. Maraist</u><br>
Kevin M. Maraist

N:\Kevin\Archrock\Fieldwood Energy\Pleadings\2020 BK\Not Appearance.wpd