United States Courts
Southern District of Texas
FILED
August 05, 2020
David J. Bradley, Clerk of Court

Case 20-33948   Document 70   Filed in TXSB on 08/05/20   Page 1 of 1

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of __Louisiana and Texas__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Victoria V. Theriot, General Counsel<br>Acadian Contractors, Inc.<br>501 South Main St.<br>Abbeville, LA 70510<br>(337) 580-4234<br>TX: 24107056; LA: 33422 |
|---|---|

Seeks to appear as the attorney for this party:

| Acadian Contractors, Inc. |
|---|
| Dated: 8/5/2020    Signed: /s/ Victoria V. Theriot |

| COURT USE ONLY: The applicant's state bar reports their status as: __Eligible__ . |
|---|
| Dated: 8/5/2020    Signed: s| M. Mapps<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                                                                  United States Bankruptcy Judge