

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
08/05/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Joshua Y. Sturm |
| Firm | Davis Polk & Wardwell LLP |
| Street | 450 Lexington Avenue |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212-450-4000 |
| Licensed: State & Number | New York, 4496675 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders |
|---|
| Dated: August 4, 2020    Signed: /s/ Joshua Y. Sturm |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:        Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 05, 2020

Marvin Isgur
United States Bankruptcy Judge