

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
08/05/2020

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In re: Fieldwood Energy LLC, *et al* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Matthew S. Barr |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Licensed: State & Number | New York/2800175 |

Seeks to appear as the attorney for this party:

| Fieldwood Energy LLC and Its Debtor Affiliates | |
|---|---|
| Dated: August 4, 2020 | Signed: /s/ Matthew S. Barr |

| COURT USE ONLY: The applicant's state bar reports their status as: Active . |
|---|
| Dated: | Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 05, 2020

Marvin Isgur
United States Bankruptcy Judge