

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
08/05/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Connecticut___:

| | |
|---|---|
| Name | Kathleen LaManna |
| Firm | Shipman & Goodwin LLP |
| Street | One Constitution Plaza |
| City & Zip Code | Hartford, CT 06103-1919 |
| Telephone | (860) 251-5000 |
| Licensed: State & Number | CT, 16740 |

Seeks to appear as the attorney for this party:

Cantor Fitzgerald Securities, as administrative agent and collateral agent for the Debtor-in-Possession Term Loan

Dated: August 4, 2020     Signed: /s/ Kathleen LaManna

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:     Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 05, 2020

Marvin Isgur
United States Bankruptcy Judge