UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC, *et al.*, | * | CHAPTER 11 |
| | | |
| Debtors | * | (Jointly Administered) |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a) and 9010(b), I hereby request that my appearance be entered on behalf of the party listed below, that I be placed on the Court's mailing list in the above-captioned matter, and that all notices, orders and other papers (i) issued by the Court to any creditors or other parties in interest or other entities and (ii) filed by any and all parties in interest or other entities, be sent to the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

{00420009-1}

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Names of parties represented:

**HELIS OIL & GAS COMPANY, LLC**

Dated this 6th day of August, 2020.

                Respectfully submitted:

                /s/ *J. David Forsyth*
                J. DAVID FORSYTH (LA BAR NO. 5719)
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                400 Poydras Street, Suite 2550
                New Orleans, LA  70130
                Tel.:  (504) 582-1521
                Fax:  (504) 582-1555
                Email:  jdf@sessions-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2020, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the Debtors' counsel.

                /s/ *J. David Forsyth*
                J. DAVID FORSYTH