UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 20-33948 (MI)** |
| **FIELDWOOD ENERGY LLC,** *et al.,* § | | |
| § | | |
| **Debtors**[1] § | | **Chapter 11** |
| § | | |
| § | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010 and 11 U.S.C.A. § 1109, please take notice that Lambert M. Laperouse of Gieger, Laborde & Laperouse, L.L.C. will appear as counsel for JX Nippon Oil Exploration (U.S.A.) Limited, a party-in-interest in the above-captioned and numbered case. Mr. Laperouse hereby requests that his name be added to the mailing list maintained by the Clerk in this case and that notice of all matters arising in this case of which notice is sent to any creditor, party-in-interest, creditors' committee or any member of the creditors' committee be sent to:

> Lambert M. Laperouse
> Laperouse@glllaw.com
> GIEGER, LABORDE & LAPEROUSE, L.L.C.
> 5151 SAN FELIPE, SUITE 750
> HOUSTON, TEXAS 77056
> TELEPHONE: (832) 255-6002
> FACSIMILE: (832) 255-6001

This request includes all notices and papers referred to in Rules 2002 and 3017 of the Bankruptcy Rules of Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SO Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, Texas 77042.

or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

*/s/ Lambert M. Laperouse*

LAMBERT M. LAPEROUSE
Texas State Bar No.: 24082214
Email: laperouse@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
5151 SAN FELIPE, SUITE 750
HOUSTON, TEXAS 77056
TELEPHONE: (832) 255-6002
FACSIMILE: (832) 255-6001

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4TH day of August, 2020, a copy of the foregoing was electronically filed with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and was served upon all parties via the CM/ECF system.

_____
Lambert M. Laperouse