UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| | * | CASE NO. 20-33948 (MI) |
| | * | |
| **FIELDWOOD ENERGY LLC,** *et al*[1] | * | |
| | * | (Jointly Administered) |
| *Debtor* | * | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that William S. Robbins and Paul Douglas Stewart, Jr. hereby enter an appearance on behalf of Partco, LLC pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request to be added to the official mailing matrix and service lists in these cases, and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon at the address and email address set forth below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC(6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOW Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (042). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**WILLIAM S. ROBBINS**
**PAUL DOUGLAS STEWART, JR.**
**STEWART ROBBINS BROWN & ALTAZAN, LLC**
301 Main St., Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
Telephone: (225) 231-9998
Fax: (225) 709-9467
wrobbins@stewartrobbins.com
dstewart@robbins.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above captioned cases and proceedings therein.

Respectfully Submitted by:

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: */s/ William S. Robbins*
William S. Robbins (LA. Bar #24627; TX Bar #24100894)
wrobbins@stewartrobbins.com
Paul Douglas Stewart, Jr. (LA Bar # 24661)
dstewart@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Attorneys for Partco, LLC***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of August, 2020, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in this adversary proceeding.

                                        */s/ William S. Robbins*
                                        William S. Robbins