IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.   20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC, et al., | * | Chapter 11 |
| | * | |
| Debtors. | * | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COME WesternGeco LLC ("WesternGeco"), TGS-NOPEC Geophysical Company ASA and its affiliated entities TGS-NOPEC Geophysical Company, TGS AP Investments AS, and A2D Technologies, Inc. d/b/a TGS Geological Products and Services (the "TGS Entities"), and JX Nippon Oil Exploration (U.S.A.) Limited ("Nippon"), parties-in-interest herein, and hereby give notice of their appearance in the captioned matter by and through:

>   ANDREW A. BRAUN
>   GIEGER, LABORDE & LAPEROUSE, L.L.C.
>   Suite 4800, 701 Poydras Street
>   New Orleans, Louisiana   70139-4800
>   Telephone:   (504) 561-0400
>   Facsimile: (504) 561-0100
>   Email: abraun@glllaw.com

FURTHER, the undersigned, on behalf of WesternGeco, the TGS Entities, and Nippon, hereby requests that all motions, complaints, applications, petitions, pleadings, notices, orders, and judgments filed or issued in the above-captioned matter be served upon the undersigned pursuant to the provisions of Federal Rules of Bankruptcy Procedure Rule 2002.

>   Respectfully submitted,
>
>   */s/ Andrew A. Braun*
>   ANDREW A. BRAUN
>   Texas State Bar No. 24061558
>   GIEGER, LABORDE & LAPEROUSE, L.L.C.
>   Suite 4800, 701 Poydras Street

New Orleans, Louisiana   70139-4800
Telephone:   (504) 561-0400
Facsimile: (504) 561-0100
Email: abraun@glllaw.com

*Counsel for WesternGeco LLC, the TGS Entities, and JX Nippon Oil Exploration (U.S.A.) Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice was served via electronic mail on the 6th day of August, 2020, upon all parties in interest listed on the ECF service list.

*/s/ Andrew A. Braun*