UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.  20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC, et al., | * | Chapter 11 |
| | * | |
| Debtors. | * | Jointly Administered |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION
PURSUANT TO F.R. BANKR. P. 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Gieger, Laborde & Laperouse, LLC ("GLL") hereby makes the following disclosures:

1. Set forth below is a general, preliminary statement of the interests of the parties represented by GLL in this proceeding, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies of such parties or at issue herein, and this statement may be amended, supplemented or otherwise modified as necessary.

2. GLL has been employed to represent the parties listed below in this matter:

| Party Represented | Address | Nature and amount of each disclosable economic interest held in relation to the Debtors |
|---|---|---|
| WesternGeco LLC | 10001 Richmond Ave., Houston, TX 77042 | Counter-party to seismic data license agreements with one or more Debtors. Claim is presently unliquidated in whole or part. |
| TGS-NOPEC Geophysical Company ASA and its affiliated entities TGS-NOPEC Geophysical Company, TGS AP Investments AS, and A2D Technologies, Inc. d/b/a TGS Geological Products and Services | 10451 Clay Road Houston, TX 77043 | Counter-parties to geophysical and geological data license agreements with one or more Debtors. Claim is presently unliquidated in whole or part. |

| | | |
|---|---|---|
| JX Nippon Oil Exploration (U.S.A.) Limited | 3040 Post Oak Boulevard, Suite 1600, Houston, Texas 77056 | Current and former owner of various interests in offshore oil and gas properties located in the Gulf of Mexico as well as related assets. Claim is presently unliquidated in whole or part, and is at least partially secured by performance bonds. |

3. The foregoing parties have retained GLL as their legal counsel with respect to matters arising in this case and/or for the purpose of asserting claims and/or protecting other rights and interests in relation to the Debtors. GLL has fully advised each of the parties with respect to their concurrent representation, and each of the parties has consented to such representation.

4. GLL does not hold a claim against or interest in any of the Debtors at this time and has not filed a proof of claim on its own behalf in this case.

I, Andrew A. Braun, certify that I am authorized to make and execute this statement on behalf of GLL, that I have read the foregoing statement, and that it is true and correct, to the best of my knowledge, information and belief, based upon the information provided to me after reasonable inquiry.

Respectfully submitted,

*/s/ Andrew A. Braun*
ANDREW A. BRAUN
Texas Bar No. 24061558
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800, 701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Email: abraun@glllaw.com

*Counsel for WesternGeco LLC, the TGS Entities, and JX Nippon Oil Exploration (U.S.A.) Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Verified Statement of Multiple Representation Pursuant to F.R. Bankr. P. 2019, was served via electronic mail on the 6th day of August, 2020, upon all parties in interest listed on the ECF service list.

/s/ Andrew A. Braun