

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
08/06/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jon Ord<br>Krebs Farley & Dry, PLLC<br>400 Poydras St., Suite 2500<br>New Orleans, LA 70130<br>(504) 299-3570 / jord@krebsfarley.com<br>LA #35274 |
|---|---|

| Name of party applicant seeks to appear for: | RLI Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/5/2020 | Signed:   */s/ Jon Ord* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: | Clerk's signature: |

**Order**     This lawyer is admitted *pro hac vice*.

Signed: August 06, 2020

_____
Marvin Isgur
United States Bankruptcy Judge