United States Courts
Southern District of Texas
FILED

August 05, 2020

David J. Bradley, Clerk of Court

ENTERED
08/06/2020



UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of  Louisiana and Texas :

| | |
|---|---|
| Name | Victoria V. Theriot, General Counsel |
| Firm | Acadian Contractors, Inc. |
| Street | 501 South Main St. |
| City & Zip Code | Abbeville, LA 70510 |
| Telephone | (337) 580-4234 |
| Licensed: State & Number | TX: 24107056; LA: 33422 |

Seeks to appear as the attorney for this party:

| Acadian Contractors, Inc. |
|---|
| Dated: 8/5/2020    Signed: /s/ Victoria V. Theriot |

| COURT USE ONLY: The applicant's state bar reports their status as:  Eligible . |
|---|
| Dated: 8/5/2020    Signed: s| M. Mapps  Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: August 06, 2020

Marvin Isgur
United States Bankruptcy Judge