

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

ENTERED
08/06/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert W. Miller<br>Manier & Herod P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, Tennessee 37203<br>(615) 742-9320<br>North Carolina (43070); Tennessee (31918) |
|---|---|

| Name of party applicant seeks to appear for: | Philadelphia Indemnity Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2020 | Signed: | /s/ Robert W. Miller |
|---|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Signed:  August 06, 2020

_____
Marvin Isgur
United States Bankruptcy Judge