

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

ENTERED
08/04/2020

In Re: Fieldwood Energy LLC

Case No.: 20–33948

Debtor

Chapter: 11

## ORDER REGARDING THE EXCHANGE OF EXHIBITS AND WITNESS LISTS IN ALL CONTESTED MATTERS AND ADVERSARY PROCEEDINGS

1.   Counsel representing parties in all contested matters and adversary proceedings shall review and comply with BLR 9013–2 – Exchange of Exhibits, Exhibit Lists and Witness Lists in All Contested Matters and Adversary Proceedings.

2.   *ALL PARTIES ARE ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL BE GROUNDS FOR THE DENIAL OF THE ADMISSION OF ANY OR ALL EXHIBITS AND THE EXCLUSION OF WITNESS TESTIMONY.*

3.   All hearings are evidentiary unless specifically ordered otherwise.

It is so ORDERED.

Signed and Entered on Docket: 8/4/20.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                          Case No. 20-33948-drj
Fieldwood Energy LLC                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: admin              Page 1 of 1            Date Rcvd: Aug 04, 2020
                              Form ID: exwitDJ         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db              +Fieldwood Energy LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
          Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
           brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                               TOTAL: 3