

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
08/04/2020

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, | § | Case No. 20-33948 (MI) |
| Debtor. | § | |
| Tax I.D. No.  46-1326778 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY INC., | § | Case No. 20-33949 (MI) |
| Debtor. | § | |
| Tax I.D. No.  46-1694991 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ONSHORE LLC, | § | Case No. 20-33951 (MI) |
| Debtor. | § | |
| Tax I.D. No.  47-0953489 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD SD OFFSHORE LLC, | § | Case No. 20-33952 (MI) |
| Debtor. | § | |
| Tax I.D. No.  11-3758786 | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY OFFSHORE LLC, | § | Case No. 20-33950 (MI) |
| Debtor. | § | |
| Tax I.D. No. 26-1084494 | § | |
| In re: | § | Chapter 11 |
| FIELDWOOD OFFSHORE LLC, | § | Case No. 20-33961 (MI) |
| Debtor. | § | |
| Tax I.D. No. 35-2492930 | § | |
| In re: | § | Chapter 11 |
| GOM SHELF LLC, | § | Case No. 20-33954 (MI) |
| Debtor. | § | |
| Tax I.D. No. 76-0648107 | § | |
| In re: | § | Chapter 11 |
| FW GOM PIPELINE, INC., | § | Case No. 20-33953 (MI) |
| Debtor. | § | |
| Tax I.D. No. 38-3718440 | § | |

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| GALVESTON BAY PIPELINE LLC, | § § § | Case No. 20-33959 (MI) |
| Debtor. | § § § | |
| Tax I.D. No.  76-0595703 | § | |
| In re: | § § § | Chapter 11 |
| GALVESTON BAY PROCESSING LLC, | § § § | Case No. 20-33960 (MI) |
| Debtor. | § § § | |
| Tax I.D. No.  76-0570422 | § | |
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY SP LLC, | § § § | Case No. 20-33958 (MI) |
| Debtor. | § § § | |
| Tax I.D. No.  16-1671971 | § | |
| In re: | § § § | Chapter 11 |
| DYNAMIC OFFSHORE RESOURCES NS, LLC, | § § § | Case No. 20-33947 (MI) |
| Debtor. | § § § | |
| Tax I.D. No.  35-2190158 | § | |

3

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **BANDON OIL AND GAS, LP,** | § § § | Case No. 20-33956 (MI) |
| Debtor. | § § § § |  |
| Tax I.D. No.  20-4839266 | § § |  |
| In re: | § § § | Chapter 11 |
| **BANDON OIL AND GAS GP, LLC,** | § § § | Case No. 20-33955 (MI) |
| Debtor. | § § § § |  |
| Tax I.D. No.  20-4839172 | § § |  |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND BANKRUPTCY LOCAL RULE 1015-1

Upon the motion, dated August 4, 2020 (the "**Motion**")[1] of Fieldwood Energy LLC and its affiliated debtors in the above captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order directing joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, all as more fully set forth in the Motion; and ex parte relief being appropriate, the Court orders:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Dane Declaration.

4

1. The above-captioned chapter 11 cases will be jointly administered by the Court under Case No. 20-33948 (MI).

2. All cases not previously assigned to Judge Isgur are transferred to Judge Isgur.

3. Additionally, the following checked items are ordered:

☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

☒ Other: See below.

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors or the Debtors' estates. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § § |  |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

5. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6. A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Fieldwood Energy LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fieldwood Energy LLC, *et al.* The docket in Case No. 20-33948 (MI) should be consulted for all matters affecting this case.

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

8. A separate claims registry shall be maintained for each Debtor.

9. The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out receipts and disbursements on a debtor-by-debtor basis.

10. The Debtors are authorized to take all actions necessary or appropriate to carry out this Order.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 04, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                          Case No. 20-33948-mi
Fieldwood Energy LLC                                            Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: LinhthuDo             Page 1 of 1              Date Rcvd: Aug 04, 2020
                              Form ID: pdf001             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2020.
db             +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Halliburton Energy Services, Inc.
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2020 at the address(es) listed below:
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Hector Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jeffrey D. Carruth    on behalf of Creditor    Halliburton Energy Services, Inc. jcarruth@wkpz.com,
               jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```