IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| FIELDWOOD ENERGY, LLC, et al.,[1] | CASE NO. 20-33948 (MI) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears, pursuant to Section 1109(b) of the U.S. Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel for Linear Controls, Inc. ("Linear Controls"), a creditor and party in interest, and hereby submits this notice of appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007. All notices given or required to be given in these cases shall be served upon:

Linear Controls, Inc.
c/o Rick M. Shelby
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
rick.shelby@phelps.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules and also includes, without

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Appearance and Request for Notice shall not be deemed to be a waiver of Linear Controls' rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, defenses, set-offs, or recoupments to which Linear Control is or may be entitled under agreement, in law or in equity, which rights, claims, actions, defenses, set-offs, and recoupments Linear Control expressly reserves, or (5) to any and all defenses or objections Linear Control may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

**PLEASE TAKE FURTHER NOTICE** that Linear Control respectfully asks that the above e-mail address be added to the CMECF e-filing recipient list for this matter, which address is rick.shelby@phelps.com.

Dated: August 7, 2020

    Respectfully submitted,

    **PHELPS DUNBAR LLP**

    <u>/s/Rick M. Shelby</u>
    Patrick "Rick" M. Shelby (La. Bar No. 31963)
    (*Admitted in USDC, SDTX*)
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    rick.shelby@phelps.com

    **COUNSEL FOR LINEAR CONTROLS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 7, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served electronically via the Court's CMECF system.

    <u>/s/Rick M. Shelby</u>