UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 07 2020

David J. Bradley, Clerk of Court

| IN RE: | § | CHAPTER 11 |
|---|---|---|
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), 9010(a) and 9010(b), Facilities Consulting Group, LLC herby provides notice of its appearance herein and requests that the undersigned attorney be placed on the court's mailing list and ECF notice list in the above-captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, or any matters pertaining to this case, be sent to:

**Emile Joseph, Jr.**
Allen & Gooch, A Law Corporation
P.O. Box 81129
Lafayette, Louisiana 70598
Telephone: (337) 291-1310
Fax: (337) 291-1315
Email: EmileJoseph@allengooch.com

Respectfully submitted:

/s/ Emile Joseph, Jr.
_____
EMILE JOSEPH, JR. (LA Bar No. 14410)
ALLEN & GOOCH, A Law Corporation
2000 Kaliste Saloom Road, Suite 400
P.O. Box 81129
Lafayette, Louisiana 70598-1129
Telephone: (337) 291-1310
Fax: (337) 291-1315
Email: EmileJoseph@allengooch.com
***Attorneys for Facilities Consulting Group, LLC***