IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| *Debtors*. | § | |

## REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Zurich American Insurance Company ("**Zurich**"), a creditor and party in interest in this bankruptcy case, requests that all notices and pleadings given or required to be given to Zurich in this case be given to and served upon its attorneys of record at the following address:

> Duane J. Brescia
> Clark Hill Strasburger
> 720 Brazos, Suite 700
> Austin, TX 78701
> (512) 499-3647 (direct)
> (512) 499-3660 (fax)
> dbrescia@clarkhill.com

Zurich also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 3017, 4004, 4007, and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statement of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telecopy or telex.

Zurich intends that neither this request, nor later appearance, pleading, claim or suit, shall waive (a) the right of Zurich to have final orders in non-core maters entered only after de novo review by a District Judge, (b) the right of Zurich to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Zurich to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Zurich may be entitled under agreements, in law, in equity, or otherwise, all of which right, claims, actions, defenses, setoffs, and recoupments, Zurich expressly reserve.

Respectfully submitted,

  /s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
**CLARK HILL STRASBURGER**
720 Brazos, Suite 700
Austin, Texas 78701
512.499.3647
512.499.3660 (Facsimile)
dbrescia@clarkhill.com

**Attorneys for Zurich American Insurance Company**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this Request for Copies of All Notices, Pleadings and Papers was served via CM/ECF to all parties entitled to such notice on this the 7th day of August, 2020.

*/s/ Duane J. Brescia*
Duane J. Brescia