UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al., | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |
| | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND
ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE** that Parkins Lee & Rubio LLP ("Parkins Lee & Rubio") representing Island Operating Company in the above-captioned chapter 11 cases, files this Notice of Appearance under rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request to receive copies of all pleadings filed or noticed by any party pursuant to Bankruptcy Rules 2002(a) and (b) and 3017(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Notice of Appearance, copies should be sent as follows:

Charles M. Rubio
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
crubio@parkinslee.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Parkins Lee & Rubio does not intend that this Notice of Appearance, or any later appearance or pleading, be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Parkins Lee & Rubio reserves.

Dated: August 7, 2020

/s/ *Charles M. Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: crubio@parkinslee.com

*Counsel for Island Operating Company*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically by the Court's ECF System on all parties registered to receive such service on the 7th day of August 2020.

/s/ *Charles M. Rubio*