IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Locke Lord LLP and its designated attorneys, Philip Eisenberg, Elizabeth Guffy, Simon Mayer, Eric Boylan, Omer F. Kuebel, III, and Bradley C. Knapp hereby enter their appearance as counsel for U.S. Specialty Insurance Company.

**PLEASE TAKE FURTHER NOTICE** that we respectfully request that all Notices, Motions, Disclosure Statements, Plans, and all other pleadings, process, and Court filings related to the above-captioned case be forwarded to the undersigned at the addresses, and emails, listed below:

| | |
|---|---|
| Philip G. Eisenberg | Omer F. Kuebel, III |
| Elizabeth Guffy | Bradley C. Knapp |
| Simon Mayer | LOCKE LORD LLP |
| Eric Boylan | 601 Poydras St., Suite 2660 |
| LOCKE LORD LLP | New Orleans, Louisiana 70130 |
| 600 Travis Street, Suite 2800 | Telephone: (504) 558-5210 |
| Houston, TX 77002 | Fax: (504) 558-5200 |
| Telephone: 713-226-1200 | rkuebel@lockelord.com |
| Fax: 713-223-3717 | bknapp@lockelord.com |
| peisenberg@lockelord.com | |
| eguffy@lockelord.com | |
| simon.mayer@lockelord.com | |
| eric.boylan@lockelord.com | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS                                    PAGE 1

**PLEASE TAKE FURTHER NOTICE** that we additionally request that the Debtors and the Clerk of the Court place the undersigned counsel on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that we do not consent to or waive any right with respect to jurisdiction under Title 11 of the United States Code, and strictly reserve such rights, including: (1) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case; (2) the right to have final orders in noncore matters entered only de novo review by the District Court; and, (3) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal.

Dated:  August 7, 2020         Respectfully submitted,

/s/ Philip G. Eisenberg
**Philip G. Eisenberg**
  Texas Bar No. 24033923
**Elizabeth Guffy**
  Texas Bar No. 8592525
**Simon Mayer**
  Texas Bar No. 24060243
**Eric Boylan**
  Texas Bar No. 24105519
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Fax:  (713) 223-3717
peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com
eric.boylan@lockelord.com

-and-

        **Omer F. Kuebel, III**
        Federal Bar No. 32595
        **Bradley C. Knapp**
        Texas Bar No. 24060101
        **LOCKE LORD LLP**
        601 Poydras St., Suite 2660
        New Orleans, Louisiana 70130
        Telephone: (504) 558-5210
        Fax: (504) 558-5200
        rkuebel@lockelord.com
        bknapp@lockelord.com

        **ATTORNEYS FOR U.S. SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on August 7, 2020.

        */s/ Philip G. Eisenberg*
        Philip G. Eisenberg