United States Courts
Southern District of Texas
FILED
August 06, 2020
David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF T 

ENTERED
08/07/2020

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, L.L.C., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ronald J. Savoie<br>Jackson & Jackson PLLC<br>111 Founders Dr Ste 400<br>Baton Rouge, LA 70810<br>225-283-3333  ronnie@jlaw.net<br>La. 21072 |
|---|---|

| Name of party applicant seeks to appear for: | CTD Legacy, L.L.C.<br>d/b/a Provisions Energy & Marine Support |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/6/2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: | Eligible |
|---|---|
| Dated: 8/6/2020 | Clerk's signature:  s| M. Mapps |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 07, 2020

Marvin Isgur
United States Bankruptcy Judge