IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| FIELDWOOD ENERGY LLC, et al<br>    Debtors. | Case No. 20-33948 |
| | Jointly Administered |

### Notice of Appearance and Request for Service of All Pleadings

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Acadian Contractors, Inc. pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

> Victoria V. Theriot
> General Counsel
> Acadian Contractors, Inc.
> P.O. Box 1740
> Abbeville, LA 70511
> Tel: (337) 892-4149
> Fax: (337) 893-7148
> ttheriot@acadiancontractors.com

Respectfully submitted,

By:   */s/ Victoria V. Theriot*
      Victoria V. Theriot
      Tex. State Bar No. 24107056
      La. State Bar No. 33422
      501 South Main St.
      Abbeville, LA 70510
      Tel: (337) 892-4149
      Fax: (337) 893-7148
      ttheriot@acadiancontractors.com

      *Attorney for Acadian Contractors, Inc.*

### *Certificate of Service*

I hereby certify that on August 7, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

   */s/ Victoria V. Theriot*
   Victoria V. Theriot