IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-33948 (MI)** |
| **Fieldwood Energy LLC,** *et al.*, | § | |
| | § | **Chapter 11** |
| **Debtors.** | § | |
| | § | **Jointly Administered** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned is counsel for the United States of America, acting on behalf of the United States Department of the Interior, in this case. The United States of America requests that all notices and instruments filed in this case be served on the counsel listed below at the following address:

> Serajul F. Ali
> U.S. Department of Justice
> P.O. Box 875-Ben Franklin Station
> Washington, DC 20044
> (202) 307-0488
> E-mail:  serajul.ali@usdoj.gov

*[signature page follows]*

1

Dated: August 7, 2020

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney

**ETHAN P. DAVIS**
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

**RUTH A. HARVEY**
Director
**MARGARET M. NEWELL**
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

 /s/ *Serajul F. Ali*
**SERAJUL F. ALI**
Admitted *Pro Hac Vice*
DC Bar No.: 478505
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0488
Facsimile: (202) 514-9163
E-mail: serajul.ali@usdoj.gov

**Attorneys for the United States of America, on behalf of the United States Department of the Interior**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a true and correct copy of the foregoing Notice on the parties receiving ECF notification in this case on August 7, 2020.

                                                */s/ Serajul F. Ali*
                                                Serajul F. Ali