UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
08/05/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In re: Fieldwood Energy LLC, *et al* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Jessica Liou |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Licensed: State & Number | New York/4713319 |

Seeks to appear as the attorney for this party:

| Fieldwood Energy LLC and Its Debtor Affiliates | |
|---|---|
| Dated: August 4, 2020 | Signed:  _/s/ Jessica Liou_ |

| COURT USE ONLY: The applicant's state bar reports their status as: ___Active___. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: August 05, 2020

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 20-33948-mi
Fieldwood Energy LLC                                               Chapter 11
Dynamic Offshore Resources NS, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: TylerLaws          Page 1 of 3          Date Rcvd: Aug 05, 2020
                             Form ID: pdf002          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db            +Bandon Oil and Gas GP, LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Bandon Oil and Gas, LP,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Dynamic Offshore Resources NS, LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
db            +FW GOM Pipeline, Inc.,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Energy Inc.,   2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db            +Fieldwood Energy LLC,   2000 W. Sam Houston Pkwy. S.,    Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Energy Offshore LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
db            +Fieldwood Energy SP LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Offshore LLC,   2000 W. Sam Houston Pkwy. S.,    Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Onshore LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood SD Offshore LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +GOM Shelf LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Galveston Bay Pipeline LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db            +Galveston Bay Processing LLC,   2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
aty           +Victoria V Theriot,   Acadian Contractors, Inc,   501 South Main St.,
               Abbeville, LA 70510-6508
intp          +Apache Corporation,   Hunton Andrews Kurth LLP,   Attn: Robin Russell,   600 Travis Street,
               Suite 4200,   Houston, TX 77002-2929
cr            +C-Dive, L.L.C.,   c/o Leann O. Moses,   1100 Poydras Street,   Suite 3100,
               New Orleans, LA 70163-1102
op            +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440,
               New York, NY 10165-1446
cr            +SBM Gulf Production LLC,   c/o Ken Green,   Snow Spence Green LLP,   P O Box 549,
               Hockley, TX 77447-0549
cr            +Tetra Applied Technologies, Inc.,   c/o Zachary S. McKay,   Dore Rothberg McKay, P.C.,
               17171 Park Row, Suite 160,   Houston, TX 77084-4927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Cypress-Fairbanks ISD,
               Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
               Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Harris County,
               Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   PO Box 3064,
               Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Jefferson County,
               Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   P.O. Box 3064,
               Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Matagorda County,
               Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   Post Office Box 3064,
               Houston, TX  77253-3064
                                                                                           TOTAL: 4


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Acadian Contractors, Inc
cr            Ad Hoc Group of Secured Lenders
cr            Archrock Partners Operating, LLC and Archrock Serv
intp          Cantor Fitzgerald Securities, as DIP Agent
cr            Chevron U.S.A. Inc.
cr            Goldman Sachs Bank USA
cr            Halliburton Energy Services, Inc.
cr            Liberty Mutual Insurance Company
cr            Philadelphia Indemnity Insurance Company
intp          RLI Insurance Company
cr            Renaissance Offshore, LLC
cr            The Hanover Insurance Company
cr            U.S. Department of the Interior
                                                                            TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0541-4          User: TylerLaws         Page 2 of 3              Date Rcvd: Aug 05, 2020
                              Form ID: pdf002         Total Noticed: 24
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the addresses) listed below:
          Alfredo R Perez   on behalf of Debtor   Fieldwood Energy SP LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   FW GOM Pipeline, Inc. alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   GOM Shelf LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood SD Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Bandon Oil and Gas, LP alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood Onshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Galveston Bay Pipeline LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood Energy LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Fieldwood Energy Inc. alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor   Galveston Bay Processing LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Brandon Kevin Bains   on behalf of Creditor   The Hanover Insurance Company bbains@l-llp.com,
          langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
          Brandon Kevin Bains   on behalf of Creditor   Liberty Mutual Insurance Company bbains@l-llp.com,
          langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
          Brian A. Baker   on behalf of Creditor   Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
          Catherine  Diktaban   on behalf of Interested Party   Apache Corporation cdiktaban@huntonak.com
          Charles A Beckham, Jr   on behalf of Interested Party   Cantor Fitzgerald Securities, as DIP
          Agent beckhamc@haynesboone.com,  kenneth.rusinko@haynesboone.com
          Charles A Beckham, Jr   on behalf of Creditor   Ad Hoc Group of Secured Lenders
          beckhamc@haynesboone.com,  kenneth.rusinko@haynesboone.com
          Douglas Saul Friedman   on behalf of Creditor   Renaissance Offshore, LLC
          doug.friedman@stacybakerlaw.com
          Edward L Ripley   on behalf of Creditor   Chevron U.S.A. Inc. eripley@andrewsmyers.com
          Hector  Duran, Jr   on behalf of U.S. Trustee   US Trustee Hector.Duran.Jr@usdoj.gov
          Jeffrey D. Carruth   on behalf of Creditor   Halliburton Energy Services, Inc. jcarruth@wkpz.com,
          jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
          John P Dillman   on behalf of Creditor   Matagorda County houston_bankruptcy@publicans.com
```

```
District/off: 0541-4          User: TylerLaws          Page 3 of 3                Date Rcvd: Aug 05, 2020
                              Form ID: pdf002          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              John P Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
              Kenneth P. Green    on behalf of Creditor    SBM Gulf Production LLC kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
              Kevin M Maraist    on behalf of Creditor    Archrock Partners Operating, LLC and Archrock Service
               LP kmaraist@albmlaw.com
              Leann Opotowsky Moses    on behalf of Creditor    C-Dive, L.L.C. moses@carverdarden.com,
               Langley@carverdarden.com;8167471420@filings.docketbird.com
              Matthew J. Pyeatt    on behalf of Creditor    Goldman Sachs Bank USA mpyeatt@velaw.com
              Michael Edward Collins    on behalf of Creditor    Philadelphia Indemnity Insurance Company
               mcollins@manierherod.com,   rmiller@manierherod.com
              Richard A. Kincheloe    on behalf of Creditor    U.S. Department of the Interior
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
               khaley@krebsfarley.com
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc.
               zmckay@dorelawgroup.net,   chymel@dorelawgroup.net
                                                                                        TOTAL: 38
```