UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF

ENTERED
08/05/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In re: Fieldwood Energy LLC, *et al* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Moshe A. Fink |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Licensed: State & Number | New York/5254339 |

Seeks to appear as the attorney for this party:

| Fieldwood Energy LLC and Its Debtor Affiliates | |
|---|---|
| Dated: August 4, 2020 | Signed:  */s/ Moshe A. Fink* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____. | |
|---|---|
| Dated: | Signed: _____ <br> Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Signed:  August 05, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                           Case No. 20-33948-mi
Fieldwood Energy LLC                                             Chapter 11
Dynamic Offshore Resources NS, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0541-4        User: TylerLaws        Page 1 of 3              Date Rcvd: Aug 05, 2020
                           Form ID: pdf002         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db            +Bandon Oil and Gas GP, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Bandon Oil and Gas, LP,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Dynamic Offshore Resources NS, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
                Houston, TX 77042-3623
db            +FW GOM Pipeline, Inc.,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Energy Inc.,   2000 W Sam Houston Pkwy S,   s,   Houston, TX 77042-3623
db            +Fieldwood Energy LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Energy Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
                Houston, TX 77042-3623
db            +Fieldwood Energy SP LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Offshore LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood Onshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Fieldwood SD Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +GOM Shelf LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Galveston Bay Pipeline LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db            +Galveston Bay Processing LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
                Houston, TX 77042-3623
aty           +Victoria V Theriot,   Acadian Contractors, Inc,   501 South Main St.,
                Abbeville, LA 70510-6508
intp          +Apache Corporation,   Hunton Andrews Kurth LLP,   Attn: Robin Russell,   600 Travis Street,
                Suite 4200,   Houston, TX 77002-2929
cr            +C-Dive, L.L.C.,   c/o Leann O. Moses,   1100 Poydras Street,   Suite 3100,
                New Orleans, LA 70163-1102
op            +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440,
                New York, NY 10165-1446
cr            +SBM Gulf Production LLC,   c/o Ken Green,   Snow Spence Green LLP,   P O Box 549,
                Hockley, TX 77447-0549
cr            +Tetra Applied Technologies, Inc.,   c/o Zachary S. McKay,   Dore Rothberg McKay, P.C.,
                17171 Park Row, Suite 160,   Houston, TX 77084-4927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Cypress-Fairbanks ISD,
                Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:26      Harris County,
                Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   PO Box 3064,
                Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Jefferson County,
                Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   P.O. Box 3064,
                Houston, TX  77253-3064
cr             E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:27      Matagorda County,
                Linebarger Goggan Blair & Sampson LLP,   Post Office Box 3064,
                Houston, TX  77253-3064
                                                                                      TOTAL: 4


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Acadian Contractors, Inc
cr             Ad Hoc Group of Secured Lenders
cr             Archrock Partners Operating, LLC and Archrock Serv
intp           Cantor Fitzgerald Securities, as DIP Agent
cr             Chevron U.S.A. Inc.
cr             Goldman Sachs Bank USA
cr             Halliburton Energy Services, Inc.
cr             Liberty Mutual Insurance Company
cr             Philadelphia Indemnity Insurance Company
intp           RLI Insurance Company
cr             Renaissance Offshore, LLC
cr             The Hanover Insurance Company
cr             U.S. Department of the Interior
                                                                          TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0541-4          User: TylerLaws          Page 2 of 3          Date Rcvd: Aug 05, 2020
                             Form ID: pdf002           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the addresses) listed below:
          Alfredo R Perez   on behalf of Debtor  Fieldwood Energy SP LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  FW GOM Pipeline, Inc. alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  GOM Shelf LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood SD Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Bandon Oil and Gas, LP alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood Onshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Galveston Bay Pipeline LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood Energy LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Fieldwood Energy Inc. alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Alfredo R Perez   on behalf of Debtor  Galveston Bay Processing LLC alfredo.perez@weil.com,
          brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
          topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
          Brandon Kevin Bains   on behalf of Creditor  The Hanover Insurance Company bbains@l-llp.com,
          langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
          Brandon Kevin Bains   on behalf of Creditor  Liberty Mutual Insurance Company bbains@l-llp.com,
          langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
          Brian A. Baker   on behalf of Creditor  Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
          Catherine  Diktaban   on behalf of Interested Party  Apache Corporation cdiktaban@huntonak.com
          Charles A Beckham, Jr   on behalf of Interested Party  Cantor Fitzgerald Securities, as DIP
          Agent beckhamc@haynesboone.com,  kenneth.rusinko@haynesboone.com
          Charles A Beckham, Jr   on behalf of Creditor  Ad Hoc Group of Secured Lenders
          beckhamc@haynesboone.com,  kenneth.rusinko@haynesboone.com
          Douglas Saul Friedman   on behalf of Creditor  Renaissance Offshore, LLC
          doug.friedman@stacybakerlaw.com
          Edward L Ripley   on behalf of Creditor  Chevron U.S.A. Inc. eripley@andrewsmyers.com
          Hector  Duran, Jr   on behalf of U.S. Trustee  US Trustee Hector.Duran.Jr@usdoj.gov
          Jeffrey D. Carruth   on behalf of Creditor  Halliburton Energy Services, Inc. jcarruth@wkpz.com,
          jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
          John P Dillman   on behalf of Creditor  Matagorda County houston_bankruptcy@publicans.com
```

```
District/off: 0541-4          User: TylerLaws          Page 3 of 3              Date Rcvd: Aug 05, 2020
                              Form ID: pdf002          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          John P Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P Dillman    on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
          John P Dillman    on behalf of Creditor    Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
          Kenneth P. Green    on behalf of Creditor    SBM Gulf Production LLC kgreen@snowspencelaw.com,
           janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
          Kevin M Maraist    on behalf of Creditor    Archrock Partners Operating, LLC and Archrock Service
           LP kmaraist@albmlaw.com
          Leann Opotowsky Moses    on behalf of Creditor    C-Dive, L.L.C. moses@carverdarden.com,
           Langley@carverdarden.com;8167471420@filings.docketbird.com
          Matthew J. Pyeatt    on behalf of Creditor    Goldman Sachs Bank USA mpyeatt@velaw.com
          Michael Edward Collins    on behalf of Creditor    Philadelphia Indemnity Insurance Company
           mcollins@manierherod.com, rmiller@manierherod.com
          Richard A. Kincheloe    on behalf of Creditor    U.S. Department of the Interior
           Richard.Kincheloe@usdoj.gov,
           caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
           ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
          Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
           khaley@krebsfarley.com
          Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
          Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc.
           zmckay@dorelawgroup.net, chymel@dorelawgroup.net
                                                                                      TOTAL: 38
```