UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
08/05/2020

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 20-33948 (MI) |
| Debtor | In re: Fieldwood Energy LLC, *et al* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Jason George |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone | (212) 310-8000 |
| Licensed: State & Number | New York/5715040 |

Seeks to appear as the attorney for this party:

| Fieldwood Energy LLC and Its Debtor Affiliates ||
|---|---|
| Dated: August 4, 2020 | Signed:  /s/ Jason George |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 05, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Southern District of Texas
In re:                                                                  Case No. 20-33948-mi
Fieldwood Energy LLC                                                    Chapter 11
Dynamic Offshore Resources NS, LLC
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0541-4          User: TylerLaws              Page 1 of 3                    Date Rcvd: Aug 05, 2020
                              Form ID: pdf002              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,    Houston, TX 77042-3623
db             +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,
                 Houston, TX 77042-3623
db             +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,    Houston, TX 77042-3623
db             +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,     Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,
                 Houston, TX 77042-3623
db             +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,     Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,    Houston, TX 77042-3623
db             +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,    Houston, TX 77042-3623
db             +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,     Suite 1200,
                 Houston, TX 77042-3623
aty            +Victoria V Theriot,    Acadian Contractors, Inc,    501 South Main St.,
                 Abbeville, LA 70510-6508
intp           +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,     600 Travis Street,
                 Suite 4200,    Houston, TX 77002-2929
cr             +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
                 New Orleans, LA 70163-1102
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
cr             +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
                 Hockley, TX 77447-0549
cr             +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,     Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:26      Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, Tx 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:26      Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                 Houston, TX 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:26      Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                 Houston, TX 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 05 2020 22:04:26      Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                 Houston, TX 77253-3064
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Acadian Contractors, Inc
cr              Ad Hoc Group of Secured Lenders
cr              Archrock Partners Operating, LLC and Archrock Serv
intp            Cantor Fitzgerald Securities, as DIP Agent
cr              Chevron U.S.A. Inc.
cr              Goldman Sachs Bank USA
cr              Halliburton Energy Services, Inc.
cr              Liberty Mutual Insurance Company
cr              Philadelphia Indemnity Insurance Company
intp            RLI Insurance Company
cr              Renaissance Offshore, LLC
cr              The Hanover Insurance Company
cr              U.S. Department of the Interior
                                                                                   TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0541-4           User: TylerLaws              Page 2 of 3                     Date Rcvd: Aug 05, 2020
                               Form ID: pdf002              Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy SP LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    FW GOM Pipeline, Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    GOM Shelf LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood SD Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas, LP alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Onshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Pipeline LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Processing LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Brandon Kevin Bains    on behalf of Creditor    The Hanover Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brandon Kevin Bains    on behalf of Creditor    Liberty Mutual Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brian A. Baker    on behalf of Creditor    Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
              Catherine Diktaban    on behalf of Interested Party    Apache Corporation cdiktaban@huntonak.com
              Charles A Beckham, Jr    on behalf of Interested Party    Cantor Fitzgerald Securities, as DIP
               Agent beckhamc@haynesboone.com,     kenneth.rusinko@haynesboone.com
              Charles A Beckham, Jr    on behalf of Creditor    Ad Hoc Group of Secured Lenders
               beckhamc@haynesboone.com,     kenneth.rusinko@haynesboone.com
              Douglas Saul Friedman    on behalf of Creditor    Renaissance Offshore, LLC
               doug.friedman@stacybakerlaw.com
              Edward L Ripley    on behalf of Creditor    Chevron U.S.A. Inc. eripley@andrewsmyers.com
              Hector Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jeffrey D. Carruth    on behalf of Creditor    Halliburton Energy Services, Inc. jcarruth@wkpz.com,
               jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
              John P Dillman    on behalf of Creditor    Matagorda County houston_bankruptcy@publicans.com
```

```
District/off: 0541-4          User: TylerLaws             Page 3 of 3            Date Rcvd: Aug 05, 2020
                              Form ID: pdf002             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John P Dillman     on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P Dillman     on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
              John P Dillman     on behalf of Creditor    Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
              Kenneth P. Green    on behalf of Creditor    SBM Gulf Production LLC kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
              Kevin M Maraist     on behalf of Creditor    Archrock Partners Operating, LLC and Archrock Service
               LP kmaraist@albmlaw.com
              Leann Opotowsky Moses     on behalf of Creditor    C-Dive, L.L.C. moses@carverdarden.com,
               Langley@carverdarden.com;8167471420@filings.docketbird.com
              Matthew J. Pyeatt     on behalf of Creditor    Goldman Sachs Bank USA mpyeatt@velaw.com
              Michael Edward Collins     on behalf of Creditor    Philadelphia Indemnity Insurance Company
               mcollins@manierherod.com,  rmiller@manierherod.com
              Richard A. Kincheloe     on behalf of Creditor    U.S. Department of the Interior
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Ryan Dodson Dry     on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
               khaley@krebsfarley.com
              Stephen Douglas Statham     on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
              Zachary S McKay     on behalf of Creditor    Tetra Applied Technologies, Inc.
               zmckay@dorelawgroup.net,  chymel@dorelawgroup.net
                                                                                             TOTAL: 38
```