

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
08/06/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jon Ord<br>Krebs Farley & Dry, PLLC<br>400 Poydras St., Suite 2500<br>New Orleans, LA 70130<br>(504) 299-3570 / jord@krebsfarley.com<br>LA #35274 |
|---|---|

| Name of party applicant seeks to appear for: | RLI Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 8/5/2020 | Signed: */s/ Jon Ord* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: August 06, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Southern District of Texas
In re:                                                                    Case No. 20-33948-mi
Fieldwood Energy LLC                                                      Chapter 11
Dynamic Offshore Resources NS, LLC
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0541-4          User: TylerLaws              Page 1 of 3             Date Rcvd: Aug 06, 2020
                              Form ID: pdf002              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db             +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
db             +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db             +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,   Houston, TX 77042-3623
db             +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
db             +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,   Houston, TX 77042-3623
db             +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,   Houston, TX 77042-3623
db             +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
aty            +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,   1201 Louisiana, 28th Floor,
                 Houston, TX 77002-5607
aty            +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
                 Baton Rouge, LA 70810-8959
aty            +Victoria V Theriot,    Acadian Contractors, Inc,    501 South Main St.,
                 Abbeville, LA 70510-6508
cr             +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
                 Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA 70139,
                 US 70139-7756
intp           +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
                 Suite 4200,    Houston, TX 77002-2929
cr             +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
                 New Orleans, LA 70163-1102
intp           +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
                 New Orleans, LA 70130-3292
cr             +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
                 5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
intp            Railroad Commission of Texas,    c/o Office of the Attorney General,
                 Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX 78711-2548
cr             +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
                 Houston, TX 77002-5832
cr             +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
                 Hockley, TX 77447-0549
cr             +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras St.,    New Orleans, LA 70139,    US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139,    US 70139-7756
cr             +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr             +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139,    US 70139-7756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 06 2020 22:10:21     Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, Tx 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 06 2020 22:10:21     Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 06 2020 22:10:21     Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 06 2020 22:10:21     Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                 Houston, TX  77253-3064
                                                                                              TOTAL: 4
```

```
District/off: 0541-4           User: TylerLaws            Page 2 of 3           Date Rcvd: Aug 06, 2020
                               Form ID: pdf002            Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Acadian Contractors, Inc
cr            Ad Hoc Group of Secured Lenders
cr            Archrock Partners Operating, LLC and Archrock Serv
cr            CTD Legacy LLC
intp          Cantor Fitzgerald Securities, as DIP Agent
cr            Chevron U.S.A. Inc.
cr            Goldman Sachs Bank USA
cr            Halliburton Energy Services, Inc.
cr            Liberty Mutual Insurance Company
cr            Partco, LLC
cr            Philadelphia Indemnity Insurance Company
intp          RLI Insurance Company
cr            Renaissance Offshore, LLC
cr            The Hanover Insurance Company
cr            U.S. Department of the Interior
                                                                                TOTALS: 15, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy SP LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    FW GOM Pipeline, Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    GOM Shelf LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood SD Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas, LP alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Onshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Pipeline LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
```

```
District/off: 0541-4           User: TylerLaws              Page 3 of 3                  Date Rcvd: Aug 06, 2020
                               Form ID: pdf002              Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Processing LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Andrew A Braun    on behalf of Creditor    TGS AP Investments AS abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    Westerngeco LLC abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    JX Nippon Oil Exploration (U.S.A.) Limited
               abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUCTS AND
               SERVICES abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    TGS-NOPEC Geophysical Company abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    TGS-NOPEC Geophysical Company ASA abraun@glllaw.com
              Barnet B Skelton, Jr    on behalf of Creditor    Red Willow Offshore, LLC barnetbjr@msn.com
              Brandon Kevin Bains    on behalf of Creditor    The Hanover Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brandon Kevin Bains    on behalf of Creditor    Liberty Mutual Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brian A. Baker    on behalf of Creditor    Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
              Catherine  Diktaban    on behalf of Interested Party    Apache Corporation cdiktaban@huntonak.com
              Charles A Beckham, Jr    on behalf of Interested Party    Cantor Fitzgerald Securities, as DIP
               Agent beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
              Charles A Beckham, Jr    on behalf of Creditor    Ad Hoc Group of Secured Lenders
               beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
              Douglas Saul Friedman    on behalf of Creditor    Renaissance Offshore, LLC
               doug.friedman@stacybakerlaw.com
              Edward L Ripley    on behalf of Creditor    Chevron U.S.A. Inc. eripley@andrewsmyers.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              J. David Forsyth    on behalf of Interested Party    Helis Oil & Gas Company, LLC
               jdf@sessions-law.com
              Jason Bradley Binford    on behalf of Interested Party    Railroad Commission of Texas
               Jason.binford@oag.texas.gov
              Jeffrey D. Carruth    on behalf of Creditor    Halliburton Energy Services, Inc. jcarruth@wkpz.com,
               jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
              John P Dillman    on behalf of Creditor    Matagorda County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
              Kenneth P. Green    on behalf of Creditor    SBM Gulf Production LLC kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
              Kevin M Maraist    on behalf of Creditor    Archrock Partners Operating, LLC and Archrock Service
               LP kmaraist@albmlaw.com
              Lambert M Laperouse    on behalf of Creditor    JX Nippon Oil Exploration (U.S.A.) Limited
               laperouse@glllaw.com, hherrick@glllaw.com
              Leann Opotowsky Moses    on behalf of Creditor    C-Dive, L.L.C. moses@carverdarden.com,
               Langley@carverdarden.com;8167471420@filings.docketbird.com
              Matthew J. Pyeatt    on behalf of Creditor    Goldman Sachs Bank USA mpyeatt@velaw.com
              Michael Edward Collins    on behalf of Creditor    Philadelphia Indemnity Insurance Company
               mcollins@manierherod.com, rmiller@manierherod.com
              Richard A. Kincheloe    on behalf of Creditor    U.S. Department of the Interior
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
               khaley@krebsfarley.com
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              Wayne  Kitchens    on behalf of Attorney    Petro Amigos Supply, Inc. jwk@hwallp.com,
               dkokenes@hwallp.com
              William Shanler Robbins    on behalf of Creditor    Partco, LLC wrobbins@stewartrobbins.com,
               wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
              Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc.
               zmckay@dorelawgroup.net, chymel@dorelawgroup.net
                                                                                             TOTAL: 50
```