IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*, § | § | **Case No. 20-33948 (MI)** |
| **Debtors.**[1] § | § | **(Jointly Administered)** |

### NOTICE OF FILING OF CONSOLIDATED CREDITOR MATRIX

**PLEASE TAKE NOTICE THAT** on August 8, 2020, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure and in accordance with the *Order (I) Authorizing Debtors to File a Consolidated Creditor Matrix and a Consolidated List of 30 Largest Unsecured Creditors and (II) Authorizing Debtors to Redact Certain Personal Identification Information of Employees* (ECF No. 57), the above-captioned debtors and debtors in possession hereby file with the United States Bankruptcy Court for the Southern District of Texas (i) a redacted version of the consolidated list of creditors (the "**Creditor Matrix**"), attached hereto as **Exhibit A**, and (ii) an unredacted version of the Creditor Matrix under seal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 9, 2020
       Houston, Texas

                                Respectfully submitted,

                                */s/ Alfredo R. Pérez*
                              WEIL, GOTSHAL & MANGES LLP
                              Alfredo R. Pérez (15776275)
                              700 Louisiana Street, Suite 1700
                              Houston, Texas  77002
                              Telephone: (713) 546-5000
                              Facsimile:  (713) 224-9511
                              Email:  Alfredo.Perez@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Matthew S. Barr (admitted *pro hac vice*)
                              Jessica Liou (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:  (212) 310-8007
                              Email:   Matt.Barr@weil.com
                                              Jessica.Liou@weil.com

                              *Proposed Attorneys for Debtors*
                              *and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 9, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                           */s/ Alfredo R. Pérez*
                                                         Alfredo R. Pérez