# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## MASTER SERVICE LIST AS OF AUGUST 9, 2020

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* (Docket No. 18), attached hereto is the consolidated Master Service List, as of August 9, 2020, for Fieldwood Energy LLC and its affiliated debtors (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing, and solicitation agent, Prime Clerk LLC, at https://cases.primeclerk.com/fieldwoodenergy/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 9, 2020
       Houston, Texas

                                            /s/ Alfredo R. Pérez
                                       WEIL, GOTSHAL & MANGES LLP
                                       Alfredo R. Pérez (15776275)
                                       700 Louisiana Street, Suite 1700
                                       Houston, Texas 77002
                                       Telephone: (713) 546-5000
                                       Facsimile: (713) 224-9511
                                       Email: Alfredo.Perez@weil.com

                                       -and-

                                       WEIL, GOTSHAL & MANGES LLP
                                       Matthew S. Barr (admitted *pro hac vice*)
                                       Jessica Liou (admitted *pro hac vice*)
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       Email: Matt.Barr@weil.com
                                                     Jessica.Liou@weil.com

                                       *Proposed Attorneys for Debtors*
                                       *and Debtors in Possession*