United States Courts
Southern District of Texas
FILED
August 06, 2020
David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF T

ENTERED
08/07/2020

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, L.L.C., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ronald J. Savoie<br>Jackson & Jackson PLLC<br>111 Founders Dr Ste 400<br>Baton Rouge, LA 70810<br>225-283-3333  ronnie@jlaw.net<br>La. 21072 |
|---|---|

| Name of party applicant seeks to appear for: | CTD Legacy, L.L.C.<br>d/b/a Provisions Energy & Marine Support |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/6/2020 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Eligible |
|---|---|
| Dated: 8/6/2020 | Clerk's signature:   s| M. Mapps |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 07, 2020

[signature]

Marvin Isgur
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                              Southern District of Texas

In re:                                                             Case No. 20-33948-mi
Fieldwood Energy LLC                                               Chapter 11
Dynamic Offshore Resources NS, LLC
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0541-4          User: TylerLaws            Page 1 of 4               Date Rcvd: Aug 07, 2020
                              Form ID: pdf002            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db             +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
db             +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db             +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
db             +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db             +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
                 Houston, TX 77042-3623
aty            +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty            +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
                 Houston, TX 77002-5607
aty            +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
                 Baton Rouge, LA 70810-8959
cr             +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
                 Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA 70139,
                 US 70139-7756
intp           +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
                 Suite 4200,    Houston, TX 77002-2929
cr             +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
                 New Orleans, LA 70163-1102
intp           +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
                 New Orleans, LA 70130-3292
cr             +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
                 5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
intp            Railroad Commission of Texas,    c/o Office of the Attorney General,
                 Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX  78711-2548
cr             +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
                 Houston, TX 77002-5832
cr             +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
                 Hockley, TX 77447-0549
cr             +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
                 Austin, TX 78701-2531
cr             +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
                 1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
cr             +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
cr             +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr             +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                 600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr             +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
cr             +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                 Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 07 2020 21:58:51     Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, Tx  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 07 2020 21:58:51     Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                 Houston, TX  77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Aug 07 2020 21:59:16
                 Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 07 2020 21:58:51     Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                 Houston, TX  77253-3064
```

