IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby file this Notice of Appearance as counsel for party in interest Tana Exploration Company, LLC and TC Oil Louisiana, LLC and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Jason M. Rudd
Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Dated: August 10, 2020				Respectfully submitted,

				*/s/ Jason M. Rudd*
				Jason M. Rudd
				Texas Bar No. 24028786
				Scott D. Lawrence
				Texas Bar No. 24087896
				Wick Phillips Gould & Martin, LLP
				3131 McKinney Avenue, Suite 100
				Dallas, TX 75204
				Phone: (214) 692-6200
				Fax: (214) 692-6255
				Email:  jason.rudd@wickphillips.com
				         scott.lawrence@wickphillips.com

				**COUNSEL FOR TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on August 10, 2020 by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

				*/s/ Jason M. Rudd*
				Jason M. Rudd