IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| FIELDWOOD ENERGY, LLC, et al.,[1] | CASE NO. 20-33948 (MI) |
| Debtors. | Jointly Administered |

### VERIFIED STATEMENT ON BEHALF OF PHELPS DUNBAR LLP PURSUANT TO BANKRUPTCY RULE 2019

Rick M. Shelby, on behalf of the law firm Phelps Dunbar, LLP ("Phelps"), makes the following verified statement, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, with respect to Phelps' representation of multiple creditors in the Debtors' above-captioned chapter 11 cases, as follows:

1.  Phelps maintains its principal offices at the address and telephone number listed below:

> PHELPS DUNBAR LLP
> 365 Canal Street, Suite 2000
> New Orleans, LA  70130-6534
> Telephone:  (504) 566-1311
> Facsimile:  (504) 568-9130

2.  Phelps currently represents the following creditors and parties-in-interest in the Debtors' above-captioned Chapter 11 cases:

    a.  Linear Controls, Inc. ("Linear"), a creditor of one or more of the Debtors and whose address is 107 ½ Commission Boulevard, Lafayette, Louisiana 70508; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

      b. A-Port LLC ("A-Port"), a creditor of one or more of the Debtors and whose address is 11828 Highway 1, Larose, Louisiana 70373.

3. Phelps has been asked by Linear and A-Port to provide legal representation in the above-captioned chapter 11 bankruptcy cases. Phelps is representing each of these clients individually.

4. Phelps does not presently own, nor has it previously owned, any claims against, or interests in, the Debtors' chapter 11 cases.

5. Nothing contained in this Verified Statement is intended or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against the Debtors held by Linear or A-Port, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of Linear or A-Port to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these chapter 11 cases.

6. Phelps reserves the right to amend or supplement this Verified Statement in accordance with Fed. R. Bankr. P. 2019.

I verify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: August 10, 2020

                            Respectfully submitted,

                            **PHELPS DUNBAR LLP**

                            */s/Rick M. Shelby*
                            Patrick "Rick" M. Shelby (La. Bar No. 31963)
                            365 Canal Street, Suite 2000
                            New Orleans, Louisiana 70130-6534
                            Telephone: (504) 566-1311
                            rick.shelby@phelps.com
                            **COUNSEL FOR LINEAR CONTROLS, INC. AND A-PORT LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served electronically via the Court's CMECF system.

<u>/s/Rick M. Shelby</u>