# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | Joint Administration Requested |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** of the appearance of the undersigned attorneys, as counsel for Eni Petroleum US LLC and Eni US Operating Co. Inc., (collectively, "Eni"), parties in interest in the above-referenced cases, and pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, it is requested that copies of all notices and pleadings in these cases be given to, and served upon, the following:

**Bracewell LLP**
711 Louisiana Street,
Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (800) 404-3970
Attn: William A. (Trey) Wood III
   Trey.Wood@bracewell.com
Bob P. Grattan
Bob.Grattan@bracewell.com

**Bracewell LLP**
185 Asylum Street,
CityPlace I, 34th Floor
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (860) 404-3970
Attn: Mark E. Dendinger
   Mark.Dendinger@bracewell.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is neither intended as, nor is it consent of Eni to jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor, specifically but not limited to, a waiver of (i) Eni's rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) Eni's rights to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Eni's rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Eni is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments to Eni are expressly reserved.

Respectfully submitted,

**BRACEWELL LLP**

By: /s/ *William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewell.com
Bob P. Grattan
Texas Bar No. 24116452
Bob.Grattan@bracewell.com
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1166
Facsimile: (800) 404-3970

-and-

Mark E. Dendinger (*pro hac vice* pending)
Mark.Dendinger@bracewell.com
185 Asylum Street,
CityPlace I, 34th Floor
Hartford, Connecticut 06103
Telephone: (860) 947-9000
Facsimile: (860) 404-3970

*Counsel for Eni Petroleum US LLC and Eni US Operating Co. Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2020, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

>  */s/ William A. (Trey) Wood III*
>  William A. (Trey) Wood III