**EXHIBIT A**

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **AEGON USA INVESTMENT MANAGEMENT LLC**, or a subsidiary thereof | 227 W. Monroe<br>Suite 6000<br>Chicago, IL 60606 | • $28,179,921.51 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $1,206,759.32 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement |
| Certain funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **CIFC ASSET MANAGEMENT LLC**, or a subsidiary thereof | 875 3rd Avenue<br>24th Floor<br>New York, NY 10022 | • $29,014,126.86 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $13,049,999.99 in aggregate principal amount of loans under the Prepetition SLTL Credit Agreement |
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **COHANZICK MANAGEMENT, LLC**, or a subsidiary thereof | 427 Bedford Road<br>Suite 230<br>Pleasantville, NY 10570 | • $27,000,000.00 in aggregate principal amount of loans under the First Lien Credit Agreement<br>• $8,798,317.61 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds, accounts, or other entities managed or advised by, the listed entities or their respective affiliates. Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any indenture, credit agreement or other instrument. The amounts disclosed herein may also reflect economic interests pursuant to trades that have not yet settled.

[2] To the best of Counsel's knowledge, the information included herein is accurate as of close of business August 10, 2020.

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **EATON VANCE MANAGEMENT/BOSTON MANAGEMENT AND RESEARCH**, or a subsidiary thereof | 2 International Place 9th Floor Boston, MA 02110 | • $84,707,237.40 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $12,954,179.78 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement<br>• 589,166 shares of Holdings stock |
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **FRANKLIN ADVISERS, INC.**, or an affiliate thereof | 1 Franklin Parkway Building 970, 1st Floor San Mateo, CA 94403 | • $184,985,251.68 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $17,984,684.20 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement |
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **INVESCO SENIOR SECURED MANAGEMENT, INC.**, or a subsidiary thereof | 1166 Avenue of the Americas 26th Floor New York, NY 10036 | • $272,238,543.79 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $68,659,093.37 in aggregate principal amount of loans under the Prepetition SLTL Credit Agreement<br>• $35,272,631.49 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement<br>• 1,103,940 shares of Holdings stock |
| **SI CAPITAL COMMERCIAL FINANCE, LLC** | 38955 Hills Tech Drive Farmington Hills, MI 48331 | • $32,203,593.61 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement<br>• $3,974,420.23 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement |

| Name | Address | Nature and Amount[1] of Disclosable Economic Interest[2] |
|---|---|---|
| Funds and/or accounts, or subsidiaries of such funds and/or accounts, managed, advised or controlled by **SYMPHONY ASSET MANAGEMENT LLC**, or a subsidiary thereof | 555 California Street Suite 3100 San Francisco, CA | <ul><li>$117,364,280.47 in aggregate principal amount of loans under the Prepetition FLTL Credit Agreement</li><li>$51,462,152.83 in aggregate principal amount of loans under the Prepetition SLTL Credit Agreement</li><li>$19,809,007.37 in aggregate principal amount of DIP backstop commitments under the DIP Credit Agreement</li><li>263,272 shares of Holdings stock</li></ul> |