IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| *Debtors*. | § | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Robert P. Franke and Audrey L. Hornisher of the firm of CLARK HILL STRASBURGER represent Martin Energy Services, LLC ("Martin") in the above-styled and numbered case. The undersigned attorney and law firm hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of Martin and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

Robert P. Franke
**CLARK HILL STRASBURGER**
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
Telephone: (214) 651-4300
Telecopy:  (214) 651-4330
BFranke@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                                                                        Page 1
ClarkHill\B9874\411608\260481970.v1-8/10/20

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein. Martin additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Dated: August 11, 2020

                                       Respectfully submitted,

                                       */s/ Robert P. Franke*_____
                                       Robert P. Franke
                                       State Bar No. 07371200
                                       Audrey L. Hornisher
                                       State Bar No. 24094369
                                       **CLARK HILL STRASBURGER**
                                       901 Main St., Suite 6000
                                       Dallas, Texas 75202
                                       (214) 651-4300
                                       (214 651-4330 (Fax)
                                       bfranke@clarkhill.com

                                       ATTORNEYS FOR MARTIN ENERGY
                                       SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 11th day of August, 2020.

| | | |
|---|---|---|
| Fieldwood Energy LLC | Alfredo Perez | US Trustee |
| 2000 W. Sam Houston Pkwy S | Weil Gotshal, et al. | Office of the US Trustee |
| Suite 1200 | 700 Louisiana, Suite 1700 | 515 Rusk Ave |
| Houston, TX 77042 | Houston, TX 77002 | Ste 3516 |
| | Alfredo.perez@weil.com | Houston, TX 77002 |
| | | Hector.duran.jr@usdoj.gov |
| | | Stephen.statham@usdoj.gov |

*/s/ Robert P. Franke*_____
Robert P. Franke