IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| *Debtors*. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Robert P. Franke and Audrey L. Hornisher of the firm of CLARK HILL STRASBURGER represent Martin Energy Services, LLC ("Martin") in the above-styled and numbered case.  The undersigned attorneys and law firm hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of Martin and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f).  All such notices should be addressed to the following:

Audrey L. Hornisher
**CLARK HILL STRASBURGER**
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
Telephone: (214) 651-4300
Telecopy:  (214) 651-4330
AHornisher@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                                                            Page 1
ClarkHill\B9874\411608\260482237.v1-8/10/20

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein. Martin additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Dated: August 11, 2020

                                                                      Respectfully submitted,

*/s/ Audrey L. Hornisher*
Robert P. Franke
State Bar No. 07371200
Audrey L. Hornisher
State Bar No. 24094369
**CLARK HILL STRASBURGER**
901 Main St., Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214 651-4330 (Fax)
bfranke@clarkhill.com
ahornisher@clarkhill.com

ATTORNEYS FOR MARTIN ENERGY SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered or otherwise entitled to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 11th day of August, 2020.

| | | |
|---|---|---|
| Fieldwood Energy LLC<br>2000 W. Sam Houston Pkwy S<br>Suite 1200<br>Houston, TX 77042 | Alfredo Perez<br>Weil Gotshal, et al.<br>700 Louisiana, Suite 1700<br>Houston, TX 77002<br>Alfredo.perez@weil.com | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>Hector.duran.jr@usdoj.gov<br>Stephen.statham@usdoj.gov |

*/s/ Audrey L. Hornisher*_____
Audrey L. Hornisher