

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
08/11/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC et al. | |

This lawyer, who is admitted to the State Bar of _____Connecticut_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Mark E. Dendinger<br>Bracewell LLP<br>185 Asylum Street, CityPlace I, 34th Floor<br>Hartford, Connecticut 06103<br>Telephone: (860) 947-9000<br>Connecticut; 428432 |
|---|---|

Seeks to appear as the attorney for this party:

| Eni Petroleum US LLC and Eni US Operating Co. Inc. |
|---|
| Dated: 8/10/2020    Signed: /s/ Mark E. Dendinger |

| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 11, 2020

_____
Marvin Isgur
United States Bankruptcy Judge