IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |
| | § | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

Kilgore Marine, by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> John F. Higgins
> M. Shane Johnson
> Megan N. Young-John
> **PORTER HEDGES LLP**
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 226-6248 (fax)
> jhiggins@porterhedges.com
> sjohnson@porterhedges.com
> myoung-john@porterhedges.com

– and –

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC(6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOW Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (042). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

10680789

Ward Lafleur
**MAHTOOK & LAFLEUR, LLC**
600 Jefferson St., 10th Floor
Lafayette, LA 70501
(337) 266-2189
(337) 226-2303 (fax)
wlafleur@mandllaw.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Kilgore Marine's substantive or procedural rights, including without limitation, Kilgore Marine's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Kilgore Marine is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 12th day of August, 2020.

        **PORTER HEDGES LLP**

        */s/ John F. Higgins*
        John F. Higgins (TX 09597500)
        M. Shane Johnson (TX 24083263)
        Megan N. Young-John (TX 24088700)
        1000 Main Street, 36th Floor
        Houston, Texas   77002-2764
        Telephone:  (713) 226-6000
        Facsimile:   (713) 226-6248
        jhiggins@porterhedges.com
        sjohnson@porterhedges.com
        myoung-john@porterhedges.com

        – and –

        **MAHTOOK & LAFLEUR, LLC**

        Ward Lafleur
        600 Jefferson St., 10th Floor
        Lafayette, LA 70501
        Telephone:  (337) 266-2189
        Facsimile:   (337) 226-2303
        wlafleur@mandllaw.com

        *Counsel to Kilgore Marine*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 12, 2020.

        /s/ *John F. Higgins*
        John F. Higgins

10680789