IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | |
| *Debtors*. | § | Jointly Administered |

### VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Clark Hill Strasburger,[2] files this Verified Rule 2019 Statement of Multiple Representation to provide the following information:

1. Clark Hill represents Zurich American Insurance Company, Martin Energy Services, LLC and Seitel Data, Ltd. in the above-captioned matter.

2. The parties listed in paragraph 1 and on **Exhibit A** are creditors of the Debtors or are parties-in-interest, and the nature and principal amount of each of their claims is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** has consented to this multiple representation by Clark Hill in the above-captioned matter.

4. Clark Hill reserves the right to amend this Verified Statement as necessary.

Dated: August 12, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Clark Hill, PLC is known in Texas as Clark Hill Strasburger, and are collectively referred to herein as "**Clark Hill**".

Respectfully submitted,

**CLARK HILL STRASBURGER**

/s/ *Duane J. Brescia*
Duane J. Brescia
TX State Bar No. 24025265
720 Brazos, Suite 700
Austin, Texas 78701
Tel. 512.499.3600 / Fax 512.499.3660
dbrescia@clarkhill.com

Robert P. Franke
Audrey Hornisher
901 Main St., Suite 6000
Dallas, TX 75202
Tel. 214.651.4300 / Fax 214.651.4330
bfranke@clarkhill.com
ahornisher@clarkhill.com

**Attorneys for Zurich American Insurance Company, Seitel Data, Ltd. and Martin Energy Services, LLC**

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, on this day personally appeared Duane J. Brescia, who, being duly sworn, affirm that the statements herein made are true and correct within his personal knowledge.

SUBSCRIBED AND SWORN TO BEFORE ME, this 12th day of August 2020.

/s/ *Kathryn H. Alexander*
Notary Public, State of Texas

Kathryn H. Alexander
Notary Public for the State of Texas
Commission Expires: 01-31-2023
Notary ID 664087-9

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2020, a true and correct copy of this document was filed in the above-referenced bankruptcy case and served upon the counsel and parties of record, by electronic transmission through the Bankruptcy Court's Electronic Case Filing System to those parties that have consented to such service.

                                                  */s/ Duane J. Brescia*
                                                  Duane J. Brescia

**EXHIBIT A**

| Name and Address | Nature of Claim against the Debtors | Principal Amount of Claim (Exclusive of Interest, Costs and Attorneys' Fees) |
|---|---|---|
| **Zurich American Insurance Company** <br> P O Box 968038 <br> Schaumburg, Illinois 60196 | Surety Bonds | $300,000,000.00 |
| **Martin Energy Services, LLC** <br> Three Riverway, Suite 400 <br> Houston, TX 77056 | Provided fuels, lubricants and other services | $138,932.73 |
| **Seitel Data, Ltd.** <br> 10811 S. Westview Circle Dr. #100, Building C <br> Houston, TX 77043 | Seismic data technology | Unknown |