| Information to identify the case: | |
|---|---|
| Debtors: Fieldwood Energy LLC, *et al.* (see below for list of all Debtors) (Name) | |
| United States Bankruptcy Court for the: Southern District of: Texas (State) | |
| Date cases filed for chapter 11: 08 / 03 / 2020 and 08 / 04 / 2020 (MM / DD / YYYY) | |
| Lead Case Number: 20-33948 (MI) (Jointly Administered) | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Cases                                                                                 12/17

**For each debtor listed in this notice, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at www.pacer.gov or the website established by the Debtors' claims and noticing agent at https://cases.primeclerk.com/fieldwoodenergy.

The Court will hold a final hearing on certain of the Debtors' First Day Motions (copies of which motions can be located on the website established by the Debtors' claims and noticing agent at https://cases.primeclerk.com/fieldwoodenergy, selecting the "Quick Links" tab, and clicking "First Day Motions") on August 24, 2020, at 1:30 p.m. (Prevailing Central Time) and any objections or responses to such motions shall be filed on or prior to August 20, 2020 at 4:00 p.m. (Prevailing Central Time).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtors' full name(s) List of Jointly Administered Debtors | **Debtor** | **Case Number** | **Tax ID** |
|---|---|---|---|
| | Bandon Oil and Gas GP, LLC | 20-33955 | 20-4839172 |
| | Bandon Oil and Gas, LP | 20-33956 | 20-4839266 |
| | Dynamic Offshore Resources NS, LLC | 20-33947 | 35-2190158 |
| | Fieldwood Energy LLC | 20-33948 | 46-1326778 |
| | Fieldwood Energy Inc. | 20-33949 | 46-1694991 |
| | Fieldwood Energy Offshore LLC | 20-33950 | 26-1084494 |
| | Fieldwood Energy SP LLC | 20-33958 | 16-1671971 |
| | Fieldwood Offshore LLC | 20-33961 | 35-2492930 |

| | | | |
|---|---|---|---|
| | Fieldwood Onshore LLC | 20-33951 | 47-0953489 |
| | Fieldwood SD Offshore LLC | 20-33952 | 11-3758786 |
| | FW GOM Pipeline, Inc. | 20-33953 | 38-3718440 |
| | Galveston Bay Pipeline LLC | 20-33959 | 76-0595703 |
| | Galveston Bay Processing LLC | 20-33960 | 76-0570422 |
| | GOM Shelf LLC | 20-33954 | 76-0648107 |
| **2. All other names used in the last 8 years** | **Debtor** | **Other Name(s)** | |
| | Bandon Oil and Gas, LP | ColdrenSPN Resources, LP | |
| | | Coldren Resources LP | |
| | | Beryl Oil and Gas LP | |
| | Bandon Oil and Gas GP, LLC | ColdrenSPN Resources GP, LLC | |
| | | Coldren Resources GP LLC | |
| | | Beryl Oil and Gas GP LLC | |
| | Dynamic Offshore Resources NS, LLC | Northstar Gulfsands, LLC | |
| | | Northstar GOM, LLC | |
| | Fieldwood Energy Inc. | Fieldwood Managing Member LLC | |
| | Fieldwood Energy Offshore LLC | Dynamic Offshore Resources, LLC | |
| | | SandRidge Energy Offshore LLC | |
| | Fieldwood Energy SP LLC | SPN Resources, LLC | |
| | Fieldwood Onshore LLC | National Onshore LP | |
| | | SandRidge Onshore, LLC | |
| | Fieldwood SD Offshore LLC | National Offshore LP | |
| | | SandRidge Offshore, LLC | |
| | FW GOM Pipeline, Inc. | Apache GOM Pipeline, Inc. | |
| | Galveston Bay Pipeline LLC | Galveston Bay Pipeline Company | |
| | Galveston Bay Processing LLC | Galveston Bay Processing Corporation | |
| **3. Address** | 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042 | | |
| **4. Debtors' proposed attorney** Name and Address | **WEIL, GOTSHAL & MANGES LLP** Alfredo R. Pérez (15776275) 700 Louisiana Street, Suite 1700 Houston, Texas 77002 Telephone: (713) 546-5000 Facsimile: (713) 224-9511 Email: Alfredo.Perez@weil.com <br><br> - and - <br><br> Matthew S. Barr Jessica Liou 767 Fifth Avenue New York, New York 10153 Telephone: (212) 310-8000 Facsimile: (212) 310-8007 Email: Matt.Barr@weil.com Jessica.Liou@weil.com | **Debtors' Claims and Noticing Agent** (for Court Documents and Case Information Inquiries): <br><br> Fieldwood Energy LLC Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 <br><br> US/Canada Toll-Free Number: (855) 631-5346 <br><br> International Toll Number: (917) 460-0913 <br><br> Email: fieldwoodenergyinfo@primeclerk.com | |

|  |  | Website: https://cases.primeclerk.com/fieldwoodenergy |
|---|---|---|
| **5. Bankruptcy clerk's office** <br><br> Documents in these cases may be filed at this address. <br><br> You may inspect all records filed in these cases at this office or online at https://cases.primeclerk.com/fieldwoodenergy at no charge or at www.pacer.gov for a fee. | United States Courthouse <br> 515 Rusk Avenue <br> Houston, Texas 77002 <br><br> <u>Hours</u>:  Monday to Friday – 8:30 a.m. to 5:00 p.m. (Prevailing Central Time) <br><br> <u>Telephone</u>:  (713) 250-5500 | |
| **6. Meeting of creditors** <br><br> The Debtors' representative must attend the meeting to be questioned under oath. <br><br> Creditors may attend, but are not required to do so. | September 24, 2020 at 10:30 a.m. (Prevailing Central Time) | <u>Location</u>: <br> Telephone Conference <br><br> Call **866-707-5468**, passcode **6166997** |
| **7. Proof of claim deadline** | **<u>Deadline for filing proof of claim</u>:** <br> Not yet set.  Notice of a deadline, if any, will be filed on the Court's docket. | |
|  | A proof of claim is a signed statement describing a creditor's claim.  A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br><br> ■  your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br><br> ■  you file a proof of claim in a different amount; or <br><br> ■  you receive another notice. | |
|  | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan.  You may file a proof of claim even if your claim is scheduled. | |
|  | As of the date of this notice, the debtors have not yet filed their schedules with the bankruptcy court.  Once the debtors file their schedules, you may review the schedules at the bankruptcy clerk's office or online at https://cases.primeclerk.com/fieldwoodenergy or www.pacer.gov. | |
|  | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.  Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint**:  November 23, 2020 | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney | |

| | |
|---|---|
| | familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, a debtor will remain in possession of its property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Prime Clerk, LLC at (855) 631-5346 (toll-free), +1 (917) 460-0913 (international), or by email at Fieldwoodenergyinfo@primeclerk.com.
You may also find our more information at https://cases.primeclerk.com/fieldwoodenergy.**