

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
08/14/2020

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| | |
|---|---|
| Lawyer's Name | Lee E. Woodard |
| Firm | Harris Beach PLLC |
| Street | 333 W. Washington Street, Suite 200 |
| City & Zip Code | Syracuse, New York 13202 |
| Telephone & Email | (315) 423-7100; lwoodard@harrisbeach.com |
| Licensed: State & Number | New York; Bar No.: 1845304 |
| Federal Bar & Number | Northern District of New York; Bar No.: 601006 |

| Name of party applicant seeks to appear for: | Lexon Insurance Company and Endurance American Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2020 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

### Order

This lawyer is admitted *pro hac vice.*

Signed: August 14, 2020

*(signature)*

Marvin Isgur
United States Bankruptcy Judge