IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*, | ) | Case No. 20-33948 (MI) |
| | ) | Chapter 11 |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND COPIES

Please take notice that the undersigned counsel for Transcontinental Gas Pipe Line Company, LLC, Discovery Gas Transmission LLC, WFS Liquids LLC, Gulfstar One LLC and Williams Field Services-Gulf Coast Company LLC, creditors in the above-styled and numbered cause ("Creditors"), hereby file this Notice of Appearance pursuant to 11 U.S.C. §§342(a) and Federal Rules of Civil Procedure 2002 and 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below:

> Steven W. Soulé, OBA No. 13781
> Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
> 320 South Boston Avenue, Suite 200
> Tulsa, Oklahoma 74103-3706
> Telephone: (918) 594-0400
> Facsimile: (918) 594-0505
> Email: ssoule@hallestill.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

Creditors additionally request that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Please take further notice that Creditors intend that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; (ii) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 14th day of August, 2020.

Respectfully submitted,

HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.

By: *s/ Steven W. Soulé*
Steven W. Soulé, OBA No. 13781
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone:  (918) 594-0400
Facsimile:   (918) 594-0505
Email:  ssoule@hallestill.com

ATTORNEY FOR TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 14th day of August, 2020.

*s/ Steven W. Soulé*
Steven W. Soulé