UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § § | |
| **FIELDWOOD ENERGY L.L.C., ET AL.** | § | **CASE NO. 20-33948** |
| *Debtors*[1] | § § § § | **(Chapter 11)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned cases on behalf of the State of Louisiana, through the Department of Natural Resources, potential creditor and party-in-interest in the above-captioned case. Pursuant to Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), the undersigned requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given and served upon its attorneys of record as follows:

        **Ryan M. Seidemann (La. Bar Roll #28991)**
        Assistant Attorney General
        Civil Division/Lands & Natural Resources
        Post Office Box 94005
        Baton Rouge, Louisiana 70804-9005
        TEL: (225) 326-6000
        FAX: (225) 326-6099

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and any other

---

[1] The debtors in this jointly administered case are: Fieldwood Energy LLC, Dynamic Offshore Resources NS, LLC, Fieldwood Energy Inc., Fieldwood Energy Offshore LLC, Fieldwood Onshore LLC, Fieldwood SD Offshore LLC, FW GOM Pipeline, Inc., GOM Shelf LLC, Bandon Oil and Gas GP, LLC, Bandon Oil and Gas, LP, Fieldwood Energy SP LLC, Galveston Bay Pipeline LLC, Galveston Bay Processing LLC, Fieldwood Offshore LLC.

Federal Rule of Bankruptcy Procedure or statute, including, but not limited to, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this Court in this case, whether form al or inform al, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect this case.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a trial by jury.

Respectfully Submitted,

JEFF LANDRY
ATTORNEY GENERAL

By: _____
Ryan M. Seidemann (La. Bar # 28991)
Assistant Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
TEL: (225) 326-6000
FAX: (225) 326-6099
*Attorney for the State of Louisiana,
Office of Mineral Resources*

**CERTIFICATE OF SERVICE**

This is to certify that, on August 14, 2020, a copy of the foregoing was served by the Electronic Case Filing System for the Bankruptcy Court for the Southern District of Texas.

_____
Ryan M. Seidemann