| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Fieldwood Energy LLC**<br>Name | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Southern District of Texas<br>Case number:   20−33948 | | Date case filed for chapter  11   8/3/20 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Fieldwood Energy LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2000 W. Sam Houston Pkwy. S.<br>Suite 1200<br>Houston, TX 77042 | |
| 4. | **Debtor's attorney**<br>Name and address | Alfredo R Perez<br>Weil Gotshal et al<br>700 Louisiana<br>Ste 1700<br>Houston, TX 77002 | Contact phone  713−546−5040<br><br>Email:  alfredo.perez@weil.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am − 5:00 pm Monday through Friday<br><br>Contact phone  (713) 250−5500<br><br>Date: 8/14/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **September 24, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephone Conference, Call 866−707−5468, passcode 6166997** |

**For more information, see page 2 >**

Debtor  **Fieldwood Energy LLC**  and  **Dynamic Offshore Resources NS, LLC**                                          Case number **20–33948**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 12/23/20 |
| | **For a governmental unit:** | 2/8/21 |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
|---|---|
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                           United States Bankruptcy Court
                             Southern District of Texas
In re:                                                              Case No. 20-33948-mi
Fieldwood Energy LLC                                                Chapter 11
Dynamic Offshore Resources NS, LLC
         Debtors              CERTIFICATE OF NOTICE
District/off: 0541-4          User: rwes                  Page 1 of 5                  Date Rcvd: Aug 14, 2020
                              Form ID: 309F1              Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db          +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,    Houston, TX 77042-3623
db          +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
aty         +Albert J Derbes, IV,    The Derbes Law Firm, L.L.C.,    3027 Ridgelake Drive,
              Metairie, LA 70002-4924
aty          Andrew A Braun,    Gieger Laborde et al,    Ste 4800,    701 Poydras St,
              New Orleans, LA   70139-4800
aty         +Audrey Lorene Hornisher,    Clark Hill Strasburger,    901 Main St,    Ste 6000,
              Dallas, TX 75202-3748
aty         +Barnet B Skelton, Jr,    Attorney at Law,    815 Walker,    Ste 1502,    Houston, TX 77002-5832
aty         +Bradley Clay Knapp,    Locke Lord Bissell & Liddell LLP,    2200 Ross Ave Ste 2200,
              Dallas, TX 75201-2748
aty         #+Brandon Kevin Bains,    Langley LLP,    1301 Solana Boulevard,    Bldg 1, Suite 1545,
              Westlake, TX 76262-1689
aty         +Brian A. Baker,    Stacy & Baker PC,    1010 Lamar St,    Ste 550,    Houston, TX 77002-6394
aty         +Bruce J Ruzinsky,    Jackson Walker LLP,    1401 McKinney Street, Suite 1900,
              Houston, TX 77010-1900
aty         +Catherine Diktaban,    Hunton Andrews et al,    600 Travis St,    Suite 4200,
              Houston, TX 77002-2929
aty         +Charles A Beckham, Jr,    Haynes and Boone, LLP,    1221 McKinney Street,    Suite 4000,
              Houston, TX 77010-2008
aty         +Charles M Rubio,    Parkins Lee & Rubio LLP,    50 Main Street,    Suite 1000,
              White Plains, NY 10606-1900
aty         +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
              Austin, TX 78701-2531
aty         +David S Elder,    Foley & Lardner LLP,    1000 Louisiana Street,    Suite 2000,
              Houston, TX 77002-5018
aty         +Douglas Saul Friedman,    Stacy and Baker PC,    1010 Lamar St,    Ste 550,
              Houston, TX 77002-6394
aty         +Duane J Brescia,    Clark Hill Strasburger,    720 Brazos Street,    Ste 700,
              Austin, TX 78701-2531
aty         +Edward L Ripley,    Andrews Myers, P.C.,    1885 Saint James Place, 15th Floor,
              Houston, TX 77056-4175
aty         +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty         +J. David Forsyth,    Sessions Fishman Nathan & Israel LLC,    400 Poydras Street,    Suite 2550,
              New Orleans, LA 70130-3292
aty         +Jason Bradley Binford,    THE ATTORNEY GENERAL OF TEXAS,    300 W 15TH STREET,    MAIL MC-008,
              AUSTIN, TX 78701-1649
aty         +Jason George,    Weil Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty         +Jason M Rudd,    Wick Phillips,    3131 McKinney Avenue,    Suite 100,    Dallas, TX 75204-2430
aty         +Jeffrey D. Carruth,    Weycer, Kaplan, Pulaski & Zuber, P.C.,    11 Greenway Plaza, Suite 1400,
              Houston, TX 77046-1130
aty         +Jessica Liou,    Weil, Gotshal & Manges LLP,    767 Fifth Avenue,    New York, NY 10153-0119
aty         +John F Higgins, IV,    Porter Hedges LLP,    1000 Main St,    Ste 3600,    Houston, TX 77002-6341
aty         #+Kenneth P. Green,    Snow Spence Green LLP,    2929 Allen Parkway,    Suite 2800,
              Houston, TX 77019-7125
aty         +Kevin M Maraist,    Anderson Lehrman et al,    1001 Third Street, Ste 1,
              Corpus Christi, TX 78404-2356
aty         +Lambert M Laperouse,    Gieger Labourde Laperouse LLC,    5151 San Felipe,    Ste 750,
              Houston, TX 77056-3646
aty         +Leann Opotowsky Moses,    Carver Darden et at,    1100 Poydras,    Ste 3100,
              New Orleans, LA 70163-1102
aty         +Lee E Woodard,    Harris Beach PLLC,    333 West Washington Street, Ste. 200,
              Syracuse, NY 13202-5202
aty         +Melissa E Valdez,    Perdue Brandon Fielder Collins & Mott,    1235 North Loop West,    Suite 600,
              Houston, TX 77008-1772
