

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

ENTERED
08/14/2020

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lee E. Woodard<br>Harris Beach PLLC<br>333 W. Washington Street, Suite 200<br>Syracuse, New York 13202<br>(315) 423-7100; lwoodard@harrisbeach.com<br>New York; Bar No.: 1845304<br>Northern District of New York; Bar No.: 601006 |
|---|---|

| Name of party applicant seeks to appear for: | Lexon Insurance Company and Endurance American Insurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 14, 2020

*[signature]*

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                 Case No. 20-33948-mi
Fieldwood Energy LLC                                                   Chapter 11
Dynamic Offshore Resources NS, LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: TylerLaws              Page 1 of 2           Date Rcvd: Aug 14, 2020
                              Form ID: pdf002              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2020.

```
db       +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
           Houston, TX 77042-3623
db       +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db       +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db       +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
           Houston, TX 77042-3623
db       +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db       +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db       +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
           Houston, TX 77042-3623
aty      +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
           Austin, TX 78701-2531
aty      +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty      +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
           Houston, TX 77002-5607
aty      +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
           Baton Rouge, LA 70810-8959
cr       +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
           Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
           US 70139-7756
cr       +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
           Houston, TX 77010-4037
intp     +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
           Suite 4200,    Houston, TX 77002-2929
cr       +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
           New Orleans, LA 70163-1102
cr       +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
           Metairie, LA 70002-4924
intp     +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
           New Orleans, LA 70130-3292
cr       +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
           5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr       +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
           c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr       +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
           901 Main St., Suite 6000,    Dallas, TX 75202-3748
op       +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
           New York, NY 10165-1446
intp      Railroad Commission of Texas,    c/o Office of the Attorney General,
           Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX 78711-2548
cr       +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
           Houston, TX 77002-5832
cr       +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
           Hockley, TX 77447-0549
cr       +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
           Austin, TX 78701-2531
cr       +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
           1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
intp     +TC Oil Louisiana, LLC,    c/o Wick Phillips Attn: Jason Rudd,    3131 McKinney Ave., Suite 100,
           Dallas, TX 75204-2430
cr       +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
           Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr       +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
           Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
cr       +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
           Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
intp     +Tana Exploration Company, LLC,    c/o Wick Phillips Attn: Jason Rudd,
           3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr       +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
           17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr       +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
           600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr       +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
           Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
cr       +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
           Austin, TX 78701-2531
```

```
District/off: 0541-4          User: TylerLaws           Page 2 of 2           Date Rcvd: Aug 14, 2020
                              Form ID: pdf002           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36    Cypress-Fairbanks ISD,
                  Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                  Houston, Tx  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36    Harris County,
                  Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   PO Box 3064,
                  Houston, TX  77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Aug 15 2020 00:33:05
                  Island Operating Company Inc,   770 S Post Oak Lane,   Suite 400,   Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36    Jefferson County,
                  Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   P.O. Box 3064,
                  Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 15 2020 00:32:36    Matagorda County,
                  Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   Post Office Box 3064,
                  Houston, TX  77253-3064
                                                                                               TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              A-Port LLC
cr              Acadian Contractors, Inc
cr              Ad Hoc Group of Secured Lenders
cr              Archrock Partners Operating, LLC and Archrock Serv
cr              CTD Legacy LLC
intp            Cantor Fitzgerald Securities, as DIP Agent
cr              Chevron U.S.A. Inc.
intp            Eni Petroleum US LLC
intp            Eni US Operating Co. Inc.
intp            Facilities Consulting Group, LLC
cr              Florida Gas Transmission Company, LLC
cr              Goldman Sachs Bank USA
cr              Halliburton Energy Services, Inc.
intp            Kilgore Marine
cr              Liberty Mutual Insurance Company
cr              Linear Controls, Inc.
cr              Oceaneering International Inc.
cr              Partco, LLC
cr              Philadelphia Indemnity Insurance Company
intp            RLI Insurance Company
cr              Renaissance Offshore, LLC
cr              Sea Robin Pipeline Company, LLC
cr              Stingray Pipeline Company, LLC
cr              The Hanover Insurance Company
cr              Trunkline Gas Company, LLC
cr              U.S. Department of the Interior
                                                                                 TOTALS: 26, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2020 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0