## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method and date set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Filing Consolidated Creditor Matrix [Docket No. 145]

- Master Service List as of August 9, 2020 [Docket No. 147]

On August 10, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit B**:

- Notice of Filing of Revised Proposed Order [Docket No. 150]

*[Remainder of page left intentionally blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 17, 2020

*/s/ James Mapplethorpe*
James Mapplethorpe

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 17, 2020, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | ACADIAN CONTRACTORS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>17102 WEST LA HWY 330<br>ABBEVILLE LA 70511-1608 | TROYB@ACADIANCONTRACTORS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | AKER SOLUTIONS INC. | ATTN: LUIS ARUJO, CEO<br>2103 CITYWEST BLVD., SUITE 800<br>HOUSTON TX 77042 | MUSA.HUSSAIN@AKERSOLUTIONS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | ALLIANT INSURANCE SERVICES, INC. | ATTN: THOMAS W. CORBETT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>701 B STREET, 6TH FLOOR<br>SAN DIEGO CA 92101 | DKELLY@ALLIANT.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | ANADARKO US OFFSHORE LLC | ATTN: VICKI HOLLUB, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1201 LAKE ROBBINS DR.<br>THE WOODLANDS TX 77380 | CRM.JIB@ANADARKO.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | ATLANTIC MARITIME SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5847 SAN FELIPE, SUITE 3500<br>HOUSTON TX 77057 | EREN.DEMET@VALARIS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | BAKER HUGHES OILFIELD OPERATIONS INC. | ATTN: LORENZO SIMONELLI, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>17021 ALDINE WESTFIELD<br>HOUSTON TX 77073-5101 | ARCCCASHAPPLICATION@BAKERHUGHES. COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | 815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | CLARIANT CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4000 MONROE ROAD<br>CHARLOTTE NC 28205 | OILSERVICES.GOM@CLARIANT.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA<br>720 BRAZOS<br>SUITE 700<br>AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE,, NATASHA TSIOURIS,  JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON TX 77084 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | | First Class Mail on 8/10/20 |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail on 8/10/20 |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail on 8/10/20 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | FLUID CRANE & CONSTRUCTION INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5411 HWY 90 E<br>NEW IBERIA LA 70560 | JRENARD@FLUIDCRANE.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | FMC TECHNOLOGIES INC. | ATTN: DOUGLAS J. PFERDEHIRT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>11740 KATY FREEWAY<br>HOUSTON TX 77079 | FMCAR@FMCTI.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | GATE | ATTN: GRANT GIBSON, CEO<br>16360 PARK TEN PLACE, SUITE 206<br>HOUSTON TX 77084 | MMYHRE@GATEINC.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | GULF CRANE SERVICES, INC. | ATTN: CHARLES BOLLINGER, CEO<br>73413 BOLLFIELD DR.<br>COVINGTON LA 70434 | ASHLEYSCLAFINI@GULFBANK.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | HALLIBURTON ENERGY SERVICES | ATTN: MS. ELBA PARRA, REGION MANAGER<br>3000 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON TX 77032 | ELBA.PARRA@HALLIBURTON.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br><br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail on 8/10/20 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail on 8/10/20 |
| TOP 30 UNSECURED CREDITOR | ISLAND OPERATING COMPANY INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>108 ZACHARY DR.<br>SCOTT LA 70583 | WTHIBODEAUX@ISLANDOPERATING.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | KILGORE MARINE SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>200 BEAULLIEU DRIVE, BLDG. 8<br>LAFAYETTE LA 70508 | CONNIE@KILGOREMARINE.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: CHAD L. SCHEXNAYDER & JENNINGS HAUG CUNNINGHAM<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | LINEAR CONTROLS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE LA 70508 | PAYMENTS@LINEARCONTROLS.NET | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER<br>1201 DEMONBREUN ST<br>SUITE 900<br>NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | OCEANEERING INTERNATIONAL INC. | ATTN: RODERICK A. LARSON, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>11911 FM 529<br>HOUSTON TX 77041 | USREMITTANCESOII@OCEANEERING.