| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Louisiana__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Frederick L. Bunol<br>The Derbes Law Firm, L.L.C.<br>3027 Ridgelake Drive<br>Metairie, LA 70002<br>(504) 837-1230<br>Louisiana (29111) |
|---|---|

Seeks to appear as the attorney for this party:

Cetco Energy Services Company, LLC

Dated: 8.17.2020      Signed: /s/ Frederick L. Bunol

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                              United States Bankruptcy Judge