IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| **In Re:**<br><br>**FIELDWOOD ENERGY LLC,** *et al*<br><br>Debtors[1] | **CASE NO. 20-33948 (MI)**<br><br>**CHAPTER 11**<br><br>**(Jointly Administered)** |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS

The undersigned hereby enters his appearance on behalf of CGG Services (U.S.) Inc. ("CGG" or "creditor"), a creditor and interested party, and pursuant to Bankruptcy Rules 2002, 3017 and 9007, requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Scott R. Cheatham, Esq.
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: 504-581-3234
Fax:    504-566-0210
scott.cheatham@arlaw.com

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of creditor, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930): FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' Primary Mailing Address is 2000 W. Sam Houston Pakrway S., Suite 1200, Houston, TX 77042.

{MB141849.1}

jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of creditor, in any proceeding that has been or will be instituted during the course of the case, (v) a waiver of creditor's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (vi) a waiver of creditor's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court. Creditor specifically reserves all rights, remedies, claims, actions, setoffs, or recoupments to which creditor is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, setoffs, and recoupments creditor expressly reserves.

Respectfully Submitted,

ADAMS AND REESE LLP

*/s/ Scott R. Cheatham*
Scott R. Cheatham
Texas Bar No. 2405006
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: 504-581-3234
Fax:    504-566-0210
scott.cheatham@arlaw.com

*Attorneys for CCG Services (U.S.) Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Appearance and Request for Notices and Pleadings was served upon the parties listed below via the court's CM/ECF electronic service system on this 17th day of August, 2020.

- Serajul F Ali     serajul.ali@usdoj.gov
- Brandon Kevin Bains     bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
- Brian A. Baker     brian.baker@stacybakerlaw.com
- Charles A Beckham     beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
- Jason Bradley Binford     Jason.binford@oag.texas.gov
- Andrew A Braun     abraun@glllaw.com
- Duane J Brescia     duane.brescia@clarkhillstrasburger.com, donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@strasburger.com
- Jeffrey D. Carruth     jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
- Michael Edward Collins     mcollins@manierherod.com, rmiller@manierherod.com
- Albert J Derbes     ajdiv@derbeslaw.com, derbeser72443@notify.bestcase.com
- Catherine Diktaban     cdiktaban@huntonak.com
- John P Dillman     houston_bankruptcy@publicans.com
- Ryan Dodson Dry     rdry@krebsfarley.com, khaley@krebsfarley.com
- Hector Duran     Hector.Duran.Jr@usdoj.gov
- Philip G Eisenberg     peisenberg@lockelord.com
- David S Elder     dselder@foley.com, rdiep@foley.com
- J. David Forsyth     jdf@sessions-law.com
- Robert P Franke     robert.franke@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com
- Douglas Saul Friedman     doug.friedman@stacybakerlaw.com
- Jason George     jason.george@weil.com
- Kenneth P. Green     kgreen@snowspencelaw.com, janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
- John F Higgins     jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com
- Audrey Lorene Hornisher     audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com
- Richard A. Kincheloe     Richard.Kincheloe@usdoj.gov, caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
- Wayne Kitchens     jwk@hwallp.com, dkokenes@hwallp.com
- Bradley Clay Knapp     bknapp@lockelord.com, Yamille.Harrison@lockelord.com

- Lambert M Laperouse   laperouse@glllaw.com, hherrick@glllaw.com
- Jessica Liou   Jessica.Liou@weil.com
- Kevin M Maraist   kmaraist@albmlaw.com
- Zachary S McKay   zmckay@dorelawgroup.net, chymel@dorelawgroup.net
- John E Mitchell   john.mitchell@akerman.com
- Leann Opotowsky Moses   moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com
- Alfredo R Perez   alfredo.perez@weil.com, brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
- Aaron James Power   apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com
- Matthew J. Pyeatt   mpyeatt@velaw.com
- Edward L Ripley   eripley@andrewsmyers.com
- William Shanler Robbins   wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Charles M Rubio   crubio@parkinslee.com, 7485062420@filings.docketbird.com
- Jason M Rudd   Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com
- Bruce J Ruzinsky   bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com
- Ryan Michael Seidemann   seidemannr@ag.state.la.us, lentoc@ag.state.la.us
- Patrick M. Shelby   rick.shelby@phelps.com, trisha.crombie@phelps.com
- Barnet B Skelton   barnetbjr@msn.com
- Steven W Soule   ssoule@hallestill.com
- Stephen Douglas Statham   stephen.statham@usdoj.gov
- Victoria V Theriot   ttheriot@acadiancontractors.com
- US Trustee   USTPRegion07.HU.ECF@USDOJ.GOV
- Melissa E Valdez   mvaldez@pbfcm.com, osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com
- William Alfred Wood   Trey.Wood@bracewell.com, mary.kearney@bracewell.com
- Lee E Woodard   LWoodard@HarrisBeach.com, efilings@harrisbeach.com

Emile Joseph  
Allen & Gooch  
P O Box 81129  
Lafayette, LA 70598

Prime Clerk LLC  
One Grand Central Place  
60 East 42nd Street, Suite 1440  
New York, NY 10165

Ronald Savoie  
Jackson & Jackson, P.L.L.C.  
111 Founders Drive, Suite 400  
Baton Rouge, LA 70810

*/s/ Scott R. Cheatham*  
Scott R. Cheatham

{MB141849.1}                4