

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
08/18/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Frederick L. Bunol<br>The Derbes Law Firm, L.L.C.<br>3027 Ridgelake Drive<br>Metairie, LA 70002<br>(504) 837-1230<br>Louisiana (29111) |
|---|---|

Seeks to appear as the attorney for this party:

| Cetco Energy Services Company, LLC |
|---|
| Dated: 8.17.2020    Signed: /s/ Frederick L. Bunol |

| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____ . |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: August 18, 2020

_____
Marvin Isgur
United States Bankruptcy Judge