IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 20-33948 |
| | § | |
| **Fieldwood Energy LLC,** *et al* [1] | § | Chapter 11 (MI) |
| | § | |
| Debtors | § | Jointly Administered |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Oceaneering International, Inc.<br>11911 FM 529<br>Houston, TX 77041 | David Lawrence<br>713-329-4912<br>dlawrence@oceaneering.com |
| Subsea 7 US LLC<br>17220 Katy Frwy, Suite 100<br>Houston, TX 77094 | Laura Butler<br>713-461-0039<br>laura.butler@subsea7.com |
| Halliburton Energy Services, Inc.<br>3000 N. Sam Houston Pkwy E<br>Houston, TX 77032 | Elba Parra<br>281-988-2193<br>elba.parra@halliburton.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| TETRA Technologies. Inc.<br>24955 I-45 North<br>The Woodlands, TX 77380 | Kristy Woolsey<br>281-364-2201<br>kwoolsey@tetratec.com |
| Workstrings International, L.L.C.<br>1001 Louisiana, Suite 2900<br>Houston, TX 77002 | Jean Paul Overton<br>713-654-2276<br>jeanpaul.overton@superiorenergy.com |

Dated: August 18, 2020

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 232
(713) 718-4670 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on August 18, 2020.

/s/ Stephen D. Statham
Stephen D. Statham
Trial Attorney