IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 20-33948** |
| | § | |
| **Fieldwood Energy LLC, *et al*** [1] | § | **Chapter 11 (MI)** |
| | § | |
| **Debtors** | § | **(Jointly Administered)** |

## NOTICE OF ORGANIZATIONAL MEETING
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by telephone conference on August 18, 2020 at 5:30 p.m., CST. Members of the committee have been provided call-in instructions.

Dated: August 18, 2020
                                    HENRY G. HOBBS, JR.
                                    ACTING UNITED STATES TRUSTEE

                                    By: */s/Stephen D. Statham*
                                    Stephen D. Statham, Trial Attorney
                                    Texas Bar No.19082500/Fed. ID No. 9191
                                    Office of the United States Trustee
                                    515 Rusk Avenue, Suite 3516
                                    Houston, TX 77002
                                    (713) 718-4650 Ext 232
                                    (713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on August 18, 2020.

                                    */s/ Stephen D. Statham*
                                    Stephen D. Statham

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.