**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.   20-33948** |
| FIELDWOOD ENERGY, LLC | § | |
| **DEBTORS(S),** | § | **CHAPTER   11** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**LAVACA COUNTY**          **LIVE OAK CAD**          **STARR COUNTY**
**RIO GRANDE CITY CISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on <u>18th</u> day of <u>August, 2020</u>, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| ALFREDO R. PEREZ | US TRUSTEE (HOUSTON) | FIELDWOOD ENERGY, LLC |
| WEIL, GOTSHAL ET AL | OFFICE OF THE US TRUSTEE | 2000 W SAM HOUSTON PKWY. S., |
| 700 LOUISIANA STREET,  SUITE 1600 | 515 RUSK AVENUE STE. 3516 | STE 1200 |
| HOUSTON, TX 77002 | HOUSTON, TX 77002 | HOUSTON, TX 77042 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428
Telephone:  (512) 447-6675
Facsimile:   (512) 443-5114
Email:        austin.bankruptcy@publicans.com

By: /s/ Diane W. Sanders
_____
Diane W. Sanders
SBN: 16415500 TX