UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE:   FIELDWOOD ENERGY, LLC              CASE NO: 20-33948
                                            CHAPTER 11

         DEBTORS.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

   PLEASE TAKE NOTICE of the appearance of the undersigned creditor, through the undersigned counsel, which request notice of all matters "noticed" and copies of all pleadings in this proceeding pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of the Bankruptcy Code.

   Name of Creditor: Intracoastal Liquid Mud, Inc.

Notices should be mailed to:
JOHN A. MOUTON, III
P. O. Box 82438
Lafayette, LA  70598
john@jmoutonlaw.com

                            RESPECTFULLY SUBMITTED BY:

                            John A. Mouton, III
                            JOHN A. MOUTON, III, Bar Roll #9790
                            Attorney at Law
                            1200 Camellia Blvd., Ste.  204
                            P. O. Box 82438
                            Lafayette, LA  70598
                            (337)988-6499

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE:  FIELDWOOD ENERGY, LLC      CASE NO: 20-33948
                                                            CHAPTER 11

        DEBTORS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12TH day of August, 2020, a copy of the foregoing was electronically filed with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and was served upon all parties via the CM/ECF system.

                                        John A. Mouton, III
                                        JOHN A. MOUTON, III

C:\WPDocs\HIJK\INTRACOASTAL LIQUID MUD, INC\FIELDWOOD ENERGY\BANKRUPTCY PLEADINGS\Notice of Appearance & Request for Notices.docx