IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**Affidavits of Service for Mailings for the Period from August 2 ,2020 through August 8, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings for the Period from August 2, 2020 through August 8, 2020, Including Affidavit of Publication of the Notice of Interim Order (related document(s): 2, 5, 6 ,7, 8, 9, 11, 12, 13, 15, 19, 22, 23 , 49, 50, 54, 58, 59, 61, 113, 114) |
| Attachments: | |
| #1 | Affidavit of August 4, 2020 Service of First Day Motions and Emergency Motions, Orders and Interim Orders (DN 6, 8, 13, 49, 50) |
| #2 | Affidavit of August 6, 2020 Service of First Day Motions and Emergency Motions, Orders and Interim Orders, Declarations of John-Paul Hanson and Michael Dane and Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent (DN 2, 3, 5, 6, 7, 9, 10, 11, 12, 14, 17, 18, 19, 22, 23, 29, 54, 58, 59, 60, 61, 62) |
| #3 | Affidavit of August 7, 2020 Publication of the Notice of Interim Order (related to DN 50) |
| #4 | Affidavit of August 7, 2020 Service of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Settlement by and Among Fieldwood Energy LLC, Hoactzin Partners L.P., the Hoactzin Trustee, and Other Parties and (II) Granting Related Relief and Declaration of Brandon Dewolfe (DN 113, 114) |