# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

## BEDROCK PETROLEUM CONSULTANTS, LLC'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 24, 2020 AT 1:30 P.M.

| Main Case No: 20-33948 | Name of Debtor: Fieldwood Energy LLC, et al. |
|---|---|
| Adversary No: N/A | Style of Adversary: N/A |
| **Witnesses:** | |
| Any witness called or designated by any other party | Judge: Honorable Marvin Isgur |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | Hearing Date: August 24, 2020 |
| | Hearing Time: 1:30 p.m. |
| | Party's Name: Bedrock Petroleum Consultants, LLC |
| | Party's Attorney: James B. Bailey |
| | Attorney's Phone: 205-521-8913; (c) 386-804-2082 |
| | Nature of Proceeding: Hearing to Consider *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| Ex # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| | *U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* [Docket No. 22] | | | | |
| | Any document or pleading filed in the above captioned case | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Bedrock Petroleum Consultants, LLC reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

 /s/ James B. Bailey
James B. Bailey
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone: 205-521-8000
jbailey@bradley.com

**ATTORNEYS FOR BEDROCK PETROLEUM CONSULTANTS, LLC**

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties eligible to receive service via CM/ECF.

                  */s/ James B. Bailey*
                    OF COUNSEL