# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al.[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## W&T OFFSHORE, INC.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 24, 2020 AT 1:30 P.M.

| **Bankruptcy Case No.** 20-33948 | **Debtor:** FIELDWOOD ENERGY LLC, ET AL. |
|---|---|
| | |
| **Witness(es):** <br> 1. Any witness called or designated by any other party. | **Judge:** Honorable Marvin Isgur |
| 2. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party | **Hearing Date:** August 24, 2020 |
| | **Hearing Time:** 1:30 P.M. |
| | **Location:** Courtroom 404, 4th Fl. <br> 515 Rusk Ave. <br> Houston, TX 77002 |
| | **Party's Name:** W&T Offshore, Inc. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

| | |
|---|---|
| | **Attorney's Name:**   Philip Eisenberg |
| | **Attorney's Phone:**   (713) 226-1304 |
| | **Nature of Proceeding:**<br>*Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims, and (III) Granting Related Relief* (Doc. No. 7)<br><br>*Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2) 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b) and (III) Scheduling Final Hearing* (the "DIP Motion") (Doc. No. 22)<br><br>*Debtors' Emergency Motion for Order (I) Authorizing Debtors to (A) Enter Into and Perform Under New Postpetition Hedging Agreements, and (B) Grant Related Liens and Superpriority Claims, (II) Modifying Automatic Stay, and (III) Granting Related Relief* (Doc. No. 185) |

**EXHIBITS**

| Movants Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above captioned case | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any exhibit necessary to rebut the | | | | |

2

83471794v.1

| | evidence or testimony of any witness offered or designated by any other party | | | | |
|---|---|---|---|---|---|

W&T Offshore, Inc. reserves any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing.

Dated: August 20, 2020			Respectfully submitted,

*/s/ Philip G. Eisenberg*
**Philip G. Eisenberg**
 Texas Bar No. 24033923
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717
peisenberg@lockelord.com


-and-

**Bradley C. Knapp**
 Texas Bar No. 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Fax: (504) 558-5200
rkuebel@lockelord.com
bknapp@lockelord.com

**ATTORNEYS FOR W&T OFFSHORE, INC.**

83471794v.1

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on August 20, 2020.

*/s/ Philip G. Eisenberg*
Philip G. Eisenberg