IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | CASE NO. 20-33948 |
| | § | |
| | § | |
| DEBTORS[1]. | § | |

**JOINDER AND RESERVATION OF RIGHTS REGARDING BEDROCK PETROLEUM CONSULTANTS, LLC'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO DIP FINANCING AND CASH COLLATERAL MOTION (RE: DOCKET NO. 22, 192)**

Halliburton Energy Services, Inc. ("Halliburton"), creditor and party in interest, files this joinder to the and reservation of rights with respect to the limited objection filed by Bedrock Petroleum Consultants, LLC ("Bedrock") to the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* (Docket No. 22) (the "DIP Motion"), and in support thereof, Halliburton would show to the Court the following.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1. As of the Petition Date, Halliburton possesses claims against the Debtors in the aggregate amount of at least $6,367,036.18.

2. With respect to such claims, Halliburton has perfected and/or is entitled to perfect mineral liens and/or other statutory liens against the interests in property of the Debtors.

3. Halliburton joins the limited objection filed by Bedrock Petroleum Consultants, LLC (Docket No. 192) as if fully set forth verbatim herein to the extent that such objection relates to the interests of Halliburton.  In addition, Halliburton requests that it also be listed in the proposed language.

4. Based upon the foregoing, Halliburton further reserves the right to object to the entry of the Final DIP Order, including the inclusion (or absence, as the case may be) of the additional language proposed by Bedrock.

5. Halliburton reserves the right to raise such further and additional objections, and/or to join in any other objections relating to the DIP Motion at any time prior to the hearing considering the DIP Mo on a final basis.

6. Halliburton further reserves all rights with respect to these bankruptcy cases, all rights under any contracts and operating agreements, all rights related to any notices of assumption and cure, and all rights with respect to any claim it may assert or has asserted in this case, including, but not limited to, administrative priority claims that may arise, adequate protection for such expenditures, and all other rights in this case

WHEREFORE, Halliburton Energy Services, Inc. respectfully requests that the Court sustain the limited objection.  Creditor requests such other and further relief to which the creditor is entitled at law or in equity.

Dated:  August 20, 2020 　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

　　　　　　　　　　　　　　By:　　*/s/ Jeff Carruth*
　　　　　　　　　　　　　　　　JEFF CARRUTH (TX SBN:. 24001846)
　　　　　　　　　　　　　　　　11 Greenway Plaza, Suite 1400
　　　　　　　　　　　　　　　　Houston, TX 77046
　　　　　　　　　　　　　　　　Telephone: (713) 341-1158
　　　　　　　　　　　　　　　　Fax: (866) 666-5322
　　　　　　　　　　　　　　　　E-mail:  jcarruth@wkpz.com

`joinder objection final DIP`　　　　ATTORNEYS FOR HALLIBURTON ENERGY
　　　　　　　　　　　　　　　　SERVICES, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing item was served upon all registered ECF users who have appeared in this case to date, including the parties listed below, which includes all persons required to receive notice under the relevant interim order(s).

　　　　*/s/ Jeff Carruth*
JEFF CARRUTH

## ECF SERVICE LIST AS OF AUGUST 20, 2020, 4:00 P.M.

**A**

**20-33948 Notice will be electronically mailed to:**

Serajul F Ali on behalf of Creditor U.S. Department of the Interior
serajul.ali@usdoj.gov

James B. Bailey on behalf of Creditor Bedrock Petroleum Consultants, LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Brandon Kevin Bains on behalf of Creditor Liberty Mutual Insurance Company
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains on behalf of Creditor The Hanover Insurance Company
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker on behalf of Creditor Renaissance Offshore, LLC
brian.baker@stacybakerlaw.com

Charles A Beckham, Jr on behalf of Creditor Ad Hoc Group of Secured Lenders
beckhamc@haynesboone.com,
kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr on behalf of Interested Party Cantor Fitzgerald Securities, as DIP Agent
beckhamc@haynesboone.com,
kenneth.rusinko@haynesboone.com

Jason Bradley Binford on behalf of Interested Party Railroad Commission of Texas
Jason.binford@oag.texas.gov

Andrew A Braun on behalf of Creditor A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS AP Investments AS
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS-NOPEC Geophysical Company
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS-NOPEC Geophysical Company ASA
abraun@glllaw.com

Andrew A Braun on behalf of Creditor Westerngeco LLC
abraun@glllaw.com

Duane J Brescia on behalf of Attorney Clark Hill Strasburger
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@strasburger.com

Duane J Brescia on behalf of Creditor Seitel Data, Ltd.
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@strasburger.com

Duane J Brescia on behalf of Creditor Zurich American Insurance Company
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@strasburger.com

Jeffrey D. Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Scott Robert Cheatham on behalf of Creditor CCG Services (U.S.) Inc.
scott.cheatham@arlaw.com, vicki.owens@arlaw.com

Michael Edward Collins on behalf of Creditor Philadelphia Indemnity Insurance Company
mcollins@manierherod.com, rmiller@manierherod.com

Albert J Derbes, IV on behalf of Creditor CETCO Energy Services Company, LLC
ajdiv@derbeslaw.com, derbeser72443@notify.bestcase.com

Catherine Diktaban on behalf of Interested Party Apache Corporation
cdiktaban@huntonak.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Jefferson County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Lavaca County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Live Oak CAD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Matagorda County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Matagorda County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Rio Grande City CISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Starr County
houston_bankruptcy@publicans.com

