| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of **Louisiana and Texas**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Victoria V. Theriot, General Counsel<br>Broussard Brothers, Inc.<br>501 South Main St.<br>Abbeville, LA 70510<br>(337) 580-4234<br>TX: 24107056; LA: 33422 |
|---|---|

Seeks to appear as the attorney for this party:

| Broussard Brothers, Inc. | |
|---|---|
| Dated: 8/20/2020 | Signed: /s/ Victoria V. Theriot |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                United States Bankruptcy Judge