IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**NOTICE OF FILING OF FINAL STIPULATION AND AGREED ORDER IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING SETTLEMENT BY AND AMONG FIELDWOOD ENERGY LLC, HOACTZIN PARTNERS L.P., THE HOACTZIN TRUSTEE, AND OTHER PARTIES AND (II) GRANTING RELATED RELIEF**

1. On August 7, 2020, Fieldwood Energy LLC ("**FWE**") and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**") filed with this Court a motion pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019 seeking authority to enter into and Court approval of a settlement with, inter alia, Hoactzin Partners L.P. (the "**Motion**") (ECF No. 113).[2] The terms of the Settlement were set forth in the draft Stipulation and Agreed Order annexed to the Proposed Order, which was in turn annexed as **Exhibit A** to the Motion and summarized therein (the "**August 7 Draft Stipulation**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. Subsequent to the filing of the Motion, an evidentiary hearing was held that same day in the chapter 7 case of Hoactzin Partners L.P. pending before the United States Bankruptcy Court for the Northern District of Texas (the "**Hoactzin Bankruptcy Court**"), where the Trustee presented the then-current terms of the Settlement and the August 7 Draft Stipulation to the Hoactzin Bankruptcy Court.

3. Following the August 7 hearing, the parties to the Settlement continued to negotiate certain provisions of the August 7 Draft Stipulation. Ultimately, the parties agreed on a final form of Stipulation and Agreed Order.

4. On August 14, 2020, the Trustee filed a notice informing the Hoactzin Bankruptcy Court that the proposed Stipulation and Agreed Order had been fully executed by the parties, with FWE's release of its signature subject to the approval of the Settlement by this Court. A true and correct copy of the final version of the Stipulation and Agreed Order filed with the Hoactzin Bankruptcy Court on August 14, 2020 (the "**Final Stipulation**") is annexed hereto as **Exhibit A**. A redline of the Final Stipulation marked against the August 7 Draft Stipulation is annexed hereto as **Exhibit B**.

5. On August 17, 2020, the Hoactzin Bankruptcy Court held a hearing and approved the Final Stipulation on the record and directed counsel to upload the order, which is currently pending.

*[Remainder of page intentionally left blank.]*

Dated:  August 20, 2020
New York, New York

Respectfully submitted,

 /s/ *Jessica Liou*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
             Jessica.Liou@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 20, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                            */s/ Jessica Liou*
                                                            Jessica Liou