

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF

ENTERED
08/21/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of **Louisiana and Texas**:

| | |
|---|---|
| Name | Victoria V. Theriot, General Counsel |
| Firm | Broussard Brothers, Inc. |
| Street | 501 South Main St. |
| City & Zip Code | Abbeville, LA 70510 |
| Telephone | (337) 580-4234 |
| Licensed: State & Number | TX: 24107056; LA: 33422 |

Seeks to appear as the attorney for this party:

| Broussard Brothers, Inc. | |
|---|---|
| Dated: 8/20/2020 | Signed: /s/ Victoria V. Theriot |

COURT USE ONLY: The applicant's state bar reports their status as: **Active**.

| Dated: | Signed: Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 21, 2020

Marvin Isgur
United States Bankruptcy Judge