**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| FIELDWOOD ENERGY LLC, et al | Case No. 20-33948 |
|     Debtors. | |
| | Jointly Administered |

**Notice of Appearance and Request for Service of All Pleadings**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Broussard Brothers, Inc. pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

>Victoria V. Theriot
>General Counsel
>Broussard Brothers, Inc.
>P.O. Box 1740
>Abbeville, LA 70511
>Tel: (337) 892-4149
>Fax: (337) 893-7148
>toriet@broussardbrothers.com

Respectfully submitted,

By: */s/ Victoria V. Theriot*
Victoria V. Theriot
Tex. State Bar No. 24107056
La. State Bar No. 33422
501 South Main St.
Abbeville, LA 70510
Tel: (337) 892-4149
Fax: (337) 893-7148
toriet@broussardbrothers.com

*Attorney for Broussard Brothers, Inc.*

***Certificate of Service***

I hereby certify that on August 21, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

*/s/ Victoria V. Theriot*
Victoria V. Theriot