**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| FIELDWOOD ENERGY LLC, et al[1] <br>    Debtors. | Case No. 20-33948 (MI) <br><br> Jointly Administered |

**JOINDER AND RESERVATION OF RIGHTS OF ACADIAN CONTRACTORS, INC.
TO BEDROCK PETROLEUM CONSULTANTS, LLC'S RESERVATION
OF RIGHTS AND LIMITED OBJECTION TO DIP FINANCING AND
CASH COLLATERAL MOTION
(Relates to Docket Nos. 22 and 192)**

Acadian Contractors, Inc. ("Acadian") files this joinder to and reservation of rights with respect to the reservation of rights and limited objection filed by Bedrock Petroleum Consultants, LLC ("Bedrock") to *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* [Docket No. 22] (the "DIP Motion"). In support of this reservation of rights, limited objection and joiner, Acadian offers the following:

**Background**

1. Acadian is an oil and gas service company, which provided (and continues to provide) services, labor, equipment, goods, and/or materials to the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2. As of the date of this filing, the Debtors owe Acadian at least $2,571,785.42 for services, labor, equipment, goods, and/or materials provided prior to the petition date. Copies of invoices itemizing these amounts are available upon request to Acadian's counsel. Acadian reserves its rights to recover interest, attorneys' fees, and other allowed costs.

3. Acadian has and is entitled to assert and perfect mineral liens against certain of the Debtors' offshore assets (including any third parties' interest in such assets) pursuant to Tex. Prop. Code §§ 56.001 to 56.045, La. R.S. §§ 9:4861 to 9:4889, and other applicable law as well as any other liens permitted by applicable law.

4. Accordingly, Acadian is preserving its lien rights pursuant to 11 U.S.C 546(b).

### Joinder to Limited Objection

5. Acadian joins the limited objection filed by Bedrock [Docket No. 192] in response to the DIP Motion, in its entirety and as if fully set forth herein, as the same relates to the interest held by Acadian. Acadian requests it also be listed in the proposed language.

6. Acadian further reserve its rights to object to the entry of the Final DIP Order, absent the proposed order including provisions requested by Bedrock relating to the preservation of rights and remedies regarding statutory oil and gas mechanic's and materialman's liens.

7. Acadian joins the limited objection filed by Bedrock out of an abundance of caution; generally supports the Debtors' efforts to reorganize; and recognizes the need for DIP Financing and continued use of cash collateral. Acadian also hopes to support the Debtors' ongoing operations by amicably resolving its prepetition claims and continuing to provide services in the ordinary course of business and as authorized by this Honorable Court.

### Reservation of Rights

8. Acadian expressly reserves its rights to raise these objections and any other objections, or to join in any other objections relating to the DIP Motion, at any time prior to the final hearing

considering the DIP Motion, regardless of whether Bedrock's limited objection is resolved prior to such hearing.

9. Acadian further reserves all rights with respect to this jointly administered bankruptcy case, all rights under any contracts, and all rights with respect to any claim it may assert or has asserted in this case, including, but not limited to, administrative priority claims that may arise, adequate protection for such expenditures, and all other rights in this case.

WHEREFORE, PREMISES CONSIDERED, Acadian prays this Court grant it the relief requested herein, and the Court order such other and further relief the Court deems just and proper.

Respectfully submitted,

By: */s/ Victoria V. Theriot*
Victoria V. Theriot
Tex. State Bar No. 24107056
La. State Bar No. 33422
501 South Main St.
Abbeville, LA 70510
Tel: (337) 892-4149
Fax: (337) 893-7148
ttheriot@acadiancontractors.com

*Attorney for Acadian Contractors, Inc.*

### *Certificate of Service*

I hereby certify that on August 21, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

*/s/ Victoria V. Theriot*
Victoria V. Theriot