**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | ) ) ) | Case No. 20-33948-MI |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **NAUTILUS PIPELINE COMPANY, L.L.C.** and **MANTA RAY OFFSHORE GATERHING COMPANY, L.L.C.** hereby appear and demand, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned case and all papers served or required to be served in the case be given to and served upon the undersigned counsel, at the addresses set forth below.

Mark Sherrill
Eversheds Sutherland (US) LLP
1001 Fannin Street, Suite 3700
Houston, TX  77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
marksherrill@eversheds-sutherland.us

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, telex or otherwise which affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

42134517.1

Dated: August 21, 2020
Houston, Texas

EVERSHEDS SUTHERLAND (US) LLP

By: */s/ Mark Sherrill*
Mark D. Sherrill
1001 Fannin Street
Suite 3700
Houston, Texas  77002
Tel:  (713) 470-6100
Fax:  (713) 637-3593
marksherrill@eversheds-sutherland.us

*Counsel for Nautilus Pipeline Company, L.L.C. and Manta Ray Offshore Gathering Company, L.L.C.*

42134517.1