IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | (Jointly Administered) |
| **FIELDWOOD ENERGY LLC, et al.,** | § | |
| | § | |
| Debtors. | § | **CASE No. 20-33948 (MI)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for PLAINS GAS SOLUTIONS a creditor and party in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b).  All such notices should be addressed as follows:

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, Texas  77868
Telephone: (936) 825-8705
Email:  pwp@pattiprewittlaw.com

{00131340.DOC}

Respectfully submitted this 21st day of August 2020

/s/ Patricia Williams Prewitt

Patricia Williams Prewitt
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, Texas
Telephone:  (936) 825-8705
Facsimile:  (713) 583-2833
*Attorney for Plains Gas Solutions*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the 21st day of August 2020.

/s/ Patricia Williams Prewitt

{00131340.DOC}