# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-33948 (MI) <br> ) <br> FIELDWOOD ENERGY LLC, *et al.*,[1] ) (Jointly Administered) <br> ) <br> ) <br> Debtors. ) <br> ) |

**JOINDER AND RESERVATION OF RIGHTS REGARDING BEDROCK PETROLEUM CONSULTANTS, LLC'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO DIP FINANCING AND CASH COLLATERAL MOTION**
**(Relates to Docket Nos. 22, 192)**

Diverse Safety & Scaffolding, LLC ("Diverse"), creditor and party in interest, files this joinder to and reservation of rights with respect to the limited objection filed by Bedrock Petroleum Consultants, LLC ("Bedrock") to the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* (Docket No. 22) (the "DIP Motion"), and in support thereof, Diverse would show the Court the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

10700272

1. As of the Petition Date, Diverse possesses claims against the Debtors in the aggregate amount of at least $1,460,976.43.

2. With respect to such claims, Diverse has perfected and/or is entitled to perfect mineral liens and/or other statutory liens against the interests in property of the Debtors.

3. Diverse joins the limited objection filed by Bedrock (Docket No. 192) as if fully set forth verbatim herein to the extent that such objection relates to the interests of Diverse. In addition, Diverse requests that it also be listed in the proposed language.

4. Based upon the foregoing, Diverse further reserves the right to object to the entry of the Final DIP Order, including the inclusion (or absence, as the case may be) of the additional language proposed by Bedrock.

5. Diverse reserves the right to raise such further and additional objections, and/or to join in any other objections relating to the DIP Motion at any time prior to the hearing considering the DIP Motion on a final basis.

6. Diverse further reserves all rights with respect to these bankruptcy cases, all rights under any contracts and operating agreements, all rights related to any notices of assumption and cure, and all rights with respect to any claim it may assert or has asserted in this case, including, but not limited to, administrative priority claims that may arise, adequate protection for such expenditures, and all other rights in this case.

WHEREFORE, Diverse respectfully requests that this Court sustain the limited objection. Diverse requests such other and further relief to which it is entitled at law or in equity.

Dated: August 21, 2020	Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX 24038592)
Jonathan P. Strom (TX 24082437)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
jstrom@porterhedges.com

*Counsel to Diverse Safety & Scaffolding, LLC*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 21, 2020.

/s/ *Joshua W. Wolfshohl*
Josh W. Wolfshohl

3

10700272