UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33948 (MI) |
| | § | |
| FIELDWOOD ENERY, LLC., *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**JOINDER AND RESERVATION OF RIGHTS REGARDING BEDROCK PETROLEUM CONSULTANTS, LLC'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO DIP FINANCING AND CASH COLLATERAL MOTION**
(Relates to Docket Nos. 22, 192)

Archrock Services LP ("**Archrock**"), creditor and party in interest, files this joinder to and reservation of rights with respect to the limited objection filed by Bedrock Petroleum Consultants, LLC ("**Bedrock**") to the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* (Docket No. 22) (the "**DIP Motion**"), and in support thereof, Archrock would show the Court the following:

1. As of the Petition Date, Archrock possesses claims against the Debtors in the aggregate amount of at least $241,926.90.

2. With respect to at least a part of such claims, Archrock has perfected and/or is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LLP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

entitled to perfect mineral liens and/or other statutory liens against interests in property of the Debtors.

3. Archrock joins the limited objection filed by Bedrock (Docket No. 192) as if fully set forth verbatim herein to the extent that such objection relates to the interests of Archrock. In addition, Archrock requests that it also be listed in the proposed language.

4. Based upon the foregoing, Archrock further reserves the right to object to the entry of the Final DIP Order, including the inclusion (or absence, as the case may be) of the additional language proposed by Bedrock.

5. Archrock reserves the right to raise such further and additional objections, and/or to join in any other objections relating to the DIP Motion at any time prior to the hearing considering the DIP Motion on a final basis.

6. Archrock further reserves all rights with respect to these bankruptcy cases, all rights under any contracts, all rights related to any notices of assumption and cure, and all rights with respect to any claim it may assert or has asserted in this case, including, but not limited to, administrative priority claims that may arise, adequate protection for such expenditures, and all other rights in this case.

WHEREFORE, Archrock respectfully requests that this Court sustain the limited objection. Archrock requests such other and further relief to which it is entitled at law or in equity.

August 21, 2020.

Respectfully submitted,

/s/ Kevin M. Maraist
Kevin M. Maraist

State Bar No. 12962020

ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, Texas 78404
(361) 884-4981
(361) 884-1286 Fax

*Attorneys for Archrock Services LP*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system for the United States Bankruptcy Court for the Northern District of Texas on August 21, 2020.

 /s/ Kevin M. Maraist
Kevin M. Maraist