

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
08/22/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Marvin Isgur | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Maura P. McIntyre<br>Squre Patton Boggs (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: 216.479.8500<br>maura.mcintyre@squirepb.com<br>State of Ohio, 98484; Pennsylvania, 322880<br>US District Court for the Western District of PA, 322880 |
|---|---|

| Name of party applicant seeks to appear for: | Ecopetrol America LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 8/21/2020 | Signed: | /s/ Maura P. McIntyre |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**

**This lawyer is admitted *pro hac vice*.**

Signed: August 22, 2020

_____
Marvin Isgur
United States Bankruptcy Judge