| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan D. Canfield<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400<br>NY: 4477485 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors ||
|---|---|
| Dated: 8/21/2020 | Signed: /s/ Jonathan D. Canfield |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge