UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Sherry J. Millman Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038 212-806-5400 NY: 1988567 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/21/2020          Signed: /s/ Sherry J. Millman _____ |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                              United States Bankruptcy Judge