IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | (Re: Docket No. 185) |

## NOTICE OF FILING OF REVISED PROPOSED ORDER

**PLEASE TAKE NOTICE THAT** Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) Enter Into and Perform Under New Postpetition Hedging Agreements, and (B) Grant Related Liens and Superpriority Claims, (II) Modifying Automatic Stay, and (III) Granting Related Relief* (ECF No. 185) (the "**Hedging Motion**"), with a proposed order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 18, 2020, an Official Committee of Unsecured Creditors was formed (the "**Creditors Committee**").

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a revised proposed order (the "**Revised Hedging Order**") granting the relief requested in the Hedging Motion, which reflects changes made to address comments raised by the Creditors Committee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

A copy of the Revised Hedging Order is attached hereto as **Exhibit A**, with a redline reflecting a comparison of the Revised Hedging Order to the version filed with the Hedging Motion attached hereto as **Exhibit B**.  As of the filing of this notice, the Creditors Committee is still reviewing the Revised Hedging Order and has not yet signed off.

Dated: August 23, 2020
       Houston, Texas

                Respectfully submitted,

                _/s/ Alfredo R. Pérez_
                WEIL, GOTSHAL & MANGES LLP
                Alfredo R. Pérez (15776275)
                700 Louisiana Street, Suite 1700
                Houston, Texas 77002
                Telephone:  (713) 546-5000
                Facsimile:  (713) 224-9511
                Email:   Alfredo.Perez@weil.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Matthew S. Barr (admitted _pro hac vice_)
                Jessica Liou (admitted _pro hac vice_)
                767 Fifth Avenue
                New York, New York 10153
                Telephone:  (212) 310-8000
                Facsimile:  (212) 310-8007
                Email:   Matt.Barr@weil.com
                            Jessica.Liou@weil.com

                _Proposed Attorneys for Debtors_
                _and Debtors in Possession_

## Certificate of Service

I hereby certify that on August 23, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Alfredo R. Pérez*
                                           Alfredo R. Pérez