

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
08/24/2020

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____ :

| | |
|---|---|
| Name | Jonathan D. Canfield |
| Firm | Stroock & Stroock & Lavan LLP |
| Street | 180 Maiden Lane |
| City & Zip Code | New York, NY 10038 |
| Telephone | 212-806-5400 |
| Licensed: State & Number | NY: 4477485 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/21/2020    Signed: /s/ Jonathan D. Canfield |

| COURT USE ONLY: The applicant's state bar reports their status as: ___Active___. |
|---|
| Dated:    Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge