

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF

ENTERED
08/24/2020

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Daniel A. Fliman Stroock & Stroock & Lavan LLP 180 Maiden Lane New York, NY 10038 212-806-5400 NY:  4219697 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/22/2020          Signed: /s/ Daniel A. Fliman |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ . |
|---|
| Dated:          Signed: _____ Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed:  August 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge