IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 20-33948 (MI) |
| **FIELDWOOD ENERGY, LLC,** *et al* § | |
| § | Chapter 11 |
| Debtors § | |
| § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE

PLEASE TAKE NOTICE that the undersigned counsel represents Oil States Energy Services, LLC, a party-in-interest and creditor in the above-captioned case, and hereby enters an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Fed. R. Bankr. R. 9010(b) and requests copies of all notices and pleadings in this proceeding pursuant to all applicable rules, including Fed. R. Bankr. R. 2002(a),(b),(f) and (g) and 3017(a). All such notices should be addressed as follows:

Lisa A. Powell
FISHERBROYLES, LLP
2925 Richmond Ave.
Suite 1200
Houston, Texas 77098
Office (713) 955-3302
Fax (512) 488-9412
lisa.powell@fisherbroyles.com

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand,

hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings.

DATED this 24th day of Augusty, 2020.

Respectfully submitted,

By: /s/ Lisa A. Powell
Lisa A. Powell
State Bar No. 16204215
**FISHERBROYLES, LLP**
2925 Richmond, Ave., Suite 1200
Houston, Texas  77098
(713) 955-3302
(713) 488-9412 (Fax)
lisa.powell@fisherbroyles.com

**ATTORNEYS FOR OIL STATES ENERGY SERVICES, LLC**

## CERTIFICATE AND VERIFICATION OF SERVICE

I hereby certify and verify that on this the 24th of August, 2020, a true and correct copy of the foregoing "**Notice of Appearance and Request for Notice and Service**" was transmitted via the Clerk's ECF system.

/s/ Lisa A. Powell
Lisa A. Powell