IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | (Re: Docket Nos. 185, 231) |

## NOTICE OF FILING OF REVISED PROPOSED ORDER

**PLEASE TAKE NOTICE THAT** Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Order (I) Authorizing Debtors to (A) Enter Into and Perform Under New Postpetition Hedging Agreements, and (B) Grant Related Liens and Superpriority Claims, (II) Modifying Automatic Stay, and (III) Granting Related Relief* (ECF No. 185) (the "**Hedging Motion**"), with a proposed order granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors filed a revised proposed order reflecting changes made to address comments raised by the Official Committee of Unsecured Creditors (the "**Creditors Committee**") on August 23, 2020 (the "**First Revised Hedging Order**") (ECF No. 231).

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file a further revised proposed order (the "**Second Revised Hedging Order**") granting the relief requested in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

the Hedging Motion, which reflects further changes made to address the objection filed by W&T Offshore, Inc. (ECF No. 198). The Creditors Committee and W&T Offshore, Inc. have each signed off on the Second Revised Hedging Order.

A copy of the Second Revised Hedging Order is attached hereto as **Exhibit A**, with a redline reflecting a comparison of the Second Revised Hedging Order to the First Revised Hedging Order attached hereto as **Exhibit B**.

Dated: August 24, 2020
      Houston, Texas

                                          Respectfully submitted,

                                          _/s/ Alfredo R. Pérez_
                                          WEIL, GOTSHAL & MANGES LLP
                                          Alfredo R. Pérez (15776275)
                                          700 Louisiana Street, Suite 1700
                                          Houston, Texas 77002
                                          Telephone: (713) 546-5000
                                          Facsimile: (713) 224-9511
                                          Email: Alfredo.Perez@weil.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Matthew S. Barr (admitted *pro hac vice*)
                                          Jessica Liou (admitted *pro hac vice*)
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007
                                          Email: Matt.Barr@weil.com
                                                      Jessica.Liou@weil.com

                                          *Proposed Attorneys for Debtors*
                                          *and Debtors in Possession*

## Certificate of Service

I hereby certify that on August 24, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                    */s/ Alfredo R. Pérez*
                                                                    Alfredo R. Pérez