# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, August 24, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| James | Bailey | Bradley Arant Boult Cummings LLP | Bedrock Petroleum Consultants |
| Brandon | Bains | Langley LLP | Liberty Mutual; Hanover; Travelers; and XL Ins. |
| Matt | Barr | Weil | Fieldwood |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Jeff | Carruth | WKPZ | Halliburton Energy Services Inc. |
| philip | eisenberg | locke lord llp | W&T Offshore Inc. |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs Bank USA, as administrative agent |
| Darren | Grzyb | Cheisa Shahinian & Giantomasi PC | Aspen American Insurance Company and Everest Reinsurance Company |
| Kristopher | Hansen | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Brian | Kessler | First Trust Advisors | Equity owner |
| Kathleen | LaManna | Shipman and Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Frank | Merola | Strook & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Fieldwood |
| Aaron | Power | Porter Hedges | Subsea 7 |
| Brian | Roy | Harris Beach PLLC | Lexon Insurance Company |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson & Elkins LLP | The Goldman Sachs Group, Inc. |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company and Everest Reinsurance Company |