UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| FIELDWOOD ENERGY LLC, et al.,[1] | * | |
| *Debtors* | * | Case No. 20-33948 (MI) |
| | * | |
| | * | (Jointly Administered) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

Samson Offshore Mapleleaf, LLC ("Samson Offshore"), by and through undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

Jan M. Hayden
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: jhayden@bakerdonelson.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC(6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOW Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (042). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042

4851-4400-3528v1
2900008-000036

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex or otherwise which affect or seek to affect the above case. This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Samson Offshore's substantive or procedural rights, including without limitation, Samson Offshore's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Samson Offshore is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 18th day of August 2020.

                    Respectfully submitted,

                    **BAKER, DONELSON, BEARMAN,**
                    **CALDWELL & BERKOWITZ, PC**

BY:    */s/ Jan M Hayden*
                    JAN M. HAYDEN (#06672)
                    201 St. Charles Avenue, Suite 3600
                    New Orleans, Louisiana 70170
                    Telephone: 504-566-5200
                    Facsimile: 504-636-4000

                    COUNSEL FOR SAMSON OFFSHORE
                    MAPLELEAF, LLC

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 18, 2020.

                    */s/ Jan M Hayden*
                    Jan M. Hayden

3