**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned appears as counsel for CNOOC Petroleum Offshore

U.S.A. Inc., and respectfully requests that all notices that are required to be given in this case and

all papers that are required to be served in this case be given to and served on:

Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4900
(214) 969-4999 (facsimile)
dapice@sbep-law.com
(Attorney for CNOOC Petroleum Offshore U.S.A. Inc.)

Please take further notice that the foregoing request includes notices and papers referred to

in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any disclosure

statements, objections, orders, notices of any application, complaint, demand, hearing, motion,

petition, settlement, pleading or request, whether formal or informal, written or oral, or whether

by mail, electronic delivery, telephone, or otherwise.

Please take further notice that CNOOC Petroleum Offshore U.S.A. Inc. intends that neither

this notice of appearance and request for notice nor any subsequent appearance, pleading, claim,

proof of claim, document, suit or motion, nor any other writing or conduct shall constitute consent

to or waiver of (i) any rights with respect to jurisdiction under Title 11 of the United States Code

1

or authority under Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (iii) the right to trial by jury in any proceeding as to any matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as core proceedings pursuant to 28 U.S.C. § 157 (b)(2), and whether such jury trial is pursuant to statute or the United States Constitution; (iv) the right to have the United States District Court abstain or withdraw the reference in any matter subject to mandatory or discretionary abstention or withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which this party may be entitled under agreements, in law, in equity or otherwise, all of which are expressly reserved.

August 25, 2020

Respectfully submitted,
*/s/ Peter C. D'Apice*
Peter C. D'Apice
State Bar No. 05377783
**STUTZMAN, BROMBERG,**
**ESSERMAN & PLIFKA**
**A PROFESSIONAL CORPORATION**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
(214) 969-4900
(214) 969-4999 (facsimile)
dapice@sbep-law.com

## CERTIFICATE OF SERVICE

I certify that on August 25, 2020, the foregoing document was served by ECF on those parties registered for ECF.

*/s/ Peter C. D'Apice*
Peter C. D'Apice

2