| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel F.X. Geoghan<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>212-752-8000<br>NY: 3894383 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/25/2020     Signed: /s/Daniel F.X. Geoghan |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                             United States Bankruptcy Judge