

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
08/26/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New Jersey_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Adam Garrastegui<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>201-489-3000<br>NJ: 280362019 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/25/2020     Signed: /s/ Adam Garrastegui |

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

Dated:        Signed: _____
                          Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: August 26, 2020

Marvin Isgur
United States Bankruptcy Judge