

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

**ENTERED**
08/26/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel F.X. Geoghan<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>212-752-8000<br>NY: 3894383 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: 8/25/2020 | Signed: /s/Daniel F.X. Geoghan |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ . |
|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: August 26, 2020

_____
Marvin Isgur
United States Bankruptcy Judge