In the United States Bankruptcy Court
for the Southern District of Texas
Houston Division

| | | |
|---|---|---|
| In re: | § § § § § | Case No. 20-33948 |
| Fieldwood Energy LLC *et al*, | | Chapter 11 |
| Debtors | | |

## Order Granting Motion for Relief from the Automatic Stay

Upon consideration of the Motion of Regis Southern for Relief from the Automatic Stay to Permit Continuation of Personal Injury Litigation Pending in the U.S. District Court of the Western District of Louisiana (the "Motion") and any responses thereto, and after opportunity for a hearing and due and sufficient cause appearing therefor, it is hereby,

ORDERED that:

1.  the Motion is GRANTED;

2.  relief from the automatic stay is hereby granted pursuant to Section 362(d) of the Bankruptcy Code to permit Regis Southern to proceed with the action currently pending in the United States District Court of the Western District of Louisiana under Civil Action No. 6:19-cv-00229 against Fieldwood Energy, LLC; Fieldwood Energy SP, LLC; and Fieldwood Offshore, LLC (the "Debtor Defendants") and to collect on any judgment he obtains against the Debtor Defendants in such action from proceeds of any applicable insurance coverage; and

3. to the extent that insurance proceeds are insufficient to pay Southern in full, Southern shall have an allowed general unsecured claim in the amount of any insufficiency.

Signed: _____, 2020

_____
Marvin Isgur
United States Bankruptcy Judge