

ENTERED
08/22/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |
|  | § | Re: Docket Nos. 4, 6, 7, 8, 22, 49, 50, 58, 62, & 152 |

## ORDER CONTINUING THE HEARING ON THE MOTIONS

Upon the motion dated August 21, 2020 (the "**Motion**")[2] of Fieldwood Energy LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(b), (a) continuing the Final Hearing to September 14, 2020 at 1:30 P.M. (prevailing Central Time) on the motions filed at ECF Nos. 4, 6, 7, 8 and 22 and (b) extending the Creditors' Committee's deadline to object to the motions to September 8, 2020, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

provided; and this Court having reviewed the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Final Hearing on the motions filed at ECF Nos. 4, 6, 7, 8 and 22 is continued to **September 14, 2020 at 1:30 P.M. (prevailing Central Time).**

2. The Creditors' Committee's deadline to object to the motions shall be September 8, 2020.

3. Notice of the Motion is adequate under Bankruptcy Rule 6004(a).

4. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 22, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

2

United States Bankruptcy Court
Southern District of Texas

In re:  
Fieldwood Energy LLC  
Dynamic Offshore Resources NS, LLC  
    Debtors

Case No. 20-33948-mi  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: LinhthuDo     Page 1 of 3     Date Rcvd: Aug 24, 2020  
                     Form ID: pdf002     Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.

```
db          +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db          +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
aty         +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
              Austin, TX 78701-2531
aty         +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty         +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
              Houston, TX 77002-5607
aty         +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
              Baton Rouge, LA 70810-8959
cr          +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
              Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
              US 70139-7756
cr          +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
              Houston, TX 77010-4037
intp        +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
              Suite 4200,    Houston, TX 77002-2929
cr          +Archrock Services, LP,    16666 North Chase Dr.,    Houston, TX 77060-6014
cr          +Bedrock Petroleum Consultants, LLC,    c/o Bradley,    Attn: James B. Bailey,
              1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr          +Broussard Brothers, Inc.,    501 S. Main St.,    Abbeville, LA  70510,    US 70510-6508
cr          +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
              New Orleans, LA 70163-1102
cr          +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
              Metairie, LA 70002-4924
cr          +Discovery Gas Transmission LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
              320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr          +Diversified Well Logging, LLC,    C/O Dore Rothberg McKay, PC,    17171 Park Row, Suite 160,
              Houston, TX 77084-4927
cr          +Gulfstar One LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,    320 South Boston Avenue,
              Suite 200,    Tulsa, OK 74103-3705
intp        +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
              New Orleans, LA 70130-3292
cr          +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
              5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr          +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
              c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr          +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
              901 Main St., Suite 6000,    Dallas, TX 75202-3748
op          +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
              New York, NY 10165-1446
intp         Railroad Commission of Texas,    c/o Office of the Attorney General,
              Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX  78711-2548
cr          +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
              Houston, TX 77002-5832
cr          +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
              Hockley, TX 77447-0549
cr          +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
              Austin, TX 78701-2531
cr          +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
              1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
cr          +Sheldon Independent School District, et al,    c/o Owen M. Sonik,    PBFCM, LLP,
              1235 N. Loop W., Ste 600,    Houston, TX 77008-1772
intp        +TC Oil Louisiana, LLC,    c/o Wick Phillips Attn: Jason Rudd,    3131 McKinney Ave., Suite 100,
              Dallas, TX 75204-2430
cr          +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
              Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr          +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
              Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
```

```
District/off: 0541-4          User: LinhthuDo            Page 2 of 3              Date Rcvd: Aug 24, 2020
                              Form ID: pdf002            Total Noticed: 59

cr              +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
intp            +Tana Exploration Company, LLC,    c/o Wick Phillips Attn: Jason Rudd,
                  3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr              +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr              +Transcontinental Gas Pipe Line Company, LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                  600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr              +WFS Liquids LLC,    c/o Steven W. Soule',    Hall, Estill, et al.,    320 South Boston Avenue,
                  Suite 200,    Tulsa, OK 74103-3705
cr              +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
cr              +Williams Field Services-Gulf Coast Company LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                  Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:04     Cypress-Fairbanks ISD,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, Tx  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:04     Galveston County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:04     Harris County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                  Houston, TX  77253-3064
cr              +E-mail/Text: bankruptcy@islandoperating.com Aug 24 2020 22:40:24
                  Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:04     Jefferson County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:04     Matagorda County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                  Houston, TX  77253-3064
cr              +E-mail/Text: pwp@pattiprewittlaw.com Aug 24 2020 22:39:57     Plains Gas Solutions,
                  c/o Law Ofc Patricia Williams Prewitt,    10953 Vista Lake Ct.,    Navasota, TX  77868,
                  UNITED STATES 77868-6981
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             A-Port LLC
cr             Acadian Contractors, Inc
cr             Ad Hoc Group of Secured Lenders
cr             Archrock Partners Operating, LLC and Archrock Serv
cr             CCG Services (U.S.) Inc.
cr             CTD Legacy LLC
intp           Cantor Fitzgerald Securities, as DIP Agent
cr             Chevron U.S.A. Inc.
cr             Diverse Safety & Scaffolding, LLC
cr             Ecopetrol America LLC
intp           Eni Petroleum US LLC
intp           Eni US Operating Co. Inc.
intp           Facilities Consulting Group, LLC
cr             Florida Gas Transmission Company, LLC
cr             Goldman Sachs Bank USA
cr             Halliburton Energy Services, Inc.
cr             Intracoastal Liquid Mud, Inc.,   UNITED STATES
intp           Kilgore Marine
cr             Lavaca County
cr             Liberty Mutual Insurance Company
cr             Linear Controls, Inc.
cr             Live Oak CAD
intp           Manta Ray Offshore Gathering Company, L.L.C.
intp           Nautilus Pipeline Company, L.L.C.
cr             Oceaneering International Inc.
cr             Partco, LLC
cr             Philadelphia Indemnity Insurance Company
intp           RLI Insurance Company
cr             Renaissance Offshore, LLC
cr             Rio Grande City CISD
cr             Sea Robin Pipeline Company, LLC
cr             Starr County
cr             State of Louisiana, Department of Natural Resource
cr             Stingray Pipeline Company, LLC
intp           Subsea 7 LLC
cr             The Hanover Insurance Company
cr             Trunkline Gas Company, LLC
```

```
District/off: 0541-4          User: LinhthuDo         Page 3 of 3            Date Rcvd: Aug 24, 2020
                              Form ID: pdf002         Total Noticed: 59

             ***** BYPASSED RECIPIENTS (continued) *****
cr              U.S. Department of the Interior
cr              W&T Offshore, Inc.
                                                                             TOTALS: 39, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```