

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF

ENTERED
08/24/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan D. Canfield<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400<br>NY: 4477485 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: 8/21/2020 | Signed: /s/ Jonathan D. Canfield |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: August 24, 2020

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  
Fieldwood Energy LLC  
Dynamic Offshore Resources NS, LLC  
    Debtors

Case No. 20-33948-mi  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: TylerLaws     Page 1 of 3     Date Rcvd: Aug 24, 2020  
                       Form ID: pdf002     Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.

```
db         +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
             Houston, TX 77042-3623
db         +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,    Houston, TX 77042-3623
db         +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db         +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
             Houston, TX 77042-3623
db         +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db         +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db         +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
             Houston, TX 77042-3623
aty        +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
             Austin, TX 78701-2531
aty        +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty        +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
             Houston, TX 77002-5607
aty        +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
             Baton Rouge, LA 70810-8959
cr         +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
             Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
             US 70139-7756
cr         +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
             Houston, TX 77010-4037
intp       +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
             Suite 4200,    Houston, TX 77002-2929
cr         +Archrock Services, LP,    16666 North Chase Dr.,    Houston, TX 77060-6014
cr         +Bedrock Petroleum Consultants, LLC,    c/o Bradley,    Attn: James B. Bailey,
             1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr         +Broussard Brothers, Inc.,    501 S. Main St.,    Abbeville, LA  70510,    US 70510-6508
cr         +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
             New Orleans, LA 70163-1102
cr         +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
             Metairie, LA 70002-4924
cr         +Discovery Gas Transmission LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
             320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr         +Diversified Well Logging, LLC,    C/O Dore Rothberg McKay, PC,    17171 Park Row, Suite 160,
             Houston, TX 77084-4927
cr         +Gulfstar One LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,    320 South Boston Avenue,
             Suite 200,    Tulsa, OK 74103-3705
intp       +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
             New Orleans, LA 70130-3292
cr         +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
             5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr         +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
             c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr         +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
             901 Main St., Suite 6000,    Dallas, TX 75202-3748
op         +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
             New York, NY 10165-1446
intp        Railroad Commission of Texas,    c/o Office of the Attorney General,
             Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX  78711-2548
cr         +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
             Houston, TX 77002-5832
cr         +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
             Hockley, TX 77447-0549
cr         +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
             Austin, TX 78701-2531
cr         +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
             1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
cr         +Sheldon Independent School District, et al,    c/o Owen M. Sonik,    PBFCM, LLP,
             1235 N. Loop W., Ste 600,    Houston, TX 77008-1772
intp       +TC Oil Louisiana, LLC,    c/o Wick Phillips Attn: Jason Rudd,    3131 McKinney Ave., Suite 100,
             Dallas, TX 75204-2430
cr         +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
             Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr         +TGS-NOPEC Geophysical Company,    c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
             Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
```

```
District/off: 0541-4           User: TylerLaws            Page 2 of 3                Date Rcvd: Aug 24, 2020
                               Form ID: pdf002            Total Noticed: 59


cr              +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
intp            +Tana Exploration Company, LLC,    c/o Wick Phillips Attn: Jason Rudd,
                  3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr              +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr              +Transcontinental Gas Pipe Line Company, LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                  600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr              +WFS Liquids LLC,    c/o Steven W. Soule',    Hall, Estill, et al.,    320 South Boston Avenue,
                  Suite 200,    Tulsa, OK 74103-3705
cr              +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
cr              +Williams Field Services-Gulf Coast Company LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                  Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:05      Cypress-Fairbanks ISD,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, Tx   77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:05      Galveston County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:05      Harris County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                  Houston, TX 77253-3064
cr              +E-mail/Text: bankruptcy@islandoperating.com Aug 24 2020 22:40:24
                  Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:05      Jefferson County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                  Houston, TX 77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 24 2020 22:40:05      Matagorda County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                  Houston, TX 77253-3064
cr              +E-mail/Text: pwp@pattiprewittlaw.com Aug 24 2020 22:39:57      Plains Gas Solutions,
                  c/o Law Ofc Patricia Williams Prewitt,    10953 Vista Lake Ct.,    Navasota, TX   77868,
                  UNITED STATES 77868-6981
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             A-Port LLC
cr             Acadian Contractors, Inc
cr             Ad Hoc Group of Secured Lenders
cr             Archrock Partners Operating, LLC and Archrock Serv
cr             CCG Services (U.S.) Inc.
cr             CTD Legacy LLC
intp           Cantor Fitzgerald Securities, as DIP Agent
cr             Chevron U.S.A. Inc.
cr             Diverse Safety & Scaffolding, LLC
cr             Ecopetrol America LLC
intp           Eni Petroleum US LLC
intp           Eni US Operating Co. Inc.
intp           Facilities Consulting Group, LLC
cr             Florida Gas Transmission Company, LLC
cr             Goldman Sachs Bank USA
cr             Halliburton Energy Services, Inc.
cr             Intracoastal Liquid Mud, Inc.,   UNITED STATES
intp           Kilgore Marine
cr             Lavaca County
cr             Liberty Mutual Insurance Company
cr             Linear Controls, Inc.
cr             Live Oak CAD
cr             Louisiana Safety Systems, Inc.
intp           Manta Ray Offshore Gathering Company, L.L.C.
intp           Nautilus Pipeline Company, L.L.C.
cr             Oceaneering International Inc.
cr             Partco, LLC
cr             Philadelphia Indemnity Insurance Company
intp           RLI Insurance Company
cr             Renaissance Offshore, LLC
cr             Rio Grande City CISD
cr             Sea Robin Pipeline Company, LLC
cr             Starr County
cr             State of Louisiana, Department of Natural Resource
cr             Stingray Pipeline Company, LLC
intp           Subsea 7 LLC
cr             The Hanover Insurance Company
```

```
District/off: 0541-4            User: TylerLaws              Page 3 of 3              Date Rcvd: Aug 24, 2020
                                Form ID: pdf002              Total Noticed: 59

               ***** BYPASSED RECIPIENTS (continued) *****
crcm           The Official Committee of Unsecured Creditors
cr             Trunkline Gas Company, LLC
cr             U.S. Department of the Interior
cr             W&T Offshore, Inc.
                                                                                    TOTALS: 41, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```