UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | * | Case No. 20-33948 (MI) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |

*******************************************

NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)

PLEASE TAKE NOTICE that Pursuant to Bankruptcy Rule 9010(b), Frederick L. Bunol enters his appearance as co-counsel on behalf of Cetco Energy Services Company, LLC. Pursuant to Rules 2002, 3017, 4001, 9010(b), 9013 and 9014 of the Bankruptcy Rules, the undersigned, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee, any notice given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon undersigned at the office, address, telephone number and e-mail set forth below.

PLEASE TAKE FURTHER NOTICE that the forgoing Request includes all notices given or required to be given in this proceeding, including, but not limited to, motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

reorganization or liquidation, reports and other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed in person or by mail, electronic notice through the Bankruptcy Clerk of Court, delivery, telephone, telegraph, telex or otherwise, which may relate to or affect the above-styled and numbered proceeding.

Notices should be sent to:

FREDERICK L. BUNOL
**THE DERBES LAW FIRM, LLC**
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: 504.837.1230
Fax: 504.832.0327
E-mail: fbunol@derbeslaw.com

This Request and Notice is not intended to and shall not be deemed or construed to be a waiver by such creditor (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) of the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case, (iii) of any right to challenge *in personam* or subject matter jurisdiction or the power of the Court to issue final orders and judgments in any matter, without the further express consent of such creditor, (iv) of any right to request abstention or a withdrawal of the reference of jurisdiction, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, at law or in equity, all of which are hereby expressly reserved and preserved.

Dated: August 27, 2020

                          Respectfully submitted,

                          **THE DERBES LAW FIRM, LLC**

                          */s/ Frederick L. Bunol*
                          FREDERICK L. BUNOL, LA Bar No. 29111, *pro hac vice*
                          3027 Ridgelake Drive
                          Metairie, Louisiana 70002
                          504.837.1230 Telephone
                          504.832.0327 Facsimile
                          E-mail:  fbunol@derbeslaw.com

                          ***Co-counsel for Cetco Energy Services Company, LLC***

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 27, 2020, a true and correct copy of this Notice was served on all parties registered to receive ECF notification in the above captioned case.

                          */s/ Frederick L. Bunol*
                          FREDERICK L. BUNOL