

ENTERED
08/26/2020

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New Jersey__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Adam Garrastegui<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>201-489-3000<br>NJ: 280362019 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 8/25/2020     Signed: /s/ Adam Garrastegui |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:           Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Signed: August 26, 2020

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 20-33948-mi
Fieldwood Energy LLC                                                Chapter 11
Dynamic Offshore Resources NS, LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: TylerLaws          Page 1 of 6                Date Rcvd: Aug 26, 2020
                              Form ID: pdf002          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db         +Bandon Oil and Gas GP, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Bandon Oil and Gas, LP,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Dynamic Offshore Resources NS, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
             Houston, TX 77042-3623
db         +FW GOM Pipeline, Inc.,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Fieldwood Energy Inc.,   2000 W Sam Houston Pkwy S,   s,   Houston, TX 77042-3623
db         +Fieldwood Energy LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db         +Fieldwood Energy Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
             Houston, TX 77042-3623
db         +Fieldwood Energy SP LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Fieldwood Offshore LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db         +Fieldwood Onshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Fieldwood SD Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +GOM Shelf LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Galveston Bay Pipeline LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db         +Galveston Bay Processing LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
             Houston, TX 77042-3623
aty        +Clark Hill Strasburger,   Attn: Duane J. Brescia,   720 Brazos, Suite 700,
             Austin, TX 78701-2531
aty        +Emile Joseph, Jr.,   Allen & Gooch,   P O Box 81129,   Lafayette, LA 70598-1129
aty        +Petro Amigos Supply, Inc.,   c/o Wayne Kitchens,   Total Plaza,   1201 Louisiana, 28th Floor,
             Houston, TX 77002-5607
aty        +Ronald Savoie,   Jackson & Jackson, P.L.L.C.,   111 Founders Drive, Suite 400,
             Baton Rouge, LA 70810-8959
cr         +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,   c/o Andrew A Braun,
             Gieger Laborde & Laperouse, LLC,   Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,
             US 70139-7756
cr         +Aker Solutions Inc.,   Bruce J. Ruzinsky,   1401 McKinney Street,   Suite 1900,
             Houston, TX 77010-4037
intp       +Apache Corporation,   Hunton Andrews Kurth LLP,   Attn: Robin Russell,   600 Travis Street,
             Suite 4200,   Houston, TX 77002-2929
cr         +Archrock Services, LP,   16666 North Chase Dr.,   Houston, TX 77060-6014
cr         +Bedrock Petroleum Consultants, LLC,   c/o Bradley,   Attn: James B. Bailey,
             1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr         +Broussard Brothers, Inc.,   501 S. Main St.,   Abbeville, LA  70510,   US 70510-6508
cr         +C-Dive, L.L.C.,   c/o Leann O. Moses,   1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
cr         +CETCO Energy Services Company, LLC,   c/o The Derbes Law Firm, LLC,   3027 Ridgelake Dr.,
             Metairie, LA 70002-4924
cr         +Discovery Gas Transmission LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
             320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr         +Diversified Well Logging, LLC,   C/O Dore Rothberg McKay, PC,   17171 Park Row, Suite 160,
             Houston, TX 77084-4927
cr         +Gulfstar One LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,   320 South Boston Avenue,
             Suite 200,   Tulsa, OK 74103-3705
intp       +Helis Oil & Gas Company, LLC,   c/o J. David Forsyth,   400 Poydras Street, Suite 2550,
             New Orleans, LA 70130-3292
cr         +JX Nippon Oil Exploration (U.S.A.) Limited,   c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
             5151 SAN FELIPE, SUITE 750,   Houston, TX 77056-3646
cr         +Lexon Insurance Company and Endurance American Ins,   Harris Beach PLLC,
             c/o Lee E. Woodard, Esq.,   333 West Washing St., Ste. 200,   Syracuse, NY 13202-5202
cr         +Martin Energy Services LLC,   c/o Robert P. Franke,   Clark Hill Strasburger,
             901 Main St., Suite 6000,   Dallas, TX 75202-3748
op         +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440,
             New York, NY 10165-1446
intp        Railroad Commission of Texas,   c/o Office of the Attorney General,
             Bankruptcy & Collections Division,   P. O. Box 12548,   Austin, TX  78711-2548
cr         +Red Willow Offshore, LLC,   c/o Barnet B. Skelton, Jr.,   815 Walker, Suite 1502,
             Houston, TX 77002-5832
cr         +SBM Gulf Production LLC,   c/o Ken Green,   Snow Spence Green LLP,   P O Box 549,
             Hockley, TX 77447-0549
cr         +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700,
             Austin, TX 78701-2531
cr         +Sheldon Independent School District,   c/o Owen M. Sonk,   PBFCM, LLP,
             1235 N. Loop W., Suite 600,   Houston, TX 77008-1772
cr         +Sheldon Independent School District, et al,   c/o Owen M. Sonik,   PBFCM, LLP,
