IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

**Affidavits of Service for Mailings for the Period from August 9, 2020 through August 15, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings for the Period from August 9, 2020 through August 15, 2020 (related document(s):  DN 4, 18, 152, 167 |
| Attachments: | |
| #1 | Affidavit of August 10, 2020 Service of Emergency Motion (DN 4) and Interim Order (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, and (B) Pay Certain Obligations with Respect Thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief (Related to DN 4) (DN 152) |
| #2 | Affidavit of August 11, 2020 Service of Order Granting Complex Chapter 11 Case Treatment (DN 18) |
| #3 | Affidavit of August 12, 2020 Service of Notice of Chapter 11 Bankruptcy Cases and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT) (DN 167) |