## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On August 10, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Interim Order (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, and (B) Pay Certain Obligations with Respect Thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief. [Docket No. 152] (the "***Insurance Order***")

On August 10, at my direction and under my supervision, employees of Prime Clerk caused the Insurance Order and following document to be served via first class mail on the Insurance Service List attached hereto as **Exhibit B**:

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and the Surety Bond Program, and (B) Pay Certain Obligations with Respect Thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief [Docket No 4]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: August 17, 2020

                                                    _/s/ James Mapplethorpe_
                                                    James Mapplethorpe

State of New York
County of New York


Subscribed and sworn to (or affirmed) before me on August 17, 2020, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_/s/ KELSEY LYNNE GORDON_
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**<u>Exhibit A</u>**

# Exhibit A

Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | ACADIAN CONTRACTORS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>17102 WEST LA HWY 330<br>ABBEVILLE LA 70511-1608 | TROYB@ACADIANCONTRACTORS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | AKER SOLUTIONS INC. | ATTN: LUIS ARUJO, CEO<br>2103 CITYWEST BLVD., SUITE 800<br>HOUSTON TX 77042 | MUSA.HUSSAIN@AKERSOLUTIONS.COM | First Class Mail and Email |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | Email |
| TOP 30 UNSECURED CREDITOR | ALLIANT INSURANCE SERVICES, INC. | ATTN: THOMAS W. CORBETT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>701 B STREET, 6TH FLOOR<br>SAN DIEGO CA 92101 | DKELLY@ALLIANT.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ANADARKO US OFFSHORE LLC | ATTN: VICKI HOLLUB, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1201 LAKE ROBBINS DR.<br>THE WOODLANDS TX 77380 | CRM.JIB@ANADARKO.COM | First Class Mail and Email |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | Email |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | Email |
| TOP 30 UNSECURED CREDITOR | ATLANTIC MARITIME SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5847 SAN FELIPE, SUITE 3500<br>HOUSTON TX 77057 | EREN.DEMET@VALARIS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | BAKER HUGHES OILFIELD OPERATIONS INC. | ATTN: LORENZO SIMONELLI, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>17021 ALDINE WESTFIELD<br>HOUSTON TX 77073-5101 | ARCCCASHAPPLICATION@BAKERHUGHES. COM | First Class Mail and Email |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | 815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER<br>CITYPLACE I, 34TH FLOOR<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM | Email |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM | Email |
| TOP 30 UNSECURED CREDITOR | CLARIANT CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4000 MONROE ROAD<br>CHARLOTTE NC 28205 | OILSERVICES.GOM@CLARIANT.COM | First Class Mail and Email |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA<br>720 BRAZOS<br>SUITE 700<br>AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE,, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | 17171 PARK ROW<br>SUITE 160<br>HOUSTON TX 77084 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | FLUID CRANE & CONSTRUCTION INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5411 HWY 90 E<br>NEW IBERIA LA 70560 | JRENARD@FLUIDCRANE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | FMC TECHNOLOGIES INC. | ATTN: DOUGLAS J. PFERDEHIRT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>11740 KATY FREEWAY<br>HOUSTON TX 77079 | FMCAR@FMCTI.COM | First Class Mail and Email |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER<br>1000 LOUISIANA STREET, SUITE 2000<br>HOUSTON TX 77002-2099 | DSELDER@FOLEY.COM | Email |
| TOP 30 UNSECURED CREDITOR | GATE | ATTN: GRANT GIBSON, CEO<br>16360 PARK TEN PLACE, SUITE 206<br>HOUSTON TX 77084 | MMYHRE@GATEINC.COM | First Class Mail and Email |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | Email |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | GULF CRANE SERVICES, INC. | ATTN: CHARLES BOLLINGER, CEO<br>73413 BOLLFIELD DR.<br>COVINGTON LA 70434 | ASHLEYSCLAFINI@GULFBANK.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | HALLIBURTON ENERGY SERVICES | ATTN: MS. ELBA PARRA, REGION MANAGER<br>3000 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON TX 77032 | ELBA.PARRA@HALLIBURTON.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN:  JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | Email |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | ISLAND OPERATING COMPANY INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>108 ZACHARY DR.<br>SCOTT LA 70583 | WTHIBODEAUX@ISLANDOPERATING.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | KILGORE MARINE SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>200 BEAULLIEU DRIVE, BLDG. 8<br>LAFAYETTE LA 70508 | CONNIE@KILGOREMARINE.COM | First Class Mail and Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: CHAD L. SCHEXNAYDER & JENNINGS HAUG CUNNINGHAM<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | Email |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | Email |
