IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

**Affidavits of Service for Mailings for the Period from August 16, 2020 through August 21, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings for the Period from August 16, 2020 through August 21, 2020 (related document(s):  DN 185, 207, 219, 220 |
| Attachments: | |
| #1 | Affidavit of August 18, 2020 Service of Emergency Motion of Debtors for Order (I) Authorizing Debtors to (a) Enter into and Perform Under New Postpetition Hedging Agreements, and (B) Grant Related Liens and Superpriority Claims, (II) Modifying Automatic Stay, and (III) Granting Related Relief (DN 185) |
| #2 | Affidavit of August 20, 2020 Service of Notice of Filing of Final Stipulation and Agreed Order in Support of Debtors' Motion For Entry of an Order (I) Authorizing and Approving Settlement by and Among Fieldwood Energy LLC, Hoactzin Partners L.P., The Hoactzin Trustee, and Other Parties and (II) Granting Related Relief (DN 207) |
| #3 | Affidavit of August 21, 2020 Service of Emergency Motion of Debtors for Entry of an Order Continuing the Hearing on the Motions (DN 219)  and Notice of Agenda of Matters Set for Hearing on August 24, 2020 at 1:30 p.m. (CT) (DN 220) |