IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 20-33948 (MI) |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al*. | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

**PLEASE TAKE NOTICE** that Shelley Bush Marmon of the firm Crady Jewett McCulley & Houren LLP, 2727 Allen Parkway, Suite 1700, Houston, Texas 77019, appearing on behalf of Republic Helicopters, Inc., a creditor and party-in-interest in the above case, hereby submits this Notice of Appearance in the above captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and §342 of the Bankruptcy Code. All notices given or required to be given in this case shall be served upon Shelley Bush Marmon as follows:

**Shelley Bush Marmon**
Email:  smarmon@cjmhlaw.com
**Crady Jewett McCulley & Houren LLP**
**2727 Allen Parkway, Suite 1700**
**Houston, Texas 77019**

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial

affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**DATED: August 31, 2020**

>Respectfully Submitted,
>
>**CRADY JEWETT McCULLEY & HOUREN LLP**
>
>By: */s/ Shelley Bush Marmon*
>Shelley Bush Marmon
>State Bar No. 03497050
>Email: smarmon@cjmhlaw.com
>William R. Sudela
>State Bar No. 19463300
>Email: wsudela@cjmhlaw.com
>2727 Allen Parkway, Suite 1700
>Houston, Texas 77019-2125
>Telephone: (713) 739-7007
>Facsimile: (713) 739-8403
>
>**ATTORNEYS FOR CREDITOR,
>REPUBLIC HELICOPTERS, INC.**

## CERTIFICATE OF SERVICE

I certify that, on August 31, 2020, I electronically filed the foregoing Notice *via* the CM/ECF system, and a true and correct copy of the foregoing was served upon the parties who have requested e-notice, *via* the CM/ECF electronic notice system.

              */s/ Shelley Bush Marmon*
              Shelley Bush Marmon