IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *ET AL.,* § | |
| § | Case No. 20-33948 (MI) |
| Debtors. § | |
| § | (Jointly Administered) |
| § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Husch Blackwell LLP, appears as co-counsel for Aspen American Insurance Company and Everest Reinsurance Company in this matter. Aspen American Insurance Company and Everest Reinsurance Company request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

**HUSCH BLACKWELL LLP**
Randall A. Rios
600 Travis St., Suite 2350
Houston TX 77002
Tel: (713) 525-6226
Fax: (713) 647-6884
Email: randy.rios@huschblackwell.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Aspen American Insurance Company or Everest Reinsurance Company, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Aspen American Insurance Company and/or Everest Reinsurance

Company may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 31, 2020.

          Respectfully submitted,

          HUSCH BLACKWELL LLP

          By: */S/ Randall A. Rios*
              Randall A. Rios
              State Bar No. 16935865
              600 Travis, Suite 2350
              Houston, Texas  77002
              Tel:  713-525-6226
              Fax:  713-647-6884
              Email:  randy.rios@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2020, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

          */s/ Randall A. Ríos*
          Randall A. Ríos