UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Darren M. Grzyb, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ  07052<br>973-530-2077<br>New Jersey - 016142005 |
|---|---|

| Name of party applicant seeks to appear for: | Aspen American Insurance Company and Everest Reinsurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/14/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                                                   United States Bankruptcy Judge