UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE: § Chapter 11
   FIELDWOOD ENERGY, LLC, et al., §
               Debtor(s) §
§ BANKRUPTCY CASE NUMBER
§
§    20-33948 (MI)
§ (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that __Aspen American Insurance Company and Everest Reinsurance Company__, Creditors in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to __Armen Shahinian, Esq., Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, NJ 07052.__

Phone Number: 973-530-2002; Fax: 973-325-1501; email: Ashahinian@csglaw.com.

DATED: August 14, 2020

_____
Signature

Armen Shahinian
Print Name

Chiesa Shahinian & Giantomasi PC
**Address**
One Boland Drive
West Orange, NJ  07052

SDTX (appear.ntc)
02/03/98