| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:
FIELDWOOD ENERGY, LLC, et al.,
Debtor(s)

§§§§§§§§

Chapter 11

**BANKRUPTCY CASE NUMBER**

20-33948 (MI)

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**Please take notice that** Aspen American Insurance Company and Everest Reinsurance Company, **Creditors** in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Darren M. Grzyb, Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, NJ 07052.

Phone Number: 973-530-2077; Fax: 973-325-1501; email: Dgrzyb@csglaw.com.

**DATED:** August 24, 2020

Signature

Darren M. Grzyb
**Print Name**

Chiesa Shahinian & Giantomasi PC
**Address**
One Boland Drive

West Orange, NJ  07052

SDTX (appear.ntc)
02/03/98