UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:                                   §    Chapter 11
    FIELDWOOD ENERGY, LLC, et al.,    §
                Debtor(s)            §
                                  §    **BANKRUPTCY CASE NUMBER**
                                  §
                                  §      20-33948 (MI)
                                  §    (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that   Aspen American Insurance Company and Everest Reinsurance Company  , Creditors in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to   Scott A. Zuber, Esq., Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, NJ 07052.

Phone Number: 973-530-2046; Fax: 973-325-1501; email: Szuber@csglaw.com.

DATED: August 14, 2020

_(signature)_
**Signature**

Scott A. Zuber
**Print Name**

Chiesa Shahinian & Giantomasi PC
**Address**
One Boland Drive
West Orange, NJ  07052

SDTX (appear.ntc)
02/03/98