UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE:    §    Chapter 11
    FIELDWOOD ENERGY, LLC, et al.,    §
          Debtor(s)    §
   §    **BANKRUPTCY CASE NUMBER**
   §
   §    20-33948 (MI)
   §
   §    (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that   Aspen American Insurance Company and Everest Reinsurance Company  , Creditors in the above-captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to   Terri Jane Freedman, Esq., Chiesa Shahinian & Giantomasi PC, One Boland Drive, West Orange, NJ 07052.

Phone Number: 973-530-2152; Fax: 973-325-1501; email: Tfreedman@csglaw.com.

DATED: August 14, 2020

_____
Signature

Terri Jane Freedman
**Print Name**

Chiesa Shahinian & Giantomasi PC
**Address**
One Boland Drive
West Orange, NJ  07052

SDTX (appear.ntc)
02/03/98