IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF STATUS CONFERENCE

**A status conference will be conducted on this matter on September 4, 2020 at 10:30 am in Courtroom 404, 515 Rusk St, Houston, TX 77002. You may participate in the status conference by audio/video connection.**

**Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554.**

**You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.**

**Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur. Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

1. Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represent that the Court will hold a status conference on the Debtors' Motion Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Authorizing and Approving Settlement By and Among Fieldwood Energy LLC, Hoactzin Partners, L.P., the Hoactzin Trustee, and Other Parties and (II) Granting Related Relief (the "**Motion**") (ECF No. 113) on September 4, 2020 at 10:30 am CDT by telephone and video conference.

2. The Debtors served the Motion and supporting papers on August 7, 2020 on all parties entitled to notice. *See* Affidavit of Service, ECF No. 191-4 at 126.

3. This notice will be provided to any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

*[Remainder of the Page Intentionally Left Blank]*

Dated:  August 31, 2020
       Houston, Texas

                                  Respectfully submitted,

                                    */s/ Alfredo R. Pérez*
                                WEIL, GOTSHAL & MANGES LLP
                                Alfredo R. Pérez (15776275)
                                700 Louisiana Street, Suite 1700
                                Houston, Texas 77002
                                Telephone:  (713) 546-5000
                                Facsimile:  (713) 224-9511
                                Email:   Alfredo.Perez@weil.com

                                -and-

                                WEIL, GOTSHAL & MANGES LLP
                                Matthew S. Barr (admitted *pro hac vice*)
                                Jessica Liou (admitted *pro hac vice*)
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007
                                Email:   Matt.Barr@weil.com
                                              Jessica.Liou@weil.com

                                *Proposed Attorneys for Debtors*
                                *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on August 31, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Alfredo R. Pérez*
　　　　　　　　　　　　　　　　　　　　　　　　Alfredo R. Pérez