

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
09/01/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Darren M. Grzyb, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ  07052<br>973-530-2077<br>New Jersey - 016142005 |
|---|---|

| Name of party applicant seeks to appear for: | Aspen American Insurance Company and Everest Reinsurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/14/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**                This lawyer is admitted *pro hac vice.*

Signed: September 01, 2020

*[signature]*

Marvin Isgur
United States Bankruptcy Judge