**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 20-33948** |
|    **FIELDWOOD ENERGY, LLC** | |
|    *Debtor* | ---Chapter 11— |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

     Please take notice that H. Kent Aguillard represents DLS, LLC, creditor in the above styled and numbered case. The undersigned attorney hereby enters his appearance pursuant to Bankruptcy Rule 9010(b) and requests that he be added to the official matrix in this case, electronic copies of all notices and pleadings filed in this case or in any adversary proceedings, or if required hard copies of any such notices or pleadings. If provided other than by ECF/PACER any such notices should be addressed as follows:

         **H. Kent Aguillard**
         **141 S. 6th Street**
         **Eunice, Louisiana 70535**

     Please take further notice that the foregoing request includes all notices and papers filed in this matter and includes (without limitation) notices of any application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written, electronic, or oral, whether transmitted, conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and the proceedings dealt with therein.

         Respectfully submitted,
         141 S. 6th Street
         Eunice, LA 70535
         Ph:  337.457.9331
         Fax: 337.457.2917
         kent@aguillardlaw.com

         */s/H. Kent Aguillard*
         H. Kent Aguillard, LA Bar #2354

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO:  20-33948 |
| **FIELDWOOD ENERGY, LLC** | |
| *Debtor* | ---Chapter 11— |

**CERTIFICATE OF SERVICE**

    I, Gina Neumeyer, do hereby certify that a copy of the Notice of Appearance and Request for Notice was served on Alfredo R. Perez, 700 Louisiana, Ste. 1700, Houston, TX 77002; Office of the U.S. Trustee, 515 Rusk Ave., Ste. 3516, Houston, TX 77002; either via U.S. Mail properly posted and addressed or through this Court's CM/ECF system this 2nd day of September, 2020.

                                                */s/ Gina Neumeyer*
                                                Gina Neumeyer