IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | (Re: Docket No. 11, 61) |

**NOTICE OF FILING OF REVISED EXHIBIT 1 TO ORDER (I) APPROVING
DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO
UTILITY COMPANIES; (II) ESTABLISHING PROCEDURES FOR RESOLVING
OBJECTIONS BY UTILITY COMPANIES; (III) PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING
SERVICE; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on August 4, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objection by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* (ECF No. 11) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on August 5, 2020, the Court entered the *Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies;*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*(III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* (ECF No. 61) (the "**Utilities Order**"), with a nonexclusive list of utility companies that provide utility services to the Debtors attached thereto as Exhibit 1 (the "**Initial Utility Service List**").

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to paragraph 7 of the Utilities Order, the Debtors hereby file a revised Utility Service List, attached hereto as **Exhibit A** (the "**Revised Utility Service List**").

**PLEASE TAKE FURTHER NOTICE THAT**, a redline of the Revised Utility Service List marked against the Initial Utility Service List is attached hereto as **Exhibit B**.

Dated: September 2, 2020
Houston, Texas

Respectfully submitted,

 /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
              Jessica.Liou@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on September 2, 2020 a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/  Alfredo R. Pérez*
                                                 Alfredo R. Pérez

## **Exhibit A**

**Revised Utility Service List**

| Vendor # | Utility | Country Code | Description of Utility Service | TTM Spend | Average Monthly Expense | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| 700239 | ANSWERING BUREAU INC. | USA | Telecommunication | 3,000 | 300 | $ 150 |
| 777992 | AT & T CORP | USA | Telecommunication | 5,000 | 500 | $ 250 |
| 538888 | AT&T MOBILITY | USA | Telecommunication | 159,000 | 13,300 | $ 6,650 |
| 553966 | CAMERON PARISH WATER DISTRICT #9 | USA | Water | 2,000 | 200 | $ 100 |
| 501671 | CAMERON TELEPHONE COMPANY | USA | Telecommunication | 2,000 | 200 | $ 100 |
| 534359 | COASTAL ENVIRONMENTAL SERVICES, LLC | USA | Waste Management | 191,000 | 16,000 | $ 8,000 |
| 547472 | DATAVOX, INC. | USA | Telecommunication | 164,000 | 13,700 | $ 6,850 |
| 537492 | ELITE COMMUNICATION SERVICES INC | USA | Telecommunication | 2,178,000 | 181,500 | $ 90,750 |
| 501073 | ENTERGY LOUISIANA LLC | USA | Electricity | 183,000 | 15,300 | $ 7,650 |
| 547768 | GRANITE TELECOMMUNICATIONS | USA | Telecommunication | 3,000 | 300 | $ 150 |
| 501051 | JACKSON ELECTRIC COOP INC | USA | Electricity | 3,000 | 300 | $ 150 |
| 524461 | JEFFERSON DAVIS ELECTRIC COOPERATIVE INC | USA | Electricity | 119,000 | 10,000 | $ 5,000 |
| 536507 | JEFFERSON PARISH DEPARTMENT OF WATE | USA | Water | 3,000 | 300 | $ 150 |
| 555585 | KNIGHT SECURITY SYSTEMS LLC | USA | Security | 41,000 | 3,500 | $ 1,750 |
| 777967 | LAFAYETTE UTILITIES SYSTEM | USA | Utilities | 1,000 | 100 | $ 50 |
| 778008 | LOGIX FIBER NETWORKS | USA | Telecommunication | 302,000 | 25,200 | $ 12,600 |
| 777557 | MADDENS CABLE SERVICE INC. | USA | Telecommunication | 30,000 | 2,500 | $ 1,250 |
| 700703 | RELIANT ENERGY RETAIL SERVICES, LLC | USA | Electricity | 1,000 | 100 | $ 50 |
| 700622 | REPUBLIC SERVICES INC | USA | Waste Management | 3,000 | 300 | $ 150 |
| 777829 | REVOLUTIONARY SECURITY LLC | USA | Security | 672,000 | 56,000 | $ 28,000 |
| 526151 | RIGNET INC | USA | Telecommunication | 3,274,000 | 272,900 | $ 136,450 |
| 700628 | SAN LEON MUNICIPAL UTILITY DISTRICT | USA | Electricity | 5,000 | 500 | $ 250 |
| 777539 | SOLEX | USA | Telecommunication | 97,000 | 8,100 | $ 4,050 |
| 502417 | SOUTHWEST LOUISIANA ELECT MEMBERSHIP CORP | USA | Electricity | 27,000 | 2,300 | $ 1,150 |
| 700382 | TEXAS EXCAVATION SAFETY SYSTEMS, INC. | USA | Electricity | 1,000 | 100 | $ 50 |
| 701058 | TOTAL WASTE SOLUTIONS, LLC | USA | Waste Management | 639,000 | 53,300 | $ 26,650 |
| 538199 | TOWN OF GRAND ISLE | USA | Electricity | 13,000 | 1,100 | $ 550 |

| Vendor # | Utility | Country Code | Description of Utility Service | TTM Spend | Average Monthly Expense | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| 700269 | VERIZON WIRELESS | USA | Telecommunication | 50,000 | 4,200 | $ 2,100 |
| 547938 | VERMILION PARISH POLICE JURY | USA | Electricity | 1,000 | 100 | $ 50 |
| 777980 | WASTE CONNECTIONS BAYOU, INC | USA | Waste Management | 3,000 | 300 | $ 150 |
| 700580 | WASTE CORPORATION OF TEXAS | USA | Waste Management | 1,000 | 100 | $ 50 |
| 527675 | WASTE MANAGEMENT, INC | USA | Waste Management | 23,000 | 2,000 | $ 1,000 |
| | | | Total | 8,196,000 | 684,300 | $ 342,150 |

