# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| FIELDWOOD ENERGY LLC, *et al.*, § | CASE NO. 20-33948 |
| § | |
| § | |
| DEBTORS[1] § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander Dubose & Jefferson LLP hereby appears as counsel on behalf of Milorad Raicevic and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

    William J. Boyce
    Email: bboyce@adjtlaw.com
    Kevin Dubose
    Email: kdubose@adjtlaw.com

PLEASE TAKE NOTICE that Morrow Sheppard LLP hereby appears as counsel on behalf of Milorad Raicevic and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein, and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

    John D. Sheppard
    Email: jsheppard@morrowsheppard.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated:  September 2, 2020

                Respectfully submitted,

                */s/William J. Boyce*
                William J. Boyce
                bboyce@adjtlaw.com
                Kevin Dubose
                kdubose@adjtlaw.com
                ALEXANDER DUBOSE & JEFFERSON LLP
                1844 Harvard Street
                Houston, Texas 77008
                Telephone: (713) 523-2358
                Facsimile: (713) 522-4553

                */s/John D. Sheppard*
                John D. Sheppard
                Texas Bar No. 24051331
                jsheppard@morrowsheppard.com
                MORROW SHEPPARD LLP
                3701 Kirby Drive, Suite 1000
                Houston, Texas 77098
                Telephone: (713) 489-1206
                Facsimile:  (713) 893-8370

                ATTORNEYS FOR MILORAD RAICEVIC

## CERTIFICATE OF SERVICE

On September 2, 2020, I filed the foregoing electronically through the CM/ECF system.

I hereby certify that on September 2, 2020, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

/s/William J. Boyce  
William J. Boyce