IN THE UNITED STATES BANKRUTPCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| FIELDWOOD ENERGY LLC, *et al.*, | § CASE NO. 20-33948 |
| | § |
| | § |
| DEBTORS[1] | § |

ORDER GRANTING
MILORAD RAICEVIC'S UNOPPOSED MOTION
TO LIFT THE AUTOMATIC STAY
AND ALLOW APPEAL TO PROCEED

Came on for consideration Milorad Raicevic's Unopposed Motion to Lift the Automatic Stay and Allow Appeal to Proceed for cause pursuant to 11 U.S.C. § 362(d)(1). Fieldwood Energy, LLC does not oppose this motion. Having considered the motion and determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1. The automatic stay is lifted for cause under Section 362(d)(1) as requested in Raicevic's motion.

2. The appeal pending as *Raicevic v. Wood Group PSN, Inc., Island Operating Co., LLC and Fieldwood Energy, LLC*, Cause No. 19-40580 in the United States Court of Appeals for the Fifth Circuit, is allowed to proceed to a determination by the Fifth Circuit.

3. Subsequent proceedings, if any, in connection with *Raicevic v. Wood Group PSN, Inc., Island Operating Co., LLC and Fieldwood Energy, LLC*, Cause No. 19-40580 in the United States Court of Appeals for the Fifth Circuit, are allowed to go forward in the district court following the Fifth Circuit's determination.

4. If judgment is rendered in Raicevic's favor, Raicevic is allowed to seek enforcement of a judgment in his favor within the limits of any applicable insurance policies.

Signed _____, 2020

_____
Hon. Marvin Isgur
United States Bankruptcy Judge