**<u>Exhibit B</u>**

**Mintz Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**DECLARATION OF MARK A. MINTZ IN SUPPORT OF
APPLICATION OF DEBTORS FOR AUTHORIZATION TO RETAIN
AND EMPLOY JONES WALKER LLP AS SPECIAL COUNSEL FOR
DEBTORS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Mark A. Mintz, hereby declare as follows:

1.      I am a partner of the firm of Jones Walker LLP ("**Jones Walker**" or the "**Firm**"), with offices located at 210 St. Charles Avenue, Suite 5100, New Orleans, Louisiana 70170 and 811 Main Street, Suite 2900, Houston, Texas 77002, as well as other locations across the United States. There are no disciplinary proceedings pending against me. I am duly admitted to practice law in the State of Louisiana and various federal courts, including, but not limited to, the Southern District of Texas.

2.      I submit this declaration (this "**Declaration**") in support of the Application (the "**Application**") of Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases ("**Chapter 11 Cases**"), as debtors and debtors in possession (collectively, the "**Debtors**"), for authority to employ and retain Jones Walker as special counsel for oil and gas

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

matters ("**Special Counsel**") in the Chapter 11 Cases, effective *nunc pro tunc* to August 3, 2020 (the "**Petition Date**"), at Jones Walker's normal hourly rates in effect from time to time and in accordance with Jones Walker's normal reimbursement policies, in compliance with sections 327(e), 328(a), 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon Jones Walker's completion of further review, or as additional information regarding parties in interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

3.     To the best of my knowledge, after due inquiry, neither Jones Walker nor its professionals hold any interest adverse to the Debtors or their respective estates with respect to the matter for which the firm is to be engaged within the meaning of section 327(e) of the Bankruptcy Code, except as may be set forth herein.

### Jones Walker's Disclosure Procedures

4.     Jones Walker is a full service national law firm with approximately 350 lawyers in 13 offices throughout the United States. Jones Walker provides legal services in virtually every major practice area, including corporate, finance, securities, intellectual property, tax, litigation, and admiralty and maritime law. Jones Walker has several attorneys with practices concentrated on corporate reorganizations, bankruptcy, litigation, oil and gas, and commercial matters. Jones Walker has in the past represented, currently represents, and may in the future

represent entities that are claimants or interest holders of the Debtors in matters unrelated to these Chapter 11 Cases. Some of those entities are, or may consider themselves to be, creditors or parties in interest in these Chapter 11 Cases or otherwise have interests in these cases.

5.      In preparing this Declaration, I used a set of procedures developed by Jones Walker to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**"). Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Jones Walker's connection to such parties:

a.   A list was compiled by the Debtors containing the names of the categories of parties that may have contacts with the Debtors (the "**Retention Checklist**"). A copy of the Retention Checklist is attached hereto as **Exhibit 1**.

b.   I am informed by Weil, Gotshal & Manges LLP ("**Weil**"), proposed attorneys for the Debtors, that it obtained information responsive to the Retention Checklist through several inquiries of the Debtors' senior management and advisors and review of documents provided to Weil by the Debtors. Weil then used that information, together with other information Weil identified, to compile a list of the names of entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**"), which Weil has provided to Jones Walker.

c.   Jones Walker maintains a master client database as part of its conflict clearance and billing records. The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "**Client Database**"). The Client Database includes the names of all current and former clients, the names of the parties who are or were related or adverse to such current and former clients, and the names of the Jones Walker personnel who are or were responsible for current or former matters for such clients. Jones Walker's policy is that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party. Accordingly, the database is updated for every new matter undertaken by Jones Walker. The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.   Jones Walker compared the names of each of the Potential Parties in Interest to the details recorded for client matters in the Client Database. Any matches to names in the Client Database generated by the comparison were compiled, together with the names of the respective Jones Walker personnel responsible for the identified client matters (the "**Client Match List**").

e.   Using information in the Client Database concerning entities on the Client Match List and making general and, if applicable, specific inquiries of Jones Walker personnel, Jones Walker verified that it does not represent and has not represented any entity on the Client Match List in connection with these Chapter 11 Cases.

f.   In addition, a general inquiry was made to all Jones Walker personnel (attorneys and staff) to determine whether any such individuals or any members of their households (i) own any debt or equity securities of the Debtors; (ii) hold a claim against or interest adverse to the Debtors; (iii) are or were officers, directors, or employees of the Debtors or any of the affiliates or subsidiaries; (iv) are related to or have any connections to Bankruptcy Judges in the Southern District of Texas; or (v) are related to or have any connections to anyone working in the Office of the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**").

