**<u>Exhibit B</u>**

**Castellano Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.,*** | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**DECLARATION OF JOHN CASTELLANO IN SUPPORT OF APPLICATION
OF DEBTORS FOR AUTHORITY TO EMPLOY AND RETAIN
ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO
THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, John Castellano, hereby declare as follows:

1.      I am a Managing Director at AlixPartners, LLP ("**AlixPartners**"), a leading global business advisory firm with a place of business at 909 Third Avenue, New York, NY 10022.

2.      I submit this declaration (the "**Castellano Declaration**") in support of the *Application of Debtors for Authority to Employ and Retain AlixPartners, LLP as Financial Advisor to the Debtors Effective as of the Petition Date* (the "**Application**").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.

3.      To the extent any information disclosed herein requires amendment or modification upon my completion of further review or as additional information becomes available

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

to me, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## AlixPartners' Qualifications

4.     AlixPartners is well qualified to provide financial advisory services in light of its knowledge of the Debtors and the industry in which the Debtors operate, and its experience in providing financial and restructuring advisory services in large, complex chapter 11 cases. AlixPartners performs an array of restructuring advisory, financial, tax, and consulting services for companies throughout the oil and gas industry and has an intimate understanding of the economic, regulatory, operational, strategic, and financial factors that drive the oil and gas industry and related businesses.   This expertise ideally positions AlixPartners to advise the Debtors' management and other professionals in connection with the Debtors' operations and to assist with the myriad issues that may arise in these chapter 11 cases.

5.     AlixPartners specializes in turnaround consulting, operational due diligence, complex financial reporting, creditor advisory services, tax advisory services, and financial and operational restructuring, among other things.   The Debtors understand that AlixPartners has a particular expertise in the oil and gas industry and geographies in which the Debtors operate.  AlixPartners' prior experience includes a wide range of activities and services targeted at crisis management, restructuring, stabilizing, and improving a company's financial position, including, among others: providing executive leadership to financially distressed companies; developing or validating forecasts, business plans and related assessments of a business's strategic position; monitoring and managing cash, cash flow and supplier relationships; assessing and recommending cost reduction strategies; and designing and negotiating financial restructuring packages.  In the past, AlixPartners has provided interim management, restructuring advisory services and/or strategic advice to companies of similar size to the Debtors, as well as

creditors, investors and other parties in interest in matters such as, among others: *In re Intelsat S.A.*, No. 20-32299 (KLP) (Bankr. E.D. Va. July 6, 2020); *In re J. C. Penney Co., Inc.*, No. 20-20182 (DRJ) (Bankr. S.D. Tex. July 2, 2020); *In re Aldrich Pump LLC*, No. 20-30608 (JCW) (Bankr. W.D.N.C. June 18, 2020); *In re Chinos Holdings, Inc.*, No. 20-32181 (KLP) (Bankr. E.D. Va. May 28, 2020); *In re LSC Commc'ns, Inc.*, No. 20-10950 (SHL) (Bankr. S.D.N.Y. May 12, 2020); *In re Tri-Point Oil & Gas Prod. Sys., Inc.*, No. 20-31777 (DRJ) (Bankr. S.D. Tex. Apr. 25, 2020); *In re Sheridan Holding Co. I, LLC*, No. 20-31884 (MI) (Bankr. S.D. Tex. Apr. 24, 2020); *In re Alta Mesa Res., Inc.*, No. 19-35133 (MI) (Bankr. S.D. Tex. Apr. 21, 2020); *In re Sheridan Holding Co. II, LLC*, No. 19-35198 (MI) (Bankr. S.D. Tex. Oct. 21, 2019); *In re Hexion Holdings LLC*, No. 19-10684 (KG) (Bankr. D. Del. May 1, 2019); *In re Ditech Holding Corp.*, No. 19-10412 (JLG) (Bankr. S.D.N.Y. Mar. 25, 2019); *In re David's Bridal, Inc.*, No. 18-12635 (LSS) (Bankr. D. Del. Dec. 18, 2018); *In re The Bon-Ton Stores, Inc.*, No. 18-10248 (MFW) (Bankr. D. Del. Mar. 6, 2018); *In re Mem'l Prod. Partners*, No. 17-30262 (MI) (Bankr. S.D. Tex. Feb. 27, 2017); *In re Linn Energy*, No. 16-60040 (DRJ) (Bankr. S.D. Tex. Jun. 27, 2016); *In re C&J Energy Servs.*, No. 16-33590 (DRJ) (Bankr. S.D. Tex. Sept. 2, 2016); *In re Aspect Software Parent, Inc.*, No. 16-10597 (MFW) (Bank D. Del. Apr. 22, 2016); *In re SH130 Concession Co., LLC*, No. 16-10262 (TMD) (Bank. W.D. Tex. Apr. 14, 2016); *In re Paragon Offshore PLC*, No. 16-10386 (CSS) (Bank. D. Del. Apr. 5, 2016); *In re Ryckman Creek Res., LLC*, No. 16-10292 (KJC) (Bankr. D. Del. Feb. 9, 2016); *In re Walter Energy, Inc.*, No. 15-02741 (TOM) (Bankr. N.D. Ala. Sept. 8, 2015); *In re Molycorp Inc.*, No. 15-11362 (CJS) (Bankr. D. Del. Jul. 17, 2015); *In re ERG Intermediate Holdings, LLC*, No. 15-31858 (HDH) (Bankr. N.D. Tex. Jun. 11, 2015); and *In re Altegrity, Inc.*, No. 15-10226 (LSS) (Bankr. D. Del. Mar. 16, 2015).

6.     In addition, since approximately May 15, 2020, AlixPartners has provided services to the Debtors in connection with their restructuring efforts. In providing such prepetition professional services to the Debtors, AlixPartners has become familiar with the Debtors and their businesses, including the Debtors' financial affairs, debt structure, operations and related matters. Having worked closely with the Debtors' management and their other advisors, AlixPartners has developed relevant experience and expertise regarding the Debtors that will assist it in providing effective and efficient services in these chapter 11 cases.

7.     For these reasons, I believe that AlixPartners is well qualified and uniquely suited to act as financial advisor to the Debtors.

### Scope of Services

8.     Prior to the Petition Date, the Debtors, Weil, Gotshal & Manges LLP, and AlixPartners entered into the Engagement Letter, which governs the relationship among them.  The terms and conditions of the Engagement Letter were negotiated between the Debtors and AlixPartners and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.  Subject to further order of the Court, AlixPartners may provide the services described in the Engagement Letter as AlixPartners and the Debtors shall deem appropriate and feasible to advise the Debtors in the course of these chapter 11 cases, including, but not limited to, the following (the "**Services**"):

- Assist the Debtors with development of contingency plans and financial alternatives in the event an out-of-court restructuring cannot be achieved.

- Assist the Debtors with their communications and/or negotiations with outside parties including the Debtors' vendors, stakeholders, banks and potential acquirers of Debtors' assets.

- Review the Debtors' rolling 13-week cash receipts and disbursements forecasting tool designed to provide on-time information related to the Debtors' liquidity.

4

- Assist the Debtors in the design and implementation of a restructuring strategy designed to maximize enterprise value, taking into account the unique interests of all constituencies.

- Assist the Debtors with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

9.     When necessary, the individuals working on this matter (the "**AlixPartners Personnel**") will be assisted by or replaced by professionals at various levels.

10.     To the extent that AlixPartners uses the services of independent contractors (the "**Independent Contractors**") in these chapter 11 cases, AlixPartners will (i) pass-through the cost of such Independent Contractors to the Debtors at the same rate that AlixPartners pays the Independent Contractors; (ii) ensure that the Independent Contractors review the list of interested parties; and (iii) coordinate with the Independent Contractors to file with the Court any such disclosures required by Bankruptcy Rule 2014.

### No Duplication of Services

11.     The services provided by AlixPartners will complement, and not duplicate, the services to be rendered by any professional retained in these chapter 11 cases.

### Professional Compensation

12.     AlixPartners will be paid by the Debtors for the Services in accordance with the terms and conditions set forth in the Engagement Letter (the "**Fee and Expense Structure**"). Subject to approval by the Court, the Debtors propose to (i) compensate AlixPartners for the services set forth in the Engagement Letter on an hourly basis in accordance with AlixPartners' ordinary and customary rates in effect on the date such services are rendered, and (ii) reimburse actual and necessary costs and expenses incurred by AlixPartners in connection with all services performed on behalf of the Debtors.

13.     In accordance with the terms of the Engagement Letter, the current hourly rates for the AlixPartners Personnel are within the following ranges:

| Title | Hourly Rate |
|---|---|
| Managing Director | $1,000 - $1,195 |
| Director | $800 - $950 |
| Senior Vice President | $645 - $735 |
| Vice President | $470 - $630 |
| Consultant | $175 - $465 |
| Paraprofessional | $295 - $315 |

14.     In the normal course of business, AlixPartners may periodically adjust its billing rates.  Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

15.     In addition to compensation for professional services rendered by AlixPartners Personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses incurred in connection with these chapter 11 cases, including but not limited to transportation costs, lodging, and meals.

16.     To the extent that AlixPartners requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

17.     There is no agreement or understanding between AlixPartners and any nonaffiliated person or entity for sharing compensation received, or to be received, for services rendered in connection with the Debtors' chapter 11 cases.  The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms that render similar services under similar circumstances.  I believe that the Fee

and Expense Structure is reasonable, market-based, and designed to compensate AlixPartners fairly for its work and to cover fixed and routine overhead expenses.

18.      AlixPartners received a retainer in the amount of $125,000 from the Debtors (the "**Retainer**").  According to AlixPartners' books and records, during the 90-day period prior to the Petition Date, the Debtors paid AlixPartners $1,333,284.00 in aggregate for professional services performed and expenses incurred, including advanced payments of $167,000 and the Retainer.

19.      Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior to, and subsequent to, the Petition Date, AlixPartners may have incurred fees and reimbursable expenses that relate to the prepetition period which remain unpaid.  Approval is sought from this Court for AlixPartners to apply the Retainer to these amounts.  Upon the entry of the Proposed Order approving the relief requested herein, the Debtors will not owe AlixPartners any sums for prepetition services.

20.      Any balance of the Retainer will constitute an evergreen retainer as security for postpetition services and expenses.

## Indemnification

21.      The Engagement Letter contains standard indemnification language with respect to AlixPartners' services, including, without limitation, an agreement by the Debtors to indemnify AlixPartners and its affiliates, partners, directors, officers, employees and agents (each, an "**AlixPartners Party**" and collectively, the "**AlixPartners Parties**") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Engagement Letter (the "**Indemnification Provisions**").  The foregoing indemnification obligations shall not apply in the event that a court of competent jurisdiction finally determines that such claims, losses, expenses and damages

resulted from the willful misconduct, bad faith, gross negligence or actual fraud of an AlixPartners Party.

22.     I believe that the Indemnification Provisions contained in the Engagement Letter, as modified by the Proposed Order, are customary and reasonable. The terms and conditions of the Indemnification Provisions were negotiated by the Debtors and AlixPartners at arm's length and in good faith. I believe that this Court should approve the indemnification provisions as set forth in the Engagement Letter and as modified by the Proposed Order.

### AlixPartners' Disinterestedness

23.     In connection with its proposed retention by the Debtors in these chapter 11 cases, AlixPartners undertook a lengthy review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, AlixPartners obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases ("**Potential Parties in Interest**").  A list was compiled by the Debtors containing the names of the categories of parties that may have contacts with the Debtors (the "**Retention Checklist**").  A copy of the Retention Checklist is attached hereto as **Schedule 1**.  A search was performed for connections to the Potential Parties in Interest as to AlixPartners Holdings, LLP ("**Holdings**"), AlixPartners' parent company, and each of Holdings' U.S. and non-U.S. subsidiaries.  Results are disclosed for connections to Potential Parties in Interest.  In addition, an email is sent to all of their professionals inquiring of any potential.

24.     Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest for AlixPartners with regard to the Debtors.  Unless otherwise noted, references to AP below

collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries.

AlixPartners wishes to disclose the following:

The equity capital of Holdings is owned individually by: (i) the Managing Directors of AlixPartners; (ii) Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other affiliates of Jay Alix (collectively the "**Lakeview Parties**"); (iii) affiliates of each of (a) Caisse de dépôt et placement du Québec ("**CDPQ**"), (b) Investcorp Bank B.S.C. ("**IVC**"), and (c) Public Sector Pension Investment Board ("**PSP Investments**"); and (iv) other individuals and trusts.  Neither CDPQ, nor IVC, nor the Lakeview Parties, nor PSP Investments (collectively, the "**Investors**"), nor any Managing Director, other individual or trust separately owns a majority of the equity capital of Holdings directly or indirectly or separately controls the Boards of either Holdings or AlixPartners.  None of the Investors own any of the bank or other debt of AlixPartners.

CDPQ is an institutional investor that manages funds primarily on behalf of a number of Quebec-based public pension and insurance plans.  As one of Canada's leading institutional fund managers, CDPQ invests globally in major financial markets, private equity, infrastructure and real estate.

Investcorp is a leading global provider and manager of alternative investment products.

The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

PSP Investments is a Canadian Crown corporation established in 1999 to manage employer and employee contributions made after April 1, 2000 to the Canadian Federal Public Service, the Canadian Forces and the Royal Canadian Mounted Police pension funds.  It is also responsible for contributions made after March 1, 2007 to the Canadian Reserve Force Pension Fund.  PSP Investments manages a diversified global portfolio composed of investments in public financial markets, private equity, infrastructure, natural resources, real estate and private debt.

