United States Courts
Southern District of Texas
FILED
September 03, 2020
David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: Fieldwood Energy LLC, et al. | | |

This lawyer, who is admitted to the State Bar of California:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Donna T. Parkinson<br>PARKINSON PHINNEY<br>3600 American River Drive, Suite 145<br>Sacramento, CA 95864<br>916-449-1441<br>SBN: 125574 |

Seeks to appear as the attorney for this party:

Dated: 09/03/2020     Signed: *Donna T. Parkinson*

COURT USE ONLY: The applicant's state bar reports their status as: Active.

Dated: 9/3/2020     Signed: s| M. Mapps
                           Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge