UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
09/01/2020

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Armen Shahinian, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ  07052<br>973-530-2002<br>New Jersey - 012841974 |
|---|---|

| Name of party applicant seeks to appear for: | Aspen American Insurance Company and Everest Reinsurance Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/14/2020 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 01, 2020

[signature]

Marvin Isgur
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          Southern District of Texas

In re:                                                              Case No. 20-33948-mi
Fieldwood Energy LLC                                                Chapter 11
Dynamic Offshore Resources NS, LLC
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0541-4          User: TylerLaws            Page 1 of 3         Date Rcvd: Sep 01, 2020
                              Form ID: pdf002            Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db           +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
db           +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,   Houston, TX 77042-3623
db           +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db           +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
db           +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db           +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db           +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
               Houston, TX 77042-3623
aty          +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
               Austin, TX 78701-2531
aty          +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty          +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
               Houston, TX 77002-5607
aty          +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
               Baton Rouge, LA 70810-8959
cr            +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
               Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
               US 70139-7756
cr           +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
               Houston, TX 77010-4037
intp         +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
               Suite 4200,    Houston, TX 77002-2929
cr           +Archrock Services, LP,    16666 North Chase Dr.,    Houston, TX 77060-6014
cr           +Aspen American Insurance Company,    c/o Randall A. Rios,    Husch Blackwell LLP,
               600 Travis Street, Suite 2350,    Houston, TX 77002-2629
cr           +Bedrock Petroleum Consultants, LLC,    c/o Bradley,    Attn: James B. Bailey,
               1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr           +Broussard Brothers, Inc.,    501 S. Main St.,    Abbeville, LA  70510,    US 70510-6508
cr           +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
               New Orleans, LA 70163-1102
cr           +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
               Metairie, LA 70002-4924
cr           +Discovery Gas Transmission LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
               320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr           +Diversified Well Logging, LLC,    C/O Dore Rothberg McKay, PC,    17171 Park Row, Suite 160,
               Houston, TX 77084-4927
cr           +Everest Reinsurance Company,    c/o Randall A. Rios,    Husch Blackwell LLP,
               600 Travis Street, Suite 2350,    Houston, TX 77002-2629
cr           +Gulfstar One LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,    320 South Boston Avenue,
               Suite 200,    Tulsa, OK 74103-3705
intp         +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
               New Orleans, LA 70130-3292
cr            +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
               5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr           +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
               c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr           +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
               901 Main St., Suite 6000,    Dallas, TX 75202-3748
op           +Prime Clerk LLC,    One Grand Central Place,    60 East 42nd Street,    Suite 1440,
               New York, NY 10165-1446
intp          Railroad Commission of Texas,    c/o Office of the Attorney General,
               Bankruptcy & Collections Division,    P. O. Box 12548,    Austin, TX 78711-2548
cr           +Red Willow Offshore, LLC,    c/o Barnet B. Skelton, Jr.,    815 Walker, Suite 1502,
               Houston, TX 77002-5832
cr           +Regis Southern,    c/o Reese Baker,    950 Echo Lane Ste 300,    Houston, TX 77024-2824
cr           +SBM Gulf Production LLC,    c/o Ken Green,    Snow Spence Green LLP,    P O Box 549,
               Hockley, TX 77447-0549
cr           +Seitel Data, Ltd.,    c/o Duane J. Brescia,    Clark Hill Strasburger,    720 Brazos, Suite 700,
               Austin, TX 78701-2531
cr           +Sheldon Independent School District,    c/o Owen M. Sonk,    PBFCM, LLP,
               1235 N. Loop W., Suite 600,    Houston, TX 77008-1772
cr           +Sheldon Independent School District, et al,    c/o Owen M. Sonik,    PBFCM, LLP,
               1235 N. Loop W., Ste 600,    Houston, TX 77008-1772
```

