# APPEARANCE SHEET FOR HEARING BEFORE
# JUDGE ISGUR
# Friday, September 4, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Duane | Brescia | Clark Hill Strasburger | Seitel Data, Ltd., Zurich American Insurance Co. |
| Brandon | DeWolfe | Fieldwood Energy LLC | Fieldwood Energy LLC |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs as First Lien First Out Agent |
| Charles | Hendricks | Cavazos Hendricks Poirot, P.C. | Anne Burns, Chapter 7 Trustee for Hoactzin Partners, L.P. |
| Bradley | Knapp | Locke Lord LLP | McMoRan Oil & Gas, LLC |
| Robert | Paddock | Buck Keenan LLP | Fieldwood Energy LLC |
| Aaron | Power | Porter Hedges | Subsea 7 |
| Natasha | Tsiouris | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk and Wardwell | Ad Hoc Group |
| Melissa | Valdez | Perdue Brandon Fielder Collins & Mott | Sheldon Independent School District, et al |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |