

United States Courts
Southern District of Texas
FILED
September 03, 2020
David J. Bradley, Clerk of Court

ENTERED
09/04/2020

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: Fieldwood Energy LLC, et al. | | |

This lawyer, who is admitted to the State Bar of  California :

| | |
|---|---|
| Name | Donna T. Parkinson |
| Firm | PARKINSON PHINNEY |
| Street | 3600 American River Drive, Suite 145 |
| City & Zip Code | Sacramento, CA 95864 |
| Telephone | 916-449-1441 |
| Licensed: State & Number | SBN: 125574 |

Seeks to appear as the attorney for this party:

Dated: 09/03/2020        Signed: *Donna T. Parkinson*

COURT USE ONLY: The applicant's state bar reports their status as:  Active .

Dated: 9/3/2020        Signed: s| M. Mapps
                                Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: September 04, 2020

Marvin Isgur
United States Bankruptcy Judge