IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Re: Docket Nos. 113, 114, 207, 299 |

**NOTICE OF FILING OF CORRECTED PROPOSED ORDER IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING SETTLEMENT BY AND AMONG FIELDWOOD ENERGY LLC, HOACTZIN PARTNERS L.P., THE HOACTZIN TRUSTEE, AND OTHER PARTIES AND (II) GRANTING RELATED RELIEF**

1. On August 7, 2020, Fieldwood Energy LLC ("**FWE**") and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**") filed with this Court a motion pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019 seeking authority to enter into and Court approval of a settlement with, inter alia, Hoactzin Partners L.P. (Docket No. 113) (the "**Motion**").[2] The terms of the Settlement were set forth in a draft Stipulation and Agreed Order annexed as **Exhibit 1** (the "**August 7 Draft Stipulation**") to the Proposed Order filed with the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. On August 20, 2020, the Debtors filed an updated version of **Exhibit 1** to the Proposed Order reflecting the final, executed version of the Stipulation and Agreed Order (Docket No. 207, Exhibit A) (the "**Final Stipulation**").

3. On September 4, 2020, following a status conference on the Motion, the Court entered the Proposed Order that annexes a copy of the August 7 Draft Stipulation (Docket No. 299).

4. The Debtors hereby file as **Exhibit A** hereto a corrected form of proposed order which annexes the Final Stipulation (the "**Corrected Order**") and respectfully request that the Court enter the Corrected Order.[3]

*[Remainder of page intentionally left blank.]*

---

[3] The only other change to the original form of Proposed Order is the addition of the word "corrected" to the title of the Proposed Order.

Dated:  September 6, 2020
       New York, New York

                          Respectfully submitted,

                          */s/ Jessica Liou*
                          WEIL, GOTSHAL & MANGES LLP
                          Alfredo R. Pérez (15776275)
                          700 Louisiana Street, Suite 1700
                          Houston, Texas 77002
                          Telephone:  (713) 546-5000
                          Facsimile:  (713) 224-9511
                          Email:   Alfredo.Perez@weil.com

                          -and-

                          WEIL, GOTSHAL & MANGES LLP
                          Matthew S. Barr (admitted *pro hac vice*)
                          Jessica Liou (admitted *pro hac vice*)
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone:  (212) 310-8000
                          Facsimile:  (212) 310-8007
                          Email:   Matt.Barr@weil.com
                                    Jessica.Liou@weil.com

                          *Proposed Attorneys for Debtors*
                          *and Debtors in Possession*

## Certificate of Service

      I hereby certify that on September 6, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Jessica Liou*  
                                                    Jessica Liou