IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No 20-33948 (MI) |
| | § | |
| FIELDWOOD ENERGY, LLC, et al [1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that J. Robert MacNaughton, of the firm Porter & Powers, PLLC, 1776 Yorktown Suite 300, Houston, Texas 77056, appearing on behalf of:

> Gibson Applied Technology & Engineering (Texas), LLC, and
> Viking Engineering LC
> 1630 Park Ten Place, Suite 206
> Houston, Texas 77084

(together with each subsidiary referred to as "**GATE**") each being a creditor and party-in-interest in the above case, hereby submits this Notice of Appearance in the above captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and §342 of the Bankruptcy Code. All notices given or required to be given in this case shall be served upon J. Robert MacNaughton as follows:

**J. Robert MacNaughton**
Email: **robert@porterepowers.com**
**Porter & Powers, PLLC**
**1776 Yorktown Suite 300**
**Houston, Texas 77056**

---

[1] On information provided, the Debtors in these chapter 11 cases are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf. LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

1

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the forgoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

Date: September 1. 2020

Respectfully submitted,

By: /s/ J. Robert MacNaughton
    J Robert MacNaughton
    State Bar No. 00789944
    1776 Yorktown, Suite 300
    Houston, Texas 77056
    (713) 621-0700 (telephone)
    (713) 621-0709 (facsimile)
    robert@porterpowers.com

OF COUNSEL

**PORTER & POWERS, PLLC**
1776 Yorktown, Suite 300
Houston, Texas 77056
(713) 621-0700 (telephone)
(713) 621-0709 (facsimile)

**ATTORNEYS FOR CREDITORS,
GIBSON APPLIED TECHNOLOGY &
ENGINEERING (Texas), LLC, and
VIKING ENGINEERING, LC.**

## **CERTIFICATE OF SERVICE**

I certify that, on September 8, 2020, I electronically filed the foregoing Notice *via* the CM/ECF system, and a true and correct copy of the foregoing was served upon the parties who have requested e-notice, *via* the CM/ECF electronic notice system.

By: */s/ J. Robert MacNaughton*
J Robert MacNaughton