UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| Case No.  20-33948 | Debtor: Fieldwood Energy LLC *et al*, |
|---|---|
|  |  |
|  | Court Room Staff |
|  | Date September 14, 2020 At  1:30 |
|  | Party's Name    Regis Southern |
|  | Attorney's Name  Reese Baker |
|  | Attorney's Phone  713-979-2251 |
|  | Nature of Proceeding  Motion to Lift Stay for Federal Court Personal Injury Lawsuit |

EXHIBIT LIST

| NO | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Complaint:  *Regis Southern vs. Eaton Oil Tools, Inc., Fieldwood Energy, et al* |  |  |  |  |
| 2 | Docket sheet from federal court in Louisiana |  |  |  |  |
|  |  |  |  |  |  |

NOTE: This Exhibit List is to prepare in advance of the date of trial by counsel to parties and furnished to the Court in duplicate and served on opposing counsel

**WITNESSES:**

1. Regis Southern
2. Dustin Gibson – fact and expert
3. Errol Cormier – fact and expert

Dated:   September 9, 2020

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker

TX Bar No. 01587700
950 Echo Lane, Suite 300
Houston, Texas 77024
(713) 979-2279
(713) 869-9100 fax
Email: courtdocs@bakerassociates.net

## Certificate of Service

I certify that a copy of this Witness and Exhibit List for the Motion of Regis Southern for Relief from the Automatic Stay to Permit Continuation of Personal Injury Litigation Pending in the U.S. District Court of the Western District of Louisiana was delivered on September 9, 2020 via CM/ECF electronic delivery on all parties on the master service list for the debtor(s).  Parties with email addresses have been served by the clerk of the court by ECF.

*/s/ Reese W. Baker*

Reese W. Baker