PARTY_STAY

# U.S. District Court
# Western District of Louisiana (Lafayette)
# CIVIL DOCKET FOR CASE #: 6:19-cv-00229-MJJ-PJH

| | |
|---|---|
| Southern v. Eaton Oil Tools Inc et al | Date Filed: 02/25/2019 |
| Assigned to: Judge Michael J Juneau | Jury Demand: Both |
| Referred to: Magistrate Judge Patrick J Hanna | Nature of Suit: 340 Marine |
| Demand: $3,000,000,000 | Jurisdiction: Federal Question |
| Cause: 28:1333 Admiralty | |

**Plaintiff**

**Regis Southern**    represented by    **Errol L Cormier**
Law Office of Errol L Cormier
1538 W Pinhook Rd Ste 101
Lafayette, LA 70503
337-237-2100
Fax: 337-456-6798
Email: errol@errolcormier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dustin Blake Gibson**
Law Office of Dustin B Gibson
1538 W Pinhook Rd Ste 103
Lafayette, LA 70503
337-501-2418
Fax: 337-237-2100
Email: dustin@dgibson-law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eaton Oil Tools Inc**    represented by    **Susan A Daigle**
Daigle Rayburn
P O Box 3667
Lafayette, LA 70502-3667
337-234-7000
Fax: 337-237-0344
Email: susan@djrlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fieldwood Energy L L C**    represented by    **John M Dubreuil**
Daigle Fisse & Kessenich

P O Box 5350
Covington, LA 70434-5350
985-871-0800
Fax: 985-871-0899
Email: jdubreuil@daiglefisse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Bercaw**
King & Jurgens
201 St Charles Ave Ste 4500
New Orleans, LA 70170-1034
504-582-3800
Email: JBercaw@KingJurgens.com
*TERMINATED: 04/23/2019*

**Paul R Trapani , III**
Daigle Fisse & Kessenich (MV)
227 Hwy 21
Madisonville, LA 70447
985-871-0800
Fax: 985-871-0899
Email: ptrapani@daiglefisse.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fieldwood Energy Offshore L L C**   represented by   **John M Dubreuil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Bercaw**
(See above for address)
*TERMINATED: 04/23/2019*

**Paul R Trapani , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fieldwood Energy S P L L C**   represented by   **John M Dubreuil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D Bercaw**
(See above for address)
*TERMINATED: 04/23/2019*

**Paul R Trapani , III**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diverse Safety & Scaffolding L L C**   represented by   **Marc D Moroux**
Gibson Law Partners
P O Box 52124
Lafayette, LA 70505
337-761-6097
Fax: 337-761-6061
Email: marcmoroux@gibsonlawpartners.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Maria Grand**
Gibson Law Partners
P O Box 52124
Lafayette, LA 70505
337-761-6023
Fax: 337-761-6061
Email: annagrand@gibsonlawpartners.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scottsdale Insurance Co**   represented by   **Jackson McLaurin Smith**
Gieger Laborde & Laperouse
701 Poydras St Ste 4800
New Orleans, LA 70139
504-561-0400
Fax: 504-561-1011
Email: jsmith@glllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan Patrick Doherty**
Gieger Laborde & Laperouse (HOU)
5151 San Felipe Ste 750
Houston, TX 77056
832-255-6000
Fax: 832-255-6001
Email: bdoherty@glllaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/25/2019 | 1 | COMPLAINT *For Damages for Personal Injury* against All Defendants with Jury Demand (In Forma Pauperis status requested and/or granted) filed by Regis Southern. (Attachments: # 1 Affidavit of understanding, # 2 Civil cover sheet)(Attorney Errol L Cormier added to party Regis Southern(pty:pla))(aty,Cormier, Errol) (Entered: |

