**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | (Re: Docket Nos. 6, 22, 219, 221) |

**STIPULATION AND CONSENT FURTHER EXTENDING**
**THE DEADLINE FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS TO OBJECT TO CERTAIN MOTIONS**

Fieldwood Energy LLC and its affiliated debtors and debtors in possession in the captioned cases (collectively, the "**Debtors**"), the ad hoc group (the "**Ad Hoc Group of Secured Lenders**") formed by certain lenders under that certain Amended and Restated First Lien Term Loan Agreement, dated of April 11, 2018, and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") hereby enter into this stipulation as follows:

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), the Debtors each filed with the Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

WHEREAS, on August 18, 2020, the United States Trustee for Region 7 (the "**U.S. Trustee**") appointed the Creditors' Committee pursuant to section 1102 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

WHERAS, on August 4, 2020, the Debtors filed, among other motions, the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(d)(e) and (B) To Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* (Docket No. 22) (the "**DIP Motion**") and the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 6) (the "**Cash Management Motion**").

WHEREAS, on August 21, 2020, the *Debtors filed the Emergency Motion of Debtors for Entry of an Order Continuing the Hearing on the Motions Filed by Debtor Fieldwood Energy LLC* (Docket No. 219).

WHEREAS, on August 22, 2020, the Court entered the *Order Continuing the Hearing on the Motions* (Docket No. 221), which, among other things, extended the Creditors' Committee's deadline to object to the motions filed at Docket Nos. 4, 6, 7, 8, and 22, to September 8, 2020.

WHEREAS, the Debtors, the Ad Hoc Group of Secured Lenders, and the Creditors' Committee have conferred, and the Debtors have agreed to extend further the Creditors' Committee's deadline to object to the Cash Management Motion through and including September 9, 2020.

WHEREAS, the Debtors, the Ad Hoc Group of Secured Lenders, and the Creditors'

Committee have conferred, and the Debtors have agreed to extend further the Creditors' Committee's deadline to object to the DIP Motion through and including September 10, 2020.

**NOW, THEREFORE**, it is hereby agreed and stipulated as follows (the "**Stipulation**"):

1.      The deadline for the Creditors' Committee to object or otherwise respond to the Cash Management Motion is extended to September 9, 2020 at 10:59 p.m. (prevailing Central Time).

2.      The deadline for the Creditors' Committee to object or otherwise respond to the DIP Motion is extended to September 10, 2020 at 10:59 p.m. (prevailing Central Time).

Date:    September 9, 2020

| | |
|---|---|
| _/s/ Jessica Liou_ | _/s/ Sherry J. Millman_ |
| WEIL, GOTSHAL & MANGES LLP | COLE SCHOTZ P.C. |
| Alfredo R. Pérez (15776275) | Michael D. Warner (00792304) |
| Clifford W. Carlson (24090024) | Benjamin L. Wallen (24102623) |
| 700 Louisiana Street, Suite 1700 | 301 Commerce Street, Suite 1700 |
| Houston, Texas 77002 | Fort Worth, TX 76102 |
| Telephone:  (713) 546-5000 | Telephone:    (817) 810-5250 |
| Facsimile:   (713) 224-9511 | Facsimile:    (817) 810-5255 |
| Email:  Alfredo.Perez@weil.com | Email:  mwarner@coleschotz.com |
|          Clifford.Carlson@weil.com |          bwallen@coleschotz.com |
| | |
| – and – | – and – |
| | |
| WEIL, GOTSHAL & MANGES LLP | STROOCK & STROOCK & LAVAN LLP |
| Matthew S. Barr (admitted _pro hac vice_) | Kristopher M. Hansen (admitted _pro hac vice_) |
| Jessica Liou (admitted _pro hac vice_) | Frank A. Merola (admitted _pro hac vice_) |
| 767 Fifth Avenue | Jonathan D. Canfield (admitted _pro hac vice_) |
| New York, New York 10153 | Sherry J. Millman (admitted _pro hac vice_) |
| Telephone:  (212) 310-8000 | 180 Maiden Lane |
| Facsimile:  (212) 310-8007 | New York, New York 10038 |
| Email:  Matt.Barr@weil.com | Telephone:    (212) 806-5835 |
|          Jessica.Liou@weil.com | Facsimile:    (212) 806-6006 |
| | Email:  khansen@stroock.com |
| _Proposed Attorneys for Debtors_ |          fmerola@stroock.com |
| _and Debtors in Possession_ |          jcanfield@stroock.com |
| |          smillman@stroock.com |
| | |
| | _Proposed Counsel for the Creditors' Committee_ |

3

*/s/ Natasha Tsiouris*
HAYNES AND BOONE, LLP
Charles A. Beckham, Jr. (02016600)
Martha Wyrick (24101606)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email:    charles.beckham@haynesboone.com
             martha.wyrick@haynesboone.com

– and –

DAVIS POLK & WARDWELL LLP
Damian S. Schaiable (admitted *pro hac vice)*
Natasha Tsiouris (admitted *pro hac vice*)
Josh Sturm (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email:    damian.schiable@davispolk.com
             natasha.tsiouris@davispolk.com
             joshua.sturm@davispolk.com


*Counsel for the Ad Hoc Group of Secured
Lenders*