IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF PAYMENT OF INTEREST OWNER PAYMENTS
IN EXCESS OF ESTIMATED AMOUNT FOR INTERIM PERIOD**

**PLEASE TAKE NOTICE THAT**, on August 4, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims, and (II) Granting Related Relief* (Docket No. 7) (the "**Motion**").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on August 5, 2020, the Court entered the *Interim Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief* (Docket No. 62) (the "**Interim Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 22, 2020, the Court entered the *Order Continuing the Hearing on the Motions* (Docket No. 221), which, among other things, continued the final hearing on the Motion from August 24, 2020 at 1:30 P.M. (prevailing Central Time) to September 14, 2020 at 1:30 P.M. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE THAT**, paragraph 1 of the Interim Order provides, in relevant part: "In the event the Debtors make payments in excess of the aggregate estimated amounts in any category of Prepetition Obligations as set forth in the Motion during the interim period, the Debtors will file a notice with the Court describing the category and overage amount."

**PLEASE TAKE FURTHER NOTICE THAT,** the table on page 4 of the Motion contains estimates of (i) $8.2 million for the amount of Interest Owner Payments outstanding as of the Petition Date and (ii) $0 for the amount of Interest Owner Payments that will come due within 21 days of the Petition Date.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the Interim Order, the Debtors hereby give notice that, as of the date of this notice, the Debtors have paid $308,299.09 on account of Interest Owner Payments during the interim period.

[*Remainder of page intentionally left blank*]

Dated: September 10, 2020
Houston, Texas

Respectfully submitted,


/s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
         Jessica.Liou@weil.com


*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 10, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      /s/ *Alfredo R. Pérez*
                                                      Alfredo R. Pérez