IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |

## OIL STATES ENERGY SERVICES, LLC'S WITNESS AND EXHIBIT LIST

| Main Case No: 20-33948 | Name of Debtor: Fieldwood Energy LLC, et al. |
|---|---|
| | |
| **Witnesses:** | |
| | Judge: Honorable Marvin Isgur |
| Any fact or expert witness called or designated by any other party | Courtroom Deputy: Tyler Laws |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party as necessary | Hearing Date: September 14, 2020 |
| | Hearing Time: 1:30 p.m. |
| | Party's Name: Oil States Energy Services, LLC |
| | Party's Attorney: Lisa A. Powell |
| | Attorney's Phone: 713-955-3302; (c) 832-573-1583 |
| | Nature of Proceeding: Hearing to Consider *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11* |

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

|   | *U.S.C. § 363, (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing* [Docket No. 22] |
|---|---|

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Any document or pleading filed in the above captioned case |  |  |  |  |
|  | Any exhibit designated by any other party |  |  |  |  |
|  | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party |  |  |  |  |

Oil States Energy Services, LLC reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing. The listing of any document as an exhibit does not constitute an admission of the authenticity or relevance of any document. The listing of any person as a witness does not constitute an admission of the expertise, credibility or accuracy of any of such witness's testimony or a waiver of the right to claim that such witness is hostile or adverse.

Respectfully Submitted,

By: */s/ Lisa A. Powell*
Lisa A. Powell
State Bar No. 16204215
**FISHERBROYLES, LLP**
2925 Richmond, Ave., Suite 1200
Houston, Texas 77098
(713) 955-3302
(713) 488-9412 (Fax)
lisa.powell@fisherbroyles.com

**ATTORNEYS FOR OIL STATE ENERGY SERVICES, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties eligible to receive service via CM/ECF.

*/s/ Lisa A. Powell*
Lisa A. Powell