UNITED STATES BANKRUPTCY COURT	SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of New York:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kenneth Pasquale<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400<br>NY: 2372712 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: 9/10/2020    Signed: /s/ Kenneth Pasquale |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                            Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                        United States Bankruptcy Judge