IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § § | Case No. 20-33948 (MI) |
| Debtors. | § § § § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for Ridgewood Energy Corporation ("Ridgewood") in the cases of the above-captioned debtors and debtors in possession (the "Debtors") pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Ridgewood requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

**SIDLEY AUSTIN LLP**
Duston K. McFaul
Michael Fishel
1000 Louisiana St., Suite 5900
Houston, TX 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799
Email: dmcfaul@sidley.com
mfishel@sidley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that the Ridgewood's counsel consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted on this 10th day of September 2020.

> */s/ Michael Fishel*
> **SIDLEY AUSTIN LLP**
> Duston K. McFaul (TX Bar No. 24003309)
> Michael Fishel (TX Bar No. 24082998)
> 1000 Louisiana St., Suite 5900
> Houston, TX 77002
> Telephone: (713) 495-4500
> Facsimile:  (713) 495-7799
> Email:  dmcfaul@sidley.com
>              mfishel@sidley.com
>
> *Attorneys for Ridgewood Energy Corporation*

### CERTIFICATE OF SERVICE

I certify that on September 10, 2020, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

> */s/ Michael Fishel*
> *Michael Fishel*