IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## VERIFIED RULE 2019 STATEMENT OF MULTIPLE REPRESENTATION

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Langley, LLP, files this Verified Rule 2019 Statement of Multiple Representation to provide the following information:

1. Langley, LLP represents Liberty Mutual Insurance Company, The Hanover Insurance Company, Travelers Casualty and Surety Company of America, and XL Specialty Insurance Company in the above-captioned matter.

2. The parties listed in paragraph 1 and on **Exhibit A** are creditors of the Debtors or are parties-in-interest, and the nature and principal amount of each of their claims is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** have consented to this multiple representation by in the above-captioned matter.

4. Langley LLP reserves the right to amend this Verified Statement as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**VERIFIED STATEMENT OF LANGLEY LLP**                                                                                         **PAGE 1**

DATED: September 11, 2020  Respectfully submitted,

**LANGLEY LLP**

*/s/ Brandon K. Bains*
State Bar No. 24050126
P.O. Box 94075
Southlake, TX  76092
Telephone:     214.722.7171
bbains@l-llp.com

**ATTORNEY FOR LIBERTY MUTUAL INSURANCE COMPANY, THE HANOVER INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and XL SPECIALTY INSURANCE COMPANY**

# EXHIBIT A

| Name and Address | Nature of Claim against the Debtors | Principal Amount of Claim (Exclusive of Interest, Costs and Attorneys' Fees) |
|---|---|---|
| **Liberty Mutual Insurance Company** | Surety Bonds | $40,000,000<br>$ 1,893,178<br>$27,000,000 |
| **The Hanover Insurance Company** | Surety Bonds | $45,000,000<br>$ 1,745,185 |
| **Travelers Casualty and Surety Company of America** | Surety Bonds | $45,000,000<br>$15,000,000 |
| **XL Specialty Insurance Company.** | Surety Bonds | $45,000,000 |