IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § | |

## NOTICE OF PERFECTION OF STATUTORY LIEN BY SUBSEA 7 LLC PURSUANT TO 11 U.S.C. § 546(B)(2)

Subsea 7 LLC ("SS7"), a creditor in the above-styled and numbered case, by and through undersigned counsel, hereby gives notice of its valid, timely filed, and properly perfected statutory mineral lien against Fieldwood Energy LLC (the "Debtor") and certain of its non-Debtor affiliates under 11 U.S.C. § 546(b)(2) (the "Notice"):

1. Section 546(b)(2) of Title 11 of the United States Code (the "Bankruptcy Code") provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection, or maintenance or continuation of perfection of an interest in property, the claimant may file a notice with the Bankruptcy Court, in lieu of such seizure or commencement.

2. SS7 provided the Debtor with services, labor, equipment, machinery, materials and supplies vital to the Debtor's operations in the Gulf of Mexico. The Debtor's operations on the projects where SS7 performed work would be severely compromised if not entirely curtailed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore hLLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

10721974v2

without SS7's efforts.

3. SS7 sent numerous invoices to the Debtor totaling $3,609,130.00 for materials and services provided to the Debtor's oil and gas properties in the Gulf of Mexico between approximately January 28, 2020 and July 8, 2020. Copies of the invoices are attached as exhibits to the Lien Affidavit discussed below.

4. The Debtor has yet to pay SS7 for the services it provided. As a result, on September 10, 2020, SS7 filed its *Statement of Lien* (the "Lien Affidavit") in the Real Property Records of Mobile County, Alabama, which was duly recorded as Document Number 2020055765. The Lien Affidavit was also filed with the Bureau of Ocean Energy Management. Jeremy A. Woulds, the Projects and Operations Director of Subsea 7 (US) LLC, executed the Lien Affidavit and Statement of Lien. In accordance with Ala. Code § 35-11-213, et seq., the recordation of the Lien Affidavit perfected SS7's lien for the $3,609,130.00 that the Debtor owes for labor, furnished or hauled materials, machinery, equipment or supplies that SS7 provided. The Lien Affidavit also provides a detailed description of the offshore leases that are subject to SS7's lien. A copy of the Lien Affidavit is attached hereto as **Exhibit A**.

5. Pursuant to section 546(b)(2) of the Bankruptcy Code, SS7 hereby provides notice to the Debtor, the Debtor's counsel, the Office of the United States Trustee, and all parties requesting notice of SS7's rights as a perfected lienholder in materials and services provided pursuant to Ala. Code § 35-11-213, et seq. SS7 is filing this Notice to preserve, perfect, maintain, and continue its lien rights for services and materials provided to the Debtor under Alabama state law in order to comply with the requirements of Alabama law and section 546(b)(2) of the Bankruptcy Code. SS7 intends to enforce its statutory lien rights to the fullest extent permitted by applicable law.

6.      The filing of this Notice shall not waive SS7's rights to seek relief from the automatic stay to foreclose its lien and/or other rights or defenses, to demand adequate assurance of future performance, or to compel the Debtor's assumption of its executory contracts with SS7 and the cure amounts owed thereunder.

7.      The filing of this Notice shall further not be construed as an admission that such filing is required under the Bankruptcy Code, Alabama state law, or any other applicable law. Additionally, SS7 makes no admission of fact or law and asserts that its liens are senior to and effective against entities that may have acquired lien rights in the above styled bankruptcy cases. SS7 reserves all rights to amend and/or supplement this Notice.

Dated: September 11, 2020.

**PORTER HEDGES LLP**

By:    */s/ Aaron J. Power*
        Aaron J. Power (TX 24058058)
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Fax: (713) 226-6248

**COUNSEL FOR SUBSEA 7 LLC**

## **CERTIFICATE OF SERVICE**

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 11, 2020.

                                          */s/ Aaron J. Power*
                                          Aaron J. Power

10721974v2

# EXHIBIT A

| | |
|---|---|
| Inst. # 2020055765 Pages: 1 of 11 Doc: LIEN<br>I certify this instrument filed on 9/10/2020 2:20 PM<br>Don Davis, Judge of Probate<br>Mobile County, AL. Rec: $30.50<br><br>Clerk: JHANCOCK | FILED:  Mobile County,<br>　　　　 Bureau of Ocean Energy<br>　　　　 Management<br>LEASE NO.: OCS-G-27278<br>AREA/BLOCK: MC 519<br>OPERATOR: Fieldwood Energy, LLC<br>LESSEE: Fieldwood Energy, LLC;<br>　　　　 Red Willow Offshore, LLC;<br>　　　　 Houston Energy Deepwater<br>　　　　 Ventures I, LLC<br>AMOUNT: $ 3,609,130 |

## STATEMENT OF LIEN
ALA. CODE § 35-11-213, *et seq.*

**STATE OF ALABAMA**

**COUNTY OF MOBILE**

BEFORE ME, the undersigned authority, personally came and appeared:

**MR. JEREMY A. WOULDS**

who, after being duly sworn, did depose and say:

1.　　He is the Projects and Operations Director of Subsea 7 (US) LLC ("Subsea 7"), 17220 Katy Freeway, Suite 100, Houston, Texas 77094, and he is duly authorized to make and is making this affidavit for and on behalf of Subsea 7.

2.　　Subsea 7 is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.　　In connection with its business, Subsea 7 contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production to **Fieldwood Energy, LLC**, 2000 West Sam Houston Parkway South, Suite 1200, Houston, Texas 77042 ("Fieldwood").

4.　　Between approximately Jan 28, 2020 through July 8, 2020 (the "Applicable Period"), Subsea 7 supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including completing, testing, production, reworking of certain wells located in **Lease No. OCS-G-27278**, Mississippi Canyon, Block 519, off the coast of Mobile County, State of Alabama (the "Lease"). A description of the operating interest this lien claim is established over is as follows:

> All that certain tract or parcel of land situated in OFFSHORE MOBILE County, Alabama, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.0** acres of land, more or less, being all of BLOCK 519, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH16-10, and being the same land more particularly

1

PD.29605695.1

described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 27278**, dated effective July 1, 2005.

5. As of the present date, a remaining principal amount of $ 3,609,130 is due and owing on Invoice Nos. 20009530, 20009563, 20009580, 20009594, 20009595, 20009626 & 20009627 (the "Invoices") for those certain goods, equipment, supplies and services provided by Subsea 7 to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoices is attached hereto and incorporated herein, *in globo,* as <u>Exhibit A</u>.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Subsea 7 were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Subsea 7 from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by Fieldwood and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Fieldwood, and all other property pursuant to Alabama Code § 35-11-213, *et seq.*

9. That this Statement of Lien is being filed in the Mortgage Records of Mobile County, State of Alabama and with the BOEM.

10. That a copy of this Statement of Lien is being delivered to the lessee(s) and

2

Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Red Willow Offshore, LLC, 1415 Louisiana Street, Suite 4000, Houston, TX 77002; and (c) Houston Energy Deepwater Ventures I, LLC, 1200 Smith Street, Suite 2400, Houston, Texas 77002.

Thus done and signed in Houston, Texas on this 3rd day of September, 2020.

Subsea 7 (US) LLC

By: _____
Name: Jeremy A. Woulds
Its: Projects and Operations Director

THE STATE OF TEXAS    §
                      §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy A. Woulds, Project and Operations Director, for Subsea 7 (US) LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 3rd day of September, 2020.

[Notary Seal: DONNA BAYHI, Notary Public, State of Texas, Comm. Expires 06-05-2021, Notary ID 131156960]

By: _____
Notary Public in and for the State of Texas

PD.29605695.1

3

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

Remit to:

Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Matthias Vernier

**INVOICE # 20009530**

| | |
|---|---|
| Proforma Date: | 5/22/2020 |

Fieldwood Energy
Attention: Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - Novermber 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / Lol (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | $ 104,250.00 | USD |
| | **Base Contract** | | | $ 20,849,967.00 | $ 20,849,967.00 | $ 104,250.00 | USD |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| | **Change Orders** | | | $ 5,466,102.00 | $ 5,466,102.00 | $ | USD |
| **TOTAL GENOVESA Project** | | | | $ 26,316,069.00 | $ 26,316,069.00 | $ 104,250.00 | USD |
| | | | **Total Invoice Amount:** | | | $ 104,250.00 | USD |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

**EXHIBIT A** (tabbies)

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

**Remit to:**
Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Matthias Vernier

**INVOICE # 20009563**

| | |
|---|---|
| Invoice Date: | 6/26/2020 |

Fieldwood Energy
Attention: Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| PO # | 20190 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - Novermber 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | **$ 20,849,967.00** | **$ 20,849,967.00** | **$ -** | **USD** |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | PO # 20190 | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | $ 1,941,909.00 | USD |
| | **Change Orders** | | | **$ 7,408,011.00** | **$ 7,408,011.00** | **$ 1,941,909.00** | **USD** |
| **TOTAL GENOVESA Project** | | | | **$ 28,257,978.00** | **$ 28,257,978.00** | **1,941,909.00** | **USD** |
| | | | **Total Invoice Amount:** | | | **$ 1,941,909.00** | **USD** |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

**Remit to:**
Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Matthias Vernier

**INVOICE # 20009580**

| Invoice Date: | 7/14/2020 |
|---|---|

Fieldwood Energy
Attention: Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| Project Name | Genovesa Subsea Tie-Back |
|---|---|
| Work Order # | FW193006-073019-A |
| PO # | 22410 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - Novermber 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | **$ 20,849,967.00** | **$ 20,849,967.00** | **$** | **USD** |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | | |
| COR016 | Enpro Services for Genovesa FAM Installation | PO # 22410 | Jul-20 | $ 8,604.00 | $ 8,604.00 | $ 8,604.00 | USD |
| | **Change Orders** | | | **$ 7,416,615.00** | **$ 7,416,615.00** | **$ 8,604.00** | **USD** |
| **TOTAL GENOVESA Project** | | | | **$ 28,266,582.00** | **$ 28,266,582.00** | **$ 8,604.00** | **USD** |
| | | | **Total Invoice Amount:** | | | **$ 8,604.00** | **USD** |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX  77094<br>Attention: Matthias Vernier |

**INVOICE # 20009594**

| | |
|---|---|
| Invoice Date: | 7/22/2020 |

Fieldwood Energy
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| PO # | 24310 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - Novermber 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | **$ 20,849,967.00** | **$ 20,849,967.00** | **$  -** | **USD** |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | | |
| COR013 | Seven Pacific Standalone Mobilization | PO # 24310 | Jul-20 | $ 573,904.00 | $ 573,904.00 | $ 573,904.00 | USD |
| COR014 | Seven Pacific Extra Work - Umbilical/Jumper Campaign | | | | | | |
| COR016 | Enpro Services for Genovesa FAM Installation | | Jul-20 | $ 8,604.00 | $ 8,604.00 | | |
| | **Change Orders** | | | **$ 7,990,519.00** | **$ 7,990,519.00** | **$ 573,904.00** | **USD** |
| **TOTAL GENOVESA Project** | | | | **$ 28,840,486.00** | **$ 28,840,486.00** | **$ 573,904.00** | **USD** |
| | | | **Total Invoice Amount:** | | | **$ 573,904.00** | **USD** |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX 77094<br>Attention: Matthias Vernier |

| INVOICE # 20009595 | |
|---|---|
| Invoice Date: | 7/22/2020 |
| | |
| Fieldwood Energy | |
| Attention: Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| | |
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| PO # | 24311 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - Novermber 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | **$ 20,849,967.00** | **$ 20,849,967.00** | **$** | **USD** |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | | |
| COR013 | Seven Pacific Standalone Mobilization | | Jul-20 | $ 573,904.00 | $ 573,904.00 | | |
| COR014 | Seven Pacific Extra Work - Umbilical/Jumper Campaign | PO # 24311 | Jul-20 | $ 687,810.00 | $ 687,810.00 | $ 687,810.00 | USD |
| COR016 | Enpro Services for Genovesa FAM Installation | | Jul-20 | $ 8,604.00 | $ 8,604.00 | | |
| | **Change Orders** | | | **$ 8,678,329.00** | **$ 8,678,329.00** | **$ 687,810.00** | **USD** |
| **TOTAL GENOVESA Project** | | | | **$ 29,528,296.00** | **$ 29,528,296.00** | **$ 687,810.00** | **USD** |
| | | | **Total Invoice Amount:** | | | **$ 687,810.00** | **USD** |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX 77094<br>Attention: Matthias Vernier |

| INVOICE # 20009626 | |
|---|---|
| Invoice Date: | 8/24/2020 |
| Fieldwood Energy<br>Attention: Scanning Department<br>2000 W. Sam Houston Pkwy S., Suite 1200<br>Houston, Texas 77042<br>USA | |
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| PO # | 30976 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - November 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | $ 20,849,967.00 | $ 20,849,967.00 | $ | USD |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | | |
| COR013 | Seven Pacific Standalone Mobilization | | Jul-20 | $ 573,904.00 | $ 573,904.00 | | |
| COR014 | Seven Pacific Extra Work - Umbilical/Jumper Campaign | | Jul-20 | $ 687,810.00 | $ 687,810.00 | | |
| COR016 | Enpro Services for Genovesa FAM Installation | | Jul-20 | $ 6,604.00 | $ 6,604.00 | | |
| COR017 | New Industries CORs | PO # 30976 | Aug-20 | $ 57,769.00 | $ 57,769.00 | $ 57,769.00 | USD |
| | **Change Orders** | | | $ 8,736,098.00 | $ 8,736,098.00 | $ 57,769.00 | USD |
| **TOTAL GENOVESA Project** | | | | $ 29,586,065.00 | $ 29,586,065.00 | $ 57,769.00 | USD |
| | | | **Total Invoice Amount:** | | | $ 57,769.00 | USD |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX 77094<br>Attention: Matthias Vernier |

| INVOICE # 20009627 | |
|---|---|
| Invoice Date: | 8/24/2020 |
| Fieldwood Energy<br>Attention: Scanning Department<br>2000 W. Sam Houston Pkwy S., Suite 1200<br>Houston, Texas 77042<br>USA | |
| Project Name | Genovesa Subsea Tie-Back |
| Work Order # | FW193006-073019-A |
| PO # | 30978 |
| Routing ID# | 580045 |
| AFE # | FW193006 |
| Main | 3125 |
| Sub | 11 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Milestone Amounts | Invoiced-To-Date | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|---|
| 1 | At Contract Award | 5.00% | Aug-19 | $ 1,042,499.00 | $ 1,042,499.00 | | |
| 2.1 | PM&E Monthly - June 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.2 | PM&E Monthly - July 2019 | 1.00% | Aug-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.3 | PM&E Monthly - August 2019 | 1.00% | Sep-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.4 | PM&E Monthly - September 2019 | 1.00% | Oct-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.5 | PM&E Monthly - October 2019 | 1.00% | Nov-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.6 | PM&E Monthly - November 2019 | 1.00% | Dec-19 | $ 208,499.63 | $ 208,499.63 | | |
| 2.7 | PM&E Monthly - December 2019 | 1.00% | Jan-20 | $ 208,499.63 | $ 208,499.63 | | |
| 2.8 | PM&E Monthly - January 2020 | 1.00% | Feb-20 | $ 208,499.63 | $ 208,499.63 | | |
| 3 | Procurement of Line Pipe - Award of Subcontract | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 4 | Procurement of Line Pipe - Delivery of all Line Pipe to Contractor nominated site | 8.00% | Nov-19 | $ 1,667,997.00 | $ 1,667,997.00 | | |
| 5 | Procurement of Umbilical - Award of Umbilicals PO / LoI (whichever is sooner) | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 6 | Procurement of Umbilical - Order of Umbilical tubes material | 12.00% | Aug-19 | $ 2,501,996.00 | $ 2,501,996.00 | | |
| 7 | Procurement of Umbilical - Final FAT test completed | 1.00% | Feb-20 | $ 208,500.00 | $ 208,500.00 | | |
| 8 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe Award of Subcontract | 2.00% | Aug-19 | $ 416,999.00 | $ 416,999.00 | | |
| 9 | Procurement of Insulation (Aerogel) for Pipe-in-Pipe - Delivery of all Insulation to Contractor nominated spoolbase | 3.00% | Oct-19 | $ 625,499.00 | $ 625,499.00 | | |
| 10 | Fabrication of Structures - Award of Fabrication Structures | 4.00% | Aug-19 | $ 833,999.00 | $ 833,999.00 | | |
| 11 | Fabrication of Structures - Upon start of fabrication | 5.00% | Aug-19 | $ 1,042,498.00 | $ 1,042,498.00 | | |
| 12 | Fabrication of Structures - Upon completion of FAT/SIT | 0.50% | Dec-19 | $ 104,250.00 | $ 104,250.00 | | |
| 13 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of WPQT | 10.00% | Nov-19 | $ 2,084,997.00 | $ 2,084,997.00 | | |
| 14 | Fabrication of Pipeline (Onshore Spoolbase) - Completion of Pipe Stalk Fabrication | 11.00% | Dec-19 | $ 2,293,496.00 | $ 2,293,496.00 | | |
| 15 | Offshore/Pipelay - Completion of Flowlines | 18.00% | Jan-20 | $ 3,752,994.00 | $ 3,752,994.00 | | |
| 16 | Offshore/Umbilical lay - Completion of Umbilicals | 2.00% | Mar-20 | $ 416,999.00 | $ 416,999.00 | | |
| 17 | Offshore/Pre-commissioning - Completion of pre-commissioning and post-lay survey | 1.00% | Jan-20 | $ 208,500.00 | $ 208,500.00 | | |
| 18 | Onshore/At completion of as-built documents - As built document submittal | 0.50% | May-20 | $ 104,250.00 | $ 104,250.00 | | |
| | **Base Contract** | | | $ 20,849,967.00 | $ 20,849,967.00 | $ | USD |
| COR001 | Vallourec PO Cancellation Fee | | Dec-19 | $ 88,398.00 | $ 88,398.00 | | |
| COR002 | Additional Pipe for FBE WPQs | | Dec-19 | $ 58,858.00 | $ 58,858.00 | | |
| COR003 | Provision of SUTAs | | Jan-20 | $ 1,059,916.00 | $ 1,059,916.00 | | |
| COR004 | Sleeper - Engineering and Fabrication | | Dec-19 | $ 130,215.00 | $ 130,215.00 | | |
| COR005 | Alignment Sheet Drawings | | Dec-19 | $ 22,883.00 | $ 22,883.00 | | |
| COR006 | Jumper & PLIS - Engineering and Fabrication | | Jan-20 | $ 2,255,768.00 | $ 2,255,768.00 | | |
| COR007 | Crossing Design | | Dec-19 | $ 14,002.00 | $ 14,002.00 | | |
| COR008 | PLEM Expediting Charges | | Apr-20 | $ 97,628.00 | $ 97,628.00 | | |
| COR009 | Seven Pacific Jumper Installation | | Apr-20 | $ 1,414,700.00 | $ 1,414,700.00 | | |
| COR010 | 7 Pacific Extra Work Prelay | | Mar-20 | $ 189,562.00 | $ 189,562.00 | | |
| COR011 | Extra target tees and other FAD forgings required for jumper fabrication | | May-20 | $ 134,172.00 | $ 134,172.00 | | |
| COR012 | Harvey Intervention Extra Work | | Jun-20 | $ 1,941,909.00 | $ 1,941,909.00 | | |
| COR013 | Seven Pacific Standalone Mobilization | | Jul-20 | $ 573,904.00 | $ 573,904.00 | | |
| COR014 | Seven Pacific Extra Work - Umbilical/Jumper Campaign | | Jul-20 | $ 687,810.00 | $ 687,810.00 | | |
| COR015 | Trendsetter support for Jumper Fabrication | PO # 30978 | Aug-20 | $ 234,884.00 | $ 234,884.00 | $ 234,884.00 | USD |
| COR016 | Enpro Services for Genovesa FAM Installation | | Jul-20 | $ 8,604.00 | $ 8,604.00 | | |
| COR017 | New Industries CORs | | Aug-20 | $ 57,769.00 | $ 57,769.00 | | |
| | **Change Orders** | | | $ 8,970,982.00 | $ 8,970,982.00 | $ 234,884.00 | USD |
| | **TOTAL GENOVESA Project** | | | $ 29,820,949.00 | $ 29,820,949.00 | $ 234,884.00 | USD |
| | | | **Total Invoice Amount:** | | | $ 234,884.00 | USD |

Attachment: Contract Signature page and proof of completion

*If you have any questions concerning this invoice, please contact: Dyana Gonzalez +1 (713) 300-6943 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

| Invoice # | Project | Amount Outstanding | General Description of the nature of work performed | Dates Work Performed | Location of Work Performed |
|---|---|---|---|---|---|
| 20009530 | Genovesa | 104,250.00 | This is a milestone invoice for the submittal of the As-Built Dossier for the Genovesa offshore installation works | Last as built submitted on 7/8/20 | GOM Block Mississippi Canyon 519 |
| 20009563 | Genovesa | 1,941,909.00 | Invoice for Change Order 012 which contained costs related to Client requested extra work on the Harvey Intervention installation vessel during the offshore flooding, cleaning, and gauging campaign. | Offshore complete on 1/28/20<br>Demob complete on 1/29/20 | GOM Block Mississippi Canyon 519 |
| 20009580 | Genovesa | 8,604.00 | Invoice for COR 016 which contained costs relating to Client requested services contracted by S7 to Enpro | Work completed around 3/5/20 | GOM Block Mississippi Canyon 519 |
| 20009594 | Genovesa | 573,904.00 | Invoice for COR 013 which contained costs incurred by S7 due to late delivery of umbilical termination (SUTA) | Offshore complete on 3/20/20<br>Demob complete on 3/26/20 | GOM Block Mississippi Canyon 519 |
| 20009595 | Genovesa | 687,810.00 | Invoice for COR 014 which contained costs related to Client requested extra work on the Seven Pacific installation vessel during the umbilical and jumpers installation campaign | Offshore complete on 3/20/20<br>Demob complete on 3/26/20 | GOM Block Mississippi Canyon 519 |
| 20009626 | Genovesa | 57,769.00 | Invoice for extra fabrication work performed at New Industries in Morgan City, LA | PLET fabrication complete ~12/24/19 | Morgan City, LA |
| 20009627 | Genovesa | 234,884.00 | Invoice for technicians and equipment to support jumper fabrication at New Industries, and jumper installation in MC-519 | Onshore work completed at New Industries on 3/27/20<br>Offshore work completed in MC-519 on 3/25/20 | GOM Block Mississippi Canyon 519 & Morgan City, LA |