**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

**NOTICE OF PERFECTION OF STATUTORY LIEN AND STATEMENT OF
PRIVILEGE BY SUBSEA 7 LLC PURSUANT TO 11 U.S.C. § 546(B)(2)**

Subsea 7 LLC ("SS7"), a creditor in the above-styled and numbered case, by and through

undersigned counsel, hereby gives notice of its valid, timely filed, and properly perfected

statutory mineral lien and statement of privilege against Fieldwood Energy LLC  (the "Debtor")

and certain of its non-Debtor affiliates under 11 U.S.C. § 546(b)(2) (the "Notice"):

1.     Section 546(b)(2) of Title 11 of the United States Code (the "Bankruptcy Code")

provides that when applicable law requires seizure of property or commencement of an action to

accomplish perfection, or maintenance or continuation of perfection of an interest in property,

the claimant may file a notice with the Bankruptcy Court, in lieu of such seizure or

commencement.

2.     SS7 provided the Debtor with services, labor, equipment, machinery, materials

and supplies vital to the Debtor's operations in the Gulf of Mexico.  The Debtor's operations on

the projects where SS7 performed work would be severely compromised if not entirely curtailed

without SS7's efforts.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778);
Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore hLLC (4494);
Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf
LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC

3.      SS7 sent numerous invoices to the Debtor totaling $7,553,085.00 for materials and services provided to the Debtor's oil and gas properties in the Gulf of Mexico between approximately December 29, 2019 and May 31, 2020.  Copies of the invoices are attached as exhibits to the Lien Affidavits discussed below.

4.      The Debtor has yet to pay SS7 for the services it provided.  As a result, on September 9 and 10, 2020, SS7 filed its *Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege* (the "Lien Affidavit") in the Real Property Records of Jefferson Parrish and Plaquemines Parish, Louisiana, which were duly recorded as Document Numbers 12043824 and 12043825 in Jefferson Parish and 2020-00003697 and 2020-00003698 in Plaquemines Parish.   Jeremy A. Woulds, the Projects and Operations Director of Subsea 7 (US) LLC, executed the Lien Affidavit and Statement of Lien.  The Lien Affidavit was also recorded with the Bureau of Ocean Energy Management.  In accordance with La. R.S. 9:4861, et seq., the recordation of the Lien Affidavit perfected SS7's lien for the $7,553,085.00 that the Debtor owes for labor and furnished or hauled materials, machinery, equipment or supplies that SS7 provided. The Lien Affidavit also provides a detailed description of the offshore leases that are subject to SS7's lien.  Copies of the Lien Affidavits are attached hereto as **Exhibit A**.

5.      Pursuant to section 546(b)(2) of the Bankruptcy Code, SS7 hereby provides notice to the Debtor, the Debtor's counsel, the Office of the United States Trustee, and all parties requesting notice of SS7's rights as a perfected lienholder in materials and services provided pursuant to La. R.S. 9:4861, et seq.  SS7 is filing this Notice to preserve, perfect, maintain, and continue its lien rights for services and materials provided to the Debtor under Louisiana state law in order to comply with the requirements of Louisiana law and section 546(b)(2) of the

(1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

10721974v2

Bankruptcy Code.  SS7 intends to enforce its statutory lien rights to the fullest extent permitted by applicable law.

6.      The filing of this Notice shall not waive SS7's rights to seek relief from the automatic stay to foreclose its lien and/or other rights or defenses, to demand adequate assurance of future performance, or to compel the Debtor's assumption of its executory contracts with SS7 and the cure amounts owed thereunder.

7.      The filing of this Notice shall further not be construed as an admission that such filing is required under the Bankruptcy Code, Louisiana state law, or any other applicable law. Additionally, SS7 makes no admission of fact or law and asserts that its liens are senior to and effective against entities that may have acquired lien rights in the above styled bankruptcy cases. SS7 reserves all rights to amend and/or supplement this Notice.

Dated: September 11, 2020.

**PORTER HEDGES LLP**

By:    */s/ Aaron J. Power*
       Aaron J. Power (TX 24058058)
       1000 Main Street, 36th Floor
       Houston, Texas 77002
       Telephone: (713) 226-6000
       Fax: (713) 226-6248

**COUNSEL FOR SUBSEA 7 LLC**

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 11, 2020.

*/s/ Aaron J. Power*
Aaron J. Power

4

**EXHIBIT A**

**12043824**

| | |
|---|---|
| FILED: | Jefferson Parish, Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-36476 |
| AREA/BLOCK: | GC 39 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $7,553,085 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

LA. R.S. 9:4861, *et seq.*

**STATE OF TEXAS**

**CITY OF HOUSTON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### MR. JEREMY A WOULDS

who, after being duly sworn, did depose and say:

1. He is the Projects and Operations Director of Subsea 7 (US) LLC ("Subsea 7"), 17220 Katy Fwy, Suite 100, Houston, Texas 77094, and he is duly authorized to make and is making this affidavit for and on behalf of Subsea 7.

2. Subsea 7 is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Subsea 7 contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production to **Fieldwood Energy, LLC**, 2000 West Sam Houston Parkway South, Suite 1200, Houston, Texas 77042 ("Fieldwood").

4. Between approximately Dec 29, 2019 through May 31, 2020 (the "Applicable Period"), Subsea 7 supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking of certain wells located in **Lease No. OCS-G-36476**, Green Canyon, Block 39, off the coast of Jefferson and Plaquemines Parishes, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $7,553,085 is due and owing on Invoice Nos. 20009567, 20009568, 20009569 & 20009606 (the "Invoices")

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



1

**12043824**

for those certain goods, equipment, supplies and services provided by Subsea 7 to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoices is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Subsea 7 were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Subsea 7 as described herein and is made in accordance with La. R.S. 9:4861, *et seq.,* and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Subsea 7 on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861 (12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson and Plaquemines Parishes, State of Louisiana and with the BOEM.

10.      That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019; (d) Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 3rd day of September, 2020.

Subsea 7 (US) LLC

By: _____
Name: Jeremy A. Woulds
Its:      Projects and Operations Director

THE STATE OF TEXAS            §
                                             §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy A. Woulds Projects and Operations Director , for Subsea 7 (US) LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 3rd day of September, 2020.



By: _____
Notary Public in and for the State of Texas



09/09/2020 16:04:25 CERTIFIED TRUE COPY - Pg:3 of 14 - H BOUDREAUX DEPUTY CLERK

3

*(right margin, rotated)* EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

**12043824**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

**Remit to:**
Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX  77094
Attention: Erik Layzell

Bank Details:
Citi Bank
New York, NY 10043
Account No. ▮▮▮▮
ABA No. ▮▮▮▮
Swift Code: ▮▮▮▮

Federal Tax ID No. ▮▮▮▮

**Term:** Net 30 Days upon invoice receipt by Company

| INVOICE NO. : | 20009567 |
|---|---|
| **Invoice Date:** | 6/29/2020 |

**Fieldwood Energy**
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| **Project Name** | Katmai |
| **Routing ID#** | 580045 |
| **AFE #** | FW183040 |
| **Main** | 3130 |
| **Sub** | 52 |
| **Vendor Name** | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 1 | Subsea 7 PM&E Monthly -USD-June20 | 100.00% | Jun-20 | 366,851 | USD |
| **TOTAL KATMAI Project** | | | | $    **366,851** | **USD** |
| | | | | $    **366,851** | **USD** |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



**EXHIBIT**
tabbies®
**A**

JON A. GEGENHEIMER

**12043824**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

**Remit to:**

Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX  77094
Attention: Erik Layzell

Bank Details:
Citi Bank
New York, NY 10043
Account No. ▮▮▮▮
ABA No. ▮▮▮▮
Swift Code:

Federal Tax ID No. ▮▮▮▮

**Term:** Net 30 Days upon invoice receipt by Company

| | |
|---|---|
| **INVOICE NO. : 20009568** | |
| **Invoice Date:** | **6/29/2020** |

**Fieldwood Energy**
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| **Project Name** | Katmai |
| **Routing ID#** | 580045 |
| **AFE #** | FW183040 |
| **Main** | 3130 |
| **Sub** | 52 |
| **Vendor Name** | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 29 | Final Completion (As-built submittal of Well #1 components) | 100.00% | Jun-20 | 1,443,390 | USD |
| **TOTAL KATMAI Project** | | | | $    **1,443,390** | **USD** |
| | | | | $    1,443,390 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



**12043824**

| FIELDWOOD ENERGY | Transmittal #: | KAT-P4A-FWE-SS7-TRQ-0233 | | | | | Date | 7-Apr-2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | To: | SS7 - Katmai | | | | | From | FIELDWOOD ENERGY | | |
| | | | | | | | OC eMail | Sheila.Jones@Fwellc.com | | |

Code 1 – Accepted
Code 2 – Accepted with Comments
Code 3 – Revise and Reissue with Comments Incorporated
Code 4 – Rejected

| File Name | Contractor Document Number | Contractor Revision | Project Document Number | Document Title | Rev | Rev Date | Revision Description | Document Comments |
|---|---|---|---|---|---|---|---|---|
| Pages from KAT-SS-SS7-QLT-NRB-0026_0.pdf | TC1099-QMI-00025 | 00 | KAT-SS-SS7-QLT-NRB-0026 | SS7- Vessel Based Monitoring and Testing Final Document Package | 00 | 4/2/2020 | Issued for Information | Code 1 Cover Page Only |
| Pages from KAT-SS-SS7-QLT-NRB-0027_0.pdf | TC1099-QMI-00036 | 00 | KAT-SS-SS7-QLT-NRB-0027 | SS7 - KAT - Katmai Umbilical System, Platform Based Monitoring and Testing Final Document Pack | 00 | 4/1/2020 | Issued for Information | Code 1 Cover Page Only |
| Total Number of Files Covered by this Transmittal | 2 | | | | | | | |

**RECEIVED**
By Rebecca Phelps at 9:32 pm, Apr 08, 2020

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

# 12043824

subsea7

## DATA TRANSMITTAL

| To: | From: |
|-----|-------|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

**Transmittal No:** TC1099-TR-01000
**Action:** IFR
**Issued Date:** 09.05.2020
**Required Date:** 15.05.2020
**Project Title:** Katmai

**Subject:** TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0020 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|-------------|-----------|------|-------|-----------|
| KAT-SS-SS7-QLT-MRB-0020 | TC1099-QMI-00019 | A | Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific | 14.04.2020 |

**Sent by:**

*Rebecca Phelps*
...........................
on behalf of Document Control

**Acknowledgement**

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



**12043824**

subsea 7

## DATA TRANSMITTAL

To:
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

From:
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01007** |
| Action: | **IFR** |
| Issued Date: | **13.05.2020** |
| Required Date: | **20.05.2020** |
| Project Title: | **Katmai** |

Subject: **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0024 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0024 | TC1099-QMI-00023 | A | Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies | 17.04.2020 |

Sent by:

*Rebecca Phelps*
................................
on behalf of Document Control

Acknowledgement

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587


JON A. GEGENHEIMER

# 12043824

**subsea7**

## DATA TRANSMITTAL

To:
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

From:
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01011** |
| Action: | **IFR** |
| Issued Date: | **15.05.2020** |
| Required Date: | **22.05.2020** |
| Project Title: | **Katmai** |

Subject: **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0023 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0023 | TC1099-QMI-00022 | A | Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific | 30.04.2020 |

Sent by:

*Rebecca Phelps*
............................................
on behalf of Document Control

Acknowledgement

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



**12043824**

subsea7

## DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

**Transmittal No:** TC1099-TR-01014
**Action:** IFR
**Issued Date:** 19.05.2020
**Required Date:** 26.05.2020
**Project Title:** Katmai

**Subject:**   **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-SUR-RPT-0001 - Rev.A - Survey Final As-Built Report**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-SUR-RPT-0001 | TC1099-SRV-00007 | A | Survey Final As-Built Report | 16.05.2020 |

**Sent by:**

*Rebecca Phelps*
on behalf of Document Control

**Acknowledgement**

Signature:............................... Date:..............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



**12043824**

subsea 7

---

## DATA TRANSMITTAL

---

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

---

| | |
|---|---|
| Transmittal No: | TC1099-TR-01017 |
| Action: | IFU |
| Issued Date: | 22.05.2020 |
| Required Date: | 05.06.2020 |
| Project Title: | Katmai |

Subject: **TC1099 - ISSUED FOR USE - KAT-SS-SS7-QLT-MRB-0022 - Rev.0 - Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0022 | TC1099-QMI-00021 | 0 | Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans | 14.05.2020 |

Sent by:                                          Acknowledgement

*Rebecca Phelps*
..............................................                Signature:............................. Date:...............
on behalf of Document Control

---

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

---

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

**12043824**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

Remit to:

Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Erik Layzell

Bank Details:
Citi Bank
New York, NY 10043
Account No.
ABA No.
Swift Code:

Federal Tax ID No.

Term: Net 60 days

| INVOICE NO. : 20009099 | |
|---|---|
| Invoice Date: | 6/29/2020 |

Fieldwood Energy
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| Project Name | Katmai |
|---|---|
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 043 - K1 Tree installation | 100.00% | Jun-20 | | $162,907.00 | USD |
| | COR044 - Internet Bandwidth Increase | 100.00% | Jun-20 | | $26,024.50 | USD |
| | COR045 - Seven Pegasus Extra Work | 100.00% | Jun-20 | | $1,443,050.00 | USD |
| | COR046 - Post Hook-up Testing. | 100.00% | Jun-20 | | $14,283.00 | USD |
| | COR049 - Rev1 - PIP Pig Tracking - Procurement | 100.00% | Jun-20 | | $189,123.00 | USD |
| | COR062 - Additional cost incurred relating to the fabrication of the sleepers, j-tube and clamp. | 100.00% | Jun-20 | | $170,266.15 | USD |
| | COR 055 - Provide topsides flanges and spools | 100.00% | Jun-20 | | $236,858.10 | USD |
| **TOTAL KATMAI Project** | | | | $       - | $      2,242,512 | USD |
| | | | | Total Invoice Amount:  $ | 2,242,512 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serseni +1 (713) 300-6843*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

SEAL OF THE
JON A. GEGENHEIMER

**12043824**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

Remit to:

Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Erik Layzell

Bank Details:
Citi Bank
New York, NY 10043
Account No.
ABA No.
Swift Code:

Federal Tax ID No.

Term: Net 60 days

| INVOICE NO. : | 20000606 |
|---|---|
| Invoice Date: | 7/28/2020 |

Fieldwood Energy
Attention: Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| Project Name | Katmai |
|---|---|
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 053 - PLET/ILS Remediation | 100.00% | Jul-20 | | $3,339,898.00 | USD |
| | COR054 - Jacket Attenuation Calculation | 100.00% | Jul-20 | | $18,208.00 | USD |
| | COR061 - flowline topside leak test operations | 100.00% | Jul-20 | | $142,226.00 | USD |
| **TOTAL KATMAI Project** | | | | $         -      $ | 3,500,332 | USD |
| | | | | Total Invoice Amount: $ | 3,500,332 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Cousson +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587



EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043824 MORTGAGE BOOK 4894 PAGE 587

# 12043824

| Invoice # | Project | Amount Outstanding | General Description of the nature of work performed | Dates Work Performed | Location of Work Performed |
|---|---|---|---|---|---|
| 20009567 | Katmai | 366,851.00 | Milestone invoice for monthly PM&E for May '20 | 5/31/2020 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009568 | Katmai | 1,443,390.00 | Milestone invoice for the submittal of the As-Built Dossier for the offshore installation works relating to the Katmai K1 well | Well Jumper BSEE Chart submitted on 4/2/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009569 | Katmai | 2,242,512.00 | Invoice for COR 043 (K1 Tree Installation), COR 044 (Internet Bandwidth Increase), COR 045 (Seven Pegasus Extra Work), COR 046 (Post Hook-up Testing), COR 049 (Rev 1 – PIP Pig Tracking – Procurement), COR 062 (Additional cost incurred relating to the fabrication of the sleepers, j-tube and clamp), and COR 055 (Provide topsides flanges and spools) | **Tree Installation:** Install complete on 1/26/20 **Internet Bandwidth Increase:** Used on every vessel campaign. Last vessel campaign demob complete on 3/6/20 **Seven Pegasus Extra Work:** Demob complete on 12/29/19 **Post Hook-up Testing:** Work complete on 1/27/20 **PIP Pig Tracking Procurement:** Work complete on 2/19/20 **COR-062:** Fab work complete 9/30/19 **COR-055:** Delivered to S7 in Dec 2020. | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009606 | Katmai | 3,500,332.00 | Invoice for CORs 053 (PLET/ILS Remediation (Grouting)), COR 054 (Jacket Attenuation Calculation), and COR 061 (Flowline Topside Leak Test Operations) | COR-053: Demob complete on 3/15/20 COR-054: Document issued for use on 5/7/19 COR-061: Work complete on 3/21/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |

SEAL OF THE
OF COURT
OF JEFFERSON
JON A. GEGENHEIMER

FILED:     Jefferson Parish,
           Plaquemines Parish,
           Bureau of Ocean Energy
           Management
LEASE NO.:     OCS-G-34536
AREA/BLOCK: GC 40
OPERATOR:  Fieldwood Energy, LLC
LESSEE:    Fieldwood Energy, LLC;
           ILX Prospect Katmai, LLC;
           Ridgewood Katmai, LLC
AMOUNT:    $7,553,085

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE
LA. R.S. 9:4861, *et seq.*

**STATE OF TEXAS**

**CITY OF HOUSTON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### MR. JEREMY A. WOULDS

who, after being duly sworn, did depose and say:

1.      He is the Projects and Operations Director of Subsea 7 (US) LLC ("Subsea 7"), 17220 Katy Freeway, Suite 100, Houston, Texas 77094, and he is duly authorized to make and is making this affidavit for and on behalf of Subsea 7.

2.      Subsea 7 is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Subsea 7 contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production to **Fieldwood Energy, LLC**, 2000 West Sam Houston Parkway South, Suite 1200, Houston, Texas 77042 ("Fieldwood").

4.      Between approximately Dec 29, 2019 through May 31, 2020 (the "Applicable Period"), Subsea 7 supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking of certain wells located in **Lease No. OCS-G-34536**, Green Canyon, Block 40, off the coast of Jefferson and Plaquemines Parishes, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $7,553,085 is due and owing on Invoice Nos. 20009567,  20009568, 20009569 & 20009606 (the "Invoices")

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



1

for those certain goods, equipment, supplies and services provided by Subsea 7 to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoices is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.    At all relevant times hereto, the labor, equipment, supplies and services provided by Subsea 7 were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.    As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.    This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Subsea 7 as described herein and is made in accordance with La. R.S. 9:4861, *et seq.,* and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Subsea 7 on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861 (12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest,

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

**12043825**

and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson and Plaquemines Parishes, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operators) of the Lease at the following: (a) Fieldwood Energy. LLC. 2000 West Sam Houston Parkway South. Suite 1200. Houston. TX 77042: (b) Fieldwood Energy. EEC, through its registered agent. Capital Corporate Services. Inc., 8550 United Plaza Building II. Ste. 305. Baton Rouge, LA 70809: (c) ILX Prospect Katmai. LLC, 712 Fifth Avenue, 36th Floor. New York, NY 10019: (d) Ridgewood Katmai. LLC. 1254 Enclave Parkway. Suite 600, Houston. TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 3rd day of September, 2020.

Subsea 7 (US) LLC

By: _____
Name: Jeremy A. Woulds
Its:    Projects and Operations Director

THE STATE OF TEXAS        §
                          §
COUNTY OF HARRIS          §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy A. Woulds, Projects and Operations Director, for Subsea 7 (US) LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 3rd day of September, 2020.


DONNA BAYHI
Notary Public, State of Texas
Comm. Expires 06-05-2021
Notary ID 131156960

By: _____
Notary Public in and for the State of Texas



3

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

**12043825**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: | | |
|---|---|---|
| Subsea 7 (US) LLC | | |
| 17220 Katy Freeway, Suite 100 | | |
| Houston, TX 77094 | | |
| Attention: Erik Layzell | | |
| | | |
| Bank Details: | | |
| Citi Bank | | |
| New York, NY 10043 | | |
| Account No. ██████ | | |
| ABA No. ██████ | | |
| Swift Code: ██████ | | |
| | | |
| Federal Tax ID No. ██████ | | |
| | | |
| Term: Net 30 Days upon invoice receipt by Company | | |

| INVOICE NO. : 20009567 | |
|---|---|
| **Invoice Date:** | **6/29/2020** |

**Fieldwood Energy**
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| | |
|---|---|
| **Project Name** | Katmai |
| | |
| **Routing ID#** | 580045 |
| **AFE #** | FW183040 |
| **Main** | 3130 |
| **Sub** | 52 |
| **Vendor Name** | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 1 | Subsea 7 PM&E Monthly -USD-June20 | 100.00% | Jun-20 | 366,851 | USD |
| **TOTAL KATMAI Project** | | | | $    **366,851** | **USD** |
| | | | | $    366,851 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



EXHIBIT
A



**12043825**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: | |
|---|---|
| Subsea 7 (US) LLC | |
| 17220 Katy Freeway, Suite 100 | |
| Houston, TX 77094 | |
| Attention: Erik Layzell | |
| | |
| Bank Details: | |
| Citi Bank | |
| New York, NY 10043 | |
| Account No. ▮ | |
| ABA No. ▮ | |
| Swift Code: | |
| | |
| Federal Tax ID No. ▮ | |
| | |
| **Term:** Net 30 Days upon invoice receipt by Company | |

| INVOICE NO. : 20009568 | |
|---|---|
| **Invoice Date:** | 6/29/2020 |
| | |
| **Fieldwood Energy** | |
| Attention: Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| | |
| **Project Name** | Katmai |
| **Routing ID#** | 580045 |
| **AFE #** | FW183040 |
| **Main** | 3130 |
| **Sub** | 52 |
| **Vendor Name** | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 29 | Final Completion (As-built submittal of Well #1 components) | 100.00% | Jun-20 | 1,443,390 | USD |
| **TOTAL KATMAI Project** | | | | $    **1,443,390** | USD |
| | | | | $    1,443,390 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



# 12043825

| FIELDWOOD ENERGY | Transmittal #: | KAT-F&A-FWE-SS7-TRO-0233 | | | | Date | 7-Apr-2020 | | |
|---|---|---|---|---|---|---|---|---|---|
| | To: | SS7 - Katmal | | | | From | FIELDWOOD ENERGY | | |
| | | | | | | OC eMail | Sheila.Jones@Fwllc.com | | |
| | Code 1 – Accepted | | | | | | | | |
| | Code 2 – Accepted with Comments | | | | | | | | |
| | Code 3 – Revise and Reissue with Comments Incorporated | | | | | | | | |
| | Code 4 – Rejected | | | | | | | | |

| File Name | Contractor Document Number | Contractor Revision | Project Document Number | Document Title | Rev | Rev Date | Revision Description | Document Comments |
|---|---|---|---|---|---|---|---|---|
| Pages from KAT-SS-SS7-QLT-MRB-0026_0.pdf | TC1099-QMI-00025 | 00 | KAT-SS-SS7-QLT-MRB-0026 | SS7- Vessel Based Monitoring and Testing Final Document Package | 00 | 4/2/2020 | Issued for Information | Code 1 Cover Page Only |
| Pages from KAT-SS-SS7-QLT-MRB-0027_0.pdf | TC1099-QMI-00036 | 00 | KAT-SS-SS7-QLT-MRB-0027 | SS7 - KAT - Katmal Umbilical System, Platform Based Monitoring and Testing Final Document Pack | 00 | 4/1/2020 | Issued for Information | Code 1 Cover Page Only |
| Total Number of Files Covered by this Transmittal | 2 | | | | | | | |

RECEIVED
By Rebecca Phelps at 9:32 pm, Apr 08, 2020

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

SEAL OF THE ... OF JEFFERSON ... JON A. GEGENHEIMER

**12043825**

subsea 7

---

## DATA TRANSMITTAL

---

To:

**Fieldwood Energy LLC**

2000 W Sam Houston Pkwy S

Suite 1200

Houston 7042

USA

Attn.: Fieldwood Energy DCC

From:

**Subsea 7 Houston**

17220 Katy Freeway

Suite 100

Houston 77094

USA

Phone: +1 713 430 1100

---

| | |
|---|---|
| **Transmittal No:** | TC1099-TR-01000 |
| **Action:** | IFR |
| **Issued Date:** | 09.05.2020 |
| **Required Date:** | 15.05.2020 |
| **Project Title:** | Katmai |

**Subject:**   **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0020 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0020 | TC1099-QMI-00019 | A | Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific | 14.04.2020 |

Sent by:

*Rebecca Phelps*

**on behalf of Document Control**

Acknowledgement

Signature:............................. Date:...............

---

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

It is the holder's responsibility to replace and supersede the previous revision with the above issued content.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



**12043825**

subsea 7

## DATA TRANSMITTAL

To:

**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

From:

**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | TC1099-TR-01007 |
| Action: | IFR |
| Issued Date: | 13.05.2020 |
| Required Date: | 20.05.2020 |
| Project Title: | Katmai |

Subject: **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0024 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0024 | TC1099-QMI-00023 | A | Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies | 17.04.2020 |

Sent by:

*Rebecca Phelps*
.................................
on behalf of Document Control

Acknowledgement

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



JON A. GEGENHEIMER

**12043825**

subsea7

## DATA TRANSMITTAL

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

| | |
|---|---|
| **Transmittal No:** | **TC1099-TR-01011** |
| **Action:** | **IFR** |
| **Issued Date:** | **15.05.2020** |
| **Required Date:** | **22.05.2020** |
| **Project Title:** | **Katmai** |

**Subject:** **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0023 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0023 | TC1099-QMI-00022 | A | Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific | 30.04.2020 |

**Sent by:**

*Rebecca Phelps*
...................................................
on behalf of Document Control

**Acknowledgement**

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



**12043825**

subsea7

---

## DATA TRANSMITTAL

---

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

---

**Transmittal No:**  TC1099-TR-01014
**Action:**  IFR
**Issued Date:**  19.05.2020
**Required Date:**  26.05.2020
**Project Title:**  Katmai

**Subject:**  **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-SUR-RPT-0001 - Rev.A - Survey Final As-Built Report**

---

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-SUR-RPT-0001 | TC1099-SRV-00007 | A | Survey Final As-Built Report | 16.05.2020 |

---

**Sent by:**

*Rebecca Phelps*
······································
**on behalf of Document Control**

**Acknowledgement**

Signature:.............................. Date:..............

---

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588


JON A. GEGENHEIMER

**12043825**

subsea 7

---

## DATA TRANSMITTAL

---

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

---

| | |
|---|---|
| **Transmittal No:** | **TC1099-TR-01017** |
| **Action:** | **IFU** |
| **Issued Date:** | **22.05.2020** |
| **Required Date:** | **05.06.2020** |
| **Project Title:** | **Katmai** |

**Subject:** **TC1099 - ISSUED FOR USE - KAT-SS-SS7-QLT-MRB-0022 - Rev.0 - Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0022 | TC1099-QMI-00021 | 0 | Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans | 14.05.2020 |

**Sent by:**

**Acknowledgement**

*Rebecca Phelps*
...............................................
on behalf of Document Control

Signature:............................... Date:...............

---

Please confirm receipt of this transmittal by email to DCC.Katmai@subsea7.com

---

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

**12043825**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

Remit to:
Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Erik Layzell

Bank Details:
Citi Bank
New York, NY 10043
Account No.
ABA No.
Swift Code:

Federal Tax ID No.

Term: Net 60 days

| INVOICE NO.: | 20009089 |
|---|---|
| Invoice Date: | 6/29/2020 |

Fieldwood Energy
Attention:  Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| Project Name | Katmai |
|---|---|
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 043 - K1 Tree Installation | 100.00% | Jun-20 | | $162,907.00 | USD |
| | COR044 - Internet Bandwidth Increase | 100.00% | Jun-20 | | $26,024.50 | USD |
| | COR045 - Seven Pegasus Extra Work | 100.00% | Jun-20 | | $1,443,050.00 | USD |
| | COR046 - Post Hook-up Testing. | 100.00% | Jun-20 | | $14,283.00 | USD |
| | COR049 - Rev1 - PIP Pig Tracking - Procurement | 100.00% | Jun-20 | | $189,123.00 | USD |
| | COR052 - Additional cost incurred relating to the fabrication of the sleepers, j-tube and clamp. | 100.00% | Jun-20 | | $170,266.15 | USD |
| | COR 055 - Provide topsides flanges and spools | 100.00% | Jun-20 | | $236,858.10 | USD |
| **TOTAL KATMAI Project** | | | | $     - $ | **2,242,512** | USD |
| | | | | Total Invoice Amount:  $ | 2,242,512 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serseni +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

JON A. GEGENHEIMER

**12043825**

subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

Remit to:

Subsea 7 (US) LLC
17220 Katy Freeway, Suite 100
Houston, TX 77094
Attention: Erik Laytell

Bank Details:
Citi Bank
New York, NY 10043
Account No.
ABA No.
Swift Code:

Federal Tax ID No.

Term: Net 60 days

| INVOICE NO. : 20000606 | |
|---|---|
| Invoice Date: | 7/28/2020 |

Fieldwood Energy
Attention: Scanning Department
2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
USA

| Project Name | Katmai |
|---|---|
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 053 - PLET/ILS Remediation | 100.00% | Jul-20 | | $3,339,898.00 | USD |
| | COR054 - Jacket Attenuation Calculation | 100.00% | Jul-20 | | $18,208.00 | USD |
| | COR061 - flowline topside leak test operations | 100.00% | Jul-20 | | $142,226.00 | USD |
| **TOTAL KATMAI Project** | | | | $    -   $ | 3,500,332 | USD |
| | | | | Total Invoice Amount:  $ | 3,500,332 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588



**12043825**

EFILE: 09/09/2020 4:04 PM JEFF PAR 6442533 hrb $205.00 ::: 12043825 MORTGAGE BOOK 4894 PAGE 588

| Invoice # | Project | Amount Outstanding | General Description of the nature of work performed | Dates Work Performed | Location of Work Performed |
|---|---|---|---|---|---|
| 20005567 | Katmai | 366,851.00 | Milestone invoice for monthly PM&E for May '20 | 5/31/2020 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20005568 | Katmai | 1,443,390.00 | Milestone invoice for the submittal of the As-Built Dossier for the offshore installation works relating to the Katmai K1 well | Well Jumper 8SEE Chart submitted on 4/2/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20005569 | Katmai | 2,242,512.00 | Invoice for COR 043 (K1 Tree Installation), COR 044 (Internet Bandwidth Increase), COR 045 (Seven Pegasus Extra Work), COR 046 (Post Hook-up Testing), COR 049 (Rev 1 – PIP Pig Tracking – Procurement), COR 062 (Additional cost incurred relating to the fabrication of the sleepers, j-tube and clamp), and COR 055 (Provide topsides flanges and spools) | **Tree Installation:** Install complete on 1/26/20<br>**Internet Bandwidth Increase:** Used on every vessel campaign. Last vessel campaign demob complete on 3/6/20<br>**Seven Pegasus Extra Work:** Demob complete on 12/29/19<br>**Post Hook-up Testing:** Work complete on 1/27/20<br>PIP Pig Tracking Procurement: Work complete on 2/19/20<br>**COR-062:** Fab work complete 9/30/19<br>**COR-055:** Delivered to 57 in Dec 2020. | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20005606 | Katmai | 3,500,332.00 | Invoice for CORs 053 (PLET/ILS Remediation (Grouting)), COR 054 (Jacket Attenuation Calculation), and COR 061 (Flowline Topside Leak Test Operations) | COR-053: Demob complete on 3/15/20<br>COR-054: Document issued for use on 5/7/19<br>COR-061: Work complete on 3/21/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |

SEAL OF THE ... OF COURT ... OF JEFFERSON
JON A. GEGENHEIMER

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
PHELPS DUNBAR, LLP
365 CANAL STREET
SUITE 2000
NEW ORLEANS, LA 70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

SUBSEA 7 US LLC

| | |
|---|---|
| **Index Type :**   MORTGAGE | **File # :** 2020-00003697 |
| **Type of Document :** MATERIALMANS LIEN | |
| | **Book :**  776          **Page :**   446 |
| **Recording Pages :**          15 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

This instrument was eRecorded.

On (Recorded Date) : 09/10/2020

At (Recorded Time) : 9:17:42AM

*[signature]*
Clerk of Court

**Return To :**      PHELPS DUNBAR, LLP
365 CANAL STREET
SUITE 2000
NEW ORLEANS, LA  70130

Do not Detach this Recording Page from Original Document

| FILED: | Jefferson Parish, |
| | Plaquemines Parish, |
| | Bureau of Ocean Energy |
| | Management |
| LEASE NO.: | OCS-G-36476 |
| AREA/BLOCK: | GC 39 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; |
| | ILX Prospect Katmai, LLC; |
| | Ridgewood Katmai, LLC |
| AMOUNT: | $7,553,085 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE
La. R.S. 9:4861, *et seq.*

**STATE OF TEXAS**

**CITY OF HOUSTON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### MR. JEREMY A WOULDS

who, after being duly sworn, did depose and say:

1.      He is the Projects and Operations Director of Subsea 7 (US) LLC ("Subsea 7"), 17220 Katy Fwy, Suite 100, Houston, Texas 77094, and he is duly authorized to make and is making this affidavit for and on behalf of Subsea 7.

2.      Subsea 7 is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Subsea 7 contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production to **Fieldwood Energy, LLC**, 2000 West Sam Houston Parkway South, Suite 1200, Houston, Texas 77042 ("Fieldwood").

4.      Between approximately Dec 29, 2019 through May 31, 2020 (the "Applicable Period"), Subsea 7 supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking of certain wells located in **Lease No. OCS-G-36476**, Green Canyon, Block 39, off the coast of Jefferson and Plaquemines Parishes, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $7,553,085 is due and owing on Invoice Nos. 20009567, 20009568, 20009569 & 20009606 (the "Invoices")

1

for those certain goods, equipment, supplies and services provided by Subsea 7 to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoices is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.    At all relevant times hereto, the labor, equipment, supplies and services provided by Subsea 7 were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.    As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.    This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Subsea 7 as described herein and is made in accordance with La. R.S. 9:4861, *et seq.,* and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Subsea 7 on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861 (12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and

2

contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson and Plaquemines Parishes, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019; (d) Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 3rd day of September, 2020.

Subsea 7 (US) LLC

By:     _____
Name: Jeremy A. Woulds
Its:    Projects and Operations Director

THE STATE OF TEXAS        §
                          §
COUNTY OF HARRIS          §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy A. Woulds Projects and Operations Director , for Subsea 7 (US) LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 3rd day of September, 2020.

DONNA BAYHI
Notary Public, State of Texas
Comm. Expires 06-05-2021
Notary ID 131156960

By:     _____
Notary Public in and for the State of Texas

3

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site:  www.subsea7.com

| | |
|---|---|
| **Remit to:**<br>Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX  77094<br>Attention: Erik Layzell<br><br>Bank Details:<br>Citi Bank<br>New York, NY 10043<br>Account No. ███<br>ABA No. ███<br>Swift Code: ███<br><br>Federal Tax ID No. ███<br><br>**Term:** Net 30 Days upon invoice receipt by Company | **INVOICE NO. : 20009567**<br><br>Invoice Date:                6/29/2020<br><br>**Fieldwood Energy**<br>Attention:  Scanning Department<br>2000 W. Sam Houston Pkwy S., Suite 1200<br>Houston, Texas 77042<br>USA<br><br>**Project Name**        Katmai<br>**Routing ID#**        580045<br>**AFE #**        FW183040<br>**Main**        3130<br>**Sub**        52<br>**Vendor Name**        Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 1 | Subsea 7 PM&E Monthly -USD-June20 | 100.00% | Jun-20 | 366,851 | USD |
| **TOTAL KATMAI Project** | | | **$** | **366,851** | **USD** |
| | | | **$** | **366,851** | **USD** |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| | |
|---|---|
| **Remit to:**<br>Subsea 7 (US) LLC<br>17220 Katy Freeway, Suite 100<br>Houston, TX 77094<br>Attention: Erik Layzell<br><br>Bank Details:<br>Citi Bank<br>New York, NY 10043<br>Account No. ███████<br>ABA No. ██████<br>Swift Code: █████████<br><br>Federal Tax ID No. ████████<br><br>**Term:** Net 30 Days upon invoice receipt by Company | **INVOICE NO. : 20009568**<br><br>Invoice Date:  6/29/2020<br><br>**Fieldwood Energy**<br>Attention: Scanning Department<br>2000 W. Sam Houston Pkwy S., Suite 1200<br>Houston, Texas 77042<br>USA<br><br>Project Name  Katmai<br>Routing ID#  580045<br>AFE #  FW183040<br>Main  3130<br>Sub  52<br>Vendor Name  Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---:|---|
| 29 | Final Completion (As-built submittal of Well #1 components) | 100.00% | Jun-20 | 1,443,390 | USD |
| **TOTAL KATMAI Project** | | | | $  **1,443,390** | **USD** |
| | | | | $  1,443,390 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

| FIELDWOOD ENERGY | Transmittal #: | KAT-P&I-FWE-SS7-TRO-0233 | | | Date: | 7-Apr-2020 | |
|---|---|---|---|---|---|---|---|
| | To: | SS7 - Katmai | | | From: | FIELDWOOD ENERGY | |
| | | | | | DC eMail: | Sheila.James@Fwellc.com | |
| | Code 1 -- Accepted | | | | | | |
| | Code 2 - Accepted with Comments | | | | | | |
| | Code 3 -- Revise and Reissue with Comments Incorporated | | | | | | |
| | Code 4 - Rejected | | | | | | |

| File Name | Contractor Document Number | Contractor Revision | Project Document Number | Document Title | Rev | Rev Date | Revision Description | Document Comments |
|---|---|---|---|---|---|---|---|---|
| Pages from KAT-SS-SS7-OLT-MRB-0026_0.pdf | TC1099-QMI-00025 | 00 | KAT-SS-SS7-OLT-MRB-0026 | SS7- Vessel Based Monitoring and Testing Final Document Package | 00 | 4/2/2020 | Issued for Information | Code 1 Cover Page Only |
| Pages from KAT-SS-SS7-OLT-MRB-0027_0.pdf | TC1099-QMI-00026 | 00 | KAT-SS-SS7-OLT-MRB-0027 | SS7 - KAT - Katmai Umbilical System, Platform Based Monitoring and Testing Final Document Pack | 00 | 4/1/2020 | Issued for Information | Code 1 Cover Page Only |
| Total Number of Files Covered by this Transmittal: | 2 | | | | | | | |

**RECEIVED**

*By Rebecca Phelps at 9:32 pm, Apr 08, 2020*

subsea 7

# DATA TRANSMITTAL

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

| | |
|---|---|
| **Transmittal No:** | **TC1099-TR-01000** |
| **Action:** | **IFR** |
| **Issued Date:** | **09.05.2020** |
| **Required Date:** | **15.05.2020** |
| **Project Title:** | **Katmai** |

**Subject:** **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0020 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0020 | TC1099-QMI-00019 | A | Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific | 14.04.2020 |

| Sent by: | Acknowledgement |
|---|---|
| *Rebecca Phelps* | Signature:............................... Date:............... |
| on behalf of Document Control | |

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

subsea 7

# DATA TRANSMITTAL

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

| | |
|---|---|
| **Transmittal No:** | **TC1099-TR-01007** |
| **Action:** | **IFR** |
| **Issued Date:** | **13.05.2020** |
| **Required Date:** | **20.05.2020** |
| **Project Title:** | **Katmai** |

**Subject:**     **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0024 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0024 | TC1099-QMI-00023 | A | Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies | 17.04.2020 |

**Sent by:**

*Rebecca Phelps*
on behalf of Document Control

**Acknowledgement**

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

subsea 7

# DATA TRANSMITTAL

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01011** |
| Action: | **IFR** |
| Issued Date: | **15.05.2020** |
| Required Date: | **22.05.2020** |
| Project Title: | **Katmai** |

Subject: **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0023 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0023 | TC1099-QMI-00022 | A | Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific | 30.04.2020 |

Sent by:

*Rebecca Phelps*
......................................
on behalf of Document Control

Acknowledgement

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



# DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01014** |
| Action: | **IFR** |
| Issued Date: | **19.05.2020** |
| Required Date: | **26.05.2020** |
| Project Title: | **Katmai** |

Subject:     **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-SUR-RPT-0001 - Rev.A - Survey Final As-Built Report**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-SUR-RPT-0001 | TC1099-SRV-00007 | A | Survey Final As-Built Report | 16.05.2020 |

**Sent by:**

*Rebecca Phelps*
........................................
on behalf of Document Control

**Acknowledgement**

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



# DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01017** |
| Action: | **IFU** |
| Issued Date: | **22.05.2020** |
| Required Date: | **05.06.2020** |
| Project Title: | **Katmai** |

Subject:      **TC1099 - ISSUED FOR USE - KAT-SS-SS7-QLT-MRB-0022 - Rev.0 - Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0022 | TC1099-QMI-00021 | 0 | Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans | 14.05.2020 |

**Sent by:**

*Rebecca Phelps*
...........................................................
**on behalf of Document Control**

**Acknowledgement**

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC |
| 17220 Katy Freeway, Suite 100 |
| Houston, TX 77094 |
| Attention: Erik Layzell |
| |
| Bank Details: |
| Citi Bank |
| New York, NY 10043 |
| Account No. ████████ |
| ABA No. ████████ |
| Swift Code: ████ |
| |
| Federal Tax ID No. ████████ |
| |
| Term: Net 60 days |

| INVOICE NO. : 20009589 | |
|---|---|
| Invoice Date: | 6/29/2020 |
| | |
| Fieldwood Energy | |
| Attention:  Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| | |
| Project Name | Katmai |
| | |
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 043 - K1 Tree installation | 100.00% | Jun-20 | | $162,907.00 | USD |
| | COR044 - Internet Bandwidth Increase | 100.00% | Jun-20 | | $26,024.50 | USD |
| | COR045 - Seven Pegasus Extra Work | 100.00% | Jun-20 | | $1,443,050.00 | USD |
| | COR046 - Post Hook-up Testing. | 100.00% | Jun-20 | | $14,283.00 | USD |
| | COR049 - Rev1 - PIP Pig Tracking - Procurement | 100.00% | Jun-20 | | $169,123.00 | USD |
| | COR062 - Additional cost incurred relating to the fabrication of the sleepers, j-lube and clamp. | 100.00% | Jun-20 | | $170,266.15 | USD |
| | COR 055 - Provide topsides flanges and spools | 100.00% | Jun-20 | | $236,858.10 | USD |
| **TOTAL KATMAI Project** | | | | **$        -** | **$        2,242,512** | **USD** |
| | | | | Total Invoice Amount: | $        2,242,512 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
|---|
| Subsea 7 (US) LLC |
| 17220 Katy Freeway, Suite 100 |
| Houston, TX  77094 |
| Attention: Erik Layzell |
| |
| Bank Details: |
| Citi Bank |
| New York, NY 10043 |
| Account No. ▮▮▮▮ |
| ABA No. ▮▮▮▮ |
| Swift Code: ▮▮▮ |
| |
| Federal Tax ID No. ▮▮▮▮ |
| |
| Term: Net 60 days |

| INVOICE NO.: 20009606 | |
|---|---|
| Invoice Date: | 7/28/2020 |
| | |
| Fieldwood Energy | |
| Attention: Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| | |
| Project Name | Katmai |
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 053 - PLET/ILS Remediation | 100.00% | Jul-20 | | $3,339,898.00 | USD |
| | COR054 - Jacket Attenuation Calculation | 100.00% | Jul-20 | | $18,208.00 | USD |
| | COR061 - flowline topside leak test operations | 100.00% | Jul-20 | | $142,226.00 | USD |
| **TOTAL KATMAI Project** | | | | **$      -** | **$    3,500,332** | **USD** |
| | | | | Total Invoice Amount: $ | 3,500,332 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

| Invoice # | Project | Amount Outstanding | General Description of the nature of work performed | Dates Work Performed | Location of Work Performed |
|---|---|---|---|---|---|
| 20009567 | Katmai | 366,851.00 | Milestone invoice for monthly PM&E for May '20 | 5/31/2020 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009568 | Katmai | 1,443,390.00 | Milestone invoice for the submittal of the As-Built Dossier for the offshore installation works relating to the Katmai K1 well | Well Jumper BSEE Chart submitted on 4/2/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009569 | Katmai | 2,242,512.00 | Invoice for COR 043 (K1 Tree Installation), COR 044 (Internet Bandwidth Increase), COR 045 (Seven Pegasus Extra Work), COR 046 (Post Hook-up Testing), COR 049 (Rev 1 – PIP Pig Tracking – Procurement), COR 062 (Additional cost incurred relating to the fabrication of the sleepers, J-tube and clamp), and COR 055 (Provide topsides flanges and spools) | **Tree Installation:** Install complete on 1/26/20 **Internet Bandwidth Increase:** Used on every vessel campaign. Last vessel campaign demob complete on 3/26/20 **Seven Pegasus Extra Work:** Demob complete on 12/29/19 **Post Hook-up Testing:** Work complete on 1/27/20 PIP Pig Tracking Procurement: Work complete on 2/19/20 **COR-062:** Fab work complete 9/30/19 COR-055: Delivered to S7 in Dec 2020. | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009606 | Katmai | 3,500,332.00 | Invoice for CORs 053 (PLET/ILS Remediation (Grouting)), COR 054 (Jacket Attenuation Calculation), and COR 061 (Flowline Topside Leak Test Operations) | COR-053:  Demob complete on 3/15/20 COR-054:  Document issued for use on 5/7/19 COR-061:  Work complete on 3/21/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
PHELPS DUNBAR, LLP
365 CANAL STREET
SUITE 2000
NEW ORLEANS, LA 70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

SUBSEA 7 US LLC

**Index Type :**   MORTGAGE

**Type of Document :** MORTGAGE

**Recording Pages :**        15

**File # :** 2020-00003698

**Book :**  776        **Page :**   461

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

This instrument was eRecorded.

On (Recorded Date) : 09/10/2020

At (Recorded Time) : 9:20:10AM

Clerk of Court

**Return To :**   PHELPS DUNBAR, LLP
365 CANAL STREET
SUITE 2000
NEW ORLEANS, LA  70130

| | |
|---|---|
| FILED: | Jefferson Parish, Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $7,553,085 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE
La. R.S. 9:4861, *et seq.*

**STATE OF TEXAS**

**CITY OF HOUSTON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### MR. JEREMY A. WOULDS

who, after being duly sworn, did depose and say:

1.      He is the Projects and Operations Director of Subsea 7 (US) LLC ("Subsea 7"), 17220 Katy Freeway, Suite 100, Houston, Texas 77094, and he is duly authorized to make and is making this affidavit for and on behalf of Subsea 7.

2.      Subsea 7 is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Subsea 7 contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production to **Fieldwood Energy, LLC**, 2000 West Sam Houston Parkway South, Suite 1200, Houston, Texas 77042 ("Fieldwood").

4.      Between approximately Dec 29, 2019 through May 31, 2020 (the "Applicable Period"), Subsea 7 supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking of certain wells located in **Lease No. OCS-G-34536**, Green Canyon, Block 40, off the coast of Jefferson and Plaquemines Parishes, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $7,553,085 is due and owing on Invoice Nos. 20009567,  20009568, 20009569 & 20009606 (the "Invoices")

for those certain goods, equipment, supplies and services provided by Subsea 7 to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs.  A true and correct copy of the Invoices is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Subsea 7 were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Subsea 7 as described herein and is made in accordance with La. R.S. 9:4861, *et seq.,* and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Subsea 7 on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861 (12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest,

and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson and Plaquemines Parishes, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operators) of the Lease at the following: (a) Fieldwood Energy. LLC. 2000 West Sam Houston Parkway South. Suite 1200. Houston. TX 77042: (b) Fieldwood Energy. EEC, through its registered agent. Capital Corporate Services. Inc., 8550 United Plaza Building II. Ste. 305. Baton Rouge, LA 70809: (c) ILX Prospect Katmai. LLC, 712 Fifth Avenue, 36th Floor. New York, NY 10019: (d) Ridgewood Katmai. LLC. 1254 Enclave Parkway. Suite 600, Houston. TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 3rd day of September, 2020.

Subsea 7 (US) LLC

By: _____
Name: Jeremy A. Woulds
Its:    Projects and Operations Director

THE STATE OF TEXAS             §
                               §
COUNTY OF HARRIS               §

BEFORE ME, the undersigned authority, on this day personally appeared Jeremy A. Woulds, Projects and Operations Director, for Subsea 7 (US) LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 3rd day of September, 2020.

DONNA BAYHI
Notary Public, State of Texas
Comm. Expires 06-05-2021
Notary ID 131156960

By: _____
Notary Public in and for the State of Texas

3

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site:  www.subsea7.com

| Remit to: | | INVOICE NO. : 20009567 |
|---|---|---|
| Subsea 7 (US) LLC | | **Invoice Date:** 6/29/2020 |
| 17220 Katy Freeway, Suite 100 | | |
| Houston, TX  77094 | | **Fieldwood Energy** |
| Attention: Erik Layzell | | Attention:  Scanning Department |
| | | 2000 W. Sam Houston Pkwy S., Suite 1200 |
| **Bank Details:** | | Houston, Texas 77042 |
| Citi Bank | | USA |
| New York, NY 10043 | | |
| Account No. ▬ | | |
| ABA No. ▬ | | |
| Swift Code: ▬ | | |
| | | **Project Name** Katmai |
| Federal Tax ID No. ▬ | | **Routing ID#** 580045 |
| | | **AFE #** FW183040 |
| **Term:** Net 30 Days upon invoice receipt by Company | | **Main** 3130 |
| | | **Sub** 52 |
| | | **Vendor Name** Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
|---|---|---|---|---|---|
| 1 | Subsea 7 PM&E Monthly -USD-June20 | 100.00% | Jun-20 | 366,851 | USD |
| **TOTAL KATMAI Project** | | | | **$      366,851** | **USD** |
| | | | | $      366,851 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



EXHIBIT
A

# subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: |
| --- |
| Subsea 7 (US) LLC |
| 17220 Katy Freeway, Suite 100 |
| Houston, TX  77094 |
| Attention: Erik Layzell |
| |
| Bank Details: |
| Citi Bank |
| New York, NY 10043 |
| Account No. ██████ |
| ABA No. ██████ |
| Swift Code: ██████ |
| Federal Tax ID No. ██████ |
| |
| **Term:** Net 30 Days upon invoice receipt by Company |

| INVOICE NO. : 20009568 | |
| --- | --- |
| **Invoice Date:** | 6/29/2020 |
| | |
| **Fieldwood Energy** | |
| Attention:  Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| | |
| **Project Name** | Katmai |
| **Routing ID#** | 580045 |
| **AFE #** | FW183040 |
| **Main** | 3130 |
| **Sub** | 52 |
| **Vendor Name** | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Amount of this Invoice | Curr |
| --- | --- | --- | --- | --- | --- |
| 29 | Final Completion (As-built submittal of Well #1 components) | 100.00% | Jun-20 | 1,443,390 | USD |
| **TOTAL KATMAI Project** | | | | $  1,443,390 | **USD** |
| | | | | | |
| | | | | $  1,443,390 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

**FIELDWOOD ENERGY**

| Transmittal #: | KAT-P&I-FWE-SS7-TRO-0233 | | | | | Date: | 7-Apr-2020 |
| To: | SS7 - Katmal | | | | | From: | FIELDWOOD ENERGY |
| | | | | | | DC eMail: | Shelia.James@Fwelic.com |

Code 1 -- Accepted
Code 2 - Accepted with Comments
Code 3 -- Revise and Reissue with Comments Incorporated
Code 4 - Rejected

| File Name | Contractor Document Number | Contractor Revision | Project Document Number | Document Title | Rev | Rev Date | Revision Description | Document Comments |
|---|---|---|---|---|---|---|---|---|
| Pages from KAT-SS-SS7-OLT-MRB-0026_0.pdf | TC1099-QMI-00025 | 00 | KAT-SS-SS7-OLT-MRB-0026 | SS7- Vessel Based Monitoring and Testing Final Document Package | 00 | 4/2/2020 | Issued for Information | Code 1 Cover Page Only |
| Pages from KAT-SS-SS7-OLT-MRB-0027_0.pdf | TC1099-QMI-00026 | 00 | KAT-SS-SS7-OLT-MRB-0027 | SS7 - KAT - Katmai Umbilical System, Platform Based Monitoring and Testing Final Document Pack | 00 | 4/1/2020 | Issued for Information | Code 1 Cover Page Only |
| Total Number of Files Covered by this Transmittal: | 2 | | | | | | | |

**RECEIVED**

*By Rebecca Phelps at 9:32 pm, Apr 08, 2020*

subsea 7

# DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| **Transmittal No:** | **TC1099-TR-01000** |
| **Action:** | **IFR** |
| **Issued Date:** | **09.05.2020** |
| **Required Date:** | **15.05.2020** |
| **Project Title:** | **Katmai** |

**Subject:**   **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0020 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0020 | TC1099-QMI-00019 | A | Subsea 7 - Final Databook - Volume 3 - Part 1 - LCV-1 - Prelay Scope - Seven Pacific | 14.04.2020 |

**Sent by:**

*Rebecca Phelps*
on behalf of Document Control

**Acknowledgement**

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

subsea 7

# DATA TRANSMITTAL

| To: | From: |
|---|---|
| **Fieldwood Energy LLC** | **Subsea 7 Houston** |
| 2000 W Sam Houston Pkwy S | 17220 Katy Freeway |
| Suite 1200 | Suite 100 |
| Houston 7042 | Houston 77094 |
| USA | USA |
| Attn.: Fieldwood Energy DCC | Phone: +1 713 430 1100 |

| | |
|---|---|
| Transmittal No: | TC1099-TR-01007 |
| Action: | IFR |
| Issued Date: | 13.05.2020 |
| Required Date: | 20.05.2020 |
| Project Title: | Katmai |

Subject:     **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0024 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0024 | TC1099-QMI-00023 | A | Subsea 7 - Final Databook - Volume 3 - Part 5 - LCV-3b Precomm Support - Paul Candies | 17.04.2020 |

Sent by:

*Rebecca Phelps*
on behalf of Document Control

Acknowledgement

Signature:............................... Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**

subsea 7

# DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

| | |
|---|---|
| Transmittal No: | **TC1099-TR-01011** |
| Action: | **IFR** |
| Issued Date: | **15.05.2020** |
| Required Date: | **22.05.2020** |
| Project Title: | **Katmai** |

Subject:  **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-QLT-MRB-0023 - Rev.A - Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0023 | TC1099-QMI-00022 | A | Subsea 7 - Final Databook - Volume 3 - Part 4 - Umbilical and K1 Construction Scope - Seven Pacific | 30.04.2020 |

**Sent by:**

*Rebecca Phelps*
..............................................
**on behalf of Document Control**

**Acknowledgement**

Signature:.............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



# DATA TRANSMITTAL

**To:**

**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**

**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

**Transmittal No:**   **TC1099-TR-01014**
**Action:**             **IFR**
**Issued Date:**      **19.05.2020**
**Required Date:**   **26.05.2020**
**Project Title:**     **Katmai**

**Subject:**           **TC1099 - ISSUED FOR REVIEW - KAT-SS-SS7-SUR-RPT-0001 - Rev.A - Survey Final As-Built Report**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-SUR-RPT-0001 | TC1099-SRV-00007 | A | Survey Final As-Built Report | 16.05.2020 |

**Sent by:**

*Rebecca Phelps*
...........................................
on behalf of Document Control

**Acknowledgement**

Signature:............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



# DATA TRANSMITTAL

**To:**
**Fieldwood Energy LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston 7042
USA
Attn.: Fieldwood Energy DCC

**From:**
**Subsea 7 Houston**
17220 Katy Freeway
Suite 100
Houston 77094
USA
Phone: +1 713 430 1100

Transmittal No: **TC1099-TR-01017**
Action: **IFU**
Issued Date: **22.05.2020**
Required Date: **05.06.2020**
Project Title: **Katmai**

Subject: **TC1099 - ISSUED FOR USE - KAT-SS-SS7-QLT-MRB-0022 - Rev.0 - Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans**

| Document No | S7 Doc No | Rev. | Title | Rev. Date |
|---|---|---|---|---|
| KAT-SS-SS7-QLT-MRB-0022 | TC1099-QMI-00021 | 0 | Subsea 7 - Final Databook - Volume 3 - Part 3 - Pipelay Scope - Seven Oceans | 14.05.2020 |

**Sent by:**

*Rebecca Phelps*
....................................................
**on behalf of Document Control**

**Acknowledgement**

Signature:.............................. Date:...............

Please confirm receipt of this transmittal by email to: DCC.Katmai@subsea7.com

**It is the holder's responsibility to replace and supersede the previous revision with the above issued content.**



subsea 7

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| Remit to: | | | INVOICE NO. : 20009569 | |
| --- | --- | --- | --- | --- |
| Subsea 7 (US) LLC | | | | |
| 17220 Katy Freeway, Suite 100 | | | Invoice Date: | 6/29/2020 |
| Houston, TX 77094 | | | | |
| Attention: Erik Layzell | | | | |
| | | | Fieldwood Energy | |
| Bank Details: | | | Attention: Scanning Department | |
| Citi Bank | | | 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| New York, NY 10043 | | | Houston, Texas 77042 | |
| Account No. ▉ | | | USA | |
| ABA No. ▉ | | | | |
| Swift Code: | | | | |
| Federal Tax ID No. ▉ | | | Project Name | Katmai |
| | | | Routing ID# | 580045 |
| Term: Net 60 days | | | AFE # | FW183040 |
| | | | Main | 3130 |
| | | | Sub | 52 |
| | | | Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
| --- | --- | --- | --- | --- | --- | --- |
| | COR 043 - K1 Tree installation | 100.00% | Jun-20 | | $162,907.00 | USD |
| | COR044 - Internet Bandwidth Increase | 100.00% | Jun-20 | | $26,024.50 | USD |
| | COR045 - Seven Pegasus Extra Work | 100.00% | Jun-20 | | $1,443,050.00 | USD |
| | COR046 - Post Hook-up Testing. | 100.00% | Jun-20 | | $14,283.00 | USD |
| | COR049 - Rev1 - PIP Pig Tracking - Procurement | 100.00% | Jun-20 | | $169,123.00 | USD |
| | COR062 - Additional cost incurred relating to the fabrication of the sleepers, j-lube and clamp. | 100.00% | Jun-20 | | $170,266.15 | USD |
| | COR 055 - Provide topsides flanges and spools | 100.00% | Jun-20 | | $236,858.10 | USD |
| **TOTAL KATMAI Project** | | | | $      - | $      2,242,512 | **USD** |
| | | | | Total Invoice Amount: | $      2,242,512 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.



**subsea 7**

Subsea 7 (US) LLC
17220 Katy Freeway
Suite 100
Houston, Texas 77094
Tel: 713-430-1100
Web Site: www.subsea7.com

| | |
|---|---|
| **Remit to:** | |
| Subsea 7 (US) LLC | |
| 17220 Katy Freeway, Suite 100 | |
| Houston, TX  77094 | |
| Attention: Erik Layzell | |
| **Bank Details:** | |
| Citi Bank | |
| New York, NY 10043 | |
| Account No. ▓▓▓ | |
| ABA No. ▓▓ | |
| Swift Code: ▓ | |
| Federal Tax ID No. ▓▓▓ | |
| **Term:** Net 60 days | |

| INVOICE NO.: 20009606 | |
|---|---|
| Invoice Date: | 7/28/2020 |
| **Fieldwood Energy** | |
| Attention:  Scanning Department | |
| 2000 W. Sam Houston Pkwy S., Suite 1200 | |
| Houston, Texas 77042 | |
| USA | |
| **Project Name** | Katmai |
| Routing ID# | 580045 |
| AFE # | FW183040 |
| Main | 3130 |
| Sub | 52 |
| Vendor Name | Subsea 7 (US) LLC |

| MCC # | MCC Description | MCC % | Invoice Period | Payment terms | Amount of this Invoice | Curr |
|---|---|---|---|---|---|---|
| | COR 053 - PLET/ILS Remediation | 100.00% | Jul-20 | | $3,339,898.00 | USD |
| | COR054 - Jacket Attenuation Calculation | 100.00% | Jul-20 | | $18,208.00 | USD |
| | COR061 - flowline topside leak test operations | 100.00% | Jul-20 | | $142,226.00 | USD |
| **TOTAL KATMAI Project** | | | | $        - | $    3,500,332 | USD |
| | | | | Total Invoice Amount: $ | 3,500,332 | USD |

Attachment: Contract Signature page & proof of delivery

*If you have any questions concerning this invoice, please contact: Jerome Coussot +1 (713) 300-6573 or Stefano Serrani +1 (713) 300-6842*

Subsea 7 (US) LLC, a corporation organized and existing under the law of Delaware and having a place of business at 17220 Katy Freeway, Suite 100 Houston TX 77094, USA.

| Invoice # | Project | Amount Outstanding | General Description of the nature of work performed | Dates Work Performed | Location of Work Performed |
|---|---|---|---|---|---|
| 20009567 | Katmai | 366,851.00 | Milestone invoice for monthly PM&E for May '20 | 5/31/2020 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009568 | Katmai | 1,443,390.00 | Milestone invoice for the submittal of the As-Built Dossier for the offshore installation works relating to the Katmai K1 well | Well Jumper BSEE Chart submitted on 4/2/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009569 | Katmai | 2,242,512.00 | Invoice for COR 043 (K1 Tree Installation), COR 044 (Internet Bandwidth Increase), COR 045 (Seven Pegasus Extra Work), COR 046 (Post Hook-up Testing), COR 049 (Rev 1 – PIP Pig Tracking – Procurement), COR 062 (Additional cost incurred relating to the fabrication of the sleepers, j-tube and clamp), and COR 055 (Provide topsides flanges and spools) | **Tree Installation:** Install complete on 1/26/20<br>**Internet Bandwidth Increase:** Used on every vessel campaign. Last vessel campaign demob complete on 3/26/20<br>**Seven Pegasus Extra Work:** Demob complete on 12/29/19<br>**Post Hook-up Testing:** Work complete on 1/27/20<br>PIP Pig Tracking Procurement: Work complete on 2/19/20<br>**COR-062:** Fab work complete 9/30/19<br>COR-055: Delivered to S7 in Dec 2020. | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |
| 20009606 | Katmai | 3,500,332.00 | Invoice for CORs 053 (PLET/ILS Remediation (Grouting)), COR 054 (Jacket Attenuation Calculation), and COR 061 (Flowline Topside Leak Test Operations) | COR-053: Demob complete on 3/15/20<br>COR-054: Document issued for use on 5/7/19<br>COR-061: Work complete on 3/21/20 | GOM Blocks Green Canyon 40, Green Canyon 39, South Timbalier 308 |