IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 6 & 49 |

**NOTICE OF FILING REVISED PROPOSED FINAL ORDER
(I) AUTHORIZING DEBTORS TO (A) CONTINUE THEIR EXISTING CASH
MANAGEMENT SYSTEM, (B) MAINTAIN EXISTING BUSINESS FORMS, (C)
CONTINUE INTERCOMPANY ARRANGEMENTS, AND (D) CONTINUE UTILIZING
CORPORATE CREDIT CARDS; AND (II) GRANTING RELATED RELIEF**

1.  **PLEASE TAKE NOTICE THAT**, on August 4, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 6) (the "**Motion**"), with a proposed form of final order granting the relief requested in the Motion attached thereto as Exhibit B (the "**Initial Proposed Final Order**").

2.  **PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a revised proposed *Final Order (I) Authorizing Debtors to (A) Continue their Existing Cash*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief*, attached hereto as **Exhibit A** (the "**Revised Proposed Final Order**").

3. **PLEASE TAKE FURTHER NOTICE THAT**, a blackline of the Revised Proposed Final Order marked against the Initial Proposed Final Order is attached hereto as **Exhibit B** (the "**Blackline**").

4. **PLEASE TAKE FURTHER NOTICE THAT**, on September 9, 2020, the official committee of unsecured creditors filed the *Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to (a) Continue their Existing Cash Management System, (b) Maintain Existing Business Forms, (c) Continue Intercompany Arrangements, and (d) Continue Utilizing Corporate Credit Cards; and (ii) Granting Related Relief* (Docket No. 311) (the "**Committee Objection**"). The Revised Proposed Final Order resolves some, but not all, of the objections raised in the Committee Objection.

5. **PLEASE TAKE FURTHER NOTICE THAT**, except for the Committee Objection, the undersigned counsel is unaware of any other objection to the Motion.

6. **PLEASE TAKE FURTHER NOTICE THAT**, the Debtors intend to request entry of the Revised Proposed Final Order at the hearing on the Motion, which is currently scheduled for **September 14, 2020 at 1:30 P.M. (prevailing Central Time)**. The Debtors reserve all rights to alter, amend, update, or modify the Revised Proposed Final Order at or prior to the hearing on the Motion.

Dated: September 12, 2020
      Houston, Texas

                Respectfully submitted,

                */s/ Alfredo R. Pérez*
                WEIL, GOTSHAL & MANGES LLP
                Alfredo R. Pérez (15776275)
                Clifford W. Carlson (24090024)
                700 Louisiana Street, Suite 1700
                Houston, Texas 77002
                Telephone: (713) 546-5000
                Facsimile: (713) 224-9511
                Email: Alfredo.Perez@weil.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Matthew S. Barr (admitted *pro hac vice*)
                Jessica Liou (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007
                Email: Matt.Barr@weil.com
                           Jessica.Liou@weil.com

                *Attorneys for Debtors*
                *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 12, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       */s/ Alfredo R. Pérez*
                                                       Alfredo R. Pérez