IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |
| | § | Re: Docket Nos. 7, 196, 197, 212, 284, 306 & 308 |

**NOTICE OF FILING REVISED PROPOSED FINAL ORDER
(I) AUTHORIZING DEBTORS TO PAY (A) PREPETITION INTEREST OWNER
OBLIGATIONS, JOINT INTEREST BILLINGS, AND E&P OPERATING EXPENSES
AND (B) 503(B)(9) CLAIMS; AND (II) GRANTING RELATED RELIEF**

1.     **PLEASE TAKE NOTICE THAT**, on August 4, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims, and (II) Granting Related Relief* (Docket No. 7) (the "**Motion**"), with a proposed form of final order granting the relief requested in the Motion attached thereto as Exhibit B (the "**Initial Proposed Final Order**").

2.     **PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a revised proposed *Final Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief*, attached hereto as **Exhibit A** (the "**Revised Proposed Final Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

3. **PLEASE TAKE FURTHER NOTICE THAT**, a blackline of the Revised Proposed Final Order marked against the Initial Proposed Final Order is attached hereto as **Exhibit B** (the "**Blackline**").

4. **PLEASE TAKE FURTHER NOTICE THAT**, multiple parties filed responses or objections to the Motion (Docket Nos. 196, 197, 212, 284, 306, 308) (collectively, the "**Objections**"). The Proposed Final Order does not resolve all of the Objections.

5. **PLEASE TAKE FURTHER NOTICE THAT**, the Debtors intend to request entry of the Revised Proposed Final Order at the hearing on the Motion, which is currently scheduled for **September 14, 2020 at 1:30 P.M. (prevailing Central Time)**. The Debtors reserve all rights to alter, amend, update, or modify the Revised Proposed Final Order at or prior to the hearing on the Motion.

*[Remainder of the Page Intentionally Left Blank]*

Dated:  September 14, 2020
       Houston, Texas

                      Respectfully submitted,

                      */s/ Alfredo R. Pérez*
                      WEIL, GOTSHAL & MANGES LLP
                      Alfredo R. Pérez (15776275)
                      Clifford W. Carlson (24090024)
                      700 Louisiana Street, Suite 1700
                      Houston, Texas 77002
                      Telephone:  (713) 546-5000
                      Facsimile:  (713) 224-9511
                      Email:   Alfredo.Perez@weil.com

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Matthew S. Barr (admitted *pro hac vice*)
                      Jessica Liou (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:  (212) 310-8007
                      Email:   Matt.Barr@weil.com
                               Jessica.Liou@weil.com

                      *Proposed Attorneys for Debtors*
                      *and Debtors in Possession*

## Certificate of Service

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Alfredo R. Pérez*
                                                      Alfredo R. Pérez