IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
|  | § |  |
| **Debtors.**[1] | § | **(Jointly Administered)** |
|  | § | Re: Docket Nos. 6 & 49 |

**NOTICE OF FILING REVISED PROPOSED FINAL ORDER
(I) AUTHORIZING DEBTORS TO (A) CONTINUE THEIR EXISTING CASH
MANAGEMENT SYSTEM, (B) MAINTAIN EXISTING BUSINESS FORMS, (C)
CONTINUE INTERCOMPANY ARRANGEMENTS, AND (D) CONTINUE UTILIZING
CORPORATE CREDIT CARDS; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on August 4, 2020, Fieldwood Energy LLC

and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in

possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Interim and*

*Final Orders (I) Authorizing Debtors to (A) Continue their Existing Cash Management System,*

*(B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D)*

*Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 6) (the

"**Motion**"), with a proposed form of final order granting the relief requested in the Motion attached

thereto as Exhibit B (the "**Initial Proposed Final Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 12, 2020, the

Debtors filed a revised proposed *Final Order (I) Authorizing Debtors to (A) Continue their*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood
Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD
Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107);
Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston
Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000
W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

*Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 330) (the "**First Revised Proposed Final Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a further revised proposed *Final Order (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief*, attached hereto as **Exhibit A** (the "**Second Revised Proposed Final Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, a blackline of the Second Revised Proposed Final Order marked against the First Revised Proposed Final Order is attached hereto as **Exhibit B** (the "**Blackline**").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 9, 2020, the official committee of unsecured creditors filed the *Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Emergency Motion for Interim and Final Orders (i) Authorizing the Debtors to (a) Continue their Existing Cash Management System, (b) Maintain Existing Business Forms, (c) Continue Intercompany Arrangements, and (d) Continue Utilizing Corporate Credit Cards; and (ii) Granting Related Relief* (Docket No. 311) (the "**Committee Objection**").  The Second Revised Proposed Final Order resolves the objections raised in the Committee Objection.

**PLEASE TAKE FURTHER NOTICE THAT**, except for the Committee Objection, the undersigned counsel is unaware of any other objection to the Motion.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors intend to request entry of the Second Revised Proposed Final Order at the hearing on the Motion, which is currently

2

scheduled for **September 14, 2020 at 1:30 P.M. (prevailing Central Time)**.  The Debtors reserve

all rights to alter, amend, update, or modify the Second Revised Proposed Final Order at or prior

to the hearing on the Motion.

Dated:  September 14, 2020
       Houston, Texas

          Respectfully submitted,


           _/s/ Alfredo R. Pérez_
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          Clifford W. Carlson (24090024)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:  (713) 224-9511
          Email:   Alfredo.Perez@weil.com


          -and-

          WEIL, GOTSHAL & MANGES LLP
          Matthew S. Barr (admitted *pro hac vice*)
          Jessica Liou (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Email:   Matt.Barr@weil.com
                  Jessica.Liou@weil.com


          *Attorneys for Debtors*
          *and Debtors in Possession*

## __Certificate of Service__

I hereby certify that on September 14, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

_/s/ Alfredo R. Pérez_

Alfredo R. Pérez
