# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, September 14, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| James | Bailey | Bedrock Petroleum Consultants, LLC | Creditor |
| Brandon | Bains | Langley LLP | Travelers Ins.; Liberty Mutual Ins.; Hanover Ins.; and XL Ins. |
| Reese | Baker | Baker & Associates | Regis Southern |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Andrew | Braun | Gieger Laborde & Laperouse, LLC | JX Nippon Oil Exploration (U.S.A.) Limited |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Insurance Company |
| Jeff | Carruth | WKPZ | Halliburton Energy Services, Inc. |
| Carl | Duhon | Duhon Law Firm | Louisiana Safety Systems, Inc. |
| Philip | Eisenberg | Locke lord LlP | W&T Offshore, USSIC |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs Bank USA, as first lien first out agent |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company and Everest Reinsurance Company |
| Kristopher | Hansen | Stroock & Stroock & Lavan LLP | Official Creditors' Committee |
| Kristpopher | Hansen | Stroock & Stroock & Lavan LLP | The Official Committee of Unsecured Creditors |
| Bradley | Knapp | Locke Lord LLP | McMoRan Oil & Gas, LLC |
| Kathleen | LaManna | Shipman and Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Kevin | Maraist | Anderson, Lehrman, Barre & Maraist, LLP | Archrock Services LP |
| Sylvia | Mayer | S. Mayer Law | Louisiana Safety Systems, Inc. |
| Maura | McIntyre | Squire Patton Boggs (US) LLP | Ecopetrol America LLC |
| Zachary | McKay | Dore Rothberg McKay, PC | TETRA Applied Technologies |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan LLP | The Official Committee of Unsecured Creditors |
| Leann | Moses | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC | C-Dive, LLC |
| Donna | Parkinson | Parkinson Phinney | R360 Environmental Solutions, LLC creditor |
| Alfredo | Perez | Weil | Debtors |
| Lisa | Powell | FisherBroyles, LLP | Oil States Energy Services, LLC |
| Aaron | Power | Porter Hedges | Subsea 7 |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company and Everest Reinsurance Company |
| William | Robbins | Stewart Robbins Brown & Altazan | Partco, LLC |
| Brian | Roy | Harris Beach PLLC | Lexon Insurance Company |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Victoria | Theriot | None | General Counsel for Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| Natasha | Tsiouris | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson & Elkins  LLP | Goldman Sachs Bank USA, as administrative agent |
| Benjamin | Wallen | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Michael | Warner | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Megan | Young-John | Porter Hedges, LLP | Kilgore Marine |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, September 14, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company and Everest Reinsurance Company |