IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-33948 |
| | § | |
| **FIELDWOOD ENERGY, LLC** | § | |
| | § | **CHAPTER 11** |
| DEBTOR | § | |
| | § | **(JOINTLY ADMINISTERED)** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance on behalf of Multiklient Invest As. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**Michael P. Ridulfo**
Bar No. 16902020
SDTX No.: 27086
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
mridulfo@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated:  September 15, 2020

                                      Respectfully submitted,

                                      KANE RUSSELL COLEMAN LOGAN PC

                              By:  */s/ Michael P. Ridulfo*
                                      Michael P. Ridulfo
                                      State Bar No. 16902020
                                      SDTX No.: 27086
                                      5051 Westheimer Rd., 10th Floor
                                      Houston, Texas 77056
                                      Ph: (713) 425-7400
                                      Fax: (713) 425-7700
                                      mridulfo@krcl.com

                                      Attorney for Multiklient Invest As

### **CERTIFICATE OF SERVICE**

      This is to certify that on September 15, 2020 a true and correct copy of the foregoing Notice of Appearance was served via the Court's CM/ECF notification system.

                                        */s/ Michael P. Ridulfo*
                                        Michael P. Ridulfo