IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.¹ | § § § | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO APPLICATION OF DEBTORS FOR
AUTHORITY TO RETAIN AND EMPLOY WEIL, GOTSHAL & MANGES LLP
AS ATTORNEYS FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

1. On August 24, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date* (ECF No. 246) (the "**Application**"). Objections to the Application were required to be filed and served by September 14, 2020 (the "**Objection Deadline**").

2. Prior to the Objection Deadline, the Debtors received comments to the Application from the United States Trustee (the "**U.S. Trustee**"). The U.S. Trustee's comments have been resolved by incorporating language in the amended proposed order attached hereto as **Exhibit A** (the "**Amended Proposed Order**"). A redline of the Amended Proposed Order against the version filed with the Application is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. In accordance with paragraph 40 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, the Debtors respectfully request entry of the Amended Proposed Order.

[*Remainder of page intentionally left blank.*]

Dated: September 15, 2020
       Houston, Texas

    Respectfully submitted,

    /s/ Alfredo R. Pérez
    WEIL, GOTSHAL & MANGES LLP
    Alfredo R. Pérez (15776275)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email: Alfredo.Perez@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Jessica Liou (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: Matt.Barr@weil.com
           Jessica.Liou@weil.com

    *Proposed Attorneys for Debtors*
    *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 15, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                    */s/ Alfredo R. Pérez*
                                                                                                    Alfredo R. Pérez