UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>FIELDWOOD ENERGY, LLC<br>    DEBTOR<br><br>DEEPSEA QUALITY CONSULTING, INC.<br>    MOVANT<br><br>VS.<br><br>FIELDWOOD ENERGY, LLC<br>    RESPONDENT | §§§§§§§§§§§§§§§<br><br>NO. 20-33948 (MI)<br>CHAPTER 11 |

## NOTICE OF LIEN PERFECTION

LIENHOLDER:    DeepSea Quality Consulting, Inc.

DEBTOR:    Fieldwood Energy, LLC

COLLATERAL:    (1)    Katmai Rig and the lease in Green Canyon, Blocks 39 and 40, in the Gulf of Mexico

(2)    The Genovesa Rig and the lease in Mississippi Canyon, Block 519, in the Gulf of Mexico

(3)    Orlov Rig and the lease in Green Canyon Block 200, in the Gulf of Mexico

LIENS PERFECTED: Attached and incorporated by reference are true and correct copies of the mineral liens served on all parties and recorded in the Property Records of the appropriate Parish, Louisiana.

Please consider this notice under the Bankruptcy Code including Section 546(b) of the lien by DeepSea Quality Consulting, Inc. on the Rigs and wells described above and all rent, lease payments, receivables and proceeds therefrom. This notice is filed within the time fixed by law therefor.

SIGNED on  9-15- , 2020.

DEEPSEA QUALITY CONSULTING, INC.

BY: *Godfried Debeyserts a* (signature)

SUBMITTED BY: *(signature)*

Ben L. Aderholt
COATS ROSE, P.C.
9 Greenway Plaza, Suite 1000
Houston, Texas 77046
713.651.0111 – Telephone
713.651.0220 – Facsimile
Email: baderholt@coatsrose.com

*Attorney for DeepSea Quality Consulting, Inc.*