# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
FULL CIRCLE COURIER SERVICES LLC
1200 HIGHLAND AVE
METAIRIE, LA 70001

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

| | |
|---|---|
| **Index Type :** MORTGAGES | **File # :** 1609860 |
| **Type of Document :** LIEN | |
| | **Book :** 3178   **Page :** 267 |
| **Recording Pages :** 6 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 09/04/2020

At (Recorded Time) :  9:41:12AM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at  9:41:12
Recorded In Book  3178   Page   267
File Number     1609860

*Lisa B. Pugh*
Deputy Clerk

Doc ID - 015107970006

**Return To :**   FULL CIRCLE COURIER SERVICES LLC
1200 HIGHLAND AVE
METAIRIE, LA 70001

## SWORN STATEMENT OF PRIVILEGE

**STATE OF LOUISIANA**
**PARISH OF TERREBONNE**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address of Claimant** | DeepSea Quality Consulting, Inc.<br>13111 Rummel Creek<br>Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Orlov in the principal amount of $3,572.00, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Name of the Operator of the Well** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC, in connection with the oil rig Orlov |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Orlov, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $3,572.00 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this ___ day of SEPTEMBER, 2020.



PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229862-9

_____
NOTARY PUBLIC

Exhibit "A"

Invoice(s)



# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2020 | ORLOV16 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 9 | 157.25 | 1,415.25 |
| Professional services Kory Bergeron April 2020 | 8 | 68.00 | 544.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |

**ORLOV**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $1,999.50 |
|-----------|-----------|



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2020 | ORLOV17 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| | P.O. No. |
|---|---|
| | 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 3 | 157.25 | 471.75 |
| Professional services Jason Bolieu senior quality consulting services, material, and welding June 2020 | 3 | 157.25 | 471.75 |

**ORLOV**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**   $943.50



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2020 | ORLOV18 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 4 | 157.25 | 629.00 |

**ORLOV**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $629.00 |
|-----------|---------|

# Lafourche Parish Recording Page

Annette M. Fontana
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA  70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

Index Type :   MORTGAGE

Type of Document : STATEMENT CLAIM

Recording Pages :          6

Inst Number : 1301857

Book :  2070        Page :  353

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) :  8:52:32AM

Certified On : 09/04/2020

Doc ID - 033565530006

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at 8:52:32
Recorded in Book  2070  Page  353
File Number     1301857

Deputy Clerk

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

Index Type :    MORTGAGE

Type of Document : STATEMENT CLAIM

Recording Pages :            6

Inst Number : 1301857

Book : 2070        Page : 353

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) :  8:52:32AM

Deputy Clerk

Doc ID - 033565530006

Do not Detach this Recording Page from Original Document

## SWORN STATEMENT OF PRIVILEGE

**STATE OF LOUISIANA**
**PARISH OF LAFOURCHE**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address Claimant** | of DeepSea Quality Consulting, Inc.<br>13111 Rummel Creek<br>Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Orlov in the principal amount of $3,572.00, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Name of the Operator of the Well** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC, in connection with the oil rig Orlov |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Orlov, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $3,572.00 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By:

Name:   Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this ___1___ day of SEPTEMBER 2020.



PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229652-9

NOTARY PUBLIC

Exhibit "A"

Invoice(s)



# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

## 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2020 | ORLOV16 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 9 | 157.25 | 1,415.25 |
| Professional services Kory Bergeron April 2020 | 8 | 68.00 | 544.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |

**ORLOV**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $1,999.50 |
|-----------|-----------|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2020 | ORLOV17 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 3 | 157.25 | 471.75 |
| Professional services Jason Bolieu senior quality consulting services, material, and welding June 2020 | 3 | 157.25 | 471.75 |

**ORLOV**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**   $943.50



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020     Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2020 | ORLOV18 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| | P.O. No. |
|---|----------|
| | 6182 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 4 | 157.25 | 629.00 |
| **ORLOV** | | | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $629.00 |
|-----------|---------|

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
COAT ROSE PC
365 CANAL ST STE 800
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
DEEPSEA QUALITY CONSULTING INC

**Index Type :** MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :** 7

**File # :** 2020-00003628

**Book :** 776   **Page :** 65

## Recorded Information

hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

This instrument was eRecorded.

On (Recorded Date) : 09/03/2020

At (Recorded Time) : 3:14:01PM

Clerk of Court

**Return To :**   COAT ROSE PC
365 CANAL ST STE 800
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

## SWORN STATEMENT OF PRIVILEGE

**STATE OF LOUISIANA**
**PARISH OF PLAQUEMINES**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address Claimant** | of DeepSea Quality Consulting, Inc. 13111 Rummel Creek Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Genovesa in the principal amount of $36,707.47, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC 2000 W. Sam Houston Parkway Suite 1200 Houston, Texas 77042 |
| **Name of the Operator of the Well** | Fieldwood Energy LLC 2000 W. Sam Houston Parkway Suite 1200 Houston, Texas 77042 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC, in connection with the oil rig Genovesa |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Genovesa, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $36,707.47 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this 1 day of SEPTEMBER, 2020.

PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229852-9

_____
NOTARY PUBLIC

Exhibit "A"

Invoice(s)



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2020 | GENOV15 |

| **Bill To** |
|-------------|
| Fieldwood Energy LLC |
| 2000 West Sam Houston Parkway South |
| Suite 1200 |
| Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| | P.O. No. |
|--|----------|
| | 6146 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| James Symington April 2020 | 10 | 1,425.00 | 14,250.00 |
| Mileage 2020 PER IRS | 820 | 0.575 | 471.50 |
| Hotel | 1 | 204.92 | 204.92 |

**GENOVESA**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $14,926.42 |
|-----------|------------|



# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

## 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2020 | GENOV16 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| | P.O. No. |
|---|---|
| | 6146 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 2 | 157.25 | 314.50 |
| Professional Services Mike Ovelasy senior inspector April 2020 | 3 | 68.00 | 204.00 |
| Mileage 2020 PER IRS | 60 | 0.575 | 34.50 |
| Professional services Kory Bergeron senior inspector April 2020 | 70 | 68.00 | 4,760.00 |
| Mileage 2020 PER IRS | 630 | 0.575 | 362.25 |

GENOVESA

| Phone # | Fax # | E-mail | | Total | $5,675.25 |
|---------|-------|--------|---|-------|-----------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com | | | |



## DEEPSEA QUALITY

**Deepsea Quality**
Consulting Inc.

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2020 | GENOV17 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 14786 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Alton Clark April 2020 | 11 | 1,045.00 | 11,495.00 |
| Mileage 2020 PER IRS | 310 | 0.575 | 178.25 |
| | | | |
| | | | |
| GENOVESA | | | |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | **$11,673.25** |
|-----------|----------------|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020  Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2020 | GENOV18 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| | P.O. No. |
|--|----------|
| | 9505 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services James Symington | 3 | 1,425.00 | 4,275.00 |
| OFFSHORE DAYS | | | |
| Mileage 2020 PER IRS | 274 | 0.575 | 157.55 |

GENOVESA

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|--|--|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com | **Total** | $4,432.55 |

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

Index Type : MORTGAGE                                    Inst Number : 1301858

Type of Document : STATEMENT CLAIM

                                                         Book : 2070        Page : 359
Recording Pages :            8

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020                    CLERK OF COURT
                                                   ANNETTE M. FONTANA
At (Recorded Time) : 8:53:48AM                     Parish of Lafourche
                                         I certify that this is a true copy of the attached
Certified On : 09/04/2020                  document that was filed for registry and
                                             Recorded 09/04/2020 at 8:53:48
                                            Recorded in Book 2070  Page  359
                                                File Number     1301858

Doc ID - 033565540008                              Deputy Clerk

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

Index Type :   MORTGAGE

Type of Document : STATEMENT CLAIM

Recording Pages :        8

Inst Number : 1301858

Book : 2070      Page : 359

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) :  8:53:48AM



Deputy Clerk

Doc ID - 033565540008

Do not Detach this Recording Page from Original Document

## SWORN STATEMENT OF PRIVILEGE

STATE OF LOUISIANA
PARISH OF LAFOURCHE

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address Claimant** | of DeepSea Quality Consulting, Inc.<br>13111 Rummel Creek<br>Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Katmai in the principal amount of $60,553.09, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Name of the Operator of the Well** | Ridgewood Energy<br>1254 Enclave Parkway<br>Houston, Texas 77077 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC and/or Ridgewood Energy, in connection with the oil rig Katmai |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Katmai, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $60,553.09 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this 1 day of SEPTEMBER 2020.

PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229852-9

_____
NOTARY PUBLIC

Exhibit "A"

Exhibit "A"

Invoice(s)



**DEEPSEA QUALITY**
DeepSea Quality
Consulting Inc.

13111 Rummel Creek
Houston, TX 77079

# 2020   Invoice

| Date | Invoice # |
|---|---|
| 5/11/2020 | KATMAI32 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|---|
| 14545 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 7 | 157.25 | 1,100.75 |
| Professional services Kory Bergeron April 2020 | 6 | 68.00 | 408.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |
| Professional services Kenneth Thibodaux  April 2020 | 131 | 68.00 | 8,908.00 |
| Mileage 2020 PER IRS | 1,275 | 0.575 | 733.13 |
| Professional Services Mike Oveissy April 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 180 | 0.575 | 103.50 |
| Professional services Daniel Augusto April 2020 | 72 | 63.75 | 4,590.00 |
| Professional services James Symington April 2020 | 1 | 1,425.00 | 1,425.00 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---|---|---|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $18,804.63 |
|---|---|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020  Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2020 | KATMAI33 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 18 | 157.25 | 2,830.50 |
| Professional services Daniel Augusto May 2020 | 42 | 63.75 | 2,677.50 |
| Professional services James Symington Lead May 2020 | 35 | 71.76 | 2,511.60 |
| Mileage 2020 PER IRS | 408 | 0.575 | 234.60 |
| Professional Services Mike Oveissy May 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 90 | 0.575 | 51.75 |
| Professional services Kenneth Thibodaux May 2020 | 73 | 68.00 | 4,964.00 |
| Mileage 2020 PER IRS | 825 | 0.575 | 474.38 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**  $15,240.33



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI34 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding JUNE 2020 | 16 | 157.25 | 2,516.00 |
| Professional services Daniel Augusto JUNE 2020 | 28 | 63.75 | 1,785.00 |
| Professional services Kenneth Thibodaux JUNE 2020 | 48 | 68.00 | 3,264.00 |
| Mileage 2020 PER IRS | 540 | 0.575 | 310.50 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total** $7,875.50



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020  Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI35 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| | P.O. No. |
|---|---|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services James Symington OFFSHORE JUNE 2020 | 12 | 1,425.00 | 17,100.00 |
| Mileage 2020 PER IRS | 894 | 0.575 | 514.05 |
| Hotel | 1 | 105.70 | 105.70 |

**KATMAI OFFSHORE**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $17,719.75 |
|-----------|------------|



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|---|---|
| 8/10/2020 | KATMAI36 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|---|
| 14545 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 13 | 157.25 | 2,044.25 |
| Professional services Daniel Augusto July 2020 | 38 | 63.75 | 2,422.50 |
| Professional services Kenneth Thibodaux July 2020 | 47 | 68.00 | 3,196.00 |
| Mileage 2020 PER IRS | 435 | 0.575 | 250.13 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---|---|---|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | **$7,912.88** |
|---|---|

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
COAT ROSE PC
365 CANAL ST STE 800
NEW ORLEANS, LA  70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

—

**Index Type :**   MORTGAGE                                   **File # :** 2020-00003627

**Type of Document :** MATERIALMANS LIEN

                                                             **Book :**  776         **Page :**   57

  **Recording Pages :**              8

## Recorded Information

 hereby certify that the attached document was filed for registry and recorded in the Clerk of Court' s office for
Plaquemines Parish, Louisiana.

  This instrument was eRecorded.                    CLERK OF COURT
                                                    KIM TURLICH-VAUGHAN
  On (Recorded Date) : 09/03/2020                   Parish of Plaquemines
                                               I certify that this is a true copy of the attached
  At (Recorded Time) :  3:12:57PM               document that was filed for registry and
                                                    Recorded 09/03/2020 at  3:12:57
                                                    Recorded in Book  776  Page   57
                                                    File Number 2020-00003627

                                                    Kim Turlich-Vaughan
                                                    Clerk of Court



**Return To :**    COAT ROSE PC
                   365 CANAL ST STE 800
                   NEW ORLEANS, LA  70130

Do not Detach this Recording Page from Original Document

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
COAT ROSE PC
365 CANAL ST STE 800
NEW ORLEANS, LA 70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DEEPSEA QUALITY CONSULTING INC

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**File # :** 2020-00003627

**Book :** 776     **Page :** 57

**Recording Pages :**          8

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

This instrument was eRecorded.

On (Recorded Date) : 09/03/2020

At (Recorded Time) : 3:12:57PM

_Kim Turlich-Vaughan_
Clerk of Court

**Return To :**   COAT ROSE PC
365 CANAL ST STE 800
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

<u>**SWORN STATEMENT OF PRIVILEGE**</u>

**STATE OF LOUISIANA**
**PARISH OF PLAQUEMINES**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address Claimant** | of DeepSea Quality Consulting, Inc.<br>13111 Rummel Creek<br>Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Katmai in the principal amount of $60,553.09, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Name of the Operator of the Well** | Ridgewood Energy<br>1254 Enclave Parkway<br>Houston, Texas 77077 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC and/or Ridgewood Energy, in connection with the oil rig Katmai |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Katmai, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $60,553.09 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this 1 day of SEPTEMBER, 2020.

PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229852-9

_____
NOTARY PUBLIC

Exhibit "A"

Exhibit "A"

Invoice(s)



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

**2020**  **Invoice**

| Date | Invoice # |
|------|-----------|
| 5/11/2020 | KATMAI32 |

| Bill To |
|---------|
| Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 7 | 157.25 | 1,100.75 |
| Professional services Kory Bergeron April 2020 | 6 | 68.00 | 408.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |
| Professional services Kenneth Thibodaux  April 2020 | 131 | 68.00 | 8,908.00 |
| Mileage 2020 PER IRS | 1,275 | 0.575 | 733.13 |
| Professional Services Mike Oveissy April 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 180 | 0.575 | 103.50 |
| Professional services Daniel Augusto April 2020 | 72 | 63.75 | 4,590.00 |
| Professional services James Symington April 2020 | 1 | 1,425.00 | 1,425.00 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**  $18,804.63



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

**2020**  **Invoice**

| Date | Invoice # |
|---|---|
| 6/11/2020 | KATMAI33 |

| Bill To |
|---|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|---|
| 14545 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 18 | 157.25 | 2,830.50 |
| Professional services Daniel Augusto May 2020 | 42 | 63.75 | 2,677.50 |
| Professional services James Symington Lead May 2020 | 35 | 71.76 | 2,511.60 |
| | | | |
| Mileage 2020 PER IRS | 408 | 0.575 | 234.60 |
| Professional Services Mike Oveissy May 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 90 | 0.575 | 51.75 |
| Professional services Kenneth Thibodaux May 2020 | 73 | 68.00 | 4,964.00 |
| Mileage 2020 PER IRS | 825 | 0.575 | 474.38 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---|---|---|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**   $15,240.33



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI34 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding JUNE 2020 | 16 | 157.25 | 2,516.00 |
| Professional services Daniel Augusto JUNE 2020 | 28 | 63.75 | 1,785.00 |
| Professional services Kenneth Thibodaux JUNE 2020 | 48 | 68.00 | 3,264.00 |
| Mileage 2020 PER IRS | 540 | 0.575 | 310.50 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $7,875.50 |
|-----------|-----------|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI35 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services James Symington | 12 | 1,425.00 | 17,100.00 |
| OFFSHORE JUNE 2020 | | | |
| Mileage 2020 PER IRS | 894 | 0.575 | 514.05 |
| Hotel | 1 | 105.70 | 105.70 |

**KATMAI OFFSHORE**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $17,719.75 |



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

## 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2020 | KATMAI36 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX 77244-2088

| | P.O. No. |
|--|----------|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 13 | 157.25 | 2,044.25 |
| Professional services Daniel Augusto July 2020 | 38 | 63.75 | 2,422.50 |
| Professional services Kenneth Thibodaux July 2020 | 47 | 68.00 | 3,196.00 |
| Mileage 2020 PER IRS | 435 | 0.575 | 250.13 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $7,912.88 |
|-----------|-----------|

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
   FULL CIRCLE COURIER SERVICES LLC
   1200 HIGHLAND AVE
   METAIRIE, LA 70001

**First MORTGAGOR**

| FIELDWOOD ENERGY L L C |
|---|

**First MORTGAGEE**

| DEEPSEA QUALITY CONSULTING INC |
|---|

**Index Type :**   MORTGAGES

**Type of Document :** LIEN

**File # :** 1609859

**Book :** 3178   **Page :** 259

**Recording Pages :**       8

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 09/04/2020

At (Recorded Time) :  9:40:24AM

Doc ID - 015107960008

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at 9:40:24
Recorded in Book 3178  Page  259
File Number  1609859

*Lisa B Doupe*
Deputy Clerk

**Return To :**   FULL CIRCLE COURIER SERVICES LLC
   1200 HIGHLAND AVE
   METAIRIE, LA 70001

Do not Detach this Recording Page from Original Document

## SWORN STATEMENT OF PRIVILEGE

**STATE OF LOUISIANA**
**PARISH OF TERREBONNE**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address of Claimant** | DeepSea Quality Consulting, Inc. 13111 Rummel Creek Houston, Texas 77079 |
| **Amount and Nature of Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Katmai in the principal amount of $60,553.09, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address of Person Owing such Amount** | Fieldwood Energy LLC 2000 W. Sam Houston Parkway Suite 1200 Houston, Texas 77042 |
| **Name of the Operator of the Well** | Ridgewood Energy 1254 Enclave Parkway Houston, Texas 77077 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC and/or Ridgewood Energy, in connection with the oil rig Katmai |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Katmai, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $60,553.09 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: _____ Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this **1** day of SEPTEMBER, 2020.

PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229852-9

_____
NOTARY PUBLIC

Exhibit "A"

Exhibit "A"

Invoice(s)



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020   Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2020 | KATMAI32 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| | P.O. No. |
|--|----------|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 7 | 157.25 | 1,100.75 |
| Professional services Kory Bergeron April 2020 | 6 | 68.00 | 408.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |
| Professional services Kenneth Thibodaux  April 2020 | 131 | 68.00 | 8,908.00 |
| Mileage 2020 PER IRS | 1,275 | 0.575 | 733.13 |
| Professional Services Mike Oveissy April 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 180 | 0.575 | 103.50 |
| Professional services Daniel Augusto April 2020 | 72 | 63.75 | 4,590.00 |
| Professional services James Symington April 2020 | 1 | 1,425.00 | 1,425.00 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**   $18,804.63



# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

## 2020  Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2020 | KATMAI33 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| | P.O. No. |
|--|----------|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 18 | 157.25 | 2,830.50 |
| Professional services Daniel Augusto May 2020 | 42 | 63.75 | 2,677.50 |
| Professional services James Symington Lead May 2020 | 35 | 71.76 | 2,511.60 |
| Mileage 2020 PER IRS | 408 | 0.575 | 234.60 |
| Professional Services Mike Oveissy May 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 90 | 0.575 | 51.75 |
| Professional services Kenneth Thibodaux May 2020 | 73 | 68.00 | 4,964.00 |
| Mileage 2020 PER IRS | 825 | 0.575 | 474.38 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $15,240.33 |
|-----------|------------|



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

**2020** **Invoice**

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI34 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

**P.O. No.**

14545

| Description | Qty | Rate | Amount |
|------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding JUNE 2020 | 16 | 157.25 | 2,516.00 |
| Professional services Daniel Augusto JUNE 2020 | 28 | 63.75 | 1,785.00 |
| Professional services Kenneth Thibodaux JUNE 2020 | 48 | 68.00 | 3,264.00 |
| Mileage 2020 PER IRS | 540 | 0.575 | 310.50 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total** $7,875.50



**DeepSea Quality**
Consulting Inc.

# DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020 Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI35 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services James Symington OFFSHORE JUNE 2020 | 12 | 1,425.00 | 17,100.00 |
| Mileage 2020 PER IRS | 894 | 0.575 | 514.05 |
| Hotel | 1 | 105.70 | 105.70 |

**KATMAI OFFSHORE**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $17,719.75 |
|-----------|------------|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

**DeepSea Quality**
Consulting Inc.

# 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2020 | KATMAI36 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 13 | 157.25 | 2,044.25 |
| Professional services Daniel Augusto July 2020 | 38 | 63.75 | 2,422.50 |
| Professional services Kenneth Thibodaux July 2020 | 47 | 68.00 | 3,196.00 |
| Mileage 2020 PER IRS | 435 | 0.575 | 250.13 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total**    $7,912.88

## SWORN STATEMENT OF PRIVILEGE

**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

Before me, the undersigned Notary Public, personally came and appeared Godfried Dekeyser, President of DeepSea Quality Consulting, Inc. ("Claimant"), who being first duly sworn, did affirm the following information and depose and say in connection with this Sworn Statement of Privilege (this "Statement") made pursuant to La. R.S. 9:4861, *et seq.*, that the following information is true and correct:

| | |
|---|---|
| **Name and Address** of **Claimant** | DeepSea Quality Consulting, Inc.<br>13111 Rummel Creek<br>Houston, Texas 77079 |
| **Amount and Nature** of **Obligation for which Privilege is claimed** | Unpaid invoice(s) for services rendered and for the sale of materials for the benefit of the oil rig Katmai in the principal amount of $60,553.09, a copy of which invoice(s) is/are attached hereto as Exhibit "A" |
| **Name and Address** of **Person Owing such Amount** | Fieldwood Energy LLC<br>2000 W. Sam Houston Parkway<br>Suite 1200<br>Houston, Texas 77042 |
| **Name of the Operator of the Well** | Ridgewood Energy<br>1254 Enclave Parkway<br>Houston, Texas 77077 |
| **Operating Interest or Well** | Any operating interest and/or well owned, leased or operated by Fieldwood Energy LLC and/or Ridgewood Energy, in connection with the oil rig Katmai |

and that he is a person authorized to make and file this Statement; that Claimant was the provider of services and was a seller of materials to Fieldwood Energy LLC, which, upon information and belief, is the owner of the oil rig Katmai, in connection with which such materials were used as described in La. R.S. 9:4862(A)(6); that there remains due and owing to Claimant the principal amount of $60,553.09 plus the amounts described in La. R.S. 9:4862(B); and that Claimant has a privilege over the property described in La. R.S. 9:4863 in connection with the foregoing.

This Statement is made pursuant to La. R.S. 9:4861, *et seq.*, and for all other purposes under Louisiana law whatsoever, including, without limitation, any other claims or privileges arising under applicable law, for the purpose of preserving privilege granted by law to Claimant for the materials described above; that said debt, plus the amounts listed above, are past due, owing, and remain unpaid, and that all just credits have been allowed.

DEEPSEA QUALITY CONSULTING, INC.

By: _____

Name: Godfried Dekeyser, President

Sworn and subscribed before me, Notary Public, this 1 day of SEPTEMBER, 2020.

PHAVY TREJO
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 01/03/24
NOTARY ID 13229852-9

_____
NOTARY PUBLIC

Exhibit "A"

Exhibit "A"

Invoice(s)



JON A. GEGENHEIMER   09/03/2020 15:14:44 CERTIFIED TRUE COPY - Pg:2 of 7 - Jefferson Parish Clerk of Court - ID:2088064



## DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

**DeepSea Quality Consulting Inc.**

# 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2020 | KATMAI32 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX 77244-2088

| | P.O. No. |
|--|----------|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding April 2020 | 7 | 157.25 | 1,100.75 |
| Professional services Kory Bergeron April 2020 | 6 | 68.00 | 408.00 |
| Mileage 2020 PER IRS | 70 | 0.575 | 40.25 |
| Professional services Kenneth Thibodaux  April 2020 | 131 | 68.00 | 8,908.00 |
| Mileage 2020 PER IRS | 1,275 | 0.575 | 733.13 |
| Professional Services Mike Oveissy April 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 180 | 0.575 | 103.50 |
| Professional services Daniel Augusto April 2020 | 72 | 63.75 | 4,590.00 |
| Professional services James Symington April 2020 | 1 | 1,425.00 | 1,425.00 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $18,804.63 |
|-----------|------------|



**DEEPSEA QUALITY**

13111 Rummel Creek
Houston, TX 77079

# 2020    Invoice

| Date | Invoice # |
|------|-----------|
| 6/11/2020 | KATMAI33 |

| Bill To |
|---------|
| Fieldwood Energy LLC<br>2000 West Sam Houston Parkway South<br>Suite 1200<br>Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| | P.O. No. |
|--|----------|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding May 2020 | 18 | 157.25 | 2,830.50 |
| Professional services Daniel Augusto May 2020 | 42 | 63.75 | 2,677.50 |
| Professional services James Symington Lead May 2020 | 35 | 71.76 | 2,511.60 |
| Mileage 2020 PER IRS | 408 | 0.575 | 234.60 |
| Professional Services Mike Oveissy May 2020 | 22 | 68.00 | 1,496.00 |
| Mileage 2020 PER IRS | 90 | 0.575 | 51.75 |
| Professional services Kenneth Thibodaux May 2020 | 73 | 68.00 | 4,964.00 |
| Mileage 2020 PER IRS | 825 | 0.575 | 474.38 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $15,240.33 |
|-----------|-----------|

09/03/2020 15:14:44 CERTIFIED TRUE COPY - Pg:4 of 7 - Jefferson Parish Clerk of Court - ID:2088064



**DeepSea Quality Consulting Inc.**

## DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

# 2020     Invoice

| Date | Invoice # |
|---|---|
| 7/13/2020 | KATMAI34 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|---|
| 14545 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Professional services Jason Bolieu senior quality consulting services, material, and welding JUNE 2020 | 16 | 157.25 | 2,516.00 |
| Professional services Daniel Augusto JUNE 2020 | 28 | 63.75 | 1,785.00 |
| Professional services Kenneth Thibodaux JUNE 2020 | 48 | 68.00 | 3,264.00 |
| Mileage 2020 PER IRS | 540 | 0.575 | 310.50 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---|---|---|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $7,875.50 |
|---|---|



## DEEPSEA QUALITY

13111 Rummel Creek
Houston, TX 77079

**DeepSea Quality**
Consulting Inc.

# 2020        Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | KATMAI35 |

| **Bill To** |
|---|
| Fieldwood Energy LLC |
| 2000 West Sam Houston Parkway South |
| Suite 1200 |
| Houston, TX 77042 |

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston. TX.77244-2088

| P.O. No. |
|----------|
| 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services James Symington | 12 | 1,425.00 | 17,100.00 |
| OFFSHORE JUNE 2020 | | | |
| Mileage 2020 PER IRS | 894 | 0.575 | 514.05 |
| Hotel | 1 | 105.70 | 105.70 |

**KATMAI OFFSHORE**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

| **Total** | $17,719.75 |
|-----------|------------|

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
09/03/2020 15:14:44 CERTIFIED TRUE COPY - Pg:6 of 7 - Jefferson Parish Clerk of Court - ID:2088064



**DEEPSEA QUALITY**
13111 Rummel Creek
Houston, TX 77079

**2020**    **Invoice**

| Date | Invoice # |
|------|-----------|
| 8/10/2020 | KATMAI36 |

**Bill To**

Fieldwood Energy LLC
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Please remit to Deepsea Quality Consulting Inc.
c/o Texas First Bank
Account # 13706
routing 113110256
Postbox 442088
Houston, TX.77244-2088

| | P.O. No. |
|---|---|
| | 14545 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional services Jason Bolieu senior quality consulting services, material, and welding July 2020 | 13 | 157.25 | 2,044.25 |
| Professional services Daniel Augusto July 2020 | 38 | 63.75 | 2,422.50 |
| Professional services Kenneth Thibodaux July 2020 | 47 | 68.00 | 3,196.00 |
| Mileage 2020 PER IRS | 435 | 0.575 | 250.13 |

**KATMAI**

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 713-397-0018 | 713-932-9453 | kbenschop@deepseaqci.com |

**Total** $7,912.88

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :**   UCC

**Type of Document :** FINANCING STATEMENT

**FileNumber :** 1301859

**FileNumber Suffix :**      29

**Recording Pages :**       2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:55:34AM



Deputy Clerk

Doc ID - 033565550002

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :** UCC

**Type of Document :** FINANCING STATEMENT

**FileNumber :** 1301859

**FileNumber Suffix :** 29

**Recording Pages :** 2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:55:34AM

Certified On : 09/04/2020

Doc ID - 033565550002

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at 8:55:34
File Number    1301859

Deputy Clerk

Do not Detach this Recording Page from Original Document

**STATE OF LOUISIANA**
**UNIFORM COMMERCIAL CODE - FINANCING STATEMENT**
**UCC-1**
Important - Read Instructions before filing out form.

Follow Instructions carefully.

1. Debtor's exact full legal name - insert only one debtor name (1a or 1b) - do not abbreviate or combine names.

| | |
|---|---|
| OR | **1a** Organization's Name<br>Fieldwood Energy LLC |

| 1b Individual's Last Name (and Title of Lineage (e.g. Jr. Sr., III, if applicable) | First Name | | Middle Name |
|---|---|---|---|

| 1c Mailing Address<br>2000 W. Sam Houston Parkway, Suite 1200 | City<br>Houston | | State<br>TX | Postal Code<br>77042 | Country<br>USA |
|---|---|---|---|---|---|

| 1d Tax ID #: SSN or EIN<br>46-1326778 | Add'l info re Organization Debtor: | 1e Type of Organization<br>LLC | 1f Jurisdiction of Organization<br>Delaware | 1g Organizational ID # if any<br>DE 5236834 ☐ None |
|---|---|---|---|---|

2. Additional debtor's exact full legal name - insert only one debtor name (2a or 2b) - do not abbreviate or combine names.

| | |
|---|---|
| OR | **2a** Organization's Name |

| 2b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr. III), if applicable) | First Name | | Middle Name |
|---|---|---|---|

| 2c Mailing Address | City | | State | Postal Code | Country |
|---|---|---|---|---|---|

| 2d Tax ID #: SSN or EIN | Add'l info re Organization Debtor: | 2e Type of Organization | 2f Jurisdiction of Organization | 2g Organizational ID #, if any ☐ None |
|---|---|---|---|---|

3. Secured Party's Name (or Name of Total Assignee of Assignor S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| OR | **3a** Organization's Name<br>DeepSea Quality Consulting, Inc. |

| 3b Individual's Last Name (and Title of Lineage (e,g. Jr., Sr., III), if applicable | First Name | | Middle Name |
|---|---|---|---|

| 3c Mailing Address 13111 Rummel Creek | City Houston | State TX | Postal Code 77079 | Country USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:
Drilling rig Katmai (Green Canyon Block 39 and 40, Gulf of Mexico) (pursuant to La. R.S. 9:4865(A)(2))

5a Check if applicable and attach legal description of real property: ☐ Fixture filing   ☐ As-extracted collateral   ☐ Standing timber constituting goods
☐ The debtor(s) do not have an interest of record in the real property (Enter name of an owner of record in 5b)

5b Owner of real property (if other than named debtor)

6a Check only if applicable and check only one box
☐ Debtor is a Transmitting Utility. Filing is Effective Until Terminated
☐ Filed in connection with a public finance transaction. Filing is effective for 30 years

6b Check only if applicable and check only one box
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

7. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ SELLER/BUYER   ☐ AG. LIEN   ☐ NON-UCC-FILING

8. Name and Phone Number to contact filer
Benjamin Guider (504-299-3070)

9. Send Acknowledgment To: (Name and Address)
Benjamin Guider
Coats Rose, P.C.
365 Canal Street, Suite 800
New Orleans, Louisiana 70130

10. The space below is for Filing Office Use Only

11. ☐ CHECK TO REQUEST SEARCH REPORT(S) ON DEBTORS
(ADDITIONAL FEE REQUIRED) ☐ ALL DEBTORS ☐ DEBTOR1 ☐ DEBTOR2

LOUISIANA SECRETARY OF STATE 11/22/2010

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA  70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :**   UCC

**Type of Document :** FINANCING STATEMENT

**FileNumber :** 1301861

**FileNumber Suffix :**      29

**Recording Pages :**        2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:56:16AM

Certified On : 09/04/2020

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at 8:56:16
File Number     1301861

Deputy Clerk

Doc ID - 033565570002

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :** UCC

**Type of Document :** FINANCING STATEMENT

**FileNumber :** 1301861

**FileNumber Suffix :** 29

**Recording Pages :** 2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:56:16AM



Deputy Clerk

Doc ID - 033565570002

Do not Detach this Recording Page from Original Document

**STATE OF LOUISIANA**
**UNIFORM COMMERCIAL CODE – FINANCING STATEMENT**
**UCC-1**

Important - Read Instructions before filling out form.

Follow Instructions carefully.

1. Debtor's exact full legal name - insert only one debtor name (1a or 1b) - do not abbreviate or combine names.

| | |
|---|---|
| OR | 1a  Organization's Name<br>Fieldwood Energy LLC |
| | 1b  Individual's Last Name (and Title of Lineage (e.g. Jr. Sr., III, if applicable)    First Name    Middle Name |

| 1c  Mailing Address<br>2000 W. Sam Houston Parkway, Suite 1200 | City<br>Houston | State<br>TX | Postal Code<br>77042 | Country<br>USA |
|---|---|---|---|---|

| 1d  Tax ID #: SSN or EIN<br>46-1326778 | Add'l info re<br>Organization<br>Debtor: | 1e  Type of<br>Organization<br>LLC | 1f  Jurisdiction of<br>Organization<br>Delaware | 1g  Organizational ID # if any<br>DE 5236834 ☐ None |
|---|---|---|---|---|

2. Additional debtor's exact full legal name - insert only one debtor name (2a or 2b) - do not abbreviate or combine names.

| | |
|---|---|
| OR | 2a  Organization's Name |
| | 2b  Individual's Last Name (and Title of Lineage (e.g. Jr., Sr. III), if applicable)    First Name    Middle Name |

| 2c  Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|

| 2d  Tax ID #: SSN or EIN | Add'l info re<br>Organization<br>Debtor: | 2e  Type of<br>Organization | 2f  Jurisdiction of<br>Organization | 2g  Organizational ID #, if any<br>☐ None |
|---|---|---|---|---|

3. Secured Party's Name (or Name of Total Assignee of Assignor S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| OR | 3a  Organization's Name<br>DeepSea Quality Consulting, Inc. |
| | 3b  Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III), if applicable    First Name    Middle Name |

| 3c  Mailing Address 13111 Rummel Creek | City Houston | State<br>TX | Postal Code<br>77079 | Country<br>USA |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:
Drilling rig Orlov (Green Canyon Block 200, Gulf of Mexico) (pursuant to La. R.S. 9:4865(A)(2))

5a  Check if applicable and attach legal description of real property: ☐ Fixture filing   ☐ As-extracted collateral   ☐ Standing timber constituting goods
☐ The debtor(s) do not have an interest of record in the real property (Enter name of an owner of record in 5b)

5b  Owner of real property (if other than named debtor)

6a  Check only if applicable and check only one box
☐ Debtor is a Transmitting Utility.  Filing is Effective Until Terminated
☐ Filed in connection with a public finance transaction. Filing is effective for 30 years

6b  Check only if applicable and check only one box
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

10. The space below is for Filing Office Use Only

7. ALTERNATIVE DESIGNATION (if applicable):
☐ CONSIGNEE/CONSIGNOR   ☐ LESSEE/LESSOR
☐ SELLER/BUYER   ☐ AG. LIEN   ☐ BAILEE/BAILOR   ☐ NON-UCC-FILING

8. Name and Phone Number to contact filer
Benjamin Guider (504-299-3070)

9. Send Acknowledgment To: (Name and Address)
Benjamin Guider
Coats Rose, P.C.
365 Canal Street, Suite 800
New Orleans, Louisiana 70130

11. ☐ CHECK TO REQUEST SEARCH REPORT(S) ON DEBTORS
(ADDITIONAL FEE REQUIRED) ☐ ALL DEBTORS ☐ DEBTOR1 ☐ DEBTOR2

LOUISIANA SECRETARY OF STATE 11/22/2010

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :**   UCC

**Type of Document :** FINANCING STATEMENT

**Recording Pages :**          2

**FileNumber :** 1301860
**FileNumber Suffix :**          29

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:55:56AM

Certified On : 09/04/2020

Doc ID - 033565560002

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/04/2020 at 8:55:56
File Number    1301860

Deputy Clerk

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First DEBTOR**

FIELDWOOD ENERGY LLC

**First SECURED PARTY**

DEEPSEA QUALITY CONSULTING INC

**Index Type :**   UCC                                        **FileNumber :** 1301860

**Type of Document :** FINANCING STATEMENT         **FileNumber Suffix :**        29

**Recording Pages :**          2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/04/2020

At (Recorded Time) : 8:55:56AM

Deputy Clerk

Doc ID - 033565560002

Do not Detach this Recording Page from Original Document

**STATE OF LOUISIANA**
**UNIFORM COMMERCIAL CODE - FINANCING STATEMENT**
**UCC-1**
Important - Read Instructions before filing out form.

Follow instructions carefully.
1. Debtor's exact full legal name - insert only one debtor name (1a or 1b) - do not abbreviate or combine names.

| 1a Organization's Name | | | | | |
|---|---|---|---|---|---|
| Fieldwood Energy LLC | | | | | |

OR

| 1b Individual's Last Name (and Title of Lineage (e.g. Jr. Sr., III, if applicable) | First Name | Middle Name |
|---|---|---|
| | | |

| 1c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 2000 W. Sam Houston Parkway, Suite 1200 | Houston | TX | 77042 | USA |

| 1d Tax ID #: SSN or EIN | Add'l info re Organization Debtor: | 1e Type of Organization | 1f Jurisdiction of Organization | 1g Organizational ID # if any |
|---|---|---|---|---|
| 46-1326778 | | LLC | Delaware | DE 5236834   ☐ None |

2. Additional debtor's exact full legal name - insert only one debtor name (2a or 2b) - do not abbreviate or combine names.

| 2a Organization's Name | | | | | |
|---|---|---|---|---|---|
| | | | | | |

OR

| 2b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr. III), if applicable) | First Name | Middle Name |
|---|---|---|
| | | |

| 2c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| | | | | |

| 2d Tax ID #: SSN or EIN | Add'l info re Organization Debtor: | 2e Type of Organization | 2f Jurisdiction of Organization | 2g Organizational ID #, if any |
|---|---|---|---|---|
| | | | | ☐ None |

3. Secured Party's Name (or Name of Total Assignee of Assignor S/P) - insert only one secured party name (3a or 3b)

| 3a Organization's Name | | | | |
|---|---|---|---|---|
| DeepSea Quality Consulting, Inc. | | | | |

OR

| 3b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III), if applicable) | First Name | Middle Name |
|---|---|---|
| | | |

| 3c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 13111 Rummel Creek | Houston | TX | 77079 | USA |

4. This FINANCING STATEMENT covers the following collateral:
Drilling rig Genovesa (Mississippi Canyon Block 519, Gulf of Mexico) (pursuant to La. R.S. 9:4865(A)(2))

5a Check if applicable and attach legal description of real property: ☐ Fixture filing   ☐ As-extracted collateral   ☐ Standing timber constituting goods
☐ The debtor(s) do not have an interest of record in the real property (Enter name of an owner of record in 5b)

5b Owner of real property (if other than named debtor)

6a Check only if applicable and check only one box
☐ Debtor is a Transmitting Utility. Filing is Effective Until Terminated
☐ Filed in connection with a public finance transaction. Filing is effective for 30 years

6b Check only if applicable and check only one box
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

7. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ SELLER/BUYER   ☐ AG. LIEN   ☐ NON-UCC-FILING

10. The space below is for Filing Office Use Only

8. Name and Phone Number to contact filer
Benjamin Guider (504-299-3070)

9. Send Acknowledgment To: (Name and Address)
Benjamin Guider
Coats Rose, P.C.
365 Canal Street, Suite 800
New Orleans, Louisiana 70130

11. ☐ CHECK TO REQUEST SEARCH REPORT(S) ON DEBTORS (ADDITIONAL FEE REQUIRED) ☐ ALL DEBTORS ☐ DEBTOR1 ☐ DEBTOR2

LOUISIANA SECRETARY OF STATE 11/22/2010