# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § § | **Case No. 20-33948 (MI)** |
| **Debtors.**[1] | § § § § | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010 and 11 U.S.C.A. § 1109, Paul J. Goodwine, Taylor P. Gay, and Lindsey M. Johnson of Looper Goodwine P.C. hereby enter their appearances as counsel for Ankor Energy LLC and Ankor E&P Holdings Corporation, creditors and parties-in-interest in the above-captioned bankruptcy case. Counsel request that their names be added to the mailing list maintained by the Clerk in this case and that notice of all matters arising in this case of which notice is sent to any creditor, party-in-interest, creditors' committee or any member of the creditors' committee be sent to:

> Paul J. Goodwine
> pgoodwine@loopergoodwine.com
> Lindsey M. Johnson
> ljohnson@loopergoodwine.com
> Taylor P. Gay
> tgay@loopergoodwine.com
> Looper Goodwine P.C.
> 650 Poydras Street, Suite 2400
> New Orleans, Louisiana 70130
> Telephone: (504) 503 – 1500
> Facsimile:  (504) 503-1501

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

270561v1

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Federal Rules of Bankruptcy Procedure, in addition to the notices and papers referred to in the rules specified above, the foregoing request covers all other notices and papers, including, but not limited to: notices of any application, motion, petition, plan, disclosure statement, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile, or otherwise filed with regard to the above-captioned bankruptcy case and all proceedings therein.

Dated: September 16, 2020.

          Respectfully Submitted,

          **LOOPER GOODWINE P.C.**

          */s/ Paul J. Goodwine*
          Paul J. Goodwine (La. Bar No. 23757)
          SDTX Federal ID No. 437800
          Lindsey M. Johnson (La. Bar No. 34610)
          SDTX Federal ID No. 2127344
          Taylor P. Gay (La. Bar. No. 35140)
          SDTX Federal ID No. 3251449
          650 Poydras Street, Suite 2400
          New Orleans, Louisiana 70130
          Telephone: (504) 503-1500
          Facsimile:  (504) 503-1501
          Email: pgoodwine@loopergoodwine.com
          Email: ljohnson@loopergoodwine.com
          Email: tgay@loopergoodwine.com

          *Attorneys for Ankor Energy LLC and*
          *Ankor E&P Holdings Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of September 2020, a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

*/s/ Paul J. Goodwine*
Paul J. Goodwine

270561v1