UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Louisiana___:

| | |
|---|---|
| Name | Addie L. Danos |
| Firm | Looper Goodwine P.C. |
| Street | 650 Poydras Street, Suite 2400 |
| City & Zip Code | New Orleans, Louisiana |
| Telephone | (504) 503 - 1500 |
| Licensed: State & Number | Louisiana, 32998 |

Seeks to appear as the attorney for this party:

| Apache Corporation |
|---|
| Dated: September 16, 2020    Signed: /s/ Addie L. Danos |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                           United States Bankruptcy Judge