IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**Affidavits of Service for Mailings for the Period from August 30, 2020 through September 5, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings for the Period from August 30, 2020 through September 5, 2020 (related document(s): 287, 290. 291, 293) |
| Attachments: | |
| #1 | Affidavit of September 2, 2020 Service of Notice of Filing of Revised Exhibit 1 to Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief (DN 287) |
| #2 | Affidavit of September 3, 2020 Service of Application of Debtors for Authorization to Retain and Employ Jones Walker LLP as Special Counsel for Debtors effective nunc pro tunc to the Petition Date (DN 290) and Application of Debtors for Authority to Retain and Employ AlixPartners, LLP as Financial Advisor to the Debtors effective as of the Petition Date (DN 291) |
| #3 | Affidavit of September 3, 2020 and September 8, 2020 Services of Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business effective as of the Petition Date (DN 293) |