IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *ET AL.*, | § § § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § § | (Jointly Administered) |

**VERIFIED RULE 2019 STATEMENT OF MULTIPLE PARTY REPRESENTATION**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Husch Blackwell LLP and Chiesa Shahinian & Giantomasi PC (together, "**Counsel**"), file this Verified Rule 2019 Statement of Multiple Representation ("**Verified Statement**") to provide the following information:

1. Counsel represents Everest Reinsurance Company, Aspen American Insurance Company and Berkley Surety Company.

2. The parties listed in paragraph 1 and on **Exhibit A** are creditors of the Debtors or are parties-in-interest, and the nature and total principal amount of their claims is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** has consented to this multiple representation by Counsel in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

HB: 4824-0666-7211.1

4.  Counsel reserves the right to amend this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 16, 2020.

                                                Respectfully submitted,

                                                HUSCH BLACKWELL LLP

                                                By:  */S/ Randall A. Rios*
                                                    Randall A. Rios
                                                    State Bar No. 16935865
                                                    Timothy A. Million
                                                    State Bar No. 24051055
                                                    600 Travis, Suite 2350
                                                    Houston, Texas  77002
                                                    Tel:  713-525-6226
                                                    Fax:  713-647-6884
                                                    Email:  randy.rios@huschblackwell.com
                                                    Email:  tim.million@huschblackwell.com

                                               **CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY**

                                               And

Armen Shahinian, Esq. (admitted pro hac vice)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted pro hac vice)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted pro hac vice)
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted pro hac vice)
(tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR EVEREST REINSURANCE COMPANY, ASPEN AMERICAN INSURANCE COMPANY AND BERKLEY SURETY COMPANY**

## CERTIFICATE OF SERVICE

I certify that on September 16, 2020, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

                                                */s/ Randall A. Ríos*
                                                Randall A. Ríos

**EXHIBIT A**

| Name and Address | Nature of Claim against the Debtors | Total Bond Liability (Exclusive of Interest, Costs and Attorneys' Fees) |
|---|---|---|
| Everest Reinsurance | Surety Bonds | $95,570,822.00[2] |
| Aspen American Insurance | Surety Bonds | $19,197,079.00 |
| Berkley Surety Company | Surety Bonds | $74,023,611.20 |

---

[2]  Although Bond ES00001441 was written by Everest Reinsurance in the amount of $75,000,000.00, HCC International Insurance Company PLC ("HCC") assumed $50 million of the potential penal sum exposure pursuant to that certain Surety Claim Sharing Agreement between Everest Reinsurance and HCC.