IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**Affidavits of Service for Mailings for the Period from September 9, 2020 through September 12, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings for the Period from September 9, 2020 through September 12, 2020 (related document(s): 310, 312,314, 318, 321, 323) |
| Attachments: | |
| #1 | Affidavit of September 9, 2020 Service of Stipulation Further Extending Time for Debtors to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs (DN 310) |
| #2 | Affidavit of September 10, 2020 and September 11, 2020 Service of Stipulation and Consent Further Extending the Deadline for the Official Committee of Unsecured Creditors to Object to Certain Motions (DN 312) and Notice of Payment of Interest Owner Payments in Excess of Estimated Amount for Interim Period (DN 314) and Debtors' Witness and Exhibit List for Hearing on September 14, 2020 (DN 318) and Notice Regarding Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code (DN 321) and Certificate of No Objection to Emergency Motion of Debtors for Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions (DN 323) |