

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/15/2020

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### STIPULATION AND ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY ON REGIS SOUTHERN PERSONAL INJURY LITIGATION

This stipulation and order (the "**Stipulation**") is entered into by and among the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") and Regis Southern (the "**Movant**") an individual with pending personal injury litigation against certain of the Debtors (together, the Debtors and Movant are collectively referred to as the "**Parties**," and, each, as a "**Party**"). The Parties hereby stipulate and agree as follows:

### RECITALS

A.   WHEREAS, on August 20, 2020 (the "**Petition Date**"), the Debtors commenced the above-captioned voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

B.  WHEREAS, on August 26, 2020, Regis Southern filed the *Motion of Regis Southern for Relief from the Automatic Stay to Permit Continuation of Personal Injury Litigation Pending in the U.S. District Court of the Western District of Louisiana* [Dkt. No. 253].

C.  WHEREAS, the Parties have agreed, subject to the approval of the Bankruptcy Court, to modify the automatic stay pursuant to section 362 of the Bankruptcy Code for the limited purpose and subject to the terms and conditions set forth below.

It is hereby **ORDERED** that the automatic stay pursuant to section 362 of the Bankruptcy Code is modified as follows:

1.  This Stipulation shall have no force or effect unless and until approved by the Bankruptcy Court (the "**Entered Date**").

2.  Upon the Entered Date, the automatic stay shall be modified solely to the extent necessary to permit Regis Southern to prosecute the claims set forth in the complaint, filed February 25, 2019, in the case styled *Regis Southern v. Eaton Oil Tools, Inc. et al*, No. 6:19-cv-00229 (W. D. La.) (the "**Lawsuit**").  All Parties may prosecute and defend any appeal from a final judgment issued in the Lawsuit.

3.  The Debtors and their estates and the reorganized debtors and their estates shall not be obligated to pay any amounts owed or awarded in connection with the Lawsuit, including but not limited to, any monetary damages, insurance deductible, or attorneys' fees and expenses, and the Movant shall credit the Debtors or reorganized debtors, as applicable, from any resulting settlement or judgment the amount necessary to satisfy and fully pay any required self-insured retention under the applicable insurance policy (and as a result, the Debtors shall be deemed to have fully satisfied such self-insured retention).

4. For the avoidance of doubt, the Movant may collect upon such settlement or final judgment (i) from anyone providing indemnity for the claim; (ii) from any and all insurance carriers providing coverage for the Movant's claims; and/or (iii) by funds available under any and all insurance policies providing coverage for the Debtors' adjudicated liability.  The Movant's collection pursuant to a final judgment is recoverable only from the applicable insurance policies of the Debtors and other third parties and not from the Debtors or their estates directly or indirectly.

5. Nothing contained herein shall be construed as a waiver by the Debtors of their right to object to any and all proofs of claim relating to the Lawsuit or any other pending prepetition action to which one or more of the Debtors are a party that may be filed by Movant or any other party in the Debtors' chapter 11 cases.

6. The limited relief set forth herein shall not be construed as an admission of liability by the Debtors regarding any claim or cause of action arising from or in relation to the Lawsuit or any other matter.

7. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

8. The undersigned who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

9. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

10. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Signed: September 15, 2020

---
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                        Case No. 20-33948-mi
Fieldwood Energy LLC                                                          Chapter 11
Dynamic Offshore Resources NS, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: TylerLaws            Page 1 of 3           Date Rcvd: Sep 15, 2020
                              Form ID: pdf002            Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.

```
db          +Bandon Oil and Gas GP, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Bandon Oil and Gas, LP,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Dynamic Offshore Resources NS, LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
              Houston, TX 77042-3623
db          +FW GOM Pipeline, Inc.,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Fieldwood Energy Inc.,   2000 W Sam Houston Pkwy S,   s,   Houston, TX 77042-3623
db          +Fieldwood Energy LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db          +Fieldwood Energy Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
              Houston, TX 77042-3623
db          +Fieldwood Energy SP LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Fieldwood Offshore LLC,   2000 W. Sam Houston Pkwy. S.,   Suite 1200,   Houston, TX 77042-3623
db          +Fieldwood Onshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Fieldwood SD Offshore LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +GOM Shelf LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Galveston Bay Pipeline LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,   Houston, TX 77042-3623
db          +Galveston Bay Processing LLC,   2000 W Sam Houston Pkwy S,   Suite 1200,
              Houston, TX 77042-3623
aty         +Clark Hill Strasburger,   Attn: Duane J. Brescia,   720 Brazos, Suite 700,
              Austin, TX 78701-2531
aty         +Donna T Parkinson,   Parkinson Phinney,   3600 American River Dr,   Suite 145,
              Sacramento, CA 95864-5960
aty         +Emile Joseph, Jr.,   Allen & Gooch,   P O Box 81129,   Lafayette, LA 70598-1129
aty         +Petro Amigos Supply, Inc.,   c/o Wayne Kitchens,   Total Plaza,   1201 Louisiana, 28th Floor,
              Houston, TX 77002-5607
aty         +Ronald Savoie,   Jackson & Jackson, P.L.L.C.,   111 Founders Drive, Suite 400,
              Baton Rouge, LA 70810-8959
cr          +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,   c/o Andrew A Braun,
              Gieger Laborde & Laperouse, LLC,   Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,
              US 70139-7756
cr          +Aker Solutions Inc.,   Bruce J. Ruzinsky,   1401 McKinney Street,   Suite 1900,
              Houston, TX 77010-4037
intp        +Apache Corporation,   Hunton Andrews Kurth LLP,   Attn: Robin Russell,   600 Travis Street,
              Suite 4200,   Houston, TX 77002-2929
cr          +Archrock Services, LP,   16666 North Chase Dr.,   Houston, TX 77060-6014
cr          +Aspen American Insurance Company,   c/o Randall A. Rios,   Husch Blackwell LLP,
              600 Travis Street, Suite 2350,   Houston, TX 77002-2629
cr          +Bedrock Petroleum Consultants, LLC,   c/o Bradley,   Attn: James B. Bailey,
              1819 Fifth Avenue North,   Birmingham, AL 35203-2120
cr          +Broussard Brothers, Inc.,   501 S. Main St.,   Abbeville, LA  70510,   US 70510-6508
cr          +C-Dive, L.L.C.,   c/o Leann O. Moses,   1100 Poydras Street,   Suite 3100,
              New Orleans, LA 70163-1102
cr          +CETCO Energy Services Company, LLC,   c/o The Derbes Law Firm, LLC,   3027 Ridgelake Dr.,
              Metairie, LA 70002-4924
cr          +DLS, LLC,   P.O. Box 309,   Lydia, LA 70569-0309
cr          +Discovery Gas Transmission LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
              320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr          +Diversified Well Logging, LLC,   C/O Dore Rothberg McKay, PC,   17171 Park Row, Suite 160,
              Houston, TX 77084-4927
cr          +Everest Reinsurance Company,   c/o Randall A. Rios,   Husch Blackwell LLP,
              600 Travis Street, Suite 2350,   Houston, TX 77002-2629
cr           Gibson Applied Technology & Enginnering,   1630 Park Ten Place,   Suite 206,
              Houston, TX  77084
cr          +Gulfstar One LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,   320 South Boston Avenue,
              Suite 200,   Tulsa, OK 74103-3705
intp        +Helis Oil & Gas Company, LLC,   c/o J. David Forsyth,   400 Poydras Street, Suite 2550,
              New Orleans, LA 70130-3292
cr          +JX Nippon Oil Exploration (U.S.A.) Limited,   c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
              5151 SAN FELIPE, SUITE 750,   Houston, TX 77056-3646
cr          +Lexon Insurance Company and Endurance American Ins,   Harris Beach PLLC,
              c/o Lee E. Woodard, Esq.,   333 West Washing St., Ste. 200,   Syracuse, NY 13202-5202
cr          +Martin Energy Services LLC,   c/o Robert P. Franke,   Clark Hill Strasburger,
              901 Main St., Suite 6000,   Dallas, TX 75202-3748
cr          +Milorad Raicevic,   3701 Kirby Drive, Suite 1000,   Houston, TX 77098-3928
op          +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440,
              New York, NY 10165-1446
intp         Railroad Commission of Texas,   c/o Office of the Attorney General,
              Bankruptcy & Collections Division,   P. O. Box 12548,   Austin, TX  78711-2548
cr          +Red Willow Offshore, LLC,   c/o Barnet B. Skelton, Jr.,   815 Walker, Suite 1502,
              Houston, TX 77002-5832
cr          +Regis Southern,   c/o Reese Baker,   950 Echo Lane Ste 300,   Houston, TX 77024-2824
cr          +SBM Gulf Production LLC,   c/o Ken Green,   Snow Spence Green LLP,   P O Box 549,
              Hockley, TX 77447-0549
```

```
District/off: 0541-4            User: TylerLaws              Page 2 of 3                  Date Rcvd: Sep 15, 2020
                                Form ID: pdf002              Total Noticed: 67


cr             +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700,
                 Austin, TX 78701-2531
cr             +Sheldon Independent School District,   c/o Owen M. Sonk,   PBFCM, LLP,
                 1235 N. Loop W., Suite 600,   Houston, TX 77008-1772
cr             +Sheldon Independent School District, et al,   c/o Owen M. Sonik,   PBFCM, LLP,
                 1235 N. Loop W., Ste 600,   Houston, TX 77008-1772
intp           +TC Oil Louisiana, LLC,   c/o Wick Phillips Attn: Jason Rudd,   3131 McKinney Ave., Suite 100,
                 Dallas, TX 75204-2430
cr             +TGS AP Investments AS,   c/o Andrew A Braun,   Geiger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,   New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,   c/o Andrew A Braun,   Gieger, Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras St.,   New Orleans, LA  70139,   US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,   c/o Andrew A Braun,   Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,   US 70139-7756
intp           +Tana Exploration Company, LLC,   c/o Wick Phillips Attn: Jason Rudd,
                 3131 McKinney Ave., Suite 100,   Dallas, TX 75204-2430
cr             +Tetra Applied Technologies, Inc.,   c/o Zachary S. McKay,   Dore Rothberg McKay, P.C.,
                 17171 Park Row, Suite 160,   Houston, TX 77084-4927
cr             +Transcontinental Gas Pipe Line Company, LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
                 320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr             +U.S. Specialty Insurance Company,   c/o Locke Lord LLP,   ATTN: Philip Eisenberg,
                 600 Travis Street, Suite 2800,   Houston, TX 77002-2914
cr             +WFS Liquids LLC,   c/o Steven W. Soule',   Hall, Estill, et al.,   320 South Boston Avenue,
                 Suite 200,   Tulsa, OK 74103-3705
cr             +Westerngeco LLC,   c/o Andrew A Braun,   Gieger Laborde & Laperouse, LLC,
                 Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,   US 70139-7756
cr             +Williams Field Services-Gulf Coast Company LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
                 320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr             +Zurich American Insurance Company,   c/o Duane Brescia,   720 Brazos Street,   Suite 700,
                 Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnkatty@aldineisd.org Sep 15 2020 23:37:59     Aldine ISD,   Legal Department,
                 2520 WWThorne Dr.,   Houston, TX 77073-3406
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 15 2020 23:36:53     Cypress-Fairbanks ISD,
                 Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                 Houston, Tx  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 15 2020 23:36:53     Galveston County,
                 Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 15 2020 23:36:53     Harris County,
                 Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   PO Box 3064,
                 Houston, TX  77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Sep 15 2020 23:37:42
                 Island Operating Company Inc,   770 S Post Oak Lane,   Suite 400,   Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 15 2020 23:36:53     Jefferson County,
                 Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   P.O. Box 3064,
                 Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 15 2020 23:36:53     Matagorda County,
                 Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   Post Office Box 3064,
                 Houston, TX  77253-3064
cr             +E-mail/Text: pwp@pattiprewittlaw.com Sep 15 2020 23:36:36     Plains Gas Solutions,
                 c/o Law Ofc Patricia Williams Prewitt,   10953 Vista Lake Ct.,   Navasota, TX  77868,
                 UNITED STATES 77868-6981
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              A-Port LLC
cr              Acadian Contractors, Inc
cr              Ad Hoc Group of Secured Lenders
cr              Archrock Partners Operating, LLC and Archrock Serv
cr              CCG Services (U.S.) Inc.
cr              CNOOC Petroleum Offshore U.S.A. Inc.
cr              CTD Legacy LLC
intp            Cantor Fitzgerald Securities, as DIP Agent
cr              Chevron U.S.A. Inc.
cr              Diverse Safety & Scaffolding, LLC
cr              Ecopetrol America LLC
intp            Eni Petroleum US LLC
intp            Eni US Operating Co. Inc.
cr              ExxonMobil Corporation
intp            Facilities Consulting Group, LLC
cr              Florida Gas Transmission Company, LLC
cr              Goldman Sachs Bank USA
cr              Halliburton Energy Services, Inc.
cr              Intracoastal Liquid Mud, Inc.,   UNITED STATES
intp            Kilgore Marine
cr              Lavaca County
cr              Liberty Mutual Insurance Company
cr              Linear Controls, Inc.
```

```
District/off: 0541-4          User: TylerLaws            Page 3 of 3           Date Rcvd: Sep 15, 2020
                              Form ID: pdf002            Total Noticed: 67

              ***** BYPASSED RECIPIENTS (continued) *****
cr              Live Oak CAD
cr              Louisiana Safety Systems, Inc.
intp            Manta Ray Offshore Gathering Company, L.L.C.
intp            Nautilus Pipeline Company, L.L.C.
cr              Oceaneering International Inc.
cr              Oil States Energy Services, LLC
cr              Partco, LLC
cr              Philadelphia Indemnity Insurance Company
cr              R360 Environmental Solutions, LLC
intp            RLI Insurance Company
cr              Renaissance Offshore, LLC
cr              Republic Helicopters, Inc.
cr              Ridgewood Energy Corporation
cr              Rio Grande City CISD
cr              Samson Contour Energy E & P, LLC
cr              Samson Offshore Mapleleaf, LLC
cr              Sea Robin Pipeline Company, LLC
cr              Starr County
cr              State of Louisiana, Department of Natural Resource
cr              Stingray Pipeline Company, LLC
intp            Subsea 7 LLC
cr              The Hanover Insurance Company
crcm            The Official Committee of Unsecured Creditors
cr              Travelers Casualty and Surety Company of America
cr              Trunkline Gas Company, LLC
cr              U.S. Department of the Interior
cr              W&T Offshore, Inc.
cr              XL Specialty  Insurance Co
cr              XTO Energy, Inc.
                                                                           TOTALS: 52, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
NONE.                                                                                  TOTAL: 0