## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### APPLICATION OF THE OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS FOR ENTRY OF AN ORDER
### AUTHORIZING THE EMPLOYMENT AND RETENTION
### OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL,
### EFFECTIVE AS OF AUGUST 19, 2020

> **THIS APPLICATION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (collectively, the "Debtors") hereby submits this application (the "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to retain and employ Stroock & Stroock & Lavan LLP ("Stroock") as the Committee's counsel, effective as of August 19, 2020, pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (as amended, the "Local Bankruptcy Rules").  In support of the Application, the Committee submits (i) the declaration of Kenneth Pasquale, a member of Stroock, attached hereto as **Exhibit B** (the "Pasquale Declaration"), and (ii) the declaration of Kristy Woolsey of TETRA Technologies, Inc. the Committee's Co-Chair, attached hereto as **Exhibit C**, each of which is incorporated herein by reference.  In further support of the Application, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue in this judicial district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On August 3, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  As of the date hereof, no request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

3.     On August 18, 2020, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Committee, which is currently comprised of the following entities: (i) Oceaneering International, Inc.; (ii) Subsea 7 US LLC; (iii) Halliburton Energy Services, Inc.; (iv) TETRA Technologies, Inc.; and (v) Workstrings International, L.L.C.

4.     On August 19, 2020, the Committee selected Stroock to serve as counsel, subject to this Court's approval.  On August 20, 2020, the Committee selected Cole Schotz P.C. ("Cole Schotz") to serve as co-counsel and Conway MacKenzie, LLC ("Conway MacKenzie") to serve as financial advisor, in each case subject to this Court's approval.

## RELIEF REQUESTED

5.     By this Application, the Committee seeks the entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the employment and retention of Stroock as the Committee's counsel, effective as of August 19, 2020, pursuant to section 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1.

## BASIS FOR RELIEF

6.     The Committee seeks to employ and retain Stroock as its counsel, pursuant to section 1103(a) of the Bankruptcy Code, on the terms set forth in this Application and the Pasquale Declaration.  Section 1103(a) of the Bankruptcy Code provides that an official committee appointed under section 1102 of the Bankruptcy Code may, with the Court's approval, "select and authorize the employment . . . of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a).  The Committee believes that Stroock's employment as its counsel is appropriate, necessary and in the best interests of the Debtors' general unsecured creditors, and, for the reasons described herein, that the Application should be approved.

A.      **Stroock's Qualifications**

7.      The Committee believes that Stroock possesses extensive knowledge and expertise in the substantive areas of law relevant to these Chapter 11 Cases and is well qualified to represent the Committee in connection therewith.  In making its selection, the Committee sought counsel with extensive experience representing creditors' committees and other constituents in large, complex chapter 11 cases.  Stroock has such experience, having represented numerous creditors' committees, ad hoc committees, lenders, individual creditors and investors in many large and complex chapter 11 cases in this district and others, including (a) official creditors' committees in the chapter 11 cases of, among others, *Aceto Corp., Advanced Glassfiber Yarns, LLC, Citadel Broadcasting Corp., Dayton Superior Corp., EP Energy Corporation, Extraction Oil & Gas, Inc., Formica Corporation, K-V Discovery Solutions, Inc., LSC Communications, Inc., M\*Modal, McClatchy Company, Oglebay Norton Company, Portrait Corporation of America, Savient Pharmaceuticals, Inc., and Tropicana Entertainment, LLC*; and (b) ad hoc committees in the chapter 11 cases of, among others, *21st Century Oncology, Inc., AAC Holdings Inc., American Gilsonite Company, AMF Bowling Worldwide, Inc., Appvion, Inc., Aquilex Holdings LLC, Avaya Inc., Brookstone Holdings Corp. I and II, Caesars Entertainment Operating Company, Inc., Cenveo, Inc., Deluxe Entertainment, Empire Generating LLC, Monitronics International, Inc., Neenah Enterprises, Inc., New Gulf Resources, Panda Temple Power LLC, Seadrill Limited, SFX Entertainment, Inc., TCI 2 Holdings, LLC, Texas Petrochemicals Corp., The Great Atlantic & Pacific Tea Co., Inc. I and II, Ultra Petroleum Corp., Vertis Communications,* and *Warren Resources*.  Stroock also has a broad-based practice in other key areas of law relevant to these Chapter 11 Cases, including debt finance, mergers and acquisitions, corporate, securities, litigation and tax.  The Committee believes that Stroock is well qualified to serve as its counsel in these Chapter 11 Cases.

**B.**     **Scope of Services**

        8.    The professional services to be rendered by Stroock as counsel to the

Committee are expected to include the following (without limitation):

a)    advise the Committee with respect to the Committee's powers and duties under Bankruptcy Code section 1103 of the Bankruptcy Code;

b)    assist and advise the Committee in its consultations, meetings and negotiations with the Debtors, other creditors, and other parties-in-interest;

c)    assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors;

d)    assist the Committee in connection with any proposed sale of the Debtors' assets;

e)    assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure;

f)    assist and advise the Committee in negotiating with holders of claims, including analysis of possible objections to the priority, amount, subordination, or avoidance of claims and/or transfers of property in consideration of such claims;

g)    advise and represent the Committee in connection with matters generally arising in these Chapter 11 Cases, including the Debtors' motion to incur DIP financing, "second day" pleadings and other pleadings;

h)    assist the Committee in its review, analysis and negotiation of any potential compromises or settlements, and the assumption and rejection of executory contracts and unexpired leases;

i)    assist the Committee in connection with any chapter 11 plan(s) that may be filed, and any disclosure statement and other documentation accompanying such plan(s), or any other disposition of these Chapter 11 Cases;

j)    appear before this Court, any other federal, state or appellate court, or the Office of the United States Trustee, on behalf of the Committee;

k)    take all necessary actions to protect and preserve the interests of the Committee and unsecured creditors generally, including (i) review and analysis of any reports or analyses prepared in connection with the Debtors' potential claims and causes of action, (ii) investigate any potential claims and causes of action, including prepetition transactions involving the sponsors; (iii) potential prosecution of actions on the Committee's behalf, (iv) if appropriate, negotiations concerning all litigation in which the Debtors are involved, and (v) advise the Committee with respect to the foregoing and perform such other diligence and independent analysis as may be requested by the Committee;

l)    respond to inquiries, as appropriate, from individual creditors as to the status of, and developments in, these Chapter 11 Cases;

m)    prepare, on behalf of the Committee, any pleadings, including without limitation,

motions, applications, orders, memoranda, complaints, answers, objections, replies, responses, and papers with respect to any of the foregoing; and

n)    perform such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

9.    As noted above, the Committee is also seeking to employ and retain Cole Schotz, as co-counsel, and Conway MacKenzie, as financial advisor, in each case, to assist the Committee in these Chapter 11 Cases, and in each case subject to this Court's approval.  The Committee may also seek in the future to retain other professionals to assist in these Chapter 11 Cases. Stroock has represented to the Committee that it will coordinate with the other professionals retained by the Committee in an attempt to avoid or minimize unnecessary duplication of services. The Committee believes that Stroock will provide these necessary services in a cost-effective, efficient and expert manner.

**C.    Retention Effective as of August 19, 2020**

10.    The Committee requests that Stroock's retention be approved, effective as of August 19, 2020, the date Stroock was selected to represent the Committee and began substantive work on behalf of the Committee.  The Committee believes that the approval of Stroock's retention effective as of August 19, 2020 is appropriate in light of the Committee's immediate and urgent need for legal services immediately upon its selection.  Furthermore, Local Bankruptcy Rule 2014-1(b)(1) provides that an application for approval of employment made within thirty days of the commencement of the provision of services is deemed contemporaneous. The Committee submits that approval of the Application will not prejudice any party in interest because the Committee is a critical participant in these proceedings and should be allowed to retain counsel to advise it, as authorized by the Bankruptcy Code.

**D.      Compensation**

11.      It is the Committee's understanding that Stroock will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  The Committee further understands that Stroock intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "UST Guidelines"), both in connection with this Application and the fee applications to be filed by Stroock in these Chapter 11 Cases.

12.      It is also the Committee's understanding that Stroock will seek compensation for its legal services based on its standard hourly rates then in effect, which are fairly designed to compensate Stroock for the work of its attorneys and paraprofessionals based on each professional's level of experience, and that Stroock will seek reimbursement for its actual and necessary expenses incurred in connection with rendering such services.  Compensating Stroock on an hourly basis is consistent with section 328(a) of the Bankruptcy Code.

13.      At present, the standard hourly rates of the Stroock attorneys and paraprofessionals expected to assist the Committee are set forth below:

| | |
|---|---|
| Partners | $1,150 – $1,650 per hour |
| Associates/Special Counsel | $550 – $1,195 per hour |
| Paraprofessionals | $370 – $450 per hour |

14.      The Committee understands that these hourly rates are Stroock's current customary hourly rates for work of this nature, and are subject to periodic adjustments in the

normal course of Stroock's business.  In addition, other Stroock attorneys may be asked to assist in this representation, based upon the developing facts and circumstances of these Chapter 11 Cases.  Stroock will maintain detailed, contemporaneous records of time and any costs and expenses incurred in connection with the rendering of the legal services described above.  The Committee understands that Stroock will also seek reimbursement for expenses incurred, including transportation, photocopying, delivery service, postage and package delivery, vendor charges, court fees, transcript costs, computer-aided research, airfare, meals (including overtime meals), lodging and other out-of-pocket expenses incurred in connection with providing professional services.  In addition, Stroock, acting upon direction from the Committee, will seek the reimbursement of the expenses Committee members may incur in connection with their service on the Committee.  Stroock will submit any such expenses with its monthly fee statements.

**E.      Disinterestedness**

15.      To the best of the Committee's knowledge, information, and belief, based on the Pasquale Declaration, Stroock does not represent any entity having an adverse interest in connection with these Chapter 11 Cases.  Thus, Stroock's retention is authorized by section 1103(b) of the Bankruptcy Code.  The Pasquale Declaration sets forth, as required by Bankruptcy Rule 2014(a), to the best of Mr. Pasquale's knowledge, information and belief as set forth therein, Stroock's connections with the Debtors, the Debtors' known creditors, and certain other known parties-in-interest, as described in more detail therein.  As set forth in the Pasquale Declaration, Stroock does not believe that any of those connections would preclude the Committee's retention of Stroock under sections 1103 and 101(14) of the Bankruptcy Code, as Stroock is a "disinterested person" within the meaning of the Bankruptcy Code and does not represent or hold any interest adverse to the Debtors, their creditors or the Debtors' estates.  Stroock will continue to conduct reviews of its records, and, if additional relevant facts or circumstances arise beyond those stated

in the Pasquale Declaration, Stroock will make further disclosures to the Court in a supplemental filing.

## **CONCLUSION**

16.     The Committee submits that for all of the reasons set forth above and in the Pasquale Declaration, the retention of Stroock as counsel to the Committee, on the terms set forth herein and in the Pasquale Declaration, is warranted and should be approved.

## **NOTICE**

17.     Notice of this Application has been provided to all parties on the Debtors' master service list.  The Committee respectfully submits that such notice is sufficient under the circumstances and that no further notice of this Application or the relief requested herein is required.

## **NO PRIOR REQUEST**

18.     No previous request for the relief sought herein has been made to this or any other Court.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, and grant the Committee such other and further relief as the Court may deem just and proper.

Dated:  September 18, 2020

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *et al.*, by its Co-Chair

TETRA Technologies, Inc.

By:  */s/ Kristy Woolsey*
    Name: Kristy Woolsey
    Title: Director of Credit

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | § | Case No. 20-33948 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
STROOCK & STROOCK & LAVAN LLP AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
<u>EFFECTIVE AS OF AUGUST 19, 2020</u>**

Upon the application (the "<u>Application</u>")[2] of the Official Committee of Unsecured

Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors in possession (the

"<u>Debtors</u>") for the entry of an order authorizing the Committee's employment and retention of

Stroock & Stroock & Lavan LLP ("<u>Stroock</u>") as counsel to the Committee in connection with the

Debtors' chapter 11 cases (the "<u>Chapter 11 Cases</u>"), effective as of August 19, 2020, pursuant to

sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as

amended, the "<u>Bankruptcy Code</u>"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (as

amended, the "<u>Bankruptcy Rules</u>") and Rule 2014-1 of the Local Rules of Bankruptcy Practice

and Procedure of the United States Bankruptcy Court for the Southern District of Texas (as

amended, the "<u>Local Bankruptcy Rules</u>"); and the Court having reviewed the Application and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Each capitalized term that is not defined herein shall have the meaning ascribed to such term in the Application.

accompanying declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Application has been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and accompanying declarations; and the Court having determined that the legal and factual bases set forth in the Application, the Pasquale Declaration and the Woolsey Declaration establish just cause for the relief granted herein; and the Court having found that (i) Stroock does not hold or represent any interest adverse to the Debtors' estates, (ii) Stroock is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, (iii) Stroock's hourly rates for its attorneys and paraprofessionals as described in the Pasquale Declaration are reasonable, and (iv) Stroock's employment is necessary and in the best interest of the Committee and the Debtors' estates; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Committee is hereby authorized to retain and employ Stroock as its counsel, effective as of August 19, 2020, on the terms set forth in the Application.

2. Stroock is authorized to perform the services set forth in the Application as modified by this Order.

3. Stroock shall be compensated for its services and reimbursed for any costs and expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules,

and any applicable procedures and orders of this Court entered in the Chapter 11 Cases *provided, however,* that Stroock shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of Stroock's fee applications in these Chapter 11 Cases.  For billing purposes, Stroock shall keep its time in one tenth (1/10) hour increments in accordance with the UST Guidelines.  Stroock also intends to make a reasonable effort to comply with U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Stroock in these Chapter 11 Cases.  All billing records filed in support of fee applications will use an open and searchable LEDES or other electronic data format.  Billing records will use the U.S. Trustee's standard project categories.  For the avoidance of doubt, under no circumstances shall any of the compensation or expense reimbursement obligations approved by the Court be an obligation of, or paid by, the Committee or any of its members.

4.     Stroock shall also be entitled to submit with its fee statements the statements of expenses incurred by members of the Committee in connection with their service on the Committee, which shall be reimbursed by the Debtors' estates in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.

5.     The Committee and Stroock are authorized to take any and all actions that may be necessary or appropriate to effectuate the relief granted in this Order.

6.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

8.      Nothing contained herein shall be construed to approve any provision of any agreement between Stroock and the Debtors' estates for indemnification, arbitration, choice of venue, jurisdiction, jury waiver, limitation of damages, or similar provision.

9.      To the extent that Stroock uses the services of contract attorneys in these Chapter 11 Cases, Stroock (i) shall pass-through the cost of such contract attorneys at the same rate that Stroock pays the contract attorneys; (ii) shall seek reimbursement for actual out-of-pocket expenses only; and (iii) shall ensure that the contract attorneys are subject to the same conflicts checks and disclosures as required of Stroock by Bankruptcy Rule 2014.

10.     Stroock shall provide ten (10) business-days' notice to the Debtors, and the U.S. Trustee before any increase in the rates set forth in the Application are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

11.     Stroock shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

12.     Stroock will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Stroock will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by FED. R. BANKR. P. 2014(a).

13.     To the extent the Application, or the Pasquale Declaration is inconsistent with this Order, the terms of this Order shall govern.

SIGNED this ___ day of October, 2020

_____
The Honorable Marvin Isgur
United States Bankruptcy Judge

## **EXHIBIT B**

**Declaration of Kenneth Pasquale**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,*[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**DECLARATION OF KENNETH PASQUALE IN SUPPORT OF APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF STROOCK &
STROOCK & LAVAN LLP AS COUNSEL, EFFECTIVE AS OF AUGUST 19, 2020**

I, Kenneth Pasquale state the following under penalty of perjury:

1.     I am a member of the firm of Stroock & Stroock & Lavan LLP ("Stroock"),
which maintains an office for the practice of law at 180 Maiden Lane, New York, New York
10038.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of New
York since December, 1990, and the United States District Court for the Southern and Eastern
Districts of New York.  I have also been a member in good standing of the State Bar of New Jersey
since 1990.

2.     I submit this declaration (the "Declaration") in support of the application
(the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the
above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778);
Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489);
Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM
Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy
SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors'
primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2]     Each capitalized term that is not defined herein shall have the meaning ascribed to such term in the Application

section 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas (as amended, the "Local Bankruptcy Rules"), to retain and employ Stroock as counsel to the Committee in connection with the Debtors' chapter 11 cases (the "Chapter 11 Cases"), effective as of August 19, 2020, which Application has been filed contemporaneously herewith.

3.        Except as otherwise noted herein, all statements made herein are based upon my knowledge, information and belief and/or information that has been obtained at my direction. Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Stroock, and are based on information derived from Stroock's internal records provided by them to me.

## QUALIFICATIONS OF STROOCK

4.        Stroock is well-suited to represent the Committee in connection with these Chapter 11 Cases.  Stroock possesses extensive experience, expertise and resources in all practice areas relevant to these Chapter 11 Cases, and is well-versed in all substantive and procedural aspects of chapter 11 proceedings.  Stroock is nationally recognized for having represented numerous official committees of unsecured creditors, ad hoc committees, individual creditors and investors in many chapter 11 cases in this district and others, including (a) official creditors' committees in the chapter 11 cases of, among others, *Aceto Corp., Advanced Glassfiber Yarns, LLC, Citadel Broadcasting Corp., Dayton Superior Corp., EP Energy Corporation, Extraction Oil & Gas, Inc., Formica Corporation, K-V Discovery Solutions, Inc., LSC Communications, Inc., M*Modal, McClatchy Company, Oglebay Norton Company, Portrait Corporation of America, Savient Pharmaceuticals, Inc., and Tropicana Entertainment, LLC*; and (b) ad hoc committees in

the chapter 11 cases of, among others, *21st Century Oncology, Inc., AAC Holdings Inc., American Gilsonite Company, AMF Bowling Worldwide, Inc., Appvion, Inc., Aquilex Holdings LLC, Avaya Inc., Brookstone Holdings Corp. I and II, Caesars Entertainment Operating Company, Inc., Cenveo, Inc., Deluxe Entertainment, Empire Generating LLC, Monitronics International, Inc., Neenah Enterprises, Inc., New Gulf Resources, Panda Temple Power LLC, Seadrill Limited, SFX Entertainment, Inc., TCI 2 Holdings, LLC, Texas Petrochemicals Corp., The Great Atlantic & Pacific Tea Co., Inc. I and II, Ultra Petroleum Corp., Vertis Communications,* and *Warren Resources*. In addition, Stroock frequently represents institutional and individual lenders, bondholders, equity holders and investors in both out-of-court restructurings and bankruptcy proceedings. Accordingly, Stroock is well qualified to address the potential legal issues that may arise in these Chapter 11 Cases, and is well-suited to represent the Committee in these Chapter 11 Cases in an efficient and timely manner.

## SERVICES TO BE RENDERED

5.      Subject to this Court's approval, Stroock is willing to serve as the Committee's counsel and to perform the services described in the Application. The Committee may, on occasion, request that Stroock undertake specific matters beyond the scope of the aforementioned responsibilities, and Stroock may, in its discretion, undertake any such specific matters. Stroock expects to coordinate its activities with proposed co-counsel, Cole Schotz, and proposed financial advisor, Conway MacKenzie, so that each firm may perform its respective duties in a timely and efficient manner without unnecessary duplication.

## PROFESSIONAL COMPENSATION

6.      Stroock shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the

Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. Stroock also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and the interim and final fee applications to be filed by Stroock in these Chapter 11 Cases.

7.     At present, the standard hourly rates of the Stroock attorneys and paraprofessionals expected to assist the Committee are as follows:

| | |
|---|---|
| Partners | $1,150 – $1,650 per hour |
| Associates/Special Counsel | $550 – $1,195 per hour |
| Paraprofessionals | $370 – $450 per hour |

8.     Stroock's hourly rates are set at a level designed to fairly compensate Stroock for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of each attorney or paraprofessional assigned. These hourly rates are subject to periodic adjustments in the normal course of Stroock's business, typically in January of each year.  In addition, other Stroock attorneys may be asked to assist in this representation, based upon the developing facts and circumstances of these Chapter 11 Cases.

9.     Stroock will also seek reimbursement of expenses incurred in connection with Stroock's representation of the Committee, including transportation, photocopying, delivery service, postage and package delivery, vendor charges, court fees, transcript costs, computer-aided research, airfare, meals (including overtime meals), lodging and other out-of-pocket expenses incurred in providing professional services.  In addition, Stroock will seek the reimbursement of

expenses that may be incurred by Committee members in connection with their service on the Committee.  Stroock will include any such expenses with its monthly fee statements.

10.      As of the date of this Declaration, Stroock has not received any compensation for its work on behalf of the Committee.

## **STROOCK'S DISINTERESTEDNESS**

11.      In connection with its proposed retention by the Committee in these Chapter 11 Cases, Stroock obtained from the Debtors a list of the names of individuals or entities that the Debtors identified as potential parties-in-interest in these Chapter 11 Cases (collectively, the "Debtors' Potential Parties-In-Interest List").  Stroock is informed that the Debtors' Potential Parties-In-Interest List includes, among others, the names of (a) the Debtors and the Debtors' non-debtor subsidiaries, (b) the Debtors' current managers and current and former officers and directors, (c) significant equity holders, (d) known current or former bondholders, (e) lenders, (f) loan agents and indenture trustees, (g) depository/disbursement banks, (h) insurance providers and brokers, (i) surety providers, beneficiaries and brokers, (j) creditors (including secured creditors), (k) material royalty and other interest owners, (l) litigation counterparties, (m) contract counterparties, (n) significant customers and competitors, (n) other parties, (o) Judges for the United States Bankruptcy Court for the Southern District of Texas, and (p) attorneys and staff for the Office of the U.S. Trustee.

12.      In preparing this Declaration, the names listed in the Debtors' Potential Parties-in-Interest List, together with the names of the members of the Committee (collectively, together with the Debtors' Potential Parties-in-Interest List, the "Potential Parties in Interest", which list is annexed hereto as **Annex 1**), were submitted to and searched within Stroock's electronic client database (the "Client Database").  The Client Database contains the names of Stroock's clients and certain conflict-related information.  One or more Stroock attorneys and

paraprofessionals then compared the list of Potential Parties-in-Interest to client matters that appeared in the Client Database, and any matches to names in the Client Database were compiled. In addition, a firm-wide email was issued to all Stroock attorneys requesting disclosure of any representation of or connection with the Potential Parties-In-Interest.

13.     Through the information generated from this search of the Client Database, the firm-wide inquiry and (if applicable) specific inquiries of certain Stroock personnel, it was determined that Stroock (its partners, counsel, associates and employees) has or had a connection with the persons or entities identified on **Annex 2** annexed hereto, in each case, on matters unrelated to the Debtors or the Chapter 11 Cases (except as otherwise noted herein).

14.     Out of an abundance of disclosure, certain of the representations reflected in **Annex 2** are also highlighted below.  The aggregate amount of fees collected by Stroock on account of Stroock's representation of each of the Parties-In-Interest identified in **Annex 2**, respectively, during the 12-month period from September 1, 2019 through August 31,2020 (the "**Measuring Period**"), was less than 1% of the total fee revenue collected by Stroock during the Measuring Period in the aggregate, except for (a) McKinsey and Company, which accounted for approximately 2.39% of the total fee revenue collected by Stroock during the Measuring Period in the aggregate, (b) American Express Company, which accounted for approximately 1.03% of the total fee revenue collected by Stroock during the Measuring Period in the aggregate, and (c) J.P. Morgan Investment Management, Inc., which accounted for approximately 10.88% of the total fee revenue collected by Stroock during the Measuring Period in the aggregate.

15.     In addition, Stroock has represented the Official Committee of Unsecured Creditors in the chapter 11 cases of EP Energy Corporation ("EP Energy") and its affiliated debtors and debtors-in-possession.  EP Energy (but not its Official Committee of Unsecured Creditors) is

listed by the Debtors as a competitor on the Debtors' Potential Parties-in-Interest List.  The plan of reorganization in the EP Energy bankruptcy cases was confirmed by order of this Court dated August 27, 2020, and upon the effective date of that plan (expected on or about October 1, 2020), the Official Committee of Unsecured Creditors will be disbanded and Stroock's representation will end.

16.     The electronic inquiry described above did not include a request for information related to any personal financial or brokerage accounts held by any Stroock attorneys or employees with any of the Potential Parties-In-Interest.  However, given that Stroock has over 500 attorneys and other employees, it is possible that certain attorneys and employees may hold financial, brokerage or personal accounts with one or more of the Potential Parties-In-Interest.

17.     Stroock is or has been engaged in a number of matters unrelated to these Chapter 11 Cases in which various parties-in-interest in these Chapter 11 Cases are also involved. Moreover, due to the nature and size of its practice, Stroock has or has had connections or relationships as counsel with many major law firms in most, if not all, major cities in the United States, which includes law firms representing creditors or other parties-in-interest in this case; all such relationships are on matters unrelated to these Chapter 11 Cases.

18.     From time to time, Stroock works with certain professional firms that have been retained by the Debtors or other parties in these cases and that may be rendering advice to other parties in interest in these cases.

19.     Because of the size, nature and complexity of these Chapter 11 Cases and the large number of parties involved, Stroock attorneys and employees, under my supervision and direction, have been and will continue to be engaged in an effort to identify all of Stroock's connections with the Debtors, their creditors, other parties-in-interest as well as their respective

attorneys and accountants.  Although Stroock has undertaken such an effort, it is possible that connections with some parties-in-interest have not yet been identified and/or that Stroock is unable to state with certainty which of its clients (or such client's affiliates) hold claims or otherwise are parties in interest in these cases.  Accordingly, this Declaration will be supplemented to the extent any information disclosed herein requires amendment or modification upon Stroock's completion of its review, or as additional information regarding parties-in-interest becomes available.

20.     Stroock does not represent any person or entity other than the Committee in matters related to the Chapter 11 Cases.

21.     Stroock has no agreement with any entity to share any compensation received by Stroock in connection with these Chapter 11 Cases, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

22.     I am not related, and to the best of my knowledge, no attorney at the firm has a connection with any United States Bankruptcy Judge or District Court Judge for the Southern District of Texas or to the United States Trustee for such district or any employee in the office thereof.

23.     Stroock will use reasonable efforts to comply with the UST Guidelines.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


September 18, 2020


/s/ Kenneth Pasquale
_____
Kenneth Pasquale
*Partner*, Stroock & Stroock & Lavan LLP

# <u>ANNEX 1</u>

**Debtors' Potential Parties in Interest List**

Debtors
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Bankruptcy Judges and Staff (for the Southern District of Texas)
Clerk of the Court
U.S. Attorney's Office (for the Southern District of Texas)
Banks
Bondholders/Noteholders/ Indenture Trustees
Bonding and Permitting Authorities
Contract & Joint Venture Counterparties
Current Directors
Current Officers
Known Affiliations of Board Members
Debtors Professionals (law firms, accountants and other professionals)
Former Officers and Directors (include senior management) and Affiliations
Insurance/Insurance Provider
Surety Bonds
Landlords and parties to leases
Lenders (Term/Revolver/Administrative and Collateral Agents)
Administrative and Collateral Agents
Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
Official Committee of Unsecured Creditors (Members and Professionals)
Material Royalties in Suspense (Greater than $100,000)
Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)
Members of Any Ad Hoc Committee
Non- Debtor Affiliates/Parent/Subsidiaries
Non-Debtors Professionals (law firms, accountants, and other professionals)
Ordinary Course Professionals
Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
Other Potential Parties in Interest
Parties to Material Contracts with the Debtors (>$1 Million in value remaining)
Parties to Material Unexpired Leases with the Debtors (Landlords)
Partnerships (if debtors is a partnership, its general and limited partners)
Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)
Regulatory and Government (Federal, State, and Local)
Significant Competitors
Significant Customers
Significant Shareholders (more than 5% of equity)
Shareholders/Equity Holders
Sponsors
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Third Party Benefits Provider
Top 50 Unsecured Creditors
UCC (Lien Search Results)
Unions (none)
United States Trustee and Staff (Southern District of Texas)
Utility Providers/Utility Brokers
Vendors/Suppliers
Notice of Appearance Party/Interested Party

**Debtors**
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Dynamic Offshore Resources NS, LLC
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
FW GOM Pipeline, Inc.
Galveston Bay Pipeline LLC
Galveston Bay Processing LLC
GOM Shelf LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
Apache GOM Pipeline, Inc.
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Dynamic Offshore Resources, LLC
Fieldwood Managing Member LLC
Galveston Bay Pipeline Company
Galveston Bay Processing Corporation
National Offshore LP
National Onshore LP
Northstar GOM, LLC
Northstar Gulfsands, LLC
SandRidge Energy Offshore, LLC
SandRidge Offshore, LLC
SandRidge Onshore, LLC
SPN Resources, LLC

**Bankruptcy Judges and Staff (for the Southern District of Texas)**
Chief Judge David R. Jones
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Albert Alonzo
Ana Castro
Jeannie Andresen
Jeannie Chavez
Kimberly Picota
LinhThu Do
Mario Rios
Rosario Sfproaldana

Tracey Conrfproad
Tyler Laws
Vriana Portillo
Eduardo V. Rodriguez

**Clerk of the Court**
David J. Bradley (Clerk of the Court)
Darlene Hansen (Clerk of the Court)

**U.S. Attorney's Office (for the Southern District of Texas)**
Ryan Patrick

**Banks**
ABN AMRO Bank N.V.
American Express
BBVA Bancomer, S.A.
Capital One, N.A.
Deutsche Bank AG
J.P. Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A
US Bank N.A.
Wilmington Trust, N.A.

**Bondholders/Noteholders/ Indenture Trustees**
None – N/A

**Bonding and Permitting Authorities**
Alabama Department of Conservation and Natural Resources
Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Florida Department of Environmental Protection
Louisiana Department of Natural Resources
Louisiana Office of Conservation
Mississippi Department of Marine Resources
National Marine Fisheries Services
National Oceanic and Atmospheric Administration
Railroad Commission of Texas
State of Texas, Railroad Commission
Texas General Land Office
The City of Texas City
United States Army Corps of Engineers
United States Coast Guard
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Homeland Security
US Office of Natural Resources Revenue

**Contract & Joint Venture Counterparties**
Acadian Contractors, Inc.
Amerada Hess

American Eagle Logistics, LLC
Anadarko Petroleum Corporation
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Shelf Exploration LLC
Apache Shelf, Inc.
A-Port LLC
Black Elk Energy Offshore Operations
Black Elk Energy Offshore Operations, LLC
BNP Paribas Trading
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
Cardinal Services, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Chevron Corporation
Chevron U.S.A. Inc.
Coastal Chemical Co., LLC
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
ConocoPhillips Company
Cypress Point Marine
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Dynamic Industries, Inc.
Dynamic Offshore Resources, LLC
Energy XXI GOM, LLC
Energy XXI Onshore, LLC
ENI Petroleum US LLC
Ensco Offshore Company
Enterprise Gas Processing, LLC
Exterran Energy Solutions, L.P.
Fluid Crane & Construction, Inc.
Foothill Capital Corporation
Gulf Crane Services
HCC International Insurance Company PLC
Hunt Oil Company.
Intertek USA, Inc.
Island Operating Co., Inc.
J. Aron & Company
Jerel Exploration, Inc.
JX Nippon Oil Exploration
Kilgore Marine Services, LLC
Lime Rock Resources
Linear Controls, Inc.
Louisiana Safety Systems, Inc.

LRR Energy, LP
Magnum Hunter Resources
Marathon Oil Company
Martin Energy Services LLC
Matthew Dundrea (Trustee)
Monson Gulf, L.L.C.
Multiklient Invest AS
Noble Energy, Inc.
Noble Energy, Inc.
Noble Energy, Inc.
Northwestern Mutual Life Insurance Company
Offshore Services of Acadiana, LLC
Olympic Seismic Ltd.
ORX Exploration, Inc.
ORX Resources, L.L.C.
Pacific Enterprises
Palace Exploration Company
Panaco, Inc.
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
PHI, Inc.
Quality Energy Services, Inc.
Riverstone Holdings LLC
Riverstone Holdings LLC
Riverstone Sparta Cooperatief U.A.
RLI Insurance Company
Sandridge Energy, Inc.
SEI
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Frontier Oil & Gas Inc.
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Land & Energy Company
Shell Offshore Inc.
Shell Oil Company
Shell Trading Risk Management, LLC
Solar Turbines Incorporated
Stone Energy Offshore, L.L.C.
Targa Resources
TDC/Petrobas
Texaco
TGS-NOPEC Geophysical Company
Total Safety U.S., Inc.

U.S. Recovery Systems, Inc.
WesternGeco L.L.C.
Wood Group PSN, Inc.
XTO Energy Inc.
Zenergy, Inc.
Zurich American Insurance Company

**Current Directors**
Bartow Jones
James LaChance
James Painter
Jason Dillow
Jason Mudrick
Mark S. Boyadjian
N. John Lancaster, Jr.

**Current Officers**
Bart Neighbors
Brandon DeWolfe
Gary G. Janik
Gary Mitchell
James P. Brysch
John Deck
John Dwyer
John H. Smith
John Pritchett
John Seeger
Kelly Frazier
Mark Mozell
Michael T. Dane
Patrick Eiland
Thomas R. Lamme
William "Bill" Swingle

**Known Affiliations of Board Members**
4Gas BV
A. Hak inTANK Services LLC
Abaco Energy Technologies LLC
AG Global Canada, L.P.
Apache
aPriori Capital Partners L.P.
Atlas Barnett, LLC
Belden & Blake Corp.
Bounty Minerals II LLC
Bounty Minerals LLC
Buckeye GP Holdings L.P.
Buckeye Partners, L.P.
Capital C Energy, LLC
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.

CDM Resource Management LLC
Centennial Resource Development, Inc.
Cobalt International Energy, Inc.
Credit Suisse
DLJ Merchant Banking Partners
Dresser, Inc.
Dynamic Energy Services International LLC
Dynamic Offshore Resources, LLC
Enduro Resource Partners LLC
EP Energy Corporation
EP Energy LLC
Frontier Drilling ASA
Goldman Sachs & Co. LLC
Green Earth Fuels, LLC
Hudson Products Corp.
Kerogen Exploration LLC
Kinder Morgan Kansas, Inc.
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Magellan GP, LLC
Magellan Midstream Partners, L.P.
MainLine Management LLC
Mariner Energy, Inc.
Maritech Resources
Niska Gas Storage Ltd.
Northstar Offshore Group LLC
Permian Tank & Manufacturing, Inc.
Plains Gas Solutions, LLC
Plains Resource
Quorum Business Solutions, Inc.
Red Technology Alliance, LLC
Riverstone Energy Limited
Riverstone Holdings LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
Seabulk International, Inc.
Shelter Bay Energy, Inc.
Stallion Oilfield Services Ltd.
Targe Energy LLC
The Carlyle Group L.P.
The Goldman Sachs Group, Inc.
Titan Specialties, Ltd.
Topaz Power Group LLC
Trinity River Energy, LLC
Tuck School of Business at Dartmouth
UTEX Industries
Vantage Energy Inc.

Ward Lake Drilling Inc.
Wayne Fueling Systems
XTO Energy Inc.

**Debtors Professionals (law firms, accountants and other professionals)**
AlixPartners, LLP
Houlihan Lokey Capital, Inc.
Jones Walker LLP
Prime Clerk LLC
Simpson Thacher & Bartlett LLP
Thompson & Knight LLP
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management) and Affiliations**
David M. Leuschen
David McBride
Doug MacAfee
G.M. McCarroll
Howard Tate
James P. Ulm
Jill Curry
Joel Plauche
John Nicholson
Michael T. Dane
Paul Gluth
Pierre F. Lapeyre Jr.
R. Cris Sherman
Richard Black
Shannon Savoy

**Insurance/Insurance Provider**
AEGIS
AIG OIL Rig
Aliant, Inc.
Alliance Global Corporate and Specialty SE
Alliant, Inc. CAC Specialty
American International Group UK Ltd.
Anco Insurance Services of Houston, Inc.
Antares
Apollo Marine & Energy Consortium
Appollo Syndicate Management
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Argo
Ark
Ascot Syndicate 1414 at Lloyd
AXA XL
AXIS
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)

Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bishopsgate Insurance Brokers
CAC Specialty
Canopius Managing Agents Limited
Chubb
Chubb Limited
CNA Hardy
Convex Insurance UK Limited
CV Starr
Europe SE
European Company Operations
Great American Insurance Group
Hamilton / Hamilton Insurance DAC
HCC International Insurance Company PLC
HDI Global Specialty SE
Hiscox
Houston Casualty Company (UK Branch)
Ironshore
Kersey Specialty Limited
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
MRS
MS Amlin Underwriting Limited
Munich Re Syndicate Limited
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Navigators Underwriting Agency Ltd
NOA
OIL Casualty Insurance
Old Republic
Old Republic Insurance Company
Price Forbes & Partners Ltd
QBE
SOMPO International
Starr Aviation
Starr Indemnity & Liability Company
Swiss Re International
Swiss Re International SE UK Branch
Talbot Underwriting Ltd
The Chaucer Group
The Great American Insurance Company
Thomas Miller Specialty
Tokio Marine

Traveler's Lloyd's Insurance Company
Travelers Lloyd's Insurance Company
U.S. Specialty Insurance Company
USI Southwest
Willis Towers Watson
Willis Towers Watson US, LLC
XL Catlin
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company of Illinois

**Surety Bonds**
Alliant - Aspen
Alliant - Berkley
Alliant - Everest Re
Alliant - Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Anadarko
Apache Corporation
Apache Shelf, Inc.
Aspen
AXA
Berkley Insurance Company
Berkley Offshore
Berkshire Hathaway Specialty Insurance
BP Exploration & Oil Inc.
Chevron U.S.A. Inc.
ConocoPhillips Company
Department of Homeland Security
Deutsche Bank AG
Deutsche Bank AG New York Branch
Endurance American Insurance
ENI
ENI Petroleum US LLC
EOG Resources, Inc.
Everest Re
Evergreen National Indemnity Company
Hanover Insurance Company
Houston Casualty Company
IndemCo - HCC
IndemCo - Ironshore
IndemCo - Lexon
IndemCo - Swiss Re

Ironshore Europe Limited
Ironshore Indemnity Company
Ironshore Specialty Insurance Company
JX Nippon Oil Exploration (USA) Limited
Lexon Insurance Company
Liberty
Liberty Mutual Europe
Liberty Mutual Insurance Company
Louisiana Office of Conservation
Manta Ray Offshore Gathering Company, L.L.C.
Marathon Oil Company
McMoran Oil & Gas, LLC
Noble Energy
Noble Energy, Inc.
Petrobas Americas Inc.
Philadelphia Indemnity Insurance Company
RLI
Shell Offshore Inc.
Sirius Americas Insurance Co.
SOMPO International
State of Texas, Railroad Commission
TDC Energy LLC
The City of Texas City
Tokio Marine
Travelers
Travelers Casualty & Surety Co.
Union Oil Company
Union Oil Company
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
Williams Companies (Gulfstar One LLC)
Willis - Evergreen
Willis - Zurich
XL Catlin
XL Specialty Insurance Company
XTO Offshore Inc.
Zurich American

**Landlords and parties to leases**
Apache Corporation
Behringer Harvard Briarlake Plaza Owner, LLC
Cheyenne Services, LLC
The Lubrizol Corporation
One BriarLake Plaza Owner, LLC
Ronnie White Custom Homes, L.L.C.

**Lenders (Term/Revolver/Administrative and Collateral Agents)**
Aegon Asset Management
Apex Credit Partners LLC

Babson (Barings)
Bank of America, N.A.
Bardin Hill
Bardin Hill Loan Management LLC
Blackrock Financial
Bluebay Asset Management
Brown University
Canaras Capital
Cantor Fitzgerald
CIFC Asset Management
Citibank, N.A.
Cohanzick Management, LLC
Columbia Management Inv.
Continental Casualty Co.
Eaton Vance Management
Ellington Management Group LLC
Federated Investment
Franklin
Goldman
Graham Capital Management
Highland Capital / Highland Capital Management, L.P.
Hotchkis N Wiley Cap Mgt.
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Jefferies Holdings
JPMorgan Chase Bank, N.A.
Monroe Capital Management LLC
Morgan Stanley
Mudrick Capital /Mudrick Capital Management, L.P.
Newfleet * Hartford
Nexbank
Oaktree Capital
P.Schoenfeld Asset Management
Pretium Credit Mgmt., LLC
SI Capital LLC
Silvermine Capital Management LLC
Stifel Financial Corp.
Swiss Life Asset Management
Symphony Asset Management
Symphony Asset Management LLC
THL Credit Advisors LLC
Thrivent Financial
Wellington Management
Z Capital Group L.L.C.
Zais Group LLC

**Administrative and Collateral Agents**
Cantor Fitzgerald Securities
Citibank, N.A.
Cortland Capital Market Services LLC

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**
Antonio Smith, Jr.
Arnulfo Garcia
Aspen American Insurance Company
Bowie Lumber
Bowie Lumber Associates
Calvin Abshire
Clayborne Lewis
Contango Operators, Inc.
Derrick Daniels
Edward Randall
Gilberto Gomez Rojas
Glenn Gibson
Gulf Resource Management, Inc.
Hoactzin Partners, L.P.
JamesDerrick, III
Kevin Gray
Knight Energy Holdings, LLC
Lee Bob Rose
Lionel Every and Shawn Philbeck
Nicholas Verdin
Northstar Offshore Group, LLC
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Ray Sam
Regis Southern
Rodi Marine, LLC
Ronald Williams
Tana Exploration Company
The Bureau of Safety and Environmental Enforcement (BSEE)
The Parish of Cameron
Timothy Tores
Tomas Arce Perez
Tomas Perez
Toys O'Neil
Travelers Casualty and Surety Company of America
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Trustee (Texas)
Valero Marketing and Supply Company

**Material Royalties in Suspense (Greater than $100,000)**
Diverse Operating Company
Hal G Kuntz Estate
Office of Natural Resources Revenue

Sybil Maria Calhoun

**Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)**
Duplicative = See Vendors/Suppliers

**Members of Any Ad Hoc Committee**
Not available at this time

**Non- Debtor Affiliates/Parent/Subsidiaries**
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
GOM P&A Services LLC
REP Management Company V, LLC (Riverstone Management)
Riverstone Credit Opportunities
Riverstone Fund V
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Holdings, LLC
SP 49 Pipeline LLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Davis Polk & Wardwell LLP
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Haynes and Boone, LLP
Holland & Knight LLP
Intrepid Partners, LLC
Opportune LLP
Rothschild & Co US Inc.
Shipman & Goodwin LLP
Vinson & Elkins LLP

**Ordinary Course Professionals**
Adams and Reese LLP
Beck Redden LLP
Blank Rome LLP
BRI Consulting Group, Inc.
Briney Foret Correy, LLP
Buck Keenan LP
C.H. Fenstermaker & Associates
Capitelli & Wicker
Capitol Services, Inc.
Corbett & Schreck, PC

Daigle Fisse & Kessenich, PLC
Deutser, LLC
Ernst & Young LLP
Ernst & Young Product Sales LLC
Gieger Laborde & Laperouse LLC
Hartline Barger LLP
Hill and Knowlton Strategies LLC
Holman Fenwick Willan USA LLP
Jackson Lewis P.C.
John & Hengerer
Johnson, Yacoubian & Paysse
                    Jones Walker LLP
                    King & Jurgens, LLC
King Krebs & Jurgens
KPMG LLP
Law Office of Kevin M Sweeney
Liskow & Lewis APLC
Matthew Schreck
Mayer Brown, LLP
Mouledoux Bland Legrand Brackett
N Darlene Walker & Associates
PricewaterhouseCoopers LLP
Riveron Consulting LLC
ROP Ventures LP
Ryan, LLC
Ryder Scott Company LP
Schiffer Odom Hicks & Johnson, PLLC
Sirius Solutions, LLP
Skinner Law Firm, LLC
Thompson Coburn LLP
Wood Mackenzie Inc.

**Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)**
Atlantic Maritime Services LLC
Deutsche Bank AG
Diverse Safety & Scaffolding LLC
Goldman Sachs Bank USA

**Other Potential Parties in Interest**
Adobe Resources Corporation, et al.
Alfred Wagner, Jr.
Alliance Operating Corporation
Amerada Hess Corporation
Amoco Production Company
Anadarko Petroleum Corporation
Apache Corporation
Arkansas Fuel Oil Corp.
Ashland Oil, Inc., et al.
Atlantic Richfield Company
Barrett Resources Corporation
BP Exploration & Oil Inc.

BP Exploration & Production Inc.
C.A. Black, Jr.
Cabot Corporation, et al.
Cabot Oil & Gas Corporation
California Oil Company
Callon Petroleum Operating Company, et al.
Case-Pomeroy Oil Corporation
Castex Offshore, Inc.
Castex Offshore, LLC
Chevron Oil Company
Chevron U.S.A. Inc.
Chieftain International (U.S.) Inc., et al.
Cities Service Company, et al.
Cities Service Oil Company, et al.
City Services Oil Company, et al.
CNG Producing Company
Coastal Oil & Gas Corporation, et al.
Conoco Inc.
Continental Oil Company
Corpus Christi Exploration Company
Crown Central Petroleum Corporation, et al.
Devon Energy Production Company, L.P.
Diamond Shamrock Offshore Partners Limited Partnership
Dominion Exploration & Production, Inc., et al.
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Energy Development Corporation, et al.
EPL of Louisiana, L.L.C.
Exxon Corporation
Flores & Rucks, Inc.
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Forest Oil Corporation
General Crude Oil Company, et al.
Getty Oil Company, et al.
Gulf Coast Oil Properties,
Gulf Oil Corporation
Gulf Refining Company
Hall-Houston Exploration III, L.P.
Hall-Houston Oil Company
Hamilton Brothers Oil Company, et al.
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Helis Oil & Gas Company, L.L.C., et al.
Howell Petroleum Corporation
Humble Oil & Refining Company
Hunt Oil Co.
IP Petroleum Company, Inc., et al.
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
LLOG Exploration Offshore, Inc.

Macquarie Group
Magnolia Petroleum Company
Magnum Hunter Production, Inc.
Marathon Oil Company, et al.
Mariner Energy, Inc.
Mark Producing, Inc., et al.
Mesa Petroleum Co., et al.
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Murphy Oil USA, Inc., et al.
Myrna McLeroy
Newfield Exploration Company
Norcen Explorer, Inc.
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
Pan American Petroleum Corporation
Pelto Oil Company
Pennzoil Exploration and Production Company
Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Petsec Energy Inc.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Exploration Company LP
Pogo Producing Company
Prisma Capital Partners LP
Ranger Oil Limited
Remington Oil and Gas Corporation, et al.
Saltex Exploration Inc.
Samedan Oil Corporation
Seneca Resources Corporation
Shell Offshore, Inc.
Shell Oil Company
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sinclair Oil & Gas Co., et al.
Skelly Oil Company, et al.
Sohio Petroleum Company
Sonat Exploration Company, et al.
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
Standard Oil Company of Texas
Stone Energy Corporation
Sun Oil Company
Superior Oil Company, et al.
Tenneco Oil Company
Tennessee Gas Transmission Company
Texaco Exploration and Production Inc.

Texaco, Inc.
Texasgulf Inc., et al.
Texoma Production Company, et al.
The British-American Oil Producing Company
The Houston Exploration Company
The Louisiana Land and Exploration Company
The Superior Oil Company
The William G. Helis Company, L.L.C., et al.
Trade & Development Corporation
Transco Exploration Company, et al.
TransOcean Oil, Inc., et al.
TXP Operating Co.
TXP Operating Company
Union Exploration Partners, Ltd.
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Vastar Resources, Inc.
Vastar Resources, Inc., et al.
William T. Burton

**Parties to Material Contracts with the Debtors (>$1 Million in value remaining)**
Duplicative See Contract & Joint Venture Counterparties; Partnerships; Significant Customers

**Parties to Material Unexpired Leases with the Debtors (Landlords)**
Duplicative See Landlords and Parties to Leases

**Partnerships (if debtors is a partnership, its general and limited partners)**
Energy XXI GOM, LLC
Stone Energy Offshore, L.L.C.

**Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)**
Ecopetrol America LLC
Houston Energy Deepwater Ventures I
Office of Natural Resources Revenue
Red Willow Offshore LLC
State of Louisiana
Talos Energy Offshore, LLC
TGS-Nopec Geophysical Co LP
Wild Well Control Inc.

**Regulatory and Government (Federal, State, and Local)**
Alabama Department of Conservation & Natural Resources
Alabama Dept. of Environmental Mgmt.
American Bureau of Shipping
American Petroleum Institute
Bonnie R Higgins
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Safety and Environmental Enforcement ("BSEE")

Cameron Parish Clerk Of Court
Cameron Parish Water District #9
City of Texas City, Texas
Delaware Secretary of State
Department of Finance State Comptroller's Office
Department of Interior
Department of Justice
Dolphin Land and Sea
U.S. Environmental Protection Agency ("EPA")
Environmental Protection Agency- Region 7
Federal Energy Regulatory Commission ("FERC")
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
FINRA
Ground Water Protection Council
Gulf of Mexico Outer Continental Shelf (OCS) Region
Independent Petroleum Association of America
Internal Revenue Service
International Association of Defense Counsel
U.S. Internal Revenue Service ("IRS")
Interstate Oil and Gas Compact Commission (IOGCC)
Jefferson Davis Parish
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jerry J. Larpenter Sheriff and Tax Collector
Lafourche Parish Clerk
Leland Falcon
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Income and Franchise tax
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Property Tax
Louisiana State Land Office
Louisiana State Police
MARPOL
Minerals Management Service (MMS)
National Ocean Industries Association
Occupational Safety and Health Administration ("OSHA")
Office of Natural Resources Revenue ("ONRR")
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Plaquemines Parish Clerk of Court
Plaquemines Parish Government
Plaquemines Parish Sheriff Office
Railroad Commission of Texas
Roma Independent School District

Secretary of State for Texas
Southwest Louisiana Elect Membership Corp
St. Bernard Parish Clerk of Court
St. Martin Parish Sheriff's Office
St. Mary Parish Government
State Bar of Texas
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Franchise Tax
Texas General Land Office
Texas local property taxes
Texas Parks & Wildlife
The Bureau of Ocean Energy Management
The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Railroad Commission of Texas (RRC)
The Secretary of Transportation
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Office of Natural Resources Revenue
U.S. Securities and Exchange Commission
United States Coast Guard
United States Custom and Border Protection (CBP),
United States Department of Justice Civil Division - Bureau of Land Management
U.S. Army Corp. of Engineers
U.S. Dept. of Interior / BOEM
U.S. Office of Natural Resources Revenue
United States Department of The Treasury
Us Dept. of Commerce - NOAA
Vermilion Parish Police Jury
Vermillion Parish Clerk of Court
World Affairs Council of Greater Houston

**Significant Competitors**
Amerada Hess
Anadarko Petroleum Corporation
Antero Resources
Arena Energy
BHP
BP Energy Company
Bridge
Bridger Trading LLC
Buckeye Partner LP
CanEra
Chevron Corporation
Chevron U.S.A. Inc.
Cobalt International Energy

Consol Energy
Davis Offshore Partners LLC
Davis Petroleum Acquisition Corp
Dresser
Dynamic Offshore Resources
Energy XXI
ENI Petroleum US LLC
EnVen
EP Energy
EQT
Equinor
ExxonMobil
ExxonMobil Corporation
Foresight Energy LLC
Freeport-McMoRan
Gibsons
Gulfport Energy Corporation
Kinder Morgan
LLOG Exploration Company
Murphy Oil Company
Noble Energy, Inc.
Northern Resources Inc.
Northwestern Mutual Life Insurance Company
Phillips 66
Phoenix Exploration
Ridgewood Energy ILX Holdings
SandRidge Energy Inc
Shell Exploration & Production Company
Shell Trading (US) Company
Stone Energy Offshore, L.L.C.
Talos Energy LLC
Three Rivers Operating Company LLC
UTEX
Vantage Energy
W&T Offshore Inc.
Walter Oil & Gas Corporation

**Significant Customers**
Air Liquide Large Industries U.S. LP
Ankor Energy LLC
Apache Corporation
Arena Energy
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.,
Catapult Exploration, LLC
Chaparral Energy Inc.
Chevron USA Inc.
Cimarex Energy Co
Cintas Corporation No 2
ConocoPhillips Company

DTE Energy Trading, Inc.
Dugas Oil Co.
Duke Energy Carolinas, LLC
Encino Operating, LLC
Energy XXI
ENI Petroleum US LLC
ENI US Operating Co.
EOG Resources
ExxonMobil Corporation
Freeport McMoran Oil & Gas LLC
GOM Offshore Exploration I LLC
Helis Oil & Gas Company LLC
Hilcorp Energy Company
Linder Oil Co, A Partnership
LLOG Exploration Company
Marathon Oil Company
Maritech Resources Inc.
Monforte Exploration LLC
Montco Oilfield Contractors LLC
NJR Energy Services Co.
Noble Energy, Inc.
Osprey Petroleum Partners LP
Petsec Energy Inc.
Placid Refining Company
Plains Marketing LP
Probe Resources Us Ltd
Renaissance Offshore, LLC
Rooster Petroleum LLC
Scana Energy Marketing Inc.
South Jersey Resources Group, LLC
Southern Natural Gas Co. LLC
Statoil Gulf Services LLC
Stone Energy Corporation
Talos Energy LLC
Tana Exploration Company LLC
Tenaska
Tenkay Resources Inc.
Texla Energy Management, Inc.
The Energy Authority
TMR Exploration Inc.
TR Offshore LLC
Venice Energy Services Company LLC
Venice Energy Services Company LLC
Vitol, Inc.
W&T Offshore Inc.
Walter Oil & Gas Corporation
WGL Midstream, Inc.
Williams Energy Marketing
Williams Energy Services Company
Williams Gas Pipeline

**Shareholders/Equity Holders:**
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Ascension Alpha Fund LLC
Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
AZL Blackrock Global Allocation Fund
Baloise Senior Secured Loan Fund I
Barclays Capital Inc.
Bardin Hill
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited
Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.
Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.

Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A
BLLC 2013-I ETB, Inc. c/o Barings LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
BofA Securities Inc.
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Brandon Dewolfe
Brian Logan
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Brown University
Brown University - Sound Point
C.M. Life Insurance Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Citigroup Global Markets Inc.
City of New York Group Trust
CM Life Insurance Co
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
David B. Buddrus
David Richard Pfister
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Douglas MaCafee
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund

Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
Eugene S. Wissinger
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Fieldwood Energy Inc.
Fieldwood Management LLC
First Trust Senior Floating Rate Income Fund II
Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
G. M. McCarroll
Gary G. Janik
Gary Mitchell
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
HFRO Sub, LLC
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund
Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund

Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds
Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
James Brysch
James Patrick Eiland
Jefferies LLC
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
John H. Smith
John P. Seeger
John Pritchett
John W. Deck
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kapitalforeningen Investin Pro. US Leveraged Loans I
Kelly Frazier
Kenneth W. Bramlett
LP Credit Opportunity Master Fund Ltd.
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Mark Magner
Mark R. Mozell
Mary L. Kaiser
Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund
MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund

Menard Inc.
Menard, Inc.
Mercer
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I
Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Mercer QIF Fund PLC
MFP Partners, L.P.
Michael Clark
Michael Dane
Michael Greenspoon
MJX Asset Management LLC
MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mudrick
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
Nexpoint Credit Strategies Fund
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Diversified Dividend and Income Plan
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
Oaktree
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Paul Gluth
Paul Wilen
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset IT c/o Principal Global Investors TR Co.
Principal Funds Inc. - Diversified Real Asset Fund
REL Batavia Partnership LP
REL US Partnership LLC
Richard H. Gartner

Richard Haralson
Brighthouse Funds Trust I C/O Eaton Vance Management
Riverstone
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Partners -B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V AIV-A LP
Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone V FW Coinvest Holdings LP
Riverstone V FW Holdings Sub LLC
Robert Moore
Robert Sergesketter
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
Santa Barbara County Employees' Retirement System LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Schmidt
Senior Debt Portfolio c/o Eaton Vance Management
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
South Carolina Retirement Systems Group Trust
Stuart Douglas Lunn
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
Teachers' Retirement Allowances Fund
Texas County and District Retirement System
The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
Thomas R. Lamme

Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
Valcour Credit Income Partners Master Fund Ltd.
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Virtu Americas LLC
William B. Swingle

**Sponsors**
REL US Partnership LLC
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy V FW Partnership LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone V FW Holdings Sub, LLC
Riverstone V RCO Loan Investment AIV, LLC

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Aldine I.S.D (TX)
Alabama Department of Revenue
Ann Harris Bennett Harris County Tax Assessor
Atascosa County
Baldwin County Judge of Probate (AL)
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Bureau of Revenue and Taxation (LA)
Burleson Tax Collector
Calhoun County Clerk (TX)
Cameron Parish (LA)
Chambers County (TX)
Charterwood MUD
City of Corpus Christi/Nueces County (TX)
City of Lafayette (LA)
City of New Iberia
Colorado County Central Appraisal District (TX)
Colorado County Clerk

County of Galveston, Texas
County of Morton (KS)
Cypress Fairbanks Independent School District
Daniel Hutter, Tax Assessor/Collector
Denton County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor- Collector (TX)
Generation Park Mgmt. Dist.
Greater Houston Women's Chamber of Commerce
Greens Parkway M.U.D.
Harris County
Harris County Tax Assessor-Collector (TX)
Iberia Parish Clerk of Court (LA)
Iberia Parish Tax Collector (LA)
Internal Revenue Service
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Parish (LA)
Kenedy County Tax Collector (TX)
Klein ISD
LA Department of Motor Vehicles (LA)
Lafayette Parish LA
Lafayette Parish Sheriff's Office (LA)
Lafourche Parish Sheriff's Office (LA)
Lavaca County (TX)
Lee County Tax Collector
Leland Falcon, Sheriff & Ex Officio Tax Collector
Live Oak County Appraisal District
Live Oak County TX
Louisiana Department of Revenue
Louisiana Dept. of Natural Resources
Matagorda County Clerk (TX)
Matagorda County Tax Assessor - Collector (TX)
Mike Sullivan, Tax Assessor- Collector (TX)
Mississippi Department of Revenue
Mississippi Secretary of State
MS Department of Revenue
Nueces County Clerk (TX)
Office Pavilion- Houston (TX)
Offshore Operators Committee
Oscar Vasquez, RTA
Palacios ISD Tax Assessor-Collector (TX)
Plaquemines Parish (LA)
Probate Court of Mobile County
Refugio County Tax Assessor- Collector (TX)
Rio Grande City CISD Tax Office (TX)
Sheldon Independent School District (TX)
Sheriff & Ex-Officio Tax Collector
Spring Branch I.S.D (TX)
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)

St. Landry's Parish (LA)
St. Mary Parish (LA)
Starr County (TX)
State of Alabama
State of Louisiana
State of Louisiana, Department of Natural Resources
State of Texas
Terrebonne Parish Clerk of Court (LA)
Texas Comptroller of Public Accounts
Texas Department of Revenue
Town of Grand Isle (LA)
Vermilion Parish (LA)
West Harris County Mud# 1 (TX)
Wharton County Clerk (TX)
Wharton County Tax Assessor- Collector (TX)

**Third Party Benefits Provider**
ADP, LLC
AHS Walk in Clinic, Inc.
BlueCross BlueShield of Texas
Center for Work Rehabilitation, Inc.
CVS Caremark
Delta Dental
Disa Inc.
Fidelity Investments
Kronos, International
Symetra Life Insurance Company
Taxsaver Plan Flexible Benefit Plan
Teladoc, Inc.
The Guardian Life Insurance Company
Vision Service Plan Insurance Company
Zurich American Insurance Company

**Top 50 Unsecured Creditors**
Acadian Contractors Inc.
AGI Industries Inc.
Aker Solutions Inc.
Alliant Insurance Services, Inc.
American Eagle Logistics LLC
Anadarko US Offshore LLC
A-Port LLC
Atlantic Maritime Services Inc.
Baker Hughes Oilfield Operations Inc.
Chevron USA Inc.
Clariant Corporation
Coastal Chemical Co. LLC
Cox Operating LLC
Davis Polk & Wardwell LLP
Diverse Safety and Scaffolding LLC
Dynamic Industries Inc.
E&C Finfan, Inc.

Fluid Crane & Construction Inc.
FMC Technologies Inc.
Gate
Gulf Crane Services, Inc.
Halliburton Energy Services, Inc.
Hunting Energy Services, LLC
Island Operating Company Inc.
Kilgore Marine Services Inc.
Linear Controls Inc.
LLOG Exploration Company
Long View Systems Corp
Louisiana Safety Systems Inc.
Oceaneering International Inc.
Offshore Energy Services, Inc.
Onesubsea LLC
Petroleum Helicopters Inc.
Petrophysical Solutions Inc.
Pharmasafe Industrial Services Inc.
Prime Tank LLC
Professional Rental Tools LLC
<u>Rignet Inc.</u>
Schlumberger Technology Corporation
Solar Turbines Incorporated
Subsea 7 US LLC
Superior Energy Services LLC
Tana Exploration Company LLC
Tetra Applied Technologies, Inc.
Trendsetter Engineering Inc.
W&T Offshore Inc.
Warrior Energy Services Corporation
Wood Group PSN Inc.
Workstrings International, LLC
XTO Energy Inc.


**<u>UCC (Lien Search Results)</u>**
Anadarko Petroleum Corporation
Ankor E&P Holdings Corporation
Apache Corporation
Apache Offshore Investment GP
Apache Shelf Exploration
Apache Shelf Exploration LLC
Arena Energy LP
Arena Offshore LP
Badger Oil Corporation
Bandon Oil and Gas LP
Bennu Oil & Gas LLC
Bennu Oil & Gas, LLC
BP America Production Company
Calypso Exploration, LLC
Calypso Exploration, LLC

Canon Financial Services, Inc.
Cantor Fitzgerald Securities
Castex Offshore, Inc.
Castex Offshore, Inc.
Castex Offshore, Inc.
Challenger Minerals Inc.
Chevron U.S.A. Inc.
Citibank, N.A
CL&F Resources LP
Corporation Service Company, as Representative
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
Davis Offshore, L.P.
Davis Offshore, L.P.
Dorado Deep GP, LLC
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LC
Dynamic Offshore Resources NS, LLC
El Paso Production Company
Energy Resource Technology GOM Inc.
Energy XXI GOM LLC
Entech Enterprises, Inc.
Enven Energy Ventures LLC
Field Energy LLC
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
FW Finco LLC
GOM Shelf LLC
Gome 1271 LLC
Gulfsands Petroleum
HE&D Offshore LP
HEDV King Cake, LLC
Helis Oil & Gas Company LLC
Hillcrest GOM, Inc
Houston Energy LP
ILX Prospect King Cake, LLC
Imagenet Consulting, LLC
Knight Resources, LLC
Lamar Hunt Trust Estate
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company
LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, L.L.C.
M21K LLC

Macquarie Corporate and Asset Funding Inc.
Maritech Resources Inc.
Monforte Exploration LLC
Murphy Exploration & Production Company – USA
Northstar Offshore Group LLC
Northwestern Mutual Life
Online Resources Inc.
Palm Energy Offshore LLC
Peregrine Oil and Gas LP
Petrobras America Inc.
Petroquest Energy LLC
Pisces Energy LLC
Red Willow Offshore, LLC
Ridgewood King Cake, LLC
SCL Resources LLC
STX Energy E&P Offshore Mgmt LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos Resources LLC
Tammany Oil & Gas LLC
Tana Exploration Company LLC
TC Oil Louisiana LLC
The Louisiana Land & Exploration Co LLC
W & T Energy VI
W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore, Inc.
W&T Offshore, LLC
Walter Oil & Gas Corporation

**Unions**
None – N/A

**United States Trustee and Staff (Southern District of Texas)**
Henry G. Hobbs, Jr., US Trustee
Alicia McCullar, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Christine March, Trial Attorney
Christy Simmons (Bankruptcy Analyst)
Clarissa Waxton (Bankruptcy Analyst)
Diane Livingstone, Assistant U.S. Trustee
Glenn Otto (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Hector Duran, Trial Attorney
Jacqueline Boykin (Legal Data Technician)
Jayson B. Ruff, Trial Attorney
Linda Motton (Paralegal Specialist)
Luci Johnson-Davis (Paralegal Specialist)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Stephen Statham, Trial Attorney

**Utility Providers/Utility Brokers**
AT&T Corp.
AT&T Mobility
Cameron Telephone Company
Coastal Environmental Services, LLC
Elite Communication Services Inc.
Entergy Louisiana LLC
Granite Telecommunications
Jackson Electric Coop Inc.
Jefferson Davis Electric Cooperative Inc.
Knight Security Systems LLC
Logix Fiber Networks
Long View Systems Corp.
Reliant Energy Retail Services, LLC
Rig Net Inc.
San Leon Municipal Utility District
Southwest Louisiana Elect Membership Corp.
Texas Excavation Safety Systems, Inc.
Total Waste Solutions, LLC
Town of Grand Isle
Verizon Wireless
 Waste Connections Bayou, Inc.
Waste Management, Inc.

**Vendors/Suppliers**
1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A2D Technologies Inc.
Aaron Oil Company Inc.
AB Trafton Inc.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
Acme Truck Line Inc.
ACS Flooring Group Inc.
ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adapt Concepts, LLC

Add Energy LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions
Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
Aggreko LLC
Agilink Technologies Inc.
Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Ali Ghazi Alsalmani
Alice Faye Sabine
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Offshore LLC
Alliant Insurance Services, Inc.
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
American Erecting Co
American Pollution Control, Corp. (AMPOL)
American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.

Amy Marie Gray-Filer
Andre Bernard
Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Anne Shannon Spiller
Annette Moore Moss
Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Anthony James Johnson
Aok Windshields, Inc.
Aon Risk Services
Apex Oil & Gas, Inc.
A-PORT LLC
Appsmiths Ventures LP
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Archer Oiltools, LLC
Archrock Partners Operating LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Offshore LLC
Argus Media, Inc.
Aries Marine Corporation
Arkos Field Services, LP
Arlanda Marie Owens
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ash Limited
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT & T Corp.
Atchafalaya Measurement, Inc.
Athena Consulting Inc.
At-Tech

Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
Axio Global, Inc.
Axip Energy Services LP
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee
B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Baker, Donelson, Bearman, Caldwell, Berkowit
Bankdirect Capital Finance
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barracuda Oil Tools, LLC
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Baudoin Family Trust
Bayou Star Energy, LLC
Baywater Drilling LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden
Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC
Benton Completion Services, Inc.
Berger Geosciences, LLC
Bernard J Patout

Bernard Rochon & Sons
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle
Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Black Elk Energy Offshore Operation, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
Bodie Marion
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boulet Family, L.L.C.
Bourbon St
Bradley Arant Boult Cummings LLP
Bradley Wachsmuth
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brenda Marie Mitchell Allen
Brenda Montalvo
Brent Bryant
Bret Stucker
Brett Willmon

Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridget Harris
Bristow Us LLC
Broussard Brothers Inc.
BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buddy Arton
Bugware, Inc.
Bureau of Ocean Energy Management
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calvin Jerome Grant
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation
Cameron Pilot
Cameron Solutions Inc.
Camors Family LLC

Canal Diesel Service, Inc.
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Cantium LLC
Capital Corporate Services, Inc.
Capital One N.A.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Slickline LLC
Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby
Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Casey Foreman
Castex Energy, Inc.
Catherine Dietlein
Catherine Grant Alexis
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Chalmers, Collins & Alwell Inc.
Champagne'S Supermarket
Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC

Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr
Charles Randall Nicholson
Charles Ray Moncriffe Jr.
Charles Ryan
Charter Supply Company
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Pipe Line Company
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Chuan Yin
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
Cima Energy, LP
Cindy M. Turner Trustee
Cintas Corporation No.2
City Central Courier Co
City Club at River Ranch, LLC
CJC Enterprises LLC
C-K Associates LLC
CL&F Resources LP
Clariant Corporation

Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson
C-Logistics LLC
Coastal Chemical Co LLC
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras
Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cokinos Energy LLC
Colleen Armstrong
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Contango Operators Inc.
Controlworx LLC
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.
Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Cortec LLC
Cortex Business Solutions USA, LLC
Coupa Software, Inc.
Courtland M. Porter
C-Port/Stone LLC
Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.

Credera Enterprises Company LLC
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.
Cross Border Transactions LLC
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC
Custom Process Equipment LLC
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall
Darlene Fontenette Rodriguez
Darrell Thomas Mitchell
Darryl L. Johnson Sr.

Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David Dean
David Dugas
David Guillory
David Mitchell-Ryhmes
David P Thomas
David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Petroleum Corp
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.
Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner

Dennis Sims
Denton C Vincent
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Derek Crusan
Derek Fuller
Derrick Corp.
Destin Pipeline Company, LLC
Detechtion Technologies
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diann Marie Drake Foster
Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diversified Well Logging, LLC
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dominic Mitchell
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt
Donnelley Financial Solutions
Donovan Controls LLC
Dorothy Fontenette

Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Douglas Coon
Douglas Dornak
Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC
DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTN LLC
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Company, Inc.
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC
East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation
Edmund A Weinheimer Jr.
Edwanda Kaye Rogers
Edward Flanagan

Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
Element Materials Technology Lafayette LLC
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.
Elizabeth Dietlein
Ellen Smith Walker
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI Gulf Coast Inc.
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI BB Petroleum Inc.
ENI US Operating Co Inc.
Enlink Processing Services, LLP
Enpro Subsea Limited
Enrique Rivera
Entech
Entergy Gulf States Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC

Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises
Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL Oil & Gas, Inc.
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC
Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC

Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Mobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.
F.A.S. Environmental Services LLC
Facilities Consulting Group LLC
Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission
Federal Express Corporation
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments Institutional
File Trail Inc.
Filemaker
Filetrail Inc.
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Technology Service International LLC
FMC Technologies Surface Integrated Services
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Force Power Systems
Ford Peters
Forefront Emergency Management LP
Forrest Shrader
Forum US Inc.

Forum Us Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune
Francis Torque Service
Frank Beaullieu Sr. LLC
Frank Cornay
Frank Munsey
Frank Wesley
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Fritz D. Farrar
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
G. Matt Mccarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary Hearn
Gary Janik
Gary Wayne Conley
Gary'S Body and Paint Shop
Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson
General Office Supply Co, Inc.
General Power Limited, Inc.
Generation Park Management District

Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II
George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate
Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman Sachs Specialty Lending Holdings
Governor Control System, Inc.
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Grant M Gremillion
Gravcap Inc.
Greene's Energy Group, LLC
Greenes Holding Corporation
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Training Technologies, LLC
Gulf Island Services, LLC
Gulf Land Structures LLC
Gulf Offshore Rentals LLC
Gulf South Pipeline Co.

Gulf South Services Inc.
Gulf-Pro Services
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC
Hall-Houston Exploration Iv, L.P.
Hamilton Engineering Inc.
Hannah Alexander
Hapl
Hardy Oilfield Service LLC
Harold C Dietein
Harold Willard Parker
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Helen Johnson Smith
Helen Thompson Watkins Childs
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC
High Point Gas Gathering LLC
High Point Gas Transmission LLC
Hilda Mae Villere Martin

Hilton Houston Westchase
Hilton Lafayette
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Homewood Suites by Hilton
Hongliu H Zeng
Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Houlihan Lokey Capital Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Delyea
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Hoya Optical Labs of America Inc.
Hub International Gulf South Limited
Hudson Services Inc.
Hugo Rodriguez
Hunt Oil Company
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish School Board
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
Imagenet Consulting LLC
Immi Turbines Inc.
Impact Selector Inc.
Indemco LP
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.
Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC

International Paint LLC
International Snubbing Services LLC
Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intrado Enterprise Collaboration, Inc.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois
Iron Mountain
Irongate Rental Services LLC
Irongate Tubular Services, LLC
iSIMS LLC
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs
James Donald Richard
James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway

James Gray Jr.
James H. Painter
James Henry
James Kyzar
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue
Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Jinright
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane
Jeanne Mithcell Lopez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferson Davis Electric Cooperative Inc.
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette
Jerome Thomas Mackey
Jerrie Lee Jacobs
Jesse Lyons

Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLT Specialty Insurance Services Inc.
JMS Consultants LP
Jo Ann Harris
Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joes Septic Contractors Inc.
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John P Crain Qtip Trust FBO Neil R Crain
John Penton
John Poole
John Pouncy
John Price
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Smith
John W Stone Oil Distributor LLC
Johnaton James Mczeal
Johnithan Cook
Johnny Gray
Joncade Thomas Clemons
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson
Joseph Craig Sanders
Joseph Gilliam
Joseph Granger

Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill
Justin Romero
Juston Tucker
JX Nippon Oil Exploration (U.S.A.) Limited
K Camp & Associates Inc.
K&B Industries
Kaitlyn Smith
Kalisa Junice Perkins
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young
Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson
Keven Lee Smith
Kevin Bruce
Kevin Fontenot

Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilmer Crosby & Quadros PLLC
Kim Bernard
Kim Marella Linzer Johnson
Kim Mettes
Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Knight Oil Tools
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish Sheriff's Office
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lagcoe
Lakeyta Charell Moore
Lana Sabine
Landa Mobile Systems

Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark
Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Law 360
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Graphics
Lee Hecht Harrison LLC
Lee Lemaire
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexy Sanford
Liberty Commercial Finance LLC
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Linda Faubion
Linda Landreth
Linden Interests LLC
Lindsey Hodson
Lionel Gilliam

Lisa Bonin
Lisa K Bone
Lisa Patout Morris
Little Prairie Properties, LLC
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries
Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere
Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Dept. of Natural Resources
Louisiana Dept. of Wildlife and Fisheries
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Scrap Processors
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LQ Management LLC
LQT Industries, LLC
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Lucile B Randol Heirs LLC
Luther D. Copeland
Luther Hano
Lutricia Lynette Davis

Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions
Macquarie Corporate & Asset Funding, Inc.
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan Marine International LLC
Magnolia Torque & Testing Inc.
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, LLC
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mark Anthony Krenek
Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Pleasant
Mark Wilson
Markeith Sterling
Marla Begnaud
Marlin Oilfield Divers Inc.
Mars Offshore Technology Inc.
Marsh USA Inc.
Marshall Brantley IV
Marshall W Guidry
Martin Holdings, LLC

Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse
Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County Tax Assessor - Collector
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray
Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier

Melton Young Jr.
Mercer (US) Inc.
Meridian Compensation Partners, LLC
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Grant
Michael Gray Jr.
Michael Greenspoon
Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley
Mitchell Veh Jr.
MJ Systems, LLC
Mobius Risk Group, LLC

Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monica Ramirez
Monique Mitchell Young
Montco Offshore Inc.
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals
Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MSAM LLC
Mudrick Capital Management, LP
Murphy Exploration & Production Company - USA
Murphy Oil Corporation
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrtle Ruth Mitchell Batiste
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Oilwell Varco, LP
National Response Corporation
Nautilus Pipeline Company, LLC
Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Ni Welding Supply LLC
Nichole Simon
Nicolle Patout
Nikolaus M Hilder 2011 Trust
Nolan Power Group LLC

Nondestructive & Visual Inspect
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nutec, Inc.
NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
O'Brien's Response Management
OCC-Med of Lafayette
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceanweather, Inc.
OCS Advisory Board
OEG Offshore, Inc.
Office Depot Inc.
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
fOffshore Process Services, Co.
Offshore Services of Acadiana LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
Oil Center Research
Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Oliver Theriot Jr.
Olivier International, LLC
Ollie Gray
OMI Environmental Solutions
Omimex Resources Inc.

One Call Now
Opal Faye Johnson Lee
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
Osisoft LLC
Owen Oil Tools LP
P & M USA LLC
P2 Energy Solutions
Paintmire LLC
Palacios ISD Tax Assessor-Collector
Paleo Data
Palfinger Marine USA Inc.
Paloma Energy Consultants
Pamela Anderson
Pamela Bernard Davis
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patrick Burch
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul J Patout
Paul Landry
Paul Washington
Paul Washington
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC
Pelstar LLC
Peninsula Marine Inc.
Penroc Oil Corporation

Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.
Petricore
Petro Amigos Supply Inc.
Petro Pull LLC
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software
Petrostar Services, LLC
Petrostream LP
PHI Helipass, LLC
Philip Shane Koonce
Philomenia Roberta Johnson
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial
Pitney Bowes Postage by Phone
PJT Partners LP
Plains Gas Solutions

Planning Thru Completion, LLC
Plant Machinery, Inc.
PLS Inc./Pls Inc.
Plus Signs Inc.
PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC
Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Price Forbes & Partners Limited
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Priority Artificial Lift Services, LLC
Pro Unlimited Inc.
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals
Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP
Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.

Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.
R & R Rig Service, Inc.
R&R Energy Services LLC
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell
Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Willow Offshore LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regulatory Economics Group LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Relyon Nutec USA, LLC
Renardo Gray
Rentier Inc.
Reorg Research Limited
Republic Services Inc.

Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard
Richard Crain
Richard Ducote
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone Capital Services LLC
RLC, LLC
RLI Insurance Co.
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller
Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu

Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Rock Solid Images, Inc.
Rocky Robbins
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Ron Kirk Berard
Ron Landry
Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Rosa Thompson Gray
Rosalind Ann Wesley
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express
Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust

Samel Bradford
Samson Offshore Mapleleaf, LLC
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
Sandridge Energy Offshore LLC
Sandy Nadine Johnson Thomas
Sarita Lee Gunter
SBM Gulf Production LLC
SBS Energy Services, LLC.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Scientific Drilling International, Inc.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seacor Liftboats LLC
Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Securance Corporation Agency
Seismic Exchange Inc.
Select Oilfield Services LLC
Send Word Now
Sentoria Staffing Solutions LLC
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shannon Chavez
Shannon Mouton
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner
Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot

Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Exploration and Production Company
Shell GOM Pipeline Company LLC
Shell Offshore Inc.
Shell Pipeline Company LP
Shelving Exchange Inc.
Sheraton North Houston
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Sikica D. Crosby
Simone Patout Palmer
Simpson Thacher & Bartlett LLP
Sinor Engine Company Inc.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sojitz Energy Venture Inc.
Solex
Solstice Consulting Group LLC
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.
SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC

Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
SPL - Southern Petroleum Labs, Inc.
Spring Branch ISD
Squire Patton Boggs (US) LLP
Squires & Company
St. Bernard Parish Sheriff's Department
St. Landry's Parish Sheriff
St. Mary Parish Clerk of Court
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil Property Tax, LLC.
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr County Tax Office
State of Alabama Department
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. of Natural Resources
State of Louisiana Dept. Natural Resources
State of Louisiana State Land Office
State Police
Steel Service Oilfield Tubular Inc.
Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg
Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC

Stewart Tubular Products Inc.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC
Stress Engineering Services, Inc.
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sylvia Marie Rose
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talos ERT LLC
Talos Production LLC
Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP
Tave Peruzzi
Tawona Marie Archon Londo
Taylors International Services Inc.

TC Offshore LLC
TCB Fabrication, Inc.
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tennessee Gas Pipeline
Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Technologies, Inc.
Texas Eastern Transmission LP
Texas Gas Transmission, LLC
Texas Lehigh Cement Company LP
Texas Marine Shipyard LLC
Texas Tickids
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
TH1, LLC
The Bank of New York Mellon
The Bolton Group, LLC
The Cavins Corporation
The Chateau Hotel
The L Group Inc.
The Lubrizol Corporation
The Response Group LLC
The University of Texas at Austin
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Moses Jr.
Thomas Poncik
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Thru-Tubing Systems
Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes

Tiffany Williams Jones
Tiffanye Brooks
Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith
Tioram Subsea Inc.
Tish Coleman
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tom Young Jr.
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Toshiba Financial Services
Total Production Supply, LLC
Total System Integrators
Touchet Contractors
Towers Watson Delaware Inc.
Tracy Lynn Bourque
Tracy Marion
Transcontinental Gas Pipeline Co, LLC
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer
Troy Gant
Troy Lee Mitchell
Troy Racca

Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope
Tubular Solutions, Inc.
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC
Tw Telecom Holdings LLC
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Environmental Protection Agency
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Bank Corporate Trust Services
US Bank National Association
US Dept. of Commerce - NOAA
Valerie Ann Moncriffe Simon
Valerie Walker
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston
Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez

Variable Bore Rams Inc.
Vashon Evette Archon
Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Gathering System LLC
Venkatesh Bhat
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Vermilion Abstract Co
Vermilion Corporation
Vermilion Parish Sheriff's Office
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vision Service Plan Insurance Company
Vistra Management Services
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vwp Jr Inc.
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Prevost
Ward Leonard
Waste Auditors Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waveland Services, Inc.
Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International

Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wells Fargo Financial Leasing Inc.
Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC
West Harris County Mud # 1
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
Westerngeco, LLC
Wet Tech Energy Inc.
Wharton County Tax A/C
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
Williams Field Services Company
Williams Oil Gathering, LLC
Willie Mitchell III
Willis of Tennessee, Inc.
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilson Rodriguez
Wilton Mitchell
W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree

Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group USA Inc.
Woods Hole Group, Inc.
Woody Hunt
Work Designs LLC
Workover Equipment Rental
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Systems LP
X-Pro LLC
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph
Zachry Exploration LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.

**Notice of Appearance Party/Interested Party**
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Acadian Contractors, Inc.
Apache Corporation
A-Port LLC
Archrock Partners Operating, LLC
Archrock Service LP
Cantor Fitzgerald Securities
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CETCO Energy Services Company, LLC
Chevron U.S.A. Inc.
Cypress-Fairbanks ISD
Discovery Gas Transmission LLC
Endurance American Insurance Company
ENI Petroleum US LLC
ENI US Operating Co. Inc.
Facilities Consulting Group, LLC
Goldman Sachs Bank USA

Gulfstar One LLC
Halliburton Energy Services, Inc.
Harris County
Helis Oil & Gas Company, LLC
Island Operating Company Inc.
Jefferson County
JX Nippon Oil Exploration (U.S.A.) Limited
Lavaca County
Lexon Insurance Company
Liberty Mutual Insurance Company
Linear Controls, Inc.
Live Oak CAD
Matagorda County
Partco, LLC
Petro Amigos Supply, Inc.
Philadelphia Indemnity Insurance Company
Railroad Commission of Texas
Red Willow Offshore, LLC
Renaissance Offshore, LLC
Rio Grande City CISD
RLI Insurance Company
SBM Gulf Production LLC
Seitel Data, Ltd.
Sheldon Independent School District
Starr County
State of Louisiana, Department of Natural Resources
Subsea 7 LLC
Tana Exploration Company, LLC
TC Oil Louisiana, LLC
Tetra Applied Technologies, Inc.
TGS AP Investments AS
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
The Hanover Insurance Company
Transcontinental Gas Pipe Line Company, LLC
U.S. Department of the Interior
U.S. Specialty Insurance Company
Westerngeco LLC
WFS Liquids LLC
Williams Field Services-Gulf Coast Company LLC
Zurich American Insurance Company

**Official Committee of Unsecured Creditors (Members and Professionals)**
Oceaneering International, Inc.
Subsea 7 US LLC
Halliburton Energy Services, Inc.
TETRA Technologies. Inc.
Workstrings International, L.L.C

**<u>ANNEX 2</u>**

**Connections to Potential Parties-in-Interest**

**Connections to Potential Parties in Interest**

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| ABN AMRO Bank N.V. | Banks | Former Client and/or Affiliate or Subsidiary of Former Client |
| Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| AGF Floating Rate Income Fund c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| AIG OIL Rig | Insurance/Insurance Provider | Affiliate or Subsidiary of Current Client; AIG is a Current Client |
| Alliance Offshore LLC | Vendors/Suppliers | Former Client and/or Affiliate or Subsidiary of Former Client |
| American Express | Banks | Current Client and/or Affiliate or Subsidiary of Current Client |
| American International Group UK Ltd. | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Arch Insurance (UK) Limited | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |

---

[1]   This column lists the persons or entities identified in the Debtors' Potential Parties in Interest List and certain other potential parties-in-interest currently known to Stroock based on publicly available information. There may be certain entities for which Stroock was unable to determine whether a Stroock client constituted an affiliate of such entities.  In certain circumstances, Stroock has assumed that certain parties that utilized similar corporate names were affiliated for purposes of this Declaration.

[2]   This column lists the relationship(s) between the party and the Debtors as reported by the Debtors.

[3]   The term "Current Client" refers to any person or entity for which there are, as of the Petition Date, active matters on which Stroock is engaged; the term "Former Client" refers to any person or entity for which there are no active matters as of the Petition Date, but time was posted in the three-year period prior to the Petition Date and the client representation has terminated or was closed. Please note that the identification of a party-in-interest herein is not an admission of a conflict, disabling or otherwise. Any matter for which time has not been posted by a Stroock timekeeper during the three-year period prior to the Petition Date has not been disclosed.

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Arch Insurance Company | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Arch Insurance International | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Arrowood Indemnity Company | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Aspen American Insurance Company | Shareholders/Equity Holders | Former Client and/or Affiliate or Subsidiary of Former Client |
| AXA | Surety Bonds | Former Client and/or Affiliate or Subsidiary of Former Client |
| AXA XL | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| Babson (Barings) | Lenders (Term/Revolver/Administrative and Collateral Agents) | Former Client and/or Affiliate or Subsidiary of Former Client |
| Bank of America, N.A. | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Barclays Capital Inc. | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Bardin Hill | Lenders (Term/Revolver/Administrative and Collateral Agents)<br><br>Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Bardin Hill Loan Management LLC | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Berkley Insurance Company | Surety Bonds | Former Client and/or Affiliate or Subsidiary of Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Berkley Offshore | Surety Bonds | Former Client and/or Affiliate or Subsidiary of Former Client |
| Berkley Offshore Underwriting | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| Berkley Offshore Underwriting (StarNet Insurance Company) | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Mudrick Capital Management is a Current Client |
| BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Mudrick Capital Management is a Current Client |
| Brighthouse Funds Trust I c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Capital One, N.A. | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| Carlyle/Riverstone Global Energy and Power Fund I, L.P. | Known Affiliations of Board Members | Affiliate or Subsidiary of Current Client; Carlyle is a Current Client |
| Carlyle/Riverstone Global Energy and Power Fund II, L.P. | Known Affiliations of Board Members | Affiliate or Subsidiary of Current Client; Carlyle is a Current Client |
| Carlyle/Riverstone Global Energy and Power Fund III, L.P. | Known Affiliations of Board Members | Affiliate or Subsidiary of Current Client; Carlyle is a Current Client |
| Chubb | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| Chubb Limited | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| CIFC Asset Management | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Citibank, N.A | Administrative and Collateral Agents<br><br>Lenders (Term/Revolver/Administrative and Collateral Agents)<br><br>UCC (Lien Search Results) | Current Client or Affiliate or Subsidiary of Current Client |
| Citigroup Global Markets Inc. | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| CNA Hardy | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Continental Casualty Co. | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Cortland Capital Market Services LLC | Administrative and Collateral Agents<br><br>UCC (Lien Search Results) | Current Client and/or Affiliate or Subsidiary of Current Client |
| CV Starr | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Floating Rate Income Plus Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Floating Rate Portfolio | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Floating-Rate Income Plus Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Floating-Rate Income Trust | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Institutional Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance International (Cayman Islands) Flt Rate Income Port | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance International Cayman Islands Floating Rate Income Portfolio | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Limited Duration Income Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Management | Lenders (Term/Revolver/Adminis trative and Collateral Agents) <br><br> Shareholders/Equity Holders | Former Client and/or Affiliate or Subsidiary of Former Client |
| Eaton Vance Senior Floating-Rate Trust | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Senior Income Trust | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Eaton Vance Senior Income Trust c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance Voting Floating-Rate Income Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance VT Floating-Rate Income E Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Eaton Vance VT Floating-Rate Income Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| EP Energy | Significant Competitors | Stroock represented the Official Committee of Unsecured Creditors in the chapter 11 cases of EP Energy. The plan of reorganization in the EP Energy bankruptcy cases was confirmed by order of this Court dated August 27, 2020, and upon the effective date of that plan (expected on or about October 1, 2020), the Official Committee of Unsecured Creditors will be disbanded and Stroock's representation will end. |
| Eversource Retirement Plan Master c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Florida Power & Light Company c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Franklin | Lenders (Term/Revolver/Administrative and Collateral Agents) | Franklin Advisors Inc. is a Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Goldman Sachs & Co. LLC | Known Affiliations of Board Members | Current Client and/or Affiliate or Subsidiary of Current Client.  In addition, Stroock previously represented Goldman Sachs & Co, in connection with the negotiation of certain ISDA master agreements involving certain debtors and non-debtor affiliates; that representation ended in April, 2018. |
| Goldman Sachs Bank USA | Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)

Notice of Appearance Party/Interested Party | Current Client and/or Affiliate or Subsidiary of Current Client |
| Goldman Sachs Specialty Lending Holdings | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management | Shareholders/Equity Holders | Hotchkis is a Current Client and/or Affiliate or Subsidiary of Current Client |
| Halcyon Asset Management LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon Energy Loan Series | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon FWE DE LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon FWE DE LLC c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon FWE LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Halcyon FWE LLC c/o Halcyon Asset Management LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon FWE LLC c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon Loan Trading Fund LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Hiscox | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| Houlihan Lokey Capital Inc. | Vendors/Suppliers<br><br>Debtors Professionals (law firms, accountants and other professionals) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Invesco BL Fund, Ltd | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Credit Partners Fund-A LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Dynamic Credit Opportunities Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Invesco Dynamic Credit Opportunity Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco European Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Floating Rate Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Floating Rate Income Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Gemini US Loan Fund LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Senior Income Trust | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Senior Secured | Lenders (Term/Revolver/Administrative and Collateral Agents) | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Senior Secured Management, Inc. | Lenders (Term/Revolver/Administrative and Collateral Agents) | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco SSL Fund LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco SSL Fund LLC c/o Invesco Private Capital Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco US Invesco Credit Partners Fund LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Invesco US Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco WLR Credit Partners Fund, L.P. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco WLR Credit Partners Fund, LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco WLR Credit Partners Fund-A L.P. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco WLR Credit Partners Fund-A, LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds - Invesco European Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds - Invesco Global Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds Invesco European Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds Invesco Global Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds Invesco US Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco Zodiac Funds-I Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Invesco Zodiac Funds- Invesco US Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco BL Fund, Ltd | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| J Aron & Company LLC | Contract & Joint Venture Counterparties

Vendors/Suppliers | Current Client or Affiliate or Subsidiary of Current Client |
| J.P. Morgan Chase Bank, N.A. | Banks | Current Client and/or Affiliate or Subsidiary of Current Client[4] |
| JP Morgan Chase Bank NA | Vendors/Suppliers | |
| JPMorgan Chase Bank, N.A | Banks

Lenders (Term/Revolver/Adminis trative and Collateral Agents) | |
| Jason Mudrick | Current Directors | Mudrick Capital Management L.P. is a Current Client |
| Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |

---

[4]   The Debtors identify J.P. Morgan Chase Bank, N.A., an affiliate of J.P. Morgan Investment Management, Inc. ("JPMIM"), a registered investment adviser and asset manager, as a "bank" and "lender" to the Debtors.  I am informed by Stroock attorneys primarily responsible for such representations and other Stroock personnel that Stroock represents JPMIM as outside counsel primarily for real estate investments and real asset fund formation work.  I am further informed by Stroock personnel that, (a) generally, legal fees for such work are paid by third party clients or customers of JPMIM directly, or by JPMIM on behalf of such clients or customers, on account of such services, and (b) in more limited circumstances, such as counselling on general or regulatory matters, JPMIM has paid Stroock's legal fees directly on its own behalf.  Based on information provided to me by Stroock attorneys primarily responsible for such representations and other Stroock personnel, the aggregate amount of fees paid by third party clients or customers of JPMIM, or by JPMIM on behalf of such clients or customers, primarily in connection with real estate investment and fund formation transactions, constituted approximately 10.88% of the total fee revenue collected by Stroock during the Measuring Period in the aggregate.  All such work performed by Stroock involves matters that are wholly unrelated to the Debtors or the Chapter 11 Cases.

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| KPMG LLP | Ordinary Course Professionals | Former Client and/or Affiliate or Subsidiary of Former Client |
| Liberty Mutual Europe | Surety Bonds | Current Client and/or Affiliate or Subsidiary of Current Client |
| Liberty Mutual Insurance Company | Surety Bonds | Current Client and/or Affiliate or Subsidiary of Current Client |
| Liberty Mutual Insurance Europe SE | Insurance/Insurance Provider | Current Client or Affiliate or Subsidiary of Current Client |
| Macquarie Corporate & Asset Funding, Inc. | Vendors/Suppliers | Former Client and/or Affiliate or Subsidiary of Former Client |
| Macquarie Corporate and Asset Funding Inc. | UCC (Lien Search Results) | Former Client and/or Affiliate or Subsidiary of Former Client |
| Macquarie Group | Other Potential Parties in Interest | Former Client and/or Affiliate or Subsidiary of Former Client |
| McKinsey & Company Inc. | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| MJX Asset Management LLC | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Morgan Stanley | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Mudrick Capital /Mudrick Capital Management, L.P. | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Mudrick Capital Management, LP | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| Mudrick Distressed Opportunity Drawdown Fund, LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Mudrick Capital Management L.P. is a Current Client |
| Mudrick Distressed Opportunity Fund Global LP | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Mudrick Capital Management L.P. is a Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Mudrick Distressed Opportunity Specialty Fund, L.P. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Mudrick Capital Management L.P. is a Current Client |
| National Union Fire Ins. Co. of PA (through AIG Oil Rig) | Insurance/Insurance Provider | Affiliate or Subsidiary of Current Client; AIG is a Current Client |
| Nuveen Credit Strategies Income Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Diversified Dividend and Income Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Diversified Dividend and Income Plan | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Floating Rate Income Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Floating Rate Income Opportunities Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Floating Rate Income Opportunity Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Senior Income Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Short Duration Credit Opportunities Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Symphony Credit Opportunities Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Symphony Floating Rate Income Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Nuveen Tax-Advantaged Total Return Strategy Fund | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Oaktree | Shareholders/Equity Holders | Current Client and/or Affiliate or Subsidiary of Current Client |
| Oaktree Capital | Lenders (Term/Revolver/Administrative and Collateral Agents) | Current Client and/or Affiliate or Subsidiary of Current Client |
| Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |

- 13 -

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Partners Capital Phoenix Fund II Ltd Diversified Income Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Partners Capital Phoenix Fund II Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Philadelphia Indemnity Insurance Company | Surety Bonds<br><br>Notice of Appearance Party/Interested Party | Current Client and/or Affiliate or Subsidiary of Current Client |
| QBE | Insurance/Insurance Provider | Former Client and/or Affiliate or Subsidiary of Former Client |
| Schlumberger Technology Corporation | Top 50 Unsecured Creditors | Former Client and/or Affiliate or Subsidiary of Former Client |
| Senior Debt Portfolio c/o Eaton Vance Management | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Eaton Vance Management is a Former Client |
| Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client; Invesco Real Estate US is a Former Client |
| Starr Aviation | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Starr Indemnity & Liability Company | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Stifel Financial Corp. | Lenders (Term/Revolver/Administrative and Collateral Agents) | Former Client and/or Affiliate or Subsidiary of Former Client |
| Symphony Asset Management | Lenders (Term/Revolver/Administrative and Collateral Agents) | Former Client and/or Affiliate or Subsidiary of Former Client |
| Symphony Asset Management LLC | Lenders (Term/Revolver/Administrative and Collateral Agents) | Former Client and/or Affiliate or Subsidiary of Former Client |
| Symphony CLO V, Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Symphony CLO XIV Tax Subsidiary Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XIV, Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XV Tax Subsidiary Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XV, Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XVI Tax Subsidiary Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XVI, Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XVII Tax Subsidiary Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony CLO XVII, Ltd | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| Symphony Floating Rate Senior Loan Fund | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| The Bank of New York Mellon | Vendors/Suppliers | Former Client and/or Affiliate or Subsidiary of Former Client |
| The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Former Client |
| The Carlyle Group L.P. | Known Affiliations of Board Members | Current Client and/or Affiliate or Subsidiary of Current Client |
| The Goldman Sachs Group, Inc. | Known Affiliations of Board Members | Current Client and/or Affiliate or Subsidiary of Current Client |
| Thomson Reuters (Tax & Accounting) Inc. | Vendors/Suppliers | Former Client and/or Affiliate or Subsidiary of Former Client |
| Thomson Reuters-West | Vendors/Suppliers | Former Client and/or Affiliate or Subsidiary of Former Client |
| Tokio Marine | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Towers Watson Delaware Inc. | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Traveler's Lloyd's Insurance Company | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Travelers | Surety Bonds | Current Client and/or Affiliate or Subsidiary of Current Client |
| Travelers Casualty & Surety Co. | Surety Bonds | Current Client and/or Affiliate or Subsidiary of Current Client |
| Travelers Casualty and Surety Company of America | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | Current Client and/or Affiliate or Subsidiary of Current Client |
| Travelers Lloyd's Insurance Company | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; U.S. Bank is a Current Client |
| U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; U.S. Bank is a Current Client |
| U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; U.S. Bank is a Current Client |
| U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd. | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; U.S. Bank is a Current Client |
| UBS Financial Services, Inc. | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| US Bank Corporate Trust Services | Vendors/Suppliers | Affiliate or Subsidiary of Current Client; U.S. Bank is a Current Client |
| US Bank N.A. | Banks | Current Client and/or Affiliate or Subsidiary of Current Client |
| US Bank National Association | Vendors/Suppliers | Current Client and/or Affiliate or Subsidiary of Current Client |
| Verizon Wireless | Utility Providers/Utility Brokers | Current Client and/or Affiliate or Subsidiary of Current Client |

| Party Name[1] | Relationship to Debtors[2] | Relationship to Stroock[3] |
|---|---|---|
| Versource Retirement Plan Master c/o Halcyon Loan Management LLC | Shareholders/Equity Holders | Affiliate or Subsidiary of Current Client; Bardin Hill, f/k/a Halcyon Capital Management, is a Current Client |
| Vitol, Inc. | Significant Customers | Current Client and/or Affiliate or Subsidiary of Current Client |
| Wells Fargo Financial Leasing Inc. | Vendors/Suppliers | Affiliate or Subsidiary of Former Client |
| Willis Towers Watson | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Willis Towers Watson US, LLC | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Wilmington Trust, N.A. | Banks | Current Client and/or Affiliate or Subsidiary of Current Client |
| Zurich American Insurance Company | Contract & Joint Venture Counterparties<br><br>Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |
| Zurich American Insurance Company of Illinois | Insurance/Insurance Provider | Current Client and/or Affiliate or Subsidiary of Current Client |

**EXHIBIT C**

**Declaration of Kristy Woolsey**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

**DECLARATION OF KRISTY WOOLSEY IN SUPPORT OF APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF STROOCK & STROOCK & LAVAN LLP AS COUNSEL,
<u>EFFECTIVE AS OF AUGUST 19, 2020</u>**

Kristy Woolsey, under penalty of perjury, declares:

1.      I, Kristy Woolsey, am the duly authorized representative of TETRA Technologies, Inc., a member of the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), appointed in the above-captioned cases.

2.      As Co-Chair of the Committee, I am authorized to make this Declaration in support of the Committee's application (the "<u>Application</u>")[2] for authorization to employ and retain Stroock as counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014, and Local Bankruptcy Rule 2014-1.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2]      Each capitalized term that is not defined herein shall have the meaning ascribed to such term in the Application.

3.      This Declaration is provided pursuant to the UST Guidelines.  Except as otherwise noted herein, all facts in this Declaration are based on my personal knowledge and belief of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by Stroock.

4.      I am informed by Stroock that Paragraph D.2. of the UST Guidelines requires that any application for employment of an attorney under 11 U.S.C. § 1103 be accompanied by a verified statement from the client that addresses the following:

(a)      The identity and position of the person making the verification. The person ordinarily should be the general counsel of the debtor or another officer responsible for supervising outside counsel and monitoring and controlling legal costs.

(b)      The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

(c)      The number of firms the client interviewed.

(d)      If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

(e)      The procedures the client has established to supervise the applicant's fees and expenses and to manage costs. If the procedures for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside counsel, explain how and why. In addition, describe any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

## IDENTITY OF DECLARANT

5.      On August 18, 2020, the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Committee.  The Committee is currently comprised of the following entities: (i) Oceaneering International, Inc.; (ii) Subsea 7 US LLC; (iii) Halliburton Energy Services, Inc.; (iv) TETRA Technologies, Inc.; and (v) Workstrings International, L.L.C.  On August 19, 2020, the Committee selected Stroock & Stroock & Lavan

LLP to serve as counsel, subject to this Court's approval.  On August 20, 2020, the Committee selected Cole Schotz P.C. to serve as co-counsel and Conway MacKenzie, LLC to serve as financial advisor, in each case subject to this Court's approval.

6.     As Director of Credit for TETRA Technologies, Inc., a member of the Committee, I was directly involved in the Committee's decision to retain Stroock and actively participated in negotiating the terms of Stroock's employment together with the other members of the Committee.

## STEPS TAKEN TO ENSURE THE COMPARABILITY OF ENGAGEMENT TERMS

7.     Stroock has informed the Committee that its rates for bankruptcy representations are comparable to the rates Stroock charges for non-bankruptcy representations, and that Stroock endeavors to set its hourly rates for attorneys and paraprofessionals at levels competitive to those charged by peer firms.

## COMMITTEE'S SELECTION OF COUNSEL

8.     Following its formation, the Committee selected four law firms to interview to represent the Committee as lead bankruptcy counsel in these cases.  After interviewing these firms, the Committee found Stroock to be uniquely qualified for the present engagement and selected Stroock as its counsel.  As described in the Application and the Pasquale Declaration, I understand that Stroock maintains a broad-based, nationwide practice and has a long history of representing official committees (and other parties in interest) in large, complex chapter 11 cases. Therefore, it is the Committee's opinion that Stroock's capabilities and expertise will enable it to faithfully and competently fulfill its responsibilities to the Committee.

## RATE STRUCTURE

9.       Stroock has informed the Committee that its hourly rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions. Stroock has advised the Committee that it will inform the Committee of any such adjustments.

## COST SUPERVISION

10.       The Committee recognizes its responsibility to closely monitor Stroock's billing practices to ensure the fees and expenses charged are consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases.  Accordingly, the Committee will review Stroock's invoices and any applications for payment of fees and reimbursement of expenses that it submits to the Court.  In addition, Stroock's fees and expenses will be subject to this Court's review and approval pursuant to any procedures that may be or have already been established by the Court in these Chapter 11 Cases.

11.       Nothing contained herein is intended to limit Stroock's ability to request allowance and payment of fees and expenses pursuant to 11 U.S.C. §§ 330 and 331, nor to restrict Stroock's right to defend against any objection raised to the allowance or payment of such fees, nor to restrict the Committee's right to use conflicts counsel to prosecute any such fee objection to the extent it is not resolved informally by the parties or raised by another party-in-interest, such as the U.S. Trustee.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

September 18, 2020

By:   */s/ Kristy Woolsey*
       Kristy Woolsey
       Director of Credit
       TETRA Technologies, Inc., Committee Co-Chair