United States Courts
Southern District of Texas
FILED

September 21, 2020

David J. Bradley, Clerk of Court

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| FIELDWOOD ENERGY LLC., *et al.*, | CASE NO. 20-33948 (MI) |
| DEBTORS | (JOINTLY ADMINISTERED) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Charles M. Rush and Charles M. Rush, APLC the undersigned law firm hereby appears on behalf of Diamond Oil Field Supply, Inc., pursuant to Rules 2002, 3017, 4001, 9010(b), 9013 and 9014 of the Bankruptcy Rules party-in-interest in the above referenced case, and requests all notices given or required to be given in this case and any matter consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith relating to the captioned case, be given to and served upon Diamond Oil Field Supply, Inc. at the address written below:

Charles M. Rush
202 Magnate Drive
Lafayette, LA  70508
Tel: (337) 235-2425
Fax: (337) 235-4709
cmrush@charlesmrushesq.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders, ex parte orders, proposed orders and notices of any applications, motions, petitions, pleadings requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail or otherwise, which affects or seeks to affect the captioned case.

Dated this 21st day of September, 2020.

1

Respectfully submitted,

/s/ Charles M. Rush
CHARLES M. RUSH (LA #02088)
RUSH, RUSH & CALOGERO
202 Magnate Drive
Lafayette, LA  70508
Telephone:  337-235-2425
Facsimile:  337-235-4709
cmrush@charlesmrushesq.com
Attorney for Diamond Oil Field Supply, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the parties receiving service electronically via the CM/ECF system, this 21st day of September, 2020.

/s/ Charles M. Rush
CHARLES M. RUSH