UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § § | (Jointly Administered) |

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATION
PURSUANT TO F.R. BANKR. P. 2019**

In connection with the above-captioned chapter 11 cases commenced by Fieldwood Energy LLC and its affiliated debtors, as debtors and debtors in possession (collectively referred to herein as "Debtors"), Looper Goodwine P.C. ("Looper Goodwine") hereby makes the following disclosures to the Court, creditors, Debtors, and other parties in interest pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Set forth below is a general, preliminary statement of the interests of the parties represented by Looper Goodwine in this proceeding, subject to further investigation and without waiver of any clams, remedies, and/or rights of such parties. This statements does not constitute a complete statement of claims, interests, liens, agreements, rights, and/or remedies at issue herein, and this statement may be amended, supplemented or otherwise modified as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

270678v1

2. Looper Goodwine has been employed to represent the parties listed below in this matter:

| Represented Party | Address | Nature and Amount of Each Disclosable Interest Held in Relation to Debtor |
|---|---|---|
| Apache Corporation | 2000 Post Oak Boulevard Suite 100 Houston, Texas 77056 | As a predecessor-in-interest to Debtors, Apache has an interest in the completion of decommissioning and plugging abandonment of certain offshore leases. Looper Goodwine is representing Apache in connection with its regulatory responsibilities associated therewith. |
| Ankor Energy LLC/Ankor E&P Holdings Corporation | 1615 Poydras Street Suite 1100 New Orleans, Louisiana 70112 | The Ankor entities are creditors of Debtors as a result of a production handling agreement associated with properties in the Mississippi Canyon and South Pass areas in the Gulf of Mexico through which there are mutual debts and credits owed amongst the parties. The Ankor entities have not yet submitted a proof of claim.[2] |
| LLOG Exploration Company, LLC | 1001 Ochsner Boulevard Suite 200 Covington, Louisiana 70433 | LLOG is a creditor of Debtors as a result of unpaid joint interest billings associated with properties in the Green Canyon area of the Gulf of Mexico, the exact amount of which is not yet known. LLOG has not yet submitted a proof of claim. |

3. The foregoing parties have retained Looper Goodwine as their legal counsel with respect to matters arising in this case and/or for purposes of asserting claims and/or protecting other rights and interests in relation to Debtors.

4. Specifically as it relates to Apache Corporation, Looper Goodwine has been retained in the limited capacity of special regulatory counsel in relation to security and financial assurance that has, or may be, provided by Debtors.

---

[2] There are other relationships between the Ankor entities and the Debtors relating to joint interest billings for properties in the South Pelto area of the Gulf of Mexico. Looper Goodwine is <u>not</u> presently representing the Ankor entities in conjunction with such issues.

5. Looper Goodwine has fully advised each of the parties above with respect to their concurrent representation, and each of the parties consented to such representation.

6. Looper Goodwine does not hold a claim against or interest in Debtors at this time and has not filed a proof of claim on its own behalf in this case.

I, Paul J. Goodwine, certify that I am authorized to make and execute this statement on behalf on behalf of Looper Goodwine, that I have read the foregoing statement, and that it is true and correct, to the best of my knowledge, information, and belief, based upon the information provided to me after reasonable inquiry.

Signed: September 22, 2020.

Respectfully Submitted,

**LOOPER GOODWINE P.C.**

*/s/ Paul J. Goodwine*
Paul J. Goodwine (La. Bar No. 23757)
SDTX Federal ID No. 437800
Lindsey M. Johnson (La. Bar No. 34610)
SDTX Federal ID No. 2127344
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile:  (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: ljohnson@loopergoodwine.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2020, a true and correct copy of the foregoing document was served via this Court's CM/ECF system upon all parties in interest listed on the ECF service list.

*/s/ Paul J. Goodwine*
Paul J. Goodwine

270678v1