IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND PAPERS**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for ITC Global, Inc. ("ITC"), a party-of-interest and creditor in the above-styled bankruptcy cases, and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for ITC at the following street addresses, e-mail addresses, or facsimile numbers:

Lloyd A. Lim
Rachel T. Kubanda
BALCH & BINGHAM LLP
811 Louisiana Street, Suite 1010
Houston, Texas  77002
Telephone:  (713) 362-2550
E-mail: llim@balch.com
E-mail: rkubanda@balch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive ITC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which ITC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  September 23, 2020

Respectfully submitted,

By:  */s/ Lloyd A. Lim*
Lloyd A. Lim
Texas State Bar No. 24056871
Rachel T. Kubanda
Texas State Bar No. 24093258
BALCH & BINGHAM LLP
811 Louisiana Street, Suite 1010
Houston, Texas  77002
Telephone:  (713) 362-2550
E-mail: llim@balch.com
E-mail: rkubanda@balch.com

*Counsel to ITC Global, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 23, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Rachel T. Kubanda*
Rachel T. Kubanda