IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:      FIELDWOOD ENERGY, LLC               Case No. 20-33948

           Debtor.                               Chapter 11

************************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE of the appearance of the undersigned creditor, through the undersigned counsel, which request notice of all matters "noticed" and copies of all pleadings in this proceeding pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of the Bankruptcy Code.

Name of Creditor: PROCESS PIPING MATERIALS, INC.

Notices should be mailed to:
JOHN A. MOUTON, III
P. O. Box 82438
Lafayette, LA  70598
john@jmoutonlaw.com

RESPECTFULLY SUBMITTED BY:

/s/John A. Mouton, III
JOHN A. MOUTON, III
Bar Roll #9790
Attorney at Law
1200 Camellia Blvd., Ste. 204
P. O. Box 82438
Lafayette, LA  70598
(337)988-6499

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:     FIELDWOOD ENERGY, LLC          Case No. 20-33948

           Debtor.                         Chapter 11

*****************************************************************************

## CERTIFICATE

I HEREBY CERTIFY that on the 23rd day of September, 2020, a copy of the foregoing was electronically filed with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and was served upon all parties via the CM/ECF system.

/s/ John A. Mouton, III
JOHN A. MOUTON, III

C:\WPDocs\P\PROCESS PIPING MATERIALS, INC\FIELDWOOD ENERGY\BANKRUPTCY\Notice of Appearance & Request for Notices.docx