**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Fieldwood Energy LLC and Dynamic Offshore Resources NS, LLC<br>Debtor | Case No.: 20–33948<br><br>Chapter: 11 |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E−Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

David J. Bradley
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                                                  Case No. 20-33948-mi
Fieldwood Energy LLC                                                    Chapter 11
Dynamic Offshore Resources NS, LLC
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4          User: dhan              Page 1 of 3            Date Rcvd: Sep 21, 2020
                              Form ID: ntctran        Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
```
db          +Bandon Oil and Gas GP, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Bandon Oil and Gas, LP,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Dynamic Offshore Resources NS, LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +FW GOM Pipeline, Inc.,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Inc.,    2000 W Sam Houston Pkwy S,    s,    Houston, TX 77042-3623
db          +Fieldwood Energy LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Energy Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
db          +Fieldwood Energy SP LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Offshore LLC,    2000 W. Sam Houston Pkwy. S.,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood Onshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Fieldwood SD Offshore LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +GOM Shelf LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Pipeline LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,    Houston, TX 77042-3623
db          +Galveston Bay Processing LLC,    2000 W Sam Houston Pkwy S,    Suite 1200,
              Houston, TX 77042-3623
aty         +Clark Hill Strasburger,    Attn: Duane J. Brescia,    720 Brazos, Suite 700,
              Austin, TX 78701-2531
aty         +Donna T Parkinson,    Parkinson Phinney,    3600 American River Dr,    Suite 145,
              Sacramento, CA 95864-5960
aty         +Emile Joseph, Jr.,    Allen & Gooch,    P O Box 81129,    Lafayette, LA 70598-1129
aty         +Petro Amigos Supply, Inc.,    c/o Wayne Kitchens,    Total Plaza,    1201 Louisiana, 28th Floor,
              Houston, TX 77002-5607
aty         +Ronald Savoie,    Jackson & Jackson, P.L.L.C.,    111 Founders Drive, Suite 400,
              Baton Rouge, LA 70810-8959
cr          +A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC,    c/o Andrew A Braun,
              Gieger Laborde & Laperouse, LLC,    Suite 4800, 701 Poydras Street,    New Orleans, LA  70139,
              US 70139-7756
cr          +Aker Solutions Inc.,    Bruce J. Ruzinsky,    1401 McKinney Street,    Suite 1900,
              Houston, TX 77010-4037
cr           American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern, PA  19355-0701
cr          +Ankor E&P Holdings Corporation,    c/o Looper Goodwine P.C.,    Attn: Paul J. Goodwine,
              650 Poydras Street, Suite 2400,    New Orleans, LA 70130-6171
cr          +Ankor Energy LLC,    c/o Looper Goodwine P.C.,    Attn: Paul J. Goodwine,
              650 Poydras Street, Suite 2400,    New Orleans, LA 70130-6171
intp        +Apache Corporation,    Hunton Andrews Kurth LLP,    Attn: Robin Russell,    600 Travis Street,
              Suite 4200,    Houston, TX 77002-2929
cr          +Archrock Services, LP,    16666 North Chase Dr.,    Houston, TX 77060-6014
cr          +Aspen American Insurance Company,    c/o Randall A. Rios,    Husch Blackwell LLP,
              600 Travis Street, Suite 2350,    Houston, TX 77002-2629
cr          +Bedrock Petroleum Consultants, LLC,    c/o Bradley,    Attn: James B. Bailey,
              1819 Fifth Avenue North,    Birmingham, AL 35203-2120
cr          +Broussard Brothers, Inc.,    501 S. Main St.,    Abbeville, LA  70510,    US 70510-6508
cr          +C-Dive, L.L.C.,    c/o Leann O. Moses,    1100 Poydras Street,    Suite 3100,
              New Orleans, LA 70163-1102
cr          +CETCO Energy Services Company, LLC,    c/o The Derbes Law Firm, LLC,    3027 Ridgelake Dr.,
              Metairie, LA 70002-4924
cr          +DLS, LLC,    P.O. Box 309,    Lydia, LA 70569-0309
cr          +DeepSea Quality Consulting, Inc.,    c/o Ben L. Aderholt,    Coats Rose, P.C.,    9 Greenway,
              Suite 1000,    Houston, TX 77046-0900
cr          +Discovery Gas Transmission LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,
              320 South Boston Avenue,    Suite 200,    Tulsa, OK 74103-3705
cr          +Diversified Well Logging, LLC,    C/O Dore Rothberg McKay, PC,    17171 Park Row, Suite 160,
              Houston, TX 77084-4927
cr          +Everest Reinsurance Company,    c/o Randall A. Rios,    Husch Blackwell LLP,
              600 Travis Street, Suite 2350,    Houston, TX 77002-2629
cr           Gibson Applied Technology & Enginnering,    1630 Park Ten Place,    Suite 206,
              Houston, TX  77084
cr          +Gulfstar One LLC,    c/o Steven W. Soule,    Hall, Estill, et al.,    320 South Boston Avenue,
              Suite 200,    Tulsa, OK 74103-3705
intp        +Helis Oil & Gas Company, LLC,    c/o J. David Forsyth,    400 Poydras Street, Suite 2550,
              New Orleans, LA 70130-3292
cr          +JX Nippon Oil Exploration (U.S.A.) Limited,    c/o GIEGER, LABORDE & LAPEROUSE, L.L.C.,
              5151 SAN FELIPE, SUITE 750,    Houston, TX 77056-3646
cr          +LLOG Exploration Company, LLC,    c/o Looper Goodwine P.C.,    650 Poydras Street, Suite 2400,
              Attn: Paul J. Goodwine,    New Orleans, LA 70130-6171
cr          +Lexon Insurance Company and Endurance American Ins,    Harris Beach PLLC,
              c/o Lee E. Woodard, Esq.,    333 West Washing St., Ste. 200,    Syracuse, NY 13202-5202
cr          +Martin Energy Services LLC,    c/o Robert P. Franke,    Clark Hill Strasburger,
              901 Main St., Suite 6000,    Dallas, TX 75202-3748
cr          +Milorad Raicevic,    3701 Kirby Drive, Suite 1000,    Houston, TX 77098-3928
```

```
District/off: 0541-4           User: dhan                  Page 2 of 3                   Date Rcvd: Sep 21, 2020
                               Form ID: ntctran            Total Noticed: 72

op             +Prime Clerk LLC,   One Grand Central Place,   60 East 42nd Street,   Suite 1440,
                New York, NY 10165-1446
intp            Railroad Commission of Texas,   c/o Office of the Attorney General,
                Bankruptcy & Collections Division,   P. O. Box 12548,   Austin, TX 78711-2548
cr             +Red Willow Offshore, LLC,   c/o Barnet B. Skelton, Jr.,   815 Walker, Suite 1502,
                Houston, TX 77002-5832
cr             +Regis Southern,   c/o Reese Baker,   950 Echo Lane Ste 300,   Houston, TX 77024-2824
cr             +SBM Gulf Production LLC,   c/o Ken Green,   Snow Spence Green LLP,   P O Box 549,
                Hockley, TX 77447-0549
cr             +Seitel Data, Ltd.,   c/o Duane J. Brescia,   Clark Hill Strasburger,   720 Brazos, Suite 700,
                Austin, TX 78701-2531
cr             +Sheldon Independent School District,   c/o Owen M. Sonk,   PBFCM, LLP,
                1235 N. Loop W., Suite 600,   Houston, TX 77008-1772
cr             +Sheldon Independent School District, et al,   c/o Owen M. Sonik,   PBFCM, LLP,
                1235 N. Loop W., Ste 600,   Houston, TX 77008-1772
intp           +TC Oil Louisiana, LLC,   c/o Wick Phillips Attn: Jason Rudd,   3131 McKinney Ave., Suite 100,
                Dallas, TX 75204-2430
cr             +TGS AP Investments AS,   c/o Andrew A Braun,   Geiger Laborde & Laperouse, LLC,
                Suite 4800, 701 Poydras Street,   New Orleans, LA 70139-7756
cr             +TGS-NOPEC Geophysical Company,   c/o Andrew A Braun,   Gieger, Laborde & Laperouse, LLC,
                Suite 4800, 701 Poydras St.,   New Orleans, LA  70139,   US 70139-7756
cr             +TGS-NOPEC Geophysical Company ASA,   c/o Andrew A Braun,   Gieger Laborde & Laperouse, LLC,
                Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,   US 70139-7756
intp           +Tana Exploration Company, LLC,   c/o Wick Phillips Attn: Jason Rudd,
                3131 McKinney Ave., Suite 100,   Dallas, TX 75204-2430
cr             +Tetra Applied Technologies, Inc.,   c/o Zachary S. McKay,   Dore Rothberg McKay, P.C.,
                17171 Park Row, Suite 160,   Houston, TX 77084-4927
cr             +Transcontinental Gas Pipe Line Company, LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
                320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr             +U.S. Specialty Insurance Company,   c/o Locke Lord LLP,   ATTN: Philip Eisenberg,
                600 Travis Street, Suite 2800,   Houston, TX 77002-2914
cr             +WFS Liquids LLC,   c/o Steven W. Soule’,   Hall, Estill, et al.,   320 South Boston Avenue,
                Suite 200,   Tulsa, OK 74103-3705
cr             +Westerngeco LLC,   c/o Andrew A Braun,   Gieger Laborde & Laperouse, LLC,
                Suite 4800, 701 Poydras Street,   New Orleans, LA  70139,   US 70139-7756
cr             +Williams Field Services-Gulf Coast Company LLC,   c/o Steven W. Soule,   Hall, Estill, et al.,
                320 South Boston Avenue,   Suite 200,   Tulsa, OK 74103-3705
cr             +Zurich American Insurance Company,   c/o Duane Brescia,   720 Brazos Street,   Suite 700,
                Austin, TX 78701-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnkatty@aldineisd.org Sep 21 2020 22:10:35      Aldine ISD,   Legal Department,
                2520 WWThorne Dr.,   Houston, TX 77073-3406
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 21 2020 22:10:05      Cypress-Fairbanks ISD,
                Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                Houston, Tx  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 21 2020 22:10:05      Galveston County,
                Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   P.O. Box 3064,
                Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 21 2020 22:10:05      Harris County,
                Linebarger Goggan Blair & Sampson LLP,   C/O John P. Dillman,   PO Box 3064,
                Houston, TX  77253-3064
cr             +E-mail/Text: bankruptcy@islandoperating.com Sep 21 2020 22:10:25
                Island Operating Company Inc,   770 S Post Oak Lane,   Suite 400,   Houston, TX 77056-6666
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 21 2020 22:10:05      Jefferson County,
                Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   P.O. Box 3064,
                Houston, TX  77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Sep 21 2020 22:10:05      Matagorda County,
                Linebarger Goggan Blair & Sampson LLP,   c/o John P. Dillman,   Post Office Box 3064,
                Houston, TX  77253-3064
cr             +E-mail/Text: pwp@pattiprewittlaw.com Sep 21 2020 22:09:56      Plains Gas Solutions,
                c/o Law Ofc Patricia Williams Prewitt,   10953 Vista Lake Ct.,   Navasota, TX  77868,
                UNITED STATES 77868-6981
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              A-Port LLC
cr              Acadian Contractors, Inc
cr              Ad Hoc Group of Secured Lenders
cr              Archrock Partners Operating, LLC and Archrock Serv
cr              CCG Services (U.S.) Inc.
cr              CNOOC Petroleum Offshore U.S.A. Inc.
cr              CTD Legacy LLC
intp            Cantor Fitzgerald Securities, as DIP Agent
cr              Chevron U.S.A. Inc.
cr              Diverse Safety & Scaffolding, LLC
cr              Ecopetrol America LLC
intp            Eni Petroleum US LLC
intp            Eni US Operating Co. Inc.
cr              ExxonMobil Corporation
```

```
District/off: 0541-4          User: dhan               Page 3 of 3             Date Rcvd: Sep 21, 2020
                              Form ID: ntctran         Total Noticed: 72


             ***** BYPASSED RECIPIENTS (continued) *****
intp          Facilities Consulting Group, LLC
cr            Florida Gas Transmission Company, LLC
cr            Goldman Sachs Bank USA
cr            Halliburton Energy Services, Inc.
cr            Intracoastal Liquid Mud, Inc.,    UNITED STATES
intp          Kilgore Marine
cr            Lavaca County
cr            Liberty Mutual Insurance Company
cr            Linear Controls, Inc.
cr            Live Oak CAD
cr            Louisiana Safety Systems, Inc.
intp          Manta Ray Offshore Gathering Company, L.L.C.
cr            Multiklient Invest AS
intp          Nautilus Pipeline Company, L.L.C.
cr            Oceaneering International Inc.
cr            Oil States Energy Services, LLC
cr            Partco, LLC
cr            Philadelphia Indemnity Insurance Company
cr            R360 Environmental Solutions, LLC
intp          RLI Insurance Company
cr            Renaissance Offshore, LLC
cr            Republic Helicopters, Inc.
cr            Ridgewood Energy Corporation
cr            Rio Grande City CISD
cr            Samson Contour Energy E & P, LLC
cr            Samson Offshore Mapleleaf, LLC
cr            Sea Robin Pipeline Company, LLC
cr            Starr County
cr            State of Louisiana, Department of Natural Resource
cr            Stingray Pipeline Company, LLC
intp          Subsea 7 LLC
cr            The Hanover Insurance Company
crcm          The Official Committee of Unsecured Creditors
cr            Travelers Casualty and Surety Company of America
cr            Trunkline Gas Company, LLC
cr            U.S. Department of the Interior
cr            W&T Offshore, Inc.
cr            XL Specialty  Insurance Co
cr            XTO Energy, Inc.
                                                                                  TOTALS: 53, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0