IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

**Affidavits of Service for Mailings for the Period from September 13, 2020 through September 19, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| Main Document | Affidavit Re: Mailings and Publications for the Period from September 13, 2020 through September 19, 2020 (related documents: 327,330, 331, 332, 333, 337, 338, 340, 341, 342, 344, 346, 347, 350, 351, 353, 354, 355, 367, 374, 375, 376, 377) |
| Attachments: | |
| #1 | Affidavit of September 12, 2020 and September 14, 2020 Service of Notice of Filing Revised Proposed Final Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief (DN 330) |
| #2 | Affidavit of September 13, 2020 of Service of Agenda of Matters Set for Hearing on September 14, 2020 at 1:30 p.m. (CT) (DN 331); Notice of Filing Revised Proposed Final Order (I) Authorizing Debtors to (A) Continue Insurance Programs, and Surety Bond Program, and (B) Pay Certain Obligations with Respect Thereto; (II) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (III) Granting Related Relief (DN 332); Notice of Final NOL Order; Final Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions (DN 327); Notice of Filing Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties(DN 333); Notice of Filing Revised Proposed Final Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(B)(9) Claims; and (II) Granting Related Relief (DN 337) Notice of Filing Revised Proposed Final Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief (DN 338) Final Order (I) Authorizing Debtors to (A) Continue Insurance Programs, and Surety Bond Program, and (B) Pay Obligations with Respect Thereto; (II) Granting Relief From Automatic Stay With Respect to Workers' Compensation Claims; and (III) Granting Related Relief (DN 340); Final Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief (DN 341); Final Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(B)(9) Claims; and (II) Granting Related Relief (DN 342); Notice of Filing Revised Proposed Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties (DN 344) |

| | |
|---|---|
| #3 | Affidavit of September 15, 2020 Service of Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties (DN 346); Stipulation and Order Granting Limited Relief from the Automatic Stay on Regis Southern Personal Injury Litigation (DN 347) |
| #4 | Affidavit of September 16, 2020 Publication of Notice of Final Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions (Related to DN 327) |
| #5 | Affidavit of September 16, 2020 Service of Stipulated Protective Order (DN 350); Certificate of No Objection to Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date (DN 351); Certificate of No Objection to Motion of Debtors to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (DN 353) |
| #6 | Affidavit of September 17, 2020 of Service of Stipulated Protective Order (DN 354); Order Authorizing Retention and Employment of Weil, Gotshal and Manges LLP as Attorneys for the Debtors Effective as of the Petition Date (DN 355); Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (DN 367) |
| #7 | Affidavit of September 18, 2020 Service of Application for Approval of the Employment of Cole Schotz P.C. As Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 20, 2020 (DN 374); Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel, Effective as of August 19, 2020 (DN 375); Application of the Official Committee of Unsecured Creditors for Authorization to Retain and Employ Conway Mackenzie, LLC as Financial Advisor Effective as of August 20, 2020 (DN 376) |
| #8 | Affidavit of September 18, 2020 of Service of Supplemental Declaration of Benjamin J. Steele in Support of Emergency Application of Debtors for Entry of an Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent (DN 377) |