IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties [Docket No. 346]

- Stipulation and Order Granting Limited Relief from the Automatic Stay on Regis Southern Personal Injury Litigation [Docket No. 347]

On September 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail and email on the Banks Service List attached hereto as **Exhibit B**, and (2) by the method set forth on the UCC Service List attached hereto as **Exhibit C**:

- Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties [Docket No. 346]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

Additionally, on September 15, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on the RSC Service List attached hereto as **Exhibit D**:

- Stipulation and Order Granting Limited Relief from the Automatic Stay on Regis Southern Personal Injury Litigation [Docket No. 347]

Dated: September 22, 2020

/s/ Seth Botos
Seth Botos

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 22, 2020, by Seth Botos, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 46157

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | ACADIAN CONTRACTORS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>17102 WEST LA HWY 330<br>ABBEVILLE LA 70511-1608 | TROYB@ACADIANCONTRACTORS.COM | First Class Mail and Email |
| COUNSEL TO CGG SERVICES (U.S.) INC. | ADAMS AND REESE LLP | ATTN: SCOTT R. CHEATHAM, ESQ.<br>701 POYDRAS STREET<br>SUITE 4500<br>NEW ORLEANS LA 70139 | SCOTT.CHEATHAM@ARLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | AKER SOLUTIONS INC. | ATTN: LUIS ARUJO, CEO<br>2103 CITYWEST BLVD., SUITE 800<br>HOUSTON TX 77042 | | First Class Mail |
| COUNSEL TO ENERGY TRANSFER OPERATING, L.P., SEA ROBIN PIPELINE COMPANY, LLC, TRUNKLINE GAS COMPANY, LLC, FLORIDA GAS TRANSMISSION, COMPANY, LLC, AND STINGRAY PIPELINE COMPANY, LLC | AKERMAN LLP | ATTN: JOHN E. MITCHELL & YELENA ARCHIYAN<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS TX 75201 | YELENA.ARCHIYAN@AKERMAN.COM | Email |
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE& JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE<br>1844 HARVARD STREET<br>HOUSTON TX 77008 | BBOYCE@ADJTLAW.COM<br>KDUBOSE@ADJTLAW.COM | Email |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | Email |
| TOP 30 UNSECURED CREDITOR | ALLIANT INSURANCE SERVICES, INC. | ATTN: THOMAS W. CORBETT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>701 B STREET, 6TH FLOOR<br>SAN DIEGO CA 92101 | DKELLY@ALLIANT.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ANADARKO US OFFSHORE LLC | ATTN: VICKI HOLLUB, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>1201 LAKE ROBBINS DR.<br>THE WOODLANDS TX 77380 | CRM.JIB@ANADARKO.COM | First Class Mail and Email |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | Email |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | Email |
| TOP 30 UNSECURED CREDITOR | ATLANTIC MARITIME SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5847 SAN FELIPE, SUITE 3500<br>HOUSTON TX 77057 | EREN.DEMET@VALARIS.COM | First Class Mail and Email |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN<br>201 ST. CHARLES AVENUE<br>SUITE 3600<br>NEW ORLEANS LA 70170 | JHAYDEN@BAKERDONELSON.COM | Email |
| TOP 30 UNSECURED CREDITOR | BAKER HUGHES OILFIELD OPERATIONS INC. | ATTN: LORENZO SIMONELLI, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>17021 ALDINE WESTFIELD<br>HOUSTON TX 77073-5101 | ARCCCASHAPPLICATION@BAKERHUGHES.COM | First Class Mail and Email |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER<br>185 ASYLUM STREET<br>CITYPLACE I, 34TH FLOOR<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM | Email |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | ASHAHINAN@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM<br>SZUBER@CSGLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | CLARIANT CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4000 MONROE ROAD<br>CHARLOTTE NC 28205 | OILSERVICES.GOM@CLARIANT.COM | First Class Mail and Email |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA<br>720 BRAZOS<br>SUITE 700<br>AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | Email |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER<br>901 MAIN STREET, SUITE 6000<br>DALLAS TX 75202-3794 | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN<br>301 COMMERCE STREET<br>SUITE 1700<br>FORT WORTH TX 76102 | MWARNER@COLESCHOTZ.COM<br>BWALLEN@COLESCHOTZ.COM | Email |
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA<br>2727 ALLEN PARKWAY<br>SUITE 1700<br>HOUSTON TX 77019 | SMARMON@CJMHLAW.COM<br>WSUDELA@CJMHLAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE,, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL TO DLS, LLC | DLS, LLC | ATTN: H. KENT AGUILLARD<br>141 S. 6TH STREET<br>EUNICE LA 70535 | KENT@AGUILLARDLAW.COM | Email |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON TX 77084 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET<br>SUITE 3700<br>HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US | Email |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | ATTN: LISA A. POWELL<br>2925 RICHMOND AVE.<br>SUITE 1200<br>HOUSTON TX 77098 | LISA.POWELL@FISHERBROYLES.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | FLUID CRANE & CONSTRUCTION INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5411 HWY 90 E<br>NEW IBERIA LA 70560 | JRENARD@FLUIDCRANE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | FMC TECHNOLOGIES INC. | ATTN: DOUGLAS J. PFERDEHIRT, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>11740 KATY FREEWAY<br>HOUSTON TX 77079 | FMCAR@FMCTI.COM | First Class Mail and Email |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER<br>1000 LOUISIANA STREET, SUITE 2000<br>HOUSTON TX 77002-2099 | DSELDER@FOLEY.COM | Email |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY & LYNDA L. LANKFORD<br>777 MAIN STREET<br>SUITE 1550<br>FORT WORTH TX 76102 | BFORSHEY@FORSHEYPROSTOK.COM<br>LLANKFORD@FORSHEYPROSTOK.COM | Email |
| TOP 30 UNSECURED CREDITOR | GATE | ATTN: GRANT GIBSON, CEO<br>16360 PARK TEN PLACE, SUITE 206<br>HOUSTON TX 77084 | MMYHRE@GATEINC.COM | First Class Mail and Email |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | Email |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | GULF CRANE SERVICES, INC. | ATTN: CHARLES BOLLINGER, CEO<br>73413 BOLLFIELD DR.<br>COVINGTON LA 70434 | ASHLEYSCLAFINI@GULFBANK.COM | First Class Mail and Email |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA OK 74103-3706 | SSOULE@HALLESTILL.COM | Email |
| TOP 30 UNSECURED CREDITOR | HALLIBURTON ENERGY SERVICES | ATTN: MS. ELBA PARRA, REGION MANAGER<br>3000 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON TX 77032 | ELBA.PARRA@HALLIBURTON.COM | First Class Mail and Email |
| COUNSEL TO LEXON INSURANCE COMPANY AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | ATTN: LEE E. WOODARD<br>333 W. WASHINGTON STREET, SUITE 200<br>SYRACUSE NY 13202 | BKEMAIL@HARRISBEACH.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | Email |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | Email |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS<br>600 TRAVIS STREET<br>SUITE 2350<br>HOUSTON TX 77002 | RANDY.RIOS@HUSCHBLACKWELL.COM | Email |

In re Fieldwood Energy LLC, et al.
Case No. 20-33948 (MI)

Page 3 of 8

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | ISLAND OPERATING COMPANY INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>108 ZACHARY DR.<br>SCOTT LA 70583 | WTHIBODEAUX@ISLANDOPERATING.COM | First Class Mail and Email |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON TX 77010 | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | Email |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. | JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III<br>P.O. BOX 82438<br>LAFAYETTE LA 70598 | JOHN@JMOUTONLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | KILGORE MARINE SERVICES INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>200 BEAULLIEU DRIVE, BLDG. 8<br>LAFAYETTE LA 70508 | CONNIE@KILGOREMARINE.COM | First Class Mail and Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | Email |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | Email |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA TX 77868 | PWP@PATTIPREWITTLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | LINEAR CONTROLS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE LA 70508 | PAYMENTS@LINEARCONTROLS.NET | First Class Mail and Email |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY AND GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | Email |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN<br>CIVIL DIVISION/LANDS & NATURAL RESOURCES<br>P.O. BOX 94005<br>BATON ROUGE LA 70804-9005 | | First Class Mail |

In re Fieldwood Energy LLC, et al.
Case No. 20-33948 (MI)

Page 4 of 8

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR<br>600 JEFFERSON ST., 10TH FLOOR<br>LAFAYETTE LA 70501 | WLAFLEUR@MANDLLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER<br>1201 DEMONBREUN ST<br>SUITE 900<br>NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM | Email |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD<br>3701 KIRBY DRIVE<br>SUITE 1000<br>HOUSTON TX 77098 | JSHEPPARD@MORROWSHEPPARD.COM | Email |
| TOP 30 UNSECURED CREDITOR | OCEANEERING INTERNATIONAL INC. | ATTN: RODERICK A. LARSON, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>11911 FM 529<br>HOUSTON TX 77041 | | First Class Mail |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY<br>P. O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>CASEY.ROY@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV<br>USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OFFSHORE ENERGY SERVICES, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5900 US HWY 90 E<br>BROUSSARD LA 70518 | KNORRIS@OFFSHOREES.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | ONESUBSEA LLC | ATTN: OLIVER LE PEUCH, CEO<br>4646 W. SAM HOUSTON PARKWAY N<br>HOUSTON TX 77041 | CAMCANAR@SLB.COM | First Class Mail and Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS<br>2520 W.W. THORNE DRIVE<br>HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | Email |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON TX 77002 | CRUBIO@PARKINSLEE.COM | Email |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | Email |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC. | PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON<br>1776 YORKTOWN SUITE 300<br>HOUSTON TX 77056 | ROBERT@PORTERPOWERS.COM | Email |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>MYOUNG-JOHN@PORTERHEDGES.COM<br>APOWER@PORTERHEDGES.COM | Email |
| TOP 30 UNSECURED CREDITOR | PRIME TANK LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1253 PETROLEUM PARKWAY<br>BROUSSARD LA 70518 | MARKBELANGER@PRIMETANKLLC.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SCHLUMBERGER TECHNOLOGY CORPORATION | ATTN: OLIVER LE PEUCH, CEO<br>1200 ENCLAVE PARKWAY<br>HOUSTON TX 77077 | NAMREMITTANCE@SLB.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ.<br>400 PARK AVE, 5TH FLOOR<br>NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail and Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM | Email |
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL<br>1000 LOUISIANA ST., SUITE 5900<br>HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM<br>MFISHEL@SIDLEY.COM | Email |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN<br>P. O. BOX 549<br>HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | SOLAR TURBINES INCORPORATED | ATTN: PRESIDENT OR GENERAL COUNSEL<br>13105 NW FREEWAY<br>HOUSTON TX 77040 | | First Class Mail |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM<br>DOUG.FRIEDMAN@STACYBAKERLAW.COM | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR.<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD & SHERRY J. MILLMAN<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM | Email |
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS TX 75201 | DAPICE@SBEP-LAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | SUBSEA 7 US LLC | ATTN: JOHN EVANS, CEO<br>17220 KATY FREEWAY, SUITE 100<br>HOUSTON TX 77094 | DENIA.ESPINOZA@SUBSEA7.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SUPERIOR ENERGY SERVICES LLC | ATTN: DONALD DUNLAP, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>COMPLETION SERVICES<br>16619 ALDINE WESTFIELD<br>HOUSTON TX 77032 | LAF.ACCOUNTSRECEIVABLE@SUPERIOR-ENERGY.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TETRA APPLIED TECHNOLOGIES, INC. | ATTN: BRAD M. MURPHY, PRESIDENT AND CHIEF EXECUTIVE OFFICER<br>24955 I-45 NORTH<br>THE WOODLANDS TX 77380 | REMIT@TETRATEC.COM | First Class Mail and Email |
| COUNSEL TO CETCO ENERGY SERVICES COMPANY, LLC | THE DERBES LAW FIRM | ATTN: ALBERT J. DERBES, IV & FREDERICK L. BUNOL<br>3027 RIDGELAKE DRIVE<br>METAIRIE LA 70002 | AJDIV@DERBESLAW.COM<br>FBUNOL@DERBESLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | TRENDSETTER ENGINEERING INC. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>10430 RODGERS RD.<br>HOUSTON TX 77070 | | First Class Mail |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM | Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail and Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN:  WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE, SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | W&T OFFSHORE INC. | ATTN: TRACY W. KROHN, CEO<br>NINE GREENWAY PLAZA, SUITE 300<br>HOUSTON TX 77046 | RSTANLEY@WTOFFSHORE.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WARRIOR ENERGY SERVICES CORPORATION | ATTN: MARK POCHE, VP GULF COAST REGION<br>5801 HIGHWAY 90 E<br>BROUSSARD LA 70518 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS TX 75204 | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |
| TOP 30 UNSECURED CREDITOR | WOOD GROUP PSN INC. | ATTN: ROBIN WATSON, CEO<br>17325 PARK ROW<br>HOUSTON TX 77084 | REMITTANCE.USFSC@WOODGROUP.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WORKSTRINGS INTERNATIONAL, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1150 SMEDE HWY.<br>BROUSSARD LA 70518 | RON.COMEAUX@WORKSTRINGS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | XTO ENERGY INC. | ATTN: BART CHAIR, PRESIDENT<br>22777 SPRINWOODS VILLAGE PKWY<br>SPRING TX 77389-1425 | JIB_INQUIRY@XTOENERGY.COM | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Banks Service List
Served via First Class Mail and Email

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION | ATTN: JESSICA SOLIZ & ROBERT JAMES | 1000 LOUISIANA STREET | SUITE 2950 | HOUSTON | TX | 77002 | JESSICA.SOLIZ@CAPITALONE.COM |
| JPMORGAN CHASE BANK, N.A. | ATTN: THERESA MACIAS | 712 MAIN STREET | 14TH FLOOR NORTH | HOUSTON | TX | 77002 | THERESA.A.MACIAS@JPMCHASE.COM |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: DAVID A. JASON | 1 CALIFORNIA STREET | SUITE 1000 | SAN FRANCISCO | CA | 94111 | DAVID.JASON@USBANK.COM |

**Exhibit C**

Exhibit C
UCC Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| ANADARKO PETROLEUM CORPORATION | ATTN: ANDREW R. POOLE | 1201 LAKE ROBBINS DR. | | | THE WOODLANDS | TX | 77380 | | | First Class Mail |
| ANKOR E&P HOLDINGS CORPORATION | 1615 POYDRAS ST, SUITE 1100 | | | | NEW ORLEANS | LA | 70112 | | | First Class Mail |
| APACHE OFFSHORE INVESTMENT GP | 2000 POST OAK BLVD, STE 100 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| APACHE SHELF EXPLORATION LLC | ATTENTION: MR. JOHN DAVIS | 2000 POST OAK BLVD., STE. 100 | | | HOUSTON | TX | 77056 | | JOHN.DAVIS@APACHECORP.COM | First Class Mail and Email |
| APACHE SHELF EXPLORATION LLC | ONE POST OAK CENTRAL | 2000 POST OAK BOULEVARD SUITE 100 | | | HOUSTON | TX | 77056-4400 | | | First Class Mail |
| ARENA ENERGY LP | 4200 RESEARCH FOREST DR | SUITE 500 | | | THE WOODLANDS | TX | 77381 | | | First Class Mail |
| ARENA OFFSHORE LP | 4200 RESEARCH FOREST DR #230 | | | | THE WOODLANDS | TX | 77381 | | | First Class Mail |
| AVT TEXAS, L.P. | 6995 UNION PARK CENTER, SUITE 400 | | | | COTTONWOOD HEIGHTS | UT | 84047 | | | First Class Mail |
| BADGER OIL CORPORATION | 3861 AMBASSADOR CAFFERY PKWY # 400 | | | | LAFAYETTE | LA | 70503 | | R.PEYTON@BADGEROIL.COM | First Class Mail and Email |
| BENNU OIL & GAS LLC | 1330 POST OAK BLVD STE 1600 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| BP AMERICA PRODUCTION COMPANY | PO BOX 848103 | | | | DALLAS | TX | 75284 | | | First Class Mail |
| CALYPSO EXPLORATION, LLC | 808 TRAVIS STREET, SUITE 2300 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| CANON FINANCIAL SERVICES, INC. | 158 GAITHER DRIVE | SUITE 200 | | | MT. LAUREL | NJ | 08054 | | | First Class Mail |
| CANTOR FITZGERALD SECURITIES, AS SUBSTITUTE COLLATERAL AGENT | 110 EAST 59TH STREET | | | | NEW YORK | NY | 10022 | | | First Class Mail |
| CASTEX OFFSHORE, INC. | 333 CLAY ST STE 2000 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| CHALLENGER MINERALS INC | 15375 MEMORIAL DRIVE | | | | HOUSTON | TX | 77079 | | | First Class Mail |
| CHEVRON U.S.A. INC. | 1500 LOUISIANA STREET | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| CITIBANK, N.A., AS COLLATERAL AGENT | 1615 BRETT RD., OPS III | | | | NEW CASTLE | DE | 19720 | | | First Class Mail |
| CITIBANK, N.A., AS COLLATERAL AGENT | 580 CROSSPOINT PARKWAY | | | | GETZVILLE | NY | 14068 | | | First Class Mail |
| CL&F RESOURCES LP | 4 GREENSPOINT PLAZA BUILDING | 16945 NORTHCHASE DR. STE. 1500 | | | HOUSTON | TX | 77060 | | GDOBBS@CLF-CO.COM | First Class Mail and Email |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 | | | | SPRINGFIELD | IL | 62708 | | UCCSPREP@CSCINFO.COM | First Class Mail and Email |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | 225 WEST WASHINGTON STREET | 9TH FLOOR | | | CHICAGO | IL | 60606 | | | First Class Mail |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | 225 W. WASHINGTON STREET | 21ST FLOOR | | | CHICAGO | IL | 60606 | | | First Class Mail |
| CORTLAND CAPITAL MARKET SERVICES LLC, AS COLLATERAL AGENT | 325 W. WASHINGTON STREET | 21ST FLOOR | | | CHICAGO | IL | 60606 | | | First Class Mail |
| DAVIS OFFSHORE, L.P. | 1330 POST OAK BLVD., SUITE 600 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| DORADO DEEP GP, LLC | TWO ALLEN CENTER, 1200 SMITH STREET | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| DYNAMIC OFFSHORE RESOURCES NS, LLC | 1301 MCKINNEY, SUITE 900 | | | | HOUSTON | TX | 77010 | | LegalDept@Fwellc.com | First Class Mail and Email |
| EL PASO PRODUCTION COMPANY | LOCKBOX 200861 | | | | HOUSTON | TX | 77216-0861 | | | First Class Mail |
| ENERGY RESOURCE TECHNOLOGY GOM INC | 500 DALLAS ST, SUITE 2000 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| ENERGY XXI GOM LLC | 1021 MAIN STE 2626 | | | | HOUSTON | TX | 77042 | | | First Class Mail |
| ENTECH ENTERPRISES, INC | 4900 WOODWAY, SUITE 800 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| ENVEN ENERGY VENTURES LLC | 333 CLAY ST STE 4200 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| FIELD ENERGY LLC | 17 FAWN BRK | | | | WEST HARTFORD | CT | 06117-1032 | | | First Class Mail |
| FIELDWOOD ENERGY LLC | ATTN: MR. JOHN H. SMITH | 2000 W. SAM HOUSTON PARKWAY S., STE 1200 | | | HOUSTON | TX | 77042 | | GREGORY.LABOVE@FWELLC.COM; JSMITH@FWELLC.COM; LegalDept@Fwellc.com | First Class Mail and Email |

Exhibit C
UCC Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Zip | Country | Email | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| FIELDWOOD ENERGY OFFSHORE LLC | ATTN: JOHN H. SMITH | ONE BRIARLAKE PLAZA, SUITE 1200 | WEST SAM HOUSTON PARKWAY SOUTH | | HOUSTON | TX | 77042 | | GREGORY.LABOVE@FWELLC.COM; JSMITH@FWELLC.COM; LegalDept@Fwellc.com | First Class Mail and Email |
| FW FINCO LLC | 2000 W. SAM HOUSTON PKWY S., SUITE 1200 | | | | HOUSTON | TX | 77042 | | | First Class Mail |
| GOM SHELF LLC | 2000 WEST SAM HOUSTON PKWY S. | SUITE 1200 | | | HOUSTON | TX | 77042 | | LegalDept@Fwellc.com | First Class Mail and Email |
| GOME 1271 LLC | ATTENTION: MR. JONATHAN WILSON | THREE ALLEN CENTER, 333 CLAY ST., STE. 2900 | | | HOUSTON | TX | 77002 | | | First Class Mail |
| GULFSANDS PETROLEUM | 4TH FLOOR | 31 SOUTHAMPTON ROW | | | LONDON | | WC1B 5HJ | UNITED KINGDOM | | First Class Mail |
| HE&D OFFSHORE LP | TWO ALLEN CENTER | 1200 SMITH, SUITE 2400 | | | HOUSTON | TX | 77002 | | | First Class Mail |
| HEDV KING CAKE, LLC | 738 HIGHWAY 6 SOUTH, SUITE 800 | | | | HOUSTON | TX | 77079 | | | First Class Mail |
| HELIS OIL & GAS COMPANY LLC | 201 SAINT CHARLES AVE STE 2600 | | | | NEW ORLEANS | LA | 70170-3100 | | JPRAT@HELISOIL.COM | First Class Mail and Email |
| HILLCREST GOM, INC. | 3050 POST OAK BLVD STE 1700 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| HOUSTON ENERGY LP | TWO ALLEN CENTER | 1200 SMITH STE 2400 | | | HOUSTON | TX | 77002 | | HSUIRE@HOUSTONENERGYINC.COM | First Class Mail and Email |
| ILX PROSPECT KING CAKE, LLC | PO BOX 286 | FLOOR 2 | TRAFALGAR COURT | LES BANQUES | ST PETER PORT, GUERNSEY | | GY1 4HY | CHANNEL ISLANDS | | First Class Mail |
| IMAGENET CONSULTING, LLC | 913 N BROADWAY AVE | | | | OKLAHOMA | OK | 73102 | | | First Class Mail |
| KNIGHT RESOURCES, LLC | 24 WATERWAY AVENUE SUITE 1460 | | | | THE WOODLANDS | TX | 77380 | | FKYOUNG@FKYOUNG.COM | First Class Mail and Email |
| KNIGHT RESOURCES, LLC | P O BOX 52688 | | | | LAFAYETTE | LA | 70505-2688 | | | First Class Mail |
| LAMAR HUNT TRUST ESTATE | PO BOX 95229 | | | | GRAPEVINE | TX | 76099-9752 | | | First Class Mail |
| LLOG BLUEWATER HOLDINGS, LLC | 1001 OCHSNER BLVD SUITE 100 | | | | COVINGTON | LA | 70433 | | | First Class Mail |
| LLOG ENERGY, L.L.C. | 202 RUE IBERVILLE SUITE 410 | | | | LAFAYETTE | LA | 70508 | | | First Class Mail |
| LLOG EXPLORATION COMPANY, L.L.C. | 202 RUE IBERVILLE SUITE 410 | | | | LAFAYETTE | LA | 70508 | | | First Class Mail |
| LLOG EXPLORATION OFFSHORE, L.L.C. | 1001 OCHSNER BLVD STE 200 | | | | COVINGTON | LA | 70433 | | | First Class Mail |
| LLOG EXPLORATION OFFSHORE, L.L.C. | 11700 KATY FREEWAY, SUITE 295 | | | | HOUSTON | TX | 77079 | | | First Class Mail |
| LLOG EXPLORATION OFFSHORE, L.L.C. | 842 W SAM HOUSTON PKWY N. | STE 600 | | | HOUSTON | TX | 77024 | | | First Class Mail |
| M21K LLC | 2021 MAIN STE 2626 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| MACQUARIE CORPORATE AND ASSET FUNDING INC. | 3100 WEST END AVE, SUITE 325 | | | | NASHVILLE | TN | 37203 | | | First Class Mail |
| MARITECH RESOURCES INC | 24955 I-45 NORTH | | | | THE WOODLANDS | TX | 77380 | | | First Class Mail |
| MONFORTE EXPLORATION LLC | 3200 SOUTHWEST PWY | STE 3200 | | | HOUSTON | TX | 77027 | | | First Class Mail |
| MURPHY EXPLORATION & PRODUCTION COMPANY - USA | 9805 KATY FREEWAY, SUITE G200 | | | | HOUSTON | TX | 77024 | | | First Class Mail |
| NORTHSTAR OFFSHORE GROUP LLC | 11 GREENWAY PLAZA #2800 | | | | HOUSTON | TX | 77046 | | BMAC@NSTAROFFSHORE.COM; RSOUDERS@NSTAROFFSHORE.COM | First Class Mail and Email |
| NORTHWESTERN MUTUAL LIFE | PO BOX 88749 | | | | MILWAUKEE | WI | 53288-0749 | | | First Class Mail |
| ONLINE RESOURCES INC | 400 POYDRAS ST, SUITE 1100 | | | | NEW ORLEANS | LA | 70130 | | | First Class Mail |
| PALM ENERGY OFFSHORE LLC | 340 FAIRWAY DRIVE | | | | NEW ORLEANS | LA | 70124 | | | First Class Mail |
| PEREGRINE OIL AND GAS LP | 3 RIVERWAY SUITE 1750 | | | | HOUSTON | TX | 77056 | | | First Class Mail |
| PETROBRAS AMERICA INC | 10350 RICHMOND AVE STE 1400 | | | | HOUSTON | TX | 77042 | | | First Class Mail |
| PETROQUEST ENERGY LLC | PO BOX 53888 | | | | LAFAYETTE | LA | 70502-3888 | | | First Class Mail |
| PISCES ENERGY LLC | 3850 N CAUSEWAY BLVD STE 1770 | | | | METAIRIE | LA | 70002 | | | First Class Mail |
| RED WILLOW OFFSHORE, LLC | 1415 LOUISIANA, STE 4000 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| RENAISSANCE OFFSHORE, LLC | 920 MEMORIAL CITY WAY | SUITE 800 | | | HOUSTON | TX | 77042 | | | First Class Mail |

Exhibit C
UCC Service List
Served as set forth below

| Name | Address 1 | Address 2 | | | City | State | Zip | | Email | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| RIDGEWOOD KING CAKE, LLC | C/O RIDGEWOOD ENERGY | 1254 ENCLAVE PKWY., SUITE 600 | | | HOUSTON | TX | 77077 | | | First Class Mail |
| SCL RESOURCES LLC | 840 ROOSEVELT 2 FL | | | | IRVINE | CA | 92620 | | | First Class Mail |
| STX ENERGY E&P OFFSHORE MGMT LLC | 1555 POYDRAS ST #1720 | | | | NEW ORLEANS | LA | 70112 | | | First Class Mail |
| TALOS ENERGY OFFSHORE, LLC | 500 DALLAS STE 2000 | | | | HOUSTON | TX | 77002 | | | First Class Mail |
| TALOS RESOURCES LLC | 333 CLAY STREET, SUITE 3300 | | | | HOUSTON | TX | 77002 | | ASH.SHEPHERD@TALOSENERGY.COM | First Class Mail and Email |
| TAMMANY OIL & GAS LLC | 20445 SH 249 STE 2 | | | | HOUSTON | TX | 77070 | | | First Class Mail |
| TANA EXPLORATION COMPANY LLC | 4001 MAPLE AVENUE | SUITE 300 | | | DALLAS | TX | 75219 | | | First Class Mail |
| TC OIL LOUISIANA LLC | 4001 MAPLE AVE STE 300 | | | | DALLAS | TX | 75219 | | | First Class Mail |
| THE LOUISIANA LAND & EXPLORATION CO LLC | 600 N DAIRY ASHFORD | | | | HOUSTON | TX | 77079 | | | First Class Mail |
| W & T ENERGY VI | 9 GREENWAY PLAZA, SUITE 300 | | | | HOUSTON | TX | 77046 | | | First Class Mail |
| W&T ENERGY VI, LLC | 8 GREENWAY PLAZA | SUITE 1330 | | | HOUSTON | TX | 77046 | | | First Class Mail |
| W&T OFFSHORE, INC. | NINE GREENWAY PLAZA, SUITE 300 | | | | HOUSTON | TX | 77046 | | | First Class Mail |
| W&T OFFSHORE, LLC | 9 GREENWAY PLAZA | SUITE 300 | | | HOUSTON | TX | 77046 | | | First Class Mail |
| WALTER OIL & GAS CORPORATION | 1100 LOUISIANA, SUITE 200 | ATTENTION: CHAD ELIAS | | | HOUSTON | TX | 77002 | | | First Class Mail |

**<u>Exhibit D</u>**

Exhibit D
RSC Service List
Served via First Class Mail and Email