## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF PUBLICATION

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing and solicitation agent for the Debtor in the above-captioned chapter 11 case.

This Affidavit of Publication includes sworn statements verifying that the *Notice of Final Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions*, as conformed for publication, was published on September 16, 2020 in (1) the national edition of *The New York Times*, as described on **Exhibit A** attached hereto; (2) the *Houston Chronical* as described on **Exhibit B**.

Dated: September 23, 2020

*/s/ James Mapplethorpe*
James Mapplethorpe

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 23, 2020, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**<u>Exhibit A</u>**



**NYT** **The New York Times**

620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

Sep-16, **20** 20

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of *The New York Times* a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of *The New York Times* on the following date or dates, to wit on

Sep 16, 2020, NYT & Natl, pg B5

Sworn before me the

16 day of Sept. , 2020.

Notary Public

JAMES W SAPP
Notary Public, State of New York
NO. 01SA6190150
Qualified in New York County
Commission Expires 07/14/2024

**ATTENTION DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF STOCK ISSUED BY FIELDWOOD ENERGY INC. OR ITS AFFILIATED COMPANIES:**

Upon the motion (the "**Motion**") of Fieldwood Energy LLC and its affiliated companies (the "**Debtors**"), on August 4, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), having jurisdiction over the chapter 11 cases of the Debtors, captioned as *In re Fieldwood Energy LLC, et al.*, Case No. 20-33948 (MI) (jointly administered) (the "**Chapter 11 Cases**"), entered a final order establishing procedures (the "**Procedures**") with respect to direct and indirect transfers of, and claims of worthless stock deductions with respect to its beneficial ownership of, the common stock issued by Fieldwood Energy Inc. (the "**Common Stock**"), including options to acquire beneficial ownership of Common Stock.

In certain circumstances, the Procedures restrict (i) transactions involving, and require notices of the holdings of and proposed transactions by, any person, group of persons, or entity that is or, as a result of such a transaction, would become a Substantial Stockholder of Common Stock (including options to acquire Common Stock) and (ii) claims by any Majority Stockholder of a worthless stock deduction under section 165(g) of the Internal Revenue Code of 1986, as amended, with respect to its beneficial ownership of Common Stock. For purposes of the Procedures, a "**Substantial Stockholder**" is any person or entity (within the meaning of applicable regulations promulgated by the U.S. Department of the Treasury, including certain persons making a coordinated acquisition of stock) that beneficially owns, directly or indirectly (and/or owns options to acquire) at least 1,450,000 shares of Common Stock (representing approximately 4.75% of all issued and outstanding shares of Common Stock), and a "**Majority Stockholder**" is any person that beneficially owns at least 14,500,000 shares of Common Stock (representing approximately 47.5% of all issued and outstanding shares of Common Stock) or any person that would be a "50-percent shareholder" (within the meaning of section 382(g)(4)(D) of the Internal Revenue Code of 1986, as amended) of Common Stock (as defined in the Procedures) if such person claimed a worthless stock deduction with respect to such securities. *Any prohibited acquisition or other transfer of, or claim of a worthless stock deduction with respect to, Common Stock (including options to acquire beneficial ownership of Common Stock) will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or sanctions being imposed by the Bankruptcy Court.*

The Procedures, as approved on an interim basis and as requested on a final basis, are available on the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at *https://cases.primeclerk.com/fieldwoodenergy*, and on the docket of the Chapter 11 Cases, Docket No. 20-33948 (MI), which can be accessed via PACER at *https://www.pacer.gov*.

A direct or indirect holder of, or prospective holder of Common Stock (including options to acquire Common Stock) that may be or become a Substantial Stockholder or a Majority Stockholder should consult the Procedures.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse non-compliance therewith.

Dated: September 11, 2020                    **BY ORDER OF THE COURT**

## VIRUS FALLOUT

## Virus Briefing

### AIRLINES

**Concessions by Workers Avert Furloughs at Delta**

Delta Air Lines has avoided the need to furlough much of its work force in the coming weeks, sparing many employees the fate faced by tens of thousands at other airlines.

The airline's chief executive, Ed Bastian, made the announcement in a letter to staff members on Tuesday, crediting a range of concessions by Delta employees.

"We had an enormous response to the enhanced early retirement and departure packages that were offered this summer, with 20 percent of our people choosing voluntary exits," he said. "While it is difficult to see so many of our colleagues leave, every one of those departures helped save Delta jobs."

More than 40,000 Delta employees volunteered to take short-term or long-term unpaid leaves. The airline also cut hours by 25 percent for many workers.

While Delta's flight attendants and those who work in customer service, cargo, reservations, airplane maintenance and other areas will be spared, the airline said it would still need to furlough about 2,000 pilots, as previously announced. Delta's pilots are unionized, while there is a campaign underway to unionize its flight attendants.

American Airlines expects to furlough 19,000 workers starting on Oct. 1, when a ban on broad cuts that was a condition of federal aid expires. United Airlines has said it plans to furlough 16,000. Like Delta, Southwest Airlines has said it will be able to avoid such cuts. NIRAJ CHOKSHI

### GLOBAL ECONOMY

**Jobless Rate in Britain Starts to Tick Higher**

Britain's unemployment rate, which held steady through the early months of the pandemic thanks to the government's furlough program that keeps people in their jobs, has started to increase.

The rate rose to 4.1 percent for the May-to-July period, the Office for National Statistics said on Tuesday, up from about 3.9 percent. For months, the jobless rate had been held down by the furlough program and by grants for self-employed workers, which "shielded the labor market from the worst consequences of the pandemic," the statistics agency said.

The ranks of the jobless were also low because many of the people who did lose jobs in the spring were more likely to choose not to look for new work while the economy was in a lockdown, and so were counted as economically inactive.

As the British economy emerged out of lockdown in June and July, some of those people have re-entered the labor market. Although some have found jobs, others have not, helping raise the unemployment rate.

The persistently low unemployment rate in Britain stood in contrast to the United States, where the rate climbed above 14 percent in April as people were laid off during the height of state lockdowns and sought government help through unemployment benefits. ESHE NELSON

### SHIPPING

**Port of Los Angeles Reports Record Month**

August was the busiest month in the 114-year history for the Port of Los Angeles, the nation's top container port, as retailers restocked depleted warehouse and store shelves and prepared for a holiday surge. But don't get excited about an economic rebound just yet.

"With all of this, a word of caution: One month or even one quarter does not make a trend," Gene Seroka, the port's executive director, told reporters on Tuesday. "Despite this import surge that we're seeing, the U.S. economy and global trade face significant challenges."

The high cargo volume in August, an increase of nearly 12 percent over last year, was driven in part by record imports, Mr. Seroka said. He forecast busy months ahead and said the port expected trade volumes to be down only 9 percent for the year, compared with an earlier estimate of 15 percent. NIRAJ CHOKSHI



VALERIE MACON/AGENCE FRANCE-PRESSE — GETTY IMAGES

Shares in many theater chains have dropped since "Tenet" opened Sept. 4.


BRIDGET BENNETT FOR THE NEW YORK TIMES

A Galaxy Theater in Las Vegas. Studios are postponing big movies again — "Wonder Woman 1984" was delayed last week — leaving theater owners without much new to offer in the next two months.

# Movie Theaters Returned. Movie Audiences Didn't. Now What?

FROM FIRST BUSINESS PAGE

anywhere close to the numbers that Hollywood hoped, and things are not expected to improve in the near term. Studios are postponing big movies again — "Wonder Woman 1984" retreated last week, prompting at least three studios to convene meetings on Monday to discuss how to proceed with other scheduled releases — leaving theater owners without much new to offer for the next two months. Some analysts have started to resound alarm bells about the future of the theater business.

"We have no way of forecasting how long it will take for consumer comfort with indoor movie theaters to return," Rich Greenfield, a founder of the LightShed Partners media research firm, wrote in a report on Monday.

In recent days, Warner Bros. shifted "Wonder Woman 1984" to Christmas Day from Oct. 2, and MGM/Universal pushed back the slasher remake "Candyman" to next year. STX announced it was moving its Gerard Butler-starring disaster movie "Greenland" out of September to later this year. Marvel's "Black Widow" and Pixar's "Soul" are two films supposed to come out in November whose future now seems in question.

"I'm disappointed that the marketplace is still 30 percent unopened," Jeff Goldstein, Warner Bros. president of distribution, said. "The markets we are missing are key markets where Chris Nolan movies have really performed well in the past." Mr. Nolan's last three non-franchise movies — "Inception," "Interstellar" and "Dunkirk" — opened in the $50 million range in North America and went on to collect between $527 million and $837 million worldwide, with the bulk of sales coming from overseas.

Theater owners now must put their faith into two factors out of their control: studios staying the course with end-of-year releases, and New York and Los Angeles (along with San Francisco, the No.

3 market in the country) allowing theaters to reopen.

"Death on the Nile" from Disney's Twentieth Century division is the biggest-budgeted movie still scheduled to come out in October. If "Black Widow" (Nov. 6) or the James Bond spectacle "No Time to Die" (Nov. 20) get pushed back or moved online — as Disney did recently with "Mulan" — theaters are likely to face arduous conversations about their futures with investors and lenders.

In addition, the longer the pandemic drags on, the more that streaming becomes a threat to theaters. At least a dozen movies originally destined for big screens, including "Hamilton," "Trolls World Tour" and "Greyhound," have been redirected to streaming services or online rental platforms. The move has kept money flowing to studios, but analysts say that it has undercut theaters by training consumers to expect new films to be instantly available in their homes.

"We're learning that markets being opened, cinemas having safety protocols and studios releasing movies are all tied together," John Fithian, chief executive of the National Association of Theater Owners, said in an email.

He added that recent customer tracking had shown 97 percent satisfaction with safety protocols. "We've spent millions and millions of dollars getting this stuff right," he said. "If we can convince the consumer that we have done all of these things, they are much more likely to want to come back."

The nation's largest multiplex chain, AMC Entertainment, declined to comment.

When it comes to the three largest film markets, expectations are tempered for both Los Angeles and San Francisco given the strict metrics California Gov. Gavin Newsom recently announced as part of its reopening plans. For New York though, exhibitors and studio executives alike are incensed that Gov. Andrew Cuomo has given no specific time table for when movie theaters can reopen, coupling them with other largecrowd places like concert venues and amusement parks, while allowing bowling alleys and restaurants to resume indoor operations. At a news conference last week, when asked about the upcoming restart of the New York City crucial for sales, much of the media coverage and online buzz surrounding new movies is generated from there. (The New York Times typically does not review films that are not playing in New York.)

"The industry needs New York to open as soon as possible," said Ken Thewes, chief marketing officer for Regal Cinemas' parent company, "Governor Cuomo has done a great job getting it under control, but we really need him to give cinemas the same thought that he's given to the restaurant industry and let us resume operations."

If those markets don't open, and the studios get skittish, theater operators may have to take some dramatic steps to weather the storm. Shawn Robbins, chief analyst at Box Office Pro, said cinemas may start reducing operating hours to minimize expenses — perhaps going down to 7 p.m. and 9 p.m. screenings only, and foregoing matinees and early-evening screenings. In some cases, theaters have leases that require them to operate seven days a week. For those that don't, showing movies only on weekends may be an option.

"The next stretch is going to be extremely hard," Mr. Robbins said.

"Tenet" was not the only movie released in August, but the others — "The New Mutants" ($15 million) and "Unhinged" ($14 million) — haven't fared much better

Open markets need safe cinemas, movies need open markets, cinemas need movies. All these things raise audience awareness and comfort in returning to movies. You can't do one at a time."

Walt Street's reaction to the "Tenet" opening and the "Wonder Woman" postponement is telling. AMC shares climbed to about $7 on Sept. 4, the day "Tenet" arrived in U.S. theaters, up from about $3 in April. They have since declined by about 17 percent. Cinemark has declined 18 percent since Sept. 4. Cineworld, the parent company of Regal Cinemas, is down 14 percent. (For context, the S&P 500 is flat for the period.)

"From a cash standpoint, we can see this thing through way into next year if need be," Mark Zoradi, Cinemark's chief executive, said by phone. The company, based in Texas, operates about 5,977 screens in the United States and Latin America. "The fourth quarter is getting our feet wet on the ground. Next year is a transition year. 2022 is back to a sense of normality."

at the box office, although they cost less than half as much to make.

For Mark Gill, the chief executive of Solstice Studios, the studio behind "Unhinged," the film's grosses are not nearly at the level he hoped for five weeks after release. Yet he says the international performance of "Tenet" — it has brought in $177 million worldwide — illustrates that if the United States can get its public health issues under control, people will start going out to movie theaters again.

"You can see that this just links to the public health situation here," he said. "The longer it takes us to get that under control, the tougher it's going to be. It's not a permanent problem but it's a large temporary problem."

---

**ONLINE AUCTION**
**277-TAX FORECLOSED PROPERTIES**
By Order of Putnam County, NY
**TIRED OF THE CITY LIFE?**
**COME TO PUTNAM COUNTY!**
Waterfront, Camps,
Single Family Homes,
Multi-Family Homes,
Vacant Land and
Commercial Properties
CollarCityAuctionsOnline.com
**(888) 222-1522**
Turn Your Assets Into Cash. Call Today!

---

**COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES** (600)

**INVESTMENT PROPERTIES** (600)
Investment Properties | 605
Other Areas | 605

5 Box Auto Car Wash/2 Box Car Change
Located off Staten Hwy Bus
914-490-7396 CCavtotuo7@gmail.com

---

*[Legal notices and court filings — United States Bankruptcy Court, Southern District of New York — printed in fine print at bottom of page]*

**Notice of Public Sale**

PLEASE TAKE NOTICE THAT Hilco Streambank ("Hilco") will be handling a disposition of certain collateral (the "Property") by public sale on behalf of a private lender (the "Lender") for a loan that such Lender made to a group of borrowers (collectively the "Borrowers"). Because of the nature of the collateral and the public sale process of the Borrowers and the Company (defined below), Hilco will release information regarding the Property after an interested party executes a non-disclosure agreement. The Property will be offered for sale in accordance with the provisions of Article 9 of the Uniform Commercial Code...

---

**MILITARY POLICE OF THE STATE OF SÃO PAULO - BRAZIL CENTER OF MILITARY EQUIPMENT – (CMI)**

The Center of Military Equipment (Centro de Material Bélico - CMB) of Military Police of the state of São Paulo, Brazil announces international public tender for the acquisition of firearms to be used by the military police, according to the following provisions...

Date: SEPTEMBER/2020 — BY ORDER OF THE COURT

Learn how you can sponsor classroom subscriptions at nytimes.com/sponsor.

The New York Times

**Exhibit B**

| 0034052758   HF MEDIA LLC | Page 1 of 3 | Houston Chronicle CLASSIFIEDS |
|---|---|---|



## AFFIDAVIT OF PUBLICATION

### STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

HF MEDIA LLC                    0034052758
RAN A LEGAL NOTICE
SIZE BEING:   2 x4.50 l    (9.00l)

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |
| HOU Chronicle | Sep 16 2020 | Legal Notices | B 6 |

| 0034052758   HF MEDIA LLC | Page 3 of 3 | Houston Chronicle CLASSIFIEDS |

**ATTENTION DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF STOCK ISSUED BY FIELDWOOD ENERGY INC. OR ITS AFFILIATED COMPANIES:**

Upon the motion (the "**Motion**") of Fieldwood Energy LLC and its affiliated companies (the "**Debtors**"), on August 4, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), having jurisdiction over the chapter 11 cases of the Debtors, captioned as *In re Fieldwood Energy LLC, et al.*, Case No. 20-33948 (MI) (jointly administered) (the "**Chapter 11 Cases**"), entered a final order establishing procedures (the "**Procedures**") with respect to direct and indirect transfers of, and claims of worthless stock deductions with respect to its beneficial ownership of, the common stock issued by Fieldwood Energy Inc. (the "**Common Stock**"), including options to acquire beneficial ownership of Common Stock.

In certain circumstances, the Procedures restrict (i) transactions involving, and require notices of the holdings of and proposed transactions by, any person, group of persons, or entity that is or, as a result of such a transaction, would become a Substantial Stockholder of Common Stock (including options to acquire Common Stock) and (ii) claims by any Majority Stockholder of a worthless stock deduction under section 165(g) of the Internal Revenue Code of 1986, as amended, with respect to its beneficial ownership of Common Stock. For purposes of the Procedures, a "**Substantial Stockholder**" is any person or entity (within the meaning of applicable regulations promulgated by the U.S. Department of the Treasury, including certain persons making a coordinated acquisition of stock) that beneficially owns, directly or indirectly (and/or owns options to acquire) at least 1,450,000 shares of Common Stock (representing approximately 4.75% of all issued and outstanding shares of Common Stock), and a "**Majority Stockholder**" is any person that beneficially owns at least 14,500,000 shares of Common Stock (representing approximately 47.5% of all issued and outstanding shares of Common Stock) or any person that would be a "50-percent shareholder" (within the meaning of section 382(g)(4)(D) of the Internal Revenue Code of 1986, as amended) of Common Stock (as defined in the Procedures) if such person claimed a worthless stock deduction with respect to such securities. *Any prohibited acquisition or other transfer of, or claim of a worthless stock deduction with respect to, Common Stock (including options to acquire beneficial ownership of Common Stock) will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or sanctions being imposed by the Bankruptcy Court.*

*The Procedures, as approved on an interim basis and as requested on a final basis, are available on the website of Prime Clerk LLC, the Debtors' Court-approved claims agent, located at https://cases.primeclerk.com/fieldwoodenergy, and on the docket of the Chapter 11 Cases, Docket No. 20-33948 (MI), which can be accessed via PACER at https://www.pacer.gov.*

**A direct or indirect holder of, or prospective holder of, Common Stock (including options to acquire Common Stock) that may be or become a Substantial Stockholder or a Majority Stockholder should consult the Procedures.**

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Procedures are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws and do not excuse non-compliance therewith.

Dated: September 11, 2020

**BY ORDER OF THE COURT**

_Victoria Bond # IR Clerk_

NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 16th Day of September A.D. 2020

DELILAH METZGER
129823618
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
MAY 19, 2022

Notary Public in and for the State of Texas