UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE:**

SUPREME SERVICE & SPECIALTY CO., INC. ("Supreme Service") requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

SUPREME SERVICE & SPECIALTY CO., INC.
c/o Ross Spence
SPENCE, DESENBERG & LEE, PLLC
1770 Saint James Place, Suite 625
Houston, TX  77056
(713) 275-8440 Main
(713) 275-8474 Direct
(713) 275-8445 Fax
Email: ross@sdllaw.com

With a copy to:
SUPREME SERVICE & SPECIALTY CO., INC.
Attn: Freddy Bourgeois, Controller
204 Industrial Ave C
Houma, LA  70363

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, including but not limited to notices of any orders, motions, demands, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case; provided, however, this Notice of Appearance is not consent to service of process, summons or citation in any lawsuit or adversary proceeding.

Please take further notice that the foregoing request for notice and service of papers is not a submission by Supreme Service to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered only after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Supreme Service is, or may be, entitled, in law or in equity, all of which are expressly reserved.

Dated: September 25, 2020              SPENCE, DESENBERG & LEE, PLLC

                                              By:   */s/ Ross Spence*
                                                    Ross Spence

>SBN 18918400
>ross@sdllaw.com
>Henry W. Knight
>SBN 24116628
>henry@sdllaw.com
>1770 Saint James Place, Suite 625
>Houston, TX  77056
>(713) 275-8440 Main
>(713) 275-8474 Spence Direct
>(713) 275-8443 Knight Direct
>(713) 275-8445 Fax
>
>**ATTORNEYS FOR**
>**SUPREME SERVICE & SPECIALTY**
>**CO., INC.**

## CERTIFICATE OF SERVICE

I certify that on the 25th day of September 2020, a true and correct copy of the above and foregoing Notice was served upon all parties via the Court's electronic case filing system (ECF).

>*/s/ Ross Spence*
>Ross Spence