IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket No. 290 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY JONES WALKER AS SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE**

1. On September 2, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Application of Debtors for Authorization to Retain and Employ Jones Walker LLP as Special Counsel for Debtors Effective Nunc Pro Tunc to the Petition Date* (Docket No. 290) (the "**Application**"). Objections to the Application were required to be filed and served by September 23, 2020 (the "**Objection Deadline**").

2. Prior to the Objection Deadline, the United States Trustee (the "**U.S. Trustee**") provided the Debtors with informal comments to the proposed form of order submitted with the Application (the "**Initial Proposed Order**"). The U.S. Trustee's comments have been resolved by incorporating the comments into an amended proposed form of order, attached hereto as **Exhibit A** (the "**Amended Proposed Order**"). A blackline of the Amended Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. In accordance with paragraph 40 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, the Debtors respectfully request entry of the Amended Proposed Order.

Dated: September 25, 2020
      Houston, Texas

                                    Respectfully submitted,

                                    */s/  Alfredo R. Pérez*
                                  WEIL, GOTSHAL & MANGES LLP
                                  Alfredo R. Pérez (15776275)
                                  700 Louisiana Street, Suite 1700
                                  Houston, Texas  77002
                                  Telephone: (713) 546-5000
                                  Facsimile:  (713) 224-9511
                                  Email:  Alfredo.Perez@weil.com

                                  -and-

                                  WEIL, GOTSHAL & MANGES LLP
                                  Matthew S. Barr (admitted *pro hac vice*)
                                  Jessica Liou (admitted *pro hac vice*)
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone:  (212) 310-8000
                                  Facsimile:  (212) 310-8007
                                  Email: Matt.Barr@weil.com
                                                Jessica.Liou@weil.com

                                  *Attorneys for Debtors*
                                  *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on September 25, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         /s/ Alfredo R. Pérez
                                         Alfredo R. Pérez