UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy, LLC, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John A. Mouton, III<br>Law Offices of John A. Mouton, III<br>1200 Camellia Blvd., Ste. 204 (POB 82438)<br>Lafayette 70508 (70598)<br>337-988-6499/ john@jmoutonlaw.com<br>Louisiana/9790 |
|---|---|

| Name of party applicant seeks to appear for: | Derrick T. Daniels |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/25/2020   Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature: _____

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                   United States Bankruptcy Judge