IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered)<br>Re: Docket Nos. 10, 59 & 310 |

**STIPULATION FURTHER EXTENDING TIME FOR DEBTORS
TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES
OF CURRENT INCOME AND CURRENT EXPENDITURES,
SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (the "**Debtors**") and the United States Trustee for Region 7 (the "**U.S. Trustee**") hereby enter into this stipulation (the "**Stipulation**") as follows:

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), the Debtors each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

WHEREAS, on August 4, 2020, the Debtors filed the *Emergency Motion of Debtors for an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Reports* (Docket No. 10) (the "**Schedules and Statements Motion**").

WHEREAS, on August 5, 2020, the Court entered the *Order Extending Time for Debtors to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Reports* (Docket No. 59) (the "**Schedules and Statements Order**"), which, among other things, provides that the Debtors shall have 44 days from the Petition Date, through and including September 17, 2020, to file their Schedules and Statements[2] and may obtain a further extension of the 44-day period by entering into a written stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without further need for Court order.

WHEREAS, on September 9, 2020, the Debtors and U.S. Trustee entered into the *Stipulation Further Extending Time for Debtors to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements Of Financial Affairs* (Docket No. 310), which extended the time by which the Debtors must file their Schedules and Statements through and including October 2, 2020, without prejudice to the Debtors' rights to request further extensions or amendments to the Schedules and Statements Order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The time by which the Debtors must file their Schedules and Statements is extended through and including October 9, 2020.

2. Except as expressly set forth herein, all of the terms, conditions, and provisions of the Schedules and Statements Order remain in full force and effect.

3. The entry of this Stipulation is without prejudice to the Debtors' rights to request further extensions or amendments to the Schedules and Statements Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Schedules and Statements Motion.

Date:    September 28, 2020
             Houston, Texas

| | |
|---|---|
| */s/ Alfredo R. Pérez* | */s/ Stephen Statham* |
| WEIL, GOTSHAL & MANGES LLP | OFFICE OF THE UNITED STATES TRUSTEE |
| Alfredo R. Pérez (15776275) | Hector Duran |
| Clifford W. Carlson (24090024) | Stephen Statham |
| 700 Louisiana Street, Suite 1700 | 515 Rusk Street, Suite 3516 |
| Houston, Texas 77002 | Houston, Texas  77002 |
| Telephone:  (713) 546-5000 | Telephone:     (713) 718-4650 |
| Facsimile:  (713) 224-9511 | Facsimile:     (713) 718-4670 |
| Email:  Alfredo.Perez@weil.com | Email:  Hector.Duran.Jr@usdoj.gov |
|         Clifford.Carlson@weil.com |         Stephen.Statham@usdoj.gov |

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*