

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
09/29/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy, LLC, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John A. Mouton, III<br>Law Offices of John A. Mouton, III<br>1200 Camellia Blvd., Ste. 204 (POB 82438)<br>Lafayette 70508 (70598)<br>337-988-6499/ john@jmoutonlaw.com<br>Louisiana/9790 |
|---|---|

| Name of party applicant seeks to appear for: | Derrick T. Daniels |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/25/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Signed: September 29, 2020

*[signature]*

Marvin Isgur
United States Bankruptcy Judge