IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE, AND REQUEST FOR SERVICE OF NOTICES ON BEHALF OF TRENDSETTER ENGINEERING, INC.

**Trendsetter Engineering, Inc.** ("**Trendsetter**"), a creditor and party in interest, pursuant to § 1109(b) of the Bankruptcy Code, hereby appears through undersigned counsel who, pursuant to Bankruptcy Rule 9010(b), requests notice of all hearings and conferences herein and service of all papers herein, including all papers and notices filed or served pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code.

In addition to any other form of notice, Trendsetter and its counsel request that all notices given or required to be given in this case and in all proceedings arising in or related to this case should be given to and served at the following additional mailing and email addresses, and that the Bankruptcy Clerk add these names to the service matrix:

| Mark S. Finkelstein | Regan S. Jones |
|---|---|
| SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. |
| 1001 McKinney Street, Suite 1100 | 1001 McKinney Street, Suite 1100 |
| Houston, TX 77002-6424 | Houston, TX 77002-6424 |
| T: 713.646.5503 \| F: 713.752.0337 | T: 713.646.5581 \| F: 713.752.0337 |
| Email: mfinkelstein@smfadlaw.com | Email: rjones@smfadlaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930) FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, contract or lease rejection notice, operating report, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings arising in or related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance* nor any later appearance, pleading, claim or suit shall waive: (i) the right to object and/or not consent to entry of final orders by a Bankruptcy Judge, and such consent should not be inferred if it is determined that the bankruptcy judge, absent such consent, cannot enter final orders or judgment consistent with Article III of the United States Constitution; (ii) the right to a trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein
Texas Bar No. 07015100 | S.D. Tex. No. 5543
Regan S. Jones
Texas Bar No. 24110060 | S.D. Tex. No. 3467237
SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.
1001 McKinney Street, Suite 1100
Houston, Texas 77002
T: 713.646.5503 | F: 713.752.0337
Email: mfinkelstein@smfadlaw.com
          rjones@smfadlaw.com

**Attorneys for Trendsetter Engineering, Inc.**

### CERTIFICATE OF SERVICE

The undersigned certifies that, on September 29, 2020, I caused a true copy of the foregoing *Notice of Appearance and Request for Service of Notices* to be filed and served via CM/ECF on the Debtors and Debtors' counsel, the Office of the U.S. Trustee, and all other parties in interest registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ *Mark S. Finkelstein*
Mark S. Finkelstein