IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § § | Case No. 20-33948 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § | |

## NOTICE OF PERFECTION OF STATEMENTS OF PRIVILEGE BY PARTCO, LLC PURSUANT TO 11 U.S.C. § 546(B)(2)

Partco, LLC ("Partco"), a creditor in the above-styled and numbered case, by and through undersigned counsel, hereby gives notice of its valid, timely filed, and properly perfected Statements of Privilege against Fieldwood Energy LLC (the "Debtor") and certain of its non-Debtor affiliates under 11 U.S.C. § 546(b)(2) (the "Notice"):

1.      Section 546(b)(2) of Title 11 of the United States Code (the "Bankruptcy Code") provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection, or maintenance or continuation of perfection of an interest in property, the claimant may file a notice with the Bankruptcy Court, in lieu of such seizure or commencement.

2.      Partco provided the Debtor with services, labor, equipment, machinery, materials and supplies vital to the Debtor's operations in the Gulf of Mexico. The Debtor's operations on the projects where Partco performed work would be severely compromised if not entirely curtailed without Partco's efforts.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore hLLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC

3.     Partco sent numerous invoices to the Debtor totaling $201,638.53 for materials and services provided to the Debtor's oil and gas properties in the Gulf of Mexico between approximately March 31, 2020 and August 3, 2020. Copies of the invoices are attached as exhibits to the Statements of Privilege discussed below.

4.     The Debtor has yet to pay Partco for the services it provided. As a result, on September 21, 2020, Parco filed three *Statements of Privilege* (the "Statements") in the Real Property Records of Plaquemines Parish, Louisiana, and two Statements in the Real Property Records of Iberia Parish, Louisiana, which were duly recorded as Document Numbers 2020-00003848, 2020-00003847, and 2020-00003846 in Plaquemines Parish and 2020-00007770, and 2020-00007778 in Iberia Parish. Tim Fox, Manager of Partco, executed the Statements. The Statements have been or will be recorded with the Bureau of Ocean Energy Management. In accordance with La. R.S. 9:4861, et seq., the recordation of the Statements perfected Partco's lien for the $201,638.53 that the Debtor owes for labor and furnished or hauled materials, machinery, equipment or supplies that Partco provided. The Statements also provide a detailed description of the offshore leases that are subject to Partco's lien. Copies of the Statements are attached hereto as **Exhibit A**.

5.     Pursuant to section 546(b)(2) of the Bankruptcy Code, Partco hereby provides notice to the Debtor, the Debtor's counsel, the Office of the United States Trustee, and all parties requesting notice of Partco's rights as a perfected lienholder in materials and services provided pursuant to La. R.S. 9:4861, et seq. Partco is filing this Notice to preserve, perfect, maintain, and continue its lien rights for services and materials provided to the Debtor under Louisiana state law in order to comply with the requirements of Louisiana law and section 546(b)(2) of the

---

(1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Bankruptcy Code. Partco intends to enforce its statutory lien rights to the fullest extent permitted by applicable law.

6.      The filing of this Notice shall not waive Partco's rights to seek relief from the automatic stay to foreclose its lien and/or other rights or defenses, to demand adequate assurance of future performance, or to compel the Debtor's assumption of its executory contracts with Partco and the cure amounts owed thereunder.

7.      The filing of this Notice shall further not be construed as an admission that such filing is required under the Bankruptcy Code, Louisiana state law, or any other applicable law. Additionally, Partco makes no admission of fact or law and asserts that its liens are senior to and effective against entities that may have acquired lien rights in the above styled bankruptcy cases. Partco reserves all rights to amend and/or supplement this Notice.

Dated: September 29, 2020.

Respectfully Submitted by:

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: */s/ William S. Robbins*
William S. Robbins (LA. Bar #24627; TX Bar #24100894)
wrobbins@stewartrobbins.com
Paul Douglas Stewart, Jr. (LA Bar # 24661)
dstewart@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Attorneys for Partco, LLC*

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 29, 2020.

*/s/ William S. Robbins*
William S. Robbins

## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: JOSEPH GIGLIO III
RANDAZZO GIGLIO & BAILEY LLC
900 E ST MARY BLVD
STE 200
LAFAYETTE, LA 70505

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
PARTCO LLC

Index Type :   MORTGAGE                              File # : 2020-00003848

Type of Document : MATERIALMANS LIEN

                                                    Book :  777      Page :  390

Recording Pages :          4

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) : 12:22:14PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/21/2020 at 12:22:14
Recorded in Book  777  Page  390
File Number 2020-00003848

Deputy Clerk

Doc ID - 005340870004

Return To :   Attn: JOSEPH GIGLIO III

EXHIBIT
A

Do not Detach this Recording Page from Original Document

## STATEMENT OF PRIVILEGE

STATE OF LOUISIANA
PARISH OF PLAQUEMINES/ST. BERNARD

Before me, the undersigned Notary Public, personally came and appeared:

Partco, LLC, a Louisiana limited liability company, with its principal place of business located at 1605 Commercial Drive, Port Allen, Louisiana 70767, represented herein by its manager, Tim Fox, herein after referred to as "Claimant"

Who, after being duly sworn, declared that:

1. The name and address of the Claimant is:

Partco, LLC
1605 Commercial Drive
Port Allen, Louisiana 70767

2. The amount and nature of the obligation for which the privilege is claimed is:

$7,671.60, plus interest, costs and attorney fees
Invoice 15776        $7,671.60

3. The name and address of the person owing such amount is:

Fieldwood Energy, LLC
2000 West Sam Houston Parkway South, Suite 1200
Houston, Texas  77042

4. The operator of the well is:

Fieldwood Energy, LLC

5. The description of the operating interest upon which the privilege is claimed, or of the well with respect to which the operations give rise to the claimant's privilege were preformed is:

Block:  Main Pass 289-C
Lease/OCSG 01666

Claimant hereby makes, files, and records this Statement of Privilege pursuant to La. R.S. 9:4861 et seq., the "Louisiana Oil Well Lien Act," to preserve all claims and rights in accordance with Louisiana law, and declares that Claimant, as service provider, supplied equipment and materials and furnished labor to:

Fieldwood Energy, LLC
2000 West Sam Houston Parkway South, Suite 1200
Houston, Texas  77042

The said equipment provided and labor furnished occurred on the Main Pass 289-C, Lease/OSCG 01666, which lies in federal waters off the coast of Plaquemine and/or St. Bernard Parish.  On April 22, 2020, Claimant ceased providing equipment and services to the

-1-

RGBdoc#324243

Operator/Debtor at the above referenced location. Claimant declares that the attached Exhibit "A" (Invoice 15776) represents amounts owed for services and equipment provided by Claimant to Debtor at the above referenced location. Claimant further declares that amounts claimed totaling $7,671.60, remain due, owing and unpaid, together with interest, costs and attorney fees.

Sworn to and subscribed before me, the undersigned Notary Public, in _Port Allen_ , Louisiana on this 17ᵗʰ day of _September_, 2020.

Partco, LLC

By: _____

Tim Fox/manager

_Amanda Peltier_ #137913

Notary Public

# Partco, LLC

## Invoice

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

| Date | Invoice # |
|------|-----------|
| 4/30/2020 | 15776 |

**Bill To**

FIELDWOOD ENERGY
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**

MP-289C
SHOREBASE
4529 HWY 1
GRAND ISLE, LA.

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 13478 | Net 30 | P | 4/22/2020 | Hot Shot | | 15776PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH LABOR , EQUIPMENT & MATERIALS TO REPAIR GMV CYLINDER (LABOR) 1000.00 - 20% | 800.00 | 800.00T |
| 1 | PARTS 8500.00 - 20% | 6,800.00 | 6,800.00 |
| | Sales Tax | 8.95% | 71.60 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

**Total** $7,671.60



EXHIBIT

A

## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: JOSEPH GIGLIO III
RANDAZZO GIGLIO & BAILEY LLC
900 E ST MARY BLVD
STE 200
LAFAYETTE, LA 70505

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

PARTCO LLC

Index Type :   MORTGAGE                          File # : 2020-00003847

Type of Document : MATERIALMANS LIEN

                                                 Book :  777        Page :  384

Recording Pages :            6

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) : 12:16:10PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/21/2020 at 12:16:10
Recorded in Book  777   Page   384
File Number 2020-00003847

Deputy Clerk

Doc ID - 005340860006

Return To :    Attn: JOSEPH GIGLIO III

Do not Detach this Recording Page from Original Document

**STATEMENT OF PRIVILEGE**

STATE OF LOUISIANA
PARISH OF PLAQUEMINES

Before me, the undersigned Notary Public, personally came and appeared:

> Partco, LLC, a Louisiana limited liability company, with its principal place of business located at 1605 Commercial Drive, Port Allen, Louisiana 70767, represented herein by its manager, Tim Fox, herein after referred to as "Claimant"

Who, after being duly sworn, declared that:

1. The name and address of the Claimant is:

> Partco, LLC
> 1605 Commercial Drive
> Port Allen, Louisiana 70767

2. The amount and nature of the obligation for which the privilege is claimed is:

> $16,450.60, plus interest, costs and attorney fees
>
> | | |
> |---|---|
> | Invoice 15736 | $4,289.50 |
> | Invoice 15808 | $7,671.60 |
> | Invoice 15811 | $4,489.50 |

3. The name and address of the person owing such amount is:

> Fieldwood Energy, LLC
> 2000 West Sam Houston Parkway South, Suite 1200
> Houston, Texas 77042

4. The operator of the well is:

> Fieldwood Energy, LLC

5. The description of the operating interest upon which the privilege is claimed, or of the well with respect to which the operations give rise to the claimant's privilege were preformed is:

> Block: South Pass 62-C
> Lease/OCSG 01294

Claimant hereby makes, files, and records this Statement of Privilege pursuant to La. R.S. 9:4861 et seq., the "Louisiana Oil Well Lien Act," to preserve all claims and rights in accordance with Louisiana law, and declares that Claimant, as service provider, supplied equipment and materials and furnished labor to:

> Fieldwood Energy, LLC
> 2000 West Sam Houston Parkway South, Suite 1200
> Houston, Texas 77042

RGBdoc#324254

-1-

The said equipment provided and labor furnished occurred on the South Pass 62-C, Lease/OSCG 01294, which lies in federal waters off the coast of Plaquemine Parish. On August 3, 2020, Claimant ceased providing equipment and services to the Operator/Debtor at the above referenced location. Claimant declares that the attached Exhibit "A" (Invoice 15736, 15808 and 15811) represents amounts owed for services and equipment provided by Claimant to Debtor at the above referenced location. Claimant further declares that amounts claimed totaling $16,450.60, remain due, owing and unpaid, together with interest, costs and attorney fees.

Sworn to and subscribed before me, the undersigned Notary Public, in Port Allen, Louisiana on this 17ᵗʰ day of September, 2020.

Partco, LLC

By: _____
Tim Fox / manager

_Amanda Pettiron_ # 137913
Notary Public

RGBdoc#324254

# Partco, LLC

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2020 | 15736 |

**Bill To**

FIELDWOOD
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**

TAG: SP-62C

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 27165 | Net 60 | P | 8/3/2020 | Our Truck | | 15736PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH LABOR & MATERIALS TO REPAIR GMV HEAD (LABOR) | 1,000.00 | 1,000.00T |
| 1 | PARTS | 3,200.00 | 3,200.00 |
| | Sales Tax | | 89.50 |

| | | |
|---|---|---|
| REMIT TO<br>PARTCO LLC<br>1605 COMMERCIAL DR<br>PORT ALLEN, LA. 70767 | **Total** | $4,289.50 |



EXHIBIT

A

# Partco, LLC

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2020 | 15808 |

**Bill To**

FIELDWOOD ENERGY
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**

TAG: SP-62C
4677 NW EVANGELINE THRUWAY
CARENCRO, LA.

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 13472 | Net 30 | P | 4/22/2020 | Hot Shot | | 15808PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH LABOR, EQUIPMENT & MATERIALS TO REFURBISH GMV CYLINDER (LABOR) 1000.00 - 20% | 800.00 | 800.00T |
| 1 | PARTS 8500.00 - 20% | 6,800.00 | 6,800.00 |
| | Sales Tax | | 71.60 |

| REMIT TO<br>PARTCO LLC<br>1605 COMMERCIAL DR<br>PORT ALLEN, LA. 70767 | **Total** | $7,671.60 |
|---|---|---|

# Partco, LLC

**Invoice**

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

| Date | Invoice # |
|------|-----------|
| 7/31/2020 | 15811 |

**Bill To**

FIELDWOOD ENERGY
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**

TAG: SP-62C

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 27167 | Net 30 | P | 8/3/2020 | Our Truck | | 15811PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH LABOR TO REFURBISH GMV HEAD (LABOR) | 1,000.00 | 1,000.00T |
| 1 | PARTS | 3,200.00 | 3,200.00 |
| 1 | SHIPPING | 200.00 | 200.00 |
| | Sales Tax | | 89.50 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

| **Total** | $4,489.50 |
|-----------|-----------|

## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: JOSEPH GIGLIO III
RANDAZZO GIGLIO & BAILEY LLC
900 E ST MARY BLVD.
SUITE 200
LAFAYETTE, LA  70503-2378

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

PARTCO LLC

Index Type :   MORTGAGE                          File # : 2020-00003846

Type of Document : MATERIALMANS LIEN

                                                Book :  777      Page :  380

Recording Pages :              4

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) : 12:11:00PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/21/2020 at 12:11:00
Recorded in Book  777  Page  380
File Number 2020-00003846

Deputy Clerk

Doc ID - 005340840004

Return To :   Attn: JOSEPH GIGLIO III

Do not Detach this Recording Page from Original Document

STATEMENT OF PRIVILEGE

STATE OF LOUISIANA
PARISH OF PLAQUEMINES

Before me, the undersigned Notary Public, personally came and appeared:

> Partco, LLC, a Louisiana limited liability company, with its principal place of business located at 1605 Commercial Drive, Port Allen, Louisiana 70767, represented herein by its manager, Tim Fox, herein after referred to as "Claimant"

Who, after being duly sworn, declared that:

1. The name and address of the Claimant is:

> Partco, LLC
> 1605 Commercial Drive
> Port Allen, Louisiana 70767

2. The amount and nature of the obligation for which the privilege is claimed is:

> $5,730.00, plus interest, costs and attorney fees
> Invoice 15917       $5,730.00

3. The name and address of the person owing such amount is:

> Fieldwood Energy, LLC
> 2000 West Sam Houston Parkway South, Suite 1200
> Houston, Texas  77042

4. The operator of the well is:

> Fieldwood Energy, LLC

5. The description of the operating interest upon which the privilege is claimed, or of the well with respect to which the operations give rise to the claimant's privilege were preformed is:

> Block:  Main Pass 153-C
> Lease/OCSG 01967

Claimant hereby makes, files, and records this Statement of Privilege pursuant to La. R.S. 9:4861 et seq., the "Louisiana Oil Well Lien Act," to preserve all claims and rights in accordance with Louisiana law, and declares that Claimant, as service provider, supplied equipment and materials and furnished labor to:

> Fieldwood Energy, LLC
> 2000 West Sam Houston Parkway South, Suite 1200
> Houston, Texas  77042

The said equipment provided and labor furnished occurred on the Main Pass 153-C, Lease/OSCG 01967, which lies in federal waters off the coast of Plaquemine Parish.  On April 8, 2020, Claimant ceased providing equipment and services to the Operator/Debtor at the above

referenced location. Claimant declares that the attached Exhibit "A" (Invoice 15917) represents amounts owed for services and equipment provided by Claimant to Debtor at the above referenced location. Claimant further declares that amounts claimed totaling $5,730.00, remain due, owing and unpaid, together with interest, costs and attorney fees.

Sworn to and subscribed before me, the undersigned Notary Public, in *Port Allen*, Louisiana on this 17th day of *September*, 2020.

Partco, LLC

By: _____
Tim Fox, manager

*Amanda Pitts*  # 137913
Notary Public

*RGBdoc#324839*

# Partco, LLC

## Invoice

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

| Date | Invoice # |
|------|-----------|
| 4/13/2020 | 15917 |

**Bill To**
FIELDWOOD ENERGY
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**
TAG: MP-153C

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 8785 | Net 60 | P | 4/8/2020 | ON-SITE | | 15917PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH MECHANIC TO REMOVE BROKEN STUDS AT MP 153C ON CATERPILLAR 6 DAYS 12 HOUR DAYS PLUS MILEAGE AT A COST OF (LABOR) | 5,130.00 | 5,130.00 |
| 1 | MILEAGE | 370.00 | 370.00 |
| 1 | CONSUMABLES | 230.00 | 230.00 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

**Total** $5,730.00



EXHIBIT
A

## Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA 70562-2010
(337) 365-7282

**Received From :**
RANDAZZO GIGLIO & BAILEY LLC

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

PARTCO LLC

| | | |
|---|---|---|
| **Index Type :** MORTGAGES | **File Number :** 2020-00007770 | |
| **Type of Document :** LIEN & PRIVILEGE | | |
| | **Book :** 1921 | **Page :** 1 |
| **Recording Pages :** 6 | | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberia Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) : 2:11:46PM

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/21/2020 at 2:11:46
Recorded in Book 1921 Page 1
File Number 2020-00007770

Deputy Clerk

Doc ID - 010510390006

Return To :

Do not Detach this Recording Page from Original Document

## STATEMENT OF PRIVILEGE

STATE OF LOUISIANA
PARISH OF IBERIA

Before me, the undersigned Notary Public, personally came and appeared:

Partco, ŁLC, a Louisiana limited liability company, with its principal place of business located at 1605 Commercial Drive, Port Allen, Louisiana 70767, represented herein by its manager, Tim Fox, herein after referred to as "Claimant"

Who, after being duly sworn, declared that:

1.  The name and address of the Claimant is:

Partco, LLC
1605 Commercial Drive
Port Allen, Louisiana 70767

2.  The amount and nature of the obligation for which the privilege is claimed is:

$165,313.33, plus interest, costs and attorney fees
| | |
|---|---|
| Invoice 15686 | $74,929.07 |
| Invoice 15686-1 | $59,097.00 |
| Invoice 15686-2 | $31,287.26 |

3.  The name and address of the person owing such amount is:

Fieldwood Energy, LLC
2000 West Sam Houston Parkway South, Suite 1200
Houston, Texas  77042

4.  The operator of the well is:

Fieldwood Energy, LLC

5.  The description of the operating interest upon which the privilege is claimed, or of the well with respect to which the operations give rise to the claimant's privilege were preformed is:

Block:  South Marsh Island 128-B
Lease/OCSG 02587

Claimant hereby makes, files, and records this Statement of Privilege pursuant to La. R.S. 9:4861 et seq., the "Louisiana Oil Well Lien Act," to preserve all claims and rights in accordance with Louisiana law, and declares that Claimant, as service provider, supplied equipment and materials and furnished labor to:

Fieldwood Energy, LLC
2000 West Sam Houston Parkway South, Suite 1200
Houston, Texas  77042

*RGBdoc#324253*

-1-

The said equipment provided and labor furnished occurred on the South Marsh Island 128-B, Lease/OSCG 02587, which lies in federal waters off the coast of Iberia Parish.  On April 23, 2020, Claimant ceased providing equipment and services to the Operator/Debtor at the above referenced location.  Claimant declares that the attached Exhibit "A" (Invoice 15686, 15686-1 and 15686-2) represents amounts owed for services and equipment provided by Claimant to Debtor at the above referenced location.  Claimant further declares that amounts claimed totaling $165,313.33, remain due, owing and unpaid, together with interest, costs and attorney fees.

Sworn to and subscribed before me, the undersigned Notary Public, in Port Allen, Louisiana on this 17th day of September, 2020.

Partco, LLC

By: _____
Tim Fox, manager

Amanda Pittman #137913
Notary Public

RGBdoc#324253

# Partco, LLC

## Invoice

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

| Date | Invoice # |
|---|---|
| 3/31/2020 | 15686 |

**Bill To**
FIELDWOOD
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX  77042

**Ship To**
TAG: SM 128B
AFE# FW193013

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3108 | Net 60 | P | 3/27/2020 | | | 15686 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | PARTS & LABOR TO OVERHAUL #1 COMPRESSOR FRAME AFE# FW193013 (LABOR) | 26,660.00 | 26,660.00T |
| 1 | PARTS & MATERIALS | 45,883.00 | 45,883.00 |
| | Sales Tax | | 2,386.07 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

**Total** $74,929.07



EXHIBIT
A

# Partco, LLC

## Invoice

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

| Date | Invoice # |
|------|-----------|
| 4/23/2020 | 15686-1 |

**Bill To:**
FIELDWOOD
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX  77042

**Ship To:**
TAG: SMI 128B
AFE# FW193013

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3108 | Net 60 | P | 4/23/2020 | | | 15686-1 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | FURNISH LABOR, EQUIPMENT & MATERIALS TO OVERHAUL #1 COMPRESSOR (LABOR) - AFE# FW193013 | 32,000.00 | 32,000.00T |
| 1 | PARTS & MATERIALS | 24,233.00 | 24,233.00 |
| | Sales Tax | | 2,864.00 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

| Total | $59,097.00 |
|-------|------------|

# Partco, LLC

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

## Invoice

| Date | Invoice # |
|---|---|
| 4/24/2020 | 15686-2 |

**Bill To**
FIELDWOOD
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX  77042

**Ship To**
TAG: SMI 128B

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 11552 | Net 60 | P | 4/23/2020 | | | 15686-2 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | FURNISH COMPRESSOR CYLINDER | 8,250.00 | 8,250.00 |
| 1 | CROSSHEAD | 2,596.00 | 2,596.00 |
| 1 | PISTON | 1,200.00 | 1,200.00 |
| 1 | PACKING CASE | 1,180.00 | 1,180.00 |
| 1 | RINGS & RIDERS FOR PISTON | 1,552.00 | 1,552.00 |
| 1 | NEW CONN ROD | 5,750.00 | 5,750.00 |
| 1 | METALLOCK 2 CRACKS AND BUSH 5 STUD HOLES (LABOR) | 6,204.00 | 6,204.00T |
| 1 | NEW OIL PUMP | 4,000.00 | 4,000.00 |
| | Sales Tax | | 555.26 |

| REMIT TO<br>PARTCO LLC<br>1605 COMMERCIAL DR<br>PORT ALLEN, LA. 70767 | **Total** | $31,287.26 |
|---|---|---|

## Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA  70562-2010
(337) 365-7282

**Received From :**
  RANDAZZO GIGLIO & BAILEY LLC

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
PARTCO LLC

| | |
|---|---|
| **Index Type :**   MORTGAGES | **File Number :** 2020-00007778 |
| **Type of Document :** LIEN & PRIVILEGE | |
| **Recording Pages :**          4 | **Book :** 1921      **Page :**   22 |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for  Iberia Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) :  2:52:22PM

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/21/2020 at  2:52:22
Recorded in Book  1921   Page    22
File Number 2020-00007778

Deputy Clerk

Doc ID - 010510560004

Return To :

Do not Detach this Recording Page from Original Document

**STATEMENT OF PRIVILEGE**

STATE OF LOUISIANA
PARISH OF IBERIA/ST. MARY/TERREBONNE

Before me, the undersigned Notary Public, personally came and appeared:

Partco, LLC, a Louisiana limited liability company, with its principal place of business located at 1605 Commercial Drive, Port Allen, Louisiana 70767, represented herein by its manager, Tim Fox, herein after referred to as "Claimant"

Who, after being duly sworn, declared that:

1. The name and address of the Claimant is:

        Partco, LLC
        1605 Commercial Drive
        Port Allen, Louisiana 70767

2. The amount and nature of the obligation for which the privilege is claimed is:

        $6,473.00, plus interest, costs and attorney fees
        Invoice 15941     $6,473.00

3. The name and address of the person owing such amount is:

        Fieldwood Energy, LLC
        2000 West Sam Houston Parkway South, Suite 1200
        Houston, Texas 77042

4. The operator of the well is:

        Fieldwood Energy, LLC

5. The description of the operating interest upon which the privilege is claimed, or of the well with respect to which the operations give rise to the claimant's privilege were preformed is:

        Block: Eugene Island 330-B
        Lease/OCSG 02115

Claimant hereby makes, files, and records this Statement of Privilege pursuant to La. R.S. 9:4861 et seq., the "Louisiana Oil Well Lien Act," to preserve all claims and rights in accordance with Louisiana law, and declares that Claimant, as service provider, supplied equipment and materials and furnished labor to:

        Fieldwood Energy, LLC
        2000 West Sam Houston Parkway South, Suite 1200
        Houston, Texas 77042

The said equipment provided and labor furnished occurred on the Eugene Island 330-B, Lease/OSCG 02115, which lies in federal waters off the coast of Iberia, St. Mary and/or Terrebonne Parish. On May 22, 2020, Claimant ceased providing equipment and services to the

*RGBdoc#324255*

Operator/Debtor at the above referenced location. Claimant declares that the attached Exhibit "A" (Invoice 15941) represents amounts owed for services and equipment provided by Claimant to Debtor at the above referenced location. Claimant further declares that amounts claimed totaling $6,473.00, remain due, owing and unpaid, together with interest, costs and attorney fees.

Sworn to and subscribed before me, the undersigned Notary Public, in Port Allen, Louisiana on this 17th day of September, 2020.

Partco, LLC

By: _____

Tim Fox, manager

Amanda Pettin #137913

Notary Public

RGBdoc#324255

# Partco, LLC

1605 COMMERCIAL DR.
PORT ALLEN, LA. 70767

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2020 | 15941 |

**Bill To**

FIELDWOOD ENERGY
2000 W. SAM HOUSTON PKWY S.
SUITE 1200
HOUSTON, TX 77042

**Ship To**

TAG: EI 330B
PHI ICY
24836 HWY 333
ABBEVILLE, LA.

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 16834 | Net 30 | P | 5/22/2020 | | | 15941PA |

| Quantity | Description | Price Each | Amount |
|----------|-------------|-----------|--------|
| 1 | FURNISH LABOR, EQUIPMENT & MATERIALS TO REMOVE BROKEN STUDS (LABOR) | 5,852.00 | 5,852.00 |
| 1 | PARTS | 85.00 | 85.00 |
| 1 | CONSUMABLES | 275.00 | 275.00 |
| 1 | MILEAGE | 261.00 | 261.00 |

REMIT TO
PARTCO LLC
1605 COMMERCIAL DR
PORT ALLEN, LA. 70767

**Total** $6,473.00



EXHIBIT

A