IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket No. 404 |

### NOTICE OF HEARING ON EMERGENCY MOTION OF DEBTORS FOR ORDER (I) ESTABLISHING DEADLINE TO FILE PROOFS OF CLAIM AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE THAT**, on October 2, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Order (I) Establishing Deadline to File Proofs of Claim And (II) Approving Form and Manner of Notice Thereof* (Docket No. 404) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, the Motion requests entry of an order establishing **Wednesday, November 25, 2020 at 5:00 p.m. (prevailing Central Time)** as the General Bar Date[2] and **Monday, February 1, 2021 at 5:00 p.m. (prevailing Central Time)** as the Governmental Bar Date, among other relief.

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing to consider the relief requested in the Motion has been scheduled for **Tuesday, October 13, 2020 at 9:30 a.m. (prevailing Central Time)** (the "**Hearing**"). Audio communications for the Hearing will be by use of the Court's dial-in facility. Parties may access the facility by dialing (832) 917-1510 and entering conference room number 954554. Parties wishing to view video may do so by visiting https://www.gotomeeting.com/meeting/join-meeting and entering meeting code "JudgeIsgur."[3] Parties wishing to object to the relief requested in the Motion or that believe emergency consideration is not warranted must either appear at the Hearing or file a written response prior to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

[3] Parties may also view video by downloading the free GoToMeeting application.

the Hearing.  **Otherwise, the Court may treat the Motion as unopposed and grant the requested relief**.

**PLEASE TAKE FURTHER NOTICE THAT**, parties wishing to review the Motion may obtain a copy electronically free of charge through Prime Clerk, at https://cases.primeclerk.com/fieldwoodenergy/, or for a fee through PACER (Public Access to Court Electronic Records), at https://ecf.txsb.uscourts.gov.  Parties may also contact Prime Clerk at (855) 631-5346 (toll-free), +1 (917) 460-0913 (international) to request a copy of the Motion.

Dated:  October 5, 2020
       Houston, Texas

Respectfully submitted,

 */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that on October 5, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Alfredo R. Pérez*
                                             Alfredo R. Pérez