## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | Re: Docket Nos. 246, 290, 291, & 405 |

## NOTICE OF FILING POTENTIAL PARTIES IN INTEREST LIST

**PLEASE TAKE NOTICE THAT**, on August 24, 2020, Fieldwood Energy LLC

and its debtor affiliates in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), as

debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Application of Debtors*

*for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors*

*Effective as of the Petition Date* (Docket No. 246) (the "**Weil Application**"); on September 2,

2020, the Debtors filed the *Application of Debtors for Authority to Retain and Employ*

*AlixPartners, LLP as Financial Advisor to the Debtors Effective as of the Petition Date* (Docket

No. 291) (the "**AlixPartners Application**"); on September 2, 2020, the Debtors filed the

*Application of Debtors for Authorization to Retain and Employ Jones Walker LLP as Special*

*Counsel for Debtors Effective Nunc Pro Tunc to the Petition Date* (Docket No. 290) (the "**Jones**

**Walker Application**"); and on October 5, 2020, the Debtors filed the *Application of Debtors for*

*Authority to Retain and Employ Houlihan Lokey Capital, Inc. as Financial Advisor and Investment*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

*Banker to Debtors Nunc Pro Tunc to the Petition Date* (Docket No. 405) (the "**Houlihan Lokey Application**").

   **PLEASE TAKE FURTHER NOTICE THAT**, in connection with the AlixPartners Application, AlixPartners LLP obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in the Chapter 11 Cases ("**Potential Parties in Interest**"), which is attached hereto as **Exhibit A** (the "**Potential Parties in Interest List**").  As stated in the AlixPartners Application, a search was performed for connections to the Potential Parties in Interest as to AlixPartners Holdings, LLP ("**Holdings**), AlixPartners' parent company, and each of Holdings' U.S. and non-U.S. subsidiaries.

   **PLEASE TAKE FURTHER NOTICE THAT**, in connection with their proposed retentions, Weil, Gotshal & Manges LLP, Jones Walker LLP, and Houlihan Lokey Capital, Inc. were provided with a list containing all or nearly all of the names appearing on the Potential Parties in Interest List and searches were performed as set forth in each professional's respective application and/or declaration attached thereto.

Dated:  October 5, 2020
       Houston, Texas

Respectfully submitted,

 /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
        Jessica.Liou@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

<u>**Certificate of Service**</u>

I hereby certify that on October 5, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


 */s/ Alfredo R. Pérez*

Alfredo R. Pérez

## Exhibit A

**Potential Parties in Interest List**

1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
4Gas BV
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A. Hak inTANK Services LLC
A2D Technologies Inc.
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Aaron Oil Company Inc.
AB Trafton Inc.
Abaco Energy Technologies LLC
ABN AMRO Bank N.V.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadian Contractors, Inc.
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
Acme Truck Line Inc.
ACS Flooring Group Inc.
ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adams and Reese LLP
Adapt Concepts, LLC
Add Energy LLC
Adobe Resources Corporation, et al.
ADP, LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions

Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
AEGIS
Aegon Asset Management
AG Global Canada, L.P.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Aggreko LLC
AGI Industries Inc.
Agilink Technologies Inc.
Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
AIG OIL Rig
Air Liquide Large Industries U.S. LP
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Aker Solutions Inc.
Alabama Department of Conservation & Natural Resources
Alabama Department of Revenue
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Alonzo
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Alfred Wagner, Jr.
Ali Ghazi Alsalmani
Aliant, Inc.
Alice Faye Sabine
Alicia McCullar, Trial Attorney
AlixPartners, LLP
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Global Corporate and Specialty SE
Alliance Offshore LLC
Alliance Operating Corporation

Alliant - Aspen
Alliant - Berkley
Alliant - Everest Re
Alliant - Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Alliant Insurance Services, Inc.
Alliant, Inc. CAC Specialty
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
Amerada Hess Corporation
American Bureau of Shipping
American Eagle Logistics LLC
American Eagle Logistics, LLC
American Erecting Co
American Express
American International Group UK Ltd.
American Petroleum Institute
American Pollution Control, Corp. (AMPOL)
American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.
Amoco Production Company
Amy Marie Gray-Filer
Ana Castro
Anadarko
Anadarko Petroleum Corporation
Anadarko US Offshore LLC
Anco Insurance Services of Houston, Inc.
Andre Bernard

Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Ankor E&P Holdings Corporation
Ankor Energy LLC
Ann Harris Bennett Harris County Tax Assessor
Anne Shannon Spiller
Annette Moore Moss
Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Antares
Antero Resources
Anthony James Johnson
Antonio Smith, Jr.
Aok Windshields, Inc.
Aon Risk Services
Apache
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Offshore Investment GP
Apache Shelf Exploration LLC
Apache Shelf, Inc.
Apex Credit Partners LLC
Apex Oil & Gas, Inc.
Apollo Marine & Energy Consortium
A-Port LLC
Appollo Syndicate Management
Appsmiths Ventures LP
aPriori Capital Partners L.P.
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Archer Oiltools, LLC
Archrock Partners Operating LP

Archrock Partners Operating, LLC
Archrock Service LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Energy LP
Arena Offshore LLC
Arena Offshore LP
Argo
Argus Media, Inc.
Aries Marine Corporation
Ark
Arkansas Fuel Oil Corp.
Arkos Field Services, LP
Arlanda Marie Owens
Arnulfo Garcia
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ascension Alpha Fund LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
Ascot Syndicate 1414 at Lloyd
Ash Limited
Ashland Oil, Inc., et al.
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Aspen
Aspen American Insurance Company
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT&T Corp.
AT&T Mobility
Atascosa County
Atchafalaya Measurement, Inc.
Athena Consulting Inc.
Atlantic Maritime Services Inc.
Atlantic Maritime Services LLC
Atlantic Richfield Company
Atlas Barnett, LLC

At-Tech
Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
AXA
AXA XL
Axio Global, Inc.
Axip Energy Services LP
AXIS
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee
AZL Blackrock Global Allocation Fund
B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Babson (Barings)
Badger Oil Corporation
Baker Hughes Oilfield Operations Inc.
Baker, Donelson, Bearman, Caldwell, Berkowit
Baldwin County Judge of Probate (AL)
Baloise Senior Secured Loan Fund I
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Bank of America, N.A.
Bankdirect Capital Finance
Barbara Griffin (Bankruptcy Analyst)
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barclays Capital Inc.
Bardin Hill
Bardin Hill Loan Management LLC
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited

Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Barker, Donelson, Bearman, Caldwell, Berkowit & Taft LLP
Barracuda Oil Tools, LLC
Barrett Resources Corporation
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Bartow Jones
Baudoin Family Trust
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
Bayou Star Energy, LLC
Baywater Drilling LLC
BBVA Bancomer, S.A.
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Behringer Harvard Briarlake Plaza Owner, LLC
Belden & Blake Corp.
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden

Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC
Benton Completion Services, Inc.
Berger Geosciences, LLC
Berkley Insurance Company
Berkley Offshore
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)
Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bernard J Patout
Bernard Rochon & Sons
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle
Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Bishopsgate Insurance Brokers
Black Elk Energy Offshore Operation, LLC
Black Elk Energy Offshore Operations, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blackrock Financial
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.
Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.
Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A

Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blank Rome LLP
BLLC 2013-I ETB, Inc. c/o Barings LLC
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluebay Asset Management
BlueCross BlueShield of Texas
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
BNP Paribas Trading
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
Bodie Marion
BofA Securities Inc.
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Bonnie R Higgins
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Boulet Family, L.L.C.
Bounty Minerals II LLC
Bounty Minerals LLC
Bourbon St
Bowie Lumber
Bowie Lumber Associates
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
BP Exploration & Oil Inc.,
BP Exploration & Production Inc.
Bradley Arant Boult Cummings LLP

Bradley Wachsmuth
Brandon DeWolfe
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Brenda Marie Mitchell Allen
Brenda Montalvo
Brent Bryant
Bret Stucker
Brett Willmon
BRI Consulting Group, Inc.
Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridge
Bridger Trading LLC
Bridget Harris
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Bristow US LLC
Broussard Brothers Inc.
Brown University
Brown University - Sound Point
BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buck Keenan LP
Buckeye GP Holdings L.P.
Buckeye Partner LP
Buckeye Partners, L.P.
Buddy Arton

Bugware, Inc.
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Revenue and Taxation (LA)
Bureau of Safety and Environmental Enforcement ("BSEE")
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burleson Tax Collector
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
C.A. Black, Jr.
C.H. Fenstermaker & Associates
C.M. Life Insurance Company
Cabot Corporation, et al.
Cabot Oil & Gas Corporation
CAC Specialty
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calhoun County Clerk (TX)
California Oil Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
Callon Petroleum Operating Company, et al.
Calvin Abshire
Calvin Jerome Grant
Calypso Exploration, LLC
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation

11

Cameron Parish (LA)
Cameron Parish Clerk Of Court
Cameron Parish Water District #9
Cameron Pilot
Cameron Solutions Inc.
Cameron Telephone Company
Camors Family LLC
Canal Diesel Service, Inc.
Canaras Capital
CanEra
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Canopius Managing Agents Limited
Cantium LLC
Cantor Fitzgerald
Cantor Fitzgerald Securities
Capital C Energy, LLC
Capital Corporate Services, Inc.
Capital One N.A.
Capital One, N.A.
Capitelli & Wicker
Capitol Services, Inc.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Services, LLC
Cardinal Slickline LLC
Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby

Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Case-Pomeroy Oil Corporation
Casey Foreman
Castex Energy, Inc.
Castex Offshore, Inc.
Castex Offshore, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Catherine Dietlein
Catherine Grant Alexis
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CDM Resource Management LLC
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Centennial Resource Development, Inc.
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CETCO Energy Services Company, LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Challenger Minerals Inc.
Chalmers, Collins & Alwell Inc.
Chambers County (TX)
Champagne'S Supermarket
Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chaparral Energy Inc.
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr

Charles Randall Nicholson
Charles Ray Moncriffe Jr.
Charles Ryan
Charter Supply Company
Charterwood MUD
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Corporation
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Oil Company
Chevron Pipe Line Company
Chevron U.S.A. Inc.
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Cheyenne Services, LLC
Chief Judge David R. Jones
Chieftain International (U.S.) Inc., et al.
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine March, Trial Attorney
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Christy Simmons (Bankruptcy Analyst)
Chuan Yin
Chubb
Chubb Limited
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
CIFC Asset Management

Cima Energy, LP
Cimarex Energy Co
Cindy M. Turner Trustee
Cintas Corporation No 2
Cintas Corporation No.2
Citibank, N.A.
Cities Service Company, et al.
Cities Service Oil Company, et al.
Citigroup Global Markets Inc.
City Central Courier Co
City Club at River Ranch, LLC
City of Corpus Christi/Nueces County (TX)
City of Lafayette (LA)
City of New Iberia
City of New York Group Trust
City of Texas City, Texas
City Services Oil Company, et al.
CJC Enterprises LLC
C-K Associates LLC
CL&F Resources LP
Clariant Corporation
Clarissa Waxton (Bankruptcy Analyst)
Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayborne Lewis
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson
C-Logistics LLC
CM Life Insurance Co
CNA Hardy
CNG Producing Company
CNOOC Petroleum Offshore U.S.A. Inc.
Coastal Chemical Co. LLC
Coastal Chemical Co., LLC
Coastal Environmental Services, LLC
Coastal Oil & Gas Corporation, et al.
Cobalt International Energy, Inc.
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras

Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cohanzick Management, LLC
Cokinos Energy LLC
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Cole Schotz P.C.
Colleen Armstrong
Colorado County Central Appraisal District (TX)
Colorado County Clerk
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Management Inv.
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Conoco Inc.
ConocoPhillips Company
Consol Energy
Contango Operators Inc.
Contango Operators, Inc.
Continental Casualty Co.
Continental Oil Company
Controlworx LLC
Convex Insurance UK Limited
Conway MacKenzie
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Corbett & Schreck, PC
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.

Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Corporation Service Company, as Representative
Corpus Christi Exploration Company
Cortec LLC
Cortex Business Solutions USA, LLC
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
County of Galveston, Texas
County of Morton (KS)
Coupa Software, Inc.
Courtland M. Porter
Cox Operating LLC
C-Port/Stone LLC
Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.
Credera Enterprises Company LLC
Credit Suisse
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.
Cross Border Transactions LLC
Crown Central Petroleum Corporation, et al.
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC

Custom Process Equipment LLC
CV Starr
CVS Caremark
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Fairbanks Independent School District
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cypress Point Marine
Cypress-Fairbanks ISD
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Hutter, Tax Assessor/Collector
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall
Darlene Fontenette Rodriguez
Darlene Hansen (Clerk of the Court)
Darrell Thomas Mitchell
Darryl L. Johnson Sr.
Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David B. Buddrus
David Dean
David Dugas

David Guillory
David J. Bradley (Clerk of the Court)
David M. Leuschen
David McBride
David Mitchell-Ryhmes
David P Thomas
David Richard Pfister
David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Offshore Partners LLC
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Davis Petroleum Corp
Davis Polk & Wardwell LLP
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delaware Secretary of State
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards

Delta Dental
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.
Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner
Dennis Sims
Denton C Vincent
Denton County
Department of Finance State Comptroller's Office
Department of Homeland Security
Department of Interior
Department of Justice
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Derek Crusan
Derek Fuller
Derrick Corp.
Derrick Daniels
Destin Pipeline Company, LLC
Detechtion Technologies
Deutsche Bank AG
Deutsche Bank AG
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Devon Energy Production Company, L.P.
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diamond Shamrock Offshore Partners Limited Partnership
Diane Livingstone, Assistant U.S. Trustee
Diann Marie Drake Foster

Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diverse Operating Company
Diverse Safety & Scaffolding LLC
Diverse Safety and Scaffolding LLC
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Diversified Well Logging, LLC
DLJ Merchant Banking Partners
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dolphin Land and Sea
Dominic Mitchell
Dominion Exploration & Production, Inc., et al.
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt
Donnelley Financial Solutions
Donovan Controls LLC
Dorado Deep GP, LLC
Dorothy Fontenette
Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Doug MacAfee
Douglas Coon
Douglas Dornak
Douglas MacAfee

21

Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser
Dresser, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC
DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTE Energy Trading, Inc.
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Co.
Dugas Oil Company, Inc.
Duke Energy Carolinas, LLC
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamic Energy Services International LLC
Dynamic Industries Inc.
Dynamic Industries, Inc.
Dynamic Offshore Resources
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LLC
Dynamic Offshore Resources, LLC
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC

East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Management
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation
Edmund A Weinheimer Jr.
Eduardo V. Rodriguez
Edwanda Kaye Rogers
Edward Flanagan
Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edward Randall
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
El Paso Production Company
Element Materials Technology Lafayette LLC
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.

Elizabeth Dietlein
Ellen Smith Walker
Ellington Management Group LLC
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endurance American Insurance
Endurance American Insurance Company
Enduro Resource Partners LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Development Corporation, et al.
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI
Energy XXI GOM LLC
Energy XXI GOM, LLC
Energy XXI Gulf Coast Inc.
Energy XXI Onshore, LLC
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI
ENI BB Petroleum Inc.
ENI Petroleum US LLC
ENI US Operating Co. Inc.
Enlink Processing Services, LLP

Enpro Subsea Limited
Enrique Rivera
Ensco Offshore Company
Entech
Entech Enterprises, Inc.
Entergy Gulf States Louisiana LLC
Entergy Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise Gas Processing, LLC
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
EnVen
Enven Energy Ventures LLC
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises
Environmental Protection Agency- Region 7
Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
EOG Resources
EOG Resources, Inc.
EP Energy
EP Energy Corporation
EP Energy LLC
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL of Louisiana, L.L.C.
EPL Oil & Gas, Inc.
EQT
Equinor
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews

Ernst & Young LLP
Ernst & Young Product Sales LLC
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Eugene S. Wissinger
Europe SE
European Company Operations
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everest Re
Evergreen National Indemnity Company
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC
Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC
Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Corporation
Exxon Mobil Corporation
ExxonMobil
ExxonMobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.

F.A.S. Environmental Services LLC
Facilities Consulting Group LLC
Facilities Consulting Group, LLC
Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission ("FERC")
Federal Express Corporation
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
Federated Investment
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments
Fidelity Investments Institutional
Field Energy LLC
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by
Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by
Riverstone)
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate;
controlled by Riverstone)
Fieldwood Energy SP LLC
Fieldwood Management LLC
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of
Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
File Trail Inc.
Filemaker
Filetrail Inc.

FINRA
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
First Trust Senior Floating Rate Income Fund II
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flores & Rucks, Inc.
Florida Department of Environmental Protection
Florida Gas Transmission Company, LLC
Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Crane & Construction Inc.
Fluid Crane & Construction, Inc.
Fluid Technology Service International LLC
FMC Technologies Inc.
FMC Technologies Surface Integrated Services
fOffshore Process Services, Co.
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Foothill Capital Corporation
Force Power Systems
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Ford Peters
Forefront Emergency Management LP
Foresight Energy LLC
Forest Oil Corporation
Forrest Shrader
Forum US Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune

Francis Torque Service
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
Frank Beaullieu Sr. LLC
Frank Cornay
Frank Munsey
Frank Wesley
Franklin
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Freeport McMoran Oil & Gas LLC
Freeport-McMoRan
Fritz D. Farrar
Frontier Drilling ASA
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
FW Finco LLC
FW GOM Pipeline, Inc.
G. Matt McCarroll
G.M. McCarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston Bay Pipeline Company
Galveston Bay Pipeline LLC
Galveston Bay Processing Corporation
Galveston Bay Processing LLC
Galveston County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor- Collector (TX)
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary G. Janik
Gary Hearn
Gary Janik
Gary Mitchell
Gary Wayne Conley
Gary'S Body and Paint Shop
Gate

Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson
General Crude Oil Company, et al.
General Office Supply Co, Inc.
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
General Power Limited, Inc.
Generation Park Management District
Generation Park Mgmt. Dist.
Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II
George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
Getty Oil Company, et al.
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gibsons
Gieger Laborde & Laperouse LLC
Gilberto Gomez Rojas
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate

Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Glenn Gibson
Glenn Otto (Bankruptcy Analyst)
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman
Goldman Sachs & Co. LLC
Goldman Sachs Bank USA
Goldman Sachs Specialty Lending Holdings
GOM Offshore Exploration I LLC
GOM P&A Services LLC
GOM Shelf LLC
Gome 1271 LLC
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Governor Control System, Inc.
Graham Capital Management
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Granite Telecommunications
Grant M Gremillion
Gravcap Inc.
Great American Insurance Group
Greater Houston Women's Chamber of Commerce
Green Earth Fuels, LLC
Greene's Energy Group, LLC
Greenes Holding Corporation
Greens Parkway M.U.D.
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Ground Water Protection Council
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Oil Properties,
Gulf Coast Training Technologies, LLC

Gulf Crane Services
Gulf Crane Services, Inc.
Gulf Island Services, LLC
Gulf Land Structures LLC
Gulf of Mexico Outer Continental Shelf (OCS) Region
Gulf Offshore Rentals LLC
Gulf Oil Corporation
Gulf Refining Company
Gulf Resource Management, Inc.
Gulf South Pipeline Co.
Gulf South Services Inc.
Gulfport Energy Corporation
Gulf-Pro Services
Gulfsands Petroleum
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC
Hal G Kuntz Estate
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
Hall-Houston Exploration III, L.P.
Hall-Houston Exploration IV, L.P.
Hall-Houston Oil Company
Halliburton Energy Services, Inc.
Hamilton / Hamilton Insurance DAC
Hamilton Brothers Oil Company, et al.
Hamilton Engineering Inc.
Hannah Alexander
Hanover Insurance Company
Hapl
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Hardy Oilfield Service LLC

Harold C Dietein
Harold Willard Parker
Harris County
Harris County Tax Assessor-Collector (TX)
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Haynes and Boone, LLP
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company PLC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
HDI Global Specialty SE
HE&D Offshore LP
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Hector Duran, Trial Attorney
HEDV King Cake, LLC
Helen Johnson Smith
Helen Thompson Watkins Childs
Helis Oil & Gas Company LLC
Helis Oil & Gas Company, L.L.C., et al.
Helis Oil & Gas Company, LLC
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry G. Hobbs, Jr., US Trustee
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HFRO Sub, LLC
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC

High Point Gas Gathering LLC
High Point Gas Transmission LLC
Highland Capital / Highland Capital Management, L.P.
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hilcorp Energy Company
Hilda Mae Villere Martin
Hill and Knowlton Strategies LLC
Hillcrest GOM, Inc
Hilton Houston Westchase
Hilton Lafayette
Hiscox
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hoactzin Partners, L.P.
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Holman Fenwick Willan USA LLP
Homewood Suites by Hilton
Hongliu H Zeng
Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis N Wiley Cap Mgt.
Houlihan Lokey Capital Inc.
Houlihan Lokey Capital, Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Casualty Company
Houston Casualty Company (UK Branch)
Houston Delyea
Houston Energy Deepwater Ventures I
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Howard Tate
Howell Petroleum Corporation
Hoya Optical Labs of America Inc.

Hub International Gulf South Limited
Hudson Products Corp.
Hudson Services Inc.
Hugo Rodriguez
Humble Oil & Refining Company
Hunt Oil Co.
Hunt Oil Company
Hunting Energy Services, LLC
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish Clerk of Court (LA)
Iberia Parish School Board
Iberia Parish Tax Collector (LA)
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
ILX Prospect King Cake, LLC
Imagenet Consulting LLC
Imagenet Consulting, LLC
Immi Turbines Inc.
Impact Selector Inc.
IndemCo - HCC
IndemCo - Ironshore
IndemCo - Lexon
IndemCo - Swiss Re
Indemco LP
Independent Petroleum Association of America
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.
Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC
Internal Revenue Service
International Association of Defense Counsel
International Paint LLC
International Snubbing Services LLC
Interstate Oil and Gas Compact Commission (IOGCC)

Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Intertek USA, Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intracoastal Liquid Mud, Inc.
Intrado Enterprise Collaboration, Inc.
Intrepid Partners, LLC
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund
Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund
Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds
Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
IP Petroleum Company, Inc., et al.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois
Iron Mountain

Irongate Rental Services LLC
Irongate Tubular Services, LLC
Ironshore
Ironshore Europe Limited
Ironshore Indemnity Company
Ironshore Specialty Insurance Company
iSIMS LLC
Island Operating Co., Inc.
Island Operating Company Inc.
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Aron & Company
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
J.P. Morgan Chase Bank, N.A.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Lewis P.C.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Boykin (Legal Data Technician)
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs

James Donald Richard
James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway
James Gray Jr.
James H. Painter
James Henry
James Kyzar
James LaChance
James P. Brysch
James P. Ulm
James Painter
James Patrick Eiland
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue
James Derrick, III
Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Dillow
Jason Jinright
Jason Mudrick
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
Jayson B. Ruff, Trial Attorney
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane

Jeanne Mithcell Lopez
Jeannie Andresen
Jeannie Chavez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferies Holdings
Jefferies LLC
Jefferson County
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Davis Electric Cooperative Inc.
Jefferson Davis Parish
Jefferson Parish (LA)
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jerel Exploration, Inc.
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette
Jerome Thomas Mackey
Jerrie Lee Jacobs
Jerry J. Larpenter Sheriff and Tax Collector
Jesse Lyons
Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jill Curry
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JLT Specialty Insurance Services Inc.
JMS Consultants LP

JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
Jo Ann Harris
Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joel Plauche
Joes Septic Contractors Inc.
John & Hengerer
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Dwyer
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John H. Smith
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John Nicholson
John P Crain Qtip Trust FBO Neil R Crain
John P. Seeger
John Penton
John Poole
John Pouncy
John Price
John Pritchett
John Pritchett
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Seeger
John Smith
John W Stone Oil Distributor LLC
John W. Deck
Johnaton James Mczeal
Johnithan Cook

Johnny Gray
Joncade Thomas Clemons
Jones Walker LLP
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson
Joseph Craig Sanders
Joseph Gilliam
Joseph Granger
Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
JPMorgan Chase Bank, N.A.
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill
Justin Romero
Juston Tucker
JX Nippon Oil Exploration
JX Nippon Oil Exploration (U.S.A.) Limited
JX Nippon Oil Exploration (USA) Limited
K Camp & Associates Inc.
K&B Industries
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kaitlyn Smith
Kalisa Junice Perkins
Kapitalforeningen Investin Pro. US Leveraged Loans I
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young

Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly Frazier
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenedy County Tax Collector (TX)
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth W. Bramlett
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson
Kerogen Exploration LLC
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
Kersey Specialty Limited
Keven Lee Smith
Kevin Bruce
Kevin Fontenot
Kevin Gray
Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilgore Marine Services Inc.
Kilgore Marine Services, LLC
Kilmer Crosby & Quadros PLLC
Kilmer Crosby & Walker PLLC
Kim Bernard
Kim Marella Linzer Johnson

Kim Mettes
Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kimberly Picota
Kinder Morgan
Kinder Morgan Kansas, Inc.
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
King Krebs & Jurgens
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Klein ISD
Knight Energy Holdings, LLC
Knight Oil Tools
Knight Resources, LLC
Knight Security Systems LLC
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
KPMG LLP
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kronos, International
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
LA Department of Motor Vehicles (LA)
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish LA
Lafayette Parish Sheriff's Office

Lafayette Parish Sheriff's Office (LA)
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish Clerk
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lafourche Parish Sheriff's Office (LA)
Lagcoe
Lakeyta Charell Moore
Lamar Hunt Trust Estate
Lana Sabine
Landa Mobile Systems
Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark
Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Lavaca County
Lavaca County (TX)
Law 360
Law Office of Kevin M Sweeney
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Bob Rose
Lee County Tax Collector
Lee Graphics

Lee Hecht Harrison LLC
Lee Lemaire
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Leland Falcon
Leland Falcon, Sheriff & Ex Officio Tax Collector
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexon Insurance Company
Lexy Sanford
Liberty
Liberty Commercial Finance LLC
Liberty Mutual Europe
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe SE
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Liberty Specialty Markets
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Lime Rock Resources
Linda Faubion
Linda Landreth
Linda Motton (Paralegal Specialist)
Linden Interests LLC
Linder Oil Co, A Partnership
Lindsey Hodson
Linear Controls Inc.
Linear Controls, Inc.
LinhThu Do
Lionel Every and Shawn Philbeck
Lionel Gilliam
Lisa Bonin
Lisa K Bone

Lisa Patout Morris
Liskow & Lewis APLC
Little Prairie Properties, LLC
Live Oak CAD
Live Oak County Appraisal District
Live Oak County TX
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company
LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, Inc.
LLOG Exploration Offshore, L.L.C.
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries
Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Logix Fiber Networks
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Long View Systems Corp
Long View Systems Corp.
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere

Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Income and Franchise tax
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Property Tax
Louisiana Safety Systems, Inc.
Louisiana Scrap Processors
Louisiana State Land Office
Louisiana State Police
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LP Credit Opportunity Master Fund Ltd.
LQ Management LLC
LQT Industries, LLC
LRR Energy, LP
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Luci Johnson-Davis (Paralegal Specialist)
Lucile B Randol Heirs LLC
Luther D. Copeland
Luther Hano
Lutricia Lynette Davis
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.

M21K LLC
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions
Macquarie Corporate & Asset Funding, Inc.
Macquarie Corporate and Asset Funding Inc.
Macquarie Group
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan GP, LLC
Magellan Marine International LLC
Magellan Midstream Partners, L.P.
Magnolia Petroleum Company
Magnolia Torque & Testing Inc.
Magnum Hunter Production, Inc.
Magnum Hunter Resources
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
MainLine Management LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, L.L.C.
Manta Ray Offshore Gathering Company, LLC
Marathon Oil Company
Marathon Oil Company, et al.
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mariner Energy, Inc.
Mario Rios
Maritech Resources
Maritech Resources Inc.
Mark Anthony Krenek

Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Mozell
Mark Pleasant
Mark Producing, Inc., et al.
Mark R. Mozell
Mark S. Boyadjian
Mark Wilson
Markeith Sterling
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
Marla Begnaud
Marlin Oilfield Divers Inc.
MARPOL
Mars Offshore Technology Inc.
Marsh USA Inc.
Marshall Brantley IV
Marshall W Guidry
Martin Energy Services LLC
Martin Holdings, LLC
Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse
Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary L. Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund

MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County
Matagorda County Clerk (TX)
Matagorda County Tax Assessor - Collector (TX)
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Dundrea (Trustee)
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
Mayer Brown, LLP
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
McMoran Oil & Gas, LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray
Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier
Melton Young Jr.
Menard Inc.
Menard, Inc.
Mercer
Mercer (US) Inc.
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I

Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Meridian Compensation Partners, LLC
Mesa Petroleum Co., et al.
MFP Partners, L.P.
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Clark
Michael Dane
Michael Grant
Michael Gray Jr.
Michael Greenspoon
Michael Greenspoon
Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael T. Dane
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mike Sullivan, Tax Assessor- Collector (TX)
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minerals Management Service (MMS)

Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Mississippi Department of Marine Resources
Mississippi Department of Revenue
Mississippi Secretary of State
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley
Mitchell Veh Jr.
MJ Systems, LLC
MJX Asset Management LLC
MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Mobius Risk Group, LLC
Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monforte Exploration LLC
Monica Ramirez
Monique Mitchell Young
Monroe Capital Management LLC
Monson Gulf, L.L.C.
Montco Offshore Inc.
Montco Oilfield Contractors LLC
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals
Morgan Stanley
Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MRS
MS Amlin Underwriting Limited
MS Department of Revenue
MSAM LLC
Mudrick
Mudrick Capital /Mudrick Capital Management, L.P.

Mudrick Capital Management, LP
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Multiklient Invest AS
Munich Re Syndicate Limited
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
Murphy Exploration & Production Company - USA
Murphy Exploration & Production Company – USA
Murphy Oil Company
Murphy Oil Corporation
Murphy Oil USA, Inc., et al.
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrna McLeroy
Myrtle Ruth Mitchell Batiste
N Darlene Walker & Associates
N. John Lancaster, Jr.
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
National Marine Fisheries Services
National Ocean Industries Association
National Oceanic and Atmospheric Administration
National Offshore LP
National Oilwell Varco, LP
National Onshore LP
National Response Corporation
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Nautilus Pipeline Company, L.L.C.
Nautilus Pipeline Company, LLC
Navigators Underwriting Agency Ltd

Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newfield Exploration Company
Newfleet * Hartford
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Nexbank
Nexpoint Credit Strategies Fund
Ni Welding Supply LLC
Nicholas Verdin
Nichole Simon
Nicolle Patout
Nikolaus M Hilder 2011 Trust
Niska Gas Storage Ltd.
NJR Energy Services Co.
NOA
Noble Energy
Noble Energy, Inc.
Nolan Power Group LLC
Nondestructive & Visual Inspect
Norcen Explorer, Inc.
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northern Resources Inc.
Northstar GOM, LLC
Northstar Gulfsands, LLC
Northstar Offshore Group LLC
Northstar Offshore Group, LLC
Northwestern Mutual Life
Northwestern Mutual Life Insurance Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nueces County Clerk (TX)
Nutec, Inc.
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Floating Rate Income Fund

Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
Oaktree
Oaktree Capital
O'Brien's Response Management
OCC-Med of Lafayette
Occupational Safety and Health Administration ("OSHA")
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceaneering International Inc.
Oceaneering International, Inc.
Oceanweather, Inc.
OCS Advisory Board
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
OEG Offshore, Inc.
Office Depot Inc.
Office of Natural Resources Revenue ("ONRR")
Office Pavilion- Houston (TX)
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Energy Services, Inc.
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
Offshore Operators Committee
Offshore Services of Acadiana LLC
Offshore Services of Acadiana, LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
OIL Casualty Insurance
Oil Center Research

Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States Energy Services, LLC
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Old Republic
Old Republic Insurance Company
Oliver Theriot Jr.
Olivier International, LLC
Ollie Gray
Olympic Seismic Ltd.
OMI Environmental Solutions
Omimex Resources Inc.
One BriarLake Plaza Owner, LLC
One Call Now
Onesubsea LLC
Online Resources Inc.
Opal Faye Johnson Lee
Opportune LLP
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
ORX Exploration, Inc.
ORX Resources, L.L.C.
Oscar Vasquez, RTA
Osisoft LLC
Osprey Petroleum Partners LP
Owen Oil Tools LP
P & M USA LLC
P.Schoenfeld Asset Management
P2 Energy Solutions
Pacific Enterprises
Paintmire LLC
Palace Exploration Company
Palacios ISD Tax Assessor-Collector (TX)
Paleo Data
Palfinger Marine USA Inc.
Palm Energy Offshore LLC
Paloma Energy Consultants
Pamela Anderson

Pamela Bernard Davis
Pan American Petroleum Corporation
Panaco, Inc.
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Partco, LLC
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Patrick Burch
Patrick Eiland
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul Gluth
Paul Gluth
Paul J Patout
Paul Landry
Paul Washington
Paul Wilen
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC
Pelstar LLC
Pelto Oil Company
Peninsula Marine Inc.
Pennzoil Exploration and Production Company

Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Penroc Oil Corporation
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Peregrine Oil and Gas LP
Permian Tank & Manufacturing, Inc.
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.
Petricore
Petro Amigos Supply Inc.
Petro Amigos Supply, Inc.
Petro Pull LLC
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
Petrobas Americas Inc.
Petrobras America Inc.
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Helicopters Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petrophysical Solutions Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software

Petrostar Services, LLC
Petrostream LP
Petsec Energy Inc.
Pharmasafe Industrial Services Inc.
PHI Helipass, LLC
PHI, Inc.
Philadelphia Indemnity Insurance Company
Philip Shane Koonce
Phillips 66
Phillips Oil Company
Phillips Petroleum Company
Philomenia Roberta Johnson
Phoenix Exploration
Phoenix Exploration Company LP
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pierre F. Lapeyre Jr.
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial
Pitney Bowes Postage by Phone
PJT Partners LP
Placid Refining Company
Plains Gas Solutions
Plains Gas Solutions, LLC
Plains Marketing LP
Plains Resource
Planning Thru Completion, LLC
Plant Machinery, Inc.
Plaquemines Parish (LA)
Plaquemines Parish Clerk of Court
Plaquemines Parish Government
Plaquemines Parish Sheriff Office
PLS Inc./Pls Inc.
Plus Signs Inc.

PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Pogo Producing Company
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC
Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Pretium Credit Mgmt., LLC
Price Forbes & Partners Limited
Price Forbes & Partners Ltd
Pricewaterhousecoopers LLP
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Prime Clerk LLC
Prime Tank LLC
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset CIT c/o Principal Global Investors TR Co.
Principal Funds Inc. - Diversified Real Asset Fund
Priority Artificial Lift Services, LLC
Prisma Capital Partners LP
Pro Unlimited Inc.
Probate Court of Mobile County
Probe Resources Us Ltd
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals

Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP
QBE
Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.
Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.
Quorum Business Solutions, Inc.
R & R Rig Service, Inc.
R&R Energy Services LLC
R. Cris Sherman
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Railroad Commission of Texas
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Ranger Oil Limited
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Ray Sam
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell

Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Technology Alliance, LLC
Red Willow Offshore LLC
Red Willow Offshore, LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor- Collector (TX)
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regis Southern
Regulatory Economics Group LLC
REL Batavia Partnership LP
REL US Partnership LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Reliant Energy Retail Services, LLC
Relyon Nutec USA, LLC
Remington Oil and Gas Corporation, et al.
Renaissance Offshore, LLC
Renardo Gray
Rentier Inc.
Reorg Research Limited
REP Management Company V, LLC (Riverstone Management)
Republic Services Inc.
Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard
Richard Black
Richard Crain

Richard Ducote
Richard H. Gartner
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Ridgewood Energy ILX Holdings
Ridgewood King Cake, LLC
Rig Net Inc.
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rignet Inc.
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Rio Grande City CISD
Rio Grande City CISD Tax Office (TX)
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone
Riverstone Capital Services LLC
Riverstone Credit Opportunities
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy Limited
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V FW Partnership LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Fund V
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone Global Energy and Power Fund V AIV-A LP

Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone Holdings LLC
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Coinvest Holdings LP
Riverstone V FW Holdings Sub LLC
Riverstone V FW Holdings Sub, LLC
Riverstone V FW Holdings, LLC
Riverstone V RCO Loan Investment AIV, LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
RLC, LLC
RLI
RLI Insurance Company
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Moore
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller
Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu
Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
Rock Solid Images, Inc.
Rocky Robbins
Rodi Marine, LLC
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Roma Independent School District
Ron Kirk Berard

Ron Landry
Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Ronald Williams
Ronnie White Custom Homes, L.L.C.
Rooster Petroleum LLC
Rosa Thompson Gray
Rosalind Ann Wesley
Rosario Sfproaldana
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
Ryan Patrick
Ryan, LLC
Ryder Scott Company LP
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express

Saltex Exploration Inc.
Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust
Samedan Oil Corporation
Samel Bradford
Samson Contour Energy E & P, LLC
Samson Offshore Mapleleaf, LLC
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
San Leon Municipal Utility District
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
SandRidge Energy Inc
Sandridge Energy Offshore LLC
SandRidge Energy Offshore, LLC
Sandridge Energy, Inc.
SandRidge Offshore, LLC
SandRidge Onshore, LLC
Sandy Nadine Johnson Thomas
Santa Barbara County Employees' Retirement System LLC
Sarita Lee Gunter
SBM Gulf Production LLC
SBS Energy Services, LLC.
Scana Energy Marketing Inc.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Schiffer Odom Hicks & Johnson PLLC
Schlumberger Technology Corporation
Scientific Drilling International, Inc.
SCL Resources LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Schmidt
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seabulk International, Inc.
Seacor Liftboats LLC

Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Secretary of State for Texas
Securance Corporation Agency
SEI
Seismic Exchange Inc.
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Seitel Data, Ltd.
Select Oilfield Services LLC
Send Word Now
Seneca Resources Corporation
Senior Debt Portfolio c/o Eaton Vance Management
Sentoria Staffing Solutions LLC
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shannon Chavez
Shannon Mouton
Shannon Savoy
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner
Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot
Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton

Sheldon Independent School District (TX)
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Exploration and Production Company
Shell Frontier Oil & Gas Inc.
Shell GOM Pipeline Company LLC
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Offshore Inc.
Shell Offshore, Inc.
Shell Oil Company
Shell Pipeline Company LP
Shell Trading (US) Company
Shell Trading Risk Management, LLC
Shelter Bay Energy, Inc.
Shelving Exchange Inc.
Sheraton North Houston
Sheriff & Ex-Officio Tax Collector
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shipman & Goodwin LLP
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
SI Capital LLC
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sikica D. Crosby
Silvermine Capital Management LLC
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
Simone Patout Palmer
Simpson Thacher & Bartlett LLP

Sinclair Oil & Gas Co., et al.
Sinor Engine Company Inc.
Sirius Americas Insurance Co.
Sirius Solutions, LLP
Skelly Oil Company, et al.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sohio Petroleum Company
Sojitz Energy Venture Inc.
Solar Turbines Incorporated
Solex
Solstice Consulting Group LLC
SOMPO International
Sonat Exploration Company, et al.
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
South Carolina Retirement Systems Group Trust
South Jersey Resources Group, LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Co. LLC
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.
Southwest Louisiana Elect Membership Corp.
SP 49 Pipeline LLC
SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC
Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
SPL - Southern Petroleum Labs, Inc.

SPN Resources, LLC
Spring Branch I.S.D (TX)
Squire Patton Boggs (US) LLP
Squires & Company
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)
St. Bernard Parish Clerk of Court
St. Bernard Parish Sheriff's Department
St. Landry's Parish (LA)
St. Landry's Parish Sheriff
St. Martin Parish Sheriff's Office
St. Mary Parish (LA)
St. Mary Parish Clerk of Court
St. Mary Parish Government
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil & Co.
Stancil Property Tax, LLC.
Standard Oil Company of Texas
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr Aviation
Starr County (TX)
Starr County Tax Office
Starr Indemnity & Liability Company
State Bar of Texas
State of Alabama
State of Alabama Department
State of Louisiana
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. Natural Resources
State of Louisiana Dept. of Natural Resources
State of Louisiana State Land Office
State of Louisiana, Department of Natural Resources
State of Texas
State of Texas, Railroad Commission
State Police
Statoil Gulf Services LLC
Steel Service Oilfield Tubular Inc.

Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen Statham, Trial Attorney
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg
Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC
Stewart Tubular Products Inc.
Stifel Financial Corp.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Stone Energy Corporation
Stone Energy Offshore, L.L.C.
Stonebridge Consulting, LLC
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC
Stress Engineering Services, Inc.
Stroock & Stroock & Lavan LLP
Stuart Douglas Lunn
STX Energy E&P Offshore Mgmt LLC
Subsea 7 LLC
Subsea 7 US LLC
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Sun Oil Company

Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Oil Company, et al.
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swiss Life Asset Management
Swiss Re International
Swiss Re International SE UK Branch
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sybil Maria Calhoun
Sylvia Marie Rose
Symetra Life Insurance Company
Symphony Asset Management
Symphony Asset Management LLC
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talbot Underwriting Ltd
Talos Energy LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos ERT LLC
Talos Production LLC
Talos Resources LLC

Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tana Exploration Company
Tana Exploration Company LLC
Tana Exploration Company, LLC
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP
Targa Resources
Targe Energy LLC
Tave Peruzzi
Tawona Marie Archon Londo
Taxsaver Plan Flexible Benefit Plan
Taylors International Services Inc.
TC Offshore LLC
TC Oil Louisiana LLC
TC Oil Louisiana, LLC
TCB Fabrication, Inc.
TDC Energy LLC
TDC/Petrobas
Teachers' Retirement Allowances Fund
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Teladoc, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tenaska
Tenkay Resources Inc.
Tenneco Oil Company
Tennessee Gas Pipeline
Tennessee Gas Transmission Company
Terrebonne Parish Clerk of Court (LA)
Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Applied Technologies, Inc.
Tetra Technologies, Inc.

TETRA Technologies. Inc.
Texaco
Texaco Exploration and Production Inc.
Texaco, Inc.
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas County and District Retirement System
Texas Department of Revenue
Texas Eastern Transmission LP
Texas Excavation Safety Systems, Inc.
Texas Franchise Tax
Texas Gas Transmission, LLC
Texas General Land Office
Texas Lehigh Cement Company LP
Texas local property taxes
Texas Marine Shipyard LLC
Texas Parks & Wildlife
Texas Tickids
Texasgulf Inc., et al.
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
Texla Energy Management, Inc.
Texoma Production Company, et al.
TGS AP Investments AS
TGS-Nopec Geophysical Co LP
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
TH1, LLC
The Bank of New York Mellon
The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Bolton Group, LLC
The British-American Oil Producing Company
The Bureau of Ocean Energy Management
The Bureau of Safety and Environmental Enforcement (BSEE)
The Carlyle Group L.P.
The Cavins Corporation
The Chateau Hotel
The Chaucer Group
The City of Texas City
The Energy Authority
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The Goldman Sachs Group, Inc.

The Great American Insurance Company
The Guardian Life Insurance Company
The Hanover Insurance Company
The Houston Exploration Company
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The L Group Inc.
The Louisiana Land & Exploration Co LLC
The Louisiana Land and Exploration Company
The Lubrizol Corporation
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Parish of Cameron
The Railroad Commission of Texas (RRC)
The Response Group LLC
The Secretary of Transportation
The Superior Oil Company
The University of Texas at Austin
The William G. Helis Company, L.L.C., et al.
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
THL Credit Advisors LLC
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Miller Specialty
Thomas Moses Jr.
Thomas Poncik
Thomas R. Lamme
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thompson & Knight LLP
Thompson Coburn LLP
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Three Rivers Operating Company LLC
Thrivent Financial
Thru-Tubing Systems
Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes
Tiffany Williams Jones
Tiffanye Brooks

Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith
Timothy Tores
Tioram Subsea Inc.
Tish Coleman
Titan Specialties, Ltd.
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tokio Marine
Tom Young Jr.
Tomas Arce Perez
Tomas Perez
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Topaz Power Group LLC
Toshiba Financial Services
Total Production Supply, LLC
Total Safety U.S., Inc.
Total System Integrators
Total Waste Solutions, LLC
Touchet Contractors
Towers Watson Delaware Inc.
Town of Grand Isle
Town of Grand Isle (LA)
Toys O'Neil
TR Offshore LLC
Tracey Conrfproad
Tracy Lynn Bourque
Tracy Marion
Trade & Development Corporation
Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
Transco Exploration Company, et al.
Transcontinental Gas Pipe Line Company, LLC

Transcontinental Gas Pipeline Co, LLC
TransOcean Oil, Inc., et al.
Traveler's Lloyd's Insurance Company
Travelers
Travelers Casualty & Surety Co.
Travelers Casualty and Surety Company of America
Travelers Lloyd's Insurance Company
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trendsetter Engineering Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity River Energy, LLC
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer
Troy Gant
Troy Lee Mitchell
Troy Racca
Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trunkline Gas Company, LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope
Tubular Solutions, Inc.
Tuck School of Business at Dartmouth
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC

Tw Telecom Holdings LLC
TXP Operating Co.
TXP Operating Company
Tyler Laws
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Army Corp. of Engineers
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
U.S. Dept. of Interior / BOEM
U.S. Environmental Protection Agency
U.S. Environmental Protection Agency ("EPA")
U.S. Internal Revenue Service ("IRS")
U.S. Office of Natural Resources Revenue
U.S. Recovery Systems, Inc.
U.S. Securities and Exchange Commission
U.S. Specialty Insurance Company
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Union Exploration Partners, Ltd.
Union Oil Company
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States Army Corps of Engineers
United States Coast Guard
United States Custom and Border Protection (CBP),

United States Department of Justice Civil Division - Bureau of Land Management
United States Department of The Treasury
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Army Corp. of Engineers
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Bank Corporate Trust Services
US Bank N.A.
US Bank National Association
US Bureau of Ocean Energy Management
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Dept. of Commerce - NOAA
US Dept. of Homeland Security
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
US Trustee (Texas)
USI Southwest
UTEX
UTEX Industries
Valcour Credit Income Partners Master Fund Ltd.
Valerie Ann Moncriffe Simon
Valerie Walker
Valero Marketing and Supply Company
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston
Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez
Vantage Energy
Vantage Energy Inc.
Variable Bore Rams Inc.
Vashon Evette Archon
Vastar Resources, Inc.
Vastar Resources, Inc., et al.

Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Energy Services Company LLC
Venice Gathering System LLC
Venkatesh Bhat
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Verizon Wireless
Vermilion Abstract Co
Vermilion Corporation
Vermilion Parish (LA)
Vermilion Parish Police Jury
Vermilion Parish Sheriff's Office
Vermillion Parish Clerk of Court
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vinson & Elkins LLP
Virtu Americas LLC
Vision Service Plan Insurance Company
Vistra Management Services
Vitol, Inc.
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vriana Portillo
VWP Jr Inc.
W & T Energy VI

W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore Inc.
W&T Offshore, Inc.
W&T Offshore, LLC
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Oil & Gas Corporation
Walter Prevost
Ward Lake Drilling Inc.
Ward Leonard
Warrior Energy Services Corporation
Waste Auditors Inc.
 Waste Connections Bayou, Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waste Management, Inc.
Waveland Services, Inc.
Wayne Fueling Systems
Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International
Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weil, Gotshal & Manges LLP
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wellington Management
Wells Fargo Financial Leasing Inc.
Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC

West Harris County Mud # 1
West Harris County Mud# 1 (TX)
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
WesternGeco L.L.C.
Westerngeco LLC
Westerngeco, LLC
Wet Tech Energy Inc.
WFS Liquids LLC
WGL Midstream, Inc.
Wharton County Clerk (TX)
Wharton County Tax A/C
Wharton County Tax Assessor- Collector (TX)
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William "Bill" Swingle
William B. Swingle
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
William T. Burton
Williams Companies (Gulfstar One LLC)
Williams Energy Marketing
Williams Energy Services Company
Williams Field Services Company
Williams Field Services-Gulf Coast Company LLC
Williams Gas Pipeline
Williams Oil Gathering, LLC
Willie Mitchell III
Willis - Evergreen

Willis - Zurich
Willis of Tennessee, Inc.
Willis Towers Watson
Willis Towers Watson US, LLC
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilmington Trust, N.A.
Wilson Rodriguez
Wilton Mitchell
W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree
Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group PSN Inc.
Wood Group PSN, Inc.
Wood Group USA Inc.
Wood Mackenzie Inc.
Woods Hole Group, Inc.
Woody Hunt
Work Designs LLC
Workover Equipment Rental
Workstrings International, L.L.C.
Workstrings International, LLC
World Affairs Council of Greater Houston
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Catlin
XL Specialty Insurance Company
XL Systems LP
X-Pro LLC
XTO Energy Inc.
XTO Energy, Inc.
XTO Offshore Inc.
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph

Z Capital Group L.L.C.
Zachry Exploration LLC
Zais Group LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenergy, Inc.
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.
Zurich American
Zurich American Insurance Company
Zurich American Insurance Company of Illinois