IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE CLERK OF THE BANKRUPTCY COURT, DEBTOR, CERTAIN CREDITORS, AND THEIR ATTORNEYS OF RECORD, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters its appearance on behalf of 2M Oilfield Group Inc. ("2M Oilfield"), a creditor in the above-referenced Chapter 11 bankruptcy case (the "Bankruptcy Case"), pursuant to the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, the undersigned counsel hereby requests that all notices given or required to be given in the Bankruptcy Case including, but not limited to, all papers filed and served in all adversary proceedings in the Bankruptcy Case, and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them, be given to and served at the following address, email, telephone and/or fax number:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

HB: 4813-0761-4925.1

Buffey E. Klein
Husch Blackwell, LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX  75201
(214) 999-6100 Telephone
(214) 999-6170 Facsimile
Buffey.Klein@huschblackwell.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service of papers and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial. Further, this request for notice does not waive 2M Oilfield's:

a) Right to have any and all final orders for any and all non-core matters entered only after a *de novo* review by a United States District Court;

b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

c) Right to have the reference of any matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

d) Other rights, claims, actions, setoffs, recoupments, or other matters to which 2M Oilfield is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by 2M Oilfield without exception and are not be waived, confessed, or conceded by filing this notice or by any other participation in this matter.

Dated: October 6, 2020

Respectfully Submitted,

HUSCH BLACKWELL LLP

By: */s/ Buffey E. Klein*
    Buffey E. Klein
    Texas State Bar No. 24032515
    1900 N. Pearl, Suite 1800
    Dallas, Texas 75201
    (214) 999-6100
    (214) 999-6170 (fax)
    buffey.klein@huschblackwell.com

    -And-

Jameson J. Watts
Texas State Bar No. 24079552
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-1179
(512) 479-1101 (fax)
jameson.watts@huschblackwell.com

**COUNSEL FOR 2M OILFIELD GROUP, INC.**

**CERTIFICATE OF SERVICE**

    This will certify that a true and correct copy of the foregoing pleading is being served *via* this Court's ECF notification system to all parties registered to receive such notice on October 6, 2020.

                                                  */s/ Buffey E. Klein*
                                                  Buffey E. Klein