IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER GRANTING CHEVRON U.S.A. INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

[Related to Dkt. ____]

CHEVRON U.S.A, INC. ("Movant") filed a motion for relief from the automatic stay to allow for the execution and exchanging of documents necessary for cross-assignments of certain Mississippi Canyon Block leases by and between Debtors and Chevron were to be executed and filed upon closing (the "Assignments"), required to complete the Lease Exchange Agreement for the Murrayfield Prospect, dated effective May 1, 2020 (the "LEA Transaction"). After consideration of the motion, the response (if any), and arguments of counsel, the Court finds that the Motion is in all things good and should be **GRANTED**. It is therefore,

**ORDERED** that good cause exists and the automatic stay of 11 U.S.C. § 362 is lifted and modified to allow the Parties, and their agents or assigns, to (i) execute and exchange the Assignment documents to complete the LEA Transaction, (ii) file and record any Assignment documents, (iii) execute and exchange the Fieldwood Instruments and Instruments by All Parties specified in Sections 7.1(C) and 7.1(D) of the LEA Transaction, (iv) execute and exchange the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Decommissioning Security Agreement ("DSA"), including all documents required by the DSA, and (iv) execute and exchange any other documents not explicitly stated herein in furtherance of the LEA Transaction.

**ORDERED** that the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order, and this Order is effective immediately upon signing.

SIGNED on _____, 2020

_____
UNITED STATES BANKRUPTCY JUDGE
MARVIN ISGUR

Submitted and approved by:

ANDREWS MYERS, P.C.

*/s / Edward L. Ripley*
EDWARD L. RIPLEY
SBN: 16935950
PATRICK A. KELLY
SBN: 24105273
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
eripley@andrewsmyers.com
pkelly@andrewsmyers.com

**ATTORNEYS FOR MOVANT**