IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 410**

[Related to Doc. 410]

**PLEASE TAKE NOTICE** that, on October 6, 2020, Creditor CHEVRON U.S.A. INC. filed *Chevron U.S.A., Inc.'s Motion for Entry of Order Granting Relief from the Automatic Stay* [Doc. 410] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby withdraws Docket No. 410.

[*signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

Dated: October 6, 2020

        Respectfully submitted,

        ANDREWS MYERS P.C.

        */s / Edward L. Ripley*
        EDWARD L. RIPLEY
        SBN: 16935950
        PATRICK A. KELLY
        SBN: 24105273
        1885 Saint James Place, 15th Floor
        Houston, TX 77056
        Tel: 713-850-4200
        Fax: 713-850-4211
        eripley@andrewsmyers.com
        pkelly@andrewsmyers.com

        **ATTORNEYS FOR CHEVRON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, a true and correct copy of the foregoing document was served via the Court's Electronic Notification System on all parties entitled to such notice.

By: */s/ Edward L. Ripley*
EDWARD L. RIPLEY