IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Expro Americas LLC, (MMLID: 11537403), 1311 Broadfield Blvd Ste. 400, Houston, TX 77084-7928:

- Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims, and (II) Granting Related Relief [Docket No. 7]

- Interim Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief [Docket No. 62]

On October 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Order Granting Complex Chapter 11 Case Treatment [Docket No. 18]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

On October 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Notice of Chapter 11 Bankruptcy Cases and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT) [Docket No. 167]

On October 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**:

- Order Granting Complex Chapter 11 Case Treatment [Docket No. 18]

- Notice of Chapter 11 Bankruptcy Cases and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT) [Docket No. 167]

Dated: October 6, 2020

/s/ Xavi Flores
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 6, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 46655

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11539303 | ADRIAN DAWN LIMBRECK SAVOY | ADDRESS ON FILE | | | | |
| 11539341 | ALEXANDER FALLS | ADDRESS ON FILE | | | | |
| 11539516 | BARRON BULLOCK | ADDRESS ON FILE | | | | |
| 11539550 | BEN GOLSON | ADDRESS ON FILE | | | | |
| 11539580 | BHAT, VENKATESH | ADDRESS ON FILE | | | | |
| 11535603 | BRENDA BUTTS JOHNSON | ADDRESS ON FILE | | | | |
| 11541558 | CHARLEY M SELLMAN | ADDRESS ON FILE | | | | |
| 11538409 | COGENCY GLOBAL INC. | ATTN: SANDRA DIAZ-CAV | 122 E 42ND ST FL 18 | NEW YORK | NY | 10168-1899 |
| 11533270 | CORMIER, HAROLD | ADDRESS ON FILE | | | | |
| 11538545 | DARELL WASHINGTON | ADDRESS ON FILE | | | | |
| 11538684 | DOCHERTY CONSULTING LLC | PO BOX 421115 | | HOUSTON | TX | 77242-1115 |
| 11540969 | GLENN NORVICK AND | ADDRESS ON FILE | | | | |
| 11541015 | HALL-HOUSTON EXPLORATION III LP | 10633 SHADOW WOOD DR | | HOUSTON | TX | 77043-2825 |
| 11535766 | HARRISON EDELMAN | ADDRESS ON FILE | | | | |
| 11533783 | HELIS OIL & GAS COMPANY LLC | 201 SAINT CHARLES AVE STE 2600 | | NEW ORLEANS | LA | 70170-3100 |
| 11541115 | JAMES DAVID KAUFHOLD | ADDRESS ON FILE | | | | |
| 11541159 | JANIS BARNARD | ADDRESS ON FILE | | | | |
| 11541223 | JOAN GANTT | ADDRESS ON FILE | | | | |
| 11536101 | JOHN SEEGER | ADDRESS ON FILE | | | | |
| 11536108 | JOHNSON, MARK | ADDRESS ON FILE | | | | |
| 11539814 | JUDY A MORVANT ROBICHEAUX | ADDRESS ON FILE | | | | |
| 11538771 | LAUREN JONES | ADDRESS ON FILE | | | | |
| 11533123 | MARS, BILLIE | ADDRESS ON FILE | | | | |
| 11539096 | MELISSA GUIDRY | ADDRESS ON FILE | | | | |
| 11539229 | NATHAN RAY PRESTON | ADDRESS ON FILE | | | | |
| 11533926 | PAUL & BETTY JACOBS | ADDRESS ON FILE | | | | |
| 11540278 | PENNY PELTIER TATE | ADDRESS ON FILE | | | | |
| 11533058 | POURCIAU, HERB | ADDRESS ON FILE | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11538162 | RICHARD CRAIN | ADDRESS ON FILE | | | | |
| 11540461 | ROY H DUBITZKY | ADDRESS ON FILE | | | | |
| 11536820 | SEAHORSE ENERGY | 6816 BOURGEOIS RD | | HOUSTON | TX | 77066-3107 |
| 11540522 | SHELTON G DOWELL JR | ADDRESS ON FILE | | | | |
| 11536997 | STACEY NGUYEN | ADDRESS ON FILE | | | | |
| 11537203 | THE GUARDIAN LIFE INSURANCE COMPANY | 10 HUDSON YARDS FL 20 | | NEW YORK | NY | 10001-2159 |
| 11540673 | TIM FORD | ADDRESS ON FILE | | | | |
| 11536463 | VENKATESH BHAT | ADDRESS ON FILE | | | | |
| 11533875 | WESTOVER OIL COMPANY | 201 SAINT CHARLES AVE STE 5100 | | NEW ORLEANS | LA | 70170-5101 |
| 11536584 | WHITCO PUMP & EQUIPMENT LLC | 121 N BERNARD RD | | BROUSSARD | LA | 70518-3224 |
| 11534069 | WILLIAM SELPH | ADDRESS ON FILE | | | | |

**Exhibit B**

# Exhibit B
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11539277 | ABRADO INC | ATTN: KEISHA WISNIEWS | 105 NOVA DR | EROUSSARD | LA | 70513-4126 |
| 11539332 | ALBERT GILLIAM | ADDRESS ON FILE | | | | |
| 11541576 | CHESTER LEE BRIMER II | ADDRESS ON FILE | | | | |
| 11538500 | CUNNINGHAM ART SERVICES INC | 4141 ROCKWOOD DR | | LAGO VISTA | TX | 78845-6430 |
| 11535988 | JAMES PRATT JR | ADDRESS ON FILE | | | | |
| 11534518 | PEGGY STUART | ADDRESS ON FILE | | | | |
| 11534304 | SPENCER SELPH | ADDRESS ON FILE | | | | |

## **Exhibit C**

## Exhibit C
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11541367 | BARBARA A & JAMES W WRIGHT | ADDRESS ON FILE | | | | |
| 11538230 | CARBER HOLDINGS INC. | 900 GEORGIA AVE | | DEER PARK | TX | 77536-2518 |
| 11541696 | DAVID SEYMOUR WEISS | ADDRESS ON FILE | | | | |
| 11537498 | FORUM US INC | 10344 SAM HOUSTON PARK DR STE 300 | | HOUSTON | TX | 77064-4666 |
| 11537711 | HALL-HOUSTON EXPLORATION IV, L.P. | 10633 SHADOW WOOD DR | | HOUSTON | TX | 77043-2825 |
| 11537817 | OSPREY PETROLEUM PARTNERS LP | PO BOX 189 | | MANVEL | TX | 77578-0189 |
| 11537935 | PETROSTAR SERVICES, LLC | ATTN: ISABEL BENITEZ | 4350 LOCKHILL SELMA RD STE 150 | SAN ANTONIO | TX | 78249-2163 |
| 11540350 | RENEE BORIN | ADDRESS ON FILE | | | | |
| 11540472 | RYAN ADAM BROOKS NON-EXEMPT TRUST | ADDRESS ON FILE | | | | |
| 11537041 | STEPHEN GRIESBACH | ADDRESS ON FILE | | | | |
| 11534150 | VIRGINIA B NASH | ADDRESS ON FILE | | | | |
| 11533877 | WILLIAM A THURWACHTER | ADDRESS ON FILE | | | | |
| 11532957 | WRIGHT, FRANK | ADDRESS ON FILE | | | | |