# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sebastian V. Higgins, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 2, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Emergency Motion of Debtors for Order (I) Establishing Deadline to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 404]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

Dated: October 8, 2020

/s/ *Sebastian V. Higgins*
Sebastian V. Higgins

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 8, 2020, by Sebastian V. Higgins, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CGG SERVICES (U.S.) INC. | ADAMS AND REESE LLP | ATTN: SCOTT R. CHEATHAM, ESQ.<br>701 POYDRAS STREET<br>SUITE 4500<br>NEW ORLEANS LA 70139 | SCOTT.CHEATHAM@ARLAW.COM | Email |
| COUNSEL TO ENERGY TRANSFER OPERATING, L.P., SEA ROBIN PIPELINE COMPANY, LLC, TRUNKLINE GAS COMPANY, LLC, FLORIDA GAS TRANSMISSION, COMPANY, LLC, AND STINGRAY PIPELINE COMPANY, LLC | AKERMAN LLP | ATTN: JOHN E. MITCHELL & YELENA ARCHIYAN<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS TX 75201 | YELENA.ARCHIYAN@AKERMAN.COM | Email |
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE& JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE<br>1844 HARVARD STREET<br>HOUSTON TX 77008 | BBOYCE@ADJTLAW.COM<br>KDUBOSE@ADJTLAW.COM | Email |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR.<br>2000 KALISTE SALOOM ROAD, SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE LA 70598-1129 | EMILEJOSEPH@ALLENGOOCH.COM | Email |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI TX 78404 | KMARAIST@ALBMLAW.COM | Email |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM | Email |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN<br>201 ST. CHARLES AVENUE<br>SUITE 3600<br>NEW ORLEANS LA 70170 | JHAYDEN@BAKERDONELSON.COM | Email |
| COUNSEL TO ITC GLOBAL, INC. | BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA<br>811 LOUISIANA STREET<br>SUITE 1010<br>HOUSTON TX 77002 | LLIM@BALCH.COM<br>RKUBANDA@BALCH.COM | Email |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON TX 77002 | BARNETBJR@MSN.COM | Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: GENERAL COUNSEL<br>PO BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER<br>185 ASYLUM STREET<br>CITYPLACE I, 34TH FLOOR<br>HARTFORD CT 06103 | MARK.DENDINGER@BRACEWELL.COM | Email |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON TX 77002 | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM | Email |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS LA 70163 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM | Email |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER<br>ONE BOLAND DRIVE<br>WEST ORANGE NJ 07052 | ASHAHINAN@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM<br>SZUBER@CSGLAW.COM | Email |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA<br>720 BRAZOS<br>SUITE 700<br>AUSTIN TX 78701 | DBRESCIA@CLARKHILL.COM | Email |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER<br>901 MAIN STREET, SUITE 6000<br>DALLAS TX 75202-3794 | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | MWARNER@COLESCHOTZ.COM | Email |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | CONTROLLER | ATTN: FREDDY BOURGEOIS<br>204 INDUSTRIAL AVE C<br>HOUMA LA 70363 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA<br>2727 ALLEN PARKWAY<br>SUITE 1700<br>HOUSTON TX 77019 | SMARMON@CJMHLAW.COM<br>WSUDELA@CJMHLAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE,, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM | First Class Mail and Email |
| COUNSEL TO DLS, LLC | DLS, LLC | ATTN: H. KENT AGUILLARD<br>141 S. 6TH STREET<br>EUNICE LA 70535 | KENT@AGUILLARDLAW.COM | Email |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON TX 77084 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET<br>SUITE 3700<br>HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US | Email |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | ATTN: LISA A. POWELL<br>2925 RICHMOND AVE.<br>SUITE 1200<br>HOUSTON TX 77098 | LISA.POWELL@FISHERBROYLES.COM | Email |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER<br>1000 LOUISIANA STREET, SUITE 2000<br>HOUSTON TX 77002-2099 | DSELDER@FOLEY.COM | Email |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY & LYNDA L. LANKFORD<br>777 MAIN STREET<br>SUITE 1550<br>FORT WORTH TX 76102 | BFORSHEY@FORSHEYPROSTOK.COM<br>LLANKFORD@FORSHEYPROSTOK.COM | Email |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS LA 70139-4800 | ABRAUN@GLLLAW.COM | Email |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON TX 77056 | LAPEROUSE@GLLLAW.COM | Email |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA OK 74103-3706 | SSOULE@HALLESTILL.COM | Email |
| COUNSEL TO LEXON INSURANCE COMPANY AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | ATTN: LEE E. WOODARD<br>333 W. WASHINGTON STREET, SUITE 200<br>SYRACUSE NY 13202 | BKEMAIL@HARRISBEACH.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOULOS, ESQ.<br>150 N. RIVERSIDE PLAZA<br>CHICAGO IL 60606 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON TX 77002 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM | Email |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM | Email |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS<br>600 TRAVIS STREET<br>SUITE 2350<br>HOUSTON TX 77002 | RANDY.RIOS@HUSCHBLACKWELL.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON TX 77010 | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX AZ 85004 | CLS@JHC.LAW | Email |
| COUNSEL TO MULTIKLIENT INVEST AS | KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO<br>5051 WESTHEIMER RD., 10TH FLOOR<br>HOUSTON TX 77056 | MRIDULFO@KRCL.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS LA 70130 | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM | Email |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY<br>909 18TH STREET<br>PLANO TX 75074 | RDRY@KREBSFARLEY.COM | Email |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS<br>P.O. BOX 94075<br>SOUTHLAKE TX 76092 | BBAINS@L-LLP.COM | Email |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA TX 77868 | PWP@PATTIPREWITTLAW.COM | Email |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. AND PROCESSING PIPING MATERIALS | LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III<br>P.O. BOX 82438<br>LAFAYETTE LA 70598 | JOHN@JMOUTONLAW.COM | Email |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY AND GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM<br>ERIC.BOYLAN@LOCKELORD.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LLOG EXPLORATION COMPANY, LLC, ANKOR ENERGY LLC AND ANKOR E&P HOLDINGS CORPORATION, AND APACHE CORPORATION | LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX, LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS 650 POYDRAS STREET, SUITE 2400 NEW ORLEANS LA 70130 | PGOODWINE@LOOPERGOODWINE.COM TMOULEDOUX@LOOPERGOODWINE.COM LJOHNSON@LOOPERGOODWINE.COM TGAY@LOOPERGOODWINE.COM ADANOS@LOOPERGOODWINE.COM | Email |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN CIVIL DIVISION/LANDS & NATURAL RESOURCES P.O. BOX 94005 BATON ROUGE LA 70804-9005 | | First Class Mail |
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR 600 JEFFERSON ST., 10TH FLOOR LAFAYETTE LA 70501 | WLAFLEUR@MANDLLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER 1201 DEMONBREUN ST SUITE 900 NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM RMILLER@MANIERHEROD.COM | Email |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD 3701 KIRBY DRIVE SUITE 1000 HOUSTON TX 77098 | JSHEPPARD@MORROWSHEPPARD.COM | Email |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY P. O. BOX 12548 MC008 AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV CASEY.ROY@OAG.TEXAS.GOV | Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM 515 RUSK AVE. STE. 3516 HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV HECTOR.DURAN.JR@USDOJ.GOV USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS 2520 W.W. THORNE DRIVE HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | Email |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO | CRUBIO@PARKINSLEE.COM | Email |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY 365 CANAL STREET SUITE 2000 NEW ORLEANS LA 70130-6534 | RICK.SHELBY@PHELPS.COM | Email |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC. | PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON 1776 YORKTOWN SUITE 300 HOUSTON TX 77056 | ROBERT@PORTERPOWERS.COM | Email |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER 1000 MAIN STREET, 36TH FLOOR HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM APOWER@PORTERHEDGES.COM | Email |
| COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC. | RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH 202 MAGNATE DRIVE LAFAYETTE LA 70508 | CMRUSH@CHARLESMRUSHESQ.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR BURNETT PLAZA 801 CHERRY ST., STE. 1900 UNIT 18 FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT BROOKFIELD PLACE 200 VESEY STREET STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS LA 70130 | JDF@SESSIONS-LAW.COM | Email |
| COUNSEL TO TRENDSETTER ENGINEERING, INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES<br>1001 MCKINNEY STREET, SUITE 1100<br>HOUSTON TX 77002-6424 | MFINKELSTEIN@SMFADLAW.COM<br>RJONES@SMFADLAW.COM | Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ.<br>400 PARK AVE, 5TH FLOOR<br>NEW YORK NY 10022 | NPLOTKIN@GOODWIN.COM | First Class Mail and Email |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM | Email |
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL<br>1000 LOUISIANA ST., SUITE 5900<br>HOUSTON TX 77002 | DMCFAUL@SIDLEY.COM<br>MFISHEL@SIDLEY.COM | Email |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN<br>P. O. BOX 549<br>HOCKLEY TX 77447 | KGREEN@SNOWSPENCELAW.COM | Email |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE<br>1770 SAINT JAMES PLACE<br>SUITE 625<br>HOUSTON TX 77056 | ROSS@SDLLAW.COM | Email |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON TX 77002 | BRIAN.BAKER@STACYBAKERLAW.COM<br>DOUG.FRIEDMAN@STACYBAKERLAW.COM | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR.<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE LA 70821-2348 | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD & SHERRY J. MILLMAN<br>180 MAIDEN LANE<br>NEW YORK NY 10038 | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS TX 75201 | DAPICE@SBEP-LAW.COM | Email |
| COUNSEL TO CETCO ENERGY SERVICES COMPANY, LLC | THE DERBES LAW FIRM | ATTN: ALBERT J. DERBES, IV & FREDERICK L. BUNOL<br>3027 RIDGELAKE DRIVE<br>METAIRIE LA 70002 | AJDIV@DERBESLAW.COM<br>FBUNOL@DERBESLAW.COM | Email |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | SERAJUL.ALI@USDOJ.GOV | Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>1000 LOUISIANA, STE 2300<br>HOUSTON TX 77002 | | First Class Mail |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE LA 70511 | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM | Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ.<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS TX 75201 | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM | First Class Mail and Email |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE, SUITE 3900<br>DALLAS TX 75201 | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM | Email |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON TX 77046 | JCARRUTH@WKPZ.COM | Email |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS TX 75204 | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |