# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, October 13, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs Banks as First Lien First Out Administrative Agent |
| Kris | Hansen | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, DIP Agent |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Damian | Schaible | Davis Polk & Wardwell, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell, LLP | Ad Hoc Group of Secured Lenders |
| Benjamin | Wallen | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| Michael | WArner | Cole Schotz P.C. | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |