IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>FIELDWOOD ENERGY LLC, *et al.*,[1]<br><br>Debtor.[2] | Chapter 11<br><br>Case No. 20-33948 (MI) |

### FIRST SUPPLEMENTAL DECLARATION OF JOHN T. YOUNG, JR. IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, LLC AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20, 2020

I, John T. Young, Jr., being duly sworn, deposes and says:

1. I am a Senior Managing Director at Conway MacKenzie, LLC ("Conway MacKenzie"), and am duly authorized to execute this declaration on behalf of Conway MacKenzie. I submit this first supplemental declaration (the "Supplemental Declaration"), pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the *Official Committee of Unsecured Creditors' Application for an Order Authorizing the Retention and Employment of Conway MacKenzie, LLC as Financial Advisor Effective as of August 20, 2020* (the "Application"). Unless otherwise stated, I have personal knowledge of the facts stated herein. On September 18, 2020, the Official Committee of Unsecured Creditors (the "Committee") filed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

the Application. In support of the Application, the Committee submitted John T. Young, Jr.'s original declaration (the "Original Declaration"). *See* Docket No. 376.

2.  As stated in the Original Declaration, on December 20, 2019, Conway MacKenzie was purchased by a subsidiary of Riveron Parent Holdings, LP ("Holdco", and collectively with its subsidiaries other than the Firm, "Riveron"). Holdco is controlled by an investment vehicle that is majority owned by H.I.G. Capital Partners V, L.P. and H.I.G. Growth Buyouts & Equity Fund III, L.P. ("Fund V and Fund III"), investment funds managed by H.I.G. Capital, LLC (together with its affiliates other than Riveron and the Firm "H.I.G."). Riveron is a business advisory firm specializing in providing accounting, finance, and operations services. Upon completion of Riveron's acquisition of the Firm, Riveron and Conway MacKenzie commenced operations as a combined business. As a result of the transaction, Conway MacKenzie, Riveron, and H.I.G. are affiliates under applicable law.

3.  On or about October 5, 2020, the above-captioned Debtor provided names of additional parties in interest (the "Additional Parties in Interest") in this case that were not initially identified in the Original Declaration filed with the court on September 18, 2020.

4.  The Additional Parties in Interest are listed in **Schedule 1** attached hereto and incorporated herein. Conway MacKenzie searched its databases, the Riveron databases and certain H.I.G. databases as set forth in the Original Declaration, to determine any additional connections. No connections to Riveron and H.I.G. were identified from that search.

5.  Based on the conflict review process described in the Original Declaration and this Supplemental Declaration, except as otherwise disclosed herein or in the Original Declaration and

this first Supplemental Declaration, including as described on **Schedule 2** (additional connections to Conway MacKenzie**)** and **Schedule 3** (additional connections to Riveron) hereto, insofar as I have been able to ascertain, neither I, Conway MacKenzie nor Riveron, (a) represent entities other than the Committee in connection with this chapter 11 case; (b) has any connections with the Debtor, its creditors, stockholders, or any other party in interest, or any of their respective attorneys and accountants, or the Office of the United States Trustee for the Southern District of Texas (the "<u>U.S. Trustee</u>") or any person employed by the U.S. Trustee or any Bankruptcy Judge currently serving in the Bankruptcy Court for the Southern District of Texas; or (c) holds any interest adverse to the Debtor or its estate.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 13, 2020

*/s/ John T. Young, Jr.*
John T. Young, Jr.
Senior Managing Director

## Schedule 1

### Additional Parties in Interest Searched

**Official Committee of Unsecured Creditors (Members and Professionals)**
Stroock & Stroock & Lavan LLP
Cole Schotz P.C.
Halliburton Energy Services, Inc.
Oceaneering International, Inc.
Subsea 7 US LLC
TETRA Technologies. Inc.
Workstrings International, L.L.C.

**Ordinary Course Professionals**
Alston & Bird LLP
Barker, Donelson, Bearman, Caldwell, Berkowit & Taft LLP
Cadwalader, Wickersham
Davis Graham & Stubbs LLP
Deloitte Tax LLP
Donato, Minx, Brown & Pool, P.C.
Edwards & Floom LP
Floom Energy Law PLLC
Imagenet Consulting LLC
Kilmer Crosby & Walker PLLC
Loyens & Loeff
Miller & Chevalier Chartered
Mobius Risk Group, LLC
Post & Schell PC
Simpson Thacher & Bartlett LLP
Squire Patton Boggs (US) LLP
Stancil & Co.
Stonebridge Consulting, LLC
Thompson & Knight LLP
Vistra Management Services
Yetter Coleman LLP

**Notice of Appearance Party/Interested Party**
CNOOC Petroleum Offshore U.S.A. Inc.
ExxonMobil Corporation
Florida Gas Transmission Company, LLC
Galveston County
Intracoastal Liquid Mud, Inc.
Manta Ray Offshore Gathering Company, L.LC.
Martin Energy Services LLC
Nautilus Pipeline Company, L.L.C.
Oceaneering International Inc.
Oil States Energy Services, LLC
Plains Gas Solutions
Samson Contour Energy E & P, LLC
Samson Offshore Mapleleaf, LLC

Sea Robin Pipeline Company, LLC
Stingray Pipeline Company, LLC
Trunkline Gas Company, LLC
XTO Energy, Inc.

**Schedule 2**

**Conway MacKenzie Past and Present Representation of and Connection with Additional Parties in Interest**

Conway MacKenzie, LLC has represented and/or had a connection with the following Parties in Interest, in matters wholly unrelated to the Debtor and this Case:

| Party Details | Description |
|---|---|
| **Cole Schotz P.C.** | Cole Schotz P.C. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Stroock & Stroock & Lavan LLP** | Stroock & Stroock & Lavan LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

## Schedule 3

**Riveron Past and Present Representation of and Connection with Additional Parties in Interest**

Riveron has represented and/or had a connection with the following Parties in Interest, in matters wholly unrelated to the Debtor and this Case:

| Party Details | Description |
|---|---|
| None | N/A |