UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*<sup>1</sup> | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF COUNSEL TO APPLICATION FOR APPROVAL
OF THE EMPLOYMENT OF COLE SCHOTZ P.C. AS CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
EFFECTIVE AS OF AUGUST 20, 2020**
(Related Docket No. 374)

Cole Schotz PC, as counsel to the Official Committee of Unsecured Creditors (the "Cole Schotz"), hereby certify as follows:

1. On September 18, 2020, the *Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the official Committee of Unsecured Creditors, Effective as of August 20, 2020* [Docket No. 374] (the "Application") was filed with the Court.

2. After the filing of the Application, Cole Schotz received informal comments to the proposed order approving the Application, which informal comments were addressed and resolved through revisions reflected in the attached revised proposed order submitted herewith.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

61542/0001-21439415v2

3. The undersigned counsel hereby certifies that the revised proposed order attached hereto resolves all known formal and informal comments that Cole Schotz received. A redline reflecting changes to the proposed order is also attached.

4. Cole Schotz respectfully request that the Court enter the attached revised proposed order at the earliest convenience of the Court.

Dated: October 13, 2020

/s/ Michael D. Warner
COLE SCHOTZ P.C.
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
Email:   mwarner@coleschotz.com
             bwallen@coleschotz.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2020, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Michael D. Warner
Michael D. Warner