**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | **Re: Docket No. 404** |

**NOTICE OF FILING REVISED PROPOSED ORDER**
**(I) ESTABLISHING DEADLINE TO FILE PROOFS OF CLAIM**
**AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

   **PLEASE TAKE NOTICE THAT**, on October 2, 2020, Fieldwood Energy LLC

and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in

possession (collectively, the "**Debtors**"), filed the *Emergency Motion of Debtors for Order (I)*

*Establishing Deadline to File Proofs of Claim and (II) Approving Form and Manner of Notice*

*Thereof* (Docket No. 404) (the "**Motion**"), with a proposed form of order granting the relief

requested in the Motion attached thereto as Exhibit A (the "**Initial Proposed Order**").

   **PLEASE TAKE FURTHER NOTICE THAT**, on October 13, 2020, this Court

held a hearing on the Motion (the "**Hearing**").

   **PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a revised

proposed order granting the relief requested in the Motion (the "**Revised Proposed Order**"),

reflecting changes made by the Debtors pursuant to the Court's ruling at the Hearing.  The Revised

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

Proposed Order is attached hereto as **Exhibit A**, and a blackline of the Revised Proposed Order

marked against the Initial Proposed Order is attached hereto as **Exhibit B** (the "**Blackline**").

Dated:  October 13, 2020
       Houston, Texas

Respectfully submitted,

  */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
       Jessica.Liou@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on October 13, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/ Alfredo R. Pérez*
Alfredo R. Pérez