**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 9, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Missouri Fox Trot Minerals, LLC, (MMLID: 11539159), Attn: Jeremy Pate, 16820 Barker Springs Rd. Ste. 521, Houston, TX 77084-5040:

- Order Granting Complex Chapter 11 Case Treatment [Docket No. 18]

On October 9, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT) [Docket No. 167]

On October 9, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Vinson & Elkins LLP, Attn: Christopher J. Dewar, Esq. William L. Wallander, Esq. Bradley R. Foxman, Esq., Trammel Crow Center, 2001 Ross Avenue Suite 3900, Dallas, TX 75201-2975:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- Stipulation Further Extending Time for Debtors to File Schedules of Assets and Liabilities, Schedules of Current Income and Current Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs   [Docket No. 310]

On October 9, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Charley M Sellman, (MMLID: 11535523), at an address that is being redacted in the interest of privacy:

- Notice regarding Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 321]

On October 9, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Osprey Petroleum Partners LP, (MMLID: 11540235), PO Box 189, Manvel, TX 77578-0189:

- Final Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief [Docket No. 342]

Dated: October 15, 2020

/s/Xavi Flores
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 46914

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11535660 | BARBARA J SMITH | ADDRESS ON FILE | | | | |
| 11538650 | DEXTER DICKEY | ADDRESS ON FILE | | | | |
| 11539159 | MISSOURI FOX TROT MINERALS, LLC | ATTN: JEREMY PATE | 16820 BARKER SPRINGS RD STE 521 | HOUSTON | TX | 77084-5040 |