IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § § § | **Case No. 20-33948 (MI)** |
| Debtors.[1] | § § § § | **(Jointly Administered)** Re: Docket No. ___ |

## DECLARATION AND DISCLOSURE STATEMENT OF Keith R. McCarthy, CPA, ON BEHALF OF BRI CONSULTING GROUP, Inc.

I, Keith R. McCarthy, hereby declare, pursuant to section 1746 of title 28 of the United States Code:

1. I am President of BRI Consulting Group, Inc. located at 1616 S. Voss Road, Suite 845, Houston, Texas 77057 (the "**Firm**").

2. Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide Joint Venture and Contract Compliance Auditing services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

4.     Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5.     Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.

6.     The Debtors owe the Firm $51,720 for prepetition services.

7.     As of August 3, 2020, the date on which the Debtors commenced the above captioned chapter 11 cases, the Firm was **not** a party to an agreement with the Debtors that provides for the indemnification by the Debtors of the Firm in connection with the Services.

8.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 12, 2020.

By: *[signature]*
Keith R. McCarthy
President – BRI Consulting Group, Inc.

3

## Exhibit 2

## Tier 2 Ordinary Course Professionals

| Name | Address | General Description |
|---|---|---|
| Adams and Reese LLP | Dept 5208<br>PO Box 2153<br>Birmingham, AL 35287-5208 | Legal |
| Beck Redden LLP | 1221 McKinney Street<br>Suite 4500<br>Houston, TX 77010 | Legal |
| Blank Rome LLP | 1825 Eye Street NW<br>Washington, DC 20006-5403 | Legal |
| BRI Consulting Group, Inc. | 1616 S. Voss Road<br>Suite 845<br>Houston, TX 77057 | Accounting and Auditing |
| Buck Keenan LP | 2229 San Felipe Street<br>Suite 1000<br>Houston, TX 77019 | Legal |
| Capitelli & Wicker | 1100 Poydras Street<br>New Orleans, LA 70163 | Legal |
| Capitol Services | 206 E 9th Street<br>Suite 1300<br>Austin, TX 78701 | Legal |
| Chaffe McCall LLP | 801 Travis Street<br>Suite 1910<br>Houston, TX 77002 | Legal |
| Corbett & Schreck, PC | P.O.Box 832<br>Manvel, TX 77578-0832 | Legal |
| Ernst & Young Product Sales LLC | 950 Main Avenue<br>Suite 1800<br>Cleveland, OH 44113 | Accounting and Auditing |
| Floom Energy Law PLLC | 1408 N Fillmore Street<br>Suite 7<br>Arlington, VA 22201 | Legal |
| Gieger Laborde & Laperouse LLC | 701 Poydras Street Suite 4800<br>New Orleans, LA 70139 | Legal |
| Hartline Barger LLP | 8750 North Central Expressway<br>Suite 1600<br>Dallas, TX 75231 | Legal |
| Holman Fenwick Willan USA LLP | 5151 San Felipe Suite<br>Suite 400<br>Houston, TX 77056 | Legal |
| Jackson Lewis PC | 1133 Westchester Avenue<br>Suite S125<br>West Harrison, NY 10604 | Legal |
| John & Hengerer | 1730 Rhode Island Avenue, N.W.<br>Suite 600<br>Washington, TX 20036-3116 | Legal |
| Kilmer Crosby & Quadros PLLC | 712 Main Street<br>Suite 1100<br>Houston, TX 77002 | Legal |
| King & Jurgens LLC | 201 St Charles Avenue<br>45th Floor<br>New Orleans, LA 70170 | Legal |
| Law Office Of Kevin M Sweeney | 1625 K. Street NW<br>Suite 1100<br>Washington, DC 20006 | Legal |