John M. Castillo
SBN: 00787217
Farrimond Castillo & Bresnahan, PC
130 E. Travis St., Suite 350
San Antonio, TX  78205
Telephone (210) 231-0919
Fax (210) 231-0004
jcastillo@fcbtxlaw.com
Attorneys for Macquarie Group

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33948- MI |
| | § | |
| Fieldwood Energy, LLC | § | Chapter 11 |
| | § | |
| **Debtor** | § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR SERVICE OF ALL NOTICES
PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)
AND FOR PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**MACQUARIE CORPORATE AND ASSET FUNDING INC.** hereby requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon:

| | |
|---|---|
| John M. Castillo | Krysten Augello |
| Farrimond Castillo & Bresnahan, PC | Macquarie Corporate and Asset |
| 130 E. Travis St., Suite 350 | Funding Inc. |
| San Antonio, Texas  78205 | 3100 West End Ave, Suite 325 |
| Its Attorney of Record | Nashville, TN 37203, USA |

This request includes, but is not limited to, all notices, copies and pleadings referred to in § 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3017, 4007, 9007 or 9010(b) of the Bankruptcy Rules, including, without limitation, any orders, motions, demands, complaints, petitions, pleadings, or requests, applications or other documents brought before this Court in these cases whether formal or informal, written or oral or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

          Respectfully submitted,

          **FARRIMOND CASTILLO & BRESNAHAN, PC**

    By:   /s/ *John M. Castillo*
          John M. Castillo
          State Bar No. 00787217
          130 E. Travis St., Suite 350
          San Antonio, TX  78205
          (210) 231-0919
          (210) 231-0004 (facsimile)
          jcastillo@fcbtxlaw.com

          **ATTORNEYS FOR MACQUARIE CORPORATE AND ASSET FUNDING INC**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 21st of October, 2020, a true and correct copy of the above and foregoing document was forwarded by electronic filing and first-class mail to the following:

Fieldwood Energy, LLC
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042
*Debtor*

Alfredo R. Perez
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, Texas 77002
*Debtors' Attorney*

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
*Chapter 11 Trustee*

Hector Duran, Jr
U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002
*Chapter 11 Trustee's Counsel*

Michael D. Warner
Cole Schotz P.C.
301 Commerce St, Ste 1700
Fort Worth, TX 76102
*Attorney for Official Committee
 of Unsecured Creditors*

                                                */s/ John M. Castillo*
                                                  John M. Castillo