**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 16, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Order Granting Complex Chapter 11 Case Treatment [Docket No. 18]

On October 16, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Clay J Calhoun Jr., (MMLID: 11541603), at an address that is being redacted in the interest on privacy:

- Notice of Chapter 11 Bankruptcy Cases and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT) [Docket No. 167]

On October 16, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Notice regarding Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code [Docket No. 321]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

On October 16, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**:

- Final Order (I) Authorizing Debtors to Pay (A) Prepetition Interest Owner Obligations, Joint Interest Billings, and E&P Operating Expenses and (B) 503(b)(9) Claims; and (II) Granting Related Relief [Docket No. 342]

Dated: October 21, 2020

/s/ *Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 21, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 47130

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 11538650 | DEXTER DICKEY | ADDRESS ON FILE | | | |
| 11541093 | J MARK SMITH & ASSOCIATES INC | 2915 TOCCOA ST | BEAUMONT | TX | 77703-4963 |
| 11537934 | PETROSTAR SERVICES, LLC | 4350 LOCKHILL SELMA RD STE 190 | SAN ANTONIO | TX | 78249-2163 |

**Exhibit B**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11539277 | ABRADO INC | ATTN: KEISHA WISNIEWS | 105 NOVA DR | EROUSSARD | LA | 70513-4126 |
| 11539457 | ASHLEY HAYNES | ADDRESS ON FILE | | | | |
| 11535665 | BARBARA A & JAMES W WRIGHT | ADDRESS ON FILE | | | | |
| 11535660 | BARBARA J SMITH | ADDRESS ON FILE | | | | |
| 11541541 | CHARLES E PLUMHOFF | ADDRESS ON FILE | | | | |
| 11541574 | CHESLEY WYNNE WALTERS | ADDRESS ON FILE | | | | |
| 11535503 | CHESTER LEE BRIMER II | ADDRESS ON FILE | | | | |
| 11541588 | CHRISTOPHER EDWARD KRENEK | ADDRESS ON FILE | | | | |
| 11541603 | CLAY J CALHOUN JR | ADDRESS ON FILE | | | | |
| 11533257 | CURRY, JILL | ADDRESS ON FILE | | | | |
| 11541692 | DAVID L KINGCAID | ADDRESS ON FILE | | | | |
| 11538650 | DEXTER DICKEY | ADDRESS ON FILE | | | | |
| 11537362 | ERIC PREVOST | ADDRESS ON FILE | | | | |
| 11537404 | EXPRO AMERICAS LLC | 1311 BROADFIELD BLVD STE 400 | | HOUSTON | TX | 77084-7928 |
| 11535188 | GLENN NORVICK AND | ADDRESS ON FILE | | | | |
| 11541049 | HELIS OIL & GAS COMPANY LLC | 201 SAINT CHARLES AVE STE 2600 | | NEW ORLEANS | LA | 70170-3100 |
| 11535088 | ISABEL FREEMAN | ADDRESS ON FILE | | | | |
| 11541093 | J MARK SMITH & ASSOCIATES INC | 2915 TOCCOA ST | | BEAUMONT | TX | 77703-4963 |
| 11535057 | JAMES DAVID KAUFHOLD | ADDRESS ON FILE | | | | |
| 11535018 | JANIS BARNARD | ADDRESS ON FILE | | | | |
| 11536101 | JOHN SEEGER | ADDRESS ON FILE | | | | |
| 11539818 | JULIA ANN TOMFORDE MCNABB | ADDRESS ON FILE | | | | |
| 11536142 | KAITLYN SMITH | ADDRESS ON FILE | | | | |
| 11533961 | KOSMOS ENERGY GULF OF MEXICO OPERATIONS, LLC | 15011 KATY FWY STE 800 | | HOUSTON | TX | 77094-0011 |
| 11534803 | LAYMAN B SALTZ AND PATRICIA K SALTZ | ADDRESS ON FILE | | | | |
| 11539133 | MICULYN JOAN BERRY | ADDRESS ON FILE | | | | |
| 11533086 | MOON, MEGAN | ADDRESS ON FILE | | | | |
| 11540246 | PAMELA VUOSO | ADDRESS ON FILE | | | | |

Exhibit B
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11534182 | TIM FORD | ADDRESS ON FILE | | | | |
| 11534115 | WALTER E NATEMEYER | ADDRESS ON FILE | | | | |

**Exhibit C**

Exhibit C
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 11541541 | CHARLES E PLUMHOFF | ADDRESS ON FILE | | | |
| 11541574 | CHESLEY WYNNE WALTERS | ADDRESS ON FILE | | | |
| 11540246 | PAMELA VUOSO | ADDRESS ON FILE | | | |
| 11537938 | PETSEC ENERGY INC | PO BOX 52671 | LAFAYETTE | LA | 70505-2671 |