UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Howley Law PLLC and Genesis Energy, L.P., through in house counsel, hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Genesis Energy, L.P. and its subsidiaries ("Genesis") and request, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Howley Law PLLC and Genesis at the following office address, telephone number and e-mail address:

**Tom A. Howley**
**Eric Terry**
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone:  713-333-9125
Facsimile:  713-659-9601
Email:  tom@howley-law.com
Email: eric@howley-law.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

**Anthony Shih**
Senior Counsel
GENESIS ENERGY, L.P.
919 Milam, Ste. 2100
Houston, TX 77002
Telephone:  713-860-2659
tony.shih@genlp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Genesis' rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which Genesis is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments Genesis expressly reserves, or (5) to any and all defenses or objections Genesis may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: October 22, 2020    Respectfully submitted,

    */s/ Tom Howley*
**Tom A. Howley**
Texas Bar No. 24010115
**Eric Terry**
Texas Bar No. 00794729
HOWLEY LAW PLLC
Pennzoil Place – South Tower
711 Louisiana St., Suite 1850
Houston, Texas 77002
Telephone: 713-333-9125
Facsimile: 713-659-9601
Email: tom@howley-law.com
Email: eric@howley-law.com

*Counsel to Genesis Energy, L.P.*

**Anthony Shih**
Senior Counsel
GENESIS ENERGY, L.P.
919 Milam, Ste. 2100
Houston, TX 77002
Telephone: 713-860-2659
tony.shih@genlp.com

*Senior Counsel - Genesis Energy, L.P.*

CERTIFICATE OF SERVICE

I certify that on October 22, 2020, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

    */s/ Tom A. Howley*
Tom A. Howley

3