UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*<sup>1</sup> | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) CLARIFYING ITS DISCLOSURE OBLIGATIONS, (II) APPROVING PROTOCOL FOR PROVIDING ACCESS TO INFORMATION TO UNSECURED CREDITORS AND (III) RETAINING PRIME CLERK LLC AS INFORMATION AGENT, <u>EFFECTIVE AS OF SEPTEMBER 1, 2020</u>**
(Related Docket No. 401)

Cole Schotz PC, as counsel to the Official Committee of Unsecured Creditors (the "<u>Cole Schotz</u>"), hereby certify as follows:

1. On September 30, 2020, the *Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order (I) Clarifying Its Disclosure Obligations, (II) Approving Protocol For Providing Access To Information To Unsecured Creditors And (III) Retaining Prime Clerk LLC As Information Agent, Effective As Of September 1, 2020* [Docket No. 401] (the "<u>Motion</u>") was filed with the Court.

2. Objections, if any, to the Motion were required to have been filed with the Court and served by no later than October 21, 2020 (the "<u>Objection Deadline</u>").

---

<sup>1</sup> The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. The Objection Deadline has passed and no objections to the Motion appear on the docket or were served upon the undersigned counsel. Accordingly, the form of Proposed Order approving the Motion, which was submitted with the Motion, is submitted concurrently herewith.

Dated: October 22, 2020

*/s/ Michael D. Warner*
COLE SCHOTZ P.C.
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile:   (817) 810-5255
Email:   mwarner@coleschotz.com
             bwallen@coleschotz.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2020, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner

- 2 -

61542/0001-21529373v1