UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **FIELDWOOD ENERGY, LLC, *et al.*,**[1] | * | **Case No. 20-33948 (MI)** |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |

*******************************************

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR CETCO ENERGY SERVICES COMPANY, LLC

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing

Represented parties should act through their attorney.

NOW INTO COURT, come Albert J. Derbes, IV, Frederick L. Bunol and The Derbes Law Firm, LLC ("Movants") who desire to withdraw as Counsel of Record for Cetco Energy Services Company, LLC ("Cetco") in these proceedings. Client has consented to the withdrawal of counsel. There are currently no pending court dates or deadlines concerning Cetco.

WHEREFORE, Movants pray that this motion be granted, and that Albert J. Derbes, IV, Frederick L. Bunol and The Derbes Law Firm, LLC be withdrawn as Counsel of Record for Cetco

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Energy Services Company, LLC, and for all further just and equitable relief as the court deems proper.

> */s/ Albert J. Derbes, IV*_____
> Albert J. Derbes, IV, TX Bar 24030171
> THE DERBES LAW FIRM, LLC
> 3027 Ridgelake Drive
> Metairie, LA 70002
> Tel: (504) 837-1230
> Fax: (504) 832-0322
>
> */s/ Frederick L. Bunol*_____
> Frederick L. Bunol, La. Bar 29111 (*Pro Hac Vice*)
> THE DERBES LAW FIRM, LLC
> 3027 Ridgelake Drive
> Metairie, LA 70002
> Tel: (504) 837-1230
> Fax: (504) 383-8451

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, a copy of the foregoing notice was served via the Court's Electronic Notification System on all parties entitled to such notice.

> */s/ Albert J. Derbes, IV*\_\_\_\_
> ALBERT J. DERBES, IV