UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| **FIELDWOOD ENERGY, LLC, *et al.*,**[1] | * | Case No. 20-33948 (MI) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |

*******************************************

### ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR CETCO ENERGY SERVICES COMPANY, LLC

Considering the *Ex Parte Motion to Withdraw as Counsel of Record for Creditor, Cetco Energy Services Company, LLC* (the "Motion"),

**IT IS ORDERED** that the Motion is hereby GRANTED.

**IT IS FURTHER ORDERED** that Albert J. Derbes, IV, Frederick L. Bunol and The Derbes Law Firm, LLC are withdrawn as counsel of record for Cetco Energy Services Company, LLC.

Dated: _____, 2020

Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.