IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Fieldwood Energy, LLC | § | Case No. 20-33948 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL ORDERS, NOTICES, PROPOSED ORDERS, AND PLEADINGS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW counsel for IGNITION SYSTEMS & CONTROLS, INC., Creditor in the bankruptcy proceeding of FIELDWOOD ENERGY, LLC ("Debtor"), and requests that copies of all motions, pleadings, orders, proposed orders, proposed disclosure statements, and plans be sent to:

> Rafael Rodriguez
> Todd, Barron, Thomason, Hudman & Bebout, P.C.
> 3800 E. 42nd Street, Suite 409
> Odessa, Texas 79762-5982
> (432) 363-2128
> (432) 363-2158 fax
> E-mail: RRodriguez@toddlawfirm.com

Pursuant to Bankruptcy Rules 2002 and 9007, the attorney requests that all notices be given to and served upon the attorney at the address and telephone number set forth above. Notice that the foregoing request includes notices and papers referred to in the bankruptcy rules specified above, and also includes notices of any order, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any of the documents brought before this Court in this case, whether formally or informally, written or oral, and whether transmitted or conveyed by mail, hand, telephone, facsimile, telex, or otherwise.

IGNITION SYSTEMS & CONTROLS, INC. further requests that the Clerk of the above-named Court mail to Rafael Rodriguez copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all notices required by clauses (1), (2), (3), (5), (6), (7) and (8) of Subdivision (a), 2002(b), 3020, 6004, and 9013 be mailed to Rafael Rodriguez.

Respectfully submitted,

By: /s/ *Rafael Rodriguez*
RAFAEL RODRIGUEZ
State Bar No. 24079232

TODD, BARRON, THOMASON,
HUDMAN & BEBOUT, P.C.
3800 E. 42nd Street, Suite 409
Odessa, Texas 79762
(432) 363-2128
(432) 363-2158 fax
E-mail: RRodriguez@toddlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Copies of All Orders, Notices, Proposed Orders and Pleadings was served on all counsel of record by ECF on October 26, 2020:

/s/ *Rafael Rodriguez*
Rafael Rodriguez

00608549.DOC