United States Courts
Southern District of Texas
FILED

*October 26, 2020*

David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC |

| | |
|---|---|
| Lawyer's Name | Philip T. DeBaillon |
| Firm | DeBaillon Law Firm LLC |
| Street | 111 Concord Street, Suiite B |
| City & Zip Code | Lafayette, Louisiana 70510 |
| Telephone & Email | (337) 501-6687; phil@philyourlawyer.com |
| Licensed: State & Number | Louisiana Bar Roll No. 35102 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Infinity Valve & Supply, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/26/2020   Signed: *[signature]*

The state bar reports that the applicant's status is: Eligible

Dated: 10/26/2020   Clerk's signature: s| M. Mapps

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge