UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC |

| Lawyer's Name | Philip T. DeBaillon |
|---|---|
| Firm | DeBaillon Law Firm LLC |
| Street | 111 Concord Street, Suiite B |
| City & Zip Code | Lafayette, Louisiana 70510 |
| Telephone & Email | (337) 501-6687; phil@philyourlawyer.com |
| Licensed: State & Number | Louisiana Bar Roll No. 35102 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Infinity Valve & Supply, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/26/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | **active** |
|---|---|
| Dated: October 26, 2020 | Clerk's signature: **C Krus** |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                      United States Bankruptcy Judge