IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Phillip W. Nelson of Holland & Knight LLP hereby appears in the above-referenced chapter 11 cases to represent Cortland Capital Market Services, LLC ("***Cortland***") as administrative agent and collateral agent pursuant to the Prepetition SLTL Credit Agreement[1] and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), hereby requests that copies of all notices and pleadings given or required to be given in these cases, and all papers served or required to be served in these cases, be delivered and served upon him pursuant to the following address, telephone and facsimile numbers, and email address, and further requests to be added to the master service list established in these cases:

> Phillip W. Nelson
> HOLLAND & KNIGHT LLP
> 150 N. Riverside Plaza, Suite 2700
> Chicago, Illinois 60606
> Telephone: 312.263.3600
> Facsimile: 312.578.6666
> Email: phillip.nelson@hklaw.com

---

[1] Capitalized terms used as defined terms and not defined herein shall have the meanings ascribed to them in the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 346].

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Cortland or the other Prepetition SLTL Secured Parties including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses, whether pursuant to agreements, in law, or in equity, all of which rights, claims, actions, and defenses are expressly reserved.

Dated:  October 27, 2020
     New York, New York

*/s/Phillip W. Nelson*
Phillip W. Nelson
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.263.3600
Facsimile: 312.578.6666
Email: phillip.nelson@hklaw.com

*Counsel to Cortland Capital Market Services LLC*

## Certificate of Service

I certify that on October 27, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/Phillip W. Nelson*
Phillip W. Nelson

#79857427_v1