

United States Courts
Southern District of Texas
FILED
*October 26, 2020*
David J. Bradley, Clerk of Court

ENTERED
10/27/2020

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF T

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Philip T. DeBaillon<br>DeBaillon Law Firm LLC<br>111 Concord Street, Suiite B<br>Lafayette, Louisiana 70510<br>(337) 501-6687; phil@philyourlawyer.com<br>Louisiana Bar Roll No. 35102 |

| Name of party applicant seeks to appear for: | Infinity Valve & Supply, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 10/26/2020 | Signed: | *[signature]* |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Eligible |
|---|---|
| Dated:  10/26/2020  Clerk's signature: | s| M. Mapps |

## Order

This lawyer is admitted *pro hac vice*.

Signed: October 27, 2020

*[signature]*

Marvin Isgur
United States Bankruptcy Judge