## SWORN AFFIDAVIT CLAIMING
## OIL AND GAS LIEN

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF IBERIA | § |

BEFORE ME, the undersigned Notary Public, personally came and appeared Brooke Doucet, Collections Manager, Aggreko, LLC, 4610 W Admiral Doyle Drive, New Iberia, LA 70560, who appeared for the purpose of making this Affidavit to claim a oil and gas lien pursuant to the provisions of 56.023 of the Texas Property Code and who, after being by me first duly sworn, did attest and state that:

1. She is the Collections Manager of Aggreko, LLC, and is duly authorized to make this Affidavit.

2. The matters set forth in this Affidavit are true and correct and are within her personal knowledge.

3. Aggreko, LLC has delivered material and performed labor at the property described as:

   Drilling Platform 10175 located on OCS Lease No. G02754; Block A 376; Field HI376A; Outer Continental Shelf Offshore, Texas (the "Property")

4. True and correct copies of Aggreko, LLC's invoices, setting forth the description and charges for the equipment and labor provided to the Property, are attached hereto as Exhibit "A."

5. The Owner/Lessor of the Property and its last known address is:

   United States Bureau of Ocean Energy Management
   Gulf of Mexico OCS Region &
   Atlantic OCS Region
   1201 Elmwood Park Blvd.
   New Orleans, LA 70123-2394

6. The Lessee/Operator of the Property and its last known address is:

   Fieldwood Energy, LLC
   2000 W Sam Houston Parkway
   Suite 1200
   Houston, TX 77042-1246

7. The amount of Aggreko LLC's claim, after allowing the Lessee/Operator all just credits and offsets, is Seventeen Thousand Ninety-Seven and 50/100 Dollars ($17,097.50), plus interest and reasonable and necessary attorneys' fees.

8. The kind of work done by Aggreko, LLC was the provision of equipment, including generators and control apparatus, and related labor and materials to the Property commencing on or about April 18, 2020, and ending on or about June 30, 2020. The name and last known address of the person by whom Aggreko, LLC was employed:

> Tim Smith
> Fieldwood Energy, LLC
> 2000 W Sam Houston Parkway
> Suite 1200
> Houston, TX 77042-1246

9. Notice of this claim was sent to the owner by Federal Express on September 21, 2020.

10. Aggreko, LLC's name, mailing address and physical address are set forth in the first paragraph above.

11. The Affidavit is filed in Jefferson County, Texas, pursuant to the Provisions of the Texas Property Code, Chapter 56, and with the United States Bureau of Ocean Energy Management pursuant to the provisions of the Outer Continental Shelf Lands Act.

[*Signature Page to Follow*]

AFTER RECORDING
PLEASE RETURN TO:

Thomas Gruenert
Gruenert Law Group
13802 Cove Landing Lane
Rosharon, Texas 77583

FURTHER AFFIANT SAYETH NOT.

_____
Brooke Doucet
Collections Manager, Aggreko, LLC

STATE OF LOUISIANA §
§
PARISH OF IBERIA §

On this 17th day of September, 2020, before me personally appeared Brooke Doucet, known to me to be the person described herein and who executed the foregoing instrument, and acknowledged she executed it as her free act and ~~deed~~.

_____
(Signature of Notarial Officer)

Lyndall M. Dugas, Notary Public
(Title) and Rank)
Notary ID Number: 011557
Attorney Bar Roll Number: _____

# EXHIBIT "A"



Remit Payments ONLY to P.O. Box 972562, Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

# INVOICE

Page 1(1)

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 11989 | Invoice No. 13550092 |
| Agreement No. A612850 | Contact Name Tim Smith | Date 04/29/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: High Island 179
Broussard Brothers ICY
New Iberia
LA

| | | | |
|---|---|---|---|
| Customer Tax ID# | | Salesperson | Kyle Theriot |
| Payment Terms | Net 60 | Due Date | 06/28/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period / Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \*\*\* | | | | | | | |
| | | Offshore Location: HI 179A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: 3236 | | | | | | |
| | | GL#: 7200-85 | | | | | | |
| | | Recipient Name: TIM SMITH | | | | | | |
| | \*\*\* | | | | | | | |
| | XBEL003 | **Diesel Generator 200kW** | | | | | | |
| 001 / 007 | | Rental Charge | 04/07/20 - 04/13/20 | 1.00 | 7.00 | 117.00 | day | 819.00 |
| | | XBEL003 Fuel Out/In | 04/13/20 - 04/13/20 | 267.00 | | | | |
| | | **Slings** | | | | | | |
| 002 / 008 | | Rental Charge | 04/07/20 - 04/13/20 | 1.00 | 7.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 819.00 | 0.00% | |

| | | |
|---|---|---|
| **Rental Total** | USD | 819.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 819.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 819.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778

FORM 1003 REV. 07/2012

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Carolyn L Guidry*

Carolyn L. Guidry, County Clerk
Jefferson County, Texas
September 22, 2020  01:17:38 PM
FEE: $42.00       2020028879