# SWORN AFFIDAVIT CLAIMING
# OIL AND GAS LIEN

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF IBERIA | § |

BEFORE ME, the undersigned Notary Public, personally came and appeared Brooke Doucet, Collections Manager, Aggreko, LLC, 4610 W Admiral Doyle Drive, New Iberia, LA 70560, who appeared for the purpose of making this Affidavit to claim a oil and gas lien pursuant to the provisions of 56.023 of the Texas Property Code and who, after being by me first duly sworn, did attest and state that:

1. She is the Collections Manager of Aggreko, LLC, and is duly authorized to make this Affidavit.

2. The matters set forth in this Affidavit are true and correct and are within her personal knowledge.

3. Aggreko, LLC has delivered material and performed labor at the property described as:

    Drilling Platform 10178 located on OCS Lease No. G02647; Block 160; Field EB160; Outer Continental Shelf Offshore, Texas (the "Property")

4. True and correct copies of Aggreko, LLC's invoices, setting forth the description and charges for the equipment and labor provided to the Property, are attached hereto as Exhibit "A."

5. The Owner/Lessor of the Property and its last known address is:

    United States Bureau of Ocean Energy Management
    Gulf of Mexico OCS Region &
    Atlantic OCS Region
    1201 Elmwood Park Blvd.
    New Orleans, LA 70123-2394

6. The Lessee/Operator of the Property and its last known address is:

    Fieldwood Energy, LLC
    2000 W Sam Houston Parkway
    Suite 1200
    Houston, TX 77042-1246

7. The amount of Aggreko LLC's claim, after allowing the Lessee/Operator all just credits and offsets, is Thirty-Six Thousand Five Hundred Forty-Eight and 50/100 Dollars ($36,548.50), plus interest and reasonable and necessary attorneys' fees.

8. The kind of work done by Aggreko, LLC was the provision of equipment, including generators and control apparatus, and related labor and materials to the Property commencing on or about March 23, 2020, and ending on or about August 3, 2020. The name and last known address of the person by whom Aggreko, LLC was employed:

> Tim Smith
> Fieldwood Energy, LLC
> 2000 W Sam Houston Parkway
> Suite 1200
> Houston, TX 77042-1246

9. Notice of this claim was sent to the owner by federal express on September 21, 2020

10. Aggreko, LLC's name, mailing address and physical address are set forth in the first paragraph above.

11. The Affidavit is filed in Brazoria County, Texas, pursuant to the Provisions of the Texas Property Code, Chapter 56, and with the United States Bureau of Ocean Energy Management pursuant to the provisions of the Outer Continental Shelf Lands Act.

*[Signature Page to Follow]*

AFTER RECORDING
PLEASE RETURN TO:

Thomas Gruenert
Gruenert Law Group
13802 Cove Landing Lane
Rosharon, Texas 77583

FURTHER AFFIANT SAYETH NOT.

*Brooke Doucet*
Brooke Doucet
Collections Manager, Aggreko, LLC

STATE OF LOUISIANA  §
§
PARISH OF IBERIA  §

On this 17th day of September, 2020, before me personally appeared Brooke Doucet, known to me to be the person described herein and who executed the foregoing instrument, and acknowledged she executed it as her free act and deed.

*Lyndall M. Dugas*
(Signature of Notarial Officer)

Lyndall M. Dugas, Notary Public
(Title and Rank)
Notary ID Number: 01157
Attorney Bar Roll Number: _____

# EXHIBIT "A"

# aggreko®



**Remit PAYMENTS ONLY to** Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   VISA  MC  DISCOVER  AMEX

## INVOICE

| | | | Page 1(1) |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 14355 | | Invoice No. 13551645 |
| Agreement No. A523606 | Contact Name Tim Smith | | Date 05/19/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - EB 160
EPS Dock
Cameron

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 07/18/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | *** Offshore Location: EB159A Routing ID: 573031 Lease #: G02646 Recipient Name: Tim Smith *** | | | | | | |
| | XCVN007 | **500kW Generator GreenPower Canopy Offshore** | | | | | | |
| 001 / 009 | | Rental Charge | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | | **4/0 Bare End Cable 125ft** | | | | | | |
| 002 / 006 | | Rental Charge | 03/23/20 - 04/19/20 | 7.00 | 28.00 | 6.25 | day | 1,225.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 010 | | Rental Charge | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,637.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 7,637.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 7,637.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 7,637.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

Phone 877.896.3778

FORM 1003 REV. 07/2012




### INVOICE

| | | | Page 1(1) |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 16139 | Invoice No. | 13552403 |
| Agreement No. A523606 | Contact Name Tim Smith | Date | 05/29/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - EB 160
EPS Dock
Cameron

| | | |
|---|---|---|
| Customer Tax ID# | Salesperson | Kyle Theriot |
| Payment Terms | Net 60 | Due Date 07/28/20 |
| Currency | US Dollars | |
| Service Center | New Iberia | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | *** Offshore Location: EB160A Routing ID: 573031 Lease #: G02647 Recipient Name: Jared Bergeron *** | | | | | | |
| | XCVN007 | 500kW Generator GreenPower Canopy Offshore | | | | | | |
| 001 / 009 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | | 4/0 Bare End Cable 125ft | | | | | | |
| 002 / 006 | | Rental Charge | 04/20/20 - 05/17/20 | 7.00 | 28.00 | 6.25 | day | 1,225.00 |
| | | Accessory (Power) Slings | | | | | | |
| 003 / 010 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,637.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 7,637.00 |
| Sales Total | USD | |
| Sub-Total | USD | 7,637.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 7,637.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778   FORM 1503 REV 07/2012

# aggreko



Remit PAYMENTS ONLY to: Aggreko LLC, P.O. Box 972562, Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

Page 1(1)

## INVOICE

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 19025 | Invoice No. 13554085 |
| Agreement No. A523606 | Contact Name Tim Smith | Date 06/23/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - EB 160
EPS Dock
Cameron

| | |
|---|---|
| Customer Tax ID# | Salesperson Kyle Theriot |
| Payment Terms  Net 60 | Due Date  08/22/20 |
| Currency  US Dollars | |
| Service Center  New Iberia | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | | Offshore Location: EB160A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: G02647 | | | | | | |
| | | Recipient Name: Carloa Cerna | | | | | | |
| | * * * | | | | | | | |
| | XCVN007 | **500kW Generator GreenPower Canopy Offshore** | | | | | | |
| 001 / 009 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | | **4/0 Bare End Cable 125ft** | | | | | | |
| 002 / 006 | Rental Charge | | 05/18/20 - 06/14/20 | 7.00 | 28.00 | 6.25 | day | 1,225.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 010 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,637.00 | 0.00% | |

| | | |
|---|---|---|
| Rental Total | USD | 7,637.00 |
| Sales Total | USD | |
| Sub-Total | USD | 7,637.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 7,637.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

---

Aggreko Holdings, Inc. DBA Aggreko LLC    4610 W. Admiral Doyle Drive, New Iberia, LA 70560    TAX ID# 13-3121696

Phone 877.896.3778

www.aggreko.com
FORM 1003 REV. 06/2019



# aggreko

Remit PAYMENTS ONLY to Aggreko LLC, PO Box 972562, Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

Page 1(1)

## INVOICE

| | | | |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 23556 | Invoice No. | 13556162 |
| Agreement No. A523606 | Contact Name Tim Smith | Date | 07/20/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - EB 160
EPS Dock
Cameron

Customer Tax ID#
Payment Terms: Net 60
Currency: US Dollars
Service Center: New Iberia

Salesperson: Kyle Theriot
Due Date: 09/18/20

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | \*\*\* | | | | | | |
| | | Offshore Location: EB160A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: G02647 | | | | | | |
| | | Recipient Name: Carloa Cerna | | | | | | |
| | | \*\*\* | | | | | | |
| | XCVN007 | **500kW Generator GreenPower Canopy Offshore** | | | | | | |
| 001 / 009 | | Rental Charge | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | | **4/0 Bare End Cable 125ft** | | | | | | |
| 002 / 006 | | Rental Charge | 06/15/20 - 07/12/20 | 7.00 | 28.00 | 6.25 | day | 1,225.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 010 | | Rental Charge | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,637.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 7,637.00 |
| Sales Total | USD | |
| Sub-Total | USD | 7,637.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 7,637.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings, Inc. DBA Aggreko LLC    4610 W. Admiral Doyle Drive, New Iberia, LA 70560    TAX ID# 13-3121696

Phone 877.896.3778

www.aggreko.com
FORM 1003 REV. 06/2019

# aggreko



Remit PAYMENTS ONLY to  Aggreko LLC  PO Box 972562  Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

## INVOICE

| | | | | Page | 1(1) |
|---|---|---|---|---|---|
| Customer No. | US00008852 | Customer PO No. | MONTHLY PO NEEDED | Invoice No. | 13560194 |
| Agreement No. | A523606 | Contact Name | Tim Smith | Date | 09/03/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - EB 160
EPS Dock
Cameron

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 11/02/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | | Offshore Location: EB160A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: G02647 | | | | | | |
| | | Recipient Name: Carloa Cerna | | | | | | |
| | * * * | | | | | | | |
| | XCVN007 | **500kW Generator GreenPower Canopy Offshore** | | | | | | |
| 001 / 009 | | Rental Charge | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 229.00 | day | 5,038.00 |
| | | **4/0 Bare End Cable 125ft** | | | | | | |
| 002 / 006 | | Rental Charge | 07/13/20 - 08/03/20 | 7.00 | 22.00 | 6.25 | day | 962.50 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 010 | | Rental Charge | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 6,000.50 | 0.00% | |

| | | |
|---|---|---|
| Rental Total | USD | 6,000.50 |
| Sales Total | USD | |
| Sub-Total | USD | 6,000.50 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 6,000.50 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings, Inc. DBA Aggreko LLC   4610 W. Admiral Doyle Drive, New Iberia, LA 70560   TAX ID# 13-3121696

Phone 877.896.3778

www.aggreko.com
FORM 1003 REV. 06/2019

# FILED and RECORDED

Instrument Number: 2020054723

Filing and Recording Date: 09/22/2020 03:42:55 PM  Pages: 10  Recording Fee: $58.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

**DO NOT DESTROY - Warning, this document is part of the Official Public Record.**

cclerk-cynthia