State of Louisiana $
$
Parish of Cameron $

Office of Cameron Parish
Clerk of Court
38th Judicial Dist. Court

I hereby certify that the attached document is a true and correct copy the Original file for record 9-10, 2020 bearing File No. 348087 recorded in;
Conveyance Book ——, page ——.
Mortgage Book ✓, page N/A.
—— Bk. ——, page ——.
In testimony whereof, witness my official seal on 9-10-2020.
By: Jessica LaFarde
Deputy Clerk of Court

STATE OF LOUISIANA

PARISH OF CAMERON

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

1. The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $2,630.08 | 013550435 | April 28, 2017 | Continuing at Present |
| $2,618.00 | 013551768 | April 28, 2017 | Continuing at Present |
| $2,486.00 | 013554382 | April 28, 2017 | Continuing at Present |
| $ 530.00 | 013556393 | April 28, 2017 | Continuing at Present |
| $ 275.00 | 13559877 | April 28, 2017 | Continuing at Present |
| $1,923.96 | 13559872 | July 2, 2020 | Continuing at Present |
| $ 330.00 | 13560182 | July 2, 2020 | Continuing at Present |
| | | | |
| $ 420.00 | 013551763 | November 9, 2017 | Continuing at Present |
| $ 420.00 | 013555057 | November 9, 2017 | Continuing at Present |
| $ 420.00 | 013556895 | November 9, 2017 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3. To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6. A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

> All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the West Cameron, Block No. 66, Field WC066, Structure C, Complex ID No. 22285, Lease No. G01860, Latitude 29.648896, Longitude -93.131215, Platform X 1428921.85, Platform Y 361663.14, Parish of Cameron, State of Louisiana.

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the West Cameron, Block No. 66, Field WC066, Structure E, Complex ID No. 22286, Lease No. G02826, Latitude 29.616882, Longitude -93.150945, Platform X 1422470.8, Platform Y 350122.09, Parish of Cameron, State of Louisiana.

7. The true and correct amount claimed by Claimant is TWELVE THOUSAND FIFTY-THREE AND 01/100 ($12,053.01) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8th day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

| Remit PAYMENTS ONLY to | Aggreko LLC<br>P.O. Box 972562<br>Dallas, TX 75397-2562 |
|---|---|
| For Proper Posting Include Invoice # on Check Stub | |
| Major Credit Cards Accepted | |

aggreko®

# INVOICE

Page 1(2)

Customer No. US00008852 Customer PO No. 12666 Invoice No. 13550435
Agreement No. A506209 Contact Name Tim Smith Date 05/04/20

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>OFFSHORE: WC 66C<br>EPS Dock<br>Cameron<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 07/03/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: WC-66C Routing ID: 573031 Lease #: 1860 Recipient Name: Jared Bergeron *** | | | | | | | |
| | XBSN074 | 60kW Generator Greenpower Canopy Offshore | | | | | | |
| / 022 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| | | Accessory (Power) Slings | | | | | | |
| / 023 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | WAJA379 | Fuel Tank-800 Gallon | | | | | | |
| / 004 | Rental Charge<br>Empty with 30' fuel lines | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Sling | | | | | | |
| / 008 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | | Cable - 4/0 Bare-end 75 FT | | | | | | |
| / 002 | Rental Charge | | 03/23/20 - 04/19/20 | 5.00 | 28.00 | 2.50 | day | 350.00 |
| | XBSN033 | 60kW Generator Greenpower Canopy Offshore | | | | | | |
| / 029 | Rental Charge | | 03/23/20 - 03/23/20 | 1.00 | 1.00 | 66.00 | day | 66.00 |
| | | Accessory (Power) Slings | | | | | | |
| / 031 | Rental Charge | | 03/23/20 - 03/23/20 | 1.00 | 1.00 | 0.00 | | 0.00 |
| | | Spare Part Sales | | | | | | |
| / 032 | Credit for "Filter Fuel Baldwin" Invoice No 13549623 Date 4/3/2020 Line 010/00030 | | 03/23/20 | -2.00 | 1.00 | 3.88 | Sales | -7.76 |
| | | Spare Part Sales | | | | | | |
| / 033 | Credit for "Filter Fuel Baldwin" Invoice No 13549623 Date 4/3/2020 Line 008/00027 | | 03/23/20 | -2.00 | 1.00 | 18.31 | Sales | -36.62 |
| | | Spare Part Sales | | | | | | |
| / 034 | Credit for "Filter Baldwin" Invoice No 13549623 Date 4/3/2020 Line 009/00028 | | 03/23/20 | -1.00 | 1.00 | 9.54 | Sales | -9.54 |

| Remit PAYMENTS ONLY to | Aggreko LLC<br>P.O. Box 972562<br>Dallas, TX 75397-2562 |
|---|---|
| For Proper Posting Include Invoice # on Check Stub | |
| Major Credit Cards Accepted | |

aggreko®

# INVOICE



**Customer No.** US00008852
**Agreement No.** A506209
**Customer PO No.** 12666
**Contact Name** Tim Smith
**Invoice No.** 13550435
**Date** 05/04/20

| ne / Ref | Unit No. | Description | Invoice Period<br>Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,630.08 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 2,684.00 |
| **Sales Total** | USD | -53.92 |
| **Sub-Total** | USD | 2,630.08 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,630.08 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

aggreko®

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A506209
Customer PO No. 14788
Contact Name Tim Smith
Invoice No. 13551768
Date 05/20/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WC 66C<br>EPS Dock<br>Cameron<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 07/19/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: WC-66C Routing ID: 573031 Lease #: 1860 Recipient Name: Jared Bergeron *** | | | | | | | |
| | **XBSN074** | **60kW Generator Greenpower Canopy Offshore** | | | | | | |
| l / 022 | Rental Charge | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 2 / 023 | Rental Charge | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | **WAJA379** | **Fuel Tank-800 Gallon** | | | | | | |
| 3 / 004 | Rental Charge Empty with 30' fuel lines | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Sling** | | | | | | |
| . / 008 | Rental Charge | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | | **Cable - 4/0 Bare-end 75 FT** | | | | | | |
| i / 002 | Rental Charge | | 04/20/20 - 05/17/20 | 5.00 | 28.00 | 2.50 | day | 350.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,618.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 2,618.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 2,618.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,618.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.



Remit PAYMENTS ONLY to Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A506209
Customer PO No. 18622
Contact Name Tim Smith
Invoice No. 13554382
Date 06/25/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WC 66C<br>EPS Dock<br>Cameron<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 08/24/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: WC-66C<br>Routing ID: 573031<br>Lease #: 1860<br>Recipient Name: CARLOS CERNA<br>*** | | | | | | | |
| | XBSN074 | 60kW Generator Greenpower Canopy Offshore | | | | | | |
| 1 / 022 | Rental Charge | | 05/18/20 - 06/12/20 | 1.00 | 26.00 | 66.00 | day | 1,716.00 |
| | | Accessory (Power) Slings | | | | | | |
| 2 / 023 | Rental Charge | | 05/18/20 - 06/12/20 | 1.00 | 26.00 | 0.00 | | 0.00 |
| | WAJA379 | Fuel Tank-800 Gallon | | | | | | |
| 3 / 004 | Rental Charge<br>Empty with 30' fuel lines | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Sling | | | | | | |
| 4 / 008 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | | Cable - 4/0 Bare-end 75 FT | | | | | | |
| 5 / 002 | Rental Charge | | 05/18/20 - 06/14/20 | 5.00 | 28.00 | 2.50 | day | 350.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,486.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 2,486.00 |
| Sales Total | USD | |
| Sub-Total | USD | 2,486.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 2,486.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted VISA DISCOVER

aggreko®

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A506209
Customer PO No. 24029
Contact Name Tim Smith
Invoice No. 13556393
Date 07/22/20

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: WC 66C
EPS Dock
Cameron
LA

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 09/20/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: WC-66C Routing ID: 573031 Lease #: 1860 Recipient Name: CARLOS CERNA *** | | | | | | | |
| | **WAJA379** | **Fuel Tank-800 Gallon** | | | | | | |
| 1 / 004 | Rental Charge<br>Empty with 30' fuel lines | | 06/15/20 - 06/26/20 | 1.00 | 12.00 | 15.00 | day | 180.00 |
| | | **Sling** | | | | | | |
| 2 / 008 | Rental Charge | | 06/15/20 - 06/26/20 | 1.00 | 12.00 | 0.00 | | 0.00 |
| | | **Cable - 4/0 Bare-end 75 FT** | | | | | | |
| 3 / 002 | Rental Charge | | 06/15/20 - 07/12/20 | 5.00 | 28.00 | 2.50 | day | 350.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 530.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 530.00 |
| Sales Total | USD | |
| Sub-Total | USD | 530.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 530.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted VISA DISCOVER

aggreko

# INVOICE

Page 1(1)

**Customer No.** US00008852 **Customer PO No.** 31092 **Invoice No.** 13559877
**Agreement No.** A506209 **Contact Name** Tim Smith **Date** 08/31/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WC 66C<br>EPS Dock<br>Cameron<br>LA |

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia
**Salesperson** Kyle Theriot
**Due Date** 10/30/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: WC-66C Routing ID: 573031 Lease #: 1860 Recipient Name: CARLOS CERNA *** | | | | | | | |
| | | **Cable - 4/0 Bare-end 75 FT** | | | | | | |
| I / 002 | Rental Charge | | 07/13/20 - 08/03/20 | 5.00 | 22.00 | 2.50 | day | 275.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 275.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 275.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 275.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 275.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENT ONLY to Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted VISA DISCOVER

aggreko

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A620414
Customer PO No. 31093
Contact Name Carlos Cerna
Invoice No. 13559872
Date 08/31/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WC 6CC |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 10/30/20

| ie / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | Offshore Location: WC-66C | | | | | | | |
| | Routing ID: 573031 | | | | | | | |
| | Lease #: 1860 | | | | | | | |
| | Recipient Name: Carlos Cerna | | | | | | | |
| | *** | | | | | | | |
| | **XBVP055** | **Diesel Generator 60kW** | | | | | | |
| / 004 | Rental Charge | | 07/02/20 - 07/29/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| / 005 | Rental Charge | | 07/02/20 - 07/29/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | | **Filter Fuel Baldwin** | | | | | | |
| / 001 | | | 07/02/20 | 3.00 | 1.00 | 3.86 | Sales | 11.58 |
| | | **Filter Fuel Baldwin** | | | | | | |
| / 002 | | | 07/02/20 | 3.00 | 1.00 | 18.29 | Sales | 54.87 |
| | | **Filter Baldwin** | | | | | | |
| / 003 | | | 07/02/20 | 1.00 | 1.00 | 9.51 | Sales | 9.51 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,923.96 | 0.00% | |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,848.00 |
| **Sales Total** | USD | 75.96 |
| **Sub-Total** | USD | 1,923.96 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,923.96 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.



| Remit PAYMENTS ONLY to | Aggreko LLC<br>P.O. Box 972562<br>Dallas, TX 75397-2562 |
|---|---|
| For Proper Posting Include Invoice # on Check Stub | |
| Major Credit Cards Accepted | |

# INVOICE

Page 1(1)

| | | | | | |
|---|---|---|---|---|---|
| **Customer No.** | US00008852 | **Customer PO No.** | 31920 | **Invoice No.** | 13560182 |
| **Agreement No.** | A620414 | **Contact Name** | Carlos Cerna | **Date** | 09/03/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WC 6CC |

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 11/02/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | ***<br>Offshore Location: WC-66C<br>Routing ID: 573031<br>Lease #: 1860<br>Recipient Name: Carlos Cerna<br>*** | | | | | | | |
| | **XBVP055** | **Diesel Generator 60kW** | | | | | | |
| l / 004 | Rental Charge | | 07/30/20 - 08/03/20 | 1.00 | 5.00 | 66.00 | day | 330.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 2 / 005 | Rental Charge | | 07/30/20 - 08/03/20 | 1.00 | 5.00 | 0.00 | | 0.00 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 330.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 330.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 330.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 330.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

aggreko®

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A533907
Customer PO No. 14745
Contact Name Tim Smith
Invoice No. 13551763
Date 05/20/20

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>Offshore: West Cameron 66E<br>EPS Dock<br>Cameron<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 07/19/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | ***<br>Offshore Location: WC-66E<br>Routing ID: 573031<br>Lease #: 2826<br>Recipient Name: Jared Bergeron<br>*** | | | | | | | |
| | TK00197 | Fuel Tank 800 gal | | | | | | |
| l / 002 | Rental Charge w/30' Fuel Lines | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Slings | | | | | | |
| ? / 005 | Rental Charge | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 420.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 420.00 |
| Sales Total | USD | |
| Sub-Total | USD | 420.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 420.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

aggreko

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A533907
Customer PO No. 21039
Contact Name Tim Smith
Invoice No. 13555057
Date 07/06/20

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>Offshore: West Cameron 66E<br>EPS Dock<br>Cameron<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 09/04/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | ***<br>Offshore Location: WC-66E<br>Routing ID: 573031<br>Lease #: 2826<br>Recipient Name: CARLOS CERNA<br>*** | | | | | | | |
| | TK00197 | Fuel Tank 800 gal | | | | | | |
| 1 / 002 | Rental Charge w/30' Fuel Lines | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Slings | | | | | | |
| 2 / 005 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 420.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 420.00 |
| Sales Total | USD | |
| Sub-Total | USD | 420.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 420.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS ONLY to Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

aggreko

# INVOICE

Page 1(1)

**Customer No.** US00008852
**Agreement No.** A533907
**Customer PO No.** 25214
**Contact Name** Tim Smith
**Invoice No.** 13556895
**Date** 07/28/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>Offshore: West Cameron 66E<br>EPS Dock<br>Cameron<br>LA |

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia
**Salesperson** Kyle Theriot
**Due Date** 09/26/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | ***<br>Offshore Location: WC-66E<br>Routing ID: 573031<br>Lease #: 2826<br>Recipient Name: CARLOS CERNA<br>*** | | | | | | | |
| | **TK00197** | **Fuel Tank 800 gal** | | | | | | |
| l / 002 | Rental Charge w/30' Fuel Lines | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Slings** | | | | | | |
| 2 / 005 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 420.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 420.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 420.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 420.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.




Remit PAYMENTS ONLY to → Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted VISA DISCOVER

aggreko

# INVOICE

Page 1(1)

Customer No. US00008852 | Customer PO No. 25214 | Invoice No. 13556895
Agreement No. A533907 | Contact Name Tim Smith | Date 07/28/20

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
Offshore: West Cameron 66E
EPS Dock
Cameron
LA

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 09/26/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | ***<br>Offshore Location: WC-66E<br>Routing ID: 573031<br>Lease #: 2826<br>Recipient Name: CARLOS CERNA<br>*** | | | | | | | |
| | TK00197 | Fuel Tank 800 gal | | | | | | |
| / 002 | Rental Charge w/30' Fuel Lines | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Slings | | | | | | |
| / 005 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 420.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 420.00 |
| Sales Total | USD | |
| Sub-Total | USD | 420.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 420.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.