## Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944 FAX: (504) 364-2942
www.jpclerkofcourt.us

## NOTICE OF RECORDATION

ADDITIONAL INFORMATION

INSTRUMENT NO 12044106
TYPE OF ACT LIEN BUILDING MATERIAL
DATE 09/11/2020

PARTIES
 GOM SHELF LLC                              TO

PROPERTY

SEE

MORTGAGE          BOOK 4894     FOLIO 801

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES? CALL:
General Information - (504) 364-2943 or 2944

12044106

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient. Read about JeffNet at www.jpclerkofcourt.us. Log on...sign up...gain access—today!*

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF JEFFERSON

1.      The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.      The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $916.00 | 013549940 | April 8, 2019 | Continuing at Present |
| | | | |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.      To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

GOM SHELF, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.      The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.      Claimant performed labor and/or furnished or hauled material at the request of GOM Shelf, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.      A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Grand Isle, Block No. 041, Field GI41, Structure B, Complex ID No. 20575 Lease No. 00129, Latitude 28.998482, Longitude -89.958952, Platform X 2439401.85, Platform Y 123302.91, Parish of Jefferson, State of Louisiana

7.      The true and correct amount claimed by Claimant is NINE HUNDRED SIXTEEN AND 00/100 ($916.00) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.  Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold

estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This __8__ day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me this __8__ day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# *aggreko*®

Remit PAYMENTS to
Aggreko LLC
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   VISA

## INVOICE

| | | | **Page** | **1(1)** |
|---|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 11724 | | **Invoice No.** | 13549940 |
| **Agreement No.** A582392 | **Contact Name** Carlos Cerna | | **Date** | 04/28/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** | **Fieldwood Energy LLC** |
| EDI: Coupa | OFFSHORE: GI 41B |
| 2000 W Sam Houston Pkwy S Suite 1200 | LOE Technical Rt ID# 573035 |
| Houston | Lease 129 |
| TX 77042-3623 | |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 06/27/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | | Offshore Location: GI 41B | | | | | | |
| | | Routing ID: 573035 | | | | | | |
| | | Lease #: 129 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | * * * | | | | | | |
| 01 / 001 | **XCND117** Rental Charge | **Diesel Generator 500kW** | 04/18/20 - 04/21/20 | 1.00 | 4.00 | 229.00 | day | 916.00 |
| 02 / 002 | Rental Charge | **Sling** | 04/18/20 - 04/21/20 | 1.00 | 4.00 | 0.00 | | 0.00 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 916.00 | 0.00% | - |

| | | | |
|---|---|---|---|
| **Rental Total** | USD | | 916.00 |
| **Sales Total** | USD | | |
| **Sub-Total** | USD | | 916.00 |
| **Tax Total** | USD | | 0.00 |
| **Invoice Total** | USD | | 916.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942

### www.jpclerkofcourt.us

## NOTICE OF RECORDATION

| | ADDITIONAL INFORMATION |
|---|---|
| INSTRUMENT NO 12044105 | |
| TYPE OF ACT LIEN BUILDING MATERIAL | |
| DATE   09/11/2020 | |
| PARTIES | |
| FIELDWOOD ENERGY LLC                    TO | |
| PROPERTY | |
| SEE | |
| MORTGAGE          BOOK  4894      FOLIO   800 | |

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12044105

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on...sign up...gain access—today!*

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE
PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF JEFFERSON

1.      The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.      The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $1,782.00 | 013550202 | June 20, 2019 | Continuing at Present |
| | | | |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.      To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.      The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.      Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.      A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the West Delta, Block No. 103, Field WD105, Structure F, Complex ID No. 24159, Lease No. G012360, Latitude 28.880468, Longitude -89.663137, Platform X 2534595.93, Platform Y 81648, Parish of Jefferson, State of Louisiana;

7.      The true and correct amount claimed by Claimant is ONE THOUSAND SEVEN HUNDRED EIGHTY-TWO AND 00/100 ($1,782.00) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil

and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This _8_ day of September, 2020, at Lafayette, Louisiana.

**WITNESSES:**

_Marla P. Meche_
Printed Name: Marla P. Meche

_Candace C. Greene_
Printed Name: Candace C. Greene

_Charles R. Minyard_
CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this _8_ day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

## INVOICE

| | | | Page | 1(1) |
|---|---|---|---|---|
| **Customer No.** | US00008852 | **Customer PO No.** 12295 | | |
| **Agreement No.** A589465 | | **Contact Name** Greg Monte | **Invoice No.** | 13550202 |
| | | | **Date** | 04/30/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>Offshore: WD 103 TF |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 06/29/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period<br>Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|

\* \* \*
Offshore Location: WD-103FT
Routing ID: 573036
Lease #: 12360
Recipient Name: GREG MONTE
\* \* \*

| Line / Ref | Unit No. | Description | Invoice Period / Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 001 / 006 | XBSN036 | Diesel Generator 60 kW | | | | | | |
| | | Rental Charge | 03/26/20 - 04/21/20 | 1.00 | 27.00 | 66.00 | day | 1,782.00 |
| | | XBSN036 Fuel Out/In | 04/21/20 - 04/21/20 | 93.00 | | | | |
| | | **Slings** | | | | | | |
| 002 / 003 | | Rental Charge | 03/26/20 - 04/21/20 | 1.00 | 27.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,782.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,782.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,782.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,782.00 |

All overdue payments shall bear interest at the lesser of 18% per annum
or the highest amount otherwise allowed by law.

Aggreko, LLC    4807 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942

**www.jpclerkofcourt.us**

## NOTICE OF RECORDATION

ADDITIONAL INFORMATION

INSTRUMENT NO 12044104
TYPE OF ACT LIEN BUILDING MATERIAL
DATE   09/11/2020

PARTIES
GOM SHELF LLC                    TO

PROPERTY

SEE

MORTGAGE          BOOK  4894       FOLIO   799

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12044104

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on...sign up...gain access—today!*

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE
PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF JEFFERSON

    1.    The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

    2.    The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $2,898.00 | 013551360 | October 30, 2019 | Continuing at Present |
| $2,898.00 | 013553460 | October 30, 2019 | Continuing at Present |
| $ 931.50 | 013554873 | October 30, 2019 | Continuing at Present |

    Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

    3.    To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

GOM Shelf, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

    4.    The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

    5.    Claimant performed labor and/or furnished or hauled material at the request of GOM Shelf, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

    6.    A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

    All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Grand Isle, Block No. 48, Field GI047, Structure E, Complex ID No. 20194, Lease No. 00134, Latitude 28.934192, Longitude -90.043518, Platform X 2412629.77, Platform Y 99610.91, Parish of Jefferson, State of Louisiana;

    7.    The true and correct amount claimed by Claimant is SIX THOUSAND SEVEN HUNDRED TWENTY-SEVEN AND 50/100 ($6,727.50) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon.  This lien claim for the amount stated above is upon

the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This _8_ day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

_Marla P. Meche_
Printed Name: Marla P. Meche

_Candace C. Greene_
Printed Name: Candace C. Greene

_Charles R. Minyard_
CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this _8_ day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®

Remit PAYMENTS    Aggreko LLC
Dallas, TX 75397-2582
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    VISA

## INVOICE

| | | Page | 1(1) |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 14189 | **Invoice No.** | 13551360 |
| **Agreement No.** A602275 | **Contact Name** Jared Bergeron | **Date** | 05/14/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC |
| EDI: Coupa | Offshore: GI 48E |
| 2000 W Sam Houston Pkwy S Suite 1200 | Grand Isle |
| Houston | LA, 70358-0048 |
| TX 77042-3623 | |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 07/13/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | | Offshore Location: GI-48E | | | | | | |
| | | Routing ID: 573035 | | | | | | |
| | | Lease #: 134 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | * * * | | | | | | |
| | **XBVP088** | **60kW Generator Greenpower Canopy** | | | | | | |
| 001 / 007 | Rental Charge | | 04/15/20 - 05/12/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| | | **150 Feet x Cable 4/0 AWG Bare-** | | | | | | |
| 002 / 003 | Rental Charge | | 04/15/20 - 05/12/20 | 5.00 | 28.00 | 7.50 | day | 1,050.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 006 | Rental Charge | | 04/15/20 - 05/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,898.00 | 0.00% | - |

| | | | |
|---|---|---|---|
| **Rental Total** | USD | | 2,898.00 |
| **Sales Total** | USD | | |
| **Sub-Total** | USD | | 2,898.00 |
| **Tax Total** | USD | | 0.00 |
| **Invoice Total** | USD | | 2,898.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC     4607 W. Admiral Doyle Drive, New Iberia, LA 70560     Tax ID# 72-0692213     www.aggreko.com

# aggreko®

Remit PAYMENTS     Aggreko LLC
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted   VISA   DISCOVER

## INVOICE

**Page**   1(1)

| | | |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 18019 | **Invoice No.** 13553460 |
| **Agreement No.** A602275 | **Contact Name** Jared Bergeron | **Date** 06/15/20 |

**Invoice To**

**Fieldwood Energy LLC**
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**

**Fieldwood Energy LLC**
Offshore: GI 48E
Grand Isle
LA, 70358-0048

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 08/14/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | | Offshore Location: GI-48E | | | | | | |
| | | Routing ID: 573035 | | | | | | |
| | | Lease #: 134 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | * * * | | | | | | |
| | **XBVP088** | **60kW Generator Greenpower Canopy** | | | | | | |
| 001 / 007 | Rental Charge | | 05/13/20 - 06/09/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| 002 / 003 | Rental Charge | **150 Feet x Cable 4/0 AWG Bare-** | 05/13/20 - 06/09/20 | 5.00 | 28.00 | 7.50 | day | 1,050.00 |
| 003 / 006 | Rental Charge | **Accessory (Power) Slings** | 05/13/20 - 06/09/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,898.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 2,898.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 2,898.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,898.00 |

All overdue payments shall bear interest at the lesser of 18% per annum
or the highest amount otherwise allowed by law.

# aggreko®

Remit PAYMENTS               Aggreko LLC
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   ▭ ▭ VISA DISCOVER

## INVOICE

| | | | |
|---|---|---|---|
| Customer No. | US00008852 | | Page 1(1) |
| Agreement No. | A602275 | Customer PO No. 20371 | Invoice No. 13554873 |
| | | Contact Name Jared Bergeron | Date 07/02/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC |
| EDI: Coupa | Offshore: GI 48E |
| 2000 W Sam Houston Pkwy S Suite 1200 | Grand Isle |
| Houston | LA, 70358-0048 |
| TX 77042-3623 | |

| | | | |
|---|---|---|---|
| Customer Tax ID# | | Salesperson | Kyle Theriot |
| Payment Terms | Net 60 | Due Date | 08/31/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | | Offshore Location: GI-48E | | | | | | |
| | | Routing ID: 573035 | | | | | | |
| | | Lease #: 134 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | * * * | | | | | | |
| | **XBVP088** | **60kW Generator Greenpower Canopy** | | | | | | |
| 001 / 007 | | Rental Charge | 06/10/20 - 06/18/20 | 1.00 | 9.00 | 66.00 | day | 594.00 |
| | | XBVP088 Excess Meter Hours | 11/05/19 - 06/18/20 | 1,675.00 | | | | |
| | | **150 Feet x Cable 4/0 AWG Bare-** | | | | | | |
| 002 / 003 | | Rental Charge | 06/10/20 - 06/18/20 | 5.00 | 9.00 | 7.50 | day | 337.50 |
| | | **Accessory (Power) Slings** | | | | | | |
| 003 / 006 | | Rental Charge | 06/10/20 - 06/18/20 | 1.00 | 9.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 931.50 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 931.50 |
| Sales Total | USD | |
| Sub-Total | USD | 931.50 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 931.50 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# Jon A. Gegenheimer
# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942
www.jpclerkofcourt.us

## NOTICE OF RECORDATION

---

ADDITIONAL INFORMATION

INSTRUMENT NO 12044103
TYPE OF ACT LIEN BUILDING MATERIAL
DATE   09/11/2020
PARTIES
FIELDWOOD ENERGY LLC                    TO
PROPERTY
SEE

MORTGAGE          BOOK  4894      FOLIO   798

---

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12044103

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on...sign up...gain access—today!*

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

PARISH OF JEFFERSON

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

1.     The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.     The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $ 7,334.48 | 013549944 | April 21, 2020 | Continuing at Present |
| $18,960.68 | 013544082 | April 21, 2020 | Continuing at Present |
| $18,200.00 | 013555280 | April 21, 2020 | Continuing at Present |
| $ 1,950.00 | 013556642 | April 21, 2020 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.     To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.     The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.     Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.     A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Mississippi Canyon, Block No. 736, Field WLDMC7, Structure A-Thunderhawk, Complex ID No. 2045, Lease No. G30354, Latitude 28.26728694, Longitude -88.39892063, Platform X 1190238, Platform Y 10260584, Parish of Jefferson, State of Louisiana.

7.     The true and correct amount claimed by Claimant is FORTY-SIX THOUSAND FOUR HUNDRED FORTY-FIVE AND 16/100 ($46,445.16) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices

showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8th day of September, 2020.

NOTARY PUBLIC #12048
Printed Name: WAYNE A. SHULLAW



# aggreko®

For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

## INVOICE

| | | | Page | 1(1) |
|---|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 11810 | | **Invoice No.** | 13549944 |
| **Agreement No.** A615249 | **Contact Name** Jarrod Boudreaux | | **Date** | 04/28/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** | **Fieldwood Energy LLC** |
| EDI: Coupa | Offshore: Thunderhawk - MC 736 |
| 2000 W Sam Houston Pkwy S Suite 1200 | |
| Houston | |
| TX 77042-3623 | |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 06/27/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | | Offshore Location: MC 736 | | | | | | |
| | | Routing ID: 580038 | | | | | | |
| | | Lease #: G27306 | | | | | | |
| | | Recipient Name: JAMES VINES | | | | | | |
| | | * * * | | | | | | |
| 12 | | **Cable 04/0 LOV BAE 100 FT** | | | | | | |
| | | | 04/24/20 | 17.00 | 1.00 | 431.44 | sales | 7,334.48 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,334.48 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | |
| **Sales Total** | USD | 7,334.48 |
| **Sub-Total** | USD | 7,334.48 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 7,334.48 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC     4607 W. Admiral Doyle Drive, New Iberia, LA 70560     Tax ID# 72-0692213     www.aggreko.com



RNI y to                    P.O. Box 972562
                                                    Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    [cards] VISA DISCOVER

# INVOICE

| | | **Page** | **1(1)** |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 19174 | **Invoice No.** | 13554082 |
| **Agreement No.** A615249 | **Contact Name** Jarrod Boudreaux | **Date** | 06/23/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** EDI: Coupa 2000 W Sam Houston Pkwy S Suite 1200 Houston TX 77042-3623 | **Fieldwood Energy LLC** Offshore: Thunderhawk - MC 736 |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 08/22/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | Offshore Location: MC 736 | | | | | | | |
| | Routing ID: 580038 | | | | | | | |
| | Lease #: G27306 | | | | | | | |
| | Recipient Name: Don Ballard | | | | | | | |
| | | * * * | | | | | | |
| | **XAXC045** | **Diesel Generator 1000 kW** | | | | | | |
| 001 / 005 | Rental Charge | **New FM 200 Fire Suppression** | 04/21/20 - 05/18/20 | 1.00 | 28.00 | 620.00 | day | 17,360.00 |
| | **TK00239** | **Fuel Tank 800 gal** | | | | | | |
| 002 / 010 | Rental Charge | w/ 2-100' USCG Approved fuel hoses | 04/21/20 - 05/18/20 | 1.00 | 28.00 | 30.00 | day | 840.00 |
| | | **100 Feet x Cable 4/0 AWG BE** | | | | | | |
| 003 / 008 | Rental Charge | | 04/21/20 - 04/24/20 | 18.00 | 4.00 | 5.00 | day | 360.00 |
| | | **Slings** | | | | | | |
| 004 / 006 | Rental Charge | | 04/21/20 - 05/18/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
| | | **Filter Fuel Baldwin** | | | | | | |
| 005 / 007 | | | 04/21/20 | 6.00 | 1.00 | 23.50 | Sales | 141.00 |
| | | **Filter Oil Baldwin** | | | | | | |
| 006 / 009 | | | 04/21/20 | 6.00 | 1.00 | 17.70 | Sales | 106.20 |
| | | **Filter, Baldwin** | | | | | | |
| 007 / 011 | | | 04/21/20 | 12.00 | 1.00 | 12.79 | Sales | 153.48 |
| | | **Fuel Temperature Sensor Filter Head QSK50 MCRS Cum** | | | | | | |
| 008 / 013 | | | 05/16/20 | 1.00 | 1.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| | | | |
| Non Taxable | 18,960.68 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 18,560.00 |
| **Sales Total** | USD | 400.68 |
| **Sub-Total** | USD | 18,960.68 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 18,960.68 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law



REMIT TO: Aggreko, LLC
ONLY to: P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted · VISA · DISCOVER

## INVOICE

| | | | | | Page | 1(1) |
|---|---|---|---|---|---|---|
| **Customer No.** | US00008852 | **Customer PO No.** | 21569 | | **Invoice No.** | 13555280 |
| **Agreement No.** | A615249 | **Contact Name** | Jarrod Boudreaux | | **Date** | 07/08/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>Offshore: Thunderhawk - MC 736 |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 09/06/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period<br>Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \* \* \*<br>Offshore Location: MC 736<br>Routing ID: 580038<br>Lease #: G27306<br>Recipient Name: Don Ballard<br>\* \* \* | | | | | | | |
| | **XAXC045** | **Diesel Generator 1000 kW** | | | | | | |
| 001 / 005 | Rental Charge<br>\*\*New FM 200 Fire Suppression\*\* | | 05/19/20 - 06/15/20 | 1.00 | 28.00 | 620.00 | day | 17,360.00 |
| | **TK00239** | **Fuel Tank 800 gal** | | | | | | |
| 002 / 010 | Rental Charge<br>w/ 2-100' USCG Approved fuel hoses | | 05/19/20 - 06/15/20 | 1.00 | 28.00 | 30.00 | day | 840.00 |
| | | **Slings** | | | | | | |
| 003 / 006 | Rental Charge | | 05/19/20 - 06/15/20 | 2.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 18,200.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 18,200.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 18,200.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 18,200.00 |

All overdue payments shall bear interest at the lesser of 18% per annum
or the highest amount otherwise allowed by law.



# aggreko

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

## INVOICE

| | | **Page** | **1(1)** |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 24793 | | |
| Agreement No. A615249 | Contact Name  Jarrod Boudreaux | Invoice No. | 13556642 |
| | | Date | 07/23/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC |
| EDI: Coupa | Offshore: Thunderhawk - MC 736 |
| 2000 W Sam Houston Pkwy S Suite 1200 | |
| Houston | |
| TX 77042-3623 | |

| Customer Tax ID# | | | |
|---|---|---|---|
| Payment Terms | Net 60 | Salesperson | Kyle Theriot |
| Currency | US Dollars | Due Date | 09/21/20 |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * | | | | | | |
| | Offshore Location: MC 736 | | | | | | | |
| | Routing ID: 580038 | | | | | | | |
| | Lease #: G27306 | | | | | | | |
| | Recipient Name: Don Ballard | | | | | | | |
| | | * * * | | | | | | |
| | **XAXC045** | **Diesel Generator 1000 kW** | | | | | | |
| 001 / 005 | Rental Charge | | 06/16/20 - 06/18/20 | 1.00 | 3.00 | 620.00 | day | 1,860.00 |
| | | **New FM 200 Fire Suppression** | | | | | | |
| | XAXC045 Fuel Out/In | | 06/18/20 - 06/18/20 | 166.00 | | | | |
| | **TK00239** | **Fuel Tank 800 gal** | | | | | | |
| 002 / 010 | Rental Charge | | 06/16/20 - 06/18/20 | 1.00 | 3.00 | 30.00 | day | 90.00 |
| | w/ 2-100' USCG Approved fuel hoses | | | | | | | |
| | TK00239 Fuel Out/In | | 06/18/20 - 06/18/20 | 752.00 | | | | |
| | | **Slings** | | | | | | |
| 003 / 006 | Rental Charge | | 06/16/20 - 06/18/20 | 2.00 | 3.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,950.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,950.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,950.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,950.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942

www.jpclerkofcourt.us

## NOTICE OF RECORDATION

---

INSTRUMENT NO 12044102

**ADDITIONAL INFORMATION**

TYPE OF ACT LIEN BUILDING MATERIAL

DATE   09/11/2020

PARTIES

GOM SHELF LLC                          TO

PROPERTY

SEE

MORTGAGE            BOOK  4894      FOLIO  797

---

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12044102

Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on…sign up…gain access—today!

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE
PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF JEFFERSON

1.      The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.      The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $1,350.00 | 013550721 | March 16, 2020 | Continuing at Present |
| | | | |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.      To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

GOM Shelf, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.      The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.      Claimant performed labor and/or furnished or hauled material at the request of GOM Shelf, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.      A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the West Delta, Block No. 71, Field GI073, Structure O, Complex ID No. 20510, Lease No. 00838, Latitude 28.964111, Longitude -89.78392, Platform X 2495526.93, Platform Y 111519.1, Parish of Jefferson, State of Louisiana;

7.      The true and correct amount claimed by Claimant is ONE THOUSAND THREE HUNDRED FIFTY AND 00/100 ($1,350.00) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from

which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8th day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®

Remit PAYMENTS          Aggreko LLC
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    VISA

## INVOICE

|  |  | Page | 1(1) |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 4179 | **Invoice No.** | 13550721 |
| **Agreement No.** A613277 | **Contact Name** Jared Bergeron | **Date** | 05/06/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** | **Fieldwood Energy LLC** |
| EDI: Coupa | OFFSHORE: WD 71 O |
| 2000 W Sam Houston Pkwy S Suite 1200 | Grand Isle Shore Base |
| Houston | Grand Isle |
| TX 77042-3623 | LA |

| **Customer Tax ID#** |  | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 07/05/20 |
| **Currency** | US Dollars |  |  |
| **Service Center** | New Iberia |  |  |

| ine / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
|  |  | * * * |  |  |  |  |  |  |
|  |  | Offshore Location: WD-71 O |  |  |  |  |  |  |
|  |  | Routing ID: 573035 |  |  |  |  |  |  |
|  |  | Lease #: 838 |  |  |  |  |  |  |
|  |  | Recipient Name: JARED BERGERON |  |  |  |  |  |  |
|  |  | * * * |  |  |  |  |  |  |
| 01 / 001 | XCMV012 | **Diesel Generator 100 kW** | 04/13/20 - 04/27/20 | 1.00 | 15.00 | 80.00 | day | 1,200.00 |
|  | XCMV012 Rental Charge |  |  |  |  |  |  |  |
|  | XCMV012 | Fuel Out/In | 04/27/20 - 04/27/20 | 31.00 |  |  |  |  |
| 02 / 002 |  | **50 Feet x Cable 4/0 AWG Bare-E** |  |  |  |  |  |  |
|  | Rental Charge |  | 04/13/20 - 04/27/20 | 4.00 | 15.00 | 2.50 | day | 150.00 |
| 03 / 003 |  | **Slings** |  |  |  |  |  |  |
|  | Rental Charge |  | 04/13/20 - 04/27/20 | 1.00 | 15.00 | 0.00 |  | 0.00 |

| **Jurisdiction** | **Sales Total** | **Rate** | **Tax** |  | | |
|---|---|---|---|---|---|---|
|  |  |  |  | **Rental Total** | USD | 1,350.00 |
|  |  |  |  | **Sales Total** | USD |  |
|  |  |  |  | **Sub-Total** | USD | 1,350.00 |
|  |  |  |  | **Tax Total** | USD | 0.00 |
| Non Taxable | 1,350.00 | 0.00% | - | **Invoice Total** | USD | 1,350.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC          4607 W. Admiral Doyle Drive, New Iberia, LA 70560          Tax ID# 72-0692213          www.aggreko.com

Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942

**www.jpclerkofcourt.us**

## NOTICE OF RECORDATION

ADDITIONAL INFORMATION

INSTRUMENT NO 12044101

TYPE OF ACT LIEN BUILDING MATERIAL

DATE   09/11/2020

PARTIES

FIELDWOOD ENERGY LLC                    TO

PROPERTY

SEE

MORTGAGE          BOOK  4894      FOLIO   796

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

*Jon A. Gegenheimer*
CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12044101

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on...sign up...gain access—today!*

CHARLES R MINYARD
600 JEFFERSON ST STE 501
LAFAYETTE LA 70501

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE
PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF JEFFERSON

1.    The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.    The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $2,422.80 | 013557785 | June 24, 2020 | Continuing at Present |
| $  780.00 | 13559878 | June 24 2020 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.    To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.    The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.    Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.    A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the WD, Block No. 105, Field WD105, Structure E, Complex ID No. 23415, Lease No. 00842, Latitude 28.851336, Longitude -89.601086, Platform X 2554615.93, Platform Y 71349.9, Parish of Jefferson, State of Louisiana; and,

7.    The true and correct amount claimed by Claimant is THREE THOUSAND TWO HUNDRED TWO AND 80/100 ($3,202.80) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.   Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon.        This lien claim for the amount stated above is upon the whole of

said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Printed Name: Candace C. Greene

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8th day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®

Remit PAYMENTS        Aggreko LLC
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    VISA   DISCOVER

## INVOICE

| | | | | |
|---|---|---|---|---|
| **Customer No.** | US00008852 | **Customer PO No.** 26979 | **Page** | **1(1)** |
| **Agreement No.** | A619584 | **Contact Name** Jared Bergeron | **Invoice No.** | 13557785 |
| | | | **Date** | 08/06/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** | **Fieldwood Energy LLC** |
| EDI: Coupa | OFFSHORE: WD 105E |
| 2000 W Sam Houston Pkwy S Suite 1200 | |
| Houston | |
| TX 77042-3623 | |

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 10/05/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \*\*\* | | | | | | | |
| | Offshore Location: WD-105E | | | | | | | |
| | Routing ID:573036 | | | | | | | |
| | Lease #: 842 | | | | | | | |
| | Recipient Names Jared Bergeron | | | | | | | |
| | \*\*\* | | | | | | | |
| 2 | **ACR-3385** | **Electrical Distribution 400amp** | | | | | | |
| | Rental Charge | | 06/25/20 - 07/22/20 | 1.00 | 28.00 | 65.00 | day | 1,820.00 |
| 3 | | **Freight/Transport Positioning** | | | | | | |
| | | | 06/24/20 | 1.00 | 1.00 | 602.80 | sales | 602.80 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,422.80 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,820.00 |
| **Sales Total** | USD | 602.80 |
| **Sub-Total** | USD | 2,422.80 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,422.80 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.



# aggreko

Remit PAYMENTS    Aggreko LLC
For Proper Posting Include Invoice # on Check Stub
P.O. Box 972562
Dallas, TX 75397-2562
Major Credit Cards Accepted

## INVOICE

**Page** 1(1)

| | |
|---|---|
| **Customer No.** US00008852 | |
| **Agreement No.** A619584 | |

**Customer PO No.** 30839
**Contact Name** Jared Bergeron

**Invoice No.** 13559878
**Date** 08/31/20

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE: WD 105E |

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 10/30/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line | Unit No. | Description | Invoice Period<br>Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \*\*\* | | | | | | | |
| | Offshore Location: WD-105E | | | | | | | |
| | Routing ID:573036 | | | | | | | |
| | Lease #: 842 | | | | | | | |
| | Recipient Names Jared Bergeron | | | | | | | |
| | \*\*\* | | | | | | | |
| 2 | ACR-3385 | **Electrical Distribution 400amp** | | | | | | |
| | Rental Charge | | 07/23/20 - 08/03/20 | 1.00 | 12.00 | 65.00 | day | 780.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 780.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 780.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 780.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 780.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.