IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Motion of the Official Committee of Unsecured creditors for Entry of an Order (I) Clarifying its Disclosure Obligations, (II) Approving Protocol for Providing Access to Information to Unsecured Creditors and (III) Retaining Prime Clerk LLC as Information Agent, Effective as of September 1, 2020 [Docket No. 401]

On October 21, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on John & Hengerer, (MMLID: 11765354), 1629 K St NW Ste. 402, Washington, D.C. 20006-1633:

- Order Authorizing Debtors to Employ Professionals used in Ordinary Course of Business Effective as of the Petition Date [Docket No. 413]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: October 26, 2020

*/s/ Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 26, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11538233 | CARDINAL COIL TUBING LLC | ATTN: BRANDON | 7514 HIGHWAY 90 W | NEW IBERIA | LA | 70560-7898 |
| 11535086 | J MARK SMITH & ASSOCIATES INC | 2915 TOCCOA ST | | BEAUMONT | TX | 77703-4963 |