UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF HEARING**
[Related Doc. No. 401]

**PLEASE TAKE NOTICE** that the hearing on the *Motion Of The Official Committee Of Unsecured Creditors For Entry Of An Order (I) Clarifying Its Disclosure Obligations, (II) Approving Protocol For Providing Access To Information To Unsecured Creditors And (III) Retaining Prime Clerk LLC As Information Agent, Effective As Of September 1, 2020* [Docket No. 401]; has been set for **December 14, 2020 at 2:00 PM (CT)** before the Honorable Marvin Isgur, United States Bankruptcy Judge [No in-person hearing will be conducted in the Courthouse].

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held by telephone and the Court's dial-in number for telephonic appearance is 1-832-917-1510 and the conference room number is 954554. In addition, you may also view on-line by connecting to https://GoToMeet.me/judgeisgur and the meeting code is "judgeisgur".

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: October 29, 2020

Respectfully submitted,

By: */s/ Michael D. Warner*
    Michael D. Warner, Esq. (TX Bar No. 00792304)
    Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
    **COLE SCHOTZ P.C.**
    301 Commerce Street, Suite 1700
    Ft. Worth, TX 76102
    (817) 810-5250
    (817) 810-5255 (fax)
    mwarner@coleschotz.com
    bwallen@coleschotz.com

    *Co-Counsel for The Official Committee of Unsecured Creditors*