IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket No. 405 |

**CERTIFICATE OF NO OBJECTION TO APPLICATION OF DEBTORS FOR
AUTHORITY TO RETAIN AND EMPLOY HOULIHAN LOKEY CAPITAL, INC.
AS FINANCIAL ADVISOR AND INVESTMENT BANKER
TO DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

1. On October 5, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Application of Debtors for Authorization to Retain and Employ Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to Debtors Nunc Pro Tunc to the Petition Date* (Docket No. 405) (the "**Application**"). Objections to the Application were required to be filed and served by October 26, 2020 (the "**Objection Deadline**").

2. Prior to the Objection Deadline, the United States Trustee (the "**U.S. Trustee**") and official committee of unsecured creditors (the "**Committee**") provided the Debtors with informal comments to the proposed form of order submitted with the Application (the "**Initial Proposed Order**"). The U.S. Trustee's and Committee's comments have been resolved by incorporating certain comments into an amended proposed form of order, attached hereto as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**Exhibit A** (the "**Amended Proposed Order**"). A blackline of the Amended Proposed Order marked against the Initial Proposed Order is attached hereto as **Exhibit B**.

3. In accordance with paragraph 40 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

4. Therefore, the Debtors respectfully request entry of the Amended Proposed Order.

Dated:  November 2, 2020
         Houston, Texas

Respectfully submitted,

 /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
            Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        /s/ *Alfredo R. Pérez*
                                                     Alfredo R. Pérez