## SWORN AFFIDAVIT CLAIMING
## OIL AND GAS LIEN

STATE OF LOUISIANA      §
                               §

PARISH OF IBERIA        §

       BEFORE ME, the undersigned Notary Public, personally came and appeared Brooke Doucet, Collections Manager, Aggreko, LLC, 4610 W Admiral Doyle Drive, New Iberia, LA 70560, who appeared for the purpose of making this Affidavit to claim a oil and gas lien pursuant to the provisions of 56.023 of the Texas Property Code and who, after being by me first duly sworn, did attest and state that:

1.     She is the Collections Manager of Aggreko, LLC, and is duly authorized to make this Affidavit.

2.     The matters set forth in this Affidavit are true and correct and are within her personal knowledge.

3.     Aggreko, LLC has delivered material and performed labor at the property described as:

           Drilling Platform 10175 located on OCS Lease No. G02754; Block A 376; Field HI376A; Outer Continental Shelf Offshore, Texas (the "Property")

4.     True and correct copies of Aggreko, LLC's invoices, setting forth the description and charges for the equipment and labor provided to the Property, are attached hereto as Exhibit "A."

5.     The Owner/Lessor of the Property and its last known address is:

           United States Bureau of Ocean Energy Management
           Gulf of Mexico OCS Region &
           Atlantic OCS Region
           1201 Elmwood Park Blvd.
           New Orleans, LA 70123-2394

6.     The Lessee/Operator of the Property and its last known address is:

           Fieldwood Energy, LLC
           2000 W Sam Houston Parkway
           Suite 1200
           Houston, TX 77042-1246

7.   The amount of Aggreko LLC's claim, after allowing the Lessee/Operator all just credits and offsets, is Five Thousand Seven Hundred Twenty-Seven and 38/100 Dollars ($5,727.38), plus interest and reasonable and necessary attorneys' fees.

8.   The kind of work done by Aggreko, LLC was the provision of equipment, including generators and control apparatus, and related labor and materials to the Property commencing on or about March 23, 2020, and ending on or about August 3, 2020. The name and last known address of the person by whom Aggreko, LLC was employed:

> Tim Smith
> Fieldwood Energy, LLC
> 2000 W Sam Houston Parkway
> Suite 1200
> Houston, TX 77042-1246

9.   Notice of this claim was sent to the owner by federal express on September 21, 2020.

10.  Aggreko, LLC's name, mailing address and physical address are set forth in the first paragraph above.

11.  The Affidavit is filed in Jefferson County, Texas, pursuant to the Provisions of the Texas Property Code, Chapter 56, and with the United States Bureau of Ocean Energy Management pursuant to the provisions of the Outer Continental Shelf Lands Act.

*[Signature Page to Follow]*

AFTER RECORDING
PLEASE RETURN TO:

Thomas Gruenert
Gruenert Law Group
13802 Cove Landing Lane
Rosharon, Texas 77583

FURTHER AFFIANT SAYETH NOT.

Brooke Doucet
Collections Manager, Aggreko, LLC

STATE OF LOUISIANA      §
                        §
PARISH OF IBERIA        §

On this ⟨1st⟩ day of September, 2020, before me personally appeared Brooke Doucet, known to me to be the person described herein and who executed the foregoing instrument, and acknowledged she executed it as her free act and deed.

(Signature of Notarial Officer)

(Title and Rank)
Notary ID Number: 01155
Attorney Bar Roll Number: _____

*Page 3 of 4*

# EXHIBIT "A"



Remit PAYMENTS to:   Aggreko LLC
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   VISA

# INVOICE

| | |
|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 12402 |
| **Agreement No.** A522145 | **Contact Name** Tim Smith |

**Page** 1(1)
**Invoice No.** 13550216
**Date** 04/30/20

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - HI 376A
EPS Dock
Cameron

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 06/29/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | Offshore Location: HI-A376 A Routing ID: 573031 Lease #: 2754 Recipient Name: Tim Smith * * * | | | | | | | |
| 001 / 003 | **WAJA119** Rental Charge w/30 ft Fuel Lines | **Fuel Tank 800 gal** | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| 002 / 002 | Rental Charge | **Sling** | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 420.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 420.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 420.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 420.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778   FORM 1003 REV 07/2012



# aggreko®

ONLY
For Proper Posting Include Invoice # on Check Stub
Dallas, TX 75397-2562
Major Credit Cards Accepted    VISA

## INVOICE

| | | | | Page | 1(1) |
|---|---|---|---|---|---|
| Customer No. | US00008852 | Customer PO No. 14814 | | Invoice No. | 13551766 |
| Agreement No. A522145 | | Contact Name | Tim Smith | Date | 05/20/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>OFFSHORE - HI 376A<br>EPS Dock<br>Cameron |

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 07/19/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | Offshore Location: HI-A376 A | | | | | | | |
| | Routing ID: 573031 | | | | | | | |
| | Lease #: 2754 | | | | | | | |
| | Recipient Name: Jared Bergeron | | | | | | | |
| | * * * | | | | | | | |
| | WAJA119 | Fuel Tank 800 gal | | | | | | |
| 001 / 003 | | Rental Charge w/30 ft Fuel Lines | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Sling | | | | | | |
| 002 / 002 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | WAJA005 | 800gal Fuel Tank Double-Wall Metal | | | | | | |
| 003 / 009 | | Rental Charge | 04/25/20 - 05/17/20 | 1.00 | 23.00 | 15.00 | day | 345.00 |
| | | Accessory (Power) Slings | | | | | | |
| 004 / 010 | | Rental Charge | 04/25/20 - 05/17/20 | 1.00 | 23.00 | 0.00 | | 0.00 |
| | | Core Battery LT Interstate | | | | | | |
| 005 / 011 | | | 05/01/20 | 4.00 | 1.00 | 0.00 | | 0.00 |
| | | Battery, Starting AGM Red Top Optima | | | | | | |
| 006 / 012 | | | 05/01/20 | 4.00 | 1.00 | 207.86 | Sales | 831.44 |
| | | Pulley Alternator Cummins | | | | | | |
| 007 / 013 | | | 05/01/20 | 1.00 | 1.00 | 100.85 | Sales | 100.85 |
| | | Alternator 24V 20si 35A Cummins | | | | | | |
| 008 / 014 | | | 05/01/20 | 1.00 | 1.00 | 1,250.09 | Sales | 1,250.09 |
| | | Terminal Battery Positive(+) | | | | | | |
| 009 / 015 | | | 05/01/20 | 2.00 | 1.00 | 2.50 | Sales | 5.00 |
| | | | 05/01/20 | 2.00 | 1.00 | 2.50 | Sales | 5.00 |
| | | Terminal Battery Negative(-) | | | | | | |
| 010 / 016 | | | 05/01/20 | 4.00 | 1.00 | 2.50 | Sales | 10.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,967.38 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 765.00 |
| Sales Total | USD | 2,202.38 |
| Sub-Total | USD | 2,967.38 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 2,967.38 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

Phone 877.896.3778

FORM 1003 REV 07/2012



**aggreko®**

ONLY to ➤ Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted    VISA  DISCOVER

## INVOICE

| | | | | Page | **1(1)** |
|---|---|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 20829 | | **Invoice No.** | | 13554872 |
| **Agreement No.** A522145 | **Contact Name** | Tim Smith | **Date** | | 07/02/20 |

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC** | **Fieldwood Energy LLC** |
| EDI: Coupa | OFFSHORE - HI 376A |
| 2000 W Sam Houston Pkwy S Suite 1200 | EPS Dock |
| Houston | Cameron |
| TX 77042-3623 | |

| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
|---|---|---|---|
| **Payment Terms** | Net 60 | **Due Date** | 08/31/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | Offshore Location: HI-A376 A | | | | | | | |
| | Routing ID: 573031 | | | | | | | |
| | Lease #: 2754 | | | | | | | |
| | Recipient Name: CARLOS CERNA | | | | | | | |
| | * * * | | | | | | | |
| | **WAJA119** | **Fuel Tank 800 gal** | | | | | | |
| 001 / 003 | Rental Charge w/30 ft Fuel Lines | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Sling** | | | | | | |
| 002 / 002 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | **WAJA005** | **800gal Fuel Tank Double-Wall Metal** | | | | | | |
| 003 / 009 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 004 / 010 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 840.00 | 0.00% | - |

| **Rental Total** | USD | 840.00 |
|---|---|---|
| **Sales Total** | USD | |
| **Sub-Total** | USD | 840.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 840.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings. Inc. DBA Aggreko LLC     4610 W. Admiral Doyle Drive, New Iberia, LA 70560     TAX ID# 13-3121696

Phone 877.896.3778

**www.aggreko.com**
FORM 1003 REV. 06/2019



ONLY to →   P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   MasterCard VISA DISCOVER

**Page** 1(1)

## INVOICE

| | | |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 24158 | **Invoice No.** 13556392 |
| **Agreement No.** A522145 | **Contact Name** Tim Smith | **Date** 07/22/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE - HI 376A
EPS Dock
Cameron

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 09/20/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | Offshore Location: HI-A376 A | | | | | | | |
| | Routing ID: 573031 | | | | | | | |
| | Lease #: 2754 | | | | | | | |
| | Recipient Name: CARLOS CERNA | | | | | | | |
| | * * * | | | | | | | |
| | **WAJA119** | **Fuel Tank 800 gal** | | | | | | |
| 001 / 003 | Rental Charge w/30 ft Fuel Lines | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Sling** | | | | | | |
| 002 / 002 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | **WAJA005** | **800gal Fuel Tank Double-Wall Metal** | | | | | | |
| 003 / 009 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 004 / 010 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 840.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 840.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 840.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 840.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings. Inc. DBA Aggreko LLC   4610 W. Admiral Doyle Drive, New Iberia, LA 70560   TAX ID# 13-3121696

Phone 877.896.3778

**www.aggreko.com**
FORM 1003 REV. 06/2019



# aggreko®

Remit PAYMENTS        Aggreko LLC
                     Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted        VISA  DISCOVER

## INVOICE

| | | |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 31759 | **Page** 1(1) |
| **Agreement No.** A522145 | **Contact Name** Tim Smith | **Invoice No.** 13560100 |
| | | **Date** 09/02/20 |

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>OFFSHORE - HI 376A<br>EPS Dock<br>Cameron |

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 11/01/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * *<br>Offshore Location: HI-A376 A<br>Routing ID: 573031<br>Lease #: 2754<br>Recipient Name: CARLOS CERNA<br>* * * | | | | | | | |
| 001 / 003 | **WAJA119**<br>Rental Charge<br>w/30 ft Fuel Lines | **Fuel Tank 800 gal** | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 15.00 | day | 330.00 |
| 002 / 002 | | **Sling**<br>Rental Charge | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 0.00 | | 0.00 |
| 003 / 009 | **WAJA005**<br>Rental Charge | **800gal Fuel Tank Double-Wall Metal** | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 15.00 | day | 330.00 |
| 004 / 010 | | **Accessory (Power) Slings**<br>Rental Charge | 07/13/20 - 08/03/20 | 1.00 | 22.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| | | | |
| Non Taxable | 660.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 660.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 660.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 660.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings. Inc. DBA Aggreko LLC        4610 W. Admiral Doyle Drive, New Iberia, LA 70560        TAX ID# 13-3121696

Phone 877.896.3778        www.aggreko.com
                         FORM 1003 REV. 06/2019

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Carolyn L. Guidry*

Carolyn L. Guidry, County Clerk
Jefferson County, Texas
September 22, 2020  01:17:38 PM
FEE: $58.00          **2020028877**