# SWORN AFFIDAVIT CLAIMING
# OIL AND GAS LIEN

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF IBERIA | § |

BEFORE ME, the undersigned Notary Public, personally came and appeared Brooke Doucet, Collections Manager, Aggreko, LLC, 4610 W Admiral Doyle Drive, New Iberia, LA 70560, who appeared for the purpose of making this Affidavit to claim a oil and gas lien pursuant to the provisions of 56.023 of the Texas Property Code and who, after being by me first duly sworn, did attest and state that:

1. She is the Collections Manager of Aggreko, LLC, and is duly authorized to make this Affidavit.

2. The matters set forth in this Affidavit are true and correct and are within her personal knowledge.

3. Aggreko, LLC has delivered material and performed labor at the property described as:

    Drilling Platform 10178 located on OCS Lease No. G02647; Block 160; Field EB160; Outer Continental Shelf Offshore, Texas (the "Property")

4. True and correct copies of Aggreko, LLC's invoices, setting forth the description and charges for the equipment and labor provided to the Property, are attached hereto as Exhibit "A."

5. The Owner/Lessor of the Property and its last known address is:

    United States Bureau of Ocean Energy Management
    Gulf of Mexico OCS Region &
    Atlantic OCS Region
    1201 Elmwood Park Blvd.
    New Orleans, LA 70123-2394

6. The Lessee/Operator of the Property and its last known address is:

    Fieldwood Energy, LLC
    2000 W Sam Houston Parkway
    Suite 1200
    Houston, TX 77042-1246

7. The amount of Aggreko LLC's claim, after allowing the Lessee/Operator all just credits and offsets, is Eight Thousand Forty Dollars ($8,040.00), plus interest and reasonable and necessary attorneys' fees.

8. The kind of work done by Aggreko, LLC was the provision of equipment, including generators and control apparatus, and related labor and materials to the Property commencing on or about March 23, 2020, and ending on or about August 3, 2020. The name and last known address of the person by whom Aggreko, LLC was employed:

    Gary Smith
    Fieldwood Energy, LLC
    2000 W Sam Houston Parkway
    Suite 1200
    Houston, TX 77042-1246

9. Notice of this claim was sent to the owner by Federal Express on September 21, 2020.

10. Aggreko, LLC's name, mailing address and physical address are set forth in the first paragraph above.

11. The Affidavit is filed in Brazoria County, Texas, pursuant to the Provisions of the Texas Property Code, Chapter 56, and with the United States Bureau of Ocean Energy Management pursuant to the provisions of the Outer Continental Shelf Lands Act.

[*Signature Page to Follow*]


AFTER RECORDING
PLEASE RETURN TO:

Thomas Gruenert
Gruenert Law Group
P.O. Box 1279
Manvel, Texas 77578

FURTHER AFFIANT SAYETH NOT.

_____
Brooke Doucet
Collections Manager, Aggreko, LLC

STATE OF LOUISIANA §
§
PARISH OF IBERIA §

On this 17th day of September, 2020, before me personally appeared Brooke Doucet, known to me to be the person described herein and who executed the foregoing instrument, and acknowledged she executed it as her free act and deed.

_____
(Signature of Notarial Officer)

Lyndall M. Dugas, Notary Public
(Title and Rank)
Notary ID Number: 01551
Attorney Bar Roll Number: _____

# EXHIBIT "A"

# aggreko®



**INVOICE**  Page 1(1)

| | | |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 12363 | **Invoice No.** 13550212 |
| **Agreement No.** A424872 | **Contact Name** Gary Smith | **Date** 04/30/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>Offshore:East Breaks 160<br>Chevron Dock<br>Intracoastal City<br>LA |

| | | | |
|---|---|---|---|
| **Customer Tax ID#** | | **Salesperson** | Kyle Theriot |
| **Payment Terms** | Net 60 | **Due Date** | 06/29/20 |
| **Currency** | US Dollars | | |
| **Service Center** | New Iberia | | |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | Transferred from Chevron agreement A361848 as of 05/25/15<br>***<br>Offshore Location: EB-160A<br>Routing ID: 573031<br>Lease #: G02647<br>Recipient Name:Tim Smith<br>*** | | | | | | |
| 34 | XCHT008 | 400amp Distribution Panel | | | | | | |
| | | Rental Charge | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| 35 | | Sling | | | | | | |
| | | Rental Charge | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| 36 | | 4/0 Bare End Cable 25ft | | | | | | |
| | | Rental Charge | 03/23/20 - 04/19/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,680.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,680.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,680.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,680.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

---

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778   FORM 1003 REV. 07/2012

# aggreko®



Remit PAYMENTS ONLY to  Aggreko LLC  ... Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

## INVOICE

Page 1(1)

| | | | |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 18913 | Invoice No. | 13554091 |
| Agreement No. A424872 | Contact Name Gary Smith | Date | 06/23/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
Offshore:East Breaks 160
Chevron Dock
Intracoastal City
LA

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 08/22/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | Transferred from Chevron agreement A361848 as of 05/25/15 | | | | | | |
| | | *** | | | | | | |
| | | Offshore Location: EB-160A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: G02647 | | | | | | |
| | | Recipient Name:Carlos Cerna | | | | | | |
| | | *** | | | | | | |
| 34 | XCHT008 | **400amp Distribution Panel** | | | | | | |
| | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| 35 | | **Sling** | | | | | | |
| | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| 36 | | **4/0 Bare End Cable 25ft** | | | | | | |
| | Rental Charge | | 05/18/20 - 06/14/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,680.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,680.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,680.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,680.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko Holdings. Inc. DBA Aggreko LLC    4610 W. Admiral Doyle Drive, New Iberia, LA 70560    TAX ID# 13-3121696

Phone 877.896.3778

www.aggreko.com
FORM 1003 REV. 06/2019

# aggreko



## INVOICE

|  |  |  |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 27722 | **Page** 1(1) |
| **Agreement No.** A424872 | **Contact Name** Gary Smith | **Invoice No.** 13558044 |
|  |  | **Date** 08/10/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
Offshore:East Breaks 160
Chevron Dock
Intracoastal City
LA

| Customer Tax ID# |  | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 10/09/20 |
| Currency | US Dollars |  |  |
| Service Center | New Iberia |  |  |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|

Transferred from Chevron agreement A361848 as of 05/25/15
\* \* \*
Offshore Location: EB-160A
Routing ID: 573031
Lease #: G02647
Recipient Name:Carlos Cerna
\* \* \*

| Line | Unit No. | Description | Invoice Period | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 34 | XCHT008 | **400amp Distribution Panel** |  |  |  |  |  |  |
|  | Rental Charge |  | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| 35 |  | **Sling** |  |  |  |  |  |  |
|  | Rental Charge |  | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 0.00 |  | 0.00 |
| 36 |  | **4/0 Bare End Cable 25ft** |  |  |  |  |  |  |
|  | Rental Charge |  | 06/15/20 - 07/12/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,680.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,680.00 |
| **Sales Total** | USD |  |
| **Sub-Total** | USD | 1,680.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,680.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

---

Aggreko Holdings, Inc. DBA Aggreko LLC    4610 W. Admiral Doyle Drive, New Iberia, LA 70560    TAX ID# 13-3121696

Phone 877.896.3778

www.aggreko.com
FORM 1003 REV. 06/2019



# aggreko®

## INVOICE

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 14813 | Invoice No. 13551767 |
| Agreement No. A424872 | Contact Name Gary Smith | Date 05/20/20 |

Page 1(1)

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
Offshore:East Breaks 160
Chevron Dock
Intracoastal City
LA

| | |
|---|---|
| Customer Tax ID# | Salesperson Kyle Theriot |
| Payment Terms  Net 60 | Due Date 07/19/20 |
| Currency  US Dollars | |
| Service Center  New Iberia | |

| Line | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | Transferred from Chevron agreement A361848 as of 05/25/15 | | | | | | |
| | | *** | | | | | | |
| | | Offshore Location: EB-160A | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: G02647 | | | | | | |
| | | Recipient Name:Jared Bergeron | | | | | | |
| | | *** | | | | | | |
| 34 | XCHT008 | 400amp Distribution Panel | | | | | | |
| | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| 35 | | Sling | | | | | | |
| | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| 36 | | 4/0 Bare End Cable 25ft | | | | | | |
| | | Rental Charge | 04/20/20 - 05/17/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,680.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 1,680.00 |
| Sales Total | USD | |
| Sub-Total | USD | 1,680.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 1,680.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778

FORM 1003 REV 07/2012

# PROPOSAL

**aggreko**

**Fieldwood Energy LLC**
Attn: Gary Smith
2000 W Sam Houston Pkwy S Suite 1200
Houston, TX 77042-1246
Tel: (713) 653-8866
Email: Gary.Smith@Fwellc.com

Barry Gautreau
Sales Representative, Industrial
Tel: 337-380-5263
Email: Barry.Gautreau@aggreko.com

**PROPOSAL REFERENCE:** 90230140

**DATE:** June 12, 2015

Dear Gary,

Thank you for your interest in services provided by Aggreko LLC. I am pleased to submit the following proposal, which confirms our pricing and support services. Please keep in mind Aggreko is responsive around the clock to ensure your complete satisfaction.

## Overview of Services

Aggreko to provide rental of the equipment shown below to Fieldwood Energy LLC. Equipment previously on rent to Chevron at East Breaks 160. All responsibility transferred to Fieldwood Energy LLC as of 05/25/2015. No delivery freight to be charged on this proposal/agreement due to equipment already being on site. Based on this request, I am pleased to present the following proposal.

*Offshore - East Breaks 160*
*Purchase Order - LOE*
*Contact - Gary Smith*
*Intracoastal City, LA*
*Rental Start Date - 05/25/2015*

Please contact me if you have any questions or comments. I look forward to working with you.

Sincerely,
Barry Gautreau

Proposal 90230140
Page 1 of 5

www.aggreko.com

Aggreko, LLC
4713 W Admiral Doyle Drive
New Iberia
LA 70560-9134

Off: 1(800) Aggreko (244-7356)
Fax: 1(800)493-5712



Expected Rental Start: May 25, 2015
Expected Rental End: July 02, 2015
Rental Period: 39 days

## Pricing for Proposal: 90230140

| Qty. | Description | | Hire Rate Per Day Rates Reflect Quantities | |
|---|---|---|---|---|
| 1 | 175 kW Generator - Unlimited Usage | | $ 112.00 / Day | |
| 1 | Slings | | | |
| 1 | 800 gal Fuel Tank | | $ 15.00 / Day | |
| 1 | Slings | | | |
| 4 | 4/0 Bare-End Cable 150 ft | | $ 30.00 / Day | |
| | | Subtotal | $ 157.00 / Day | |

Rates are prorated daily.

All monthly pricing based on a 28 day billing cycle.

*Filters may be required for service and/or maintenance during the duration of the rental.

### Additional Charges:

| Description | Charge |
|---|---|
| Environmental Fee *Upon Termination | 5% of Selected Equipment Charges |
| Fuel - Per Gallon | $5.75 Per Gallon |
| Freight - Per Load | Cost Plus 30% Margin |
| Labor - Per Hour | $125.00 Straight Time (8AM-5PM, M-F) |
| Labor - Per Hour | $187.50 Overtime |
| Labor - Per Hour | $225.00 Weekend / Holiday |
| Labor - Per Mile | $1.50 Travel Mileage |
| Labor - Per Diem | $75.00 Per Day |

### Environmental Fees
Environmental fees apply relative to emission components, testing, lubricant disposal, anti-freeze, and other environmental waste products.

### Fuel
All diesel-powered equipment will be returned with the same amount of fuel as delivered or will be subject to refueling charges. Aggreko's fleet of diesel engines operates on #2 diesel fuel. Delivery charges for standard on-site fueling may apply. Fuel rates may be adjusted during the rental based on fluctuations in market pricing.

Aggreko, LLC
4713 W Admiral Doyle Drive
New Iberia
LA  70560-9134

Proposal 90230140
Page 2 of 5

www.aggreko.com

Off: 1(800) Aggreko (244-7356)
Fax: 1(800)493-5712



### Freight
Charges to deliver and pick up equipment to your site will apply if arranged by Aggreko. Delivery/Pickup standby time may be charged in the event of customer-caused delays.

### Equipment Maintenance and Service Labor
It is the customer's responsibility to maintain and service equipment during the project term, although, equipment servicing can be performed by Aggreko at an additional charge. All of Aggreko's generators and diesel compressors must be serviced at the following intervals; Diesel Generators 450 Hours / Gas Generators 750 Hours / Diesel compressors 250 Hours. If the customer elects to service the equipment, proof of service must be provided to Aggreko upon request. Daily inspections of the equipment are also the responsibility of the customer. These checks should also be carried out prior to starting the equipment. The customer is also responsible for providing fuel, coolants, lubricants, and other supplies necessary to operate the equipment.

### Remote Monitoring
This service is provided on designated equipment models. If applicable, Aggreko personnel will remotely monitor warning and emergency alarms to minimize downtime, increase reliability and proactively troubleshoot issues in a timely and cost effective manner. Corrective action may include the dispatch of service personnel and/or technical phone support directly to onsite customer contacts. The associated fees will be listed above as "Remote Monitoring Fee" (per unit) or "Remote Monitoring Package" (per site). These rates are based on the availability of cellular service at the jobsite. If cellular connectivity is unavailable, other technology may be available at a rate to be agreed upon in writing by the parties.

### After-Hours Fee
To cover the additional cost of labor and third party expenses incurred for equipment preparation and mobilization, an After Hours fee applies to orders executed outside of normal business hours (Monday – Friday 8am – 5pm). If ordered and subsequently canceled, the fee will be charged in addition to any other cancellation charges.

### Equipment Grounding
In all cases where the customer is connecting and operating the equipment, all electrical power producing and/or power consuming machines must be properly grounded in accordance with National Electrical Code and local code requirements prior to start up and shall be the responsibility of customer to verify compliance. The location where grounding rods are to be installed should be properly marked for location of underground utilities and other hazards prior to grounding. Customer acknowledges Aggreko is not familiar with any proposed grounding location(s), the accuracy of relevant markings or existing subsurface hazards. As such, Aggreko does not assume any liability for incorrect or ineffective grounding and customer expressly releases and shall indemnify Aggreko from any liability related thereto, regardless of the party that performs this service.

### Payment Terms
Payments shall be made Net 30 from date of invoice, but are subject to change based on previously agreed upon MSA terms already in effect, financial condition at the time of proposal acceptance or changes in financial condition that occur during the rental, as set for in the North American Rental Agreement Terms & Conditions.

### Terms, Conditions and Customer Responsibilities
- Customer responsible for obtaining any relevant operating permits, and shall be liable for any and all penalties, delays and damages caused by its failure to timely obtain all such permits, including reimbursement to Aggreko for any fines paid on Customer's behalf and regardless of the party to which the citation is issued.
- State and local taxes apply. TAX is NOT included on any Aggreko proposal. A tax exemption certificate is required for those applicable.
- Any and all required union labor
- Full replacement insurance on equipment (Certificate must be provided prior to delivery)
- All lifting/off-loading of equipment (if applicable)
- All services provided by Aggreko are subject to the MSA currently in place between the parties, if applicable and, if not, then subject to "Aggreko North America Rental Agreement Terms & Conditions". This document is provided online at: http://www.aggreko.com/NorthAmerica/useful_links/terms_of_business.aspx and is incorporated herein by reference. Alternatively, a copy will be provided upon request. Customer accepts and acknowledges receipt thereof by these methods. Aggreko will accept no alternative terms and conditions. In the event of conflict, the terms set forth herein shall control.

### Important Customer Information
- This proprietary document has been created for Gary Smith and Fieldwood Energy LLC, it is therefore acknowledged and agreed to honor our proprietary right to the contents of this proposal and therefore not share the ideas or concepts within.
- All proposals are valid for 15 days and contingent on availability. Acceptance must be provided in writing prior to the end of the valid period.

Proposal 90230140
Page 3 of 5

www.aggreko.com

Aggreko, LLC
4713 W Admiral Doyle Drive
New Iberia
LA 70560-9134

Off: 1(800) Aggreko (244-7356)
Fax: 1(800)493-5712



### Cold Weather Provision

Winter Months: (OCTOBER – MARCH)

Any fuel provided by the customer should be of a winter blend or contain an anti-gel fuel additive. All fuel related issues (fuel-gel, frozen lines, dirty fuel, etc.) that requires Aggreko Service Technicians to make repairs will be billed at the standard labor rates outlined in this proposal. To avoid any fuel related responsibilities, Aggreko offers fuel management services. Please speak with your sales representative about choosing this option. It is the customer's responsibility to provide power for the Heat Trace, Block Heater and Trickle Charger. Aggreko can provide power for an additional fee.

### To Place Order

1. Complete, sign, and return the following proposal acceptance page.
2. If referencing a purchase order, please provide hard copy.
3. If tax exempt, please provide a copy of your tax exemption certificate. Once received, it will remain on file for four years for future business. *You will be charged applicable tax if the certificate is not received prior to order acceptance.*
4. Provide a valid certificate of insurance, which can be obtained from your insurance provider.

### To Terminate Rental

1. Call 800-Aggreko (800-244-7356). Aggreko requires a minimum of a 24-hour notice for arranging the decommissioning and return freight. Off hire notifications received after 5pm will be acknowledged the following day.
2. Provide the Rental Agreement Number, a Purchase Order Number, or the Equipment Unit Number. Additionally please provide items to be collected, job location, pickup date/time, site contact person name/phone number, and decommission requirements (including technician, de-fuelling, crane/forklift, and confirmation of freight carrier arrival time for return delivery).
3. You will receive a confirmation email within 24hrs to acknowledge your request. If you do not receive this confirmation, please contact your Aggreko Representative. A rental will not be deemed terminated without proof of termination, as set forth above.

Proposal 90230140
Page 4 of 5

www.aggreko.com

Aggreko, LLC
4713 W Admiral Doyle Drive
New Iberia
LA 70560-9134

Off: 1(800) Aggreko (244-7356)
Fax: 1(800)493-5712



**Proposal Acceptance**      Gary Smith at Fieldwood Energy LLC

To accept Proposal, please complete, sign and return this page:
E-mail: RentalCoordinator-Gulf@aggreko.com or Fax: 1(800)493-5712
Once a signed Proposal Acceptance and hard copy Purchase Order are received, we will process your order.

**Proposal No.**    90230140

### PLACE ORDER

Equipment delivery must be secured with either an approved purchase order or an authorized credit card. Use of a purchase order is contingent upon Aggreko credit approval. If a purchase order is not received prior to the end of the first billing cycle, the billable amount will be charged to the credit card. If credit cannot be established prior to order shipment, advance payment will be required.

o   Purchase Order Hard Copy          o Purchase Order is NOT required for payment.

   Purchase Order #: _____    Amount: $ _____

o   Credit Card (MasterCard, Visa, American Express, Discover accepted)
   Credit Card #: _____    Expiration Date: _____
   Name on Card: _____    Security Code: _____
   Billing Address: _____

Customer is deemed to have authorized, in advance, payment in full of all amounts as they become due and payable hereunder by charge to the above referenced credit card upon the issuance of a written invoice (without the need for additional signature or written authorization) as Customer's primary and preferred method of payment; provided, however, if Customer issues payment by check in lieu of payment by credit card for any particular invoice referenced on the check, then credit card charges shall be reversed after any such check has cleared. Customer acknowledges that since this proposal may not reflect the actual cost of services to be determined after the commencement of the work. (i.e., freight, fuel, labor, additional rental term, etc.) any amount so stated shall not be deemed a restriction on Aggreko's right to charge Customer's credit card for continued obligations identified in this Proposal, which subsequent charges are expressly authorized herein.

### BILLING INFORMATION    Customer Billing Name: Fieldwood Energy LLC

Receive invoices via email:  o Yes  o No        A/P E-mail: _____
                                                A/P Contact: _____
                                                A/P Contact Telephone: _____

Billing Address: _____

Tax Exempt:  o Yes   o No   If claiming tax exemption for this order, a valid Sales Tax Exemption Certificate must be provided.
Certificate of Liability Insurance *must be provided with Aggreko listed as additional insured.*

### SITE INFORMATION
Site Contact: _____        Site Contact Telephone: _____
Site Address: _____

Delivery Method:   o Aggreko Delivery    o Customer Pick-Up
Delivery Date: ____/____/____   Delivery Time: _____
Aggreko Technician Required?   o Yes   o No

By signing this Acceptance, I certify that I am authorized to enter into this agreement on behalf of Lessee. I also certify that such acceptance or delivery of Aggreko's rental equipment shall be deemed an acceptance of the existing MSA between the parties, if applicable, and, if not, then subject to Aggreko's North American Rental Agreement Terms & Conditions available at www.aggreko.com/NorthAmerica/useful_links/terms_of_business.aspx, to which I acknowledge I have access and are incorporated herein by reference.

Printed Name: _____

Signature: _____         Date: _____

Aggreko, LLC
4713 W Admiral Doyle Drive
New Iberia
LA  70560-9134

Proposal 90230140
Page 5 of 5



Off: 1(800) Aggreko (244-7356)
Fax: 1(800)493-5712

**Desiree Rebert**

| | |
|---|---|
| **To:** | Gary.Smith@Fwellc.com |
| **Cc:** | Rental Coordinator - Gulf (RentalCoordinator-Gulf@aggreko.com); Barry Gautreau (Barry.Gautreau@aggreko.com); Stoney Delcambre; Wayne McNeese |
| **Subject:** | Aggreko Proposal 90230140 / Fieldwood Energy LLC-East Breaks 160 Transfer From Chevron |
| **Attachments:** | Quotation for_Fieldwood Energy LLC_90230140.pdf |
| **Importance:** | High |

# aggreko

Thank you for your interest in Aggreko. Enclosed please find the proposal for your upcoming project. If you have any questions or concerns regarding this proposal, please contact **Barry Gautreau @ (337) 380-5263.**

If the proposal meets your approval and for Aggreko to properly execute your order please submit appropriate documentation to Aggreko via:

E-mail: RentalCoordinator-Gulf@aggreko.com   OR

Fax:    (800) 493-5712; Attn: Barry Gautreau

Appropriate documentation includes:

- Completed Proposal Acceptance page, with authorized signature
- Hard copy of Purchase Order
- Valid Sales Tax Exemption Certificate, if applicable
- Certificate of Liability Insurance (list Aggreko as additional insured)

*Aggreko offers paperless invoices. Help save the environment and simplify your business by signing up today for your invoices to be e-mailed. To receive this service, it is as simple as responding to this e-mail with the correct billing email address.*

All services provided by Aggreko are subject to "Aggreko North America Rental Agreement Terms & Conditions," which is provided online at: http://www.aggreko.com/NorthAmerica/useful_links/terms_of_business.aspx and is incorporated herein by reference. You acknowledge access thereto and accept same as if fully incorporated herein. A copy will be provided upon request. These terms shall apply in lieu of any terms provided by you.

1

# FILED and RECORDED

Instrument Number: 2020054722

Filing and Recording Date: 09/22/2020 03:42:55 PM  Pages: 15  Recording Fee: $78.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Brazoria County, Texas.



*Joyce Hudman*

Joyce Hudman, County Clerk
Brazoria County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.

**DO NOT DESTROY - Warning, this document is part of the Official Public Record.**

cclerk-cynthia