## SWORN AFFIDAVIT CLAIMING
## OIL AND GAS LIEN

STATE OF LOUISIANA §
§
PARISH OF IBERIA §

BEFORE ME, the undersigned Notary Public, personally came and appeared Brooke Doucet, Collections Manager, Aggreko, LLC, 4610 W Admiral Doyle Drive, New Iberia, LA 70560, who appeared for the purpose of making this Affidavit to claim a oil and gas lien pursuant to the provisions of 56.023 of the Texas Property Code and who, after being by me first duly sworn, did attest and state that:

1. She is the Collections Manager of Aggreko, LLC, and is duly authorized to make this Affidavit.

2. The matters set forth in this Affidavit are true and correct and are within her personal knowledge.

3. Aggreko, LLC has delivered material and performed labor at the property described as:

    Drilling Platforms 1337, 10042, 1263, 10070 located on OCS Lease No. G01848; Block 129; Field HI129; Outer Continental Shelf Offshore, Texas (the "Property")

4. True and correct copies of Aggreko, LLC's invoices, setting forth the description and charges for the equipment and labor provided to the Property, are attached hereto as Exhibit "A."

5. The Owner/Lessor of the Property and its last known address is:

    United States Bureau of Ocean Energy Management
    Gulf of Mexico OCS Region &
    Atlantic OCS Region
    1201 Elmwood Park Blvd.
    New Orleans, LA 70123-2394

6. The Lessee/Operator of the Property and its last known address is:

    Fieldwood Energy, LLC
    2000 W Sam Houston Parkway
    Suite 1200
    Houston, TX 77042-1246

7. The amount of Aggreko LLC's claim, after allowing the Lessee/Operator all just credits and offsets, is Sixteen Thousand One Hundred Thirty-One Dollars ($16,131.00), plus interest and reasonable and necessary attorneys' fees.

8. The kind of work done by Aggreko, LLC was the provision of equipment, including generators and control apparatus, and related labor and materials to the Property commencing on or about March 23, 2020, and ending on or about May 18, 2020. The name and last known address of the person by whom Aggreko, LLC was employed:

> Tim Smith
> Fieldwood Energy, LLC
> 2000 W Sam Houston Parkway
> Suite 1200
> Houston, TX 77042-1246

9. Notice of this claim was sent to the owner by Federal Express on September 21, 2020.

10. Aggreko, LLC's name, mailing address and physical address are set forth in the first paragraph above.

11. The Affidavit is filed in Orange County, Texas, pursuant to the Provisions of the Texas Property Code, Chapter 56, and with the United States Bureau of Ocean Energy Management pursuant to the provisions of the Outer Continental Shelf Lands Act.

*[Signature Page to Follow]*



AFTER RECORDING
PLEASE RETURN TO:

Thomas Gruenert
Gruenert Law Group
13802 Cove Landing Lane
Rosharon, Texas 77583

29.00 + 21.00
(Env. prov.)

FURTHER AFFIANT SAYETH NOT.

*Brooke Doucet* (signature)
Brooke Doucet
Collections Manager, Aggreko, LLC

STATE OF LOUISIANA §
§
PARISH OF IBERIA §

On this 17th day of September, 2020, before me personally appeared Brooke Doucet, known to me to be the person described herein and who executed the foregoing instrument, and acknowledged she executed it as her free act and deed.

_Lyndall M. Dugas_
(Signature of Notarial Officer)

_Lyndall M. Dugas Notary Public_
(Title and Rank)
Notary ID Number: 01557
Attorney Bar Roll Number: _____

# EXHIBIT "A"

# aggreko®



Remit PAYMENTS ONLY to Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted  VISA

**INVOICE**

|  |  |  |  |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 13008 | | Page 1(1) |
| Agreement No. A548082 | Contact Name Tim Smith | Invoice No. | 13550840 |
|  |  | Date | 05/07/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC NBK
Offshore: High Island 129
OS

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 07/06/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period / Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
|  | *** | | | | | | | |
|  | | Offshore Location: HI-129 | | | | | | |
|  | | Routing ID: 573031 | | | | | | |
|  | | Lease #: 1848 | | | | | | |
|  | | Recipient Name: Tim Smith | | | | | | |
|  | *** | | | | | | | |
|  | XALM080 | 125kW Generator | | | | | | |
| 001 / 055 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 84.00 | day | 2,352.00 |
|  | XCHT014 | 400A I-Line Panel w/ 1x200A 3P | | | | | | |
| 002 / 003 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
|  | | Cable 4/0 AWG 25 ft | | | | | | |
| 003 / 004 | Rental Charge | | 03/23/20 - 04/19/20 | 4.00 | 28.00 | 1.25 | day | 140.00 |
|  | | Accessory (Power) Slings | | | | | | |
| 004 / 032 | Rental Charge | | 03/23/20 - 04/19/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
|  | | Accessory (Power) Slings | | | | | | |
| 005 / 056 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
|  | XCHV003 | Distribution 400amp Transfer Switch Manual Offshor | | | | | | |
| 006 / 030 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
|  | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 007 / 036 | Rental Charge | | 03/23/20 - 04/19/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |
|  | XBEX005 | 125kW Generator | | | | | | |
| 008 / 040 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 84.00 | day | 2,352.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,924.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 7,924.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 7,924.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 7,924.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

Phone 877.896.3778

FORM 1003 REV. 07/2012




# INVOICE

| | | | Page 1(1) |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 14805 | Invoice No. | 13551872 |
| Agreement No. A548082 | Contact Name Tim Smith | Date | 05/21/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC NBK
Offshore: High Island 129
OS

| | | | |
|---|---|---|---|
| Customer Tax ID# | | Salesperson | Kyle Theriot |
| Payment Terms | Net 60 | Due Date | 07/20/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | XALM080 | 125kW Generator | | | | | | |
| 001 / 055 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 84.00 | day | 2,352.00 |
| | XCHT014 | 400A I-Line Panel w/ 1x200A 3P | | | | | | |
| 002 / 003 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| | | Cable 4/0 AWG 25 ft | | | | | | |
| 003 / 004 | | Rental Charge | 04/20/20 - 05/17/20 | 4.00 | 28.00 | 1.25 | day | 140.00 |
| | | Accessory (Power) Slings | | | | | | |
| 004 / 032 | | Rental Charge | 04/20/20 - 05/17/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
| | | Accessory (Power) Slings | | | | | | |
| 005 / 056 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | XCHV003 | Distribution 400amp Transfer Switch Manual Offshor | | | | | | |
| 006 / 030 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 50.00 | day | 1,400.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 007 / 036 | | Rental Charge | 04/20/20 - 05/17/20 | 8.00 | 28.00 | 1.25 | day | 280.00 |
| | XBEX005 | 125kW Generator | | | | | | |
| 008 / 040 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 84.00 | day | 2,352.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 7,924.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 7,924.00 |
| Sales Total | USD | |
| Sub-Total | USD | 7,924.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 7,924.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

Phone 877.896.3778

FORM 1003 REV. 07/2012

# aggreko®



## INVOICE

| | | Page 1(1) |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 15683 | Invoice No. 13552226 |
| Agreement No. A548082 | Contact Name TIm Smith | Date 05/27/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC NBK<br>Offshore: High Island 129<br>OS |

| | | | |
|---|---|---|---|
| Customer Tax ID# | | Salesperson | Kyle Theriot |
| Payment Terms | Net 60 | Due Date | 07/26/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | *** | | | | | | |
| | | Offshore Location: HI-129 | | | | | | |
| | | Routing ID: 573031 | | | | | | |
| | | Lease #: 1848 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | *** | | | | | | |
| | XALM080 | 125kW Generator | | | | | | |
| 001 / 055 | | Rental Charge | 05/18/20 - 05/18/20 | 1.00 | 1.00 | 84.00 | day | 84.00 |
| | XCHT014 | 400A I-Line Panel w/ 1x200A 3P | | | | | | |
| 002 / 003 | | Rental Charge | 05/18/20 - 05/18/20 | 1.00 | 1.00 | 50.00 | day | 50.00 |
| | | Cable 4/0 AWG 25 ft | | | | | | |
| 003 / 004 | | Rental Charge | 05/18/20 - 05/18/20 | 4.00 | 1.00 | 1.25 | day | 5.00 |
| | | Accessory (Power) Slings | | | | | | |
| 004 / 032 | | Rental Charge | 05/18/20 - 05/18/20 | 2.00 | 1.00 | 0.00 | | 0.00 |
| | | Accessory (Power) Slings | | | | | | |
| 005 / 056 | | Rental Charge | 05/18/20 - 05/18/20 | 1.00 | 1.00 | 0.00 | | 0.00 |
| | XCHV003 | Distribution 400amp Transfer Switch Manual Offshor | | | | | | |
| 006 / 030 | | Rental Charge | 05/18/20 - 05/18/20 | 1.00 | 1.00 | 50.00 | day | 50.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 007 / 036 | | Rental Charge | 05/18/20 - 05/18/20 | 8.00 | 1.00 | 1.25 | day | 10.00 |
| | XBEX005 | 125kW Generator | | | | | | |
| 008 / 040 | | Rental Charge | 05/18/20 - 05/18/20 | 1.00 | 1.00 | 84.00 | day | 84.00 |
| | | XBEX005 Fuel Out/In | 05/18/20 - 05/18/20 | 50.00 | | | | |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 283.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 283.00 |
| Sales Total | USD | |
| Sub-Total | USD | 283.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 283.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

Phone 877.896.3778

FORM 1003 REV 07/2012