# Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA 70562-2010
(337) 365-7282

---

**Received From :**
CHARLES R MINYARD

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
AGGREKO LLC

---

**Index Type :** MORTGAGES

**Type of Document :** LIEN & PRIVILEGE

**Recording Pages :** 8

**File Number :** 2020-00007497

**Book :** 1919   **Page :** 496

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberia Parish, Louisiana.

On (Recorded Date) : 09/10/2020

At (Recorded Time) : 3:23:35PM

Doc ID - 010505950008

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/10/2020 at 3:23:35
Recorded in Book 1919  Page 496
File Number 2020-00007497

_Sharon A. Dupuy_
Deputy Clerk

**Return To :**

Do not Detach this Recording Page from Original Document

STATE OF LOUISIANA

PARISH OF IBERIA

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

1. The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $5,229.28 | 013550912 | April 11, 2020 | Continuing at Present |
| $1,848.00 | 013553264 | April 11, 2020 | Continuing at Present |
| $1,848.00 | 013555651 | April 11, 2020 | Continuing at Present |
| $1,848.00 | 013558043 | April 11, 2020 | Continuing at Present |
| $ 198.00 | 13560104 | April 11, 2020 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3. To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6. A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the South Marsh Island, Block No. 268, Field SM269, Structure A, Complex ID No. 21739, Lease No. G30282, Latitude 29.115853, Longitude -91.871417, Platform X 1828166.76, Platform Y 163752.74, Parish of Iberia, State of Louisiana.

7. The true and correct amount claimed by Claimant is TEN THOUSAND NINE HUNDRED SEVENTY-ONE AND 28/100 ($10,971.28) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the

materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

**WITNESSES:**

_____
Printed Name: Marla P. Meche

_____
Printed Name: Candace C. Greene

_____
CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me this 8th day of September, 2020.

_____
NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko

Remit PAYMENTS  Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

# INVOICE

Page 1(1)

| Customer No. | US00008852 | Customer PO No. | SEE NOTES | Invoice No. | 13550912 |
| Agreement No. | A614875 | Contact Name | Tim Smith | Date | 05/08/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: South Marsh Island 268A
BB Icy
New Iberia
LA

Customer Tax ID#
Payment Terms: Net 60
Currency: US Dollars
Service Center: New Iberia

Salesperson: Kyle Theriot
Due Date: 07/07/20

| e / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | * * * Offshore Location: SM 268A Routing ID: 573032 Lease #: 2310 Recipient Name: Jared Bergeron * * * | | | | | | |
| /006 | XBVP082 | Diesel Generator 60kW Rental Charge | 04/11/20 - 05/08/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| /003 | | Sling Rental Charge | 04/11/20 - 05/08/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| /001 | | BFOU Cable- 4/4 cable - 150' | 04/11/20 | 1.00 | 1.00 | 2,523.30 | Sales | 2,523.30 |
| /007 | | Freight/Transport Positioning | 04/16/20 | 1.00 | 1.00 | 804.10 | Sales | 804.10 |
| /002 | | Filter Fuel Baldwin | 04/11/20 | 2.00 | 1.00 | 3.86 | Sales | 7.72 |
| /004 | | Filter Fuel Baldwin | 04/11/20 | 2.00 | 1.00 | 18.31 | Sales | 36.62 |
| /005 | | Filter Baldwin | 04/11/20 | 1.00 | 1.00 | 9.54 | Sales | 9.54 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non-Taxable | 5,229.28 | 0.00% | |

| Rental Total | USD | 1,848.00 |
| Sales Total | USD | 3,381.28 |
| Sub-Total | USD | 5,229.28 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 5,229.28 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com



# aggreko

Remit PAYMENTS    Aggreko LLC
PO Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted    VISA  DISCOVER

## INVOICE

Page  1(1)

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 17757 | Invoice No. 13553264 |
| Agreement No. A614875 | Contact Name Tim Smith | Date 06/11/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: South Marsh Island 268A
BB Icy
New Iberia
LA

Customer Tax ID#
Payment Terms   Net 60
Currency        US Dollars
Service Center  New Iberia

Salesperson   Kyle Theriot
Due Date      08/10/20

| e / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | Offshore Location: SM 268A | | | | | | | |
| | Routing ID: 573032 | | | | | | | |
| | Lease #: 2310 | | | | | | | |
| | Recipient Name: Jared Bergeron | | | | | | | |
| | *** | | | | | | | |
| / 006 | XBVP082 | Diesel Generator 60kW | | | | | | |
| | Rental Charge | | 05/09/20 - 06/05/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| / 003 | | Sling | | | | | | |
| | Rental Charge | | 05/09/20 - 06/05/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,848.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 1,848.00 |
| Sales Total | USD | |
| Sub-Total | USD | 1,848.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 1,848.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# aggreko

Remit PAYMENTS ONLY TO: Aggreko LLC, P.O. Box 972562, Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    VISA  DISCOVER

## INVOICE

Page 1(1)

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 22337 | Invoice No. 13555651 |
| Agreement No. A614875 | Contact Name Tim Smith | Date 07/13/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: South Marsh Island 268A
BB Icy
New Iberia
LA

Customer Tax ID#
Payment Terms  Net 60
Currency  US Dollars
Service Center  New Iberia

Salesperson  Kyle Theriot
Due Date  09/11/20

| e / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | Offshore Location: SM 268A | | | | | | | |
| | Routing ID: 573032 | | | | | | | |
| | Lease #: 2310 | | | | | | | |
| | Recipient Name: Jared Bergeron | | | | | | | |
| | *** | | | | | | | |
| | **XBVP082** | **Diesel Generator 60kW** | | | | | | |
| /006 | Rental Charge | | 06/06/20 - 07/03/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| | | Sling | | | | | | |
| /003 | Rental Charge | | 06/06/20 - 07/03/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,848.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 1,848.00 |
| Sales Total | USD | |
| Sub-Total | USD | 1,848.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 1,848.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.



**REMIT PAYMENTS ONLY TO:** Aggreko LLC, P.O. Box 972562, Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

# INVOICE

Page 1(1)

| | | |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 27689 | **Invoice No.** 13558043 |
| **Agreement No.** A614875 | **Contact Name** Tim Smith | **Date** 08/10/20 |

**Invoice To:**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To:**
Fieldwood Energy LLC
OFFSHORE: South Marsh Island 268A
BB Icy
New Iberia
LA

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia

**Salesperson** Kyle Theriot
**Due Date** 10/09/20

| e / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: SM 268A  Routing ID: 573032  Lease #: 2310  Recipient Name: Jared Bergeron *** | | | | | | | |
| / 006 | XBVP082 Rental Charge | Diesel Generator 60kW Sling | 07/04/20 - 07/31/20 | 1.00 | 28.00 | 66.00 | day | 1,848.00 |
| / 003 | Rental Charge | | 07/04/20 - 07/31/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,848.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,848.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,848.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,848.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# aggreko

REMIT PAYMENTS ONLY to: Aggreko LLC P.O. Box 972562 Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted  VISA  DISCOVER

## INVOICE

| | | |
|---|---|---|
| Customer No. US00008852 | Customer PO No. 31867 | Page 1(1) |
| Agreement No. A614875 | Contact Name Tim Smith | Invoice No. 13560104 |
| | | Date 09/02/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: South Marsh Island 268A
BB Icy
New Iberia
LA

| | | |
|---|---|---|
| Customer Tax ID# | Salesperson | Kyle Theriot |
| Payment Terms  Net 60 | Due Date | 11/01/20 |
| Currency  US Dollars | | |
| Service Center  New Iberia | | |

| e / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: SM 268A Routing ID: 573032 Lease #: 2310 Recipient Name: Jared Bergeron *** | | | | | | | |
| /006 | XBVP082 Rental Charge | Diesel Generator 60kW | 08/01/20 - 08/03/20 | 1.00 | 3.00 | 66.00 | day | 198.00 |
| /003 | Rental Charge | Sling | 08/01/20 - 08/03/20 | 1.00 | 3.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 198.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 198.00 |
| Sales Total | USD | |
| Sub-Total | USD | 198.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 198.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.