# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From:**
Attn: CHARLES R MINYARD
LAW OFFICE OF CHARLES R MINYARD
P O BOX 3642
LAFAYETTE, LA 70502

### First MORTGAGOR
FIELDWOOD ENERGY OFFSHORE LLC

### First MORTGAGEE
AGGREKO LLC

**Index Type:** MORTGAGE

**Type of Document:** MATERIALMANS LIEN

**File #:** 2020-00003716

**Book:** 776  **Page:** 563

**Recording Pages:** 5

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date): 09/10/2020

At (Recorded Time): 2:02:15PM

Doc ID - 005338010005

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/10/2020 at 2:02:15
Recorded in Book 776 Page 563
File Number 2020-00003716

Deputy Clerk

**Return To:** Attn: CHARLES R MINYARD

Do not Detach this Recording Page from Original Document

STATE OF LOUISIANA

NOTICE OF LIEN CLAIM AND PRIVILEGE
PURSUANT TO LSA-R.S. 9:4861, ET SEQ.

PARISH OF PLAQUMINE

1. The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $4,172.00 | 013550215 | March 6, 2020 | Continuing at Present |
| $2,739.33 | 013551958 | March 6, 2020 | Continuing at Present |
| | | | |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3. To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy Offshore, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy Offshore, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6. A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Main Pass, Block No. 77, Field MP151, Structure A, Complex ID No. 23005, Lease No. G04481, Latitude 29.180795, Longitude -88.90307, Platform X 2775531, Platform Y 195189, Parish of Plaquemine, State of Louisiana;

7. The true and correct amount claimed by Claimant is SIX THOUSAND NINE HUNDRED ELEVEN AND 33/100 ($6,911.33) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and

gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8th day of September, 2020, at Lafayette, Louisiana.

**WITNESSES:**

_____
Printed Name: Marla P. Meche

_____
Printed Name: Candace C. Greene

_____
CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8th day of September, 2020.

_____
NOTARY PUBLIC #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®



Remit PAYMENTS TO: Aggreko LLC
PO Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

## INVOICE

| | | Page | 1(1) |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 12392 | **Invoice No.** | 13550215 |
| **Agreement No.** A612755 | **Contact Name** Greg Monte | **Date** | 04/30/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: Main Pass 77A
Grand Isle Shore Base
Grand Isle

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia

**Salesperson** Kyle Theriot
**Due Date** 06/29/20

| Line / Ref | Unit No. | Description | Invoice Period / Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \*\*\* | Offshore Location: MP 77A | | | | | | |
| | | Routing ID: 573036 | | | | | | |
| | | Lease #: G04481 | | | | | | |
| | | Recipient Name: GREG MONTE | | | | | | |
| | | \*\*\* | | | | | | |
| | **XALX161** | **Diesel Generator 300kW** | | | | | | |
| 001 / 007 | | Rental Charge | 04/03/20 - 04/30/20 | 1.00 | 28.00 | 149.00 | day | 4,172.00 |
| | | Slings | | | | | | |
| 002 / 006 | | Rental Charge | 04/03/20 - 04/30/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 4,172.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 4,172.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 4,172.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 4,172.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com



# aggreko®

## INVOICE

| | | | |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 15375 | | Invoice No. 13551958 |
| Agreement No. A612755 | Contact Name Greg Monte | | Date 05/21/20 |

Page 1(1)

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
OFFSHORE: Main Pass 77A
Grand Isle Shore Base
Grand Isle

Customer Tax ID#
Payment Terms      Net 60
Currency           US Dollars
Service Center     New Iberia

Salesperson    Kyle Theriot
Due Date       07/20/20

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \* \* \* | Offshore Location: MP 77A  Routing ID: 573036  Lease #: G04481  Recipient Name: GREG MONTE  \* \* \* | | | | | | |
| 001 / 007 | XALX161 | Diesel Generator 300kW  Rental Charge  XALX161 Excess Meter Hours  Slings | 05/01/20 - 05/18/20  03/06/20 - 05/18/20 | 1.00  1,093.00 | 18.00 | 149.00 | day | 2,682.00 |
| 002 / 006 | | Rental Charge  Cummins Rocker Level | 05/01/20 - 05/18/20 | 1.00 | 18.00 | 0.00 | | 0.00 |
| 003 / 008 | | | 05/03/20 | 1.00 | 1.00 | 57.33 | Sales | 57.33 |

| Jurisdiction | Sales Total | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,739.33 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 2,682.00 |
| Sales Total | USD | 57.33 |
| Sub-Total | USD | 2,739.33 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 2,739.33 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com