St. Bernard Parish Certified Copy

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
CHARLES R MINYARD
600 JEFFERSON ST SUITE 501
PO BOX 3642
LAFAYETTE, LA 70502

**First MORTGAGOR**

FIELDWOOD ENERGY OFFSHORE LLC

**First MORTGAGEE**

AGGREKO LLC

—

**Index Type :**   MORTGAGES

**Type of Document :** LIEN

**Recording Pages :**            4
        **Description :**

**File Number : 635042**

**Book : 1953**      **Page : 317**

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 09/17/2020

At (Recorded Time) : 3:33:07PM

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 09/17/2020 at 3:33:07
Recorded in Book 1953 Page 317
File Number     635042

7S/Cheyenne Robin

Doc ID - 008095800004

**Return To :**
CHARLES R MINYARD
600 JEFFERSON ST SUITE 501
PO BOX 3642
LAFAYETTE, LA 70502

Do not Detach this Recording Page from Original Document

STATE OF LOUISIANA

## NOTICE OF LIEN CLAIM AND PRIVILEGE
## PURSUANT TO LSA-R.S. 9:4861, ET SEQ.

PARISH OF ST. BERNARD

1.      The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2.      The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $4,836.00 | 013552522 | February 25, 2020 | Continuing at Present |
| | | | |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3.      To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4.      The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5.      Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6.      A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Main Pass, Block No. 153, Field SP065, Structure C, Complex ID No. 23402, Lease No. G01967, Latitude 29.117361, Longitude -88.848872, Platform X 2793324, Platform Y 172498, Parish of St. Bernard, State of Louisiana;

7.      The true and correct amount claimed by Claimant is FOUR THOUSAND EIGHT HUNDRED THIRTY-SIX AND 00/100 ($4,836.00) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and

gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This _8_ day of September, 2020, at Lafayette, Louisiana.

**WITNESSES:**

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this _8_ day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW



# aggreko®

Remit PAYMENTS          Aggreko LLC
                        P O Box 478454
                        Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted    VISA  [logos]

## INVOICE

|  |  |  |
|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 16512 | **Page** 1(1) |
| **Agreement No.** A611804 | **Contact Name** Greg Monte | **Invoice No.** 13552522 |
|  |  | **Date** 06/01/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
Offshore: MP153C

| | |
|---|---|
| **Customer Tax ID#** | |
| **Payment Terms** Net 60 | **Salesperson** Kyle Theriot |
| **Currency** US Dollars | **Due Date** 07/31/20 |
| **Service Center** New Iberia | |

| ine / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | | Ofshore Location: MP 153C | | | | | | |
| | | Routing ID: 573036 | | | | | | |
| | | Lease #: 1967 | | | | | | |
| | | Recipient Name: GREG MONTE | | | | | | |
| | *** | | | | | | | |
| | **XALX150** | **Diesel Generator 300 kW** | | | | | | |
| )1 / 004 | Rental Charge | | 04/21/20 - 05/14/20 | 1.00 | 24.00 | 149.00 | day | 3,576.00 |
| | | **Slings** | | | | | | |
| )2 / 007 | Rental Charge | | 04/21/20 - 05/14/20 | 1.00 | 24.00 | 0.00 | | 0.00 |
| | | **150 Feet x Cable 4/0 AWG Baree** | | | | | | |
| )3 / 006 | Rental Charge | | 04/21/20 - 05/14/20 | 7.00 | 24.00 | 7.50 | day | 1,260.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| | | | |
| Non Taxable | 4,836.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 4,836.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 4,836.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 4,836.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC     4607 W. Admiral Doyle Drive, New Iberia, LA 70560     Tax ID# 72-0692213     www.aggreko.com