# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
LAW OFFICE OF CHARLES R MINYARD
600 JEFFERSON ST, STE 501
LAFAYETTE, LA 70501

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

AGGREKO L L C

**Index Type :** MORTGAGES **File # :** 1610295

**Type of Document :** LIEN

**Book :** 3179 **Page :** 774

**Recording Pages :** 8

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

Theresa A. Robichaux
Clerk of Court

On (Recorded Date) : 09/10/2020

At (Recorded Time) : 1:19:31PM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 09/10/2020 at 1:19:31
Recorded in Book 3179 Page 774
File Number 1610295

Deputy Clerk

Doc ID - 015112810008

**Return To :** LAW OFFICE OF CHARLES R MINYARD
600 JEFFERSON ST, STE 501
LAFAYETTE, LA 70501

Do not Detach this Recording Page from Original Document

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF TERREBONNE

1. The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $5,677.00 | 013550725 | June 26, 2017 | Continuing at Present |
| $2,408.23 | 013554481 | June 26, 2017 | Continuing at Present |
| $1,505.00 | 013554880 | June 26, 2017 | Continuing at Present |
| $1,505.00 | 013556394 | June 26, 2017 | Continuing at Present |
| $1,182.50 | 013559874 | June 26, 2017 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3. To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6. A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

> All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Ship Shoal, Block No. 193, Field SS193, Structure A, Complex ID No. 26050, Lease No. G13917, Latitude 28.59305032, Longitude -91.01994045, Platform X 2100600, Platform Y -26634.926, Parish of Terrebonne, State of Louisiana.

7. The true and correct amount claimed by Claimant is TWELVE THOUSAND TWO HUNDRED SEVENTY-SEVEN AND 73/100 ($12,277.73) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due

and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This 8 day of September, 2020, at Lafayette, Louisiana.

WITNESSES:

Printed Name: Marla P. Meche

Printed Name: Candace C. Greene

CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this 8 day of September, 2020.

NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW


Remit PAYMENTS
Aggreko LLC
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

aggreko®

# INVOICE

**Page** 1(1)

**Customer No.** US00008852
**Agreement No.** A513586
**Customer PO No.** 12649
**Contact Name** Carlos Cerna
**Invoice No.** 13550725
**Date** 05/06/20

| **Invoice To** | **Deliver To** |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>Offshore: SS193A<br>Grand Isle Shorebase<br>Grand Isle<br>LA |

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia
**Salesperson** Kyle Theriot
**Due Date** 07/05/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** Offshore Location: SS-193<br>Routing ID: 573034<br>Lease #: 13917<br>Recipient Name: Carlos Cerna<br>*** | | | | | | | |
| | **XALX021** | **300kW Generator Greenpower Canopy Offshore** | | | | | | |
| 1 / 038 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 149.00 | day | 4,172.00 |
| | XALX021 Excess Meter Hours | | 10/29/19 - 04/19/20 | 2,203.00 | | | | |
| | | **Cable 04/0 Bare-end 175 ft** | | | | | | |
| 2 / 008 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 8.75 | day | 245.00 |
| | | **Cable 04/0 Bare-end 150 ft** | | | | | | |
| 3 / 002 | Rental Charge | | 03/23/20 - 04/19/20 | 6.00 | 28.00 | 7.50 | day | 1,260.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 4 / 040 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 5,677.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 5,677.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 5,677.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 5,677.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

aggreko®

Remit PAYMENTS ONLY to: Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted VISA DISCOVER

# INVOICE

Page 1(1)

**Customer No.** US00008852
**Agreement No.** A513586
**Customer PO No.** 20066
**Contact Name** Carlos Cerna
**Invoice No.** 13554481
**Date** 06/25/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>Offshore: SS193A<br>Grand Isle Shorebase<br>Grand Isle<br>LA |

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia
**Salesperson** Kyle Theriot
**Due Date** 08/24/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | Offshore Location: SS-193A | | | | | | | |
| | Routing ID: 573034 | | | | | | | |
| | Lease #: 13917 | | | | | | | |
| | Recipient Name: Carlos Cerna | | | | | | | |
| | *** | | | | | | | |
| | **XALX118** | **300kW Generator Greenpower Canopy** | | | | | | |
| 1 / 042 | Rental Charge | | 04/20/20 - 04/22/20 | 1.00 | 3.00 | 149.00 | day | 447.00 |
| | | **Cable 04/0 Bare-end 175 ft** | | | | | | |
| 2 / 008 | Rental Charge | | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 8.75 | day | 245.00 |
| | | **Cable 04/0 Bare-end 150 ft** | | | | | | |
| 3 / 002 | Rental Charge | | 04/20/20 - 05/17/20 | 6.00 | 28.00 | 7.50 | day | 1,260.00 |
| | | **Accessory (Power) Slings** | | | | | | |
| 4 / 043 | Rental Charge | | 04/20/20 - 04/22/20 | 1.00 | 3.00 | 0.00 | | 0.00 |
| | | **Regulator Voltage Newage** | | | | | | |
| 5 / 041 | | | 04/19/20 | 1.00 | 1.00 | 227.21 | Sales | 227.21 |
| | | **Filter, Baldwin** | | | | | | |
| 6 / 044 | | | 04/20/20 | 6.00 | 1.00 | 12.79 | Sales | 76.74 |
| | | **Filter Fuel Baldwin** | | | | | | |
| 7 / 045 | | | 04/20/20 | 4.00 | 1.00 | 21.06 | Sales | 84.24 |
| | | **Filter Oil Baldwin** | | | | | | |
| 8 / 046 | | | 04/20/20 | 4.00 | 1.00 | 17.01 | Sales | 68.04 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,408.23 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,952.00 |
| **Sales Total** | USD | 456.23 |
| **Sub-Total** | USD | 2,408.23 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,408.23 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Remit PAYMENTS
Aggreko LLC
P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted
VISA

aggreko®

# INVOICE

Page 1(1)

**Customer No.** US00008852
**Agreement No.** A513586
**Customer PO No.** 20965
**Contact Name** Carlos Cerna
**Invoice No.** 13554880
**Date** 07/02/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>Offshore: SS193A<br>Grand Isle Shorebase<br>Grand Isle<br>LA |

**Customer Tax ID#**
**Payment Terms** Net 60
**Currency** US Dollars
**Service Center** New Iberia
**Salesperson** Kyle Theriot
**Due Date** 08/31/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | **Cable 04/0 Bare-end 175 ft** | | | | | | |
| )1 / 008 | Rental Charge | | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 8.75 | day | 245.00 |
| | ***<br>Offshore Location: SS-193A<br>Routing ID: 573034<br>Lease #: 13917<br>Recipient Name: Carlos Cerna<br>*** | | | | | | | |
| | | **Cable 04/0 Bare-end 150 ft** | | | | | | |
| )2 / 002 | Rental Charge | | 05/18/20 - 06/14/20 | 6.00 | 28.00 | 7.50 | day | 1,260.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,505.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,505.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,505.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,505.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted
VISA

aggreko

# INVOICE

Page 1(1)

Customer No. US00008852
Agreement No. A513586
Customer PO No. 24139
Contact Name Carlos Cerna
Invoice No. 13556394
Date 07/22/20

| Invoice To | Deliver To |
|---|---|
| **Fieldwood Energy LLC**<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | **Fieldwood Energy LLC**<br>Offshore: SS193A<br>Grand Isle Shorebase<br>Grand Isle<br>LA |

Customer Tax ID#
Payment Terms Net 60
Currency US Dollars
Service Center New Iberia
Salesperson Kyle Theriot
Due Date 09/20/20

| ne / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** <br>Offshore Location: SS-193A<br>Routing ID: 573034<br>Lease #: 13917<br>Recipient Name: Carlos Cerna<br>*** | | | | | | | |
| | | **Cable 04/0 Bare-end 150 ft** | | | | | | |
| )1 / 002 | Rental Charge | | 06/15/20 - 07/12/20 | 6.00 | 28.00 | 7.50 | day | 1,260.00 |
| | | **Cable 04/0 Bare-end 175 ft** | | | | | | |
| )2 / 008 | Rental Charge | | 06/15/20 - 07/12/20 | 1.00 | 28.00 | 8.75 | day | 245.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 1,505.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 1,505.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 1,505.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 1,505.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.