CLERK OF COURT
DIANE MEAUX BROUSSARD
I CERTIFY THAT THIS IS A TRUE COPY OF THE ATTACHED
DOCUMENT THAT WAS FILED FOR REGISTRY AND
RECORDED 9/11/2020 9:49:14 AM (9 PAGES)
FILE NUMBER MO - 2020006331 BK/PG 0/0

DEPUTY CLERK, VERMILION PARISH, LA
Friday, September 11, 2020

MO - 2020006331 9 PG/S
RCD: 9/11/2020 @ 9:49:14 AM
Vermilion Parish, LA
Diane Meaux Broussard, Clerk Of Court

STATE OF LOUISIANA

**NOTICE OF LIEN CLAIM AND PRIVILEGE PURSUANT TO LSA-R.S. 9:4861, ET SEQ.**

PARISH OF VERMILION

1. The undersigned agent of AGGREKO, LLC ("Claimant"), as Affiant, being duly sworn, makes oath and affirms the following statements are true and within his personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the owner and/or agent of the owner of the hereinafter described land, oil, gas or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way and makes this its affidavit claiming such lien.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| AMOUNTS CLAIMED | INVOICE NO. | FIRST DATES OF SERVICE | DATES OF COMPLETION |
|---|---|---|---|
| $15,284.00 | 013549949 | October 24, 2018 | Continuing at Present |
| $13,158.12 | 013551870 | October 24, 2018 | Continuing at Present |
| $ 3,565.75 | 013554619 | October 24, 2018 | Continuing at Present |
| $ 2,800.00 | 013556009 | October 24, 2018 | Continuing at Present |
| $ 2,800.00 | 013558322 | October 24, 2018 | Continuing at Present |

Pursuant to LSA-R.S. 9:4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of the total amount of this claim.

3. To the best knowledge and belief of Affiant, the name(s) of the mineral property owner(s) of the land, oil, gas and other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

Fieldwood Energy, LLC
2000 W Sam Houston Parkway South, Suite 1200
Houston, Texas 77042

and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is AGGREKO, LLC whose address is 4610 West Admiral Doyle Drive, New Iberia, Louisiana 70560.

5. Claimant performed labor and/or furnished or hauled material at the request of Fieldwood Energy, LLC, 2000 W Sam Houston Parkway South, Suite 1200, Houston, Texas 77042.

6. A description of the land, oil, gas or other mineral leasehold, oil or gas pipeline, and/or oil or gas pipeline right-of-way which the lien is claimed is as follows:

> All of that certain oil, gas and/or mineral lease and/or property and leasehold on which is situated that certain oil and/or gas well described as the Vermilion, Block No. 265, Field VR265, Structure A-PRD, Complex ID No. 20734, Lease No. G01955, Latitude 28.51162919, Longitude - 92.45181587, Platform X 1640680.172, Platform Y -54630.383, Parish of Vermilion, State of Louisiana

7. The true and correct amount claimed by Claimant is THIRTY-SEVEN THOUSAND SIX HUNDRED SEVEN AND 87/100 ($37,607.87) DOLLARS, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due

and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto as Exhibit "A" and incorporated herein by this reference are invoices showing thereon the materials furnished and labor performed by Claimant on the date and in the amount shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

This __8__ day of September, 2020, at Lafayette, Louisiana.

**WITNESSES:**

_____
Printed Name: Marla P. Meche

_____
Printed Name: Candace C. Greene

_____
CHARLES R. MINYARD, #9660
Chase Tower
600 Jefferson Street, Ste 501 (70501)
P. O. Box 3642
Lafayette, Louisiana 70502
(337)266-2300

Attorney for AGGREKO, LLC

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned authority, on this day personally appeared CHARLES R. MINYARD, Attorney for AGGREKO, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, this __8__ day of September, 2020.

_____
NOTARY PUBLIC, #12048
Printed Name: WAYNE A. SHULLAW

# aggreko®

ONLY to
P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted   VISA

## INVOICE

| | | | Page | 1(2) |
|---|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 11906 | | Invoice No. | 13549949 |
| Agreement No. A567164 | Contact Name | Tim Smith | Date | 04/28/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>EPS Dock<br>VR265A<br>Cameron<br>LA |

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 06/27/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period<br>Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | * * * | | | | | | | |
| | Offshore Location: VR265 | | | | | | | |
| | Routing ID: 573032 | | | | | | | |
| | Lease #: 1955 | | | | | | | |
| | Recipient Name: Tim Smith | | | | | | | |
| | * * * | | | | | | | |
| | XBGG073 | 500kW Generator Greenpower Canopy Offshore | | | | | | |
| 001 / 009 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | XCDM005 | Distribution 800amp Transfer Switch Manual | | | | | | |
| 002 / 005 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 85.00 | day | 2,380.00 |
| | WAJA371 | 800gal Fuel Tank Double-Wall Metal | | | | | | |
| 003 / 006 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 004 / 002 | Rental Charge | | 03/23/20 - 04/19/20 | 7.00 | 28.00 | 1.25 | day | 245.00 |
| | | Accessory (Power) Slings | | | | | | |
| 005 / 003 | Rental Charge | | 03/23/20 - 04/19/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
| | | Accessory (Power) Slings | | | | | | |
| 006 / 010 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | . | | | | | | | |
| | . | | | | | | | |
| | Change Order #: CO-P-59039-2-9.26.2019 | | | | | | | |
| | XBGG104 | Diesel Generator 500 | | | | | | |
| 007 / 024 | Rental Charge | | 03/23/20 - 03/31/20 | 1.00 | 9.00 | 229.00 | day | 2,061.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 008 / 023 | Rental Charge | | 03/23/20 - 04/19/20 | 14.00 | 28.00 | 1.25 | day | 490.00 |
| | | Accessory (Power) Slings | | | | | | |
| 009 / 022 | Rental Charge | | 03/23/20 - 03/31/20 | 1.00 | 9.00 | 0.00 | | 0.00 |
| | . | | | | | | | |
| | . | | | | | | | |
| | Change Order #: CO-P-59039-2-3.20.2020 | | | | | | | |
| | XBZX036 | 200kW Generator Greenpower Canopy 4i Offsho | | | | | | |
| 010 / 026 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 117.00 | day | 3,276.00 |
| | | Accessory (Power) Slings | | | | | | |
| 011 / 027 | Rental Charge | | 03/23/20 - 04/19/20 | 1.00 | 28.00 | 0.00 | | 0.00 |

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com

# aggreko®

P.O. Box 972562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

**INVOICE**  Page 2(2)
**Customer No.** US00008852  **Customer PO No.** 11906  **Invoice No.** 13549949
**Agreement No.** A567164  **Contact Name** Tim Smith  **Date** 04/28/20

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 15,284.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 15,284.00 |
| Sales Total | USD | |
| Sub-Total | USD | 15,284.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 15,284.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com



REMIT TO ONLY:
P.O. Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted

# INVOICE

| | | Page | 1(2) |
|---|---|---|---|
| Customer No. US00008852 | Customer PO No. 14828 | Invoice No. | 13551870 |
| Agreement No. A567164 | Contact Name Tim Smith | Date | 05/21/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
EPS Dock
VR265A
Cameron
LA

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 07/20/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

\*\*\*
Offshore Location: VR265
Routing ID: 573032
Lease #: 1955
Recipient Name: Jared Bergeron
\*\*\*

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | XBGG073 | 500kW Generator Greenpower Canopy Offshore | | | | | | |
| 001 / 009 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 229.00 | day | 6,412.00 |
| | XCDM005 | Distribution 800amp Transfer Switch Manual | | | | | | |
| 002 / 005 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 85.00 | day | 2,380.00 |
| | WAJA371 | 800gal Fuel Tank Double-Wall Metal | | | | | | |
| 003 / 006 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 004 / 002 | | Rental Charge | 04/20/20 - 05/17/20 | 7.00 | 28.00 | 1.25 | day | 245.00 |
| | | Accessory (Power) Slings | | | | | | |
| 005 / 003 | | Rental Charge | 04/20/20 - 05/17/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
| | | Accessory (Power) Slings | | | | | | |
| 006 / 010 | | Rental Charge | 04/20/20 - 05/17/20 | 1.00 | 28.00 | 0.00 | | 0.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 007 / 023 | | Rental Charge | 04/20/20 - 05/17/20 | 14.00 | 28.00 | 1.25 | day | 490.00 |
| | XBZX036 | 200kW Generator Greenpower Canopy 4i Offsho | | | | | | |
| | XBZX036 Excess Meter Hours | | 03/04/20 - 04/19/20 | 175.00 | | | | |
| | XAWK001 | 200kW Generator Greenpower Canopy Offshore | | | | | | |
| 009 / 030 | | Rental Charge | 04/20/20 - 05/15/20 | 1.00 | 26.00 | 117.00 | day | 3,042.00 |
| | XAWK001 Excess Meter Hours | | 04/20/20 - 05/15/20 | 1.00 | | | | |
| | XAWK001 Fuel Out/In | | 05/15/20 - 05/15/20 | 275.00 | | | | |
| | | Accessory (Power) Slings | | | | | | |
| 010 / 031 | | Rental Charge | 04/20/20 - 05/15/20 | 1.00 | 26.00 | 0.00 | | 0.00 |
| | | Filter Fuel Baldwin | | | | | | |
| 011 / 032 | | | 04/20/20 | 6.00 | 1.00 | 6.63 | Sales | 39.78 |
| | | Baldwin Filter | | | | | | |
| 012 / 033 | | | 04/20/20 | 6.00 | 1.00 | 12.35 | Sales | 74.10 |
| | | Filter Oil Baldwin | | | | | | |
| 013 / 034 | | | 04/20/20 | 4.00 | 1.00 | 13.81 | Sales | 55.24 |

Aggreko, LLC    4607 W. Admiral Doyle Drive, New Iberia, LA 70560    Tax ID# 72-0692213    www.aggreko.com

# aggreko®

REMIT TO:
PO Box 972562
Dallas, TX 75397-2562

For Proper Posting Include Invoice # on Check Stub

Major Credit Cards Accepted

## INVOICE

| | | | | Page | 2(2) |
|---|---|---|---|---|---|
| **Customer No.** | US00008852 | **Customer PO No.** | 14828 | **Invoice No.** | 13551870 |
| **Agreement No.** | A567164 | **Contact Name** | Tim Smith | **Date** | 05/21/20 |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 13,158.12 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 12,989.00 |
| Sales Total | USD | 169.12 |
| Sub-Total | USD | 13,158.12 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 13,158.12 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

Aggreko, LLC   4607 W. Admiral Doyle Drive, New Iberia, LA 70560   Tax ID# 72-0692213   www.aggreko.com



# INVOICE

| | | | |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 14828 | | **Page** 1(1) |
| **Agreement No.** A567164 | **Contact Name** Tim Smith | | **Invoice No.** 13554619 |
| | | | **Date** 06/30/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
EPS Dock
VR265A
Cameron
LA

| | | |
|---|---|---|
| **Customer Tax ID#** | **Salesperson** | Kyle Theriot |
| **Payment Terms** Net 60 | **Due Date** | 08/29/20 |
| **Currency** US Dollars | | |
| **Service Center** New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | \*\*\* | | | | | | |
| | | Offshore Location: VR265 | | | | | | |
| | | Routing ID: 573032 | | | | | | |
| | | Lease #: 1955 | | | | | | |
| | | Recipient Name: Jared Bergeron | | | | | | |
| | | \*\*\* | | | | | | |
| | XBGG073 | 500kW Generator Greenpower Canopy Offshore | | | | | | |
| 001 / 009 | | Rental Charge | 05/18/20 - 05/20/20 | 1.00 | 3.00 | 229.00 | day | 687.00 |
| | | XBGG073 Fuel Out/In | 05/20/20 - 05/20/20 | 83.00 | | | | |
| | XCDM005 | Distribution 800amp Transfer Switch Manual | | | | | | |
| 002 / 005 | | Rental Charge | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 85.00 | day | 2,380.00 |
| | WAJA371 | 800gal Fuel Tank Double-Wall Metal | | | | | | |
| 003 / 006 | | Rental Charge | 05/18/20 - 06/14/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 004 / 002 | | Rental Charge | 05/18/20 - 05/20/20 | 7.00 | 3.00 | 1.25 | day | 26.25 |
| | | Accessory (Power) Slings | | | | | | |
| 005 / 003 | | Rental Charge | 05/18/20 - 06/14/20 | 2.00 | 28.00 | 0.00 | | 0.00 |
| | | Accessory (Power) Slings | | | | | | |
| 006 / 010 | | Rental Charge | 05/18/20 - 05/20/20 | 1.00 | 3.00 | 0.00 | | 0.00 |
| | | Cable 04/0 LOV BAE 25 FT | | | | | | |
| 007 / 023 | | Rental Charge | 05/18/20 - 05/20/20 | 14.00 | 3.00 | 1.25 | day | 52.50 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 3,565.75 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 3,565.75 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 3,565.75 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 3,565.75 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.

# aggreko

P.O. Box 972562
Dallas TX 75397-2562

ONLY to
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted  VISA  DISCOVER

## INVOICE

Page 1(1)

| Customer No. | US00008852 | Customer PO No. | 23486 | Invoice No. | 13556009 |
|---|---|---|---|---|---|
| Agreement No. | A567164 | Contact Name | Tim Smith | Date | 07/17/20 |

**Invoice To**
Fieldwood Energy LLC
EDI: Coupa
2000 W Sam Houston Pkwy S Suite 1200
Houston
TX 77042-3623

**Deliver To**
Fieldwood Energy LLC
EPS Dock
VR265A
Cameron
LA

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 09/15/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | \*\*\* | | | | | | | |
| | Offshore Location: VR265 | | | | | | | |
| | Routing ID: 573032 | | | | | | | |
| | Lease #: 1955 | | | | | | | |
| | Recipient Name: Jared Bergeron | | | | | | | |
| | \*\*\* | | | | | | | |
| 001 / 005 | XCDM005 Rental Charge | Distribution 800amp Transfer Switch Manual 06/15/20 - 07/12/20 | | 1.00 | 28.00 | 85.00 | day | 2,380.00 |
| 002 / 006 | WAJA371 Rental Charge | 800gal Fuel Tank Double-Wall Metal 06/15/20 - 07/12/20 | | 1.00 | 28.00 | 15.00 | day | 420.00 |
| 003 / 003 | Rental Charge | Accessory (Power) Slings 06/15/20 - 07/12/20 | | 2.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,800.00 | 0.00% | - |

| | | |
|---|---|---|
| Rental Total | USD | 2,800.00 |
| Sales Total | USD | |
| Sub-Total | USD | 2,800.00 |
| Tax Total | USD | 0.00 |
| Invoice Total | USD | 2,800.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.



**ONLY to** _____ P.O. Box 972562
Dallas, TX 75397-2562
For Proper Posting Include Invoice # on Check Stub
Major Credit Cards Accepted  VISA DISCOVER

# INVOICE

| | | Page | 1(1) |
|---|---|---|---|
| **Customer No.** US00008852 | **Customer PO No.** 28893 | **Invoice No.** | 13558322 |
| **Agreement No.** A567164 | **Contact Name** Tim Smith | **Date** | 08/14/20 |

| Invoice To | Deliver To |
|---|---|
| Fieldwood Energy LLC<br>EDI: Coupa<br>2000 W Sam Houston Pkwy S Suite 1200<br>Houston<br>TX 77042-3623 | Fieldwood Energy LLC<br>EPS Dock<br>VR265A<br>Cameron<br>LA |

| Customer Tax ID# | | Salesperson | Kyle Theriot |
|---|---|---|---|
| Payment Terms | Net 60 | Due Date | 10/13/20 |
| Currency | US Dollars | | |
| Service Center | New Iberia | | |

| Line / Ref | Unit No. | Description | Invoice Period Delivery Date | Qty | Qty/Per | Price | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | *** | | | | | | | |
| | Offshore Location: VR265 | | | | | | | |
| | Routing ID: 573032 | | | | | | | |
| | Lease #: 1955 | | | | | | | |
| | Recipient Name: Jared Bergeron | | | | | | | |
| | *** | | | | | | | |
| | XCDM005 | Distribution 800amp Transfer Switch Manual | | | | | | |
| 001 / 005 | Rental Charge | | 07/13/20 - 08/09/20 | 1.00 | 28.00 | 85.00 | day | 2,380.00 |
| | WAJA371 | 800gal Fuel Tank Double-Wall Metal | | | | | | |
| 002 / 006 | Rental Charge | | 07/13/20 - 08/09/20 | 1.00 | 28.00 | 15.00 | day | 420.00 |
| | | Accessory (Power) Slings | | | | | | |
| 003 / 003 | Rental Charge | | 07/13/20 - 08/09/20 | 2.00 | 28.00 | 0.00 | | 0.00 |

| Jurisdiction | SalesTotal | Rate | Tax |
|---|---|---|---|
| Non Taxable | 2,800.00 | 0.00% | - |

| | | |
|---|---|---|
| **Rental Total** | USD | 2,800.00 |
| **Sales Total** | USD | |
| **Sub-Total** | USD | 2,800.00 |
| **Tax Total** | USD | 0.00 |
| **Invoice Total** | USD | 2,800.00 |

All overdue payments shall bear interest at the lesser of 18% per annum or the highest amount otherwise allowed by law.