IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | § | CASE NO. 20-33948 |
| | § | (Chapter 11) |
| FIELDWOOD ENERGY LLC | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

      Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

      COLORADO COUNTY TAX OFFICE

      c/o JOHN T. BANKS
      Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
      3301 Northland Drive
      Suite 505
      Austin, TX 78731
      (512) 302-0190
      (512) 302-1802 FAX
      jbanks@pbfcm.com

      Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
3301 Northland Drive
Suite 505
Austin, TX 78731
(512) 302-0190
(512) 302-1802

Attorneys for Claimant


By:  /s/JOHN T. BANKS

  JOHN T. BANKS
  Bar No: 01684250

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2

## CERTIFICATE OF SERVICE

I JOHN T. BANKS do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 30th day of October, 2020.

FIELDWOOD ENERGY LLC

        /s/JOHN T. BANKS
     JOHN T. BANKS
     Bar No: 01684250

     3301 Northland Drive
     Suite 505
     Austin, TX 78731
     (512) 302-0190
     (512) 302-1802

| | |
|---|---|
| Alfredo Perez | Hector Duran, Jr. |
| Weil, Gotshal & Manges LLP | U.S. Trustee |
| 767 Fifth Avenue | 515 Rusk |
| New York, NY 10153 | Ste. 3516 |
| ATTORNEY FOR DEBTOR | Houston, TX 77002 |
| | TRUSTEE |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3