## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## STIPULATION EXTENDING DEBTORS' DEADLINE
## TO COMPLY WITH THE REQUIREMENTS OF 11 U.S.C. § 345(b)

The above-captioned debtors and debtors in possession (the "**Debtors**") and the United States Trustee for Region 7 (the "**U.S. Trustee**") hereby enter into this stipulation (the "**Stipulation**") as follows:

WHEREAS, on August 3, 2020 and August 4, 2020 (as applicable, the "**Petition Date**"), the Debtors each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

WHEREAS, on the Petition Date, the Debtors filed the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 6) (the "**Cash Management Motion**"), pursuant to which the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

requested, among other things, an extension of time to comply with section 345(b) of the Bankruptcy Code;

WHEREAS, on August 4, 2020, the Court entered the *Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 49), which extended the time by which the Debtors must comply with section 345(b) of the Bankruptcy Code by forty-five (45) days through and including September 18, 2020, without prejudice to the Debtors' rights to request additional extensions of time to comply with section 345(b) of the Bankruptcy Code; and

WHEREAS, on September 14, 2020, the Court entered the *Final Order (I) Authorizing Debtors to (A) Continue their Existing Cash Management System, (B) Maintain Existing Business Forms, (C) Continue Intercompany Arrangements, and (D) Continue Utilizing Corporate Credit Cards; and (II) Granting Related Relief* (Docket No. 341) (the "**Final Cash Management Order**"), which further extends the time by which the Debtors must comply with section 345(b) of the Bankruptcy Code through and including November 2, 2020, and provides the deadline may be further extended by the Debtors entering into a written stipulation with the U.S. Trustee and filing such stipulation on the Court's docket without the need for further Court order.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1.     The Debtors' deadline to comply with section 345(b) of the Bankruptcy Code is extended through and including November 16, 2020.

2.     Except as expressly set forth herein, all of the terms, conditions, and provisions of the Final Cash Management Order remain in full force and effect.

2

3.     The entry of this Stipulation is without prejudice to the Debtors' rights to seek further extensions of the Debtors' deadline to comply with section 345(b) of the Bankruptcy Code or amendments to the Final Cash Management Order.

Date:   November 4, 2020
Houston, Texas

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
        Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

  /s/ Stephen Statham
OFFICE OF THE UNITED STATES TRUSTEE
Hector Duran
Stephen Statham
515 Rusk Street, Suite 3516
Houston, Texas  77002
Telephone:     (713) 718-4650
Facsimile:     (713) 718-4670
Email: Hector Duran@usdoj.gov
        Stephen.Statham@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on November 4, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


        */s/  Alfredo R. Pérez*
        Alfredo R. Pérez