IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## AFFIDAVIT OF SERVICE

I, Muhammad Azeem, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 26, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the OCP Reviewing Parties Service List attached hereto as **Exhibit A**:

- Declaration and Disclosure Statement of Mary Lou Soller, on Behalf of Miller & Chevalier Chartered [Docket No. 492]

- Declaration and Disclosure Statement of James D. Bercaw, on Behalf of King & Jurgens, L.L.C. [Docket No. 493]

- Declaration and Disclosure Statement of Erica L. Rancilio, on Behalf of Thompson Coburn LLP [Docket No. 494]

- Declaration and Disclosure Statement of Zachary P. Georgeson, on Behalf of Willis Towers Watson US LLC [Docket No. 495]

- Declaration and Disclosure Statement of Dean C. Rietz, on Behalf of Ryder Scott Company, L.P. [Docket No. 496]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- Declaration and Disclosure Statement of Glenn R. Legge, on Behalf of Holman Fenwick Willan USA LLP [Docket No. 497]

- Declaration and Disclosure Statement of J. Reid Simpson, on Behalf of Hartline Barger LLP [Docket No. 498]

- Declaration and Disclosure Statement of Christopher J. Barr, on Behalf of Post & Schell PC [Docket No. 499]

- Declaration and Disclosure Statement of Timothy T. Samson, on Behalf of Thompson & Knight LLP [Docket No. 500]

- Declaration and Disclosure Statement of Brian A. Kilmer, on Behalf of Kilmer Crosby & Quadros PLLC [Docket No. 501]

- Declaration and Disclosure Statement of Yvette Cleveland, on Behalf of Capitol Services, Inc. [Docket No. 502]

- Declaration and Disclosure Statement of Carl Wimberley on Behalf of Opportune Technologies LLC [Docket No. 503]

- Declaration and Disclosure Statement of Mark R. Haskell, on Behalf of Blank Rome LLP [Docket No. 504]

- Declaration and Disclosure Statement of Kevin M. Sweeney, on Behalf of the Law Office of Kevin M. Sweeney [Docket No. 505]

- Declaration of Ernst & Young LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business [Docket No. 506]

- Declaration and Disclosure Statement of Michiel Schul, on Behalf of Loyens & Loeff N.V. [Docket No. 507]

- Declaration and Disclosure Statement of William T. Heller IV, on Behalf of Mayer Brown LLP [Docket No. 508]

- Declaration of Disinterestedness of PricewaterhouseCoopers LLP Pursuant to the Order Authorizing Debtors to Employ Professionals Utilized in Ordinary Course of Business [Docket No. 509]

*[Remainder of page intentionally left blank]*

Dated: October 29, 2020

                                                                                                      */s/ Muhammad Azeem*
                                                                                                        Muhammad Azeem

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 29, 2020, by Muhammad Azeem, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

3

SRF 47512

# **Exhibit A**

Exhibit A
OCP Reviewing Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIPCODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | | | | | MWARNER@COLESCHOTZ.COM; BWALLEN@COLESCHOTZ.COM | EMAIL |
| DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | 450 LEXINGTON AVENUE | NEW YORK | NY | 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; MICHAEL.PERA@DAVISPOLK.COM; JOSHUA.STURM@DAVISPOLK.COM | FIRST CLASS MAIL AND EMAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | 515 RUSK AVE., STE. 3516 | HOUSTON | TX | 77002 | STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV; USTPREGION07.HU.ECF@USDOJ.GOV | FIRST CLASS MAIL AND EMAIL |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD & SHERRY J. MILLMAN | | | | | KHANSEN@STROOCK.COM; FMEROLA@STROOCK.COM; JCANFIELD@STROOCK.COM; SMILLMAN@STROOCK.COM | EMAIL |

In re: Fieldwood Energy LLC, et al.
Case No. 20-33948 (MI)

Page 1 of 1