IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On October 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 167]

On October 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Clarifying its Disclosure Obligations, (II) Approving Protocol for Providing Access to Information to Unsecured Creditors and (III) Retaining Prime Clerk LLC as Information Agent, Effective as of September 1, 2020 [Docket No. 401]

On October 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit C**:

- Notice of Hearing on Emergency Motion of Debtors for Order (I) Establishing Deadline to File Proofs of Claim and (II) Approving Form and Manner of Notice Thereof [Docket No. 406]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: November 2, 2020

*/s/ Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 2, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 47575

**Exhibit A**

Exhibit A

Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11533671 | ASCENSION ALPHA FUND LLC | C/O MATT SELTZER | 125 PARK AVE | NEW YORK | NY | 10017-5529 |
| 11533673 | ASCENSION ALPHA FUND, LLC | 125 PARK AVE | | NEW YORK | NY | 10017-5529 |
| 11533783 | HELIS OIL & GAS COMPANY LLC | 201 SAINT CHARLES AVE STE 2600 | | NEW ORLEANS | LA | 70170-3100 |
| 11535810 | HICKS DAVIS WYNN, P.C. | 3555 TIMMONS LN STE 1000 | | HOUSTON | TX | 77027-6495 |
| 11541093 | J MARK SMITH & ASSOCIATES INC | 2915 TOCCOA ST | | BEAUMONT | TX | 77703-4963 |
| 11536101 | JOHN SEEGER | ADDRESS ON FILE | | | | |
| 11538771 | LAUREN JONES | ADDRESS ON FILE | | | | |
| 11537203 | THE GUARDIAN LIFE INSURANCE COMPANY | 10 HUDSON YARDS FL 20 | | NEW YORK | NY | 10001-2159 |
| 11540672 | TILLIE MARIK ALFORD | ADDRESS ON FILE | | | | |

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address | City | State | PostalCode |
|---|---|---|---|---|---|
| 11533257 | CURRY, JILL | ADDRESS ON FILE | | | |
| 11541692 | DAVID L KINGCAID | ADDRESS ON FILE | | | |
| 11535397 | DAVID SEYMOUR WEISS | ADDRESS ON FILE | | | |
| 11537404 | EXPRO AMERICAS LLC | 1311 BROADFIELD BLVD STE 400 | HOUSTON | TX | 77084-7928 |
| 11537816 | OSPREY PETROLEUM PARTNERS LP | PO BOX 189 | MANVEL | TX | 77578-0189 |
| 11536896 | SHRED-IT USA LLC | 2355 WAUKEGAN RD STE 300 | BANNOCKBURN | IL | 60015-5501 |

**<u>Exhibit C</u>**

Exhibit C

Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 11538233 | CARDINAL COIL TUBING LLC | ATTN: BRANDON | 7514 HIGHWAY 90 W | NEW IBERIA | LA | 70560-7898 |
| 11541588 | CHRISTOPHER EDWARD KRENEK | ADDRESS ON FILE | | | | |
| 11533977 | HELIS OIL & GAS COMPANY LLC | 201 SAINT CHARLES AVE STE 2600 | | NEW ORLEANS | LA | 70170-3100 |
| 11765354 | John & Hengerer | 1629 K St NW Ste 402 | | Washington | DC | 20006-1633 |
| 11537816 | OSPREY PETROLEUM PARTNERS LP | PO BOX 189 | | MANVEL | TX | 77578-0189 |
| 11536752 | S&P GLOBAL INC | (FKA MCGRAW HILL FINANCIAL INC) | 55 WATER ST FL 37 | NEW YORK | NY | 10041-3205 |
| 11534182 | TIM FORD | ADDRESS ON FILE | | | | |
| 11534115 | WALTER E NATEMEYER | ADDRESS ON FILE | | | | |