# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON,PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY L L C

**First MORTGAGEE**
HB RENTALS L L C

**Index Type :** MORTGAGES

**File # :** 1611875

**Type of Document :** LIEN

**Book :** 3186 **Page :** 368

**Recording Pages :** 15

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

Theresa A. Robichaux
Clerk of Court

On (Recorded Date) : 10/02/2020

At (Recorded Time) : 9:56:36AM

Doc ID - 015130080015

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/02/2020 at 9:56:36
Recorded in Book 3186 Page 368
File Number 1611875

Christine S. LeCompte
Deputy Clerk

**Return To :** Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON,PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

**EXHIBIT 1**

| | |
|---|---|
| FILED: | Terrebonne Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-05889 |
| AREA/BLOCK: | GC-65 |
| OPERATOR: | Fieldwood Energy Offshore, LLC |
| LESSEE: | Wild Well Control, Inc. |
| AMOUNT: | $42,909.00 |

**OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE**

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of HB Rentals, LLC ("HBR"), 3303 Deborah Dr., Monroe, Louisiana 70518, and he is duly authorized to make and is making this affidavit for and on behalf of HBR.

2. HBR is in the business of furnishing labor, equipment, machinery, and materials, and related services' in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, HBR contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 29, 2020 through July 31, 2020 (the "Applicable Period"), HBR supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-05889, Green Canyon, Block 65, off the coast of Terrebonne, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $42,909.00 is due and owing on Invoice Nos. 1170064, 1170574, 1171066, 1171400, 1171688 and 1171936 (collectively the "Invoices") for those certain goods, equipment, supplies and services provided by HBR to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys'

EXHIBIT 1

fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by HBR were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood Energy Offshore, LLC ("FEO"), BOEM Company Number 03035, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to HBR as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to HBR on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, FEO; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein without limitation, Wild Well Control, Inc.; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (e) Wild Well Control, Inc., 2202 Oil Center Court, Houston, TX 77073; and (f) Wild Well Control, Inc., through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

HB Rentals, LLC

By: ______________________
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF AUGUST 2020.

______________________
NOTARY PUBLIC

NOTARY PUBLIC
STATE OF TEXAS
JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

EXHIBIT 1



Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170064

February 29, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 580
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | BLD0224 | FIBERGLASS REC ROOM/OFFICE (11' x 36') | 2/1/2020 2/29/2020 | to Cont | 29 | 65.00 | 1,885.00* |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 2/1/2020 2/29/2020 | to Cont | 29 | 65.00 | 1,885.00 |
| 1 | BLD0288 | FIBERGLASS SLEEPER - 12 MAN (11' x 36') | 2/1/2020 2/29/2020 | to Cont | 29 | 65.00 | 1,885.00 |
| 1 | BLD0311 | FIBERGLASS SLEEPER - 12 MAN (11' x 36') | 2/1/2020 2/29/2020 | to Cont | 29 | 65.00 | 1,885.00 |
| 1 | CGSS0003 | OFFSHORE SHORT STAIRWAY | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | CGSW0104 | OFFSHORE STAIRWAY | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | COMMS ACCESS | MISC COMMUNICATION ACCESSORY ITEM • Conference Phone | 2/1/2020 2/29/2020 | to Cont | 29 | 5.00 | 145.00* |
| 1 | CORD | POWER CORDS | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 1 | DATA1231 | VSAT - KU Satellite System | 2/1/2020 2/29/2020 | to Cont | 29 | 125.00 | 3,625.00* |
| 1 | EWM0926 | WATER MANIFOLD | 2/1/2020 2/29/2020 | to Cont | 29 | 18.00 | 522.00* |

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

JP

EXHIBIT A

EXHIBIT 1

HBR ORIGINAL - RETAIN


A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170064

February 29, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 580(
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | GOMMISCR | GOM MISC RENTAL ITEMS (18) SETS OF CURTAINS FOR BUNKS | 2/1/2020 2/29/2020 | to Cont | 29 | 35.00 | 1,015.00* |
| 1 | HDBR0163 | Direct TV-HD Receiver-H25 | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 6 | HOSE | HOSE (EXTRA SECTIONS) 1" X 50' HOSES | 2/1/2020 2/29/2020 | to Cont | 29 | 0.50 | 87.00* |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 12 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 12 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 2/1/2020 2/29/2020 | to Cont | 29 | 0.00 | 0.00* |
| 30 | LINENS | COMPLETE SET OF LINENS | 2/1/2020 2/29/2020 | to Cont | 29 | 0.50 | 435.00* |
| 1 | PC0093 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | PC0104 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | PC0121 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | PC0127 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | PC0147 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |
| 1 | PC0168 | OFFSHORE PORCH | 2/1/2020 2/29/2020 | to Cont | 29 | 10.00 | 290.00* |

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

JP

**EXHIBIT 1**

HBR ORIGINAL - RETAIN



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170064

February 29, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 580(
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148464-2-1 Retest Date: 05/06/2020 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148612-4-1 Retest date: 5/9/2020 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148464-2-2 Retest date: 05/06/2020 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-147533-2-1 Retest Date: 04/11/2020 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148612-7-1 Retest Date 05/09/2020 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 0.00 | 0.00* |
| 2 | STAIR LANDINC | OFFSHORE STAIR LANDING | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 6.00 | 348.00* |
| 1 | SW0079 | OFFSHORE STAIRWAY | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 10.00 | 290.00* |
| 1 | SW0082 | OFFSHORE STAIRWAY | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 10.00 | 290.00* |
| 1 | SW0093 | OFFSHORE STAIRWAY | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 10.00 | 290.00* |
| 1 | TV | TV<br>TV - 150232DU14187 | 2/1/2020<br>2/29/2020 | to<br>Cont | 29 | 5.00 | 145.00* |

| Stock Rental Charges | $ 17,342.00 | | |
|---|---|---|---|
| | | Pre Tax Total | $ 17,342.00 |
| | | Tax Total | $ 0.00 |
| | | Invoice Total | $ 17,342.00 |

* Denotes Taxable Item

GREEN CNYON 64/65 FIELD

Payment Terms NET 45 DAYS Days

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

HBR ORIGINAL - RETAIN

EXHIBIT 1



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
H.B. Rentals LC
PO Box 208643
Dallas, TX 75320-8643

# Hire Invoice

Invoice No. 1171936
July 31, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD/ROUNTING 5800
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: TEMP-023

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202145
Email:
IFM from: GOM/202059

Rental Items

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 7/1/2020<br>7/31/2020 | to<br>Cont | 31 | 55.00 | 1,705.00 |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 7/1/2020<br>7/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT N-148464-2-2 | 7/1/2020<br>7/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |

| Stock Rental Charges | $ 1,705.00 | Pre Tax Total | $ 1,705.00 |
|---|---|---|---|
| | | Tax Total | $ 0.00 |
| | | Invoice Total | $ 1,705.00 |

* Denotes Taxable Item

Payment Terms NET 45 DAYS Days

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

EXHIBIT 1

HBR ORIGINAL - RETAIN



Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

Invoice No. 1171688
June 30, 2020

# Hire Invoice

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD/ROUNTING 5800
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: TEMP-023

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202145
Email:
IFM from: GOM/202059

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 6/1/2020<br>6/30/2020 | to<br>Cont | 30 | 55.00 | 1,650.00 |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 6/1/2020<br>6/30/2020 | to<br>Cont | 30 | 0.00 | 0.00 |
| 1 | SLINGS | SET OF SLINGS<br>CERT N-148464-2-2 | 6/1/2020<br>6/30/2020 | to<br>Cont | 30 | 0.00 | 0.00 |

| Stock Rental Charges | $ 1,650.00 | | |
|---|---|---|---|
| | | Pre Tax Total | $ 1,650.00 |
| | | Tax Total | $ 0.00 |
| | | Invoice Total | $ 1,650.00 |

* Denotes Taxable Item

Payment Terms NET 45 DAYS Days

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance*

EXHIBIT 1



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

E-MAILED JUN 15 2020

Invoice No. 1171400

May 31, 2020

# Hire Invoice

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD/ROUNTING 5800
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: TEMP-023

Purchase Order No 18133
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202145
Email:
IFM from: GOM/202059

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 5/1/2020<br>5/31/2020 | to<br>Cont | 31 | 55.00 | 1,705.00 |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 5/1/2020<br>5/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT N-148464-2-2 | 5/1/2020<br>5/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |

| Stock Rental Charges | $ 1,705.00 | Pre Tax Total | $ 1,705.00 |
|---|---|---|---|
| | | Tax Total | $ 0.00 |
| | | Invoice Total | $ 1,705.00 |

* Denotes Taxable Item

Payment Terms **NET 45 DAYS Days**

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

HBR ORIGINAL - RETAIN

**EXHIBIT 1**



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

CHARGED MAY - 5 2020
CHARGED MAY - 6

# Hire Invoice

Invoice No. 1171066

April 30, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD/ROUNTING 5800
AFE No.GC065FLD-050119-X
Cost Center

Purchase Order No 13013
OCSG No.
Location Contact:
Location Telephone:
Contract No. RC-GOM/202145
Email:

| Qty | Item Number | Description | Rental Dates | | IFM from: Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 4/1/2020<br>4/12/2020 | to<br>Cont | 12 | 65.00 | 780.00* |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 4/13/2020<br>4/30/2020 | to<br>Cont | 18 | 55.00 | 990.00 |
| 1 | CORD | POWER CORDS | 4/1/2020<br>4/12/2020 | to<br>Cont | 12 | 0.00 | 0.00* |
| 6 | HOSE | HOSE (EXTRA SECTIONS) | 4/1/2020<br>4/14/2020 | to<br>Cont | 14 | 0.00 | 0.00* |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 4/1/2020<br>4/30/2020 | to<br>Cont | 30 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS | 4/1/2020<br>4/14/2020 | to<br>Cont | 14 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT N-148464-2-2 | 4/1/2020<br>4/30/2020 | to<br>Cont | 30 | 0.00 | 0.00* |

| Stock Rental Charges | $ 1,770.00 | Pre Tax Total | $ 1,770.00 |
|---|---|---|---|
| | | Tax Total | $ 0.00 |
| | | Invoice Total | $ 1,770.00 |

* Denotes Taxable Item

Payment Terms NET 45 DAYS Days

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

**EXHIBIT 1**

HBR ORIGINAL - RETAIN



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170574

March 31, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 580(
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | BLD0224 | FIBERGLASS REC ROOM/OFFICE (11' x 36') | 3/1/2020 3/27/2020 | to O/H | 27 | 65.00 | 1,755.00* |
| 1 | BLD0233 | FIBERGLASS SLEEPER - 6 MAN w/GALLEY (11' x 36') | 3/1/2020 3/31/2020 | to Cont | 31 | 65.00 | 2,015.00 |
| 1 | BLD0288 | FIBERGLASS SLEEPER - 12 MAN (11' x 36') | 3/1/2020 3/24/2020 | to O/H | 24 | 65.00 | 1,560.00 |
| 1 | BLD0311 | FIBERGLASS SLEEPER - 12 MAN (11' x 36') | 3/1/2020 3/24/2020 | to O/H | 24 | 65.00 | 1,560.00 |
| 1 | CGSS0003 | OFFSHORE SHORT STAIRWAY | 3/1/2020 3/24/2020 | to O/H | 24 | 10.00 | 240.00* |
| 1 | CGSW0104 | OFFSHORE STAIRWAY | 3/1/2020 3/30/2020 | to O/H | 30 | 10.00 | 300.00* |
| 1 | COMMS ACCESS | MISC COMMUNICATION ACCESSORY ITEM • Conference Phone | 3/1/2020 3/30/2020 | to Cont | 30 | 5.00 | 150.00* |
| 1 | CORD | POWER CORDS | 3/1/2020 3/31/2020 | to Cont | 31 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 3/1/2020 3/27/2020 | to O/H | 27 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 3/1/2020 3/24/2020 | to O/H | 24 | 0.00 | 0.00* |
| 1 | CORD | POWER CORDS | 3/1/2020 3/24/2020 | to O/H | 24 | 0.00 | 0.00* |
| 1 | DATA1231 | VSAT - KU Satellite System | 3/1/2020 3/30/2020 | to Cont | 30 | 125.00 | 3,750.00* |
| 1 | EWM0926 | WATER MANIFOLD | 3/1/2020 3/24/2020 | to O/H | 24 | 18.00 | 432.00* |

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

JP

**EXHIBIT 1**

A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170574

March 31, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 5801
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | GOMMISCR | GOM MISC RENTAL ITEMS<br>(18) SETS OF CURTAINS FOR BUNKS | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 35.00 | 840.00* |
| 1 | HDBR0163 | Direct TV-HD Receiver-H25 | 3/1/2020<br>3/30/2020 | to<br>Cont | 30 | 10.00 | 300.00* |
| 6 | HOSE | HOSE (EXTRA SECTIONS)<br>1" X 50' HOSES | 3/1/2020<br>3/30/2020 | to<br>Cont | 30 | 0.50 | 90.00* |
| 12 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 0.00 | 0.00* |
| 6 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 3/1/2020<br>3/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |
| 12 | JACKET | LIFE JACKETS WITH LIGHTS AND WHISTLE | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 0.00 | 0.00* |
| 30 | LINENS | COMPLETE SET OF LINENS | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 15.00 | 450.00* |
| 1 | PC0093 | OFFSHORE PORCH | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 10.00 | 300.00* |
| 1 | PC0104 | OFFSHORE PORCH | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 10.00 | 300.00* |
| 1 | PC0121 | OFFSHORE PORCH | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 10.00 | 240.00* |
| 1 | PC0127 | OFFSHORE PORCH | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 10.00 | 240.00* |
| 1 | PC0147 | OFFSHORE PORCH | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 10.00 | 300.00* |
| 1 | PC0168 | OFFSHORE PORCH | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 10.00 | 300.00* |

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*



JP

**EXHIBIT 1**



A SUPERIOR ENERGY SERVICES COMPANY

Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

Invoice No. 1170574
March 31, 2020

# Hire Invoice

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 580(
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|---|
| Rental Items | | | | | | | |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148612-4-1 Retest date: 5/9/2020 | 3/1/2020<br>3/31/2020 | to<br>Cont | 31 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148464-2-1 Retest Date: 05/06/2020 | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148612-7-1 Retest Date 05/09/2020 | 3/1/2020<br>3/27/2020 | to<br>O/H | 27 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-148464-2-2 Retest date: 05/06/2020 | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 0.00 | 0.00* |
| 1 | SLINGS | SET OF SLINGS<br>CERT #N-147533-2-1 Retest Date: 04/11/2020 | 3/1/2020<br>3/30/2020 | to<br>Cont | 30 | 0.00 | 0.00* |
| 2 | STAIR LANDINC | OFFSHORE STAIR LANDING | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 6.00 | 360.00* |
| 1 | SW0079 | OFFSHORE STAIRWAY | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 10.00 | 240.00* |
| 1 | SW0082 | OFFSHORE STAIRWAY | 3/1/2020<br>3/30/2020 | to<br>O/H | 30 | 10.00 | 300.00* |
| 1 | SW0093 | OFFSHORE STAIRWAY | 3/1/2020<br>3/24/2020 | to<br>O/H | 24 | 10.00 | 240.00* |
| 1 | TV | TV<br>TV - 150232DU14187 | 3/1/2020<br>3/30/2020 | to<br>Cont | 30 | 5.00 | 150.00* |

| Consumables | | | Non Rental Charges | Total Non Rental |
|---|---|---|---|---|
| 2 | CLN | CLEANING<br>RETURN CLEANING BLD0288 & BLD0311 | 400.00 | 800.00* |
| 1 | CLN | CLEANING<br>BLD0224 | 400.00 | 400.00* |

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

JP

EXHIBIT 1



Inquiries to:
Accounts Receivable
Tel: 337-839-1641
billing@hbrental.com
Tax ID# 72-1307291

Remit Payments to:
Dept 2131
PO Box 122131
Dallas, TX 75312-2131

# Hire Invoice

Invoice No. 1170574

March 31, 2020

Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200

Houston
TX 77042

Ordered By: BILL BECNEL
Rig No BULLWINKLE
Lease No. OCS-G05889
Well No. GC065FLD /ROUTING # 5801
AFE No.GC065FLD-050119-X
Cost Center
Quote Ref: Q-2158 REV A

Purchase Order No
OCSG No.
Location Contact: BILL BECNEL
Location Telephone: 337-380-3901
Contract No. RC-GOM/202059
Email: Alex.Saburov@Fwellc.com

| Qty | Item Number | Description | Rental Dates | Days of Rent | Daily Rate Per Item | Total |
|---|---|---|---|---|---|---|
| Consumables | | | | | Non Rental Charges | Total Non Rental |
| 2 | CRANE | CHARGES FOR CRANE OFFLOAD BLD0288 & BLD0311 | | | 375.00 | 750.00* |
| 1 | CRANE | CHARGES FOR CRANE BLD0224 | | | 375.00 | 375.00* |

| | | | |
|---|---|---|---|
| Stock Rental Charges | $ 16,412.00 | Pre Tax Total | $ 18,737.00 |
| Non Rental Charges | $ 2,325.00 | Tax Total | $ 0.00 |
| | | Invoice Total | $ 18,737.00 |

* Denotes Taxable Item GREEN CNYON 64/65 FIELD Payment Terms **NET 45 DAYS Days**

*Equipment rental and services related to this Hire Invoice shall be governed exclusively by the H. B. Rentals, L.C. Equipment Rental/Services Agreement General Terms and Conditions (the "Terms on the reverse side of this document. The Terms are also available upon request and at the H.B. Rentals, L.C. webpage http://www.superiorenergy.com/subsidiary/hb-rentals/. Acceptance of the Terms shall be by acknowledgment as described in Section 2.1 of the Terms, including without limitation by beginning performance.*

**EXHIBIT 1**