# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
SUPERIOR ENERGY SERVICES L L C

| | |
|---|---|
| **Index Type :** MORTGAGE | **Inst Number :** 1303735 |
| **Type of Document :** LIEN AFFIDAVIT | **Book :** 2078    **Page :** 462 |
| **Recording Pages :** 6 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 10/02/2020
At (Recorded Time) : 2:42:24PM

Deputy Clerk

Doc ID - 033585160006

Do not Detach this Recording Page from Original Document

|  |  |
|---|---|
| FILED: | Lafourche Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $77,728.48 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Superior Energy Services, L.L.C. ("Superior"), 203 Commission Blvd., Lafayette, LA 70508, and he is duly authorized to make and is making this affidavit for and on behalf of Superior.

2. Superior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Superior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about May 14, 2020 (the "Applicable Period"), Superior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Lafourche Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $77,728.48 is due and owing on Invoice No. SCS-007474 (the "Invoice") for those certain goods, equipment, supplies and services provided by Superior to the Lease during the Applicable Period, together with

- 1 -

accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Superior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Superior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Superior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Lafourche Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019; (d) Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 28th day of August, 2020.

Superior Energy Services, L.L.C.

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 28th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -



# INVOICE

| | |
|---|---|
| Invoice: | SCS-007474 |
| Invoice Date: | 5/14/2020 |
| Page: | 1 of 2 |
| Customer No.: | 35698 |
| Payment Terms: | Net 30 |
| Due Date: | June 13, 2020 |
| PO Number: | FW202002 |
| Bundled Job Number: | |

**Bill To**

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

**Amount Due:** 77,728.48 USD

Amount Remitted
Original Invoice:  TLD-002433
Prior Adjustment:  Rowan Resolute

Lease: 34536
Field: GREEN CANYON 40
Well: SS#1

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-850 | Washpipe Gauge Set, Per Day | 21.00 | DY | 600.00 | 12,600.00 |
| TR-SPN-850 | Washpipe Gauge Set, Per Day | 21.00 | DY | 600.00 | 12,600.00 |
| TR-SPN-850 | Washpipe Gauge Set, Per Day | 21.00 | DY | 600.00 | 12,600.00 |
| | SC RENTALS | | | SubTotal: | 37,800.00 |
| TR-SPN-431 | Off-Site Shop Labor (2 Hr. Minimum per Man) COREY LIVINGS (HES/NEW IBERIA FIT TEST 4/2/20) | 6.00 | HOUR | 110.00 | 660.00 |
| TR-SPN-900 | SCS Tool Specialist WILL KLINGENSMITH | 13.00 | DY | 2,950.00 | 38,350.00 |
| | SC SERVICE | | | SubTotal: | 39,010.00 |
| TR-SPN-920 | Pickup Truck/Company Car New Iberia, La (COREY LIVINGS HES 4/2/2020) | 38.00 | MI | 3.56 | 135.28 |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 |

*** Continued ****



EXHIBIT A

| Invoice: SCS-007474 | | Invoice Date: 5/14/2020 | PO Number: FW202002 | | | Page : 2 of 2 |
|---|---|---|---|---|---|---|
| Merchandise Code | Description | | Quantity | UOM | Unit Amt | Net Amount |
| | | SC TRANSP | | | SubTotal: | 918.48 |

COREY LIVINGS (OFFSITE SHOP LABOR HES/NEW IBERIA)

**Please Remit To:**
Superior Energy Services, L.L.C.
Dept 2203
P.O. Box 122203
Dallas, TX 75312-2203

| | |
|---|---|
| Subtotal | 77,728.48 |
| Trade Discount | 0.00 |
| Sales Tax | 0.00 |
| Total | 77,728.48 USD |

**Superior's Standard Terms and Conditions**
https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf