# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA  70130-6041

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

SUPERIOR ENERGY SERVICES LLC

| | | |
|---|---|---|
| **Index Type :** MORTGAGE | **File # :** 2020-00004014 | |
| **Type of Document :** MATERIALMANS LIEN | | |
| | **Book :** 778 | **Page :** 495 |
| **Recording Pages :** 24 | | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 10/02/2020

At (Recorded Time) : 11:40:36AM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 10/02/2020 at 11:40:36
Recorded in Book  778  Page  495
File Number 2020-00004014

Deputy Clerk

Doc ID - 005343560024

**Return To :**

Do not Detach this Recording Page from Original Document

**EXHIBIT 3**

FILED:          Plaquemines Parish,
                    Bureau of Ocean Energy Management
LEASE NO.:   OCS-G-27278
AREA/BLOCK: MC 519
OPERATOR:   BP Exploration & Production Inc.
LESSEE:       Red Willow Offshore, LLC; Houston
                    Energy Deepwater Ventures I; Fieldwood
                    Energy, LLC
AMOUNT:      $1,797,820.4

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

     **BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

     1.    He is the Assistant General Counsel and authorized agent of Superior Energy Services, L.L.C. ("Superior"), 203 Commission Blvd., Lafayette, LA 70508, and he is duly authorized to make and is making this affidavit for and on behalf of Superior.

     2.    Superior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

     3.    In connection with its business, Superior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

     4.    Between approximately January 30, 2020 through May 5, 2020 (the "Applicable Period"), Superior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-27278, Mississippi Canyon, Block 519, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

     5.    As of the present date, a remaining principal amount of $1,797,820.40 is due and owing on Invoice Nos. SCS-007428, SCS-007366, SCS-007397, SCS-007453, SCS-007429 and SCS-007459 (collectively, the "Invoices") for those certain goods, equipment, supplies and

EXHIBIT 3

services provided by Superior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.      At all relevant times hereto, the labor, equipment, supplies and services provided by Superior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), BP Exploration & Production Inc. ("BEP"), BOEM Company Number 02481, was at all relevant times and remains the operator of the above-referenced Lease.

8.      This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Superior as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Superior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, BEP, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, BEP; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, BEP, and the operating interest of any participating lessee(s) therein without limitation, Red Willow Offshore, LLC, Houston Energy Deepwater Ventures I and Fieldwood Energy, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

**EXHIBIT 3**

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) BP Exploration & Production Inc.       17220       Katy       Freeway,       Suite       100 Houston, TX 77094; (d) BP Exploration & Production Inc., through its registered agent C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) Red Willow Offshore, LLC, 14933 Highway 172, Post Office Box 369, Ignacio, CO 81137; (f) Red Willow Offshore, LLC, through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (g) Houston Energy Deepwater Ventures V., 1200 Smith, Suite 2400, Houston , TX 77002; and (h) Houston Energy Deepwater Ventures V., through its registered agent, Taylor V Cooksey, 6363 Woodway, Ste 610, Houston, TX 77057.

Thus done and signed in Houston, Texas on this 20ᵗʰ day of August, 2020.



Superior Energy Services, L.L.C.

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20ᵗʰ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 3**



**INVOICE**

| Invoice: | SCS-007366 |
|---|---|
| Invoice Date: | 1/30/2020 |
| Page : | 1 of 9 |

EXHIBIT A

Customer No.: 35698
Payment Terms: Net 30
Due Date: February 29, 2020
PO Number:
Bundled Job Number:

**Amount Due:** 1,488,463.00 USD

**Bill To**

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

Lease: 27278

Field: MISSISSIPPI CANYON

Well: 3

Amount Remitted
Original Invoice: TLD-002389
Prior Adjustment: Rowan Resolute

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-840 | Expediting Fee | 1.00 | ZONE | 73,000.00 | 73,000.00 |
| | **SC RENTALS** | | | SubTotal: | **73,000.00** |
| 410.70300C | Extension, Seal House 7" 32# 8 ft. Lg. w/6.875" - 8SA Pn x 6.875" - 8SA Pn 10.5K 13HCr | 1.00 | EA | 11,750.00 | 8,225.00 |
| Customer Property | Final#       Heat# 1-60166<br>PO#- 31103054   Sling Cert#-    WT-<br>ASM# -       SN#-02 | | | | |
| 410.70324C | Extension, Seal House 7" 32# 12 ft. Lg. w/6.875" - 8SA Pn x 6.875" - 8SA Pn 10.5K 13SCr | 1.00 | EA | 17,625.00 | 12,337.50 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | | Invoice Date: 1/30/2020 | PO Number: | | | Page : | 2 of 9 |
|---|---|---|---|---|---|---|---|

| Merchandise Code | Description | | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| Customer Property | Final# <br> PO#- 690916 <br> ASM# - | Sling Cert#- | Heat# 702073 <br> WT- <br> SN#-02 | | | | |
| 414.74001C | Coupling, Comb. NR 7.437" - 8SA Bx x 6.875" - 8SA Bx VI w/BU 0.83 Lg. 12.5K 13HCr | | | 1.00 | EA | 6,215.00 | 4,350.50 |
| Customer Property | Final# <br> PO#- <br> ASM# - | Sling Cert#- | Heat# <br> WT- <br> SN#-WO00690758 | | | | |
| 414.68724C | Coupling, Tubing 6.875" - 8SA Bx x Bx VI 1.41 Lg. 10K 13HCr | | | 1.00 | EA | 5,950.00 | 4,165.00 |
| Customer Property | Final# <br> PO#- <br> ASM# - | Sling Cert#- | Heat# <br> WT- <br> SN#-WO00690759 | | | | |
| 560.6712C | Union, Quick 8.015" M-Pac/AFL/VI w/6.875" - 8SA Bx x 5-1/2" 23# Lion Pn 10.5K 13SCr | | | 1.00 | EA | 23,490.00 | 16,443.00 |
| Customer Property | Final# <br> PO#- <br> ASM# - | Sling Cert#- | Heat# <br> WT- <br> SN#-WO00690847 | | | | |
| 413.81182C | Sub, XO 5-1/2" 23# JEF Lion Bx x 5" 18# VT Pn - 1.15' Lg. 11K 13SCr | | | 1.00 | EA | 12,475.00 | 8,732.50 |
| Customer Property | Final# <br> PO#- 31103053 <br> ASM# - | Sling Cert#- | Heat# 726272 <br> WT- <br> SN#-01 | | | | |
| 204.9635C | Locator, Auto 9637 VI f/MST w/5" 18# VT Bx x 6.000" - 6SA Pn 12.5Ksi 13HCr | | | 1.00 | EA | 58,250.00 | 40,775.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | | Invoice Date: 1/30/2020 | | PO Number: | | | Page : 3 of 9 |
|---|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | | | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690760 | | | | |
| 204.9646F | Sub, Hyd. Safety Shr. 9637 HC-HNBR Mesh w/6.000" - 6SA Bx x 5.830" - 6SA Pn 12Ksi FW13HCr | | | 1.00 | EA | 27,465.00 | 19,225.50 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690761 | | | | |
| 201.995F | Packer, MST-ISO 96 & 10137 53.5#/79.2# AFL w/5.830" 6SA Bx x 4.902" 8SA Pn 10K FW13HCr | | | 1.00 | EA | 66,800.00 | 46,760.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690763 | | | | |
| 202.958C | Sleeve, MST MS Cls 9637 HC-HNBR VI f/MST w/4.902" 8SA Bx x 4.902" - 8SA Pn 14Ksi 13HCr | | | 1.00 | EA | 35,445.00 | 24,811.50 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690762 | | | | |
| 204.9632C | Indicator, Circ. Valve 9637 7.02' VI/BU w/4.902" - 8SA Bx x 6.062" - 6SA Pn 12.5K 13HCr | | | 1.00 | EA | 13,750.00 | 9,625.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690764 | | | | |
| 414.60015C | Sub, XO-A 6.062" - 6SA Bx x 5-1/2" 23# SLHT Pn VI/BU 0.89' Lg. 10K 13SCr | | | 1.00 | EA | 5,250.00 | 3,675.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | Invoice Date: 1/30/2020 | | PO Number: | | | Page : 4 of 9 | |
|---|---|---|---|---|---|---|---|
| Merchandise Code | Description | | Quantity | UOM | Unit Amt | Net Amount | |
| Customer Property | Final#<br>PO#-<br>ASM# - | Sling Cert#- | Heat#<br>WT-<br>SN#-WO00690765 | | | | |
| 413.55286C | Sub, Dbl. Pn w/5-1/2" 23# SLHT Bx x 5-1/2" 23# SLHT Pn x 3-1/2" 9.2# VFJL Pn 10.5K 13SCr | | 1.00 | EA | 19,260.00 | 13,482.00 | |
| Customer Property | Final#<br>PO#- 31103053<br>ASM# - | Sling Cert#- | Heat# 726621<br>WT-<br>SN#-01 | | | | |
| MSV-2562-TO-S15C | Sleeve, MSV-O 3.869"x2.562" PTFE SESR SEL w/3-1/2" 9.2# VFJL Bx x Pn 10K 13HCr | | 1.00 | EA | 25,250.00 | 17,675.00 | |
| Customer Property | Final#<br>PO#-<br>ASM# - | Sling Cert#- | Heat#<br>WT-<br>SN#-WO00690766 | | | | |
| 413.55349C | Plug, Bull 3.531" OD w/3-1/2" 9.2# VFJL Bx - 13HCr | | 1.00 | EA | 2,485.00 | 1,739.50 | |
| Customer Property | Final#<br>PO#- 31102887<br>ASM# - | Sling Cert#- | Heat# B3179A<br>WT-<br>SN#-01 | | | | |
| 413.55019C | Plug, Bull 6.065" OD w/5-1/2" - SLHT Bx 12K 13HCr | | 1.00 | EA | 3,965.00 | 2,775.50 | |
| Customer Property | Final#<br>PO#- 31102887<br>ASM# - | Sling Cert#- | Heat# 9050759A<br>WT-<br>SN#-01 | | | | |
| 410.70300C | Extension, Seal House 7" 32# 8 ft. Lg. w/6.875" - 8SA Pn x 6.875" - 8SA Pn 10.5K 13HCr | | 1.00 | EA | 11,750.00 | 8,225.00 | |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | | Invoice Date: 1/30/2020 | PO Number: | | | Page : 5 of 9 | |
|---|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | | | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** |
| Customer Property | Final# | | Heat# 1-60166 | | | | |
| | PO#- 31103054 | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-01 | | | | |
| 410.70324C | Extension, Seal House 7" 32# 12 ft. Lg. w/6.875" - 8SA Pn x 6.875" - 8SA Pn 10.5K 13Scr | | | 1.00 | EA | 17,625.00 | 12,337.50 |
| Customer Property | Final# | | Heat# 701976 | | | | |
| | PO#- 691874 | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-01 | | | | |
| 414.68724C | Coupling, Tubing 6.875" - 8SA Bx x Bx VI 1.41 10K 13HCr | | | 1.00 | EA | 5,950.00 | 4,165.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690767 | | | | |
| 560.6712C | Union, Quick 8.015" M-Pac/AFL/VI w/6.875" - 8SA Bx x 5-1/2" 23# Lion Pn 10.5K 13Scr | | | 1.00 | EA | 23,490.00 | 16,443.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690848 | | | | |
| 413.81182C | Sub, XO 5-1/2" 23# JEF Lion Bx x 5" 18# VT Pn - 1.15' Lg. 11K 13Scr | | | 1.00 | EA | 12,475.00 | 8,732.50 |
| Customer Property | Final# | | Heat# 726272 | | | | |
| | PO#- 31103053 | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-02 | | | | |
| 204.9635C | Locator, Auto 9637 VI f/MST w/5" 18# VT Bx x 6.000" - 6SA Pn 12.5Ksi 13HCr | | | 1.00 | EA | 58,250.00 | 40,775.00 |

*** Continued ****

**EXHIBIT 3**

**Invoice: SCS-007366**   **Invoice Date:** **1/30/2020**   **PO Number:**   **Page :** **6 of 9**

| Merchandise Code | Description | | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690768 | | | | |
| 204.9646F | Sub, Hyd. Safety Shr. 9637 HC-HNBR Mesh w/6.000" - 6SA Bx x 5.830" - 6SA Pn 12Ksi FW13HCr | | | 1.00 | EA | 27,465.00 | 19,225.50 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690769 | | | | |
| 201.995F | Packer, MST-ISO 96 & 10137 53.5#/79.2# AFL w/5.830" 6SA Bx x 4.902" 8SA Pn 10K FW13HCr | | | 1.00 | EA | 66,800.00 | 46,760.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690770 | | | | |
| 202.958C | Sleeve, MST MS Cls 9637 HC-HNBR VI f/MST w/4.902" 8SA Bx x 4.902" - 8SA Pn 14Ksi 13HCr | | | 1.00 | EA | 35,445.00 | 24,811.50 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690771 | | | | |
| 204.9632C | Indicator, Circ. Valve 9637 7.02' VI/BU w/4.902" - 8SA Bx x 6.062" - 6SA Pn 12.5K 13HCr | | | 1.00 | EA | 13,750.00 | 9,625.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00690757 | | | | |
| 414.60015C | Sub, XO-A 6.062" - 6SA Bx x 5-1/2" 23# SLHT Pn VI/BU 0.89' Lg. 10K 13SCr | | | 1.00 | EA | 5,250.00 | 3,675.00 |

*** Continued ****

**EXHIBIT 3**

**Invoice: SCS-007366**   **Invoice Date:** **1/30/2020**   **PO Number:**   **Page :**  **7 of 9**

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| Customer Property | Final# <br> PO#      Sling Cert#– <br> ASM# - | Heat# <br> WT- <br> SN#-WO00690772 | | | |
| 413.55286C <br><br> Customer Property | Sub, Dbl. Pn w/5-1/2" 23# SLHT Bx x 5-1/2" 23# SLHT Pn x 3-1/2" 9.2# VFJL Pn 10.5K 13SCr | 1.00 | EA | 19,260.00 | 13,482.00 |
|  | Final# <br> PO#- 31103053    Sling Cert#– <br> ASM# - | Heat# 726621 <br> WT- <br> SN#-02 | | | |
| MSV-2562-TO-S15C <br><br> Customer Property | Sleeve, MSV-O 3.869"x2.562" PTFE SESR SEL w/3-1/2" 9.2# VFJL Bx x Pn 10K 13HCr | 1.00 | EA | 25,250.00 | 17,675.00 |
|  | Final# <br> PO#-      Sling Cert#– <br> ASM# - | Heat# <br> WT- <br> SN#-WO00690773 | | | |
| 413.55349C <br> Customer Property | Plug, Bull 3.531" OD w/3-1/2" 9.2# VFJL Bx - 13HCr | 1.00 | EA | 2,485.00 | 1,739.50 |
|  | Final# <br> PO#- 31102887    Sling Cert#– <br> ASM# - | Heat# B3179A <br> WT- <br> SN#-02 | | | |
| 413.55019C <br> Customer Property | Plug, Bull 6.065" OD w/5-1/2" – SLHT Bx 12K 13HCr | 1.00 | EA | 3,965.00 | 2,775.50 |
|  | Final# <br> PO#- 31102887    Sling Cert#– <br> ASM# - | Heat# 9050759A <br> WT- <br> SN#-02 | | | |
| 875.0002F | System, HAWC 9-5/8" 53.5# AFL 3.437", 3.125", & 2.875" SESR & GM w/5-1/2" 23# Lion Bx 12.5K 13SCr | 1.00 | EA | 925,000.00 | 647,500.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | Invoice Date:  1/30/2020 | PO Number: | | | Page :   8 of 9 |
|---|---|---|---|---|---|

| Merchandise Code | Description | | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| Customer Property | Final# | | Heat# | | | | |
| | PO# | Sling Cert# | WT- | | | | |
| | ASM# - | | SN#-WO00693128 | | | | |
| 900.01502 | VCD FOR PETRO TECH. 1/4" POTH TESTABLE METAL CONNECTOR | | | 8.00 | EA | 3,500.00 | 19,600.00 |
| Customer Property | Final# | | Heat# N/A | | | | |
| | PO# 31102812 | Sling Cert# | WT- | | | | |
| | ASM# - | | SN#-N/A | | | | |
| 520.5401C | Union, LH Quick 3.437" - f/HSSV w/ Safety Shr Jt 5.400" - 8SA Pn x 3-1/2" 9.3# STS-8 Pn 13.5K 13SCr | | | 1.00 | EA | 32,220.00 | 22,554.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO# | Sling Cert# | WT- | | | | |
| | ASM# - | | SN#-WO00693130 | | | | |
| 201.98258C | Stop, Tubing 3.824"x3.500" f/WL Cutter w/5-1/2" 23# Lion Bx x Pn 12K 13SCr | | | 1.00 | EA | 8,660.00 | 6,062.00 |
| Customer Property | Final# | | Heat# A1600W | | | | |
| | PO# 31103103 | Sling Cert# | WT- | | | | |
| | ASM# - | | SN#-01 | | | | |
| 402.4013C | Unit, Seal 4.00" x 1' ATR/AFL - w/3.437" - 8SA Bx x Pn 10K 13HCr | | | 1.00 | EA | 5,000.00 | 3,500.00 |
| Customer Property | Final# | | Heat# | | | | |
| | PO# | Sling Cert# | WT- | | | | |
| | ASM# - | | SN#-WO00690777 | | | | |
| 414.64002C | Sub, XO-A 5-1/2" 23# SLHT Bx x 6.400" - 8SA Pn VI w/BU 1.75' Lg. 14.5K 13HCr | | | 1.00 | EA | 9,225.00 | 6,457.50 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007366 | | Invoice Date: 1/30/2020 | | PO Number: | | | Page : 9 of 9 | |
|---|---|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | | | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** | |
| Customer Property | Final# | | Heat# | | | | | |
| | PO#- | Sling Cert#- | WT- | | | | | |
| | ASM# - | | SN#-WO00690778 | | | | | |
| 560.8040C | Valve, XAF 7.25"x2.813" 40x37.5 VI w/6.400" 8SA Bx x 6.400" 8SA Pn x 3.406" 10SA Pn 10K 13HCr | | | 1.00 | EA | 322,425.00 | 225,697.50 | |
| Customer Property | Final# | | Heat# | | | | | |
| | PO#- | Sling Cert#- | WT- | | | | | |
| | ASM# - | | SN#-WO00690779 | | | | | |
| 407.7120C | Sub, Safety Shr. 12" Str VI w/BU ( )k Shr 6.400" - 8SA Bx x 5-1/2" 23# SLHT Pn 12.5Ksi 13HCr | | | 1.00 | EA | 18,850.00 | 13,195.00 | |
| Customer Property | Final# | | Heat# | | | | | |
| | PO#- | Sling Cert#- | WT- | | | | | |
| | ASM# - | | SN#-WO00690780 | | | | | |
| 560.80052C | Sub, XO-A 3.406" - 10SA Bx x 3-1/2" 9.2# VFJL Pn VI w/BU 2.1' Lg. NR 10Ksi 13HCr | | | 1.00 | EA | 8,075.00 | 5,652.50 | |
| Customer Property | Final# | | Heat# | | | | | |
| | PO#- | Sling Cert#- | WT- | | | | | |
| | ASM# - | | SN#-WO00690781 | | | | | |
| | | | **SC SALES** | | | **SubTotal:** | **1,415,463.00** | |

THE EQUIPMENT IS TO BE DELIVERED TO SCS CUSTOMER EQUIPMENT STORAGE LOCATION @ BTI 214 SOUTHPARK RD. LAFAYETTE, LA 70508

**Please Remit To:**
Superior Energy Services, L.L.C.

Dept 2203
P.O. Box 122203
Dallas, TX  75312-2203

| | |
|---|---|
| Subtotal | 1,488,463.00 |
| Trade Discount | 0.00 |
| Sales Tax | 0.00 |
| Total | 1,488,463.00  USD |

**Superior's Standard Terms and Conditions**
https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**



# INVOICE

| Invoice: | SCS-007397 |
|---|---|
| Invoice Date: | 2/28/2020 |
| Page : | 1 of 2 |

Customer No.: 35698
Payment Terms: Net 30
Due Date: March 29, 2020
PO Number: AFE: FW202001
Bundled Job Number:

**Bill To**

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

**Amount Due:**  357,284.60  USD

Lease: 27278

Field:  MISSISSIPPI CANYON

Well: 3

Amount Remitted
Original Invoice: TLD-002407
Prior Adjustment: ROWAN RESOLUTE

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-526 | GP/FP 10 Ksi MST Rental Package w/ Back-up, SCS Tools, 3pQAQC, 1st 6 Days<br><br>Final# DAYS=6　　　　　Heat#<br>PO#-　　　Sling Cert#-　　　WT-<br>ASM# -FINISH 2/8/20　　　SN#-START 2/3/20 | 1.00 | EA | 77,600.00 | 38,800.00 |
| TR-SPN-527 | GP/FP 10 Ksi MST Rental Package w/ Back-up, SCS Tools, 3pQAQC, Add Day<br><br>Final# DAYS=21　　　　　Heat#<br>PO#-　　　Sling Cert#-　　　WT-<br>ASM# -FINISH 2/29/20　　　SN#-START 2/9/20 | 21.00 | DY | 10,600.00 | 111,300.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007397 | Invoice Date: 2/28/2020 | | PO Number: AFE: FW202001 | | | Page : 2 of 2 |
|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** | |
| TR-SPN-616 | Packer Plug, Debris Free Run & Retrieve w/Back-up, SCS Tools. 3pQAQC | 1.00 | JB | 24,800.00 | 24,800.00 | |
| TR-SPN-421 | Test Sub Rental Charge (Premium) | 1.00 | RN | 660.00 | 660.00 | |
| TR-SPN-519 | Pump, MST System Testing with Accessories | 1.00 | JB | 15,000.00 | 15,000.00 | |
| TR-SPN-134 | Shifting Tool, 2.562" "B" w/Standard Keys Ref: 900.00416 | 1.00 | JB | 1,765.00 | 1,765.00 | |
| TR-SPN-135 | Shifting Tool, 2.562" "BO" w/Standard Keys Ref: 900.00417 | 1.00 | JB | 3,150.00 | 3,150.00 | |
| | **SC RENTALS** | | | **SubTotal:** | **195,475.00** | |
| TR-SPN-730 | Service Charge, Wireline Gauge Ring All Sizes per Job | 1.00 | JOB | 650.00 | 650.00 | |
| TR-SPN-784 | Service Charge, MST Frac Port 9637 per Run | 1.00 | RN | 10,510.00 | 10,510.00 | |
| TR-SPN-777 | Tool Box, MST System Per Job | 1.00 | JB | 15,000.00 | 15,000.00 | |
| TR-SPN-830 | 3rd Party Equipment, Handling & Order Conformation (Client Supply) | 2.00 | ZONE | 925.00 | 1,850.00 | |
| TR-SPN-410 | Connection Make-Up / Break Out (0-10,000 ft./ lbs.) | 89.00 | EA | 420.00 | 37,380.00 | |
| TR-SPN-411 | Service, Connection Make Up/Break Out (>10,000 ft./ lbs.) | 10.00 | EA | 695.00 | 6,950.00 | |
| TR-SPN-420 | Service, Hydrostatic Testing (0-10,000 psi) | 8.00 | EA | 540.00 | 4,320.00 | |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems WILL KLINGENSMITH | 6.00 | DY | 3,450.00 | 20,700.00 | |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems JASON SPECK (TRAINEE) | 7.00 | DY | 3,450.00 | 0.00 | |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems WILL KLINGENSMITH | 9.00 | DY | 3,450.00 | 31,050.00 | |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems BEN JOHNSON | 9.00 | DY | 3,450.00 | 31,050.00 | |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems JASON SPECK (TRAINEE) | 9.00 | DY | 3,450.00 | 0.00 | |
| | **SC SERVICE** | | | **SubTotal:** | **159,460.00** | |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 | |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 | |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 | |
| | **SC TRANSP** | | | **SubTotal:** | **2,349.60** | |

RENTALS & SERVICES LZ MST  (FEB. 2020)

**Please Remit To:**
Superior Energy Services, L.L.C.

Dept 2203
P.O. Box 122203
Dallas, TX  75312-2203

| | |
|---|---|
| Subtotal | 357,284.60 |
| Trade Discount | 0.00 |
| Sales Tax | 0.00 |
| Total | 357,284.60  USD |

**Superior's Standard Terms and Conditions**
   https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**



## INVOICE

| | |
|---|---|
| Invoice: | **SCS-007428** |
| Invoice Date: | **3/31/2020** |
| Page : | **1 of 4** |

| | |
|---|---|
| Customer No.: | 35698 |
| Payment Terms: | Net 30 |
| Due Date: | April 30, 2020 |
| PO Number: | AS RUN |
| Bundled Job Number: | |

**Bill To**

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

**Amount Due:**     **301,937.40**  USD

Lease:  27278

Field:  MISSISSIPPI CANYON 51

Well:  3

**Amount Remitted**
Original Invoice:     TLD-002407
Prior Adjustment:     ROWAN RESOLUTE

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems WILL KLINGENSMITH | 5.00 | DY | 3,450.00 | 17,250.00 |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems WILL KLINGENSMITH | 21.00 | DY | 3,450.00 | 72,450.00 |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems BEN JOHNSON | 4.00 | DY | 3,450.00 | 13,800.00 |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems BEN JOHNSON | 1.00 | DY | 3,450.00 | 3,450.00 |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems JASON SPECK (TRAINEE) | 5.00 | DY | 3,450.00 | 0.00 |
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems JASON SPECK (TRAINEE) | 14.00 | DY | 3,450.00 | 0.00 |
| | **SC SERVICE** | | | **SubTotal:** | **106,950.00** |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 9-13-19 | 1.00 | RN | 1,254.00 | 1,254.00 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 9-25-19 | 1.00 | RN | 836.40 | 836.40 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 9-26-19 | 1.00 | RN | 277.20 | 277.20 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10-13-19 | 1.00 | RN | 993.60 | 993.60 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10/18/19 | 1.00 | RN | 585.60 | 585.60 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007428 | | Invoice Date:  3/31/2020 | | PO Number:  AS RUN | | | Page :   2 of 4 |

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10-18-19 | 1.00 | RN | 130.80 | 130.80 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10-18-19 | 1.00 | RN | 108.00 | 108.00 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10-27-19 | 1.00 | RN | 7,418.40 | 7,418.40 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 10-29-19 | 1.00 | RN | 3,849.60 | 3,849.60 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 11-8-19 | 1.00 | RN | 3,639.60 | 3,639.60 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 11-11-19 | 1.00 | RN | 1,753.20 | 1,753.20 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 11-16-19 | 1.00 | RN | 2,131.20 | 2,131.20 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 11-16-19 | 1.00 | RN | 5,931.60 | 5,931.60 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 11-20-19 | 1.00 | RN | 2,802.00 | 2,802.00 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 12-12-19 | 1.00 | RN | 3,890.40 | 3,890.40 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 12-12-19 | 1.00 | RN | 1,183.20 | 1,183.20 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 12-19-19 | 1.00 | RN | 54.00 | 54.00 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 2-21-20 | 1.00 | RN | 216.00 | 216.00 |
| TR-SPN-836 | TPS-NDE Charges RSC Inspection Services Vendor#255516 2-26-20 | 1.00 | RN | 442.80 | 442.80 |
| TR-SPN-836 | TPS-NDE Charges TEJAS Testing & Inspection, Inc. Invoice#138859 8-22-19 | 1.00 | RN | 132.00 | 132.00 |
| TR-SPN-836 | TPS-NDE Charges TEJAS Testing & Inspection, Inc. Invoice#140200 10-14-19 | 1.00 | RN | 462.00 | 462.00 |
| TR-SPN-836 | TPS-NDE Charges TEJAS Testing & Inspection, Inc. Invoice#142160 1-21-20 | 1.00 | RN | 330.00 | 330.00 |
| TR-SPN-836 | TPS-NDE Charges TEJAS Testing & Inspection, Inc. Invoice#142182 1-22-20 | 1.00 | RN | 462.00 | 462.00 |
| TR-SPN-836 | TPS-NDE Charges TEJAS Testing & Inspection, Inc. Invoice#142401 1-30-20 | 1.00 | RN | 132.00 | 132.00 |
| | **SC TPS** | | | **SubTotal:** | **39,015.60** |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 |
| TR-SPN-920 | Pickup Truck/Company Car Houma, La | 220.00 | MI | 3.56 | 783.20 |
| | **SC TRANSP** | | | **SubTotal:** | **3,132.80** |
| BP-550-230FE-06 | Pipe, Blank 5-1/2" 6ft. Lg. w/5-1/2" 23# SLHT Bx x Pn 14.5K 13Cr110 | 4.00 | JT | 5,100.00 | 20,400.00 |

**\*\*\* Continued \*\*\*\***

**EXHIBIT 3**

| Invoice: SCS-007428 | | Invoice Date: 3/31/2020 | PO Number: AS RUN | | Page : 3 of 4 | |
|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** |
| | Final# Heat# PO#- Sling Cert#- WT- ASM# - SN#-TLD-002407-1,2,3 ,4 | | | | | |
| BP-550-230FE-R1 | Pipe, Blank 5-1/2" 20ft. Lg. w/5-1/2" 23# SLHT Bx x Pn 14.5K 13Cr110 | | 2.00 | JT | 7,685.00 | 15,370.00 |
| | Final# Heat# PO#- Sling Cert#- WT- ASM# - . SN#-TLD-002407-14,1 5 | | | | | |
| BP-550-230FE-R2 | Pipe, Blank 5-1/2" 30ft. Lg. w/5-1/2" 23# SLHT Bx x Pn 14.5K 13Cr110 | | 4.00 | JT | 11,820.00 | 47,280.00 |
| | Final# Heat# PO#- Sling Cert#- WT- ASM# - SN#-TLD-002407-5,6,7 ,8 | | | | | |
| BP-550-230FE-R3 | Pipe, Blank 5-1/2" 40ft. Lg. w/5-1/2" 23# SLHT Bx x Pn 14.5K 13Cr110 | | 2.00 | JT | 12,570.00 | 25,140.00 |
| | Final# Heat# PO#- Sling Cert#- WT- ASM# - SN#-TLD-002407-12,1 3 | | | | | |
| PWT-CE-550-008I-230FE-R2 | Screen, ProWeld Precision TOP HD 5-1/2" 30 ft. 8-Ga A825 w/5-1/2" 23# SLHT Bx x Pn 13Cr110 | | 1.00 | EA | 21,430.00 | 19,287.00 |
| | Final# Heat# PO#- Sling Cert#- WT- ASM# - SN#-TLD-002407-9 | | | | | |
| PWT-CE-550-008I-230FE-R1 | Screen, ProWeld Precision TOP HD 5-1/2" 20 ft. 8Ga A825 w/5-1/2" 23# SLHT Bx x Pn 13Cr110 | | 2.00 | EA | 14,090.00 | 25,362.00 |

*** Continued ****

**EXHIBIT 3**

| Merchandise Code | Description | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|
| | Final#<br>PO#-<br>ASM# - | Sling Cert#- | Heat#<br>WT-<br>SN#-TLD-002407-10,1<br>1 | | | |
| | | | **WS SALES** | | SubTotal: | 152,839.00 |

**Invoice: SCS-007428**  **Invoice Date:** 3/31/2020  **PO Number:** AS RUN  **Page:** **4 of 4**

PERSONNEL MARCH 2020

**Please Remit To:**
Superior Energy Services, L.L.C.
Dept 2203
P.O. Box 122203
Dallas, TX 75312-2203

| | |
|---|---|
| Subtotal | 301,937.40 |
| Trade Discount | 0.00 |
| Sales Tax | 0.00 |
| Total | 301,937.40 USD |

<u>**Superior's Standard Terms and Conditions**</u>
https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**



**INVOICE**

| | |
|---|---|
| **Invoice:** | **SCS-007429** |
| **Invoice Date:** | **3/31/2020** |
| **Page :** | **1 of 1** |

| | |
|---|---|
| Customer No.: | 35698 |
| Payment Terms: | Net 30 |
| Due Date: | April 30, 2020 |
| PO Number: | |
| Bundled Job Number: | |

**Amount Due:**        **7,420.00  USD**

### Bill To

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

Lease:  27278

Field:  MC 519

Well:  #3

| Amount Remitted | |
|---|---|
| Original Invoice: | TLD-002423 |
| Prior Adjustment: | ROWAN RESOLUTE |

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | | | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| MSV-2813-TS-003C | Mandrel, HESR-Lock Isolation 2.813" HNBR/VI f/MSV w/45.1" ISM w/Guide Shoe - 13HCr | | | 1.00 | EA | 10,600.00 | 7,420.00 |
| | Final# | | Heat# | | | | |
| | PO#- | Sling Cert#- | WT- | | | | |
| | ASM# - | | SN#-WO00694703 | | | | |
| | | **SC SALES** | | | | **SubTotal:** | **7,420.00** |

| FOR CONTINGENCY ISO STRADDLE | **Please Remit To:** Superior Energy Services, L.L.C. Dept 2203 P.O. Box 122203 Dallas, TX  75312-2203 | | |
|---|---|---|---|
| | | Subtotal | 7,420.00 |
| | | Trade Discount | 0.00 |
| | | Sales Tax | 0.00 |
| | | Total | 7,420.00   USD |

<u>**Superior's Standard Terms and Conditions**</u>
https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**

 **Superior**
ENERGY SERVICES

# INVOICE

| | |
|---|---|
| Invoice: | SCS-007453 |
| Invoice Date: | 4/30/2020 |
| Page : | 1 of 3 |

| | |
|---|---|
| Customer No.: | 35698 |
| Payment Terms: | Net 30 |
| Due Date: | May 30, 2020 |
| PO Number: | AFE: FW202001 |
| Bundled Job Number: | |

**Bill To**

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

**Amount Due:** **331,540.00 USD**

Lease:  27278

Field:  MISSISSIPPI CANYON

Well:  3

Amount Remitted
Original Invoice:      TLD-002407
Prior Adjustment:     ROWAN RESOLUTE

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-527 | GP/FP 10 Ksi MST Rental Package w/ Back-up, SCS Tools, 3pQAQC, Add Day<br><br>Final# DAYS=___          Heat#<br>PO#-          Sling Cert#-          WT-<br>ASM# -FINISH_____2020          SN#-START 3/10/2020 | 12.00 | DY | 10,600.00 | 63,600.00 |
| TR-SPN-677 | 9-5/8" & Larger CSHP-II Packer Extended Retrieval Package, SCS Tools, 3pQAQC | 1.00 | JB | 7,420.00 | 7,420.00 |
| TR-SPN-678 | 9-5/8" & Larger CSHP-II Packer Spud-type Retrieval Package, SCS Tools, 3pQAQC | 1.00 | JB | 10,910.00 | 10,910.00 |
| TR-SPN-346 | GP/FP 12.5 Ksi Dual Collet Rental Package w/ Back-up, SCS Tools, 3pQAQC, 1st 6 Days | 1.00 | EA | 74,480.00 | 37,240.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007453 | | Invoice Date:   4/30/2020 | | PO Number:   AFE: FW202001 | | | Page :   2 of 3 |
|---|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | | | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** |
| | Final# DAYS= 6<br>PO#-                    Sling Cert#-<br>ASM# -FINISH 3/2/2020 | | Heat#<br>WT-<br>SN#-START 2/26/2020 | | | | |
| TR-SPN-347 | GP/FP 12.5 Ksi Dual Collet Rental Package w/ Back-up, SCS Tools, 3pQAQC, Add Day | | | 9.00 | DY | 10,920.00 | 49,140.00 |
| | Final# DAYS= 15<br>PO#-                    Sling Cert#-<br>ASM# -FINISH 3/17/2020 | | Heat#<br>WT-<br>SN#-START 3/3/2020 | | | | |
| TR-SPN-347 | GP/FP 12.5 Ksi Dual Collet Rental Package w/ Back-up, SCS Tools, 3pQAQC, Add Day | | | 8.00 | DY | 10,920.00 | 43,680.00 |
| | Final# DAYS=____<br>PO#-                    Sling Cert#-<br>ASM# -FINISH_____2020 | | Heat#<br>WT-<br>SN#-START 3/19/2020 | | | | |
| TR-SPN-017<br>TR-SPN-017<br>TR-SPN-850 | Rental, Swivel Sub 2-3/8" w/2-3/8" 4.7# BTS-8 Bx x Pn 10K<br>Rental, Swivel Sub 2-3/8" w/2-3/8" 4.7# BTS-8 Bx x Pn 10K<br>Washpipe Gauge Set, Per Day (1 Set) | | | 1.00<br>1.00<br>16.00 | JB<br>JB<br>DY | 5,070.00<br>5,070.00<br>600.00 | 5,070.00<br>5,070.00<br>9,600.00 |
| | Final# DAYS=____<br>PO#-                    Sling Cert#-<br>ASM# -FINISH_____2020 | | Heat#<br>WT-<br>SN#-START 3/19/2020 | | | | |
| TR-SPN-850 | Washpipe Gauge Set, Per Day (1 Set) | | | 16.00 | DY | 600.00 | 9,600.00 |
| | Final# DAYS=____<br>PO#-                    Sling Cert#-<br>ASM# -FINISH_____2020 | | Heat#<br>WT-<br>SN#-START 3/19/2020 | | | | |
| TR-SPN-138 | Shifting Tool, 2.813" "B" w/Standard Keys Ref: 900.00421 | | | 1.00 | JB | 1,765.00 | 1,765.00 |

*** Continued ****

**EXHIBIT 3**

| Invoice: SCS-007453 | Invoice Date:  4/30/2020 | | PO Number:  AFE: FW202001 | | | Page :    3 of 3 |
|---|---|---|---|---|---|---|
| **Merchandise Code** | **Description** | **Quantity** | **UOM** | **Unit Amt** | **Net Amount** | |
| TR-SPN-139 | Shifting Tool, 2.813" "BO" w/Standard Keys Ref: 900.00422 | 1.00 | JB | 3,150.00 | 3,150.00 | |
| | **SC RENTALS** | | | SubTotal: | 246,245.00 | |
| TR-SPN-806 | FP/GP 12.5 Ksi Crossover Tool Service Charge - 4.750" - 6.000" Bore | 1.00 | RN | 9,645.00 | 9,645.00 | |
| TR-SPN-730 | Service Charge, Wireline Gauge Ring All Sizes per Job | 1.00 | JOB | 650.00 | 650.00 | |
| TR-SPN-888 | Tool Box, HAWC System Per Job | 1.00 | JB | 75,000.00 | 75,000.00 | |
| | **SC SERVICE** | | | SubTotal: | 85,295.00 | |

PERSONNEL  APRIL 2020

**Please Remit To:**
Superior Energy Services, L.L.C.
Dept 2203
P.O. Box 122203
Dallas, TX  75312-2203

| | |
|---|---|
| Subtotal | 331,540.00 |
| Trade Discount | 0.00 |
| Sales Tax | 0.00 |
| Total | 331,540.00   USD |

**Superior's Standard Terms and Conditions**
https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**



# INVOICE

| Invoice: | SCS-007459 |
|---|---|
| Invoice Date: | 5/5/2020 |
| Page : | 1 of 1 |

| Customer No.: | 35698 |
|---|---|
| Payment Terms: | Net 30 |
| Due Date: | June 04, 2020 |
| PO Number: | AFE: FW202001 |
| Bundled Job Number: | |

**Amount Due:**     37,950.00  USD

### Bill To

Fieldwood Energy LLC
Suite 1200
2000 West Sam Houston Parkway South
Houston, TX 77042
United States of America

Lease:  27278

Field:  MISSISSIPPI CANYON 51

Well:  3

**Amount Remitted**
Original Invoice:     FW202001
Prior Adjustment:     ROWAN RESOLUTE

For billing questions, please contact SCS Accounts Receivable
Email: SCS-Laf.AccountsReceivable@superiorenergy.com
Phone: 337-837-6047

| Merchandise Code | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|
| TR-SPN-901 | SCS Tool Specialist, Deepwater or MST Systems WILL KLINGENSMITH | 11.00 | DY | 3,450.00 | 37,950.00 |
| | **SC SERVICE** | | | **SubTotal:** | **37,950.00** |

| PERSONNEL  APRIL 2020 | **Please Remit To:** | | | |
|---|---|---|---|---|
| | Superior Energy Services, L.L.C. | Subtotal | | 37,950.00 |
| | Dept 2203 | Trade Discount | | 0.00 |
| | P.O. Box 122203 | Sales Tax | | 0.00 |
| | Dallas, TX  75312-2203 | Total | | 37,950.00   USD |

**Superior's Standard Terms and Conditions**
   https://superiorenergy.com/assets-imgDocMedia/products-services/literature/superior-terms-conditions-goods-services.pdf

**EXHIBIT 3**