# St. Mary Parish Recording Page

**Cliff Dressel**
**Clerk of Court**
500 Main Street
P.O. Drawer 1231
Franklin, LA 70538
(337) 828-4100

**Received From :**
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS ST., STE. 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORPORATION

| | |
|---|---|
| **Index Type :** Mortgages | **File Number :** 352526 |
| **Type of Document :** Lien | |
| | **Book :** 1601     **Page :** 286 |
| **Recording Pages :** 8 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Mary Parish, Louisiana.

*Kendra M. Sinitiere*
Deputy Clerk

**On (Recorded Date) :** 09/08/2020

**At (Recorded Time) :** 1:19:50PM

Doc ID - 007365140008

CLERK OF COURT
CLIFF DRESSEL
Parish of St. Mary
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/08/2020 at 1:19:50
Recorded in Book 1601   Page 286
File Number   352526

*Kendra M Sinitiere*
Deputy Clerk

**Return To :**

Do not Detach this Recording Page from Original Document

**EXHIBIT 1**

|  |  |
|---|---|
| FILED: | St. Mary Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-00051 |
| AREA/BLOCK: | EI 125 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC |
| AMOUNT: | $37,575.72 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 20, 2020 through February 25, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00051, Eugene Island, Block 25, off the coast of St. Mary Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $37,575.72 is due and owing on Invoice No. SI-266356 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

EXHIBIT 1

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of St. Mary Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

EXHIBIT 1

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 25th day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 25 DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

**EXHIBIT 1**



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266356 |
| Invoice Date: | 2/29/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW204003 |
| Location: | 0805 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 37,575.72

Lease & Well: OCSG 00051 A-3 ST01 EUGENE ISLAND 125
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/20/2020 |
| Job End Date: | 2/25/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5120014 | Pressure Control Operation 5K-G.I.U. 4001-5000# | 20-0805-014B | 2.00 | Each | 3,000.00 | 72.00% | 1,680.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0805-014B | 11,268.00 | FOOT | 0.45 | 72.00% | 1,419.77 |
| 5230007 | Dump Bailer Operation Charge | 20-0805-014B | 1.00 | Each | 1,500.00 | 72.00% | 420.00 |
| 5210062 | Cement Kits, per kit | 20-0805-014B | 1.00 | Each | 190.00 | | 190.00 |
| 5160034 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 72.00% | 560.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0805-014B | 11,275.00 | FOOT | 0.45 | 72.00% | 1,420.65 |
| 5230007 | Dump Bailer Operation Charge | 20-0805-014B | 1.00 | Each | 1,500.00 | 72.00% | 420.00 |
| 5210062 | Cement Kits, per kit | 20-0805-014B | 1.00 | Each | 190.00 | | 190.00 |
| 5160034 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 72.00% | 560.00 |
| 5000210 | Crew Time, per hour | 20-0805-014B | 4.00 | Hours | 195.00 | | 780.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0805-014B | 11,190.00 | FOOT | 0.30 | 65.00% | 1,174.95 |
| 5170024 | Thru-Tubing Per Shot (RTG Carriers) 10,001-12,000 | 20-0805-014B | 169.00 | Each | 108.00 | 65.00% | 6,388.20 |
| 5170031 | Premium Charges, per shot | 20-0805-014B | 169.00 | Each | 30.00 | 65.00% | 1,774.50 |
| 5170033 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 65.00% | 700.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0805-014B | 11,190.00 | FOOT | 0.30 | 65.00% | 1,174.95 |
| 5170024 | Thru-Tubing Per Shot (RTG Carriers) 10,001-12,000 | 20-0805-014B | 169.00 | Each | 108.00 | 65.00% | 6,388.20 |
| 5170031 | Premium Charges, per shot | 20-0805-014B | 169.00 | Each | 30.00 | 65.00% | 1,774.50 |
| 5170033 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 65.00% | 700.00 |

**EXHIBIT A**

EXHIBIT 1



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266356 |
| Invoice Date: | 2/29/2020 |
| Page: | 2 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW204003 |
| Location: | 0805 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 37,575.72

Lease & Well: OCSG 00051 A-3 ST01 EUGENE ISLAND 125
County: OS
State: OS

Job Start Date: 2/20/2020
Job End Date: 2/25/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000210 | Crew Time, per hour | 20-0805-014B | 48.00 | Hours | 195.00 | | 9,360.00 |
| 5000182 | GUN BASKET RENTALd below | 20-0805-014B | 1.00 | Each | 500.00 | | 500.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (985) 223-2999

| | | | |
|---|---|---|---|
| Total Discount: | (53,946.63) | Net Invoice: | 37,575.72 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 37,575.72 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT 1



**Warrior Energy Services Corp.**
*A Division Of Superior Energy Services*
Houma Wireline District
3473 West Park Avenue
Gray, La. 70359
24 Hour Phone (985)-223-2999

Date: 2/25/20

| Company Name | Fieldwood Energy | | Well Name & # OCS-G-00031 WELL #A-3 ST01 API#17-709-00228-01 | | Ticket Number 20-0905-014-B |
|---|---|---|---|---|---|
| Address | 2000 W. Sam Houston Parkway Suite 1200 | | District GRAY | | Supervisor/Engineer Wayne Bizzle |
| State | Houston, TX 77042 | | Wireline Unit Number SU-17 | | Equipment Operators Allen Kakuza |
| County/Parish | Offshore | | Rig Name & Number or Crane Unit Number RAM XIV | | Equipment Operators Jason Brousseau |
| Field | Eugene Island Blk. 125 | | Company Man (print name) Kieth Lewis | | Equipment Operator Buchanan |

| RUN | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Leave Shop: | 2/20/20 0:00 | Arrive Loc/Dock | 2/20/20 2:00 | 2.0 | 5120-014 | Pressure Control Operation 5K-G.I.U. 4001-5000# | | $ | 3,000.00 | $ | 6,000.00 | $ | 1,680.00 |
| | Driven Rig Up: | | Finish Rig Up: | | | | Cement #1  2/20/2020 | | | | $ | - |
| Cmt (1) | Time in | 2/20/20 10:00 | Time Out | 2/20/20 11:30 | 11268.0 | 5220-007 | Dump Bailer Depth Charge | $ | 0.45 | $ | 5,070.60 | $ | 1,419.77 |
| | From | Surface | To | 11268 | 1.0 | 5230-007 | Dump Bailer Operation Charge | $ | 1,500.00 | $ | 1,500.00 | $ | 420.00 |
| | Service | 2" X 40' Dump Bailers | | | 1.0 | 5210-002 | Cement Kits, per kit | $ | 190.00 | $ | 190.00 | $ | 190.00 |
| Cmt (2) | Time in | 2/20/20 12:00 | Time Out | 2/20/20 13:30 | 1.0 | 6160-034 | WESC Safe Fire Unit, per run | $ | 2,000.00 | $ | 2,000.00 | $ | 560.00 |
| | From | Surface | To | 11275 | | | | | | | |
| | Service | 2" X 40' Dump Bailers | | | | | Cement #2  2/20/2020 | | | | |
| | Time in | 2/20/20 13:30 | Time Out | 2/20/20 16:00 | 11275.0 | 5220-007 | Dump Bailer Depth Charge | $ | 0.45 | $ | 5,073.75 | $ | 1,420.65 |
| | From | | To | | 1.0 | 5230-007 | Dump Bailer Operation Charge | $ | 1,500.00 | $ | 1,500.00 | $ | 420.00 |
| | Service | FREE STANDBY | | | 1.0 | 5210-002 | Cement Kits, per kit | $ | 190.00 | $ | 190.00 | $ | 190.00 |
| | Time in | 2/21/20 5:00 | Time Out | 2/21/20 9:00 | 1.0 | 5160-034 | WESC Safe Fire Unit, per run | $ | 2,000.00 | $ | 2,000.00 | $ | 560.00 |
| | From | | To | | | | | | | | |
| | Service | | STBY | | 4.5 | 5000-210 | Crew Time, per hour  FREE STANDBY 2/20/2020 | $ | 195.00 | $ | 877.50 | $ | - |
| Perf (1) | Time in | 2/21/20 9:45 | Time Out | 2/21/20 13:00 | 4.0 | 5000-210 | Crew Time, per hour  2/21/2020 | $ | 195.00 | $ | 780.00 | $ | 780.00 |
| | From | 11,182 | To | 11,190' | | | | | | | |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | | | PERF GUN RUN #1  2/21/2020 | | | | |
| Perf (2) | Time in | 2/21/20 15:00 | Time Out | 2/21/20 0:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ | 0.30 | $ | 3,357.00 | $ | 1,174.95 |
| | From | 11,182 | To | 11,190' | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ | 108.00 | $ | 18,252.00 | $ | 6,388.20 |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | 169.0 | 5170-031 | Premium Charges | $ | 30.00 | $ | 5,070.00 | $ | 1,774.50 |
| | Time in | 2/21/20 17:00 | Time Out | 2/21/20 18:00 | 1.0 | 6170-034 | WESC Safe Fire Unit, per run | $ | 2,000.00 | $ | 2,000.00 | $ | 700.00 |
| | From | | To | | | | | | | | |
| | Service | | STBY | | | | PERF GUN RUN #2  2/21/2020 | | | | |
| | Time in | 2/22/20 5:00 | Time Out | 2/22/20 18:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ | 0.30 | $ | 3,357.00 | $ | 1,174.95 |
| | From | | To | | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ | 108.00 | $ | 18,252.00 | $ | 6,388.20 |
| | Service | | STBY | | 169.0 | 5170-031 | Premium Charges | $ | 30.00 | $ | 5,070.00 | $ | 1,774.50 |
| | Time in | 2/23/20 5:00 | Time Out | 2/23/20 15:00 | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $ | 2,000.00 | $ | 2,000.00 | $ | 700.00 |
| | From | | To | | | | | | | | |
| | Service | | STBY | | 1.0 | 5000-210 | Crew Time, per hour  2/21/2020 | $ | 195.00 | $ | 195.00 | $ | 195.00 |
| | Time in | 2/24/20 5:00 | Time Out | 2/25/20 0:00 | 13.0 | 5000-210 | Crew Time, per hour  2/22/2020 | $ | 195.00 | $ | 2,535.00 | $ | 2,535.00 |
| | From | | To | | 15.0 | 5000-210 | Crew Time, per hour  2/23/2020 | $ | 195.00 | $ | 2,925.00 | $ | 2,925.00 |
| | Service | | STBY | | 19.0 | 5000-210 | Crew Time, per hour  2/24/2020 | $ | 195.00 | $ | 3,705.00 | $ | 3,705.00 |
| | Time in | | Time Out | | | | | | | | |
| | From | | To | | | | | | | | |
| | Service | | | | | | | | | | |
| | Time in | | Time Out | | | | | | | | |
| | From | | To | | | | | | | | |
| | Service | | | | | | | | | | |
| | Time in | | Time Out | | | | | | | | |
| | From | | To | | | | | | | | |
| | Service | | | | | | | | | | |
| | Time in | | Time Out | | | | | | | | |
| | From | | To | | | | | | | | |
| | Service | | | | | | | | | | $ | - |
| | Time in | | Time Out | | | | | | | | $ | - |
| | From | | To | | | | | | | | $ | - |
| | Service | | | | | | | | | | $ | - |
| | Time in | | Time Out | | | | | | | | $ | - |
| | From | | To | | | | | | | | $ | - |
| | Service | | | | | | | | | | $ | - |
| | Begin Rig Down: | 2/23/20 10:00 | Finish Rig Down | 2/23/20 17:00 | | | | | | | $ | - |
| | Leave Location | 2/25/20 0:00 | Arrive Shop | 2/25/20 3:00 | | | | | | | $ | - |
| | Total Job Time: | 46:45 | Standby Hours: | 50:00 | | | | | | | $ | - |
| | Lost Time Hrs. | 0:00 | Travel Time Hrs. | 6 | 5.0 | 5000-182 | Gun Basket Rental, per day | $ | 100.00 | $ | 500.00 | $ | 500.00 |
| | Total Trip Miles | 0 | Miles Charged | 0 | | | SUBTOTAL | | | | $ | 92,399.83 |
| | Casing Size: | 9 5/8" | Liner Size: | 0" | | | DISCOUNT | | | | $ | (54,824.13) |
| | Tubing Size: | 2.875" | Drill pipe Size: | 0 | | | Est. Field Total: | | | | $ | 37,575.72 |

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Customer Authorized Printed Name | WESC Supervisor Print Name | 573003 |
|---|---|---|
| Kieth Lewis | Wayne Bizzle | AFE Number |
| Customer Authorized Signature | WESC Supervisor Signature | FW204003 |
| X | X | P.O. Number |

SI-266356

**EXHIBIT 1**

Page ____ of ____



## Warrior Energy Services Corp.
### A Division Of Superior Energy Services
Houma Wireline District
3473 West Park Avenue
Gray, La. 70359
24 Hour Phone (985)-223-2999

| Company Name | Fieldwood Energy | | | Well Name & # OCS-G-00051 WELL EA-3 ST01 API#17-703-00226-01 | | | Ticket Number 30-0005-014-B | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | 2000 W. Sam Houston Parkway | | | District GRAY | | | Supervisor Wayne Bizzle | | |
| State | Houston, TX 77042 | | | Wireline Unit Number SU-17 | | | Engineer/Operators Allen Kelsos | | |
| County/Parish | Offshore | | | Rig Name & Number or Crane Unit Number RAM XIV | | | Engineer/Operators Jason Broussard | | |
| Field | Eugene Island Blk. 125 | | | Company Rep (print name) Kieth Lewis | | | Gunman Operators | | |

| RUN | RUN DATA | | | UNITS | CODES | SERVICE DESCRIPTION | UNIT PRICE | AMOUNT | Field Amount |
|---|---|---|---|---|---|---|---|---|---|
| | Leave Shop 2/20/20 0:00 Arrive Loc/Dock 2/20/20 2:00 | | | 2.0 | 5120-014 | Pressure Control Operation 5K-0 I.U. 4001-5000$ | $ 3,000.00 | $ 6,000.00 | $ 1,560.00 |
| | Begin Rig Up: Finish Rig Up: | | | | | Cement #1   2/20/2020 | | | $ - |
| Cmt (1) | Time In 2/20/20 10:00 Time Out 2/20/20 11:30 | | | 11268.0 | 5220-007 | Dump Bailer Depth Charge | $ 0.45 | $ 5,070.00 | $ 1,419.77 |
| | From Surface To 11268 | | | 1.0 | 5230-007 | Dump Bailer Operation Charge | $ 1,500.00 | $ 1,500.00 | $ 420.00 |
| | Service 2" X 40" Dump Bailers | | | 1.0 | 5210-052 | Cement Kits, per kit | $ 190.00 | $ 190.00 | $ 190.00 |
| Cmt (2) | Time In 2/20/20 12:00 Time Out 2/20/20 13:30 | | | 1.0 | 5150-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 560.00 |
| | From Surface To 11275 | | | | | | | | |
| | Service 2" X 40" Dump Bailers | | | | | Cement #2   2/20/2020 | | | |
| | Time In 2/20/20 13:30 Time Out 2/20/20 16:00 | | | 11275.0 | 5220-007 | Dump Bailer Depth Charge | $ 0.45 | $ 5,073.75 | $ 1,420.55 |
| | From To | | | 1.0 | 5230-007 | Dump Bailer Operation Charge | $ 1,500.00 | $ 1,500.00 | $ 420.00 |
| | Service FREE STANDBY | | | 1.0 | 5210-052 | Cement Kits, per kit | $ 190.00 | $ 190.00 | $ 190.00 |
| | Time In 2/21/20 8:00 Time Out 2/21/20 9:00 | | | 1.0 | 5150-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 500.00 |
| | From To | | | | | | | | |
| | Service STBY | | | 4.5 | 6000-210 | Crew Time, per hour  FREE STANDBY  2/20/2020 | $ 195.00 | $ 877.50 | $ - |
| Perf (1) | Time In 2/21/20 9:45 Time Out 2/21/20 13:00 | | | 4.0 | 6000-210 | Crew Time, per hour  2/21/2020 | $ 195.00 | $ 780.00 | $ 780.00 |
| | From 11,182 To 11,190 | | | | | | | | |
| | Service Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | | | PERF GUN RUN #1   2/21/2020 | | | |
| Perf (2) | Time In 2/21/20 15:00 Time Out 2/21/20 20:00 | | | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ 0.30 | $ 3,357.00 | $ 1,174.95 |
| | From 11,182 To 11,190 | | | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ 108.00 | $ 18,252.00 | $ 6,388.20 |
| | Service Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | 159.0 | 5170-031 | Premium Charges | $ 30.00 | $ 5,070.00 | $ 1,774.50 |
| | Time In 2/21/20 17:00 Time Out 2/21/20 18:00 | | | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 700.00 |
| | From To | | | | | | | | |
| | Service STBY | | | | | PERF GUN RUN #2   2/21/2020 | | | |
| | Time In 2/22/20 5:00 Time Out 2/22/20 18:00 | | | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ 0.30 | $ 3,357.00 | $ 1,174.95 |
| | From To | | | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ 108.00 | $ 18,252.00 | $ 6,388.20 |
| | Service STBY | | | 159.0 | 5170-031 | Premium Charges | $ 30.00 | $ 5,070.00 | $ 1,774.50 |
| | Time In 2/23/20 5:00 Time Out 2/23/20 18:00 | | | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 700.00 |
| | From To | | | | | | | | |
| | Service STBY | | | 1.0 | 6000-210 | Crew Time, per hour  2/21/2020 | $ 195.00 | $ 195.00 | $ 195.00 |
| | Time In 2/24/20 5:00 Time Out 2/25/20 0:00 | | | 13.0 | 6000-210 | Crew Time, per hour  2/22/2020 | $ 195.00 | $ 2,535.00 | $ 2,535.00 |
| | From To | | | 15.0 | 6000-210 | Crew Time, per hour  2/23/2020 | $ 195.00 | $ 2,925.00 | $ 2,925.00 |
| | Service STBY | | | 19.0 | 6000-210 | Crew Time, per hour  2/24/2020 | $ 195.00 | $ 3,705.00 | $ 3,705.00 |
| | Time In Time Out | | | | | | | | |
| | From To | | | | | | | | |
| | Service | | | | | | | | |
| | Time In Time Out | | | | | | | | |
| | From To | | | | | | | | |
| | Service | | | | | | | | |
| | Time In Time Out | | | | | FIELDWOOD ENERGY | | | |
| | From To | | | | | WELL NAME: EI 125 #A-3 ST1 | | | |
| | Service | | | | | AFE: EW 204003 | | | |
| | Time In Time Out | | | | | ENGINEER: Brian Gerrard | | | |
| | From To | | | | | GL ACCT: 9229-80 | | | |
| | Service | | | | | ROUTING ID#: 680002 | | | |
| | Time In Time Out | | | | | | | | $ - |
| | From To | | | | | | | | $ - |
| | Service | | | | | | | | $ - |
| | Time In Time Out | | | | | | | | $ - |
| | From To | | | | | | | | $ - |
| | Service | | | | | | | | $ - |
| | Time In Time Out | | | | | | | | $ - |
| | From To | | | | | | | | $ - |
| | Service | | | | | | | | $ - |
| | Begin Rig Down: 2/23/20 16:00 Finish Rig Down: 2/23/20 17:00 | | | | | | | | |
| | Lease Location: Arrive Shop: | | | | | | | | |
| | Total Job Time: 46:45 Standby Hours: 50:00 | | | | | | | | |
| | Lost Time Hrs: 0:00 Travel Time Hrs: 2 | | | 5.0 | 6000-162 | Gun Basket Rental, per day | $ 100.00 | $ 500.00 | $ 500.00 |
| | Total Trip Miles: 0 Miles Charged: 0 | | | | | SUBTOTAL | | | $ 92,309.25 |
| | Casing Size: 9 5/8" Liner Size: 5" | | | | | DISCOUNT | | | $ (54,624.13) |
| | Tubing Size: 2.875" Drill pipe Size: 0 | | | | | Est. Field Total: | | | $ 37,575.12 |

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Customer Authorized Printed Name Kieth Lewis | WESC Supervisor Print Name Wayne Bizzle | AFE Number |
|---|---|---|
| Customer Authorized Signature X Kieth Lewis 2-24-20 | WESC Supervisor Signature X Wayne Bizzle | FW204003 P.O. Number |

EXHIBIT 1