# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From:**
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY L L C

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORP

**Index Type:** MORTGAGES
**Type of Document:** LIEN

**File #:** 1610015
**Book:** 3178   **Page:** 756
**Recording Pages:** 8

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/08/2020 at 10:57:26
Recorded in Book 3178 Page 756
File Number 1610015

Deputy Clerk

On (Recorded Date): 09/08/2020
At (Recorded Time): 10:57:26AM

Doc ID - 015109590008

**Return To:** LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

**EXHIBIT 2**

|  |  |
|---|---|
| FILED: | Terrebonne Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-00051 |
| AREA/BLOCK: | EI 125 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC |
| AMOUNT: | $37,575.72 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 20, 2020 through February 25, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00051, Eugene Island, Block 25, off the coast of Terrebonne Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $37,575.72 is due and owing on Invoice No. SI-266356 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

-1-

EXHIBIT 2

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.  At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.  As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.  This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.  That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

EXHIBIT 2

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 26th day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 26th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #12990853
My Commission Expires
August 4, 2022
STATE OF TEXAS

- 3 -

**EXHIBIT 2**



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266356 |
| Invoice Date: | 2/29/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW204003 |
| Location: | 0805 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 37,575.72

Lease & Well: OCSG 00051 A-3 ST01 EUGENE ISLAND 125
County: OS
State: OS

Job Start Date: 2/20/2020
Job End Date: 2/25/2020

Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5120014 | Pressure Control Operation 5K-G.I.U. 4001-5000# | 20-0805-014B | 2.00 | Each | 3,000.00 | 72.00% | 1,680.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0805-014B | 11,268.00 | FOOT | 0.45 | 72.00% | 1,419.77 |
| 5230007 | Dump Bailer Operation Charge | 20-0805-014B | 1.00 | Each | 1,500.00 | 72.00% | 420.00 |
| 5210062 | Cement Kits, per kit | 20-0805-014B | 1.00 | Each | 190.00 | | 190.00 |
| 5160034 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 72.00% | 560.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0805-014B | 11,275.00 | FOOT | 0.45 | 72.00% | 1,420.65 |
| 5230007 | Dump Bailer Operation Charge | 20-0805-014B | 1.00 | Each | 1,500.00 | 72.00% | 420.00 |
| 5210062 | Cement Kits, per kit | 20-0805-014B | 1.00 | Each | 190.00 | | 190.00 |
| 5160034 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 72.00% | 560.00 |
| 5000210 | Crew Time, per hour | 20-0805-014B | 4.00 | Hours | 195.00 | | 780.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0805-014B | 11,190.00 | FOOT | 0.30 | 65.00% | 1,174.95 |
| 5170024 | Thru-Tubing Per Shot (RTG Carriers) 10,001-12,000 | 20-0805-014B | 169.00 | Each | 108.00 | 65.00% | 6,388.20 |
| 5170031 | Premium Charges, per shot | 20-0805-014B | 169.00 | Each | 30.00 | 65.00% | 1,774.50 |
| 5170033 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 65.00% | 700.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0805-014B | 11,190.00 | FOOT | 0.30 | 65.00% | 1,174.95 |
| 5170024 | Thru-Tubing Per Shot (RTG Carriers) 10,001-12,000 | 20-0805-014B | 169.00 | Each | 108.00 | 65.00% | 6,388.20 |
| 5170031 | Premium Charges, per shot | 20-0805-014B | 169.00 | Each | 30.00 | 65.00% | 1,774.50 |
| 5170033 | WESC Safe Fire Unit, per run | 20-0805-014B | 1.00 | Each | 2,000.00 | 65.00% | 700.00 |

**EXHIBIT A**

EXHIBIT 2



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266356 |
| Invoice Date: | 2/29/2020 |
| Page: | 2 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW204003 |
| Location: | 0805 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 37,575.72

| | |
|---|---|
| Job Start Date: | 2/20/2020 |
| Job End Date: | 2/25/2020 |
| Latitude: | |
| Longitude: | |

Lease & Well: OCSG 00051 A-3 ST01 EUGENE ISLAND 125
County: OS
State: OS

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000210 | Crew Time, per hour | 20-0805-0148 | 48.00 | Hours | 195.00 | | 9,360.00 |
| 5000182 | GUN BASKET RENTAL d below | 20-0805-0148 | 1.00 | Each | 500.00 | | 500.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (985) 223-2999

| | | | |
|---|---|---|---|
| Total Discount: | (53,946.63) | Net Invoice: | 37,575.72 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 37,575.72 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT 2



**Warrior Energy Services Corp.**
*A Division Of Superior Energy Services*
Houma Wireline District
3473 West Park Avenue
Gray, La. 70359
24 Hour Phone (985)-223-2999

Date: 2/23/20

| Company Name | Fieldwood Energy | Well Name # | OCS-G-00031 WELL #A-3 ST01  API#17-709-00228-01 | Ticket Number | 20-0908-014-B |
|---|---|---|---|---|---|
| Address | 2000 W. Sam Houston Parkway Suite 1200 | District | GRAY | Supervisor/Engineer | Wayne Bizzie |
| State | Houston, TX 77042 | Wireline Unit Number | SU-17 | Equipment Operator | Allen Kaluza |
| County/Parish | Offshore | Rig Name & Number or Crane Unit Number | RAM XIV | Equipment Operator | Jason Broussard |
| Field | Eugene Island Blk. 125 | Company Man (print name) | Kieth Lewis | Equipment Operator | Buchanan |

| RUN | | | | | Qty | Code | Description | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Leave Shop | 2/20/20 0:00 | Arrive Loc/Dock | 2/20/20 2:00 | 2.0 | 5120-014 | Pressure Control Operation SK-G.I.U. 4001-5000# | $3,000.00 | $6,000.00 | $1,000.00 |
| | Begin Rig Up: | | Finish Rig Up: | | | | Cement #1  2/20/2020 | | | $ - |
| Cmt (1) | Time In | 2/20/20 10:00 | Time Out | 2/20/20 11:30 | 11250.0 | 5220-007 | Dump Bailer Depth Charge | $0.45 | $5,070.00 | $1,419.77 |
| | From | Surface | To | 11268 | 1.0 | 5230-007 | Dump Bailer Operation Charge | $1,500.00 | $1,500.00 | $420.00 |
| | Service | 2" X 40' Dump Bailers | | | 1.0 | 5210-002 | Cement Kits, per kit | $190.00 | $190.00 | $190.00 |
| Cmt (2) | Time In | 2/20/20 12:00 | Time Out | 2/20/20 13:30 | 1.0 | 5160-034 | WESC Safe Fire Unit, per run | $2,000.00 | $2,000.00 | $560.00 |
| | From | Surface | To | 11275 | | | | | | |
| | Service | 2" X 40' Dump Bailers | | | | | Cement #2  2/20/2020 | | | |
| | Time In | 2/20/20 13:30 | Time Out | 2/20/20 16:00 | 11275.0 | 5220-007 | Dump Bailer Depth Charge | $0.45 | $5,073.75 | $1,420.65 |
| | From | | To | | 1.0 | 5230-007 | Dump Bailer Operation Charge | $1,500.00 | $1,500.00 | $420.00 |
| | Service | FREE STANDBY | | | 1.0 | 5210-002 | Cement Kits, per kit | $190.00 | $190.00 | $190.00 |
| | Time In | 2/21/20 5:00 | Time Out | 2/21/20 9:00 | 1.0 | 5160-034 | WESC Safe Fire Unit, per run | $2,000.00 | $2,000.00 | $560.00 |
| | From | | To | | | | | | | |
| | Service | STBY | | | 4.5 | 5000-210 | Crew Time, per hour  FREE STANDBY 2/20/2020 | $195.00 | $877.50 | $ - |
| Perf (1) | Time In | 2/21/20 9:45 | Time Out | 2/21/20 13:00 | 4.0 | 5000-210 | Crew Time, per hour  2/21/2020 | $195.00 | $780.00 | $780.00 |
| | From | 11,162 | To | 11,190 | | | | | | |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | | | PERF GUN RUN #1  2/21/2020 | | | |
| Perf (2) | Time In | 2/21/20 15:00 | Time Out | 2/21/20 0:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $0.30 | $3,357.00 | $1,174.95 |
| | From | 11,152 | To | 11,190 | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $108.00 | $18,252.00 | $6,388.20 |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | 169.0 | 5170-031 | Premium Charges | $30.00 | $5,070.00 | $1,774.50 |
| | Time In | 2/21/20 17:00 | Time Out | 2/21/20 19:00 | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $2,000.00 | $2,000.00 | $700.00 |
| | From | | To | | | | | | | |
| | Service | STBY | | | | | PERF GUN RUN #2  2/21/2020 | | | |
| | Time In | 2/22/20 5:00 | Time Out | 2/22/20 19:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $0.30 | $3,357.00 | $1,174.95 |
| | From | | To | | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $108.00 | $18,252.00 | $6,388.20 |
| | Service | STBY | | | 169.0 | 5170-031 | Premium Charges | $30.00 | $5,070.00 | $1,774.50 |
| | Time In | 2/23/20 5:00 | Time Out | 2/23/20 18:00 | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $2,000.00 | $2,000.00 | $700.00 |
| | From | | To | | | | | | | |
| | Service | STBY | | | 1.0 | 5000-210 | Crew Time, per hour  2/21/2020 | $195.00 | $195.00 | $195.00 |
| | Time In | 2/24/20 5:00 | Time Out | 2/25/20 0:00 | 13.0 | 5000-210 | Crew Time, per hour  2/22/2020 | $195.00 | $2,535.00 | $2,535.00 |
| | From | | To | | 15.0 | 5000-210 | Crew Time, per hour  2/23/2020 | $195.00 | $2,925.00 | $2,925.00 |
| | Service | STBY | | | 19.0 | 5000-210 | Crew Time, per hour  2/24/2020 | $195.00 | $3,705.00 | $3,705.00 |

| Begin Rig Down: | 2/23/20 16:00 | Finish Rig Down: | 2/23/20 17:00 | | | | | | |
| Leave Location: | 2/25/20 0:00 | Arrive Shop: | 2/25/20 3:00 | | | | | | |
| Total Job Time: | 49:45 | Standby Hours: | 60:00 | | | | | | |
| Lost Time Hrs. | 0:00 | Travel Time Hrs: | 5 | 5.0 | 5000-192 | Gun Basket Rental, per day | $100.00 | $500.00 | $500.00 |
| Total Trip Miles: | 0 | Miles Charged: | 0 | | | | SUBTOTAL | | $92,399.53 |
| Casing Size: | 9 5/8" | Liner Size: | 0" | | | | DISCOUNT | | $(54,824.19) |
| Tubing Size: | 2.875" | Drill pipe Size: | 0 | | | | Est. Field Total: | | $37,575.72 |

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Customer Authorized Printed Name | WESC Supervisor Print Name | 573003 |
|---|---|---|
| Kieth Lewis | Wayne Bizzie | AFE Number |
| Customer Authorized Signature | WESC Supervisor Signature | FW204003 |
| X | X | P.O. Number |

51-266356

**EXHIBIT 2**

Page ____ of ____



## Warrior Energy Services Corp.
### A Division Of Superior Energy Services
Houma Wireline District
3473 West Park Avenue
Gray, La. 70359
24 Hour Phone (985) 223-2999

| DATE: | | | 2/24/20 |
|---|---|---|---|

| Company Name | Fieldwood Energy | Well Name & # OCS-G-00031 WELL EA-3 ST01 APi#17-709-00225-01 | TICKET NUMBER 20-0605-014-B |
|---|---|---|---|
| Address | 2000 W. Sam Houston Parkway | District GRAY | Supervisor/Engineer Wayne Bizzie - 0 |
| State | Houston, TX 77042 | Wireline Unit Number SU-17 | Equipment Operators Allen Keizre - 0 |
| County/Parish | Offshore | Rig Name & Number or Crane Unit Number RAM XIV | Equipment Operators Jason Broussard - 0 |
| Field | Eugene Island Blk. 125 | Company Rep (print name) Kieth Lewis | Equipment Operators 0 |

| RUN | RUN DATA | | | UNITS | CODE | SERVICE DESCRIPTION | UNIT PRICE | AMOUNT | Field Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2.0 | 5120-014 | Pressure Control Operation 5K-0 J.U. 4001-5000# | $ 3,000.00 | $ 6,000.00 | $ 1,680.00 |
| | Leave Shop 2/20/20 0:00 | Arrive Loc/Dock: | 2/20/20 2:00 | | | Cement #1   2/20/2020 | | | $ - |
| | Begin Rig Up: | Finish Rig Up: | | | | | | | |
| Cmt (1) | Time In 2/20/20 10:00 | Time Out | 2/20/20 11:30 | 11268.0 | 5220-007 | Dump Baller Depth Charge | $ 0.45 | $ 5,070.60 | $ 1,419.77 |
| | From Surface | To | 11268 | 1.0 | 5230-007 | Dump Baller Operation Charge | $ 1,500.00 | $ 1,500.00 | $ 420.00 |
| | Service | 2" X 40' Dump Ballers | | 1.0 | 5210-062 | Cement Kits, per kit | $ 190.00 | $ 190.00 | $ 190.00 |
| Cmt (2) | Time In 2/20/20 12:00 | Time Out | 2/20/20 13:30 | 1.0 | 5150-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 560.00 |
| | From Surface | To | 11275 | | | | | | |
| | Service | 2" X 40' Dump Ballers | | | | Cement #2   2/20/2020 | | | |
| | Time In 2/20/20 13:30 | Time Out | 2/20/20 16:00 | 11275.0 | 5220-007 | Dump Baller Depth Charge | $ 0.45 | $ 5,073.75 | $ 1,420.65 |
| | From | To | | 1.0 | 5230-007 | Dump Baller Operation Charge | $ 1,500.00 | $ 1,500.00 | $ 420.00 |
| | Service | FREE STANDBY | | 1.0 | 5210-062 | Cement Kits, per kit | $ 190.00 | $ 190.00 | $ 190.00 |
| | Time In 2/21/20 5:00 | Time Out | 2/21/20 9:00 | 1.0 | 5150-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 500.00 |
| | From | To | | | | | | | |
| | Service | STBY | | 4.5 | 6000-210 | Crew Time, per hour  FREE STANDBY 2/20/2020 | $ 195.00 | $ 877.50 | $ - |
| Perf (1) | Time In 2/21/20 9:45 | Time Out | 2/21/20 13:00 | 4.0 | 6000-210 | Crew Time, per hour   2/21/2020 | $ 195.00 | $ 780.00 | $ 780.00 |
| | From 11,162 | To | 11,190' | | | | | | |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | | | PERF GUN RUN #1   2/21/2020 | | | |
| Perf (2) | Time In 2/21/20 15:00 | Time Out | 2/21/20 0:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ 0.30 | $ 3,357.00 | $ 1,174.95 |
| | From 11,162 | To | 11,190' | 169.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ 108.00 | $ 18,252.00 | $ 6,388.20 |
| | Service | Gamma Ray/CCL w/ 2" X 25' RTG Perf | | 169.0 | 5170-031 | Premium Charges | $ 30.00 | $ 5,070.00 | $ 1,774.50 |
| | Time In 2/21/20 17:00 | Time Out | 2/21/20 18:00 | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 700.00 |
| | From | To | | | | | | | |
| | Service | STBY | | | | PERF GUN RUN #2   2/21/2020 | | | |
| | Time In 2/22/20 5:00 | Time Out | 2/22/20 18:00 | 11190.0 | 5170-010 | Depth Charge (RTG Carriers) | $ 0.30 | $ 3,357.00 | $ 1,174.95 |
| | From | To | | 159.0 | 5170-024 | Thru-Tbg Per Shot (RTG Carriers) 10,001-12,000 | $ 108.00 | $ 18,252.00 | $ 6,388.20 |
| | Service | STBY | | 159.0 | 5170-031 | Premium Charges | $ 30.00 | $ 5,070.00 | $ 1,774.50 |
| | Time In 2/23/20 5:00 | Time Out | 2/23/20 18:00 | 1.0 | 5170-034 | WESC Safe Fire Unit, per run | $ 2,000.00 | $ 2,000.00 | $ 700.00 |
| | From | To | | | | | | | |
| | Service | STBY | | 1.0 | 6000-210 | Crew Time, per hour   2/21/2020 | $ 195.00 | $ 195.00 | $ 195.00 |
| | Time In 2/24/20 5:00 | Time Out | 2/25/20 0:00 | 13.0 | 6000-210 | Crew Time, per hour   2/22/2020 | $ 195.00 | $ 2,535.00 | $ 2,535.00 |
| | From | To | | 15.0 | 6000-210 | Crew Time, per hour   2/23/2020 | $ 195.00 | $ 2,925.00 | $ 2,925.00 |
| | Service | STBY | | 19.0 | 6000-210 | Crew Time, per hour   2/24/2020 | $ 195.00 | $ 3,705.00 | $ 3,705.00 |
| | Time In | Time Out | | | | | | | |
| | From | To | | | | | | | |
| | Service | | | | | | | | |
| | Time In | Time Out | | | | | | | |
| | From | To | | | | | | | |
| | Service | | | | | | FIELDWOOD ENERGY | | |
| | Time In | Time Out | | | | | WELL NAME: EI 125 A-2 ST1 | | |
| | From | To | | | | | AFE: EW 201103 | | |
| | Service | | | | | | ENGINEER: Brian Gregory | | |
| | Time In | Time Out | | | | | GL ACCT: 3254-80 | | |
| | From | To | | | | | ROUTING ID#: 680002 | | |
| | Service | | | | | | | $ | $ - |
| | Time In | Time Out | | | | | | $ | $ - |
| | From | To | | | | | | $ | $ - |
| | Service | | | | | | | $ | $ - |
| | Time In | Time Out | | | | | | $ | $ - |
| | From | To | | | | | | $ | $ - |
| | Service | | | | | | | $ | $ - |
| | Begin Rig Down: 2/23/20 16:00 | Finish Rig Down: | 2/23/20 17:00 | | | | | $ | $ - |
| | Leave Location: | Arrive Shop: | | | | | | $ | $ - |
| | Total Job Time: 48:45 | Standby Hours: | 50:00 | | | | | $ | $ - |
| | Lost Time Hrs 0:00 | Travel Time Hrs: | 2 | 5.0 | 6000-162 | Gun Basket Rental, per day | $ 100.00 | $ 500.00 | $ 500.00 |
| | Total Trip Miles: 0 | Miles Charged: | 0 | | | | SUBTOTAL | | $ 92,339.85 |
| | Casing Size: 9 5/8" | Liner Size: | 5" | | | | DISCOUNT | | $ (54,624.13) |
| | Tubing Size: 2.875" | Drill pipe Size: | 0 | | | | Est. Field Total: | | $ 37,575.72 |

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Customer Authorized Printed Name Kieth Lewis | WESC Supervisor Print Name Wayne Bizzie | AFE Number FW204003 |
|---|---|---|
| Customer Authorized Signature  X  Keith Lewis  2-24-20 | WESC Supervisor Signature  X  Wayne Bizzie | P.O. Number |

**EXHIBIT 2**