# Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA  70562-2010
(337) 365-7282

**Received From :**
  Attn: ARMAND E SAMUELS
  LUGENBUHL WHEATON PECK RANKIN
  601 POYDRAS ST, STE 2775
  NEW ORLEANS, LA  70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORPORATION

**Index Type :**   MORTGAGES

**Type of Document :** LIEN & PRIVILEGE

**Recording Pages :**          24

**File Number :** 2020-00007400

**Book :** 1919     **Page :**  103

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for  Iberia Parish, Louisiana.

On (Recorded Date) : 09/08/2020

At (Recorded Time) :  2:09:41PM

Doc ID - 010504090024

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/08/2020 at 2:09:41
Recorded in Book  1919  Page   103
File Number 2020-00007400

Deputy Clerk

**Return To :**
  Attn: ARMAND E SAMUELS

Do not Detach this Recording Page from Original Document          **EXHIBIT 3**

FILED:      Iberia Parish,
                Bureau of Ocean Energy Management
LEASE NO.:  OCS-G-02592
AREA/BLOCK: SM 149
OPERATOR:  Fieldwood Energy, LLC
LESSEE:     Fieldwood Energy, LLC; Fieldwood
                Energy Offshore LLC
AMOUNT:    $156,154.73

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.      He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.      Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.      Between approximately February 18, 2020 through March 13, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-02592, South Marsh Island, Block 149, off the coast of Iberia Parish, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $156,154.73 is due and owing on Invoice Nos. SI-266363, SI-266372, SI-266438, SI-266456, SI-266535, SI-266536, SI-266569, SI-266570, 60992SPC and 61083SPC (collectively, the "Invoices") for those certain

- 1 -

EXHIBIT 3

goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood and Fieldwood Energy Offshore LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Iberia Parish, State of Louisiana and with the BOEM.

EXHIBIT 3

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 20<sup></sup> day of August, 2020.

<div align="right">

Warrior Energy Services Corporation



By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

</div>

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 20 DAY OF AUGUST 2020.

_____
            NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

EXHIBIT 3

EXHIBIT 3

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266363
Invoice Date: 2/29/2020
Page: 1

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW204004
Location: 0969
Line of Business: 204

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 18,261.90**

Lease & Well: OCSG 2592 C-2 SMI 149
County: OS
State: OS

Job Start Date: 2/18/2020
Job End Date: 2/29/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000100 | Service Charge Offshore Cased Hole | 20-0969-104 | 1.00 | Each | 3,600.00 | 72.00% | 1,008.00 |
| 5070004 | Oil / Spang Jars Depth Charge | 20-0969-104 | 7,220.00 | FOOT | 0.15 | 72.00% | 303.24 |
| 5070001 | Feeler Run, CCL, Sinker Bars, or Gauge Ring DepthCharge | 20-0969-104 | 7,220.00 | FOOT | 0.46 | 72.00% | 929.94 |
| 5220001 | Bridge Plug Depth Charge | 20-0969-104 | 7,210.00 | FOOT | 0.45 | 72.00% | 908.46 |
| 5230001 | Bridge Plug Operation Charge | 20-0969-104 | 1.00 | Each | 1,700.00 | 72.00% | 476.00 |
| 5010002 | Gamma Gun Depth Charge-CCL | 20-0969-104 | 7,220.00 | FOOT | 0.55 | 72.00% | 1,111.88 |
| 5015002 | Gamma Gun Logging Charge-CCL | 20-0969-104 | 2,000.00 | FOOT | 0.55 | 72.00% | 308.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0969-104 | 7,210.00 | FOOT | 0.45 | 72.00% | 908.46 |
| 5230007 | Dump Bailer Operation Charge | 20-0969-104 | 1.00 | Each | 1,000.00 | 72.00% | 280.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0969-104 | 7,210.00 | FOOT | 0.45 | 72.00% | 908.46 |
| 5230007 | Dump Bailer Operation Charge | 20-0969-104 | 1.00 | Each | 1,000.00 | 72.00% | 280.00 |
| 5220007 | Dump Bailer Depth Charge | 20-0969-104 | 7,210.00 | FOOT | 0.45 | 72.00% | 908.46 |
| 5230007 | Dump Bailer Operation Charge | 20-0969-104 | 1.00 | Each | 1,000.00 | 72.00% | 280.00 |
| 5000210 | Crew Time, per hour | 20-0969-104 | 1.00 | Hours | 250.00 | | 250.00 |
| 5000182 | Sale of 2.09" CIBPd below | 20-0969-104 | 1.00 | Each | 471.00 | | 471.00 |
| 5000210 | Crew Time, per hour | 20-0969-104 | 47.00 | Hours | 190.00 | | 8,930.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2550

Total Discount: (22,142.30)
Net Invoice: 18,261.90
Freight: 0.00
Tax: 0.00
Total: 18,261.90

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT A

---

## Warrior Energy Services Corp.

**WESC**

Broussard Wireline Division
102 Bercegeay Rd.
Broussard, LA 70518

# AMENDED FIELD TICKET

Customer: Fieldwood Energy
Address: PO Box 27709
City/State/Zip Code: Houston, TX 77227-7709

Field Ticket No. 20-0969-104
Field Ticket Date 2/29/2020
Job No. 20-0969-104
Salesperson

| | | | |
|---|---|---|---|
| Routing ID | 50009 | G/L Code | 3050-80 |
| Company Man | Ash Sapru | State | Louisiana |
| AFE | FW204004 | Parish/County | Offshore |
| Recipent | Mike Ryan | Lease | OCSG-2592 |
| Job Start Date | 02/18/20 | Field | SMI 149 |
| Job End Date | 02/29/20 | Well No. | C-2 |

| UNITS | CODE | RUNS | DEPTHS AND DESCRIPTION | UNIT PRICE | BOOK AMOUNT | AMOUNT | DISC |
|---|---|---|---|---|---|---|---|
| 1.0 | 5000-100 | | Service Charge Offshore Cased Hole | $ 3,600.00 | $ 3,600.00 | $ 1,008.00 | 72% |
| 19.5 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 3,705.00 | $ - | 100% |
| 12.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 2,280.00 | $ - | 100% |
| 12.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 2,280.00 | $ - | 100% |
| 4.5 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 855.00 | $ - | 100% |
| 7220.0 | 5070-004 | | Oil & Spang Jars Depth Charge | $ 0.15 | $ 1,083.00 | $ 303.24 | 72% |
| 7220.0 | 5070-001 | | Feeler Run, CCL, Sinker Bars, or Gauge Ring Depth Charg | $ 0.46 | $ 3,321.20 | $ 929.94 | 72% |
| 7210.0 | 5220-001 | | Bridge Plug Depth Charge | $ 0.45 | $ 3,244.50 | $ 908.46 | 72% |
| 1.0 | 5230-001 | | Bridge Plug Operation Charge | $ 1,700.00 | $ 1,700.00 | $ 476.00 | 72% |
| 7220.0 | 5010-002 | | Gamma Gun CCL Log Depth Charge | $ 0.55 | $ 3,971.00 | $ 1,111.88 | 72% |
| 2000.0 | 5015-002 | | Gamma Gun CCL Log Logging Charge | $ 0.55 | $ 1,100.00 | $ 308.00 | 72% |
| 7210.0 | 5220-007 | | Dump Bailer Depth Charge | $ 0.45 | $ 3,244.50 | $ 908.46 | 72% |
| 1.0 | 5230-007 | | Dump Bailer Operation Charge | $ 1,000.00 | $ 1,000.00 | $ 280.00 | 72% |
| 7210.0 | 5220-007 | | Dump Bailer Depth Charge | $ 0.45 | $ 3,244.50 | $ 908.46 | 72% |
| 1.0 | 5230-007 | | Dump Bailer Operation Charge | $ 1,000.00 | $ 1,000.00 | $ 280.00 | 72% |
| 7210.0 | 5220-007 | | Dump Bailer Depth Charge | $ 0.45 | $ 3,244.50 | $ 908.46 | 72% |
| 1.0 | 5230-007 | | Dump Bailer Operation Charge | $ 1,000.00 | $ 1,000.00 | $ 280.00 | 72% |
| | | | SUB TOTAL | | $ 38,873.20 | $ 8,610.90 | |
| | | | TOTAL DISCOUNT | $ | | 31,262.30 | |

**NON DISCOUNTED ITEMS**

| UNITS | CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0 | 5000-210 | Crew Time, per hour | $ 250.00 | $ 250.00 |
| 1.0 | 5000-182 | Sale of 2.09" CIBP | $ 471.00 | $ 471.00 |
| 3.0 | 5000-210 | Crew Time, per hour | $ 190.00 | $ 570.00 |
| 18.0 | 5000-210 | Crew Time, per hour | $ 190.00 | $ 3,420.00 |
| 14.0 | 5000-210 | Crew Time, per hour | $ 190.00 | $ 2,660.00 |
| 12.0 | 5000-210 | Crew Time, per hour | $ 190.00 | $ 2,280.00 |
| | | SUB TOTAL | | $ 9,651.00 |
| | | TOTAL | | $ 18,261.90 |

SI-266393

---

## Warrior Energy Services Corp.
A Division Of Superior Energy Services
Broussard Wireline Division
102 Bercegeay Road
Broussard, LA 70518
24 Hour Phone (337) 714-2550

Date 2/18/2020

Company Name: Fieldwood Energy
County/Parish: Offshore
Field: SMI 149
Well Name & #: OCSG 2592 C-2
Ticket Number: 20-0969-104

---

## Warrior Energy Services Corp.
A Division Of Superior Energy Services
Broussard Wireline Division
102 Bercegeay Road
Broussard, LA 70518
24 Hour Phone (337) 714-2550

Date 2/18/2020

Company Name: Fieldwood Energy
County/Parish: Offshore
Field: SMI 149
Well Name & #: OCSG 2592 C-2
Ticket Number: 20-0969-104

FW204004

Mike Ryan

EXHIBIT 3

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266372
Invoice Date: 2/29/2020
Page: 1

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW204004
Location: 0969
Line of Business: 204

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 11,115.00**

Lease & Well: OCSG 2592 C-2 SMI 149
County: OS
State: OS

Job Start Date: 2/18/2020
Job End Date: 2/29/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5230013 | Slow Burn Power Charge, each | 20-0969-104A | 1.00 | Each | 500.00 | 40.00% | 300.00 |
| 5230014 | Setting Tool Rental, per tool- 7 day minimum / add. days | 20-0969-104A | 2.00 | Each | 1,200.00 | 35.00% | 1,560.00 |
| 5000210 | Crew Time, per hour | 20-0969-104A | 36.00 | Hours | 190.00 | | 6,840.00 |
| 5210062 | Cement Kits, per kit | 20-0969-104A | 6.00 | Each | 190.00 | | 1,140.00 |
| 5210061 | Cement Mixing Equipment | 20-0969-104A | 1.00 | Each | 150.00 | | 150.00 |
| 5000114 | Fuel Surcharge | 20-0969-104A | 1.00 | Each | 250.00 | | 250.00 |
| 5000274 | Environmental clean-up, per job | 20-0969-104A | 1.00 | Each | 250.00 | | 250.00 |
| 5000275 | Explosive Shipping, per job | 20-0969-104A | 1.00 | Each | 250.00 | | 250.00 |
| 5000110 | Crew Mileage, per mile | 20-0969-104A | 300.00 | Mile | 1.25 | | 375.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312 2114

For billing questions, please call: (337) 714-2550

| | |
|---|---|
| Total Discount: | (1,040.00) |
| Net Invoice: | 11,115.00 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total: | 11,115.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's wesite (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

## Warrior Energy Services Corp.

Broussard Wireline Division
102 Bercegeay Rd.
Broussard, LA 70518

WESC

### AMENDED FIELD TICKET

Customer: Fieldwood Energy
Address: PO Box 27709
City/State/Zip Code: Houston, TX 77227-7709

Field Ticket No. 20-0969-104a
Field Ticket Date 2/29/2020
Job No. 20-0969-104
Salesperson

| | | | |
|---|---|---|---|
| Routing ID | 50008 | G/L Code | 3060-50 |
| Company Man | Ash Beeru | State | Louisiana |
| AFE | FW204004 | Parish/County | Offshore |
| Recipient | Mike Ryan | Lease | OCSG-2592 |
| Job Start Date | 02/18/20 | Field | SMI 149 |
| Job End Date | 02/29/20 | Well No. | C-2 |

| UNITS | CODE | RUNS | DEPTHS AND DESCRIPTION | UNIT PRICE | BOOK AMOUNT | AMOUNT | DISC |
|---|---|---|---|---|---|---|---|
| 1.0 | 5230-013 | | Slow Burn Power Charge, each | $ 500.00 | $ 500.00 | $ 300.00 | 40% |
| 2.0 | 5230-014 | | Setting Tool Rental, per tool 7 day minimum | $ 1,200.00 | $ 2,400.00 | $ 1,560.00 | 35% |
| | | | SUB TOTAL | | $ 2,900.00 | $ 1,860.00 | |
| | | | TOTAL DISCOUNT | $ | | 1,040.00 | |

NON DISCOUNTED ITEMS

| UNITS | CODE | RUNS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 12.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 2,280.00 |
| 12.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 2,280.00 |
| 12.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ 2,280.00 |
| 6.0 | 5210-062 | | Cement Kits, per kit | $ 190.00 | $ 1,140.00 |
| 1.0 | 5210-061 | | Cement Mixing Equipment | $ 150.00 | $ 150.00 |
| 300.0 | 5000-110 | | MMA | $ 1.25 | $ 375.00 |
| 1.0 | 5000-114 | | Fuel Surcharge | $ 250.00 | $ 250.00 |
| 1.0 | 5000-274 | | Environmental clean-up, per job | $ 250.00 | $ 250.00 |
| 1.0 | 5000-275 | | Explosive Shipping, per job | $ 250.00 | $ 250.00 |
| | | | SUB TOTAL | | $ 9,255.00 |
| | | | TOTAL | | $ 11,115.00 |

SI266372

## Warrior Energy Services Corp.

A Division Of Superior Energy Services

Customer: Fieldwood Energy

Offshore

SMI 149

**EXHIBIT 3**

*Warrior Energy Services Corp.*
*A Division Of Superior Energy Services*
Broussard Wireline Division
102 Boxergy Road
Broussard, LA 70518
24 Hour Phone (337) 714-2550

Date: 2/18/2020
Company Name: Fieldwood Energy
Offshore
SMI 149

FW204004

Mike Ryan

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266438
Invoice Date: 2/29/2020
Page: 1

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW204004
Location: 0969
Line of Business: 233

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 12,634.30**

Lease & Well: OCSG 2592 C-2 SMI149C
County: OS
State: OS

Job Start Date: 2/23/2020
Job End Date: 2/29/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5C02 | 5K Unit/Crew -Scale Cut | SLBO032563 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 2C300 | Auto/Pickup | SLBO032563 | 100.00 | Mile | 1.50 | | 150.00 |
| 5C02 | 5K Unit/Crew -Scale Cut | SLBO032564 | 22.00 | Hours | 85.00 | | 1,870.00 |
| 5C06 | 5K Unit/Crew -Regulatory | SLBO032565 | 16.00 | Hours | 85.00 | | 1,360.00 |
| 43200001 | Low PSI Stuffing Box Packing | SLBO032565 | 6.00 | Each | 11.00 | | 66.00 |
| 5C06 | 5K Unit/Crew -Regulatory | SLBO032566 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5C06 | 5K Unit/Crew -Regulatory | SLBO032567 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 1C3002 | Surface Equip Rental-Days | SLBO032567 | 1.00 | Days | 364.00 | | 364.00 |
| 2C0204 | 0.108 Standard | SLBO032567 | 1.00 | Days | 248.50 | | 248.50 |
| 5C40022A | Standing Valves thru 2 7/8" | SLBO032567 | 1.00 | Days | 212.00 | | 212.80 |
| 42923100 | 2.313" Orings X Equalizing S | SLBO032567 | 2.00 | Each | 17.50 | | 35.00 |
| 46023100 | 2.313" PackingxMnd1 91V318 | SLBO032567 | 6.00 | Each | 15.40 | | 92.40 |
| 5C06 | 5K Unit/Crew -Regulatory | SLBO032568 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5C40022A | Standing Valves thru 2 7/8" | SLBO032568 | 1.00 | Days | 212.80 | | 212.80 |
| 5C06 | 5K Unit/Crew -Regulatory | SLBO032569 | 13.00 | Hours | 85.00 | | 1,105.00 |
| 1C3002 | Surface Equip Rental-Days | SLBO032569 | 1.00 | Days | 364.00 | | 364.00 |
| 2C0204 | 0.108 Standard | SLBO032569 | 1.00 | Days | 248.50 | | 248.50 |
| 5C40022A | Standing Valves thru 2 7/8" | SLBO032569 | 1.00 | Days | 212.80 | | 212.80 |
| 501801 | Impression Block Thru 2 1/2" | SLBO032569 | 1.00 | Days | 93.30 | | 93.30 |
| 501902 | Junk Baskets thru 2 1/2" | SLBO032569 | 1.00 | Days | 207.90 | | 207.90 |
| 502001 | Kickover Tools - Camco | SLBO032569 | 1.00 | Days | 264.60 | | 264.60 |
| 502202 | Daniel's DOT Kickover Tool 2 | SLBO032569 | 1.00 | Days | 706.30 | | 706.30 |

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266438
Invoice Date: 2/29/2020
Page: 2

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW204004
Location: 0969
Line of Business: 233

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 12,634.30**

Lease & Well: OCSG 2592 C-2 SMI149C
County: OS
State: OS

Job Start Date: 2/23/2020
Job End Date: 2/29/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 502901 | Pulling Tools -specia - thru 2 | SLBO032569 | 2.00 | Days | 178.50 | | 357.00 |
| 503601 | Running Tools (special) thru 2 | SLBO032569 | 1.00 | Days | 207.90 | | 207.90 |
| 502901 | Pulling Tools -specia - thru 2 | SLBO032569 | 1.00 | Days | 178.50 | | 178.50 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | |
|---|---|
| Total Discount: | 0.00 |
| Net invoice: | 12,634.30 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total: | 12,634.30 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

BSP-20-0096



51.264438







**EXHIBIT 3**









# WARRIOR ENERGY SERVICES

A SUPERIOR ENERGY SERVICES COMPANY

## INVOICE

Invoice Number: SI-266456
Customer No.: 10534
Page: 1

Due Date: Due upon Receipt
Customer No.
P.O. No.:
AFE: FW204004
Location: 0969
Line of Business: 233

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 2592 C 2 SMI149C
County: OS
State: OS

**Amount Due: 3,814.60**

Job Start Date: 3/1/2020
Job End Date: 3/1/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5006 | 5K Unit/Crew - Regulatory | SLBOO32570 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103002 | Surface Equip Rental-Days | SLBOO32570 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.10B Standard | SLBOO32570 | 1.00 | Days | 248.50 | | 248.50 |
| 504002 | Standing Valves thru 2 7/8" | SLBOO32570 | 1.00 | Days | 212.80 | | 212.80 |
| 502001 | Pulling Tools - special - thru 2 | SLBOO32570 | 1.00 | Days | 178.50 | | 178.50 |
| 501902 | Junk Baskets thru 2 1/2" | SLBOO32570 | 1.00 | Days | 207.90 | | 207.90 |
| 502001 | Kickover Tools - Camco | SLBOO32570 | 1.00 | Days | 264.60 | | 264.60 |
| 502202 | Daniel's DOT Kickover Tool 2 | SLBOO32570 | 1.00 | Days | 706.30 | | 706.30 |
| 502901 | Pulling Tools - special - thru 2 | SLBOO32570 | 1.00 | Days | 178.50 | | 357.00 |

Total Discount 0.00    Net Invoice 3,814.60
Freight 0.00
Tax 0.00
Total 3,814.60

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

The Services (as defined in the Terms) related to this Standard invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and a Warrior's website (< http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 3**



51. 266456

51346535

**EXHIBIT 3**

## INVOICE

**Warrior Energy Services Corp.**
A Superior Energy Services Company

| | |
|---|---|
| **Invoice Number:** | SI-266536 |
| **Invoice Date:** | 10134 |
| **Page:** | 1 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W SAM HOLSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| **Customer No:** | 10134 |
| **P.O. No:** | |
| **AFE:** | FW204004 |
| **Location:** | 0999 |
| **Line of Business:** | J04 |

**Amount Due:** 31,565.48

Lease & Well: OCSG 7592 C-2 SWI 149
County: OS
State: OS

| | |
|---|---|
| **Job Start Date:** | 2/29/2020 |
| **Job End Date:** | 3/7/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5010002 | Gamma Gun Jacob Charge-CCL | 20-0969-104C | 7,138.00 | FOOT | 0.55 | 72.00% | 1,099.25 |
| 5015002 | Gamma Gun Logging Charge-CCL | 20-0969-104C | 2,000.00 | FOOT | 0.55 | 72.00% | 306.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0969-104C | 7,138.00 | FOOT | 0.30 | 60.00% | 856.56 |
| 5170022 | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 20-0969-104C | 198.00 | Each | 108.00 | 60.00% | 8553.60 |
| 5010001 | Collar Log Depth Charge | 20-0969-104C | 7,065.00 | FOOT | 0.35 | 72.00% | 692.37 |
| 5015002 | Gamma Gun Logging Charge-CCL | 20-0969-104C | 2,000.00 | FOOT | 0.55 | 72.00% | 306.00 |
| 5170010 | Depth Charge (RTG Carriers) | 20-0969-104C | 7,065.00 | FOOT | 0.30 | 60.00% | 847.80 |
| 5170022 | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 20-0969-104C | 240.00 | Each | 108.00 | 60.00% | 10,368.00 |
| 5010001 | Collar Log Depth Charge | 20-0969-104C | 7,050.00 | FOOT | 0.35 | 72.00% | 690.90 |
| 5015001 | Collar Logging Charge | 20-0969-104C | 2,000.00 | FOOT | 0.35 | 72.00% | 196.00 |
| 5 170010 | Depth Charge (RTG Carriers) | 20-0969-104C | 7,050.00 | FOOT | 0.30 | 60.00% | 846.00 |
| 5 170022 | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 20-0969-104C | 120.00 | Each | 108.00 | 60.00% | 5,184.00 |
| 5000210 | Crew Time, per hour | 20-0969-104C | 8.50 | Hours | 190.00 | | 1,615.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2134
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call (337) 714-2550

| Total Discount | (48,455.57) | Net Invoice | 31,565.48 |
|---|---|---|---|
| | | Freight | 0.00 |
| | | Tax | 0.00 |
| | | Total: | 31,565.48 |

The Services (as defined in the Terms) related to this Standard invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions ("the Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

## AMENDED FIELD TICKET

**Warrior Energy Services Corp.**
Broussard Wireline Division
102 Beregeary Rd.
Broussard, LA 70518

**WESC**

| Customer: | Fieldwood Energy | Field Ticket No. | 20-0969-104C |
|---|---|---|---|
| Address: | PO Box 8709 | Field Ticket Date | 8/7/2020 |
| City/State/Zip: | Houston, TX 77227-7709 | Job No. | 20-0969-104 |
| Code: | | | |

| Routing ID | 50009 | | Wf. Code | 5090-80 |
|---|---|---|---|---|
| Company Man | Ash Sepru | | State | Louisiana |
| AFE | FW204004 | | Parish/County | Offshore |
| Platform | Mike Ryan | | License | OC853-5061 |
| Job Start Date | 03/07/20 | | Field | SWI 149 |
| Job End Date | 03/07/20 | | Well No. | C-2 |

| UNITS | CODE | RUNS | DEPTHS AND DESCRIPTION | UNIT PRICE | BOOK AMOUNT | AMOUNT | DISC |
|---|---|---|---|---|---|---|---|
| 7138.0 | 5010-002 | | Gamma Gun CCL Log Depth Charge | 0.55 | 3,925.90 | 1,099.25 | 72% |
| 2000.0 | 5015-002 | | Gamma Gun CCL Log Logging Charge | 0.55 | 1,100.00 | 306.00 | 72% |
| 7138.0 | 5170-010 | | Depth Charge (RTG Carriers) | 0.30 | 2,141.40 | 856.56 | 60% |
| 198.0 | 5170-022 | | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 108.00 | 21,384.00 | 8,553.60 | 60% |
| 7065.0 | 5010-001 | | Collar Log Depth Charge | 0.35 | 2,472.75 | 692.37 | 72% |
| 2000.0 | 5015-002 | | Gamma Gun CCL Log Logging Charge | 0.55 | 1,100.00 | 306.00 | 72% |
| 7065.0 | 5170-010 | | Depth Charge (RTG Carriers) | 0.30 | 2,119.50 | 847.80 | 60% |
| 240.0 | 5170-022 | | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 108.00 | 25,920.00 | 10,368.00 | 60% |
| 7050.0 | 5010-001 | | Collar Log Depth Charge | 0.35 | 2,467.50 | 690.90 | 72% |
| 2000.0 | 5015-001 | | Collar Logging Charge | 0.35 | 700.00 | 196.00 | 72% |
| 7050.0 | 5170-010 | | Depth Charge (RTG Carriers) | 0.30 | 2,115.00 | 846.00 | 60% |
| 120.0 | 5170-022 | | Thru-Tubing Per Shot (RTG Carriers) 6,001-8,000 | 108.00 | 12,960.00 | 5,184.00 | 60% |
| 120.0 | 5000-182 | | Gun Ordered But Not Used | 108.00 | | | 100% |

| | | | SUB TOTAL | | $ 81,206.06 | $ 29,846.48 | |
| | | | TOTAL DISCOUNT | $ | | 61,416.57 | |

| | | | NON DISCOUNTED ITEMS | | | | |
| 4.0 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ | 760.00 | |
| 4.5 | 5000-210 | | Crew Time, per hour | $ 190.00 | $ | 855.00 | |

| | | | SUB TOTAL | $ | | 1,615.00 | |
| | | | TOTAL | $ | | 31,565.68 | |

SI- 266536

**EXHIBIT 3**

# INVOICE

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amounts Due:** 10,642.40



EXHIBIT 3

# WARRIOR
ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

## INVOICE

| | |
|---|---|
| Invoice Number: | SI-266569 |
| Invoice Date: | 3/19/2020 |
| Page: | 2 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No.: | 10534 |
| P.O. No.: | |
| AFE: | FW204004 |
| Location: | 0999 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:        10,642.40**

Lease & Well: OCSG 2592 C-2 SMI149
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/2/2020 |
| Job End Date: | 3/6/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | |
|---|---|---|
| Total Discount | 0.00 | |
| | Net Invoice | 10,642.40 |
| | Freight | 0.00 |
| | Tax | 0.00 |
| | Total | 10,642.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.





**EXHIBIT 3**



**DAILY OPERATIONS REPORT** SLBO 34904

WARRIOR ENERGY SERVICES — A SUPERIOR ENERGY SERVICES COMPANY

SLICKLINE - OFFSHORE

CUSTOMER NAME: Fieldwood Energy

LEASE: OCSG 2592 — FIELD: SMI 149 — STATE: LA — WELL NO.: C-2

Attended safety meeting at SMI 128A. Assisted production as needed. JSA. Rode boat to SMI 149C. Was advised that they were gonna go ahead and run E-Line again. Rode boat back to SMI128A. SDFN.

| | | | |
|---|---|---|---|
| 50032 | | 14 | $85.00 | $1,190.00 |
| 103002 | slickline equip | 1 | $364.00 | $364.00 |
| 2002042 | 108 std | 1 | $355.00 | N/C |

SM 149 C-2
FW204004
ASH SAPRU
3050 82
580009

#1554.00

$1,802.50

Operator: Cody Dore — Helper: Trenton Dartez — CUSTOMER NAME: Mike Ryan

**DAILY OPERATIONS REPORT** SLBO 34905

WARRIOR ENERGY SERVICES — A SUPERIOR ENERGY SERVICES COMPANY

SLICKLINE - OFFSHORE

CUSTOMER NAME: Fieldwood Energy

LEASE: OCSG 2592 — FIELD: SMI 149 — STATE: LA — WELL NO.: C-2

Attended safety meeting at SMI 128A. Assisted production as needed. SDFN.

| | | | | |
|---|---|---|---|---|
| 50032 | | 12 | $85.00 | $1,020.00 |
| 103002 | slickline equip | 1 | $364.00 | $364.00 |
| 2002042 | 108 std | 1 | $355.00 | N/C |

SM 149 C-2
FW204004
ASH SAPRU
3050 82
580009

#1384.00

$1,632.50

Operator: Cody Dore — Helper: Trenton Dartez — CUSTOMER NAME: Mike Ryan

---

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266570
Invoice Date: 3/19/2020
Page: 1

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW204018
Location: 0969
Line of Business: 233

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 18,615.70**

Lease & Well: OCSG 2592 C-4 SMI149
County: OS
State: OS

Job Start Date: 3/7/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034906 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103002 | Surface Equip Rental-Days | SLBO034906 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBO034906 | 1.00 | Days | 248.50 | | 248.50 |
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034907 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103002 | Surface Equip Rental-Days | SLBO034907 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBO034907 | 1.00 | Days | 248.50 | | 248.50 |
| 503420 | Prong - Equalizing, Pulling | SLBO034907 | 2.00 | Days | 47.60 | | 95.20 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034907 | 1.00 | Days | 178.50 | | 178.50 |
| 503601 | Running Tools (special) thru 2 | SLBO034907 | 1.00 | Days | 207.90 | | 207.90 |
| 46023100 | 2.313" PackingxMndrl 91V318 | SLBO034907 | 6.00 | Each | 15.40 | | 92.40 |
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034908 | 16.00 | Hours | 85.00 | | 1,360.00 |
| 103002 | Surface Equip Rental-Days | SLBO034908 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBO034908 | 1.00 | Days | 248.50 | | 248.50 |
| 503420 | Prong - Equalizing, Pulling | SLBO034908 | 2.00 | Days | 47.60 | | 95.20 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034908 | 1.00 | Days | 178.50 | | 178.50 |
| 503601 | Running Tools (special) thru 2 | SLBO034908 | 1.00 | Days | 207.90 | | 207.90 |
| 500620 | Blind Box | SLBO034908 | 1.00 | Days | 43.40 | | 43.40 |
| 501202 | Check Set Tool Thru 2.562" | SLBO034908 | 1.00 | Days | 165.90 | | 165.90 |
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034909 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103002 | Surface Equip Rental-Days | SLBO034909 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBO034909 | 1.00 | Days | 248.50 | | 248.50 |
| 503420 | Prong - Equalizing, Pulling | SLBO034909 | 2.00 | Days | 47.60 | | 95.20 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266570
Invoice Date: 3/19/2020
Page: 2

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW204018
Location: 0969
Line of Business: 233

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 18,615.70**

Lease & Well: OCSG 2592 C-4 SMI149
County: OS
State: OS

Job Start Date: 3/7/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 502901 | Pulling Tools -special- thru 2 | SLBO034909 | 1.00 | Days | 178.50 | | 178.50 |
| 503601 | Running Tools (special) thru 2 | SLBO034909 | 1.00 | Days | 207.90 | | 207.90 |
| 53525000 | Plug | SLBO034909 | 1.00 | Each | 123.90 | | 123.90 |
| 43200002 | High Press Stuffing Box Packin | SLBO034909 | 6.00 | Each | 11.00 | | 66.00 |
| 500620 | Blind Box | SLBO034909 | 1.00 | Days | 43.40 | | 43.40 |
| 501202 | Check Set Tool Thru 2.562" | SLBO034909 | 1.00 | Days | 165.90 | | 165.90 |
| 5040022A | Standing Valves thru 2 7/8" | SLBO034909 | 1.00 | Days | 212.80 | | 212.80 |
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034910 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103002 | Surface Equip Rental-Days | SLBO034910 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBO034910 | 1.00 | Days | 248.50 | | 248.50 |
| 503420 | Prong - Equalizing, Pulling | SLBO034910 | 2.00 | Days | 47.60 | | 95.20 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034910 | 1.00 | Days | 178.50 | | 178.50 |
| 502202 | Daniel's DOT Kickover Tool 2 | SLBO034910 | 1.00 | Days | 706.30 | | 706.30 |
| 46023100 | 2.313" PackingxMndrl 91V318 | SLBO034910 | 6.00 | Each | 15.40 | | 92.40 |
| 42923100 | 2.313" Orings X Equalizing S | SLBO034910 | 2.00 | Each | 17.50 | | 35.00 |
| 500620 | Blind Box | SLBO034910 | 1.00 | Days | 43.40 | | 43.40 |
| 200102A | Operator | SLBO034910 | 1.00 | Hours | 60.00 | | 60.00 |
| 5040022A | Standing Valves thru 2 7/8" | SLBO034910 | 1.00 | Days | 212.00 | | 212.00 |
| 132001 | Enerpac Pump w Hose 5K | SLBO034910 | 1.00 | Days | 119.00 | | 119.00 |
| 501902 | Junk Baskets thru 2 1/2" | SLBO034910 | 1.00 | Days | 207.90 | | 207.90 |
| 502901 | Pulling Tools -specia - thru 2 | SLBO034910 | 1.00 | Days | 178.50 | | 178.50 |
| 5003 | 5K Unit/Crew - Gas Lift | SLBO034911 | 17.00 | Hours | 85.00 | | 1,445.00 |

**EXHIBIT 3**

## WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266570 |
| Invoice Date: | 3/19/2020 |
| Page: | 3 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No.: | 10534 |
| P.O. No.: | |
| AFE: | FW2004018 |
| Location: | 0969 |
| Line of Business: | 233 |

**Amount Due:** 18,615.70

Lease & Well: OCSG 2592 C-4 SM149
County: DS
State: DS

| | |
|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/ 3/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket No | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 103002 | Surface Equip Rental Day | SLBO034911 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.10B Standard | SLBO034911 | 1.00 | Days | 248.50 | | 248.50 |
| 503420 | Prong - Equalizing, Pulling | SLBO034911 | 2.00 | Days | 47.60 | | 95.20 |
| 502901 | Pulling Tools special thru 2 | SLBO034911 | 1.00 | Days | 178.50 | | 178.50 |
| 502202 | Daniel's DOT Kickover Tool 2 | SLBO034911 | 1.00 | Days | 706.30 | | 706.30 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034911 | 1.00 | Days | 178.50 | | 178.50 |
| 501902 | Junk Baskets thru 2 1/2" | SLBO034911 | 1.00 | Days | 207.90 | | 207.90 |
| 5040022A | Standing Valves thru 2 7/8" | SLBO034911 | 1.00 | Days | 212.80 | | 212.80 |
| 112001 | Emerzac Pump w Hose 5K | SLBO034911 | 1.00 | Days | 115.00 | | 115.00 |
| 5001 | 5K Unit/Crew - Gas Lift | SLBO034911 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 26300 | Auto/Pick up | SLBO034912 | 20.00 | Mile | 1.50 | | 30.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | |
|---|---|
| Total Discount | 0.00 |
| Net Invoice | 18,515.70 |
| Freight | 0.00 |
| Tax | 0.00 |
| Total: | 18,515.70 |

The Services (as defined in the Terms) related to this Standard Invoice are governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.







**EXHIBIT 3**

## Report 1 — SLBO 34911

**WARRIOR ENERGY SERVICES** — A SUPERIOR ENERGY SERVICES COMPANY
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-8008

**DAILY OPERATIONS REPORT**   SLBO   34911

Customer Name: Fieldwood Energy
Lease: OCSG 2592   Field:
Parish/County:   State: LA   Well No.: C-4

Invoice #$3,755.70

Attended safety meeting. JSA. Tested equip ESD's. Good tests. R/u. 108 and 5m equip. Pressure tested to 2100 psi before each run. Good tests. RIH w/ Daniels KOT and 1 1/4" JDC Pulling Tool and pulled GLV Dummies @ 4858', 4301', 3747', 3300', and 1880' wln. RIH w/ Daniel's KOT and set Live GLV's @ 1880', 3300', 3747', 4301', 4858', 5348', and 5808' wln. RIH w/ GS Pulling Tool and pulled Junk Basket @ 5897' wln (6055' MD). POOH. Junk basket empty. RIH w/ Kobe KO Prong to same and jarred down on Standing Valve. POOH. RIH w/ GS P/T and XX Prong to same and pulled Standing Valve. POOH. Secured well and started rigging down and racking up equipment. SDFN...
(Gas Lift Design: 5881' MD: 800 psi ; 5402' MD: 880 psi ; 4911' MD: 900 psi )
4358' MD: 920 psi ; 3805' MD: 940 psi ; 3267' MD: 960 ; 1943' MD: 975 psi. > have 12/64 ports.)

| SERVICE / RENTALS / THIRD PARTIES | | | | SERVICE / RENTALS / THIRD PARTIES | | |
|---|---|---|---|---|---|---|
| 50032 | | 17 | $85.00 | $1,445.00 | 5029012 | JDC pulling tool | 1 | $259.00 | $178.00 |
| 103002 | slickline equip | 1 | $364.00 | $364.00 | 5018022 | jvk basket | 1 | $297.00 | $297.00 |
| 2002043 | 108 sld | 1 | $155.00 | $345.50 | 5040202A | screw anchor pump & hose | 1 | $304.00 | $212.90 |
| 5034202 | xx prongs & bust prong | 2 | $47.80 | $95.20 | 1320012 | | 1 | $179.00 | $119.00 |
| 5029012 | gs pulling tool | 1 | $258.00 | $178.50 | | | | | |
| 5022022 | daniel's KOT | 1 | $1,000.00 | $706.30 | | | | | |

Operator: Cory Dore
Helper: Trenton Dartez

Customer Name: Mike Ryan

---

## Report 2 — SLBO 34909

**WARRIOR ENERGY SERVICES** — A SUPERIOR ENERGY SERVICES COMPANY
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-8008

**DAILY OPERATIONS REPORT**   SLBO   34909

Customer Name: Fieldwood Energy
Lease: OCSG 2592   Field:
Parish/County:   State: LA   Well No.: C-4

Invoice #$2,981.10

Attended safety meeting. JSA. Tested equip ESD's. Good tests. R/u. 108 and 5m equip. Pressure tested to 2100 psi before each run. Good tests. RIH w/ 2.25" Blind Box and tagged fluid @ 1830 wln. POOH. Pumped 12 bbls of fluid into tubing. RIH and tagged fluid @ 350 wln. POOH. Pumped 4 bbls of fluid. RIH and tagged fluid @ 60' wln. POOH. RIH w/ Kobe KO Prong and jarred down on Standing Valve @ 5987 wln (6055' MD). POOH. RIH w/ GS and xx KK Prong and pulled Standing Valve. POOH. Redressed and RIH w/ Standing Valve and set @ 5987 wln (6055' MD). POOH. RIH w/ Check Set Tool to same. POOH. Pin sheared. Lock set. RIH w/ Blind Box and tagged fluid @ 1850' wln. POOH. Pumped 15 bbls of fluid and pressured up tubing to 500 psi. Pressure dropped off slowly. (Possible air compressing or standing valve leaking. Will check again in the morning). Pressured tubing back up to 500 psi and secured well for the night. Rigged down and racked up 3rd party iron and swapped to Warrior Slickline iron. Repacked stuffing box, pulled off 50 ft of wire, tied a new knot, and checked all tooling connections. Cleaned up work area. SDFN.

| SERVICE / RENTALS / THIRD PARTIES | | | | SERVICE / RENTALS / THIRD PARTIES | | |
|---|---|---|---|---|---|---|
| 50032 | | 13 | $85.00 | $1,275.00 | 5008202 | blind box | 1 | $92.00 | $43.40 |
| 103002 | slickline equip | 1 | $364.00 | $364.00 | 5013022 | check set tool | 1 | $297.00 | $166.50 |
| 2002043 | 108 sld | 1 | $155.00 | $348.50 | 504002A | standing valve | 1 | $304.00 | $212.90 |
| 5034202 | xx prongs & bust prong | 2 | $47.80 | $95.20 | | | | | |
| 5029012 | gs pulling tool | 1 | $258.00 | $178.50 | | | | | |
| 5038012 | wire running tool | 1 | $297.00 | $207.90 | | | | | |
| 536-290-392 | kobe ko prong | 1 | $177.00 | $123.90 | | | | | |
| 432 900 022 | stuffing box packing | 1 | $11.50 | $66.00 | | | | | |

Operator: Cory Dore
Helper: Trenton Dartez

Customer Name: Mike Ryan

---

## Report 3 — SLBO 34912

**WARRIOR ENERGY SERVICES** — A SUPERIOR ENERGY SERVICES COMPANY
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-8008

**DAILY OPERATIONS REPORT**   SLBO   34912

Customer Name: Fieldwood Energy
Lease: OCSG 2592   Field:
Parish/County:   State: LA   Well No.: C-4

Invoice #$1,050.00

Attended safety meeting. JSA. Rigged down and racked up equipment. Washed down work area and wellbay. Flew in to PH, Abbeville. Drove to Broussard shop.

| SERVICE / RENTALS / THIRD PARTIES | | | |
|---|---|---|---|
| 50032 | | 12 | $85.00 | $1,020.00 |
| 203002 | | | | Abbeville | Broussard | 20 | $1.50 | $30.00 |

Operator: Cory Dore
Helper: Trenton Dartez

Customer Name: Mike Ryan

---

## Report 4 — SLBO 34910

**WARRIOR ENERGY SERVICES** — A SUPERIOR ENERGY SERVICES COMPANY
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-8008

**DAILY OPERATIONS REPORT**   SLBO   34910

Customer Name: Fieldwood Energy
Lease: OCSG 2592   Field:
Parish/County:   State: LA   Well No.: C-4

Invoice #$3,816.50

Attended safety meeting. JSA. Tested equip ESD's. Good tests. R/u. 108 and 5m equip. Pressure tested to 2100 psi before each run. Good tests. RIH w/ 2.25" Blind Box and tagged fluid @ 300' wln (360' MD). POOH. Pumped 2 bbls of fluid into tubing and pressured up to 100 psi. RIH and set Junk Basket on top of Standing Valve @ 5987 wln (6055' MD). POOH. Pressured up tubing to 100 psi w/ fluid. RIH w/ Daniel's KOT and 1 1/4" JDC Pulling Tool and pulled GLV Dummy @ 5808' wln (5861' MD). (See tubing and casing communicate). POOH. Layed isdr down and assisted production w/ crane/boat ops. Rigged back up and RIH w/ Daniel's KOT. Located and set down in GLM @ 5348' wln (5402' MD). Worked tools and POOH. Did not retrieve Dummy GLV. RIH same to same and pulled Dummy GLV. (Had to work tools for a while to latch Dummy GLV). POOH. Running work off all the way pushed down onto fishing neck on Dummy GLV Latch Assembly. Replaced damaged bleed hose w/ new hose and drained liquid out of lubricator. Secured well and cleaned up work area. SDFN.

| SERVICE / RENTALS / THIRD PARTIES | | | |
|---|---|---|---|
| 50032 | | 15 | $85.00 | $1,275.00 | 5008202 | blind box | 1 | $92.00 | $43.00 |
| 103002 | slick line equip | 1 | $304.00 | $304.00 | 2001032A | operator only | 1 | $60.00 | $60.00 |
| 2002043 | 108 sld | 1 | $155.00 | $248.50 | 504002A | standing valve | 1 | $304.00 | $212.90 |
| 5034202 | prongs | 2 | $47.80 | $95.50 | 1320012 | screw anchor pump & hose | 1 | $179.00 | $119.00 |
| 5029012 | gs pulling tool | 1 | $258.00 | $178.50 | 5018022 | junk basket | 1 | $297.00 | $207.90 |
| 5022022 | daniel's KOT | 1 | $1,009.00 | $706.30 | 5029012 | JDC pulling tool | 1 | $258.00 | $178.50 |
| 450-231-002 | x-lock packing | 1 | $19.40 | $82.40 | | | | | |
| 429 231 002 | x-expelling sub o-rings | 2 | $17.60 | $36.00 | | | | | |

Operator: Cory Dore
Helper: Trenton Dartez

Customer Name: Mike Ryan

**EXHIBIT 3**

EXHIBIT 3

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
USA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114.
PHONE: (337) 365-2217 FAX: (337) 365-4594

**INVOICE 60992SPC**
29-Apr-2020

SOLD TO FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237962 | | January 28, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE 5G3; | 02/23/2020 03/12/2020 | 13 | 750.000 | | 9,750.00 |
| 2 | 1.00 | FLMAR 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK LV004; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H SPC8126; | 02/23/2020 03/12/2020 | 4 | 350.000 | | 1,400.00 |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H REPAIR CHARGE SPC8126; | 02/23/2020 03/12/2020 | 1 | 200.000 | | 200.00 |
| 4 | 1.00 | TANKS TOTE; | 02/23/2020 03/12/2020 | 12 | 50.000 | | 600.00 |
| 5 | 1.00 | AIR COMPRESSOR 92CFM 315-SR; | 02/23/2020 03/12/2020 | 5 | 200.000 | | 1,000.00 |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D) 102 LBS. SPC10368; | 02/23/2020 03/12/2020 | 5 | 250.000 | | 1,250.00 |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALExM9 THD,M9 CAPS SPC11032; | 02/23/2020 03/12/2020 | 11 | 50.000 | | 550.00 |
| 8 | 1.00 | M-8 HIGH PRESSURE HOSE X 10' M8; | 02/23/2020 03/12/2020 | 5 | 20.000 | | 100.00 |
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SUB 4 3/4 - 4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11217; | 02/23/2020 03/12/2020 | 5 | 270.000 | | 1,350.00 |
| 10 | 2.00 | SINGLE HYD HAND PUMP 7,500 PSI SPC0203; SPC0250; | 02/23/2020 03/12/2020 | 2 | 50.000 | | 200.00 |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 02/23/2020 03/12/2020 | 2 | 10.000 | | 40.00 |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION. 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1700; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 13 | 8.00 | BOLTS .7/D; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 14 | 2.00 | HAMMER WRENCHES .7/0H; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 1 of 6

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
USA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114.
PHONE: (337) 365-2217 FAX: (337) 365-4594

**INVOICE 60992SPC**
29-Apr-2020

SOLD TO FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-2 UNIONS 2" 1502 OUTLET 30 LBS. SPC7/0A; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 16 | 1.00 | PLUG VALVES: 2" X 1" 15M WP WING X THRD INTEGRAL SPC0141; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 17 | 1.00 | BLEED OFF VALVE: 2" 1502 WING X 1/2" NPT SPC11135; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 18 | 1.00 | 3" 5K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNIONS W/CLOSING HANDLES 283 LBS. SPC5435; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 19 | 1.00 | 4-3/4 4 LIFT CAP SPC1712; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 102 LBS. SPC1036; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 21 | 1.00 | 3" 10K H2S 4-3/4-4 NIGHT CAP (1/2" NPT) SPC527; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS SPC003; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 23 | 6.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1358; SPC1363; SPC483; SPC510; SPC680; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 24 | 1.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC498) | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 25 | 1.00 | 3" I.D. 5K LUBRICATOR 8' LONG WITH 4-3/4-4 UNIONS 45 LBS SPC518; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 26 | 1.00 | 3.80 LUBRICATOR CLAMP 6K SPC4558; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 27 | 1.00 | 4 3/4-4 UNION DOLLY WHEELS SPC11108; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 28 | 4.00 | STANDS STANDS; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 29 | 1.00 | 10K SPREADER BAR WITH SHACKLES SPC5163; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 30 | 1.00 | 3" 10K HYD. HEADCATCHER WITH BALL CHECK WITH 4 3/4-4 UNION 42 LBS SPC1158; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 2 of 6

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
USA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114.
PHONE: (337) 365-2217 FAX: (337) 365-4594

**INVOICE 60992SPC**
29-Apr-2020

SOLD TO FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 31 | 1.00 | 10K H2S 4-STAGE GREASEHEAD COMPLETE WITH SINGLE PACKOFF KZ-169; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 32 | 1.00 | COOPER T-BAR LINE CLAMP WITH WRENCH SPC9989; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 33 | 2.00 | SINGLE HYD HAND PUMP 7,500 PSI SPC7252; SPC923; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 34 | 2.00 | SINGLE HYD HAND PUMP 7,500 PSI (SPC6587,NO#) | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 35 | 10.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 36 | 3.00 | 60' SECTION OF AIRHOSE WITH CROWSFOOT CONNECTION AHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 37 | 1.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 38 | 1.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 39 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH M/F CAMLOCK CONNECTIONS 2CAM; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 40 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPC872; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 41 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | 0.000 | | 0.00 |
| 42 | 20.00 | DIESEL FUEL PER GALLON DIESEL; | | | 0.000 | 90.00/Sale | 90.00 |
| 43 | 1.00 | GLYCOL PER GALLON GL; | | | 0.000 | | 0.00 |
| 44 | 30.00 | WIRELINE GREASE PER GALLON GR; | | | 0.000 | 480.00/Sale | 480.00 |
| 45 | 2.00 | BX-153 RING GASKETS BX153; | | | 0.000 | 24.00/Sale | 24.00 |
| 46 | 1.00 | UNION STYLE HYDRAULIC CUTTER SHEAR REDRESS CHARGE CUTTER IS USED TO SHEAR CABLE CRC; | | | 0.000 | | 0.00 |

Page 3 of 6

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
USA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114.
PHONE: (337) 365-2217 FAX: (337) 365-4594

**INVOICE 60992SPC**
29-Apr-2020

SOLD TO FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 47 | 1.00 | 3" 5K DUAL REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS2; | | | 0.000 | | 0.00 |
| 48 | 2.00 | 7/32" BRASS AND RUBBERS 7/32; | | | 0.000 | 400.00/Sale | 400.00 |
| 49 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | 0.000 | | 0.00 |
| 50 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $165.00 ONLY CHARGED WHEN USED LINER; | | | 0.000 | | 0.00 |
| 51 | 7.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS (10/541-007,008,10522-016,108203-036,105708-030,038,107042-005) SLING; | | | 0.000 | 175.00/Sale | 175.00 |
| 52 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR EQUIPMENT SERVICE PER JOB ENV; | | | 0.000 | 100.00/Sale | 100.00 |
| SPC238046 | | February 18, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | ADD ON BY : JOSHUA BROUSSARD | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH M/F CAMLOCK CONNECTIONS 2CAM; | 02/23/2020 03/12/2020 | 3 | 20.000 | | 60.00 |
| 3 | 1.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENVI; | | | 0.000 | | 0.00 |
| SPC238371 | | February 24, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | HP-650 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS,2 1/2 BBL TANK, DEUTZ 2 CYL DIESEL ENGINE 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL A MIN, ESD, POP-OFF VALVE AND CERTIFIED SLINGS RR1049-SR; | 02/24/2020 03/12/2020 | 11 | 750.000 | | 8,250.00 |
| 2 | 1.00 | 2" CAMLOC MALE X MALE SUBRENT; | 02/24/2020 03/12/2020 | | 0.000 | | 0.00 |
| 3 | 1.00 | 2" CAMLOC FEMALE X FEMALE SUBRENT; | 02/24/2020 03/12/2020 | | 0.000 | | 0.00 |
| 4 | 1.00 | 2" X 10' CAMLOCK SUCTION HOSE SUBRENT; | 02/24/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 4 of 6

## Concentric
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2116, P.O. BOX 123116, DALLAS, TX 75312-3116
PHONE: (337) 365-2217 FAX: (337) 365-4586

**INVOICE 60992SPC**
25-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| | | | |
|---|---|---|---|
| Rig: | NA | PO No. | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No. | 119633 |
| AFE: | FW204004 | | |

23Feb2020 - 12Mar2020

| D/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 5 | 1.00 | 1/2" X 7' 4 LEG WIRE ROPE SLING ON 1" CROSBY ML WF HD'I EACH END ELS413-3**-ER; | 02/04/2020 03/12/2020 | | | 0.000 | 0.00 |
| 6 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | | 0.000 | 0.00 |
| 7 | 1.00 | HP 660 1 1/2" PLUNGER PACKING GOOD FOR ACID HYPD424; | | | | 0.000 | 0.00 |
| 8 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | | | 0.000 | 0.00 |
| 9 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTIONS AND EQUIPMENT WITH ENGINES ENV3; | | | | 0.000 | 0.00 |

| SPC230601 | | February 23, 2020 | MILLBROOK EARTH | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | HP 50K TEST PUMP WIT +10/8 PLUNGERS 5000 PSI WORKING PSI CAPABLE OF PUMPING 7 TO 1 1/2 GLLS PER MIN, 8' LONG X 5' WIDE X 6'9 IN HEIGHT. 6520L5S. SPC2852; | 02/23/2020 03/25/2020 | | | 0.000 | 0.00 |
| 2 | 1.00 | 3" CAMLOCK HOSE 25' LONG WITH MDF CAMLOCK CONNECTIONS 2CAM; | 02/23/2020 03/25/2020 | 3 | | 20.000 | 60.00 |
| 3 | 1.00 | 3"FEMALE X 2"FEMALE CAMLOC | 02/23/2020 03/12/2020 | 3 | | 8.000 | 24.00 |
| 4 | 1.00 | 3"MALE X 2"MALE CAMLOC | 02/23/2020 03/16/2020 | 3 | | 8.000 | 24.00 |
| 5 | 1.00 | 2"MALE X 3"FEMALE CAMLOC | 02/23/2020 03/12/2020 | 3 | | 8.000 | 24.00 |
| 6 | 1.00 | 2" *502 WING X WING | 02/23/2020 03/12/2020 | 3 | | 8.000 | 24.00 |
| 7 | 1.00 | 2" *502 THREAD X THREAD(SPC17097) | 02/23/2020 03/12/2020 | 3 | | 8.000 | 24.00 |
| 8 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | | 0.000 | 0.00 |
| 9 | 1.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS SLING; | | | 0.000 | 25.00/Sale | 25.00 |
| 10 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | | | 22.50/Sale | 22.50 |
| 11 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | | | 20.00/Sale | 20.00 |

---

## Concentric
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2116, P.O. BOX 123116, DALLAS, TX 75312-3116
PHONE: (337) 365-2217 FAX: (337) 365-4586

**INVOICE 60992SPC**
25-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| | | | |
|---|---|---|---|
| Rig: | NA | PO No. | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No. | 119633 |
| AFE: | FW204004 | | |

23Feb2020 - 12Mar2020

| D/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | SUB TOTAL | | | 26,266.50 |
| | | | | AMOUNT DUE... | | | US$ 26,266.50 |
| | | | | THANK YOU FOR YOUR BUSINESS! | | | NET 30 DAYS |

CHARGES MAY FOLLOW FOR COST OF MISSING ITEMS

---

## Concentric
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2116, P.O. BOX 123116, DALLAS, TX 75312-3116
PHONE: (337) 365-2217 FAX: (337) 365-4586

**INVOICE 60992SPC**
25-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| | | | |
|---|---|---|---|
| Rig: | NA | PO No. | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No. | 119633 |
| AFE: | FW204004 | | |

23Feb2020 - 12Mar2020

| D/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | SUB TOTAL | | | 26,266.50 |
| | | | | AMOUNT DUE... | | | US$ 26,266.50 |
| | | | | THANK YOU FOR YOUR BUSINESS! | | | NET 30 DAYS |

CHARGES MAY FOLLOW FOR COST OF MISSING ITEMS

Ash Sapru

---

## Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
2113 PETROLEUM PKWY
BROUSSARD 70518 USA
Telephone: (337) 365-2217 Facsimile (337) 365-4586

**DELIVERY TICKET**
SPC237962
26-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
OCSG LOUISIANA, USA

ORIGINAL

| | | |
|---|---|---|
| START RENT: 24-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 |
| ORDERED BY: MR. BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: PO: USD | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS AMOUNT | ADD'L |
|---|---|---|---|---|
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE 5G3; | | 750.000EACH |
| 2 | 1.00 | ELMAR 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK. LV004; | | EACH |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H SPC8128; | | 350.000EACH |
| 4 | 1.00 | TANKS TOTE; | | 50.000EACH |
| 5 | 1.00 | AIR COMPRESSOR 90CFM 315-3R; | | |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D) 102 LBS. SPC10368; | | 250.000EACH |
| 7 | 1.00 | 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2):/4"HP NEEDLE VLVS,1/4"2DK CADCE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALExN9 TEID,N9 CAPS SPC11033; | | 50.000EACH |
| 8 | 1.00 | M-9 HIGH PRESSURE HOSE X 50' M9; | | 20.00'EACH |

| See Reverse Side for Terms & Conditions | |
|---|---|
| Page 1 of 7 | SPC237962 |

**EXHIBIT 3**



**Top Left Ticket**

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETRALEUM HWY
BROUSSARD-IPC LA 70518 USA

DELIVERY TICKET
SPC237962
28-Jan-2020

Telephone: (337) 365-2217  Facsimile: (337) 365-4584

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | |
|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SUB 4 3/4-4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11214; | | 810.000 | 270.000EACH |
| 10 | 2.00 | SINGLE HYD.HAND PUMP 7,530 PSI SPC9203; SPC9259; | 3 | 150.000 | 50.000EACH |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS CHOGE; | 3 | 30.000 | 10.000EACH |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION - 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1766; | | | EACH |
| 13 | 8.00 | BOLTS .78S; | | | EACH |
| 14 | 2.00 | HAMMER WRENCHES .78H; | | | EACH |
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-4 UNIONS 2" 1532 OUTLET 30 LBS. SPC7828; | | | EACH |
| 16 | 1.00 | PLUG VALVES; 2" X 1" 15M WP WING X THRD INTEGRAL SPC3141; | | | EACH |
| 17 | 1.00 | BLEED OFF VALVE; 2" 1502 WING X 1/2" NPT SPC11135; | | | EACH |

See Reverse Side For Terms & Conditions
Page 2 of 7
SPC237962

---

**Top Right Ticket**

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETRALEUM HWY
BROUSSARD-IPC LA 70518 USA

DELIVERY TICKET
SPC237962
28-Jan-2020

Telephone: (337) 365-2217  Facsimile: (337) 365-4584

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | |
|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 18 | 1.00 | 2" 5K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNION W/CLOSING HANDLES 283 LBS. SPC5496; | | | EACH |
| 19 | 1.00 | 4 3/4-4 LIFT CAP SPC1712; | | | EACH |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 102 LBS. SPC1686; | | | EACH |
| 21 | 1.00 | 3" 10K B28 4-3/4-4 NIGHT CAP (1/2" NPT) SPC827; | | | EACH |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS. SPC863; | | | EACH |
| 23 | 6.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1359; SPC1368; SPC493; SPC510; SPC6486; | | | EACH |
| 24 | 1.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC490) NO S/N; | | | EACH |
| 25 | 1.00 | 3" I.D. 5K LUBRICATOR 5' LONG WITH 4-3/4-4 UNIONS 45 LBS. SPC518; | | | EACH |

See Reverse Side For Terms & Conditions
Page 3 of 7
SPC237962

---

**Bottom Left Ticket**

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETRALEUM HWY
BROUSSARD-IPC LA 70518 USA

DELIVERY TICKET
SPC237962
28-Jan-2020

Telephone: (337) 365-2217  Facsimile: (337) 365-4584

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | |
|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 26 | 1.00 | 3.30 LUBRICATOR CLAMP 6K SPC4550; | | | EACH |
| 27 | 1.00 | 4 3/4-4 UNION DOLLY WHEELS SPC11108; | | | EACH |
| 28 | 4.00 | STANDS STANDS; | | | EACH |
| 29 | 1.00 | 10K SPREADER BAR WITH SHACKLES SPC5163; | | | EACH |
| 30 | 1.00 | 3" 10K HYD. HEADCATCHER WITH BALL CHECK WITH 4 3/4-4 UNION 42 LBS. SPC1158; | | | EACH |
| 31 | 1.00 | 10K 4-STAGE GREASEHEAD COMPLETE WITH SINGLE PACKOFF HZ-169; | | | EACH |
| 32 | 1.00 | COOPER T-BAR LINE CLAMP WITH WRENCH SPC9989; | | | EACH |
| 33 | | SINGLE HYD.HAND PUMP 7,500 PSI SPC7282; SPC9213; | | | |
| 34 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI (SPC6507,B04) NO S/N; | | | EACH |
| 35 | 10.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HOSEK; | | | EACH |

See Reverse Side For Terms & Conditions
Page 4 of 7
SPC237962

---

**Bottom Right Ticket**

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETRALEUM HWY
BROUSSARD-IPC LA 70518 USA

DELIVERY TICKET
SPC237962
28-Jan-2020

Telephone: (337) 365-2217  Facsimile: (337) 365-4584

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | |
|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 36 | 3.00 | 50' SECTION OF AIRHOSE WITH CROWSFOOT CONNECTION AHOSE; | | | EACH |
| 37 | 1.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | | | EACH |
| 38 | 1.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | | | EACH |
| 39 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | EACH |
| 40 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPCB70; | | | EACH |
| 41 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | EACH |
| 42 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |
| 43 | 1.00 | GLYCOL PER GALLON GL; | | 12.000 | EACH |
| 44 | 1.00 | WIRELINE GREASE PER GALLON GR; | | 16.000 | EACH |
| 45 | 2.00 | BX-153 RING GASKETS BX153; | | 12.000 | EACH |

See Reverse Side For Terms & Conditions
Page 5 of 7
SPC237962

**EXHIBIT 3**



**EXHIBIT 3**

Concentric PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USS PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 46 | 1.00 | UNION STYLE HYDRAULIC CUTTER SHEAR REDRESS CHARGE CUTTER IS USED TO SHEAR CABLE CRC; | | 1200.000 | EACH |
| 47 | 1.00 | 3" 5K DUAL REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS2; | | 900.000 | EACH |
| 48 | 2.00 | 7/32" BRASS AND RUBBERS 7/32; | | 200.000 | EACH |
| 49 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | EACH |
| 50 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $165.00 ONLY CHARGED WHEN USED LINER; | | 165.000 | EACH |
| 51 | 7.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS (107541-007,008,106522-016,106260-036,105708-030,038,107042-005) SLING; | | 25.000 | EACH |
| 52 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR EQUIPMENT SERVICE PER JOB ENV; | | 100.000 | EACH |

See Reverse Side For Terms & Conditions
Page 6 of 7 SPC237962

Concentric PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USS PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|

[signature] 28 JAN 2020
RECEIVING CO. SIGNATURE DATE
[signature] 1/28/2020
SHIPPERS SIGNATURE DATE

See Reverse Side For Terms & Conditions
Page 7 of 7 SPC237962

Concentric PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238046
18-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

ORIGINAL

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 18-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-3 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | ADD ON BY : JOSHUA BROUSSARD NO S/N; | | | EACH |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | 20.000EACH |
| 3 | 1.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENV1; | | 3.000 | EACH |

[signature] 2-18-2020
RECEIVING CO. SIGNATURE DATE
[signature] 2-18-20
SHIPPERS SIGNATURE DATE

See Reverse Side For Terms & Conditions
Page 1 of 1 SPC238046

Concentric PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238061
23-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

ORIGINAL

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 23-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | HP 950 TEST PUMP WITH 1-5/8 PLUNGERS 5000 PSI WORKING PSI CAPABLE OF PUMPING 1 TO 1-/2 BBLS PER MIN. 9' LONG X 5' WIDE X 6'6 IN HEIGHT. 6500LBS. SPC3963; | | | 750.000EACH |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | 20.000EACH |
| 3 | 1.00 | 2"FEMALE X 2"FEMALE CAMLOC NO S/N; | | | 8.000EACH |
| 4 | 1.00 | 3"MALE X 3"MALE CAMLOC NO S/N; | | | 8.000EACH |
| 5 | 1.00 | 2"MALE X 3"FEMALE CAMLOC NO S/N; | | | 8.000EACH |
| 6 | 1.00 | 2" 1502 WING X WING NO S/N; | | | 8.000EACH |
| 7 | 1.00 | 2" 1502 THREAD X THREAD(SPC11087) NO S/N; | | | 8.000EACH |
| 8 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | EACH |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 1 of 2 SPC238061

## Delivery Ticket SPC238061 (23-Feb-2020)

Concentric — Warrior Energy Services Corporation, DBA Concentric Pipe and Tool Rentals
1043 Petroleum Pkwy, Broussard-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4544

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

START RENT: 23-Feb-2020
RIG: NA
LEASE/OCSG: 2592
ORDERED BY: MR.BROCK SMITH
AREA/BLOCK: SMI 149
SHIPPED VIA: CONCENTRIC
WELL: C-2
AFE: 
JOB NO: 
CURRENCY: US$
PO: 
ETC: 
QUOTES: 

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS; SLING; | | 25.000 | EACH |
| 10 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |
| 11 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | 20.000 | EACH |

RECEIVING CO. SIGNATURE — 2-23-2020
SHIPPERS SIGNATURE — DATE

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.
See Reverse Side For Terms & Conditions — Page 2 of 2
SPC238061

## Delivery Ticket SPC238071 (24-Feb-2020) — ORIGINAL

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

START RENT: 24-Feb-2020
RIG: NA
LEASE/OCSG: 2592
ORDERED BY: MR.BROCK SMITH
AREA/BLOCK: SMI 149
SHIPPED VIA: CONCENTRIC
WELL: C-2
AFE: 
JOB NO: 119633
CURRENCY: US$
PO: 
ETC: 
QUOTES: 

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS, 2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., KSD, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-SR; | | | 750.000 | EACH |
| 2 | 1.00 | 2" CAMLOC MALE X MALE NO S/N; | | | EACH |
| 3 | 1.00 | 2" CAMLOC FEMALE X FEMALE NO S/N; | | | EACH |
| 4 | 1.00 | 2" X 10' CAMLOCK SUCTION HOSE NO S/N; | | | EACH |
| 5 | 1.00 | 1/2" X 7'  4 LEG WIRE ROPE SLING ON 1" CROSBY HL W/ HDT EACH END SL8418-2-1-SR; | | | EACH |
| 6 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | 500.000 | EACH |
| 7 | 1.00 | HP 950 1-1/2" PLUNGER PACKING GOOD FOR ACID HYP0424; | | 100.000 | EACH |
| 8 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.
See Reverse Side For Terms & Conditions — Page 1 of 2
SPC238071

## Delivery Ticket SPC238071 (24-Feb-2020)

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

START RENT: 24-Feb-2020
RIG: NA
LEASE/OCSG: 2592
ORDERED BY: MR.BROCK SMITH
AREA/BLOCK: SMI 149
SHIPPED VIA: CONCENTRIC
WELL: C-2
AFE: 
JOB NO: 119633
CURRENCY: US$
PO: 
ETC: 
QUOTES: 

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | 20.000 | EACH |

RECEIVING CO. SIGNATURE — Mike Ryan — 3-4-20
SHIPPERS SIGNATURE — Shannon Barras — 2-24-20

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.
See Reverse Side For Terms & Conditions — Page 2 of 2
SPC238071

## Invoice 61083SPC (29-Apr-2020)

Concentric — Remit To: Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
Department 2113, PO Box 122113, Dallas, TX 75312-2113
Phone: (337) 365-2217 Fax: (337) 365-4544

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149 C
FM090015

PO No.: 
Well: C-4
Job No.: 119633

07/Mar/2020 - 12/Mar/2020

| DTA ITEM | QTY | DESCRIPTION | RENT FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237962 | | January 28, 2020    MR.BROCK SMITH | | | | | |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB WK2)/14"HP NEEDLE VLV/6.14"20K GAUGE,14"NPT CROSS/6,1414"HP MALEx14"NPT MALE NIPPLE,14"STREET ELBOW,14"HP MALExM4 THD,M8 CAPS SPC11332; | 03/07/2020 03/07/2020 | 6 | 50.000 | | 300.00 |
| SPC238071 | | February 24, 2020    MR.BROCK SMITH | | | | | |
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS,2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN. ESD, POP-OFF VALVE, AND CER'IFIED SLINGS RR1049-SR; | 03/07/2020 03/12/2020 | 6 | 750.000 | | 4,500.00 |

SUB TOTAL: 4,800.00
AMOUNT DUE: US$ 4,800.00
THANK YOU FOR YOUR BUSINESS!    NET 30 DAYS

Page 1 of 1

**EXHIBIT 3**

**EXHIBIT 3**

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114.
PHONE: (337) 365-2217 FAX: (337) 365-4584

**INVOICE 61083SPC**
22-Apr-2020

SOLD TO **FIELDWOOD ENERGY LLC**
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

**Rig:** NA
**Lease:** OCSG 2592
**Location:** SOUTH MARSH ISL 149 C
**AFE:** FW204018
**PO No.**
**Well:** C-4
**Job No.** 119633

07/Mar/2020 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237962 | | January 28, 2020 MR.BROCK SMITH | | | | | |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALExM9 THD,M9 CAPS SPC11032; | 03/07/2020 03/12/2020 | 6 | 50.000 | | 300.00 |
| SPC238071 | | February 24, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS,2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., ESD, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-SR; | 03/07/2020 03/12/2020 | 6 | 750.000 | | 4,500.00 |

**SUB TOTAL** 4,800.00
**AMOUNT DUE...** US$ 4,800.00
THANK YOU FOR YOUR BUSINESS! NET 30 DAYS

Ash Sapru

Page 1 of 1

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042 USA

SHIP TO: NA, GATE 2, OCSG LOUISIANA USA

ORIGINAL

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE 5G3; | | | 750.000EACH |
| 2 | 1.00 | ELMAR 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK. LV004; | | | EACH |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H SPC8128; | | | 350.000EACH |
| 4 | 1.00 | TANKS TOTE; | | | 50.000EACH |
| 5 | 1.00 | AIR COMPRESSOR 92CFM 315-SR; | | | |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D) 102 LBS. SPC10368; | | | 250.000EACH |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALExM9 THD,M9 CAPS SPC11032; | | | 50.000EACH |
| 8 | 1.00 | M-9 HIGH PRESSURE HOSE X 50' M9; | | | 20.000EACH |

See Reverse Side For Terms & Conditions
Page 1 of 7 SPC237962

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042 USA

SHIP TO: NA, GATE 2, OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SUB 4 3/4 -4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11214; | 3 | 810.000 | 270.000EACH |
| 10 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI SPC9203; SPC9259; | 3 | 150.000 | 50.000EACH |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS IHOSE; | 3 | 30.000 | 10.000EACH |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION: 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1756; | | | EACH |
| 13 | 8.00 | BOLTS .783; | | | EACH |
| 14 | 2.00 | HAMMER WRENCHES .78H; | | | EACH |
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-2 UNIONS 2" 1502 OUTLET 30 LBS. SPC7828; | | | EACH |
| 16 | 1.00 | PLUG VALVES: 2" X 1" 15M WP WING X THRD INTEGRAL SPC9141; | | | EACH |
| 17 | 1.00 | BLEED OFF VALVE: 2" 1502 WING X 1/2" NPT SPC11135; | | | EACH |

See Reverse Side For Terms & Conditions
Page 2 of 7 SPC237962

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042 USA

SHIP TO: NA, GATE 2, OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | DAYS | AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 18 | 1.00 | 3" 5K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNIONS W/CLOSING HANDLES 283 LBS. SPC5496; | | | EACH |
| 19 | 1.00 | 4-3/4 4 LIFT CAP SPC1732; | | | EACH |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 102 LBS. SPC1088; | | | EACH |
| 21 | 1.00 | 3" 10K H2S 4-3/4-4 NIGHT CAP (1/2" NPT) SPC627; | | | EACH |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS. SPC863; | | | EACH |
| 23 | 6.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1359; SPC1368; SPC493; SPC510; SPC686; | | | EACH |
| 24 | 1.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC498) NO S/N; | | | EACH |
| 25 | 1.00 | 3" I.D. 5K LUBRICATOR 5' LONG WITH 4-3/4-4 UNIONS 45 LBS. SPC518; | | | EACH |

See Reverse Side For Terms & Conditions
Page 3 of 7 SPC237962

## Ticket 1 (top left)

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD—EPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

**DELIVERY TICKET**
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR. BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | APE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTE$: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
| 26 | 1.00 | 3.80 LUBRICATOR CLAMP 6X SPC4558; | | | EACH |
| 27 | 1.00 | 4 3/4-4 UNION DOLLY WHEELS SPC11108; | | | EACH |
| 28 | 4.00 | STANDS STANDS; | | | EACH |
| 29 | 1.00 | 10X SPREADER BAR WITH SHACKLES SPC5163; | | | EACH |
| 30 | 1.00 | 3" 10K HYD. HEADCATCHER WITH BALL CHECK WITH 4 3/4 4 UNION 42 LBS. SPC1158; | | | EACH |
| 31 | 1.00 | 10X HDS 4-STAGE GREASEHEAD COMPLETE WITH SINGLE PACKOFF RZ-165; | | | EACH |
| 32 | 1.00 | COOPER T-BAR LINE CLAMP WITH WRENCH SPC9999; | | | EACH |
| 33 | 1.00 | SINGLE HYD.HAND PUMP 7,500 PSI SPC7282; SPC9213; | | | EACH |
| 34 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI (SPC6587,NO#) NO S/N; | | | EACH |
| 35 | 10.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | | | EACH |

See Reverse Side For Terms & Conditions
Page 4 of 7

SPC237962

## Ticket 2 (top right)

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD—EPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

**DELIVERY TICKET**
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR. BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | APE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTE$: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
| 36 | 3.00 | 50' SECTION OF AIRHOSE WITH CROMSFOOT CONNECTION AHOSE; | | | EACH |
| 37 | 1.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | | | EACH |
| 38 | 1.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | | | EACH |
| 39 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | EACH |
| 40 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPC570; | | | EACH |
| 41 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | EACH |
| 42 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |
| 43 | 1.00 | GLYCOL PER GALLON GL; | | 12.000 | EACH |
| 44 | 1.00 | WIRELINE GREASE PER GALLON GR; | | 16.000 | EACH |
| 45 | 2.00 | BA-.53 RING GASKETS BX153; | | 12.300 | EACH |

See Reverse Side For Terms & Conditions
Page 5 of 7

SPC237962

## Ticket 3 (bottom left)

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD—EPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

**DELIVERY TICKET**
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR. BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | APE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTE$: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |
| 46 | 1.00 | UNION STYLE HYDRAULIC CUTTER SHEAR REDRESS CHARGE CUTTER IS USED TO SHEAR CABLE CRC; | | 1230.000 | EACH |
| 47 | 1.00 | 3" 5K DUAL REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS2; | | 900.000 | EACH |
| 48 | 2.00 | 7/32" BRASS AND RUBBERS 7/32; | | 200.000 | EACH |
| 49 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | EACH |
| 50 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $165.00 ONLY CHARGED WHEN USED LINER; | | 165.000 | EACH |
| 51 | 7.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS (107541-007,008,106522-016,106260-036,105708-030,038,107042-005) SLING; | | 25.000 | EACH |
| 52 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR EQUIPMENT SERVICE PER JOB ENV; | | 100.000 | EACH |

See Reverse Side For Terms & Conditions
Page 6 of 7

SPC237962

## Ticket 4 (bottom right)

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD—EPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

**DELIVERY TICKET**
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR. BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | APE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ | PO: | ETC: | QUOTE$: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L |

RECEIVING CO. SIGNATURE _Brian Hall_     DATE 28 JAN 2020

SHIPPER'S SIGNATURE     DATE 1/28/2020

See Reverse Side For Terms & Conditions
Page 7 of 7

SPC237962

**EXHIBIT 3**

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1045 PETRALON PKWY
MIDLAND-ODC LA 70510 USA

DELIVERY TICKET
SPC238071
24-Feb-2020

Telephone: (337) 363-2717 Facsimile: (337) 363-1561

INVOICE TO: FIELDWOOD ENERGY LLC
2000 N. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

**ORIGINAL**

| START RENT: 24-Feb-2020 | RIG: NA | LEASE/OCSG: 2582 | |
|---|---|---|---|
| ORDERED BY: MR.BRUCE SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD | PO: | QUOTE#: |

| ITEM | QUAN | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L | |
|---|---|---|---|---|---|---|
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS, 2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., ESD, POP-OFF VALVE, AND CERTIFIED SLINGS TRH1049-SR; | | 750.000 | EACH | |
| 2 | 1.00 | 2" CAMLOC MALE X MALE NO S/N; | | | EACH | |
| 3 | 1.00 | 2" CAMLOC FEMALE X FEMALE NO S/N; | | | EACH | |
| 4 | 1.00 | 2" X 10' CAMLOCK SUCTION HOSE NO S/N; | | | EACH | |
| 5 | 1.00 | 1/2" X 7'  4 LEG WIRE ROPE SLING ON 1" CROSBY WL W/ NUT EACH END SL8418-2-1-SR; | | | EACH | |
| 6 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | 500.000 | EACH | |
| 7 | 1.00 | HP 950 1-1/2" PLUNGER PACKING GOOD FOR ACID HTP0424; | | 100.000 | EACH | |
| 8 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH | |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 1 of 2

SPC238071

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1045 PETRALON PKWY
MIDLAND-ODC LA 70510 USA

DELIVERY TICKET
SPC238071
24-Feb-2020

Telephone: (337) 363-2717 Facsimile: (337) 363-1561

INVOICE TO: FIELDWOOD ENERGY LLC
2000 N. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| START RENT: 24-Feb-2020 | RIG: NA | LEASE/OCSG: 2582 | |
|---|---|---|---|
| ORDERED BY: MR.BRUCE SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD | PO: | QUOTE#: |

| ITEM | QUAN | DESCRIPTION | MINIMUM RENTAL DAYS | AMOUNT | ADD'L | |
|---|---|---|---|---|---|---|
| 9 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASSYSTEMS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | 20.000 | EACH | |

*Mike Regan*     3-1-20
RECEIVING CO. SIGNATURE     DATE

*Steven Barras*     2-24-20
SHIPPERS SIGNATURE     DATE

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 2 of 2

SPC238071

**EXHIBIT 3**