MO - 2020006218 23 PG/S
RCD: 9/8/2020 @ 11:16:59 AM
Vermilion Parish, LA
Diane Meaux Broussard, Clerk Of Court

FILED:      Vermilion Parish,
            Bureau of Ocean Energy Management
LEASE NO.:  OCS-G-02592
AREA/BLOCK: SM 149
OPERATOR:   Fieldwood Energy, LLC
LESSEE:     Fieldwood   Energy,   LLC;   Fieldwood
            Energy Offshore LLC
AMOUNT:     $156,154.73

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.      He is the Assistant General Counsel and authorized agent of Warrior Energy

Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114

and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.      Warrior is in the business of furnishing labor, equipment, machinery, and materials,

and related services in support of the development, exploration, maintenance, operation, and

abandonment of oil and gas well(s).

3.      In connection with its business, Warrior contracted to supply services, labor,

equipment, materials and supplies and related services used in well operation, production, drilling

and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite

1200, Houston, TX 77042 ("Fieldwood").

4.      Between approximately February 18, 2020 through March 13, 2020 (the

"Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related

services to Fieldwood in connection with the operation, including drilling, completing, testing,

production, reworking or abandoning of certain wells located in Lease No. OCS-G-02592, South

Marsh Island, Block 149, off the coast of Vermilion Parish, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $156,154.73 is due and

owing on Invoice Nos. SI-266363, SI-266372, SI-266438, SI-266456, SI-266535, SI-266536, SI-

266569, SI-266570, 60992SPC and 61083SPC (collectively, the "Invoices") for those certain

- 1 -

EXHIBIT 4

goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood and  Fieldwood Energy Offshore LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Vermilion Parish, State of Louisiana and with the BOEM.

EXHIBIT 4

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 20th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 4**







EXHIBIT 4





EXHIBIT 4





**EXHIBIT 4**









EXHIBIT 4

Instrument # 2020006218
Page 8 of 23







## WARRIOR ENERGY SERVICES

A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: Cr 264455
Invoice Date: 3/5/2020
Page: 1

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due Upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW20N004
Location: 0969
Line of Business: 233

**Amount Due:** 3,814.60

Lease & Well: OCSG 2331 C-2 SM149C
County: OS
State: OS

Job Start Date: 3/1/2020
Job End Date: 3/1/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5206 | SrtLivr/Crew -Regulatory | SLBOO32570 | 15.00 | Hours | 85.00 | | 1,275.00 |
| 103032 | Surface Equip Rental-Days | SLBOO32570 | 1.00 | Days | 364.00 | | 364.00 |
| 200204 | 0.108 Standard | SLBOO32570 | 1.00 | Days | 243.50 | | 243.50 |
| 504002 | Standing Valves thru 2 3/8" | SLBOO32570 | 1.00 | Days | 213.00 | | 213.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBOO32570 | 1.00 | Days | 173.50 | | 173.50 |
| 501902 | Junk Baskets thru 2 1/2" | SLBOO32570 | 1.00 | Days | 207.90 | | 207.90 |
| 502001 | Gilmore Tools - Camco | SLBOO32570 | 1.00 | Days | 264.60 | | 264.60 |
| 502202 | Daniel's DOT (Gilmore Tool 2 | SLBOO32570 | 1.00 | Days | 706.30 | | 706.30 |
| 502901 | Pulling Tools -special- 0 to 2 | SLBOO32570 | 2.00 | Days | 173.50 | | 347.00 |

REMIT PAYMENTS TO:
Warrior Energy Services Corp.
Dept Invest 2114
P.O. Box 122114
Dallas, TX 75312-2114

for billing questions, please call (337) 837-3956

Total Discount: 0.00

Net Invoice: 3,814.60
Freight:
Tax: 0.00
Total: 3,814.60

The Services (as defined in the Terms) related to this Standard Invoice shall be
governed exclusively by the Warrior Energy Services Corporation Customer Agreement
General Terms and Conditions(the "Terms"), which are expressly incorporated herein by
reference. The Terms are available upon request and at Warrior's website
(>http://www.superiorenergy.com/suboblrgreement>). Acceptance of the Terms
shall be by acknowledgment as described in Section 1 of the Terms, including without
limitation by beginning performance.

**EXHIBIT 4**

Instrument # 2020006218
Page 9 of 23





**EXHIBIT 4**

Instrument # 2020006218
Page 10 of 23



EXHIBIT 4





## INVOICE

**Warrior Energy Services**
A SUPERIOR ENERGY SERVICES COMPANY

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

| | |
|---|---|
| Invoice Number: | 19-266564 |
| Invoice Date: | 3/29/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No.: | 10534 |
| P.O. No.: | |
| AFE: | FW204024 |
| Location: | C969 |
| Line of Business: | 233 |

**Amount Due:** 10,642.40

Lease & Well: OCSG 1592 C-2 SNC149
County: OS
State: OS

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | SK Unit/Crew - Gas Lift | SL80034#01 | 16.00 | Hours | 85.00 | | 1,360.00 |
| 1C1002 | Surface Equip Rental-Days | SL80034#01 | 1.00 | Days | 364.00 | | 364.00 |
| 200046 | 0.13% Standard | SL80034#01 | 1.00 | Days | 248.50 | | 248.50 |
| 55-0032A | Standing Valve thru 2 7/8" | SL80034#01 | 1.00 | Days | 212.80 | | 212.80 |
| 3C2901 | Pulling Tools -special- thru 2 | SL80034#01 | 1.00 | Days | 178.50 | | 178.50 |
| 3A9902 | Arm Rollers thru 2 1/2" | SL80034#01 | 1.00 | Days | 203.90 | | 203.90 |
| 552002 | Daniels DOT Kickover Tool 2 | SL80034#01 | 1.00 | Days | 706.30 | | 706.30 |
| 500620 | Bleed line | SL80034#01 | 1.00 | Days | 43.40 | | 43.40 |
| 5012 | SK Unit/Crew - Other | SL80034#01 | 6.00 | Hours | 85.00 | | 510.00 |
| 30300 | Auto/Pickup | SL80034#01 | 20.00 | Mile | 1.50 | | 30.00 |
| 5001 | SK Unit/Crew - Gas Lift | SL80034#02 | 16.00 | Hours | 85.00 | | 1,360.00 |
| 1C1002 | Surface Equip Rental-Days | SL80034#02 | 1.00 | Days | 364.00 | | 364.00 |
| 200046 | 0.13% Standard | SL80034#02 | 1.00 | Days | 248.50 | | 248.50 |
| 55-0032A | Standing Valve thru 2 7/8" | SL80034#02 | 1.00 | Days | 212.80 | | 212.80 |
| 3C2901 | Pulling Tools -special- thru 2 | SL80034#02 | 1.00 | Days | 178.50 | | 178.50 |
| 503420 | Primp - Equalizing, Pulling | SL80034#02 | 2.00 | Days | 47.60 | | 95.20 |
| 5001 | SK Unit/Crew - Gas Lift | SL80034#03 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 1C1002 | Surface Equip Rental-Days | SL80034#03 | 1.00 | Days | 364.00 | | 364.00 |
| 5001 | SK Unit/Crew - Gas Lift | SL80034#04 | 14.00 | Hours | 85.00 | | 1,190.00 |
| 1C1002 | Surface Equip Rental-Days | SL80034#04 | 1.00 | Days | 364.00 | | 364.00 |
| 5001 | SK Unit/Crew - Gas Lift | SL80034#05 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 1C1002 | Surface Equip Rental-Days | SL80034#05 | 1.00 | Days | 364.00 | | 364.00 |

**EXHIBIT 4**



EXHIBIT 4



EXHIBIT 4



EXHIBIT 4







EXHIBIT 4

**Concentric** PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4596

**INVOICE 60892SPC**
29-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.:
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237882 | | January 28, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | 3" ID 6K GREASE PACKAGE SGJ; | 02/23/2020 03/12/2020 | 13 | 750.000 | | 9,750.00 |
| 2 | 1.00 | FI MAR 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK. LV004; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H SPC8128; | 02/23/2020 03/12/2020 | 4 | 350.000 | | 1,400.00 |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H REPAIR CHARGE SPC8128; | 02/23/2020 03/12/2020 | 1 | 200.000 | | 200.00 |
| 4 | 1.00 | TANKS TOTE; | 02/23/2020 03/12/2020 | 12 | 50.000 | | 600.00 |
| 5 | 1.00 | AIR COMPRESSOR 82CFM 315-SR; | 02/23/2020 03/12/2020 | 5 | 200.000 | | 1,000.00 |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D.) 102 LBS. SPC10364; | 02/23/2020 03/12/2020 | 5 | 250.000 | | 1,250.00 |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALEx(4) THD,ND CAPS SPC11332; | 02/23/2020 03/12/2020 | 11 | 50.000 | | 550.00 |
| 8 | 1.00 | M-8 HIGH PRESSURE HOSE X 50' M8; | 02/23/2020 03/12/2020 | 5 | 20.000 | | 100.00 |
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SUB 4 3/4 - 4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11217; | 02/23/2020 03/12/2020 | 5 | 270.000 | | 1,350.00 |
| 10 | 2.00 | SINGLE HYD HAND PUMP 7,500 PSI SPC2203; SPC2250; | 02/23/2020 03/12/2020 | 2 | 50.000 | | 200.00 |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 02/23/2020 03/12/2020 | 2 | 18.000 | | 42.00 |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION, 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1720, | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 13 | 8.00 | BOLTS .75B; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 14 | 2.00 | HAMMER WRENCHES .75H; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 1 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4596

**INVOICE 60892SPC**
29-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.:
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-2 UNIONS 2" 1502 OUTLET 33 LBS. SPC7828; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 16 | 1.00 | PLUG VALVES 2" X 1" 1502 WING X THRD INTEGRAL SPC9141; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 17 | 1.00 | BLEED OFF VALVE: 2" 1502 WING X 1/2" NPT SPC11133; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 18 | 1.00 | 3" 6K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNIONS W/CLOSING HANDLES 283 LBS. SPC3490; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 19 | 1.00 | 4-3/4 4 LIFT CAP SPC1732; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 103 LBS. SPC1058; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 21 | 1.00 | 3" 10K H2S 4-3/4-4 NIGHT CAP (1/2" NPT) SPC427; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS SPC603; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 23 | 6.00 | 3" I.D. 6K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1358; SPC1353; SPC458; SPC610; SPC605; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 24 | 1.00 | 3" I.D. 6K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC455) | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 25 | 1.00 | 3" I.D. 6K LUBRICATOR 8' LONG WITH 4-3/4-4 UNIONS 65 LBS SPC618; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 26 | 1.00 | 3.50 LUBRICATOR CLAMP 6K SPC4553; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 27 | 1.00 | 4 3/4-4 UNION DOLLY WHEELS SPC11106; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 28 | 4.00 | STANDS STANDS; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 29 | 1.00 | 10K SPREADER BAR WITH SHACKLES SPC5163; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 30 | 1.00 | 3" 15K HYD. HEADCATCHER WITH BALL CHECK WITH 4 3/4-4 UNION 42 LBS. SPC1158; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 2 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4596

**INVOICE 60892SPC**
29-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.:
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 31 | 1.00 | 10K H2S 4-STAGE GREASEHEAD COMPLETE WITH SINGLE PACKOFF KZ-16R; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 32 | 1.00 | COOPER T-BAR LINE CLAMP WITH WRENCH SPC8989; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 33 | 2.00 | SINGLE HYD HAND PUMP 7,000 PSI SPC7232; SPC8273; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 34 | 2.00 | SINGLE HYD.HAND PUMP 7,000 PSI (SPC6587,NO3) | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 35 | 10.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 36 | 3.00 | 50' SECTION OF AIRHOSE WITH CROWSFOOT CONNECTION AHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 37 | 1.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 38 | 1.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 39 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 40 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPC873; | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 41 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE, | | | 0.000 | | 0.00 |
| 42 | 20.00 | DIESEL FUEL PER GALLON DIESEL; | | | 0.000 | 90.00/Sale | 90.00 |
| 43 | 1.00 | GLYCOL PER GALLON GL; | | | 0.000 | | 0.00 |
| 44 | 30.00 | WIRELINE GREASE PER GALLON GR; | | | 0.000 | 480.00/Sale | 480.00 |
| 45 | 2.00 | BX-153 RING GASKETS BX153; | | | 0.000 | 24.00/Sale | 24.00 |
| 46 | 1.00 | UNION STYLE HYDRAULIC CUTTER SHEAR REDRESS CHARGE CUTTER IS USED TO SHEAR CABLE CRC; | | | 0.000 | | 0.00 |

Page 3 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4596

**INVOICE 60892SPC**
29-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149
AFE: FW204004
PO No.:
Well: C-2
Job No. 119633

23/Feb/2020 - 12/Mar/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 47 | 1.00 | 3" 6K DUAL REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS32; | | | 0.000 | | 0.00 |
| 48 | 2.00 | 7/32" BRASS AND RUBBERS 7/32; | | | 0.000 | 400.00/Sale | 400.00 |
| 49 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | 0.000 | | 0.00 |
| 50 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $185.00 ONLY CHARGED WHEN USED LINER; | | | 0.000 | | 0.00 |
| 51 | 7.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS (107541-037,008,106522-016,108760-026,105703-030,038,107043-005) SLING; | | | 0.000 | 175.00/Sale | 175.00 |
| 52 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR EQUIPMENT SERVICE PER JOB ENV; | | | 0.000 | 100.00/Sale | 100.00 |
| SPC238846 | | February 18, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | ADD ON BY : JOSHUA BROUSSARD | 02/23/2020 03/12/2020 | | 0.000 | | 0.00 |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | 02/23/2020 03/12/2020 | 3 | 20.000 | | 60.00 |
| 3 | 1.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENV1; | | | 0.000 | | 0.00 |
| SPC238371 | | February 24, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | HP-850 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS 2 1/2 BBL TANK, DEUTZ 8 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., ECO, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-SR; | 02/24/2020 03/12/2020 | 11 | 750.000 | | 8,250.00 |
| 2 | 1.00 | 2" CAMLOC MALE X MALE SUBRENT; | 02/04/2020 03/12/2020 | | 0.000 | | 0.00 |
| 3 | 1.00 | 2" CAMLOC FEMALE X FEMALE SUBRENT; | 02/04/2020 03/12/2020 | | 0.000 | | 0.00 |
| 4 | 1.00 | 2" X 10' CAMLOCK SUCTION HOSE SUBRENT; | 02/04/2020 03/12/2020 | | 0.000 | | 0.00 |

Page 4 of 6

EXHIBIT 4

**Concentric**
PIPE AND TOOL RENTALS

INVOICE 60992SPC
23-Apr-2020

Remit To:
Worrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| Rig: | NA | PO No.: | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No.: | 139633 |
| AFE: | FM204024 | | |

| ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|

**SUB TOTAL** 28,266.50
**AMOUNT DUE...** US$ 28,266.50
THANK YOU FOR YOUR BUSINESS NET 30 DAYS

CHARGES MAY FOLLOW FOR COST OF MISSING ITEMS

Page 6 of 6

---

**Concentric**
PIPE AND TOOL RENTALS

INVOICE 60992SPC
23-Apr-2020

Remit To:
Worrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| Rig: | NA | PO No.: | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No.: | 139633 |
| AFE: | FM204024 | | |

| ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|

Page 6 of 6

---

**Concentric**
PIPE AND TOOL RENTALS

INVOICE 60992SPC
22-Apr-2020

Remit To:
Worrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| Rig: | NA | PO No.: | |
| Lease: | OCSG 2592 | Well: | C-2 |
| Location: | SOUTH MARSH ISL 149 | Job No.: | 139633 |
| AFE: | FM204024 | | |

| ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|

**SUB TOTAL** 28,266.50
**AMOUNT DUE...** US$ 28,266.50
THANK YOU FOR YOUR BUSINESS NET 30 DAYS

CHARGES MAY FOLLOW FOR COST OF MISSING ITEMS

Ash Sapru

Page 6 of 6

---

**Concentric**
PIPE AND TOOL RENTALS

DELIVERY TICKET
SPC237962
26-Jan-2020

Worrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA, USA

**ORIGINAL**

| ITEM | QUAN. | DESCRIPTION | | | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE | | | 780.0000/MO |
| 2 | 1.00 | 15KOIA 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK. | | | EACH |
| 3 | 1.00 | HP 552 HYEROFLEX 15K TEST PUMP WITH 3/8 PLUNGERS (4,500 LBS.) 4"W X 8"L X 6"H | | | 350.0000/MO |
| 4 | 1.00 | TANKS | | | 50.0000/MO |
| 5 | 1.00 | AIR COMPRESSOR 92CFM | | | 250.0000/MO |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D) 102 LBS. | | | |
| 7 | 1.00 | SINGLE 15,000 PSI HP HSMC PUMP FOR QUICK TEST SUB | | | 50.0000/MO |
| 8 | 1.00 | H-2 HIGH PRESSURE HOSE X 50' | | | 20.0000/MO |

See Reverse Side For Terms & Conditions
Page 1 of 7

SPC237962

---

**EXHIBIT 4**



EXHIBIT 4

Instrument # 2020006218
Page 18 of 23

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1363 Petroleum Pkwy
Broussard-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SOD 4 3/4 -4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11214; | 3 | 810.000 | 270.000 EACH |
| 10 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI SPC9203; SPC9259; | 3 | 150.000 | 50.000 EACH |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 3 | 30.000 | 10.000 EACH |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION: 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1766; | | | EACH |
| 13 | 8.00 | BOLTS .780; | | | EACH |
| 14 | 2.00 | HAMMER WRENCHES .780; | | | EACH |
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-2 UNIONS 2" 1502 OUTLET 30 LBS. SPC7828; | | | EACH |
| 16 | 1.00 | PLUG VALVES: 2" X 1" 15M WP WING X THRD INTEGRAL SPC3141; | | | EACH |
| 17 | 1.00 | BLEED OFF VALVE: 2" 1502 WING X 1/2" NPT SPC11135; | | | EACH |

See Reverse Side For Terms & Conditions
Page 2 of 7 SPC237962

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1363 Petroleum Pkwy
Broussard-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 18 | 1.00 | 3" 5K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNIONS W/CLOSING HANDLES 283 LBS. SPC3496; | | | EACH |
| 19 | 1.00 | 4-3/4 4 LIFT CAP SPC1732; | | | EACH |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 102 LBS. SPC1080; | | | EACH |
| 21 | 1.00 | 3" 10K H2S 4-3/4-4 NIGHT CAP (1/2" NPT) SPC627; | | | EACH |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS. SPC863; | | | EACH |
| 23 | 6.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1359; SPC1368; SPC493; SPC510; SPC686; | | | EACH |
| 24 | 1.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC499) NO S/N; | | | EACH |
| 25 | 1.00 | 3" I.D. 5K LUBRICATOR 5' LONG WITH 4-3/4-4 UNIONS 45 LBS. SPC510; | | | EACH |

See Reverse Side For Terms & Conditions
Page 3 of 7 SPC237962

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1363 Petroleum Pkwy
Broussard-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 26 | 1.00 | 3.80 LUBRICATOR CLAMP 6K SPC4550; | | | EACH |
| 27 | 1.00 | 4 3/4-4 UNION DOLLY WHEELS SPC11108; | | | EACH |
| 28 | 4.00 | STANDS STANDS; | | | EACH |
| 29 | 1.00 | 10K SPREADER BAR WITH SHACKLES SPC5163; | | | EACH |
| 30 | 1.00 | 3" 10K HYD. HEADCATCHER WITH BALL CHECK WITH 4 3/4-4 UNION 42 LBS. SPC1158; | | | EACH |
| 31 | 1.00 | 10K H2S 4-STAGE GREASEHEAD COMPLETE WITH SINGLE PACKOFF KE-169; | | | EACH |
| 32 | 1.00 | COOPER T-BAR LINE CLAMP WITH WRENCH SPC9989; | | | EACH |
| 33 | | SINGLE HYD.HAND PUMP 7,500 PSI SPC7282; SPC9213; | | | EACH |
| 34 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI (SPC6587,N08) NO S/N; | | | EACH |
| 35 | 10.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | | | EACH |

See Reverse Side For Terms & Conditions
Page 4 of 7 SPC237962

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1363 Petroleum Pkwy
Broussard-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 36 | 3.00 | 50' SECTION OF AIRHOSE WITH CROWSFOOT CONNECTION AHOSE; | | | EACH |
| 37 | 1.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | | | EACH |
| 38 | 1.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | | | EACH |
| 39 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH M&F CAMLOCK CONNECTIONS 2CAM; | | | EACH |
| 40 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPC870; | | | EACH |
| 41 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | EACH |
| 42 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |
| 43 | 1.00 | GLYCOL PER GALLON GL; | | 12.000 | EACH |
| 44 | 1.00 | WIRELINE GREASE PER GALLON GR; | | 16.000 | EACH |
| 45 | 2.00 | BX-153 RING GASKETS BX153; | | 12.000 | EACH |

See Reverse Side For Terms & Conditions
Page 5 of 7 SPC237962

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 46 | 1.00 | UNION STYLE HYDRAULIC CUTTER SHEAR REDRESS CHARGE CUTTER IS USED TO SHEAR CABLE CRC; | | 1200.000 | EACH |
| 47 | 1.00 | 3" 5K DUAL REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS2; | | 900.000 | EACH |
| 48 | 2.00 | 7/32" BRASS AND RUBBERS 7/32; | | 200.000 | EACH |
| 49 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | EACH |
| 50 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $165.00 ONLY CHARGED WHEN USED LINER; | | 165.000 | EACH |
| 51 | 7.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS (107341-007,008,106522-016,106260-036,105708-038,038,107042-005) SLING; | | 25.000 | EACH |
| 52 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR EQUIPMENT SERVICE PER JOB ENV; | | 100.000 | EACH |

See Reverse Side For Terms & Conditions
Page 6 of 7 SPC237962

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|

[signature] RECEIVING CO. SIGNATURE — DATE: 28 JAN 2020
[signature] SHIPPERS SIGNATURE — DATE: 1/28/2020

See Reverse Side For Terms & Conditions
Page 7 of 7 SPC237962

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238046
18-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

ORIGINAL

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 18-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | ADD CU BY : JOSHUA BROUSSARD NO S/N; | | | EACH |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | 20.000EACH |
| 3 | 1.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENV1; | | 3.000 | EACH |

[signature] RECEIVING CO. SIGNATURE — DATE: 2-18-2020
[signature] SHIPPERS SIGNATURE — DATE: 2-18-20

See Reverse Side For Terms & Conditions
Page 1 of 1 SPC238046

**Concentric** PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1063 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238061
21-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

ORIGINAL

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 23-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | HP-950 TEST PUMP WITH 1-5/8 PLUNCERS 5000 PSI WORKING PSI CAPABLE OF PUMPING 1 TO 1-/2 BBLS PER MIN. 9' LONG X 5' WIDE X 6'6 IN HEIGHT. 6500LBS. SPC3962; | | | 750.000EACH |
| 2 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH MXF CAMLOCK CONNECTIONS 2CAM; | | | 20.000EACH |
| 3 | 1.00 | 2"FEMALE X 2"FEMALE CAMLOC NO S/N; | | | 8.000EACH |
| 4 | 1.00 | 3"MALE X 3"MALE CAMLOC NO S/N; | | | 8.000EACH |
| 5 | 1.00 | 2"MALE X 3"FEMALE CAMLOC NO S/N; | | | 8.000EACH |
| 6 | 1.00 | 2" 1502 WING X WING NO S/N; | | | 8.000EACH |
| 7 | 1.00 | 2" 1502 THREAD X THREAD(SPC11087) NO S/N; | | | 8.000EACH |
| 8 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | | EACH |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 1 of 2 SPC238061

EXHIBIT 4

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD-STC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238061
23-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 23-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS SLING; | | 25.000 | EACH |
| 10 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |
| 11 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | 20.000 | EACH |

[signature] RECEIVING CO. SIGNATURE — DATE 2-23-2020

SHIPPERS SIGNATURE — DATE

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 2 of 2
SPC238061

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD-STC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238071
24-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

**ORIGINAL**

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 24-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS,2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., ESD, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-SR; | | | 750.000 EACH |
| 2 | 1.00 | 2" CAMLOC MALE X MALE NO S/N; | | | EACH |
| 3 | 1.00 | 2" CAMLOC FEMALE X FEMALE NO S/N; | | | EACH |
| 4 | 1.00 | 2" X 10' CAMLOCK SUCTION HOSE NO S/N; | | | EACH |
| 5 | 1.00 | 1/2" X 7' 4 LEG WIRE ROPE SLING ON 1" CROSBY ML W/ HOT EACH END SL8118-2-1-SR; | | | EACH |
| 6 | 1.00 | REPAIR CHARGES FOR PUMP TO APPLY IF NEEDED UPON RETURN REPAIR CHARGE; | | 500.000 | EACH |
| 7 | 1.00 | HP 950 1-1/2" PLUNGER PACKING GOOD FOR ACID HYP0424; | | 100.000 | EACH |
| 8 | 1.00 | DIESEL FUEL PER GALLON DIESEL; | | 4.500 | EACH |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 1 of 2
SPC238071

---

**Concentric**
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1043 PETROLEUM PKWY
BROUSSARD-STC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC238071
24-Feb-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 24-Feb-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: US$ / PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | ENVIRONMENTAL IMPACT CHARGE FOR TANKS, GASBUSTERS, GREASE INJECTORS AND EQUIPMENT WITH ENGINES ENV3; | | 20.000 | EACH |

Mike Ryan — RECEIVING CO. SIGNATURE — DATE 3-4-20

Shannon Barras — SHIPPERS SIGNATURE — DATE 2-24-20

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

See Reverse Side For Terms & Conditions
Page 2 of 2
SPC238071

---

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4584

INVOICE 61083SPC
29-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149 C
AFE: FW204018

PO No.
Well: C-4
Job No. 119633

07-Mar-2020 - 12-Mar-2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237962 | | January 28, 2020 MR BROCK SMITH | | | | | |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGES,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALEx9/16 THD,9/16 CAPS SPC11332; | 03/07/2020 03/12/2020 | 6 | 50.000 | | 300.00 |
| SPC238071 | | February 24, 2020 MR BROCK SMITH | | | | | |
| 1 | 1.00 | HP-950 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS,2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL. A MIN., ESD, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-SR; | 03/07/2020 03/12/2020 | 6 | 750.000 | | 4,500.00 |

SUB TOTAL 4,800.00
AMOUNT DUE... US$ 4,800.00
THANK YOU FOR YOUR BUSINESS! NET 30 DAYS

Page 1 of 1

EXHIBIT 4

Concentric
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4584

INVOICE 61083SPC
22-Apr-2020

SOLD TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: XA
Lease: OCSG 2592
Location: SOUTH MARSH ISL 149 C
AFE: FW204018
PO No.
Well: C-4
Job No. 119633

07-Mar-2020 12-Mar-2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237962 | | January 28, 2020 MR.BROCK SMITH | | | | | |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS, 1/4"20K GAUGE, 1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE, 1/4"STREET ELBOW, 1/4"HP MALExM9 THD, M9 CAPS SPC11032; | 03/07/2020 03/12/2020 | 6 | 50.000 | | 300.00 |
| SPC232071 | | February 24, 2020 MR.BROCK SMITH | | | | | |
| 1 | 1.00 | HP-850 SINGLE PIECE UNIT COMPLETE WITH 1-1/2" PLUNGERS, 2 1/2 BBL TANK, DEUTZ 6 CYL. DIESEL ENGINE, 4 SPEED TRANSMISSION, TEST AT 5,000PSI, DISCHARGE UP TO 1 BBL A MIN, ESD, POP-OFF VALVE, AND CERTIFIED SLINGS RR1049-GR; | 03/07/2020 03/12/2020 | 6 | 750.000 | | 4,500.00 |

SUB TOTAL 4,800.00
AMOUNT DUE... US$ 4,800.00
THANK YOU FOR YOUR BUSINESS! NET 30 DAYS

Ash Sapru

Page 1 of 1

---

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1663 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

ORIGINAL

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE 5G3; | | | 750.000EACH |
| 2 | 1.00 | ELMAR 10K DUAL GREASE INJECTOR WITH HOSES AND RETURN TANK. LV004; | | | EACH |
| 3 | 1.00 | HP 550 HYDROPLEX 15K TEST PUMP WITH 5/8 PLUNGERS (4,500 LBS.) 4'W X 8'L X 6'H SPC8128; | | | 350.000EACH |
| 4 | 1.00 | TANKS TOTE; | | | 50.000EACH |
| 5 | 1.00 | AIR COMPRESSOR 92CFM 315-SR; | | | |
| 6 | 1.00 | 4-3/4-4 10K H2S QUICK TEST SUB WITH RIGID 90 OUTLET (3" I.D) 102 LBS. SPC10368; | | | 250.000EACH |
| 7 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2)1/4"HP NEEDLE VLVS,1/4"20K GAUGE,1/4"NPT CROSS,(3)1/4"HP MALEx1/4"NPT MALE NIPPLE,1/4"STREET ELBOW,1/4"HP MALExM9 THD,M9 CAPS SPC11032; | | | 50.000EACH |
| 8 | 1.00 | M-9 HIGH PRESSURE HOSE X 50' M9; | | | 20.000EACH |

See Reverse Side For Terms & Conditions
Page 1 of 7
SPC237962

---

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1663 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 9 | 1.00 | 10K HYD. WIRELINE CUTTER SUB 4 3/4 -4 BOX X PIN 3,000 PSI MAX HYDRAULIC PRESSURE SPC11214; | 3 | 810.000 | 270.000EACH |
| 10 | 2.00 | SINGLE HYD.HAND PUMP 7,500 PSI SPC9203; SPC9259; | 3 | 150.000 | 50.000EACH |
| 11 | 2.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 3 | 30.000 | 10.000EACH |
| 12 | 1.00 | FLANGE X LUBRICATOR UNION: 2-9/16 10K FLANGE X 4-3/4-4 THREAD SPC1766; | | | EACH |
| 13 | 8.00 | BOLTS .78B; | | | EACH |
| 14 | 2.00 | HAMMER WRENCHES .78H; | | | EACH |
| 15 | 1.00 | 3" ID 10K BOWEN PUMP IN SUB WITH 4 3/4-2 UNIONS 2" 1502 OUTLET 30 LBS. SPC7828; | | | EACH |
| 16 | 1.00 | PLUG VALVES: 2" X 1" 15M WP WING X THRD INTEGRAL SPC9141; | | | EACH |
| 17 | 1.00 | BLEED OFF VALVE: 2" 1502 WING X 1/2" NPT SPC11135; | | | EACH |

See Reverse Side For Terms & Conditions
Page 2 of 7
SPC237962

---

Concentric
PIPE AND TOOL RENTALS

Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
1663 PETROLEUM PKWY
BROUSSARD-SPC LA 70518 USA
Telephone: (337) 365-2217 Facsimile: (337) 365-4584

DELIVERY TICKET
SPC237962
28-Jan-2020

INVOICE TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042 USA

SHIP TO: NA
GATE 2
OCSG LOUISIANA USA

| | | | |
|---|---|---|---|
| START RENT: 28-Jan-2020 | RIG: NA | LEASE/OCSG: 2592 | |
| ORDERED BY: MR.BROCK SMITH | AREA/BLOCK: SMI 149 | SHIPPED VIA: CONCENTRIC | |
| PHONE: | WELL: C-2 | AFE: | JOB NO: 119633 |
| FAX: | CURRENCY: USD PO: | ETC: | QUOTES: |

| ITEM | QUAN. | DESCRIPTION | MINIMUM RENTAL DAYS | MINIMUM RENTAL AMOUNT | ADD'L |
|---|---|---|---|---|---|
| 18 | 1.00 | 3" 5K DUAL MANUAL WIRELINE VALVE 4 3/4-4 UNIONS W/CLOSING HANDLES 283 LBS. SPC5436; | | | EACH |
| 19 | 1.00 | 4-3/4 4 LIFT CAP SPC1732; | | | EACH |
| 20 | 1.00 | 3" 10K HYDRAULIC DUAL FLAPPER TOOL TRAP 4 3/4-4 UNIONS 102 LBS. SPC1088; | | | EACH |
| 21 | 1.00 | 3" 10K H2S 4-3/4-4 NIGHT CAP (1/2" NPT) SPC627; | | | EACH |
| 22 | 1.00 | 3" 10K BLEED/TEST SUB WITH 1/2 NPT PORTS DOUBLE NEEDLE VALVES 4 3/4-4 UNIONS 42 LBS. SPC863; | | | EACH |
| 23 | 6.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. SPC1357; SPC1359; SPC1360; SPC493; SPC510; SPC686; | | | EACH |
| 24 | 1.00 | 3" I.D. 5K LUBRICATOR 10' LONG WITH 4-3/4-4 UNIONS 75 LBS. (SPC498) NO S/N; | | | EACH |
| 25 | 1.00 | 3" I.D. 5K LUBRICATOR 5' LONG WITH 4-3/4-4 UNIONS 45 LBS. SPC518; | | | EACH |

See Reverse Side For Terms & Conditions
Page 3 of 7
SPC237962

EXHIBIT 4

Instrument # 2020006218
Page 23 of 23



CLERK OF COURT
DIANE MEAUX BROUSSARD
I CERTIFY THAT THIS IS A TRUE COPY OF THE ATTACHED
DOCUMENT THAT WAS FILED FOR REGISTRY AND
RECORDED 9/8/2020 11:16:59 AM (23 PAGES)
FILE NUMBER NO. 2020006218  BK/PG 0/0
DEPUTY CLERK, VERMILION PARISH, LA
Tuesday, September 08, 2020

**EXHIBIT 4**



**EXHIBIT 4**