# St. Mary Parish Recording Page

**Cliff Dressel**
**Clerk of Court**
500 Main Street
P.O. Drawer 1231
Franklin, LA 70538
(337) 828-4100

**Received From :**
LUGENBUHL,WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS ST., STE. 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
|---|

**First MORTGAGEE**

| WARRIOR ENERGY SERVICES CORPORATION |
|---|

| | |
|---|---|
| **Index Type :**   Mortgages | **File Number :** 352782 |
| **Type of Document :** Lien | |
| | **Book :** 1603     **Page :** 424 |
| **Recording Pages :**          5 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Mary Parish, Louisiana.

Kendra M. Sinitiere
Deputy Clerk

On (Recorded Date) : 10/02/2020

At (Recorded Time) :  1:14:53PM

Doc ID - 007376190005

CLERK OF COURT
CLIFF DRESSEL
Parish of St. Mary
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/02/2020 at 1:14:53
Recorded in Book 1603 Page 424
File Number    352782

Kendra M. Sinitiere
Deputy Clerk

**Return To :**

Do not Detach this Recording Page from Original Document

**EXHIBIT 6**

FILED:     St. Mary Parish,
               Bureau of Ocean Energy Management
LEASE NO.:  OCS-G-21647
AREA/BLOCK: EI 345
OPERATOR:  Fieldwood Energy, LLC
AMOUNT:    $33,192.80

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1.    He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.    Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.    In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.    Between approximately July 27, 2020 through July 31, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-21647, Eugene Island, Block 345, off the coast of St. Mary Parish, State of Louisiana (the "Lease").

5.    As of the present date, a remaining principal amount of $33,192.80 is due and owing on Invoice No. SI-267820 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

- 1 -

**EXHIBIT 6**

6.    At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.    As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.    This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following:  (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.    That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of St. Mary Parish, State of Louisiana and with the BOEM.

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

**EXHIBIT 6**

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

Warrior Energy Services Corporation

By:

Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

- 3 -

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26th DAY OF AUGUST 2020.

NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

**EXHIBIT 6**



# WARRIOR
## ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-267820 |
| Invoice Date: | 7/31/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW197043 |
| Location: | 0969 |
| Line of Business: | 164 |

**Bill To:**
FIELDWOOD ENERGY LLC
2014 W PINHOOK RD.
SUITE 800
LAFAYETTE, LA  70508
USA

Lease & Well: OCSG 21647 EI 345 A4
County: OS
State: OS

**Amount Due:        33,192.80**

| | |
|---|---|
| Job Start Date: | 7/27/2020 |
| Job End Date: | 7/31/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 400125CT | 1" & 1-1/4" Coiled Tubing U | 0969-6904 | 5.00 | Each | 1,800.00 | | 9,000.00 |
| 401125CT | 1" & 1-1/4" Coiled Tubing U | 0969-6904 | 13.00 | Each | 150.00 | | 1,950.00 |
| 300800CT | B.O.P. parts, minimum per job | 0969-6904 | 5.00 | Job | 247.50 | | 1,237.50 |
| 300805CT | Flanged flow CROSS, per day 1 | 0969-6904 | 5.00 | Days | 112.50 | | 562.50 |
| 700118CT | 4 1/16" 15M Blind shear rams | 0969-6904 | 5.00 | Days | 382.50 | | 1,912.50 |
| 700147CT | Hydraulic headstand, per day | 0969-6904 | 5.00 | Days | 135.00 | | 675.00 |
| 700117CT | Radio communications, set of | 0969-6904 | 5.00 | Days | 63.00 | | 315.00 |
| 600101CT | MSI 600 or equivalent with Ce | 0969-6904 | 5.00 | Hours | 1,080.00 | | 5,400.00 |
| 600121CT | MSI 600 or equivalent, additi | 0969-6904 | 13.00 | Hours | 90.00 | | 1,170.00 |
| 610101CT | CT Operator - per hour | 0969-6904 | 73.00 | Hours | 37.50 | | 2,737.50 |
| 700147CT | Hydraulic headstand, per day | 0969-6904 | 5.00 | Days | 255.00 | | 1,275.00 |
| 300801CT | Stripper rubber insert, Minim | 0969-6904 | 1.00 | Well | 159.00 | | 159.00 |
| 300800CT | B.O.P. parts, minimum per job | 0969-6904 | 1.00 | Job | 2,100.00 | | 2,100.00 |
| 700115CT | Nitrogen bottle rack, per job | 0969-6904 | 2.00 | Each | 900.00 | | 1,800.00 |
| 700119CT | Blind shear redress, used 1" | 0969-6904 | 1.00 | Each | 1,880.00 | | 1,880.00 |
| 400999CT | Crew travel, district to dock | 0969-6904 | 30.00 | Hours | 27.00 | | 810.00 |
| 303030CT | Mileage, Auto/Pickup | 0969-6904 | 360.00 | Mile | 0.58 | | 208.80 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX  75312-2114

For billing questions, please call: (337) 714-2100

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| | Net Invoice: | 33,192.80 |
| | Freight: | 0.00 |
| | Tax: | 0.00 |
| | Total: | 33,192.80 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT
A