SUSAN RACCA, CLERK OF COURT
www.cameronparishcoc.com
P.O. Box 549    119 Smith Circle
CAMERON LA 70631
PHONE: 337-775-5316 FAX: 337-775-2838

Page    1

Filed By:   #21
            LUGENBUHL WHEATON PECK RANKIN ETC
            601 POYDRAS ST
            27TH FL   PAN AM LIFE
            NEW ORLEANS, LA 70130

            N/A

Invoice:    2020495      Date:   9 / 30 / 2020

| Item | Description | Total |
|---|---|---|
| 1 | 348101-MO, FIELDWOOD ENERGY, LLC/WARRIOR ENER RECORDINGS | 200.00 |
|   | ACT 826 PORTAL FEE | 5.00 |
|   | Invoice Total | 205.00 |
| 2 | RECEIPT#116979, CHECK# 99631 | -205.00 |
|   | Receipts Total | -205.00 |
|   | Total Due | 0.00 |

EXHIBIT 8

|  |  |
|---|---|
| FILED: | Cameron Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-04818 |
| AREA/BLOCK: | WC 290 |
| OPERATOR: | Fieldwood Energy Offshore, LLC; W&T Offshore Inc. |
| LESSEE: | Fieldwood Energy, LLC; Energy XXI GOM, LLC; W&T Offshore Inc. |
| AMOUNT: | $114,800.40 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 15, 2020 through February 24, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-04818, West Cameron, Block 290, off the coast of Cameron Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $114,800.40 is due and owing on Invoice No. SI-266448 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

- 1 -

EXHIBIT 8

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood Energy Offshore, LLC ("FEO"), BOEM Company Number 03295, and W&T Offshore Inc. (W&T"), BOEM Company Number 01284, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, FEO and W&T, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, FEO and W&T; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, FEO and W&T, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Energy XXI GOM, LLC and W&T; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Cameron Parish, State of Louisiana and with the BOEM.

EXHIBIT 8

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) W&T Offshore, Inc. Nine Greeway Plaza, Suite 300, Houston, TX 77046; (d) W&T Offshore, Inc., through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) Energy XXI GOM, LLC, 1021 Main, Suite 2626, Houston, TX 77002; (f) Energy XXI GOM, LLC through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (g) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (h) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this ___ day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 8**



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266448 |
| Invoice Date: | 2/29/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207009 |
| Location: | 0969 |
| Line of Business: | 164 |

**A SUPERIOR ENERGY SERVICES COMPANY**

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 114,800.40

Lease & Well: OCSG 04818 A-1 WEST CAMERON 290
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/15/2020 |
| Job End Date: | 2/24/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 300801CT | Stripper rubber insert, Minim | 0969-6416 | 2.00 | Well | 212.00 | | 424.00 |
| 300805CT | Flanged flow CROSS, per day 1 | 0969-6416 | 9.00 | Days | 300.00 | | 2,700.00 |
| 303030CT | Mileage, Auto/Pickup | 0969-6416 | 280.00 | Mile | 0.58 | | 162.40 |
| 304125CT | 1.00" & 1-1/4" Minimum footage charge (<5000) | 0969-6416 | 1.00 | Each | 1,500.00 | | 1,500.00 |
| 304126CT | 1.00" & 1-1/4" depth charge | 0969-6416 | 7,160.00 | Per | 0.30 | | 2,148.00 |
| 304126CT | 1.00" & 1-1/4" depth charge | 0969-6416 | 7,160.00 | Per | 0.30 | | 2,148.00 |
| 304126CT | 1.00" & 1-1/4" depth charge | 0969-6416 | 6,460.00 | Per | 0.30 | | 1,938.00 |
| 309000CT | 1.00" & 1-1/4" Abrasive or | 0969-6416 | 37,300.00 | Minimum | 0.14 | | 5,222.00 |
| 400125CT | 1" & 1-1/4" Coiled Tubing U | 0969-6416 | 8.00 | Each | 4,800.00 | | 38,400.00 |
| 400999CT | Crew travel, district to dock | 0969-6416 | 48.00 | Hours | 36.00 | | 1,728.00 |
| 509002CT | Min daily for pumping abrasive or corrosive fluids | 0969-6416 | 1.00 | Each | 105.00 | | 105.00 |
| 600100CT | Single Fluid Pump with Centri | 0969-6416 | 8.00 | Hours | 2,880.00 | | 23,040.00 |
| 610101CT | CT Operator - per hour | 0969-6416 | 204.00 | Hours | 50.00 | | 10,200.00 |
| 700101CT | Additional hose package 1"& | 0969-6416 | 9.00 | Days | 250.00 | | 2,250.00 |
| 700104CT | B.O.P. 4-1/16 Single pipe saf | 0969-6416 | 9.00 | Days | 660.00 | | 5,940.00 |
| 700115CT | Nitrogen bottle rack, per job | 0969-6416 | 2.00 | Each | 900.00 | | 1,800.00 |
| 700117CT | Radio communications, set of | 0969-6416 | 9.00 | Days | 280.00 | | 2,520.00 |
| 700118CT | 4 1/16" 15M Blind shear rams | 0969-6416 | 10.00 | Days | 1,020.00 | | 10,200.00 |
| MISCNTEQPT | LUMP SUM EXPENDABLE | 0969-6416 | 1.00 | Each | 2,800.00 | | 2,800.00 |
| 700157CT | Pipe pigs, ea., sale 1"& 1-1 | 0969-6416 | 3.00 | Each | 125.00 | | 375.00 |

**EXHIBIT A**

---



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266448 |
| Invoice Date: | 2/29/2020 |
| Page: | 2 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207009 |
| Location: | 0969 |
| Line of Business: | 164 |

**A SUPERIOR ENERGY SERVICES COMPANY**

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 114,800.40

Lease & Well: OCSG 04818 A-1 WEST CAMERON 290
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/15/2020 |
| Job End Date: | 2/24/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 401125CT | 1" & 1-1/4" Coiled Tubing U | 0969-6416 | 12.00 | Each | 200.00 | | 2,400.00 |
| MISCNTEQPT | FPU ADD HRS | 0969-6416 | 12.00 | Each | 120.00 | | 1,440.00 |
| 401125CT | 1" & 1-1/4" Coiled Tubing U | 0969-6416 | (14.50) | Each | 200.00 | | (2,900.00) |
| MISCNTEQPT | ADD HR CHARGE FPR - NPT- POWER PACK | 0969-6416 | (14.50) | Each | 120.00 | | (1,740.00) |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2100

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 114,800.40 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 114,800.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the "Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 8**



## Warrior
### Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 16, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G: | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field: West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well: A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 15,080.40 |
| IPS Supervisors: | Johnny Cormier/Josh Ware | | Total Hours Worked | 124 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 00:00 | | Arrive at the shop |
| | 00:15 | Left the shop |
| 03:00 | | Arrive at the dock |
| | 07:00 | Arrive on the location W.C. 290 |
| 08:00 | | Having a safety meet about off loading jack up boat and back loading work boat |
| | 08:52 | Starting to off loading jack up boat |
| 10:40 | | Finshed with off loading jack up boat |
| | 10:45 | Starting to off load the work boat |
| 11:00 | | Picking up the fluid pump it got caught on the reel we STOPED OPERATION |
| | 14:12 | Having a safety meet about off loading work boat |
| 14:28 | | Finshed with the safety meeting starting to off load the work boat |
| | 17:00 | Finshed with off loading the work boat |
| 17:10 | | Starting to taking out the stuff out the Inj skid |
| | 17:45 | Finshed with the inj skid |
| 18:00 | | Night crew having safety |
| | 18:20 | Crew change with the day crew. Move equip around to make deck space to rig up CT equip, plug in hyd hoses to PP. T-in FP's, run pump iron for CT Reel. Run return iron from gas buster to choke and to front of LB. Spot BOP/BS rack on deck and start nippling up rotacs on Quads/BS. Nipple up tree connection, gatevalve, BS, gatevalve, W/ BOP's and iron for return/kill line off BOP. |
| 23:55 | | Cont rigging up stack and iron off BOP's. |

**EXHIBIT 8**



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 17, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G: | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field: West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well: A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 15,922.00 |
| IPS Supervisors: | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 01:00 | | Nipple down SL flange off well and remove. Stab stack through heliport, rig down iron off stack due to tight fit through hatch hole of heliport. Stab/Nipple up stack on well, assists Torque hand tightening up bolts using torque wrench. |
| | 02:30 | WB arrives on location W/ CT Reel and equip, have WB Stby while nippling up stack until needed for boat work. |
| 03:30 | | Stack secured to well, call WB over to LB and send 2 guies down to assists W/ rigging. Start Boat work, offload/backload empty skids/baskets and spot CT Reel, cmt sacks on deck. |
| | 05:00 | Boat work complete, have WB Stby until needed. Rig up hyd hoses to CT Reel, rig up pump iron to reel and run KL to front of LB. Chain off CT Reel to console, ground all equip on deck. Perform Hazard Hunt and Housekeeping on deck. |
| 06:00 | | Day crew Safety meeting, tower change W/ Day crew. |
| | 06:30 | Started rigging up iron to the chock and the BOPS |
| 09:40 | | Finished with rigging up the iron to the chock and BOPS |
| | 10:15 | Started fueling up the equipment |
| 10:30 | | Hooking up the BOP hoses to the BOPS |
| | 12:00 | Finished with hooking up the BOP hoses |
| 12:30 | | Functioning the BOPS |
| | 12:39 | Starting the close / open /close and did the paper work and had it signed |
| 12:50 | | Finished with the close /open / close for the BOPS |
| | 12:52 | Hooking up the injector hoses to the injector head |
| 13:45 | | Finished with the injector hoses |
| | 14:14 | Function testing the injector head |
| 14:17 | | Function testing the pack off |
| | 15:00 | Stabbing pipe in to the injector head |
| 15:52 | | Finished with stabbing pipe |
| | 16:00 | Moving the test pump and rigging it up |
| 16:30 | | Finished with rigging up the test pump |
| | 16:32 | Picking up the injector head to cut pipe |
| 17:00 | | Finished with cutting pipe |
| | 17:30 | Picking up tools and trash |
| 18:00 | | Night crew safety meeting, tower change W / Night crew, Visually Inspect BOP's. T-In suction lines to both FP's, prime up Warrior FP, Function test all components on BOP's. Break circ through Stack/Return iron back to gas buster to assure no trapped air. Line up valves to Perform Visual Break test to 5000 psi, walk lines and visually inspect for leaks. No Visual leaks, bleed off surface pressure. Flag off all trip hazards, pressurized hyd hoses and check to assure all equip is grounded to deck. |
| | 23:00 | Pick up Inj head, change out stripper rubber. Insert pig into reel, pressure up to 2000 psi and open inside reel valve launching pig. Start filling CT Reel W/ SW for Testing Operations. |
| 23:30 | | SD FP W/ 16.5 bbls pumped and pig retrieved @ surface. Set Inj head down and secure to deck. Function test ESD's on Power Pack, FP and Test Pump, Function test good. Perform Hazard Hunt and Housekeeping on deck. |

---



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 18, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G: | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field: West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well: A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 15,710.00 |
| IPS Supervisors: | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 01:00 | | Wait on CB to arrive on location W/ personnel, TTS Hand, OTC Greenlight and Fieldwood Personnel crew changing. |
| | 02:30 | CB arrives on location W/ personnel, offload personnel/equip and spot on deck. Unload equip out baskets and backload empty baskets back on CB. Reset switch in battery box for electrical circuits to work in console, while cranking PP cover for battery box fell into skid striking wiring harness connected to Sensors causing PP to SD. PP Wouldn't crank again throwing (Code 41 Too Many SRS, Missing TRS) while attempting to recrank, get W/ Co Rep also called Operations/Mechanic spoke W/ Dale & Chance letting them know situation W/ PP. PP has to be Swapped out due to Malfunction W/ EMC (Sensors & Computer). |
| 04:00 | | Boat work complete, send CB in to dock. Assists OTC W/ rigging up transducer and set up computer in console. |
| | 06:00 | Day crew Safety meeting, tower change W/ Night crew. |
| 06:15 | | STAND BY FOR NEW POWER PACK |
| | 16:50 | Crew boat arrive on location with the power pack |
| 17:00 | | Back loading the crew boat |
| | 17:43 | Finished with the boat work |
| 17:50 | | Doing the close /open /close on the BOPS |
| | 18:06 | Finshed with the BOP close / open / close   (Night crew safety meet ) |
| 18:20 | | Crew change with the night crew. Pick up Inj head, M/u Coil Connector and pull test 10K, 15K twice. M/u Bleed off sub W/ Inverted BPV break circ through coil. Perform Visual test on Coil, Coil Connector and BPV to 9000 psi to assure no leaks. No visual leaks, bleed off pressure and set head down and secure to deck. Nipple down bowing connection off BOP's and nipple up to 4' Riser. Break circ through stack to assure no trapped air, Line up valves for Test #1. |
| | 20:30 | Start Test #1. Good Test |
| 20:50 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #2. |
| | 21:00 | Start Test #2. Good Test |
| 21:17 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #7. |
| | 21:25 | Start Test #7. Good Test |
| 21:40 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #8. |
| | 21:45 | Start Test #8. Good Test |
| 22:05 | | Test good, bleed off surface pressure. Pick up Inj head, M/u Fullbore wash nozzle on coil. M/u Inj head on 4' Riser, stab head onto BOP's and nipple up flanges. Break circ, and line up valves for Test #3. |
| | 23:30 | Start Test #3. Failed Test |

**EXHIBIT 8**



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 19, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G : | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field : West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well : A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 17,774.00 |
| IPS Supervisors : | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 00:05 | | Fail Test #3 due to slow leak on High test, walked lines visually inspected for leaks. Leaking bowing connection due to loose bowing connection and misalignment of crane W/ Inj head, bleed off surface pressure. Realign Inj head W/ stack and chain head to heliport. Break circ, Perform Visual Shell test to 5000 psi, walk lines and visually inspect for leaks. No Visual leaks, bleed off surface pressure. Rebreak circ, and line up valves to Redo Test #3. |
| | 00:55 | Start Test #3A. Good Test |
| 01:25 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #4. |
| | 01:45 | Start Test #4. Good Test |
| 02:00 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #5. |
| | 02:15 | Start Test #5. Good Test |
| 02:30 | | Test good, bleed off surface pressure. Break circ, and line up valves for Test #6. |
| | 02:37 | Start Test #6. Good Test |
| 02:55 | | Test good, bleed off surafce pressure. Get W/ OTC/Co Rep and sign off on all BOP Test paperwork. T-In 7" Csg to return line to retrieve returns @ surface while circulating dye pill down Tbg/Csg and to monitor psi on 7" during CT operations. |
| | 03:30 | Received Word that BOP Test were Approved from OTC Greenlight as per Co Rep. Unstab Inj head, break off BHA, set head in rack and secure to deck. Get W/ Scaffold Builder to add platform to scaffolding for stabbing/unstabbing head W/ 4' Riser. Assists Scaffold builder as needed. Pick up Inj head, M/u Cmt Retainer on coil and stab on to well. Secure head to deck, rig up iron to Quad Kill for normal operations. Break circ, and line up valves to Perform Break Test to 250 psi/ 9000 psi for 5 mins each using OTC. |
| 06:00 | | Day crew Safety meeting. |
| | 07:00 | Change out the BOP bowing seal |
| 07:29 | | Putting inj head back on the well |
| | 07:44 | Inj head on the well and chained down |
| 07:50 | | Lining up valves to do the break test |
| | 08:11 | Breaking circulation for the break test |
| 08:24 | | Break test low |
| | 08:35 | Break test high |
| 08:52 | | Good test bleed off pressure |
| | 08:58 | Testing the casing line good test |
| 09:27 | | Open up the well had zero on the well |
| | 09:35 | RIH rate .5 bbl a ment pump pressure at 3,500 psi |
| 11:15 | | Depth 3950 ft pump pressure 3,500 psi chock pressure 0 |
| | 12:30 | On depth 7160 ft RKB |
| 12:35 | | Putting ball in to the reel to set the cement retainer |
| | 12:40 | Pumping down the ball to set the cement retainer |
| 12:57 | | The ball went over the gooseneck to set the tool we had to wat 45 for the ball to fall |
| | 13:50 | Pressuring up on the ball to set the tool |
| 14:32 | | The cement retainer is set |
| | 15:10 | Pumping diy pill |
| 17:00 | | P& A went down the packer went out so we switch to C.T.pump |



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 19, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G : | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field : West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well : A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 17,774.00 |
| IPS Supervisors : | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| | 18:00 | Night crew safety meeting, tower change with Day crew. Depth @ 7160' CTM, pumping .5 bpm W/ circulating pressure @ 4300 psi. Cont circulating dye gel sweep down 2 7/8" Tbg taking returns off 7" Csg, 108 bbls pumped. |
| 21:50 | | Dye pill back @ surface W/ 212 bbls pumped, cont circulating until returns clean up. Catch FW for cmt job, spot super sacks of CT Blend cmt by blender. |
| | 23:00 | Hold Tailgate meeting W/ Co Rep and 3rd party on pumping cmt job. T-In secondary FP to cmt equip in case of issues during cmt job. |

**EXHIBIT 8**



# Warrior
## Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Barcogsay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 20, 2020
Ticket Number: 0969-8416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G: | 4918 | CTU / NU / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field: West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well: A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 16,058.00 |
| IPS Supervisors: | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 00:05 | | Start mixing cmt, pump 6 bbl FW spacer, 18.5 bbls cmt, 14 bbls FW spacer. Unsting from cmt retainer, pulled 2K over neutral wt @ 12K and wt fell back to 10K. Stop pipe, shut in 7" Csg and open 2 7/8" Tbg, bring FP online at .25 bpm and start laying in cmt. Stop pipe @ 6500' CTM and circulate bottoms up. |
| 03:35 | | 10 bbls pumped, start POOH while chasing BU to surface. |
| 04:00 | 06:00 | Day crew Safety meeting, tower change with Night crew. |
| 06:15 | | Came on tower we where coming out the hole |
| 06:27 | | We bumped up and close in the well |
| 07:35 | | Flushing through the iron and the suction lines |
| 07:50 | | SHUT DOWN FOR THE WEATHER ! |
| 10:00 | | Pumping pig through the C.T. |
| 11:00 | | Got pig back & in] head is on the deck and secured |
| 11:15 | 18:00 | WAITING ON CEMENT |
| 18:00 | | Night crew safety meeting, tower change with Day crew. Visually inspect BOP's, WOC,WOW. |

---



# Warrior
## Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Barcogsay Rd.
Broussard, LA. 70618
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 21, 2020
Ticket Number: 0969-8416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G: | 4918 | CTU / NU / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field: West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well: A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 13,180.00 |
| IPS Supervisors: | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 01:00 | | WOC, WOW. |
| 06:00 | | Day crew safety meeting |
| 06:15 | | Crew change with day crew |
| 14:00 | | Having safety meeting on testing the cement |
| 14:10 | 15:00 | Assisting P & A with testing the cement |
| 15:00 | | Good test |
| 03:15 | | Checked E. S. D on our equipment |
| 15:15 | | Wetting on crew boat with equipment |
| 16:44 | | Crew boat arrive on location with the equipment |
| 16:54 | | Started off loading the equipment off the crew boat |
| 18:00 | | Night crew safety meeting. Visually inspect BOP's. Boat work. Backload/Offload equip and spot on deck. Rig up EL. assists as needed. |
| 20:30 | | EL Rih tag TOC. Tagged @ 6880' RKB. Rih set CIBP @ 6500' RKB. |
| 23:00 | 21:30 | EL OOH, Line up valves to Test CIBP to 1000 psi for 15 mins on chart. 2.5 bbls pumped. Test good, bleed off surface pressure. EL Rih to perforate Tbg. |
| 23:59 | | Cont W/ EL work. |

**EXHIBIT 8**



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 22, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G : | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field : West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well : A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 17,671.00 |
| IPS Supervisors : | Johnny Cormier/Josh Ware | | Total Hours Worked | 104 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 01:00 | | Hold Tailgate meeting W/ Co Rep/3rd party on CT operations. Pick up Inj head, M/u BHA on coil. Stab head on BOP's and secure to deck. Break circ, and line up valves to Perform Visual Break test to 5000 psi. Walk lines and visually inspect for leaks. No visual leaks, Break test good. Bleed off surface pressure. |
| | 02:30 | Open well, Rih 50' and bring FP online at .25 bpm. Circulating pressure @ 2500 psi, Rih 60 fpm making pick ups every 2000' to check wts. |
| 05:45 | | Depth @ 6400' CTM, make 100' pick up to check wt. Wt check good pulling 9K, RBIH to 6350' CTM. |
| | 06:00 | Day crew Safety meeting, tower change with Day crew. |
| 06:41 | | Put the ball in the reel to set the tool |
| | 07:17 | Pumping on the ball to set the tool |
| 07:48 | | Pumped 12bbls the ball went over the goose neck waiting for 45 mints to set it |
| | 08:00 | Doing a well cotrol drill on stripper failure |
| 08:30 | | Finished with well control drill on stripper failure |
| | 08:42 | The cement retainer is set |
| 09:14 | | Tool is set open casing close tubbing |
| | 09:16 | Mixing up 10bbls of gel and added some dye to it |
| 09:32 | | Pumped 5bbls of gel with the dye |
| | 09:43 | Back on the water pumping .75 a mint 4,800 |
| 15:40 | | Got the gel and dye back a 209bbls |
| | 15:45 | Pumping until the returns clean up |
| 16:38 | | Returns cleaded up shut down pump |
| | 16:48 | Filling up the cement hooper |
| 17:00 | | Fueling up our equipment and visual inspected the BOPS |
| | 18:00 | Night crew safety meet |
| 18:15 | | Crew change with the night crew, Tower change with Day crew. |
| | 19:00 | Start Mixing Cmt, pump 5 bbl FW spacer, 11.5 bbl Cmt, 9.5 bbl FW spacer. SD FP unsting from Cmt Retainer pulled 2K over neutral @ 12K, neutral pick up Wt @ 10K. Stop pipe, close Csg and open Tbg. Start pumping and lay in 2 bbls of cmt on Cmtn Retainer. SD FP, pick up 200' and circulate bottoms up. Once 5 bbls pumped increase WHP to 1000 psi, pump 5 more bbls. |
| 22:35 | | POOH, while maintaining 1000 psi on WHP. |
| | 23:59 | Cont POOH. |



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 23, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood Energy | OCS-G : | 4818 | CTU / INJ / Pack-off | |
| 2000 W. Sam Houston Pkwy South Suite 1200 | Field : West Cameron 290 | | Fluid / N2 Pumps | |
| Houston, TX 77042 | Well : A-1 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 14,410.00 |
| IPS Supervisors : | Johnny Cormier/Josh Ware | | Total Hours Worked | 114 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 00:30 | | OOH, SD FP and shut in well. Bleed off surface pressure, SITP 1000 psi. |
| | 01:00 | Hold Tailgate meeting with Co Rep and 3rd party on rigging CT equip. Pump pig through reel, unstab Inj head and cut BHA off coil. Pump 4 bbls until pig retrieved @ surface, set head in rack and secure to deck. Unstab pipe, rig down head, console, and power pack. Roll hyd hoses and package up all equip to be backloaded on CB. |
| 06:00 | | Day crew Safety meeting, Tower change with Day crew. |
| | 06:20 | Rigging down the Iron |
| 07:00 | | Starting to back load the crew boat with C.T. equipment |
| | 08:00 | Finished back loading the crew boat |
| 08:30 | | Rigging down the Iron going to the BOPS and rigging down the BOP stack |
| | 12:30 | Finshed with the Iron and the BOP stack |
| 12:48 | | WAITING ON THE CREW BOAT |
| | 17:15 | Crew boat arrive on location with our skids |
| 17:30 | | Off loading the crew boat with our skids |
| | 18:00 | Back loading the crew boat with our equipment / And set on the crew boat |
| 22:30 | | Travel to EPS dock |

**EXHIBIT 8**

# Warrior
## Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Berecegay Rd., Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: February 24, 2020
Ticket Number: 0969-6416
Job Number: 20-0969-012

### Customer & Well Information

| Fleetwood Energy | | |
|---|---|---|
| 2000 W. Sam Houston Pkwy South Suite 1200 | OCS-G: | 4818 CTU / N2 / Pack-off |
| Houston, TX 77042 | Field: West Cameron 280 | Fluid / N2 Pumps |
| | Well: A-1 | Quad / Safety / BS |

### Equipment

| | Description | Total Hours Worked | Daily Cost |
|---|---|---|---|
| IPS Supervisors: Johnny Cormier/Josh Ware | | 16 | $ 12,910.00 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| | | BSEE INSPECTION TODAY (Yes/No): |
| 01:00 | | Travel back to the shop |
| 04:00 | | Arrive at the shop |

---

# Warrior
## Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Berecegay Road, Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

### SERVICE ORDER FIELD REQUEST

To: Fleetwood Energy
2000 W. Sam Houston Pkwy South Suite 1200
Houston, TX 77042

Latitude: 28° 16' 76" N
Longitude: 92° 35' 63" W
Lease / OCS-G: 4818
Field: West Cameron 280
Well: A-1
Parish / State: LA
Federal Waters: Yes

Ticket Number: 0969-6416
Job Number: 20-0969-012
Start Date: February 15, 2020
End Date:

Invoice:
AFE / PO: FW207009
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 4001125 | 1.25" Coil Tubing Unit W/ 6 Men Crew, 24 hr, per day | per day | 1 | $4,800.00 | 4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,680.00 | 2,680.00 |
| 610101 | 2-Pump Operation, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | 660.00 |
| 700118 | Shear/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |

Field Estimated Total = $ 12,910.00

### Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|
| | Ware, Joshua | | | Cormier, Johnny | |
| | Harper, Von | | | DeArmond, David | |
| | Smith, Aaron | | | Touchet, Preston | |
| | Richardson, Shawn | | | Turner, James | |

The Services rendered to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the Terms), which are expressly incorporated hereto by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

Customer Authorized Agent Name: _____

Customer Authorized Agent Signature: _____

**EXHIBIT 8**

### Warrior
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

| Latitude: | 29° 19' 79" N |
| Longitude: | 93° 35' 63" W |
| Lease / OCS-G: | 4818 |
| Field: | West Cameron 290 |
| Well: | A-1 |
| Parish / State: | LA |
| Federal Waters: | Yes |

| Ticket Number: | 0969-6416 |
| Job Number: | 20-0969-012 |
| Start Date: | February 16, 2020 |
| End Date: | |
| Sales: | |

Invoice To: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042
AFE / PO: FW207009

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,800.00 | $ 4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | $ 2,880.00 |
| 610101 | 2-Pump Operators, 24 hr, per hr | per hr | 24 | $50.00 | $ 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | $ 660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | $ 1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | $ 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | $ 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | $ 250.00 |
| 400999 | Crew Travel ,per, man, per hr. | eaxday | 48 | $36.00 | $ 1,728.00 |
| 303030 | Automobile,per mile | mile | 280 | $0.58 | $ 162.40 |
| 700117 | Communication Radios, per day | per day | 1 | $280.00 | $ 280.00 |

Field Estimated Total = $ 15,080.40

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 16 | | | |
| | Harper, Von | 13 | | DeArmond, David | 16 | | | |
| | Smith, Aaron | 13 | | Touchet, Preston | 16 | | | |
| | Richardson, Shawn | 13 | | Turner, James | 16 | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

### Warrior
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

| Latitude: | 29° 19' 79" N |
| Longitude: | 93° 35' 63" W |
| Lease / OCS-G: | 4818 |
| Field: | West Cameron 290 |
| Well: | A-1 |
| Parish / State: | LA |
| Federal Waters: | Yes |

| Ticket Number: | 0969-6416 |
| Job Number: | 20-0969-012 |
| Start Date: | February 17, 2020 |
| End Date: | |
| Sales: | |

Invoice To: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042
AFE / PO: FW207009

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,800.00 | $ 4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | $ 2,880.00 |
| 610101 | 2-Pump Operators, 24 hr, per hr | per hr | 24 | $50.00 | $ 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | $ 660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | $ 1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | $ 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | $ 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | $ 250.00 |
| 700117 | Communication Radios, per day | per day | 1 | $280.00 | $ 280.00 |
| 300801 | Hydraulic Stripper Rubber, each | each | 1 | $212.00 | $ 212.00 |
| | Lump Sum Expendable Charge, per well | per well | 1 | $2,800.00 | $ 2,800.00 |

Field Estimated Total = $ 15,922.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 13 | | | |
| | Harper, Von | 13 | | DeArmond, David | 13 | | | |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 | | | |
| | Richardson, Shawn | 13 | | Turner, James | 13 | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

**EXHIBIT 8**

## Ticket 0969-6416 (left)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Invoice to: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042
AFE / PO: FW207009

| Field | Value |
|---|---|
| Latitude | 29° 19' 79" N |
| Longitude | 93° 35' 63" W |
| Lease / OCS-G | 4818 |
| Field | West Cameron 290 |
| Well | A-1 |
| Parish / State | LA |
| Federal Waters | Yes |
| Ticket Number | 0969-6416 |
| Job Number | 20-0969-012 |
| Start Date | February 18, 2020 |
| End Date | |

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,600.00 | $4,600.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | 2,880.00 |
| 610101 | 2-Pump Operators, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | 660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300605 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |
| 700117 | Communication Radios, per day | per day | | $260.00 | |
| | Lump Sum Expendable Charge, per well | per well | 1 | $2,800.00 | 2,800.00 |

**Field Estimated Total = $ 15,710.00** (approx.)

Personnel:
| ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 13 |
| | Harper, Von | 13 | | DeArmond, David | 13 |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 |
| | Richardson, Shawn | 13 | | Turner, James | 13 |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

Customer Authorized Agent Name: _____
Customer Authorized Agent Signature: _____

---

## Ticket 0969-6416 (right)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Invoice to: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042
AFE / PO: FW207009

| Field | Value |
|---|---|
| Latitude | 29° 19' 79" N |
| Longitude | 93° 35' 63" W |
| Lease / OCS-G | 4818 |
| Field | West Cameron 290 |
| Well | A-1 |
| Parish / State | LA |
| Federal Waters | Yes |
| Ticket Number | 0969-6416 |
| Job Number | 20-0969-012 |
| Start Date | February 19, 2020 |
| End Date | |

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,600.00 | $4,600.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | 2,880.00 |
| 610101 | 2-Pump Operators, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | 660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300605 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |
| 700117 | Communication Radios, per day | per day | | $260.00 | |
| 304126 | Pipe Charges per ft, per run, per day (2/19 Run #1) Coil Retainer | per ft | 7,160 | $0.30 | 2,148.00 |
| 309000 | Pipe Charges Severe Service Cement, per ft on reel | per ft | 18,650 | $0.14 | 2,611.00 |
| 509002 | Fluid Pump Severe Service Cement/Acid, per job, per hr | per hr | 1 | $105.00 | 105.00 |

**Field Estimated Total = $ 17,774.00**

Personnel:
| ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 13 |
| | Harper, Von | 13 | | DeArmond, David | 13 |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 |
| | Richardson, Shawn | 13 | | Turner, James | 13 |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

Customer Authorized Agent Name: _____
Customer Authorized Agent Signature: _____

**EXHIBIT 8**

## Service Order Field Request (Ticket 01989-8416, Start Date: February 20, 2020)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-3100   Fax: (337) 714-2112

**Invoice To:** Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042

**AFE / PO:** PW207069

Lease / OCS-G: 4818   Field: West Cameron 290   Well: A-1   Parish/State: LA   Federal Waters: Yes

Ticket Number: 01989-8416   Job Number: 20-0969-012   Start Date: February 20, 2020

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,800.00 | $4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | $2,880.00 |
| 610101 | 2-Pump Operation, 24 hr, per hr | per hr | 24 | $50.00 | $1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | $660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | $1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | $300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | $1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | $250.00 |
| 700117 | Communication Radios, per day | per day | 1 | $260.00 | $260.00 |
| 304126 | Pipe Charges per ft, per run, per day/2018 Run 1/Continuation Cmt Retainer | per ft | 7,160 | $0.30 | $2,148.00 |

**Field Estimated Total = $15,058.00**

### Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 13 | | | |
| | Harper, Von | 13 | | DeArmond, David | 13 | | | |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 | | | |
| | Richardson, Shawn | 13 | | Turner, James | 13 | | | |

Customer Authorized Agent Signature / Agent Name

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

---

## Service Order Field Request (Ticket 01989-8416, Start Date: February 21, 2020)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-3100   Fax: (337) 714-2112

**Invoice To:** Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042

**AFE / PO:** PW207069

Lease / OCS-G: 4818   Field: West Cameron 290   Well: A-1   Parish/State: LA   Federal Waters: Yes

Ticket Number: 01989-8416   Job Number: 20-0969-012   Start Date: February 21, 2020

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,800.00 | $4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | $2,880.00 |
| 610101 | 2-Pump Operation, 24 hr, per hr | per hr | 24 | $50.00 | $1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $660.00 | $660.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | $1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | $300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | $1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | $250.00 |
| 700117 | Communication Radios, per day | per day | 1 | $260.00 | $260.00 |

**Field Estimated Total = $13,190.00**

### Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Ware, Joshua | 13 | | Cormier, Johnny | 13 | | | |
| | Harper, Von | 13 | | DeArmond, David | 13 | | | |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 | | | |
| | Richardson, Shawn | 13 | | Turner, James | 13 | | | |

Customer Authorized Agent Signature / Agent Name

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance.

**EXHIBIT 8**

## Ticket 1: 0369-8416 (February 22, 2020)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Invoice to: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042

- Latitude: 29° 19' 79" N
- Longitude: 93° 35' 63" W
- Lease / OCS-G: 4818
- Field: West Cameron 290
- Well: A-1
- Parish / State: LA
- Federal Waters: Yes

Ticket Number: 0369-8416
Job Number: 20-05869-012
Start Date: February 22, 2020

AFE / PO: FW207009

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,900.00 | 4,900.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | 2,880.00 |
| 610101 | 2-Pump Operation, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $650.00 | 650.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700015 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |
| 700117 | Communication Radios, per day | per day | | $200.00 | |
| 304125 | Pipe Charges per ft, per run, per day(2/22)(Run #1) Cmt Retainer | per ft | 8,460 | $0.30 | 1,938.00 |
| 30000 | Pipe Charges Severe Service Cement, per ft on reel | per ft | 18,650 | $0.14 | 2,611.00 |
| 300901 | Hydraulic Stripper Rubber, each | each | 1 | $212.00 | 212.00 |

**Field Estimated Total = $17,674.00**

**Personnel**

| ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|
| | Werts, Joshua | 13 | | Cormier, Johnny | 13 |
| | Harper, Von | 13 | | DeArmond, David | 13 |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 |
| | Richardson, Shawn | 13 | | Turner, James | 13 |

---

## Ticket 2: 0369-8418 (February 23, 2020)

**Warrior** — Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road, Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Invoice to: Fieldwood Energy, 2000 W. Sam Houston Pkwy South Suite 1200, Houston, TX 77042

- Latitude: 29° 19' 79" N
- Longitude: 93° 35' 63" W
- Lease / OCS-G: 4818
- Field: West Cameron 290
- Well: A-1
- Parish / State: LA
- Federal Waters: Yes

Ticket Number: 0369-8418
Job Number: 20-05869-012
Start Date: February 23, 2020

AFE / PO: FW207009

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,900.00 | 4,900.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | 2,880.00 |
| 610101 | 2-Pump Operation, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $650.00 | 650.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300805 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700015 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |
| 700117 | Communication Radios, per day | per day | | | |
| 304125 | Pipe Charges Daily Minimum,per run,per day(2/23)(Run1 Cmt Retainer Cont | per run/day | 1 | $1,500.00 | 1,500.00 |

**Field Estimated Total = $14,410.00**

**Personnel**

| ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|
| | Werts, Joshua | 13 | | Cormier, Johnny | 13 |
| | Harper, Von | 13 | | DeArmond, David | 13 |
| | Smith, Aaron | 13 | | Touchet, Preston | 13 |
| | Richardson, Shawn | 13 | | Turner, James | 13 |

**EXHIBIT 8**

## Service Order Field Request

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100  Fax: (337) 714-2112

| Field | Value |
|---|---|
| Latitude | 29° 19' 79" N |
| Longitude | 93° 35' 63" W |
| Lease / OCS-G | 4816 |
| Field | West Cameron 290 |
| Well | A-1 |
| Parish / State | LA |
| Federal Waters | Yes |
| Ticket Number | 0969-6416 |
| Job Number | 20-0969-012 |
| Start Date | February 24, 2020 |
| End Date | |

Fieldwood Energy
2000 W. Sam Houston Pkwy South Suite 1200
Houston, TX 77042

AFE / PO: FW207009

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" Coil Tubing Unit W/ 6 Man Crew, 24 hr, per day | per day | 1 | $4,800.00 | 4,800.00 |
| 600100 | Fluid Pump, 24 hr, per day | per day | 1 | $2,880.00 | 2,880.00 |
| 610101 | 2-Pump Operators, 24 hr, per hr | per hr | 24 | $50.00 | 1,200.00 |
| 700104 | Single BOP, per day | per day | 1 | $680.00 | 680.00 |
| 700118 | Blind/Shear BOP, per day | per day | 1 | $1,020.00 | 1,020.00 |
| 300605 | Flow Cross, per day | per day | 1 | $300.00 | 300.00 |
| 700115 | N2 Bottle Rack, each, per job, per day | per day | 2 | $900.00 | 1,800.00 |
| 700101 | High Rig-Up Hydraulic Hose Package, per day | per day | 1 | $250.00 | 250.00 |
| 700117 | Communication Radios, per day | per day | | $280.00 | |
| 304125 | Pipe Charges Daily Minimum, per run, per day (2/22) Run1 Cmt Retainer Cont | per run/day | | $1,500.00 | |

**Field Estimated Total = $12,910.00**

### Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Ware, Joshua | 4 | | Cormier, Johnny | 4 | | | |
| | Harper, Von | 4 | | DeArmond, David | 4 | | | |
| | Smith, Aaron | 4 | | Touchet, Preston | 4 | | | |
| | Richardson, Shawn | 4 | | Turner, James | 4 | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgment, including without limitation by beginning performance.

Customer Authorized Agent Name: _____
Customer Authorized Agent Signature: _____

---

## Field Invoice Ticket

**WARRIOR**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100
Fax: (337) 714-2112

CT: 0969   Ticket 6416
Date(s): 2/15/20

| Field | Value |
|---|---|
| Bill To | Fieldwood Energy |
| Address | |
| City | |
| Well # | A-1 |
| Field | West Cameron 290-A |
| County State | LA |
| Latitude | |
| Invoice | |
| Inv. Date | |
| SRO # | |
| PO # | |
| AFE # | |
| Job # | 20-0969-012 |
| Job Description | |
| Longitude | |

| Product Code | Description | Unit | Qty | Rate | Discount | Invoice Amount |
|---|---|---|---|---|---|---|
| | "See Computer Generated Copy" | | | | | |

**ESTIMATED TOTAL**

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

X Customer Authorized Agent Signature: _Brf Wallote_
X Customer Authorized Printed Name: _Bradly W Woto_

**EXHIBIT 8**

State of Louisiana $
$
Parish of Cameron $

Office of Cameron Parish
Clerk of Court
38th Judicial Dist. Court

I hereby certify that the attached document is a true and correct copy of the __Original__ file for record __9-30__, __2020__ bearing File No. __348101__ recorded in,
Conveyance Book _____, page _____
Mortgage Book __✓__, page __N/A__,
_____ Bk. _____, page _____,
In testimony whereof, witness my official seal on __9-30__, __2020__.
By: _Madison Frazier_
Deputy Clerk of Court

**EXHIBIT 8**

# THIRTY-EIGHTH JUDICIAL DISTRICT COURT

# PARISH OF CAMERON

# STATE OF LOUISIANA

# ORDER

Considering that an order of evacuation for lower Cameron Parish will be issued due to Tropical Storm/ Hurricane "Marco" and Tropical Storm/Hurricane "Laura" are expected to affect the Louisiana coast and considering that all governmental offices affecting the operation of the Office of the Cameron Parish Clerk of Court, will officially close. The Cameron Clerk of Court Office will be officially be closed on Tuesday, August 25, 2020 and Wednesday, August 26, 2020 or until such time that conditions permit the office to reopen or the evacuation order is lifted.

## PUBLIC BUSINESS REQUIRES THAT:

IT IS ORDERED that a public emergency exists and that the Office of the Clerk of Court will be closed on Tuesday, August 25, 2020 and Wednesday, August 26, 2020 or until such time that conditions permit the office to reopen or the evacuation order is lifted.

Cameron, Louisiana

August 23rd, 2020

PENELOPE RICHARD
38th Judicial District Judge

A TRUE COPY OF ORIGINAL

DEPUTY CLERK OF COURT
CAMERON-PARISH LOUISIANA

**EXHIBIT 8**

A TRUE COPY OF ORIGINAL
DEPUTY CLERK OF COURT
CAMERON PARISH, LOUISIANA

**EXHIBIT 8**

State of Louisiana $
$
Parish of Cameron $

Office of Cameron Parish
Clerk of Court
38th Judicial Dist. Court

I hereby certify that the attached document is a true and correct copy of the ___Original___ file for record ___9-30___, ___2020___ bearing File No. ___348101___ recorded in:
Conveyance Book _____, page _____,
Mortgage Book ___✓___, page ___N/A___,
_____ Bk. _____, page _____,
In testimony whereof, witness my official seal
on ___9-30___, ___2020___.
By: ___Madison Frazier___
Deputy Clerk of Court

**EXHIBIT 8**