# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From:**
Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY L L C

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORP

Index Type: MORTGAGES
Type of Document: LIEN
Recording Pages: 6

File #: 1611876
Book: 3186   Page: 383

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/02/2020 at 9:58:40
Recorded in Book 3186 Page 383
File Number 1611876
Deputy Clerk

On (Recorded Date): 10/02/2020
At (Recorded Time): 9:58:40AM

Doc ID - 015130090006

**Return To:** Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

**EXHIBIT 10**

|  |  |
|---|---|
| FILED: | Terrebonne Parish,<br>Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-23933 |
| AREA/BLOCK: | ST 242 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Fieldwood Energy Offshore LLC |
| AMOUNT: | $54,640.30 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 25, 2020 through April 7, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-23933, South Timbalier, Block 242, off the coast of Terrebonne Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $54,640.30 is due and owing on Invoice Nos. SI-266778 and SI-266850 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable

EXHIBIT 10

Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood and Fieldwood Energy Offshore LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 26th day of August, 2020.

    Warrior Energy Services Corporation

    By: _____
    Name: Jean Paul Overton
    Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 10**



# Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

## INVOICE

| | |
|---|---|
| Invoice Number: | SI-266778 |
| Invoice Date: | 3/31/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207003 |
| Location: | 0969 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 29,897.80

Lease & Well: OCSG 23933 ST 242 A-1
County: OS
State: OS

Job Start Date: 3/25/2020
Job End Date: 3/30/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000100 | Service Charge Offshore Cased Hole | 20-0969-117 | 1.00 | Each | 3,600.00 | 75.00% | 900.00 |
| 5000182 | 4.5 Big Foot Depth Charged below | 20-0969-117 | 1.00 | Each | 1,800.00 | 50.00% | 900.00 |
| 5000182 | 4.5 Big Foot High Densityd below | 20-0969-117 | 1.00 | Each | 24,500.00 | 30.00% | 17,150.00 |
| 5000182 | Safe Fire Setupd below | 20-0969-117 | 1.00 | Each | 2,850.00 | 35.00% | 1,852.50 |
| 5010001 | Collar Log Depth Charge | 20-0969-117 | 6,000.00 | FOOT | 0.35 | 50.00% | 1,050.00 |
| 5000220 | Special Supervisor, per hour | 20-0969-117 | 72.00 | Hours | 105.00 | | 7,560.00 |
| 5000182 | HSE CHARGEd below | 20-0969-117 | 1.00 | Each | 62.50 | | 62.50 |
| 5000110 | Crew Mileage, per mile | 20-0969-117 | 320.00 | Mile | 0.54 | | 172.80 |
| 5000275 | Explosive Shipping, per job | 20-0969-117 | 1.00 | Each | 250.00 | | 250.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2550

| | | |
|---|---|---|
| Total Discount: | (12,997.50) | |
| Net Invoice: | | 29,897.80 |
| Freight: | | 0.00 |
| Tax: | | 0.00 |
| Total: | | 29,897.80 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT A**

EXHIBIT 10



# Warrior Energy Services
A SUPERIOR ENERGY SERVICES COMPANY

## INVOICE

| | |
|---|---|
| Invoice Number: | SI-266850 |
| Invoice Date: | 4/21/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 6202 |
| AFE: | FW207003 |
| Location: | 0969 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 24,732.50

Lease & Well: OCSG 23933 A-1 ST 242
County: OS
State: OS

Job Start Date: 3/30/2020
Job End Date: 4/7/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000182 | 6.125 BIG FOOT DEPTH CHARGEd below | 20-0969-117A | 1.00 | Each | 1,800.00 | 50.00% | 900.00 |
| 5000182 | 6.125 BIG FOOT HIGH DENSITYd below | 20-0969-117A | 1.00 | Each | 24,500.00 | 30.00% | 17,150.00 |
| 5000182 | SAFE FIRE SET UPd below | 20-0969-117A | 1.00 | Each | 2,850.00 | 35.00% | 1,852.50 |
| 5010001 | Collar Log Depth Charge | 20-0969-117A | 6,000.00 | FOOT | 0.35 | 50.00% | 1,050.00 |
| 5000182 | Miscellaneous items not in price book, items listed below | 20-0969-117A | 36.00 | Each | 105.00 | | 3,780.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2550

| | | | |
|---|---|---|---|
| Total Discount: | (10,297.50) | Net Invoice: | 24,732.50 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 24,732.50 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 10**