## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORP

**Index Type :** MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**File # :** 2020-00003843

**Book :** 777     **Page :** 347

**Recording Pages :** 6

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/21/2020

At (Recorded Time) : 10:56:41AM

Doc ID - 005340810006

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 09/21/2020 at 10:56:41
Recorded in Book 777 Page 347
File Number 2020-00003843

Deputy Clerk

**Return To :** Attn: ARMAND E SAMUELS

Do not Detach this Recording Page from Original Document

**EXHIBIT 11**

|  |  |
|---|---|
| FILED: | Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-01967 |
| AREA/BLOCK: | MP 153 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Renaissance Offshore, LLC |
| AMOUNT: | $14,066.8 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 16, 2020 through March 23, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-01967, Main Pass, Block 53, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $14,066.8 is due and owing on Invoice No. SI-266705 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual

EXHIBIT 11

interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood and Renaissance Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

EXHIBIT 11

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Renaissance Offshore, LLC, 920 Memorial City Way, Suite 800, Houston, TX 77024; and (d) Renaissance Offshore, LLC, through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

Thus done and signed in Houston, Texas on this ___ day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 11**



**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266705 |
| Invoice Date: | 3/27/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 14,066.80**

Lease & Well: OCSG 1967 C-13 MP153
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/16/2020 |
| Job End Date: | 3/23/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5006 | 5K Unit/Crew -Regulatory | SLBO032871 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 43200001 | Low PSI Stuffing Box Packing | SLBO032871 | 6.00 | Each | 11.00 | | 66.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032872 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032872 | 1.00 | Days | 364.00 | | 364.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBO032872 | 1.00 | Days | 178.50 | | 178.50 |
| 58500 | Twist Tester | SLBO032872 | 1.00 | Days | 84.00 | | 84.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032873 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032873 | 1.00 | Days | 364.00 | | 364.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBO032873 | 1.00 | Days | 178.50 | | 178.50 |
| 502901 | Pulling Tools -special- thru 2 | SLBO032873 | 1.00 | Days | 178.50 | | 178.50 |
| 503420 | Prong - Equalizing. Pulling | SLBO032873 | 1.00 | Days | 47.60 | | 47.60 |
| 5006 | 5K Unit/Crew -Regulatory | SLBO032874 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032874 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032874 | 1.00 | Days | 413.70 | | 413.70 |
| 502901 | Pulling Tools -special- thru 2 | SLBO032874 | 1.00 | Days | 178.50 | | 178.50 |
| 501312 | Drive Down Tool (X Lock) | SLBO032874 | 1.00 | Days | 90.30 | | 90.30 |
| 5006 | 5K Unit/Crew -Regulatory | SLBO032875 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032875 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032875 | 1.00 | Days | 413.70 | | 413.70 |
| 502901 | Pulling Tools -special- thru 2 | SLBO032875 | 1.00 | Days | 178.50 | | 178.50 |
| 503601 | Running Tools (special) thru 2 | SLBO032875 | 1.00 | Days | 207.90 | | 207.90 |
| 500802 | Broaching Tool 2-3/4" | SLBO032875 | 1.00 | Days | 264.60 | | 264.60 |

**EXHIBIT A**

EXHIBIT 11



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266705 |
| Invoice Date: | 3/27/2020 |
| Page: | 2 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 14,066.80

Lease & Well: OCSG 1967 C-13 MP153
County: OS
State: OS

Job Start Date: 3/16/2020
Job End Date: 3/23/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 46123100 | 2.313" Packing High Temp Mol | SLBO032875 | 6.00 | Each | 25.90 | | 155.40 |
| 42923100 | 2.313" Orings X Equalizing S | SLBO032875 | 2.00 | Each | 17.50 | | 35.00 |
| 5006 | 5K Unit/Crew -Regulatory | SLBO034851 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO034851 | 1.00 | Days | 364.00 | | 364.00 |
| 5006 | 5K Unit/Crew -Regulatory | SLBO034852 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO034852 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034852 | 1.00 | Days | 413.70 | | 413.70 |
| 501202 | Check Set Tool Thru 2.562" | SLBO034852 | 1.00 | Days | 165.90 | | 165.90 |
| 503601 | Running Tools (special) thru 2 | SLBO034852 | 1.00 | Days | 207.90 | | 207.90 |
| 500702 | Brush Nipple thru 2.313" | SLBO034852 | 1.00 | Days | 264.60 | | 264.60 |
| 5006 | 5K Unit/Crew -Regulatory | SLBO034853 | 12.00 | Hours | 85.00 | | 1,020.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 14,066.80 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 14,066.80 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 11**