## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From:**
Attn: ARMAND SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORP

| | |
|---|---|
| Index Type: MORTGAGE | File #: 2020-00003726 |
| Type of Document: MATERIALMANS LIEN | Book: 776   Page: 602 |
| Recording Pages: 15 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date): 09/11/2020

At (Recorded Time): 10:58:26AM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/11/2020 at 10:58:26
Recorded in Book 776 Page 602
File Number 2020-00003726

Deputy Clerk

Doc ID - 005338140015

**Return To:** Attn: ARMAND SAMUELS

Do not Detach this Recording Page from Original Document


**EXHIBIT 12**

|  |  |
|---|---|
| FILED: | Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-01294 |
| AREA/BLOCK: | SP 62 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; |
| AMOUNT: | $8,525.40 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 12, 2020 through March 15, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-01294, South Pass, Block 62, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $8,525.40 is due and owing on Invoice Nos. SI-266701, SI-266702, SI-266703 and SI-266704 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs.

- 1 -

**EXHIBIT 12**

True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX

EXHIBIT 12

77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

                                                 Warrior Energy Services Corporation

                                                 By: _____
                                                 Name: Jean Paul Overton
                                                 Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 20th DAY OF AUGUST 2020.

_____
            NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 12**



**Warrior Energy Services**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266701 |
| Invoice Date: | 3/27/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 510.00

Lease & Well: OCSG 1294 D-29 SP62
County: OS
State: OS

Job Start Date: 3/15/2020
Job End Date: 3/15/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032870 | 6.00 | Hours | 85.00 | | 510.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 510.00 |
| | | Freight: | 0.00 |
| | | Tax | 0.00 |
| | | Total: | 510.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT A**

EXHIBIT 12

# WARRIOR ENERGY SERVICES
## A SUPERIOR ENERGY SERVICES COMPANY

SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

We hereby request Superior Energy Services, LLC to come to the location of:

**DAILY OPERATIONS REPORT**

BSR-20-0131

SLBO  32870

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 15 / 2020 |

**Office Use Only**
Salesman # MB  RS
Invoice Number
Invoice Date

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| O/S | LA | D-29 |

TOTAL COST: $510.00

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na | Self | PULLED / RUN | 900 / Casing PSI GL | 27/8 | Data Wt. 6.5 / Depth 9,200 / Thread eue |

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 681 | na | 2191 | na | ☒ NEW  ☐ REVISED |

ESTIMATED DAILY COST: $510.00

### DESCRIPTION OF SERVICES PERFORMED

Review JSA respot unit set up riser on well. Rig up tested 5m equip to whp. RIH with barb scratcher to 2,000wlm. no signs of paraffin pooh
RBIH with full spiral scratcher to 3,000wlm. pooh. due to gas needed flow well for awhile. shut well in RBIH with 1.830 gauge ring to 7,200wlm..
Pooh. Rig down rack up 5mx.092 equip prepair it to be move Talk to PIC which talk to foreman SP MP fields are up to date on Paraffin cutting,
Found out more in am paperwork SFN.

Note: change out 5m surface equip ready to be sent in a basket

Tested ESD dailey on WL unit       0-Top deck

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50012 | From: 0600 | To: | 1800 | 6 | $85.00 | $510.00 | | | | | |

| Part Number | Materials Furnished | | | Part Number | Materials Furnished | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Roundtrip Mileage: Crew   Truck Number: 8027   From:   To:
Roundtrip Mileage: Equipment ☐ Warrior ☐ Commercial   From:   To:

| EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause | 201154 | 6 | Operator: | | |
| Helper: | | | Helper: Jeremy Meche | | 6 |

CUSTOMER NAME (print): [signature] Cast Helen
Signature of Customer or Authorized Representative: [signature]

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

SI. 266701

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**



**Warrior Energy Services**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266702 |
| Invoice Date: | 3/27/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 1,795.00

Lease & Well: OCSG 1294 #21 SP62
County: OS
State: OS

Job Start Date: 3/11/2020
Job End Date: 3/11/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5006 | 5K Unit/Crew -Regulatory | SLBO032864 | 13.00 | Hours | 85.00 | | 1,105.00 |
| 20300 | Auto/Pickup | SLBO032864 | 460.00 | Mile | 1.50 | | 690.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 1,795.00 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 1,795.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**

# DAILY OPERATIONS REPORT

**Warrior Energy Services** — A Superior Energy Services Company
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

BSP-20-0129

SLBO 32864

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 11 / 2020 |

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| O/S | LA | 21 |

**Office Use Only**
Salesman #: MB  RS
Invoice Number:
Invoice Date:
**TOTAL COST:** $1,795.00
ESTIMATED DAILY COST: $1,795.00

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na |  | ☐ PULLED ☐ RUN | Casing PSI GL | 2 7/8 | Wt. | 6.5 |
|  |  |  |  |  |  |  |  |  |  | Depth | 8770 |
|  |  |  |  |  |  |  |  |  |  | Thread | eue |

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 683 | na | 2191 | na | ☑ NEW ☐ REVISED |

**DESCRIPTION OF SERVICES PERFORMED**
Travel from broussard to boothville PHI check in 0500 due to fog standby thru day till lifted flew out to SP62 orientation talk with pic inform me start am to late to start.
Check out equip. paperwork SFN.

| SERVICE CODE | SERVICE, RENTALS & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 50062 | From: | To: | 13 | $85.00 | $1,105.00 |  |  |  |  |  |

| Part Number | Materials Furnished | Part Number | Materials Furnished |
|---|---|---|---|

| SERVICE CODE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 203002 | Roundtrip Mileage: Crew | Truck Number: 8027 | From: Broussard | To: Venice | 460 | $1.50 | $690.00 |
|  | Roundtrip Mileage: Equipment ☐ Warrior ☐ Commercial | From: | To: | | | |

| EMPLOYEE NAME | EMP NO | HOURS Productive | NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive | NonProductive |
|---|---|---|---|---|---|---|---|
| Operator: Keith Krause |  | 13 | 10 | Operator: |  |  |  |
| Helper: |  |  |  | Helper: Jeremy Meche |  | 13 | 10 |

CUSTOMER NAME (print): **Ben LeGros**
Signature of Customer or Authorized Representative: /s/ Ben LeGros

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

SI. 266702

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266703 |
| Invoice Date: | 3/27/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 3,036.20

Lease & Well: OCSG 1294 D-21 SP62
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/12/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032865 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032865 | 1.00 | Days | 364.00 | | 364.00 |
| 65001 | Lubricator Section 3" 5K | SLBO032865 | 2.00 | Days | 125.30 | | 250.60 |
| 43200001 | Low PSI Stuffing Box Packing | SLBO032865 | 6.00 | Each | 11.00 | | 66.00 |
| 42800001 | ORings Lubricator | SLBO032865 | 7.00 | Each | 18.00 | | 126.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032866 | 7.00 | Hours | 85.00 | | 595.00 |
| 103002 | Surface Equip Rental-Days | SLBO032866 | 1.00 | Days | 364.00 | | 364.00 |
| 65001 | Lubricator Section 3" 5K | SLBO032866 | 2.00 | Days | 125.30 | | 250.60 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 3,036.20 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 3,036.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**

# DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

BSP-20-0129

SLBO  32865

Office Use Only

Salesman # MB  RS

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 12 / 2020 |

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |
| PARISH/COUNTY | STATE | WELL NO. |
| O/S | LA | D-21 |

Invoice Number

Invoice Date

TOTAL COST
$1,826.60

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na |  | PULLED / RUN | 200 Casing PSI | 2 7/8 | Wt | 6.5 |
|  |  |  |  |  |  |  |  |  |  | Depth | 8770 |
|  |  |  |  |  |  |  |  |  |  | Thread | eue |

ESTIMATED DAILY COST $1,856.60

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 683 | na | 2191 | na | ☑ NEW ☐ REVISED |

**DESCRIPTION OF SERVICES PERFORMED**

Safety metting JSA Set up 5mx.092 equip Redress stuffing box set up riser Rig up tested 5m equip to whp.RIH with cut down barb scratcher cutting very heavy thick paraffin to hard in spots 26wlm.
Flowing well between trips Broke out 500wlm.ran down to 2,000wlm.pooh.Laid 5m surface equip onto deck crewboat arrive with supplies assit with offloading once finish with crew boat Rig up on well.
Tested 5m equip to whp.RIH with full barb scratcher began seeing lite paraffin at 20wlm.cutting till 300wlm.then cutting very heavy thick paraffin to 350wlm.Pooh.Flow well Inform not to shut well back in.
Due to gas shortage that way build back up over night.Rig down secure 5m surface equip.well back in service paperwork SFN.       0-top deck

Tested ESD dailey on WL unit

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50012 | From:     To: | 12 | $85.00 | $1,020.00 |  |  |  |  |  |
| 103002 | 5m Surface Equip. | 1 | 364.00 | 364.00 |  |  |  |  |  |
| 650012 | 5m Lubricator extra | 2 | 125.30 | $250.60 |  |  |  |  |  |

| Part Number | Materials Furnished |  |  |  | Part Number | Materials Furnished |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 432-000-012 | LP Stuffing Box Packing | 6 | 11.00 | $66.00 |  |  |  |  |  |
| 428-000-012 | O'Rings 5m equip. | 7 | 18.00 | $126.00 |  |  |  |  |  |

Roundtrip Mileage: Crew   Truck Number: 8027   From:   To:
Roundtrip Mileage: Equipment ☐ Warrior ☐ Commercial   From:   To:

| EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause |  | 12 | Operator: |  |  |
| Helper: |  |  | Helper: Jeremy Meche |  | 12 |

CUSTOMER NAME (print): Ray Castleberry
Signature of Customer or Authorized Representative

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

SI. 266703

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**

# WARRIOR ENERGY SERVICES
### A SUPERIOR ENERGY SERVICES COMPANY

SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

**DAILY OPERATIONS REPORT**

SLBO  32866

BSI-20-0129 (handwritten)

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 13 / 2020 |

Office Use Only

Salesman # MB  RS

Invoice Number

Invoice Date

We hereby request Superior Energy Services, LLC to come to the location of:

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |
| PARISH/COUNTY | STATE | WELL NO. |
| O/S | LA | D-21 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

**TOTAL COST:** $1,209.60

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na | Self | ☐ PULLED ☐ RUN | 200 Casing PSI | 2 7/8 | Data Wt. 6.5 Depth 8770 Thread eue | |

**ESTIMATED DAILY COST:** $1,239.60

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 683 | na | 2191 | na | ☑ NEW ☐ REVISED |

**DESCRIPTION OF SERVICES PERFORMED**

Safety metting JSA Rig up tested 5m equip to whp. RIH with barb scratcher several times tag heavy thick paraffin at 355wlm. to 500wlm.then lite to 600wlm.ran down to 2,000wlm. pooh.
RBIH with Full spiral scratcher cutting lite thick paraffin in spots to 500wlm.pooh. Flow well RBIH with full spiral scratcher to 500wlm. to 600wlm. lite paraffin ran down to 2,000wlm. pooh.
RBIH with 1.830 gauge to 8,870wlm.pooh Inform to standby due testing alarms might cause total ESD. Rig down move to D1

Tested ESD dailey on WL unit    0-Top deck

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 50012 | From: | To: | 7 | $85.00 | $595.00 | | | | | |
| 103002 | 5m Surface Equip. | | 1 | 364.00 | 364.00 | | | | | |
| 650012 | 5m Lubricator extra | | 2 | 125.30 | $250.60 | | | | | |

| Part Number | Materials Furnished | | | | Part Number | Materials Furnished | | | |

Roundtrip Mileage: Crew   Truck Number: 8027   From:   To:
Roundtrip Mileage: Equipment  ☐ Warrior ☐ Commercial   From:   To:

| EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause | 201154 | 7 | Operator: |  |  |
| Helper: |  |  | Helper: Jeremy Meche |  | 7 |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

CUSTOMER NAME (print): Roy Castleton
Signature of Customer or Authorized Representative: Roy Castleton

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**



**Warrior Energy Services**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266704 |
| Invoice Date: | 3/27/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 3,184.20

Lease & Well: OCSG 1294 D-1 SP62
County: OS
State: OS

Job Start Date: 3/13/2020
Job End Date: 3/15/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032867 | 5.00 | Hours | 85.00 | | 425.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032868 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 103002 | Surface Equip Rental-Days | SLBO032868 | 1.00 | Days | 364.00 | | 364.00 |
| 65001 | Lubricator Section 3" 5K | SLBO032868 | 2.00 | Days | 125.30 | | 250.60 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032869 | 6.00 | Hours | 85.00 | | 510.00 |
| 103002 | Surface Equip Rental-Days | SLBO032869 | 1.00 | Days | 364.00 | | 364.00 |
| 65001 | Lubricator Section 3" 5K | SLBO032869 | 2.00 | Days | 125.30 | | 250.60 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| Net Invoice: | | 3,184.20 |
| Freight: | | 0.00 |
| Tax: | | 0.00 |
| Total: | | 3,184.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**

# Warrior Energy Services

**SLICKLINE - OFFSHORE**
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

A SUPERIOR ENERGY SERVICES COMPANY

We hereby request Superior Energy Services, LLC to come to the location of:

## DAILY OPERATIONS REPORT

**SLBO** 32867

BSI-20-0130

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 13 / 2020 |

**Office Use Only**
Salesman #: MB (RS)
Invoice Number:
Invoice Date:

**TOTAL COST**
$425.00

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| O/S | LA | D-1 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na | Self | ☐ PULLED ☐ RUN | 250 | 2 7/8 | 2 7/8 | Data Wt. 6.5 |
|  |  |  |  |  |  |  |  | Casing PSI GL |  |  | Depth 9,200 Thread eue |

**ESTIMATED DAILY COST**
$425.00

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 68 | na | 2191 | na | ☑ NEW ☐ REVISED |

### DESCRIPTION OF SERVICES PERFORMED

Review JSE set up riser on well RIG up tested 5m equip to whp. RIH with combination scratcher cutting lite thick heavy paraffin began cutting at 30wlm.
Flowing well in between each run finish day at 240wlm. continue cutting in am. Rig down secure 5m equip well back in service paperwork SFN.

Last cut 1-18-2020

Tested ESD dailey on WL unit                    0-Top deck

| SERVICE CODE | SERVICE, RENTALS & THIRD PARTIES | TOTAL UN | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL UN | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 50012 | From:   To: | 5 | $85.00 | $425.00 |  |  |  |  |  |

| Part Number | Materials Furnished | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|

Roundtrip Mileage: Crew    Truck Number: 8027    From:    To:
Roundtrip Mileage: Equipment  ☐ Warrior ☐ Commercial  From:    To:

| EMPLOYEE NAME | EMP. NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP. NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause | 201154 | 5 | Operator: |  |  |
| Helper: |  |  | Helper: Jeremy Meche |  | 5 |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

CUSTOMER NAME (print): Ray Castleberry
Signature of Customer or Authorized Representative

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without beginning performance.

SI. 266704

**EXHIBIT 12**

# Warrior Energy Services — Daily Operations Report

**SLICKLINE - OFFSHORE**
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

A SUPERIOR ENERGY SERVICES COMPANY

We hereby request Superior Energy Services, LLC to come to the location of:

BSP-20-0130   SLBO   32868

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 14 / 2020 |

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| O/S | LA | D-1 |

Office Use Only
Salesman # MB
Invoice Number
Invoice Date
TOTAL COST  # 1,634.60
ESTIMATED DAILY COST  $1,664.60

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na | Self | ☐ PULLED ☐ RUN | 250 / Casing PSI GL | 27/8 | Wt 6.5 / Depth 9,200 / Thread eue | |

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 681 | na | 2191 | na | ☑ NEW ☐ REVISED |

## DESCRIPTION OF SERVICES PERFORMED

Safety meeting JSA Rig up tested 5m equip to whp. RIH with combination scratcher recutting very heavy paraffin down to 150wlm. couldn't make it back down to 240wlm. pooh. Scratcher was full of dry thick paraffin. RBIH with barb scratcher twice to 600wlm. very lite paraffin pooh. appears heavy on tubing walls RBIH with full spiral scratcher cutting lite. Paraffin till 150wlm. then cutting heavy thick paraffin on tubing walls to 250wlm. flowing well between trips was inform to shut down due to shutting in one compressor and starting. Another one would need all gas till system pressure up. Rig down secure 5m equip. well back in service did much needed maintance on field tool box paperwork SFN.

Tested ESD dailey on WL unit          0-Top deck          Last cut-!-18-2020

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 50012 | From: 0600 | To: 1800 | 12 | $85.00 | $1,020.00 |
| 103002 | 5m Surface Equip. | | 1 | 364.00 | 364.00 |
| 650012 | 5m Lubricator extra | | 2 | 125.30 | $250.60 |

Roundtrip Mileage: Crew   Truck Number: 8027
Roundtrip Mileage: Equipment   ☐ Warrior  ☐ Commercial

| EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause | 201154 | 12 | Operator: | | |
| Helper: | | | Helper: Jeremy Meche | | 12 |

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

CUSTOMER NAME (print): Roy Castleberry
Signature of Customer or Authorized Representative

**EXHIBIT 12**

# DAILY OPERATIONS REPORT

**Warrior Energy Services** — A Superior Energy Services Company
SLICKLINE - OFFSHORE
110 BERCEGEAY RD.
BROUSSARD, LA. 70518
PHONE: (337) 714-2120
FAX: (337) 837-714-2110
Toll Free: 800-741-9008

We hereby request Superior Energy Services, LLC to come to the location of:

BSE-20-0130   SLBO   32869

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
|  |  | 3 / 15 / 2020 |

**CUSTOMER NAME:** FieldWood Energy
**BILLING ADDRESS:**

| LEASE | FIELD |
|---|---|
| OCSG-1294 | SP62 |

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| O/S | LA | D-1 |

Office Use Only
Salesman # MB  RS
Invoice Number
Invoice Date

**TOTAL COST** # 1,124.60
**ESTIMATED DAILY COST** $1,154.60

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Bean | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Size | 2 7/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TR | 2.313 | 596MD | Baker | na | na | Self | ☐ PULLED ☐ RUN | 500 Casing PSI GL | 2 7/8 | Date / Wt / Depth / Thread | 6.5 / 9,200 / eue |

| Boat Name | Unit Number | Power Pack Number | Tool Box Number | Reel Number | JSA Meeting |
|---|---|---|---|---|---|
| na | 681 | na | 2191 | na | ☑ NEW ☐ REVISED |

**DESCRIPTION OF SERVICES PERFORMED**

Safety meeting JSA Due to low system pressure having to flow longer between trips. assit production with crane work RIG up tested 5m equip to whp. RIH with full spiral scratcher cutting,
lite thick paraffin 255wlm. to 450wlm then cutting lite paraffin to 600wlm. ran down to 2,000wlm. pooh. Compressor went down wait on system pressure to come back up. RBIH with 1.830,
Gauge to 9,200wlm. pooh, well clean rig down move to D29

Tested ESD dalley on WL unit                0-Top deck                Last cut-!-18-2020

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50012 | From: 0600 | To: | 1800 | 6 | $85.00 | $510.00 | | | | | |
| 103002 | 5m Surface Equip. | | | 1 | 364.00 | 364.00 | | | | | |
| 650012 | 5m Lubricator extra | | | 2 | 125.30 | $250.60 | | | | | |

| Part Number | Materials Furnished | | | Part Number | Materials Furnished | | |
|---|---|---|---|---|---|---|---|

Roundtrip Mileage: Crew    Truck Number: 8027   From:        To:
Roundtrip Mileage: Equipment  ☐ Warrior  ☐ Commercial   From:    To:

| EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive | EMPLOYEE NAME | EMP NO | HOURS Productive / NonProductive |
|---|---|---|---|---|---|
| Operator: Keith Krause | 201154 | 6 | Operator: | | |
| Helper: | | | Helper: Jeremy Meche | | 6 |

CUSTOMER NAME (print): Ray Castleberry
Signature of Customer or Authorized Representative

THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICES WILL INCLUDE ALL APPLICABLE TAXES.

The Services (as defined in the terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms & Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 12**