# Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA  70562-2010
(337) 365-7282

**Received From :**
Attn: ARMAND E SAMUELS
LUGENBUHL WHEATON PECK RANKIN
601 POYDRAS ST, STE 2775
NEW ORLEANS, LA  70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORPORATION

—                                                                                                    —

**Index Type :**   MORTGAGES                          **File Number :** 2020-00007399

**Type of Document :** LIEN & PRIVILEGE

                                                                    **Book :** 1919        **Page :**   89

**Recording Pages :**           14

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for  Iberia Parish, Louisiana.

On (Recorded Date) : 09/08/2020

At (Recorded Time) :  2:09:41PM

Doc ID - 010504080014

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/08/2020 at  2:09:41
Recorded in Book  1919  Page   89
File Number 2020-00007399

Deputy Clerk

**Return To :**
Attn: ARMAND E SAMUELS

**EXHIBIT 13**

| | |
|---|---|
| FILED: | Iberia Parish,<br>Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-16325 |
| AREA/BLOCK: | SM 150 |
| OPERATOR: | Fieldwood Energy, LLC |
| AMOUNT: | $26,228.26 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.     He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.     Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.     In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.     Between approximately February 17, 2020 through February 20, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-16325, South Marsh Island, Block 150, off the coast of Iberia Parish, State of Louisiana (the "Lease").

5.     As of the present date, a remaining principal amount of $26,228.26 is due and owing on Invoice No. SI-266539 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

- 1 -

EXHIBIT 13

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Iberia Parish, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX

EXHIBIT 13

77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services,

Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this ___ day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS ___ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 13**



# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266539 |
| **Invoice Date:** | 3/13/2020 |
| **Page:** | 1 |

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| **Customer No.** | 10534 |
| **P.O. No.:** | |
| **AFE:** | FW197077 |
| **Location:** | 0817 |
| **Line of Business:** | 430 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX  77042
USA

**Amount Due:**   26,228.26

Lease & Well: OCSG 16325 D-3 SMI 150
County: OS
State: OS

| | |
|---|---|
| **Job Start Date:** | 2/17/2020 |
| **Job End Date:** | 2/20/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11430-20 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-21 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3015107WS | Safety Equipment | SO-11430-21 | 1.00 | EACH | 60.00 | | 60.00 |
| 3015102WS | NORM Monitoring Meter/Each/ Five Day Minimum | SO-11430-21 | 1.00 | EACH | 58.00 | | 58.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11430-21 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11430-21 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11430-21 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11430-21 | 2.00 | EACH | 42.00 | | 84.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11430-21 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11430-21 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11430-21 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11430-21 | 1.00 | EACH | 48.00 | | 48.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11430-21 | 4.00 | EACH | 14.40 | | 57.60 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11430-21 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL KIT STATION | SO-11430-21 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11430-21 | 3.00 | EACH | 48.00 | | 144.00 |

**EXHIBIT A**

**EXHIBIT 13**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266539 |
| Invoice Date: | 3/13/2020 |
| Page: | 2 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW197077 |
| Location: | 0817 |
| Line of Business: | 430 |

**Bill  To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX  77042
USA

**Amount Due:**          **26,228.26**

Lease & Well: OCSG 16325 D-3 SMI 150
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/17/2020 |
| Job End Date: | 2/20/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11430-21 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000999WS | elevator, slup type, myt, 1 1/4 inserts | SO-11430-21 | 5.00 | EACH | 57.50 | | 287.50 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11430-21 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010220WS | 1502 X 1-1/4 In Pump in Sub | SO-11430-21 | 1.00 | EACH | 39.00 | | 39.00 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11430-21 | 1.00 | EACH | 33.00 | | 33.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11430-21 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015268WS | Sub Base Small 4' | SO-11430-21 | 1.00 | EACH | 130.00 | | 130.00 |
| 3015210WS | Sub Base 8' | SO-11430-21 | 1.00 | EACH | 240.00 | | 240.00 |
| 3000999WS | 1 1/4 Inserts | SO-11430-21 | 18.00 | EACH | 37.47 | | 674.46 |
| 3000999WS | Inspection & Environmental Charges | SO-11430-21 | 1.00 | EACH | 5,629.25 | | 5,629.25 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11430-21 | 168.00 | EACH | 18.50 | | 3,108.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-22 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3000022WS | Four Man Plug And Abandment Crew, Additional Hours | SO-11430-22 | 6.00 | Hour | 256.00 | | 1,536.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-23 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11430-23 | 4.00 | Hour | 200.00 | | 800.00 |
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO-11430-23 | 364.00 | Mile | 2.00 | | 728.00 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.

Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (504) 362-5558

| | | | | |
|---|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 26,228.26 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 26,228.26 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 13**

# WARRIOR ENERGY SERVICES

A SUPERIOR ENERGY SERVICES COMPANY

1105 Peters Road Harvey, Louisiana 70058 (866)-382-3055 (504)-362-5558

## ORIGINAL

**SERVICE ORDER**
SO-11430- 20

| INVOICE TO: | FIELDWOOD ENERGY LLC | DATE | 2/17/2020 | PAGES: | 1 OF 2 |
| | 2000 W SAM HOUSTON PKWY S | TYPE | Day Rate | SESI JOB#: | 11430 |
| | HOUSTON TX 77227-7709 | JOB TYPE: | P & A | ATE NO | 193077 |
| | | FIELD | EM1-150 | LATITUDE | 28deg 12' 34 |

| CUSTOMER REPRESENTATIVE ON LOCATION | | LEASE / OCS | OCS01-16725 | LONGITUDE | 93deg 07' 28 |
| | | FEDERAL WATERS: | Yes | CASING PSI | 9-5/8" @ 525psi |
| | **JOHN GARY** | WELL #: | D-3 | CASING SIZE: | 7", 9-5/8", 13-3/8" 18-5/8" & 24" |
| | | PARISH | OFS | WELL DEPTH: | 11,441' MD /9000'TVD |
| | | STATE | Louisiana | TRIB COND / | 2-9/16" IMI Flange |
| | DAY CREW | | | NIGHT CREW | |

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS | EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnny Bartholomew | 400326 | Supervisor | 12 | | | | | | | | |
| Milo Poteen | 409003 | Combo Op | 12 | | | | | | | | |
| Steven Smith | 400642 | Pump Op | 12 | | | | | | | | |
| Charles Bryant | 425319 | Helper | 18 | 6 | | | | | | | |
| Larry McGee | 421909 | Helper | 12 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| HOURS | | TOTAL | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT |
|---|---|---|---|
| FROM | TO | HOURS | |
| 6:00 | 6:30 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD JSEA ON CRANE OPERATIONS & |
| | | 0 | TIH W/WORKSTRING |
| 6:30 | 7:00 | 0.5 | PERFORM COMPLIANCE CHECKS & PRE-USE ON CRANE. HELD JSEA FUELING UP EQUIPMENT. FUEL UP CRANE & |
| | | 0 | EQUIPMENT. |
| 7:00 | 7:30 | 0.5 | HELD TAILGATE ON TIH W/1-1/4" WORKSTRING. R/U ELEVATORS ON CRANE & LATCH 1-1/4" PIPE. P/U 1-1/4" WORK |
| | | 0 | STRING & 1-1/4" PIPE SLIP THROUGH ELEVATORS. S/D OPERATIONS & INVESTIGATE CAUSE. REPORT INCIDENT |
| | | 0 | TO FIELDWOOD & WARRIOR MANAGEMENT. |
| 7:30 | 15:30 | 8 | WAIT ON M/V ANNA M TO SEND IN PERSONNEL. |
| 15:30 | 16:30 | 1 | HELD JSEA ON PERSONNEL TRANSFER & BACKLOADING EQUIPMENT. TRANSFER CHARLES BRYANT & |
| | | 0 | ADDITIONAL PERSONNEL ON M/V ANNA M. BACKLOAD 9-5/8" CSG ON M/V ANNA M. SEND |
| | | 0 | NOTE: AT 18:30HRS, M/V ANNA M DEPARTED FOR DOCK WITH CHARLES BRYANT. |
| 16:30 | 18:00 | 1.5 | WAIT ON CORRECT SIZE ELEVATORS. S.D.F.N. |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| **TOTAL HOURS** | | **12** | |

CONTINUED ON NEXT PAGE

SI-266589

EXHIBIT 13

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**ORIGINAL**

**SERVICE ORDER**
SO-11430- 20

1105 Peters Road Harvey, Louisiana 700058 (866)-382-3095  (504)-362-5558

| DATE: 2/17/2020 | PAGE: | 2 OF 2 |
| --- | --- | --- |

**CHARGES**

| PRICE CODE | DESCRIPTION | | UNITS | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 3000012 | Five-Man Crew, Per 12 Hours | | 1 | $3,450.00 | $3,450.00 |
| 3000022 | Additional Hours, 5-Man Crew | | 0 | $320.00 | $0.00 |
| 3010132 | Crew Travel 5-Men, Per Hour | | 0 | $50.00 | $0.00 |
| 30-10900 | Crew Travel, Mileage | | 0 | $2.00 | $0.00 |
| 55-00001 | 5K P&A Equipment Package | | 0 | $1,800.00 | $0.00 |
| 30-15107 | Gas Detector (1st Used)#09802920204RN | | 0 | $60.00 | $0.00 |
| 30-15102 | N.O.R.M. Monitoring Meter (1st Used)#238211 | | 0 | $58.00 | $0.00 |
| 17-00715 | (2 Sets) 6 Radios (Ham)90434 | | 0 | $31.80 | $0.00 |
| 30-00673 | (2) 1K Chart Recorder A110786504127 | | 0 | $45.00 | $0.00 |
| 30-00674 | (2) 10K Chart Recorder #05311/05312 | | 0 | $75.00 | $0.00 |
| 30-00669 | (2) Wilden Air Diaphragm Pump #WS570405712 | | 0 | $42.00 | $0.00 |
| 30-00023 | (4) 2" x 2" Cam-loc Crossover | | 0 | $7.20 | $0.00 |
| 30-02501 | 1-13/16" 10m Flange X 1502 | | 0 | $66.20 | $0.00 |
| 30-00663 | (2) Additional 2" x 1" Plug (HALCO) Valve | | 0 | $50.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1906 | | 0 | $48.00 | $0.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (BR)#L5239 | -- Next Charge on 2-29-20 -- | 0 | $570.00 | $0.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (BR)#I3861 | --Next Charge on 2-29-20 -- | 0 | $570.00 | $0.00 |
| 30-00022 | (4) Additional 2" x 50' Catslot Hose | | 0 | $14.40 | $0.00 |
| 55-10206 | (2) Set of Open Hole Safety Barricades | | 0 | $30.00 | $0.00 |
| 30-00999 | Spill Kit Section (Tanks) | | 0 | $63.25 | $0.00 |
| 30-00695 | Shipping Basket #WS1907 | -- Hold At Dock-- | 0 | $48.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1906 | | 0 | $48.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1916 | | 0 | $48.00 | $0.00 |
| | | | | | $0.00 | $0.00 |
| 5004021WS | Specialty Tool Box #20704 | | 0 | $500.00 | $0.00 |
| 101100WS | Torque/Test Unit #20942, Per Day Used For NUIND | | 0 | $1,500.00 | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

**FIELDWOOD ENERGY LLC**
WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: John Gary
DATE: 2-17-2020

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website http://www.superiorenergy.com/rolebrary/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**ESTIMATED SERVICE ORDER TOTAL** $3,450.00

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE.

ANY INCIDENTS OR ACCIDENTS REPORTED:  No

Customer Authorized Agent Signature

John Gary

Customer Authorized Agent Printed Name

John Gary

**ESTIMATED TOTAL JOB COST TO DATE** $191,786.69

**EXHIBIT 13**

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY
1105 Peters Road Harvey, Louisiana 70058 (866)-182-3055 (504)-362-5558

**ORIGINAL**

**SERVICE ORDER**
SO-11430- 21

| INVOICE TO: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FIELDWOOD ENERGY LLC | | | | DATE | 3/18/2020 | | PAGES | | 1 OF 2 |
| | 2000 W SAM HOUSTON PRKY S | | | | TYPE | Day Rate | | SESI JOB# | | 11430 |
| | HOUSTON TX 77227-7709 | | | | JOB TYPE | P & A | | AFE NO. | | 197877 |
| | | | | | FIELD | EWS-150 | | LATITUDE | | 28deg 17' 56 |
| | CUSTOMER REPRESENTATIVE ON LOCATION | | | | LEASE / OCS | OCSG-16321 | | LONGITUDE | | 93deg 57' 29 |
| | | | | | FEDERAL WATERS | Yes | | CASING PH : | | 9-5/8" @ 123'col |
| | JOHN GARY | | | | WELL # | D-3 | | CASING (SIZE) | | 7", 9-5/8", 13-3/4" 18-3/4" & 24" |
| | | | | | PARISH | OCS | | WELL DEPTH | | 11,441'MD / 9294'TVD |
| | | | | | STATE | Louisiana | | TREE CONN. | | 2-9/16" 10M Flange |

| | | DAY CREW | | | | | | NIGHT CREW | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE** | **NO.** | **TITLE** | **WORK** | **TRAVEL** | **INITIALS** | **EMPLOYEE** | **NO.** | **TITLE** | **WORK** | **TRAVEL** | **INITIALS** |
| Johnny Bartholomew | 400726 | Supervisor | 12 | | | | | | | | |
| Mike Pranza | 405093 | Combo Op | 12 | | | | | | | | |
| Steven Smith | 400662 | Pump Op | 12 | | | | | | | | |
| Larry McGee | 423909 | Helper | 12 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| HOURS | | TOTAL | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT |
|---|---|---|---|
| **FROM** | **TO** | **HOURS** | |
| 6:00 | 6:50 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD JHSEA ON CRANE OPERATIONS & |
| | | 0 | HELD JHSEA ON OFFLOADING BOAT. |
| 6:50 | 7:00 | 0.5 | PERFORM COMPLIANCE CHECKS & PRE-USE ON CRANE |
| 7:00 | 7:30 | 0.5 | OFFLOAD M/V WATER34; w/EQUIPMENT, |
| 7:30 | 8:30 | 1 | HELD JHSEA ON TIH W/WORKSTRING, INSTALL DIFFUSER ON BOTTOM OF 1-1/4" WORKSTRING & BEGAN RIH |
| | | 0 | WITH 1-1/4" WORKSTRING. TAG 13-3/8" CISP @ 613'PM (289'BML). M/U PUMP-IN-SUB & PUMP LINE. CONFIRM |
| | | 0 | CIRCULATION. |
| 8:30 | 12:00 | 3.5 | HELD JHSEA ON MIXING & PUMPING CMT, MIX & PUMP 20BBLS (1245SKS, 16.2FPG) OF CLASS-H CMT. POOH W/BITS |
| | | 0 | OF WORKSTRING & WASH OFF TOC. LEAVING A 200' CMT PLUG INSIDE 13-3/8" CSG. POOH W/REMAINING ITS OF |
| | | 0 | 1-1/4" WORKSTRING. RTOC @ 413'PM (100'BML). CLEAN-UP CMT EQUIPMENT. |
| 12:00 | 14:00 | 2 | R/D EQUIPMENT & PREP FOR BACKLOADING. |
| 14:00 | 17:00 | 3 | HELD JHSEA ON PERFORMING BOATWORK. BEGAN BACKLOADING EQUIPMENT M/V WATER98; |
| 17:00 | 17:30 | 0.5 | BUBBLE TEST 13-3/8" CSG. BUBBLE TEST GOOD. |
| 17:30 | 18:00 | 0.5 | HELD JHSEA ON R/U E-LINE. R/U E-LINE W/GAUGE & ZERO @ TOP DECK. RIH & TTOC @ 413'W1.M (100'BML). POOH |
| | | 0 | W/E-LINE. R/D I-LINE & POWER PACK |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| **TOTAL HOURS** | | 12 | |

CONTINUED ON NEXT PAGE

EXHIBIT 13

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**ORIGINAL**

SERVICE ORDER
SO-11430- 21

1105 Peters Road Harvey, Louisiana 70058 (866)-342-5055 (504)-362-3558   DATE: 2/18/2020   PAGES: 2 OF 2

**CHARGES**

| PRICE CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3000012 | Four-Man Crew, Per 12 Hours | 1 | $2,760.00 | $2,760.00 |
| 3000022 | Additional Hours, 5-Men Crew | 0 | $320.00 | $0.00 |
| 5010132 | Crew Travel 5-Man, Per Hour | 0 | $50.00 | $0.00 |
| 30-10300 | Crew Travel, Mileage | 0 | $2.00 | $0.00 |
| 15-00001 | 5K P&A Equipment Package | 0 | $1,500.00 | $0.00 |
| 30-15107 | Gas Detector (1st Green)M596020204RN | 1 | $60.00 | $60.00 |
| 30-15102 | N.O.R.M. Monitoring Meter (1st Green)F238211 | 1 | $58.00 | $58.00 |
| 17-00415 | (3 Sets) 6 Radios (Hatn)N0434 | 3 | $31.80 | $95.40 |
| 30-00673 | (2) 1K Chart Recorder #110986041327 | 2 | $45.00 | $90.00 |
| 30-00674 | (2) 10K Chart Recorder #25311/05315 | 2 | $75.00 | $150.00 |
| 30-00669 | (2) Wilden Air Diaphragm Pump #WS37045712 | 2 | $42.00 | $84.00 |
| 30-02025 | (4) 3" x 2" Cam-lon Crossover | 4 | $7.70 | $28.80 |
| 30-10501 | 1-13/16" 10m Flange X 1502 | 1 | $66.00 | $66.00 |
| 30-00665 | (2) Additional 2" x 1" Plug (HALCO) Valve | 2 | $60.00 | $120.00 |
| 30-00695 | Shipping Basket #WS1956 | 1 | $48.00 | $48.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (BH04)5239 | 0 | $570.00 | $0.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (BH04)5351 | 0 | $570.00 | $0.00 |
| 30-03022 | (4) Additional 2" x 50' Combo Hose | 4 | $14.40 | $57.60 |
| 33-10206 | (2) Set of Open Hole Safety Barricades | 2 | $30.00 | $60.00 |
| 34-00999 | Spill Kit Station (Tanks) | 1 | $63.25 | $63.25 |
| 30-00695 | Shipping Basket #WS1907 | 1 | $48.00 | $48.00 |
| 30-00695 | Shipping Basket #WS1906 | 1 | $48.00 | $48.00 |
| 30-00695 | Shipping Basket #WS1916 | 1 | $48.00 | $48.00 |
| | | | | $0.00 |
| 3004021WS | Specialty Tool Box #20704 | 0 | $500.00 | $0.00 |
| | | | | $0.00 |
| 30-11122 | Junk Catcher w/ Gauge Ring /Run | 2 | $202.50 | $202.50 |
| 503410 | Paraffin Cutter -Through 2 ½' | 1 | $20.00 | $20.00 |
| 30-00999 | Elevator, Slip Type, MYT, 1-1/4" Inserts (D&R)N314 | 5 | $57.50 | $287.50 |
| 30-15122 | Bowl and Slips, TB-100 | 1 | $48.00 | $48.00 |
| 30-10220 | 1-1/4" CS Pump In Sub | 1 | $39.00 | $39.00 |
| 30-15123 | (2) Pipe Clamp, 4seg, 3seg | 1 | $33.00 | $33.00 |
| 30-15110 | (3) Pen Joint, 1-1/4" CS x 40, 60, 8ft | 3 | $30.00 | $90.00 |
| 30-15288 | 4' x 4' Plate | 1 | $150.00 | $150.00 |
| 30-15210 | 16" Base Plate #WS2605 | 1 | $240.00 | $240.00 |
| 30-00999 | (18) 1-1/4" Inserts | 18 | $37.47 | $674.46 |
| 30-00110 | Inspection and Environmental Charges or Tubing (DMB), 43 Joints of 1'4" Tubing | 1 | | |
| 30-1600 | (460) Cement – 94.6 lb /Sack (Class H) | 162 | $18.50 | $3122.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**
WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: John Gary
DATE: 2-18-2020

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE, ACCORDINGLY WITH FINAL INVOICE.

ANY INCIDENTS OR ACCIDENTS REPORTED   No

ESTIMATED SERVICE ORDER TOTAL   HM4 26

ESTIMATED TOTAL JOB COST TO DATE   $209,964.40

Customer Authorized Agent Signature
John Gary
Customer Authorized Agent Printed Name
John Gary

**EXHIBIT 13**

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

1105 Peters Road Harvey, Louisiana 70058 (866)-782-5055 (504)-362-5558

**SERVICE ORDER**
SO-11430- 22

| INVOICE TO: | FIELDWOOD ENERGY LLC | | | | DATE: | 2/16/2020 | PAGES: | 1 OF 2 |
| | 2000 W SAM HOUSTON PKWY S | | | | TYPE: | Day Rate | SSR JOB# : | 11430 |
| | HOUSTON TX 77227-7709 | | | | JOB / VP# | P R A | AFE NO | 197877 |
| | | | | | FIELD: | EMG-139 | LATITUDE | 28deg 19' 44 |
| CUSTOMER REPRESENTATIVE OY LOCATION | | | | | LEASE / OCS: | OCSG-24173 | LONGITUDE | 92deg 07' 28 |
| | | | | | FEDERAL WATERS: | Yes | CASING PH : | 9.5/8" @ 525yul |
| | JOHN GARY | | | | WELL # | D-3 | CASING SIZE: | 7", 9.5/8", 13-3/8", 18-5/8" & 24" |
| | | | | | PARISH: | O/S | WELL DEPTH: | 11,451' MD / 9200'TVD |
| | | | | | STATE: | Louisiana | TREE CONN : | 2-9/16" 10M flange |

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS | EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DAY CREW | | | | | | NIGHT CREW | | | |
| Johnny Bartholomew | 400326 | Supervisor | 18 | | | | | | | | |
| Mile Forson | 400003 | Combo Op | 18 | | | | | | | | |
| Steven Smith | 400567 | Pump Op | 18 | | | | | | | | |
| Larry McGee | 425909 | Helper | 18 | | | | | | | | |
| | | | | | | | | | | | |

| HOURS | | TOTAL | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT | | | |
|---|---|---|---|
| FROM | TO | HOURS | |
| 6:00 | 6:30 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD JSSEA ON CRANE OPERATIONS & |
| | | 0 | R/D EQUIPMENT |
| 6:30 | 7:00 | 0.5 | PERFORM PRE-USE INSPECTION ON CRANE & COMPLIANCE CHECKS |
| 7:00 | 10:30 | 3.5 | BEGAN R/D P&A EQUIPMENT, NOTE: WHILE R/D EQUIPMENT ADD RIGGING TO WP2 L-BORE. |
| 10:30 | 11:00 | 0.5 | ERECT & SECURE BARRICADE ON TOP DECK |
| 11:00 | 12:30 | 1.5 | REMOVE HATCH COVER & LOWER DRY HOLE TREE ON WELL, HEAD N/U DRY HOLE TREE & INSTALL COMPANION |
| | | 0 | FLANGES ON CSG VALVES, LOWER PUMP HOSES & TEST DRY HOLE TREE TO 250PSI FOR 15MIN  TEST GOOD. |
| 12:30 | 18:00 | 5.5 | HELD JSSEA ON BACKLOADING EQUIPMENT  BEGAN BACKLOADING EQUIPMENT ON W/V SARGASAS |
| 18:00 | 0:00 | 6 | BOARD M/V SARGASAS & TRAVEL TO KTV |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| TOTAL HOURS | | 18 | |

CONTINUED ON NEXT PAGE

EXHIBIT 13

**W WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

SERVICE ORDER
SO-11430- 22

1149 Peters Road, Harvey, Louisiana 700058 (866)-282-3055 (504)-363-5558

| DATE: | 2/19/2020 | PAGES: | 2 OF 2 |
| --- | --- | --- | --- |

**CHARGES**

| PRICE CODE | DESCRIPTION | | UNITS | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 1000012 | Four-Men Crew, Per 12 Hours | | 1 | $2,760.00 | $2,760.00 |
| 1000022 | Additional Hours, 4-Man Crew | | 6 | $256.00 | $1,536.00 |
| 1010132 | Crew Travel 3-Man, Per Hour | | 0 | $50.00 | $0.00 |
| 30-10200 | Crew Travel, Mileage | | 0 | $2.00 | $0.00 |
| 35-00001 | 5K P&A Equipment Package | | 0 | $1,200.00 | $0.00 |
| 30-15107 | Gas Detector (1st Cone)NV5600Z704RN | | 0 | $60.00 | $0.00 |
| 30-15102 | N.O.R.M. Monitoring Meter (1st Guard)#038211 | | 0 | $58.00 | $0.00 |
| 17-00415 | (2 Strip 6 Badges (Hart)#0434 | | 0 | $31.80 | $0.00 |
| 30-00673 | (2) 1K Chart Recorder #11098604127 | | 0 | $43.00 | $0.00 |
| 30-00674 | (2) 10K Chart Recorder #9511107113 | | 0 | $73.00 | $0.00 |
| 30-00569 | (2) W54ea Air Diaphragm Pump #W557041712 | | 0 | $43.00 | $0.00 |
| 30-03023 | (4) 3" x 2" Cam-loc Crossover | | 0 | $7.20 | $0.00 |
| 30-10501 | 1-13/16" 10m Flange X 1502 | | 0 | $66.00 | $0.00 |
| 30-00665 | (2) Additional 2" x 1" Plug (HALCO) Valve | | 0 | $50.00 | $0.00 |
| 30-00595 | Shipping Basket #WS1956 | | 0 | $48.00 | $0.00 |
| 30-11112 | 1.75" Long Stroke Setting Tool (HK)#L5239   -- Next Charge on 2-29-20 -- | | 0 | $370.00 | $0.00 |
| 30-11112 | 1.75" Long Stroke Setting Tool (HK)#41861   --Next Charge on 2-29-20 -- | | 0 | $370.00 | $0.00 |
| 30-03022 | (6) Additional 2" x 50' Cenloc Hose | | 0 | $14.40 | $0.00 |
| 35-10206 | (2) Set of Open Hole Safety Barricades | | 0 | $30.00 | $0.00 |
| 30-02999 | Spill Kit Station (Tanks) | | 0 | $63.25 | $0.00 |
| 30-00695 | Shipping Basket #WS1907   -- Held At Dock--- | | 0 | $48.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1905 | | 0 | $48.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1916 | | 0 | $48.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| 3004021WS | Specialty Tool Box #23704 | | 0 | $300.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**

WELL NAME: SMI 149-D (SMI 150, D-3)

AFE: FW197077

ENGINEER: Jerry Foster

GL CODE: 3200-39

ROUTING ID: 580023

SIGNATURE: *John Gary*

DATE: 2-19-2020

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgement as described at Section 1 of the Terms, including without limitation by beginning performance.

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE.

ANY INCIDENTS OR ACCIDENTS REPORTED   No

**ESTIMATED SERVICE ORDER TOTAL** $4,296.00

Customer Authorized Agent Signature

*John Gary*
Customer Authorized Agent Printed Name
John Gary

**ESTIMATED TOTAL JOB COST TO DATE** $206,352.40

EXHIBIT 13

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

1105 Peters Road Harvey, Louisiana 70058 (866)-382-3055 (504)-362-5558

**SERVICE ORDER**
SO-11430- 23

| INVOICE TO: | FIELDWOOD ENERGY LLC | | | DATE | 3/30/2020 | PAGES | 1 OF 3 |
|---|---|---|---|---|---|---|---|
| | 2000 W SAM HOUSTON PKY S | | | TYPE | Day Rate | SESI JOB # | 11430 |
| | HOUSTON TX 77227-7709 | | | JOB TYPE | P & A | AFE NO | 199077 |
| | | | | FIELD | SMI-130 | LATITUDE | 28deg 11' 36 |
| CUSTOMER REPRESENTATIVE ON LOCATION | | | | LEASE / OCS | OCSG-16529 | LONGITUDE | 92deg 07' 28 |
| | | | | FEDERAL WATERS | Yes | CASING P&A | 9-5/8" 40 125m |
| | JOHN GARY | | | WELL # | B-3 | CASING SIZE | 7" 2-5/8", 13-3/8" 18-3/8" & 26" |
| | | | | PASIN | O/9 | WELL DEPTH | 11,441' MD / 9007'TVD |
| | | | | STATE | Louisiana | TRUE CONN | 2-9/16" 10M Frcea |

| | | **DAY CREW** | | | | | | **NIGHT CREW** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EMPLOYEE** | **NO.** | **TITLE** | **WORK** | **TRAVEL** | **INITIALS** | **EMPLOYEE** | **NO.** | **TITLE** | **WORK** | **TRAVEL** | **INITIALS** |
| Johnny Bartholomew | 400926 | Supervisor | 12 | 4 | | | | | | | |
| Mile Poovon | 403093 | Combo Op | 12 | 4 | | | | | | | |
| Steven Smith | 400663 | Pump Op | 12 | 4 | | | | | | | |
| Larry McGee | 429909 | Helper | 12 | 4 | | | | | | | |

| **HOURS** | | **TOTAL** | **DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT** |
|---|---|---|---|
| **FROM** | **TO** | **HOURS** | |
| 0 00 | 12 00 | 12 | TRAVEL FROM SMI-149 TO FIELDWOOD DOCK |
| 12 00 | 16 00 | 4 | CREW TRAVEL TO HARVEY. |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| **TOTAL HOURS** | | 10 | |

CONTINUED ON NEXT PAGE

EXHIBIT 13

**A W WARRIOR**
ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

SERVICE ORDER
SO-11430- 23

1105 Peters Road Harvey, Louisiana 700053 (866)-382-3055 (504)-362-5558

| DATE: 2/20/2020 | PAGES 2 OF 2 |

**CHARGES**

| PRICE CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 5000012 | Four-Man Crew, Per 12 Hours | 1 | $2,760.00 | $2,760.00 |
| 5000022 | Additional Hours, 4-Man Crew | 0 | $256.00 | $0.00 |
| 1010132 | Crew Travel 4-Men, Per Hour | 4 | $200.00 | $800.00 |
| 20-10306 | Crew Travel, Mileage | 364 | $2.00 | $728.00 |
| 13-05001 | SK P&A Equipment Package | 0 | $1,800.00 | $0.00 |
| 30-15107 | Gas Detector (1st Guard)#59892030242N | 0 | $60.00 | $0.00 |
| 30-13102 | N.O.R.M. Monitoring Meter (1st Guard)#423811 | 0 | $58.00 | $0.00 |
| 17-00415 | (3 Sets) 6 Radios (Hunt)#8434 | 0 | $31.80 | $0.00 |
| 30-00673 | (2) 1K Chart Recorder #110096064327 | 0 | $45.00 | $0.00 |
| 30-00674 | (3) 10K Chart Recorder #0531105513 | 0 | $75.00 | $0.00 |
| 30-00669 | (2) Wilden Air Diaphragm Pump #WS3704/5713 | 0 | $42.00 | $0.00 |
| 20-03025 | (4) 3" x 2" Cast-Iron Crossover | 0 | $7.20 | $0.00 |
| 30-10501 | 1-13/16" 10m Flange X 1502 | 0 | $66.01 | $0.00 |
| 30-00565 | (2) Additional 2" x 1" Plug (HALCO) Valve | 0 | $50.00 | $0.00 |
| 30-00595 | Shipping Basket #WS1956 | 0 | $48.00 | $0.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (DR)#LS239 | 0 | $370.00 | $0.00 |
| 30-11132 | 1.75" Long Stroke Setting Tool (DR)#LS261 | 0 | $370.00 | $0.00 |
| 30-03222 | (6) Additional 2" x 50' Cast-loc Hose | 0 | $14.40 | $0.00 |
| 33-10206 | (2) Set of Open Hole Safety Barricades | 0 | $30.00 | $0.00 |
| 30-00999 | Spill Kit Station (1 axle) | 0 | $53.25 | $0.00 |
| 30-00595 | Shipping Basket #WS1907 | 0 | $48.00 | $0.00 |
| 30-00595 | Shipping Basket #WS1906 | 0 | $48.00 | $0.00 |
| 30-00595 | Shipping Basket #WS1916 | 0 | $48.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 5004021WS | Specialty Tool Box #20704 | 0 | $500.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**

WELL NAME: SMI 149-D (SMI 150, D-3)

AFE: FW197077

ENGINEER: Jerry Foster

GL CODE: 3200-39

ROUTING ID: 580023

SIGNATURE: *John Gary*

DATE: 2-20-2020

ESTIMATED SERVICE ORDER TOTAL: $4,888.00

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE

ANY INCIDENTS OR ACCIDENTS REPORTED?   No

The Services (as defined in the Terms) related to this Field Service Ticket shall be governed conformably to the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms,) which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiaries/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning performance.

Customer Authorized Agent Signature

*John Gary*

Customer Authorized Agent Printed Name

**John Gary**

ESTIMATED TOTAL JOB COST TO DATE   $216,548.40

**EXHIBIT 13**