


CLERK OF COURT
DIANE MEAUX BROUSSARD
I CERTIFY THAT THIS IS A TRUE COPY OF THE ATTACHED
DOCUMENT THAT WAS FILED FOR REGISTRY AND
RECORDED 9/8/2020 11:08:55 AM (13 PAGES)
FILE NUMBER MO - 2020006217 BK/PG 0/0

DEPUTY CLERK, VERMILION PARISH, LA
Tuesday, September 08, 2020

MO - 2020006217 13 PG/S
RCD: 9/8/2020 @ 11:08:55 AM
Vermilion Parish, LA
Diane Meaux Broussard, Clerk Of Court

FILED:    Vermilion Parish,
           Bureau of Ocean Energy Management
LEASE NO.:  OCS-G-16325
AREA/BLOCK: SM 150
OPERATOR:  Fieldwood Energy, LLC
AMOUNT:    $26,228.26

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1.    He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.    Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.    In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.    Between approximately February 17, 2020 through February 20, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-16325, South Marsh Island, Block 150, off the coast of Vermilion Parish, State of Louisiana (the "Lease").

5.    As of the present date, a remaining principal amount of $26,228.26 is due and owing on Invoice No. SI-266539 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

- 1 -

**EXHIBIT 14**

contractual interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Vermilion Parish, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX

**EXHIBIT 14**

Instrument # 2020006217
Page 3 of 13

77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 25th day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 25 DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 14**

Instrument # 2020006217
Page 4 of 13



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266539 |
| Invoice Date: | 3/13/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW197077 |
| Location: | 0817 |
| Line of Business: | 430 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 26,228.26

Lease & Well: OCSG 16325 D-3 SMI 150
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/17/2020 |
| Job End Date: | 2/20/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11430-20 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-21 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3015107WS | Safety Equipment | SO-11430-21 | 1.00 | EACH | 60.00 | | 60.00 |
| 3015102WS | NORM Monitoring Meter/Each/ Five Day Minimum | SO-11430-21 | 1.00 | EACH | 58.00 | | 58.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11430-21 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11430-21 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11430-21 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11430-21 | 2.00 | EACH | 42.00 | | 84.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11430-21 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11430-21 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11430-21 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11430-21 | 1.00 | EACH | 48.00 | | 48.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11430-21 | 4.00 | EACH | 14.40 | | 57.60 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11430-21 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL KIT STATION | SO-11430-21 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11430-21 | 3.00 | EACH | 48.00 | | 144.00 |

**EXHIBIT A**

**EXHIBIT 14**

Instrument # 2020006217
Page 5 of 13

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266539 |
| Invoice Date: | 3/13/2020 |
| Page: | 2 |
| Due Date: | Due upon Receipt |
| Customer No.: | 10534 |
| P.O. No.: | |
| AFE: | FW197077 |
| Location: | 0817 |
| Line of Business: | 430 |

**A SUPERIOR ENERGY SERVICES COMPANY**

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:   26,228.26**

Lease & Well: OCSG 16325 D-3 SMI 150
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/17/2020 |
| Job End Date: | 2/20/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11430-21 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000999WS | elevator, slup type, myt, 1 1/4 inserts | SO-11430-21 | 5.00 | EACH | 57.50 | | 287.50 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11430-21 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11430-21 | 1.00 | EACH | 39.00 | | 39.00 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11430-21 | 1.00 | EACH | 33.00 | | 33.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11430-21 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015268WS | Sub Base Small 4' | SO-11430-21 | 1.00 | EACH | 130.00 | | 130.00 |
| 3015210WS | Sub Base 8' | SO-11430-21 | 1.00 | EACH | 240.00 | | 240.00 |
| 3000999WS | 1 1/4 Inserts | SO-11430-21 | 18.00 | EACH | 37.47 | | 674.46 |
| 3000999WS | Inspection & Environmental Charges | SO-11430-21 | 1.00 | EACH | 5,629.25 | | 5,629.25 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11430-21 | 168.00 | EACH | 18.50 | | 3,108.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-22 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3000022WS | Four Man Plug And Abandment Crew, Additional Hours | SO-11430-22 | 6.00 | Hour | 256.00 | | 1,536.00 |
| 3000012WS | Four Man Plug And Abandment Service Crew, Marine, | SO-11430-23 | 1.00 | Days | 2,760.00 | | 2,760.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11430-23 | 4.00 | Hour | 200.00 | | 800.00 |
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO-11430-23 | 364.00 | Mile | 2.00 | | 728.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (504) 362-5558

| | |
|---|---|
| Total Discount: | 0.00 |
| Net Invoice: | 26,228.26 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total: | 26,228.26 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 14**

Instrument # 2020006217
Page 6 of 13

| | | | | |
|---|---|---|---|---|
| **WARRIOR** ENERGY SERVICES — *A SUPERIOR ENERGY SERVICES COMPANY* | | **ORIGINAL** | | **SERVICE ORDER** SO-11430- 20 |

1105 Peters Road Harvey, Louisiana 70058 (504)-392-3055 (504)-342-3558

| INVOICE TO: | FIELDWOOD ENERGY LLC 2000 W SAM HOUSTON PKWY S HOUSTON TX 77227-7709 | | |
|---|---|---|---|

| DATE | 5/13/20 | PAGES | 1 OF 2 |
|---|---|---|---|
| TYPE | Day Rate | RIG NO# | 11470 |
| RIG TYPE | P & A | AFE NO. | 192277 |
| FIELD | EMI-150 | LATITUDE | 28deg 17 56 |
| LEASE/OCS | OCS-G 04372 | LONGITUDE | 89deg 27 28 |
| FEDERAL WATERS | Yes | CASING PSI | 4-5/8"-J-55 csg |
| WELL # | D-1 | CASING SIZE | 7", 6-5/8", 13-3/8" 16-1/2" A-21" |
| PARISH | G/2 | WELL DEPTH | 11,461' AD / 5002' TVD |
| STATE | Louisiana | TUBING CSM | 2,401" (24' Hanes |

**CUSTOMER REPRESENTATIVE ON LOCATION**

**JOHN GARY**

**DAY CREW**

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS | EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnny Bartholomew | 403135 | Supervisor | 12 | | | | | | | | |
| Mike Pocous | 401003 | Combo Op | 12 | | | | | | | | |
| Steven Smith | 400562 | Pump Op | 12 | | | | | | | | |
| Charles Bryant | 425319 | Helper | 18 | 4 | | | | | | | |
| Leroy McCoy | 475009 | Helper | 12 | | | | | | | | |

**NIGHT CREW**

| HOURS FROM | TO | TOTAL HOURS | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT |
|---|---|---|---|
| 6:00 | 6:30 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD JSEA ON CRANE OPERATIONS & |
| | | 0 | TIR WWORKSTRING. |
| 6:30 | 7:00 | 0.5 | PERFORM COMPLIANCE CHECKS & PRE-USE ON CRANE. HELD JSEA FUELING UP EQUIPMENT. FUEL UP CRANE & |
| | | 0 | EQUIPMENT. |
| 7:00 | 7:30 | 0.5 | HELD TAILGATE ON TIR W/1-1/4" WORKSTRING. RIU ELEVATORS ON CRANE & LATCH 1-1/4" PIPE. P/U 1-1/4" WORK |
| | | 0 | STRING. & 1-1/4" PIPE SLIP THROUGH ELEVATORS. S/D OPERATIONS & INVESTIGATE CAUSE. REPORT INCIDENT |
| | | 0 | TO FIELDWOOD & WARRIOR MANAGEMENT. |
| 7:30 | 15:30 | 8 | WAIT ON M/V ANNA M TO SEND IN PERSONNEL. |
| 15:30 | 16:30 | 1 | HELD JSEA ON PERSONNEL TRANSFER & BACKLOADING EQUIPMENT. TRANSFER CHARLES BRYANT & |
| | | 0 | ADDITIONAL PERSONNEL ON M/V ANNA M. BACKLOAD 9-5/8" CSG ON M/V ANNA M. SEND |
| | | 0 | NOTE: AT 16:30HRS, M/V ANNA M DEPARTED FOR DOCK WITH CHARLES BRYANT. |
| 16:30 | 18:00 | 1.5 | WAIT ON CORRECT SIZE ELEVATORS. S.D.F.N. |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| **TOTAL HOURS** | | 12 | |

**CONTINUED ON NEXT PAGE**

ST-266039

**EXHIBIT 14**

**WARRIOR** ENERGY SERVICES
*A SUPERIOR ENERGY SERVICES COMPANY*

☐ ORIGINAL

SERVICE ORDER
SO-11430-20

1105 Peters Road Harvey, Louisiana 700058 (866)-383-3955  (504)-362-5558

| | | DATE | 2/17/2020 | PAGE | 2 OF 2 |

**CHARGES**

| PRICE CODE | DESCRIPTION | | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 5000012 | Five-Man Crew, Per 12 Hours | | 1 | $3,450.00 | $3,450.00 |
| 5000022 | Additional Hours, 5-Man Crew | | 0 | $250.00 | $0.00 |
| 2010132 | Crew Travel 5-Man, Per Hour | | 0 | $50.00 | $0.00 |
| 20-10220 | Crew Travel, Mileage | | 0 | $2.40 | $0.00 |
| 35-00001 | 5K P&A Equipment Package | | 0 | $1,800.00 | $0.00 |
| 20-11407 | Gas Detector (1st Class) #3608020204EN | | 0 | $60.00 | $0.00 |
| 20-11120 | M.O.R.M. Monitoring Meter (1st Class)2229211 | | 0 | $75.00 | $0.00 |
| 17-00715 | (2 Sets) 6 Radios (Hint)#00484 | | 0 | $31.50 | $0.00 |
| 20-00673 | (2) 1K Chart Recorder #10926041227 | | 0 | $45.00 | $0.00 |
| 20-00674 | (2) 10K Chart Recorder #0521105013 | | 0 | $75.00 | $0.00 |
| 20-00669 | (2) Wilden Air Diaphragm Pump #W37004/3712 | | 0 | $42.00 | $0.00 |
| 20-05028 | (4) 3" x 3" Cam-loc Crossover | | 0 | $7.50 | $0.00 |
| 20-02001 | 1-13/16" 10m Flange X 1502 | | 0 | $66.00 | $0.00 |
| 20-00663 | (2) Additional 2" x 1" Plug (HALCO) Valve | | 0 | $60.00 | $0.00 |
| 20-00405 | Shipping Basket #WS1506 | | 0 | $48.00 | $0.00 |
| 20-11122 | 1.75" Long Stoke Setting Tool (RE)#L5393 | --- Next Charge on 2-20-20 --- | 0 | $370.00 | $0.00 |
| 20-11122 | 1.75" Long Stoke Setting Tool (RE)#E364 | --- Next Charge on 2-20-20 --- | 0 | $370.00 | $0.00 |
| 20-00222 | (4) Additional 2" x 50' Can-loc Hose | | 0 | $14.40 | $0.00 |
| 35-10236 | (2) Set of Open Hole Safety Barricades | | 0 | $30.00 | $0.00 |
| 20-00699 | Spill Kit Series (Tanks) | | 0 | $83.25 | $0.00 |
| 20-00695 | Shipping Basket #WS1907 | --- Hold At Dock--- | 0 | $48.00 | $0.00 |
| 20-00695 | Shipping Basket #WS1906 | | 0 | $48.00 | $0.00 |
| 20-00695 | Shipping Basket #WS1916 | | 0 | $48.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| 5000001WS | Specialty Tool Box #20704 | | 0 | $500.00 | $0.00 |
| 101100WS | Torque/Test Unit #20042, Per Day Used for NUMD | | 0 | $1,900.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**
WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: *John Gary*
DATE: 2-17-2020

The Lessee (as defined in the Terms) subject to this Field to order Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiaries/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described by Section 1 of the Terms, including without limitation by beginning performance.

Customer Authorized Agent Signature
*John Gary*
Customer Authorized Agent Printed Name
John Gary

**THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE.**

ANY INCIDENTS OR ACCIDENTS REPORTED:  No

ESTIMATED SERVICE ORDER TOTAL: $3,450.00

ESTIMATED TOTAL JOB COST TO DATE: $121,784.49

EXHIBIT 14

Instrument # 2020006217
Page 8 of 13

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**ORIGINAL**

SERVICE ORDER
SO-11430- 21

1105 Peters Road Harvey, Louisiana 70058 (800)-123-1055 (504)-362-5572

| INVOICE TO: | FIELDWOOD ENERGY LLC |
|---|---|
| | 2000 W SAM HOUSTON PKWY S |
| | HOUSTON TX 77227-7709 |

| | | |
|---|---|---|
| DATE: | 2/15/2020 | PAGES 1 OF 2 |
| TYPE | Day Rate | SER NUM: 11430 |
| JOB TYPE | P & A | AFE NO: 179777 |
| FIELD: | EI-0-159 | LATITUDE 28deg 57 56 |
| LEASE/OCS: | OCS-G-16528 | LONGITUDE 90far 27 29 |
| FEDERAL WATERS | Yes | CASING PK: 9-5/8" (8.535in) |
| BULL-6 | DL2 | ENGINEERED 7', 9-5/8", 13-3/8" 18-5/8" & 20" |
| JOINTS | DH | WELL DEPTH 11.442' MD / 9260'TVD |
| STATE: | Louisiana | TEMP (COOL) 2-5/8" ID/ Henze |

CUSTOMER REPRESENTATIVE ON LOCATION

**JOHN GARY**

| DAY CREW | | | | | | | NIGHT CREW | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS | EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
| Johnny Bartholomew | 400726 | Supervisor | 12 | | | | | | | | |
| Mike Pereya | 401003 | Combo Op | 12 | | | | | | | | |
| Steven Smith | 400462 | Pump Op | 12 | | | | | | | | |
| Larry McGee | 423909 | Helper | 12 | | | | | | | | |

| HOURS | | TOTAL | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT |
|---|---|---|---|
| FROM | TO | HOURS | |
| 6:00 | 6:30 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD RSEA ON CRANE OPERATIONS & |
| | | 0 | HELD RSEA ON OFFLOADING BOAT. |
| 6:30 | 7:00 | 0.5 | PERFORM COMPLIANCE CHECKS & PRE-RIGS ON CRANE. |
| 7:00 | 7:30 | 0.5 | OFFLOAD MPV WATERSS W/EQUIPMENT. |
| 7:30 | 8:30 | 1 | HELD RSEA ON TIH W/WORKSTRING. INSTALL DIFFUSER ON BOTTOM OF 1-1/4" WORKSTRING & BEGAN RIH |
| | | 0 | WITH 1-1/4" WORKSTRING. TAG 13-3/8" CSG @ 411'FM (209'EML). MU PUMP IN SUB & PUMP LINE. CONFIRM |
| | | 0 | CIRCULATION. |
| 8:30 | 12:00 | 3.5 | HELD RSEA ON MIXING & PUMPING CMT. MIX & PUMP 70BBLS (154SKS, 16.2'FCU) OF CLASS-H CMT. POOH W/UNIT |
| | | 0 | TIP W/WORKSTRING & WASH OFF TOC. LEAVING A 107 CMT PLUG INSIDE 13-3/8" CSG. POOH W/REMAINING FT'S OF |
| | | 0 | 1-1/4" WORKSTRING. STOC @ 411'FM (209'EML). CLEAN-UP CMT EQUIPMENT. |
| 12:00 | 14:00 | 2 | R/D EQUIPMENT & PREP FOR BACKLOADING. |
| 14:00 | 17:00 | 3 | HELD RSEA ON PERFORMING BOATWORK. BEGAN BACKLOADING EQUIPMENT MPV WATERSS. |
| 17:00 | 17:30 | 0.5 | BUBBLE TEST 13-3/8" CSG. BUBBLE TEST GOOD. |
| 17:30 | 18:00 | 0.5 | HELD RSEA ON R/U E-LINE. R/U E-LINE W/GAUGE & ZERO @ TOP DECK. RO1 & TTOC @ 411'FLM (209'EML). POOH |
| | | 0 | W/E-LINE. R/D E-LINE & POWER PACK. |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| TOTAL HOURS | | 12 | |
| | | | CONTINUED ON NEXT PAGE |

**EXHIBIT 14**

**AW WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

☐ ORIGINAL

SERVICE ORDER
SO-11430-21

1105 Petra Road Haven, Louisiana 700028 (866)-362-5055  (500)-362-5538   DATE: 2/18/2020   PAGES: 2 OF 2

### CHARGES

| PRICE CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 3000012 | Four-Man Crew, Per 12 Hours | 1 | $2,760.00 | $2,760.00 |
| 3000022 | Additional Hours, 5-Man Crew | 0 | $230.00 | $0.00 |
| 3001132 | Crew Travel 5-Man, Per Hour | 0 | $50.00 | $0.00 |
| 30-10100 | Crew Travel, Mileage | 0 | $2.00 | $0.00 |
| 15-00001 | 5K P&A Equipment Package | 0 | $1,620.00 | $0.00 |
| 30-15107 | Gas Reporter (1st Class G43992023458N | 1 | $60.00 | $60.00 |
| 30-15102 | M.O.R.M. Monitoring Meter (1st Class)MJ232211 | 1 | $58.00 | $58.00 |
| 17-00415 | (2 Bank) 5 Ruflan (B190)00434 | 3 | $31.50 | $95.40 |
| 30-00673 | (2) 1K Chart Recorder #110936041257 | 2 | $45.00 | $90.00 |
| 30-00674 | (3) 10K Chart Recorder #125311/05315 | 3 | $75.00 | $150.00 |
| 30-00669 | (3) Wilson Air Diaphragm Pump #W537045712 | 2 | $42.00 | $84.00 |
| 30-00595 | (4) 3" x 3" Cum-Ins Crossover | 4 | $7.70 | $28.80 |
| 30-15003 | 1-13/16" 10m Flange X 15M | 1 | $66.00 | $66.00 |
| 30-00065 | (2) Additional 2" x 1" Plug (HALCO) Valve | 2 | $60.00 | $120.00 |
| 30-00695 | Shipping Basket #N31964 | 1 | $48.00 | $48.00 |
| 30-11122 | 1.75" Long Stroke Setting Tool (S10)RLS239 | 0 | $570.00 | $0.00 — Next Charge on 2-29-20 — |
| 30-11132 | 1.75" Long Stroke Setting Tool (S10)S1731 | 0 | $570.00 | $0.00 — Next Charge on 2-29-20 — |
| 30-15003 | (4) Additional 2" x 19' Cactus Hose | 4 | $14.40 | $57.60 |
| 33-10296 | (2) Set of Open Hole Safety Barricades | 2 | $30.00 | $60.00 |
| 30-00999 | 8x3 Kit Station (Tanks) | 1 | $43.25 | $43.25 |
| 30-00695 | Shipping Basket #N51907 | 1 | $48.00 | $48.00 — Hold At Dock— |
| 30-00695 | Shipping Basket #N51904 | 1 | $48.00 | $48.00 |
| 30-00695 | Shipping Basket #N51916 | 1 | $48.00 | $48.00 |
|  |  |  |  | $0.00 |
| 100621WS | Specialty Tool Box #19704 | 0 | $500.00 | $0.00 |
|  |  |  |  | $0.00 |
| 30-11122 | Jack Catcher w/ Gauge Ring /Run   *Original*     *Quick-Key 69g from S359 29"* | 2ea |  | *Credit* |
| 503410 | Para Fin Cutter -Through 2 1/2" | 1 | $220.50 | $220.00 |
| 30-00999 | Slingtag, Slip Type, MPT, 1-1/4" Inserts (DAB)S114 | 5ea | $57.50 | *Int'l Weight* |
| 30-15123 | Bowl and Slips, 75-100 | 1 | $48.00 | $48.00 |
| 30-10320 | 1-1/4" CS Pump In Sub | 1 | $39.00 | $39.00 |
| 30-15133 | (2) Pipe Clamp, 4ea, 5ae | 1 | $33.00 | $33.00 |
| 30-15110 | (2) Pro Joint, 1-1/4" CS x 6ft, 6ft | 3 | $30.00 | $90.00 |
| 30-15308 | 4" x 4" Plate | 1 | $120.00 | $120.00 |
| 30-15220 | 10" Flow Plate #UXS2005 | 1 | $240.00 | $240.00 |
| 30-00999 | (10) 1-1/4" Inserts | 18 | $37.47 | $674.46 |
| 30-00003410 | Inspection and Environmental Charges on Tubing (O&H)   43 Stands of 1½" Tubing | 1 | $128.17 | $3,124.21 |
| 30-16091 | 66601 Cement – 94.6 lb /Sack (Class H) | 14ea | $18.50 | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |

**FIELDWOOD ENERGY LLC**

WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: *John Gary*
DATE: 2-18-2020

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDING TO A WITH FINAL INVOICE.

ANY INCIDENTS OR ACCIDENTS REPORTED: No

ESTIMATED SERVICE ORDER TOTAL

ESTIMATED TOTAL JOB COST TO DATE

Customer Authorized Agent Signature
*John Gary*
Customer Authorized Agent Printed Name
**John Gary**

EXHIBIT 14

Instrument # 2020006217
Page 10 of 13

# WARRIOR ENERGY SERVICES

A SUPERIOR ENERGY SERVICES COMPANY

SERVICE ORDER
SO-11430- 22

1105 Peters Road Harvey, Louisiana 70058 (816) 252-3255 (504) 362-5555

**INVOICE TO:** FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S
HOUSTON TX 77227-7709

| | |
|---|---|
| DATE: | 2/10/2020 |
| TYPE: | Day Rate |
| JOB TYPE: | P.S.A |
| FIELD: | EI-116 |
| LEASE/JOB: | OCSG-06125 |
| FEDERAL MATTER: | Yes |
| PART OF: | D-4 |
| STATE: | Louisiana |

| | |
|---|---|
| PAGES: | 1 OF 2 |
| SER JOB # | 11432 |
| AFE NO: | 407077 |
| LAT/LONG: | 58 05, 57 14 |
| LONGITUDE: | 5040 47 74 |
| CASING PT: | 9 5/8" @ 225-el |
| CASING SIZE: | 7" 5/8", 13 3/8", 18 5/8" & 30" |
| WELL DEPTH: | 11 441' MD /9390' TVD |
| TAPE CODE 4 | 2-2714" 1094 Form |

**CUSTOMER REPRESENTATIVE ON LOCATION**

## JOHN GARY

### DAY CREW

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS | | EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Johnny Bumbargnerw | 400026 | Supervisor | 18 | | | | | | | | | |
| Mike Fonsou | 405003 | Combo Op | 18 | | | | | | | | | |
| Steven Smith | 400667 | Pump Op | 18 | | | | | | | | | |
| Larry McGee | 427909 | Helper | 18 | | | | | | | | | |

### NIGHT CREW

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| HOURS | | TOTAL | DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT |
|---|---|---|---|
| FROM | TO | HOURS | |
| 4:00 | 6:10 | 0.5 | HELD DAILY SAFETY MEETING & OBSERVATIONS FROM PREVIOUS DAY. HELD RUSH ON CRANE OPERATIONS & |
| | | | R/D EQUIPMENT. |
| 6:10 | 7:00 | 0.5 | PERFORM PREJOB INSPECTION ON CRANE & COMPLIANCE CHECKS |
| 7:00 | 10:30 | 3.5 | RIGGAN M/D R&A EQUIPMENT. NOTE: WELD R/D EQUIPMENT ADD RIGGERS TO W92 J. ROPE. |
| 10:30 | 11:00 | 0.5 | ERECT & SECURE BARRICATE ON TOP DECK . |
| 11:00 | 12:30 | 1.5 | REMOVE HATCH COVER & LOWER DRY HOLE THEN ON WELL, HEAD, NU DRY HOLE TANK & INSTALL COMPANION |
| | | | FLANGES ON CSG VALVES. LOWER PUMP HOSES & TEST DRY HOLE THEN TO 250PSI FOR 15MIN. TEST GOOD. |
| 12:30 | 18:00 | 5.5 | HELD RUSH ON BACKLOADING EQUIPMENT. BEGAN BACKLOADING EQUIPMENT ON M/V SAUGASAS |
| 18:00 | 0:00 | 6 | BOARD M/V SAUGASAS & TRAVEL TO KEY. |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| | | 0 | |
| **TOTAL HOURS** | | **18** | |

CONTINUED ON NEXT PAGE

**EXHIBIT 14**

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

1105 Peters Road Harvey, Louisiana 700058 (504)-362-5095 (504)-362-5555

**SERVICE ORDER**
SO-11430- 22

| | | | | DATE | 2/19/2020 | PAGE | | | 2 OF 2 | |
|---|---|---|---|---|---|---|---|---|---|---|

**CHARGES**

| PRICE CODE | DESCRIPTION | | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1000021 | Four-Man Crew, Per 12 Hours | | 1 | $3,760.00 | $3,760.00 |
| 1000022 | Additional Hours, 4-Man Crew | | 6 | $226.00 | $1,356.00 |
| 1010132 | Crew Travel 5-Man, Per Hour | | 0 | $50.00 | $0.00 |
| 10-10200 | Crew Travel, Mileage | | 0 | $2.00 | $0.00 |
| 30-00001 | IPC PPA Equipment Package | | 0 | $1,500.00 | $0.00 |
| 10-15109 | Gas Detectors (1st Quard)#940302240N | | 0 | $50.00 | $0.00 |
| 30-15102 | V.O.B.M. Monitoring Meter (1st Quard)#283813 | | 0 | $50.00 | $0.00 |
| 17-00415 | (3 Scint) 6 Station Ghar)#03434 | | 0 | $31.00 | $0.00 |
| 30-00073 | (3) 1K Chart Recorder #1100B004127 | | 0 | $65.00 | $0.00 |
| 30-00074 | (3) 10K Chart Recorder #25511#25113 | | 0 | $75.00 | $0.00 |
| 30-00069 | (3) Welden Air Diaphragm Pump #W357act5713 | | 0 | $53.00 | $0.00 |
| 10-05223 | (4) 1" x 2" Cam-lon Crossover | | 0 | $5.20 | $0.00 |
| 10-10501 | 1-1/16" 10m Plunge X 1500 | | 0 | $66.00 | $0.00 |
| 30-00085 | (1) Additional 2" x 1" Plug (HALCO) Valve | | 0 | $200.00 | $0.00 |
| 10-00595 | Shipping Basket #WS1956 | | 0 | $48.00 | $0.00 |
| 30-11132 | 1.79" Long Stroke Retract Tool (SR)01.3779 | — Next Charge on 2-29-20 — | 0 | $170.00 | $0.00 |
| 30-11132 | 1.79" Long Stroke Retract Tool (SR)04126) | —Next Charge on 2-29-20 — | 0 | $170.00 | $0.00 |
| 30-00002 | (4) Additional 2" x 30' Camlac Hose | | 0 | $34.40 | $0.00 |
| 55-10204 | (3) Set of Opro Hele Safety Barricades | | 0 | $200.00 | $0.00 |
| 10-00599 | Spill Kit Station (Yacht) | | 0 | $65.35 | $0.00 |
| 30-00595 | Shipping Basket #WS1957 | —Hold At Dock— | 0 | $48.00 | $0.00 |
| 10-05694 | Shipping Basket #WS1926 | | 0 | $48.00 | $0.00 |
| 30-00598 | Shipping Basket #WS1916 | | 0 | $48.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| 3004001 WS | Specialty Tool Box #20704 | | 0 | $200.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**
WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: *John Gary*
DATE: 2-19-2020

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Service Companies Customer Agreement General Terms and Conditions (the "Terms), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subblity/warrior). Acceptance of the Terms shall be by the entire of the date of signing above or byacknowledgement as described in Section 1 of the Terms, including without limitation by beginning performance.

Customer Authorized Agent Signature
*John Gary*
Customer Authorized Agent Printed Name
**John Gary**

| ESTIMATED SERVICE ORDER TOTAL | $6,726.00 |
|---|---|

THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE.

ANY INCREMENT OR ACCIDENT IS REPORTED | No

| ESTIMATED TOTAL JOB COST TO DATE | $206,582.40 |

EXHIBIT 14

Instrument # 2020006217
Page 12 of 13

**A W WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

1105 Peters Road Harvey, Louisiana 70058 (985)-385-1055 (504)-342-5550

| SERVICE ORDER | SO-11430- 23 |
|---|---|

**INVOICE TO:** FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY S
HOUSTON TX 77239-9709

**CUSTOMER REPRESENTATIVE ON LOCATION**

**JOHN GARY**

| | | | PAGE | 1 OF 3 |
|---|---|---|---|---|
| DATE | 3/06/2020 | | | |
| TYPE | Day Rate | SER/RIG# | 11430 |
| JOB TYPE | P.R.A. | AFE NO | 197577 |
| FIELD | EMS-540 | LATITUDE | 28deg 32' 1b |
| LEASE/OCS | OCSG-16323 | LONGITUDE | 90de1 27' 29 |
| FEDERAL WATERS | Yes | CASING PS-1 | 9-5/8",40-125 m |
| WELL #| D-3 | CASING SIZE | 7" 5.567, 13.3/8",13.3/8" A 36" |
| PACKER | OTS | WELL DEPTH | 11 642' HD / 8922' VD |
| STATE | Louisiana | TRUE CORE | 14'6" MW Fluor |

### DAY CREW

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|
| Johnny Bartholomew | 402936 | Supervisor | 12 | 4 | |
| Mely Duncan | 402003 | Combo Op | 12 | 4 | |
| Steven Smith | 405663 | Pump Op | 12 | 4 | |
| Larry McGee | 423909 | Helper | 12 | 4 | |

### NIGHT CREW

| EMPLOYEE | NO. | TITLE | WORK | TRAVEL | INITIALS |
|---|---|---|---|---|---|
| | | | | | |

### DESCRIPTION OF OPERATIONS 24 HOUR PERIOD STARTING AT MIDNIGHT

| FROM | TO | TOTAL HOURS | |
|---|---|---|---|
| 0.00 | 12.00 | 12 | TRAVEL FROM SMI-149 TO FIELDWOOD DOCK |
| 12.00 | 16.00 | 4 | CREW TRAVEL TO HARVEY |

| TOTAL HOURS | 16 |
|---|---|

CONTINUED ON NEXT PAGE

**EXHIBIT 14**

## WARRIOR ENERGY SERVICES

SERVICE ORDER
SO-11410-23

1105 Peters Road Harvey, Louisiana 700053 (866)-352-1055 (504)-362-5558   DATE: 2/20/2020   PAGES   2 OF 2

### CHARGES

| PRICE CODE | DESCRIPTION | UNITS | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1000012 | Four-Man Crew, Per 12 Hours | 1 | $2,740.00 | $2,740.00 |
| 1000022 | Additional Hours, 4-Man Crew | 0 | $256.00 | $0.00 |
| 1010132 | Crew Travel 4-Men, Per Hour | 4 | $200.00 | $800.00 |
| 10-10206 | Crew Travel, Mileage | 166 | $2.00 | $722.00 |
| 33-07001 | 2K PPA Equipment Package | 0 | $1,800.00 | $0.00 |
| 30-13107 | Gas Detector (1 in Gum)FG8000000GSN | 0 | $60.00 | $0.00 |
| 30-13102 | H.O.B.M. Monitoring Meter (1 ea Crew)D6214211 | 0 | $24.00 | $0.00 |
| 17-00415 | (1 Set) 6 Radios (H.ex)EM34 | 0 | $71.50 | $0.00 |
| 30-00673 | (2) 5K Chart Recorder #11005064327 | 0 | $45.00 | $0.00 |
| 30-00574 | (2) 10K Chart Recorder #03511005123 | 0 | $75.00 | $0.00 |
| 30-00649 | (3) Wilden Air Diaphragm Pump #IWPJ306/3713 | 0 | $45.00 | $0.00 |
| 30-00093 | (6) 1" x 2" Crossover Crossover | 0 | $7.50 | $0.00 |
| 30-10501 | 1-13/16" 10m Flange X 1502 | 0 | $96.00 | $0.00 |
| 30-00565 | (2) Additional 1" x 1" Plug (HALCO) Valve | 0 | $50.00 | $0.00 |
| 30-00695 | Shipping Basket #WS1956 | 0 | $45.00 | $0.00 |
| 30-11131 | 1.75" Long Stroke Setting Tool (DR)41.5279 | 0 | $370.00 | $0.00 — Next Charge on 2-19-20 — |
| 30-11131 | 1.75" Long Stroke Setting Tool (DR)41.5279 | 0 | $370.00 | $0.00 —Next Charge on 2-20-20 — |
| 30-00203 | (6) Additional 2" x 50' Combat Hose | 0 | $24.40 | $0.00 |
| 33-10206 | (2) Set of Oven Hole Safety Barricades | 0 | $20.00 | $0.00 |
| 10-00099 | Spill Kit Station (Trailer) | 0 | $21.34 | $0.00 |
| 30-00995 | Shipping Basket #WS1907 | 0 | $45.00 | $0.00 — Hold At Dock— |
| 30-00695 | Shipping Basket #WS1906 | 0 | $45.00 | $0.00 |
| 30-07695 | Shipping Basket #WS1916 | 0 | $45.00 | $0.00 |
| | | 0 | $0.00 | $0.00 |
| 500002197E | Specialty Tool Box #39906 | 0 | $500.00 | $0.00 |
| | | | $0.00 | $0.00 |

**FIELDWOOD ENERGY LLC**
WELL NAME: SMI 149-D (SMI 150, D-3)
AFE: FW197077
ENGINEER: Jerry Foster
GL CODE: 3200-39
ROUTING ID: 580023
SIGNATURE: John Gary
DATE: 2-20-2020

The Service (as defined in the Terms) related to this Field Service Ticket shall be provided exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms, which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website. Distributors, authorized representatives, technicians and customers acknowledge acceptance of the Terms and it be by the earlier of the date of delivery above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

Customer Authorized Agent Signature
John Gary
Customer Authorized Agent Printed Name
John Gary

| | |
|---|---|
| THIS SERVICE ORDER IS AN ESTIMATED COST. IT IS UNDERSTOOD THAT THE ABOVE UNIT PRICES MAY BE SUBJECT TO CHANGE ACCORDINGLY WITH FINAL INVOICE. | ESTIMATED SERVICE ORDER TOTAL $4,262.00 |
| ANY INCIDENTS OR ACCIDENTS (SUGGEST): No | |
| | ESTIMATED TOTAL JOB COST TO DATE $10,262.00 |

EXHIBIT 14