# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
LUGENBUHL, WHEATON,PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORP

**Index Type :** MORTGAGES

**File # :** 1610016

**Type of Document :** LIEN

**Book :** 3178 **Page :** 764

**Recording Pages :** 15

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

Theresa A. Robichaux
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 09/08/2020 at 10:58:41
Recorded in Book 3178 Page 764
File Number 1610016

Kathey V. Mills
Deputy Clerk

On (Recorded Date) : 09/08/2020

At (Recorded Time) : 10:58:41AM

Doc ID - 015109600015

**Return To :** LUGENBUHL, WHEATON,PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

**EXHIBIT 15**

FILED: Terrebonne Parish
Bureau of Ocean Energy Management
LEASE NO.: OCS-G-03332
AREA/BLOCK: EI 337
OPERATOR: Fieldwood Energy, LLC
LESSEE: Fieldwood Energy, LLC
AMOUNT: $201,828.37

**OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE**

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 27, 2020 through March 13, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-03332, Eugene Island, Block 337, off the coast of Terrebonne Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $201,828.37 is due and owing on Invoice Nos. SI-266572 and SI-266587 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable

EXHIBIT 15

Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

Warrior Energy Services Corporation

By: ______________________

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF AUGUST 2020.

______________________

NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

EXHIBIT 15

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 1

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207301
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010134WS | When Additional Crew Members Are Required By The | SO-11433-1 | 9.30 | Hour | 250.00 | | 790.00 |
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO-11433-1 | 364.00 | Mile | 2.00 | | 728.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-1 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2 Way On Site, Radios | SO-11433-1 | 3.00 | Days | 31.80 | | 95.40 |
| 3300671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-1 | 2.00 | EACH | 150.00 | | 300.00 |
| 3303020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions, | SO-11433-1 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-1 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-1 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-1 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-1 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000465WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-1 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11433-1 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-1 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-1 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-1 | 1.00 | EACH | 63.25 | | 63.25 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 2

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207301
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3011134WS | Spoolie Setting Tools Marine Per Day /Each | SO-11433-1 | 4.00 | EACH | 570.00 | | 2,280.00 |
| 3000999WS | EXP STABILIZERS & BYPASS MANDRELS | SO-11433-1 | 1.00 | EACH | 336.39 | | 336.39 |
| 3010112WS | Electric Line Or Slickline Additional Crew Member | SO-11433-1 | 6.00 | Hour | 71.25 | | 427.50 |
| 3010122WS | Helper Additional Crew Member Marine Minimum 12 | SO-11433-1 | 3.00 | Hour | 55.25 | | 166.75 |
| 3010022WS | Supervisor/Engineer Or Other Personnel With | SO-11433-1 | 9.00 | Hour | 94.50 | | 850.50 |
| 3010112WS | Electric Line Or Slickline Additional Crew Member | SO-11433-1 | 9.00 | Hour | 71.25 | | 641.25 |
| 3026029WS | Roofing Paper, On Request | SO-11433-1 | 2.00 | Rolls | 33.80 | | 67.60 |
| 3028035WS | Oil Absorbent, 38 In X 144 In | SO-11433-1 | 2.00 | Rolls | 78.00 | | 156.00 |
| 3326028WS | Visqueen, On Request | SO-11433-1 | 1.00 | Rolls | 48.75 | | 48.75 |
| 3015150WS | Inspection Charges W/T Be App | SO-11433-1 | 1.00 | EACH | 189.75 | | 189.75 |
| 3000012WS | Five Man Plug And Abandonment Service Crew Marine | SO-11433-2 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3003022WS | Five Man Plug And Abandonment Crew Additional Hours | SO-11433-2 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-2 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-2 | 1.00 | Days | 31.80 | | 31.80 |
| 3300671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-2 | 1.00 | EACH | 150.00 | | 150.00 |
| 3303020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions, | SO-11433-2 | 1.00 | EACH | 12.00 | | 12.00 |

EXHIBIT A

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 3

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207301
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-2 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-2 | 1.00 | EACH | 10.20 | | 10.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-2 | 1.00 | EACH | 42.00 | | 42.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-2 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000465WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-2 | 1.00 | EACH | 60.00 | | 60.00 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11433-2 | 1.00 | EACH | 45.00 | | 45.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-2 | 1.00 | EACH | 7.20 | | 7.20 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-2 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000999WS | SPILL STATION | SO-11433-2 | 1.00 | EACH | 63.25 | | 63.25 |
| 3304021WS | Specialty Tool Box | SO-11433-2 | 1.00 | EACH | 500.00 | | 500.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew Marine, | SO-11433-3 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-3 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-3 | 5.00 | Days | 31.80 | | 159.00 |
| 3300671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-3 | 3.00 | EACH | 150.00 | | 450.00 |
| 3303020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions, | SO-11433-3 | 5.00 | EACH | 12.00 | | 60.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-265587
Invoice Date: 3/19/2020
Page: 4

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-3 | 11.00 | EACH | 14.40 | | 158.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-3 | 11.00 | EACH | 10.20 | | 112.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-3 | 3.00 | EACH | 42.00 | | 126.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-3 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000465WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-3 | 3.00 | EACH | 60.00 | | 180.00 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11433-3 | 3.00 | EACH | 45.00 | | 135.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-3 | 7.00 | EACH | 7.20 | | 50.40 |
| 3510206WS | Open Hole Safety Barricades 5 Day Min | SO-11433-3 | 3.00 | EACH | 30.00 | | 90.00 |
| 3000999WS | SPILL STATION | SO-11433-3 | 1.00 | EACH | 63.25 | | 63.25 |
| 3304021WS | Specialty Tool Box | SO-11433-3 | 1.00 | EACH | 500.00 | | 500.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-4 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-4 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-4 | 3.00 | Days | 31.80 | | 95.40 |
| 3300671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-4 | 2.00 | EACH | 150.00 | | 300.00 |
| 3303020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions, | SO-11433-4 | 3.00 | EACH | 12.00 | | 36.00 |

EXHIBIT 15

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

INVOICE

Invoice Number: SI 266587
Invoice Date: 3/19/2020
Page: 5

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 139,151.87

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-4 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-4 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-4 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-4 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-4 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-4 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11433-4 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-4 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000599WS | SPILL STATION | SO-11433-4 | 1.00 | EACH | 63.25 | | 63.25 |
| 3004021WS | Specialty Tool Box | SO-11433-4 | 1.00 | EACH | 500.00 | | 500.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-5 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3500001WS | P&A Package, 5000 PSI Packages Includes Cementing | SO-11433-5 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-5 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-5 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions. | SO-11433-5 | 3.00 | EACH | 12.00 | | 36.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 6

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 139,151.87

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-5 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-5 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-5 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-5 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-5 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-5 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11433-5 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-5 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000599WS | SPILL STATION | SO-11433-5 | 1.00 | EACH | 63.25 | | 63.25 |
| 1010 12WS | Electric Line Or Slickline Additional Crew Member | SO-11433-5 | 1.00 | Hour | 71.25 | | 71.25 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-6 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3500001WS | P&A Package, 5000 PSI Packages Includes Cementing | SO-11433-6 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-6 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-6 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions. | SO-11433-6 | 3.00 | EACH | 12.00 | | 36.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 7

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 139,151.87

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-6 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-6 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-6 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-6 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-6 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-6 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11433-6 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-6 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000599WS | SPILL STATION | SO-11433-6 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000595WS | Supply Basket Any Size | SO-11433-6 | 2.00 | EACH | 48.00 | | 96.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-6 | 4.00 | EACH | 23.40 | | 81.60 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11433-6 | 2.00 | EACH | 13.20 | | 38.40 |
| 3024013WS | Rope, 1/4 In X 600 Ft | SO-11433-6 | 2.00 | Box | 27.30 | | 54.60 |
| 3021011WS | Chevron Ultra Duty Grease 2G | SO-11433-6 | 18.00 | EACH | 3.90 | | 38.00 |
| 3000099WS | GROUNDING WIRE & EYE RING TERMINALS | SO-11433-6 | 1.00 | EACH | 102.93 | | 102.93 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-7 | 1.00 | Days | 3,450.00 | | 3,450.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 8

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 139,151.87

Lease & Well: OCSG 01332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-7 | 4.00 | Hour | 320.00 | | 1,280.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-7 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-7 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-7 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions, | SO-11433-7 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-7 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-7 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-7 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-7 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-7 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-7 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover Five Day Minimum Rental | SO-11433-7 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-7 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000599WS | SPILL STATION | SO-11433-7 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11433-7 | 1.00 | EACH | 48.00 | | 48.00 |

EXHIBIT 15

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: [illegible]
Invoice Date: 3/19/2020
Page: 9

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-3 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-7 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-7 | 1.00 | EACH | 19.20 | | 19.20 |
| 3016008WS | Liquid Vis 5 Gal | SO-11433-7 | 1.00 | Pail | 211.25 | | 211.25 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-8 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-8 | 1.00 | Hour | 320.00 | | 320.00 |
| 3300001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-8 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site Radios | SO-11433-8 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower 230 Volt, 3 Phase, | SO-11433-8 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-8 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-8 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-8 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000668WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-8 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-8 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-8 | 2.00 | EACH | 40.00 | | 20.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-8 | 2.00 | EACH | 45.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: [illegible]
Invoice Date: 3/19/2020
Page: 10

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-3 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-8 | 4.00 | EACH | 7.20 | | 28.80 |
| 3511206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-8 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-8 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11433-8 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-8 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-8 | 1.00 | EACH | 19.20 | | 19.20 |
| 5034410WS | Cutter Ring Gauge thru 2-1/2" | SO-11433-8 | 1.00 | EACH | 30.00 | | 30.00 |
| 5018201WS | Impression Block Thru 2 1/2" | SO-11433-8 | 1.00 | EACH | 63.00 | | 63.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-9 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew Additional Hours | SO-11433-9 | 1.00 | Hour | 320.00 | | 320.00 |
| 3300001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-9 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package 2 Way On Site Radios | SO-11433-9 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-9 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-9 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-9 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-9 | 6.00 | EACH | 10.20 | | 61.20 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: [illegible]
Invoice Date: 3/19/2020
Page: 11

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-3 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000668WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-9 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-9 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-9 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-9 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-9 | 4.00 | EACH | 7.20 | | 28.80 |
| 3511206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-9 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-9 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11433-9 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-9 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-9 | 1.00 | EACH | 19.20 | | 19.20 |
| 5034410WS | Cutter Ring Gauge thru 2-1/2" | SO-11433-9 | 1.00 | EACH | 30.00 | | 30.00 |
| 5006820WS | Blind Box | SO-11433-9 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-10 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-10 | 1.00 | Hour | 320.00 | | 320.00 |
| 3300001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-10 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package 2 Way On Site Radios | SO-11433-10 | 3.00 | Days | 31.80 | | 95.40 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: [illegible]
Invoice Date: 3/19/2020
Page: 12

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 01332 A-3 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase, | SO-11433-10 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-10 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-10 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-10 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000668WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-10 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-10 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-10 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-10 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-10 | 4.00 | EACH | 7.20 | | 28.80 |
| 3511206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-10 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-10 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11433-10 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-10 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-10 | 1.00 | EACH | 19.20 | | 19.20 |
| 5006820WS | Blind Box | SO-11433-10 | 1.00 | EACH | 30.00 | | 30.00 |
| 3011513WS | Wide Range Bridge Plug, 7 5/8" | SO-11433-10 | 1.00 | EACH | 2,530.00 | | 2,530.00 |

EXHIBIT 15

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 13

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3012869WS | Rf Safe Firing System / Per Run | SO-11433-10 | 1.00 | EACH | 520.00 | | 520.00 |
| 3011102WS | Slow Set Power Charge, When & Bridge Plug Or | SO-11433-10 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11433-10 | 1.00 | EACH | 828.00 | | 828.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-11 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-11 | 3.00 | Hour | 320.00 | | 960.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages includes Cementing | SO-11433-11 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-11 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-11 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-11 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-11 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-11 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-11 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-11 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000865WS | Halco Plug Valve, 2 in X 1 in, Five Day Minimum | SO-11433-11 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-11 | 2.00 | EACH | 45.00 | | 90.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 14

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-11 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-11 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-11 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000695WS | Supply Basket Any Size | SO-11433-11 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-11 | 2.00 | EACH | 23.40 | | 46.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-11 | 1.00 | EACH | 19.20 | | 19.20 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11433-11 | 4.00 | EACH | 520.00 | | 2,080.00 |
| 3012955WS | Dump Bailer, Per Run | SO-11433-11 | 4.00 | EACH | 850.00 | | 3,400.00 |
| 3012160WS | Electric Line Perforating And Specialty Equipment | SO-11433-11 | 2.00 | EACH | 273.00 | | 546.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-12 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-12 | 2.00 | Hour | 320.00 | | 640.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages includes Cementing | SO-11433-12 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-12 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-12 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-12 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO 11433-12 | 6.00 | EACH | 14.40 | | 86.40 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 15

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-12 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-12 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-12 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000865WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-12 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-12 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-12 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-12 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-12 | 1.00 | EACH | 63.25 | | 63.25 |
| 3300999WS | B&P STABILIZERS & BYPASS MANDRELS | SO-11433-12 | 2.00 | EACH | 57.19 | | 114.38 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-12 | 2.00 | EACH | 23.40 | | 46.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-12 | 1.00 | EACH | 19.20 | | 19.20 |
| 3304211WS | Specialty Tool Box | SO-11433-12 | 1.00 | EACH | 500.00 | | 500.00 |
| 3334101WS | Cutter Ring Gauge thru 2-1/2" | SO-11433-12 | 1.00 | EACH | 30.00 | | 30.00 |
| 3012160WS | Electric Line Perforating And Specialty Equipment | SO-11433-12 | 1.00 | EACH | 273.00 | | 273.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-13 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-13 | 1.00 | Hour | 320.00 | | 320.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 16

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11433-13 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-13 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-13 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-13 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-13 | 4.00 | EACH | 14.40 | | 57.60 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-13 | 4.00 | EACH | 10.20 | | 40.80 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-13 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-13 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000865WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-13 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11433-13 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-13 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-13 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-13 | 1.00 | EACH | 63.25 | | 63.25 |
| 3300999WS | B&P STABILIZERS & BYPASS MANDRELS | SO-11433-13 | 1.00 | EACH | 57.19 | | 57.19 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-13 | 2.00 | EACH | 23.40 | | 40.80 |

**EXHIBIT 15**

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 17

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW287001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG G1332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-13 | 1.00 | EACH | 19.20 | | 19.20 |
| 3011513WS | Wide-Range Bridge Plug, 5.750 | SO-11433-13 | 1.00 | EACH | 2,550.00 | | 2,550.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11433-13 | 1.00 | EACH | 520.00 | | 520.00 |
| 3011102WS | Slow Set Power Charge, Wire-A Bridge Plug Or | SO-11433-13 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11433-13 | 1.00 | EACH | 828.00 | | 828.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-14 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-14 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3500001WS | P&A Package, 5000 PSI Package Includes Cementing | SO-11433-14 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 3-Way On Sea Radios | SO-11433-14 | 3.00 | Days | 18.80 | | 56.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-14 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-14 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-14 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-14 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-14 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-14 | 1.00 | EACH | 40.00 | | 40.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-14 | 2.00 | EACH | 60.00 | | 120.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 18

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW287001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG G1332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-14 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-14 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5 Day Min | SO-11433-14 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000998WS | SPILL STATION | SO-11433-14 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000999WS | B&P STABILIZERS & BYPASS MANDRELS | SO-11433-14 | 1.00 | EACH | 57.19 | | 57.19 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-14 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-14 | 1.00 | EACH | 19.20 | | 19.20 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11433-14 | 1.00 | EACH | 520.00 | | 520.00 |
| 3012970WS | Magnetic Decentralizer / Per E | SO-11433-14 | 1.00 | EACH | 200.00 | | 200.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11433-14 | 1.00 | EACH | 1,040.00 | | 1,040.00 |
| 3016050WS | Dye Pill/Lb A Restocking Charge Of 30% Of The | SO-11433-14 | 1.00 | Pounds | 114.00 | | 114.00 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11433-14 | 126.00 | EACH | 18.50 | | 2,331.00 |
| 3016086WS | Liquid Vis, 5 Gal | SO-11433-14 | 1.00 | Pail | 211.25 | | 211.25 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-15 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-15 | 2.00 | Hour | 320.00 | | 640.00 |
| 3500001WS | P&A Packages, 5000 PSI Package Includes Cementing | SO-11433-15 | 1.00 | Days | 1,800.00 | | 1,800.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 19

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW287001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG G1332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 1700415WS | Communication Package, 3 Way On Sea Radios | SO-11433-15 | 3.00 | Days | 18.80 | | 56.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-15 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-15 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-15 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-15 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-15 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-15 | 1.00 | EACH | 40.00 | | 40.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-15 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-15 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-15 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 1-Day Min | SO-11433-15 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000998WS | SPILL STATION | SO-11433-15 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000999WS | B&P STABILIZERS & BYPASS MANDRELS | SO-11433-15 | 1.00 | EACH | 57.19 | | 57.19 |
| 3000683WS | Supply Basket Any Size | SO-11433-15 | 6.00 | EACH | 40.00 | | 240.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-15 | 2.00 | EACH | 20.40 | | 40.80 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 20

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW287001
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG G1332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-15 | 1.00 | EACH | 19.20 | | 19.20 |
| 5005200WS | Blind Box | SO-11433-15 | 1.00 | EACH | 30.00 | | 30.00 |
| 3016001WS | Cement, 94.5 Lb/Sack, Class H | SO-11433-15 | 42.00 | | 18.50 | | 777.00 |
| 3000999WS | 1-1-103 CEMENT ADDITIVE | SO-11433-15 | 6.00 | EACH | 430.10 | | 2,580.60 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-16 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-16 | 3.00 | Hour | 320.00 | | 960.00 |
| 3013132WS | When Additional Crew Members Are Required By The | SO-11433-16 | 3.00 | Hour | 250.00 | | 750.00 |
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO-11433-16 | 364.00 | Mile | 2.00 | | 728.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call (504) 362-5558

| | | | |
|---|---|---|---|
| Total Discount | 0.00 | Net Invoice | 139,151.87 |
| | | Freight | 0.00 |
| | | Tax | 0.00 |
| | | Total | 139,151.87 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 15**



EXHIBIT 15

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266572
Invoice Date: 3/19/2020
Page: 1

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207001
Location: 0969
Line of Business: 164

**Amount Due: 62,676.50**

Lease & Well: OCSG 3332 EI 337 A-5
County: OS
State: OS

Job Start Date: 3/1/2020
Job End Date: 3/10/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 300805CT | Flanged flow CROSS, per day 1 | 0969-5644 | 10.00 | Days | 150.00 | | 1,500.00 |
| 334126CT | 1.00" & 1-1/4" depth charge | 0969-5644 | 6,000.00 | Per | 0.30 | | 1,800.00 |
| 334126CT | 1.00" & 1-1/4" depth charge | 0969-5644 | 8,905.00 | Per | 0.30 | | 2,671.50 |
| 400125CT | 1" & 1 1/4" Coiled Tubing U | 0969-5644 | 10.00 | Each | 2,400.00 | | 24,000.00 |
| 401125CT | 1" & 1-1/4" Coiled Tubing U | 0969-5644 | 14.00 | Each | 200.00 | | 2,800.00 |
| 600100CT | Single Head Pump with Certn | 0969-5644 | 10.00 | Hours | 1,440.00 | | 14,400.00 |
| 600100CT | Fluid Pump Addl Hr | 0969-5644 | 14.00 | Hours | 120.00 | | 1,680.00 |
| 700104CT | B.O.P. 4-1/16 Single pipe saf | 0969-5644 | 10.00 | Days | 330.00 | | 3,300.00 |
| 700117CT | Radio communications, set of | 0969-5644 | 10.00 | Days | 140.00 | | 1,400.00 |
| 700118CT | 4 1/16" 15M Blind shear rams | 0969-5644 | 10.00 | Days | 510.00 | | 5,100.00 |
| 700147CT | Hydraulic headstand, per day | 0969-5644 | 10.00 | Days | 180.00 | | 1,800.00 |
| 700147CT | Hydraulic headstand, per day | 0969-5644 | 10.00 | Days | 120.00 | | 1,200.00 |
| 700115CT | Nitrogen bottle rack, per job | 0969-5644 | 1.00 | Each | 900.00 | | 900.00 |
| 700157CT | Pipe pigs, ea., sa e 1"& 1-1 | 0969-5644 | 1.00 | Each | 125.00 | | 125.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2100

| | | | |
|---|---|---|---|
| Total Discount | 0.00 | Net Invoice: | 62,676.50 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 62,676.50 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions("the Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

---

Broussard, LA
164-0969
Offshore Division

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## FIELD TICKET

Invoice to: Fieldwood
AFE / PO.:

Latitude: 28.1090
Longitude: 91.4558
Lease / OCS-G: 3332
Field: EI. 337
Well: A-5
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 1, 2020
End Date: March 10 2020
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 300805 | Flow Cross,per day | Day | 10 | 150.00 | $ 1500.00 |
| 304126 | Pipe Charges Standard Sevice RUN # 1 3-3-2020 | Ft/Run/Day | 6,000 | 0.30 | $ 1,800.00 |
| 304126 | Pipe Charges Standard Sevice RUN # 2/ 3-4-2020 | Ft/Run/Day | 8,905 | 0.30 | $ 2,671.50 |
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 10 | 2,400.00 | $ 24,000.00 |
| 401125 | CT Unit Additional Hours | Hr | 14 | 200.00 | $ 2800.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 10 | 1,440.00 | $ 14400.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 14 | 120.00 | $ 1680.00 |
| 700104 | Single BOP,per day | Day | 10 | 330.00 | $ 3,300.00 |
| 700117 | Communication Radio per day | Day | 10 | 140.00 | $ 1,400.00 |
| 700118 | Blind/Shear BOP,per day | Day | 10 | 510.00 | $ 5,100.00 |
| 700147 | Injector Stand,per day | Day | 10 | 180.00 | $ 1,800.00 |
| 700147 | Work Platform,per day | Day | 10 | 120.00 | $ 1,200.00 |
| (blank) | NTL 2010-N05 Compliance Testing,per job | Job | — | 2,000.00 | $ — |
| 700115 | N2 Bottle Rack per job | Job | 1 | $900.00 | $ 900.00 |
| 700157 | Pipe Pig | ea | 1 | 125.00 | 125.00 |

BLOCK/WELL: EI 337 A
OCS-G: G0 03332
AFE: FW 207001
CODE: 20
CO-REP: Denny Crowell
SIGNATURE: [signature]
Routing # 580023

Field Estimated Total $ 62,676.50

| Personnel ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Harper, Von | 141 | | | | | | |
| | Nolan, Anthony | 141 | | | | | 3/15/2020 | |
| | Touchet, Preston | 141 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name | Customer Authorized Agent Signature

SI-266572

---

**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
## Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 1, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: EI. 337 | Fluid / N2 Pumps | Pump & Stm |
| | Well: A-5 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | Daily Cost | $ 5,590.00 |
| IPS Supervisors: | Anthony Nolan | Total Hours Worked | 42 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Perform hazard hunts on equipment |
| 07:00 | | Off load BOP's and blindshear rams from work boat |
| | 08:00 | Start rigging up rotaes and gate valeves to BOP's |
| 10:30 | | Start puting up sacaffolding around tree |
| | 12:00 | Start rigging BOP's to well |
| 15:00 | | Put up sub structure and injector jack stand over BOP's |
| | 16:00 | Start rigging up pump line,kill line and flow back line |
| 17:30 | | Start rigging up hydralic hoses to BOP's |
| | 19:00 | Shut down for night |

---

**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
## Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 2, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: EI. 337 | Fluid / N2 Pumps | Pump & Stm |
| | Well: A-5 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | Daily Cost | $ 7,270.00 |
| IPS Supervisors: | Anthony Nolan | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Perform hazard hunts |
| 06:30 | | Rig up injector and hydalic hoses |
| | 07:30 | Function test all equipment |
| 08:00 | | Stab pipe |
| | 09:00 | Pump pig though reel |
| 09:30 | | Have pig tacks 6.50BBLs to feel reel P/U injector and put on coil connector and pull test 10,000# and 15,000# |
| | 10:30 | Pressure test coil connector |
| 11:30 | | Start test #1 |
| | 11:55 | Test #1 good start test #2 |
| 12:15 | | Test #2 good |
| | 12:15 | Make up motor at test .50BPM at 2200psi, .75BPM at 2600psi and 1.00BPM at 3900psi |
| 12:30 | | Stab injector on to BOP's |
| | 13:15 | Start test #3 |
| 13:40 | | Test #3 good start test #4 |
| | 14:30 | Test #4 good start test #5 |
| 14:55 | | Test #5 good start test #6 |
| | 15:15 | Test #6 good start test #7 |
| 15:50 | | Test #7 good start test #8 |
| | 16:15 | Testing completed perform draw down on BOP's |
| 16:45 | | Make up BHA and stab injector on to BOP's and secure it |
| | 17:00 | Perform hazard hunts on deck and equipment |
| 18:00 | | Shut down for night |

## *Warrior*

Coil Tubing, Nitrogen & Fluid Pumping Services

**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 3, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: E.I. 337 | Fluid / N2 Pumps | Pump & Stim |
| | Well: A-6 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | Daily Cost | $ 7,070.00 |
| IPS Supervisors : | Anthony Nolan | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Perform Hazard hunts |
| 07:00 | | P&A fixing leaking casing valve |
| | 08:15 | Test break 5000psi |
| 08:30 | | Open well 1700WHP RIH pumping .25BPM at 2900psi |
| | 11:00 | CT at 6,000ft return tank full of oil POOH |
| 12:15 | | OOH secure well and change out strippen rubber |
| | 13:00 | Get with production to pump away oil |
| 14:30 | | Have oil pumped away assist P&A as needed |
| | 18:00 | Shut down for night |

## *Warrior*

Coil Tubing, Nitrogen & Fluid Pumping Services

**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 4, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: E.I. 337 | Fluid / N2 Pumps | Pump & Stim |
| | Well: A-6 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | Daily Cost | $ 9,221.50 |
| IPS Supervisors : | Anthony Nolan | Total Hours Worked | 48 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 06:30 | Perform hazard hunts |
| 07:00 | | Off load equipment from boat |
| | 08:45 | Open well 850psi WHP |
| 09:00 | | Shut down close in well personel foot with thoug deck on platform wait on orders |
| | 13:20 | Of word we can go back to work |
| 13:30 | | Open well 1500psi/WHP RIH pumping .25BPM at 2800psi |
| | 16:00 | 7500' increase pump to .50BPM at 4900psi pump 3bbl gel sweep |
| 16:52 | | 8400'start washing |
| | 17:00 | Start adding friction reducer |
| 17:20 | | Start getting mud and sand back at 8500' increase pump to 1.00BPM |
| | 17:50 | 8686' pump 3bbl gel sweep |
| 18:00 | | Tagging at 8905' pump pressure keeps on climbing pump gel sweep and paint pipe blue |
| | 19:00 | Returns cleaned RIH and tagging at 8905' POOH |
| 22:00 | | OOH secure well shut down for night |

## *Warrior*

Coil Tubing, Nitrogen & Fluid Pumping Services

**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 5, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: E.I. 337 | Fluid / N2 Pumps | Pump & Stim |
| | Well: A-6 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | Daily Cost | $ 5,270.00 |
| IPS Supervisors : | Anthony Nolan | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts |
| 06:30 | | Unstab injector and break off BHA set injector down |
| | 07:30 | open well to check pressure 2100SITP |
| 08:00 | | Secure well rig up slick line assist as needed |
| | 14:00 | Rig up E-line assist as needed |
| 18:00 | | Shut down for night |

## *Warrior*

Coil Tubing, Nitrogen & Fluid Pumping Services

**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 6, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | Equipment | |
|---|---|---|---|
| Fieldwood | OCS-G: 3332 | CTU / INJ / Pack-off | |
| | Field: E.I. 337 | Fluid / N2 Pumps | Pump & Stim |
| | Well: A-6 | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): YES | Daily Cost | $ 5,270.00 |
| IPS Supervisors : | Anthony Nolan | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts and service equipment |
| 07:00 | | Running E-line assist as needed |
| | 11:00 | BSEE on location |
| 12:30 | | BSEE shut down operations due to gas detector on return tank |
| | 13:00 | Getting total safety on to loction to fix gas dectector and wait on BSEE to say we can go back to work |
| 15:00 | | Have word that we can run E-line as long as we do not have returns |
| | 18:00 | Shut down for night |

**EXHIBIT 15**



## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 7, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | |
| | Field : E.I. 337 | | Fluid / N2 Pumps | Pump & Stim |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 5,270.00 |
| IPS Supervisors : | Anthony Nolan | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts service equipment |
| 07:00 | | Boat work |
| | 10:30 | Running E-line assist as needed |
| 18:00 | | Shut down |

## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 8, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | |
| | Field : E.I. 337 | | Fluid / N2 Pumps | Pump & Stim |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 5,270.00 |
| IPS Supervisors : | Anthony Nolan | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:00 | Hazard hunts serivce equipment |
| 08:00 | | Assist P&A as needed |
| | 18:00 | Shut down |

## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 9, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | |
| | Field : E.I. 337 | | Fluid / N2 Pumps | Pump & Stim |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 5,910.00 |
| IPS Supervisors : | Anthony Nolan | | Total Hours Worked | 45 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:00 | Hazard hunts and service equipment |
| 07:30 | | Crane unable to boom down work on crane |
| | 10:00 | Crane fixed pull off N2 bottel racks and blow reel dry |
| 11:00 | | E-line RIH assist as needed |
| | 12:00 | E-line tagging at 8615' POOH to run gauge |
| 13:50 | | E-line tagging at 8615' POOH |
| | 14:15 | Have word to start rigging down coiltubing |
| 20:00 | | Shut down for night |

## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 10, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | |
| | Field : E.I. 337 | | Fluid / N2 Pumps | Pump & Stim |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost | $ 8,090.00 |
| IPS Supervisors : | Anthony Nolan | | Total Hours Worked | 54 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:30 | Start packing up rest of equipment and start back loading boat |
| 13:00 | | On crew boat travel to dock |
| | 20:30 | At dock travel to shop |
| 22:00 | | At shop |

**EXHIBIT 15**

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-5
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 1, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 401125 | CT Unit Additional Hours | Hr | 1 | $200.00 | $ 200.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 1 | $120.00 | $ 120.00 |

Field Estimated Total = $ 5,590.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 14 | | | | | | |
| | Harper, Von | 14 | | | | | | |
| | Touchet, Preston | 14 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-5
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 2, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600120 | Fluid Pump Additional Hr | Hr | | $120.00 | |
| | NTL 2010-N06 Compliance Testing,per,job | Job | 1 | $2,000.00 | $ 2,000.00 |

Field Estimated Total = $ 7,270.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-5
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 3, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304126 | Pipe Charges Standard Sevice RUN # 1 3-3-2020 | Ft/Run/Day | 6,000 | $0.30 | $ 1,800.00 |

Field Estimated Total = $ 7,070.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-5
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 4, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304126 | Pipe Charges Standard Sevice RUN # 2/ 3-4-2020 | Ft/Run/Day | 8,905 | $0.30 | $ 2,671.50 |
| 401125 | CT Unit Additional Hours | Hr | 4 | $200.00 | $ 800.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 4 | $120.00 | $ 480.00 |

Field Estimated Total = $ 9,221.50

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 15 | | | | | | |
| | Harper, Von | 15 | | | | | | |
| | Touchet, Preston | 15 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

**EXHIBIT 15**

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 5, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300605 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304120 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600120 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 6, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300605 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304120 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600120 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 7, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300605 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304120 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600120 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

---

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ° ' "
Longitude: ° ' "
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 8, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum,per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP,per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP,per day | Day | 1 | $510.00 | $ 510.00 |
| 300605 | Flow Cross,per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand,per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform,per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per,day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304120 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600120 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

The services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

**EXHIBIT 15**

Warrior
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714 2100 Fax: (337) 714 2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ***
Longitude: ***
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 9, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304120 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | 2 | $200.00 | $ 400.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 2 | $120.00 | $ 240.00 |

Field Estimated Total = $ 5,910.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 15 | | | | | | |
| | Harper, Von | 15 | | | | | | |
| | Touchet, Preston | 15 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

Warrior
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100 Fax: (337) 714-2112

## SERVICE ORDER FIELD REQUEST

Invoice to: Fieldwood
AFE / PO:

Latitude: ***
Longitude: ***
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 10, 2020
End Date:
Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | $ 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | $ 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | $ 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | $ 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | $ 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | $ 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | $ 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ 1,440.00 |
| 304126 | Pipe Charges Standard Sevice | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | 6 | $200.00 | $ 1,200.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 6 | $120.00 | $ 720.00 |
| 700115 | N2 Bottle Rack per job | Job | 1 | $900.00 | $ 900.00 |

Field Estimated Total = $ 8,090.00

Personnel

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 18 | | | | | | |
| | Harper, Von | 18 | | | | | | |
| | Touchet, Preston | 18 | | | | | | |

The Services related to this Field Invoice Ticket shall be governed exclusively by the Warrior General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request. Acceptance of the Terms shall be by the earlier of the date of signing below or by acknowledgement, including without limitation by beginning performance. THE ESTIMATED CHARGES SHOWN ABOVE MAY BE EXCLUSIVE OF TAX AND THE FINAL INVOICE WILL INCLUDE ALL APPLICABLE TAXES.

Customer Authorized Agent Name:
Customer Authorized Agent Signature:

WARRIOR
Coiled Tubing, Nitrogen & Fluid Pumping Services

105 Bercegeay Road
Broussard, LA 70518
Phone:(337) 714-2100
Fax:(337) 714-2112

## Field Invoice Ticket

CT: 0969 Ticket 5644
Date(s): 3-10-2020 / 3-11-2020

Bill To: Fieldwood
Address:
City:
Well:
Field:
County State:
Latitude:

Invoice:
Inv. Date:
SRO #:
PO #:
AFE #:
Job #
Job Description:
Longitude:

| Product Code | Description | Unit | Qty | Rate | Discount | Invoice Amount |
|---|---|---|---|---|---|---|
| | See Completion Ticket | | | | | |

ESTIMATED TOTAL

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website ([illegible]). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

X Customer Authorized Agent Signature [signature]
X Customer Authorized Printed Name

EXHIBIT 15