# Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA  70562-2010
(337) 365-7282

**Received From :**
  Attn: ARMAND E SAMUELS
  LUGENBUHL WHEATON PECK RANKIN
  601 POYDRAS ST, STE 2775
  NEW ORLEANS, LA  70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORPORATION

— —

**Index Type :**   MORTGAGES                    **File Number :** 2020-00007398

**Type of Document :** LIEN & PRIVILEGE

                                           **Book :** 1919      **Page :**   74

**Recording Pages :**            15

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for  Iberia Parish, Louisiana.

On (Recorded Date) : 09/08/2020

At (Recorded Time) :  2:09:41PM

Doc ID - 010504070015

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/08/2020 at  2:09:41
Recorded in Book 1919  Page   74
File Number 2020-00007398

_____
Deputy Clerk

**Return To :**
  Attn: ARMAND E SAMUELS

Do not Detach this Recording Page from Original Document          **EXHIBIT 17**

| | |
|---|---|
| FILED: | Iberia Parish |
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-03332 |
| AREA/BLOCK: | EI 337 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC |
| AMOUNT: | $201,828.37 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.      He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.      Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.      Between approximately February 27, 2020 through March 13, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-03332, Eugene Island, Block 337, off the coast of Iberia Parish, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $201,828.37 is due and owing on Invoice Nos. SI-266572 and SI-266587 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable

- 1 -

EXHIBIT 17

Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Iberia Parish, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

- 2 -

EXHIBIT 17

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in Houston, Texas on this 2O⁰ day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26ᵗ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 17**

EXHIBIT
A

EXHIBIT 17

## Invoice 1

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number | SI-246587 |
| Invoice Date | 3/19/2020 |
| Page | 5 |

Due Date / Due upon Receipt
Customer No. / 1254
P.O No. /
APE / PM207001
Location / 0117
Line of Business / 4-D

**Amount Due:    139,151.87**

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 03112 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 3/17/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

## Invoice 2

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number | SI-246587 |
| Invoice Date | 3/19/2020 |
| Page | 8 |

Due Date / Due upon Receipt
Customer No. / 1254
P.O No. /
APE / PM207001
Location / 0117
Line of Business / 4-D

**Amount Due:    139,151.87**

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 03112 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 3/17/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

## Invoice 3

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number | SI-246587 |
| Invoice Date | 3/18/2020 |
| Page | 7 |

Due Date / Due upon Receipt
Customer No. / 1254
P.O No. /
APE / PM207001
Location / 0117
Line of Business / 4-D

**Amount Due:    139,151.87**

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 03112 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 3/17/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

## Invoice 4

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number | SI-246587 |
| Invoice Date | 3/19/2020 |
| Page | 8 |

Due Date / Due upon Receipt
Customer No. / 1254
P.O No. /
APE / PM207001
Location / 0117
Line of Business | 4-D

**Amount Due:    139,151.87**

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 03112 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 3/17/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

**EXHIBIT 17**



**Amount Due:  139,151.87**

**Amount Due:  139,151.87**

**Amount Due:  139,151.87**

**Amount Due:  139,151.87**

**EXHIBIT 17**



WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 13

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: PW20700?
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt. | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 301284SWS | RF Safe Firing System / Per Run | SO-11433-10 | 1.00 | EACH | 520.00 | | 520.00 |
| 301110ZWS | Slow Set Power Charge, When & Bridge Plug Or | SO-11433-10 | 1.00 | EACH | 260.00 | | 260.00 |
| 301111ZWS | Bridge Plug/Cement Retainer Se | SO-11433-10 | 1.00 | EACH | 828.00 | | 828.00 |
| 300001ZWS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-11 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 300002ZWS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-11 | 3.00 | Hour | 320.00 | | 960.00 |
| 350000 1WS | PBA Packages, 5000 PSI Packages includes Cementing | SO-11433-11 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 170041SWS | Communication Package 2-Way On Site, Radios | SO-11433-11 | 3.00 | Days | 31.80 | | 95.40 |
| 300087 1WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-11 | 2.00 | EACH | 150.00 | | 300.00 |
| 300302 0WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-11 | 3.00 | EACH | 12.00 | | 36.00 |
| 300302 2WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-11 | 6.00 | EACH | 14.40 | | 86.40 |
| 300041 0WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-11 | 6.00 | EACH | 10.20 | | 61.20 |
| 300064 9WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-11 | 2.00 | EACH | 42.00 | | 84.00 |
| 300069 5WS | Supply Basket Any Size | SO-11433-11 | 1.00 | EACH | 48.00 | | 48.00 |
| 300066 5WS | Halco Plug Valve, 2 in X 1 in, Five Day Minimum | SO-11433-11 | 2.00 | EACH | 60.00 | | 120.00 |
| 300067 3WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-11 | 2.00 | EACH | 45.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266567
Invoice Date: 3/19/2020
Page: 14

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: PW20700?
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt. | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 300362 5WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-11 | 4.00 | EACH | 7.20 | | 28.80 |
| 351020 6WS | Open Hole Safety Barricades 5-Day Min | SO-11433-11 | 2.00 | EACH | 30.00 | | 60.00 |
| 300099 9WS | SPILL STATION | SO-11433-11 | 1.00 | EACH | 63.25 | | 63.25 |
| 300069 5WS | Supply Basket Any Size | SO-11433-11 | 1.00 | EACH | 48.00 | | 48.00 |
| 301040 1WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-11 | 2.00 | EACH | 20.40 | | 40.80 |
| 300342 1WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-11 | 1.00 | EACH | 19.20 | | 19.20 |
| 301296SWS | RF Safe Firing System / Per Run | SO-11433-11 | 4.00 | EACH | 520.00 | | 2,080.00 |
| 301295SWS | Dump Bailer, Per Run | SO-11433-11 | 4.00 | EACH | 850.00 | | 3,400.00 |
| 301216 0WS | Electric Line Perforating And Specialty Equipment, | SO-11433-11 | 2.00 | EACH | 273.00 | | 546.00 |
| 300001ZWS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-12 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 300002ZWS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-12 | 2.00 | Hour | 320.00 | | 640.00 |
| 350000 1WS | PBA Packages, 5000 PSI Packages includes Cementing | SO-11433-12 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 170041SWS | Communication Package, 2-Way On Site, Radios | SO-11433-12 | 3.00 | Days | 31.80 | | 95.40 |
| 300087 1WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-12 | 2.00 | EACH | 150.00 | | 300.00 |
| 300302 0WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-12 | 3.00 | EACH | 12.00 | | 36.00 |
| 300302 2WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-12 | 6.00 | EACH | 14.40 | | 86.40 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266567
Invoice Date: 3/19/2020
Page: 15

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: PW20700?
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt. | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 300041 0WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-12 | 6.00 | EACH | 10.20 | | 61.20 |
| 300064 9WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-12 | 2.00 | EACH | 42.00 | | 84.00 |
| 300069 5WS | Supply Basket Any Size | SO-11433-12 | 1.00 | EACH | 48.00 | | 48.00 |
| 300066 5WS | Halco Plug Valve, 2 in X 1 in, Five Day Minimum | SO-11433-12 | 2.00 | EACH | 60.00 | | 120.00 |
| 300067 3WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-12 | 2.00 | EACH | 45.00 | | 90.00 |
| 300362 5WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-12 | 4.00 | EACH | 7.20 | | 28.80 |
| 351020 6WS | Open Hole Safety Barricades 5-Day Min | SO-11433-12 | 2.00 | EACH | 30.00 | | 60.00 |
| 300099 9WS | SPILL STATION | SO-11433-12 | 1.00 | EACH | 63.25 | | 63.25 |
| 300099 9WS | B-P STABILIZERS & BYPASS MANDRELS | SO-11433-12 | 2.00 | EACH | 57.19 | | 114.38 |
| 301040 1WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-12 | 2.00 | EACH | 20.40 | | 40.80 |
| 300342 1WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11433-12 | 1.00 | EACH | 19.20 | | 19.20 |
| 303 2 1WS | Specialty Tool Box | SO-11433-12 | 1.00 | EACH | 500.00 | | 500.00 |
| 233410WS | Cutter Ring Gauge thru 2-1/2" | SO-11433-12 | 1.00 | EACH | 30.00 | | 30.00 |
| 301216 0WS | Electric Line Perforating And Specialty Equipment, | SO-11433-12 | 1.00 | EACH | 273.00 | | 273.00 |
| 300001ZWS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11433-13 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 300002ZWS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-13 | 1.00 | Hour | 320.00 | | 320.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266567
Invoice Date: 3/19/2020
Page: 16

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: PW20700?
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude:
Longitude:

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt. | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 350000 1WS | PBA Packages, 5000 PSI Packages includes Cementing | SO-11433-13 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 170041SWS | Communication Package, 2-Way On Site, Radios | SO-11433-13 | 3.00 | Days | 31.80 | | 95.40 |
| 300087 1WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-13 | 2.00 | EACH | 150.00 | | 300.00 |
| 300302 0WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-13 | 3.00 | EACH | 12.00 | | 36.00 |
| 300302 2WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11433-13 | 4.00 | EACH | 14.40 | | 57.60 |
| 300041 0WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-13 | 4.00 | EACH | 10.20 | | 40.80 |
| 300064 9WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-13 | 2.00 | EACH | 42.00 | | 84.00 |
| 300069 5WS | Supply Basket Any Size | SO-11433-13 | 1.00 | EACH | 48.00 | | 48.00 |
| 300066 5WS | Halco Plug Valve, 2 in X 1 in, Five Day Minimum | SO-11433-13 | 2.00 | EACH | 60.00 | | 120.00 |
| 300067 3WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-13 | 2.00 | EACH | 45.00 | | 90.00 |
| 300362 5WS | Camlock Crossover, Five Day Minimum Rental | SO-11433-13 | 4.00 | EACH | 7.20 | | 28.80 |
| 351020 6WS | Open Hole Safety Barricades 5-Day Min | SO-11433-13 | 2.00 | EACH | 30.00 | | 60.00 |
| 300099 9WS | SPILL STATION | SO-11433-13 | 1.00 | EACH | 63.25 | | 63.25 |
| 300099 9WS | B-P STABILIZERS & BYPASS MANDRELS | SO-11433-13 | 00 | EACH | 57.19 | | 57.19 |
| 301040 1WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-13 | 2.00 | EACH | 20.40 | | 40.80 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 17

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW207001
Location: 6817
Line of Business: 430

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11433-13 | 1.00 | EACH | 19.20 | | 19.20 |
| 3011513WS | Wide-Range Bridge Plug, 1750 | SO-11433-13 | 1.00 | EACH | 2,550.00 | | 2,550.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11433-13 | 1.00 | EACH | 520.00 | | 520.00 |
| 3011102WS | Slow Set Power Charge, Wwm A Bridge Plug Or | SO-11433-13 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11433-13 | 1.00 | EACH | 828.00 | | 828.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-14 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-14 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3500001WS | P&A Package, 5000 PSI Package Includes Cementing | SO-11433-14 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-14 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-14 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose 10 Ft X 4 In, With Fig 100 Unions | SO-11433-14 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-14 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-14 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-14 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-14 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-14 | 2.00 | EACH | 60.00 | | 120.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 18

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No
AFE: FW207001
Location: 6817
Line of Business: 430

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A 5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-14 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11433-14 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-14 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-14 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000999WS | BHP STABILIZERS & BYPASS MANDRELS | SO-11433-14 | 1.00 | EACH | 57.19 | | 57.19 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-14 | 2.00 | EACH | 20.40 | | 40.80 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11433-14 | 1.00 | EACH | 19.20 | | 19.20 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11433-14 | 1.00 | EACH | 520.00 | | 520.00 |
| 3012970WS | Magnetic Decentralizer / Per R | SO-11433-14 | 1.00 | EACH | 200.00 | | 200.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11433-14 | 1.00 | EACH | 1,040.00 | | 1,040.00 |
| 3016090WS | Dye Pill/Lb A Restocking Charge Of 30% Of The | SO-11433-14 | 1.00 | Pounds | 114.00 | | 114.00 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11433-14 | 125.00 | EACH | 18.50 | | 2,312.50 |
| 3016086WS | Liquid Vis, 5 Gal | SO-11433-14 | 1.00 | Pail | 211.25 | | 211.25 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-15 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-15 | 2.00 | Hour | 320.00 | | 640.00 |
| 3500001WS | P&A Package, 5000 PSI Package Includes Cementing | SO-11433-15 | 1.00 | Days | 1,800.00 | | 1,800.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 19

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.
AFE: FW207001
Location: 6817
Line of Business: 430

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A-5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11433-15 | 3.00 | Days | 31.80 | | 95.40 |
| 3000671WS | Electric Pump, 10 Horsepower, 230 Volt, 3 Phase | SO-11433-15 | 2.00 | EACH | 150.00 | | 300.00 |
| 3003020WS | Suction Hose, 10 Ft X 4 In, With Fig 100 Unions | SO-11433-15 | 3.00 | EACH | 12.00 | | 36.00 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11433-15 | 6.00 | EACH | 14.40 | | 86.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11433-15 | 6.00 | EACH | 10.20 | | 61.20 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11433-15 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11433-15 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11433-15 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11433-15 | 2.00 | EACH | 45.00 | | 90.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11433-15 | 4.00 | EACH | 7.20 | | 28.80 |
| 3510206WS | Open Hole Safety Barricades 5-Day Min | SO-11433-15 | 2.00 | EACH | 30.00 | | 60.00 |
| 3000999WS | SPILL STATION | SO-11433-15 | 1.00 | EACH | 63.25 | | 63.25 |
| 3000999WS | BHP STABILIZERS & BYPASS MANDRELS | SO-11433-15 | 1.00 | EACH | 57.19 | | 57.19 |
| 3000695WS | Supply Basket Any Size | SO-11433-15 | 5.00 | EACH | 48.00 | | 240.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11433-15 | 2.00 | EACH | 20.40 | | 40.80 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266587
Invoice Date: 3/19/2020
Page: 20

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207001
Location: 6817
Line of Business: 430

**Amount Due: 139,151.87**

Lease & Well: OCSG 03332 A 5 EUGENE ISLAND 337
County: OS
State: OS

Job Start Date: 2/27/2020
Job End Date: 3/13/2020
Latitude
Longitude

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11433-15 | 1.00 | EACH | 19.20 | | 19.20 |
| 300620WS | Blind Box | SO-11433-15 | 1.00 | EACH | 30.00 | | 30.00 |
| 3015001WS | Cement, 94.6 Lb/Sack, Class H | SO-11433-15 | 42.00 | | 18.50 | | 777.00 |
| 3000995WS | 1-1-100 CEMENT ADDITIVE | SO-11433-15 | 6.00 | EACH | 430.10 | | 2,580.60 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine | SO-11433-15 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11433-16 | 3.00 | Hour | 320.00 | | 960.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11433-16 | 3.00 | Hour | 250.00 | | 750.00 |
| 3310300WS | Transportation Auto Or Pickup Transportation Of | SO-11433-16 | 364.00 | Mile | 2.00 | | 728.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call (504) 352-5558

| | |
|---|---|
| Total Discount | 0.00 |
| Net Invoice | 139,151.87 |
| Freight | 0.00 |
| Tax | 0.00 |
| Total | 139,151.87 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT 17

## Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-206572 |
| Invoice Date: | 1/14/2020 |
| Page: | 1 |

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW707001
Location: 0969
Line of Business: 164

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 62,676.50

Lease & Well: OCSG 3332 D 337 A-5
County: OS
State: OS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/14/2020 |
| Latitude: |
| Longitude: |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 330805CT | Flanged flow CROSS, per day | 0969-5644 | 10.00 | Days | 150.00 | | 1,500.00 |
| 334126CT | 1.20" & 1-1/4" depth charge | 0969-5644 | 6,000.00 | Per | 0.30 | | 1,800.00 |
| 334124CT | 1.20" & 1-1/4" depth charge | 0969-5644 | 8,905.00 | Per | 0.30 | | 2,671.50 |
| 430125CT | 1" & 1-1/4" Coiled Tubing U | 0969-5644 | 10.00 | Each | 2,400.00 | | 24,000.00 |
| 431123CT | 1" & 1-1/4" Coiled Tubing U | 0969-5644 | 14.00 | Each | 200.00 | | 2,800.00 |
| 630100CT | Single Head Pump with Cert m | 0969-5644 | 10.00 | Hours | 1,440.00 | | 14,000.00 |
| 600100CT | Fluid Pump Add hr | 0969-5644 | 14.00 | Hours | 120.00 | | 1,680.00 |
| 730104CT | B.O.P. 4-7/16 Single pipe sel | 0969-5644 | 10.00 | Days | 330.00 | | 3,300.00 |
| 730117CT | Radio communications, set of | 0969-5644 | 10.00 | Days | 140.00 | | 1,400.00 |
| 700118CT | 4 1/16" 15M Blind shear rams | 0969-5644 | 10.00 | Days | 510.00 | | 5,100.00 |
| 700147CT | Hydraulic headstand, per day | 0969-5644 | 10.00 | Days | 180.00 | | 1,800.00 |
| 700147CT | Hydraulic headstand, per day | 0969-5644 | 10.00 | Days | 120.00 | | 1,200.00 |
| 700115CT | Nitrogen bottle rack, per Job | 0969-5644 | 1.20 | Each | 900.00 | | 900.00 |
| 700157CT | Pipe pigs ea, ea e 1"& 1-1 | 0969-5644 | 1.20 | Each | 125.00 | | 125.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2100

| | |
|---|---|
| Total Discount | 0.00 |
| Net Invoice | 62,676.50 |
| Freight | 0.00 |
| Tax | 0.00 |
| Total | 62,676.50 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions ("Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superenergy.com/subsidiary/warrior/>) Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

---

## Warrior
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112
Lease / OCS-G: 3332

Broussard, LA
164-0969
Offshore Division

**FIELD TICKET**



| | |
|---|---|
| Latitude: | 28.1096 |
| Longitude: | 91.4556 |
| Field: | EL 337 |
| Well: | A-5 |

| | |
|---|---|
| Ticket Number: | 0969-5644 |
| Job Number: | 20-0969-013 |
| Start Date: | March 1, 2020 |
| End Date: | March 2, 2020 |

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 300866 | Flow Cross per day | Day | 10 | 150.00 | 1500.00 |
| 304126 | Pipe Charges Standard Service RUN # 1 3-3-2020 | Ft/Run/Day | 6,000 | 0.30 | 1,800.00 |
| 304126 | Pipe Charges Standard Service RUN # 2 3-4-2020 | Ft/Run/Day | 8,905 | 0.30 | 2,671.50 |
| 400125 | 1.25" CT Unit 12Hr Minimum per day with 3 men | 12Hr | 10 | 2,400.00 | 24,000.00 |
| 401125 | CT Unit Additional Hours | Hr | 14 | 200.00 | 2800.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 10 | 1,400.00 | 14000.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 14 | 120.00 | 1680.00 |
| 700104 | Single BOP per day | Day | 10 | 330.00 | 3,300.00 |
| 700117 | Communication Radio per day | Day | 10 | 140.00 | 1,400.00 |
| 700118 | Blind/Shear BOP per day | Day | 10 | 510.00 | 5,100.00 |
| 700147 | Injector Stand per day | Day | 10 | 180.00 | 1,800.00 |
| 700147 | Work Platform per day | Day | 10 | 120.00 | 1,200.00 |
| 700495 | MTL 2010-N03 Compliance Testing per Job | Job | 1 | 2,000.00 | |
| 700115 | N2 Bottle Rack per Job | Job | 1 | 900.00 | 900.00 |
| 700157 | Pipe Pig | ea | 1 | 125.00 | 125.00 |

BLOCKWELL EL 337 A
OCSG 3332
APE FW 707001
CODE 80
CO-REP Dwayne Gautier
SIGNATURE
Hawkins # 550023

Field Estimated Total $62,676.50

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Harper, Ben | 141 | | | | | | |
| | Nolan, Anthony | 141 | | | | | | |
| | Touchet, Preston | 141 | | | | | | |

SI-206572a

---

## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 1, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013



### Customer & Well Information
Fieldwood
OCSG: 3332
Field: EL 337
Well: A-6
BSEE INSPECTION TODAY (Yes/No):

### Equipment
CTU / IXJ / Pack-off
Fluid / N2 Pumps    Pump & Stim
Quad / Safety / BS
Daily Cost  $  5,590.00
Total Hours Worked  42

IPS Supervisors: Anthony Nolan

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| 06:00 | | Perform hazard hunts on equipment |
| 07:00 | | Off load BOP's and blind/shear rams from work boat |
| 08:00 | | Start rigging up ratios and gato valves to BOP's |
| 10:30 | | Start putting up scaffolding around tree |
| 12:00 | | Start rigging BOP's to well |
| 15:00 | | Put up stub structure and injector jack stand over BOP's |
| 16:00 | | Put up pump line, kill line and flow back line |
| 17:30 | | Start rigging up hydrolic hoses to BOP's |
| 19:00 | | Shut down for night |

---

## Warrior
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 2, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

### Customer & Well Information
Fieldwood
OCSG: 3332
Field: EL 337
Well: A-6
BSEE INSPECTION TODAY (Yes/No):

### Equipment
CTU / IXJ / Pack-off
Fluid / N2 Pumps    Pump & Stim
Quad / Safety / BS
Daily Cost  $  7,270.00
Total Hours Worked  39

IPS Supervisors: Anthony Nolan

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | 06:00 | Hold safety meeting |
| 06:00 | 06:30 | Perform hazard hunts |
| 06:30 | 07:30 | Rig up injector and hydralic hoses |
| 07:30 | 08:00 | Function test all equipment |
| 08:00 | 09:00 | Stab pipe |
| | | Pump pig though reel |
| 09:00 | | Have pig tacks 8.50BBLs to feel reel P/U injector and put on coil connector and pull test 10,000# end 15,000# |
| 09:30 | 10:30 | Pressure test coil connector |
| 10:30 | 11:30 | Start test #1 |
| 11:30 | 11:55 | Test #1 good start test #2 |
| 11:55 | 12:15 | Test #2 good |
| 12:15 | | Make up injector at test .50BPM at 2200psi, .75BPM at 2600psi and 1.00BPM at 3900psi |
| 12:30 | 13:15 | Stab injector on to BOP's |
| 13:15 | 13:40 | Start test #3 |
| 13:40 | 14:30 | Test #3 good start test #4 |
| 14:30 | 14:55 | Test #4 good start test #5 |
| 14:55 | 15:15 | Test #5 good start test #6 |
| 15:15 | 15:50 | Test #6 good start test #7 |
| 15:50 | 16:15 | Test #7 good start test #8 |
| 16:15 | 16:45 | Testing completed perform draw down on BOP's |
| 16:45 | 17:00 | Make up BHA and stab injector on to BOP's and secure it |
| 17:00 | 18:00 | Perform hazard hunts on deck and equipment |
| 18:00 | | Shut down for night |

**EXHIBIT 17**



## Warrior
### Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 3, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G: | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Fleld: EI. 337 | | Fluid / N2 Pumps | |
| | Wed: A-6 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 7,070.00 |
| IPS Supervisors: | Anthony Nolan | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Perform Hazard hunts |
| 07:00 | | P&A fixing leaking casing valve |
| | 08:15 | Test break 5000psi |
| 08:30 | | Open well 1700WHP RIH pumping .25BPM at 2900psi |
| | 11:00 | CT at 6,000ft return tank full of oil POOH |
| 12:15 | | OOH secure well and change out stripper rubber |
| | 13:00 | Get with production to pump away oil |
| 14:30 | | Have oil pumped away assist P&A as needed |
| | 18:00 | Shut down for night |



## Warrior
### Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 4, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G: | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Fleld: EI. 337 | | Fluid / N2 Pumps | |
| | Wed: A-6 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 9,221.50 |
| IPS Supervisors: | Anthony Nolan | | Total Hours Worked | 48 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 06:30 | Perform hazard hunts |
| 07:00 | | Offload equipment from boat |
| | 08:45 | Open well 850psi WHP |
| 09:00 | | Shut down close in well personel foot with thoug deck on platform wait on orders |
| 13:20 | | Of word we can go back to work |
| 13:30 | | Open well 1500psiWHP RIH pumping .25RPM at 2800psi |
| | 16:00 | 7500' increase pump to .50BPM at 4900psi pump 3bbl gel sweep |
| 16:52 | | 8400'start washing |
| 17:00 | | Start adding friction reducer |
| 17:20 | | Start getting mud and sand back at 8500' increase pump to 1.00BPM |
| | 17:50 | 8680' pump 3bbl gel sweep |
| 18:00 | | Tagging at 8900' pump pressure keeps on climbing pump gel sweep and pent pipe blue |
| | 19:00 | Returns cleaned RIH and tagging at 8905' POOH |
| 22:00 | | OOH secure well shut down for night |



## Warrior
### Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 5, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G: | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Fleld: EI. 337 | | Fluid / N2 Pumps | |
| | Wed: A-6 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 5,270.00 |
| IPS Supervisors: | Anthony Nolan | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts |
| 06:30 | | Unstab injector and break off BHA set injector down |
| | 07:30 | open well to check pressure 2100SITP |
| 08:00 | | Secure well rig up slick line assist as needed |
| | 14:00 | Rig up E-line assist as needed |
| 18:00 | | Shut down for night |



## Warrior
### Coil Tubing, Nitrogen & Fluid Pumping Services
### Daily Job Report

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 6, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G: | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Fleld: EI. 337 | | Fluid / N2 Pumps | |
| | Wed: A-6 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): YES | | Daily Cost $ | 5,270.00 |
| IPS Supervisors: | Anthony Nolan | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts and service equipment |
| 07:00 | | Running E-line assist as needed |
| | 11:00 | BSEE on location |
| 12:30 | | BSEE shut down operations due to gas detector on return tank. |
| | 13:00 | Getting total safety on to loction to fix gas cectactor and work on BSEE to say we can go back to work |
| 15:00 | | Have word that we can run E-line as long as we do not have returns |
| | 18:00 | Shut down for night |

**EXHIBIT 17**



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 7, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Field : E.I. 337 | | Fluid / N2 Pumps | |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 5,270.00 |
| IPS Supervisor: Anthony Nolan | | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 05:30 | | Hold safety meeting |
| | 06:00 | Hazard hunts service equipment |
| 07:00 | | Boat work |
| | 10:30 | Running E-line asset as needed |
| 18:00 | | Shut down |

**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 8, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Field : E.I. 337 | | Fluid / N2 Pumps | |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 5,270.00 |
| IPS Supervisor: Anthony Nolan | | | Total Hours Worked | 39 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:00 | Hazard hunts service equipment |
| 08:00 | | Assist P&A as needed |
| | 18:00 | Shut down |



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 9, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Field : E.I. 337 | | Fluid / N2 Pumps | |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 5,910.00 |
| IPS Supervisor: Anthony Nolan | | | Total Hours Worked | 45 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:00 | Hazard hunts and service equipment |
| 07:30 | | Crane unable to boom down work on crane |
| | 10:00 | Crane fixed pull off N2 bottel racks and blow reel dry |
| 11:00 | | E-line RIH assist as needed |
| | 12:00 | E-line tagging at 8615' POOH to run gauge |
| 13:50 | | E-line tagging at 8615' POOH |
| | 14:15 | Have wool to start rigging down coiltubing |
| 20:00 | | Shut down for night |



**Warrior**
Coil Tubing, Nitrogen & Fluid Pumping Services
**Daily Job Report**

105 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2100
Fax: 337-714-2112

Date: March 10, 2020
Ticket Number: 0969-5644
Job Number: 20-0969-013

| Customer & Well Information | | | Equipment | |
|---|---|---|---|---|
| Fieldwood | OCS-G : | 3332 | CTU / INJ / Pack-off | Pump & Stim |
| | Field : E.I. 337 | | Fluid / N2 Pumps | |
| | Well : A-5 | | Quad / Safety / BS | |
| | BSEE INSPECTION TODAY (Yes/No): | | Daily Cost $ | 8,090.00 |
| IPS Supervisor: Anthony Nolan | | | Total Hours Worked | 54 |

| FROM | TO | DESCRIPTION |
|---|---|---|
| 06:00 | | Hold safety meeting |
| | 07:30 | Start packing up rest of equipment and start back loading boat |
| 13:00 | | On crew boat travel to dock |
| | 20:30 | At dock travel to shop |
| 22:00 | | At shop |

**EXHIBIT 17**

## Form 1 (Top Left)

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercagay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 1, 2020
End Date:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | 1,440.00 |
| 401125 | CT Unit Additional Hours | Hr | 1 | $200.00 | 200.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 1 | $120.00 | 120.00 |

Field Estimated Total = $5,590.00

| Employee Name | Hours |
|---|---|
| Nolen, Anthony | 14 |
| Harper, Von | 14 |
| Touchet, Preston | 14 |

## Form 2 (Top Right)

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercagay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 2, 2020
End Date:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | 1,440.00 |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 300120 | Fluid Pump Additional Hr | Hr | | $120.00 | |
| 300120 | NTL 2010-N05 Compliance Testing per job | Job | 1 | $2,000.00 | 2,000.00 |

Field Estimated Total = $7,278.00

| Employee Name | Hours |
|---|---|
| Nolen, Anthony | 13 |
| Harper, Von | 13 |
| Touchet, Preston | 13 |

## Form 3 (Bottom Left)

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercagay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 3, 2020
End Date:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | 1,440.00 |
| 304125 | Pipe Charges Standard Service  RUN # 1 3-3-2020 | Ft/Run/Dry | 6,000 | $0.30 | 1,800.00 |

Field Estimated Total = $7,070.00

| Employee Name | Hours |
|---|---|
| Nolen, Anthony | 13 |
| Harper, Von | 13 |
| Touchet, Preston | 13 |

## Form 4 (Bottom Right)

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercagay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCS-G: 3332
Field: E.I. 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 4, 2020
End Date:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300805 | Flow Cross per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | 1,440.00 |
| 304125 | Pipe Charges Standard Service  RUN # 2/ 3-4-2020 | Ft/Run/Dry | 8,500 | $0.30 | 2,671.50 |
| 401125 | CT Unit Additional Hours | Hr | 4 | $200.00 | 800.00 |
| 600120 | Fluid Pump Additional Hr | Hr | 4 | $120.00 | 480.00 |

Field Estimated Total = $9,321.50

| Employee Name | Hours |
|---|---|
| Nolen, Anthony | 15 |
| Harper, Von | 15 |
| Touchet, Preston | 15 |

**EXHIBIT 17**

## Form 1

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Berezgaoy Road
Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCG-O: 3332
Field: ILA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 6, 2020
End Date:
Sales:

Fleetwood

AFE / PO:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum.per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300605 | Flow Cross.per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand.per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform.per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio.per.day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum.per day | Day | 1 | $1,440.00 | 1,440.00 |
| 304126 | Pipe Charges Standard Service | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

## Form 2

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Berezgaoy Road
Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCG-O: 3332
Field: ILA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 6, 2020
End Date:
Sales:

Fleetwood

AFE / PO:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum.per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300605 | Flow Cross.per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand.per day | Day | 1 | $120.00 | 120.00 |
| 700147 | Work Platform.per day | Day | 1 | $140.00 | 140.00 |
| 700117 | Communication Radio.per.day | Day | 1 | $1,440.00 | 1,440.00 |
| 600100 | Fluid Pump 12Hr Minimum.per day | Day | | | |
| 304126 | Pipe Charges Standard Service | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

## Form 3

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Berezgaoy Road
Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCG-O: 3332
Field: ILA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 7, 2020
End Date:
Sales:

Fleetwood

AFE / PO:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum.per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300605 | Flow Cross.per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand.per day | Day | 1 | $100.00 | |
| 700147 | Work Platform.per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio.per.day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum.per day | Day | 1 | $1,440.00 | 1,440.00 |
| 304126 | Pipe Charges Standard Service | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

## Form 4

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Berezgaoy Road
Broussard, LA 70518
Phone: (337) 714-2100    Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Latitude:
Longitude:
Lease / OCG-O: 3332
Field: ILA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0969-5644
Job Number: 20-0969-013
Start Date: March 8, 2020
End Date:
Sales:

Fleetwood

AFE / PO:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr. Minimum.per day with 3 men | 12Hr | 1 | $2,400.00 | 2,400.00 |
| 700104 | Single BOP per day | Day | 1 | $330.00 | 330.00 |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | 510.00 |
| 300605 | Flow Cross.per day | Day | 1 | $150.00 | 150.00 |
| 700147 | Injector Stand.per day | Day | 1 | $180.00 | 180.00 |
| 700147 | Work Platform.per day | Day | 1 | $120.00 | 120.00 |
| 700117 | Communication Radio.per.day | Day | 1 | $140.00 | 140.00 |
| 600100 | Fluid Pump 12Hr Minimum.per day | Day | 1 | $1,440.00 | 1,440.00 |
| 304126 | Pipe Charges Standard Service | Ft/Run/Day | | $0.30 | |
| 401125 | CT Unit Additional Hours | Hr | | $200.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | | $120.00 | |

Field Estimated Total = $ 5,270.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 13 | | | | | | |
| | Harper, Von | 13 | | | | | | |
| | Touchet, Preston | 13 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

**EXHIBIT 17**

## Left Form

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714 2100   Fax: (337) 714 2112

**SERVICE ORDER FIELD REQUEST**

Fieldwood

Latitude
Longitude
Lease / OCS-G: 3332
Field: EA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0963-5644
Job Number: 20-0969-013
Start Date: March 9, 2020
End Date:

AFE / PO:   Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | | Total | |
|---|---|---|---|---|---|---|---|
| 400125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | $ | 2,400.00 | |
| 700104 | Single BOP per day | Day | 1 | $330.00 | $ | 330.00 | |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | $ | 510.00 | |
| 300605 | Flow Cross per day | Day | 1 | $150.00 | $ | 150.00 | |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | $ | 180.00 | |
| 700147 | Work Platform per day | Day | 1 | $120.00 | $ | 120.00 | |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | $ | 140.00 | |
| 602100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ | 1,440.00 | |
| 304130 | Pipe Charges Standard Service | PiRun/Day | | | $0.30 | | |
| 401125 | CT Unit Additional Hours | Hr | 2 | $200.00 | $ | 400.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | 2 | $120.00 | $ | 240.00 | |

Field Estimated Total = $ 5,910.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 15 | | | | | | |
| | Harper, Von | 15 | | | | | | |
| | Touchet, Preston | 15 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

## Right Form

**Warrior**
Coiled Tubing, Nitrogen & Fluid Pumping Services
105 Bercegeay Road
Broussard, LA 70518
Phone: (337) 714-2100   Fax: (337) 714-2112

**SERVICE ORDER FIELD REQUEST**

Fieldwood

Latitude
Longitude
Lease / OCS-G: 3332
Field: EA 337
Well: A-6
Parish / State:
Federal Waters:

Ticket Number: 0963-5644
Job Number: 20-0969-013
Start Date: March 10, 2020
End Date:

AFE / PO:   Sales:

| Product Code | Description | Unit of Measure | Quantity | Unit Price | | Total | |
|---|---|---|---|---|---|---|---|
| 480125 | 1.25" CT unit 12Hr, Minimum per day with 3 men | 12Hr | 1 | $2,400.00 | $ | 2,400.00 | |
| 700104 | Single BOP per day | Day | 1 | $330.00 | $ | 330.00 | |
| 700118 | Blind/Shear BOP per day | Day | 1 | $510.00 | $ | 510.00 | |
| 300605 | Flow Cross per day | Day | 1 | $150.00 | $ | 150.00 | |
| 700147 | Injector Stand per day | Day | 1 | $180.00 | $ | 180.00 | |
| 700147 | Work Platform per day | Day | 1 | $120.00 | $ | 120.00 | |
| 700117 | Communication Radio per day | Day | 1 | $140.00 | $ | 140.00 | |
| 602100 | Fluid Pump 12Hr Minimum per day | Day | 1 | $1,440.00 | $ | 1,440.00 | |
| 304120 | Pipe Charges Standard Service | PiRun/Day | | | $0.30 | | |
| 401125 | CT Unit Additional Hours | Hr | 6 | $200.00 | $ | 1,200.00 | |
| 600130 | Fluid Pump Additional Hr | Hr | 6 | $120.00 | $ | 720.00 | |
| 700118 | X2 Bottle Rack per job | Job | 1 | $900.00 | $ | 900.00 | |

Field Estimated Total = $ 8,090.00

| ID | Employee Name | Hours | ID | Employee Name | Hours | ID | Employee Name | Hours |
|---|---|---|---|---|---|---|---|---|
| | Nolan, Anthony | 18 | | | | | | |
| | Harper, Von | 18 | | | | | | |
| | Touchet, Preston | 18 | | | | | | |

Customer Authorized Agent Name
Customer Authorized Agent Signature

## Bottom Form

**WARRIOR**
Coiled Tubing, Nitrogen & Fluid Pumping Services

**Field Invoice Ticket**

105 Bercegeay Road
Broussard, IA 70518
Phone:(337) 714-2100
Fax:(337) 714-2112

CT: 0969   Ticket 5644
Date(s): 3-1-20 / 3-9-20

Invoice:
Inv. Date:
SRO #:
PO #:
AFE #:
Job #:
Job Description:
Latitude:

Bill To:   Fieldwood
Address:
City:
Well#:
Field:
County State:

| Product Code | Description | Unit | Qty | Rate | Discount | Invoice Amount |
|---|---|---|---|---|---|---|
| | See Complete Field | | | | | |

ESTIMATED TOTAL

X Customer Authorized Agent Signature
X Customer Authorized Printed Name

EXHIBIT 17