# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
  Attn: ARMAND SAMUELS
  LUGENBUHL, WHEATON, PECK
  601 POYDRAS ST., SUITE 2775
  NEW ORLEANS, LA  70130-6041

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORP

---

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          8

**File # :** 2020-00003727

**Book :**  776       **Page :**  617

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/11/2020

At (Recorded Time) : 11:00:07AM

Doc ID - 005338150008

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/11/2020 at 11:00:07
Recorded in Book  776  Page  617
File Number 2020-00003727

Deputy Clerk



**Return To :**   Attn: ARMAND SAMUELS

**EXHIBIT 18**



**EXHIBIT 18**

<table>
<tr><td>FILED:</td><td>Plaquemines Parish,<br>Bureau of Ocean Energy Management</td></tr>
<tr><td>LEASE NO.:</td><td>OCS-G-04481</td></tr>
<tr><td>AREA/BLOCK:</td><td>MP 77</td></tr>
<tr><td>OPERATOR:</td><td>Fieldwood Energy, LLC</td></tr>
<tr><td>LESSEE:</td><td>Fieldwood Energy, LLC; Fieldwood Energy Offshore LLC</td></tr>
<tr><td>AMOUNT:</td><td>$11,636.00</td></tr>
</table>

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.     He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2.     Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.     In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.     Between approximately March 12, 2020 through March 15, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-04481, Main Pass, Block 77, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.     As of the present date, a remaining principal amount of $11,636.00 is due and owing on Invoice No. SI-266586 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing

EXHIBIT 18

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood and Fieldwood Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

**EXHIBIT 18**

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 18**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266586 |
| **Invoice Date:** | 3/19/2020 |
| **Page:** | 1 |

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| **Customer No.** | 10534 |
| **P.O. No.:** | |
| **AFE:** | LOE |
| **Location:** | 0969 |
| **Line of Business:** | 460 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due: 11,636.00

| | |
|---|---|
| Lease & Well: OCSG 4481 MP 77A A-16 | |
| County: OS | |
| State: OS | |

| | |
|---|---|
| **Job Start Date:** | 3/12/2020 |
| **Job End Date:** | 3/15/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 100101F | Technician Day Rate | LF-43834 | 6.00 | Days | 1,248.00 | | 7,488.00 |
| 100301F | Mileage Personnel RT | LF-43834 | 350.00 | Mile | 2.50 | | 875.00 |
| 100401F | Environmental Charge | LF-43834 | 1.00 | Job | 100.00 | | 100.00 |
| 102600F | Air Compressor | LF-43834 | 2.00 | EACH | 200.00 | | 400.00 |
| 101100F | Torque Unit | LF-43834 | 1.00 | Hour | 1,000.00 | | 1,000.00 |
| 101408F | Specialty Tool Package | LF-43834 | 1.00 | Days | 525.00 | | 525.00 |
| 100001F | Technician | LF-43835 | 24.00 | Hour | 52.00 | | 1,248.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 839-0441

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| | Net Invoice: | 11,636.00 |
| | Freight: | 0.00 |
| | Tax: | 0.00 |
| | Total: | 11,636.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT
A
EXHIBIT 8

☐ Delivery ☐ Rental ☐ Sales ☑ Service

**REMIT PAYMENTS TO:**
Warrior Energy Services
Dept. 2114
P.O. Box 122114
Dallas, TX 75312-2114



**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

1037 Freeman Road
Broussard, LA 70518
Phone: 337-839-0441
Fax: 337-839-0446

LF- 43834

Job No. 2OLF0071

| Company | Fieldwood Energy | Rig / Type | Platform | | AFE No. LDE |
|---|---|---|---|---|---|
| Billing Address | | Lease No. 4481 | OCSG | | P.O. No. |
| | | Area/County mP | | | Well No. A - 16 |
| Ordered By | Russell Yarbourough | Block No. 77A | | | Latitude 29.180794 |
| Date Out | 3-12-20 Time | Date In | 3-14-20 Time | | Longitude 88.903069 |

| CODE | DESCRIPTION | Qty. | | RATE | | MEASURE | EXTENDED COST |
|---|---|---|---|---|---|---|---|
| 100 - 101 | Operator Day Rate x 2 | 1 | @ | 1,248.00 | PER | DAY | $ 2,496.00 |
| 100 - 301 | Mileage Equipment RT | 350 | @ | 2.50 | PER | M | $ 875.00 |
| 100 - 401 | Environmental Charge | 1 | @ | 100.00 | PER | Job | $ 100.00 |
| 120 - 600 | Air Compressor | 1 | @ | 200.00 | PER | DAY | $ 200.00 |
| | | | @ | | PER | | $ . . . |
| | 3-13-20 + 3-14-20 | | @ | | PER | | $ |
| 100 - 101 | Operator Day Rate x 2 | 2 | @ | 1,248.00 | PER | DAY | $ 4,992.00 |
| 101 - 100 | Torque Unit | 1 | @ | 1,000.00 | PER | DAY | $ 1,000.00 |
| 120 - 600 | Air Compressor | 1 | @ | 200.00 | PER | DAY | $ 200.00 |
| 101 - 408 | Specialty Tool Package | 1 | @ | 525.00 | PER | DAY | $ 525.00 |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | FIELDWOOD ENERGY | | @ | | PER | | $ |
| | WELL NAME: mp 77A - 16 | | @ | | PER | | $ |
| | AFE: 0.E. Copeland | | @ | | PER | | $ |
| | ENGINEER: Greg 7866 171 | | @ | | PER | | $ |
| | GL ACCT: 573604 | | @ | | PER | | $ |
| | ROUTING ID#: | | @ | | PER | | $ |

**WORK DESCRIPTION** _____  SUBTOTAL  $ 10,388.00

SUPERVISORS(S) Arry Linton
OPERATOR(S) Ben Trahan

TOTAL  $ 10388.00

Russell Yarbarough / Russell Yarborough

CUSTOMER REPRESENTATIVE (Signature) / (Print Name)   Date 3-14-20   WARRIOR ENERGY Representative   Date

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

91 - 266586   **EXHIBIT 18**

☐ Delivery  ☐ Rental  ☐ Sales  ☑ Service

REMIT PAYMENTS TO:
Warrior Energy Services
Dept. 2114
P.O. Box 122114
Dallas, TX 75312-2114



A SUPERIOR ENERGY SERVICES COMPANY

1037 Freeman Road
Broussard, LA 70518
Phone: 337-839-0441
Fax: 337-839-0446

ND/NU/ST

LF- 43835

Job No. ∂ 6LF0071

| Company | Fieldwood Energy | Rig / Type | Platform | | AFE No. LOE | |
|---|---|---|---|---|---|---|
| Billing Address | | Lease No. | 4481 | DCSG | P.O. No. | |
| | | Area/County | MP | | Well No. A-16 | |
| Ordered By | Russell Yar bonough | Block No. | 77A | | Latitude 29.180794 | |
| Date Out | 3-15-20 Time | Date In | 3-15-20 Time | | Longitude -88.903069 | |

| CODE | DESCRIPTION | Qty. | | RATE | | MEASURE | EXTENDED COST |
|---|---|---|---|---|---|---|---|
| 100 -001 | Operator | 12 | @ | 52.00 | PER | HR | $ 624.00 |
| 100 - 001 | Operator | 12 | @ | 52.00 | PER | HR | $ 624.00 |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |

WORK DESCRIPTION

SUBTOTAL  $ 1,248.00

SUPERVISORS(S) Larry Linton
OPERATOR(S) Ben Trahan

TOTAL  $ 1,248.00

CUSTOMER REPRESENTATIVE (Signature) / (Print Name)    Date  3-14-20    WARRIOR ENERGY Representative  Date

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT 18

☐ Delivery  ☐ Rental  ☐ Sales  ☑ Service

REMIT PAYMENTS TO:
Warrior Energy Services
Dept. 2114
P.O. Box 122114
Dallas, TX 75312-2114



1037 Freeman Road
Broussard, LA 70518
Phone: 337-839-0441
Fax: 337-839-0446

LF- 

Job No. 26LF0071

| | | | | | |
|---|---|---|---|---|---|
| Company | Fieldwood Energy | Rig / Type | Platform | AFE No. | LOE |
| Billing Address | | Lease No. | 4481 | P.O. No. | |
| | | Area/County | MP | Well No. | A-16 |
| Ordered By | Russell Yarborough | Block No. | 77A | Latitude | 29.180794 |
| Date Out | 3-15-20  Time | Date In | 3-15-20 Time | Longitude | 88.903069 |

| CODE | DESCRIPTION | Qty. | | RATE | | MEASURE | EXTENDED COST |
|---|---|---|---|---|---|---|---|
| 100-051 | Operator | 12 | @ | 52.00 | PER | HR | $ 624.00 |
| 100-051 | Operator | 12 | @ | 52.00 | PER | HR | $ 624.00 |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |
| | | | @ | | PER | | $ |

FIELDWOOD ENERGY
WELL NAME: MP 77A-16
AFE: LOE
ENGINEER: Greg Copeland
GL ACCT: 2200-111
ROUTING ID#: 573009

WORK DESCRIPTION _____

SUBTOTAL  $ 1248.00

SUPERVISORS(S)  Larry Linton
OPERATOR(S)  Beau Trahan

Russell Yarborough / Russell Yarborough
CUSTOMER REPRESENTATIVE (Signature) / (Print Name)   Date 3-16-20

TOTAL  $

WARRIOR ENERGY Representative   Date

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 18**