# Terrebonne Parish Recording Page

Theresa A. Robichaux
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: AMANDA E SAMUELS
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY L L C

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORP

Index Type : MORTGAGES        File # : 1610394
Type of Document : LIEN
                                Book : 3180    Page : 280
Recording Pages : 8

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 09/11/2020 at 10:32:05
Recorded in Book 3180 Page 280
File Number 1610394

*Lisa B Laupl*
Deputy Clerk

On (Recorded Date) : 09/11/2020

At (Recorded Time) : 10:32:05AM

Doc ID - 015113820008

**Return To :** Attn: AMANDA E SAMUELS
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document        **EXHIBIT 19**

|  |  |
|---|---|
| FILED: | Terrebonne Parish,<br>Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-03593 |
| AREA/BLOCK: | ST 195 |
| OPERATOR: | Fieldwood Energy Offshore LLC |
| AMOUNT: | $8,253.20 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 17, 2020 through March 19, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-03593, South Timbalier, Block 95, off the coast of Terrebonne Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $8,253.20 is due and owing on Invoice No. SI-266618 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual

- 1 -

**EXHIBIT 19**

interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood Energy Offshore LLC ("FEO"), BOEM Company Number 03035, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, FEO; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood and the Operator(s) of the Lease at the following: (a)

- 2 -

EXHIBIT 19

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 20th day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 19**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266618 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 4754 |
| AFE: | FW207008 |
| Location: | 0969 |
| Line of Business: | 204 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: OCSG 3593 B2 ST195
County: OS
State: OS

**Amount Due:** **8,253.20**

| | |
|---|---|
| Job Start Date: | 3/17/2020 |
| Job End Date: | 3/19/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000100 | Service Charge Offshore Cased Hole | 20-0969-115 | 1.00 | Each | 3,600.00 | 75.00% | 900.00 |
| 5000220 | Special Supervisor, per hour | 20-0969-115 | 22.50 | Hours | 105.00 | | 2,362.50 |
| 5010024 | Sector Cement Bond Log Depth Charge | 20-0969-115 | 6,000.00 | FOOT | 0.42 | | 2,520.00 |
| 5015024 | Sector Cement Bond Logging Charge | 20-0969-115 | 2,000.00 | FOOT | 0.42 | | 840.00 |
| 5000287 | Centralizers per run, per device | 20-0969-115 | 2.00 | Each | 175.00 | | 350.00 |
| 5000220 | Special Supervisor, per hour | 20-0969-115 | 10.50 | Hours | 105.00 | | 1,102.50 |
| 5000110 | Crew Mileage, per mile | 20-0969-115 | 330.00 | Mile | 0.54 | | 178.20 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 714-2550

| | | | |
|---|---|---|---|
| Total Discount: | (2,700.00) | Net Invoice: | 8,253.20 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 8,253.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT A**

EXHIBIT 19



## Warrior Energy Services Corp.
Broussard Wireline Division
102 Bercegeay Rd.
Broussard, LA 70518

**WESC**

Terms: NET 30 DAYS
Should these terms not be observed, a 1.5% penalty per month, or the maximum rate allowed by applicable law, will be assessed to this invoice. The customer further agrees to pay all cost of collections and relevant attorney fees. All services are supplied subject to our General Terms and Conditions as stated in our Current Price Schedule.
Subject to correction of clerical errors.

Concerning irretrievable loss of sealed sources, both Black Warrior Wireline Corp. and customer agree to abide by TRCR Parts 38, Sections 38.4 and 38.601, and NRC Part 33.77

### AMENDED FIELD TICKET

| Customer: | Fieldwood Energy | | Field Ticket No. | 20-0969-115 |
|---|---|---|---|---|
| Address: | PO Box 27709 | | Field Ticket Date | 3/19/2020 |
| City/State/Zip Code: | Houston, TX 77227-7709 | | Job No. | 20-0969-115 |
| | PO# 4754 REQ# 6471 | | Salesperson | |

| Routing ID | 580023 | | G/L Code | 3200-84 |
|---|---|---|---|---|
| Company Man | Will Paulson | | State | Louisiana |
| AFE | FW207008 | | Parish/County | Offshore |
| Recipent | Donald | | Lease | OCSG-3593 |
| Job Start Date | 03/17/20 | | Field | ST 195 |
| Job End Date | 03/19/20 | | Well No. | B2 |

| UNITS | CODE | RUNS | DEPTHS AND DESCRIPTION | UNIT PRICE | BOOK AMOUNT | AMOUNT | DISC |
|---|---|---|---|---|---|---|---|
| 1.0 | 5000-100 | | Service Charge Offshore Cased Hole | $ 3,600.00 | $ 3,600.00 | $ 900.00 | 75% |
| | | | SUB TOTAL | | $ 3,600.00 | $ 900.00 | |
| | | | TOTAL DISCOUNT | $ | | 2,700.00 | |

| | | | NON DISCOUNTED ITEMS | | | | |
|---|---|---|---|---|---|---|---|
| 22.5 | 5000-220 | | Special Supervisor, per hour | | $ 105.00 | $ 2,362.50 | |
| 6000.0 | 5010-024 | | Sector Cement Bond Log Depth Charge | | $ 0.42 | $ 2,520.00 | |
| 2000.0 | 5015-024 | | Sector Cement Bond Logging Charge | | $ 0.42 | $ 840.00 | |
| 2.0 | 5000-287 | | Centralizers per run, per device | | $ 175.00 | $ 350.00 | |
| 10.5 | 5000-220 | | Special Supervisor, per hour | | $ 105.00 | $ 1,102.50 | |
| 330.0 | 5000-110 | | Crew Mileage, per mile | | $ 0.54 | $ 178.20 | |
| | | | SUB TOTAL | | | $ 7,353.20 | |
| | | | TOTAL | | | $ 8,253.20 | |

SI-262618

**EXHIBIT 19**

Page _____ of _____



**Warrior Energy Services Corp.**
*A Division Of Superior Energy Services*
Broussard Wireline Division
102 Bercegeay Road
Broussard, LA 70518
24 Hour Phone (337) 714-2550

Date: 3/17/2020

| Company Name | Fieldwood Energy | | Well Name & # | OCSG-3593 B2 | API # 17-715-40925-00 | TICKET NUMBER 20-0969-115 |
|---|---|---|---|---|---|---|
| Address | | | District | BROUSSARD | Supervisor T. Hunt | Supervisor 0 |
| State | | | Wireline Unit Number | P&A | Operator 0 | Operator 0 |
| County/Parish | Offshore | | Rig Name & Number or Crane Unit Number | Platform | Operator 0 | Operator 0 |
| Field | ST 195 | | Company Man (print name) | Donald | Operator 0 | Operator 0 |

| | RUN DATA | | | UNITS | CODE | SERVICE DESCRIPTION | UNIT PRICE | AMOUNT | Field Amount | Discount |
|---|---|---|---|---|---|---|---|---|---|---|
| RUN (1) | Leave Shop: 3/17/20 11:00 | Arrive Loc/Dock: 3/17/20 14:00 | | 1.0 | 5000-100 | Service Charge Offshore Cased Hole | $ 3,600.00 | $ 3,600.00 | $ 900.00 | 75% |
| | Begin Rig Up: 3/18/20 12:30 | Finish Rig Up: 3/18/20 13:00 | | | | Standby | | | $ - | 0% |
| | Time In 3/17/20 14:00 | Time Out 3/18/20 12:30 | 22.5 | | 5000-220 | Special Supervisor, per hour | $ 105.00 | $ 2,362.50 | $ 2,362.50 | 0% |
| | From | To STBY | | | | | | | $ - | 0% |
| | Service | | | | | | | | $ - | 0% |
| | Time in | Time Out | | | | | | | $ - | 0% |
| | From | To STBY | | | | SCBL/CCL | | | $ - | 0% |
| | Service | | | | | | | | $ - | 0% |
| | Time In 3/18/20 13:00 | Time Out 3/18/20 13:30 | 6000.0 | | 5010-024 | Sector Cement Bond Log Depth Charge | $ 0.42 | $ 2,520.00 | $ 2,520.00 | 0% |
| | From Surf | To | 840 | 2000.0 | 5015-024 | Sector Cement Bond Logging Charge | $ 0.42 | $ 840.00 | $ 840.00 | 0% |
| | Service | SCBL/CCL | | 2.0 | 5000-287 | Centralizers per run, per device | $ 175.00 | $ 350.00 | $ 350.00 | 0% |
| | Time In | Time Out | | | | | | | $ - | 0% |
| | From | To | | | | | | | $ - | 0% |
| | Service | | | | | Standby | | | $ - | 0% |
| | Time In 3/18/20 13:30 | Time Out 3/19/20 0:00 | 10.5 | | 5000-220 | Special Supervisor, per hour | $ 105.00 | $ 1,102.50 | $ 1,102.50 | 0% |
| | From | To STBY | | | | | | | $ - | 0% |
| | Service | | | | | | | | $ - | 0% |
| | Time In | Time Out | | | | | | | $ - | 0% |
| | From | To | | | | | | | $ - | 0% |
| | Service | | | | | | | | $ - | 0% |
| | Begin Rig Down: 3/18/20 13:30 | Finish Rig Down: 3/18/20 14:00 | | | | | | | $ - | 0% |
| | Leave Location: 3/18/20 21:00 | Arrive Shop: 3/19/20 0:00 | | | | | | | $ - | 0% |
| | Total Job Time: 34:30 | Standby Hours: 33:00 | | | | | | | $ - | 0% |
| | Lost Time Hrs: 0:00 | Travel Time Hrs: 6 | 330.0 | | 5000-110 | Crew Mileage, per mile | $ 0.54 | $ 178.20 | $ 178.20 | 0% |
| | Total Trip Miles: 330 | Miles Charged: 330 | | | | SUBTOTAL | | | $ 10,953.20 | |
| | Casing Size: 7 5/8" | Liner Size: 0 | | | | DISCOUNT | | | $ (2,700.00) | |
| | Tubing Size: 0 | Drill pipe Size: 0 | | | | Est. Field Total: | | | $ 8,253.20 | |

All Invoices Payable in Dallas, TX.
TERMS: NET 30 DAYS.

Concerning irretrievable loss of sealed sources, both Warrior Energy Services and customer agree to abide by TRCR Parts 39, Sections 36.4 and 36.501, and NRC Part 39.77.

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Longitude: | 0 | Latitude: | 0 | AFE Number | |
|---|---|---|---|---|---|
| Customer Signature | | | Supervisor Signature | P.O. Number FW207008 | Manager Initials |

**EXHIBIT 19**



# Warrior Energy Services Corp.
### A Division Of Superior Energy Services
Broussard Wireline Division
102 Bertagney Road
Broussard, LA 70518
24 Hour Phone (337) 714-2550

Page ___ of ___

Date: 3/17/2020

| Company Name | Fieldwood Energy | | Well Name & #: OCSG-3593 B2 | API #: 17-716-44123-00 | TICKET NUMBER: 20-0969-115 |
|---|---|---|---|---|---|
| Address | | | District: BROUSSARD | Supervisor: T. Hunt | Supervisor: 0 |
| | | | Wireline Unit Number | Operator: 0 | Operator: 0 |
| State | | | P&A | Operator: 0 | Operator: 0 |
| County/Parish | Offshore | | Rig Name & Number or Crane Unit Number / Platform | Operator: 0 | Operator: 0 |
| Field | ST 195 | | Company Man (print name): Donald | Operator: 0 | Operator: 0 |

| | RUN DATA | | UNIT # | CODE # | SERVICE DESCRIPTION | UNIT PRICE | AMOUNT | DISC Amount | Discount |
|---|---|---|---|---|---|---|---|---|---|
| RUN | | | | 1.0 | 5000-100 | Service Charge Offshore Cased Hole | $ 3,600.00 | $ 3,600.00 | $ 900.00 | 75% |
| | Leave Shop: 3/17/20 11:00  Arrive Loc/Dock: 3/17/20 14:00 | | | | | Standby | | | $ - | 0% |
| | Begin Rig Up: 3/18/20 12:30  Finish Rig Dn: 3/18/20 13:00 | | | | | | | | $ - | 0% |
| | Time In: 3/17/20 14:00  Time Out: 3/18/20 12:30 | | 22.5 | 6000-220 | Special Supervisor, per hour | $ 105.00 | $ 2,362.50 | $ 2,362.50 | 0% |
| | From: ___ To: ___ | | | | | | | | $ - | 0% |
| | Service: STBY | | | | | | | | $ - | 0% |
| | Time In: ___ Time Out: ___ | | | | | | | | $ - | 0% |
| | From: ___ To: ___ | | | | | | | | $ - | 0% |
| | Service: STBY | | | | | SCBL/CCL | | | $ - | 0% |
| (1) | Time In: 3/18/20 13:00  Time Out: 3/18/20 12:30 | | 6000.0 | 6010-024 | Sector Cement Bond Log Depth Charge | $ 0.42 | $ 2,520.00 | $ 2,520.00 | 0% |
| | From: Surf  To: 840 | | 2000.0 | 6015-024 | Sector Cement Bond Logging Charge | $ 0.42 | $ 840.00 | $ 840.00 | 0% |
| | Service: SCBL/CCL | | 2.0 | 5000-257 | Controllers per run, per device | $ 175.00 | $ 350.00 | $ 350.00 | 0% |
| | Time In: ___ Time Out: ___ | | | | | | | | $ - | 0% |
| | From: ___ To: ___ | | | | | | | | $ - | 0% |
| | Service: ___ | | | | | Standby | | | $ - | 0% |
| | Time In: 3/18/20 13:30  Time Out: 3/19/20 0:00 | | 10.5 | 6000-220 | Special Supervisor, per hour | $ 105.00 | $ 1,102.50 | $ 1,102.50 | 0% |
| | From: ___ To: ___ | | | | | | | | $ - | 0% |
| | Service: STBY | | | | | | | | $ - | 0% |
| | (multiple empty rows) | | | | | | | | $ - | 0% |

FIELDWOOD ENERGY
WELL NAME: ST 195 B
AFE: FW-___
ENGINEER: ___ Broussard
GL ACCT: ___
ROUTING ID#: ___

| | Begin Rig Down: 3/18/20 13:30  Finish Rig Down: 3/18/20 14:00 | | | | | | | | $ - | 0% |
| | Leave Location: 3/18/20 21:00  Arrive Shop: 3/19/20 0:00 | | | | | | | | $ - | 0% |
| | Total Job Time: 34:30  Standby hours: 33.00 | | | | | | | | $ - | 0% |
| | Lost Time Hrs: 0:00  Travel Time hrs: 6 | 330.0 | 5000-110 | Crew Mileage, per mile | $ 0.54 | $ 178.20 | $ 178.20 | 0% |
| | Total Trip Miles: 330  Miles Charged: 330 | | | | SUBTOTAL | | | $ 10,053.20 | |
| | Casing Size: 7 5/8"  Liner Size: 0 | | | | DISCOUNT | | | $ (6,700.00) | |
| | Tubing Size: 0  Drill pipe size: 0 | | | | TOTAL | | | | |

All invoices Payable in Dallas, TX.
TERMS: NET 30 DAYS.

Concerning irretrievable loss of sealed sources, both Warrior Energy Services and customer agree to abide by TRCR Parts 36, Sections 35.4 and 36.601, and NRC Part 39.77.

The Services (as defined in the Terms) related to this Field Invoice Ticket shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiaryAssertion). Acceptance of the Terms shall be by the earlier of the date of signing above or by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

| Longitude: 0 | Latitude: 0 | AFE Number | |
|---|---|---|---|
| Customer Signature | Supervisor Signature | P.O. Number | FW207008 Manager Initials |

**EXHIBIT 19**