**STATEMENT SECURING LIEN AGAINST**
**OIL AND MINERAL PROPERTY BY**
**WARRIOR ENERGY SERVICES CORPORATION**

**NOTICE OF CONFIDENTIALTY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY <u>OR ALL</u> OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF GALVESTON** | § |

1.     **WARRIOR   ENERGY   SERVICES   CORPORATION,   a   Delaware corporation**, duly authorized to conduct business in the State of Texas, hereinafter called "Claimant", acting herein, by and through **Jean Paul Overton, Assistant General Counsel** of **Warrior Energy Services Corporation**, Claimant's duly authorized agent, claims a lien, pursuant to Chapter 56 of the Texas Property Code, for providing services, material, machinery, and/or supplies for digging, drilling, torpedoing, operating, completing, maintaining or repairing oil and/or gas wells.

2.     The amount claimed by Claimant is **FIFTY THOUSAND EIGHTY AND 90/100 DOLLARS ($50,080.90)**.  The material, machinery, supplies, and services were furnished on or about **February 28, 2020 through about April 21, 2020**, for the herein described leasehold estate and land at the special instance and request of **Fieldwood Energy, LLC,** and on behalf of the owners of the leasehold estate and land against which this lien is claimed, which owners are identified in item 3 of this statement.  The aforementioned services, material, machinery and/or supplies include, but are not necessarily limited to, those items specified in the **invoices, field service orders, sales and service tickets, and related document(s)**, true and correct copies of which are attached as Exhibit "A" to that letter attached hereto as **Attachment "1"**.  The attached documents of Claimant represent systematic records kept by Claimant in the normal course of its business.  This claim is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.

3.     The names of the owners of the leasehold estate and land against which the lien is claimed are: (i) **Fieldwood Energy LLC: 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc.**

**EXHIBIT 20**

206 E. 9th Street, Suite 1300, Austin, TX 78701-4411; (ii) **Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc. 206 E. 9th Street, Suite 1300, Austin, TX 78701-4411 USA**; and (iii) possibly agents, joint venturers, partners and co-owners thereof who are unknown to Claimant.

4.      The name of the Claimant **WARRIOR ENERGY SERVICES CORPORATION,** which provided the services, material, machinery, and/or supplies for which this lien is claimed.  The Claimant is a Delaware corporation authorized to do business in the State of Texas with offices in Dallas, Texas, and whose mailing address in **Dallas is P.O. Box 208631, Dallas, Texas 75320-8631.**

5.      The leasehold estate and land for which the aforementioned material, machinery, supplies and/or services were provided, and against which the lien is hereby established, is described in the letter attached hereto as **Attachment "1"**, including Exhibit "A" to said letter.

6.      Claimant has given to the owners of the leasehold estate and land against which the lien is hereby claimed, or their respective agents, representatives, or receivers, notice in writing of the lien claimed hereby.  A copy of such notice is attached hereto as **Attachment "1"**.

7.      The undersigned affiant swears that the above and foregoing statements and every part thereof are true and correct, that he personally knows that they are true and correct, and that he is authorized to make this statement on behalf of Claimant.

WARRIOR ENERGY SERVICES
CORPORATION, a Delaware corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and
Authorized Agent

SUBSCRIBED AND SWORN TO BEFORE ME by JEAN PAUL OVERTON on this the ___ day of October, 2020.

_____
Notary Public, State of Texas

**EXHIBIT 20**

JENNIFER HILLEGONDS
NOTARY PUBLIC
STATE OF TEXAS
ID# 10739695
EXPIRES 10-19-2021

**EXHIBIT 20**

**Acknowledgment**

STATE OF TEXAS      §
                                 §

COUNTY OF HARRIS    §

      This instrument was acknowledged before me on this the ___ day of October, 2020 by JEAN PAUL OVERTON, Assistant General Counsel of WARRIOR ENERGY SERVICES CORPORATION, a Delaware corporation, Authorized Agent of WARRIOR ENERGY SERVICES CORPORATION, a Delaware corporation, on behalf of said corporation.



_____
Notary Public, State of Texas

**AFTER RECORDING, RETURN TO:**
Armand E. Samuels
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras, Suite 2775
New Orleans, Louisiana 70130

**EXHIBIT 20**



**EXHIBIT 20**

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2275 | NEW ORLEANS, LA 70130
TEL: 504.568.1990 | FAX: 504.310.9195

Armand E. Samuels
asamuels@lawla.com

October 1, 2020

Certified Mail Return Receipt
**9489 0090 0027 6178 8959 32**
Fieldwood Energy, LLC
2000 West Same Houston Parkway South,
Suite 1200
Houston, TX 77042

Certified Mail Return Receipt
**9489 0090 0027 6178 8959 49**
Fieldwood Energy, LLC
Through its registered agent
Capital Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

Certified Mail Return Receipt
**9489 0090 0027 6178 8959 56**
Fieldwood Energy Offshore LLC,
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Certified Mail Return Receipt
**9489 0090 0027 6178 8959 63**
Fieldwood Energy Offshore, LLC,
through its registered agent,
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305,
Baton Rouge, LA 70809

Re:     Oilfield services, materials, and/or equipment provided by Warrior Energy
Services Corporation

Ladies and Gentlemen:

This letter is to advise you that between approximately February 28, 2020 through March 21, 2020, *Warrior Energy Services Corporation,* ("*Warrior*") provided certain material at the request of *Fieldwood Energy, LLC,* a Delaware Limited Liability Company authorized to do business in Texas ("*Fieldwood*"), in connection with certain mineral activities on tracts of land in *Galveston County, Texas,* of which you appear to be the owner of all or a portion of the mineral leasehold estate (the "Leasehold Estate").[1]

The Leasehold Estate is generally described as the well (the "*Well*") commonly known as the *High Island A-382*; (ii) that lease (the "*Lease*") (including the land (the "Land") over, under, and/or through which the Lease runs), commonly known as *HIA 382,* and, (iii) all properties operated with the *Well* as part of a joint operation, regardless of whether part of a formal unit. The

---

1 The addressees of this letter either appear to have been the working interest owners of record of the Leasehold Estate at the time the lien described herein had its inception; appear to currently be working interest owners of record of the Leasehold Estate; or, hold of record an equitable or future interest in the Leasehold Estate.

EXHIBIT
1
tabbies®
EXHIBIT 20

Interest Owners, High Island 382 F
October 1, 2020
Page 2

material furnished by *Warrior* which materials were used in developing the Leasehold Estate, including drilling and/or maintaining the *Well*, are described in the attached **Exhibit "A"**.

This letter is forwarded to you pursuant to §§ 56.021 and 56.023 of the Texas Property Code, and is to formally give notice that *Warrior* claims a lien (the "Lien") on: the foregoing Leasehold Estate; the Land;[2] any oil or gas pipelines, rights-of-ways, leases, buildings and appurtenances, materials, machinery and all other facilities situated upon or under the foregoing Leasehold Estate or Land; all other properties operated as part of a joint operation with any of the foregoing; and, all other property as provided by Chapter 56 of the Texas Property Code.

The claim asserted by *Warrior* herein is as a mineral contractor and/or a mineral subcontractor, all in accordance with the provisions of Chapter 56 of the Texas Property Code and applicable case law. Without limiting the foregoing, *Warrior*, as a mineral subcontractor lien claimant, asserts a fund trapping claim. In this regard, *Warrior* has a claim against the non-operating working interest owners in the Leasehold Estate described herein to the extent of amounts owing, or hereafter coming to be owed, by the non-operating working interest owners to *Fieldwood* in connection with the development of the foregoing Leasehold Estate, up to the amount claimed herein.

The amount of the Lien claimed by *Warrior,* and the amount of the *Warrior* trapping claim, is *$50,080.90*, which is the sum due and owing to *Warrior* by *Fieldwood* in connection with the aforementioned material provided by *Warrior*, all as indicated by the foregoing summary. *Warrior* acknowledges that *Fieldwood* is a debtor in a bankruptcy proceeding. As such, this letter is not a demand for payment. Rather, by this letter *Warrior* gives notice of its intent to assert its right to perfect an oil and gas lien. *Warrior* claims a lien against the subject lease in the amount of *$50,080.90* plus interest and attorney's fees and will file a claim for lien against the subject lease and your interest therein for the amount due. By virtue of this notice and applicable law *Warrior* asserts a lien against any sum which you as a property owner owe *Fieldwood* in connection with operations on the subject lease. In order for you as a property owner to minimize your potential liability in connection with the claim of *Warrior* you are authorized to withhold payment to *Fieldwood* in the amount claimed until the debt on which the lien is based is settled or determined to be not owed. Withholding payment pursuant to this notice is authorized by Tex. Prop. Code §56.043.

Very truly yours,

Armand Samuels,
*Attorney for Warrior Energy Services Corporation*

AES
Enclosures

---

2 The Lien is asserted against the Land to the extent provided by Chapter 56 of the Texas Property Code.

**EXHIBIT 20**

Interest Owners, High Island 382 F
October 1, 2020
Page 3

cc:  Client, *via email*

**EXHIBIT 20**



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266620 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
Fieldwood Energy LLC
Choose Correct Address
USA

**Amount Due:** **5,724.90**

| | | |
|---|---|---|
| Lease & Well: | OCSG 2757 F-14 HI382F | |
| County: | OS | |
| State: | OS | |

| | |
|---|---|
| Job Start Date: | 3/6/2020 |
| Job End Date: | 3/8/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032908 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032908 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032908 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032908 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032909 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032909 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032909 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032909 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032910 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032910 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032910 | 1.00 | Days | 364.00 | | 364.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | |
|---|---|
| Total Discount: 0.00 | |
| Net Invoice: | 5,724.90 |
| Freight: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,724.90 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the "Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

EXHIBIT
A

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266621 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due:       1,740.00

Lease & Well: OCSG 2757 F-19 HI382F
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/28/2020 |
| Job End Date: | 2/28/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032901 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 20300 | Auto/Pickup | SLBO032901 | 480.00 | Mile | 1.50 | | 720.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| Total Discount: | 0.00 | Net Invoice: | 1,740.00 |
|---|---|---|---|
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 1,740.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266622 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 4821 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due:  2,040.00

Lease & Well: OCSG 2757 F-22 HI382F
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/16/2020 |
| Job End Date: | 3/17/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032919 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032920 | 12.00 | Hours | 85.00 | | 1,020.00 |

/

**REMIT PAYMENTS TO:**

**Warrior Energy Services Corp.**
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| Total Discount: | 0.00 | Net Invoice: | 2,040.00 |
|---|---|---|---|
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 2,040.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266623 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 3787 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due:     3,265.00

Lease & Well: OCSG 2757 F-22 HI382F
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/14/2020 |
| Job End Date: | 3/15/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032917 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032917 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032917 | 1.00 | Days | 364.00 | | 364.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032918 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032918 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032918 | 1.00 | Days | 364.00 | | 364.00 |

**REMIT PAYMENTS TO:**

**Warrior Energy Services Corp.**
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 3,265.00 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 3,265.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266624 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 1858 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:**          **4,897.50**

| Lease & Well: OCSG 2757 F-19 HI382F | | |
|---|---|---|
| County: OS | Job Start Date: | 2/29/2020 |
| State: OS | Job End Date: | 3/2/2020 |
| | Latitude: | |
| | Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032902 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032902 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032902 | 1.00 | Days | 364.00 | | 364.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032903 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032903 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032903 | 1.00 | Days | 364.00 | | 364.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032904 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032904 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032904 | 1.00 | Days | 364.00 | | 364.00 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 4,897.50 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 4,897.50 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266625 |
| **Invoice Date:** | 3/23/2020 |
| **Page:** | 1 |

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| **Customer No.** | 10534 |
| **P.O. No.:** | 3468 |
| **AFE:** | |
| **Location:** | 0969 |
| **Line of Business:** | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:**  **2,556.20**

Lease & Well: OCSG 2757 F-20 HI382F
County: OS
State: OS

| | |
|---|---|
| **Job Start Date:** | 3/12/2020 |
| **Job End Date:** | 3/13/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032915 | 6.00 | Hours | 85.00 | | 510.00 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032916 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032916 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032916 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032916 | 1.00 | Days | 413.70 | | 413.70 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| Total Discount: | 0.00 | Net Invoice: | 2,556.20 |
|---|---|---|---|
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 2,556.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266626 |
| **Invoice Date:** | 3/23/2020 |
| **Page:** | 1 |
| **Due Date:** | Due upon Receipt |
| **Customer No.** | 10534 |
| **P.O. No.:** | 3338 |
| **AFE:** | |
| **Location:** | 0969 |
| **Line of Business:** | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** **7,346.10**

Lease & Well: OCSG 2757 F-8 HI382F
County: OS
State: OS

| | |
|---|---|
| **Job Start Date:** | 3/9/2020 |
| **Job End Date:** | 3/12/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | SK Unit/Crew - Paraffin | SLBO032911 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032911 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032911 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032911 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | SK Unit/Crew - Paraffin | SLBO032912 | 13.00 | Hours | 85.00 | | 1,105.00 |
| 200204 | 0.108 Standard | SLBO032912 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032912 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032912 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | SK Unit/Crew - Paraffin | SLBO032913 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032913 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032913 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032913 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | SK Unit/Crew - Paraffin | SLBO032914 | 6.00 | Hours | 85.00 | | 510.00 |
| 200204 | 0.108 Standard | SLBO032914 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032914 | 1.00 | Days | 364.00 | | 364.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| | Net Invoice: | 7,346.10 |
| | Freight: | 0.00 |
| | Tax: | 0.00 |
| | Total: | 7,346.10 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266627 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 2175 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due:     8,216.40

Lease & Well: OCSG 2393 A-4C HI573A
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 2/28/2020 |
| Job End Date: | 3/3/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034526 | 13.00 | Hours | 85.00 | | 1,105.00 |
| 1800121 | Environmental Protection Chg | SLBO034526 | 1.00 | Each | 259.00 | | 259.00 |
| 20300 | Auto/Pickup | SLBO034526 | 480.00 | Mile | 1.50 | | 720.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034527 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034528 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034529 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034529 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034529 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034529 | 1.00 | Days | 413.70 | | 413.70 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034530 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034530 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034530 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034530 | 1.00 | Days | 413.70 | | 413.70 |

**REMIT PAYMENTS TO:**

**Warrior Energy Services Corp.**
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 8,216.40 |
| | | Freight: | 0.00 |
| | | Tax | 0.00 |
| | | Total: | 8,216.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266633 |
| **Invoice Date:** | 3/23/2020 |
| **Page:** | 1 |

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| **Customer No.** | 10534 |
| **P.O. No.:** | |
| **AFE:** | |
| **Location:** | 0969 |
| **Line of Business:** | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:**      **2,046.20**

Lease & Well: OCSG 2757 F-14 HI382F
County: OS
State: OS

| | |
|---|---|
| **Job Start Date:** | 3/5/2020 |
| **Job End Date:** | 3/5/2020 |
| **Latitude:** | |
| **Longitude:** | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032907 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032907 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032907 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032907 | 1.00 | Days | 413.70 | | 413.70 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| Total Discount: | 0.00 | Net Invoice: | 2,046.20 |
|---|---|---|---|
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 2,046.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be
governed exclusively by the Warrior Energy Services Corporation Customer Agreement
General Terms and Conditions(the"Terms"), which are expressly incorporated herin by
reference. The Terms are available upon request and at Warrior's website
(<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms
shall be by acknowledgment as described in Section 1 of the Terms, including without
limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266634 |
| Invoice Date: | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due:       4,092.40

Lease & Well: OCSG 2757 F-19 HI382F
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/3/2020 |
| Job End Date: | 3/4/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5001 | 5K Unit/Crew - Paraffin | SLBO032905 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032905 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032905 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032905 | 1.00 | Days | 413.70 | | 413.70 |
| 5001 | 5K Unit/Crew - Paraffin | SLBO032906 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO032906 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO032906 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO032906 | 1.00 | Days | 413.70 | | 413.70 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| Total Discount: | 0.00 | Net Invoice: | 4,092.40 |
|---|---|---|---|
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 4,092.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266989 |
| Invoice Date: | 4/29/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 12268 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:**  **6,116.20**

Lease & Well: OCSG 2757 F-14 HI382A
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 4/17/2020 |
| Job End Date: | 4/19/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034547 | 13.00 | Hours | 85.00 | | 1,105.00 |
| 200204 | 0.108 Standard | SLBO034547 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034547 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034547 | 1.00 | Days | 413.70 | | 413.70 |
| 20300 | Auto/Pickup | SLBO034547 | 460.00 | Mile | 1.50 | | 720.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034548 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034548 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034548 | 1.00 | Days | 364.00 | | 364.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034549 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034549 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034549 | 1.00 | Days | 364.00 | | 364.00 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | | |
|---|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 6,116.20 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 6,116.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**



**A SUPERIOR ENERGY SERVICES COMPANY**

# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266990 |
| Invoice Date: | 4/29/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | 12268 |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

## Amount Due: 2,040.00

| | | |
|---|---|---|
| Lease & Well: OCSG 2757 F-8 HIA382F | Job Start Date: | 4/20/2020 |
| County: OS | Job End Date: | 4/21/2020 |
| State: OS | Latitude: | |
| | Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034550 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034551 | 12.00 | Hours | 85.00 | | 1,020.00 |

**REMIT PAYMENTS TO:**

**Warrior Energy Services Corp.**
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 2,040.00 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 2,040.00 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 20**

# FILED AND RECORDED

Instrument Number:   *2020065383*

Recording Fee: 94.00

Number Of Pages:19

Filing and Recording Date: 10/13/2020 4:12PM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.

**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*

**EXHIBIT 20**