**STATEMENT SECURING LIEN AGAINST**
**OIL AND MINERAL PROPERTY BY**
**WARRIOR ENERGY SERVICES CORPORATION**

**NOTICE OF CONFIDENTIALTY RIGHTS:  IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY <u>OR ALL</u> OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**STATE OF TEXAS**          §
                          §
**COUNTY OF GALVESTON** §

　　　　1.　　　**WARRIOR  ENERGY  SERVICES  CORPORATION,  a  Delaware corporation**, duly authorized to conduct business in the State of Texas, hereinafter called "Claimant", acting herein, by and through **Armand E. Samuels, Attorney and agent in fact** of **Warrior Energy Services Corporation**, Claimant's duly authorized agent, claims a lien, pursuant to Chapter 56 of the Texas Property Code, for providing services, material, machinery, and/or supplies for digging, drilling, torpedoing, operating, completing, maintaining or repairing oil and/or gas wells.

　　　　2.　　　The amount claimed by Claimant is **TWENTY NINES THOUSAND NINE HUNDRED  TWENTY-ONE  AND  30/100  DOLLARS  ($29,921.30)**.    The  material, machinery, supplies, and services were furnished on or about **March 4, 2020 through about March 16, 2020**, for the herein described leasehold estate and land at the special instance and request of **Fieldwood Energy, LLC**, and on behalf of the owners of the leasehold estate and land against which this lien is claimed, which owners are identified in item 3 of this statement.  The aforementioned services, material, machinery and/or supplies include, but are not necessarily limited to, those items specified in the **invoices, field service orders, sales and service tickets, and related document(s)**, true and correct copies of which are attached as Exhibit "A" to that letter attached hereto as **Attachment "1"**.  The attached documents of Claimant represent systematic records kept by Claimant in the normal course of its business.  This claim is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.

　　　　3.　　　The names of the owners of the leasehold estate and land against which the lien is claimed are: (i) **Fieldwood Energy LLC: 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc.**

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify <u>September 17, 2020</u>

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY:  _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**

206 E. 9th Street, Suite 1300, Austin, TX 78701-4411; (ii) **Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc. 206 E. 9th Street, Suite 1300, Austin, TX 78701-4411 USA**; and (iii) possibly agents, joint venturers, partners and co-owners thereof who are unknown to Claimant.

4.     The name of the Claimant **WARRIOR ENERGY SERVICES CORPORATION,** which provided the services, material, machinery, and/or supplies for which this lien is claimed.  The Claimant is a Delaware corporation authorized to do business in the State of Texas with offices in Dallas, Texas, and whose mailing address in **Dallas is Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114.**

5.     The leasehold estate and land for which the aforementioned material, machinery, supplies and/or services were provided, and against which the lien is hereby established, is described in the letter attached hereto as **Attachment "1"**, including Exhibit "A" to said letter.

6.     Claimant has given to the owners of the leasehold estate and land against which the lien is hereby claimed, or their respective agents, representatives, or receivers, notice in writing of the lien claimed hereby.  A copy of such notice is attached hereto as **Attachment "1"**.

7.     The undersigned affiant swears that the above and foregoing statements and every part thereof are true and correct, that he personally knows that they are true and correct, and that he is authorized to make this statement on behalf of Claimant.

**WARRIOR        ENERGY        SERVICES CORPORATION, a Delaware corporation**

By: _____
Name: Armand E. Samuels
Its: Attorney and Authorized Agent in Fact.

SUBSCRIBED AND SWORN TO BEFORE ME by ARMAND E. SAMUELS on this the 14th day of September, 2020.

_____
NOTARY PUBLIC
Name: Jennifer Barriere
Notary/Bar Roll No. 34431
My Commission Expires: 2 Death

Jennifer Barriere
Notary Public
State of Louisiana
Parish of Orleans
Notary ID # 152416
My Commission is for Life

Statement Securing Lien Against Oil and Mineral Property
17808B\1 (B075-00)                    Page 2 of 3

STATE OF TEXAS
COUNTY OF GALVESTON

CERTIFIED COPY CERTIFICATE

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**

**Acknowledgment**

STATE OF LOUISIANA      §
                        §
PARISH OF ORLEANS       §

     This instrument was acknowledged before me on this the 14th day of September 2020 by ARMAND E. SAMUELS, Attorney and Authorized Agent in Fact of WARRIOR ENERGY SERVICES, a Delaware corporation, Authorized Agent of WARRIOR ENERGY SERVICES, a Delaware corporation, on behalf of said corporation.



                    NOTARY PUBLIC
Name:   Jennifer Barriere
Notary/Bar Roll No.   34435
My Commission Expires:   at Death

**AFTER RECORDING, RETURN TO:**
Armand E. Samuels
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras, Suite 2775
New Orleans, Louisiana 70130

Jennifer Barriere
Notary Public
State of Louisiana
Parish of Orleans
Notary ID # 152416
My Commission is for Life

Statement Securing Lien Against Oil and Mineral Property
178088\1 (B075-00)

Page 3 of 3

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY:  DEPUTY
       Nicole Grimm

**EXHIBIT 21**

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

TEL: 504.568.1990 | FAX: 504.310.9195

Armand E. Samuels                                                    E-mail: asamuels@lawla.com

September 4, 2020

Certified Mail Return Receipt
9489 0090 0027 6178 8965 64
Fieldwood Energy, LLC
2000 West Same Houston Parkway South,
Suite 1200
Houston, TX  77042

Certified Mail Return Receipt
9489 0090 0027 6178 8965 88
Fieldwood Energy, LLC
Through its registered agent
Capital Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

Certified Mail Return Receipt
9489 0090 0027 6178 8965 71
Fieldwood Energy Offshore LLC,
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Certified Mail Return Receipt
9489 0090 0027 6178 8965 95
Fieldwood Energy Offshore, LLC,
through its registered agent,
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305,
Baton Rouge, LA 70809

Re:     Oilfield services, materials, and/or equipment provided by Warrior Energy
        Services Corporation

Ladies and Gentlemen:

This letter is to advise you that between approximately March 4, 2020 through March 17, 2020, *Warrior Energy Services Corporation,* ("*Warrior*") provided certain material at the request of *Fieldwood Energy, LLC,* a Delaware Limited Liability Company authorized to do business in Texas ("*Fieldwood*"), in connection with certain mineral activities on tracts of land in *Galveston County, Texas,* of which you appear to be the owner of all or a portion of the mineral leasehold estate (the "Leasehold Estate").[1]

The Leasehold Estate is generally described as the well (the "*Well*") commonly known as the *High Island A-573*; (ii) that lease (the "*Lease*") (including the land (the "*Land*") over, under, and/or through which the Lease runs), commonly known as *HIA 573,* and, (iii) all properties operated with the *Well* as part of a joint operation, regardless of whether part of a formal unit. The material furnished by *Warrior* which materials were used in developing the Le⸱sehold Estate, including drilling and/or maintaining the *Well*, are described in the attached **Exhibit "A"**.

---

1 The addressees of this letter either appear to have been the working interest owners of record of the Leasehold Estate at the time the lien described herein had its inception; appear to currently be working interest owners of record of the Leasehold Estate; or, hold of record an equitable or future interest in the Leasehold Estate.



**EXHIBIT**
**1**

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**

Interest Owners, High Island 573A
September 4, 2020
Page 2

This letter is forwarded to you pursuant to §§ 56.021 and 56.023 of the Texas Property Code, and is to formally give notice that *Warrior* claims a lien (the "Lien") on: the foregoing Leasehold Estate; the Land;[2] any oil or gas pipelines, rights-of-ways, leases, buildings and appurtenances, materials, machinery and all other facilities situated upon or under the foregoing Leasehold Estate or Land; all other properties operated as part of a joint operation with any of the foregoing; and, all other property as provided by Chapter 56 of the Texas Property Code.

The claim asserted by *Warrior* herein is as a mineral contractor and/or a mineral subcontractor, all in accordance with the provisions of Chapter 56 of the Texas Property Code and applicable case law. Without limiting the foregoing, *Warrior*, as a mineral subcontractor lien claimant, asserts a fund trapping claim. In this regard, *Warrior* has a claim against the non-operating working interest owners in the Leasehold Estate described herein to the extent of amounts owing, or hereafter coming to be owed, by the non-operating working interest owners to *Fieldwood* in connection with the development of the foregoing Leasehold Estate, up to the amount claimed herein.

The amount of the Lien claimed by *Warrior*, and the amount of the *Warrior* trapping claim, is *$29,921.30*, which is the sum due and owing to *Warrior* by *Fieldwood* in connection with the aforementioned material provided by *Warrior*, all as indicated by the foregoing summary. *Warrior* acknowledges that *Fieldwood* is a debtor in a bankruptcy proceeding. As such, this letter is not a demand for payment. Rather, by this letter *Warrior* gives notice of its intent to assert its right to perfect an oil and gas lien. *Warrior* claims a lien against the subject lease in the amount of *$29,921.30* plus interest and attorney's fees and will file a claim for lien against the subject lease and your interest therein for the amount due. By virtue of this notice and applicable law *Warrior* asserts a lien against any sum which you as a property owner owe *Fieldwood* in connection with operations on the subject lease. In order for you as a property owner to minimize your potential liability in connection with the claim of *Warrior* you are authorized to withhold payment to *Fieldwood* in the amount claimed until the debt on which the lien is based is settled or determined to be not owed. Withholding payment pursuant to this notice is authorized by Tex. Prop. Code §56.043.

Very truly yours,

Armand Samuels, Attorney for
Warrior Energy Services Corporation

AES
Enclosures

cc: Client, *via email*

---

2 The Lien is asserted against the Land to the extent provided by Chapter 56 of the Texas Property Code.

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY:  _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**



# WARRIOR
## ENERGY SERVICES

A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266635 |
| **Invoice Date:** | 3/23/2020 |
| **Page:** | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill   To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX  77042
USA

**Amount Due:** 5,973.70

| | |
|---|---|
| Job Start Date: | 3/13/2020 |
| Job End Date: | 3/16/2020 |
| Latitude: | |
| Longitude: | |

Lease & Well: OCSG 2393 A-14C HI573A
County: OS
State: OS

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034542 | 9.00 | Hours | 85.00 | | 765.00 |
| 200204 | 0.108 Standard | SLBO034542 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034542 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034542 | 1.00 | Days | 413.70 | | 413.70 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034543 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034543 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034543 | 1.00 | Days | 364.00 | | 364.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034544 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034545 | 18.00 | Hours | 85.00 | | 1,530.00 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX  75312-2114

For billing questions, please call: (337) 837-2956

| | | | |
|---|---|---|---|
| Total Discount | 0.00 | Net Invoice: | 5,973.70 |
| | | Freight: | 0.00 |
| | | Tax: | 0.00 |
| | | Total: | 5,973.70 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT**

**A**

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____  DEPUTY
Nicole Grimm

**EXHIBIT 21**

B5PP-20-0114

# WARRIOR ENERGY SERVICES
### A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

**DAILY OPERATIONS REPORT**
SLBO   34542

| | | | |
|---|---|---|---|
| DAILY OPERATIONS REPORT | WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
| We hereby request Superior Energy Services, LLC to come to the location of: | Routing No.: 573006 | GL 70242 | 03/13/2020 |

**Office Use Only**
Salesman #  MB ☑
Invoice Number
Invoice Date

| CUSTOMER NAME | LEASE | |
|---|---|---|
| Fieldwood Energy LLC | OCS-G 02393 | High Island 573A |

| BILLING ADDRESS | PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|---|
| 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042 | Offshore | LA | A-14C |

$ 1,791.20

TOTAL COST
EST. DAILY COST $1,791.20

AND HEREBY AGREE THAT IS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2.313 | 518' | Camco TRDP-1A | | | Flapper | TRSV | 220 FTP | 2-7/8 8RD | | Wt. | 6.5 lb. |
| | | | | | | | | Casing PSI | | | Depth | 7129' |
| | | | | | | | | G/L | | | RKB | 41' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

**Description of Services Performed**

Hold tailgate safety meeting then move from A-2 to A-14C... Test surface equipment to 2000 psi. RIH with a Barb Scratcher and cut thick paraffin from 71' to 211'. Flow well. RIH with the same BS and cut thick wax from 211' to 345'. Flow well. RIH with the same BS and cut thick wax from 345' to 426' where it broke through. Made 3 passes from 50' to 500'. Flow well. RIH with a stiff Full Bore Spiral Scratcher and cut light wax from 34' to 70' then hard wax from 70' to 134'. Flow well. RIH with the same FBSS and cut hard wax from 134' to 204'. POOH and put well on flow and secured work area then SDFN. We pumped about 5 gallons of diesel every run.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | | 9.0 | $85.00 | $765.00 | | | 0.0 | $0.00 | $0.00 |
| 2002042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1330012 | Hydrostatic Test Pump with Tank | | 1.0 | $413.70 | $413.70 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | | Commercial | From: | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours | | EMPLOYEE NAME | EMP. NO. | Hours | | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| | | Productive | Non-Productive | | | Productive | Non-Productive | |
| Supervisor | | | | Supervisor James Sproul 201673 | | 9 | | Tony Bernard |
| Helper Blair Condra 419563 | | 9 | | Helper | | | | Signature of Customer or Authorized Representative |

1] The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2] The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

S/. 266635

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: Nicole Grimm   DEPUTY

**EXHIBIT 21**

## WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

### DAILY OPERATIONS REPORT

**SLBO** 34543

| | | |
|---|---|---|
| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
| Routing No.: 573006 | GL 70242 | 03/14/2020 |

**Office Use Only**

Salesman # **HB**

We hereby request Superior Energy Services, LLC to come to the location of:

CUSTOMER NAME

**Fieldwood Energy LLC**

| LEASE | | |
|---|---|---|
| OCS-G 02393 | High Island 573A | |
| PARISH/COUNTY | STATE | WELL NO. |
| Offshore | LA | A-14C |

BILLING ADDRESS

200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

**TOTAL COST** #$ 1632.50

EST. DAILY COST **$1,632.50**

| Lock Type | Nipple Size | Setting Depth | Valve | | Lipsers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2.313 | 518' | Camco TRDP-1A | | | Flapper | TRSV | 220 FTP Casing PSI 2-7/8 8RD | | | Wt. 6.5 lb. |
| | | | | | | | | G/L | | | Depth 7129' |
| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | | | Test Pump | | JSA Meeting | | | RKB 41' |
| N/A | 826 | 997 | 2126 | | | 1280 | | New | | | |

### Description Of Services Performed

Attend morning meeting and JSA. Rig up wireline then surface equipment to 1000 psi. RIH with a Full Bore Spiral Scratcher and cut hard wax from 204' to 246' then flow well. RIH with the same FBSS and cut hard wax from 246' to 306'. Flow well. RIH with the same and cut hard wax from 306' to 437' where it broke into light wax. Cut down to SCSSV at 552'. Pulled up to 15' and started going down to make several passes but could not get deeper than 334'. POOH then flow well. RIH with the same FBSS and cut down easily to the SCSSV at 552' then to the X nipple at 643' then down to 3000' with no problems. POOH and flow well. RIH with the same FBSS and make 3 passes from 15' to 552' then POOH and put well on production. Secured equipment and SDFN. Will rig down in the A.M.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | | 12.0 | $85.00 | $1,020.00 | | | 0.0 | $0.00 | $0.00 |
| 2002042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: Crew: Truck Number - Jaspro 05 | From: | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| Round Trip Mileage: Equipment: Commercial | From: | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subs/diary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**DAILY OPERATIONS REPORT**

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

We hereby request Superior Energy Services, LLC to come to the location of:

| DAILY OPERATIONS REPORT | SLBO | 34544 | | |
|---|---|---|---|---|
| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE | | |
| Routing No.: 573006 | GL 70242 | 03/15/2020 | | |

| Office Use Only | |
|---|---|
| Salesman # | MB |
| Invoice Number | |
| Invoice Date | |
| TOTAL COST | 1020 |
| EST. DAILY COST | $1,020.00 |

**CUSTOMER NAME:** Fieldwood Energy LLC

| LEASE | | | |
|---|---|---|---|
| OCS-G 02393 | | High Island 573A | |
| PARISH/COUNTY | STATE | WELL NO. | |
| Offshore | LA | A-14C | |

**BILLING ADDRESS:** 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 2.313 | 518' | Camco TRDP-1A | | | Flapper | TRSV | 225 FTP | 2-7/8 8RD | | Wt. | 6.5 lb. |
| | | | | | | | | Casing PSI | | | Depth | 7129' |
| | | | | | | | | G/L | | | RKB | 41' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

## Description Of Services Performed

Attend morning safety meeting and review JSAs. Rig down riser assembly, put wellhead back together and clean up work area. Stow all equipment then standby for tranportation to PHI, Galveston.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | | 12.0 | $85.00 | $1,020.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _Nicole Grimm_ DEPUTY
Nicole Grimm

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _Nicole Grimm_
Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT   SLBO 34545

We hereby request Superior Energy Services, LLC to come to the location of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | GL 70242 | 03/16/2020 |

**Office Use Only**

Salesman #: MB
Invoice Date
TOTAL COST: # 1,530.00
EST. DAILY COST: $1,530.00

| CUSTOMER NAME | LEASE | | |
|---|---|---|---|
| Fieldwood Energy LLC | OCS-G 02393 | High Island 573A | |
| BILLING ADDRESS | PARISH/COUNTY | WELL NO. | |
| 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042 | Offshore | STATE LA | A-14C |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|
| X | 2.313 | 518' | Camco TRDP-1A | | Flapper | TRSV | | 2-7/8 8RD | | Wt. 6.5 lb. |
| | | | | | | | G/L | | | Depth 7129' |
| Lift Boat N/A | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting | | | | RKB 41' |

### Description Of Services Performed

Attend morning safety meeting. Standby for boat to pick us up, make a few stops then take us to Galveston, TX. Then travel to PHI. Then travel to Harvey Base.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From:          To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | 18.0 | $85.00 | $1,530.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | | From: | To: | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Equipment: | | Commercial | | From: | To: | | | |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (PRINT) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 18 | | Tony Bernard |
| Helper Blair Condra 419563 | | 18 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**



## WARRIOR
### ENERGY SERVICES
A **SUPERIOR ENERGY SERVICES** COMPANY

# INVOICE

| | |
|---|---|
| **Invoice Number:** | SI-266636 |
| **Invoice Date:** | 3/23/2020 |
| **Page:** | 1 |

| | |
|---|---|
| **Due Date:** | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** **8,545.20**

Lease & Well: OCSG 2393 A-4C S/S HI573A
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/4/2020 |
| Job End Date: | 3/7/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034531 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034531 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034531 | 1.00 | Days | 364.00 | | 364.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034532 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034532 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034532 | 1.00 | Days | 364.00 | | 364.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034532 | 1.00 | Days | 178.5 | | 178.50 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034532 | 1.00 | Days | 264.60 | | 264.60 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034533 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034533 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034533 | 1.00 | Days | 364.00 | | 364.00 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034534 | 8.00 | Hours | 85.00 | | 680.00 |
| 200204 | 0.108 Standard | SLBO034534 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034534 | 1.00 | Days | 364.00 | | 364.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034534 | 1.00 | Days | 178.50 | | 178.50 |
| 503601 | Running Tools (special) thru 2 | SLBO034534 | 1.00 | Days | 207.90 | | 207.90 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034534 | 1.00 | Days | 264.60 | | 264.60 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034534 | 1.00 | Days | 264.60 | | 264.60 |
| 65001 | Lubricator Section 3" 5K | SLBO034534 | 1.00 | Days | 125.30 | | 125.30 |
| 47623113 | Redress Kit (Neoprene) 2.5" | SLBO034534 | 2.00 | Each | 374.00 | | 748.00 |
| 45525000 | 2.5" Packing V Mndrl 91V3310 | SLBO034534 | 8.00 | Each | 15.40 | | 123.20 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (337) 837-2956

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| | Net Invoice: | 8,545.20 |
| | Freight: | 0.00 |
| | Tax: | 0.00 |
| | Total: | 8,545.20 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS



BY: _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Nicole Grimm

_____ DEPUTY

# Warrior
## ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

110 Berceguay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

We hereby request Superior Energy Services, LLC to come to the location of:

**DAILY OPERATIONS REPORT**
DAILY OPERATIONS REPORT

**SLBO  34531**

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/04/2020 |

Office Use Only

Salesman # **MB**

Invoice Number

Invoice Data

**TOTAL COST**
EST. DAILY COST

| CUSTOMER NAME | LEASE | | |
|---|---|---|---|
| Fieldwood Energy LLC | OCS-G 2393 | High Island 573A | |
| BILLING ADDRESS | PARISH/COUNTY | STATE | WELL NO. |
| 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042 | Offshore | LA | A-4C/SS |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nozzle Size | Setting Depth | Valve | Spacers | Equalizer Sub | Device | Tubing PSI 205 ftp | Tree Connection | Tubing Data | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 Certified | 2.313 | 1134' | PBHS | | Flapper | WRSV | Casing PSI G/L | 2-7/8 8RD | Size | 2 7/8" | |
| | | | | | | | | | Wt. | 6.5 lb. | |
| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting | | | | Depth | 6634' | |
| N/A | 826 | 997 | 2126 | 1280 | New | | | | RKB | 41' | |

$ 1632.50

$1,632.50

### Description Of Services Performed

Attend morning meeting and JSA review. Standby for crane... Rig up wireline. Test surface equipment to 1000 psi. RIH with a Barb Scratcher and cut medium thick paraffin from 748' to 925' and cannot get any deeper. POOH and let production flow the well. Having problems getting it flowing... RIH with the same BS and cut down to the top of the PBSV at 1081' then make 5 passes from SCSSV to top of PBSV at 1081'. POOH and flow well. Production having issues again. RIH with a Full Bore Spiral Scratcher and cut medium thick wax from 751' to 1081' making several passes. Turn well over to production to flow... Told to secure. SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From:   To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | 12.0 | $85.00 | $1,020.00 | | | 0.0 | $0.00 | $0.00 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | | | |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | | Commercial | From: | | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | CUSTOMER NAME (Print) Lee A. Ethridge |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

51. 2666636

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) provided in this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms") which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subs-dory/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as designated in Section 1 of the Terms, included without limitation by signature.

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON
I hereby certify **September 17, 2020**
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _Nicole Grimm_
Nicole Grimm

DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT  **SLBO  34532**

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/05/2020 |

We hereby request Superior Energy Services, LLC to come to the location of:

**CUSTOMER NAME:** Fieldwood Energy LLC

| LEASE | | |
|---|---|---|
| OCS-G 2393 | High Island 573A | |
| PARISH/COUNTY | STATE | WELL NO. |
| Offshore | LA | A-4C/SS |

**BILLING ADDRESS:** 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

Office Use Only
Salesman # MB
Invoice Number
Invoice Date
TOTAL COST
EST. DAILY COST
$2,075.60

$ 2075.60

| Lock Type | Nipple Size | Setting Depth | Valve | | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 Certified | 2.313 | 1134' | PBHS | | | Flapper | WRSV | 170 flp Casing PSI Grt. | 2-7/8 8RD | | Wt. 6.5 lb. Depth 6634' RKB 41' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend morning meeting and JSA review. Standby for crane (crew change, 1st flight)... Start getting equipment ready for first run. Hold a tailgate safety meeting with relief crew. Rig up wireline. Test to 1000 psi. RIH with a 2.42" Cable Scratcher and hit collars all the way down. Cleaned out the tubing to the PBSV at 1081' then cleaned out the tight spot at 942' to 946'. Pulled up to the SCSSV and cleaned it out. POOH had production flow well. They are having problems with the well flowing... RIH with a 2 1/2" "RS" Pulling Tool and latch and pull PBSV from 2.313" S-2 nipple at 1081'. RIH with a Barbed Scratcher and cut medium thick paraffin from 1086' to 1466' and could not get any deeper. POOH and turn well over to production to flow. Secured work area and SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | 5029012 | 2.50" RS Pulling Tool | 1.0 | $178.50 | $178.50 |
| 50022 | 5M Wireline Crew & Unit | | 12.0 | $85.00 | $1,020.00 | 5007022 | 2.42" Cable Scratcher | 1.0 | $264.60 | $264.60 |
| 2002042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | From: | | To: | | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | Commercial | From: | | To: | | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession.

I hereby certify **September 17, 2020**

office and having identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _Nicole Grimm_

Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

as the same is recorded in the Official Public Records in my

DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT

**SLBO** 34533

We hereby request Superior Energy Services, LLC to come to the location of:

| | | |
|---|---|---|
| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAYS DATE |
| Routing No.: 573006 | LOE | 03/06/2020 |

CUSTOMER NAME: **Fieldwood Energy LLC**

| LEASE | |
|---|---|
| OCS-G 2393 | High Island 573A |

BILLING ADDRESS: 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| Offshore | LA | A-4C/SS |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

**Office Use Only**
Salesman # MB

TOTAL COST # 1,632.50

EST. DAILY COST $1,632.50

| Lock Type | Nipple Size | Setting Depth | Valve | Spacers | Equalizer Sub | Device | | Tubing PSI 170 ftp | Tree Connection | Tubing Data | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 Certified | 2.313 | 1134' | PBHS | | Flapper | WRSV | | Casing PSI G/L | 2-7/8 8RD | | Wt. 6.5 lb. |
| | | | | | | | | | | | Depth 6634' |
| | | | | | | | | | | | RKB 41' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend morning meeting and JSA review. Rig up wireline and test surface equipment to 1000 psi. RIH with a Barb Scratcher and cut medium thick paraffin from 1468' to 1939' POOH. Flow well. RIH with the same and cut medium thick wax from 1940' to 2005' and broke through then went down to 3000' and made several passes. POOH. Flow well. RIH with a Full Bore Spiral Scratcher and cut medium thick wax from 1090' to 1811'. Flow well. RIH with the same FBSS and cut medium thick wax from 1811' to 1978'. Flow well. RIH with the same FBSS and cut from 1979' to 2041' where it broke out. Cut down to 3500' then POOH. Put well back on production, secured the work area then SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | | 12.0 | $85.00 | $1,020.00 | | | 0.0 | $0.00 | $0.00 |
| 2002042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | | | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | | | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _____
Nicole Grimm

DWIGHT D. SULLIVAN COUNTY CLERK
GALVESTON COUNTY, TEXAS

_____
DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Toll Free: 800-741-9008
Fax: 337-714-2110

DAILY OPERATIONS REPORT  **SLBO  34534**

We hereby request Superior Energy Services, LLC to come to the location of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/07/2020 |

| Office Use Only | |
|---|---|
| Salesman # | MB |
| Invoice Number | |
| Invoice Data | |
| TOTAL COST | $3204.60 |
| EST. DAILY COST | $2,945.00 |

**CUSTOMER NAME**
Fieldwood Energy LLC

| LEASE | OCS-G 2393 | High Island 573A |
|---|---|---|

**BILLING ADDRESS**
200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| Offshore | LA | A-4C/SS |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 Certified | 2.313 | 1134' | PBHS | | | Flapper | WRSV | 170 ftp | 2-7/8 8RD | | Wt. | 6.5 lb. |
| | | | | | | | Casing PSI | | | Depth | 6634' |
| | | | | | | | G/L | | | RKB | 41' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend JSA review and safety meeting. Rig up wireline then test equipment to 1000 psi. RIH with a Cable Scratcher and cleaned out the tight spots in the tubing and made passes through the S-2 nipple at 1081' and the SCSSV at 559'. POOH and flow well. RIH with a 2.313" Nipple Brush and clean out the SCSSV and S-2 nipple. POOH and flow well, RIH with the PBSV on a 2 1/2" J Running Tool and set in the 2.313" S-2 nipple at 1081'. RIH with a 2 1/2" AD-2 Tubing Stop and set at 567'. RIH with a D&D Pack Off and set on top of the AD-2 stop at 565'. RIH with the upper 2 1/2" D&D P/O assy. with attached spacer pipe (23' total length) and set on top of the lower P/O assy. RIH with a 2 1/2" A Tubing Stop and set on top of the P/O assy. at 541'. Secure wireline and move to A-2. The
PBSV Valve checked upon visual inspection and water leak test. Certified S Lock Serial No.: API-E190 Manufacturer: TIC,  PBSV Serial No.: 14481 Manufacturer: Weatherford T.R.C. 110 PSI.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From:            To: | 0.0 | $0.00 | $0.00 | 5029012 | 2.50" GS Pulling Tool | 1.0 | $178.50 | $178.50 |
| 50022 | 5M Wireline Crew & Unit | 8.0 | $85.00 | $680.00 | 5036012 | 2 1/2" J Running Tool | 1.0 | $207.90 | $207.90 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | $248.50 | 5007022 | 2.42" Cable Scratcher | 1.0 | $264.60 | $264.60 |
| 103002 | 5M Equipment Package | 1.0 | $364.00 | $364.00 | 5007022 | 2.40" Nipple Brush | 1.0 | $264.60 | $264.60 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0.0 | $0.00 | $0.00 | 650012 | Extra Section Lubricator (2 7/8") | 1.0 | $125.30 | $125.30 |
| | | 0.0 | $0.00 | $0.00 | 476-231-132 | D&D 2 1/2" Packoff Redress Kit | 2.0 | $374.00 | $748.00 |
| | | 0.0 | $0.00 | $0.00 | 455-250-002 | 2.313" Chevron Packing (91V318) | 8.0 | $15.40 | $123.20 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | Supervisor EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | James Sproul 201673 | | 8 | | Tony Bernard |
| Helper Blair Condra 419563 | | 8 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/vseals/dailywarrior). Acceptance of the Terms shall be the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by signing

**EXHIBIT 21**



# WARRIOR
## ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

## INVOICE

| | |
|---|---|
| Invoice Number: | SI-266637 |
| Invoice Date. | 3/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill   To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX  77042
USA

**Amount Due:**          **15,402.40**

Lease & Well: OCSG 2393 A-2 HI573A
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/7/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034535 | 4.00 | Hours | 85.00 | | 340.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034535 | 1.00 | Days | 413.70 | | 413.70 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034536 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034536 | 1.00 | Days | 248.'0 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034536 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034536 | 1.00 | Days | 413.70 | | 413.70 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034536 | 1.00 | Days | 178.50 | | 178.50 |
| 503420 | Prong - Equalizing. Pulling | SLBO034536 | 1.00 | Days | 47.60 | | 47.60 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034537 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034537 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034537 | 1.00 | Days | 364.00 | | 364.00 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034537 | 1.00 | Days | 178.50 | | 178.50 |
| 503420 | Prong - Equalizing. Pulling | SLBO034537 | 1.00 | Days | 47.60 | | 47.60 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034537 | 1.00 | Days | 264.60 | | 264.60 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034538 | 16.00 | Hours | 85.00 | | 1,360.00 |
| 200204 | 0.108 Standard | SLBO034538 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034538 | 1.00 | Days | 364.00 | | 364.00 |
| 503601 | Running Tools (special) thru 2 | SLBO034538 | 1.00 | Days | 207.90 | | 207.90 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034538 | 1.00 | Days | 264.60 | | 264.60 |
| 503501 | Plug only thru 3 1/2" | SLBO034538 | 5.00 | Days | 119.00 | | 595.00 |
| 46023100 | 2.313" PackingxMndrl 91V318 | SLBO034538 | 8.00 | Each | 15.40 | | 123.20 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034539 | 12.00 | Hours | 85.00 | | 1,020.00 |

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify <u>September 17, 2020</u>



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
        Nicole Grimm

**EXHIBIT 21**



# INVOICE

| | |
|---|---|
| Invoice Number: | SI-266637 |
| Invoice Date: | 3/23/2020 |
| Page: | 2 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | |
| Location: | 0969 |
| Line of Business: | 233 |

**Bill To:**
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** **15,402.40**

Lease & Well: OCSG 2393 A-2 HI573A
County: OS
State: OS

| | |
|---|---|
| Job Start Date: | 3/7/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | |
| Longitude: | |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 200204 | 0.108 Standard | SLBO034539 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034539 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034539 | 1.00 | Days | 413.70 | | 413.70 |
| 503601 | Running Tools (special) thru 2 | SLBO034539 | 1.00 | Days | 207.90 | | 207.90 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034539 | 1.00 | Days | 178.50 | | 178.50 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034539 | 1.00 | Days | 264.60 | | 264.60 |
| 501202 | Check Set Tool Thru 2.562" | SLBO034539 | 1.00 | Days | 165.90 | | 165.90 |
| 503501 | Plug only thru 3 1/2" | SLBO034539 | 5.00 | Days | 119.00 | | 595.00 |
| 46023100 | 2.313" PackingxMndrl 91V318 | SLBO034539 | 12.00 | Each | 15.40 | | 184.80 |
| 58023104 | Collet ORing-2.313" | SLBO034539 | 4.00 | Each | 11.20 | | 44.80 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034540 | 12.00 | Hours | 85.00 | | 1,020.00 |
| 200204 | 0.108 Standard | SLBO034540 | 1.00 | Days | 248.50 | | 248.50 |
| 103002 | Surface Equip Rental-Days | SLBO034540 | 1.00 | Days | 364.00 | | 364.00 |
| 133001 | Hydro Static Test Pump w tank | SLBO034540 | 1.00 | Days | 413.70 | | 413.70 |
| 503601 | Running Tools (special) thru 2 | SLBO034540 | 1.00 | Days | 207.90 | | 207.90 |
| 502901 | Pulling Tools -special- thru 2 | SLBO034540 | 1.00 | Days | 178.50 | | 178.50 |
| 500702 | Brush  Nipple thru 2.313" | SLBO034540 | 1.00 | Days | 264.60 | | 264.60 |
| 501202 | Check Set Tool Thru 2.562" | SLBO034540 | 1.00 | Days | 165.90 | | 165.90 |
| 46023100 | 2.313" PackingxMndrl 91V318 | SLBO034540 | 17.00 | Each | 15.40 | | 261.80 |
| 58023104 | Collet ORing-2.313" | SLBO034540 | 2.00 | Each | 11.20 | | 22.40 |
| 5002 | 5K Unit/Crew -Scale Cut | SLBO034541 | 3.00 | Hours | 85.00 | | 255.00 |

**REMIT PAYMENTS TO:**

Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX  75312-2114

For billing questions, please call: (337) 837-2956

| | | |
|---|---|---|
| Total Discount: | 0.00 | |
| | Net Invoice: | 15,402.40 |
| | Freight: | 0.00 |
| | Tax: | 0.00 |
| | Total: | 15,402.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the"Terms"), which are expressly incorporated herin by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
           Nicole Grimm

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Nicole Grimm

_____ DEPUTY

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

**DAILY OPERATIONS REPORT**
DAILY OPERATIONS REPORT

**SLBO** 34535

We hereby request Superior Energy Services, LLC to come to the locaion of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/07/2020 |

CUSTOMER NAME: **Fieldwood Energy LLC**

| LEASE | |
|---|---|
| OCS-G 02393 | High Island 573A |

BILLING ADDRESS: 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| Offshore | LA | A-2 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | | Flapper WRSV | 142 flp | 2-7/8 8RD | | Wt. | 6.5 lb |
| | | | | Spacers | | Casing PSI | | | Depth | |
| | | | | | | G/L | | | RKB | 50' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

TOTAL COST: **$753.70**
EST. DAILY COST: **$1,366.20**

Office Use Only
Salesman # **MB**
Invoice Number
Invoice Data

**Description Of Services Performed**

Moved from A-4C/SS. Rigged up wireline. Tested surface equipment to 2500 psi. RIH with a Barb Scratcher and cut medium then heavy thick paraffin from 77' to 293'. POOH and flowed well. Secured equipment then SDFN'

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From:          To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | 4.0 | $85.00 | $340.00 | | | 0.0 | $0.00 | $0.00 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | NC | | | 0.0 | $0.00 | $0.00 |
| 103002 | 5M Equipment Package | 1.0 | $364.00 | NC | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1330012 | Hydrostatic Test Pump with Tank | 1.0 | $413.70 | $413.70 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 4 | | Tony Bernard |
| Helper Blair Condra 419563 | | 4 | | Helper | | | | Signature of Customer or Authorized Representative |

Sl. 2666637

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by performance...

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _____
Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

_____ DEPUTY

# WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

**DAILY OPERATIONS REPORT**
DAILY OPERATIONS REPORT

**SLBO** 34536

We hereby request Superior Energy Services, LLC to come to the location of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/08/2020 |

| Office Use Only |
|---|
| Salesman # **MB** |
| Invoice Number |
| Invoice Date |
| **TOTAL COST** $2272.30 |
| EST. DAILY COST $2,272.33 |

CUSTOMER NAME
LEASE OCS-G 02393    High Island 573A

**Fieldwood Energy LLC**

BILLING ADDRESS
PARISH/COUNTY  Offshore    STATE LA    WELL NO. A-2

200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Equalizer | Spacers | Device | Tree Connection | Tubing PSI | | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | | Flapper | WRSV | 142 ftp | 2-7/8 8RD | | Wt. | 6.5 lb. |
| | | | | | | Casing PSI G/L | | | | Depth | |
| | | | | | | | | | | RKB | 50' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

## Description Of Services Performed

Attend morning safety meeting and review JSAs. Rig up wireline then test surface equipment to 1000 psi. RIH with a Barb Scratcher and cut medium then hard paraffin from 293' to 468'. POOH and flow well. RIH with same BS and cut wax from 467' to top of FXE insert safety valve at 553'. Made 3 passes POOH. Flow well. RIH with a very stiff Full Bore Spiral Scratcher and cut hard wax from the tubing walls while pumping diesel from 21' to 207' POOH. Flow well. RIH with the same FBSS and cut hard wax from 207' to 309' while pumping 10 gallons of diesel. POOH and flow well. RIH with the same FBSS and cut hard wax from 309' to 411' then POOH and flow well. RIH with the same FBSS and cut hard wax from 411' down to 487' where the wax turned to medium and the tools fell very slowly down to the top of the FXE at 553'. Made 5 passes from 0' to 553'. Flow well. RIH with a 2 1/2" "GS" Pulling Tool with a 6' equalizing Prongdown to the FXE at 553' but could not latch. POOH and checked that the "GS" P/T was not sheared. Tool was okay. Secured wireline and the work area then SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | 5029012 | 2.50" GS Pulling Tool | 1.0 | $178.55 | $178.50 |
| 50022 | 5M Wireline Crew & Unit | | 12.0 | $85.00 | $1,020.00 | 5034202 | Equalizing Prong (Flapper Valve) | 1.0 | $47.60 | $47.60 |
| 20C2042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| IGJ002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1330012 | Hydrostatic Test Pump with Tank | | 1.0 | $413.70 | $413.70 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _Nicole Grimm_

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

Nicole Grimm

_____ DEPUTY

## WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

110 Berceguay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

**DAILY OPERATIONS REPORT**

DAILY OPERATIONS REPORT   **SLBO** 34537

We hereby request Superior Energy Services, LLC to come to the location of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/09/2020 |

Office Use Only

Salesman #  MB

Invoice Date

**TOTAL COST**  $ 2,123.20

**EST. DAILY COST**  $2,123.23

| CUSTOMER NAME | LEASE | |
|---|---|---|
| Fieldwood Energy LLC | OCS-G 02393 | High Island 573A |
| BILLING ADDRESS | PARISH/COUNTY | STATE | WELL NO. |
| 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042 | Offshore | LA | A-2 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | Equalizer Sub | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | FXE Installed | | Flapper | WRSV | 130 flp | 2-7/8 8RD | | Wt | 6.5 lb. |
| | | | | | | | | Casing PSI G/L | | | Depth | |
| | | | | | | | | | | | RKB | 50' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend morning meeting and JSA review. Told that crane would be in use for 2-3 hours so standby.... Changed out packing in the stuffing box, cut off 95' of wire and made new rope tie. Rig up wireline then test surface equipment to 1000 psi. RIH with a 2.40" Nipple Brush and sat down on the FXE at 553' and tapped down lightly then pulled up and the N/B pulled heavy for about 1/2'. Repeated about 6 times before the N/B was pulling up easily. Made 4 passes from 0' to 553' then POOH. Flowed well. RIH with a 2 1/2" "GS" Pulling Tool (with a 6' Equalizing Prong) and latched after repeated tries then pulled the FXE Insert Valve. RIH with a Barb Scratcher and cut hard paraffin from 559' to 605', POOH and flow well. RIH with the same BS and cut hard paraffin from 605' to 767'. Flow well. RIH with the same and cut hard wax from 767' to 884'. Turn well over to production and secure work area then SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From:       To: | 0.0 | $0.00 | $0.00 | 5029012 | 2.50" GS Pulling Tool | 1.0 | $178.50 | $178.50 |
| 50022 | 5M Wireline Crew & Unit | 12.0 | $85.00 | $1,020.00 | 5034202 | Equalizing Prong (Flapper Valve) | 1.0 | $47.60 | $47.60 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | $248.50 | 5007022 | 2.40" Nipple Brush | 1.0 | $264.60 | $264.60 |
| 103002 | 5M Equipment Package | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | | Crew: | | From: | | To: | | | |
|---|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | From: | | To: | | 0.0 | $0.00 | $0.00 |
| Round Trip Mileage: | Equipment: | Commercial | From: | | To: | | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper Blair Condra 419563 | | 12 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Nicole Grimm

DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2110
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT  **SLBO** 34538

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAYS DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/10/2020 |

**Office Use Only**
Salesman # MB
Invoice Number
Invoice Date

We hereby request Superior Energy Services, LLC to come to the location of:

CUSTOMER NAME: **Fieldwood Energy LLC**

| LEASE | | |
|---|---|---|
| OCS-G 02393 | High Island 573A | |

BILLING ADDRESS: 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| Offshore | LA | A-2 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

**TOTAL COST** $3,163.20
**EST. DAILY COST** $3,128.00

| Lock Type | Nipple Size | Setting Depth | Equalizer | Spacers | Device | Tubing PSI | Tree Connection | Tubing Data | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | | FXE Installed | Flapper | WRSV | 130 ftp | Wt 6.5 lb. |
| | | | | | | Casing PSI | 2-7/8 8RD | | Depth |
| | | | | | | G/L | | | RKB 50' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend morning meeting and JSA review. Standby for crane while production fills the main diesel tank and spots the equipment to be back loaded... Rig up wireline and test surface equipment to 1000 psi. RIH with a Barb Scratcher and cut medium paraffin from 884' to 982' where the BS fell through. Went down to 3500' then made four passes from 600' to 1050'. POOH and flow well. RIH with a Full Bore Spiral Scratcher and cut medium hard wax from 561' to 653'. Flow well. RIH with the same FBSS and cut hard wax from 650' to 837'. Flow well. RIH with the same FBSS and cut medium hard wax from 637' to 991' where it broke through. Went down to 3500' and made two passes from 600' to 1000'. POOH and flow well. Start breaking down the FXE Insert valve so I can redress it. Broke off the lock then went to break the FXE at the packing mandrel and it only turned 1 1/2 turns before it seized up. Called in and was told to try and retighten it then work it back and forth to get the threads cleaned up but it only went 1/4 turn. Went to call in again and the Engineer called and said to send in the FXE and set a DXX plug. RIH with a 2.40" Nipple Brush and made 10 passes back and forth through the SCSSV X profile then flowed the well. Made up and pinned the 2.313" DXX, RIH with the DXX plug down to the X profile in the top of the SCSSV at 552' and started tapping it into place went it fell through the well. Tried several times with the same results. POOH and found the X Keys impacted with thick dry wax. Since the well only flows 5 bpd of fluid a day it did not flow out the profile in 1 hour. Needed to clean out the X lock and repin the DXX plug then run a Cable Scratcher while pumping diesel to get the plug to set so we were told to lay it down and set the plug in the morning because the boat was headed our way with supplies and water and they needed the crane. Secured wireline then turned the well over to production then assisted with groceries.
SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/M | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | 5036012 | 2.313" X-Line Running Tool | 1.0 | $207.90 | $207.90 |
| 50022 | 5M Wireline Crew & Unit | | 16.0 | $85.00 | $1,360.00 | 5007022 | 2.40" Nipple Brush | 1.0 | $264.60 | $264.60 |
| 2002042 | .108" Standard Wireline | | 1.0 | $248.50 | $248.50 | | | 0.0 | $0.00 | $0.00 |
| 105002 | 5M Equipment Package | | 1.0 | $364.00 | $364.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Materials Furnished | | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0 | $0.00 | $0.00 | 5035012 | 2 1/2" DX Plug (5 day minimum) | 5.0 | $119.00 | $595.00 |
| | | | 0.0 | $0.00 | $0.00 | 460-231-002 | 2.313" Chevron Packing (91V318) | 8.0 | $15.40 | $123.20 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | From: | | To: | | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | Commercial | From: | | To: | | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 16 | | CUSTOMER NAME (Print) Tony Bernard |
| Helper Blair Condra 419563 | | 16 | | Helper | | | | Signature of Customer or Authorized Representative |

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be provided by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/sub/advisory/warrior), regardless of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by signing.

**EXHIBIT 21**

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY
110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

# DAILY OPERATIONS REPORT

DAILY OPERATIONS REPORT SLBO 34539

We hereby request Superior Energy Services, LLC to come to the locaion of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE | Office Use Only |
|---|---|---|---|
| Routing No.: 573006 | LOE | 03/11/2020 | Salesman # MB |

| CUSTOMER NAME | LEASE | | |
|---|---|---|---|
| Fieldwood Energy LLC | OCS-G 02393 | High Island 573A | |
| **BILLING ADDRESS** | **PARISH/COUNTY** | **STATE** | **WELL NO.** |
| 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042 | Offshore | LA | A-2 |

Invoice Number

Invoice Data

TOTAL COST: $ 3,687.70

EST. DAILY COST: $3,622.13

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

| Lock Type | Nipple Size | Setting Depth | Valve | | Spacers | Equalizer Sub | Device | Tubing PSI / Casing PSI | Tree Connection | Tubing Data |
|---|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | FXE Installed | | Flapper | WRSV | 130 ftp / G/L | 2-7/8 8RD | Size 2 7/8"; Wt. 6.5 lb.; Depth; RKB 50' |

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

## Description Of Services Performed

Attend morning safety meeting and JSA review. Rig up wireline then test surface equipment to 2000 psi. RIH with a Cable Scratcher and make 20 passes slowly through the SCSSV while pumping diesel. POOH and pin the 2.313" DXX plug. RIH with the DXX plug and set it in the 2.313" X Profile in the SCSSV at 552'. POOH. RIH with a 2.313" Check Set Tool and jarred down three times on the DXX at 552' then POOH. The pin is sheared, the lock is set. Bleed down the tubing from 785 psi to 400 psi. and monitor. The tbg. pressure is rising too much. The plug is leaking like there is a hole in it and it is not holding. RIH with a 2 1/2" "GS" Pulling Tool without an equalizing prong (so I could check for any mechanical failures) and pull the DXX. The plug checks good, the X equalizing sub checks good, everything is holding water. We suspect the packing needs to fit tighter. Get new packing and squeeze another piece on the mandrel then RIH again and set the DXX at 552'. RIH with the Check Set and jar down three times on the DXX. POOH and the pin is sheared, the lock is set. We bleed down the pressure again with the same results. The pressure increases like there is a major leak. RIH with the "GS" P/T and latch and pull the DXX plug. Break down all the components and redress the plug, equalizing mandrels and packing mandrel using new packing with a ball valve O-Ring instead of a center ring. RIH with the DXX and set it again in the X profile at 552'. RIH with the Check Set and jarred down on the DXX 3 times then POOH. The pin is sheared, the lock is set. The tubing bled down much faster this time and did not start to rise right away like before. We tested it for 30 minutes and it came up 400 lbs. A failure but definetly a slower pressure build up. We were told that this has been an ongoing issue with the FXE setting. Discussed the idea of going down to the lower X nipple at 997'. Told to start cleaning it out in the morning so we could try to set the DXX there. Secured the work area then SDFN

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From: To: | 0.0 | $0.00 | $0.00 | 5036012 | 2.313" X-Line Running Tool | 1.0 | $207.90 | $207.90 |
| 50022 | 5M Wireline Crew & Unit | 12.0 | $85.00 | $1,020.00 | 5029012 | 2.50" GS Pulling Tool | 1.0 | $178.50 | $178.50 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | $248.50 | 5007022 | 2.42" Cable Scratcher | 1.0 | $264.60 | $264.60 |
| 103002 | 5M Equipment Package | 1.0 | $364.00 | $364.00 | 5012022 | 2.313" Check Set Tool | 1.0 | $165.90 | $165.90 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | **Materials Furnished** | | | | **Part Number** | **Materials Furnished** | | | |
| 1330012 | Hydrostatic Test Pump with Tank | 1.0 | $413.70 | $413.70 | 5035012 | 2 1/2" DX Plug (5 day minimum) | 5.0 | $119.00 | $595.00 |
| | | 0.0 | $0.00 | $0.00 | 460-231-002 | 2.313" Chevron Packing (91V318) | 12.0 | 15.40 | 184.80 |
| | | 0.0 | $0.00 | $0.00 | 580-231-042 | Collet O-Ring (X Equalizing Sub) | 4.0 | 11.20 | 44.80 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | Round Trip Mileage: Crew: Truck Number - Jaspro 05 | | | From: | | To: | 0.0 | $0.00 | $0.00 |
| | Round Trip Mileage: Equipment: | | Commercial | From: | | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive |
|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor: James Sproul 201673 | | 12 | |
| Helper: Blair Condra 419563 | | 12 | | Helper | | | |

ESDs checked good on the power pack and the test pump.

CUSTOMER NAME (Print): Tony Bemard

Signature of Customer or Authorized Representative: [signature]

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warriors website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

CERTIFIED COPY CERTIFICATE

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: [signature] DEPUTY
Nicole Grimm

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Nicole Grimm

_____ DEPUTY

# DAILY OPERATIONS REPORT

## WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

110 Berceguay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT  **SLBO  34540**

We hereby request Superior Energy Services, LLC to come to the location of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/12/2020 |

**Office Use Only**
Salesman #  MB
Invoice Number
Invoice Date

CUSTOMER NAME: **Fieldwood Energy LLC**

| LEASE | | | |
|---|---|---|---|
| OCS-G 02393 | | High Island 573A | |
| PARISH/COUNTY | | STATE | WELL NO. |
| Offshore | | LA | A-2 |

BILLING ADDRESS: 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

AND HEREBY AGREE THAT IS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

**TOTAL COST**  #3147.30
**EST. DAILY COST**  $3,066.13

| Lock Type | Nipple Size | Setting Depth | Valve | Device | Spacers | Equalizer Sub | Device | Tubing PSI | Tree Connection | Tubing Data | Size | 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | FXE Installed | | Flapper | WRSV | 925 SITP Casing PSI G/L | 2-7/8 8RD | | Wt. | 6.5 lb. |
| | | | | | | | | | | | Depth | |
| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | | | | | RKB | 50' | | |
| N/A | 826 | 997 | 2126 | 1280 | New | | JSA Meeting | | | | | |

### Description Of Services Performed

Attend morning meeting and review JSAs. Standby for crane... Rig up wireline thru test to 2000 psi. RIH with a 2.40" Nipple Brush and clean out the 2.313" X Nipple at 960' while flushing it with diesel. RIH with a 2.313" DXX plug and set it in the X nipple at 960'. RIH with a 2.313" Check Set Tool and jarred down on the plug 3 times POOH. The pin is sheared, the lock is set. It would not test just like when we set plugs in the upper X profile at 552'. RIH with 2 1/2" "GS" Pulling Tool and latched and pulled the DXX. POOH and redress the lock and plug and squeezed 6 pieces of packing on the mandrel. RIH with the DX plug again and set it in the x nipple at 960'. RIH with a CST and jarred down 3 times POOH. The pin is sheared, the lock is set. Tested the plug and it acted identical to the previous tests (fail). RIH and pulled the DXX. RIH with a different DXX plug with 6 pieces of packing all facing down and set it in upper X profile at 552'. RIH with a CST and jarred down 3 times then POOH. Pin is sheared, lock set. Tested and the pressure would barely come down. Suspect plug problem. RIH and pull the plug without an equalizing prong so I could check it out. The X equalizing valve did not set correctly allowing bypass. Redressed the first plug we had been using and added an O-Ring to the 6 pieces of packing. RIH with DXX again and jarred of 35 minutes but could not get the plug to seat in the profile because the squished out O-Ring would not go into the seal bore. POOH with the plug. Replaced the top pin in the X-Line Running Tool with a steel pin and used some fine Emery cloth to take down the O-Ring a little. RIH with DXX again and jarred on it for 60 minutes until the plug set. POOH. RIH with the 2.313" CST and jarred down 3 times then POOH. The pin is sheared, the lock is set. Tested plug and the pressure came down way faster than before. Went down to 200 psi. to get a better differential across the packing and it very slowly started rising 60 pounds in 10 minutes. Decided to let it sit overnight then check it out first thing in the A.M. Secure work area and SDFN.

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | From: To: | 0.0 | $0.00 | $0.00 | 5036012 | 2.313" X-Line Running Tool | 1.0 | $207.90 | $207.90 |
| 50022 | 5M Wireline Crew & Unit | 12.0 | $85.00 | $1,020.00 | 5029012 | 2.50" GS Pulling Tool | 1.0 | $178.50 | $178.50 |
| 2002042 | .108" Standard Wireline | 1.0 | $248.50 | $248.50 | 5007022 | 2.40" Nipple Brush | 1.0 | $264.60 | $264.60 |
| 10300 | 5M Equipment Package | 1.0 | $364.00 | $364.00 | 5012022 | 2.313" Check Set Tool | 1.0 | $165.90 | $165.90 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Materials Furnished | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1330012 | Hydrostatic Test Pump with Tank | 1.0 | $413.70 | $413.70 | 460-231-002 | 2.313" Chevron Packing (91V318) | 17.0 | 15.40 | 261.80 |
| | | 0.0 | $0.00 | $0.00 | 580-231-042 | Collet O-Ring (X Equalizing Sub) | 2.0 | 11.20 | 22.40 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| | Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | | From: | | To: | | |
|---|---|---|---|---|---|---|---|---|---|
| | Round Trip Mileage: | Equipment: | Commercial | | From: | | To: | | |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Non-Productive | CUSTOMER NAME (Print) |
|---|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 12 | | Tony Bernard |
| Helper | | | | Helper | | | | Signature of Customer or Authorized Representative |
| Blair Condra 419563 | | 12 | | | | | | |

ESDs checked good on the power pack and the test pump.

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior/). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by tendering.

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

I hereby certify **September 17, 2020**

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

CERTIFIED COPY CERTIFICATE

BY: _Nicole Grimm_
Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

DEPUTY

## DAILY OPERATIONS REPORT

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

110 Bercegeay Rd.
Broussard, LA. 70518
Phone: 337-714-2120
Fax: 337-714-2110
Toll Free: 800-741-9008

DAILY OPERATIONS REPORT   **SLBO  34541**

We hereby request Superior Energy Services, LLC to come to the locaion of:

| WORK ORDER NO. | CUSTOMER ORDER NO. | TODAY'S DATE |
|---|---|---|
| Routing No.: 573006 | LOE | 03/13/2020 |

Office Use Only — Salesman # MB

**CUSTOMER NAME:** Fieldwood Energy LLC

**LEASE:** OCS-G 02393 — High Island 573A

**BILLING ADDRESS:** 200 W. Sam Houston Parkway S., Suite 1000, Houston TX. 77042

| PARISH/COUNTY | STATE | WELL NO. |
|---|---|---|
| Offshore | LA | A-2 |

AND HEREBY AGREE THAT ITS WORK SHALL BE PERFORMED TO TERMS AND CONDITIONS ON REVERSE SIDE.

TOTAL COST $255.00
EST. DAILY COST $255.00

| Lock Type | Nipple Size | Setting Depth | Valve | Equalizer Sub | Spacers | Device | Tree Connection | Tubing | Size 2 7/8" |
|---|---|---|---|---|---|---|---|---|---|
| X-Certified | 2.313 | 548' | Camco TRME | FXE Installed | | Flapper | WRSV | | Wt. 6.5 lb. |

Tubing PSI 995 SITP / Casing PSI / G/L — 2-7/8 8RD — Depth — RKB 50' — Test Pump 1280 — JSA Meeting New

| Lift Boat | Unit Number | Power Pack Number | Tool Box Number | Test Pump | JSA Meeting |
|---|---|---|---|---|---|
| N/A | 826 | 997 | 2126 | 1280 | New |

### Description Of Services Performed

Attend morning meeting and JSA review. Leak test 2.313" DXX plug that is in the X nipple at 552'. Tubing pressure is 995 psi, and we bled down the well to 600 psi. The pressure built up to 845 psi. in 30 minutes. I ran in on my program and it said fail. Called Ismael and discussed what course of action we will be taking to solve this issue. We tested the tubing again with the same results we had earlier this morning and yesterday and were going to pull and rerun the plug, possibly setting it in the X nipple at 6487'. We noticed that my program had not been updated to current BSEE regulations and was failing the test based on the former 5 CFM standard not the new 15 CFM standard. We ran the numbers on the Fieldwood program and it passed. Rigged down wireline and moved to A-2.
Certified Lock Serial No.: 4-2313 X-02   Manufacturer: BTOP

All depths are wireline. Zero at wireline deck. Test surface equipment whenever a union is broken.

| SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | | TOTAL U/H | UNIT PRICE | AMOUNT | SERVICE CODE | SERVICE, RENTALS, & THIRD PARTIES | TOTAL U/H | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | From: | To: | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| 50022 | 5M Wireline Crew & Unit | | 3.0 | $85.00 | $255.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |
| | | | 0.0 | $0.00 | $0.00 | | | 0.0 | $0.00 | $0.00 |

| Materials Furnished | | | | | Part Number | Materials Furnished | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |
| | 0.0 | $0.00 | $0.00 | | | | 0.0 | $0.00 | $0.00 |

| Round Trip Mileage: | Crew: | Truck Number - Jaspro 05 | From: | To: | 0.0 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| Round Trip Mileage: | Equipment: | Commercial | From: | To: | 0.0 | $0.00 | $0.00 |

| EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive | EMPLOYEE NAME | EMP. NO. | Hours Productive | Hours Non-Productive |
|---|---|---|---|---|---|---|---|
| Supervisor | | | | Supervisor James Sproul 201673 | | 3 | |
| Helper Blair Condra 419563 | | 3 | | Helper | | | |

CUSTOMER NAME (Print): Tony Bernard
Signature of Customer or Authorized Representative

1) The estimated charges shown above may be exclusive of tax and the final invoice will include all applicable taxes.
2) The Services (as defined in the Terms) related to this Daily Operations Report shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (http://www.superiorenergy.com/subsidiary/warrior). Acceptance of the Terms shall be by the earlier date of the signing above or by acknowledgement as described in Section 1 of the Terms, including without limitation by beginning

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY:

Nicole Grimm

DEPUTY

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fieldwood Energy Offshore, LLC,<br>through its registered agent,<br>Capitol Corporate Services, Inc.<br>8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5526 9249 8643 70

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery | |

2. Article Number *(Transfer from service label)*

9489 0090 0027 6178 8965 95

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY:

Nicole Grimm

_____ DEPUTY

**USPS TRACKING #**

9590 9402 5526 9249 8643 70

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

LUGENBUHL WHEATON PECK RANKIN & HUBBARD
A LAW CORPORATION
601 Poydras Street, Suite 2775
New Orleans, LA 70130

VA / SAMUELS / SESI

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

BY: _____
Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

_____ DEPUTY

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fieldwood Energy Offshore LLC,<br>2000 West Sam Houston Parkway<br>South Suite 1200<br>Houston, TX 77042 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5526 9249 8644 00

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ ...d Mail | |
| ☐ ...Mail Restricted Delivery (...500) | |

2. Article Number (*Transfer from service label*)

9489 0090 0027 6178 8965 71

PS Form **3811**, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify <u>September 17, 2020</u>

CERTIFIED COPY CERTIFICATE

BY: 

Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

DEPUTY

USPS TRACKING #



9590 9402 5526 9249 8644 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

LUGENBUHL WHEATON PECK RANKIN & HUBBARD
A LAW CORPORATION
601 Poydras Street, Suite 2775
New Orleans, LA 70130

A. SAMUELS / SESI

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON

The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

BY: _Nicole Grimm_ _____ DEPUTY
Nicole Grimm

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fieldwood Energy, LLC<br>2000 West Same Houston Parkway<br>South, Suite 1200<br>Houston, TX  77042 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5526 9249 8643 94

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |

2. Article Number *(Transfer from service label)*


9489 0090 0027 6178 8965 64

PS Form **3811**, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____
Nicole Grimm
DEPUTY

USPS TRACKING #



9590 9402 5526 9249 8643 94



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

LUGENBUHL WHEATON PECK RANKIN & HUBBARD
A LAW CORPORATION
601 Poydras Street, Suite 2775
New Orleans, LA 70130

A. SAMUELS / SESI

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____

Nicole Grimm

_____ DEPUTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fieldwood Energy, LLC
Through its registered agent
Capital Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

9590 9402 5526 9249 8643 87

2. Article Number *(Transfer from service label)*

7489 0090 0027 6178 8965 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**EXHIBIT 21**

STATE OF TEXAS
COUNTY OF GALVESTON
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my office and having identification Number as stamped hereon.

I hereby certify **September 17, 2020**

CERTIFIED COPY CERTIFICATE

DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____

Nicole Grimm

DEPUTY

USPS TRACKING #



9590 9402 5526 9249 8643 87

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4® in this box•

LUGENBUHL WHEATON PECK RANKIN & HUBBARD
A LAW CORPORATION
601 Poydras Street, Suite 2775
New Orleans, LA 70130

A. SAMUELS / SESI

**EXHIBIT 21**

## FILED AND RECORDED

Instrument Number:   *2020058229*

Recording Fee: 150.00

Number Of Pages:33

Filing and Recording Date: 09/17/2020 12:04PM

I hereby certify that this instrument was FILED on the date and time stamped hereon
and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*

STATE OF TEXAS
COUNTY OF GALVESTON
CERTIFIED COPY CERTIFICATE
The foregoing is a true and correct photographic copy of the original record now in my lawful custody and possession, as the same is recorded in the Official Public Records in my
office and having Identification Number as stamped hereon.

I hereby certify **September 17, 2020**



DWIGHT D. SULLIVAN, COUNTY CLERK
GALVESTON COUNTY, TEXAS

BY: _____ DEPUTY
Nicole Grimm

**EXHIBIT 21**