# St. Mary Parish Recording Page

**Cliff Dressel**
**Clerk of Court**
500 Main Street
P.O. Drawer 1231
Franklin, LA 70538
(337) 828-4100

**Received From :**
LUGENBUHL,WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS ST., STE. 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WARRIOR ENERGY SERVICES CORPORATION

—                                                            —

**Index Type :**   Mortgages                  **File Number :** 352583

**Type of Document :** Lien

**Book :** 1601      **Page :** 671

**Recording Pages :**          29

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Mary Parish, Louisiana.

*Stephanie Derouen*
Deputy Clerk

On (Recorded Date) : 09/11/2020

At (Recorded Time) :  1:15:02PM

CLERK OF COURT
CLIFF DRESSEL
Parish of St. Mary
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/11/2020 at 1:15:02 Recorded in Book 1601  Page  671 File Number   352583

*Stephanie Derouen*
Deputy Clerk



Doc ID - 007366900029

**Return To :**

**EXHIBIT 22**

|  |  |
|---|---|
| FILED: | St. Mary Parish |
|  | Bureau of Ocean Energy Management |
| LEASE NO.: | SL-14519 |
| Field ID: | Myette Point-6985 |
| OPERATOR: | Fieldwood Energy Offshore, LLC |
| AMOUNT: | $612,890.33 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

      **BEFORE ME**, the undersigned authority, personally came and appeared:

<div align="center">

**JEAN PAUL OVERTON**

</div>

who, after being duly sworn, did depose and say:

      1.     He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

      2.     Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

      3.     In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

      4.     Between approximately January 15, 2020 through March 15, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain oil and gas lease(s), including specifically that certain lease identified as State Lease 14519, Myette Point, Field ID# 6984, St. Mary Parish, State of Louisiana (the "Lease").

      5.     As of the present date, a remaining principal amount of $612,890.33 is due and owing on Invoice Nos. SI-266425, 60985SPC, 60986SPC, SI-266564, SI-266577, SI-266584, SI-266615, SI-266677 and SI-266776 (collectively, the "Invoices") for those certain goods,

<div align="center">- 1 -</div>

EXHIBIT 22

equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6. As evidenced by the Louisiana Department of Natural Resources (the "LDNR"), Fieldwood Energy Offshore, LLC ("FEO"), LDNR Company Number F156, was at all relevant times and remains the operator of the above-referenced Lease.

8. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

9. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, FEO; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of St. Mary Parish, State of Louisiana.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood and the Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX

—   EXHIBIT 22

77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 20ᵗʰ day of August, 2020.

Warrior Energy Services Corporation

By: _____

Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20ᵗʰ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

> JENNIFER MATTHEWS
> Notary ID #129908536
> My Commission Expires
> August 4, 2022

- 3 -

**EXHIBIT 22**



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266425 |
| Invoice Date: | 2/29/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 201,907.32

Lease & Well S/: 14519 #2 MYETTE POINT
County: ST. MARY
State LA

| | |
|---|---|
| Job Start Date | 2/17/2020 |
| Job End Date | 2/29/2020 |
| Latitude | 29.5633342 |
| Longitude | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | Supervisor One Barge | SO-11429-810 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-810 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000013WS | Five Man Plug And Abandment Service Crew, Marine. | SO-11429-810 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000032WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-810 | 7.00 | Hour | 320.00 | | 2,240.00 |
| 3000999WS | Cook, Per Hour | SO-11429-810 | 24.00 | Hour | 56.00 | | 1,288.00 |
| 3001132WS | When Additional Crew Members Are Required by The | SO-11429-810 | 4.00 | Hour | 250.00 | | 1,000.00 |
| 3010202WS | Crew Substances, Applies When Meals And Lodging | SO-11429-810 | 10.00 | EACH | 80.00 | | 800.00 |
| 3018211WS | Subsistence - Cost of Bunk per Man | SO-11429-810 | 1.00 | EACH | 26.00 | | 26.00 |
| 3500001WS | PSA Packages, 5000 PSI Packages Includes Cementing | SO-11429-810 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700411WS | Communication Package, 2-Way On Site. Radios | SO-11429-810 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day - Single Pen 10K | SO-11429-810 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder/Day Dual Pen 10k, All rentals | SO-11429-810 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover S.zb, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-810 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-810 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-810 | 1.00 | EACH | 180.00 | | 180.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-810 | 1.00 | EACH | 42.00 | | 42.00 |

---



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266425 |
| Invoice Date: | 2/29/2020 |
| Page: | 2 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 201,907.32

Lease & Well S/: 14519 #2 MYETTE POINT
County: ST. MARY
State LA

| | |
|---|---|
| Job Start Date | 2/17/2020 |
| Job End Date | 2/29/2020 |
| Latitude | 29.5633342 |
| Longitude | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | CanEsc Crossover, Five Day Minimum Rental | SO-11429-810 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-810 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 in Five Day | SO-11429-810 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-810 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510100WS | 3 1/2in UL Pump In Sub | SO-11429-810 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-810 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and 5m | SO-11429-810 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Bash Ross Camp Type T With Wrench Five Day | SO-11429-810 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000661WS | Hairo Plug Valve, 2 In 3 1 In, Five Day Minimum | SO-11429-810 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Haico Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-810 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015610WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-810 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015511WS | Land ng Joint, 2 7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-810 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-810 | 1.00 | Days | 231.60 | | 231.60 |
| 3000665WS | High Pressure Swivel Head | SO-11429-810 | 2.00 | EACH | 51.00 | | 102.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum | SO-11429-810 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-810 | 1.00 | EACH | 297.00 | | 297.00 |

---

EXHIBIT
A



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266425 |
| Invoice Date: | 2/29/2020 |
| Page: | 3 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 2817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 201,907.32

Lease & Well S/: 14519 #2 MYETTE POINT
County: ST. MARY
State LA

| | |
|---|---|
| Job Start Date: | 2/17/2020 |
| Job End Date: | 2/29/2020 |
| Latitude: | 29.5633342 |
| Longitude | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15a | SO-11429-810 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-810 | 4.00 | EACH | 75.00 | | 300.00 |
| 3011132WS | Special Setting Tools Marine Per Day /Tech | SO-11429-810 | 1.00 | EACH | 570.00 | | 570.00 |
| 3000999WS | SPILL STATION | SO-11429-810 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 H X 2 In, With Camloc Fittings | SO-11429-810 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-810 | 1.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in Work String for Top Jobs | SO-11429-810 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015511WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-810 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-810 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum Rental | SO-11429-810 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge 6in, 3-1/2" | SO-11429-810 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc fittings | SO-11429-810 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8' | SO-11429-810 | 1.00 | Days | 240.00 | | 240.00 |
| 3014013WS | Transfer Pumps W/Suction And Di | SO-11429-810 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-810 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-810 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000013WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-811 | 1.00 | Days | 3,450.00 | | 3,450.00 |

---



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266425 |
| Invoice Date: | 2/29/2020 |
| Page: | 4 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 201,907.32

Lease & Well S/: 14519 #2 MYETTE POINT
County: ST. MARY
State LA

| | |
|---|---|
| Job Start Date: | 2/17/2020 |
| Job End Date: | 2/29/2020 |
| Latitude: | 29.5633342 |
| Longitude | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000032WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-811 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-811 | 16.00 | Hour | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-811 | 11.00 | EACH | 80.00 | | 880.00 |
| 3018211WS | Subsistence - Cost of Bunk per Man | SO-11429-811 | 3.00 | EACH | 26.00 | | 78.00 |
| 3500001WS | PSA Packages, 5000 PSI Packages Includes Cementing | SO-11429-811 | 1.00 | Days | 1,600.00 | | 1,600.00 |
| 1700411WS | Communication Package, 2-Way On Site, Radios | SO-11429-811 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day - Single Pen 10K | SO-11429-811 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-811 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-811 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-811 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-811 | 1.00 | EACH | 180.00 | | 180.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-811 | 1.00 | EACH | 42.00 | | 42.00 |
| 3003025WS | CanEsc Crossover, Five Day Minimum Rental | SO-11429-811 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-811 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-811 | 3.00 | EACH | 35.00 | | 105.00 |

EXHIBIT 22



**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 5

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015132WS | Bowl And Sips 1-1/4 in Thru 2-3/8 In Five Day | SO-11429-B11 | 1.00 | EACH | 48.00 | | 48.00 |
| 3518010WS | 3 1/2in I.F. Pump In Sub | SO-11429-B11 | 1.00 | EACH | 39.00 | | 39.00 |
| 3018220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-B11 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096020WS | Drill Pipe Scala 4 1/2in and 5in | SO-11429-B11 | 2.00 | EACH | 34.80 | | 69.60 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-B11 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000660WS | Hako Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-B11 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Hako Plug Valve, 2 In X 2 In, Five Day | SO-11429-B11 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X " 2 Ft O Less Five | SO-11429-B11 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE BRD X 12 Ft, Five Day | SO-11429-B11 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-B11 | 1.00 | EACH | 48.00 | | 48.00 |
| JXX4065WS | High Pressure Swivel Head | SO-11429-B11 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-B11 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015032WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-B11 | 1.00 | EACH | 297.00 | | 297.00 |
| 3002200WS | Fluid Transfer Package. 102' Iron Package - 15k | SO-11429-B11 | 1.00 | EACH | 348.00 | | 348.00 |
| 3009999WS | TEST PLUG | SO-11429-B11 | 4.00 | EACH | 25.00 | | 100.20 |
| 3009999WS | SPILL STATION | SO-11429-B11 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose 50 Ft X 2 In, With Camloc Fittings | SO-11429-B11 | 2.00 | EACH | 14.40 | | 28.80 |

---

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 6

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000413WS | Air Hose, 50 Ft X 1 in, Five Day Minimum Rental | SO-11429-B11 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 In. Work String for Top Jobs | SO-11429-B11 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE BRD X 12 Ft, Five Day | SO-11429-B11 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-B11 | 2.00 | EACH | 42.00 | | 84.00 |
| 3014011WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-B11 | 3.00 | EACH | 20.40 | | 61.20 |
| 3034109WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-B11 | 1.00 | EACH | 54.20 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-B11 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-B11 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suct.on And Di | SO-11429-B11 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | 7" CASE HARDENED SLIPS BRIDGE PLUGS | SO-11429-B11 | 1.00 | EACH | 4,990.43 | | 4,990.43 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-B12 | 1.00 | EACH | 200.20 | | 200.00 |
| 3019850WS | Bridge Plug/Convert Retainer Se | SO-11429-B12 | 1.00 | EACH | 828.00 | | 828.00 |
| 3019169WS | RF Safe Firing System / Per Run | SO-11429-B12 | 1.00 | EACH | 520.00 | | 520.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-B12 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-B12 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-B12 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew Additional Hours | SO-11429-B12 | 1.00 | Hour | | | 320.00 |

---

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 7

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 2017
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | Cook, Per Hour | SO-11429-B12 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-B12 | 11.00 | EACH | 80.00 | | 880.00 |
| 3500001WS | PBA Packages, 5000 PSI Packages Includes Cementing | SO-11429-B12 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 3700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-B12 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 12K | SO-11429-B12 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 12k, All rentals | SO-11429-B12 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | T-Joing Crossover Sub, 3/4 in - 2-7/8 In BRD, Five | SO-11429-B12 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-B12 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000669WS | Light Plant, Explosion Proof, Five Day | SO-11429-B12 | 1.00 | EACH | 180.00 | | 180.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-B12 | 1.00 | EACH | 42.00 | | 42.00 |
| 3003021WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-B12 | 4.00 | EACH | 7.20 | | 28.80 |
| 3018501WS | Companion Flange, 2-9/16 In 5M | SO-11429-B12 | 1.00 | EACH | 56.00 | | 66.00 |
| 3015120WS | E evator MTT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-B12 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015132WS | Bowl And Sips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-B12 | 1.00 | EACH | 48.00 | | 48.00 |
| 3518010WS | 3 1/2in I.F. Pump in Sub | SO-11429-B12 | 1.00 | EACH | 39.00 | | 39.00 |
| 3018220WS | 1502 X 1-1/4 in Pump in Sub | SO-11429-B12 | 1.00 | EACH | 39.00 | | 39.00 |

---

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 8

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3096020WS | Drill Pipe Scala 4 1/2in and 5in | SO-11429-B12 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench | SO-11429-B12 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000660WS | Hako Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-B12 | 2.00 | EACH | 60.30 | | 120.00 |
| 3000660WS | Hako Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-B12 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 2 Ft Or Less Five | SO-11429-B12 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE BRD X 12 Ft, Five Day | SO-11429-B12 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-B12 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | High Pressure Swivel Head | SO-11429-B12 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-B12 | 2.00 | EACH | 51.20 | | 102.00 |
| 3015032WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-B12 | 1.00 | EACH | 297.00 | | 297.00 |
| 3002200WS | Fluid Transfer Package. 102' Iron Package - 15k | SO-11429-B12 | 1.00 | EACH | 348.00 | | 348.00 |
| 3009999WS | TEST PLUG | SO-11429-B12 | 4.00 | EACH | 25.00 | | 100.00 |
| 3009999WS | SPILL STATION | SO-11429-B12 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 in, With Camloc Fittings | SO-11429-B12 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000413WS | Air Hose, 50 Ft X 1, Five Day Minimum Rental | SO-11429-B12 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-B12 | 1.00 | EACH | 330.50 | | 330.50 |

**EXHIBIT 22**

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 9

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUS"ON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft. Five Day | SO-11429-812 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-812 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-812 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-812 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-812 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-812 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-812 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000445WS | 50 BBL Eduction Cement Blender - Tank | SO-11429-812 | 5.00 | EACH | 141.60 | | 708.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-812 | 5.00 | EACH | 34.80 | | 174.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11429-812 | 1.00 | EACH | 1,040.00 | | 1,040.00 |
| 3012970WS | Magnetic Decentralizer / Per R | SO-11429-812 | 1.00 | EACH | 200.00 | | 200.00 |
| 3016090WS | Dye Pill/Lb A Restocking Charge Of 30% Of The | SO-11429-812 | 2.00 | Pounds | 114.00 | | 228.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-813 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-813 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-813 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-813 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-813 | 16.00 | EACH | 56.00 | | 896.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 10

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-813 | 11.00 | EACH | 80.00 | | 880.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-813 | 3.00 | EACH | 26.00 | | 78.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-813 | 1.00 | Days | 1,600.00 | | 1,600.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-813 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-813 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-813 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-813 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-813 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-813 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-813 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-813 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-813 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-813 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510106WS | 3 1/2in I.F. Pump in Sub | SO-11429-813 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-813 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-813 | 1.00 | EACH | 34.80 | | 34.80 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 11

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-813 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-813 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-813 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-813 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-813 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-813 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-813 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-813 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-813 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-813 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-813 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-813 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-813 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-813 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 In. Work String for Top Jobs | SO-11429-813 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-813 | 1.00 | EACH | 26.40 | | 26.40 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 12

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-813 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-813 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-813 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-813 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-813 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-813 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000445WS | 50 BBL Eduction Cement Blender - Tank | SO-11429-813 | 1.00 | EACH | 141.60 | | 141.60 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-813 | 1.00 | EACH | 34.80 | | 34.80 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-814 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-814 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-814 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-814 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-814 | 11.00 | EACH | 80.00 | | 880.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-814 | 3.00 | EACH | 26.00 | | 78.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-814 | 1.00 | Days | 1,000.00 | | 1,000.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-814 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-814 | 2.00 | EACH | 45.00 | | 90.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 13

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-814 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-814 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-814 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-814 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-814 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-814 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-814 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-814 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510108WS | 3 1/2in I.F. Pump in Sub | SO-11429-814 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump in Sub | SO-11429-814 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-814 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-814 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-814 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-814 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-814 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft. Five Day | SO-11429-814 | 4.00 | EACH | 26.40 | | 105.60 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 14

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000695WS | Supply Basket Any Size | SO-11429-814 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-814 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-814 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI (No Test) | SO-11429-814 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-814 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-814 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-814 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose 50 Ft X 2 In, With Camloc Fittings | SO-11429-814 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-814 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-814 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft. Five Day | SO-11429-814 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-814 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-814 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-814 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-814 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-814 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-814 | 1.00 | EACH | 150.00 | | 150.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 15

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000445WS | 50 BBL Eduction Cement Blender - Tank | SO-11429-814 | 1.00 | EACH | 141.60 | | 141.60 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-814 | 1.00 | EACH | 34.80 | | 34.80 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11429-814 | 147.00 | EACH | 18.50 | | 2,719.50 |
| 3016090WS | Dye Fill/Lb A Restocking Charge Of 30% Of The | SO-11429-814 | 2.00 | Pounds | 114.00 | | 228.00 |
| 3016140WS | Ultra Bond Latex for Gas Stoppage / 5 gal | SO-11429-814 | 4.00 | Pail | 234.00 | | 936.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-815 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-815 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-815 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-815 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-815 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-815 | 12.00 | EACH | 80.00 | | 960.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-815 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-815 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-815 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-815 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-815 | 2.00 | EACH | 75.00 | | 150.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 16

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-815 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-815 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-815 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-815 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-815 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-815 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-815 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510108WS | 3 1/2in I.F. Pump in Sub | SO-11429-815 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-815 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-815 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-815 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-815 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-815 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-815 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft. Five Day | SO-11429-815 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-815 | 1.00 | EACH | 48.00 | | 48.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 17

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0617
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3004065WS | High Pressure Swivel Head | SO-11429-815 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-815 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-815 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-815 | 1.00 | EACH | 340.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-815 | 4.00 | EACH | 25.30 | | '00.00 |
| 3000999WS | SPILL STATION | SO-11429-815 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 in, With Camloc Fittings | SO-11429-815 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000417WS | Air Hose, 50 Ft X 1 in, Five Day Minimum Rental | SO-11429-815 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-815 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-815 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-815 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-815 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-815 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-815 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8' | SO-11429-815 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-815 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000445WS | 50 BBL Eduction Cement Blender - Tank | SO-11429-815 | 1.00 | EACH | 141.60 | | 141.60 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 18

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0617
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-815 | 1.00 | EACH | 34.80 | | 34.80 |
| 3026006WS | Cloth Rags | SO-11429-815 | 2.00 | Box | 33.15 | | 66.30 |
| 3026014WS | Oil Absorb Pads 18 In X 18 In | SO-11429-815 | 2.00 | EACH | 46.80 | | 93.60 |
| 3015150WS | Inspection Charges Will Be App | SO-11429-815 | 1.00 | EACH | 71.30 | | 71.30 |
| 3000999WS | drum of rw 35 | SO-11429-815 | 1.00 | EACH | 373.81 | | 373.81 |
| 3025009WS | Ear Plugs | SO-11429-815 | 2.00 | Box | 33.15 | | 66.30 |
| 3025001WS | Surgical Gloves | SO-11429-815 | 1.00 | Box | 10.40 | | 10.40 |
| 3021001WS | WD-40, Gal Cans (2) | SO-11429-815 | 2.00 | Gallon | 19.50 | | 39.00 |
| 3026036WS | Poly Sprayer, On Request | SO-11429-815 | 1.00 | EACH | 35.10 | | 35.10 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-816 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-816 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-816 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-816 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-816 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistance, Applies When Meals And Lodging | SO-11429-816 | 12.00 | EACH | 00.00 | | 560.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-816 | 6.00 | EACH | 26.00 | | 156.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-816 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-816 | 3.00 | Days | 31.80 | | 95.40 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 19

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0617
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-816 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-816 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-816 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-816 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-816 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-816 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-816 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-816 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-816 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510108WS | 3 1/2in IF. Pump in Sub | SO-11429-816 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump in Sub | SO-11429-816 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-816 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-816 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-816 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-816 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-816 | 3.00 | EACH | 30.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 20

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-816 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-816 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-816 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-816 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-816 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-816 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-816 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-816 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 in, With Camloc Fittings | SO-11429-816 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-816 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-816 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-816 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-816 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-816 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-816 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-816 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8' | SO-11429-816 | 1.00 | EACH | 240.00 | | 240.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 21

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/23/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015032WS | Transfer Pump W/Suction And DI | SO-11429-816 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000445WS | 50 BBL Eduction Cement Blender - Tank | SO-11429-816 | 1.00 | EACH | 141.60 | | 141.60 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-816 | 1.00 | EACH | 34.80 | | 34.80 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-817 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-817 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-817 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-817 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-817 | 12.00 | EACH | 80.00 | | 960.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-817 | 6.00 | EACH | 26.00 | | 156.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-817 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-817 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-817 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-817 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-817 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-817 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-817 | 1.00 | EACH | 180.00 | | 180.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 22

Due Date: Due upon Receipt
Customer No 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-817 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-817 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-817 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-817 | 1.00 | EACH | 40.00 | | 40.00 |
| 1510106WS | 3 1/2in I.F. Pump in Sub | SO-11429-817 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-817 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-817 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-817 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-817 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-817 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-817 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-817 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-817 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-817 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-817 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-817 | 1.00 | EACH | 297.00 | | 297.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 23

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/23/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000200WS | Fluid Transfer Package 100' Iron Package - 15k | SO-11429-817 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-817 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-817 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose 50 Ft X 2 In, With Camloc Fittings | SO-11429-817 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-817 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-817 | 1.00 | EACH | 130.50 | | 130.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-817 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-817 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-817 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-817 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-817 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 6" | SO-11429-817 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And DI | SO-11429-817 | 1.00 | EACH | 150.00 | | 150.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11429-817 | 4.00 | Hour | 50.00 | | 200.00 |
| 3017400WS | CAPTAIN/BARGE TENDER | SO-11429-817 | 5.00 | EACH | 85.00 | | 425.00 |
| 3015200WS | Casing Jack System, 4-Leg, 100 To 200 Ton Unit, | SO-11429-817 | 1.00 | EACH | 700.00 | | 700.00 |
| 3015220WS | Rotary Slips, DU Long, 1-1/4 In To 5-1/2 In, Five | SO-11429-817 | 1.00 | EACH | 84.00 | | 84.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 24

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015222WS | Rotary Hand Slips, 7-5/8 In Thru 16 In, Five Day | SO-11429-817 | 1.00 | EACH | 105.00 | | 105.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-818 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-818 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-818 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000027WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-818 | 4.00 | Hour | 320.00 | | 1,280.00 |
| 3000999WS | Cook, Per Hour | SO-11429-818 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-818 | 10.00 | EACH | 80.00 | | 800.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-818 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2 Way On Site, Radios | SO-11429-818 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-818 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-818 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-818 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-818 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-818 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-818 | 4.00 | EACH | 7.20 | | 28.80 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI 266425
Invoice Date: 2/29/2020
Page: 25

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-818 | 1.00 | EACH | 66.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-818 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-818 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510106WS | 3 1/2in I.F. Pump in Sub | SO-11429-818 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-818 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-818 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-818 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-818 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-818 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-818 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 in EUE 8RD X 12 Ft, Five Day | SO-11429-818 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-818 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-818 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-818 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-818 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-818 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-818 | 4.00 | EACH | 25.00 | | 100.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 26

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | SPILL STATION | SO-11429-818 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-818 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-818 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-818 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 in EUE 8RD X 12 Ft, Five Day | SO-11429-818 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-818 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-818 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-818 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-818 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8' | SO-11429-818 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-818 | 1.00 | EACH | 150.00 | | 150.00 |
| 3015200WS | Casing Jack System, 4-Leg, 100 To 200 Ton Unit, | SO-11429-818 | 1.00 | EACH | 700.00 | | 700.00 |
| 3015220WS | Rotary Slips, DL Long, 1-1/4 In To 5-1/2 In, Five | SO-11429-818 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015222WS | Rotary Hand Slips. 7-5/8 In Thru 16 In, Five Day | SO-11429-818 | 1.00 | EACH | 105.00 | | 105.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-819 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-819 | 1.00 | EACH | 200.00 | | 200.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 27

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-819 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-819 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3000999WS | Cook, Per Hour | SO-11429-819 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-819 | 10.00 | EACH | 80.00 | | 800.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-819 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-819 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-819 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-819 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-819 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-819 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-819 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-819 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-819 | 1.00 | EACH | 56.00 | | 66.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-819 | 3.00 | EACH | 35.00 | | 105.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-819 | 1.00 | EACH | 48.00 | | 48.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 28

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3510103WS | 3 1/2in I.F. Pump in Sub | SO-11429-819 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-819 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-819 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-819 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-819 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-819 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-819 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-819 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-819 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-819 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-819 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-819 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-819 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-819 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-819 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-819 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-819 | 3.00 | EACH | 10.20 | | 30.60 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 29

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-819 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-819 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-819 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-819 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-819 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-819 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-819 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-819 | 1.00 | EACH | 150.00 | | 150.00 |
| 3015200WS | Casing Jack System, 4-Leg, 100 To 200 Ton Unit, | SO-11429-819 | 1.00 | EACH | 700.00 | | 700.00 |
| 3015220WS | Rotary Slips, DU Long, 1-1/4 In To 5-1/2 In, Five | SO-11429-819 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015222WS | Rotary Hand Slips, 7-5/8 In Thru 16 In, Five Day | SO-11429-819 | 1.00 | EACH | 105.00 | | 105.00 |
| 3000999WS | 7" x 10 3/4" slot recovery | SO-11429-819 | 1.00 | EACH | 1,620.00 | | 1,620.00 |
| 945004WS | Spears 8 5/8in OD and Smaller | SO-11429-819 | 1.00 | EACH | 795.00 | | 795.00 |
| 3500062WS | Grapples, Catch Range 1-828in-3 | SO-11429-819 | 1.00 | EACH | 1,025.40 | | 1,025.40 |
| 3500078WS | Grapples, Run Charge, 8.597in-8 | SO-11429-819 | 1.00 | EACH | 695.70 | | 895.70 |
| 3500078WS | Grapples, Run Charge, 8.597in-8 | SO-11429-819 | 1.00 | EACH | 623.35 | | 623.35 |
| 3510169WS | 3 1/2 IF Connection & Smaller (Body) Stop Sub | SO-11429-819 | 1.00 | EACH | 156.00 | | 156.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 30

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-820 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-820 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-820 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-820 | 3.00 | Hour | 320.00 | | 960.00 |
| 3000999WS | Cook, Per Hour | SO-11429-820 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-820 | 10.00 | EACH | 80.00 | | 800.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-820 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700413WS | Communication Package, 2-Way On Site, Radios | SO-11429-820 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-820 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-820 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-820 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-820 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-820 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-820 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-820 | 1.00 | EACH | 66.00 | | 66.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 31

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-820 | 2.00 | EACH | 35.00 | | 70.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-820 | 1.00 | EACH | 48.00 | | 48.00 |
| 3510108WS | 3 1/2in I.F. Pump in Sub | SO-11429-820 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump In Sub | SO-11429-820 | 1.00 | EACH | 39.00 | | 39.00 |
| 3096003WS | Drill Pipe Subs 4 1/2in and Sm | SO-11429-820 | 1.00 | EACH | 34.80 | | 34.80 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-820 | 2.00 | EACH | 33.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-820 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-820 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-820 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-820 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-820 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-820 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-820 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-820 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-820 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-820 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-820 | 1.00 | EACH | 63.25 | | 63.25 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 32

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-820 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-820 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 in. Work String for Top Jobs | SO-11429-820 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2 7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-820 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-820 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-820 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-820 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-820 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015210WS | Sub Base 8" | SO-11429-820 | 1.00 | EACH | 240.00 | | 240.00 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-820 | 1.00 | EACH | 150.00 | | 150.00 |
| 3004021WS | Specialty Tool Box | SO-11429-820 | 1.00 | EACH | 500.00 | | 500.00 |
| 105601WS | Model Super C Blades | SO-11429-820 | 3.00 | EACH | 75.00 | | 225.00 |
| 3011122WS | Junk Catcher, With Gauge Ring, Marine, Per Run | SO-11429-820 | 1.00 | EACH | 202.50 | | 202.50 |
| 3030302WS | Bridge Plug, CI, Std, 13 3/8" In | SO-11429-820 | 1.00 | EACH | 4,350.00 | | 4,350.00 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-820 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-820 | 1.00 | EACH | 828.00 | | 828.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-820 | 1.00 | EACH | 520.00 | | 520.00 |
| 3015160WS | Dies Will Be Charged In Acd | SO-11429-820 | 8.00 | EACH | 13.80 | | 110.40 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 33

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.306027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3026010WS | Wire Brush (2) | SO-11429-820 | 2.00 | EACH | 2.60 | | 5.20 |
| 3000999WS | studs | SO-11429-820 | 16.00 | EACH | 20.93 | | 334.88 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-820 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | Credit Saw Equipment | SO-11429-820 | (1.00) | EACH | 3,025.00 | | (3,025.00) |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-821 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-821 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-821 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-821 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3000999WS | Cook, Per Hour | SO-11429-821 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-821 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-821 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-821 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-821 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-821 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-821 | 2.00 | EACH | 75.00 | | 150.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-821 | 1.00 | EACH | 18.00 | | 18.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-821 | 1.00 | EACH | 126.00 | | 126.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 34

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.306027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-821 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-821 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-821 | 1.00 | EACH | 66.00 | | 66.00 |
| 3510108WS | 3 1/2in I.F. Pump In Sub | SO-11429-821 | 1.00 | EACH | 39.00 | | 39.00 |
| 3010220WS | 1502 X 1-1/4 In Pump in Sub | SO-11429-821 | 1.00 | EACH | 39.00 | | 39.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-821 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-821 | 1.00 | EACH | 84.00 | | 84.00 |
| 3015110WS | 1" thru 2-3/8 In EUE CS X 12 Ft Or Less Five | SO-11429-821 | 3.00 | EACH | 30.00 | | 90.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-821 | 4.00 | EACH | 26.40 | | 105.60 |
| 3000695WS | Supply Basket Any Size | SO-11429-821 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004065WS | High Pressure Swivel Head | SO-11429-821 | 1.00 | Days | 231.60 | | 231.60 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-821 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-821 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package 100' Iron Package - 15k | SO-11429-821 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-821 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-821 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003027WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-821 | 2.00 | EACH | 14.40 | | 28.80 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 35

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/23/2020
Latitude: 29.5633342
Longitude: -91.306027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-821 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015113WS | 1 1/4 In. Work String for Top Jobs | SO-11429-821 | 1.00 | EACH | 330.50 | | 330.50 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-821 | 1.00 | EACH | 26.40 | | 26.40 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-821 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-821 | 3.00 | EACH | 20.40 | | 61.20 |
| 3034100WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-821 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-821 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-821 | 2.00 | EACH | 150.00 | | 300.00 |
| 3000999WS | spool | SO-11429-821 | 5.00 | EACH | 259.90 | | 1,299.50 |
| 3004021WS | Specialty Tool Box | SO-11429-821 | 1.00 | EACH | 500.00 | | 500.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-821 | 1.00 | EACH | 48.00 | | 48.00 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-821 | 1.00 | EACH | 33.00 | | 33.00 |
| 3015120WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-821 | 1.00 | EACH | 35.00 | | 35.00 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11429-821 | 128.00 | EACH | 18.50 | | 2,368.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-822 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-822 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-822 | 1.00 | Days | 3,450.00 | | 3,450.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266425
Invoice Date: 2/29/2020
Page: 36

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.306027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-822 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-822 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-822 | 10.00 | EACH | 80.00 | | 800.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-822 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-822 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-822 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-822 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-822 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-822 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-822 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-822 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-822 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-822 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-822 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-822 | 2.00 | EACH | 51.00 | | 102.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI 266425
Invoice Date: 2/29/2020
Page: 37

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 201,907.32**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 2/17/2020
Job End Date: 2/29/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3015029WS | Choke Manifold Dual, 10000 PSI, (No Test) | SO-11429-B22 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-B22 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO 11429 B22 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-B22 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11429-B22 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-B22 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015109WS | Landing Joint, 2-3/8 In Thru 3-1/2 In, Five Day | SO-11429-B22 | 3.00 | EACH | 24.00 | | 72.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-B22 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-B22 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-B22 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-B22 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-B22 | 1.00 | EACH | 150.00 | | 150.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (504) 362-5558

| | | |
|---|---|---|
| Total Discount: 0.00 | Net Invoice: | 201,907.32 |
| | Freight: | 0.00 |
| LA 0.45% | Tax: | 0.00 |
| | Total: | 201,907.32 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions(the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior/>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 1

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000959WS | Supervisor One Barge | SO-11429-C1 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO 11429 C1 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew Marine, | SO-11429-C1 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C1 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C1 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C1 | 2.00 | EACH | 26.00 | | 52.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C1 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C1 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-C1 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-C1 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C1 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C1 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C1 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C1 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C1 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C1 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C1 | 1.00 | EACH | 48.00 | | 48.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 2

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C1 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C1 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C1 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C1 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C1 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In With Camloc Fittings | SO-11429-C1 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C1 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO 11429 C1 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C1 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C1 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C1 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-C1 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C2 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C2 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-C2 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-C2 | 1.00 | Hour | 320.00 | | 320.00 |
| 3000993WS | Cook, Per Hour | SO-11429-C2 | 16.00 | EACH | 56.00 | | 896.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 3

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO 11429 C2 | 180.00 | Mile | 2.00 | | 360.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C2 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C2 | 2.00 | EACH | 26.00 | | 52.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C2 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C2 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-C2 | 2.00 | EACH | 45.00 | | 90.00 |
| 2000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-C2 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C2 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C2 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C2 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C2 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C2 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C2 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C2 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C2 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C2 | 1.00 | EACH | 297.00 | | 297.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 4

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C2 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C2 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C2 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C2 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C2 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015109WS | Landing Joint, 2-3/8 In Thru 3-1/2 In, Five Day | SO-11429-C2 | 6.00 | EACH | 24.00 | | 144.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C2 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C2 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C2 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C2 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-C2 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C2 | 3.00 | EACH | 15.00 | | 45.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C2 | 6.00 | EACH | 42.00 | | 252.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C2 | 3.00 | EACH | 66.00 | | 198.00 |
| 3013502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C2 | 3.00 | EACH | 81.00 | | 243.00 |
| 3011132WS | Special Setting Tools Marine Per Day /Each | SO-11429-C2 | 2.00 | EACH | 570.00 | | 1,140.00 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C2 | 1.00 | EACH | 30.00 | | 30.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 5

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C2 | 4.00 | Hour | 256.00 | | 1,024.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11429-C2 | 4.00 | Hour | 200.00 | | 800.00 |
| 3004060WS | Abrasive Cutting Material | SO-11429-C2 | 42.00 | EACH | 13.00 | | 546.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C3 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C3 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-C3 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C3 | 5.00 | Hour | 320.00 | | 1,600.00 |
| 3000009WS | Cook, Per Hour | SO-11429-C3 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C3 | 11.00 | EACH | 80.00 | | 880.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C3 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C3 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C3 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day - Single Pen 10K | SO-11429-C3 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k. All rentals | SO-11429-C3 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000664WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C3 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C3 | 1.00 | EACH | 180.00 | | 180.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 6

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C3 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C3 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C3 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C3 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C3 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C3 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C3 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C3 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C3 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C3 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C3 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C3 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015109WS | Landing Joint, 2-3/8 In Thru 3-1/2 In, Five Day | SO-11429-C3 | 3.00 | EACH | 24.00 | | 72.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C3 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C3 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C3 | 1.00 | EACH | 54.00 | | 54.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 7

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C3 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-C3 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C3 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C3 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C3 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C3 | 1.00 | EACH | 81.00 | | 81.00 |
| 103100WS | Test Unit 10M | SO-11429-C3 | 2.00 | Days | 500.00 | | 1,000.00 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-C3 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-C3 | 1.00 | EACH | 820.00 | | 820.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-C3 | 1.00 | EACH | 520.00 | | 520.00 |
| 3000999WS | INSPECTION CHARGES & EXPENDABLES FOR SPOOL | SO-11429-C3 | 1.00 | EACH | 564.94 | | 564.94 |
| 3026007WS | Teflon Tape 3/4 In (10) | SO-11429-C3 | 20.00 | EACH | 1.30 | | 26.00 |
| 3022004WS | Gauge, 10000 PSI, (2) | SO-11429-C3 | 2.00 | EACH | 57.20 | | 114.40 |
| 3000999WS | KC ADAPTERS, CRAWFOOT RUBBERS, HAMMER UNION SEAL | SO-11429-C3 | 1.00 | EACH | 56.33 | | 56.93 |
| 3010601WS | Air Saw Blade, 12 In and 22 In | SO-11429-C3 | 10.00 | EACH | 20.15 | | 201.50 |
| 3500030WS | Cement Kit | SO-11429-C3 | 1.00 | EACH | 2,301.00 | | 2,301.00 |
| 3011513WS | Wide-Range Bridge Plug, 1.750 | SO-11429-C3 | 1.00 | EACH | 2,550.00 | | 2,550.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C4 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C4 | 1.00 | EACH | 200.00 | | 200.00 |

## Top Left Invoice



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266564 |
| Invoice Date: | 3/19/2020 |
| Page: | 8 |

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW007005
Location: 0817
Line of Business: 43C

**Amount Due:** 189,459.78

Bill To:
FIELDWOOD ENERGY LLC
2700 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | 29.56333342 |
| Longitude: | -91.308327 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000502WS | Flex Man Plug And Abandonment Service Crew, Marine, | SO-11429-C4 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000002ZWS | Flex Man Plug And Abandonment Crew, Additional Hours | SO-11429-C4 | 1.00 | Hour | 320.00 | | 320.00 |
| 3000992WS | Cook Per Hour | SO-11429-C4 | 16.00 | EACH | 56.00 | | 896.00 |
| 3016202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C4 | 11.00 | EACH | 80.00 | | 880.00 |
| 3010211WS | Substance – Cost of Bunk per Man | SO-11429-C4 | 1.00 | EACH | 26.00 | | 26.00 |
| 3502001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C4 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C4 | 3.00 | Days | 31.80 | | 95.40 |
| 3000672WS | SM Chart Recorder / Day –Single Pen 10¢ | SO-11429-C4 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10in Chart recorder /Day Dual Pen 10K. All rentals | SO-11429-C4 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C4 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C4 | 1.00 | EACH | 180.00 | | 180.00 |
| 3032025WS | Combo Crossover, Five Day Minimum Rental | SO-11429-C4 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C4 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000669WS | Inkm Plug Valve  2 In X 1 In, Five Day Minimum | SO-11429-C4 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C4 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C4 | 1.00 | EACH | 48.00 | | 48.00 |

## Top Right Invoice



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266564 |
| Invoice Date: | 3/19/2020 |
| Page: | 9 |

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW007005
Location: 0817
Line of Business: 438

**Amount Due:** 189,459.78

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | 29.56333342 |
| Longitude: | -91.308327 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000664WS | Light Stand, Per Day Five Day Minimum Rental | SO-11429-C4 | 1.00 | EACH | 15.00 | | 132.00 |
| 3015025WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C4 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000201WS | Fluid Transfer Package, 100' Iron Package – 15k | SO-11429-C4 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C4 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C4 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003062WS | Discharge Hose, 50 Ft X 2 In, With Combo Fittings | SO-11429-C4 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X1 In, Five Day Minimum Rental | SO-11429-C4 | 3.00 | EACH | 10.20 | | 30.60 |
| 3015110WS | Landing Joint, 2-3/8 In Thru 2-1/2 In, Five Day | SO-11429-C4 | 3.00 | EACH | 24.00 | | 72.00 |
| 3000663WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C4 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C4 | 3.00 | EACH | 20.40 | | 61.20 |
| 3034100WS | Cutter Ring Gauge Orv 2-1/2" | SO-11429-C4 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 N 2 3 In With Combo Fittings | SO-11429-C4 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015002WS | Transfer Pump W/Suction And Di | SO-11429-C4 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 1TT SHACKLES | SO-11429-C4 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C4 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2 9/16 In 5M | SO-11429-C4 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2 9/16 In 10 | SO-11429-C4 | 1.00 | EACH | 81.00 | | 81.00 |

## Bottom Left Invoice



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266564 |
| Invoice Date: | 3/19/2020 |
| Page: | 10 |

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW007005
Location: 0817
Line of Business: 430

**Amount Due:** 189,459.78

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | 29.56333342 |
| Longitude: | -91.308327 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3012963WS | RF Safe Fitting System / Per Run | SO-11429-C4 | 3.00 | EACH | 520.00 | | 1,560.00 |
| 3502030WS | Cement Kit | SO-11429-C4 | 1.00 | EACH | 2,361.00 | | 2,361.00 |
| 3015295WS | Dump Bailer, Per Run | SO-11429-C4 | 3.00 | EACH | 850.00 | | 2,550.00 |
| 3012960WS | Electric Line Perforating And Specialty Equipment | SO-11429-C4 | 2.00 | EACH | 273.00 | | 546.00 |
| 3017400WS | CAPTAIN/BARGE TENDER | SO-11429-C4 | 4.00 | EACH | 85.00 | | 340.00 |
| 3013132WS | When Additional Crew Members Are Required By The | SO-11429-C4 | 7.00 | Hour | 100.00 | | 700.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C4 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C4 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Flex Man Plug And Abandonment Service Crew, Marine, | SO-11429-C4 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Flex Man Plug And Abandonment Crew, Additional Hours | SO-11429-C4 | 5.00 | Hour | 320.00 | | 1,600.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C4 | 16.00 | EACH | 56.00 | | 1,056.00 |
| 3016202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C4 | 11.00 | EACH | 80.00 | | 880.00 |
| 3010211WS | Substance – Cost of Bunk per Man | SO-11429-C4 | 5.00 | EACH | 26.00 | | 130.00 |
| 3502001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C4 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C4 | 3.00 | Days | 31.80 | | 95.40 |
| 3000672WS | SM Chart Recorder / Day –Single Pen 10¢ | SO-11429-C4 | 2.00 | EACH | 45.30 | | 90.00 |
| 3000674WS | 10in Chart recorder /Day Dual Pen 10L. All rentals | SO-11429-C4 | 2.00 | EACH | 75.30 | | 150.00 |

## Bottom Right Invoice



**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266564 |
| Invoice Date: | 3/19/2020 |
| Page: | 11 |

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW007005
Location: 0817
Line of Business: 430

**Amount Due:** 189,459.78

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/1/2020 |
| Job End Date: | 3/13/2020 |
| Latitude: | 29.56333342 |
| Longitude: | -91.308327 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C5 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C5 | 1.00 | EACH | 180.00 | | 180.00 |
| 3032025WS | Combo Crossover, Five Day Minimum Rental | SO-11429-C5 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C5 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000669WS | Halco Plug Valve, 2 In X 1 In, Five Day | SO-11429-C5 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C5 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C5 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C5 | 2.00 | EACH | 51.30 | | 102.00 |
| 3015025WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C5 | 1.00 | EACH | 297.30 | | 297.00 |
| 3000201WS | Fluid Transfer Package, 100' Iron Package – 15k | SO-11429-C5 | 1.00 | EACH | 348.30 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C5 | 4.00 | EACH | 25.30 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C5 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Combo Fittings | SO-11429-C5 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C5 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000663WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C5 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C5 | 3.00 | EACH | 20.40 | | 61.20 |

**EXHIBIT 22**



**EXHIBIT 22**

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 12

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C5 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlac Fittings | SO-11429-C5 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-C5 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C5 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C5 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C5 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C5 | 1.00 | EACH | 81.00 | | 81.00 |
| 3000695WS | Suppy Basket Any Size | SO-11429-C5 | 3.00 | EACH | 48.00 | | 144.00 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-C5 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-C5 | 1.00 | EACH | 828.00 | | 828.00 |
| 3012965WS | IV Safe Firing System / Per Run | SO-11429-C5 | 2.00 | EACH | 520.00 | | 1,040.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11429-C5 | 1.00 | EACH | 1,040.00 | | 1,040.00 |
| 3012970WS | Magnetic Decentralizer / Per R | SO-11429-C5 | 1.00 | EACH | 200.00 | | 200.00 |
| 3016090WS | Dye Pill/Lb A Restocking Charge Of 30% Of The | SO-11429-C5 | 1.00 | Pounds | 114.00 | | 114.00 |
| 3500030WS | Cement Kit | SO-11429-C5 | 1.00 | EACH | 2,301.00 | | 2,301.00 |
| 3011513WS | Wide-Range Bridge Plug, 1.750 | SO-11429-C5 | 1.00 | EACH | 2,550.00 | | 2,550.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C6 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C6 | 1.00 | EACH | 200.00 | | 200.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 13

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-C6 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C6 | 1.00 | Hour | 320.00 | | 320.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C6 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C6 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C6 | 3.00 | EACH | 26.00 | | 78.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C6 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radius | SO-11429-C6 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11429-C6 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-C6 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000663WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C6 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C6 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C6 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C6 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C6 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C6 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C6 | 1.00 | EACH | 48.00 | | 48.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 14

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000664WS | Light Stand, Per Day Five Day Minimum Rental | SO-11429-C6 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015020WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C6 | 1.00 | EACH | 297.00 | | 297.00 |
| 3002020WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C6 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000959WS | TEST PLUG | SO-11429-C6 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000959WS | SPILL STATION | SO-11429-C6 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C6 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C6 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C6 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C6 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C6 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C6 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And Di | SO-11429-C6 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C6 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C6 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C6 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C6 | 1.00 | EACH | 81.00 | | 81.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C6 | 2.00 | EACH | 48.00 | | 96.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 15

Due Date: Due upon Receipt
Customer No.: 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: SA 14519 #3 MYETTE POINT
County: ST MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3011132WS | Special Setting Tools Marine Per Day /Each | SO-11429-C6 | 1.00 | EACH | 570.00 | | 570.00 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11429-C6 | 147.00 | EACH | 18.50 | | 2,719.50 |
| 3000999WS | ECT/GMA | SO-11429-C6 | 3.00 | EACH | 345.00 | | 1,035.00 |
| 3026005WS | Chart Recorder Paper 5000 PSI | SO-11429-C6 | 1.00 | EACH | 26.00 | | 26.00 |
| 3026006WS | Cloth Rags | SO-11429-C6 | 1.00 | Box | 33.15 | | 33.15 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C7 | 0.25 | EACH | 1,200.00 | | 300.00 |
| 3000959WS | Communication Package | SO-11429-C7 | 0.25 | EACH | 200.00 | | 50.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew Marine, | SO-11429-C7 | 0.25 | Days | 3,450.00 | | 862.50 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C7 | 0.75 | Hour | 320.00 | | 240.00 |
| 3000959WS | Cook, Per Hour | SO-11429-C7 | 4.00 | EACH | 56.00 | | 224.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C7 | 2.50 | EACH | 80.00 | | 200.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C7 | 2.25 | EACH | 26.00 | | 58.50 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C7 | 0.25 | Days | 1,800.00 | | 450.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C7 | 0.75 | Days | 31.80 | | 23.85 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-C7 | 0.50 | EACH | 45.00 | | 22.50 |
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k, All rentals | SO-11429-C7 | 0.50 | EACH | 75.00 | | 37.50 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C7 | 0.25 | EACH | 126.00 | | 31.50 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266554
Invoice Date: 3/19/2020
Page: 16

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C7 | 0.25 | EACH | 180.00 | | 45.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C7 | 2.00 | EACH | 7.20 | | 14.40 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C7 | 0.25 | EACH | 66.00 | | 16.50 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C7 | 0.50 | EACH | 60.00 | | 30.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C7 | 0.25 | EACH | 84.00 | | 21.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C7 | 0.25 | EACH | 48.00 | | 12.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C7 | 0.50 | EACH | 51.00 | | 25.50 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C7 | 0.25 | EACH | 297.00 | | 74.25 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C7 | 0.25 | EACH | 348.00 | | 87.00 |
| 3000999WS | TEST PLUG | SO-11429-C7 | 1.00 | EACH | 25.00 | | 25.00 |
| 3000999WS | SPILL STATION | SO-11429-C7 | 0.25 | EACH | 63.25 | | 15.81 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C7 | 0.50 | EACH | 14.40 | | 7.20 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C7 | 0.75 | EACH | 10.20 | | 7.65 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C7 | 0.50 | EACH | 42.00 | | 21.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C7 | 0.75 | EACH | 20.40 | | 15.30 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C7 | 0.25 | EACH | 54.00 | | 13.50 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/13/2020
Page: 17

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C7 | 0.25 | EACH | 19.20 | | 4.80 |
| 3015032WS | Transfer Pump W/Suction And DI | SO-11429-C7 | 0.25 | EACH | 150.00 | | 37.50 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C7 | 0.25 | EACH | 15.00 | | 3.75 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C7 | 0.50 | EACH | 42.00 | | 21.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C7 | 0.25 | EACH | 66.00 | | 16.50 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C7 | 0.25 | EACH | 81.00 | | 20.25 |
| 3000695WS | Supply Basket Any Size | SO-11429-C7 | 0.50 | EACH | 48.00 | | 24.00 |
| 3000999WS | BATTERIES, TUBE GREASE, EZY-TURN, CHARCOAL MAT | SO-11429-C7 | 0.25 | EACH | 452.86 | | 113.22 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C8 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C8 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-C8 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C8 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C8 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C8 | 15.00 | EACH | 26.00 | | 390.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C8 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C8 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | 5M Chart Recorder / Day -Single Pen 10K | SO-11429-C8 | 2.00 | EACH | 45.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 18

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000674WS | 10m Chart recorder /Day Dual Pen 10k All rentals | SO-11429-C8 | 2.00 | EACH | 75.00 | | 150.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C8 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C8 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C8 | 0.00 | EACH | 7.20 | | 57.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C8 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C8 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000660WS | Halco Plug Valve, 2 In X 2 In, Five Day Minimum | SO-11429-C8 | 1.00 | EACH | 84.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C8 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C8 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C8 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-C8 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C8 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C8 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C8 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C8 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C8 | 2.00 | EACH | 42.00 | | 84.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 19

Due Date: Due upon Receipt
Customer No: 10534
P.O. No:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C8 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C8 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C8 | 1.00 | EACH | 19.20 | | 19.20 |
| 3015032WS | Transfer Pump W/Suction And DI | SO-11429-C8 | 1.00 | EACH | 150.00 | | 150.00 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C8 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C8 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C8 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C8 | 1.00 | EACH | 81.00 | | 81.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C8 | 2.00 | EACH | 48.00 | | 96.00 |
| 3016001WS | Cement, 94.6 Lb/Sack, Class H | SO-11429-C8 | 105.00 | EACH | 18.50 | | 1,942.50 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-C8 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-C8 | 1.00 | EACH | 828.00 | | 828.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-C8 | 2.00 | EACH | 520.00 | | 1,040.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11429-C8 | 1.00 | EACH | 1,040.00 | | 1,040.00 |
| 3012970WS | Magnetic Decentralizer / Per R | SO-11429-C8 | 1.00 | EACH | 200.00 | | 200.00 |
| 3016090WS | Dye Pill/Lb A Restocking Charge Of 30% Of The | SO-11429-C8 | 1.00 | Pounds | 114.00 | | 114.00 |
| 3500030WS | Cement Kit | SO-11429-C8 | 2.00 | EACH | 345.00 | | 690.00 |
| 3011513WS | Wide-Range Bridge Plug 1.750 | SO-11429-C8 | 1.00 | EACH | 2,550.00 | | 2,550.00 |

EXHIBIT 22

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 20

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C9 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C9 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew Marine, | SO-11429-C9 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C9 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C9 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C9 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C9 | 22.00 | EACH | 26.00 | | 572.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C9 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C9 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-C9 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C9 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C9 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C9 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C9 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In. Five Day Minimum | SO-11429-C9 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C9 | 1.00 | EACH | 48.00 | | 48.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 21

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C9 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C9 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-C9 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C9 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C9 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In. With Camloc Fittings | SO-11429-C9 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C9 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C9 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C9 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C9 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C9 | 1.00 | EACH | 19.20 | | 19.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C9 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C9 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C9 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C9 | 1.00 | EACH | 81.00 | | 81.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C9 | 1.00 | EACH | 48.00 | | 48.00 |
| 3004021WS | Specialty Tool Box | SO-11429-C9 | 1.00 | EACH | 500.00 | | 500.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 22

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 101100WS | Torque Unit | SO-11429-C9 | 1.00 | Days | 1,500.00 | | 1,500.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-C9 | 1.00 | EACH | 48.00 | | 48.00 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-C9 | 1.00 | EACH | 33.00 | | 33.00 |
| 3015124WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-C9 | 1.00 | EACH | 35.00 | | 35.00 |
| 3015500WS | Tubing Crossover Sub, 3/4 In - 2-7/8 In 8RD, Five | SO-11429-C9 | 1.00 | EACH | 18.00 | | 18.00 |
| 3015111WS | Landing Joint, 2-7/8 In EUE 8RD X 12 Ft, Five Day | SO-11429-C9 | 1.00 | EACH | 26.40 | | 26.40 |
| 945000WS | Spears 2 3/8in OD and Smaller | SO-11429-C9 | 1.00 | EACH | 345.60 | | 345.60 |
| 3500062WS | Grapples, Catch Range 1-823in-3 | SO-11429-C9 | 1.00 | EACH | 693.55 | | 693.55 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-C9 | 1.00 | EACH | 520.00 | | 520.00 |
| 3012512WS | Electric Line Back-Off/Pipe Recovery Services, Int | SO-11429-C9 | 1.00 | EACH | 900.00 | | 900.00 |
| 3012852WS | Electric Line Back-Off/Pipe Recovery Services, | SO-11429-C9 | 1.00 | EACH | 65.00 | | 65.00 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C9 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C10 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C10 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-C10 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-C10 | 4.00 | Hour | 320.00 | | 1,280.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C10 | 16.00 | EACH | 56.00 | | 896.00 |

**WARRIOR ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 23

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C10 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C10 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C10 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C10 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-C10 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C10 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C10 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C10 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-C10 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve 2 In X 1 In. Five Day Minimum | SO-11429-C10 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C10 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-C10 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C10 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package. 100' Iron Package - 15k | SO-11429-C10 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-C10 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-C10 | 1.00 | EACH | 63.25 | | 63.25 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/13/2020
Page: 24

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 Ft X 2 In. With Camloc Fittings | SO-11429-C10 | 2.00 | EACH | 14.40 | | 28.80 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C10 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C10 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C10 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C10 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C10 | 1.00 | EACH | 19.20 | | 19.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C10 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C10 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C10 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C10 | 1.00 | EACH | 48.00 | | 48.00 |
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-C10 | 1.00 | EACH | 81.00 | | 81.00 |
| 3004021WS | Specialty Tool Box | SO-11429-C10 | 1.00 | EACH | 500.00 | | 500.00 |
| 3015122WS | Bowl And Slips 1-1/4 In Thru 2-3/8 In Five Day | SO-11429-C10 | 1.00 | EACH | 48.00 | | 48.00 |
| 3015123WS | Baash Ross Clamp Type T With Wrench Five Day | SO-11429-C10 | 1.00 | EACH | 33.00 | | 33.00 |
| 3015129WS | Elevator MYT 1-1/4 In Thru 3-1/2 In Five Day | SO-11429-C10 | 1.00 | EACH | 35.00 | | 35.00 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-C10 | 1.00 | EACH | 260.00 | | 260.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-C10 | 1.00 | EACH | 828.00 | | 828.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 25

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-C10 | 3.00 | EACH | 520.00 | | 1,560.00 |
| 3012932WS | Electric Line Perforating And Specialty Equipment | SO-11429-C10 | 2.00 | EACH | 1,040.00 | | 2,080.00 |
| 3012970WS | Magnetic Decentralizer / Per R | SO-11429-C10 | 2.00 | EACH | 200.00 | | 400.00 |
| 3011122WS | Junk Catcher, With Gauge Ring, Marine, Per Run | SO-11429-C10 | 1.00 | EACH | 202.50 | | 202.50 |
| 3011292WS | Standard Cast Iron Bridge Plug, 9-5/8 In, Marine | SO-11429-C10 | 1.00 | EACH | 2,350.00 | | 2,350.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C11 | 0.50 | EACH | 1,200.00 | | 600.00 |
| 3000999WS | Communication Package | SO-11429-C11 | 0.50 | EACH | 200.00 | | 100.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine | SO-11429-C11 | 0.50 | Days | 3,450.00 | | 1,725.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C11 | 8.00 | EACH | 56.00 | | 448.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C11 | 5.00 | EACH | 80.00 | | 400.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C11 | 2.00 | EACH | 26.00 | | 52.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C11 | 0.50 | Days | 1,800.00 | | 900.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C11 | 1.50 | Days | 31.80 | | 47.70 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-C11 | 1.00 | EACH | 45.00 | | 45.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C11 | 0.50 | EACH | 126.00 | | 63.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C11 | 0.50 | EACH | 180.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 26

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C11 | 4.00 | EACH | 7.20 | | 28.80 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C11 | 0.50 | EACH | 66.00 | | 33.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-C11 | 1.00 | EACH | 60.00 | | 60.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C11 | 0.50 | EACH | 48.00 | | 24.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-C11 | 1.00 | EACH | 51.00 | | 51.00 |
| 3013029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-C11 | 0.50 | EACH | 297.00 | | 148.50 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15A | SO-11429-C11 | 0.50 | EACH | 348.00 | | 174.00 |
| 3000999WS | TEST PLUG | SO-11429-C11 | 2.00 | EACH | 25.00 | | 50.00 |
| 3000999WS | SPILL STATION | SO-11429-C11 | 0.50 | EACH | 63.25 | | 31.63 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camloc Fittings | SO-11429-C11 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-C11 | 1.50 | EACH | 10.20 | | 15.30 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C11 | 1.00 | EACH | 42.00 | | 42.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-C11 | 1.50 | EACH | 20.40 | | 30.60 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-C11 | 0.50 | EACH | 54.00 | | 27.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-C11 | 0.50 | EACH | 19.20 | | 9.60 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-C11 | 0.50 | EACH | 15.00 | | 7.50 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-C11 | 1.00 | EACH | 42.00 | | 42.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266564
Invoice Date: 3/19/2020
Page: 27

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207005
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 189,459.78**

Lease & Well: S/L 14519 #3 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/1/2020
Job End Date: 3/13/2020
Latitude: 29.5633342
Longitude: -91.308027

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C11 | 0.50 | EACH | 66.00 | | 33.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-C11 | 0.50 | EACH | 48.00 | | 24.00 |
| 5015001WS | Cement, 94.6 Lb/Sack, Class H | SO-11429-C11 | 189.00 | EACH | 18.50 | | 3,496.50 |
| 3000999WS | ECT/GMA | SO-11429-C11 | 4.00 | EACH | 345.00 | | 1,380.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-C12 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-C12 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine | SO-11429-C12 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-C12 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-C12 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-C12 | 6.00 | EACH | 26.00 | | 156.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-C12 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-C12 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-C12 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-C12 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-C12 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-C12 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-C12 | 1.00 | EACH | 66.00 | | 66.00 |

EXHIBIT 22

**EXHIBIT 22**



## Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266577 |
| Invoice Date: | 1/19/2020 |
| Page: | 3 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 15,526.47

Lease & Well: S/L 14519 SWD #1 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/7/2020 |
| Job End Date: | 3/11/2020 |
| Latitude: | 29.5633342 |
| Longitude: | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010502WS | Companion Flange, 2-9/16 In 10 | SO-11429-D1 | 0.75 | EACH | 81.00 | | 60.75 |
| 3000695WS | Supply Basket Any Size | SO-11429-D1 | 1.50 | EACH | 48.00 | | 72.00 |
| 3000999WS | BATTERIES, TUBE GREASE, EZY-TURN, CHARCOAL MAT | SO-11429-D1 | 0.75 | EACH | 452.86 | | 339.65 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-D2 | 1.00 | EACH | 1,200.00 | | 600.00 |
| 3000999WS | Communication Package | SO-11429-D2 | 0.50 | EACH | 200.00 | | 100.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine, | SO-11429-D2 | 0.50 | Days | 3,450.00 | | 1,725.00 |
| 3000022WS | Five Man Plug And Abandment Crew, Additional Hours | SO-11429-D2 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-D2 | 8.00 | EACH | 56.00 | | 448.00 |
| 3010202WS | Crew Subsistance, Applies When Meals And Lodging | SO-11429-D2 | 5.00 | EACH | 80.00 | | 400.00 |
| 3010211WS | Subsistance - Cost of Bunk per Man | SO-11429-D2 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Comoning | SO-11429-D2 | 0.50 | Days | 1,800.00 | | 900.00 |
| *7004159WS | Communication Package, 2-Way On Site, Radios | SO-11429-D2 | 1.50 | Days | 31.80 | | 47.70 |
| 3000672WS | SM Chart Recorder / Day - Single Pen 12K | SO-11429-D2 | 1.00 | EACH | 45.00 | | 45.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-D2 | 0.50 | EACH | 126.00 | | 63.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-D2 | 0.50 | EACH | 180.00 | | 90.00 |
| 3003025WS | Combo Crossover, Five Day Minimum Rental | SO-11429-D2 | 4.00 | EACH | 7.20 | | 28.80 |

---

## Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266577 |
| Invoice Date: | 1/19/2020 |
| Page: | 4 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 15,526.47

Lease & Well: S/L 14519 SWD #1 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/7/2020 |
| Job End Date: | 3/11/2020 |
| Latitude: | 29.5633342 |
| Longitude: | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-D2 | 0.50 | EACH | 66.00 | | 33.00 |
| 3000663WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-D2 | 1.00 | EACH | 60.00 | | 60.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-D2 | 0.50 | EACH | 48.00 | | 24.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-D2 | 1.00 | EACH | 51.00 | | 51.00 |
| 3015023WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-D2 | 0.50 | EACH | 297.00 | | 148.50 |
| 3010700WS | Fuel Transfer Package 107 Ion Package - 15k | SO-11429-D2 | 0.50 | EACH | 348.00 | | 174.00 |
| 3000999WS | TEST PLUG | SO-11429-D2 | 2.00 | EACH | 25.00 | | 50.00 |
| 3000999WS | SPILL STATION | SO-11429-D2 | 0.50 | EACH | 63.25 | | 31.63 |
| 3001022WS | Discharge Hose, 50 Ft X 7 In, With Camloc Fittings | SO-11474-D2 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum | SO-11429-D2 | 1.50 | EACH | 10.20 | | 15.30 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 2 Five Day Minimum | SO-11429-D2 | 1.00 | EACH | 42.00 | | 42.00 |
| 3010601WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-D2 | 1.50 | EACH | 20.40 | | 30.60 |
| 5034100WS | Cutter Ring Gauge thru 2-7/2" | SO-11429-D2 | 0.50 | EACH | 54.00 | | 27.00 |
| 3003021WS | Discharge Hose 25 ?t X 3 In With Camloc Fittings | SO-11429-D2 | 0.50 | EACH | 19.20 | | 9.60 |
| 3000999WS | PAIR OF 177 SHACKLES | SO-11429-D2 | 0.50 | EACH | 15.00 | | 7.50 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 2 Five Day Minimum | SO-11429-D2 | 1.00 | EACH | 42.00 | | 42.00 |
| 3010501WS | Companion Flange, 2-9/16 In SM | SO-11429-D2 | 0.50 | EACH | 66.00 | | 33.00 |

---

## Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266577 |
| Invoice Date: | 1/19/2020 |
| Page: | 5 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207004 |
| Location: | 0817 |
| Line of Business: | 430 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 15,526.47

Lease & Well: S/L 14519 SWD #1 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/7/2020 |
| Job End Date: | 3/11/2020 |
| Latitude: | 29.5633342 |
| Longitude: | -91.308027 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000695WS | Supply Basket Any Size | SO-11429-C2 | 0.50 | EACH | 48.00 | | 24.00 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (504) 262-5558

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 15,526.47 |
| | | Freight: | 0.00 |
| | LA 8.45% | Tax: | 0.00 |
| | | Total: | 15,526.47 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior>). Acceptance of the Terms shall be by acknowledgment as describes in Section 1 of the Terms, including without limitation by beginning performance.

---

## Warrior ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Number: | SI-266615 |
| Invoice Date: | 1/23/2020 |
| Page: | 1 |

| | |
|---|---|
| Due Date: | Due upon Receipt |
| Customer No. | 10534 |
| P.O. No.: | |
| AFE: | FW207005 |
| Location: | 0800 |
| Line of Business: | 204 |

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 6,662.40

Lease & Well: S/L 14914 #3 MYETTE POINT
County: ST. MARY
State: LA

| | |
|---|---|
| Job Start Date: | 3/16/2020 |
| Job End Date: | 3/16/2020 |
| Latitude: | 29.910 |
| Longitude: | -91.488 |

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5000100 | Service Charge Offshore Cased Hole | 20-0805-019 | 1.00 | Each | 900.00 | | 900.00 |
| 5010024 | Sector Cement Bond Log Depth Charge | 20-0805-019 | 6,000.00 | FOOT | 0.36 | | 2,160.00 |
| 5015024 | Sector Cement Bond Logging Charge | 20-0805-019 | 2,000.00 | FOOT | 0.36 | | 720.00 |
| 5010008 | Simultaneous CCL Log Depth Charge | 20-0805-019 | 6,000.00 | FOOT | 0.19 | | 1,140.00 |
| 5015003 | Simultaneous CCL Logging Charge | 20-0805-019 | 2,000.00 | FOOT | 0.19 | | 380.00 |
| 5000310 | Crew Time, per hour | 20-0805-019 | 1.00 | Hours | 1,260.00 | | 1,260.00 |
| 5000274 | Environmental clean-up, per job | 20-0805-019 | 1.00 | Each | 62.50 | | 62.50 |
| 5000110 | Crew Mileage, per mile | 20-0805-019 | 70.00 | Mile | 0.57 | | 39.90 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

For billing questions, please call: (985) 223-2999

| | | | |
|---|---|---|---|
| Total Discount: | 0.00 | Net Invoice: | 6,662.40 |
| | | Freight: | 0.00 |
| | LA 8.45% | Tax: | 0.00 |
| | | Total: | 6,662.40 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/subsidiary/warrior>). Acceptance of the Terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 22**



EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 1

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 84,989.80**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50068311

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000999WS | Supervisor One Barge | SO-11429-E4 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-E4 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-E4 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-E4 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3000999WS | Cook, Per Hour | SO-11429-E4 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010132WS | When Additional Crew Members Are Required By The | SO-11429-E4 | 18.00 | Hour | 50.00 | | 900.00 |
| 3010100WS | Transportation Auto Or Pickup Transportation Of | SO-11429-E4 | 180.00 | Mile | 2.00 | | 360.00 |
| 3010202WS | Crew Subsistence Applies When Meals And Lodging | SO-11429-E4 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-E4 | 4.00 | EACH | 26.00 | | 104.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-E4 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-E4 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11429-E4 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-E4 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-E4 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11429-E4 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 in 5M | SO-11429-E4 | 1.00 | EACH | 65.00 | | 65.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 2

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 84,989.80**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50068311

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E4 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E4 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-E4 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-E4 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-E4 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-E4 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-E4 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11429-E4 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-E4 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E4 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-E4 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-E4 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11429-E4 | 1.00 | EACH | 19.20 | | 19.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-E4 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E4 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E4 | 1.00 | EACH | 48.00 | | 48.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 3

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 84,989.80**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50068311

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E4 | 1.00 | EACH | 60.00 | | 60.00 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-E4 | 1.00 | EACH | 30.00 | | 30.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-E5 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-E5 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-E5 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-E5 | 6.00 | Hour | 320.00 | | 1,920.00 |
| 3000999WS | Cook, Per Hour | SO-11429-E5 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence Applies When Meals And Lodging | SO-11429-E5 | 10.00 | EACH | 80.00 | | 800.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-E5 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-E5 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day - Single Pen 10K | SO-11429-E5 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-E5 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-E5 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camlock Crossover, Five Day Minimum Rental | SO-11429-E5 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010501WS | Companion Flange, 2-9/16 In 5M | SO-11429-E5 | 1.00 | EACH | 64.00 | | 64.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E5 | 2.00 | EACH | 60.00 | | 120.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 4

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due: 84,989.80**

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50068311

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000695WS | Supply Basket Any Size | SO-11429-E5 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-E5 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-E5 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-E5 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-E5 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPILL STATION | SO-11429-E5 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In, With Camlock Fittings | SO-11429-E5 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-E5 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E5 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-E5 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-E5 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camlock Fittings | SO-11429-E5 | 1.00 | EACH | 19.20 | | 19.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-E5 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E5 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E5 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E5 | 1.00 | EACH | 60.00 | | 60.00 |
| 103100WS | Test Unit 10M | SO-11429-E5 | 1.00 | Days | 500.00 | | 500.00 |

EXHIBIT 22

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 5

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50066811

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3C11102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-E5 | 1.00 | EACH | 260.00 | | 260.00 |
| 3C11112WS | Bridge Plug/Cement Retainer Se | SO-11429-E5 | 1.00 | EACH | 828.00 | | 828.00 |
| 3012965WS | RF Safe Firing System / Per Run | SO-11429-E5 | 1.00 | EACH | 520.00 | | 520.00 |
| 3011513WS | Wide-Range Bridge Plug, 1.750 | SO-11429-E5 | 1.00 | EACH | 2,550.00 | | 2,550.00 |
| 3000999WS | Superior One Barge w/ Living Quarters | SO-11429-E6 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-E6 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-E6 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-E6 | 3.00 | Hour | 320.00 | | 960.00 |
| 3000999WS | Cook, Per Hour | SO-11429-E6 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010332WS | When Additional Crew Members Are Required By The | SO-11429-E6 | 4.00 | Hour | 50.00 | | 200.00 |
| 3010300WS | Transportation Auto Or Pickup Transportation Of | SO-11429-E6 | 180.00 | Mile | 2.00 | | 360.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-E6 | 10.00 | EACH | 80.00 | | 800.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-E6 | 2.00 | EACH | 26.00 | | 52.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-E6 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-E6 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-E6 | 2.00 | EACH | 45.00 | | 90.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 6

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50066811

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000666WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-E6 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-E6 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003C25WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-E6 | 8.00 | EACH | 7.20 | | 57.60 |
| 3C10501WS | Companion Flange, 2-9/16 In 5M | SO-11429-E6 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In Five Day Minimum | SO-11429-E6 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E6 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-E6 | 2.00 | EACH | 51.00 | | 102.00 |
| 3015029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-E6 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-E6 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-E6 | 4.00 | EACH | 25.00 | | 100.00 |
| 3011132WS | Special Setting Tools Marine Per Day /Each | SO-11429-E6 | 1.00 | EACH | 57.00 | | 57.00 |
| 3000999WS | SPLL STATION | SO-11429-E6 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In. With Camloc Fittings | SO-11429-E6 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In. Five Day Minimum Rental | SO-11429-E6 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E6 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-E6 | 3.00 | EACH | 20.40 | | 61.20 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 7

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50066811

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 5013410WS | Cirter Ring Gauge thru 7-1/2" | SO-11429-E6 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003C21WS | Discharge Hose 25 Ft X 2 In With Camloc Fittings | SO-11429-E6 | 1.00 | EACH | 19.20 | | 19.20 |
| 3000599WS | PAR OF 17T SHACKLES | SO-11429-E6 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Wilden Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E6 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E6 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In. Five Day Minimum | SO-11429-E6 | 1.00 | EACH | 60.00 | | 60.00 |
| 3010112WS | Electric Line Or Slickline Additional Crew Member | SO-11429-E6 | 4.00 | Hour | 71.25 | | 285.00 |
| 3C12965WS | RF Safe Firing System / Per Run | SO-11429-E6 | 2.00 | EACH | 520.00 | | 1,040.00 |
| 3C12955WS | Dump Bailer, Per Run | SO-11429-E6 | 2.00 | EACH | 850.00 | | 1,700.00 |
| 3500030WS | Cement Kit | SO-11429-E6 | 2.00 | EACH | 273.00 | | 546.00 |
| 3C25001WS | Surgical Gloves | SO-11429-E6 | 2.00 | Box | 10.40 | | 20.80 |
| 3C00999WS | Superior One Barge w/ Living Quarters | SO-11429-E7 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3C00999WS | Communication Package | SO-11429-E7 | 1.00 | EACH | 200.00 | | 200.00 |
| 3C00012WS | Five Man Plug And Abandonment Service Crew, Marine, | SO-11429-E7 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3C00022WS | Five Man Plug And Abandonment Crew, Additional Hours | SO-11429-E7 | 2.00 | Hour | 320.00 | | 640.00 |
| 3000999WS | Cook, Per Hour | SO-11429-E7 | 16.00 | EACH | 56.00 | | 896.00 |
| 3010202WS | Crew Subsistence, Applies When Meals And Lodging | SO-11429-E7 | 11.00 | EACH | 80.00 | | 880.00 |

WARRIOR ENERGY SERVICES
A SUPERIOR ENERGY SERVICES COMPANY

# INVOICE

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 8

Due Date: Due upon Receipt
Customer No. 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

Amount Due: 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 29.94659244
Longitude: -91.50066811

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-E7 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-E7 | 3.00 | Days | 31.80 | | 95.40 |
| 3000673WS | SM Chart Recorder / Day -Single Pen 10K | SO-11429-E7 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000666WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-E7 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosion Proof, Five Day Minimum | SO-11429-E7 | 1.00 | EACH | 180.00 | | 180.00 |
| 3003025WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-E7 | 8.00 | EACH | 7.20 | | 57.60 |
| 3C10501WS | Companion Flange, 2-9/16 In 5M | SO-11429-E7 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In. Five Day Minimum | SO-11429-E7 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000695WS | Supply Basket Any Size | SO-11429-E7 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental, | SO-11429-E7 | 2.00 | EACH | 51.00 | | 102.00 |
| 3C15029WS | Choke Manifold, Dual, 10000 PSI, (No Test) | SO-11429-E7 | 1.00 | EACH | 297.00 | | 297.00 |
| 3000200WS | Fluid Transfer Package, 100' Iron Package - 15k | SO-11429-E7 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-E7 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SPLL STATION | SO-11429-E7 | 1.00 | EACH | 63.25 | | 63.25 |
| 3003022WS | Discharge Hose, 50 Ft X 2 In. With Camloc Fittings | SO-11429-E7 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000410WS | Air Hose, 50 Ft X 1 In. Five Day Minimum Rental | SO-11429-E7 | 3.00 | EACH | 10.20 | | 30.60 |

## Invoice 1

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 9

Due Date: Due upon Receipt
Customer Nr: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON FAREWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 84,989.80

Lease & Well: S/L 14519 #2 MYETTE PO NT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 2994659244
Longitude: -91.50068011

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E7 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-E7 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-E7 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-E7 | 1.00 | EACH | 15.20 | | 15.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-E7 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E7 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000099WS | Supply Basket Any Size | SO-11429-E7 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X ' In, Five Day Minimum | SO-11429-E7 | 1.00 | EACH | 66.00 | | 66.00 |
| 3016001WS | Cement, 94-6 .Lb/Sack, Class H | SO-11429-E7 | 276.00 | EACH | 18.50 | | 5,106.00 |
| 3011102WS | Slow Set Power Charge, When A Bridge Plug Or | SO-11429-E7 | 1.00 | EACH | 246.00 | | 266.00 |
| 3011112WS | Bridge Plug/Cement Retainer Se | SO-11429-E7 | 1.00 | EACH | 828.00 | | 828.00 |
| 3012565WS | RF Safe Firing System / Per Run | SO-11429-E7 | 1.00 | EACH | 520.00 | | 520.00 |
| 3011512WS | Wide Range Bridge Plug, 1,750 | SO-11429-E7 | 1.00 | EACH | 2,556.00 | | 2,556.00 |
| 3000099WS | Superior One Barge w/ Living Quarters | SO-11429-E7 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-E8 | 1.00 | EACH | 200.00 | | 200.00 |
| 3000012WS | Five Man Plug And Abandment Service Crew, Marine | SO-11429-E8 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000699WS | Cook, Per Hour | SO-11429-E8 | 16.00 | EACH | 54.00 | | 896.00 |

## Invoice 2

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 10

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 2994659244
Longitude: -91.50068011

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010132WS | When Additional Crew Members Are Required By The | SO-11429-E8 | 2.00 | Hour | 50.00 | | 100.00 |
| 3010202WS | Crew Subsistence Applies When Meals And Lodging | SO-11429-E8 | 11.00 | EACH | 80.00 | | 880.00 |
| 3500001WS | P&A Packages, 5000 PSI Packages Includes Cementing | SO-11429-E8 | 1.00 | Days | 1,800.00 | | 1,800.00 |
| 1700415WS | Communication Package, 2-Way On Site, Radios | SO-11429-E8 | 3.00 | Days | 31.80 | | 95.40 |
| 3000E72WS | SM Chart Recorder / Day - Single Pen 10K | SO-11429-E8 | 2.00 | EACH | 45.00 | | 90.00 |
| 3000668WS | Air Compressor, 185 CFM, Five Day Minimum Rental | SO-11429-E8 | 1.00 | EACH | 126.00 | | 126.00 |
| 3000667WS | Light Plant, Explosive Proof, Five Day Minimum | SO-11429-E8 | 1.00 | EACH | 180.00 | | 180.00 |
| 5031625WS | Camloc Crossover, Five Day Minimum Rental | SO-11429-E8 | 8.00 | EACH | 7.20 | | 57.60 |
| 3010E01WS | Companion Flange, 2-9/16 In 5M | SO-11429-E8 | 1.00 | EACH | 66.00 | | 66.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E8 | 2.00 | EACH | 60.00 | | 120.00 |
| 3000099WS | Supply Basket Any Size | SO-11429-E8 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000664WS | Light Stand, Per Day, Five Day Minimum Rental | SO-11429-E8 | 2.00 | EACH | 51.00 | | 102.00 |
| JE1062990S | Choke Manifold, Dual, 10000 PSI (No Text) | SO-11429-E8 | 1.00 | EACH | 297.00 | | 297.00 |
| 3400200WS | Fluid Transfer Package, 100 Iron Package - 5St | SO-11429-E8 | 1.00 | EACH | 348.00 | | 348.00 |
| 3000999WS | TEST PLUG | SO-11429-E8 | 4.00 | EACH | 25.00 | | 100.00 |
| 3000999WS | SP LL STATION | SO-11429-E8 | 1.00 | EACH | 63.25 | | 63.25 |

## Invoice 3

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266577
Invoice Date: 3/27/2020
Page: 11

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 2994659244
Longitude: -91.50068011

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3003022WS | Discharge Hose, 50 F: X 3 In, With Camloc Fittings | SO-11429-E8 | 1.00 | EACH | 14.40 | | 14.40 |
| 3000401WS | Air Hose, 50 Ft X 1 In, Five Day Minimum Rental | SO-11429-E8 | 3.00 | EACH | 10.20 | | 30.60 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E8 | 2.00 | EACH | 42.00 | | 84.00 |
| 3010401WS | Hydraulic Hose, 25 Ft X 1 In, Five Day Minimum | SO-11429-E8 | 3.00 | EACH | 20.40 | | 61.20 |
| 503410WS | Cutter Ring Gauge thru 2-1/2" | SO-11429-E8 | 1.00 | EACH | 54.00 | | 54.00 |
| 3003021WS | Discharge Hose 25 Ft X 3 In With Camloc Fittings | SO-11429-E8 | 1.00 | EACH | 15.20 | | 15.20 |
| 3000999WS | PAIR OF 17T SHACKLES | SO-11429-E8 | 1.00 | EACH | 15.00 | | 15.00 |
| 3000669WS | Widen Air Diaphragm Pump 3 X 3 Five Day Minimum | SO-11429-E8 | 2.00 | EACH | 42.00 | | 84.00 |
| 3000099WS | Supply Basket Any Size | SO-11429-E8 | 1.00 | EACH | 48.00 | | 48.00 |
| 3000665WS | Halco Plug Valve, 2 In X 1 In, Five Day Minimum | SO-11429-E8 | 1.00 | EACH | 66.00 | | 66.00 |
| 3010122WS | Helper Additional Crew Members Marine Minimum 12 | SO-11429-E8 | 12.00 | Hour | 56.25 | | 675.00 |
| 3000099WS | Superior One Barge w/ Living Quarters | SO-11429-E8 | 1.00 | EACH | 1,200.00 | | 1,200.00 |
| 3000999WS | Communication Package | SO-11429-E9 | 1.00 | EACH | 200.00 | | 200.00 |
| 9700012WS | Five Man Plug And Abandment Service Crew, Marine | SO-11429-E9 | 1.00 | Days | 3,450.00 | | 3,450.00 |
| 3000999WS | Cook, Per Hour | SO-11429-E9 | 12.00 | EACH | 56.00 | | 672.00 |
| 3010211WS | Subsistence - Cost of Bunk per Man | SO-11429-E9 | 11.00 | EACH | 26.00 | | 286.00 |

## Invoice 4

**Warrior ENERGY SERVICES**
A SUPERIOR ENERGY SERVICES COMPANY

**INVOICE**

Invoice Number: SI-266677
Invoice Date: 3/27/2020
Page: 12

Due Date: Due upon Receipt
Customer No: 10534
P.O. No.:
AFE: FW207004
Location: 0817
Line of Business: 430

Bill To:
FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY
SUITE 1200
HOUSTON, TX 77042
USA

**Amount Due:** 84,989.80

Lease & Well: S/L 14519 #2 MYETTE POINT
County: ST. MARY
State: LA

Job Start Date: 3/16/2020
Job End Date: 3/21/2020
Latitude: 2994659244
Longitude: -91.50068011

| Item Code | Description | Ticket # | Qty | UOM | Unit Amt | Disc % | Net Amount |
|---|---|---|---|---|---|---|---|
| 3010122WS | Helper Additional Crew Members Marine Minimum 12 | SO-11429-E9 | 3.00 | Hour | 56.25 | | 168.75 |

**REMIT PAYMENTS TO:**
Warrior Energy Services Corp.
Department 2114
P.O. Box 122114
Dallas, TX 75312-2114

for billing questions, please call (504) 362-5558

| | Total Discount | 0.00 | Net Invoice | 84,989.80 |
|---|---|---|---|---|
| | | LA 8-4½% | Freight | 0.00 |
| | | | Tax | 0.00 |
| | | | Total | 84,989.80 |

The Services (as defined in the Terms) related to this Standard Invoice shall be governed exclusively by the Warrior Energy Services Corporation Customer Agreement General Terms and Conditions (the "Terms"), which are expressly incorporated herein by reference. The Terms are available upon request and at Warrior's website (<http://www.superiorenergy.com/customeragreement>). Acceptance of the terms shall be by acknowledgment as described in Section 1 of the Terms, including without limitation by beginning performance.

**EXHIBIT 22**

EXHIBIT 22

**Concentric** PIPE AND TOOL RENTALS

Remit To: Warrior Energy Services Corporation DBA Concentric Pipe and Tool Rentals DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114, PHONE: (337) 365-2217 FAX: (337) 365-4564

**INVOICE 60985SPC** 29-Feb-2020

SOLD TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042, USA

Rig: NA | Lease: SL-14519,14914,14519 | Location: HYETTE POINT | AFE: FW207004, FW207005 | PO No. 580023 RT | Well: #1 | Job No. 119603

15/Jan/2020 - 31/Jan/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| SPC237910 | | January 13, 2020 MR RICHARD OCONNELL | | | | | |
| 1 | 1.00 | 3" ID 15K GREASE PACKAGE 15G3; | 01/15/2020 01/31/2020 | 2 | 2850.000 | | 5,700.00 |
| 1 | 1.00 | 3" ID 5K GREASE PACKAGE 15G3; | 01/15/2020 01/31/2020 | 3 | 750.000 | | 2,250.00 |
| 1 | 1.00 | 3" ID 15K GREASE PACKAGE STANDBY 15G3; | 01/15/2020 01/31/2020 | 11 | 650.000 | | 7,150.00 |
| 2 | 1.00 | 3"15K H2S STUFFING BOX WITH 7"5 UNION AND 9/16HP INJECTION PORT #SPC0330 | 01/16/2020 01/31/2020 | 5 | 200.000 | | 1,000.00 |
| 3 | 1.00 | FIELD OPERATOR $1,200.00 FOR 12 HOUR PERIOD $100.00 PER HOUR FOR ANY HOURS AFTER NORMAL 12 HOUR SHIFT ADDITIONAL OPERATOR OVERTIME RATE WILL BE CHARGED OPO; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 4 | 1.00 | SINGLE 15,000 PSI HP HAND PUMP FOR QUICK TEST SUB W/(2) 1/4" HP NEEDLE VALVES,1/4" HP X 20K GAUGE,1/4" HP CROSS,(3) 1/4" HP NIPPLES,(2) 1/4" HP MALE X MD THD and (2) M-9 CAPS SPC11115; | 01/15/2020 01/31/2020 | 5 | 50.000 | | 250.00 |
| 5 | 1.00 | M-9 HIGH PRESSURE HOSE X 50' M9; | 01/16/2020 01/31/2020 | 5 | 20.000 | | 100.00 |
| 6 | 1.00 | DUAL 15K HYD. GREASE INJECTION W/135 GALLON GREASE TANK 7.8 GALLONS PER INCH SPC7285; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 7 | 1.00 | GREASE TOTE COMPLETE WITH RETURN TANK AND TWO AIR DIAPHRAM TRANSFER PUMPS SPC828; | 01/16/2020 01/31/2020 | | 0.000 | | 0.00 |
| 8 | 1.00 | FLANGE X LUBRICATOR UNION. 2-9/16 15K FLANGE X 3" 15K 7"-5 THREAD FLANGE SPC671; | 01/16/2020 01/31/2020 | | 0.000 | | 0.00 |
| 9 | 1.00 | ADAPTER SPOOLS: 2-9/16" 5K FLANGE X 2-9/16" 15K FLANGE SPC4810; | 01/16/2020 01/31/2020 | | 0.000 | | 0.00 |
| 10 | 16.00 | BOLTS 1.08; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 11 | 2.00 | HAMMER WRENCHES 1.01; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 12 | 1.00 | 3" ID 15K H2S PUMP IN SUB 3"ID WITH 7"-5THD (4.375" SEAL ID) UNIONS (215 LBS.) KQ-39; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |

Page 1 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To: Warrior Energy Services Corporation DBA Concentric Pipe and Tool Rentals DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114, PHONE: (337) 365-2217 FAX: (337) 365-4564

**INVOICE 60985SPC** 29-Feb-2020

SOLD TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042, USA

Rig: NA | Lease: SL-14519,14914,14519 | Location: HYETTE POINT | AFE: FW207004, FW207005 | PO No. | Well: #1 | Job No. 119603

15/Jan/2020 - 31/Jan/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 13 | 2.00 | PLUG VALVES: 2" X 1" 15M WP 2202 WING X THRD INTEGRA... "H2S" SPC10000; SPC3571; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 14 | 1.00 | 2"2202 WING X 9/16HP AUTOCLAVE NEEDLE VALVE #SPC 0"8 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 15 | 1.00 | 3" LD H2S 15K QUAD WIRELINE VALVE WITH 7"-5 UNIONS LOWER RAMS INVERTED FOR GREASE INJECTION 1382 LBS KQ-36; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 16 | 1.00 | 3" 15K LIFT CAP WITH 7" 5 STUB ACME UNION SPC11052; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 17 | 1.00 | 15K BOP RACK SPC004; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 18 | 2.00 | WIRELINE VALVE HANDLES; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 19 | 1.00 | 3" LD H2S 15K QUAD WIRELINE VALVE WITH 7"-5 UNIONS LOWER RAMS INVERTED FOR GREASE INJECTION 1382 LBS. # SPC KQ-75 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 20 | 1.00 | 3" 15K H2S NIGHT CAP WITH 7"-5 THD. BOWEN QUICK UNION FEMALE BOX X 9/15 HP KQ-79; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 21 | 1.00 | 3" ID 15K H2S BLEED OFF SUB 3" I.D. WITH (4.375 SEAL ID) 7"-5 THREAD UNIONS 102 LBS KQ-61; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 22 | 8.00 | 3" ID 15K H2S 10' LUBRICATOR WITH (4.375 SEAL ID) 7"-5 THREAD UNIONS 512 LBS.(3"ID.) KQ-10; KQ-30; KQ-50; KQ-52; KQ-53; KQ-60; KQ-73; KQ-85 | 01/16/2020 01/31/2020 | | 0.000 | | 0.00 |
| 23 | 1.00 | 3" ID 15K H2S 10' LUBRICATOR WITH (4.375 SEAL ID) 7"-5 THREAD UNIONS 512 LBS (3"ID) KQ-114; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 24 | 1.00 | 2202 Wing X 1502 THRD # N/A | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 25 | 1.00 | 3" 15K INTEGRAL LIFT CLAMP SPC4898; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 26 | 1.00 | 7"-5 THD DOLLY WHEELS FOR 3" 15K LUBRICATOR # SPC669 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 27 | 4.00 | STANDS STANDS; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |

Page 2 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To: Warrior Energy Services Corporation DBA Concentric Pipe and Tool Rentals DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114, PHONE: (337) 365-2217 FAX: (337) 365-4564

**INVOICE 60985SPC** 29-Feb-2020

SOLD TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042, USA

Rig: NA | Lease: SL-14519,14914,14519 | Location: HYETTE POINT | AFE: FW207004, FW207005 | PO No. | Well: #1 | Job No. 119603

15/Jan/2020 - 31/Jan/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 28 | 1.00 | 25,300LB SPREADER BAR 7' AND 10" WEBS 127 LBS. (SWL 50,000) SPC6642; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 29 | 1.00 | 3 1/16" 15K HYD. HEADCATCHER H2S SERVICE WILL CATCH UP TO A 1-3/16 FISH NECK WITH 7" 5 UNIONS TOP AND BOTTOM KQ-45; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 30 | 1.00 | 7 TUBE 15K H2S GREASE HEAD W/DUAL PACKOFF, DUAL INJECTION PORTS & LOWER SUB WITH BALL CHECK # SPC10554 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 31 | 1.00 | T-BAR CLAMPS: # SPC7412 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 32 | 1.00 | WRENCHES WRENCH; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 33 | 4.00 | SINGLE HYD.HAND PUMP 7,500 PSI SPC6132; SPC5154; SPC0443; SPC0190; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 34 | 4.00 | DUAL HYD.HAND PUMP 7,500 PSI SPC1453; SPC0330; SPC6454; SPC0284; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 35 | 2.00 | DUAL HYD.HAND PUMP 7,500 PSI #SPC1454 #SPC4073 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 36 | 5.00 | BRIDLES FOR HYD BOP | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 37 | 25.00 | 50' HYDRAULIC HOSE WITH 1/4" SNAP TIGHT CONNECTIONS HHOSE; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 38 | 0.00 | 50' INJECTION HOSE WITH YALE UNIONS IHOSE; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 39 | 8.00 | 50' OF RETURN HOSE WITH YALE UNIONS RHOSE; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 40 | 1.00 | 3" 15K TRANSPORT SKID 28,000 LB PULL TEST SPC1241; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 41 | 1.00 | OFFSHORE WORK BASKET W/SOLID BOTTOM 12' LONG 4' WIDE 3' HIGH SPC6863; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 42 | 1.00 | TOTE TANK # 0702326231 | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |
| 43 | 1.00 | 2" CAMLOCK HOSE 25' LONG WITH M/F CAMLOCK CONNECTIONS 2CAM; | 01/15/2020 01/31/2020 | | 0.000 | | 0.00 |

Page 3 of 6

**Concentric** PIPE AND TOOL RENTALS

Remit To: Warrior Energy Services Corporation DBA Concentric Pipe and Tool Rentals DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114, PHONE: (337) 365-2217 FAX: (337) 365-4564

**INVOICE 60985SPC** 29-Feb-2020

SOLD TO: FIELDWOOD ENERGY LLC, 2000 W. SAM HOUSTON, SUITE 1200, HOUSTON TX 77042, USA

Rig: NA | Lease: SL-14519,14914,14519 | Location: HYETTE POINT | AFE: FW207004, FW207005 | PO No. | Well: #1 | Job No. 119603

15/Jan/2020 - 31/Jan/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 44 | 8.00 | RECERTIFICATION CHARGE FOR WIRE ROPE SLINGS #105708-028 #107541-024 #107541-025 #106260-018 #06322-005 #107541-029 #107541-040 #06322-003 SLING | | | 0.000 | | 0.00 |
| 45 | 2.00 | R-27 RING GASKETS R27; | | | 0.000 | | 0.00 |
| 46 | 2.00 | BX-153 RING GASKETS BX153; | | | 0.000 | | 0.00 |
| 47 | 3.00 | .105 HEX HEAD GLAND BUSHING SB 105 HEX; | | | 0.000 | | 0.00 |
| 48 | 3.00 | .105 PORTED HEX HEAD GLAND BUSHING SB 105 HEX PORTED; | | | 0.000 | | 0.00 |
| 49 | 16.00 | .105 FLO TUBE INSERTS SB 105 INSERTS; | | | 0.000 | | 0.00 |
| 50 | 3.00 | .105 ALUMINUM BRONZE INSERT FOR HYD. PLUNGER SD 105 PLUNGER; | | | 0.000 | | 0.00 |
| 51 | 30.00 | HIGH PRESSURE PACKING 6BPACK; | | | 0.000 | | 0.00 |
| 52 | 3.00 | BLOWOUT PLUGS FOR STUFFING BOX SBPLUG; | | | 0.000 | | 0.00 |
| 53 | 7.00 | GREASE HEAD FLOW TUBES ACTUAL SIZE .228 FLOW; | | | 0.000 | | 0.00 |
| 54 | 7.00 | GREASE HEAD FLOW TUBES ACTUAL SIZE .231 FLOW; | | | 0.000 | | 0.00 |
| 55 | 4.00 | 7/32" BRASS AND RUBBERS 7/32; | | | 0.000 | | 0.00 |
| 56 | 1.00 | COOPER T-BAR LINE CLAMP INSPECTION CHARGE $25.00 ONLY CHARGED WHEN USED INST; | | | 0.000 | | 0.00 |
| 57 | 1.00 | COOPER T-BAR LINE CLAMP BRASS LINER $185.00 ONLY CHARGED WHEN USED LINER | | | 0.000 | | 0.00 |
| 58 | 1.00 | 3" 15K H2S QUAD REDRESS CHARGE (IF CLOSED ON WIRELINE OR IF INNER SEALS ARE DAMAGED DUE TO WELL CONDITIONS REDRESS4; | | | 0.000 | | 0.00 |
| 59 | 19.00 | THREAD PROTECTOR TO BE SOLD IF NOT RETURNED $50.00 1 PROTECT; | | | 0.000 | | 0.00 |

Page 4 of 6

**EXHIBIT 22**

**EXHIBIT 22**

**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-5217 FAX: (337) 365-0566

**INVOICE 60986SPC**
29-Feb-2020

SOLD TO FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

| Rig: | HA | | PO No. | |
| Lease: | SL-14519, 14914 | | Wk#: | 83 |
| Location: | MYETTE POINT | | Job No. | 115683 |
| AFE: | FW207024, FW207205 | | | |

01-Feb-2020 - 29-Feb-2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---------|-----|-------------|----------------|-------|---------|---------|-------|
| | | | | | | AMOUNT DUE... | US$ 55,246.25 |
| | | | | | | THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

WARRIOR P&A AND CONCENTRIC PERSONNEL ON LOCATION

Page 7 of 7

**EXHIBIT 22**