# St. Mary Parish Recording Page

**Cliff Dressel**
**Clerk of Court**
500 Main Street
P.O. Drawer 1231
Franklin, LA 70538
(337) 828-4100

**Received From:**
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS ST., STE. 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WARRIOR ENERGY SERVICES CORPORATION

**Index Type:** Mortgages
**Type of Document:** Lien
**Recording Pages:** 5

**File Number:** 352528
**Book:** 1601    **Page:** 309

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Mary Parish, Louisiana.

*Kendra M. Sinitiere*
Deputy Clerk

On (Recorded Date): 09/08/2020
At (Recorded Time): 1:22:36PM

Doc ID - 007365160005

CLERK OF COURT
CLIFF DRESSEL
Parish of St. Mary
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/08/2020 at 1:22:36
Recorded in Book 1601   Page 309
File Number   352528

*Kendra Sinitiere*
Deputy Clerk

**Return To:**

Do not Detach this Recording Page from Original Document

**EXHIBIT 23**

|  |  |
|--|--|
| FILED: | St. Mary Parish |
|  | Bureau of Ocean Energy Management |
| LEASE NO.: | SL-14914 |
| Field ID: | Myette Point-6985 |
| OPERATOR: | Fieldwood Energy Offshore, LLC |
| AMOUNT: | $3,580.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Warrior Energy Services Corporation ("Warrior"), Department 2114, P.O. Box 122114, Dallas, Texas 75312-2114 and he is duly authorized to make and is making this affidavit for and on behalf of Warrior.

2. Warrior is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Warrior contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately February 1, 2020 through February 29, 2020 (the "Applicable Period"), Warrior supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain oil and gas lease(s), including specifically that certain lease identified as State Lease 14914, Myette Point, Field ID# 6984, St. Mary Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $3,580.00 is due and owing on Invoice No. 60986SPC-DL SPC238040 (the "Invoice") for those certain goods, equipment, supplies and services provided by Warrior to the Lease during the Applicable Period, together with

- 1 -

EXHIBIT 23

accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. As evidenced by the Louisiana Department of Natural Resources (the "LDNR"), Fieldwood Energy Offshore, LLC ("FEO"), LDNR Company Number F156, was at all relevant times and remains the operator of the above-referenced Lease.

8. At all relevant times hereto, the labor, equipment, supplies and services provided by Warrior were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

9. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Warrior as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Warrior on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, FEO; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, FEO, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of St. Mary Parish, State of Louisiana.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood and the Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services,

EXHIBIT 23

Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (d) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in Houston, Texas on this 26th day of August, 2020.

Warrior Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 23**



**Concentric**
PIPE AND TOOL RENTALS

Remit To:
Warrior Energy Services Corporation
DBA Concentric Pipe and Tool Rentals
DEPARTMENT 2114, P.O. BOX 122114, DALLAS, TX 75312-2114,
PHONE: (337) 365-2217 FAX: (337) 365-4584

**INVOICE 60986SPC**
29-Feb-2020

SOLD TO: **FIELDWOOD ENERGY LLC**
2000 W. SAM HOUSTON
SUITE 1200
HOUSTON TX 77042, USA

Rig: NA
Lease: SL-14519, 14914
Location: MYETTE POINT
AFE: FW207004, FW207005

PO No.:
Well: #1
Job No.: 119603

01/Feb/2020 - 29/Feb/2020

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 14 | 7.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENV1; | | | 0.000 | | 0.00 |
| **SPC238040** | | **February 17, 2020    MR RICHARD OCONNELL** | | | | | |
| 1 | 1.00 | 4-3/4 4 LIFT CAP SPC2409; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 2 | 1.00 | TOP ADAPTER: 7-5/8 HP PIN AND NUT 8-3/4-2 HP UNION X 4-3/4-4 THREAD (3.063 I.D.) SPC11171; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 3 | 1.00 | FLANGE X LUBRICATOR UNION: 7-1/16 5K FLANGE X 7-5/8 HP THREAD 8 3/4-2 H.P. UNION (6.875 I.D.) 160 LBS. SPC453; | 02/17/2020 02/29/2020 | 10 | 100.000 | | 1,000.00 |
| 4 | 1.00 | ADAPTER SPOOLS: 7-1/16" 10K BX156 FLANGE X 7-1/16" 5K R46 FLANGE SPC11154; | 02/17/2020 02/29/2020 | 10 | 104.000 | | 1,040.00 |
| 5 | 1.00 | 7 1/16" 15 K X 7 1/16" 10 K Adapter Spool 14099-SR; | 02/17/2020 02/29/2020 | 10 | 154.000 | | 1,540.00 |
| 6 | 12.00 | BOLTS 1.38B; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 7 | 2.00 | HAMMER WRENCHES 1.38H; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 8 | 28.00 | BOLTS 1.12B; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 9 | 2.00 | HAMMER WRENCHES 1.12H; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 10 | 2.00 | AMMO BOX AMMO; | 02/17/2020 02/29/2020 | | 0.000 | | 0.00 |
| 11 | 3.00 | BX-156 RING GASKETS BX156; | | | 0.000 | | 0.00 |
| 12 | 3.00 | R-46 RING GASKETS R46; | | | 0.000 | | 0.00 |
| 13 | 10.00 | ENVIRONMENTAL IMPACT CHARGE PER ITEM ENV1; | | | 0.000 | | 0.00 |
| **SPC238011** | | **February 10, 2020    MR.** | | | | | |
| 1 | 1.00 | SALE ITEM: Sale Of Rubber Gasket | | | 0.000 | | 0.00 |
| 2 | 1.00 | SALE ITEM: 275 Gallons Of Methanol @ $3.75.00 Per Gallon | | | 0.000 | 1,031.25/Sale | 1,031.25 |
| | | | | | **SUB TOTAL** | | **55,246.25** |

**EXHIBIT A**

EXHIBIT 23