**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

---

PLEASE TAKE NOTICE that the undersigned counsel to National Oilwell Varco, L.P. d/b/a NOV Tuboscope and NOV Well Site Services, XP Systems, L.P., and NOV Process & Flow Technologies US, Inc. (together "NOV") hereby enters an appearance in this case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices given or required to be given, and all papers served or required to be served in this case or any related adversary proceedings, be given to and served upon counsel as follows:

> Brian A. Baker
> brian.baker@stacybakerlaw.com
> STACY & BAKER, P.C.
> 1010 Lamar Street, Suite 550
> Houston, Texas 77002
> Ph: (713) 527-9991 | Fx: (713) 527-9992

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, however transmitted, which affect or seek to affect this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request for notice is not a submission by NOV to the jurisdiction of this Court nor a waiver of its rights to: (a) have final

orders in non-core matters entered only after *de novo* review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which NOV is or may be entitled to in law or in equity, all of which are expressly reserved.

DATED: November 11, 2020.

Respectfully submitted,

**STACY & BAKER, P.C.**

By: _____

    Brian A. Baker
    State Bar No. 24082648
    brian.baker@stacybakerlaw.com
1010 Lamar Street, Suite 550
Houston, Texas 77002
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P., AND NOV PROCESS & FLOW TECHNOLOGIES US, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to all parties and counsel entitled to receive notice in this case.

_____

Brian A. Baker