# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WILD WELL CONTROL INC

Index Type : MORTGAGE

Type of Document : LIEN AFFIDAVIT

Inst Number : 1302759

Book : 2074    Page : 295

Recording Pages : 5

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/21/2020
At (Recorded Time) : 4:06:22PM
Certified On : 09/21/2020

Doc ID - 033575020005

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/21/2020 at 4:06:22
Recorded in Book 2074 Page 295
File Number 1302759

Deputy Clerk

Do not Detach this Recording Page from Original Document

**EXHIBIT 1**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

WILD WELL CONTROL INC

**Index Type :** MORTGAGE

**Type of Document :** LIEN AFFIDAVIT

**Inst Number :** 1302759

**Book :** 2074   **Page :** 295

**Recording Pages :** 5

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 09/21/2020
At (Recorded Time) : 4:06:22PM



Deputy Clerk

Doc ID - 033575020005

Do not Detach this Recording Page from Original Document

**EXHIBIT 1**

|  |  |
|---|---|
| FILED: | Lafourche Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-34536 |
| AREA/BLOCK: | GC 40 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; ILX Prospect Katmai, LLC; Ridgewood Katmai, LLC |
| AMOUNT: | $6,750.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Wild Well Control, Inc. ("Wild"), 2202 Oil Center Court, Houston, TX 77073 and he is duly authorized to make and is making this affidavit for and on behalf of Wild.

2. Wild is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Wild contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 16, 2020 through March 23, 2020 (the "Applicable Period"), Wild supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-34536, Green Canyon, Block 40, off the coast of Lafourche Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $6,750.00 is due and owing on Invoice No. PJIN0000189 (the "Invoice") for those certain goods, equipment, supplies and services provided by Wild to the Lease during the Applicable Period, together with accruing

EXHIBIT 1

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Wild were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Wild as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Wild on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, ILX Prospect Katmai, LLC and Ridgewood Katmai, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Lafourche Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

EXHIBIT 1

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) ILX Prospect Katmai, LLC, 712 Fifth Avenue, 36th Floor, New York, NY 10019; (d) Ridgewood Katmai, LLC, 1254 Enclave Parkway, Suite 600, Houston, TX 77077; and (e) Ridgewood Katmai, LLC, 14 Philips Parkway, Montvale, NJ 07645.

Thus done and signed in Houston, Texas on this 26th day of August, 2020.

Wild Well Control, Inc.

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent


SWORN TO AND SUBSCRIBED BEFORE
ME THIS 26th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 1**



# Invoice

Wild Well Control, Inc.
2202 Oil Center Court
Houston, TX, 77073
Tel: 281-784-4700
Tax ID: 74-1873477

Invoice number: PJIN0000189
Date: 7/10/2020
Payment Terms: Net 30
Customer PO #: FW202002-020620-B
Customer Contract #: MSA dated 01 January 2014
Proposal: 2020-P-063
Project: 2020-074

Sold To:
Fieldwood Energy LLC
2000 W. Sam Houston Pkwy S #1200
Houston, TX 77042

Tel: 7139691000
Customer Account: C00000114

Location: Louisiana
Field Name: Katmai
Well Name: GC 40-1 & GC 40-2
Engineer: K. Dufrene
Routing Number: 580047
Account Code: 3060-38
OCSG: OCS-G-34536

| Description | Item # | Begin Date | End Date | Qty | UOM | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Dropped Oject Analysis-Tier 1 Well 1: Green Canyon 40 #1 as per proposal #2020-P-063 | WW00 0255 | 03/16/2020 | 03/23/2020 | 1.00 | EA | 4,500.00 | 4,500.00 |
| Dropped Oject Analysis-Tier 1 Well 2: Green Canyon 40 #2 as per proposal #2020-P-063 | WW000255 | 03/16/2020 | 03/23/2020 | 1.00 | EA | 2,250.00 | 2,250.00 |
| | | | | | | Sub Total | 6,750.00 |
| | | | | | | Tax | 0.00 |
| | | | | | | Total in USD | 6,750.00 |

Please remit payment by mail to:
Wild Well Control, Inc.
P.O. Box 919264
Dallas, TX 75391-9264
USA

For remittance or inquiries:
AR@wildwell.com

By wire to:
Account Name:    Wild Well Control, Inc.
Bank Name:       JPMORGAN CHASE
Account No:      000001590885032
ABA No:          021000021
Swift Code:      CHASUS33

EXHIBIT A

EXHIBIT 1