# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From:**
Attn: ARMAND E SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WILD WELL CONTROL INC

**Index Type:** MORTGAGE
**Type of Document:** MATERIALMANS LIEN
**Recording Pages:** 5

**File #:** 2020-00003841
**Book:** 777   **Page:** 337

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date): 09/21/2020

At (Recorded Time): 10:52:47AM

Doc ID - 005340790005

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 09/21/2020 at 10:52:47
Recorded in Book 777 Page 337
File Number 2020-00003841

Deputy Clerk

**Return To:** Attn: ARMAND E SAMUELS

Do not Detach this Recording Page from Original Document

**EXHIBIT 3**

|        |        |
|--------|--------|
| FILED: | Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-28030 |
| AREA/BLOCK: | MC 948 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Ecopetral America LLC; Talos Energy Offshore, LLC |
| AMOUNT: | $2,250.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1. He is Assistant General Counsel and authorized agent of Wild Well Control, Inc ("Wild"), 2202 Oil Center Court, Houston, TX 77073 and he is duly authorized to make and is making this affidavit for and on behalf of Wild.

2. Wild is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Wild contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately March 16, 2020 through March 23, 2020 (the "Applicable Period"), Wild supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-28030, Mississippi Canyon, Block MC 948, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $2,250.00 is due and owing on Invoice No. PJIN0000185 (the "Invoice") for those certain goods, equipment, supplies and services provided by Wild to the Lease during the Applicable Period, together with accruing

**EXHIBIT 3**

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Wild were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Wild as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Wild on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Ecopetral America LLC and Talos Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

EXHIBIT 3

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Ecopetrol America LLC, 2800 Post Oak Boulevard, Suite 4500, Houston, TX 77056; (d) Ecopetrol America LLC, through its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136; (e) Talos Energy Offshore LLC, 333 Clay Street, Suite 3300, Houston, TX 77002; and (f) Talos Energy Offshore LLC, through its registered agent, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this 27th day of August, 2020.

Wild Energy Services Corporation

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 24th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

- 3 -

**EXHIBIT 3**



# Invoice

Wild Well Control, Inc.
2202 Oil Center Court
Houston,TX,77073
Tel: 281-784-4700
Tax ID: 74-1873477

Invoice number: PJIN0000185
Date: 7/10/2020
Payment Terms: Net 30
Customer PO #: FW191024-02060-A
Customer Contract #: MSA dated 01 January 2014
Proposal: 2020-P-064
Project: 2020-075

Sold To:
Fieldwood Energy LLC
2000 W Sam Houston Pkwy S #1200
Houston, TX 77042

Tel: 7139691000
Customer Account: C00000114

Location: GOM
Field Name: Gunflint
Rig: Rowan Resolute
Lease: MC-948 & MC-992
Engineer: K. Castille
Well Name: Mississippi Canyon 992 # 1
Well Code: FW191024
Routing ID: 580048
OCSG#: OCS-G-24133
Account Type: TDC – Drilling Costs
AFE: FW191024
Accounts: 3025 / 3075

| Description | Item # | Begin Date | End Date | Qty | UOM | Unit Price | Total Amount |
|---|---|---|---|---|---|---|---|
| Dropped Object Analysis-Tier 1 Well 1 – Gunflint MC 992 #1 as per proposal 2020-P-064 | WW000255 | 03/16/2020 | 03/23/2020 | 1.00 | | 4,500.00 | 4,500.00 |
| Dropped Object Analysis-Tier 1 Well 1 – Gunflint MC 948 #4 as per proposal 2020-P-064 | WW000255 | 03/16/2020 | 03/23/2020 | 1.00 | | 2,250.00 | 2,250.00 |

|  |  |
|---|---|
| Sub Total | 6,750.00 |
| Tax | 0.00 |
| Total in USD | 6,750.00 |

Please remit payment by mail to:
Wild Well Control, Inc.
P.O. Box 919264
Dallas, TX 75391-9264
USA

By wire to:
Account Name:   Wild Well Control, Inc.
Bank Name:      JPMORGAN CHASE
Account No:     000001590885032
ABA No:         021000021
Swift Code:     CHASUS33

For remittance or inquiries:
AR@wildwell.com

**EXHIBIT A**

**EXHIBIT 3**