# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
WORKSTRINGS INTERNATIONAL LLC

| | |
|---|---|
| Index Type : MORTGAGE | File # : 2020-00004011 |
| Type of Document : MATERIALMANS LIEN | Book : 778    Page : 417 |
| Recording Pages : 8 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 10/02/2020

At (Recorded Time) : 11:34:24AM

Doc ID - 005343530008

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/02/2020 at 11:34:24
Recorded in Book 778 Page 417
File Number 2020-00004011

*Deputy Clerk*

**Return To :**

Do not Detach this Recording Page from Original Document

**EXHIBIT 2**

|  |  |
|---|---|
| FILED: | Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-28030 |
| AREA/BLOCK: | MC 948 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Ecopetral America LLC; Talos Energy Offshore, LLC |
| AMOUNT: | $39,962.72 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1. He is the Assistant General Counsel and authorized agent of Workstrings International, L.L.C. ("Workstrings"), 1111 North Loop West, Suite 140, Houston, Texas 77008, and he is duly authorized to make and is making this affidavit for and on behalf of Workstrings.

2. Workstrings is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Workstrings contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately April 30, 2020 through May 4, 2020 (the "Applicable Period"), Workstrings supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-28030, Mississippi Canyon, Block 948, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $39,962.72 is due and owing on Invoice Nos. 67712L and 68220L (collectively, the "Invoices") for those certain goods,

EXHIBIT 2

equipment, supplies and services provided by Workstrings to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.  At all relevant times hereto, the labor, equipment, supplies and services provided by Workstrings were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.  As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.  This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Workstrings as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Workstrings on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Ecopetral America LLC and Talos Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.  That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

EXHIBIT 2

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Ecopetrol America LLC, 2800 Post Oak Boulevard, Suite 4500, Houston, TX 77056; (d) Ecopetrol America LLC, through its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136; (e) Talos Energy Offshore LLC, 333 Clay Street, Suite 3300, Houston, TX 77002; and (f) Talos Energy Offshore LLC, through its registered agent, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this 27th day of August, 2020.

Workstrings International, L.L.C.

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 27th DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 2**

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675   FAX: 337-492-0012

**INVOICE 68220L**
9-Jun-2020



INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 01-May-2020 - 04-May-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519391 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ LARRE BUTLER | AREA/BLOCK: MC 948 | LEASE/OCSG: 28030 |
| PHONE: 281-677-5433 | WELL: GUNFLINT STIMULATON | AFE: FW205014 |
| FAX: | PO: 4945 | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L373694 | | DELIVERED:   April 30, 2020 | | | | | |
| 1 | 7120.00 | 160 Jt(s) LANDING STRING: 6 5/8" (EU) .522" WT (34.02#) V150 GTM69 CONN. RANGE 3 INTERNALLY COATED (8 1/2" X 5 1/2" TJS) M/U TORQUE 42,000 - 50,400 FT LBS WS43-32(1); | 05/01/2020 05/04/2020 | 4 | 0.59 | | 16,917.12 |
| 2 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 6' I/C WS19-6199; | 05/01/2020 05/04/2020 | | 330.00 | 2,640.00 / 4 days | 2,640.00 |
| 3 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 10' I/C WS19-5113; | 05/01/2020 05/04/2020 | | 330.00 | 2,640.00 / 4 days | 2,640.00 |
| 4 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 15' I/C WS19-4011; | 05/01/2020 05/04/2020 | | 330.00 | 2,640.00 / 4 days | 2,640.00 |
| 5 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 20' I/C WS19-5329; | 05/01/2020 05/04/2020 | | 418.00 | 3,344.00 / 4 days | 3,344.00 |
| 10 | 1.00 | APPLICATION OF RUST GRIP O.D. COATING ON 67 JTS R3 GTM69 LS (SIS INV# 474455-2) 951355(1); | | | | 5,147.51/Sale | 5,147.51 |
| 12 | 1.00 | APPLICATION OF RUST GRIP O.D. COATING ON 98 JTS GTM69 R3 LS (SIS INV# 474208) 951355(1); | | | | 7,529.19/Sale | 7,529.19 |
| 9 | 1.00 | OUTGOING INSPECTION ON 4 PUP JOINTS (SIS INV# 474827) 951349; | | | | 963.90 | 963.90 |
| 11 | 1.00 | OUTGOING INSPECTION FIELDWOOD-WSI-QCP-001 ON 67 JTS GTM69 R3 LS (SIS INV# 474455-1) 951349; | | | | 7,594.52 | 7,594.52 |

Page 1 of 2



EXHIBIT A

EXHIBIT 2

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675   FAX: 337-492-0012

**INVOICE 68220L**
9-Jun-2020

INVOICE TO: FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone    Fascimile

| RENTAL PERIOD<br>01-May-2020 - 04-May-2020 | RIG:<br>ROWAN RESOLUTE | JOB NO:<br>519391 |
|---|---|---|
| ORDERED BY:<br>BRENT PRIMEAUX/ LARRE BUTLER | AREA/BLOCK:<br>MC 948 | LEASE/OCSG:<br>28030 |
| PHONE:<br>281-677-5433 | WELL:<br>GUNFLINT STIMULATON | AFE:<br>FW205014 |
| FAX: | PO:<br>4945 | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| ZZ_2100971 | | DELIVERED: May 1, 2020 | | | | | |
| 1 | 1.00 | PRICE ADJUSTMENT FOR RENTAL: ADDITIONAL 50% DISCOUNT OFF RENTAL ($20,972.16) PER AGREEMENT. | 05/01/2020<br>05/04/2020 | -1 | 10,486.08 | | -10,486.08 |

| | |
|---|---|
| SUB TOTAL | 38,930.16 |
| DISCOUNTABLE @ 64.00% | 11,264.00 |
| DISCOUNT | -7,208.96 |
| AMOUNT DUE... | US$ 31,721.20 |
| THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

Period ends 5/4 due to transfer to Katmai.

EXHIBIT 2

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 67712L**

9-Jun-2020



INVOICE TO: FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD | RIG: | JOB NO: |
|---|---|---|
| 30-Apr-2020 - 30-Apr-2020 | ROWAN RESOLUTE | 519391 |
| **ORDERED BY:** | **AREA/BLOCK:** | **LEASE/OCSG:** |
| BRENT PRIMEAUX/ LARRE BUTLER | MC 948 | 28030 |
| **PHONE:** | **WELL:** | **AFE:** |
| 281-677-5433 | GUNFLINT STIMULATON | FW205014 |
| **FAX:** | **PO:** 4945 | **ETC:** |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L373694 | | DELIVERED: April 30, 2020 | | | | | |
| 1 | 7120.00 | 160 Jt(s) LANDING STRING: 6 5/8" (EU) .522" WT (34.02#) V150 GTM69 CONN. RANGE 3 INTERNALLY COATED (8 1/2" X 5 1/2" TJS) M/U TORQUE 42,000 - 50,400 FT LBS WS43-32(1); | 04/30/2020 04/30/2020 | 1 | 0.59 | | 4,229.28 |
| 2 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 6' I/C WS19-6199; | 04/30/2020 04/30/2020 | | 330.00 | 660.00 / 1 days | 660.00 |
| 3 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 10' I/C WS19-5113; | 04/30/2020 04/30/2020 | | 330.00 | 660.00 / 1 days | 660.00 |
| 4 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 15' I/C WS19-4011; | 04/30/2020 04/30/2020 | | 330.00 | 660.00 / 1 days | 660.00 |
| 5 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 20' I/C WS19-5329; | 04/30/2020 04/30/2020 | | 418.00 | 836.00 / 1 days | 836.00 |
| 6 | 1.00 | RETURN INSPECTION: @ $50/EA, PIPE CLEANING, CORROSION, MITIGATION & ENVIRONMENTAL WASTE DISPOSAL @ $40/EA ON 58 JTS GTM69 R3 LS. 951300(1); | | | | 5,220.00 | 5,220.00 |
| 7 | 1.00 | RETURN INSPECTION: 4 PUP JOINTS @ $100/EA. 951300(1); | | | | 400.00 | 400.00 |
| ZZ_2094527 | | DELIVERED: April 30, 2020 | | | | | |
| 1 | 1.00 | PRICE ADJUSTMENT FOR RENTAL: ADDITIONAL 50% DISCOUNT OFF RENTAL ($5,243.04) PER AGREEMENT. | 04/30/2020 04/30/2020 | -1 | 2,621.52 | | -2,621.52 |

SUB TOTAL    10,043.76

Page 1 of 2

**EXHIBIT 2**

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675  FAX: 337-492-0012

**INVOICE 67712L**

9-Jun-2020

INVOICE TO: FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone    Fascimile

| RENTAL PERIOD<br>30-Apr-2020 - 30-Apr-2020 | RIG:<br>ROWAN RESOLUTE | JOB NO:<br>519391 |
|---|---|---|
| ORDERED BY:<br>BRENT PRIMEAUX/ LARRE BUTLER | AREA/BLOCK:<br>MC 948 | LEASE/OCSG:<br>28030 |
| PHONE:<br>281-677-5433 | WELL:<br>GUNFLINT STIMULATON | AFE:<br>FW205014 |
| FAX: | PO:<br>4945 | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|

DISCOUNTABLE @ 64.00%          2,816.00
DISCOUNT                      -1,802.24
AMOUNT DUE...             US$ 8,241.52
THANK YOU FOR YOUR BUSINESS!   NET 30 DAYS

50% standby rate applied.

EXHIBIT 2