# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: ARMAND SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA  70130-6041

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
| --- |

**First MORTGAGEE**

| WORKSTRINGS INTERNATIONAL LLC |
| --- |

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          21

**File # :** 2020-00003661

**Book :**  776      **Page :**  275

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 09/08/2020

At (Recorded Time) : 11:06:13AM

Doc ID - 005337360021

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 09/08/2020 at 11:06:13
Recorded in Book  776   Page  275
File Number 2020-00003661

Deputy Clerk

**Return To :**   Attn: ARMAND SAMUELS

Do not Detach this Recording Page from Original Document                    **EXHIBIT 4**

| FILED: | Plaquemines Parish, |
|---|---|
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-06888 |
| AREA/BLOCK: | VK 826 |
| OPERATOR: | Noble Energy, Inc. |
| AMOUNT: | $183,484.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

**JEAN PAUL OVERTON**

who, after being duly sworn, did depose and say:

1.    He is the Assistant General Counsel and authorized agent of Workstrings International, L.L.C. ("Workstrings"), 1111 North Loop West, Suite 140, Houston, Texas 77008, and he is duly authorized to make and is making this affidavit for and on behalf of Workstrings.

2.    Workstrings is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.    In connection with its business, Workstrings contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.    Between approximately January 9, 2020 through March 12, 2020 (the "Applicable Period"), Workstrings supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-06888, Viosca Knoll, Block 826, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.    As of the present date, a remaining principal amount of $183,484.00 is due and owing on Invoice Nos. 65986L, 66927L, 67025L, 66548L, 66550L, 65988L and 66101L (collectively, collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Workstrings to the Lease during the Applicable Period, together with

- 1 -

**EXHIBIT 4**

accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.       At all relevant times hereto, the labor, equipment, supplies and services provided by Workstrings were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.       As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Noble Energy, Inc. ("Noble"), BOEM Company Number 02237, was at all relevant times and remains the operator of the above-referenced Lease.

8.       This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Workstrings as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Workstrings on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Noble, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Noble; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Noble, and the operating interest of any participating lessee(s) therein; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.       That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.       That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200,

**EXHIBIT 4**

Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate

Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Noble Energy,

Inc. 1001 Noble Energy Way, Houston, TX 77070; and (d) Noble Energy, Inc. through its

registered agent C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

Thus done and signed in Houston, Texas on this 26TH day of August, 2020.

Workstrings International, L.L.C.

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 20TH DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**
26-Mar-2020



INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 09-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE # SS012 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L371849 | | DELIVERED:   January 9, 2020 | | | | | |
| 1 | 1.00 | CROSSOVER SUB: 6 5/8" FH BOX X NC50 (4 1/2" IF) PIN 44725; | 01/09/2020 01/31/2020 | 18 | 69.00 | 690.00 / 5 days | 1,932.00 |
| 2 | 1.00 | CROSSOVER SUB: CTM43 BOX X NC50 (4 1/2" IF) PIN WS26-3533; | 01/09/2020 01/31/2020 | 18 | 133.00 | 1,330.00 / 5 days | 3,724.00 |
| 4 | 1.00 | RETURN INSPECTION: 4 TOOL CONNECTIONS @ $24/EA. 951300(1); | | | | 96.00 | 96.00 |
| L371878 | | DELIVERED:   January 11, 2020 | | | | | |
| 2 | 2.00 | SAFETY VALVE: CTM43 (2 PIECE) 15M 42103; 42105; | 01/11/2020 01/28/2020 | 13 | 312.50 | 3,125.00 / 5 days | 14,375.00 |
| 3 | 1.00 | ROTARY SLIP: AOT 4 1/2" TYPE "DU" LONG Dressed For 4 1/2" WS20-2085; | 01/11/2020 01/28/2020 | 13 | 30.00 | 300.00 / 5 days | 690.00 |
| 4 | 1.00 | CERTIFIED ELEVATOR: SINGLE JOINT 4 1/2" BN CENTER LATCH 41484; | 01/11/2020 01/31/2020 | 16 | 45.00 | 450.00 / 5 days | 1,170.00 |
| 5 | 1.00 | STABBING GUIDE (DRILL PIPE): 5 1/4" TJS WS31-2446; | 01/11/2020 01/31/2020 | 16 | 50.00 | 500.00 / 5 days | 1,300.00 |
| 6 | 1.00 | ELEVATOR BUSHING: 4 1/2" FOR BX FRAME 4 HYD ELEVATOR, 500 TON WS13-1183; | 01/11/2020 01/28/2020 | 13 | 125.00 | 1,250.00 / 5 days | 2,875.00 |
| 7 | 1.00 | ELEVATOR BUSHING: 4 1/2" FOR BX FRAME 5 HYD ELEVATOR, 750 TON WS13-1391; | 01/11/2020 01/31/2020 | 16 | 250.00 | 2,500.00 / 5 days | 6,500.00 |
| 8 | 1.00 | DRILL PIPE LIFT CAP: CTM43 PIN W/ LIFT EYE WS24-4537; | 01/11/2020 01/28/2020 | 13 | 45.00 | 450.00 / 5 days | 1,035.00 |

**EXHIBIT A**

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL®**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**

26-Mar-2020

INVOICE TO:  FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone  Fascimile

| RENTAL PERIOD 09-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE # SS012 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 9 | 2.00 | PUP JOINT: 4 1/2" CTM43 X 6' I/C WS19-2722; WS19-2872; | 01/11/2020 01/29/2020 | 14 | 137.50 | 1,375.00 / 5 days | 6,600.00 |
| 10 | 2.00 | PUP JOINT: 4 1/2" CTM43 X 10' I/C WS19-1724; WS19-1727; | 01/11/2020 01/29/2020 | 14 | 137.50 | 1,375.00 / 5 days | 6,600.00 |
| 11 | 2.00 | PUP JOINT: 4 1/2" CTM43 X 15' I/C WS19-2744; WS19-2876; | 01/11/2020 01/28/2020 | 13 | 137.50 | 1,375.00 / 5 days | 6,325.00 |
| 12 | 1.00 | DPXO XT SUB (BXP): XT50 BOX X CTM43 PIN WS26-5247; | 01/11/2020 01/28/2020 | 13 | 196.00 | 1,960.00 / 5 days | 4,508.00 |
| 12 | 1.00 | DPXO XT SUB (BXP): XT50 BOX X CTM43 PIN WS26-5249; | 01/11/2020 01/31/2020 | 16 | 196.00 | 1,960.00 / 5 days | 5,096.00 |
| 13 | 2.00 | BHXO XT SUB (BXP): XT50 BOX X 6 5/8" FH (SRG) PIN WS26-9444; WS26-9445; | 01/11/2020 01/28/2020 | 13 | 138.00 | 1,380.00 / 5 days | 6,348.00 |
| 14 | 2.00 | DPXO FH SUB (BXP): 6 5/8" FH BOX X CTM43 PIN WS26-10160; WS26-10161; | 01/11/2020 01/28/2020 | 13 | 241.50 | 2,415.00 / 5 days | 11,109.00 |
| 15 | 2.00 | DPXO CTM SUB (BXP): CTM43 BOX X 6 5/8" FH PIN WS26-7835; WS26-8556; | 01/11/2020 01/28/2020 | 13 | 241.50 | 2,415.00 / 5 days | 11,109.00 |
| 16 | 2.00 | PUP JOINT: 5" XT50 X 10' WS19-3764; WS19-3885; | 01/11/2020 01/29/2020 | 14 | 75.00 | 750.00 / 5 days | 3,600.00 |
| 17 | 1.00 | PUP JOINT: 5" XT50 X 15' WS19-3859; | 01/11/2020 01/28/2020 | 13 | 75.00 | 750.00 / 5 days | 1,725.00 |
| 17 | 1.00 | PUP JOINT: 5" XT50 X 15' WS19-3718; | 01/11/2020 01/31/2020 | 16 | 75.00 | 750.00 / 5 days | 1,950.00 |
| 18 | 1.00 | SAFE TRANSPORT HOLE TOOL BASKET W/ SLING CERTIFIED WS10-177; | 01/11/2020 01/28/2020 | 13 | 75.00 | 750.00 / 5 days | 1,725.00 |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL**
*A SUPERIOR ENERGY SERVICES COMPANY*

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**
26-Mar-2020

INVOICE TO: FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone  Fascimile

| RENTAL PERIOD | RIG: | JOB NO: |
|---|---|---|
| 09-Jan-2020 - 31-Jan-2020 | ROWAN RESOLUTE | 519125 |
| ORDERED BY: | AREA/BLOCK: | LEASE/OCSG: |
| BRENT PRIMEAUX/ DALTON SKINNER | VK-826 | 06888 |
| PHONE: | WELL: | AFE: |
| 281-677-5433 | NEPTUNE # SS012 | FW197015 |
| FAX: | PO: | ETC: |
|  | 3200-55 | ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 19 | 1.00 | BASKET INSERT (HALF) W/ 12 HOLES @ 10" DIA WS10-251; | 01/11/2020 01/28/2020 | 13 | 25.00 | 250.00 / 5 days | 575.00 |
| 21 | 2.00 | INCOMING VALVE CHARGES: Disassemble, Evaluate, Reassemble, and Test Valve VALVLABOR1(1); |  |  |  | 650.00 | 650.00 |
| 22 | 2.00 | OUTGOING VALVE CHARGES: Assemble, and Test Valve VALVLABOR2(1); |  |  |  | 650.00 | 650.00 |
| 23 | 1.00 | CERTIFIED WIRE SLINGS: 1/2" X 8' GALV. 2-LEG W/ 1" E&E SWIVEL & ½" LAL THIM EYES (FOR USE WITH SJ ELEV) SLING-6(1); |  |  |  | 341.25/Sale | 341.25 |
| 24 | 1.00 | SET OF SLIP INSERTS FOR DU LONG ROTARY SLIP Dressed For 4 1/2" INSERT-01(1); |  |  |  | 600.00/Sale | 600.00 |
| 26 | 1.00 | RETURN INSPECTION: 24 TOOL CONNECTIONS @ $24/EA, 10 PUP JOINTS @ $100/EA, 1 SJ ELEVATOR @ $100/EA, 2 ELEVATOR BUSHINGS @ $200/EA, 1 ROTARY SLIP @ $125/EA AND 1 LIFT CAP @ $25/EA. 951300(1); |  |  |  | 2,226.00 | 2,226.00 |
| L371890 |  | DELIVERED:    January 12, 2020 |  |  |  |  |  |
| 1 | 1.00 | DRILL COLLAR LIFT SUB: 6 5/8" FH BOX W/ 150 TON PADEYE 10" O.D.  36" OAL LONG WS24-5306; | 01/12/2020 01/31/2020 | 15 | 46.50 | 465.00 / 5 days | 1,162.50 |
| 2 | 1.00 | DPXO FH SUB (PXP): 6 5/8" FH PIN X 6 5/8" FH PIN 8 1/2" O.D.  4 1/4" I.D.  52" LONG WS26-12676; | 01/12/2020 01/31/2020 | 15 | 69.00 | 690.00 / 5 days | 1,725.00 |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL®**
*OUR FIRST CHOICE IN DISTANCE, DIRECTIONAL & RENTALS*
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**

26-Mar-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 09-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE # SS012 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 3 | 1.00 | BHXO FH SUB (BXP): 6 5/8" FH (BB) BOX X CTM43 PIN 8 3/4" X 5 1/4" O.D.  3 1/4" I.D.  57" LONG WS26-3327; | 01/12/2020 01/31/2020 | 15 | 241.50 | 2,415.00 / 5 days | 6,037.50 |
| 4 | 1.00 | RETURN INSPECTION: 5 TOOL CONNECTIONS @ $24/EA. 951300(1); | | | | 120.00 | 120.00 |
| L371971 | | DELIVERED:      January 15, 2020 | | | | | |
| 1 | 1.00 | DPXO GTM SUB (BXP): GTM69 BOX X CTM43 PIN WS26-3729; | 01/15/2020 01/31/2020 | 12 | 241.50 | 2,415.00 / 5 days | 5,313.00 |
| 2 | 1.00 | DPXO XT SUB (BXP): XT50 BOX X NC50 (4 1/2" IF) PIN WS26-6513; | 01/15/2020 01/31/2020 | 12 | 112.00 | 1,120.00 / 5 days | 2,464.00 |
| 4 | 1.00 | RETURN INSPECTION: 4 TOOL CONNECTIONS @ $24/EA. 951300(1); | | | | 96.00 | 96.00 |
| L372060 | | DELIVERED:      January 21, 2020 | | | | | |
| 1 | 1.00 | DPXO XT SUB (BXP): XT50 BOX X NC38 (3 1/2" IF) PIN WS26-10199; | 01/21/2020 01/31/2020 | 6 | 112.00 | 1,120.00 / 5 days | 1,792.00 |
| 2 | 1.00 | PUP JOINT: 5" XT50 X 6' WS19-4572; | 01/21/2020 01/31/2020 | 6 | 75.00 | 750.00 / 5 days | 1,200.00 |
| 3 | 1.00 | DRILL PIPE LIFT CAP: XT50 PIN W/ LIFT EYE 17548; | 01/21/2020 01/31/2020 | 6 | 27.00 | 270.00 / 5 days | 432.00 |
| 5 | 1.00 | RETURN INSPECTION: 2 TOOL CONNECTIONS @ $24/EA, 1 PUP JOINT @ $100/EA AND 1 LIFT CAP @ $25/EA. 951300(1); | | | | 173.00 | 173.00 |
| L371837 | | DELIVERED:      January 9, 2020 | | | | | |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL®**
*A SUPERIOR ENERGY SERVICES COMPANY*

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**

26-Mar-2020

INVOICE TO: FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 09-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE # SS012 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | CROSSOVER SUB: CTM43 BOX X GTM69 PIN WS26-3802; | 01/09/2020 01/28/2020 | 15 | 241.50 | 2,415.00 / 5 days | 6,037.50 |
| 2 | 1.00 | PUP JOINT: 4 1/2" CTM43 X 15' I/C WS19-2745; | 01/09/2020 01/28/2020 | 15 | 137.50 | 1,375.00 / 5 days | 3,437.50 |
| 4 | 1.00 | RETURN INSPECTION: 2 TOOL CONNECTIONS @ $24/EA AND 1 PUP JOINT @ $100/EA. 951300(1); | | | | 148.00 | 148.00 |
| L371890 | | DELIVERED: January 12, 2020 | | | | | |
| 5 | 1.00 | OUTGOING INSPECTION ON 1 LIFT SUB AND 2 CROSSOVER SUBS (SIS INV# 471255) 951349; | | | | 312.20 | 312.20 |
| L371837 | | DELIVERED: January 9, 2020 | | | | | |
| 5 | 1.00 | OUTGOING INSPECTION ON 1 CROSSOVER SUB AND 1 PUP JOINT (SIS INV# 471123) 951349; | | | | 336.98 | 336.98 |
| L371878 | | DELIVERED: January 11, 2020 | | | | | |
| 27 | 1.00 | OUTGOING INSPECTION ON 2 VALVES, 1 ROTARY SLIP, 1 SJ ELEVATOR, 2 ELEVATOR BUSHINGS, 1 LIFT CAP, 10 PUP JOINTS AND 8 CROSSOVER SUBS (SIS INV# 471241) 951349; | | | | 3,976.80 | 3,976.80 |
| L371849 | | DELIVERED: January 9, 2020 | | | | | |
| 5 | 1.00 | OUTGOING INSPECTION ON 2 CROSSOVER SUBS (SIS INV# 471140) 951349; | | | | 218.26 | 218.26 |

**SUB TOTAL**     **140,416.49**

Page 5 of 6

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL®**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65986L**

26-Mar-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD<br>09-Jan-2020 - 31-Jan-2020 | RIG:<br>ROWAN RESOLUTE | JOB NO:<br>519125 |
|---|---|---|
| ORDERED BY:<br>BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK:<br>VK-826 | LEASE/OCSG:<br>06888 |
| PHONE:<br>281-677-5433 | WELL:<br>NEPTUNE # SS012 | AFE:<br>FW197015 |
| FAX: | PO:<br>3200-55 | ETC:<br>ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| DISCOUNTABLE @ 55.00% | 130,472.00 |
| DISCOUNT | -71,759.62 |
| AMOUNT DUE... | US$ 68,656.87 |
| THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 65988L**

26-Mar-2020



INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 11-Jan-2020 – 14-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE SS12 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L371878 | | DELIVERED:    January 11, 2020 | | | | | |
| 1 | 2047.50 | 65 Jt(s) DRILL PIPE: 4 1/2" .337" WT (16.60#) Z140 W/ CTM43 CONN. INTERNALLY COATED HB (5 1/4" X 3 1/4" TJS) WS39-7(1); | 01/11/2020 01/14/2020 | 4 | 0.28 | | 2,325.96 |
| 25 | 1.00 | RETURN INSPECTION: @ $35/EA, PIPE CLEANING, CORROSION, MITIGATION & ENVIRONMENTAL WASTE DISPOSAL @ $23/EA ON 65 JTS CTM43 DP. 951300(1); | | | | 3,770.00 | 3,770.00 |
| 29 | 1.00 | APPLICATION OF RUST GRIP O.D. COATING 65 JTS CTM43 DP (SIS INV# 471125-2) 951355(1); | | | | 2,817.85/Sale | 2,817.85 |
| 28 | 1.00 | OUTGOING INSPECTION CLEAN AND VISUAL ON 67 JTS CTM43 DP (SIS INV# 471125-1) 951349; | | | | 2,144.00 | 2,144.00 |

| | | |
|---|---|---|
| **SUB TOTAL** | | **11,057.81** |
| **AMOUNT DUE...** | | **US$ 11,057.81** |
| THANK YOU FOR YOUR BUSINESS! | | NET 30 DAYS |

Period ends 1/14 due to AFE change.

Page 1 of 1

**EXHIBIT 4**

 **WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY., BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66101L**

26-Mar-2020



INVOICE TO:   FIELDWOOD ENERGY LLC

P.O. BOX 27709

HOUSTON TX USA 77227-7709

Telephone   Fascimile

| RENTAL PERIOD 15-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 518982 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK 826 | LEASE/OCSG: |
| PHONE: 281-677-5433 | WELL: NEPTUNE SS12 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L371331 | | DELIVERED:      December 13, 2019 | | | | | |
| 16 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 20' I/C WS19-5329; | 01/15/2020 01/31/2020 | 17 | 418.00 | | 7,106.00 |
| 17 | 2.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 15' I/C WS19-5087; WS19-5104; | 01/15/2020 01/31/2020 | 17 | 330.00 | | 11,220.00 |
| 18 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 10' I/C WS19-5115; | 01/15/2020 01/31/2020 | 17 | 330.00 | | 5,610.00 |
| 19 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 6' WS19-5217; | 01/15/2020 01/31/2020 | 17 | 308.00 | | 5,236.00 |
| 27 | 1.00 | TEST CAP: GTM69 PIN W/ 9/16" AUTOCLAVE W/ 17 TON PADEYE WS32-2167; | 01/15/2020 01/31/2020 | 17 | 115.00 | | 1,955.00 |
| 32 | 1.00 | CERTIFIED ELEVATOR: SINGLE JOINT 6 5/8" BN CENTER LATCH f/ FH XT / GTM69 44366; | 01/15/2020 01/31/2020 | 17 | 50.00 | | 850.00 |
| 33 | 1.00 | DRILL PIPE ELEVATOR (SINGLE JOINT): 6 5/8"  (IEU & EU) WS13-403; | 01/15/2020 01/31/2020 | 17 | 50.00 | | 850.00 |
| 34 | 1.00 | ROTARY SLIP: AOT 7" 1000 TON TYPE "LD" Dressed For 6 5/8" (GTM69) 38894; | 01/15/2020 01/31/2020 | 17 | 188.00 | | 3,196.00 |
| 35 | 1.00 | STABBING GUIDE (DRILL PIPE): 8 1/4" - 8 1/2" TJS WS31-2228; | 01/15/2020 01/31/2020 | 17 | 50.00 | | 850.00 |
| 37 | 2.00 | INSIDE BOP VALVE: GTM69 CONN W/ RELEASING TOOL 15M WS29-2204; WS29-2207; | 01/15/2020 01/31/2020 | 17 | 390.00 | | 13,260.00 |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL®**
*YOUR FIRST CHOICE IN DEMAND COST, TUBULAR RENTALS*
A **SUPERIOR ENERGY** SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66101L**
26-Mar-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD | RIG: | JOB NO: |
|---|---|---|
| 15-Jan-2020 - 31-Jan-2020 | ROWAN RESOLUTE | 518982 |
| ORDERED BY: | AREA/BLOCK: | LEASE/OCSG: |
| BRENT PRIMEAUX/ DALTON SKINNER | VK 826 | |
| PHONE: | WELL: | AFE: |
| 281-677-5433 | NEPTUNE SS12 | FW197015 |
| FAX: | PO: | ETC: |
| | 3200-55 | ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 38 | 1.00 | DRILL PIPE LIFT CAP: GTM69 PIN W/ LIFT EYE WS24-5176; | 01/15/2020 01/31/2020 | 17 | 62.50 | | 1,062.50 |
| 39 | 1.00 | CERTIFIED DRILL PIPE LIFT CAP: GTM69 PIN W/ LIFT EYE 24732; | 01/15/2020 01/31/2020 | 17 | 62.50 | | 1,062.50 |
| 40 | 2.00 | PUMP-IN SUB: GTM69 PIN X 2" 1502 HALF UNION 40692; WS25-2155; | 01/15/2020 01/31/2020 | 17 | 125.00 | | 4,250.00 |
| 41 | 2.00 | PUMP-IN SUB: GTM69 BOX X 2" 1502 HALF UNION 40709; WS25-2559; | 01/15/2020 01/31/2020 | 17 | 125.00 | | 4,250.00 |
| 42 | 2.00 | PUMP-IN SUB: GTM69 BOX X PIN W/ 2" 1502 SIDE OUTLET INTEGRAL WS25-2130; WS25-2186; | 01/15/2020 01/31/2020 | 17 | 241.50 | | 8,211.00 |
| 43 | 2.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 6' I/C WS19-3909; WS19-5102; | 01/15/2020 01/31/2020 | 17 | 330.00 | | 11,220.00 |
| 47 | 1.00 | CROSSOVER SUB: GTM69 BOX X 6 5/8" FH PIN WS26-4682; | 01/15/2020 01/31/2020 | 17 | 241.50 | | 4,105.50 |
| 48 | 2.00 | CROSSOVER SUB: NC50 (4 1/2" IF) BOX X GTM69 PIN 23695; 24177; | 01/15/2020 01/31/2020 | 17 | 241.50 | | 8,211.00 |
| 49 | 2.00 | CROSSOVER SUB: GTM69 BOX X NC50 (4 1/2" IF) PIN 24182; 24183; | 01/15/2020 01/31/2020 | 17 | 241.50 | | 8,211.00 |
| 51 | 1.00 | CARGO BASKET W/ SLING *CERTIFIED* (16' X 4' X 3') WS10-92; | 01/15/2020 01/31/2020 | 17 | 100.00 | | 1,700.00 |
| 52 | 1.00 | TEST CAP: GTM69 BOX W/ 9/16 AUTOCLAVE WS32-1785; | 01/15/2020 01/31/2020 | 17 | 115.00 | | 1,955.00 |

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL**®
*OUR WIDE CHOICE & DISTANCE, TUBULAR RENTALS*
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66101L**

26-Mar-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 15-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 518982 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK 826 | LEASE/OCSG: |
| PHONE: 281-677-5433 | WELL: NEPTUNE SS12 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 53 | 1.00 | ROTARY SLIP: AOT 5 1/2" TYPE "SDU" LONG DRESSED FOR 5 1/2" 39377; | 01/15/2020 01/30/2020 | 14 | 35.00 | | 490.00 |
| 54 | 1.00 | LSXO IF SUB (BXP): NC50 (4 1/2" IF) BOX X 6 5/8" FH PIN (7" X 8 1/2" O.D. X 3 1/2" I.D.) WS26-8173; | 01/15/2020 01/31/2020 | 17 | 86.25 | | 1,466.25 |
| 55 | 1.00 | ELEVATOR BUSHING: 4 1/2" FOR BX FRAME 5 HYD ELEVATOR, 750 TON WS13-1406; | 01/15/2020 01/31/2020 | 17 | 250.00 | | 4,250.00 |
| 57 | 2.00 | PUMP-IN SUB: 6 5/8" FH BOX X PIN W/ 2" 1502 SIDE OUTLET INTEGRAL 26750; 45027; | 01/15/2020 01/31/2020 | 17 | 138.00 | | 4,692.00 |
| 58 | 1.00 | PUP JOINT: 6 5/8" 6 5/8" FH LANDING STRING X 15' WS19-2109; | 01/15/2020 01/31/2020 | 17 | 176.00 | | 2,992.00 |
| 69 | 1.00 | SAFE TRANSPORT HOLE TOOL BASKET W/ SLING CERTIFIED WS10-151; | 01/15/2020 01/31/2020 | 17 | 75.00 | | 1,275.00 |
| 70 | 1.00 | BASKET INSERT (HALF) W/ 12 HOLES @ 10" DIA WS10-258; | 01/15/2020 01/31/2020 | 17 | 25.00 | | 425.00 |
| 85 | 2.00 | DPXO IF SUB (BXP): NC50 (4 1/2" IF) BOX X CTM43 PIN WS26-5242; WS26-5243; | 01/15/2020 01/31/2020 | 17 | 133.00 | | 4,522.00 |
| 86 | 1.00 | SAFE TRANSPORT HOLE TOOL BASKET W/ SLING CERTIFIED WS10-106; | 01/15/2020 01/31/2020 | 17 | 75.00 | | 1,275.00 |
| 87 | 1.00 | BASKET INSERT (WHOLE) W/ 32 HOLES @ 8" DIA. & 3 @ 10" DIA. WS10-58; | 01/15/2020 01/31/2020 | 17 | 50.00 | | 850.00 |
| 92 | 1.00 | ELEVATOR BUSHING: 6 5/8" (EU) GTM69/TTM710 FOR BX FRAME 5 HYD ELEVATOR, 18 DEGREE, 750 TON WS13-270; | 01/15/2020 01/31/2020 | 17 | 250.00 | | 4,250.00 |

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66101L**

26-Mar-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 15-Jan-2020 - 31-Jan-2020 | RIG: ROWAN RESOLUTE | JOB NO: 518982 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK 826 | LEASE/OCSG: |
| PHONE: 281-677-5433 | WELL: NEPTUNE SS12 | AFE: FW197015 |
| FAX: | PO: 3200-55 | ETC: ROUTING 580054 |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| 93 | 1.00 | CERTIFIED ELEVATOR BUSHING: VBJ BX FRAME #4 6 5/8" FH/XT/ GTM69 40833; | 01/15/2020 01/31/2020 | 17 | 125.00 | | 2,125.00 |
| 94 | 1.00 | STABBING GUIDE (DRILL PIPE): 8 1/4" - 8 1/2" TJS WS31-2319; | 01/15/2020 01/31/2020 | 17 | 50.00 | | 850.00 |
| 95 | 2.00 | LSXO FH SUB (BXP): 6 5/8" FH BOX X GTM69 PIN WS26-4683; WS26-4797; | 01/15/2020 01/31/2020 | 17 | 301.88 | | 10,263.92 |
| 96 | 1.00 | CROSSOVER SUB: GTM69 BOX X 6 5/8" FH PIN WS26-4790; | 01/15/2020 01/31/2020 | 17 | 241.50 | | 4,105.50 |
| 102 | 1.00 | LSXO GTM SUB (BXP): GTM69 BOX X NC50 (4 1/2" IF) PIN WS26-10513; | 01/15/2020 01/31/2020 | 17 | 301.88 | | 5,131.96 |
| 103 | 1.00 | PUP JOINT: 6 5/8" GTM69 (5 1/2" ID) LANDING STRING X 15' I/C WS19-4012; | 01/15/2020 01/31/2020 | 17 | 330.00 | | 5,610.00 |
| L371432 | | DELIVERED:    December 19, 2019 | | | | | |
| 2 | 1.00 | PUMP-IN SUB: XT50 BOX X PIN W/ DUAL 2" 1502 SIDE OUTLETS INTEGRAL WS25-2665; | 01/15/2020 01/31/2020 | 17 | 108.50 | | 1,844.50 |

SUB TOTAL  160,789.63

DISCOUNTABLE @ 55.00%  160,789.63

DISCOUNT  -88,434.33

AMOUNT DUE...  US$ 72,355.30

THANK YOU FOR YOUR BUSINESS!   NET 30 DAYS

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66548L**

18-Apr-2020



INVOICE TO:   FIELDWOOD ENERGY LLC

P.O. BOX 27709

HOUSTON TX USA 77227-7709

Telephone   Fascimile

| RENTAL PERIOD<br>10-Feb-2020 - 18-Feb-2020 | RIG:<br>ROWAN RESOLUTE | JOB NO:<br>519125 |
|---|---|---|
| ORDERED BY:<br>BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK:<br>VK-826 | LEASE/OCSG: |
| PHONE:<br>281-677-5433 | WELL:<br>NEPTUNE #SS012 | AFE:<br>FW197015 |
| FAX: | PO: | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L371010 | | DELIVERED:    November 25, 2019 | | | | | |
| 1 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X NC38 (3 1/2" IF) PIN<br>WS26-10200; WS26-10201; | 02/10/2020<br>02/11/2020 | 2 | 112.00 | | 448.00 |
| L371081 | | DELIVERED:    November 28, 2019 | | | | | |
| 8 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X NC50 (4 1/2" IF) PIN<br>WS26-10860; WS26-12345; | 02/10/2020<br>02/18/2020 | 9 | 112.00 | | 2,016.00 |
| L371107 | | DELIVERED:    December 3, 2019 | | | | | |
| 1 | 2.00 | SAFETY VALVE: XT50 (2 PIECE) 15M<br>WS30-2354; WS30-2997; | 02/10/2020<br>02/11/2020 | 2 | 234.00 | | 936.00 |
| 2 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X CTM57 PIN<br>WS26-6360; WS26-6381; | 02/10/2020<br>02/11/2020 | 2 | 196.00 | | 784.00 |
| 3 | 1.00 | PUMP-IN SUB: XT50 BOX X PIN W/ 2" 1502 SIDE OUTLET INTEGRAL<br>WS25-2310; | 02/10/2020<br>02/11/2020 | 2 | 77.50 | | 155.00 |
| L371878 | | DELIVERED:    January 11, 2020 | | | | | |
| 17 | 2.00 | PUP JOINT: 5" XT50 X 15'<br>WS19-3718; WS19-3859; | 02/10/2020<br>02/11/2020 | 2 | 75.00 | | 300.00 |
| ZZ_2058985 | | DELIVERED:    February 10, 2020 | | | | | |
| 1 | 1.00 | PRICE ADJUSTMENT FOR RENTAL: ADDITIONAL 50% DISCOUNT OFF RENTAL ($2,087.55) PER AGREEMENT. | 02/10/2020<br>02/18/2020 | -1 | 1,043.78 | | -1,043.78 |

| | | |
|---|---|---|
| **SUB TOTAL** | | **3,595.22** |
| **DISCOUNTABLE @ 55.00%** | | **4,639.00** |

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL®**
*YOUR FIRST CHOICE IN DRILLING & COMPLETION TUBULAR RENTALS*
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66548L**

18-Apr-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD<br>10-Feb-2020 - 18-Feb-2020 | RIG:<br>ROWAN RESOLUTE | JOB NO:<br>519125 |
|---|---|---|
| ORDERED BY:<br>BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK:<br>VK-826 | LEASE/OCSG: |
| PHONE:<br>281-677-5433 | WELL:<br>NEPTUNE #SS012 | AFE:<br>FW197015 |
| FAX: | PO: | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

|  |  |
|---|---|
| **DISCOUNT** | **-2,551.45** |
| **AMOUNT DUE...** | **US$ 1,043.77** |
| THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

50% standby 2/10-2/18 due to BOP failure.

Page 2 of 2

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66550L**

18-Apr-2020

INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile



| RENTAL PERIOD 19-Feb-2020 - 12-Mar-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: |
| PHONE: 281-677-5433 | WELL: NEPTUNE #SS012 | AFE: FW197015 |
| FAX: | PO: | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L371081 | | DELIVERED:    November 28, 2019 | | | | | |
| 8 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X NC50 (4 1/2" IF) PIN WS26-10860; WS26-12345; | 02/19/2020 03/12/2020 | 23 | 112.00 | | 5,152.00 |
| ZZ_2059712 | | DELIVERED:    February 19, 2020 | | | | | |
| 1 | 1.00 | PRICE ADJUSTMENT FOR RENTAL: ADDITIONAL 50% DISCOUNT OFF RENTAL FOR 9 DAYS ($907.20) PER AGREEMENT. | 02/19/2020 03/12/2020 | -1 | 453.60 | | -453.60 |

**SUB TOTAL** 4,698.40

**DISCOUNTABLE @ 55.00%** 5,152.00

**DISCOUNT** -2,833.60

**AMOUNT DUE...** US$ 1,864.80

THANK YOU FOR YOUR BUSINESS!   NET 30 DAYS

Period ends 3/12 due to returns. 50% stand by rate for 9 days.

Page 1 of 1

**EXHIBIT 4**

**WORKSTRINGS INTERNATIONAL**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66927L**

18-Apr-2020



INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD | RIG: | JOB NO: |
|---|---|---|
| 01-Feb-2020 - 09-Feb-2020 | ROWAN RESOLUTE | 519125 |
| **ORDERED BY:** | **AREA/BLOCK:** | **LEASE/OCSG:** |
| BRENT PRIMEAUX/ DALTON SKINNER | VK-826 | 06888 |
| **PHONE:** | **WELL:** | **AFE:** |
| 281-677-5433 | NEPTUNE # SS012 | FW197015 |
| **FAX:** | **PO:** | **ETC:** |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| **L371878** | | DELIVERED:    January 11, 2020 | | | | | |
| 17 | 1.00 | PUP JOINT: 5" XT50 X 15'<br>WS19-3718; | 02/01/2020<br>02/09/2020 | 9 | 75.00 | | 675.00 |
| **L372060** | | DELIVERED:    January 21, 2020 | | | | | |
| 1 | 1.00 | DPXO XT SUB (BXP): XT50 BOX X NC38 (3 1/2" IF) PIN<br>WS26-10199; | 02/01/2020<br>02/06/2020 | 6 | 112.00 | | 672.00 |
| 2 | 1.00 | PUP JOINT: 5" XT50 X 6'<br>WS19-4572; | 02/01/2020<br>02/06/2020 | 6 | 75.00 | | 450.00 |
| 3 | 1.00 | DRILL PIPE LIFT CAP: XT50 PIN W/ LIFT EYE<br>17548; | 02/01/2020<br>02/06/2020 | 6 | 27.00 | | 162.00 |
| **L371010** | | DELIVERED:    November 25, 2019 | | | | | |
| 1 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X NC38 (3 1/2" IF) PIN<br>WS26-10200; WS26-10201; | 02/01/2020<br>02/09/2020 | 9 | 112.00 | | 2,016.00 |
| **L371081** | | DELIVERED:    November 28, 2019 | | | | | |
| 8 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X NC50 (4 1/2" IF) PIN<br>WS26-10860; WS26-12345; | 02/01/2020<br>02/09/2020 | 9 | 112.00 | | 2,016.00 |
| **L371107** | | DELIVERED:    December 3, 2019 | | | | | |
| 1 | 2.00 | SAFETY VALVE: XT50 (2 PIECE) 15M<br>WS30-2354; WS30-2997; | 02/01/2020<br>02/09/2020 | 9 | 234.00 | | 4,212.00 |
| 2 | 2.00 | DPXO XT SUB (BXP): XT50 BOX X CTM57 PIN<br>WS26-6360; WS26-6381; | 02/01/2020<br>02/09/2020 | 9 | 196.00 | | 3,528.00 |
| 3 | 1.00 | PUMP-IN SUB: XT50 BOX X PIN W/ 2" 1502 SIDE OUTLET INTEGRAL<br>WS25-2310; | 02/01/2020<br>02/09/2020 | 9 | 77.50 | | 697.50 |

**EXHIBIT 4**



Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 66927L**

18-Apr-2020

INVOICE TO:  FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD 01-Feb-2020 - 09-Feb-2020 | RIG: ROWAN RESOLUTE | JOB NO: 519125 |
|---|---|---|
| ORDERED BY: BRENT PRIMEAUX/ DALTON SKINNER | AREA/BLOCK: VK-826 | LEASE/OCSG: 06888 |
| PHONE: 281-677-5433 | WELL: NEPTUNE # SS012 | AFE: FW197015 |
| FAX: | PO: | ETC: |

| DT/ITEM | QTY | DESCRIPTION | BILL FROM THRU | ADD'L | ADD AMT | MINIMUM | TOTAL |
|---|---|---|---|---|---|---|---|
| L372060 | | DELIVERED:      January 21, 2020 | | | | | |
| 6 | 1.00 | OUTGOING INSPECTION ON 1 CROSSOVER SUB, 1 PUP JOINT AND 1 LIFT CAP (SIS INV# 471551) 951349; | | | | 361.98 | 361.98 |

|  |  |
|---|---|
| **SUB TOTAL** | **14,790.48** |
| **DISCOUNTABLE @ 55.00%** | **14,428.50** |
| **DISCOUNT** | **-7,935.68** |
| **AMOUNT DUE...** | **US$ 6,854.80** |
| THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

**EXHIBIT 4**



**WORKSTRINGS INTERNATIONAL®**
A SUPERIOR ENERGY SERVICES COMPANY

Remit To:
1150 SMEDE HWY, BROUSSARD, LA 70518, USA
PHONE: 337-989-9675 FAX: 337-492-0012

**INVOICE 67025L**
23-Apr-2020



INVOICE TO:   FIELDWOOD ENERGY LLC
P.O. BOX 27709

HOUSTON TX USA 77227-7709
Telephone   Fascimile

| RENTAL PERIOD | RIG: | JOB NO: |
|---|---|---|
| 09-Jan-2020 - 11-Feb-2020 | ROWAN RESOLUTE | 519125 |
| ORDERED BY: | AREA/BLOCK: | LEASE/OCSG: |
| ATTN: BRENT PRIMEAUX/ DALTON S | VK-826 | 06888 |
| PHONE: | WELL: | AFE: |
| | NEPTUNE # SS012 | FW197015 |
| FAX: | PO: | ETC: |

| LINE NO. | QTY | DESCRIPTION | MINIMUM | TOTAL |
|---|---|---|---|---|
| 1 | 1.00 | REPAIR: RECUTS ON CTM43 DRILL PIPE (WS39-7) 78 RECUTS PG'S 2-3 | 17,628.00 | 17,628.00 |
| 2 | 1.00 | REPAIR: RECUTS & REFACES ON VARIOUS TOOLS 12 RECUTS & 4 REFACES PG'S 4-9 | 3,768.00 | 3,768.00 |
| 3 | 1.00 | REPAIR: REPLACE PARTS ON VALVE 42103 PG'S 10-11 | 254.65 | 254.65 |

| | |
|---|---|
| **SUB TOTAL** | **21,650.65** |
| **AMOUNT DUE...** | **US$ 21,650.65** |
| THANK YOU FOR YOUR BUSINESS! | NET 30 DAYS |

**FOR EQUIPMENT DAMAGED BEYOND REPAIR**
If this invoice includes a charge for damage beyond repair, then upon payment of this invoice, Customer shall have thirty (30) days within which to provide written notice to Workstrings of its intent to retrieve and take possession of any damaged beyond repair equipment. The notice must provide a date certain upon which retrieval will occur and, in any event, retrieval must occur within sixty (60) days of payment of this invoice. Customer is solely responsible for all costs and expenses incurred for the retrieval and disposition of the damaged beyond repair equipment including, without limitation, the loading, unloading, transportation, and disposal thereof. Unless otherwise agreed, should Customer fail to provide written notice as required by this paragraph, or after having provided notice should Customer fail to retrieve the damaged beyond repair equipment within sixty (60) days of payment of this invoice, Workstrings shall be at liberty to dispose of the damaged beyond repair equipment in any manner it deems appropriate and shall be without any obligation or responsibility to Customer as regards the damaged beyond repair equipment, its disposal, or its disposition."

*Items in this invoice may be based on estimates for anticipated repair(s). In the event additional work/materials are needed to complete the repair(s) or repair(s) cannot be made, then, Workstrings reserves the right to seek additional compensation from your company to cover these cost."

**EXHIBIT 4**