

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/16/2020

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **FIELDWOOD ENERGY, LLC,** *et al.*,[1] | * | **Case No. 20-33948 (MI)** |
| | * | |
| Debtors | * | **(Jointly Administered)** |
| | * | |

*****************************************

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR CETCO ENERGY SERVICES COMPANY, LLC

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You

CETCO is granted leave to file an amended proposed form of order providing for a means of service of pleadings or other documents and notices on CETCO.

Signed: November 16, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

There are currently no pending court dates or deadlines concerning Cetco.

WHEREFORE, Movants pray that this motion be granted, and that Albert J. Derbes, IV, Frederick L. Bunol and The Derbes Law Firm, LLC be withdrawn as Counsel of Record for Cetco

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Energy Services Company, LLC, and for all further just and equitable relief as the court deems proper.

/s/ Albert J. Derbes, IV_____
Albert J. Derbes, IV, TX Bar 24030171
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Tel: (504) 837-1230
Fax: (504) 832-0322

/s/ Frederick L. Bunol_____
Frederick L. Bunol, La. Bar 29111 (*Pro Hac Vice*)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Tel: (504) 837-1230
Fax: (504) 383-8451

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, a copy of the foregoing notice was served via the Court's Electronic Notification System on all parties entitled to such notice.

/s/ Albert J. Derbes, IV____
ALBERT J. DERBES, IV