UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| In re: | § | Chapter 11 | |
| | § | | |
| FIELDWOOD ENERGY LLC, et al., | § | Case No. 20-33948 (MI) | |
| | § | | |
| Debtors. | § | (Jointly Administered) | |

## NOTICE OF APPEARANCE

The undersigned attorney enters his appearance in this case on behalf of creditor Solar Turbines Incorporated and requests copies of notices motions pleadings and other matters in this case and requests that same be served upon the undersigned attorney by any of the following methods: the Bankruptcy Court's CM/ECF system, or email, or regular mail.

ROSS, BANKS, MAY, CRON & CAVIN, P.C.

By: *[signature]*
John Mayer
Texas Bar Number 13274500
7700 San Felipe, Suite 550
Houston, Texas 77063
Phone 713-626-1200
Fax 713-623-6014
Email jmayer@rossbanks.com
Attorney for Solar Turbines Incorporated

## CERTIFICATE OF SERVICE

I certify that true copies of the foregoing instrument were served upon all parties who have entered an appearance in this case by means of the Bankruptcy Court's CM/ECF system contemporaneously with filing on November 16, 2020.

*[signature]*
John Mayer

Notice of Appearance