IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

| | | |
|---|---|---|
| | § | CASE NO. 20-33948 |
| | § | (Chapter 11) |
| FIELDWOOD ENERGY LLC | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

     Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

    ANAHUAC INDEPENDENT SCHOOL DISTRICT, BAY CITY
    INDEPENDENT SCHOOL DISTRICT, CHAMBERS COUNTY, DICKINSON
    INDEPENDENT SCHOOL DISTRICT AND TRINITY BAY
    CONSERVATION DISTRICT

          c/o Owen M. Sonik
          Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
          1235 North Loop West
          Suite 600
          Houston, TX 77008
          (713) 862-1860
          (713) 862-1429 FAX
          osonik@pbfcm.com

     Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429

Attorneys for Claimant


By:   /s/Owen M. Sonik

  Owen M. Sonik
  Bar No: 18847250

**CERTIFICATE OF SERVICE**

I Owen M. Sonik do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 16TH day of November, 2020.

    /s/Owen M. Sonik
Owen M. Sonik
Bar No: 18847250