UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John F. Iaffaldano<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>212-806-5400<br>New York, 5765441 |
|---|---|

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: November 17, 2020 | Signed: /s/ John F. Iaffaldano |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                        Signed: _____
                                            Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                    United States Bankruptcy Judge