| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Email:  speck@lawla.com<br>Louisiana, Bar Roll No. 10403 |
|---|---|

| Name of party applicant seeks to appear for: | Atlantic Maritime Services, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  11/18/2020 | Signed: | /s/ Stewart F. Peck |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                         United States Bankruptcy Judge