

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
11/18/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of  New York  :

| | |
|---|---|
| Name | John F. Iaffaldano |
| Firm | Stroock & Stroock & Lavan LLP |
| Street | 180 Maiden Lane |
| City & Zip Code | New York, NY 10038-4982 |
| Telephone | 212-806-5400 |
| Licensed: State & Number | New York, 5765441 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors |
|---|
| Dated: November 17, 2020     Signed: /s/ John F. Iaffaldano |

COURT USE ONLY: The applicant's state bar reports their status as:  Active .

Dated:          Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: November 18, 2020

Marvin Isgur
United States Bankruptcy Judge