UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY, LLC, et al** | **Case No. 20-33948 (MI)** |
| **Debtors** | **(Jointly Administered)** |

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Richard M. Gaal with the law firm of McDowell Knight Roedder and Sledge, LLC represents Core Industries, Inc., in the above-referenced case. The aforesaid attorney and law firm hereby enter their appearance as counsel of record and request that all notices and service be addressed as follows:

Richard M. Gaal
McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
Suite 13290, 11 North Water Street (36602)
Post Office Box 350
Mobile, AL 36601
Phone: 251-432-5300
Fax: 251-432-5303

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic mail, telefax, or otherwise served and/or filed with regard to the above-referenced proceeding.

DATED this 20th day of November, 2020.

1

Respectfully submitted,

*/s/ Richard M. Gaal*
RICHARD M. GAAL (GAALR3999)
rgaal@mcdowellknight.com
Florida Bar No.: 64827

*Attorney for Core Industries, Inc.*

**OF COUNSEL:**

MCDOWELL KNIGHT
ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601
Telephone: (251) 432-5300
Fax: (251) 432-5303

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of the court using the CM-ECF system, which will send electronic notification of such filing to all registered users in this case.

/s/ Richard M. Gaal
RICHARD M. GAAL (GAALR3999)