IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | ) Case No. 20-33948 (MI) |
| Debtors. | ) (Jointly Administered) |

**VERIFIED STATEMENT OF JACKSON WALKER LLP**
**PURSUANT TO FED. R. BANKR. P. 2019**

COMES NOW Jackson Walker LLP ("JW") and makes the following verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and states as follows:

**A.** Names and Addresses of Creditors Represented

| Name and Address | Address | Nature of Economic Interests | Amount of Economic Interests |
|---|---|---|---|
| Archer Well Company and Archer Oil Tools LLC | 5510 Clara Road, Houston, Texas 77041 | Unpaid Goods and Services | $147,846.36 |
| Aker Solutions and Deepsea Quality Consulting Inc. | 2103 CityWest Blvd., Suite 800, Houston, Texas 77042 | Unpaid Goods and Services | $1,540,954.05 |
| Valaris and Atlantic Maritime Services, Inc. | 5847 San Felipe, Suite 3300, Houston, Texas 77057 | Unpaid Goods and Services | $13,314,188.05[2] (approx.) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] This amount is not yet final as contractual interest and other outstanding invoices are still being reconciled.

1

1. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any of the herein referenced creditors' rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in this case that establish procedures for filing proofs of claim.

**B.     Pertinent Facts Regarding Employment of JW**

2. Each of JW's clients engaged the firm independently of one another, in order for the firm to represent each such client in the above-referenced cases and any related proceedings. Each representation is a separate and distinct lawyer-client relationship, with separately maintained work product and attorney-client privileges with respect to each separate client entity.

3. JW has advised each of the clients that it represents the others, and all clients have consented to this arrangement. The clients together have not formed an individual "Committee" as that term is used in Bankruptcy Rule 2019.

**C.     Amounts of Claims or Interests Held**

4. JW does not hold any claim or interest in respect of the above-captioned debtors' cases.

The undersigned hereby verifies the foregoing statement under penalty of perjury, to the best of his knowledge and belief, based upon information received from others.

Dated: November 20, 2020

                                      JACKSON WALKER LLP
                                      1401 McKinney Street, Suite 1900
                                      Houston, TX 77010

/s/ *Bruce J. Ruzinsky*
Bruce J. Ruzinsky
State Bar No. 17469425
Matthew D. Cavenaugh
State Bar No. 24062656
Cameron A. Secord
State Bar No. 24093659
(713) 752-4204 – Direct Dial
(713) 308-4155 – Direct Facsimile
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: csecord@jw.com

## Certificate of Service

I certify that on November 20, 2020 , I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Bruce J. Ruzinsky*
Bruce J. Ruzinsky