IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 563 & 564 |

## DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON NOVEMBER 24, 2020

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **November 24, 2020 at 10:30 a.m. (prevailing Central Time)** (the "**Hearing**") to consider the *Emergency Motion of the Debtors for Entry of an Order Extending the Automatic Stay to Certain of Debtors' Co-Working Interest Owners* (ECF No. 563):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael T. Dane in Support of Emergency Motion of the Debtors for Entry of an Order Extending the Automatic Stay to Certain of Debtors' Co-Working Interest Owners (ECF No. 563-1) (the "**Dane Declaration**") | | | | |
| 2. | Excerpts of Debtors' operating agreements with co-working interest owners Ecopetrol America, LLC, Ridgewood Katmai, LLC, and ILX Prospect Katmai, LLC (the "**WIOs**"), attached to the Dane Declaration as Exhibit A | | | | |
| 3. | Debtors' October 26, 2018 Master Domestic Offshore Daywork Drilling Contract with Atlantic Maritime Services LLC ("**Atlantic**"), attached to the Dane Declaration as Exhibit B | | | | |
| 4. | Two *in rem* lawsuits filed by Atlantic on November 13, 2020 in the United States District for the Eastern District of Louisiana against the WIOs, attached to the Dane Declaration as Exhibit C | | | | |
| 5. | Proposed Order granting relief requested (ECF No. 563-2) | | | | |
| 6. | Proposed Notice of Entry of Order Extending the Automatic Stay to Certain of the Debtors' Co-Working Interest Owners (ECF No. 563-3) | | | | |
| 7. | Any exhibit designated by any other party in connection with this hearing | | | | |
| 8. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party in connection with this hearing | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: November 22, 2020
       Houston, Texas

    Respectfully submitted,

    */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

-and-

JONES WALKER, LLP
Joseph E. Bain (24085187)
Email:   jbain@joneswalker.com
Joshua A. Norris (24027577)
Email:   jnorris@joneswalker.com
James W. Noe (24040178)
Email: jnoe@joneswalker.com
Daniel J. Baldwin (24078184)
Email:  dbaldwin@joneswalker.com
811 Main St., Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on November 22, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      /s/ *Alfredo R. Pérez*
                                                      Alfredo R. Pérez