IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | § | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, et al.,** § | § | **Case No. 20-33948 (MI)** |
| **Debtors.**[1] § | § §§§§ | **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Atlantic Maritime Services, L.L.C. ("*Atlantic*") hereby appears through its counsel, Stewart F. Peck and the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("*Counsel*"). Counsel hereby enter their appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and request that each of the undersigned be added to the official mailing matrix and service lists in the above-captioned Chapter 11 cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

statements and all other matters arising herein or in any related adversary proceeding, at the addresses, telephone, and email addresses set forth below:

> Atlantic Maritime Services, L.L.C.
> Attn: Stewart F. Peck
> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
> 601 Poydras St., Suite 2775
> New Orleans, LA 70130
> Telephone: (504) 568-1990
> Facsimile: (504) 310-9195
> E-mail: speck@lawla.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned Chapter 11 cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of any of the rights of Atlantic, including, without limitation, to (i) request that final orders in non-core proceedings be entered only after *de novo* review by a higher court; (ii) demand trial by jury in any proceeding in these Chapter 11 cases, or any case, controversy, or adversary proceeding related to these Chapter 11 cases; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Atlantic may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK,<br>   RANKIN & HUBBARD |  /s/ Stewart F. Peck<br>STEWART F. PECK (La. Bar No. 10403)<br>*Admitted Pro Hac Vice*<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: speck@lawla.com |

*Counsel for Atlantic Maritime Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the Notice of Appearance and Request for Notice via Notice of Electronic Filing on this 23rd day of November 2020.

 /s/ Stewart F. Peck