# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.,** | § | |
| | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |

## ATLANTIC MARITIME SERVICES LLC'S WITNESS AND EXHIBIT LIST FOR HEARING ON THE EMERGENCY MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER EXTENDING THE AUTOMATIC STAY TO CERTAIN OF DEBTORS' CO-WORKING INTEREST OWNERS

[Related to ECF No. 563]

Atlantic Maritime Services, LLC ("Atlantic") designates the following witnesses and exhibits for the hearing scheduled on Tuesday, November 24, 2020, at 10:30 a.m. (prevailing Central Time (the "Hearing") as follows.[2]

## **Witnesses**

Atlantic may call the following witnesses at the Hearing:[3]

1. Rodney Mallams, Associate General Counsel – Operations, Valaris plc;

2. Any witness listed by any other party; and

3. Any rebuttal witnesses as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Atlantic reserves the right to amend this Witness and Exhibit List at any time prior to the Hearing.

[3] Atlantic reserves the right to cross-examine any witness called by any other party at the Hearing.

27459570v.1 157399/00001

## **Exhibits**

| No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Master Domestic Offshore Daywork Drilling Contract between Fieldwood Energy LLC and Atlantic Maritime Services LLC, dated October 26, 2018 | | | | |
| 2. | Email from John Seeger, Senior Vice President-Operations of Fieldwood Energy, LLC, to Dr. Thomas Burke, President and Chief Executive Officer of Valaris plc, dated July 7, 2020 | | | | |
| 3. | Transcript of Hearing on September 14, 2020 in *In re Fieldwood Energy, LLC, et al*. | | | | |
| 4. | *Unit Operating Agreement – Gun Flint Prospect – Gunflint Unit – Offshore Louisiana*, by and between Fieldwood, Ecopetrol, and Talos Energy Offshore, dated January 1, 2013 | | | | |
| 5. | *Unit Operating Agreement*, by and between Fieldwood, Ridgewood, and Prospect dated April 1, 2018 | | | | |
| 6. | October 30, 2020 Demand Letter from Atlantic Maritime Services, LLC to Ecopetrol America LLC | | | | |
| 7. | October 30, 2020 Demand Letters from Atlantic Maritime Services, LLC to Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC | | | | |
| 8. | Verified Complaint in rem Seeking Recognition and Enforcement of Atlantic Maritime Services, LLC's Lien and Privilege Rights Solely With Respect to the Subject Interests of Ecopetrol America, LLC and Enforcing Such Rights by Sequestration, E.D. La., 20-3097, ECF Doc. 1 | | | | |
| 9. | Verified Complaint in rem Seeking Recognition and Enforcement of Atlantic Maritime Services, LLC's Lien and Privilege Rights Solely With Respect to the Subject Interests of the Defendants and Enforcing Such Rights | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | by Sequestration, E.D. La., 20-3099, ECF No. 1 | | | | |
| 10. | Plaintiff's Ex Parte Motion for Issuance of Writ of Sequestration, E.D. La., 20-3097 [ECF No. 3] | | | | |
| 11. | Plaintiff's Ex Parte Motion for Issuance of Writ of Sequestration, E.D. La., 20-3099 [ECF No. 3] | | | | |

Respectfully submitted,

Houston, Texas
November 23, 2020

/s/ *Matthew D. Cavenaugh*
**JACKSON WALKER L.L.P**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Genevieve Graham (TX Bar No. 24085340)
Cameron A. Secord (TX Bar No. 24093659)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:     (713) 752-4221
Email:     mcavenaugh@jw.com
          kpeguero@jw.com
          ggraham@jw.com
          csecord@jw,com

*Co-Counsel to Valaris plc and Atlantic Maritime Services LLC*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anup Sathy, P.C. (*pro hac vice* pending)
Ross M. Kwasteniet, P.C. (*pro hac vice* pending)

Spencer A. Winters (*pro hac vice* pending)

300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     asathy@kirkland.com
          rkwasteniet@kirkland.com
          spencer.winters@kirkland.com

*Co-Counsel to Valaris plc and Atlantic Maritime Services LLC*

-- and --

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
Stewart F. Peck, *pro hac vice*
601 Poydras Street, Suite 2775
New Orleans, LA 70130
(504) 568-1990 – Telephone
(504) 310-9195 – Facsimile
Email: speck@lawla.com

*Counsel for Atlantic Maritime Services LLC*

27459570v.1 157399/00001

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of November 2020 a copy of the foregoing was served via the Court's CM/ECF system upon all parties receiving notice through same.

                                        */s/ Matthew D. Cavenaugh*
                                        Matthew D. Cavenaugh

27459570v.1 157399/00001