# **Exhibit 2**

**From:** John Seeger <JSeeger@fwellc.com>
**Sent:** Tuesday, July 7, 2020 9:11 PM
**To:** Tom Burke <Tom.Burke@valaris.com>
**Cc:** Alan Quintero <Alan.Quintero@valaris.com>; Joe Pope <Joe.Pope@valaris.com>; John Dwyer <John.Dwyer@Fwellc.com>; Jack Sanford <Jack.Sanford@Fwellc.com>
**Subject:** EXTERNAL: DS 16/Resolute

This message is from an external sender. Unless you recognize the sender, do not click links or open attachments.

Dear Tom,

I hope all is well with you and your family during this turbulent times. I just wanted to drop you note and say thank you for the all the great work you and your team did with the DS16/Resolute in the +1 year we had it under contract. The Valaris team performed admirably and we could not have been more pleased. Certainly, I hope we can do further business in the near future. Both our team's worked through some tough challenges collaboratively and at the end of day, everyone accomplished their mission.

I know that both our companies are going through challenging times but I simply wanted to drop you a note to say thanks and hope to speak soon. We would normally do a crawfish boil or BBQ for the rig crew and office personnel on or about the time the rig went off contract. Obviously, we couldn't do that with the COVID situation, but I certainly hope things calm down with the pandemic and maybe we can track down some of the managers or other parts of the crew in the future to do that for them. In the meantime, our sincere gratitude to you and your management team will have to do!

All the best,

John Seeger
Senior Vice President – Operations
**Fieldwood Energy LLC**
2000 W. Sam Houston Parkway S., Suite 1200
Houston, Texas 77042
713-969-1372 *Office*
281-636-3295 *Cell*

This message is intended solely for the use of the individual or organization to whom it is addressed. It may contain privileged or confidential information. If you have received this message in error, please notify the originator immediately. If you are not the intended recipient, you should not use, copy, alter or disclose the contents of this message.