```
District/off: 0541-4           User: TylerLaws            Page 2 of 4                  Date Rcvd: Aug 07, 2020
                               Form ID: pdf002            Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 07 2020 21:58:51     Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                 Houston, TX  77253-3064
                                                                                                 TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Acadian Contractors, Inc
cr              Ad Hoc Group of Secured Lenders
cr              Archrock Partners Operating, LLC and Archrock Serv
cr              CTD Legacy LLC
intp            Cantor Fitzgerald Securities, as DIP Agent
cr              Chevron U.S.A. Inc.
intp            Facilities Consulting Group, LLC
cr              Goldman Sachs Bank USA
cr              Halliburton Energy Services, Inc.
cr              Liberty Mutual Insurance Company
cr              Linear Controls, Inc.
cr              Partco, LLC
cr              Philadelphia Indemnity Insurance Company
intp            RLI Insurance Company
cr              Renaissance Offshore, LLC
cr              The Hanover Insurance Company
cr              U.S. Department of the Interior
                                                                                       TOTALS: 17, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
```
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Processing LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy SP LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    FW GOM Pipeline, Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    GOM Shelf LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
```

```
District/off: 0541-4          User: TylerLaws              Page 3 of 4                 Date Rcvd: Aug 07, 2020
                              Form ID: pdf002              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Alfredo R Perez  on behalf of Debtor  Fieldwood SD Offshore LLC alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Alfredo R Perez  on behalf of Debtor  Bandon Oil and Gas, LP alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Alfredo R Perez  on behalf of Debtor  Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Alfredo R Perez  on behalf of Debtor  Fieldwood Onshore LLC alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Alfredo R Perez  on behalf of Debtor  Galveston Bay Pipeline LLC alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Andrew A Braun  on behalf of Creditor  TGS AP Investments AS abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  Westerngeco LLC abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  JX Nippon Oil Exploration (U.S.A.) Limited
     abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUCTS AND
     SERVICES abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  TGS-NOPEC Geophysical Company abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  TGS-NOPEC Geophysical Company ASA abraun@glllaw.com
    Barnet B Skelton, Jr  on behalf of Creditor  Red Willow Offshore, LLC barnetbjr@msn.com
    Bradley Clay Knapp  on behalf of Creditor  U.S. Specialty Insurance Company
     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
    Brandon Kevin Bains  on behalf of Creditor  The Hanover Insurance Company bbains@l-llp.com,
     langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
    Brandon Kevin Bains  on behalf of Creditor  Liberty Mutual Insurance Company bbains@l-llp.com,
     langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
    Brian A. Baker  on behalf of Creditor  Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
    Catherine Diktaban  on behalf of Interested Party  Apache Corporation cdiktaban@huntonak.com
    Charles A Beckham, Jr  on behalf of Creditor  Ad Hoc Group of Secured Lenders
     beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
    Charles A Beckham, Jr  on behalf of Interested Party  Cantor Fitzgerald Securities, as DIP
     Agent beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
    Charles M Rubio  on behalf of Creditor  Island Operating Company Inc crubio@parkinslee.com,
     7485062420@filings.docketbird.com
    Douglas Saul Friedman  on behalf of Creditor  Renaissance Offshore, LLC
     doug.friedman@stacybakerlaw.com
    Duane J Brescia  on behalf of Creditor  Seitel Data, Ltd.
     duane.brescia@clarkhillstrasburger.com,
     donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
     asburger.com
    Duane J Brescia  on behalf of Creditor  Zurich American Insurance Company
     duane.brescia@clarkhillstrasburger.com,
     donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
     asburger.com
    Edward L Ripley  on behalf of Creditor  Chevron U.S.A. Inc. eripley@andrewsmyers.com
    Hector Duran, Jr  on behalf of U.S. Trustee  US Trustee Hector.Duran.Jr@usdoj.gov
    J. David Forsyth  on behalf of Interested Party  Helis Oil & Gas Company, LLC
     jdf@sessions-law.com
    Jason Bradley Binford  on behalf of Interested Party  Railroad Commission of Texas
     Jason.binford@oag.texas.gov
    Jeffrey D. Carruth  on behalf of Creditor  Halliburton Energy Services, Inc. jcarruth@wkpz.com,
     jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
    John P Dillman  on behalf of Creditor  Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
    John P Dillman  on behalf of Creditor  Matagorda County houston_bankruptcy@publicans.com
    John P Dillman  on behalf of Creditor  Harris County houston_bankruptcy@publicans.com
    John P Dillman  on behalf of Creditor  Jefferson County houston_bankruptcy@publicans.com
    Kenneth P. Green  on behalf of Creditor  SBM Gulf Production LLC kgreen@snowspencelaw.com,
     janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
    Kevin M Maraist  on behalf of Creditor  Archrock Partners Operating, LLC and Archrock Service
     LP kmaraist@albmlaw.com
    Lambert M Laperouse  on behalf of Creditor  JX Nippon Oil Exploration (U.S.A.) Limited
     laperouse@glllaw.com, hherrick@glllaw.com
    Leann Opotowsky Moses  on behalf of Creditor  C-Dive, L.L.C. moses@carverdarden.com,
     Langley@carverdarden.com;8167471420@filings.docketbird.com
    Matthew J. Pyeatt  on behalf of Creditor  Goldman Sachs Bank USA mpyeatt@velaw.com
    Melissa E Valdez  on behalf of Creditor  Sheldon Independent School District mvaldez@pbfcm.com,
     osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com
    Michael Edward Collins  on behalf of Creditor  Philadelphia Indemnity Insurance Company
     mcollins@manierherod.com, rmiller@manierherod.com
    Patrick M. Shelby  on behalf of Creditor  Linear Controls, Inc. rick.shelby@phelps.com,
     trisha.crombie@phelps.com
    Philip G Eisenberg  on behalf of Creditor  U.S. Specialty Insurance Company
     peisenberg@lockelord.com

```
District/off: 0541-4                  User: TylerLaws                Page 4 of 4                  Date Rcvd: Aug 07, 2020
                                      Form ID: pdf002                Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard A. Kincheloe    on behalf of Creditor    U.S. Department of the Interior Richard.Kincheloe@usdoj.gov, caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov

          Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com, khaley@krebsfarley.com

          Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov

          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV

          Victoria V Theriot    on behalf of Creditor    Acadian Contractors, Inc ttheriot@acadiancontractors.com

          Wayne Kitchens    on behalf of Attorney    Petro Amigos Supply, Inc. jwk@hwallp.com, dkokenes@hwallp.com

          William Shanler Robbins    on behalf of Creditor    Partco, LLC wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

          Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc. zmckay@dorelawgroup.net,    chymel@dorelawgroup.net

          TOTAL: 58