aty         +Michael Edward Collins,    Manier Herod PC,    1201 Demonbreun Street, Suite 900,
              Nashville, TN 37203-5078
aty         +Patrick M. Shelby,    Phelps Dunbar LLP,    365 Canal Street,    Suite 2000,
              New Orleans, LA 70130-6534
```

```
District/off: 0541-4           User: rwes                  Page 2 of 5                  Date Rcvd: Aug 14, 2020
                               Form ID: 309F1              Total Noticed: 95


aty            +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
                 Houston, TX 77002-5607
aty            +Philip G Eisenberg,    Locke Lord et al,   600 Travis,    Ste 3400,    Houston, TX 77002-2926
aty            +Richard A. Kincheloe,    United States Attorney's Office,    1000 Louisiana St., Suite 2300,
                 Houston, TX 77002-5010
aty            +Robert P Franke,    Clark Hill Strasburger,   901 Main St,    Ste 6000,    Dallas, TX 75202-3748
aty            +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
                 Baton Rouge, LA 70810-8959
aty            +Ryan Dodson Dry,    Krebs Farley & Dry, PLLC,    909 18th Street,    Plano, TX 75074-5830
aty            +Serajul F Ali,    US Dept of Justice,    PO Box 875,    Ben Franklin Station,
                 Washington, DC 20044-0875
aty            +Victoria V Theriot,    Acadian Contractors, Inc,    501 South Main St.,
                 Abbeville, LA 70510-6508
aty            +Wayne Kitchens,    Hughes Watters Askanase LLP,    Total Plaza,    1201 Louisiana, 28th Floor,
                 Houston, TX 77002-5607
aty            +William Alfred Wood, III,    Bracewell LLP,    711 Louisiana St,    Ste 2300,
                 Houston, TX 77002-2849
aty            +William Shanler Robbins,    Stewart Robbins Brown & Altazan, LLC,    301 Main St,   Ste 1640,
                 Baton Rouge, LA 70801-0016
aty            +Zachary S McKay,    Dore Law Group PC,   17171 Park Row,    Ste 160,    Houston, TX 77084-4927
cr             +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
                 Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
                 US 70139-7756
cr             +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
                 Houston, TX 77010-4037
intp           +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
                 Suite 4200,    Houston, TX 77002-2929
cr             +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
                 New Orleans, LA 70163-1102
cr             +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
                 Metairie, LA 70002-4924
intp           +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
                 New Orleans, LA 70130-3292
cr             +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
                 5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr             +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
                 c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr             +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
                 901 Main St., Suite 6000,    Dallas, TX 75202-3748
op             +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
                 New York, NY 10165-1446
intp            Railroad Commission of Texas,    c/o Office of the Attorney General,
                 Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX  78711-2548
cr             +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
                 Houston, TX 77002-5832
cr             +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
                 Hockley, TX 77447-0549
cr             +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
                 Austin, TX 78701-2531
cr             +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
                 1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
intp           +TC Oil Louisiana, LLC,    c/o Wick Phillips Attn: Jason Rudd,    3131 McKinney Ave., Suite 100,
                 Dallas, TX 75204-2430
cr             +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
intp           +Tana Exploration Company, LLC,    c/o Wick Phillips Attn: Jason Rudd,
                 3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr             +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr             +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                 600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr             +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
cr             +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                 Austin, TX 78701-2531
11643541       +DLS L.L.C.,    P. O. Box 309,    Lydia, LA 70569-0309
11633517        Southern Laboratories Petroleum LLC,    c/o SPL, LLC,    101 Ibex Lane,
                 Broussard, LA 70518-4363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: alfredo.perez@weil.com Aug 15 2020 00:31:17      Alfredo R Perez,
                 Weil Gotshal et al,    700 Louisiana,    Ste 1700,    Houston, TX  77002
aty            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 15 2020 00:32:23      Hector Duran, Jr,
                 U.S. Trustee,    515 Rusk,    Ste 3516,    Houston, Tx 77002-2604
aty            +E-mail/Text: john.mitchell@akerman.com Aug 15 2020 00:33:15      John E Mitchell,    Akerman LLP,
                 2001 Ross Avenue,    Suite 3600,    Dallas, TX 75201-2938
```

```
District/off: 0541-4              User: rwes                Page 3 of 5                  Date Rcvd: Aug 14, 2020
                                  Form ID: 309F1            Total Noticed: 95

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
aty            +E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36      John P Dillman,
                 Linebarger Goggan et al,    1301 Travis,    Ste 300,    Houston, TX 77002-7430
aty            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 15 2020 00:32:23      Stephen Douglas Statham,
                 Office of US Trustee,    515 Rusk,    Ste 3516,    Houston, TX 77002-2604
ust            +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Aug 15 2020 00:32:23      US Trustee,
                 Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36      Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, Tx 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36      Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                 Houston, TX 77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Aug 15 2020 00:33:05
                 Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36      Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                 Houston, TX 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36      Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                 Houston, TX 77253-3064
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             A-Port LLC
cr             Acadian Contractors, Inc
cr             Ad Hoc Group of Secured Lenders
cr             Archrock Partners Operating, LLC and Archrock Serv
cr             CTD Legacy LLC
intp           Cantor Fitzgerald Securities, as DIP Agent
cr             Chevron U.S.A. Inc.
intp           Eni Petroleum US LLC
intp           Eni US Operating Co. Inc.
intp           Facilities Consulting Group, LLC
cr             Florida Gas Transmission Company, LLC
cr             Goldman Sachs Bank USA
cr             Halliburton Energy Services, Inc.
intp           Kilgore Marine
cr             Liberty Mutual Insurance Company
cr             Linear Controls, Inc.
cr             Oceaneering International Inc.
cr             Partco, LLC
cr             Philadelphia Indemnity Insurance Company
intp           RLI Insurance Company
cr             Renaissance Offshore, LLC
cr             Sea Robin Pipeline Company, LLC
cr             Stingray Pipeline Company, LLC
cr             The Hanover Insurance Company
cr             Trunkline Gas Company, LLC
cr             U.S. Department of the Interior
aty          ##+Matthew J. Pyeatt,    Vinson & Elkins, L.L.P.,    2001 Ross Avenue, Suite 3700,
                 Dallas, TX 75201-2965
                                                                                      TOTALS: 26, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0541-4           User: rwes                   Page 4 of 5            Date Rcvd: Aug 14, 2020
                               Form ID: 309F1               Total Noticed: 95
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

```
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy SP LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    FW GOM Pipeline, Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    GOM Shelf LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood SD Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas, LP alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Onshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Pipeline LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Processing LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Andrew A Braun    on behalf of Creditor    Westerngeco LLC abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    JX Nippon Oil Exploration (U.S.A.) Limited
               abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUCTS AND
               SERVICES abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    TGS-NOPEC Geophysical Company abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    TGS-NOPEC Geophysical Company ASA abraun@glllaw.com
              Andrew A Braun    on behalf of Creditor    TGS AP Investments AS abraun@glllaw.com
              Barnet B Skelton, Jr    on behalf of Creditor    Red Willow Offshore, LLC barnetbjr@msn.com
              Bradley Clay Knapp    on behalf of Creditor    U.S. Specialty Insurance Company
               bknapp@lockelord.com, Yamille.Harrison@lockelord.com
              Brandon Kevin Bains    on behalf of Creditor    The Hanover Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brandon Kevin Bains    on behalf of Creditor    Liberty Mutual Insurance Company bbains@l-llp.com,
               langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
              Brian A. Baker    on behalf of Creditor    Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
              Catherine Diktaban    on behalf of Interested Party    Apache Corporation cdiktaban@huntonak.com
              Charles A Beckham, Jr    on behalf of Interested Party    Cantor Fitzgerald Securities, as DIP
               Agent beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
              Charles A Beckham, Jr    on behalf of Creditor    Ad Hoc Group of Secured Lenders
               beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
              Charles M Rubio    on behalf of Creditor    Island Operating Company Inc crubio@parkinslee.com,
               7485062420@filings.docketbird.com
              David S Elder    on behalf of Creditor    Oceaneering International Inc. dselder@foley.com,
               rdiep@foley.com
              Douglas Saul Friedman    on behalf of Creditor    Renaissance Offshore, LLC
               doug.friedman@stacybakerlaw.com
              Duane J Brescia    on behalf of Creditor    Zurich American Insurance Company
               duane.brescia@clarkhillstrasburger.com,
               donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
               asburger.com
```

```
District/off: 0541-4          User: rwes               Page 5 of 5              Date Rcvd: Aug 14, 2020
                              Form ID: 309F1           Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Duane J Brescia    on behalf of Creditor    Seitel Data, Ltd.
               duane.brescia@clarkhillstrasburger.com,
               donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
               asburger.com
              Edward L Ripley    on behalf of Creditor    Chevron U.S.A. Inc. eripley@andrewsmyers.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              J. David Forsyth    on behalf of Interested Party    Helis Oil & Gas Company, LLC
               jdf@sessions-law.com
              Jason Bradley Binford    on behalf of Interested Party    Railroad Commission of Texas
               Jason.binford@oag.texas.gov
              Jason M Rudd    on behalf of Interested Party    Tana Exploration Company, LLC
               Jason.rudd@wickphillips.com,    brenda.ramirez@wickphillips.com
              Jason M Rudd    on behalf of Interested Party    TC Oil Louisiana, LLC Jason.rudd@wickphillips.com,
               brenda.ramirez@wickphillips.com
              Jeffrey D. Carruth    on behalf of Creditor    Halliburton Energy Services, Inc. jcarruth@wkpz.com,
               jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
              John P Dillman    on behalf of Creditor    Matagorda County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Jefferson County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor    Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
              Kenneth P. Green    on behalf of Creditor    SBM Gulf Production LLC kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
              Kevin M Maraist    on behalf of Creditor    Archrock Partners Operating, LLC and Archrock Service
               LP kmaraist@albmlaw.com
              Lambert M Laperouse    on behalf of Creditor    JX Nippon Oil Exploration (U.S.A.) Limited
               laperouse@glllaw.com,    hherrick@glllaw.com
              Leann Opotowsky Moses    on behalf of Creditor    C-Dive, L.L.C. moses@carverdarden.com,
               Langley@carverdarden.com;8167471420@filings.docketbird.com
              Matthew J. Pyeatt    on behalf of Creditor    Goldman Sachs Bank USA mpyeatt@velaw.com
              Melissa E Valdez    on behalf of Creditor    Sheldon Independent School District mvaldez@pbfcm.com,
               osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com
              Michael Edward Collins    on behalf of Creditor    Philadelphia Indemnity Insurance Company
               mcollins@manierherod.com,    rmiller@manierherod.com
              Patrick M. Shelby    on behalf of Creditor    Linear Controls, Inc. rick.shelby@phelps.com,
               trisha.crombie@phelps.com
              Patrick M. Shelby    on behalf of Creditor    A-Port LLC rick.shelby@phelps.com,
               trisha.crombie@phelps.com
              Philip G Eisenberg    on behalf of Creditor    U.S. Specialty Insurance Company
               peisenberg@lockelord.com
              Richard A. Kincheloe    on behalf of Creditor    U.S. Department of the Interior
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
               khaley@krebsfarley.com
              Serajul F Ali    on behalf of Creditor    U.S. Department of the Interior serajul.ali@usdoj.gov
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
              Victoria V Theriot    on behalf of Creditor    Acadian Contractors, Inc
               ttheriot@acadiancontractors.com
              Wayne  Kitchens    on behalf of Attorney    Petro Amigos Supply, Inc. jwk@hwallp.com,
               dkokenes@hwallp.com
              William Alfred Wood, III    on behalf of Interested Party    Eni Petroleum US LLC
               Trey.Wood@bracewell.com,    mary.kearney@bracewell.com
              William Alfred Wood, III    on behalf of Interested Party    Eni US Operating Co. Inc.
               Trey.Wood@bracewell.com,    mary.kearney@bracewell.com
              William Shanler Robbins    on behalf of Creditor    Partco, LLC wrobbins@stewartrobbins.com,
               wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
              Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc.
               zmckay@dorelawgroup.net,    chymel@dorelawgroup.net
                                                                                             TOTAL: 65
```