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY<br>P. O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>CASEY.ROY@OAG.TEXAS.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE. | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | OFFSHORE ENERGY SERVICES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5900 US HWY 90 E<br>BROUSSARD LA 70518 | KNORRIS@OFFSHOREES.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | ONESUBSEA LLC | ATTN: OLIVER LE PEUCH, CEO<br>4646 W. SAM HOUSTON PARKWAY N<br>HOUSTON TX 77041 | CAMCANAR@SLB.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO P.C.<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON TX 77002 | CRUBIO@PARKINSLEE.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO LINEAR CONTROLS, INC. | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | PRIME TANK LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1253 PETROLEUM PARKWAY<br>BROUSSARD LA 70518 | MARKBELANGER@PRIMETANKLLC.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | SCHLUMBERGER TECHNOLOGY CORPORATION | ATTN: OLIVER LE PEUCH, CEO<br>1200 ENCLAVE PARKWAY<br>HOUSTON TX 77077 | NAMREMITTANCE@SLB.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail on 8/10/20 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ.<br>400 PARK AVE, 5TH FLOOR<br>NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN<br>P. O. BOX 549<br>HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | SOLAR TURBINES INCORPORATED | ATTN: PRESIDENT OR GENERAL COUNSEL<br>13105 NW FREEWAY<br>HOUSTON TX 77040 | T3_SOLAR_ACCOUNTS_RECEIVABLE@SOLAR-TURBINES.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail on 8/10/20 |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail on 8/10/20 and Email on 8/9/20 |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail on 8/10/20 |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail on 8/10/20 |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail on 8/10/20 |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail on 8/10/20 |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR.<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | SUBSEA 7 US LLC | ATTN: JOHN EVANS, CEO<br>17220 KATY FREEWAY, SUITE 100<br>HOUSTON TX 77094 | DENIA.ESPINOZA@SUBSEA7.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | SUPERIOR ENERGY SERVICES LLC | ATTN: DONALD DUNLAP, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>COMPLETION SERVICES<br>16619 ALDINE WESTFIELD<br>HOUSTON TX 77032 | LAF.ACCOUNTSRECIEVABLE@SUPERIOR-ENERGY.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | TETRA APPLIED TECHNOLOGIES, INC. | ATTN: BRAD M. MURPHY, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>24955 I-45 NORTH<br>THE WOODLANDS TX 77380 | REMIT@TETRATEC.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | TRENDSETTER ENGINEERING INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>10430 RODGERS RD.<br>HOUSTON TX 77070 | P.ORCUTT@TRENSETTERENGINEERING.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO ACADIAN CONTRACTORS, INC. | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | W&T OFFSHORE INC. | ATTN: TRACY W. KROHN, CEO<br>NINE GREENWAY PLAZA, SUITE 300<br>HOUSTON TX 77046 | RSTANLEY@WTOFFSHORE.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | WARRIOR ENERGY SERVICES CORPORATION | ATTN: MARK POCHE, VP GULF COAST REGION<br>5801 HIGHWAY 90 E<br>BROUSSARD LA 70518 | MPCHE@BWWC.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM | Email on 8/9/20 |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email on 8/9/20 |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | WOOD GROUP PSN INC. | ATTN: ROBIN WATSON, CEO<br>17325 PARK ROW<br>HOUSTON TX 77084 | REMITTANCE.USFSC@WOODGROUP.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | WORKSTRINGS INTERNATIONAL, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1150 SMEDE HWY.<br>BROUSSARD LA 70518 | RON.COMEAUX@WORKSTRINGS.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |
| TOP 30 UNSECURED CREDITOR | XTO ENERGY INC. | ATTN: BART CHAIR, PRESIDENT<br>22777 SPRINWOODS VILLAGE PKWY<br>SPRING TX 77389-1425 | JIB_INQUIRY@XTOENERGY.COM | First Class Mail on 8/10/20 and Email on 8/9/20 |

**Exhibit B**

Exhibit B
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
| --- | --- | --- | --- | --- |
| TOP 30 UNSECURED CREDITOR | ACADIAN CONTRACTORS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>17102 WEST LA HWY 330<br>ABBEVILLE LA 70511-1608 | TROYB@ACADIANCONTRACTORS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | AKER SOLUTIONS INC. | ATTN: LUIS ARUJO, CEO<br>2103 CITYWEST BLVD., SUITE 800<br>HOUSTON TX 77042 | MUSA.HUSSAIN@AKERSOLUTIONS.COM | First Class Mail and Email |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | Email |
| TOP 30 UNSECURED CREDITOR | ALLIANT INSURANCE SERVICES, INC. | ATTN: THOMAS W. CORBETT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>701 B STREET, 6TH FLOOR<br>SAN DIEGO CA 92101 | DKELLY@ALLIANT.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ANADARKO US OFFSHORE LLC | ATTN: VICKI HOLLUB, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1201 LAKE ROBBINS DR.<br>THE WOODLANDS TX 77380 | CRM.JIB@ANADARKO.COM | First Class Mail and Email |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | Email |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | Email |
| TOP 30 UNSECURED CREDITOR | ATLANTIC MARITIME SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5847 SAN FELIPE, SUITE 3500<br>HOUSTON TX 77057 | EREN.DEMET@VALARIS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | BAKER HUGHES OILFIELD OPERATIONS INC. | ATTN: LORENZO SIMONELLI, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>17021 ALDINE WESTFIELD<br>HOUSTON TX 77073-5101 | ARCCCASHAPPLICATION@BAKERHUGHES. COM | First Class Mail and Email |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | 815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | Email |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM | Email |
| TOP 30 UNSECURED CREDITOR | CLARIANT CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4000 MONROE ROAD<br>CHARLOTTE NC 28205 | OILSERVICES.GOM@CLARIANT.COM | First Class Mail and Email |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA<br>720 BRAZOS<br>SUITE 700<br>AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE,, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON TX 77084 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | FLUID CRANE & CONSTRUCTION INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5411 HWY 90 E<br>NEW IBERIA LA 70560 | JRENARD@FLUIDCRANE.COM | First Class Mail and Email |

Exhibit B
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | FMC TECHNOLOGIES INC. | ATTN: DOUGLAS J. PFERDEHIRT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>11740 KATY FREEWAY<br>HOUSTON TX 77079 | FMCAR@FMCTI.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | GATE | ATTN: GRANT GIBSON, CEO<br>16360 PARK TEN PLACE, SUITE 206<br>HOUSTON TX 77084 | MMYHRE@GATEINC.COM | First Class Mail and Email |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | Email |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | GULF CRANE SERVICES, INC. | ATTN: CHARLES BOLLINGER, CEO<br>73413 BOLLFIELD DR.<br>COVINGTON LA 70434 | ASHLEYSCLAFINI@GULFBANK.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | HALLIBURTON ENERGY SERVICES | ATTN: MS. ELBA PARRA, REGION MANAGER<br>3000 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON TX 77032 | ELBA.PARRA@HALLIBURTON.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | Email |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | ISLAND OPERATING COMPANY INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>108 ZACHARY DR.<br>SCOTT LA 70583 | WTHIBODEAUX@ISLANDOPERATING.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | KILGORE MARINE SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>200 BEAULLIEU DRIVE, BLDG. 8<br>LAFAYETTE LA 70508 | CONNIE@KILGOREMARINE.COM | First Class Mail and Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: CHAD L. SCHEXNAYDER & JENNINGS HAUG CUNNINGHAM<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | Email |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | Email |

Exhibit B
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | LINEAR CONTROLS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE LA 70508 | PAYMENTS@LINEARCONTROLS.NET | First Class Mail and Email |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER<br>1201 DEMONBREUN ST<br>SUITE 900<br>NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM | Email |
| TOP 30 UNSECURED CREDITOR | OCEANEERING INTERNATIONAL INC. | ATTN: RODERICK A. LARSON, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>11911 FM 529<br>HOUSTON TX 77041 | USREMITTANCESOII@OCEANEERING.COM | First Class Mail and Email |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY<br>P. O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>CASEY.ROY@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE. | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OFFSHORE ENERGY SERVICES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5900 US HWY 90 E<br>BROUSSARD LA 70518 | KNORRIS@OFFSHOREES.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ONESUBSEA LLC | ATTN: OLIVER LE PEUCH, CEO<br>4646 W. SAM HOUSTON PARKWAY N<br>HOUSTON TX 77041 | CAMCANAR@SLB.COM | First Class Mail and Email |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO P.C.<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON TX 77002 | CRUBIO@PARKINSLEE.COM | Email |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO LINEAR CONTROLS, INC. | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | Email |
| TOP 30 UNSECURED CREDITOR | PRIME TANK LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1253 PETROLEUM PARKWAY<br>BROUSSARD LA 70518 | MARKBELANGER@PRIMETANKLLC.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SCHLUMBERGER TECHNOLOGY CORPORATION | ATTN: OLIVER LE PEUCH, CEO<br>1200 ENCLAVE PARKWAY<br>HOUSTON TX 77077 | NAMREMITTANCE@SLB.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |

Exhibit B
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ.<br>400 PARK AVE, 5TH FLOOR<br>NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail and Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM | Email |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN<br>P. O. BOX 549<br>HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | SOLAR TURBINES INCORPORATED | ATTN: PRESIDENT OR GENERAL COUNSEL<br>13105 NW FREEWAY<br>HOUSTON TX 77040 | T3_SOLAR_ACCOUNTS_RECEIVABLE@SOLAR-TURBINES.COM | First Class Mail and Email |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR.<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM | Email |
| TOP 30 UNSECURED CREDITOR | SUBSEA 7 US LLC | ATTN: JOHN EVANS, CEO<br>17220 KATY FREEWAY, SUITE 100<br>HOUSTON TX 77094 | DENIA.ESPINOZA@SUBSEA7.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SUPERIOR ENERGY SERVICES LLC | ATTN: DONALD DUNLAP, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>COMPLETION SERVICES<br>16619 ALDINE WESTFIELD<br>HOUSTON TX 77032 | LAF.ACCOUNTSRECIEVABLE@SUPERIOR-ENERGY.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TETRA APPLIED TECHNOLOGIES, INC. | ATTN: BRAD M. MURPHY, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>24955 I-45 NORTH<br>THE WOODLANDS TX 77380 | REMIT@TETRATEC.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TRENDSETTER ENGINEERING INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>10430 RODGERS RD.<br>HOUSTON TX 77070 | P.ORCUTT@TRENSETTERENGINEERING.COM | First Class Mail and Email |

Exhibit B
Master Service List
Served as set forth below

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO ACADIAN CONTRACTORS, INC. | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM | Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail and Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT @VELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | W&T OFFSHORE INC. | ATTN: TRACY W. KROHN, CEO<br>NINE GREENWAY PLAZA, SUITE 300<br>HOUSTON TX 77046 | RSTANLEY@WTOFFSHORE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WARRIOR ENERGY SERVICES CORPORATION | ATTN: MARK POCHE, VP GULF COAST REGION<br>5801 HIGHWAY 90 E<br>BROUSSARD LA 70518 | MPCHE@BWWC.COM | First Class Mail and Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS TX 75204 | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |
| TOP 30 UNSECURED CREDITOR | WOOD GROUP PSN INC. | ATTN: ROBIN WATSON, CEO<br>17325 PARK ROW<br>HOUSTON TX 77084 | REMITTANCE.USFSC@WOODGROUP.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WORKSTRINGS INTERNATIONAL, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1150 SMEDE HWY.<br>BROUSSARD LA 70518 | RON.COMEAUX@WORKSTRINGS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | XTO ENERGY INC. | ATTN: BART CHAIR, PRESIDENT<br>22777 SPRINWOODS VILLAGE PKWY<br>SPRING TX 77389-1425 | JIB_INQUIRY@XTOENERGY.COM | First Class Mail and Email |