Ryan Dodson Dry on behalf of Interested Party RLI Insurance Company
rdry@krebsfarley.com, khaley@krebsfarley.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Philip G Eisenberg on behalf of Creditor U.S. Specialty Insurance Company
peisenberg@lockelord.com

Philip G Eisenberg on behalf of Creditor W&T Offshore, Inc.
peisenberg@lockelord.com

David S Elder on behalf of Creditor Oceaneering International Inc.
dselder@foley.com, rdiep@foley.com

J. David Forsyth on behalf of Interested Party Helis Oil & Gas Company, LLC
jdf@sessions-law.com

Robert P Franke on behalf of Creditor Martin Energy Services LLC
robert.franke@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com

Douglas Saul Friedman on behalf of Creditor Renaissance Offshore, LLC
doug.friedman@stacybakerlaw.com

Jason George on behalf of Debtor Fieldwood Energy LLC
jason.george@weil.com

Kenneth P. Green on behalf of Creditor SBM Gulf Production LLC
kgreen@snowspencelaw.com,
janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com

John F Higgins, IV on behalf of Interested Party Kilgore Marine
jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Audrey Lorene Hornisher on behalf of Creditor Martin Energy Services LLC
audrey.hornisher@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com

Richard A. Kincheloe on behalf of Creditor U.S. Department of the Interior
Richard.Kincheloe@usdoj.gov,
caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov

Wayne Kitchens on behalf of Attorney Petro Amigos Supply, Inc.
jwk@hwallp.com, dkokenes@hwallp.com

Bradley Clay Knapp on behalf of Creditor U.S. Specialty Insurance Company
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Lambert M Laperouse on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
laperouse@glllaw.com, hherrick@glllaw.com

Jessica Liou on behalf of Debtor Fieldwood Energy LLC
Jessica.Liou@weil.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating, LLC and Archrock Service LP
kmaraist@albmlaw.com

Zachary S McKay on behalf of Creditor Diversified Well Logging, LLC
zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay on behalf of Creditor Tetra Applied Technologies, Inc.
zmckay@dorelawgroup.net, chymel@dorelawgroup.net

John E Mitchell on behalf of Creditor Florida Gas Transmission Company, LLC
john.mitchell@akerman.com

John E Mitchell on behalf of Creditor Sea Robin Pipeline Company, LLC
john.mitchell@akerman.com

John E Mitchell on behalf of Creditor Stingray Pipeline Company, LLC
john.mitchell@akerman.com

John E Mitchell on behalf of Creditor Trunkline Gas Company, LLC
john.mitchell@akerman.com

Leann Opotowsky Moses on behalf of Creditor C-Dive, L.L.C.
moses@carverdarden.com,
Langley@carverdarden.com;8167471420@filings.docketbird.com

John A Mouton, III on behalf of Creditor Intracoastal Liquid Mud, Inc.
john@jmoutonlaw.com

Alfredo R Perez on behalf of Debtor Bandon Oil and Gas GP, LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Bandon Oil and Gas, LP
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Dynamic Offshore Resources NS, LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor FW GOM Pipeline, Inc.
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Energy Inc.
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Energy LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Energy Offshore LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Energy SP LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Offshore LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood Onshore LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Fieldwood SD Offshore LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor GOM Shelf LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Galveston Bay Pipeline LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Alfredo R Perez on behalf of Debtor Galveston Bay Processing LLC
alfredo.perez@weil.com,
brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com

Aaron James Power on behalf of Interested Party Subsea 7 LLC
apower@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com

Matthew J. Pyeatt on behalf of Creditor Goldman Sachs Bank USA
mpyeatt@velaw.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
eripley@andrewsmyers.com

William Shanler Robbins on behalf of Creditor Partco, LLC
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Charles M Rubio on behalf of Creditor Island Operating Company Inc
crubio@parkinslee.com, 7485062420@filings.docketbird.com

Jason M Rudd on behalf of Interested Party TC Oil Louisiana, LLC
Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd on behalf of Interested Party Tana Exploration Company, LLC
Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Bruce J Ruzinsky on behalf of Creditor Aker Solutions Inc.
bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Diane Wade Sanders on behalf of Creditor Lavaca County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Live Oak CAD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Rio Grande City CISD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Starr County
austin.bankruptcy@publicans.com

Ryan Michael Seidemann on behalf of Creditor State of Louisiana, Department of Natural Resources
seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Patrick M. Shelby on behalf of Creditor A-Port LLC
rick.shelby@phelps.com, trisha.crombie@phelps.com

Patrick M. Shelby on behalf of Creditor Linear Controls, Inc.
rick.shelby@phelps.com, trisha.crombie@phelps.com

Barnet B Skelton, Jr on behalf of Creditor Red Willow Offshore, LLC
barnetbjr@msn.com

Owen Mark Sonik on behalf of Creditor Sheldon Independent School District, et al
osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Steven W Soule on behalf of Creditor Discovery Gas Transmission LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Gulfstar One LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Transcontinental Gas Pipe Line Company, LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor WFS Liquids LLC

ssoule@hallestill.com

Steven W Soule on behalf of Creditor Williams Field Services-Gulf Coast Company LLC
ssoule@hallestill.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Victoria V Theriot on behalf of Creditor Acadian Contractors, Inc
ttheriot@acadiancontractors.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Sheldon Independent School District
mvaldez@pbfcm.com,
osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

William Alfred Wood, III on behalf of Interested Party Eni Petroleum US LLC
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

William Alfred Wood, III on behalf of Interested Party Eni US Operating Co. Inc.
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

Lee E Woodard on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company
LWoodard@HarrisBeach.com, efilings@harrisbeach.com