             1235 N. Loop W., Ste 600,   Houston, TX 77008-1772
intp       +TC Oil Louisiana, LLC,   c/o Wick Phillips Attn: Jason Rudd,   3131 McKinney Ave., Suite 100,
             Dallas, TX 75204-2430
cr         +TGS AP Investments AS,   c/o Andrew A Braun,   Geiger Laborde & Laperouse, LLC,
             Suite 4800, 701 Poydras Street,   New Orleans, LA 70139-7756
cr         +TGS-NOPEC Geophysical Company,   c/o Andrew A Braun,   Gieger, Laborde & Laperouse, LLC,
             Suite 4800, 701 Poydras St.,   New Orleans, LA  70139,   US 70139-7756
```

```
District/off: 0541-4            User: TylerLaws              Page 2 of 6                  Date Rcvd: Aug 26, 2020
                                Form ID: pdf002              Total Noticed: 59

cr              +TGS-NOPEC Geophysical Company ASA,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
intp            +Tana Exploration Company, LLC,    c/o Wick Phillips Attn: Jason Rudd,
                  3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr              +Tetra Applied Technologies, Inc.,    c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                  17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr              +Transcontinental Gas Pipe Line Company, LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +U.S. Specialty Insurance Company,    c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                  600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr              +WFS Liquids LLC,    c/o Steven W. Soule',    Hall, Estill, et al.,    320 South Boston Avenue,
                  Suite 200,    Tulsa, OK 74103-3705
cr              +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                  Suite 4800, 701 Poydras Street,    New Orleans, LA   70139,    US 70139-7756
cr              +Williams Field Services-Gulf Coast Company LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
                  320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr              +Zurich American Insurance Company,    c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                  Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 26 2020 23:03:00      Cypress-Fairbanks ISD,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, Tx  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 26 2020 23:03:00      Galveston County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 26 2020 23:03:00      Harris County,
                  Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                  Houston, TX  77253-3064
cr              +E-mail/Text: bankruptcy@islandoperating.com Aug 26 2020 23:03:36
                  Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 26 2020 23:03:00      Jefferson County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                  Houston, TX  77253-3064
cr               E-mail/Text: houston_bankruptcy@LGBS.com Aug 26 2020 23:03:00      Matagorda County,
                  Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                  Houston, TX  77253-3064
cr              +E-mail/Text: pwp@pattiprewittlaw.com Aug 26 2020 23:02:45      Plains Gas Solutions,
                  c/o Law Ofc Patricia Williams Prewitt,    10953 Vista Lake Ct.,    Navasota, TX  77868,
                  UNITED STATES 77868-6981
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               A-Port LLC
cr               Acadian Contractors, Inc
cr               Ad Hoc Group of Secured Lenders
cr               Archrock Partners Operating, LLC and Archrock Serv
cr               CCG Services (U.S.) Inc.
cr               CNOOC Petroleum Offshore U.S.A. Inc.
cr               CTD Legacy LLC
intp             Cantor Fitzgerald Securities, as DIP Agent
cr               Chevron U.S.A. Inc.
cr               Diverse Safety & Scaffolding, LLC
cr               Ecopetrol America LLC
intp             Eni Petroleum US LLC
intp             Eni US Operating Co. Inc.
intp             Facilities Consulting Group, LLC
cr               Florida Gas Transmission Company, LLC
cr               Goldman Sachs Bank USA
cr               Halliburton Energy Services, Inc.
cr               Intracoastal Liquid Mud, Inc.,   UNITED STATES
intp             Kilgore Marine
cr               Lavaca County
cr               Liberty Mutual Insurance Company
cr               Linear Controls, Inc.
cr               Live Oak CAD
cr               Louisiana Safety Systems, Inc.
intp             Manta Ray Offshore Gathering Company, L.L.C.
intp             Nautilus Pipeline Company, L.L.C.
cr               Oceaneering International Inc.
cr               Oil States Energy Services, LLC
cr               Partco, LLC
cr               Philadelphia Indemnity Insurance Company
intp             RLI Insurance Company
cr               Renaissance Offshore, LLC
cr               Rio Grande City CISD
cr               Samson Contour Energy E & P, LLC
cr               Samson Offshore Mapleleaf, LLC
cr               Sea Robin Pipeline Company, LLC
cr               Starr County
```

```
District/off: 0541-4          User: TylerLaws          Page 3 of 6          Date Rcvd: Aug 26, 2020
                              Form ID: pdf002          Total Noticed: 59

              ***** BYPASSED RECIPIENTS (continued) *****
cr            State of Louisiana, Department of Natural Resource
cr            Stingray Pipeline Company, LLC
intp          Subsea 7 LLC
cr            The Hanover Insurance Company
crcm          The Official Committee of Unsecured Creditors
cr            Trunkline Gas Company, LLC
cr            U.S. Department of the Interior
cr            W&T Offshore, Inc.
                                                                            TOTALS: 45, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Aaron James Power    on behalf of Interested Party    Subsea 7 LLC apower@porterhedges.com,
               egarfias@porterhedges.com;ysanders@porterhedges.com
              Albert J Derbes, IV    on behalf of Creditor    CETCO Energy Services Company, LLC
               ajdiv@derbeslaw.com,   derbeser72443@notify.bestcase.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Pipeline LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Galveston Bay Processing LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy SP LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    FW GOM Pipeline, Inc. alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    GOM Shelf LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood SD Offshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas, LP alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Dynamic Offshore Resources NS, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Onshore LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Fieldwood Energy LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
              Alfredo R Perez    on behalf of Debtor    Bandon Oil and Gas GP, LLC alfredo.perez@weil.com,
               brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
               topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
```

```
District/off: 0541-4          User: TylerLaws              Page 4 of 6              Date Rcvd: Aug 26, 2020
                              Form ID: pdf002              Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Alfredo R Perez  on behalf of Debtor  Fieldwood Energy Inc. alfredo.perez@weil.com,
     brenda.funk@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;chris
     topher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@weil.com
    Andrew A Braun  on behalf of Creditor  Westerngeco LLC abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  JX Nippon Oil Exploration (U.S.A.) Limited
     abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUCTS AND
     SERVICES abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  TGS-NOPEC Geophysical Company abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  TGS AP Investments AS abraun@glllaw.com
    Andrew A Braun  on behalf of Creditor  TGS-NOPEC Geophysical Company ASA abraun@glllaw.com
    Audrey Lorene Hornisher  on behalf of Creditor  Martin Energy Services LLC
     audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com
    Barnet B Skelton, Jr  on behalf of Creditor  Red Willow Offshore, LLC barnetbjr@msn.com
    Bradley Clay Knapp  on behalf of Creditor  U.S. Specialty Insurance Company
     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
    Brandon Kevin Bains  on behalf of Creditor  The Hanover Insurance Company bbains@l-llp.com,
     langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
    Brandon Kevin Bains  on behalf of Creditor  Liberty Mutual Insurance Company bbains@l-llp.com,
     langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com
    Brian A. Baker  on behalf of Creditor  Renaissance Offshore, LLC brian.baker@stacybakerlaw.com
    Bruce J Ruzinsky  on behalf of Creditor  Aker Solutions Inc. bruzinsky@jw.com,
     ygalvin@jw.com;msalinas@jw.com
    Catherine Diktaban  on behalf of Interested Party  Apache Corporation cdiktaban@huntonak.com
    Charles A Beckham, Jr  on behalf of Interested Party  Cantor Fitzgerald Securities, as DIP
     Agent beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
    Charles A Beckham, Jr  on behalf of Creditor  Ad Hoc Group of Secured Lenders
     beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com
    Charles M Rubio  on behalf of Creditor  Island Operating Company Inc crubio@parkinslee.com,
     7485062420@filings.docketbird.com
    David S Elder  on behalf of Creditor  Oceaneering International Inc. dselder@foley.com,
     rdiep@foley.com
    Diane Wade Sanders  on behalf of Creditor  Rio Grande City CISD austin.bankruptcy@publicans.com
    Diane Wade Sanders  on behalf of Creditor  Lavaca County austin.bankruptcy@publicans.com
    Diane Wade Sanders  on behalf of Creditor  Live Oak CAD austin.bankruptcy@publicans.com
    Diane Wade Sanders  on behalf of Creditor  Starr County austin.bankruptcy@publicans.com
    Douglas Saul Friedman  on behalf of Creditor  Renaissance Offshore, LLC
     doug.friedman@stacybakerlaw.com
    Duane J Brescia  on behalf of Creditor  Zurich American Insurance Company
     duane.brescia@clarkhillstrasburger.com,
     donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
     asburger.com
    Duane J Brescia  on behalf of Attorney  Clark Hill Strasburger
     duane.brescia@clarkhillstrasburger.com,
     donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
     asburger.com
    Duane J Brescia  on behalf of Creditor  Seitel Data, Ltd.
     duane.brescia@clarkhillstrasburger.com,
     donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynotices@str
     asburger.com
    Edward L Ripley  on behalf of Creditor  Chevron U.S.A. Inc. eripley@andrewsmyers.com
    Hector Duran, Jr  on behalf of U.S. Trustee  US Trustee Hector.Duran.Jr@usdoj.gov
    J. David Forsyth  on behalf of Interested Party  Helis Oil & Gas Company, LLC
     jdf@sessions-law.com
    James B. Bailey  on behalf of Creditor  Bedrock Petroleum Consultants, LLC jbailey@bradley.com,
     jbailey@ecf.courtdrive.com
    Jan M Hayden  on behalf of Creditor  Samson Offshore Mapleleaf, LLC jhayden@bakerdonelson.com,
     gmitchell@bakerdonelson.com;lhunter@bakerdonelson.com
    Jan M Hayden  on behalf of Creditor  Samson Contour Energy E & P, LLC jhayden@bakerdonelson.com,
     gmitchell@bakerdonelson.com;lhunter@bakerdonelson.com
    Jason George  on behalf of Debtor  Fieldwood Energy LLC jason.george@weil.com
    Jason Bradley Binford  on behalf of Interested Party  Railroad Commission of Texas
     Jason.binford@oag.texas.gov
    Jason M Rudd  on behalf of Interested Party  Tana Exploration Company, LLC
     Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com
    Jason M Rudd  on behalf of Interested Party  TC Oil Louisiana, LLC Jason.rudd@wickphillips.com,
     brenda.ramirez@wickphillips.com
    Jeffrey D. Carruth  on behalf of Creditor  Halliburton Energy Services, Inc. jcarruth@wkpz.com,
     jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com
    Jessica Liou  on behalf of Debtor  Fieldwood Energy LLC Jessica.Liou@weil.com
    John A Mouton, III  on behalf of Creditor  Intracoastal Liquid Mud, Inc. john@jmoutonlaw.com
    John E Mitchell  on behalf of Creditor  Trunkline Gas Company, LLC john.mitchell@akerman.com
    John E Mitchell  on behalf of Creditor  Stingray Pipeline Company, LLC john.mitchell@akerman.com
    John E Mitchell  on behalf of Creditor  Sea Robin Pipeline Company, LLC
     john.mitchell@akerman.com
    John E Mitchell  on behalf of Creditor  Florida Gas Transmission Company, LLC
     john.mitchell@akerman.com

```
District/off: 0541-4                  User: TylerLaws                     Page 5 of 6                       Date Rcvd: Aug 26, 2020
                                      Form ID: pdf002                     Total Noticed: 59


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John F Higgins, IV    on behalf of Interested Party    Kilgore Marine jhiggins@porterhedges.com,
               emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com
              John P Dillman    on behalf of Creditor     Rio Grande City CISD houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Live Oak CAD houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Jefferson County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Lavaca County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Matagorda County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Starr County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Harris County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Galveston County houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor     Cypress-Fairbanks ISD houston_bankruptcy@publicans.com
              Joshua W. Wolfshohl    on behalf of Creditor    Diverse Safety & Scaffolding, LLC
               jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com
              Kenneth P. Green    on behalf of Creditor     SBM Gulf Production LLC kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;theresaadkins@snowspencelaw.com;lauraterrell@snowspencelaw.com
              Kevin M Maraist    on behalf of Creditor     Archrock Partners Operating, LLC and Archrock Service
               LP kmaraist@albmlaw.com
              Kevin M Maraist    on behalf of Creditor     Archrock Services, LP kmaraist@albmlaw.com
              Lambert M Laperouse    on behalf of Creditor     JX Nippon Oil Exploration (U.S.A.) Limited
               laperouse@glllaw.com, hherrick@glllaw.com
              Leann Opotowsky Moses    on behalf of Creditor     C-Dive, L.L.C. moses@carverdarden.com,
               Langley@carverdarden.com;8167471420@filings.docketbird.com
              Lee E Woodard    on behalf of Creditor     Lexon Insurance Company and Endurance American Insurance
               Company LWoodard@HarrisBeach.com, efilings@harrisbeach.com
              Lisa Ann Powell    on behalf of Creditor     Oil States Energy Services, LLC
               Lisa.Powell@fisherbroyles.com
              Mark D Sherrill    on behalf of Interested Party    Nautilus Pipeline Company, L.L.C.
               marksherrill@eversheds-sutherland.com
              Mark D Sherrill    on behalf of Interested Party    Manta Ray Offshore Gathering Company, L.L.C.
               marksherrill@eversheds-sutherland.com
              Matthew J. Pyeatt    on behalf of Creditor     Goldman Sachs Bank USA mpyeatt@velaw.com
              Melissa E Valdez    on behalf of Creditor     Sheldon Independent School District mvaldez@pbfcm.com,
               osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com
              Michael D Warner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors mwarner@coleschotz.com, klabrada@coleschotz.com
              Michael Edward Collins    on behalf of Creditor     Philadelphia Indemnity Insurance Company
               mcollins@manierherod.com, rmiller@manierherod.com
              Owen Mark Sonik    on behalf of Creditor     Sheldon Independent School District, et al
               osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com
              Patricia Williams Prewitt    on behalf of Creditor     Plains Gas Solutions pwp@pattiprewittlaw.com
              Patrick M. Shelby    on behalf of Creditor     Linear Controls, Inc. rick.shelby@phelps.com,
               trisha.crombie@phelps.com
              Patrick M. Shelby    on behalf of Creditor     A-Port LLC rick.shelby@phelps.com,
               trisha.crombie@phelps.com
              Peter C D'Apice    on behalf of Creditor     CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com
              Philip G Eisenberg    on behalf of Creditor     W&T Offshore, Inc. peisenberg@lockelord.com
              Philip G Eisenberg    on behalf of Creditor     U.S. Specialty Insurance Company
               peisenberg@lockelord.com
              Richard A. Kincheloe    on behalf of Creditor     U.S. Department of the Interior
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Robert P Franke    on behalf of Creditor     Martin Energy Services LLC
               robert.franke@clarkhillstrasburger.com,
               mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com
              Ryan Dodson Dry    on behalf of Interested Party    RLI Insurance Company rdry@krebsfarley.com,
               khaley@krebsfarley.com
              Ryan Michael Seidemann    on behalf of Creditor     State of Louisiana, Department of Natural
               Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us
              Scott Robert Cheatham    on behalf of Creditor     CCG Services (U.S.) Inc. scott.cheatham@arlaw.com,
               vicki.owens@arlaw.com
              Serajul F Ali    on behalf of Creditor     U.S. Department of the Interior serajul.ali@usdoj.gov
              Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
              Steven W Soule    on behalf of Creditor     WFS Liquids LLC ssoule@hallestill.com
              Steven W Soule    on behalf of Creditor     Discovery Gas Transmission LLC ssoule@hallestill.com
              Steven W Soule    on behalf of Creditor     Gulfstar One LLC ssoule@hallestill.com
              Steven W Soule    on behalf of Creditor     Transcontinental Gas Pipe Line Company, LLC
               ssoule@hallestill.com
              Steven W Soule    on behalf of Creditor     Williams Field Services-Gulf Coast Company LLC
               ssoule@hallestill.com
              Sylvia Ann Mayer    on behalf of Creditor     Louisiana Safety Systems, Inc. smayer@smayerlaw.com
              Travis McRoberts    on behalf of Creditor     Ecopetrol America LLC travis.mcroberts@squirepb.com,
               sarah.conley@squirepb.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
              Victoria V Theriot    on behalf of Creditor     Acadian Contractors, Inc
               ttheriot@acadiancontractors.com
              Victoria V Theriot    on behalf of Creditor     Broussard Brothers, Inc.
               ttheriot@acadiancontractors.com
```

```
District/off: 0541-4              User: TylerLaws              Page 6 of 6              Date Rcvd: Aug 26, 2020
                                  Form ID: pdf002              Total Noticed: 59

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wayne    Kitchens    on behalf of Attorney    Petro Amigos Supply, Inc. jwk@hwallp.com,
               dkokenes@hwallp.com
              William Alfred Wood, III     on behalf of Interested Party    Eni US Operating Co. Inc.
               Trey.Wood@bracewell.com,   mary.kearney@bracewell.com
              William Alfred Wood, III     on behalf of Interested Party    Eni Petroleum US LLC
               Trey.Wood@bracewell.com,   mary.kearney@bracewell.com
              William Shanler Robbins    on behalf of Creditor    Partco, LLC wrobbins@stewartrobbins.com,
               wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
              Zachary S McKay    on behalf of Creditor    Diversified Well Logging, LLC zmckay@dorelawgroup.net,
               chymel@dorelawgroup.net
              Zachary S McKay    on behalf of Creditor    Tetra Applied Technologies, Inc.
               zmckay@dorelawgroup.net,  chymel@dorelawgroup.net
                                                                                        TOTAL: 113
```