| TOP 30 UNSECURED CREDITOR | LINEAR CONTROLS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE LA 70508 | PAYMENTS@LINEARCONTROLS.NET | First Class Mail and Email |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER<br>1201 DEMONBREUN ST | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM | Email |
| TOP 30 UNSECURED CREDITOR | OCEANEERING INTERNATIONAL INC. | ATTN: RODERICK A. LARSON, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>11911 FM 529<br>HOUSTON TX 77041 | USREMITTANCESOII@OCEANEERING.COM | First Class Mail and Email |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY<br>P. O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>CASEY.ROY@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV<br>USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OFFSHORE ENERGY SERVICES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5900 US HWY 90 E<br>BROUSSARD LA 70518 | KNORRIS@OFFSHOREES.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ONESUBSEA LLC | ATTN: OLIVER LE PEUCH, CEO<br>4646 W. SAM HOUSTON PARKWAY N<br>HOUSTON TX 77041 | CAMCANAR@SLB.COM | First Class Mail and Email |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO P.C.<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON TX 77002 | CRUBIO@PARKINSLEE.COM | Email |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO LINEAR CONTROLS, INC. | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | Email |
| TOP 30 UNSECURED CREDITOR | PRIME TANK LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1253 PETROLEUM PARKWAY<br>BROUSSARD LA 70518 | MARKBELANGER@PRIMETANKLLC.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SCHLUMBERGER TECHNOLOGY CORPORATION | ATTN: OLIVER LE PEUCH, CEO<br>1200 ENCLAVE PARKWAY<br>HOUSTON TX 77077 | NAMREMITTANCE@SLB.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR BURNETT PLAZA 801 CHERRY ST., STE. 1900 UNIT 18 FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN:  BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH 400 POYDRAS STREET SUITE 2550 NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN:  NATHAN PLOTKIN, ESQ. 400 PARK AVE, 5TH FLOOR NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail and Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM KCOHEN@GOODWIN.COM | Email |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN P. O. BOX 549 HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | SOLAR TURBINES INCORPORATED | ATTN: PRESIDENT OR GENERAL COUNSEL 13105 NW FREEWAY HOUSTON TX 77040 | T3_SOLAR_ACCOUNTS_RECEIVABLE@SOLAR-TURBINES.COM | First Class Mail and Email |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN 1010 LAMAR STREET SUITE 550 HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT 1400 COLISEUM BOULEVARD MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 94095 BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT 602 N. FIFTH STREET BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT WALTER SILLERS BUILDING 550 HIGH STREET, SUITE 1200, P.O. BOX 220 JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 2261 JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT BUILDING LETTER P O BOX 13087 AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR. 301 MAIN STREET, SUITE 1640 P. O. BOX 2348 BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM DSTEWART@STEWARTROBBINS.COM | Email |
| TOP 30 UNSECURED CREDITOR | SUBSEA 7 US LLC | ATTN: JOHN EVANS, CEO 17220 KATY FREEWAY, SUITE 100 HOUSTON TX 77094 | DENIA.ESPINOZA@SUBSEA7.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | SUPERIOR ENERGY SERVICES LLC | ATTN: DONALD DUNLAP, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>COMPLETION SERVICES<br>16619 ALDINE WESTFIELD<br>HOUSTON TX 77032 | LAF.ACCOUNTSRECIEVABLE@SUPERIOR-ENERGY.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TETRA APPLIED TECHNOLOGIES, LLC | ATTN: BRAD M. MURPHY, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>24955 I-45 NORTH<br>THE WOODLANDS TX 77380 | REMIT@TETRATEC.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TRENDSETTER ENGINEERING INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>10430 RODGERS RD.<br>HOUSTON TX 77070 | P.ORCUTT@TRENSETTERENGINEERING.COM | First Class Mail and Email |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO ACADIAN CONTRACTORS, INC. | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM | Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail and Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT @VELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | W&T OFFSHORE INC. | ATTN: TRACY W. KROHN, CEO<br>NINE GREENWAY PLAZA, SUITE 300<br>HOUSTON TX 77046 | RSTANLEY@WTOFFSHORE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WARRIOR ENERGY SERVICES CORPORATION | ATTN: MARK POCHE, VP GULF COAST REGION<br>5801 HIGHWAY 90 E<br>BROUSSARD LA 70518 | MPCHE@BWWC.COM | First Class Mail and Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>J AKE.RUTHERFORD@WEIL.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS TX 75204 | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |
| TOP 30 UNSECURED CREDITOR | WOOD GROUP PSN INC. | ATTN: ROBIN WATSON, CEO<br>17325 PARK ROW<br>HOUSTON TX 77084 | REMITTANCE.USFSC@WOODGROUP.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WORKSTRINGS INTERNATIONAL, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1150 SMEDE HWY.<br>BROUSSARD LA 70518 | RON.COMEAUX@WORKSTRINGS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | XTO ENERGY INC. | ATTN: BART CHAIR, PRESIDENT<br>22777 SPRINWOODS VILLAGE PKWY<br>SPRING TX 77389-1425 | JIB_INQUIRY@XTOENERGY.COM | First Class Mail and Email |

Fieldwood Energy LLC, et al.<br>Case No. 20-33948 (MI)

Page 5 of 5

## Exhibit B

Exhibit B
Insurance Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11553712 | ANTARES - SYNDICATE 1274 AT LLOYD'S | 10 LIME STREET | | | LONDON | | EC3M 7AA | UNITED KINGDOM |
| 11553694 | XL SPECIALTY INSURANCE COMPANY | 100 CONSTITUTION PLAZA | 17TH FLOOR | | HARTFORD | CT | 06103 | |
| 11553695 | AXA XL 2003 AT LLOYD'S | 100 WASHINGTON BOULEVARD | 6TH FL. | | STAMFORD | CT | 06902 | |
| 11553663 | NOBLE ENERGY, INC. | 1001 NOBLE ENERGY WA | | | HOUSTON | TX | 77070 | |
| 11553679 | MANTA RAY OFFSHORE GATHERING | 1100 LA STREET # 3300 | | | HOUSTON | TX | 77002 | |
| 11553677 | EOG RESOURCES, INC. | 1111 BAGBY STREET | SKY LOBBY 2 | | HOUSTON | TX | 77002 | |
| 11553678 | ENI PETROLEUM US LLC | 1200 SMITH ST. SUITE 1700 | | | HOUSTON | TX | 77002 | |
| 11553669 | US SPECIALTY INSURANCE COMPANY | 13403 NORTHWEST FREEWAY | | | HOUSTON | TX | 77040 | |
| 11553685 | CNA HARDY 0382 AT LLOYD'S | 151 N FRANKLIN STREET | FLOOR 9 | | CHICAGO | IL | 60606 | |
| 11553682 | HDI GLOBAL SPECIALTY SE, HANNOVER BRANCH | 161 NORTH CLARK STREET | 48TH FLOOR | | CHICAGO | IL | 60601 | |
| 11553674 | MCMORAN OIL & GAS, LLC | 1615 POYDRAS | | | NEW ORLEANS | LA | 70112 | |
| 11553656 | CAC SPECIALTY | 1700 LINCOLN STREET | 17TH FLOOR | | DENVER | CO | 80203 | |
| 11553667 | STATE OF TEXAS, RAILROAD COMMISSION | 1701 N. CONGRESS | | | AUSTIN | TX | 78701 | |
| 11553692 | IRONSHORE SPECIALTY INSURANCE COMPANY | 175 BERKELEY ST. | | | BOSTON | MA | 02116 | |
| 11553693 | LIBERTY MUTUAL INSURANCE EUROPE SE 4472 AT LLOYD'S | 175 BERKELEY STREET | | | BOSTON | MA | 02116 | |
| 11553688 | AIG OIL RIG | 175 WATER STREET | | | NEW YORK | NY | 10038 | |
| 11553666 | THE CITY OF TEXAS CITY | 1801 9TH AVENUE NORTH | | | TEXAS CITY | TX | 77592 | |
| 11553691 | US OFFICE OF NATURAL RESOURCES REVENUE | 1849 C STREET NW, MAIL STOP 5134 | | | WASHINGTON | DC | 20240 | |
| 11553690 | US BUREAU OF OCEAN ENERGY MANAGEMENT | 1849 C STREET, NW | | | WASHINGTON | DC | 20240 | |
| 11553710 | NAVIGATORS SYNDICATE 1221 AT LLOYD'S | 2 MINSTER COURT | MINCING LANE | | LONDON | | EC3R 7BB | UNITED KINGDOM |
| 11553718 | ASCOT SYNDICATE 1414 AT LLOYD'S | 20 FENCHURCH STREET | | | LONDON | | EC3M 3BY | UNITED KINGDOM |
| 11553719 | LANCASHIRE INSURANCE COMPANY 3010 AT LLOYD'S | 20 FENCHURCH STREET | | | LONDON | | EC3M 3BY | UNITED KINGDOM |
| 11553716 | LIBERTY MUTUAL INSURANCE EUROPE | 20 FENCHURCH STREET | | | LONDON | | EC3M 3AW | UNITED KINGDOM |
| 11553700 | XL CATLIN 2003 AT LLOYD'S | 20 GRACECHURCH STREET | | | LONDON | | EC3V 0BG | UNITED KINGDOM |
| 11553664 | PETROBRAS AMERICAS INC. | 200 WESTLAKE PARK BOULEVARD, SUITE 1000 | | | HOUSTON | TX | 77079 | |
| 11553654 | APACHE CORPORATION | 2000 POST OAK BOULEVARD, SUITE 100 | | | HOUSTON | TX | 77056-4400 | |
| 11553655 | APACHE SHELF, INC. | 2000 POST OAK BOULEVARD, SUITE 100 | | | HOUSTON | TX | 77056-4400 | |
| 11553670 | ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS | 2000 WEST SAM HOUSTON PARKWAY SOUTH | SUITE 900 | | HOUSTON | TX | 77042 | |
| 11553665 | XTO OFFSHORE INC. | 22777 SPRINGWOODS VILLAGE PKWY. | | | SPRING | TX | 77389 | |
| 11553661 | DEPARTMENT OF HOMELAND SECURITY | 2707 MARTIN LUTHER KING JR AVE SE | | | WASHINGTON | DC | 20528-0525 | |
| 11553672 | BERKSHIRE HATHAWAY SPECIALTY INSURANCE | 2800 POST OAK BOULEVARD | SUITE 4050 | | HOUSTON | TX | 77056 | |
| 11553653 | AIG OIL RIG (HOUSTON) / NATIONAL UNION FIRE | 2929 ALLEN PARKWAY | SUITE 1300 | | HOUSTON | TX | 77019-2128 | |
| 11553721 | ARK - SYNDICATE 3902 AT LLOYD'S | 30 FENCHURCH STREET | | | LONDON | | EC3M 5AD | UNITED KINGDOM |
| 11553711 | ARK SYNDICATE MANAGEMENT 4020 AT LLOYD'S | 30 FENCHURCH STREET | | | LONDON | | EC3M 5AD | UNITED KINGDOM |
| 11553717 | QBE 1036 AT LLOYD'S | 30 FENCHURCH STREET | | | LONDON | | EC3M 3BD | UNITED KINGDOM |
| 11553720 | THE CHAUCER GROUP 1084 AT LLOYD'S | 30 FENCHURCH STREET | | | LONDON | | EC3M 4AD | UNITED KINGDOM |
| 11553725 | SWISS RE INTERNATIONAL | 30 ST. MARY AXE | | | LONDON | | EC3A 8EP | UNITED KINGDOM |
| 11553696 | STRATFORD INSURANCE COMPANY | 300 KIMBALL DRIVE | SUITE 500 | | PARSIPPANY | NJ | 07054 | |
| 11553681 | GREAT AMERICAN INSURANCE GROUP | 301 E. FOURTH STREET | | | CINCINNATI | OH | 45202 | |
| 11553747 | ALLIANT - ASPEN | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553748 | ALLIANT - BERKLEY | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553749 | ALLIANT - EVEREST RE | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553751 | ALLIANT - HANOVER | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553740 | ALLIANT - LIBERTY MUTUAL | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553741 | ALLIANT - PHILADELPHIA | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553742 | ALLIANT - SIRIUS | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553743 | ALLIANT - TOKIO MARINE HCC | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553744 | ALLIANT - TRAVELERS | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553745 | ALLIANT - XL SPECIALTY INS. CO. | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553750 | ALLIANT- EVEREST RE / HCCI | 301 FIELDS LANE | | | BREWSTER | NY | 10509-2621 | |
| 11553673 | JX NIPPON OIL EXPLORATION (USA) LIMITED | 3040 POST OAK BOULEVARD, SUITE 1600 | | | HOUSTON | TX | 77056 | |
| 11553683 | OLD REPUBLIC INSURANCE COMPANY | 307 NORTH MICHIGAN AVENUE | | | CHICAGO | IL | 60601 | |
| 11553701 | AEGIS SYNDICATE 1225 AT LLOYD'S | 33 GRACECHURCH STREET | | | LONDON | | EC3V 0BT | UNITED KINGDOM |
| 11553722 | THE TRAVELERS LLOYDS INSURANCE COMPANY | 33 ST. MARY AXE | | | LONDON | | EC3 8AG | UNITED KINGDOM |
| 11553714 | KERSEY SPECIALTY LIMITED | 341 LIME STREET | | | LONDON | | EC3M 7AT | UNITED KINGDOM |
| 11553686 | STARR INDEMNITY & LIABILITY COMPANY | 399 PARK AVENUE | 8TH FLOOR | | NEW YORK | NY | 10022 | |

Exhibit B
Insurance Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11553703 | STARR UNDERWRITING AGENTS LIMITED 1919 AT LLOYD'S | 3RD FLOOR | 140 LEADENHALL STREET | | LONDON | | EC3V 4QT | UNITED KINGDOM |
| 11553715 | HOUSTON CASUALTY COMPANY – UK BRANCH | 40 LIME STREET | | | LONDON | | EC3M 7AW | UNITED KINGDOM |
| 11553675 | TDC ENERGY LLC | 400 E. KALISTE SALOOM ROAD | SUITE 6000 | | LAFAYETTE | LA | 70508 | |
| 11553689 | ACE AMERICAN INSURANCE COMPANY (CHUBB) | 436 WALNET STREET | | | PHILADELPHIA | PA | 19105 | |
| 11553660 | US ARMY CORP. OF ENGINEERS | 441 G STREET NW | | | WASHINGTON | DC | 20314-1000 | |
| 11553680 | USI SOUTHWEST | 4605 COLUMBUS STREET | | | VIRGINIA BEACH | VA | 23462 | |
| 11553723 | MARKEL INSURANCE AND SYNDICATE 3000 AT LLOYD'S | 49 LEADENHALL STREET | | | LONDON | | EC3A 2EA | UNITED KINGDOM |
| 11553671 | ANADARKO | 5 GREENWAY PLAZA, SUITE 110 | | | HOUSTON | TX | 77046 | |
| 11553734 | WILLIS - EVERGREEN | 51 LIME STREET | | | LONDON | | EC3M 7DQ | UNITED KINGDOM |
| 11553735 | WILLIS - ZURICH | 51 LIME STREET | | | LONDON | | EC3M 7DQ | UNITED KINGDOM |
| 11553740 | WILLIS TOWERS WATSON | 51 LIME STREET | | | LONDON | | EC3M 7DQ | UNITED KINGDOM |
| 11553713 | CONVEX INSURANCE UK LIMITED | 52 LIME STREET | | | LONDON | | EC3M 7AF | UNITED KINGDOM |
| 11553687 | HISCOX SYNDICATES 0033 AT LLOYD'S | 520 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| 11553662 | MARATHON OIL COMPANY | 5555 SAN FELIPE STREET | | | HOUSTON | TX | 77056 | |
| 11553708 | ARCH INSURANCE COMPANY | 5TH FLOOR, PLANTATION PLACE SOUTH | 60 GREAT TOWER STREET | | LONDON | | EC3R 5AZ | UNITED KINGDOM |
| 11553726 | ALLIANZ GLOBAL CORPORATE & SPECIALTY | 60 GRACECHURCH STREET | | | LONDON | | EC3A 8ND | UNITED KINGDOM |
| 11553733 | TALBOT - SYNDICATE 1183 AT LLOYD'S | 60 THREADNEEDLE STREET | | | LONDON | | EC2R 8HP | UNITED KINGDOM |
| 11553697 | DEUTSCHE BANK AG NEW YORK BRANCH | 60 WALL STREET | | | NEW YORK | NY | 10005 | |
| 11553658 | CHEVRON U.S.A. INC. | 6001 BOLLINGER CANYON ROAD | | | SAN RAMON | CA | 94583 | |
| 11553659 | CHEVRON U.S.A. INC. & UNION OIL COMPANY | 6001 BOLLINGER CANYON ROAD | | | SAN RAMON | CA | 94583 | |
| 11553676 | LOUISIANA OFFICE OF CONSERVATION | 617 NORTH THIRD STREET | LASALLE BUILDING, 9TH FLOOR | | BATON ROUGE | LA | 70802 | |
| 11553657 | ALLIANT INSURANCE SERVICES | 701 B STREET, 6TH FLOOR | | | SAN DIEGO | CA | 92101 | |
| 11553651 | SHELL OFFSHORE INC. | 701 POYDRAS ST STE 2720 | | | NEW ORLEANS | LA | 70139-7724 | |
| 11553737 | INDEMCO - HCC | 777 POST OAK BLVD | SUITE 330 | | HOUSTON | TX | 77056 | |
| 11553738 | INDEMCO - IRONSHORE | 777 POST OAK BLVD | SUITE 330 | | HOUSTON | TX | 77056 | |
| 11553739 | INDEMCO - LEXON | 777 POST OAK BLVD | SUITE 330 | | HOUSTON | TX | 77056 | |
| 11553746 | INDEMCO - SWISS RE | 777 POST OAK BLVD | SUITE 330 | | HOUSTON | TX | 77056 | |
| 11553698 | BISHOPSGATE INSURANCE BROKERS LIMITED | 7TH FLOOR, 2 MINSTER COURT | MINCING LANE | | LONDON | | EC3R 7BB | UNITED KINGDOM |
| 11553648 | ARGO MANAGING AGENCY LIMITED 1200 AT LLOYD'S | 90 PITTS BAY ROAD | | | PEMBROKE | | HM08 | BERMUDA |
| 11553736 | RLI | 9025 N. LINDBERGH DRIVE | | | PEORIA | IL | 61615 | |
| 11553649 | AXIS INSURANCE 1686 AT LLOYD'S | 92 PITTS BAY ROAD | | | PEMBROKE | | HM08 | BERMUDA |
| 11553650 | AXIS INSURANCE SPECIALTY EUROPE SE | 92 PITTS BAY ROAD | | | PEMBROKE | | HM08 | BERMUDA |
| 11553732 | APOLLO MARINE & ENERGY CONSORTIUM | APOLLO SYNDICATE MANAGEMENT LTD. | ONE BISHOPSGATE | | LONDON | | EC2N 3AQ | UNITED KINGDOM |
| 11553731 | APOLLO MARINE & ENERGY CONSORTIUM 9582 AT LLOYD'S | APOLLO SYNDICATE MANAGEMENT LTD. | ONE BISHOPSGATE | | LONDON | | EC2N 3AQ | UNITED KINGDOM |
| 11553710 | NOA 3902 AT LLOYD'S | ARK SYNDICATE MANAGEMENT LIMITED | 30 FENCHURCH AVENUE | | LONDON | | EC3M 5AD | UNITED KINGDOM |
| 11553699 | PRICE FORBES & PARTNERS LIMITED | LLOYD'S BROKERS | 6TH FLOOR, 2 MINISTER COURT | MINCING LANE | LONDON | | EC3R 7PD | UNITED KINGDOM |
| 11553729 | APOLLO SYNDICATE 9582 AT LLOYD'S | ONE BISHOPSGATE | | | LONDON | | EC2N 3 AQ | UNITED KINGDOM |
| 11553730 | APOLLO SYNDICATE MANAGEMENT / LTD. 1969 AT LLOYD'S | ONE BISHOPSGATE | | | LONDON | | EC2N 3 AQ | UNITED KINGDOM |
| 11553705 | ATRIUM UNDERWRITERS LIMITED 0609 AT LLOYD'S | ONE LIME STREET | | | LONDON | | EC3M 7HA | UNITED KINGDOM |
| 11553706 | CANOPIUS MANAGING AGENTS LIMITED 1861 AT LLOYD'S | ONE LIME STREET | | | LONDON | | EC3M 7HA | UNITED KINGDOM |
| 11553652 | WILLIAMS COMPANIES (GULFSTAR ONE LLC) | ONE WILLIAMS CENTER | PO BOX 2400 | | TULSA | OK | 74102-2400 | |
| 11553645 | OIL CASUALTY INSURANCE, LTD. | P.O. BOX HM 1751 | | | HAMILTON | | HM GX | BERMUDA |
| 11553707 | BEAZLEY SYNDICATES AFB 2623 AT LLOYD'S | PLANTATION PLACE SOUTH | 60 GREAT TOWER STREET | | LONDON | | EC3R 5AD | UNITED KINGDOM |
| 11553724 | MUNICH RE - SYNDICATE 457 AT LLOYD'S | ST. HELEN'S | I UNDERSHAFT | | LONDON | | EC3A 8EE | UNITED KINGDOM |
| 11553727 | MS AMLIN UNDERWRITING LIMITED 2001 AT LLOYD'S | ST. HELEN'S, 1 UNDERSHAFT | | | LONDON | | EC3A 8ND | UNITED KINGDOM |
| 11553728 | DEUTSCHE BANK AG | TAUNUSANLAGE 12 | | | FRANKFURT AM MAIN | | 60325 | GERMANY |
| 11610557 | AMERICAN INTERNATIONAL GROUP UK LTD | THE AIG BUILDING | 58 FENCHURCH STREET | | LONDON | | EC3M 4AB | UNITED KINGDOM |
| 11553702 | BRIT INSURANCE 2988 AT LLOYD'S | THE LEADENHALL BUILDING | 122 LEADENHALL STREET | | LONDON | | EC3V 4AB | UNITED KINGDOM |
| 11553668 | HCC INTERNATIONAL INSURANCE COMPANY PLC 4141 AT LLOYD'S | TOKIO MARINE HCC GROUPS | 13403 NORTHWEST FREEWAY | | HOUSTON | TX | 77040 | |
| 11553684 | SOMPO INTERNATIONAL | US COMMERCIAL MANAGEMENT LIABILITY | 303 WEST MADISON | SUITE 1800 | CHICAGO | IL | 60606 | |
| 11553647 | HAMILTON / HAMILTON INSURANCE DAC | WELLESLEY HOUSE NORTH, 1ST FLOOR | 90 PITTS BAY ROAD | | PEMBROKE | | HM08 | BERMUDA |
| 11553646 | HAMILTON / HAMILTON INSURANCE DAC 4000 AT LLOYD'S | WELLESLEY HOUSE NORTH, 1ST FLOOR | 90 PITTS BAY ROAD | | PEMBROKE | | HM08 | BERMUDA |

Fieldwood Energy LLC, et al.
Case No. 20-33948 (MI)

Page 2 of 2