**Exhibit B**

**Redline**

| Vendor # | Utility | Country Code | Description of Utility Service | TTM Spend | Average Monthly Expense | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| 700239 | ANSWERING BUREAU INC. | USA | Telecommunication | 3,000 | 300 | $ 150 |
| 777992 | AT & T CORP | USA | Telecommunication | 5,000 | 500 | $ 250 |
| 538888 | AT&T MOBILITY | USA | Telecommunication | 159,000 | 13,300 | $ 6,650 |
| 553966 | CAMERON PARISH WATER DISTRICT #9 | USA | Water | 2,000 | 200 | $ 100 |
| 501671 | CAMERON TELEPHONE COMPANY | USA | Telecommunication | 2,000 | 200 | $ 100 |
| 534359 | COASTAL ENVIRONMENTAL SERVICES, LLC | USA | Waste Management | 191,000 | 16,000 | $ 8,000 |
| 547472 | DATAVOX, INC. | USA | Telecommunication | 164,000 | 13,700 | $ 6,850 |
| 537492 | ELITE COMMUNICATION SERVICES INC | USA | Telecommunication | 2,178,000 | 181,500 | $ 90,750 |
| 501073 | ENTERGY LOUISIANA LLC | USA | Electricity | 183,000 | 15,300 | $ 7,650 |
| 547768 | GRANITE TELECOMMUNICATIONS | USA | Telecommunication | 3,000 | 300 | $ 150 |
| 501051 | JACKSON ELECTRIC COOP INC | USA | Electricity | 3,000 | 300 | $ 150 |
| 524461 | JEFFERSON DAVIS ELECTRIC COOPERATIVE INC | USA | Electricity | 119,000 | 10,000 | $ 5,000 |
| 536507 | JEFFERSON PARISH DEPARTMENT OF WATE | USA | Water | 3,000 | 300 | $ 150 |
| 555585 | KNIGHT SECURITY SYSTEMS LLC | USA | Security | 41,000 | 3,500 | $ 1,750 |
| 777967 | LAFAYETTE UTILITIES SYSTEM | USA | Utilities | 1,000 | 100 | $ 50 |
| 778008 | LOGIX FIBER NETWORKS | USA | Telecommunication | 302,000 | 25,200 | $ 12,600 |
| 777557 | MADDENS CABLE SERVICE INC. | USA | Telecommunication | 30,000 | 2,500 | $ 1,250 |
| 700703 | RELIANT ENERGY RETAIL SERVICES, LLC | USA | Electricity | 1,000 | 100 | $ 50 |
| 700622 | REPUBLIC SERVICES INC | USA | Waste Management | 3,000 | 300 | $ 150 |
| 777829 | REVOLUTIONARY SECURITY LLC | USA | Security | 672,000 | 56,000 | $ 28,000 |
| 526151 | RIGNET INC | USA | Telecommunication | 3,274,000 | 272,900 | $ 136,450 |
| 700628 | SAN LEON MUNICIPAL UTILITY DISTRICT | USA | Electricity | 5,000 | 500 | $ 250 |
| 777539 | SOLEX | USA | Telecommunication | 97,000 | 8,100 | $ 4,050 |
| 502417 | SOUTHWEST LOUISIANA ELECT MEMBERSHIP CORP | USA | Electricity | 27,000 | 2,300 | $ 1,150 |
| 700382 | TEXAS EXCAVATION SAFETY SYSTEMS, INC. | USA | Electricity | 1,000 | 100 | $ 50 |
| 701058 | TOTAL WASTE SOLUTIONS, LLC | USA | Waste Management | 639,000 | 53,300 | $ 26,650 |

| Vendor # | Utility | Country Code | Description of Utility Service | TTM Spend | Average Monthly Expense | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| 538199 | TOWN OF GRAND ISLE | USA | Electricity | 13,000 | 1,100 | $ 550 |
| 700269 | VERIZON WIRELESS | USA | Telecommunication | 50,000 | 4,200 | $ 2,100 |
| 547938 | VERMILION PARISH POLICE JURY | USA | Electricity | 1,000 | 100 | $ 50 |
| 777980 | WASTE CONNECTIONS BAYOU, INC | USA | Waste Management | 3,000 | 300 | $ 150 |
| 700580 | WASTE CORPORATION OF TEXAS | USA | Waste Management | 1,000 | 100 | $ 50 |
| 527675 | WASTE MANAGEMENT, INC | USA | Waste Management | 23,000 | 2,000 | $ 1,000 |
|  |  |  | **Total** | **8,196,000** | **684,300** | **$ 342,150** |