**Jones Walker's Connections with Parties in
Interest in Matters Unrelated to These Chapter 11 Cases**

6.      Jones Walker compiled responses to the foregoing inquiries for the purpose of preparing this Declaration. Responses to the inquiry described in paragraph 5 above reflect that, as of the Petition Date, no Jones Walker personnel or member of the household of any Jones Walker personnel holds any claims against, stock of, or other interests in the Debtors and that no such individuals held significant employment with the Debtors.[2]

7.      In addition to the foregoing, I have learned that:

a.   Various current Jones Walker attorneys have clerked and/or interned for judges in the Southern District of Texas.

b.   In addition to appearing as counsel in cases in the Southern District of Texas, some Jones Walker attorneys (and members of their immediate families) are active, and some hold leadership positions, in state and local bar activities, participate in continuing legal education activities, have affiliations through

---

[2]      Certain Jones Walker personnel or members of the households of Jones Walker personnel may unknowingly hold stock or other interests in the Debtors in blind accounts, discretionary accounts, or mutual funds.

law school or other organizations, and might have other social interactions in the community that might involve some incidental contact with judges and other personnel of the United States Bankruptcy Court for the Southern District of Texas, the District Court for the Southern District of Texas, the U.S. Trustee for Region 7, or any attorney for or employee of the Office of the U.S. Trustee for Region 7.

Jones Walker began providing legal advice to certain Debtors, specifically Fieldwood Energy LLC, in May 2020 in connection with the Debtors' oil and gas matters, oil and gas regulatory advice, government affairs associated with discussions and negotiations with the Department of the Interior and the Department of Justice, and other matters related to the Debtors' assets. Jones Walker is also currently representing certain of the Debtors with respect to several enforcement defense investigation and matters initiated by the Department of the Interior. As a result of its pre-petition representation of the Debtors, Jones Walker possesses an in-depth knowledge of Debtors' assets and liabilities. Accordingly, I believe Jones Walker is Jones Walker is uniquely situated with the necessary background to address potentially related issues that may arise in the context of the Debtors' Chapter 11 Cases.

### Jones Walker's Disclosure Procedures

8.      Either I, or an attorney working under my supervision, reviewed the connections between Jones Walker and the clients identified on the Client Match List, and the connections between those entities and the Debtors. After such review, either I, or an attorney working under my supervision, determined, in each case, that Jones Walker does not hold or represent an interest that is adverse to the Debtors' or the Debtors' estates with respect to the matters for which Jones Walker is to be engaged.

9.      Although not a conflict of interest, Jones Walker has previously represented, currently represents, and may, in the future, represent the entities (or their affiliates) described below, in matters unrelated to the Debtors and their Chapter 11 Cases. An entity is

7

described as a "**Current Client**" if Jones Walker has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such. An entity is described as a "**Former Client**" if Jones Walker represented such entity or a known affiliate of such entity, but all matters for such entity or any known affiliate of such entity have been formally closed.

10.     Disclosures relating to all other categories on the Retention Checklist, attached hereto as **Exhibit 2**, are the product of implementing the Firm Disclosure Procedures (the "**Disclosure Schedule**"). Jones Walker has not represented, does not represent, and will not represent any entities listed on the Disclosure Schedule in matters directly related to the Debtors or these Chapter 11 Cases.

11.     To the best of my knowledge and information, the annual fees for each of the last two years paid to Jones Walker by any party on the Client Match List or its affiliates did not exceed 1% of the Firm's annual gross revenue.

12.     In addition to the foregoing, through diligent inquiry, I have ascertained no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and Bankruptcy Rule 2014(a), between Jones Walker and (i) the U.S. Trustee or any person employed by the U.S. Trustee, (ii) any attorneys, accountants, or financial consultants in these Chapter 11 Cases, or (iii) any investment bankers who represent or may represent the Debtors, claimants, or other parties in interest in these Chapter 11 Cases, except as set forth herein and on the Disclosure Schedule.

13.     As part of its practice, Jones Walker appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now, or may in the future, represent claimants and other parties in interest

in these cases. Jones Walker has not represented, and will not represent, any such parties in relation to the Debtors or their Chapter 11 Cases. Jones Walker does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

14.     Additionally, Jones Walker has represented, and may currently represent, entities that hold, or may in the future hold, certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties. Because distressed debt is actively traded in commercial markets, Jones Walker may be unaware of the actual holder of such debt at any given moment. Jones Walker also represents numerous entities in unrelated matters that may buy and/or sell distressed debt, claims, or equity interests of chapter 11 debtors. Moreover, from time to time, Jones Walker is engaged by various entities that buy and/or sell distressed debt to analyze the capital structure of a distressed company based on a review of publicly available information. The Firm does not undertake such reviews after it has been engaged to represent any such company, including the Debtors, and does not view any public debt review as an adverse representation to the Debtors. Similarly, Jones Walker may represent creditors/investors of or parties interested in investing in one or more parties in interest in these cases. Jones Walker does not believe these relationships represent interests adverse to the estates.

15.     While the Firm has undertaken and continues to undertake efforts to identify connections with the Debtors and other parties in interest, it is possible that connections with some parties in interest have not yet been identified. Should Jones Walker, through its continuing efforts or as this case progresses, learn of any new connections of the nature described above, Jones Walker will promptly file supplemental declarations, as required by Bankruptcy Rule 2014(a).

### Jones Walker's Connections to Parties-in-interest

16.     Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe Jones Walker does not hold or represent an interest adverse to the Debtors' estates in the matters upon which Jones Walker is to be employed within the meaning of section 327(e) of the Bankruptcy Code.

### Jones Walker's Retainer, Rates, and Billing Practices

17.     Jones Walker is not a creditor of the Debtors. During the 90-day period prior to the Petition Date, Jones Walker received payments and advances from the Debtors in the aggregate amount of $513,723.50 for professional services, including a retainer of $50,000.00. As of the Petition Date, Jones Walker had a remaining balance on retainer of $2,138.37. Jones Walker intends to hold the balance on retainer for services rendered and expenses incurred subsequent to the Petition Date.

18.     Jones Walker intends to charge the Debtors for services rendered in these Chapter 11 Cases at Jones Walker's normal hourly rates in effect at the time the services are rendered. Jones Walker's current customary hourly rates, subject to change from time to time, are $600 to $700 for partners and counsel, $350 to $500 for associates, and $250 for paraprofessionals.

19.     Jones Walker also intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with Jones Walker's normal reimbursement policies, subject to any modifications to such policies that Jones Walker may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**"). Jones Walker's disbursement policies

pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. For example, reimbursable expenses (whether the service is performed by Jones Walker in-house or through a third-party vendor) include fees and expenses for counsel, government fees, search fees, stamp duties, land taxes and other similar taxes, court fees, filing or registration fees, fees for searches of information databases, our accommodation and travel expenses, delivery charges, and costs for teleconferencing facilities, document production services provided on our premises and outsourced document production services (which may include photocopying, scanning, and binding).

20.     No promises have been received by Jones Walker, or any partner, counsel, associate, or other employee of Jones Walker, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines. Furthermore, Jones Walker has no agreement with any other entity to share compensation received by Jones Walker or by such entity.

21.     The Application requests approval of Jones Walker's retention on rates, terms, and conditions consistent with what Jones Walker charges clients other than chapter 11 debtors, namely, prompt payment of Jones Walker's hourly rates, as adjusted from time to time, and reimbursement of out-of-pocket disbursements at cost or based on formulas that approximate the actual cost where the actual cost is not easily ascertainable. Subject to these terms and conditions, Jones Walker intends to apply for allowance of compensation for professional services rendered in these Chapter 11 Cases and for reimbursement of actual and necessary expenses relating thereto, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any other applicable procedures and orders approved by the Court.

**Coordination with Other Professionals for the Debtors**

22.     Jones Walker is aware that the Debtors have submitted, or intend to submit, separate applications to retain, among others: (i) Weil, Gotshal & Manges LLP, as counsel for the Debtors in these Chapter 11 Cases ("**Weil**"); (ii) Prime Clerk LLC, as the Debtors' claims, noticing, and solicitation agent; (iii) Houlihan Lokey Capital, Inc., as investment banker; and (iv) AlixPartners, LLP, as financial advisor. Weil, in conjunction with the Debtors' management, intends to carefully monitor and coordinate the efforts of all professionals retained by the Debtors in the Chapter 11 Cases and will delineate their respective duties so as to prevent duplication of services whenever possible.

**Attorney Statement Pursuant to Fee Guidelines**

23.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Fee Guidelines.

**Question:**     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Response:**     No.

**Question:**     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response:**     No.

**Question:**     If you represented the client in the twelve (12) months pre-petition, disclose your billing rates and material financial terms for the pre-petition engagement, including any adjustments during the twelve (12) months pre-petition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

**Response:**      The Debtors engaged Jones Walker in May 2020. Jones Walker's billing rates have not been adjusted since such engagement.

| Position | 2020 Rate Range |
|---|---|
| Partners | $600 - 700 |
| Associates | $350 - 500 |
| Other Timekeepers | $250 |

Jones Walker's billing rates and material financial terms have not changed post-petition.

**Question:**      Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response:**      Jones Walker is developing a prospective budget and staffing plan for these Chapter 11 Cases. Jones Walker and the Debtors will review such budget following the close of the budget period to determine a budget for the following period.

24.     The foregoing constitutes the statement of Jones Walker pursuant to sections 327(e), 328(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

25.     I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: September 2, 2020

 /s/ Mark A. Mintz
Mark A. Mintz
Partner, Jones Walker LLP

13

## <u>Exhibit 1</u>

**Retention Checklist**

## Exhibit 1 – Retention Checklist

Administrative and Collateral Agents
Bankruptcy Judges and Staff (for the Southern District of Texas)
Banks
Bondholders/Noteholders/ Indenture Trustees
Bonding and Permitting Authorities
Clerk of the Court
Contract & Joint Venture Counterparties
Current Directors
Current Officers
Debtors
Debtors Professionals (law firms, accountants and other professionals)
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Former Officers and Directors (include senior management) and Affiliations
Insurance/Insurance Provider
Known Affiliations of Board Members
Landlords and parties to leases
Lenders (Term/Revolver/Administrative and Collateral Agents)
Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)
Material Royalties in Suspense (Greater than $100,000)
Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)
Members of Any Ad Hoc Committee
Non- Debtor Affiliates/Parent/Subsidiaries
Non-Debtors Professionals (law firms, accountants, and other professionals)
Notice of Appearance Party/Interested Party
Ordinary Course Professionals
Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
Other Potential Parties in Interest
Parties to Material Contracts with the Debtors (>$1 Million in value remaining)
Parties to Material Unexpired Leases with the Debtors (Landlords)
Partnerships (if debtors is a partnership, its general and limited partners)
Regulatory and Government (Federal, State, and Local)
Significant Competitors
Significant Customers
Shareholders/Equity Holders
Sponsors
Surety Bonds
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Third Party Benefits Provider
Top 50 Unsecured Creditors
UCC (Lien Search Results)
Unions (None)
United States Trustee and Staff (Southern District of Texas)
U.S. Attorney's Office (for the Southern District of Texas)
Utility Providers/Utility Brokers
Vendors/Suppliers

## Exhibit 2

**Disclosure Schedule**

**Exhibit 2 – Disclosure Schedule[1]**

| Name of Entity Searched | Name of Entity and/or Related Entity that is a Jones Walker Client or Former Client | Status |
|---|---|---|
| Bandon Oil and Gas GP, LLC<br>Bandon Oil and Gas, LP<br>Davis Offshore Partners, LLC<br>Davis Offshore, L.P<br>Dynamic Offshore Resources NS LLC<br>Fieldwood Energy Inc.<br>Fieldwood Energy Offshore LLC<br>Fieldwood Offshore LLC<br>Fieldwood Managing Member LLC<br>Fieldwood Onshore LLC<br>Fieldwood SD Offsource LLC<br>Fieldwood Energy SP LLC<br>FW GOM Pipeline, Inc<br>GOM Shelf LLC<br>Galveston Bay Pipeline LLC<br>Galveston Bay Pipeline Company<br>Galveston Bay Processing LLC<br>Galveston Bay Processing Corporation<br>SandRidge Onshore, LLC | Fieldwood Energy LLC | *Linked as a related or interested party associated with client Fieldwood Energy LLC in matters unrelated to the Debtors' Chapter 11 cases* |
| | | |
| Fieldwood Energy LLC | Fieldwood Energy LLC | *The Firm has multiple open matters for Fieldwood Energy LLC unrelated to the Debtors' Chapter 11 cases* |
| | | |

---

[1] Jones Walker has not included parties in interest from Exhibit 1 which are adverse or potentially adverse to other clients of the Firm in matters unrelated to the Debtors' Chapter 11 Cases

| | | |
|---|---|---|
| Alliant - Aspen<br>Alliant - Berkley<br>Alliant - Everest Re<br>Alliant - Everest Re /HCCI<br>Alliant - Hanover<br>Alliant - Liberty Mutual<br>Alliant - Philadelphia<br>Alliant - Sirius<br>Alliant - Tokio<br>Alliant - Tokio Marine HCC<br>Alliant - Travelers<br>Alliant – XL Specialty Ins. Co<br>Alliant- Everest Re /HCCI | Alliant Insurance Services, Inc. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Amerada Hess | Hess Corporation | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| American Express | American Express Company | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Apache Corporation Co.<br>Apache Deepwater LLC<br>Apache GOM Pipeline, Inc.<br>Apache Shelf Exploration LLC<br>Apache Shelf, Inc | Apache Shelf, Inc. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Aspen | Aspen Insurance Company, Ltd.<br>Aspen Specialty Insurance Company<br>Aspen Clinic<br>Aspen American Insurance Company<br>Aspen Environmental Land Service<br>Aspen Waste Systems<br>Aspen Products Pipeline LLC<br>Summit Aspen Park Apartments Ltd | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| ABN AMRO Bank, N.V. | ABN AMRO Lease N.V. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| BP America Production Company<br>BP Energy Company | BP America Production Company | *Linked as Firm client, related entity/party, (possible) affiliate or* |

| | | |
|---|---|---|
| BP Exploration & Oil Inc | BP Energy Company (and affiliates)<br>BP Exploration & Oil Inc | *"other" in open matters unrelated to Debtors' Chapter 11 cases* |
| BNP Paribas Trading<br>BBVA Bancomer, S.A. | BNP Paribas (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Berkley Offshore | Berkley Offshore Underwriting<br>Managers Maritime Pilots Services | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Capital One, N.A. | Capital One, N.A. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Chevron Corporation<br>Chevron U.S.A. Inc. | Chevron Industries (and affliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| ConocoPhillips Company | ConocoPhillips Company | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| David M. Leuschen | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Department of Homeland Security | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Deutsche Bank AG<br>Deutsche Bank AG New York Branch<br>Deutsche Bank Commodities | Deutsche Bank AG (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Dynamic Industries, Inc.<br>Dynamic Energy Services International LLC | Dynamic Industries, Inc.<br>Dynamic Energy Services International LLC | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| ENI<br>ENI Petroleum US LLC | ENI US Operating Co. Inc. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| EOG Resources, Inc. | EOG Resources, Inc. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or* |

| | | *"other" in open matters unrelated to Debtors' Chapter 11 cases* |
|---|---|---|
| Everest Re | Everest Re Group Ltd. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Evergreen National Indemnity Company | Republic Services, Inc. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Exterran Energy Solutions, L.P. | Exterran Energy Solutions, L.P. | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Goldman Sachs & Co. LLC | Goldman Sachs & Co. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Hanover Insurance Company | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Houston Casualty Company | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| J.P. Morgan Chase Bank, N.A. JPMorgan Chase Bank, N.A | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Martin Energy Services LLC | Martin Energy Services LLC (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| McMoran Oil & Gas, LLC[2] | Freeport-McMoran, Inc. (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |

---

[2] Jones Walker LLP previously represented and advised McMoRan Oil & Gas, LLC ("McMoRan") regarding certain decommissioning obligations pertaining to the Chapter 7 bankruptcy case captioned as In re Hoactzin Partners, L.P ("Hoactzin"), Case No. 19-33545, in the United States Bankruptcy Case for the Northern District of Texas, Dallas Division. Fieldwood Energy is represented by separate counsel (Buck Kennan LLP) in the Hoactzin chapter 7 bankruptcy case. Out of an abundance of caution, Randy W. Williams of the law firm of Byman & Associates PLLC assumed the representation of McMoRan in the Hoactzin Chapter 7 bankruptcy case after the Petition Date, and Jones Walker is no longer involved in such representation of McMoRan. Jones Walker, however, continues to represent McMoRan in a number of matters that are unrelated to the Debtors.

| | | |
|---|---|---|
| Northwestern Mutual Life Insurance Company | Northwestern Mutual Life Insurance Company | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| ORX Resources, L.L.C | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Patrick Eiland | | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| PHI, Inc. | PHI, Inc. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Seismic Exchange, Inc. ("SEI") | Seismic Exchange, Inc. (and affiliates) | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| US Bank N.A | US Bank N.A | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| Wilmington Trust, N.A. | Wilmington Trust, N.A | *Linked as Firm client, related entity/party, (possible) affiliate or "other" in open matters unrelated to Debtors' Chapter 11 cases* |
| | | |
| Acadian Contractors, Inc. | | *Linked as former client, related entity or party in closed unrelated matter* |
| Beryl Oil & Gas GP LLC | | *Linked as former client, related entity or party in closed unrelated matter* |
| Berkley Insurance Company | Berkley Travel Insurance | *Linked as former client, related entity or party in closed unrelated matter* |
| Black Elk Energy Offshore Operations Black Elk Energy Offshore | Black Elk Energy Offshore Operations LLC | *Linked as former client, related entity or party in closed unrelated matter* |
| Buckeye Partners, L.P. | Buckeye Partners, L.P. | *Linked as former client, related entity or party in closed unrelated matter* |

| | | |
|---|---|---|
| Dynamic Offshore Resources, LLC | Dynamic Offshore Resources, LLC | *Linked as former client, related entity or party in closed unrelated matter* |
| Endurance American Insurance | Endurance American Specialty Insurance | *Linked as former client, related entity or party in closed unrelated matter* |
| Foothill Capital Corporation | Foothill Capital Corporation | *Linked as former client, related entity or party in closed unrelated matter* |
| Hunt Oil Company. | Hunt Consolidated, Inc. | *Linked as former client, related entity or party in closed unrelated matter* |
| Gary Mitchell | | *Linked as former client, related entity or party in closed unrelated matter* |
| Green Earth Fuels, LLC | | *Linked as former client, related entity or party in closed unrelated matter* |
| G.M. McCarroll | | *Linked as former client, related entity or party in closed unrelated matter* |
| J. Aron & Company | J. Aron & Company | *Linked as former client, related entity or party in closed unrelated matter* |
| John H. Smith | | *Linked as former client, related entity or party in closed unrelated matter* |
| John Nicholson | | *Linked as former client, related entity or party in closed unrelated matter* |
| JX Nippon Oil Exploration (USA) Limited | Nippon Oil Explorations (USA) Limited | *Linked as former client, related entity or party in closed unrelated matter* |
| Linear Controls, Inc | Linear Controls, Inc | *Linked as former client, related entity or party in closed unrelated matter* |

| | | |
|---|---|---|
| Louisiana Department of Natural Resources | | *Linked as former client, related entity or party in closed unrelated matter* |
| Louisiana Safety Systems, Inc. | Louisiana Safety Systems, Inc. | *Linked as former client, related entity or party in closed unrelated matter* |
| Magnum Hunter Resources | | *Linked as former client, related entity or party in closed unrelated matter* |
| Mississippi Department of Marine Resources | | *Linked as former client, related entity or party in closed unrelated matter* |
| Noble Energy<br>Noble Energy, Inc. | Noble Energy Inc. | *Linked as former client, related entity or party in closed unrelated matter* |
| ORX Exploration, Inc. | | *Linked as former client, related entity or party in closed unrelated matter* |
| Philadephia Indemnity Insurance Company | | *Linked as former client, related entity or party in closed unrelated matter* |
| Riverstone Holdings LLC | | *Linked as former client, related entity or party in closed unrelated matter* |
| RLI<br>RLI Insurance Company | RLI Transportation | *Linked as former client, related entity or party in closed unrelated matter* |
| Richard Black | | *Linked as former client, related entity or party in closed unrelated matter* |
| Pierre F. Lapeyre Jr. | | *Linked as former client, related entity or party in closed unrelated matter* |

| | | |
|---|---|---|
| SOMPO International | SOMPO International | ***Linked as former client, related entity or party in closed unrelated matter*** |
| TDC Energy, LLC | TDC, LLC | ***Linked as former client, related entity or party in closed unrelated matter*** |
| | | |
| A. Hak inTANK Services LLC | A. Hak Industrial Services US, LLC | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Abaco Energy Technologies LLC | Abaco Energy Technologies Holdings LLC | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| American Eagle Logistics, LLC | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Anadarko | Anadarko Petroleum Corp | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| AXA | AXA Equitable Life Insurance Company (and affiliates) | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Belden & Blake Corp. | TPG Specialty Lending, Inc. | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Berkshire Hathaway Specialty Insurance | Berkshire Hathaway Specialty Insurance | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Beryl Oil and Gas LP | | ***Linked as (possible) affiliate, party, or "other" in matter for*** |

| | | |
|---|---|---|
| | | ***another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Cardinal Services | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Carlyle/Riverstone Global Energy and Power Fund II, L.P. Carlyle/Riverstone Global Energy and Power Fund III, L.P. | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |

| | | |
|---|---|---|
| Catapult Exploration, L.L.C<br>Catapult Exploration, LLC | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| CDM Resource Management LLC | Energy Transfer Partners | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Coastal Chemical Co., LLC | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Cobalt International Energy, Inc. | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Coldren Resources GP LLC | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Credit Suisse | Credit Suisse (and affiliates) | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| DLJ Merchant Banking Partners | Credit Suisse (and affiliates) | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client*** |

| | | |
|---|---|---|
| | | *unrelated to Debtors' Chapter 11 Cases* |
| Davis Petroleum Acquisition Corp. | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Dresser, Inc. | General Electric Company | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Energy XXI GOM, LLC Energy XXI Onshore, LLC | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| EP Energy LLC | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Ensco Offshore Company | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Enterprise Gas Processing, LLC | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Frontier Drilling ASA | | *Linked as (possible) affiliate, party, or* |

| | | |
|---|---|---|
| | | ***"other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Gulf Crane Services | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Houlihan Lokey Capital, Inc. | Noble Drilling, Inc. | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Hudson Products Corp. | McDermott Incorporated (and affiliates) | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| HCC International Insurance Company PLC | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| Ironshore Europe Limited Ironshore Indemnity Company Ironshore Specialty Insurance Company | Liberty Mutual Insurance (and affiliates) | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |
| John Pritchett | | ***Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases*** |

| | | |
|---|---|---|
| Kinder Morgan Kansas, Inc. | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Lexon Insurance Company | Lexon Surety Group LLC | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Liberty Mutual Insurance Company<br>Liberty Mutual Europe | Liberty Mutual Insurance (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Manta Ray Offshore Gathering Company L.L.C. | Manta Ray Offshore Gathering Company, LLC (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Marathon Oil Company | Marathon Petroleum (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| N. John Lancaster, Jr. | Guaranty Income Life Insurance Co. | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| National Marine Fisheries Services | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client* |

| | | |
|---|---|---|
| | | *unrelated to Debtors' Chapter 11 Cases* |
| Palace Exploration Company | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Shell Offshore, Inc. | Shell Oil Company (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Simpson Thacher & Bartlett LLP | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| SPN Resources, LLC | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Thompson & Knight LLP | | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Tokio Marine | Tokio Marine Specialty Insurance Co. (and affiliates) | *Linked as (possible) affiliate, party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Travelers | Travelers (and affiliates) | *Linked as (possible) affiliate, party, or* |

| | | |
|---|---|---|
| | | *"other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Union Oil Company | Union Oil Company of California | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Weil, Gotshal & Manges LLP | | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Williams Companies (Gulfstar One LLC) | The Williams Companies, Inc. (and affiliates) | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| XL Specialty Insurance Company | CIBCO Barge Line, LLC | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| XTO Offshore, Inc. | ExxonMobil Corporation | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |
| Zurich American | Zurich North America (and affiliates) | *Linked as (possible) affiliate,  party, or "other" in matter for another Firm client unrelated to Debtors' Chapter 11 Cases* |