Designees of the Investors or their subsidiaries serve as some of the members of the Boards of Directors of each of AlixPartners and Holdings (collectively, the "**Boards**").  In addition to their investments in Holdings, all of the Investors have substantial investments unrelated to AP.  Accordingly, as a precautionary matter, AP maintains information barriers designed to prevent confidential client information, including the names of clients likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors has been or will be furnished by AP to the Investors, the InvestCos (as defined below) or their Board designees, and AP will continue to abide by its confidentiality obligations to the Debtors. AP operates independently of the Investor Conflicts Parties (as defined below), and does

not share employees, officers or other management with any such Investor Conflicts Parties (as defined below). AP and each of the Investor Conflicts Parties have separate offices in separate buildings, use separate Internet email addresses, and do not otherwise share IT systems. No personnel of the Investor Conflicts Parties work on AlixPartners client matters or have access to AlixPartners client information or client files or client personnel. No AP executive or employee is a director, officer or employee of any Investor. Each Investor is governed by its own board of directors or similar body and managed by its own management team. Each Investor is independent of each other Investor.

AlixPartners has searched the names of the Debtors and the list of Potential Parties in Interest against the names of (i) the Investors, (ii) the subsidiaries of the Investors that either hold a direct position in Holdings or hold a direct position in the entity that holds a direct position in Holdings (collectively, the "**InvestCos**"), and (iii) the subsidiaries of the Investors that hold, directly or indirectly, positions in the respective InvestCos. In addition, AlixPartners has searched and/or will request each Investor to search the names of the Debtors against the companies that the InvestCos have a direct greater than 10% investment in (collectively, with (i) – (iii) the "**Investor Conflicts Parties**"). AlixPartners has determined, to the best of its knowledge based solely on that search, that there are no connections with the Investor Conflicts Parties that require disclosure other than as noted herein. Because of the information barriers described above, the sheer size of the investment portfolios of the Investor Conflicts Parties, and any applicable securities laws, prior to the Petition Date, AlixPartners was unable to further investigate any potential or actual connections between the Investor Conflicts Parties and the Debtors and the Potential Parties in Interest. To the extent any potential or actual connections are discovered after the Petition Date, if there exists a material connection, AlixPartners will promptly supplement this disclosure. Notwithstanding the foregoing, AlixPartners' conflicts check did not and will not extend to entities owned by mutual funds in which an Investor Conflicts Party has an interest; entities owned by separate accounts managed by non-affiliates for an Investor Conflicts Party; entities owned by private equity funds in which an Investor Conflicts Party has a limited partnership interest managed by non-affiliates (even though the particular Investor Party may be represented on the limited partner advisory board or investor committee and even though the particular Investor Conflicts Party may have a passive interest in the general partner); entities where any of the Investor Conflicts Parties serves as general partner or investment manager holding interests representing, directly or indirectly, 10% or less. Nor does it or will it necessarily include indirect investments, such as businesses owned or investments made by an Investor Conflicts Party's portfolio company(ies), or passive investments held or managed by any of the Investor Conflicts Parties. In addition, because of the sheer size of the investments of the Investors and their respective affiliates and subsidiaries, except as described herein, AlixPartners' conflicts check did not and it will not necessarily include any other affiliates or subsidiaries owned, directly or indirectly, by each Investor, or any investments made by such other affiliates or subsidiaries, nor will it include, to the extent applicable, any depositors of the Investors.

Although AlixPartners has performed a conflicts check of the Investor Conflicts Parties as set forth above, as a result of, among other things, the sheer size of the investments of the Investor Conflicts Parties, one or more of the Investor Conflicts Parties may, in the ordinary

course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or Potential Parties in Interest and/or may trade debt and/or equity securities in the Debtors and/or Potential Parties in Interest.  In addition, one or more of the Investor Conflicts Parties may also have had, currently have, or may in the future have business relationships or other connections with the Debtors or other Potential Parties in Interest. To the extent AlixPartners learns of material business relationships or other material connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investor Conflicts Parties may have with the Potential Parties in Interest, the Debtors and their affiliates, or these chapter 11 cases.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these chapter 11 cases.  Based on, among other things, the business separation between each of the Investor Conflict Parties and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "**Term Loans**"), as well as a Revolving Credit Facility.

Deutsche Bank serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors.  Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "**Fund Managers**") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors.   The identities of the investors in the pools cannot be ascertained by AlixPartners.  The Term Loans are actively traded.  Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly.  On a monthly basis, AlixPartners reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases.  As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of either the US-denominated or Euro-denominated Term Loans.  In the event that any entity accumulates a 10% or greater interest in either the US-denominated or Euro-denominated Term Loans, AlixPartners will disclose the name of such entity.

The participants in the Revolving Credit Facility are Bank of America, N.A., Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, Jeffries Finance LLC and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("**IRS**") is a current and former AP client in matters unrelated to the Debtors. The IRS is a vendor, adverse party, professional in interest, related party, litigation party, and taxing authority to current and former AP clients in matters unrelated to the Debtors. The IRS is a former employer of current AP employees.

- The United States Department of Justice ("**DOJ**"), including the United States Attorney General's Office, is a current and former AP client in matters unrelated to the Debtors. The DOJ has also been an adverse party and customer to current and former AP clients in matters unrelated to the Debtors.

- AP follows a practice to solicit from the members of its board of directors and employees their personal and/or independent connections to the parties in interest list. In response, one of AP's board members has offered the following disclosures:

    o Bank of America is a lender to an affiliate of one of AP's board members.

    o Cadwalader, Wickersham & Taft LLP provides legal services to an affiliate of an AP board member in matters unrelated to the Debtors.

    o Holland & Knight provides legal services to an affiliate of an AP board member in matters unrelated to the Debtors.

    o One of AP's board members, individually and/or though his personal affiliations, is involved in a litigation matter pending in various courts including the US Bankruptcy Court for the Southern District of Texas against McKinsey & Co. ("**McKinsey Litigation**"). AP is not a party to any of the McKinsey Litigation.

- ABN Amro Bank N.V., a cash management and non-debtor bank to the Debtors, and affiliates ("**ABN**") are shareholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. ABN is a current AP client in matters unrelated to the Debtors.

- Accountemps, a vendor/supplier to the Debtors, is a vendor to AP.

- Adams and Reese LLP, an ordinary course professional to the Debtors, are professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- ADP LLC, a third-party benefits provider to the Debtors, and affiliates ("**ADP**") are professionals to current AP clients in matters unrelated to the Debtors. ADP is a former employer of current AP employees. ADP is a vendor to AP.

- Advantage Resourcing, a vendor/supplier to the Debtors, is a vendor to AP.

- AEGIS, an insurance/insurance provider to the Debtors, and affiliates ("**AEGIS**") are litigation parties, shareholders and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.  AEGIS is a current AP client in matters unrelated to the Debtors.

- Aegon Asset Management, a lender and secured debt holder to the Debtors, and affiliates ("**Aegon**") are bondholders and adverse litigation parties to current AP clients in matters unrelated to the Debtors.  Aegon is a vendor to AP.

- AG Global Canada, L.P., a known affiliation of board members to the Debtors, is an affiliate of a current AP client.

- AGF Floating Rate Income Fund c/o Eaton Vance Management, a shareholder/equity holder to the Debtors, is a director-affiliated company and bondholder to current and former AP clients in matters unrelated to the Debtors.

- AIG, AIG (Illinois National Insurance Company), and AIG Oil Rig (Houston), insurance/insurance providers/surety bond parties to the Debtors, and affiliates ("**AIG**") are adverse litigation parties, director-affiliated companies, shareholders, and litigation parties to current and former AP clients in matters unrelated to the Debtors.  AIG is a current and former AP client in matters unrelated to the Debtors.  AIG is a former employer of a current AP employee. Illinois National Insurance Company is a former insurance provider to AP and former litigant against AP.

- Air Liquide Large Industries U.S. LP, a significant customer to the Debtors, is a lienholder and litigation party to current AP clients in matters unrelated to the Debtors.

- Alabama Department of Revenue, a taxing authority to the Debtors, is a vendor to AP.

- Alliant, Inc., Alliant Insurance Services, Inc., Alliant - HCCI, Alliant - Berkley, and Alliant - Aspen, insurance/insurance providers/surety bond parties, vendors/suppliers, and a top 50 creditor to the Debtors, and affiliates ("**Alliant**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Alston & Bird LLP, an ordinary course professional and vendor to Debtors, ("**Alston & Bird**") is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Alston & Bird is a current and former AP client in matters unrelated to the Debtors.

- Amerada Hess Corporation and Amerada Hess, other potential parties in interest, significant competitors, and contract & joint venture counterparties to the Debtors, are significant shareholders to current and former AP clients in matters unrelated to the Debtors.

- American Bureau of Shipping, a regulatory and governmental authority to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors.

- American Express, a cash management & non-debtor bank to the Debtors, and affiliates ("**AMEX**") are adverse litigation parties and vendors to current and former AP clients in matters unrelated to the Debtors. AMEX is a member of the UCC represented by AP in Aegean Marine, a former bankruptcy matter unrelated to the Debtors. AMEX is a former employer of current AP employees. AMEX is a vendor to AP which includes an incentive program based on value but is not attributed to any particular person or any specific purchases.

- American Stock Transfer & Trust Company LLC, a vendor/supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Anadarko Petroleum Corporation and Anadarko US Offshore LLC, contract & joint venture counterparties, surety bond party in interest, significant competitors, top 50 unsecured creditors, UCC party, and affiliates ("**Anadarko**") are adverse litigation parties and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.

- Anco Insurance Services of Houston, Inc, an insurance/insurance provider/surety bonds to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Andrews Kurth Kenyon LLP ("**Andrews Kurth**"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Andrews Kurth is a current and former AP client in matters unrelated to the Debtors.

- ANR Pipeline Company, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Aon Risk Services, a vendor/supplier to the Debtors, and affiliates ("**Aon**") are bondholders, litigation parties, adverse litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors. Aon is a current and former AP client in matters unrelated to the Debtors.  Aon is a former employer of current AP employees. Aon is a vendor to AP.

- Apache, Apache Corporation, Apache Corporation Co., Apache Deepwater LLC, Apache GOM Pipeline, Inc., Apache Shelf Inc., Apache Shelf, and Apache Shelf Exploration LLC, known affiliations of board members, contract & joint venture counterparties, surety bonds, landlords and parties to leases, other potential parties in interest, significant customers, vendors/suppliers, and debtors' trade names and aliases to the Debtors, and affiliates ("**Apache**") are lessors, affiliates, adverse litigation parties, and litigation parties to a current and former AP clients in matters unrelated to the Debtors.

14

- aPriori Capital Partners L.P, a known affiliation of board members to the Debtors, is a director-affiliated company to a current AP client in a matter unrelated to the Debtors.

- Archrock Services, LP ("**Archrock**"), a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors. Archrock is a member of the UCC represented by AP in EP Energy Corporation, a current bankruptcy matter unrelated to the Debtors.  Archrock is a former client of AP.

- Argo, an insurance/insurance provider/surety bonds to the Debtors, and affiliates are bondholders, lenders, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Argus Media, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- Arrowood Indemnity Company and Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity, shareholders/equity holders to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Ascende Inc., a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC, a shareholder/equity holder to the Debtors, is a lienholder to former AP clients in matters unrelated to the Debtors.

- Ascot Syndicate 1414 at Lloyd, an insurance/insurance provider to the Debtors, and affiliates are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Ash Limited, a vendor/supplier to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- Aspen American Insurance Company (through Alliant), an insurance/insurance provider and litigation counterparty to the Debtors, and affiliates are litigation parties, bondholders, lessors, and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.

- AT&T Corp., a utility provider/utility broker to the Debtors, and affiliates ("**AT&T**") are director-affiliated companies, adverse litigation parties, litigation parties, lessors, joint venture parties, and related parties to current and former AP clients in matters unrelated to the Debtors. AT&T is a current and former AP client in matters unrelated to the Debtors. AT&T is a member of the UCC in Windstream Holdings, Inc. and Fusion Connect, Inc., former and current bankruptcy matters unrelated to the Debtors. AT&T is a former employer of a current AP employee. AT&T is a vendor to AP.

- AXA XL, an insurance/insurance provider/surety bond party to the Debtors, and affiliates are adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- AXIS, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Axis**") are professionals to former AP clients in matters unrelated to the Debtors. Axis is an insurance provider to AP.

- AZL Blackrock Global Allocation Fund, a shareholder/equity holder to the Debtors, is an adverse litigation party and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Babson Capital Management (Barings), a lender to the Debtors, are limited partners, bondholders, lessors, and significant shareholders to current and former AP clients in matters unrelated to the Debtors.

- Barker, Donelson, Bearman, Caldwell, Berkowit & Tafat, an ordinary course professional and vendor to the Debtors, is a professional, adverse litigation party and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Baker Hughes Oilfield Operations Inc., a top 50 unsecured creditor and vendor to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Baloise Senior Secured Loan Fund I, a shareholder/equity holder to the Debtors, is an adverse litigation party and investor to current AP clients in matters unrelated to the Debtors.

- Bank of America, N.A., lenders to the Debtors, and affiliates ("**Bank of America**") are bondholders, litigation parties, adverse litigation parties, investors, lienholders, related parties, shareholders and professionals to current and former AP clients in matters unrelated to the Debtors. Bank of America is a current and former AP client in matters unrelated to the Debtors. Bank of America is a former employer of current AP employees. Bank of America is a vendor to AP.

- Barclays Capital, Inc., shareholders/equity holders to the Debtors, and affiliates ("**Barclays**") are associated companies, bondholders, adverse litigation parties, litigation parties, investors, lenders, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtors. Barclays is a current and former AP client in matters unrelated to the Debtors. Barclays is a former employer of current AP employees.

- Bardin Hill and Bardin Hill Loan Management LLC, lenders and shareholders to the Debtors, and affiliates ("**Bardin Hill**") are shareholders to current AP clients in matters unrelated to the Debtors.

- Barings Corporate Investors, Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr., Barings Global Credit Income Opportunities Fund,  Barings Global Floating Rate Fund, Barings Global Floating Rate Fund, A Series Of Barings Funds Trust,  Barings Global High Yield Credit Strategies Limited, Barings Global Loan and High Yield Bond Fund, Barings Global Loan and High Yield Bond Limited, Barings Global Loan Limited, Barings Global Multi-Credit Strategy 2 Limited, Barings Global Short Duration High Yield Fund, Barings Global Special Situations Credit 3 S.A.R.L, Barings LLC, Barings U.S. High Yield Bond Fund, Barings U.S. High Yield Fund, A Series of Barings Funds Trust, Barings US High Yield Fund, and Barings US Loan Fund, shareholders/equity holders, lenders, and secured creditors to the Debtors, and affiliates ("**Barings**") are lienholders to former AP clients in matters unrelated to the Debtors.  Barings is a current AP client in matters unrelated to the Debtors.

- Bartow Jones, a current director to the Debtors, is a director to a former AP client in a matter unrelated to the Debtors.

- Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund, Baycity Senior Loan Master Fund, Ltd., and Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd., shareholders/equity holders to the Debtors, and affiliates are investors to a former AP client in matters unrelated to the Debtors.

- BBVA Bancomer, S.A, a cash management & non-debtor bank to the Debtors, and affiliates ("**BBVA**") are professionals to current AP clients in matters unrelated to the Debtors.  BBVA is a former employer of a current AP employee.

- Beck Redden LLP ("**Beck Redden**"), an ordinary course professional and vendor/supplier to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors. Beck Redden is a former AP client in matters unrelated to the Debtors.

- Ben Aris LLC, a vendor/supplier to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- Berkley Offshore Underwriting, Berkley Insurance, Berkley Offshore and Berkley Offshore Underwriting (StarNet Insurance Company), insurance/insurance providers/surety bond parties to the Debtors, and affiliates ("**Berkley**") are adverse litigation parties and associated companies to current and former AP clients in matters unrelated to the Debtors. Berkley is an insurance provider to AP.

- Berkshire Hathaway Specialty Insurance Company, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Berkshire Hathaway**") are adverse litigation parties, insurance providers, investors, litigation parties, and shareholders to current and former AP clients in matters unrelated to the Debtors. Berkshire Hathaway is an insurance provider to AP.

- BHP, a significant competitor to the Debtors, and affiliates ("**BHP**") are adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors. BHP is a current AP client in matters unrelated to the Debtors.

- Black Elk Energy Offshore Operations, a contract & joint venture counterparty and vendor to the Debtors, is a related party to a current AP client in a matter unrelated to the Debtors.

- Blackhawk Specialty Tool, LLC, a vendor/supplier to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Blackrock Financial, Blackrock Global Allocation Collective Fund, Blackrock Global Allocation Fund Aust., Blackrock Global Allocation Fund Aust. Level 26, Blackrock Global Allocation Fund, Inc., Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc., and Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc., lenders (term/revolver/administrative and collateral agents), secured debt holders and shareholders/equity holders to the Debtors, and affiliates ("**BlackRock**") are bondholders and shareholders to current and former AP clients in matters unrelated to the Debtors. BlackRock is a current and former AP client in matters unrelated to the Debtors.

- BlueCross and BlueShield of Texas, a third-party benefit provider to the Debtors, and affiliates ("Blue Cross") are adverse litigation parties, professionals, lienholders, and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors. Blue Cross is a former AP client in matters unrelated to the Debtors.

- BNP Paribas Trading, contract & joint venture counterpartyto the Debtors, and affiliates ("**BNP**") are adverse litigation parties, litigation parties, and shareholders to current and former AP clients in matters unrelated to the Debtors.  BNP is a current and former AP client in matters unrelated to the Debtors.  BNP is a former employer of a current AP employee. BNP is a vendor to AP.

- BP America Production Company, BP Energy Company, BP Exploration & Oil Inc., BP Exploration & Production Inc., contract & joint venture counterparties, significant customers, lenders, significant competitors, surety bonds, other potential parties in interest, and vendors/suppliers to the Debtors, and affiliates ("**BP**") are adverse litigation parties, joint venture entities, associated companies, shareholders, lessors, and  professionals to current and former AP clients in matters unrelated to the Debtors. BP is a current and former AP client in matters unrelated to the Debtors. BP is a former employer of a current AP employee.

- Bradley Arant Boult Cummings LLP ("**Bradley Arant**"), a vendor/supplier to the Debtors, is a professional, adverse litigation party, and counsel to current and former AP clients in matters unrelated to the Debtors. Bradley Arant is a vendor to AP.

- Brown University and Brown University - Sound Point, secured debt holders, shareholders/equity holders, and lenders to the Debtors, are limited partners to a current AP client in matters unrelated to the Debtors.

- Bryan Cave Leighton Paisner LLP, a vendor/supplier to the Debtors, and affiliates ("**Bryan Cave**") is an adverse litigation party, counsel and professional to current and former AP clients in matters unrelated to the Debtors.  Bryan Cave is a current and former AP client in matters unrelated to the Debtors. Bryan Cave is a vendor to AP.

- Buckeye GP Holdings L.P. and Buckeye Partners, L.P., known affiliations of board members and significant competitors to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Bureau of Land Management ("**BLM**"), a regulatory and government agency to the Debtors, is a bondholder and lessor to current and former AP clients in matters unrelated to the Debtors.

- Bureau of Ocean Energy Management ("**BOEM**"), a regulatory and government agency to the Debtors, is a bondholder to former AP clients in matters unrelated to the Debtors.

- Bureau Veritas North America, Inc., a vendor/supplier to the Debtors, and affiliates ("**Bureau Veritas**") are professionals to a former AP client in matters unrelated to the Debtors.  Bureau Veritas is a vendor to AP.

- Cadwalader, Wickersham & Taft LLP ("**Cadwalader**"), an ordinary course professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Cadwalader is a former AP client in matters unrelated to the Debtors.

- California Street CLO IX Limited Partnership LP, California Street CLO IX Tax Subsidiary Ltd, California Street CLO XII Tax Subsidiary Ltd, and California Street CLO XII, Ltd., shareholders/equity holders to the Debtors, are investors to former AP clients in matters unrelated to the Debtors.

- Calypso Exploration, LLC, a UCC lien search party to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Callon Petroleum Operating Company, et al., a potential party in interest to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Cameron International Corporation, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Canaras Capital, a secured debt holder to the Debtors, is an investor to former AP clients in matters unrelated to the Debtors.

- Canon Financial Services, Inc., a UCC lien search party to the Debtors, and affiliates ("**Canon**") is a lienholder to a current AP client in matters unrelated to the Debtors. Canon is a vendor to AP.

- Canopius Managing Agents Limited, an insurance/insurance provider/surety bond parties to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Cantor Fitzgerald and Cantor Fitzgerald Securities, administrative and collateral agents, UCC lien search parties and secured creditors to the Debtors, and affiliates ("**Cantor Fitzgerald**") are litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Cantor Fitzgerald is a former employer of current AP employees.

- Capital One, N.A. and Capital One National Association, cash management & non-debtor banks and lenders to the Debtors, and affiliates ("**Capital One**") are litigation parties and investors to current and former AP clients in matters unrelated to the Debtors.  Capital One is a former AP client in matters unrelated to the Debtors.

- Capitol Services, Inc., an ordinary course professional in this bankruptcy matter, is a litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Cardno PPPI LLC, a vendor/supplier to the Debtors, is an associated company and professional to current and former AP clients in matters unrelated to the Debtors.

- Carey International Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- The Carlyle Group L.P., Carlyle/Riverstone Global Energy and Power Fund I, L.P., Carlyle/Riverstone Global Energy and Power Fund II, L.P.,  Carlyle/Riverstone Global Energy and Power Fund III, L.P., and Riverstone/Carlyle Global Energy and Power Fund IV, L.P., known affiliations of board members to the Debtors, and affiliates ("**Carlyle**") are affiliates, investors, litigation parties, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtors. Carlyle is a current and former AP client in matters unrelated to the Debtors.

- CEI, a vendor/supplier to the Debtors, is an affiliate to a current AP client in matters unrelated to the Debtors.

- Castex Offshore LLC and Castex Offshore Inc., vendors/suppliers and other potential parties in interest to the Debtors, are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Centennial Resource Development, Inc., a known affiliation of board members to the Debtors, is a director-affiliated company to a current AP client in matters unrelated to the Debtors.

- CGG Services (U.S.) Inc., a vendor/supplier to the Debtors, and affiliates ("**CGG**") are affiliates to former AP clients in matters unrelated to the Debtors. CGG is a former AP client in matters unrelated to the Debtors.

- Chambers County (TX), a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Chaparral Energy Inc., a significant customer to the Debtors, is a joint venture entity, professional, and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Chevron Corporation, Chevron Oil Company, Chevron U.S.A. Inc., and Chevron, Conoco & Oxy, contract & joint venture counterparties, notice of appearance and UCC party, significant competitors, other potential parties in interest, surety bond parties, significant customers, and vendors/suppliers to the Debtors, and affiliates ("**Chevron**") are adverse litigation parties, associated companies, director-affiliated companies, investors, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Chevron is a current and former AP client in matters unrelated to the Debtors.

- Chris Mullins, a vendor/supplier to the Debtors, is a director to a former AP client in matters unrelated to the Debtors.

- Chubb Limited and Chubb, an insurance/insurance providers/surety bond parties to the Debtors, and affiliates ("**Chubb**") are adverse litigation parties, bondholders, and investors to current and former AP clients in matters unrelated to the Debtors. Chubb is a current AP client in matters unrelated to the Debtors. Chubb is an insurance provider to AP. AlixPartners has a group insurance program in place for all US managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb, an affiliate of ACE, Westchester Fire Insurance Company and Westchester Surplus, at group rates.

- Cimarex Energy Co., a significant customer to the Debtors, is a joint venture entity to a current AP client in matters unrelated to the Debtors.

- Citibank N.A. and Citigroup Global Markets, Inc., lenders, administrative and collateral agents, and UCC lien search parties to the Debtors, and affiliates ("**Citi**") are adverse litigation parties, bondholders, investors, joint venture parties, lessors, litigation parties, shareholders, and trustees to current and former AP clients in matters unrelated to the Debtors. Citi is a current and former AP client in matters unrelated to the Debtors. Citi is a former employer of current AP employees.

- City of Lafayette (LA), a taxing authority to the Debtors, is an adverse litigation party to a current AP.

- City of New Iberia, a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- City of New York Group Trust, a shareholder/equity holder to the Debtors, is a bondholder, adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Clariant Corporation, a vendor/supplier and top 50 unsecured creditor to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- C.M. Life Insurance Company, a shareholder/equity holder to the Debtors, is a limited partner to a current AP client in matters unrelated to the Debtors.

- CNOOC Petroleum Offshore U.S.A., Inc., a notice of appearance party/interested party to the Debtors, and affiliates are litigation parties to a current AP client in matters unrelated to the Debtors.

- Cobalt International Energy, Inc., a known affiliation of board members and significant competitor to the Debtors, is a litigation party, lessor, professional and associated company to former and current AP clients in matters unrelated to the Debtors.

- Cobbs Allen Capital, LLC, a vendor/supplier to the Debtors, and affiliates ("**Cobbs Allen**") is a litigation party to a current AP client in matters unrelated to the Debtors.  Cobbs Allen is a vendor to AP.

- Cole Schotz P.C., advisor to the official committee of unsecured creditors , is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Cole Schotz P.C. is a member of a UCC represented by AP in The NORDAM Group, a former bankruptcy matter unrelated to the Debtors.

- Cogency Global Inc. ("**Cogency**"), a vendor/supplier to the Debtors, is an adverse litigation party and professional to current AP clients in matters unrelated to the Debtors. Cogency is a vendor to AP.

- Columbia Management Inv., Columbia Floating Rate Fund, A Series of Columbia Funds Trust II, Columbia Strategic Income Fund, A Series of Columbia Funds, Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds, Columbia Management Investment Advisers, LLC, and  Columbia Strategic Income Fund, A Series of Columbia Funds, shareholders/equity holders, lenders, and secured debt holders to the Debtors, and affiliates ("**Columbia**") are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Columbia is a former AP client in matters unrelated to the Debtors.

- ConocoPhillips Company and Conoco Inc., contract & joint venture counterparties, surety bond parties, significant customers, and other potential parties in interest to the Debtors, and affiliates ("**ConocoPhillips**") are adverse litigation parties, joint venture parties, and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Consol Energy, a significant competitor to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Continental Casualty Co., a lender and secured debt holder to the Debtors, and affiliates ("**CNA**") are adverse litigation parties, bondholders, lienholders, and litigation parties to current and former AP clients in matters unrelated to the Debtors. CNA is a former employer of a current AP employee. CNA is an insurance provider to AP.

- Conway Mackenzie, a contract counterparty to the Debtors and professional to the official committee of unsecured creditors, and affiliates ("**Conway**") are professionals to current and former AP clients in matters unrelated to the Debtors. Conway is a former employer of current AP employees.

- Cortland Capital Market Services LLC, a UCC lien search party, administrative and collateral agent, and secured creditor to the Debtors, is a lienholder and bondholder to current and former AP clients in matters unrelated to the Debtors.

- County of Galveston, Texas, a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Credit Suisse AG and Credit Suisse, known affiliations of board members and lenders to the Debtors, and affiliates ("**Credit Suisse**") are adverse litigation parties, associated companies, investors, limited partners, litigation parties, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. Credit Suisse is a current and former AP client in matters unrelated to the Debtors. Credit Suisse is a former employer of current AP employees.

- Cristo Rey Work Study Program, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- Crown Central Petroleum Corporation, et al., a potential party in interest to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP, Crown Point CLO III, Ltd., and Crown Managed Accounts SPC Acting for and on Behalf of Crown/Ba SP, shareholders/equity holders to the Debtors, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- CVS Caremark, a third-party benefits provider to the Debtors, and affiliates ("**CVS**") are adverse litigation parties and litigation parties to current and former AP clients in matters

unrelated to the Debtors. CVS is a current AP client in matters unrelated to the Debtors. CVS is a former employer of a current AP employee.

- DLJ Merchant Banking Partners, a known affiliation of board members to the Debtors, and affiliates ("**DLJ**") are lienholders, shareholders, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Darrell Thomas Mitchell, a vendor/supplier to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- Datawatch Corporation, a vendor/supplier to the Debtors, is a vendor to AP.

- David M. Leuschen, a former officer and director and affiliation to the Debtors, is an officer to a current AP client in a matter unrelated to the Debtors.

- David P Thomas, a vendor/supplier to the Debtors, is a director and litigation party to current AP clients in matters unrelated to the Debtors.

- Davis Graham & Stubbs LLP, an ordinary course professional in this bankruptcy matter, is a professional to current and former AP client in matters unrelated to the Debtors.

- Davis Polk & Wardwell, LLP ("**Davis Polk**"), a non-debtors professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Davis Polk is a current and former AP client in matters unrelated to the Debtors.

- DCP Midstream LP and DCP Mobile Bay Processing, vendors/suppliers to the Debtors, and affiliates ("**DCP**") are adverse litigation parties and director-affiliated companies to current AP clients in matters unrelated to the Debtors. DCP is a current AP client in matters unrelated to the Debtors.

- Delmar Systems, Inc, a vendor/supplier to the Debtors, is a litigation party and lessor to former AP clients in matters unrelated to the Debtors.

- Deloitte Tax LLP, an ordinary course professional in this bankruptcy matter, and affiliates ("**Deloitte**") are professionals and litigation parties to current and former AP clients in matters unrelated to the Debtors. Deloitte is a former AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is a vendor to AP.

- Delta Dental, a third-party benefits provider to the Debtors, is an insurance provider to AP.

- Denise Marie Roman Thomas, a vendor/supplier to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Department of Homeland Security, a bonding and permitting authority to the Debtors, is a director-affiliated company and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Derrick Corp., a vendor/supplier to the Debtors, is an adverse litigation party and professional to current AP clients in matters unrelated to the Debtors.

- Deutsche Asset Management, Deutsche Bank AG, Deutsche Bank AG New York Branch, Deutsche Bank AG and Deutsche Bank Commodities, secured debt holders, other secured parties, contract & joint venture counterparties, surety bond parties, lenders, and cash management & non-debtor banks to the Debtors, and affiliates ("**Deutsche Bank**") are associated companies, investors, joint venture entities, parents, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. Deutsche Bank is a current and former AP client in matters unrelated to the Debtors. Deutsche Bank is a former employer of current AP employees.

- Devon Energy Production Company LP, a potential party in interest to the Debtors, and affiliates are joint venture parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Diamond Shamrock Offshore Partners Limited Partnership, a potential parties in interest to the Debtors, and affiliates are litigation parties to former AP clients in matters unrelated to the Debtors.

- DirecTV, a vendor/supplier to the Debtors, is a former AP client in matters unrelated to the Debtors. DirecTV is a vendor to AP.

- Diversified Credit Portfolio Ltd, Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc., and Diversified Real Asset CIT, shareholders/equity holders to the Debtors, are bondholders and adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Donato, Minx, Brown & Pool, P.C., an ordinary course professional in this bankruptcy matter, is an adverse litigation party and professional to current AP clients in matters unrelated to the Debtors.

- Donnelley Financial Solutions, a vendor/supplier to the Debtors, is a professional to former AP clients in matters unrelated to the Debtors.

- Downhole Solutions, Inc., a vendor/supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Dresser, Inc. and Dresser, known affiliations of board members, vendor/supplier, and significant competitors to the Debtors, and affiliates ("**Dresser**") are joint venture parties,

litigation parties, adverse litigation parties, and affiliates to former AP clients in matters unrelated to the Debtors. Dresser is a current AP client in matters unrelated to the Debtors.

- Drilling Info, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- DS Services of America, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- DTE Energy Trading, Inc., a significant customer to the Debtors, is a former employer of a current AP employee. DTE is a vendor to AP.

- Duke Energy Carolinas, a significant customer to the Debtors, and affiliates ("**Duke**") are adverse litigation parties to former AP clients in matters unrelated to the Debtors.  Duke is a former AP client in matters unrelated to the Debtors.

- Eagle Pipe, LLC, a vendor /supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Eaton Vance Management, Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management, Eaton Vance Floating Rate Income Plus Fund, Eaton Vance Floating Rate Portfolio, Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management Lenders, Eaton Vance Floating-Rate Income Plus Fund, Eaton Vance Floating-Rate Income Trust, Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management, Eaton Vance Institutional Senior Loan Fund, Eaton Vance International Cayman Islands Floating Rate Income Portfolio, Eaton Vance Limited Duration Income Fund, Eaton Vance Senior Floating-Rate Trust, Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management,  Eaton Vance Senior Income Trust, Eaton Vance Senior Income Trust c/o Eaton Vance Management, Eaton Vance Voting Floating-Rate Income Fund, and Eaton Vance VT Floating-Rate Income E Fund, secured debt holders, lenders and shareholders/equity holders to the Debtors, and affiliates ("**Eaton Vance**") are adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors.

- El Paso Production Company, a UCC lien search party to the Debtors, is an affiliate to a current AP client in matters unrelated to the Debtors.

- Eminent Oilfield Services, LLC, a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Emission Advisors Inc., a vendor to the Debtors, is an affiliate and professional to former AP clients in matters unrelated to the Debtors.

- Endurance American Insurance Company and Endurance American Specialty Ins., an insurance provider/surety bond party and notice of appearance party to the Debtors, and affiliates ("**Endurance**") are adverse litigation parties to current and former AP clients in

matters unrelated to the Debtors.  Endurance is a current and former AP client in matters unrelated to the Debtors. Endurance is an insurance provider to AP.

- Energy XXI GOM, LLC, Energy XXI Onshore, LLC, and Energy XXI, significant competitors, significant customers, notice of appearance parties, UCC lien search parties, and contract & joint venture counterparties to the Debtors, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Enervest Ltd., a vendor/supplier to the Debtors, is a joint venture party to a current AP client in matters unrelated to the Debtors.

- Ensco Offshore Company, a contract & joint venture counterparty to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- Entergy Louisiana LLC, a utility provider/utility broker to the Debtors, and affiliates ("**Entergy**") are bondholders to a current AP client in matters unrelated to the Debtors.

- Enterprise Products Operating, LLC, a vendor/supplier to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- EOG Resources, a significant customer and surety bond party to the Debtors, and affiliates ("**EOG**") are adverse litigation parties, director-affiliated companies, joint venture entities, and lessors to current and former AP clients in matters unrelated to the Debtors.

- EP Energy Corporation, EP Energy, and EP Energy LLC, known affiliations of board members and significant competitors to the Debtors, are affiliates of current AP clients in matters unrelated to the Debtors.

- Ernst & Young LLP, an ordinary course professional in this bankruptcy matter, and affiliates ("**Ernst & Young**") are litigation parties, director-affiliated companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Ernst & Young is a current and former AP client in matters unrelated to the Debtors.  Ernst & Young is a former employer of current AP employees.  Ernst & Young provides legal services to AP.

- EQT, a significant competitor to the Debtors, and affiliates ("**EQT**") are parent companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. EQT is a current and former AP client in matters unrelated to the Debtors. EQT is a former employer of current AP employees.

- Evercore, a vendor to the Debtors ("**Evercore**") are investors, litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors. Evercore is a former employer of a current AP employee.  Evercore is a vendor to AP.

- Everest Re, a surety bond party to the Debtors, and affiliates ("**Everest**") are adverse litigation parties and affiliates to current AP clients in matters unrelated to the Debtors. Everest is an insurance provider to AP.

- Exxon Corporation, Exxon Mobil, and ExxonMobil Corporation, a notice of appearance party/interested party to the Debtors, and affiliates other potential parties in interest, significant customers, vendor/suppliers, and significant competitors to the Debtors, are bondholders, litigation parties, investors, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Exterran Energy Solutions, L.P., a contract & joint venture counterparty and vendor to the Debtors, and affiliates ("**Exterran**") are affiliates to current AP clients in matters unrelated to the Debtors. Exterran is a current and former AP client in matters unrelated to the Debtors.

- Fairfield Industries Inc., a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Federal Express Corporation, a vendor/supplier to the Debtors, and affiliates ("**FedEx**") are litigation parties and investors to current and former AP clients in matters unrelated to the Debtors. FedEx is a former employer of a current AP employee. FedEx is a vendor to AP.

- Federal Trade Commission, a regulatory and government agency to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Federated Investment, a lender and secured debt holder to the Debtors, is a bondholder to former AP clients in matters unrelated to the Debtors.

- Ferrellgas LP, a utility a vendor to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Fidelity Investments, third-party benefits providers and vendors/suppliers to the Debtors, and affiliates ("**Fidelity**") are adverse litigation parties, bondholders, shareholders, lienholders, and professionals to current and former AP clients in matters unrelated to the Debtors. Fidelity is a former AP client in matters unrelated to the Debtors.

- FINRA, a regulatory and government agency to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- First Trust Advisors L.P., and First Trust Senior Floating Rate Income Fund II, secured debt holders and shareholders/equity holders to the Debtors, and affiliates ("**First Trust**") are bondholders, shareholders, and adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Floom Energy Law PLLC ("**Floom**"), a vendor/supplier and ordinary course professional to the Debtors, is professional to a current AP client in matters unrelated to the Debtors. Floom is a former employer of a current AP employee.

- Florida Power & Light Company and Florida Power & Light Company c/o Eaton Vance Management, shareholders/equity holders to the Debtors, are bondholders to a current AP client in matters unrelated to the Debtors.

- FMC Technologies Inc. and FMC Technologies Surface Integrated Services, vendors/suppliers and a top 50 creditor to the Debtors, are associated companies to a current AP client in matters unrelated to the Debtors.

- Foley & Lardner LLP ("**Foley & Lardner**"), a vendor/supplier to the Debtors, is a professional, counsel, shareholder and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Foley & Lardner is a current and former AP client in matters unrelated to the Debtors.

- Foresight Energy LLC, a significant competitor to the Debtors, is an affiliate of current and former AP clients in matters unrelated to the Debtors.

- Forum US Inc., a vendor/supplier to the Debtors, is a lessor, affiliated company, bondholder and litigation party to current and former AP clients in matters unrelated to the Debtors. Forum is a former employer of a current AP employee.

- Frontier Drilling ASA, a known affiliation of board members to the Debtors, is a director-affiliated company to former AP clients in matters unrelated to the Debtors.

- Franklin, a lender and secured debt holder to the Debtors, is a shareholder, bondholder, and litigation party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Freeport McMoran Oil & Gas LLC and Freeport-McMoran**,** significant competitors to the Debtors, are director-affiliated companies to a former AP client in matters unrelated to the Debtors.

- Gardere Wynne Sewell LLP, a vendor/supplier in this bankruptcy matter, is a professional to a former AP client in matters unrelated to the Debtors.

- Gieger Laborde & Laperouse LLC, an ordinary course professional in this bankruptcy matter, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Glassdoor. Inc., a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors. Glassdoor is a vendor to AP.

- Goldman, Goldman Sachs & Co. LLC, and Goldman Sachs Bank USA, and The Goldman Sachs Group, Inc., lenders, vendors/suppliers, notice of appearance party, known affiliations of board members, secured creditors, and other secured parties to the Debtors, and affiliates ("**Goldman Sachs**") are affiliates, associated companies, litigation parties, lessees, lessors, professionals, director-affiliated companies, parents, investment banks, investors, joint venture parties, limited partners, adverse litigation parties, related parties, and shareholders to current and former AP clients in matters unrelated to the Debtors. Goldman Sachs is a current and former AP client in matters unrelated to the Debtors. Goldman Sachs is a former employer of current AP employees.

- Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC, a non-debtor professional in this bankruptcy matter, is an adverse litigation party and professional to current AP clients in matters unrelated to the Debtors.

- Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management and Government of Guam Retirement Fund, shareholders/equity holders to the Debtors, is an adverse litigation party, litigation party, bondholder and associated company to current and former AP clients in matters unrelated to the Debtors.

- Graham Capital Management, a lender to the Debtors, is a bondholder to current and former AP clients in matters unrelated to the Debtors.

- Grainger, a vendor/supplier to the Debtors, and affiliates ("**Granger**") are adverse litigation parties, litigation parties and directors to current and former AP clients in matters unrelated to the Debtors. Grainger is a current AP client in matters unrelated to the Debtors.

- Great American Insurance Group, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Great American**") are adverse litigation parties, associated companies, counsel, and professionals to current and former AP clients in matters unrelated to the Debtors. Great American is a former AP client in matters unrelated to the Debtors. Great American is an insurance provider to AP.

- Green Earth Fuels, LLC, a known affiliation of board members to the Debtors, is an affiliate to a current AP client in matters unrelated to the Debtors.

- The Guardian Life Insurance Company, a third-party benefits provider to the Debtors, is a related party and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Gulfport Energy Corporation, a significant competitor to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Halliburton Energy Services, Inc., a member of the Official Committee of Unsecured Creditors to the Debtors, a top 50 unsecured creditor, and notice of appearance party

("**Halliburton**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Halliburton is a former employer of current AP employees.

- Hanover Insurance Company, a surety bond party a notice of appearance party to the Debtors, and affiliates are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Harris County, a taxing authority to the Debtors and notice of appearance party, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Haynes and Boone, LLP ("**Haynes**"), a non-debtor professional in this bankruptcy matter, is an adverse litigation party, professional, counsel, opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Haynes is a current and former AP client in matters unrelated to the Debtors.   Haynes is a former employer of current AP employees.

- HCC International Insurance Company PLC, an insurance/insurance provider/surety bond party, contract & joint venture counterparty, and vendor/supplier to the Debtors, and affiliates ("**HCC**") are bondholders and lienholders to current AP clients in matters unrelated to the Debtors. HCC is an insurance provider to AP.

- HDI Global Specialty SE, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**HDI**") are litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Health Care Service Corp., a third-party benefits provider and vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtor.

- Highland Capital Management LP, Highland Capital, Highland CLO Funding, Ltd, and Highland CLO Funding, Ltd., lenders, secured debt holders, and shareholders/equity holders to the Debtors, and affiliates ("**Highland**") are litigation parties, adverse litigation parties, bondholders, and lienholders to current and former AP clients in matters unrelated to the Debtors. Highland is a former employer of current AP employees.

- Hilcorp Energy Company, a significant customer to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Hill and Knowlton Strategies LLC ("**Hill and Knowlton**"), a ordinary course professional in this chapter 11 matter, Debtors, is a former employer of a current AP employee.  Hill and Knowlton is a vendor to AP.

- Hiscox Insurance Company, Inc., an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Hiscox**") are adverse litigation parties and litigation parties to the

Debtors.  Hiscox is a former AP client in matters unrelated to the Debtors.  Hiscox is an insurance provider to AP.

- Holman Fenwick Willan USA LLP ("**Holman**"), an ordinary course professional in this bankruptcy matter, is a professional and counsel to former AP clients in matters unrelated to the Debtors. Holman is a former AP client in matters unrelated to the Debtors.

- Holland & Knight LLP ("**Holland & Knight**"), a non-debtor professional in this bankruptcy matter, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors. Holland & Knight is a former AP client in matters unrelated to the Debtors.

- Hotchkis  & Wiley Capital Management and Hotchkis and Wiley Capital Income Fund, Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt., and Hotchkis and Wiley High Yield Fund, secured debt holders, shareholders/equity holders, and lenders to the Debtors, is a bondholder and lienholder to former AP clients in matters unrelated to the Debtors.

- Houlihan Lokey Capital, Inc. ("**Houlihan**"), a professional and vendor/supplier to the Debtors, is a professional and investor to current and former AP clients in matters unrelated to the Debtors. Houlihan is a current AP client in matters unrelated to the Debtors. Houlihan is a former employer of current AP employees. Houlihan is a vendor to AP.

- Houston Casualty Company (UK Branch), an insurance/insurance provider/surety bond party to the Debtors, is a litigation party to current AP clients in matters unrelated to the Debtors.

- Houston Energy Deepwater Ventures I, a  material royalty and other interest owner party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Hunting Energy Services, LLC, a top 50 creditor and vendors/suppliers to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Hunt Oil Company ("**Hunt**"), a contract & joint venture counterparty, and vendor/s upplier to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors. Hunt is a current AP client in matters unrelated to the Debtors.

- HWCG LLC, a vendor/supplier to the Debtors, is an associated company and director to current and former AP clients in matters unrelated to the Debtors.

- Iberia Parish, LA, a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Icims, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- IHS Global Inc., a vendor/supplier to the Debtors, and affiliates ("**IHS**") is a professional and adverse litigation party to current AP clients in matters unrelated to the Debtors.  IHS is a former employer of a current AP employee.

- Indemco LP, IndemCo - Swiss Re, IndemCo - Lexon, IndemCo - Ironshore, and IndemCo - HCC, surety bonds and vendors/suppliers to the Debtors, and affiliates ("**IndemCo**") are bondholders to current AP clients in matters unrelated to the Debtors.

- Intrado Enterprise Collaboration, Inc., a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Intrepid Partners, LLC, a non-debtor professional in this bankruptcy matter, is a professional to current and former AP clients in matter unrelated to the Debtors.

- Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc., Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc., Invesco Credit Partners Fund-A LP, Invesco Dynamic Credit Opportunities Fund, Invesco European Senior Loan Fund, Invesco Floating Rate Fund, Invesco Floating Rate Income Fund, Invesco Gemini US Loan Fund LLC, Invesco Global Senior Loan Fund, Invesco Private Capital Inc., Invesco Senior Income Trust, Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited,  Invesco Senior Secured, Invesco Senior Secured Management, Inc., Invesco SSL Fund LLC c/o Invesco Private Capital Inc., Invesco US Invesco Credit Partners Fund LP,  Invesco WLR Credit Partners Fund, L.P., Invesco WLR Credit Partners Fund-A L.P.,  Invesco WLR Credit Partners Fund-A, LP,  Invesco Zodiac Funds, Invesco Zodiac Funds - Invesco European Senior Loan Fund, Invesco Zodiac Funds - Invesco Global Senior Loan Fund, and Invesco Zodiac Funds-I Senior Loan Fund, shareholders/equity holders, lenders, and secured debt holders to the Debtors, and affiliates ("**Invesco**") are bondholders, adverse litigation parties, lienholders, associated companies, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Invesco is a current AP client in matters unrelated to the Debtors.

- Iron Mountain, a vendor/supplier to the Debtors, is a lessor, professional, and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Ironshore Specialty Insurance Company and Ironshore Europe Limited, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Ironshore**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Ironshore is an insurance provider to AP.

- ITC Global, a vendor/supplier to the Debtors, is a lessor and affiliate to current and former AP clients in matters unrelated to the Debtors.

- ITT C'Treat LLC, a vendor/supplier to the Debtors, and affiliates ("**ITT**") is an adverse litigation party, litigation party and lessor to current and former AP clients in matters unrelated to the Debtors.  ITT is a former AP client in matters unrelated to the Debtors.

- Jackson Lewis LLP, an ordinary course professional in this bankruptcy matter, is counsel, opposing counsel, adverse litigation party, and professional to current and former AP clients in matters unrelated to the Debtors.

- Jackson Walker, a vendor/supplier to the Debtor, is an adverse litigation party, professional, shareholder and counsel to current and former AP clients in matters unrelated to the Debtors. Jackson Walker is a current and former AP client in matters unrelated to the Debtors.

- J. Aron & Company, a contract & joint venture counterparty to the Debtors, and affiliates ("**J. Aron**") is a vendor to AP.

- Jefferies Holdings and Jefferies LLC, shareholders/equity holders and lenders to the Debtors, and affiliates ("**Jefferies**") are bondholders, adverse litigation parties, creditors, lessors, parent companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Jefferson County, a notice of appearance party/interested party to the Debtors, is an adverse litigation party and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Jefferson Parish, LA, a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- John C. Healy Jr. Consulting LLC, a vendor/supplier to the Debtors, is a director to current AP client in matters unrelated to the Debtors.

- Jones Walker LLP, a vendor/supplier and professionals in this bankruptcy matter, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- John Deck, current officer to the Debtors, is a director of current AP clients in matters unrelated to the Debtors.

- JLP and JLP Credit Opportunity, shareholders/equity holders to the Debtors, and affiliates ("**JLP**") are investors to a former AP client in matters unrelated to the Debtors.

- JNL Blackrock Global Allocation Fund, a shareholder/equity holder to the Debtors, is an adverse litigation party and bondholder to current and former AP clients in matters unrelated to the Debtors.

- J.P. Morgan Chase Bank, N.A., a cash management & non-debtor bank, other secured party, lender, and secured debt holder to the Debtors, and affiliates ("**JPMorgan**") are litigation parties, adverse litigation parties, affiliates, investors, parent companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  JPMorgan is a current and former AP client in matters unrelated to the Debtors. JPMorgan is a former employer of current AP employees.  JPMorgan is a vendor to AP.

- Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc., shareholders/equity holders to the Debtors is an adverse litigation party to a current Ap client in matters unrelated to the Debtors.

- Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc., shareholders/equity holders to the Debtors, is a director-affiliated company to former AP clients in matters unrelated to the Debtors. Kaiser Permanente is a former employer of current AP employees.

- Kapitalforeningen Investin Pro. Us Leveraged Loans I, a shareholder/equity holder to the Debtors, is a bondholder to current and former AP clients in matters unrelated to the Debtors.

- Katten Muchin Rosenman LLP ("**Katten Muchin**"), a vendor in this bankruptcy matter, is a litigation party, professional, and counsel to current and former AP clients in matters unrelated to the Debtors.  Katten Muchin is a current and former AP client in matters unrelated to the Debtors.

- Keller and Heckman LLP ("**Keller and Heckman**"), a vendor/supplier to the Debtors, is counsel to a former AP client in matters unrelated to the Debtors. Keller and Hackman is a former AP client in matters unrelated to the Debtors.

- Kenneth W. Bramlett, a shareholder/equity holder to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- Kerr-McGee Corporation, et al and Kerr-McGee Oil Industries, Inc., other potential parties in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Kevin Gray, a litigation counterparty to the Debtors, is a director and shareholder to a former AP client in matters unrelated to the Debtors.

- King & Jurgens, LLC, an ordinary course professional in this bankruptcy matter, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- King Krebs & Jurgens, an ordinary course professional in this bankruptcy matter and a vendor/supplier to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- KPMG LLP, ordinary course professional in this bankruptcy matter, and affiliates ("**KPMG**") are professionals, adverse litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors.  KPMG is a former AP client in matters unrelated to the Debtors.  KPMG is a former employer of current AP employees. KPMG provides auditing services to AP.  KPMG is a vendor to AP.

- Lafayette Parish, LA, a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Latham & Watkins LLP ("**Latham**"), a vendor/supplier to the Debtors, is a lessor, professional, counsel, opposing counsel and litigation party to current and former AP clients in matters unrelated to the Debtors.  Latham is a current and a former AP client in matters unrelated to the Debtors.  Latham is a former employer of a current AP employee.

- Lee Hecht Harrison LLC, a vendor/supplier to the Debtors, is a vendor to AP.

- Lexon Insurance Company (through IndemCo), a notice of appearance party, insurance provider, surety bond party and supplier/vendor to the Debtors, is a bondholder to current and former AP clients in matters unrelated to the Debtors.

- Liberty Mutual and Liberty Mutual Insurance Europe Limited, insurance/insurance providers/surety bond parties and suppliers/vendors to the Debtors, and affiliates ("**Liberty Mutual**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Liberty Mutual is a current AP client in matters unrelated to the Debtors. Liberty Mutual is a former employer of a current AP employee.

- Liberty Oilfield Services LLC, Liberty Oilfield Services Holdings LLC, Liberty Resources II, and Liberty Resources LLC, known affiliations of board members to the Debtors, are affiliates to current AP clients in matters unrelated to the Debtors. The Ohio Casualty Insurance Company (Liberty Mutual Insurance) is an insurance provider to AP.

- Lloyd's of London, Lloyd's & Companies, Lloyd's Syndicates, Lloyd's Syndicates & Companies, and Travelers Lloyd's Insurance Company, insurance/insurance providers/surety bond parties to the Debtors, and affiliates ("**Lloyd's**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Liskow & Lewis APLC, ordinary course professionals to the Debtors, is a professional and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Lockton Companies LLC ("**Lockton**"), a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.  Lockton is a current AP client in matters unrelated to the Debtors.

- Locust Street Group, a vendor/supplier in this bankruptcy matter, is a lessor to a former AP client in matters unrelated to the Debtors.

- Louisiana Department of Environmental Quality, a regulatory and government agency to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Louisiana Department of Natural Resources and Louisiana Dept. of Natural Resources Office of Conservation, a notice of appearance party/interested party to the Debtors, regulatory and government agencies, to the Debtors, are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Louisiana Department of Revenue, regulatory and government agency and taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- The Louisiana Land and Exploration Company, a potential party in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Louisiana Office of Conservation, a surety bond party and regulatory and governmental party to the Debtors, are bondholders to former AP clients in matters unrelated to the Debtors.

- Louisiana Office of Mineral Resources, a regulatory and government agency to the Debtors, is an adverse litigation party to current AP client in matters unrelated to the Debtors.

- Louisiana State Police, a regulatory and government agency to the Debtors, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Loyens & Loeff, an ordinary course professional in this bankruptcy matter, are professionals to current AP clients in matters unrelated to the Debtors.

- LSU Foundation, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- LQ Management LLC, a vendor/supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Macquarie Corporate Asset Funding, a vendor/supplier and UCC lien search party to the Debtors, and affiliates ("**Macquarie**") are investors, litigation parties, parent companies, professionals, and associated companies to current and former AP clients in matters unrelated to the Debtors. Macquarie is a current and former AP client in matters unrelated to the Debtors. Macquarie is a former employer of current AP employees.

- Macquarie Group, a potential party in interest to the Debtors, is a bondholder and associated company to current and former AP clients in matters unrelated to the Debtors.

- Maersk Training, Inc., a vendor/supplier to the Debtors, and affiliates ("**Maersk**") are associated companies to former AP clients in matters unrelated to the Debtors. Maersk is a former employer to current AP employees.

- Manson Construction Co., a vendor/supplier to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Marathon Oil Company, a contract & joint venture counterparty, surety bondholder, significant customer, and other potential party in interest to the Debtors, and affiliates ("**Marathon**") are adverse litigation parties, litigation parties, and joint venture parties to current and former AP clients in matters unrelated to the Debtors. Marathon is a former employer of a current AP employee.

- Markel Insurance International Limited, Markel International Insurance Company Limited and Markel International Limited, insurance/insurance providers to the Debtors, and affiliates ("**Markel**") are adverse litigation parties and affiliates to current and former AP clients in matters unrelated to the Debtors. Markel is an insurance provider to AP.

- Marsh USA Inc., vendor/supplier to the Debtors, and affiliates ("**Marsh**") are litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors. Marsh is a former employer of current AP employees. Marsh is a vendor to AP.

- Mark Wilson, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Martin Energy Services LLC, a contract & joint venture counterparties and notice of appearance party to the Debtors, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Martin Holdings, LLC, a vendor/supplier to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- Marubeni Oil & Gas (USA) Inc., a vendor/supplier to the Debtors, and affiliates are litigation parties to current AP clients in matters unrelated to the Debtors.

- Massachusetts Mutual Life Insurance Company, MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund, and MassMutual Select Blackrock Global Allocation Fund, shareholders/equity holders to the Debtors, and affiliates ("**MassMutual**") is a bondholder, lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.  MassMutual is a former AP client.

- Matthew Ford, a vendor/supplier to the Debtors, is a vendor to AP.

- Matthew Mann, a vendor/supplier to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Mayer Brown, an ordinary course professional in this bankruptcy matter, is a professional, adverse litigation party, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Mayer Brown is a current and former AP client in matters unrelated to the Debtors.  Mayer Brown is a former employer of a current AP employee. Mayer Brown is a vendor to AP.

- McDermott International, Inc., a vendor/supplier to the Debtors, is a current AP client in matters unrelated to the Debtors.

- McGinnis Lochridge, a vendor/supplier to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- McGriff, Seibels & Williams of Texas, Inc., a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- McKinsey & Company Inc., a vendor/supplier to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors. McKinsey is a former employer of current AP employees.

- Menard Inc., a shareholder/equity holder to the Debtors, is a lessor and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Mercer, Mercer (US) Inc., Mercer MFP Partners, L.P., Mercer QIF Fund PLC, Mercer QIF Fund PLC – Investment Fund I, and Mercer QIF Fund PLC – Mercer Investment Fund I, shareholders and supplier/vendors to the Debtors, and affiliates ("**Mercer**") are bondholders, investors, professionals, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Mercer is a former employer of current AP employees.  Mercer is a vendor to AP.

- Meridian Compensation Partners, LLC, a vendor/supplier to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- Microsoft Licensing, GP, a vendor/supplier to the Debtors, and affiliates ("**Microsoft**") are lessors and shareholders to current and former AP clients in matters unrelated to the

Debtors. Microsoft is a current and former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- Miller & Chevalier Chartered, an ordinary course professional in this bankruptcy matter, are professionals to current and former AP clients in matters unrelated to the Debtors.

- Minerals Management Service (MMS), a regulatory and government agency to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- MJX Asset Management LLC, a secured debt holder and shareholder/equity holder to the Debtors, and affiliates ("**MJX**") are bondholders to former AP clients in matters unrelated to the Debtors. MJX is a former employer of a current AP employee.

- Mobil Oil Corporation and Mobil Oil Exploration & Producing Southeast, Inc., other potential parties in interest to the Debtors, are litigation parties, adverse litigation parties, bondholders and investors to current and former AP clients in matters unrelated to the Debtors.

- Mobius Risk Group, LLC, an ordinary course professional in this bankruptcy matter, are professionals to current and former AP clients in matters unrelated to the Debtors.

- Modspace, a vendor/supplier to the Debtors, is a lessor to current and former AP clients in matters unrelated to the Debtors.

- Moody's Investor Service, a vendor/supplier to the Debtors, and affiliates ("**Moody's**") are professionals to current AP clients in matters unrelated to the Debtors.

- Morgan Stanley, a lender to the Debtors, and affiliates ("**Morgan Stanley**") are associated companies, bondholders, adverse litigation parties, litigation parties, investors, lessors, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Morgan Stanley is a current and former AP client in matters unrelated to the Debtors.  Morgan Stanley is a former employer of current AP employees.

- Moses & Singer, a vendor in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors.

- MS Amlin Underwriting Limited, an insurance/insurance provider/surety bond party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors. MS Amlin is a former employer of a current AP employee.

- Mudrick Capital, Mudrick Capital Management, L.P., Mudrick Distressed Opportunity Drawdown Fund, LP, Mudrick Distressed Opportunity Fund Global LP, and Mudrick Distressed Opportunity Specialty Fund, L.P., shareholders and lenders are shareholders to current AP clients in matters unrelated to the Debtors.

- Municipal Employees Annuity and Benefit Fund of Chicago, a shareholder/equity holder to the Debtors, is an investor to a former AP client in matters unrelated to the Debtors.

- Munich Re Syndicate, insurance/insurance provider to the Debtors, and affiliates ("**Munich Re**") are adverse litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors.  Munich Re is a former employer of a current AP employee. Munich Re is an insurance provider to AP.

- Murphy Exploration & Production Company – USA, a UCC lien search party and vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Murphy Oil USA, Inc., et al., a potential party in interest and significant competitor to the Debtors, is a parent company to a former AP client in matters unrelated to the Debtors.

- National Oilwell Varco, LP, a vendor/supplier to the Debtors, and affiliates ("**Varco**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Varco is a former employer of a current AP employee.

- National Union Fire Insurance Company, an insurance/insurance provider/surety bond party to the Debtors, ("**National Union**") are adverse litigation parties, bondholders, and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Navigators Underwriting Agency Ltd is an insurance/insurance provider/surety bond party to the Debtors.  An affiliate, Navigators Insurance Company, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Newfield Exploration Company, a potential parties in interest to the Debtors, and affiliates ("**Newfield**") are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Newfleet Hartford, a lender and secured debt holder to the Debtors, and affiliates ("**Newfleet**") are bondholders to former AP client in matters unrelated to the Debtors.

- Noble Energy, Inc., a contract & joint venture counterparty, surety bond party, significant competitor, and significant customer to the Debtors, and affiliates ("**Noble**") are affiliates, associated companies, director-affiliated companies, and related parties to current and former AP clients in matters unrelated to the Debtors.  Noble is a current and former AP client in matters unrelated to the Debtors.

- North American Specialty Insurance Co. (SR) (through IndemCo), an insurance/insurance provider/surety bond party to the Debtors, and affiliates are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Northwestern Mutual Capital Strategic Equity Fund III LP and The Northwestern Mutual Life Insurance Company, contract & joint venture counterparties, significant competitors, and UCC lien search parties to the Debtors, and affiliates ("**Northwestern Mutual**") are bondholders, adverse litigation parties, lessors, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Northwestern Mutual is a former employer of current AP employees.

- Nuveen Asset Management LLC, Nuveen Credit Strategies Income Fund, Nuveen Diversified Dividend and Income Fund, Nuveen Diversified Dividend and Income Plan, Nuveen Floating Rate Income Fund, Nuveen Floating Rate Income Opportunities Fund, Nuveen Senior Income Fund, Nuveen Short Duration Credit Opportunities Fund, Nuveen Symphony Credit Opportunities Fund, Nuveen Symphony Floating Rate Income Fund, and Nuveen Tax-Advantaged Total Return Strategy Fund, secured debt holders and shareholders/equity holders to the Debtors, and affiliates ("**Nuveen**") are adverse litigation parties, shareholders, and investors to current and former AP clients in matters unrelated to the Debtors.  Nuveen is a former employer of a current AP employee.

- Oaktree Capital and Oaktree, shareholders/equity holders, and lenders to the Debtors, and affiliates ("**Oaktree**") are bondholders, investors, adverse litigation parties, parent companies, counsel, associated companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  Oaktree is a former AP client in matters unrelated to the Debtors.

- Oceaneering International Inc., a top 50 unsecured creditor, member of the official committee of unsecured creditors, and notice of appearance party to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors.

- Odeco Oil & Gas Company, et al., a potential party in interest to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- Office Depot Inc., a vendor/supplier to the Debtors, is an adverse litigation party and director-affiliated company to current and former AP client in matters unrelated to the Debtors. Office Depot is a current and former AP client in matters unrelated to the Debtors. Office Depot is a vendor to AP.

- Oil States Energy Services, a vendor/supplier to the Debtors, is a director-affiliated company to a former AP client in matters unrelated to the Debtors.

- Old Republic and Old Republic Insurance Company ("**Old Republic**"), insurance/insurance providers/surety bond parties to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters related to the Debtors. Old Republic is a former employer of current AP employees.

- Opportune LLP, a vendor/supplier and non-debtor professional, is a professional to current AP clients in matters unrelated to the Debtors.  Opportune LLP is a former employer of a current AP employee.

- O'Melveny & Myers LLP, a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  O'Melveny is a former AP client in matters unrelated to the Debtors.

- P.Schoenfeld Asset Management, a lender to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Pacific Enterprises, a contract & joint venture counterparty to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Palace Exploration, a contract & joint venture counterparty to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Parker Hannifin Corporation, a vendor/supplier to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Partco Inc., a vendor/supplier to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- Petroplan USA LLC, a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Pennzoil Exploration and Production Company, Pennzoil Louisiana and Texas Offshore, Inc., Pennzoil Louisiana and Texas Offshore, Inc., Pennzoil Offshore Gas Operators, Inc., et al., Pennzoil Offshore Gas Operators, Inc., et al., Pennzoil Oil & Gas, Inc., et al., and Pennzoil Producing Co., other potential parties in interest to the Debtors, and affiliates ("**Pennzoil**") are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Pensiondanmark and Pensiondanmark Pensionsforsikringsaktieselskab, shareholders/equity holders to the Debtors, are investors to a former AP client in matters unrelated to the Debtors.

- Permian Tank & Manufacturing, Inc., a known affiliation of board members to the Debtors, is an affiliate of a former AP client in matters unrelated to the Debtors.

- Petroleum Geo-Services Inc., a vendor/supplier to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- Philadelphia Indemnity Insurance Company, a notice of appearance party/interested party and surety party to the Debtors, is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Phillips 66, Phillips Oil Company, and Phillips Petroleum Company, significant competitors to the Debtors, and affiliates ("**Phillips**") are litigation parties to former AP clients in matters unrelated to the Debtors. Phillips is a former employer of a current AP employee.

- Phoenix International Holding, Inc., a vendor/supplier to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- Phoenix Investment Advisor LLC, is a shareholder/equityholder to current and former AP clients in matters unrelated to the Debtors.

- Pierre F. Lapeyre Jr., a former officer and director and affiliation to the Debtors, is an officer of a current AP client in matters unrelated to the Debtors.

- Pitney Bowes Global Financial and Pitney Bowes Postage by Phone, vendors/suppliers to the Debtors, and affiliates ("**Pitney Bowes**") are lienholders to a current AP client in matters unrelated to the Debtors.  Pitney Bowes is the former employer of a current AP employee.

- Plains Gas Solutions, a notice of appearance party/interested party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- PJT Partners, a vendor in this bankruptcy matter, and affiliates ("**PJT**") are professionals to current and former AP clients in matters unrelated to the Debtors. PJT is a former AP client in matters unrelated to the Debtors. PJT is a vendor to AP.

- PricewaterhouseCoopers LLP, an ordinary course professional, and affiliates ("**PwC**") are adverse litigation parties, litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtor. PWC provides tax and related consulting services to AP.  PWC is a former AP client in matters unrelated to the Debtor.  AP provides services to PWC in the ordinary course in matters unrelated to the Debtor.  PWC is a former employer of certain employees, officers, directors, and shareholders of AP.

- Prime Clerk LLC, a professional to the Debtor, is a professional and lessor to current and former AP clients in matters unrelated to the Debtors.

- Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co. and Principal Funds Inc. - Diversified Real Asset Fund, shareholders/equity holders to the Debtors, are investors to former AP client in matters unrelated to the Debtors.

- Priority Artificial Lift Services, LLC, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Proserv Operations Inc., a vendor/supplier to the Debtors, and affiliates ("**Proserv**") are affiliates to a former AP client in matters unrelated to the Debtors. Proserv is a former AP client in matters unrelated to the Debtors.

- QBE Insurance Corporation, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**QBE**") are current AP clients in matters unrelated to the Debtors. QBE is an insurance provider to AP.

- Railroad Commission of Texas, a surety bond party, taxing authority, and regulatory and government agency to the Debtors, are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Refinitiv US LLC, a vendor/supplier to the Debtors, is a vendor to AP.

- Refugio County Tax Assessor- Collector (TX), a taxing authority to the Debtors, is an adverse litigation party to former AP client in matters unrelated to the Debtors.

- Reliant Energy Retail Services, LLC, a utility provider/utility broker to the Debtors, is a professional and litigation party to former AP clients in matters unrelated to the Debtors.

- Republic Services Inc., a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Revenew International LLC, a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Reynolds Frizzell LLP, a vendor/supplier to the Debtors, is a counsel and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Richards Layton & Finger ("**Richards Layton**"), a vendor/supplier to the Debtors, is a lessor, professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Richards Layton is a current and former AP client in matters unrelated to the Debtors. Richards Layton is a vendor to AP.

- Rignet Inc., a top 50 unsecured creditor to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Riverstone, Riverstone Credit Opportunities, Riverstone Credit Partners, L.P., Riverstone Energy Coinvestment V (Cayman), L.P., Riverstone Energy Limited, Riverstone Energy V FW II Holdings-D LP, Riverstone Energy V FW Partnership (Cayman) LP, Riverstone Energy V FW Partnership LP, Riverstone Energy V RCO Investment Partnership LP, Riverstone Energy VFW II Holdings, LP, Riverstone Fieldwood Internal Coinvest, LP,

Riverstone Fieldwood Internal Coinvest-B, LP , Riverstone Fieldwood Partners - B, L.P., Riverstone Fieldwood Partners LP,  Riverstone Fund V,  Riverstone Global Energy and Power Fund V (FT) LP, Riverstone Global Energy and Power Fund V Aiv-A LP, Riverstone Global Energy and Power Fund V Aiv-B LP, Riverstone Holdings LLC, Riverstone Investment Group,  Riverstone Sparta Cooperatief U.A.,  Riverstone V FW Holdings Sub LLC, Riverstone V FW Holdings, LLC , Riverstone V PDI Loan Investment LLC, Riverstone V RCO Loan Investment AIV, LLC, and Riverstone/Carlyle Global Energy and Power Fund IV, L.P., sponsors, known affiliations of board members, shareholders/equity holders, contract & joint venture counterparties, secured creditors, lenders, non-debtor affiliates/parent/subsidiaries, surety bond parties, shareholders, and secured debt holders to the Debtors, and affiliates ("**Riverstone**") are investors, lessors, professionals, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Riverstone is a current AP client in matters unrelated to the Debtors.

- RLI Insurance Company, a notice of appearance party/interested party, vendor/supplier, and contract & joint venture counterparty to the Debtors, and affiliates ("**RLI**") are bondholders to a current AP client in matters unrelated to the Debtors.

- Rose & Associates LLP, a vendor/supplier to the Debtors, is a vendor to AP.

- Robert Half Technology, a vendor/supplier to the Debtors, and affiliates ("**Robert Half**") are professionals to current and former AP clients in matters unrelated to the Debtors. Robert Half is a former employer of a current AP employee. Robert Half is a vendor to AP.

- Robert Moore, a shareholder/equity holder to the Debtors, is a director to current AP client in matters unrelated to the Debtors.

- Rothschild & Co US Inc., a non-debtor professional in this bankruptcy matter, and affiliates ("**Rothschild**") are professionals, counsel and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- RLI Insurance Co., a vendor/supplier to the Debtors, is a bondholder to current and former AP clients in matters unrelated to the Debtors.

- Rowan Companies, Inc., a vendor/supplier to the Debtors, is a current AP client in matters unrelated to the Debtors.

- RPA Advisors LLC, a vendor/supplier to the Debtors, is a professional to current AP clients in matters unrelated to the Debtors.

- RPS, a vendor/supplier to the Debtors, and affiliates ("**RPS**") are lessors and adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Ryan, LLC, an ordinary course professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Ryder Scott Company LP, an ordinary course professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Sabine Oil and Gas Corporation ("**Sabine**"), a vendor/supplier to the Debtors, is a litigation party and adverse litigation party to current AP clients in matters unrelated to the Debtors. Sabine is a current AP client in matters unrelated to the Debtors.

- Samson Offshore Mapleleaf, LLC and Samson Contour Energy E & P, LLC, vendors/suppliers and notice of appearance parties/interested parties to the Debtors, and affiliates are lessors, shareholders and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- SandRidge Energy Inc, SandRidge Energy Offshore, LLC, and SandRidge Offshore, LLC, significant competitors, debtors' trade names and aliases, and contract & joint venture counterparties to the Debtors, and affiliates ("**SandRidge**") are joint venture parties to current and former AP clients in matters unrelated to the Debtors.

- SBM Gulf Production LLC and SBS Energy Services, LLC., vendors/suppliers to the Debtors, and affiliates ("**SBM**") are lessors to a former AP client in matters unrelated to the Debtors. SBM is a former AP client in matters unrelated to the Debtors.

- Schlumberger Technology Corporation, a top 50 unsecured creditor and vendor/supplier to the Debtors, is an adverse litigation party and litigation party to current AP clients in matters unrelated to the Debtors.

- Seabulk International, Inc., a known affiliation of board members to the Debtors, is a director-affiliated company and affiliate to former AP clients in matters unrelated to the Debtors.

- Scof-2 Ltd. and Scof-2 Tax Subsidiary, Ltd., shareholders/equity holders to the Debtors, are investors to a former AP client in matters unrelated to the Debtors.

- Seneca Resources Corporation, a potential party in interest to the Debtors, is an affiliate of a former AP client in matters unrelated to the Debtors.

- Senior Debt Portfolio c/o Eaton Vance Management, a shareholder/equity holder to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc., a shareholder/equity holder to the Debtors, is a limited partner and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- SGS North America, Inc. ("**SGS**"), a vendor/supplier to the Debtors, is an associated company to current AP clients in matters unrelated to the Debtors.  SGS is a vendor to AP.

- Shell Oil Company, Shell Consolidated Energy Resources Inc., Shell Deepwater Development Inc., Shell Energy North American (US), L.P., Shell Exploration & Production Company, Shell Frontier Oil & Gas Inc., Shell Gulf of Mexico Inc.,  Shell Land & Energy Company, Shell Offshore Inc., and   Shell Trading Risk Management, LLC, contract & joint venture counterparties to the Debtors, and affiliates ("**Shell**") are adverse litigation parties, investors, lessors, litigation parties, and related parties to current and former AP clients in matters unrelated to the Debtors.  Shell is a current AP client in matters unrelated to the Debtors. Shell is a former employer of a current AP employee.

- Shipman & Goodwin LLP, a non-debtor professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.

- Shred-It USA LLC ("**Shred-It**"), a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors. Shred-It is a vendor to AP.

- Siemens Energy, Inc., a vendor/supplier to the Debtors, and affiliates ("**Siemens**") are associated companies, litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtors.  Siemens is a current and former AP client in matters unrelated to the Debtors.  Siemens is a former employer of current AP employees.

- Simpson Thacher & Bartlett LLP, a professional in this bankruptcy matter, is a former AP client in matters unrelated to the Debtors.

- Sirius Solutions, LLP, an ordinary course professional in this bankruptcy matter, is a professional to a current AP client in matters unrelated to the Debtors.

- Skinner Law Firm LLC, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Sojitz Energy Venture Inc., a vendor/supplier to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Solstice Consulting Group LLC, a vendor/supplier to the Debtors, is a vendor to AP.

- Sompo International, an insurance/insurance provider/surety bond party to the Debtors, are litigation parties to current and former AP clients in matters unrelated to the Debtors. Sompo is an insurance provider to AP.

- Squire Patton Boggs (US) LLP, a vendor and ordinary course professional in this bankruptcy matter, and affiliates ("**SPB**") are professionals, adverse litigation parties and counsel to current and former AP clients in matters unrelated to the Debtors.  SPB is a

current and former AP client in matters unrelated to the Debtors. SPB provides legal services to AP.

- St. Bernard Parish (LA), a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- St. Mary Parish Clerk of Court (LA), a taxing authority to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Stallion Oilfield Services Ltd., a known affiliation of board members and a vendor/supplier to the Debtors, and affiliates ("**Stallion**") are affiliates and litigation parties to current and former AP clients in matters unrelated to the Debtors. Stallion is a former AP client in matters unrelated to the Debtors.

- Stancil & Co., an ordinary course professional in this bankruptcy matter, is a professional to current AP client in matters unrelated to the Debtors.

- State of Texas, a taxing authority to the Debtors, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Statoil Gulf Services LLC, a significant customer to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Starr Indemnity & Liability Company and Starr Surplus Lines Insurance Company, insurance/insurance providers/surety bond parties to the Debtors, and affiliates ("**Starr**") are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Starr is a current AP client in matters unrelated to the Debtors. Starr is an insurance provider to AP.

- Sterling Relocation, a vendor/supplier to the Debtors, is a vendor to AP.

- Stewart Tubular Products Inc., a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Stifel Financial Corp., a lender to the Debtors, and affiliates are professionals, adverse litigation parties, litigation parties, bondholders and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Stone Energy Offshore, L.L.C. and Stone Energy Corporation, other potential parties in interest, contract & joint venture counterparties, partnerships, significant competitors, and significant customers to the Debtors, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Stroock & Stroock & Lavan LLP, counsel to the Official Committee of Unsecured Creditors, ("**SSL**") is a professional, counsel and opposing counsel to current and former

AP clients in matters unrelated to the Debtors.  SSL is a current AP client in matters unrelated to the Debtors.

- Sullexis, LLC, a vendor/supplier to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Sun Oil Company, a potential party in interest to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Superior Oil Company, et al., a potential party in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Susman Godfrey LLP, a vendor/supplier to the Debtors, is an adverse litigation party, counsel, opposing counsel, litigation party and professional to current and former AP clients in matters unrelated to the Debtors.  Susman Godfrey is a current and former AP client in matters unrelated to the Debtors.

- Swiss Re International and Swiss Re International SE UK Branch, insurance/insurance providers/surety bond parties to the Debtors, and affiliates are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- Symetra Life Insurance Company, a third-party benefits provider to the Debtors, is a related party and bondholder to former AP clients in matters unrelated to the Debtors.

- Symphony Asset Management LLC, Symphony CLO V, Ltd., Symphony CLO XIV Tax Subsidiary Ltd., Symphony CLO XIV, Ltd., Symphony CLO XV Tax Subsidiary Ltd., Symphony CLO XV, Ltd., Symphony CLO XVI Tax Subsidiary Ltd., Symphony CLO XVI, Ltd., Symphony CLO XVII, Ltd., and Symphony Floating Rate Senior Loan Fund, lenders and  shareholders/equity holders to the Debtors, and affiliates are investors, bondholders, and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Tab Products Co LLC, a vendor/supplier to the Debtors, is a vendor to AP.

- Talos Energy LLC, Talos Production LLC, and Talos ERT LLC, vendors/suppliers, significant customers, and significant competitors to the Debtors, and affiliates are director-affiliated companies to a current AP client in matters unrelated to the Debtors.

- Targe Energy LLC, a known affiliation of board members to the Debtors, is an affiliate to a former AP client in matters unrelated to the Debtors.

- TDC/Petrobras, a surety bond party and contract & joint venture counterparty to the Debtors, are adverse litigation parties to a former AP client in matters unrelated to the Debtors.

- Tennessee Gas Transmission Company, a potential party in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Tetra Technologies, a member of the official committee of unsecured creditors, is an investor to a current AP client AP clients in matters unrelated to the Debtors. An affiliate, Tetra Production Testing, is a member of the UCC represented by AP in EP Energy Corporation, a bankruptcy matter unrelated to the Debtors.

- Texaco, Inc. and Texaco Exploration and Production Inc., contract & joint venture counterparties and other potential parties in interest to the Debtors, are litigation parties to a former AP client in matters unrelated to the Debtors.

- Texas Comptroller of Public Accounts, a taxing authority to the Debtors. Texas Comptroller of Public Accounts is a member of the UCC represented by AP in EP Energy Corporation, a bankruptcy matter unrelated to the Debtors.

- Texas Eastern Transmission LP, a vendor/supplier to the Debtors, is a joint venture party and litigation party to a former AP client in matters unrelated to the Debtors.

- The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd., a shareholder/equity holder to the Debtors, and affiliates ("**BNY Mellon**") are bondholders, adverse litigation parties, shareholder, lessor, and lienholder to current and former AP clients in matters unrelated to the Debtors. BNY Mellon is a former AP client in matters unrelated to the Debtors.

- The Chaucer Group, an insurance/insurance provider/surety bond party to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- The Louisiana Land & Exploration Co LLC, a UCC lien search party to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- THL Credit Advisors LLC, a lender to the Debtors, and affiliates ("**THL**") are parent companies, litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors. THL is a current and former AP client in matters unrelated to the Debtors.

- Thomas Church Farnsworth III, a vendor/supplier to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Thompson Coburn LLP, an ordinary course professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Thompson & Knight LLP, a professional to the Debtors, is a professional, adverse litigation party, and ligation party to current and former AP clients in matters unrelated to the Debtors.

- Thomson Reuters (Tax & Accounting) Inc. and Thomson Reuters-West, vendors/suppliers to the Debtors, and affiliates ("**Thomson Reuters**") are professionals and associated companies to current and former AP clients in matters unrelated to the Debtors. Thomson Reuters is a former employer of current AP employees. Thomson Reuters is a vendor to AP.

- Thrivent Financial, a lender to the Debtors, and affiliates ("**Thrivent**") are adverse litigation parties, bondholders, lessors, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Thrivent is a former employer of current AP employees.

- Timothy Smith, a vendor/supplier to the Debtors, is a vendor to AP.

- TMR Exploration Inc., a vendor/supplier and significant customer to the Debtors, and affiliates are affiliates to a current AP client in matters unrelated to the Debtors.

- Tokio Marine & Nichido Fire Insurance Co., Ltd., an insurance provider to the Debtors, and affiliates ("**Tokio Marine**") are litigation parties and adverse litigation parties to current AP clients in matters unrelated to the Debtors. Tokio Marine is a current AP client in matters unrelated to the Debtors.

- Tommy Combs, a vendor/supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Topaz Power Group LLC, a known affiliation of board members to the Debtors, is an affiliate to a former AP client in a matter unrelated to the Debtors.

- Toshiba Financial Services., a vendor/supplier to the Debtors, and affiliates ("**Toshiba**") are affiliates, director-affiliated companies, litigation parties, shareholders, associated companies and related parties to current and former AP clients in matters unrelated to the Debtors.  Toshiba is a current and former AP client in matters unrelated to the Debtors. Toshiba is a former employer of current AP employees. Toshiba is a vendor to AP.

- Total Safety U.S. Inc., a contract & joint venture counterparty to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors.

- Transam Blackrock Global Alloc VP of Transam Series Tr. and Transamerica Blackrock Global Allocation VP, shareholders/equity holders to the Debtors, and affiliates ("**Transamerica**") are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Tansamerica is vendor to AP.

- TransOcean Oil, Inc., et. Al., a party in interest to the Debtors, is a litigation party and adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Travelers Lloyd's Insurance Company, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**Travelers**") are adverse litigation parties, litigation parties, and limited partners to current and former AP clients in matters unrelated to the Debtors. Travelers is a current and former AP client in matters unrelated to the Debtors. Travelers is an insurance provider to AP.

- Tuboscope, a vendor/supplier to the Debtors, is a director-affiliated company to a current AP client in matters unrelated to the Debtors.

- TXP Operating Company, a potential party in interest to the Debtors, is an associated company and lessor to a current AP client in matters unrelated to the Debtors.

- UBS Financial Services, Inc., a vendor/supplier to the Debtors, and affiliates ("**UBS**") are lessors, bondholders, adverse litigation parties, litigation parties, investors, lienholders, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  UBS is a former AP client in matters unrelated to the Debtors.

- Uline, Inc., a vendor/supplier to the Debtors, is a vendor to AP.

- Union Oil Company of California and Union Oil Company, et al., other potential parties in interest to the Debtors, are adverse litigation parties to current AP clients in matters unrelated to the Debtors.

- University of Houston Law Foundation, a vendor/supplier to the Debtors, is a vendor to AP.

- United States Coast Guard, a regulatory and government agency to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- United States Custom and Border Protection (CBP), a regulatory and government agency to the Debtors, is a bondholder, lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- United States Department of The Treasury, a taxing authority to the Debtors, is a former employer of a current AP employee.

- Upstream, a vendor/supplier to the Debtors, is an associated company to a current AP client in matters unrelated to the Debtors.

- US Army Corp. of Engineers, a surety bond party and regulatory and government agency to the Debtors, are adverse litigation parties and lessors to current AP clients in matters unrelated to the Debtors.

- US Bank N.A., US Bank National Association, US Bank Corporate Trust Services, U.S. Bank NA as Cust. for 2013-2 Blocker Subsidiary Iv Ltd., U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd., U.S. Bank NA as Cust. for HLAF 2014-3 Blocker Subsidiary IV Ltd., and U.S. Bank NA as Cust. for HLAF2013-1 Blocker Subsidiary Iv Ltd, banks, vendors/suppliers, and shareholders/equity holders to the Debtors, and affiliates ("**U.S. Bank**") are lienholders, litigation parties, adverse litigation parties, shareholders, bondholders, lessees, and lessors to current and former AP clients in matters unrelated to the Debtors. U.S. Bank is a current and former AP client in matters unrelated to the Debtors. U.S. Bank was a member of the UCC represented by AP in Tops Holding II Corporation, a former bankruptcy matter unrelated to the Debtors.

- U.S. Dept. of Commerce - NOAA, a regulatory agency to the Debtors, is a lessor to a current AP client in matters unrelated to the Debtors.

- U.S. Department of the Interior, U.S. Department of the Interior - Office of Inspector General, U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit, and U.S. Department of the Interior- Office of the Solicitor, litigation counterparties to the Debtors, and affiliates ("**DOI**") are bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- U.S. Securities and Exchange Commission ("**SEC**"), regulatory and government agency to the Debtors, is an adverse litigation party and lessor to current and former AP clients in matters unrelated to the Debtors.  The SEC is a current and former AP client in matters unrelated to the Debtors.  The SEC is a former employer of a current AP employee.

- US Specialty Insurance Company, an insurance/insurance provider/surety bond party to the Debtors, and affiliates ("**US Specialty**") are bondholders to current and former AP clients in matters unrelated to the Debtors.  US Specialty is a former AP client in matters unrelated to the Debtors.

- UTEX, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Valero Marketing and Supply Company, a litigation counterparty to the Debtors, is a litigation party and lessor to current and former AP clients in matters unrelated to the Debtors.

- VAM USA LLC, a vendor/supplier to the Debtors, and affiliates are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Verizon Wireless, a utility provider/utility broker to the Debtors, and affiliates ("**Verizon**") are parent companies, litigation parties, adverse litigation parties, and related parties to current and former AP clients in matters unrelated to the Debtors. Verizon is a current and former AP client in matters unrelated to the Debtors. Verizon is a former employer of current AP employees. Verizon is a vendor to AP.

- Vinson & Elkins LLP ("**Vinson**"), a non-debtor professional in this bankruptcy matter, is an adverse litigation party, shareholder, professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Vinson is a current and former AP client in matters unrelated to the Debtors.

- Virtu Americas LLC, a shareholder/equity holder to the Debtors, is a shareholder to a current AP client in matters unrelated to the Debtors.

- Vistra Management Services and Vistra Netherlands, ordinary course professionals in this bankruptcy matter and vendors/suppliers to the Debtors, are professionals to current AP clients in matters unrelated to the Debtors.

- Vision Service Plan Insurance Company, a third-party benefits provider to the Debtors, is an insurance provider to AP.

- Vitol, Inc., a significant customer to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- W-Industries Inc. – Texas, a vendor/supplier to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Walter Oil & Gas Corporation, a UCC lien search party, significant competitor, and significant customer to the Debtors, are shareholders to a former AP client in matters unrelated to the Debtors.

- Weatherford Gemoco, Weatherford U.S., L.P., Weatherford Artificial Lift Systems, and Weatherford International, vendors/suppliers to the Debtors, and affiliates ("**Weatherford**") are adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors.

- Weil, Gotshal & Manges LLP ("**WG&M**"), a professional to the Debtors, is a professional, counsel, opposing counsel, and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. WG&M is a current and former AP client in matters unrelated to the Debtors. WG&M is a former employer of current AP employees. WG&M provides legal services to AP.

- Weir Seaboard, a vendor/supplier to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Wellington Management, a lender to the Debtors, and affiliates are litigation parties, adverse litigation parties, shareholders, lessors and bondholders to current and former AP clients in matters unrelated to the Debtors.

- Wells Fargo Financial Leasing Inc., a vendor/supplier to the Debtors, and affiliates ("**Wells Fargo**") are bondholders, litigation parties, adverse litigation parties, investors, lessors,

lessees, lienholders, related parties, professionals, shareholders, and associated companies to current and former AP clients in matters unrelated to the Debtors.  Wells Fargo is a current and former AP client in matters unrelated to the Debtors.  Wells Fargo was a noteholder represented by AP in LBI Media, Inc., a former bankruptcy matter unrelated to the Debtors.  Wells Fargo is a former employer of current AP employees.

- Whitley Penn LLP, a vendor/supplier to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- William Moore, a vendor/supplier to the Debtors, is a shareholder, adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Williams Companies (Gulfstar One LLC), a surety bond party to the Debtors, and affiliates is a current AP client in matters unrelated to the Debtors.

- Willis Towers Watson, Willis - Evergreen, and Willis - Zurich, vendors, and insurance providers to the Debtors, and affiliates ("**WTW**") are professionals to current and former AP clients in matters unrelated to the Debtors. WTW is a current AP client in matters unrelated to the Debtors. WTW is a vendor to AP.

- Willkie Farr & Gallagher LLP ("**Willkie**"), a vendor to the Debtors, is a bondholder, counsel, and professional to current and former AP clients in matters unrelated to the Debtors. Willkie is a current and former AP client in matters unrelated to the Debtors. Willkie provides legal services to AP.

- Wilmington Trust, N.A., a cash management & non-debtor bank to the Debtors, and affiliates ("**Wilmington**") are adverse litigation parties, affiliates, bondholders, litigation parties, shareholders, and lienholders to current and former AP clients in matters unrelated to the Debtors. Wilmington is a current and former AP client in matters unrelated to the Debtors.

- WME IMG Holdings, a vendor/supplier to the Debtors, is a vendor to AP.

- XL Catlin Specialty Insurance and XL Specialty Insurance Company, insurance/insurance provider/surety bond parties to the Debtors, and affiliates ("**XL**") are bondholders, litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtors.  XL is an insurance provider to AP.

- XTO Energy Inc. and XTO Offshore Inc., top 50 creditors, contract & joint venture counterparties, known affiliations of board members, notice of appearance/interested parties, and surety bond parties to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Z Capital Group L.L.C., a lender to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Zee Medical Service Co., a vendor/supplier to the Debtors, is a vendor to AP.

- Zurich American Insurance Company, Zurich Surety, and Zurich Insurance Group Ltd., third-party benefits providers, surety bond parties, contract & joint venture counterparties, and insurance/insurance provider/surety bond parties to the Debtors, and affiliates ("**Zurich**") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Zurich is a current and former AP client in matters unrelated to the Debtors. Zurich is a former employer of current AP employees. Zurich is an insurance provider to AP.

25. AlixPartners and its affiliates are claims agents, advisors, and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these chapter 11 cases. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or in opposition to other professionals involved in these chapter 11 cases. Moreover, AlixPartners might have referred work to other professionals who are retained in these chapter 11 cases. Likewise, certain such professionals who are retained in these chapter 11 cases might have referred work to AlixPartners. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtor.

26. From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases. As described herein, however,

AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider or other party in interest in such unrelated matters.

27.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners Personnel (a) have any connection with the United States Trustee, or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the Southern District of Texas, except as otherwise set forth herein.

28.     To the best of my knowledge, none of the members of the engagement team or AlixPartners is a direct holder of any of the Debtors' securities.  It is possible that members of the engagement team or certain of AlixPartners employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

29.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.  AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these chapter 11 cases,

provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

30.     Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a Potential Party in Interest.

31.     Despite the efforts described above to identify and disclose the connections that AlixPartners has with parties in interest in these chapter 11 cases, because the Debtors form a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

32.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these chapter 11 cases other than in accordance with the applicable provisions of the Bankruptcy Code.

33.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners nor any AlixPartners Personnel holds or represents any interest adverse to the Debtors or their estates, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the

Bankruptcy Code, in that AlixPartners and its professionals and employees who will work on the engagement:

    (a)    are not creditors, equity security holders, or insiders of the Debtors;

    (b)    were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

    (c)    do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

34.    If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with this Court as required by Bankruptcy Rule 2014. AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

35.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 2, 2020
      New York, NY

                    */s/ John Castellano*
                    John Castellano
                    AlixPartners, LLP

## Schedule 1

**Retention Checklist**

## **Exhibit 1 – Retention Checklist**

Administrative and Collateral Agents
Bankruptcy Judges and Staff (for the Southern District of Texas)
Banks
Bondholders/Noteholders/ Indenture Trustees
Bonding and Permitting Authorities
Clerk of the Court
Contract & Joint Venture Counterparties
Current Directors
Current Officers
Debtors
Debtors Professionals (law firms, accountants and other professionals)
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Former Officers and Directors (include senior management) and Affiliations
Insurance/Insurance Provider
Known Affiliations of Board Members
Landlords and parties to leases
Lenders (Term/Revolver/Administrative and Collateral Agents)
Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)
Material Royalties in Suspense (Greater than $100,000)
Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)
Members of Any Ad Hoc Committee
Non- Debtor Affiliates/Parent/Subsidiaries
Non-Debtors Professionals (law firms, accountants, and other professionals)
Notice of Appearance Party/Interested Party
Ordinary Course Professionals
Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
Other Potential Parties in Interest
Parties to Material Contracts with the Debtors (>$1 Million in value remaining)
Parties to Material Unexpired Leases with the Debtors (Landlords)
Partnerships (if debtors is a partnership, its general and limited partners)
Regulatory and Government (Federal, State, and Local)
Significant Competitors
Significant Customers
Shareholders/Equity Holders
Sponsors
Surety Bonds
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Third Party Benefits Provider
Top 50 Unsecured Creditors
UCC (Lien Search Results)
Unions (None)
United States Trustee and Staff (Southern District of Texas)
U.S. Attorney's Office (for the Southern District of Texas)
Utility Providers/Utility Brokers
Vendors/Suppliers