```
District/off: 0541-4                  User: TylerLaws                     Page 2 of 3                   Date Rcvd: Sep 01, 2020
                                      Form ID: pdf002                     Total Noticed: 62

intp           +TC Oil Louisiana, LLC,     c/o Wick Phillips Attn: Jason Rudd,    3131 McKinney Ave., Suite 100,
                 Dallas, TX 75204-2430
cr             +TGS AP Investments AS,    c/o Andrew A Braun,    Geiger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,     c/o Andrew A Braun,    Gieger, Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras St.,    New Orleans, LA  70139,    US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,     c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
intp           +Tana Exploration Company, LLC,     c/o Wick Phillips Attn: Jason Rudd,
                 3131 McKinney Ave., Suite 100,    Dallas, TX 75204-2430
cr             +Tetra Applied Technologies, Inc.,     c/o Zachary S. McKay,    Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,    Houston, TX 77084-4927
cr             +Transcontinental Gas Pipe Line Company, LLC,     c/o Steven W. Soule,    Hall, Estill, et al.,
                 320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr             +U.S. Specialty Insurance Company,     c/o Locke Lord LLP,    ATTN: Philip Eisenberg,
                 600 Travis Street, Suite 2800,    Houston, TX 77002-2914
cr             +WFS Liquids LLC,    c/o Steven W. Soule',    Hall, Estill, et al.,    320 South Boston Avenue,
                 Suite 200,    Tulsa, OK 74103-3705
cr             +Westerngeco LLC,    c/o Andrew A Braun,    Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,    US 70139-7756
cr             +Williams Field Services-Gulf Coast Company LLC,     c/o Steven W. Soule,    Hall, Estill, et al.,
                 320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr             +Zurich American Insurance Company,     c/o Duane Brescia,    720 Brazos Street,    Suite 700,
                 Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2020 23:05:56      Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, Tx  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2020 23:05:56      Galveston County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    P.O. Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2020 23:05:56      Harris County,
                 Linebarger Goggan Blair & Sampson LLP,    C/O John P. Dillman,    PO Box 3064,
                 Houston, TX  77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Sep 01 2020 23:06:38
                 Island Operating Company Inc,    770 S Post Oak Lane,    Suite 400,    Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2020 23:05:56      Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    P.O. Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 01 2020 23:05:56      Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,    Post Office Box 3064,
                 Houston, TX  77253-3064
cr             +E-mail/Text: pwp@pattiprewittlaw.com Sep 01 2020 23:05:40      Plains Gas Solutions,
                 c/o Law Ofc Patricia Williams Prewitt,    10953 Vista Lake Ct.,    Navasota, TX  77868,
                 UNITED STATES 77868-6981
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               A-Port LLC
cr               Acadian Contractors, Inc
cr               Ad Hoc Group of Secured Lenders
cr               Archrock Partners Operating, LLC and Archrock Serv
cr               CCG Services (U.S.) Inc.
cr               CNOOC Petroleum Offshore U.S.A. Inc.
cr               CTD Legacy LLC
intp             Cantor Fitzgerald Securities, as DIP Agent
cr               Chevron U.S.A. Inc.
cr               Diverse Safety & Scaffolding, LLC
cr               Ecopetrol America LLC
intp             Eni Petroleum US LLC
intp             Eni US Operating Co. Inc.
cr               ExxonMobil Corporation
intp             Facilities Consulting Group, LLC
cr               Florida Gas Transmission Company, LLC
cr               Goldman Sachs Bank USA
cr               Halliburton Energy Services, Inc.
cr               Intracoastal Liquid Mud, Inc.,   UNITED STATES
intp             Kilgore Marine
cr               Lavaca County
cr               Liberty Mutual Insurance Company
cr               Linear Controls, Inc.
cr               Live Oak CAD
cr               Louisiana Safety Systems, Inc.
intp             Manta Ray Offshore Gathering Company, L.L.C.
intp             Nautilus Pipeline Company, L.L.C.
cr               Oceaneering International Inc.
cr               Oil States Energy Services, LLC
cr               Partco, LLC
cr               Philadelphia Indemnity Insurance Company
```

```
District/off: 0541-4          User: TylerLaws            Page 3 of 3            Date Rcvd: Sep 01, 2020
                              Form ID: pdf002            Total Noticed: 62

                    ***** BYPASSED RECIPIENTS (continued) *****
intp            RLI Insurance Company
cr              Renaissance Offshore, LLC
cr              Republic Helicopters, Inc.
cr              Rio Grande City CISD
cr              Samson Contour Energy E & P, LLC
cr              Samson Offshore Mapleleaf, LLC
cr              Sea Robin Pipeline Company, LLC
cr              Starr County
cr              State of Louisiana, Department of Natural Resource
cr              Stingray Pipeline Company, LLC
intp            Subsea 7 LLC
cr              The Hanover Insurance Company
crcm            The Official Committee of Unsecured Creditors
cr              Trunkline Gas Company, LLC
cr              U.S. Department of the Interior
cr              W&T Offshore, Inc.
cr              XTO Energy, Inc.
                                                                                 TOTALS: 48, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```