| | | |
|---|---|---|
| | | 02/25/2019) |
| 02/25/2019 | | FILING FEE RECEIVED via pay.gov on behalf of Regis Southern in the amount of $400.00, receipt number 0536-3884201. (crt,Dunford, T) (Entered: 02/25/2019) |
| 02/25/2019 | | CASE Assigned to Judge Michael J Juneau and Magistrate Judge Patrick J Hanna. (crt,Dunford, T) (Entered: 02/26/2019) |
| 02/26/2019 | 2 | SUMMONS ISSUED as to Eaton Tools Inc, Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C (crt,Dunford, T) (Entered: 02/26/2019) |
| 03/20/2019 | 3 | SUMMONS Returned Executed by Regis Southern. Eaton Tools Inc served on 3/14/2019, answer due 4/4/2019. (aty,Cormier, Errol) Modified on 3/20/2019 to capture proper service and answer due dates (Putch, A). (Entered: 03/20/2019) |
| 03/20/2019 | 4 | SUMMONS Returned Executed by Regis Southern. Fieldwood Energy Offshore L L C served on 3/1/2019, answer due 3/22/2019. (aty,Cormier, Errol) (Entered: 03/20/2019) |
| 03/20/2019 | 5 | SUMMONS Returned Executed by Regis Southern. Fieldwood Energy S P L L C served on 3/1/2019, answer due 3/22/2019. (aty,Cormier, Errol) (Entered: 03/20/2019) |
| 03/20/2019 | 6 | SUMMONS Returned Executed by Regis Southern. Fieldwood Energy L L C served on 3/1/2019, answer due 3/22/2019. (aty,Cormier, Errol) (Entered: 03/20/2019) |
| 03/20/2019 | 7 | CONSENT MOTION for Extension of Time to File Answer with consent by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. Motions referred to Patrick J Hanna. (Attachments: # 1 Proposed order)(Attorney James D Bercaw added to Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. (aty,Bercaw, James) Modified on 3/21/2019 to edit text (Putch, A). (Entered: 03/20/2019) |
| 03/20/2019 | 8 | CORPORATE DISCLOSURE STATEMENT by Fieldwood Energy L L C. (aty,Bercaw, James) (Entered: 03/20/2019) |
| 03/20/2019 | 9 | CORPORATE DISCLOSURE STATEMENT by Fieldwood Energy Offshore L L C. (aty,Bercaw, James) (Entered: 03/20/2019) |
| 03/20/2019 | 10 | CORPORATE DISCLOSURE STATEMENT by Fieldwood Energy S P L L C. (aty,Bercaw, James) (Entered: 03/20/2019) |
| 03/21/2019 | 11 | ORDER granting 7 Motion for Extension of Time to Answer re 1 Complaint. Fieldwood Energy L L C answer due 4/22/2019; Fieldwood Energy Offshore L L C answer due 4/22/2019; Fieldwood Energy S P L L C answer due 4/22/2019. Signed by Magistrate Judge Patrick J Hanna on 3/21/2019. (crt,Alexander, E) (Entered: 03/22/2019) |
| 04/18/2019 | 12 | ANSWER to 1 Complaint, with Jury Demand by Eaton Oil Tools Inc.(Attorney Susan A Daigle added to party Eaton Oil Tools Inc(pty:dft))(aty,Daigle, Susan) Modified on 4/17/2020 to correct party name (Whidden, C). (Entered: 04/18/2019) |
| 04/18/2019 | 13 | NOTICE of Corporate Disclosure Statement Requirement re: 12 Answer to Complaint, sent to Susan A Daigle on behalf of Eaton Oil Tools Inc. Corporate Disclosure Statement due by 5/2/2019. (crt,Bunting, M) Modified on 4/17/2020 to correct filer name (Whidden, C). (Entered: 04/18/2019) |
| 04/22/2019 | 14 | EX PARTE MOTION to Substitute Attorney John M. Dubreuil and Paul R. Trapani III in place of James D. Bercaw with consent by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. Motions referred to Patrick J |

| | | |
|---|---|---|
| | | Hanna. (Attachments: # 1 Proposed order)(Attorney John M Dubreuil added to Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C)(aty,Dubreuil, John) Modified on 4/23/2019 to edit text (Putch, A). (Entered: 04/22/2019) |
| 04/22/2019 | 15 | ANSWER to 1 Complaint, with Jury Demand by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C.(aty,Dubreuil, John) (Entered: 04/22/2019) |
| 04/23/2019 | 16 | ORDER granting 14 Motion to Substitute Attorney. Added attorney Paul R Trapani, III for Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, and Fieldwood Energy S P L L C. Attorney James D Bercaw terminated. Signed by Magistrate Judge Patrick J Hanna on 4/23/2019. (crt,Alexander, E) (Entered: 04/23/2019) |
| 04/29/2019 | 17 | CORPORATE DISCLOSURE STATEMENT by Eaton Oil Tools Inc. (aty,Daigle, Susan) Modified on 4/17/2020 to correct filer name (Whidden, C). (Entered: 04/29/2019) |
| 05/09/2019 | 18 | MINUTE ENTRY:At the direction of the Court, a Telephone Scheduling Conference will be held on May 28, 2019, at 2:00 p.m. for the purpose of scheduling a pretrial conference and trial on the merits, with the Courtroom Deputy. Counsel shall call in to the conference by dialing 1-877-411-9748 and using access code 6925887. Trial counsel must participate in this conference. A paralegal or secretary may not be substituted. If, for good cause, this is not possible, you must file a Motion and Order to Continue prior to the above date. (Scheduling Conference set for 5/28/2019 02:00 PM in by phone with Courtroom Deputy.)(crt,Guidry, C) (Entered: 05/09/2019) |
| 05/28/2019 | 19 | MINUTES for proceedings held before Judge Michael J Juneau: SCHEDULING CONFERENCE held on 5/28/2019. Following discussion, a jury trial date of August 3, 2020 and a pretrial date of July 22, 2020 at 1:30 p.m. were selected. A scheduling order will be issued. (Jury Trial set for 8/3/2020 09:30 AM in Lafayette, Courtroom 1 before Judge Michael J Juneau. Pretrial Conference set for 7/22/2020 01:30 PM in chambers before Judge Michael J Juneau). (crt,Guidry, C) (Entered: 05/28/2019) |
| 05/28/2019 | 20 | SCHEDULING ORDER: Jury Trial set for 8/3/2020 09:30 AM in Lafayette, Courtroom 1 before Judge Michael J Juneau. Pretrial Conference set for 7/22/2020 01:30 PM in chambers before Judge Michael J Juneau. Initial Disclosures exchanged by 6/18/2019. Rule 26 Conference between parties to take place before 6/24/2019. Rule 26 Report due by 7/16/2019. Joinder of Parties and Amendment of Pleadings due by 1/24/2020. Plaintiffs Expert Info/Reports due by 12/26/2019. Defendants Expert Info/Reports due by 1/24/2020. Discovery deadline 2/24/2020. Dispositive Motions due by 3/24/2020. Daubert Motions due by 3/24/2020. Motions in Limine due by 6/22/2020. Conference/Meeting of counsel to prepare pretrial order to be held by 6/22/2020. Pretrial Order due by 7/8/2020. Bench Books due by 7/8/2020. Trial Depositions due by 7/8/2020. Real Time glossary due by 7/15/2020. Affirmation of Settlement Negotiations due 7/15/2020. Signed by direction of the Court s/Christine Guidry on 5/28/19. (crt,Guidry, C) (Entered: 05/28/2019) |
| 05/29/2019 | 21 | ELECTRONIC JURISDICTIONAL REVIEW FINDING: Having reviewed the pleadings, and any amended pleadings, the court finds that subject matter jurisdiction exists pursuant to: 28 U.S.C. section 1331 or, alternatively, 28 U.S.C. section 1333. This finding is preliminary and may be reconsidered sua sponte or on appropriate motion. Signed by Magistrate Judge Patrick J Hanna on 5/29/2019. (crt,Nations, S) (Entered: 05/29/2019) |

| 07/16/2019 | 22 | RULE 26(f) Report by Regis Southern, Eaton Oil Tools Inc, Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. (Attachments: # 1 Proposed order)(aty,Cormier, Errol) Modified filers on 7/18/2019 (Bunting, M). Modified on 4/17/2020 to correct filer name (Whidden, C). (Entered: 07/16/2019) |
|---|---|---|
| 07/17/2019 | 23 | ELECTRONIC ORDER: Having reviewed the parties' Rule 26(f) Report, IT IS ORDERED that the report is found to be complete. Signed by Magistrate Judge Patrick J Hanna on 7/17/2019. (crt,Nations, S) (Entered: 07/17/2019) |
| 12/11/2019 | 24 | MOTION to Continue Trial and Refix with consent sought but not yet obtained by Regis Southern. Motions referred to Patrick J Hanna. (Attachments: # 1 Proposed order)(aty,Cormier, Errol) (Entered: 12/11/2019) |
| 12/11/2019 |  | Motions Transferred regarding 24 MOTION to Continue Trial and Refix with consent sought but not yet obtained. Motions referred to Judge Michael J Juneau. (crt,Bunting, M) (Entered: 12/11/2019) |
| 12/12/2019 | 25 | ORDER granting 24 Motion to Continue. IT IS ORDERED that the Pretrial Conference currently scheduled on July 22, 2020 and the Trial set for August 3, 2020 be continued and refixed as follows: Trial March 1, 2021; Pretrial Conference - February 11, 2021 at 10:00 a.m. A new Scheduling Order will be issued. Signed by Judge Michael J Juneau on 12/12/2019. (crt,Guidry, C) (Entered: 12/13/2019) |
| 12/13/2019 | 26 | SCHEDULING ORDER: Jury Trial set for 3/1/2021 09:30 AM in Lafayette, Courtroom 1 before Judge Michael J Juneau. Pretrial Conference set for 2/11/2021 10:00 AM in chambers before Judge Michael J Juneau. Joinder of Parties and Amendment of Pleadings due by 8/17/2020. Plaintiffs Expert Info/Reports due by 7/16/2020. Defendants Expert Info/Reports due by 8/17/2020. Discovery deadline 9/14/2020. Dispositive Motions due by 10/14/2020. Daubert Motions due by 10/14/2020. Motions in Limine due by 1/12/2021. Conference/Meeting of counsel to prepare pretrial order to be held by 1/12/2021. Pretrial Order due by 1/28/2021. Bench Books due by 1/28/2021. Trial Depositions due by 1/28/2021. Real Time glossary due by 2/4/2021. Affirmation of Settlement Negotiations due 2/4/2021. Signed by direction of the Court s/Christine Guidry on 12/13/2019. (crt,Guidry, C) (Entered: 12/13/2019) |
| 02/13/2020 | 27 | MOTION to Compel *Discovery Responses and For In Camera Inspection* by Regis Southern. Motions referred to Patrick J Hanna. (Attachments: # 1 Memorandum / Brief, # 2 Proposed order, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit)(aty,Cormier, Errol) (Entered: 02/13/2020) |
| 02/13/2020 | 28 | NOTICE of Motion Setting with oral argument regarding: 27 MOTION to Compel *Discovery Responses and For In Camera Inspection*. Motions referred to Magistrate Judge Patrick J Hanna. Motion day set for 4/9/2020 09:30 AM in Lafayette, Courtroom 7 before Magistrate Judge Patrick J Hanna. (crt,Bunting, M) (Entered: 02/13/2020) |
| 03/05/2020 | 29 | MEMORANDUM in Opposition re 27 MOTION to Compel *Discovery Responses and For In Camera Inspection* filed by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. (Attachments: # 1 Exhibit A - Depo of Regis Southern, # 2 Exhibit B - FIRST Report, # 3 Exhibit C - March 31 & April 2 Emails, # 4 Exhibit D - Hudson Incident Form, # 5 Exhibit E - Dr. Lee Record, # 6 Exhibit F - Dr. Duval Record, # 7 Exhibit G - AAC Oct 2010 Record, # 8 Exhibit H - AAC Sept 2016 Record, # 9 Exhibit I - In globo In-Take Forms, # 10 Exhibit J - Plaintiff Requests (June 2019), # 11 Exhibit K - Fieldwood Responses (Aug 2019), # 12 Exhibit |

| | | |
|---|---|---|
| | | L - Nov 8 Email to Plaintiff, # 13 Exhibit M - Nov 12 Email from Plaintiff, # 14 Exhibit N - Nov 14 Email to Plaintiff, # 15 Exhibit O - Fieldwood Responses to RFPs, # 16 Exhibit P - Facebook Messages)(aty,Dubreuil, John) (Entered: 03/05/2020) |
| 03/12/2020 | 30 | REPLY to Response to Motion re 27 MOTION to Compel *Discovery Responses and For In Camera Inspection* filed by Regis Southern. (Attachments: # 1 Exhibit)(aty,Cormier, Errol) (Entered: 03/12/2020) |
| 03/16/2020 | 31 | ELECTRONIC ORDER. In accordance with the court's order concerning operations during the coronavirus pandemic, IT IS ORDERED that oral argument on the plaintiff's motion to compel (Rec. Doc. 27), which was previously scheduled for April 9, 2020, is CANCELLED. The motion will be decided on the briefs, and a ruling will be issued in due course. Signed by Magistrate Judge Patrick J Hanna on 3/16/2020. (crt,Nations, S) (Entered: 03/16/2020) |
| 04/22/2020 | 32 | MEMORANDUM RULING re 27 Motion to Compel. IT IS ORDERED that the plaintiff's motion to compel is GRANTED IN PART and DENIED IN PART. Signed by Magistrate Judge Patrick J Hanna on 4/22/2020. (crt,Alexander, E) (Entered: 04/22/2020) |
| 04/22/2020 | | Set Deadlines: Compliance Deadline set for 5/8/2020. (crt,Alexander, E) (Entered: 04/22/2020) |
| 05/11/2020 | 33 | ELECTRONIC ORDER: IT IS ORDERED that a Magistrate Judge Status Conference is set for 5/12/2020 at 02:00 PM by phone before Magistrate Judge Patrick J Hanna. Counsel shall call in to the conference by dialing 888-684-8852 and using access code 5910394. Signed by Magistrate Judge Patrick J Hanna on 5/11/2020. (crt,Nations, S) (Entered: 05/11/2020) |
| 05/12/2020 | 34 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: TELEPHONE STATUS CONFERENCE held on 5/12/2020 to discuss the results of the in camera review. A separate order will be issued. Signed by Magistrate Judge Patrick J Hanna on 5/13/2020. (crt,Alexander, E) (Entered: 05/13/2020) |
| 05/13/2020 | 35 | ORDER: IT IS ORDERED that the personnel file of Fieldwood employee Kevin Guillot shall be produced to the plaintiff, properly redacted. IT IS FURTHER ORDERED that certain portions of the personnel file of Fieldwood employee Grant Borne shall be produced to the plaintiff, properly redacted. IT IS FURTHER ORDERED that the contents of Mr. Guillot's and Mr. Borne's personnel files shall not be used for any purpose unrelated to this litigation. Signed by Magistrate Judge Patrick J Hanna on 5/13/2020. (crt,Alexander, E) (Entered: 05/13/2020) |
| 05/19/2020 | 36 | MOTION for Leave to File Amended and Supplemental Complaint with consent sought but not yet obtained by Regis Southern. Motions referred to Patrick J Hanna. Motion Ripe Deadline set for 5/19/2020. (Attachments: # 1 Proposed pleading, # 2 Proposed order)(aty,Cormier, Errol) Modified event to more accurately describe document filed on 5/19/2020 (Bunting, M). (Entered: 05/19/2020) |
| 05/20/2020 | 37 | ORDER granting 36 Motion to Amend/Correct 1 Complaint. Signed by Magistrate Judge Patrick J Hanna on 5/20/2020. (crt,Alexander, E) (Entered: 05/20/2020) |
| 05/20/2020 | 38 | FIRST AMENDED AND SUPPLEMENTAL COMPLAINT against Eaton Oil Tools Inc, Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C, Diverse Safety & Scaffolding L L C, Scottsdale Insurance Co filed by Regis Southern.(crt,Alexander, E) (Entered: 05/20/2020) |

| | | |
|---|---|---|
| 05/28/2020 | 39 | SUMMONS ISSUED as to Diverse Safety & Scaffolding L L C, Scottsdale Insurance Co. (crt,Bunting, M) (Entered: 05/28/2020) |
| 06/08/2020 | 40 | SUMMONS Returned Executed by Regis Southern. Diverse Safety & Scaffolding L L C served on 6/7/2020, answer due 6/28/2020. (aty,Cormier, Errol) Modified service date and answer due date on 6/8/2020 (Bunting, M). (Entered: 06/08/2020) |
| 06/08/2020 | 41 | SUMMONS Returned Executed by Regis Southern. Scottsdale Insurance Co served on 6/6/2020, answer due 6/29/2020. (aty,Cormier, Errol) (Entered: 06/08/2020) |
| 07/06/2020 | 42 | ANSWER to 38 Amended Complaint, with Jury Demand by Scottsdale Insurance Co.(Attorney Jackson McLaurin Smith added to party Scottsdale Insurance Co(pty:dft)) (aty,Smith, Jackson) (Entered: 07/06/2020) |
| 07/06/2020 | 43 | CORPORATE DISCLOSURE STATEMENT by Scottsdale Insurance Co identifying Corporate Parent Nationwide Insurance Co for Scottsdale Insurance Co. (aty,Smith, Jackson) (Entered: 07/06/2020) |
| 07/07/2020 | 44 | ANSWER to 38 Amended Complaint, with Jury Demand by Diverse Safety & Scaffolding L L C.(Attorney Marc D Moroux added to party Diverse Safety & Scaffolding L L C(pty:dft))(aty,Moroux, Marc) (Entered: 07/07/2020) |
| 07/07/2020 | 45 | CORPORATE DISCLOSURE STATEMENT by Diverse Safety & Scaffolding L L C. (aty,Moroux, Marc) (Entered: 07/07/2020) |
| 07/08/2020 | 46 | MOTION for Dustin B. Gibson to Enroll as Counsel by Regis Southern. Motions referred to Patrick J Hanna. Motion Ripe Deadline set for 7/8/2020. (Attachments: # 1 Proposed order)(Attorney Dustin Blake Gibson added to party Regis Southern(pty:pla)) (aty,Gibson, Dustin) (Entered: 07/08/2020) |
| 07/10/2020 | 47 | MOTION for Extension of Certain Scheduling Order Deadlines with consent by Regis Southern. Motions referred to Patrick J Hanna. Motion Ripe Deadline set for 7/10/2020. (Attachments: # 1 Affidavit, # 2 Proposed order)(aty,Cormier, Errol) (Entered: 07/10/2020) |
| 07/15/2020 | 48 | ELECTRONIC ORDER: IT IS ORDERED that a Magistrate Judge Status Conference is set for 7/16/2020 at 1:30 PM by phone before Magistrate Judge Patrick J Hanna. Counsel shall call in to the conference by dialing 888-684-8852 and using access code 5910394. Signed by Magistrate Judge Patrick J Hanna on 7/15/2020. (crt,Nations, S) (Entered: 07/15/2020) |
| 07/15/2020 | 49 | ORDER granting 46 Motion to Enroll as Counsel. Added as counsel Dustin Blake Gibson for Regis Southern. Signed by Magistrate Judge Patrick J Hanna on 7/15/2020. (crt,Alexander, E) (Entered: 07/16/2020) |
| 07/16/2020 | 50 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: TELEPHONE STATUS CONFERENCE held on 7/16/2020. Following discussion, it was decided that the trial date will be continued to a new date, either on the docket of the current district judge or on the docket of another district judge in the event of recusal. Signed by Magistrate Judge Patrick J Hanna on 7/17/2020. (crt,Alexander, E) (Entered: 07/17/2020) |
| 07/17/2020 | 51 | ORDER denying 47 Motion for Extension of Certain Scheduling Order Deadlines. IT IS FURTHER ORDERED that the current 26 Scheduling Order is VACATED, and the trial of this matter will be reset in due course. Signed by Magistrate Judge Patrick J Hanna on 7/17/2020. (crt,Alexander, E) (Entered: 07/17/2020) |

| | | |
|---|---|---|
| 08/05/2020 | 52 | NOTICE of Suggestion of Bankruptcy by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(aty,Dubreuil, John) (Entered: 08/05/2020) |
| 08/05/2020 | 52 | SUGGESTION OF BANKRUPTCY Upon the Record as to Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C by Fieldwood Energy L L C, Fieldwood Energy Offshore L L C, Fieldwood Energy S P L L C. ADMINISTRATIVE ENTRY this document was filed in error as a Notice. (crt,Bunting, M) Modified to add document number on 8/5/2020 (Bunting, M). (Entered: 08/05/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/09/2020 09:51:55 | | | |
| **PACER Login:** | dbgibson716 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cv-00229-MJJ-PJH |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |