## Exhibit 6

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

Stewart F. Peck

TEL: 504.568.1990 | FAX: 504.310.9195

E-mail: speck@lawla.com

October 30, 2020

<u>**VIA U.S. CERTIFIED RETURN RECEIPT**</u>
<u>**AND FACSIMILE – (713) 634-3808**</u>

Ecopetrol America LLC
2800 Post Oak Boulevard
Suite 4500
Houston, TX 77056

Ecopetrol America LLC
through its registered agent,
C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Re:   Demand for Payment
      Our File No. 37647.200676

Dear Sir or Madam:

Enclosed please find copies of the Statement of Privilege recorded by Atlantic Maritime Services, LLC ("Atlantic") against the following property:

| | |
|---|---|
| **Title of Document:** | Statement of Privilege |
| **Claimant**: | Atlantic Maritime Services, LLC |
| **Parishes:** | St. Tammany, Orleans, St. Bernard and Plaquemines |
| **Lease:** | OCS-G-28030 |
| **Field:** | Mississippi Canyon – 948 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $5,842,744.68 |

The records of BOEM indicate that you own a working interest in the above property.

Demand is hereby made upon you to pay Atlantic $5,842,744.68, together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent of the amount sought to be collected.

Failure to pay Atlantic $5,842,744.68 within seven (7) days from date hereof will leave Atlantic no alternative but to file a Complaint against you in the United States District Court for the Eastern District for Louisiana seeking the recognition and enforcement of its privilege, i.e. its Louisiana Oil Well Lien, against your interest in the above property for the aforesaid amount. Additionally, pursuant to La. Rev. Stat. 9:4871, Atlantic will seek a Writ of Sequestration, without the necessity of furnishing bond, be issued. Once the Writ of Sequestration is issued, Atlantic will

**EXHIBIT 6**

October 30, 2020
Page 2

record it in the records of the Clerks of Court for the Parishes of St. Tammany, Orleans, St. Bernard and Plaquemines and with BOEM to effectuate a paper seizure of your working interest and other rights in the above described property.

Nothing herein shall be construed as Atlantic taking any action whatsoever against the Operator, Fieldwood Energy, LLC or any of its affiliates or any of their interests or rights they may have in the above described property, as Atlantic is stayed from proceeding against same pursuant to 11 U.S.C. §362. Atlantic does, however, reserve the right to seek to move to lift the stay order in the Fieldwood Chapter 11 proceeding to have your interest sequestered and seized as to any proceeds payable to you from the sale of hydrocarbons attributed to your interest against which Atlantic's liens attach.

Very truly yours,

Stewart F. Peck

SFP/yam
Enclosure

EXHIBIT 6

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN
Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

EXHIBIT 6

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24965  07/16/2020  01:40:54 PM
TYPE: LABOR 17 PG(S)

MIN#: 1334982

EXHIBIT 6

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)      Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 6

Date: July 15, 2020    **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _(signature)_
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_(signature)_
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires:   4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2007260 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:  7/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM  45 DAYS |

RIG: Resolute - DS-16
ATTN: AP DEPARTMENT WELL NUMBER: MC-943 #4
LOCATION: MC-943 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00  $ | 358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:    $  4,864,343.68

| REMIT ACH PAYMENTS TO: | | |
|---|---|---|
| Beneficiary:  Atlantic Maritime Service LLC | | Coding: BU10079 |
| Wells Fargo Bank, N.A. | | (4,378,333.31) 10417- 110-4202-810101 |
| San Fransisco, CA | | -    10417- 110-4202-810102 |
| SWIFT Code:WFBIUS6S | Digitally signed | -    10417- 110-4202-810110 |
| ABA #121000248 | by Ben | (127,187.45) 10417- 110-4202-810103 |
| Account # 4669481673 | Date: | (358,822.92) 10417- 110-4202-810104 |
| | 2020.07.02 | |
| | 09:26:38 -05'00' | ED |

EXHIBIT 6

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME / LOCATION:

AFE
MC-248 #4
FW200614

FIELDWOOD
Resolute

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $161,300 | REPAIR SURFACE $185,000 | REPAIR SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| **HOURS:** | | 668.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 635.0 |
| **AMOUNTS:** | | $4,378,333.31 | $0.00 | $0.00 | $350,622.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,854,343.68 |

EXHIBIT 6

**Valario DS-16 MONTHLY BILLING SUMMARY**

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY LABOURIE

DAVID BOXWELL

7-1-2020

7-1-2020

Dinny Sherry

07-02-2020

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057 .
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2007261 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 7/6/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: MC-94#4 |
| | LOCATION: MC-94#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079
-     10417- 110-4202-810101
(725,200.00) 10417- 110-4202-810102
-     10417- 110-4202-810110
-     10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 6

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly AFE 2020
Contract # DS-0 28590
Customer: Fieldwood
Well name: MC-9504, Gunflint, Gunflint 4

Cost Center
AFE Number: FW 205014
Work Order:
Purchase Orders

| DATE | OPS 70% 100% | STBY 70% @ 94% | 70% SUBFACO 70% 113.50/or allowances per month > thereafter 0 rate | ZERO RATE 70% ZERO 0/Hour (at hour) allowances per month > thereafter 0 rate | FORCE MAJEURE 70% @ 90% | In-bore Below 80% @ 77% | No rate accrued All repair rate in excess of monthly allotted hours | TOTAL HOURS | Vissbli | OPERATOR | Vissbli ENTERING | Vissbli THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe, AshII Jaskoq with Preservation of Boss. Prep equipment for backlog. Rig prep BOP tests. Derecking all Fieldwood received equipment. Offload Valaris dull pwn in preventive fix tank. Rig prep junk for jewelry deck, wash U with BOP tests preservation. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 8.00 | 19.00 | 1.00 | | | | | |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Offload Valaris Dr. Screen Drapes to tank to Equipment. Perform maint on BOP #1 for preservation. Test horizontal 10-6. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | | | | | Installing Fingers on heave line iron to transmit. Cold Valaris Drill Pipe, maint #3 w/BOP #1 Lit preservation, kept Cleaning 0 tanks. |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | |

$ 1715,709.99
1200/Day                185,000.00
In-hole/5+bove 100 / Day MPD     200,000.00
In-hole/below 100%/Day           185,000.00
1600%/hr MPD                     6,937.33
1500%/hr                         7,708.33
95%/Hr                           7,504.17
95%/Hr MPD   295%/Hr MPD   $     8,166.57

Total Billable for
the Month:        $    775,500.00

Robert Kaye _____ Fieldwood Client Representative: BAKRY / GABOURIE

Dock Signature: Robert Kay     Fieldwood Client Representative Signature:

Date: 07-4-2020     Date: 07/04/2020

Rig Manager: _____     Fieldwood Drilling Supt:

Rig Manager Signature: _____     Fieldwood Drilling Supt. Signature:

Date: _____     Date: _____

AFE:       FW205014
Lease:     MC-948 #4
Project:   Gunflint (STIM)
Engineer:  J. Perroux
Routing #: 580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT 6

FIELDWOOD
Resolute

R2012 Billing worksheet_2020 - July 2020

WELL NAME / LOCATION: APE

MC-94694
FW285014

July 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $161,300 | REDRILL RATE $185,000 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $161,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $728,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $728,200.00 |

EXHIBIT 6

## Valaris DS-16 MONTHLY BILLING SUMMARY

Contract #: OGC-0 25320
Customer: Fieldwood
Well name: M.C. 504 Completion, Rig No. 6

Cost Center:
AFE Number: PW P0016
Work Order:
Purchase Order:

| DATE | DRR DS-16 LOOS | OPERATING HOURS | | | | | | | | STANDBY/OUT OF SERVICE | | | | | | COMMENTS |
|------|---------|------|------|------|------|------|------|------|------|--------|------|------|------|------|------|----------|
| | | REPAIR 5% (700 @ 85%) | REPAIR ZERO RATE (additional) monthly (beyond 21 days) | NON RELEASE TIME repair/ops monthly (beyond 5) | FORCE MAJURE 700 @ 85% | Standby 700 @ 85% | No repair/ops (beyond 30) day monthly/daily | TOTAL HOURS | Vessels | OPERATOR | OPERATOR CONTRACTOR | Vessels CONTRACTOR | OPERATOR THIRD PARTY | OPERATOR THIRD PARTY | DECLARE EXTRA LABOR | NON RELEASE STCOAR | CREW LOG ENTENSES | |
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 66.00 | 5.00 | 19.00 | 19.00 | 1.00 | 5.00 | | | | Official Daily Rate, Ahsik Subsea with Preservation of Day, Prep equipment for Wellhead Removal BOP tests. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 19.00 | 1.00 | | | | | Tending of Fieldwood wireline equipment/Wireline/Official Daily Rate All parts in preparation for Removal Plug and set plug to secure BOP bore/permeable. |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 19.00 | 1.00 | | | | | Official Daily Rate All Annuae Down bench to support/ Failure make an BOP to be disassemble, Subsea run EDS by |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 19.00 | 2.00 | | | | | were Weld hinge on Gyro foot have in removal. Gate in run/Wire, Joint to pilot 45 to prevent line, kept Cherry and brown |
| 7/5/2020 | | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | | |
| **TOTALS** | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 76.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | | |

|  | | $95,100.00 |
|--|--|------------|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100% /Day MPD | $ | 150,000.00 |
| In hole/Subsea 100%/Day | $ | 130,000.00 |
| 100%+ MPD | $ | 4,333.33 |
| 50%/hr | $ | 3,754.33 |
| 50%/hr MPD | $ | 3,166.67 |
| 0%/hr MPD |  | |

Total bill rate for the Month: $ 721,500.00

DS-16 Rooding Seal 1 _____    Fieldwood Client Representative _____

Rig 6 Rooding Supv Signature _____    Fieldwood Client Representative Signature _____

Date: _____    Date: _____

Rig Manager: Dinny Sharry    Fieldwood Billing Supt _____

Rig Manager Signature: _____    Fieldwood Billing Supt. Signature _____

Date: 05-05-2020    Date: _____

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.00 |

AMOUNT DUE:  $        3,780.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint,  AFE: FW205014  Routing#5800047

| Group | Dates 1–31 | TOTAL |
|---|---|---|
| NOV | | |
| NSI Fracturing | | |
| OCEANEERING | | |
| OES | | |
| Oilstates | | |
| One Subsea | | |
| OFI (Oil Field Instr.) | | |
| OOEIC | | |
| One Surface | | |
| OTC | | |
| Pharmasafe | | |
| PHI Helicopters | | |
| Pinnacle | | |
| Petrolink | | |
| Precision Rental | | |
| Premium | | |
| Protechnics | | |
| Preserve | | |
| Professional Rental Tools | | |
| PRT | | |
| Quality Energy | | |
| QES | | |
| Rig Chem | | |
| RigNet | | |
| RPS Group Inc. | | |
| Schlumberger | | |
| Scientific Drilling | | |
| SCS | | |
| Subsea Partners LLC | | |
| Subsea Solutions | | |
| Sunbelt | | |
| Superior | | |
| Superior Energy | | |
| Superior Perf. | | |
| Southern Fab | | |
| Teledyne | | |
| TEMS | | |
| Tetra | | |
| TIW | | |
| Total Safety | | |
| Tristate | | |
| TSI | | |
| Tubular Solutions | | |
| Veris Global | | |
| Workstrings | | |
| Weatherford | | |
| Wellbore | | |
| Welltec | | |
| WFR | | |
| **TOTAL** | | 35 |

TOTAL OVER CONTRACT

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 5800047

ACCT CODE 3025-45
J. Button
7-2-2020

TOTAL: 35
TOTAL: 27
TOTAL BILLABLES $ $3,780.00

Company Man APPROVAL:

EXHIBIT 6

# Rowan Resolute

Started Gunfl
1800 on 6

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Guntlint, AFE: FW205014, Routing#580047

| Group | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burne Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claslriml | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DDGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exceter | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flatwood | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Liberty Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mt Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NASTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newaerk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057

Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

AMOUNT DUE:  $          231,420.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $   (34,089.65) | 912812.10417.4202.110 |
| $    34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014   Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NST Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTG (Field Insp) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Varis Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 64 | 64 | 64 | 62 | 73 | 75 | 83 | 80 | 85 | 89 | | 66 | 66 | 66 | 66 | 66 | 66 | 73 | 69 | 67 | 49 | 43 | | 18 | 18 | 19 | |
| TOTAL OVER CONTRACT | 0 | 0 | 0 | 0 | 62 | 62 | 62 | | 81 | 81 | 81 | | 83 | 89 | | 83 | | | | 66 | | 78 | 76 | 71 | 51 | | | 16 | | 17 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL | 1705 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1663 |
| | | | | | | | | | | | | | | | | | | | | | | | | TOTAL BILLABLE $ | | | | | | | $231,420.00 |

AFE:            FW205014
Lease:         MC-948 #4
Project:       Gunflint (STIM)
Engineer:     J. Perroux
Routing #:    5800047

ACCT CODE 7300-45
J. Button 7-2.2002

Company Man APPROVAL:

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Guntlint, AFE: FW205014 Routing: 6930047

Started Gunt!
1800 on 6

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amcol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ameta | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baltoys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Birdhawk | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | 3 | | | | | | 2 | | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | 8 | | 8 | 8 | 8 | 7 | | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DESO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 3 | | 3 | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | 8 | | 8 | 8 | 8 | 6 | | | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | | | | 6 | | |
| Ecotery | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | |
| FDP Pipe Washing | | | | | 6 | | 6 | 8 | 6 | 8 | 8 | | 8 | 8 | 8 | 8 | 5 | 7 | 5 | 6 | 6 | 6 | 7 | 5 | 5 | 4 | | 4 | 4 | | |
| Fieldwood | | | | | 7 | | 7 | 7 | 7 | 4 | 4 | | | | | | 3 | | 3 | 4 | 4 | 4 | | 4 | 4 | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fuon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | 2 | | 2 | | | 6 | | | | | | | | | | | | | | 2 | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Guidreen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | 17 | 17 | | 17 | | 17 | | 11 | 11 | | | 8 | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | 2 | | 2 | | 2 | 2 | 2 | | 1 | | | | | | | | | | | | | 2 | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | 1 | 1 | 1 | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 6



1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Land Records Division
Telephone (504) 407-0005

## Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

### DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court

EXHIBIT 6

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**         17

**File # :** 2020-00002805

**Book :**  772      **Page :**  616

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:47:54AM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:47:54
Recorded in Book  772  Page  616
File Number 2020-00002805

Deputy Clerk

Doc ID - 005320630017

**Return To :**

Do not Detach this Recording Page from Original Document

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC,** a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 6

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 6

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON C. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

```
┌─────────────────────────────────────┐
│         JUANITA FLOOR                │
│   Notary Public, State of Texas      │
│   Comm. Expires 04-19-2023           │
│   Notary ID 11589836                 │
└─────────────────────────────────────┘
```

3

**EXHIBIT 6**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

**INVOICE**

TO:  FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:  FWD2007260
INVOICE DATE:  7/1/2020
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS

RIG:  Resolute - DS-16
WELL NUMBER:  MC-948 #4
LOCATION:  MC-948 #4

AFE:  FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 568.0 HOURS OPERATING AT | | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | | $181,300.00 | $  358,822.92 |
| 0.0 HOURS FORCE MAJEURE | | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | | |

Crew Shortage

AMOUNT DUE:  $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
(4,378,333.31) 10417- 110-4202-810101
-          10417- 110-4202-810102
-          10417- 110-4202-810110
(127,187.45) 10417- 110-4202-810103
(358,822.92) 10417- 110-4202-810104

ED

**EXHIBIT 6**

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME/LOCATION:  AFE    MC-348 #4    FW2020014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $101,300 | REDRILL RATE $105,600 | MOVE RATE $101,300 | REPAIR SURFACE $105,000 | REPAIRS SUBSEA $105,000 | MOVE $101,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| **HOURS:** | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| **AMOUNTS:** | | $4,378,333.31 | $0.00 | $0.00 | $368,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,884,343.68 |

EXHIBIT 6

Vallard DS-16 MONTHLY BILLING SUMMARY

AFE:      FW205014
Lease:    MC-948 #4
Project:  Gunflint (STIM)
Engineer: J. Perroux
Routing #:  580047

ACCT CODE 7300-15

BARRY TABOURIE

7-1-2020

Dinny Sharry

07-02-2020

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007261 |
| INVOICE DATE: | 7/6/2020 |
| CUSTOMER NUMBER: | 1345 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: MC-948#4
LOCATION: MC-948#4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 S | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $     725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079
-         10417- 110-4202-810101
(725,200.00)  10417- 110-4202-810102
-         10417- 110-4202-810110
-         10417- 110-4202-810103
10417- 110-4202-810104

ED

**EXHIBIT 6**

## Valaris DS-16 MONTHLY BILLING SUMMARY

| Date | OPERATING RATE/HR | | | | | | | TOTAL HOURS | Vehicle | OPERATOR | HEADCOUNT Vehicle EXTRA MO | Vehicle THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | $96.00 | | 24.00 | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe, finish unload while Preservation of Equip. Prep equipment for baldwood, Remove drill tools. |
| 7/2/2020 | | | 24.00 | | | | | 24.00 | 85.00 | 3.00 | 18.00 | 1.00 | . | | | | |
| 7/3/2020 | | | 24.00 | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | . | | | | |
| 7/4/2020 | | | 20.00 | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | . | | | | |
| TOTALS | $96.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 338.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 5800047

ACCT CODE 7300-15
7-4-2020

**EXHIBIT 6**

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Rosedale

July 2020

WELL NAME / LOCATION:
AFE

MC-94M4
FW205914

| DATE | DESCRIPTION OF WORK | OPERATING $165,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate 50 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $165,000 | MOVE $161,300 | FORCE MAJEURE $108,000 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 20.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | Standby as directed | | 24.0 | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 98.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 98.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT 6

## Valaris DS-16 MONTHLY BILLING SUMMARY

**Contract #** 0548130N5
**Rig** BPXXXX
**Customer** BP
**Well/Location** MC 2929 Craxhann, Gardin 4

Gail Coldin
A M Skadine NW 00D9M
Wirts Gorden
Purchase Order

| DATE | RATE 200 @ RATE | 9954 STANDBY/DP 24-hour allowance per monthly-standby rate pm | OPERATING HOURS | | | | | OPERATING RATE | | | | | | | | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 75.00 | 13.00 | 1.00 | 5.00 | | | | Offload DM Pipe, Assist in tasks with/Preservation of Rigs. Prove equipment for removal. Remove ball Items. |
| 7/2/2020 | 21.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | | Greasing all valves and excessive bids was, drilling systems and pre to preservation for lower. Prepare for pare and maintain in structures and BOP lift for. |
| 7/3/2020 | 24.00 | | | | | | 20.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | | Oilfield Miles DP, Remove Bates from Item down for removal, Perform work on BOP lift for preservation, test to Call DEM all. |
| 7/4/2020 | 24.00 | | | | | | 24.00 | 85.00 | 1.00 | 15.00 | 2.00 | | | | | | Install tkms Plugs on Rigto bases from teams apart, Calce Valve to in Rate, Apha 01 tools all 0.56 preservation. Rapid Control Rabash. |
| TOTALS | 0.00 | 93.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | 5.00 | | | | |

Dinny Sharry
09-05-2020

EXHIBIT 6


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: **DS-16 Resolute**

WELL NUMBER MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| - 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.( |

AMOUNT DUE:  $         3,780.(

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE(OFF FOR: July 2020 Well Name: Gunflint,  AFE# FW205014  Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PatrolHx | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Qunlity Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RP2 Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 10 | 9 | 4 | 4 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | 35 | 27 |

AFE:       FW205014
Lease:     MC-848 #4
Project:   Gunflint (STIM)
Engineer: J. Perroux
Routing #:  580047

ACCT CODE  3025-45
J. Butler
7-2-2020

EXHIBIT 6

TOTAL: 
TOTAL BILLABLE $: $3,780.00

Company Man (APPROVAL):

OIM APPROVAL:  Jame Grad  OIM  7/2/22

# Rowan Resolute

Started Gunfl 1600 on 6

CLIENT THIRD-PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing/560047

| Group | Date |
|-------|------|
| ABB LTD | |
| ABS | |
| Ampol | |
| Airgas | |
| Aker | |
| Aqua Tech | |
| Automated Production | |
| Archer | |
| Baileys | |
| Baker Hughes | |
| Bedrock Petroleum | |
| BHGE | |
| Blackhawk | |
| BSEE | |
| Buyovere | |
| Burner Fire Control | |
| Cajun Cutters | |
| Cameron | |
| Celtco | |
| ChampionX | |
| Chiquest | |
| Clairant | |
| Cavins | |
| ComLab | |
| Danos | |
| Deep Sea DS | |
| DGO | |
| Diversified | |
| Dril-Quip | |
| Dynamic Industries | |
| Ecoserv | |
| Elite Comms | |
| EPS | |
| EVO | |
| Expro | |
| FDF Pipe Washing | |
| Fieldwood | |
| FMC | |
| FRANKS INTL | |
| Fugro | |
| GAIA | |
| GE Oil & Gas | |
| GSI | |
| Guttsmann | |
| HALLIBURTON /Sperry | |
| HycoCarbon | |
| Impact Selector | |
| Interwell | |
| Lloyds Register | |
| MAKO | |
| Master Flo | |
| MI Swaco | |
| MISTRAS Group | |
| NALCO | |
| Newpark | |

**EXHIBIT 6**

C:\Users\Fire\6\r\2020\DataMay\June 2020 3rd Party Bank Meals.htm



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1209
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.0 |

AMOUNT DUE:   $          231,420.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $  (34,089.65) | 912812.10417.4202.110 |
| $   34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 6**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint   AFE: FW205014   Routing#580047

**Group / Date**

- NSI Fracturing
- NSI Fracturing
- OCEANEERING
- OES
- Oilslates
- One Subsea
- OFI (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolitix
- Precision Rental
- Premium
- Proteohnics
- Preserve
- Professional Rental Tools
- PRT
- Quality Energy
- QES
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Varis Global
- Workstrings
- Weatherford
- Wellbore
- Welltao
- WFR

TOTAL

TOTAL OVER CONTRACT

**EXHIBIT 6**

AFE:       FW205014
Lease:     MC-948 #4
Project:   Gunflint (STIM)
Engineer:  J. Perroux
Routing #: 580047

ACCT CODE 7300-45
B. Button 7-2-2002

TOTAL $231,480.00
TOTAL BILLABLE $

Company Man APPROVAL:   (signature) OIM   7/2/20

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW20G014 Routing/5900/47

Stated Gunfl 1600 on 6

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Anmol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | 1 | | | | | 1 | 1 | 1 | | 1 | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bupvere | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | 2 | | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | | 2 | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | 1 | | | 1 | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampIonX | | | | | | | | | | | | 2 | | | | | | 2 | 2 | | 2 | | 2 | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea OS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 3 | | 3 | | | 3 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | | | | | | |
| Drill-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | 8 | | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | 4 | 4 | 4 | 8 | 4 | 8 | 8 | 7 | 8 | | 8 | 10 | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FSV Pipe Washing | | | | | 5 | | 5 | 6 | 6 | 6 | | 8 | 8 | | | 8 | 6 | 7 | 4 | 5 | 6 | 6 | 6 | 7 | 5 | | 6 | 4 | 4 | | | |
| Fleetwood | | | | | 7 | | 7 | 7 | 7 | 7 | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | | 4 | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | 8 | | 8 | | 8 | | | 17 | | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 8 | | 11 | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | 2 | | 2 | 2 | | 2 | | 2 | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | 2 | | 2 | 2 | | 2 | | 1 | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 6

**St. Bernard Parish Certified Copy**

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :**   MORTGAGES | **File Number :** 633342 |
| **Type of Document :** LIEN | |
| | **Book :** 1945      **Page :** 454 |
| **Recording Pages :**        17 | |
| **Description :**  STATEMENT OF PRIVILEGE | |

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:15:50PM

Doc ID - 008075760017

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:15:50
Recorded in Book 1945  Page  454
File Number     633342

Deputy Clerk
/S/MANDY B. FLEETWOOD

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

EXHIBIT 6

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

**EXHIBIT 6**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

**EXHIBIT 6**

Date: July 15, 2020          **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

**EXHIBIT 6**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:  FWD2007260
INVOICE DATE:   7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM    45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00 | $   358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |

ED

EXHIBIT 6

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:  MC-948 #4
FW205014
APE

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $161,300 | REDRILL RATE $195,500 | MOVE RATE $161,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $161,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 8 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 9 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $359,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

EXHIBIT 6

**Valaris DS-16 MONTHLY BILLING SUMMARY**

AFE:      FW205014
Lease:   MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:   580047

ACCT CODE : 7300-15

BARRY GABOURIE   7-1-2020

David Donnell   7-1-2020

Dinny Sharry

07-02-2020

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone : (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007261 |
| INVOICE DATE: | 7/6/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

| | |
|---|---|
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | MC-948#4 |
| LOCATION: | MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

| | | |
|---|---|---|
| AMOUNT DUE: | $ | 725,200.00 |

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT 6

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly: July 2020
Contract #: 0542 19200
Customer: Fieldwood
Well name: M.C.8504 Completion, Gunflint 4

Cost Center:
AFE Number: FW205014
Work Order:
Purchase Orders:

| DATE | OPR 7705 100% | STBY 705 @ 91% | SPR SURFACE 200 (132-hour allowance per month) – thereafter 0 rate | SPR SUBSEA 200 (24-hour allowance per month) – thereafter 0 rate | REDUCE MODERATE 707 @ 60% | Inhole Subsea 5p/4x1 603 @70% | No-max permit: All equip rate in excess of monthly allotted hours | TOTAL HOURS | VALARIS | OPERATOR | Valaris EXTRAS | Valaris THIRD PARTY | OPERATOR /THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Avoid subsea WALb.Preservation of Rigs. Prep replicement for backload. Remove BOP hoses. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 8.00 | 18.00 | 1.00 | - | | | | Douse up of Fieldwood assorted deperned. Offload Valaris drill pipe in preparation for Intask. Prep subs for paint on jewelry deck. Assist work BOP stump preservation. |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 10.00 | 1.00 | - | | | | Offload Valaris DP. Remove Dope hose in transport. Perform work on BOP #1 for preservation. Test on #self/DNs E. |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 12.00 | 2.00 | - | | | | Instal find flange on Dope hose lines in transport. Color Valaris Drill Pipe. Assist 15 w/BOP #1 kit preservation. Start cleaning In Jewels. |
| | | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

| | | |
|---|---|---|
| | $ | $73,200.00 |
| 100%/Day | $ 185,000.00 | |
| In hole/Subsea 100 / Day MPD | $ 200,000.00 | Total Billable for the Month $ 735,200.00 |
| Moly/Subsea 100%/Day | $ 185,000.00 | |
| 100%/hr MPD | $ 8,333.33 | |
| 100%/hr | $ 7,708.33 | |
| 91%/hr | $ 7,354.17 | |
| 91%/hr MPD 90%/hr MPD | $ 3,145.67 | |

DS-16 Rotaflex Supt.J _____ BARRY GASBOURIE

Fieldwood Client Representative: _____

DS-16 Rotaflex Supt. Signature _____ Robert Roy

DS-16 Rotaflex Supt. Signature _____ [signature]   Fieldwood Client Representative Signature _____

Date: 07-4-2020   Date: 07/04/2020

Rig Manager: _____   Fieldwood Drilling Supt.: _____

Rig Manager Signature: _____   Fieldwood Drilling Supt. Signature: _____

Date: _____   Date: _____

**EXHIBIT 6**

AFE:  FW205014
Lease:  MC-948 #4
Project:  Gunflint (STIM)
Engineer:  J. Perroux
Routing #:  580047

ACCT CODE. 7300-15
7-4-2020

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolute

July 2020

WELL NAME / LOCATION:  AFE

MIC-84/84
FW208014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT 6

## Valaris DS-16 MONTHLY BILLING SUMMARY

| Date | DRY 794 100% | STBY 794 @ 99% | OPERATING HOURS | | | | FORCE MAJEURE 797 @ 90% | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE RTGHRS | CREW SHORTAGES | Comments (Provided for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | Valaris | Operating | Valaris Day Rate | Valaris 1 Hour Party | Valaris 2 Hour Party | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | | | | | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offsind Drill Pipe. Assist achieve width Preservation of Bay. Prep equipment for backlood. Remove Rig N hose. |
| 7/2/2020 | | 24.00 | | | | | | | | | | 3.00 | 19.00 | 1.00 | - | | | | Develop rig N hd need assisted equipment. Offsind Valara and also to preservation for trends. Prep parts for joints on the write stock. Install 3h wire fall Valari preservatives. |
| 7/3/2020 | 24.00 | | | | | | | | | | | 3.00 | 19.00 | 1.00 | - | | | | Offsind Valara BA Varmint Share items to measured. Perform resids on BOP of Valari preservative. Test w fuel 3h to 4. |
| 7/4/2020 | | 24.00 | | | | | | | | | | 3.00 | 19.00 | 2.00 | - | | | | Install lifted charges on Share how lines to mreepand. Cable Valaris Drill Pipe. Assist & w/BOP at 3h preservative. Begin Closing to trends. |
| 7/5/2020 | | | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | | | |
| **TOTALS** | 96.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | |

$ 131,000.00

| | | $ | |
|---|---|---|---|
| 100%/Day | $ | 131,000.00 | |
| In hole/below 100% Day MPD | $ | 200,000.00 | Total Billable for the Month $ 755,100.00 |
| In hole/below 100% Day | $ | 185,000.00 | |
| 100%/hr MPD | $ | 8,333.33 | |
| 100%/hr | $ | 7,708.33 | |
| 95%/hr | $ | 7,554.17 | |
| 90%/hr MPD | $ | 6,166.67 | |

DS-16 Rotating Supt.: _____

Fieldwood Client Representative: _____

DS-16 Rotating Supt. Signature: _____

Fieldwood Client Representative Signature: _____

Date: _____   Date: _____

Rig Manager: Dinny Sharry

Fieldwood Drilling Supt.: _____

Rig Manager Signature: _____   Fieldwood Drilling Supt. Signature: _____

Date: 06-05-2020   Date: _____

Cost Center: ___
AFE Number: FW 200104
Work Order: ___
Purchase Order: ___



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780. |

AMOUNT DUE:  $    3,780.

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

**EXHIBIT 6**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NSI Fracturing | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 9 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

AFE:  FW205014
Lease:  MC-948 #4
Project:  Gunflint (STIM)
Engineer:  J. Perroux
Routing #:  580047

ACCT CODE 3025-45
J. Button
7-2-2020

TOTAL: 35
TOTAL: 27
TOTAL BILLABLES $ $3,780.00

Company Man APPROVAL: _____

OIM 7/2/2...

EXHIBIT 6

## Rowan Resolute

Started Gunflit 1600 on 6

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014, Routing#/580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Allgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chrquest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Conquest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claims | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HycoCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 6



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | | |
|---|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.( |

AMOUNT DUE:  $      231,420.(

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $   (34,089.65) | 912812.10417.4202.110 |
| $   34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 6**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint  AFE: FW205014  Routing#580047

**Groups (Date columns 1–31):**

NOV
NSI Fracturing
OCEANEERING
OES
Oilstates
One Subsea
OFI (Oil Field Instr.)
OGEC
One Surface
OTC
Pharmaslate
PHI Helicopters
Pinnacle
ProlixX
Precision Rental
Premium
Protechnics
Proserve
Professional Rental Tools
PRT
Quality Energy
QES
Rig Chem
RigNet
RPS Group Inc.
Schlumberger
Scientific Drilling
SCS
Subsea Partners LLC
Subsea Solutions
Sunbelt
Superior
Superior Energy
Superior Perf.
Southern Fab
Teledyne
TEMS
Tetra
TIW
Total Safety
Tristate
TSI
Tubular Solutions
Verts Global
Workstrings
Weatherford
Wellbore
Welltec
WFR
TOTAL
TOTAL OVER CONTRACT

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

TOTAL: 1705
TOTAL: 1653
TOTAL BILLABLES $  $231,420.00

ACCT CODE  7300-45
J. Button  7-2-2002

Company Man APPROVAL:

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR June 2020 Well Name: Gunflint, AFE: FW206014 Routing#580047

Started Gunfl 1600 on 6

| Group | Date 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | 1 | | | | | 1 | | | 1 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | 2 | | | | 2 | | 2 | | 2 | 2 | | | 2 | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChamplonX | | | | | | | | | | | | 1 | | | | 1 | | | | | | | | 1 | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | 2 | | | 2 | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | 3 | | 3 | | 3 | | 2 | 2 | | 2 | 2 | 2 | 2 | | 2 | | 2 | 2 | | | 4 | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | 8 | | 8 | 8 | 8 | 8 | | 8 | | 8 | 4 | 4 | 4 | | 8 | | 8 | 7 | | 6 | 6 | 6 | | | | | |
| Elite Comms | | | | | | | | | | | | | | 8 | 8 | | | | | | | | | | 8 | 10 | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | 5 | 5 | 5 | 6 | 6 | | | 4 | | 8 | 2 | 8 | | | 5 | | 6 | 7 | | | 5 | 4 | 4 | | 4 | | |
| Fieldwood | | | | | 7 | | 7 | 7 | 7 | 7 | | 4 | | 4 | 4 | 4 | 4 | | 3 | | 4 | | | 4 | 4 | 2 | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | 2 | 2 | | 6 | | 17 | 17 | 17 | 17 | | 17 | 17 | | 11 | | 11 | 8 | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | 2 | | | 2 | | 2 | | | | | | | | | | | | | | | | | | | | | |
| GSI Oil & Gas | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | 1 | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 6

C:\Users\twebb\2020\meteorsJune 2020 3rd Party Bunk Meals.xlsx

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)  Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2)  Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3)  Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4)  Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

St. Tammany Parish 2016
Instrmnt #: 2215417
Registry #: 2705279 ptr
7/16/2020 3:30:00 PM
MB X CB    MI    UCC

**EXHIBIT 6**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)  Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 6

Date: July *15*, 2020     **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public, this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

```
JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836
```

3

**EXHIBIT 6**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007260 |
| INVOICE DATE: | 7/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | MC-948 #4 |
| LOCATION: | MC-948 #4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00  $ | 358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

| Coding: BU10079 | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |
| ED | |

# EXHIBIT 6

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Repulse

June 2020f

WELL NAME / LOCATION: MC-948 #4  FW205014  APE

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY /REDRILL RATE $181,300 | REDRILL RATE $185,600 | MOVE RATE $181,300 | REPAIR. SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $185,600 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | | | | | | | | | | 0.0 |
| 5 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 6 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 7 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 24.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 20.0 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 16.5 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 668.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 732.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $359,822.92 | $3,854.17 | $123,323.20 | $0.00 | $0.00 | $4,884,343.68 |

EXHIBIT 6

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY TABOURIE

7-1-2020

Dinny Sharry

07-02-2020

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone: (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2007261 |
| INVOICE DATE: | 7/6/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | MC-948#4 |
| LOCATION: | MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $     725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

**EXHIBIT 6**

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract # OCS-G 28030
Customer: Fieldwood
Well name: M.C. 5904 Completion, Gunflint

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) + thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) + thereafter 0 rate | FORCE MAJEURE 707 @ 00% | In-hole Subsea Equip.: 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Bop. Prep equipment for backload. Remove RGH hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Demobe rig of Fieldwood associated equipment. Offload Valaris drill pipe in preparation for transit. Prep pads for paint on Jewelry deck. Assist SS with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Remove Drape hoses in moonpool. Perform maint on BOP #1 for preservation. Took on Fuel Ultra G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Blind Flanges on Drape hose lines in moonpool. Collar Valaris Drill Pipe. Assist SS w/BOP #1 IIA preservation. Begin Cleaning in Derrick. |
| | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

| | | |
|---|---|---|
| $ - | $725,200.00 | $ - $ - $ - $ - $ - |
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 98%/Hr | $ | 7,554.17 |
| 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 725,200.00

DS-16 Rotating Supt.: Robert Ray
Fieldwood Client Representative: BARRY GABOURIE

Ds-16 Rotating Supt. Signature: [signature]
Fieldwood Client Representative Signature: [signature]

Date: 07-4-2020
Date: 07/04/2020

Rig Manager:
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT 6

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - July 2020

July 2020

WELL NAME / LOCATION:

AFE: MC-84984 FW205014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY, $181,300 | REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $165,000 | MOVE $181,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $729,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $729,200.00 |

EXHIBIT 6

## Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
IADC 35010
Rodzewicz
4 & Unit Completed, Quality 3

Cost Center:
AFE Number: PXF 25514
Work Order:
Purchase Order:

| Date | 15% DAY @ 100% | 55% SUBTRACTING (13 hour allowance per month) standard rate | 50% SUBTRACTING (10 hour allowance per month) (Iroddes) Per rate | TOOLS MAILBOX 50% @ 50% | Invoice Select Party 50% @ 50% | No zero earned: All repair rate to approved of (priority deliver) hours | TOTAL HOURS | Valaris | OPERATION | Valaris OVERHEAD | Valaris THIRD PARTY | OPERATION THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | (Lot & hours below) | (Lot & hours below) | (Lot & hours below) | |
| 7/1/2020 | 24.00 | | | | | | 24.00 | 80.00 | 6.00 | 15.00 | 1.00 | 5.00 | | | | Valaris Drill Pipe, Multi inthose with Preservation at high. Tags registered for fuishted. Remove ROV hours. |
| 7/2/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 1.00 | | | | | Inserting Rd followed vessel at empower. Offloal tubular all fluxs to provide for transit Prep work for land well works task. Goov'ss with ROV hold provided via... |
| 7/3/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 1.00 | | | | | Offloal tubular & prover Drag hours to increased. Future works on Rig to be undertaken. Task will add ROV & ... |
| 7/4/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 2.00 | | | | | Insert final forage on drops deal hours to mount. Subs Valaris thirdpa. direct is spline at3% provided for High Drove at this well. |
| 7/5/2020 | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 96.00 | 335.00 | 14.00 | 78.00 | 5.00 | 5.00 | | | | |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 10.00% | | | | | | | | | |

**EXHIBIT 6**

| | | |
|---|---|---|
| 100%/Day | $ 263,100.00 | $ |
| 55%/Day | $ 145,000.00 | Total Billable for the Month: $ 715,200.00 |
| 50% Rate/Balance 100% Day | $ 200,000.00 | |
| Tools/Mailbox 100%/Day | $ 195,600.00 | |
| 100%/hr MTD | $ 8,331.13 | |
| 100%/hr | $ 7,700.71 | |
| 50%/hr | $ 7,553.17 | |
| 100%/hr MTD | $ 6,161.27 | |

DS-16 Rotating Supt.: _____   Enhanced Client Representative Signature:

DS-16 Rotating Supt. Signature: _____   Enhanced Client Representative Signature:

Date: _____   Date: _____

Rig Manager: **Dinny Sharry**   Enhanced Drilling Supt.:

Date: _____

Rig Manager Signature: [signature]   Enhanced Drilling Supt. Signature:

Date: **05-05-2020**   Date:


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | |
|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $          3,780. |

AMOUNT DUE:  $          3,780.

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

**EXHIBIT 6**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint, AFE: FW205014  Routing#580047

| Group \ Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 9 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 |

AFE:       FW205014
Lease:     MC-948 #4
Project:   Gunflint (STIM)
Engineer:  J. Perroux
Routing #: 580047

ACCT CODE 3025-45
J. Button
7-2-2020

TOTAL: $3,780.00
TOTAL BILLABLE $ $3,780.00

OIM APPROVAL: _____ OIM 7/2/2

Company Man APPROVAL: _____

Exhibit 6

# Rowan Resolute

Started Gunfl 1600 on 6

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014, Routing/680047**

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ambol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwire | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Coavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 3 | 3 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit 6

C:\Users\Work\2020Desktop\June 2020 3rd Party Rank Meals.xlsx



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe . Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420. |

AMOUNT DUE:  $  231,420.(

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $ (231,420.00) | 810620.10417.4202.110 |
| $ (34,089.65) | 912812.10417.4202.110 |
| $  34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |

ED

EXHIBIT 6

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020   Well Name: Gunflint   AFE: FW205014   Routing#580047

| Group \ Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | | | | | 1 | 1 | | 1 | 1 | 1 | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGES | | | | | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Oilstates | | | | | 6 | 5 | 5 | 5 | 5 | 3 | 3 | 3 | 3 | | | 3 | 3 | | | | | | 3 | 3 | 3 | 3 | | | | | |
| One Subsea | | | | | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| OiFi (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | 2 | | | 2 | | | | 2 | | 2 | 2 | | | | | | | |
| Premium | | | | | | | | | 1 | 1 | | | 2 | 2 | 2 | 2 | 2 | | | | | 2 | 2 | 2 | 2 | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | 2 | | 2 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Professional Rental Tools | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | 1 | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| QES | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | |
| Rocket | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | 15 | 15 | 15 | 15 | 15 | 16 | 17 | 17 | 17 | 14 | 17 | 17 | 16 | | 14 | 15 | 15 | 17 | 17 | 17 | 17 | 10 | 10 | | | | |
| Scientifia Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Superior Perf. | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | | 2 | 2 | | | | | 2 | 2 | 2 | 2 | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| TIW | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 64 | 62 | 64 | 64 | 63 | 65 | 63 | 73 | 81 | 78 | 83 | 66 | 85 | 66 | 66 | 67 | 66 | 76 | 71 | 69 | 67 | 49 | 51 | 43 | 41 | 16 | 0 |
| TOTAL OVER CONTRACT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL: 1705

TOTAL: 1663

TOTAL BILLABLES $ $231,420.00

AFE:      FW205014
Lease:    MC-948 #4
Project:  Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

Company Man APPROVAL: _____

OIM APPROVAL: 7/2/20

EXHIBIT 6

# Rowan Resolute

EXHIBIT 6

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint,  AFE: FW205014  Routing#/580047

Started Gunfl... 1500 on 6

| Group \ Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | 1 | 1 | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwyre | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | 2 | | 1 | 1 | 1 | 2 | 1 | 1 | 2 | | | 1 | 1 | 1 | 1 | | | | | | 1 | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 3 | 3 | | | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 4 | 4 | | | 6 | 7 | |
| Dril-Quip | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 6 | 6 | 6 | 6 | | |
| Dynamic Industries | | | | | | | | | | 7 | | | 4 | 4 | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 | 10 | | | | |
| Ecoserv | | | | | 8 | 8 | 8 | 8 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| F&P Pipe Wasting | | | | | 5 | 5 | 5 | 6 | 6 | 6 | 4 | 8 | 8 | 8 | 8 | 7 | 5 | 5 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | 4 | 4 | 3 | |
| Fieldwood | | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 1 | | | 1 | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | 2 | 2 | 2 | 2 | 2 | 6 | 14 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | 2 | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | 17 | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HycroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 | 1 | 1 | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**EXHIBIT 6**

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument #2215417 of the original
records. Given under my hand and seal of office
this the 16 day of July 2020

Dy Clerk and Ex-Officio Recorder
Jaymie Rollins Deputy Clerk

# St. Bernard Parish Certified Copy

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGES                          **File Number :** 633559

**Type of Document :** LIEN

                                                                    **Book :** 1946        **Page :** 297

**Recording Pages :**          14
        **Description :**   PROPERTY:  MISSISSIPPI CANYON BLOCK 519 LEASE NO OCS-G-27278 AND WELL #3

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) :  1:56:11PM

Doc ID – 008078340014

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 1:56:11
Recorded in Book 1946  Page  297
File Number     633559

Deputy Clerk

/S/Cheyenne Robin

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recorded Page from Original Document

(Mississippi Canyon 519 #3)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of $5,528.25 plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is April 5, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

**EXHIBIT 6**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 519, Lease No. OCS-G-27278** (the "Lease"), and **Well #3 (OCS-G-27278)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from January 29, 2020, until April 5, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 6

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOU
MY COMMISSION IS FOR LIFE

3

EXHIBIT 6



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007276
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Resolute

WELL NUMBER MC-519 #3

AFE #: FW191019

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

6625DPR3CRVL  - SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,SCALE REMOVAL          $          5,265.00
PO#439741 - FR#223066

Handling Charges @ 5%(601)                                    $             263.25

AMOUNT DUE:   $          5,528.25

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
:neficiary: Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
in Fransisco, CA
WIFT Code:  WFBIUS6S
:A #121000248
count # 4669481673

| | | |
|---|---|---|
| $ | (5,265.00) | 024000.10417.4202.110 |
| $ | (263.25) | 810510.10417.4202.110 |
| $ | (5,265.00) | 810650.10417.4202.110 |
| $ | 5,265.00 | 919250-10417.4202.110 |

ED

EXHIBIT 6

VALARIS

Favorites   Main Menu

Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

Home   Worklist   Add to Favorites   Sign Out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 000439741 |
| Merchandise Amount: | 40,610.00 USD |
| Merchandise Receipt: | 40,610.00 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 35,245.00 USD |
| Merchandise Matched: | 35,245.00 USD |

PO Status: Dispatched
Vendor: SMITH INTERNATIONAL

### Lines

Personalize | Find | View All |   First   1-4 of 4   Last

| Details | Receipt | Invoice | Matched | RTV (icon) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Item | | | | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency | | |
| 1 | 68020PR3DLPS | | | | SERVICE-ONSHORE-DRILL PIPE RAN | EA | 5.0000 | ☐ | 1,075.000 USD | USD | 0.0000 | 0.000 USD | | (icon) |
| 2 | 68020PR3cHVL | | | | SERVICE-ONSHORE-DRILL PIPE RAN | EA | 84.0000 | ☐ | 8,460.000 USD | USD | 81.0000 | 6,905.000 USD | | (icon) |
| 3 | 68020PR3cPCL | | | | SERVICE-ONSHORE-DRILL PIPE RAN | EA | 165.0000 | ☐ | 6,776.000 USD | USD | 0.0000 | 0.000 USD | | (icon) |
| 4 | 68020PR3C5F1 | | | | INSPECTION-ONSHORE-DRILL PIPE, | EA | 165.0000 | ☐ | 22,935.000 USD | USD | 0.0000 | 0.000 USD | | (icon) |

Return to Search      Notify

EXHIBIT 6

Page 1 of 1

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder... 7/24/2020

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Distributions for Schedule 1

| | | | | |
|---|---|---|---|---|
| PO ID: | 0020493741 | Line: 2 | Sched: | Item: | 00200PRX2RVL SERVICES-ONSHORE,DRILL PIPE,RANGE 3,8-5/8 IN OD,SCALE REMOVAL |

Status: Active
Distribute By: Quantity

Sched Qty: 165.0000
Merchandise Amount: 10,725.00 USD
Doc. Base Amount: 10,725.00 USD

### Distributions

| ChartFields | Details/Tax | Asset Information | Req Detail | Req Detail | |
|---|---|---|---|---|---|
| Dist | Status | Percent | PO Qty | Merchandise Amt | |
| 1 | Open | 100.0000 | 165.0000 | 10,725.00 USD | |

| GL Unit | Account | Oper Unit | Fund | Dept | Program | Class | Bud Ref | Product | PC Bus Unit | Project | Activity | Source Type | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10417 | 620000 | 1410 | | 4020 | | | | | | | | | |

EXHIBIT 6

# EnscoRowan

**Ship To:**
EnscoRowan 202 RESOLUTE C/O FIELDWOOD ENERGY LLC
C-PORT 2
100 1ST STREET
GOLDEN MEADOW LA 70357
USA

| EnscoRowan Field Requisition |
| --- |

Business Unit: 10013
Req ID: 0000022330056
Date: 07/09/2019
Page: 1

**Attention:**

REQ Type        ONSHORE REPAIR

**PURCHASING USE ONLY**

| ITEM | QTY | OIL ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT RATING | PRICE | VENDOR LOCATION CONFIRM TO | P.O.NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 020000 | EA | REPAIR-ONSHORE-DRILL PIPE:RANGE 3,6-5/8 IN OD,DS-1 CAT V | 40,610.00 40,610.00 | 21 - 21-DRILL-S | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                                HTS NO:                                UNSPSC NO:

<< "User Comments: FIELDWOOD RE-BILL FOR REPAIR OF 165-JTS OF 6-5/8 IN 56.956/338-1,703 WALL V-150 R3 SUPER SLIP DP WITH 6-5/8" FH CONNECTIONS>>.

**Total Requisition Amount:**        40,610.00

APE:                FW191019
Lease:            MC 519 #3
Project Type: Drilp, Genovesa
Engineer:        B. Bullock
Routing #:        580948

**OPEN**

PURCHASING ONLY    FR NO:        0000223060

**NOTE:** Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Filed ETRR No. by Item

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

_____
BUYER

_____    _____
DATE SAVED:        DATE

ROWAN RESOLUTE
WASHINGTON
R#202
Old: ____

07/09/2019
DATE

_____        _____
RIG MGR / OPERATIONS MGR        DATE

**NOTE:** Any additions or deletions must be initialed.

HAS RIG I D REQUISITION REVIEWED BY RIG MANAGED LOCATIONS MANAGED VSR:

EXHIBIT 6

Customer Quote Register - 4831

# DRILCO

## CUSTOMER QUOTE

Quote #
15543

To: Rowan DrlEng - Resolute
Rig: Resolute
Rep: Brian Rodgers 713-958-6868

License # : 7-2-0887
From: Raymond Bradberry
Name: DRILCO-Port Fourchon
Address: 180 1st Street, C-Port 2, Slip 2
City: Port Fourchon
State, Zip: LA, 70357
Phone: 1-985-396-4100
Fax: 1-985-396-4163

Date: 7/8/2019
Reference Number:
Rev:
Work Order: J1008429
Manifest Number:

| Item | QTY | UOM | Description | Location | Unit List Price | Insp. / Rep. | | Total Cost |
|------|-----|-----|-------------|----------|-----------------|--------------|---|------------|
| 1 | | | Material Description: (165) Jts of 6-5/8" S135# /.938-17.03 wall V-150 R3 Super Slip DP w/ 6-5/8" FH Connections | Select... | | Select... | | |
| 2 | 5 | hrs | Unload Trucks w/ 1 Forkift, 1 Operator, 1 Rigger | PF-DRILCO | $215.00 | Handling | | $1,075 |
| 3 | 165 | ea | 6-5/8" S135# SSDP to have OD's Sandblasted for Excessive Scale Removal | PF-DRILCO | $65.00 | Inspection | | $10,725 |
| 4 | 165 | ea | 6-5/8" S135# SSDP to have OD/ID Waterblasted | PF-DRILCO | $35.00 | Inspection | | $5,775 |
| 5 | 165 | ea | 6-5/8" S135# SSDP inspected to DS-1 CAT 5 Specs | PF-DRILCO | $99.00 | Inspection | | $16,335 |
| 6 | 165 | ea | To inspect Slip Proof Area MPI Inspection for Transverse Defects, with One Set of 4 Ultrasonic Wall Thickness reading in the Slip Proof Area. | PF-DRILCO | $20.00 | Inspection | | $3,300 |
| 7 | 165 | ea | 6-5/8" S135# SSDP to have Perform Bi-Directional Shear wave of End Areas | PF-DRILCO | $20.00 | Inspection | | $3,300 |

☑ Insert Item

Notes:
** Prices may increase if band overlay is rejected for any reason and complete repair is needed. Customer will be notified before process begins.
** If any damages are not taken out by inspector these items will apply. Any Repairs / Inspections above and beyond this quote will be additional.

Thank you for the opportunity to quote this service and we look forward to being of service to you in the future.

J1008429 - Inspection on 165 Jts of 6.625 in S135# SSDP

Repair Total: $0
Inspection Total: $39,435
Grand Total: $40,510.00

[ Submit ]          [ Cancel ]

EXHIBIT 6

Customer Quote Register – 4831

THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS – PLEASE READ CAREFULLY.

1. Acceptance. By requesting services, equipment, products or rentals thereof from Smith International, Inc., Customer voluntarily elects to enter into and be bound by these General Terms and Conditions for any Order accepted by Smith International, Inc.

2. Definitions.

   a. "Smith", "Smith Bits" and/or "Smith Services" refers to Smith International, Inc., a Delaware corporation.

   b. "Customer" refers to the person, firm or other entity to which Smith Services, equipment products or rentals are supplied or provided.

   c. "Group" refers to either Smith or Customer and its respective co-interest owners, joint venturers, and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, contractors, subcontractors, consultants, agents, employees and invitees.

   d. "Claims" means all claims, losses, damages (including, but not limited to special, punitive, exemplary, consequential, compensatory, direct, indirect, incidental, or consequential damages), demands, causes of action, suits, proceeding, fines, penalties, taxes, judgments, liens, encumbrances, costs, obligations (including indemnities) and liabilities of every kind and character, under common law, equity, statute or otherwise, whether based on tort, contract or statute that may or could be asserted including, without limitation, actions in rem or in personam, civil or criminal actions, claims and/or causes of actions based on negligence, gross negligence, malice, intentional acts or omission, intentional infliction of emotional distress, equitable relief, joint and several liability, vicarious liability and/or misconduct, superior, personal injury, property damage, mental anguish, death, past or future loss of wages or earning capacity, strict liability, wrongful death, and all reasonable expenses investigation, settlement, defense and litigation court costs, attorneys' and experts' fees, arising out of, related to or in any way connected with these General Terms and Conditions or any Order.

   e. "Force Majeure" includes acts of God, fire, floods, lightning, blizzards, earthquakes, ice storms, named tropical storms and hurricanes, terrorism, insurrection, revolution, piracy, and war, strikes, lockouts, and labor disputes (other than those strikes, lockouts and labor disputes of the party claiming Force Majeure which are within such party's reasonable control and may be resolved through reasonable efforts), federal or state laws, rules and regulations of any governmental or public authorities having or asserting jurisdiction over the premises of either or both parties, inability to procure material, equipment, or necessary labor, despite reasonable efforts, or similar causes (except financial) beyond the control of the affected party and which, through the exercise of diligent effort, such party cannot overcome.

   f. "Order" means an oral or written work, service or purchase order or a service contract.

   g. "Products" mean oilfield goods, products, equipment, materials, supplies and manufactured articles sold by Smith Bits Group to Customer Group under these General Terms and Conditions.

   h. "Services" – mean all services provided by Smith Services Group to Customer Group under these General Terms and Conditions including all services and equipment required to carry out the Work.

   i. "Third Party" means a party not a member of Smith or Customer Groups.

   j. "Work" means Products, Services and/or rentals.

1. Terms
   - Cash in advance unless Smith has approved Customer's credit prior to the sale. Terms of sale for credit approved accounts are total invoice amount due on or before the 30th day from the date of invoice. Smith' invoice shall be deemed correct and shall evidence Customer's acceptance of products and/or services delivered, unless Smith receives written notice of any disputed items prior to the due date. However, Customer agrees to pay Smith any undisputed portion of an invoice as set forth above. Customer shall pay interest on past due balances at the lesser of 1.5% per month or the maximum allowed by applicable state or federal law. If Customer's account becomes delinquent, Smith shall have the right to revoke any and all previously applied discounts. Upon such revocation, the full invoice price without discount will become immediately due and owing and subject to collection. Customer hereby agrees to pay all fees directly or indirectly incurred in the collection of past due or delinquent accounts, including agency and attorney's fees.

2. Taxes. Customer shall pay any and all taxes or other levies (other than income taxes) imposable or imposed by any government, governmental unit or similar authority with respect to the charges made or payments received in connection with Smith' Work. Prices quoted to Smith do not include sales, value added tax, use or similar taxes and such taxes, where applicable, shall be added to the quoted prices and invoiced accordingly. If, subsequent to the effective date of an Order, tax legislation is enacted or reinterpreted in a particular jurisdiction requiring Smith to increase or adjust the taxes, duties or levies it collects on its Work, the Customer and Smith agree to meet in good faith to adjust Smith compensation until Smith can adjust its invoices accordingly.

3. Independent Contractor. Smith is an independent contractor with respect to the performance of the Work, and neither Smith nor anyone employed by Smith shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part hereof. When Smith' employees (defined to include Smith' direct, borrowed, special, or statutory employees) are covered by the Louisiana Workers' Compensation Act, La.R.S. 23:1021 et seq., Customer and Smith agree that all Work performed by Smith and its employees pursuant to these General Terms and Conditions are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and services for purposes of La.R.S. 23:1061 (A)(1). Furthermore, Customer and Smith agree that Customer is the statutory employer of Smith' employees for purposes of La R.S. 23:1061 (A)(3), irrespective of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Smith' employees, Smith shall remain primarily responsible for the payment of Louisiana workers' compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

4. Obligations of Customer.

EXHIBIT 6



Customer Quote Register - 4831

**(z) Well Conditions; Notification of Hazardous Conditions.** Customer, having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Smith with all necessary information to enable Smith to perform the Work safely and efficiently. Smith Products, Services and/or rentals are designed to operate under conditions normally encountered in the well bore or the work site; however, if hazardous or unusual conditions exist, Customer shall notify Smith in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS SMITH GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 5 (z).

**(b) Fishing Operations.** Customer shall assume the entire responsibility for operations in which Customer or its contractors fish, attempt to fish or perform any operation that may jeopardize the retrievability or the integrity of Products or rentals. Smith will, without assuming liability and if so requested by Customer, render assistance for the recovery of such Products or rentals.

### 1. Warranties and Disclaimers.

**(a) Oilfield Services.**

Smith Services warrants that all Services performed hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and Smith Services will give Customer the benefit of its best judgment based upon its experience interpreting information and making recommendations, either written or oral, as to the type or amount of material or service required or to be furnished, or manner of performance. In prediction of results; and, all such recommendations or predictions are opinions only, and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting oilfield services furnished by others.

    (i)    **Smith Services'** sole liability and Customer's exclusive remedy in any cause of action for breach of the foregoing warranties for services arising out of Services provided hereunder are expressly limited to, at Smith's sole option, (i) replacement or re-performance of the defective Services if practical or (ii) refund to Customer the invoiced portion of the defective portion of the Services.

    (ii)    **Smith** warrants to Customer that the inspection services to be performed hereunder shall meet current industry standards and , subject to standard conformity with Customer's written specifications. Smith makes no representation as to results. THERE ARE NO OTHER GUARANTEES OR WARRANTIES (NOR REPRESENTATIONS) HEREUNDER, EXPRESS OR IMPLIED, AND ALL OTHER WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, SUITABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE DISCLAIMED BY SMITH AND EXCLUDED FROM THIS AGREEMENT. NO AFFIRMATION, WHETHER BY WORDS OR ACTIONS BY SMITH, ITS AGENTS, EMPLOYEES OR REPRESENTATIVES SHALL CONSTITUTE A WARRANTY.

**(b) Oilfield Products.**

    (i)    **Smith Bits** warrants that Products furnished hereunder shall conform to the quality and specifications represented and relevant scope of work document. Smith Bits reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Smith Bits warrants all its Products to be free of defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location designated in the applicable Order.

    (ii)    The above warranty does not apply to: (i) rapidly wearing Products; (ii) ordinary wear and tear; (iii) Products that have been modified by anyone at Customer's request; (iv) Products supplied by Customer or purchased by Smith at Customer's request; (v) abnormal well conditions; (vi) incorrect specifications provided by Customer; (vii) aggressive fluids; (viii) consumables; (ix) improper storage; (x) handling of Products inconsistent with Smith Bits' recommendations; or (xi) due to causes outside of Smith Bits' control including, Force Majeure events, vandalism or improper voltage supply.

    (iii)    **Smith Bits'** sole liability and Customer's exclusive remedy under the foregoing warranty are expressly limited to the repair, replacement or refund of an equitable portion of the purchase price, at Smith Bits' sole option, of Products which prove to be defective within the warranty period as stated in (i) above. Any claim by Customer pursuant to Smith Bits' warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect with respect to which the claim is made. Defective items must be held for inspection or returned upon request to Smith Bits' Houston, Texas facility (or other facility designated by Smith Bits), transportation prepaid and return shipments at Customer's expense. Smith Bits shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Products returned to Smith Bits for which Smith Bits provides replacement under this warranty shall become the property of Smith.

    2.    **Rentals**

Rentals hereunder are warranted to be free from defects in materials and workmanship. In the event that defects in materials or workmanship appear, Customer's remedy shall be exclusively limited, in the sole discretion of Smith, to either (i) the replacement of affected rentals; or (ii) proportionate rebate of the rental price of the defective rentals.

    2.    **Third Party Warranties.**

For Work supplied by Smith's subcontractors, vendors, or suppliers, Smith shall assign third party warranties, if any, to Customer, to the extent such warranties are assignable.

    z.    **Customer Substitutions.**

In no event shall Smith be liable for the cost of substituted products, services or rentals obtained by Customer from others to cover any Work which is defective or otherwise not in compliance with the applicable Order.

    z.    **Express Warranties Only.**

EXHIBIT 6

Customer Quote Register - 4831

f.  NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY TEST OR DATA, THE DESIGN, ENGINEERING, PERFORMANCE, OR EFFECTIVENESS OF PRODUCTS, MATERIALS OR SUPPLIES USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED AND SMITH IS NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK NOR ARE THEY INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. SMITH WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA, NOR DOES SMITH GUARANTEE THE SAFE STORAGE, THE LENGTH OF TIME OF STORAGE OR LOSS OF PRODUCTS OR MATERIALS.

g.  THE FOREGOING WARRANTIES IN THIS CLAUSE 7 FOR WORK ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY, WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY (INCLUDING BUT NOT LIMITED TO COMPLIANCE WITH ANY GOVERNMENT REQUEST OR REGULATORY REQUIREMENT) SHALL NOT APPLY. SMITH WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN. FURTHER, CUSTOMER SHALL BE RESPONSIBLE FOR AND AGREES TO RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS SMITH GROUP FROM AND AGAINST ANY AND ALL WARRANTY CLAIMS (DIRECT OR INDIRECT) THAT ARE NOT BASED ON, OR EXCEED THE LIMITATIONS OF, THE EXPRESS WARRANTIES SET FORTH IN THIS CLAUSE 7.

**8. Title and Risk of Loss.**

(a)  Unless otherwise agreed between the parties, title to and risk of loss for Products sold will pass to Customer upon delivery to a common carrier at Smith Houston, Texas facility (or other facility designated by Smith). Customer will pay or reimburse Smith for all freight, preparation, and in-transit insurance costs from the time of delivery. Customer agrees that title to and risk of loss for Products will pass to and remain with Customer, even if Smith agrees to store the Products at a Smith location until Customer requests delivery.

(b)  The time, method, place or medium of payment will not in any way limit Smith rights in and to the Products until payment has been received in full. On all Orders, Smith shall retain a security interest in the Products to the extent of any unpaid balance of the purchase price therefor, and Smith may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received and accepted by Smith.

**9. Delivery, Storage, Shipment, Insurance and Freight.**

All prices are Ex-Works Smith's facility. Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products and/or rentals on the scheduled delivery date, Smith reserves the right to either cancel the Order in full or store the Products and/or rentals at Customer's expense. Method and route of shipment are at Smith's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Smith may fill an Order by separate shipments of various portions of the Products and/or rentals and an Order is severable as to all such shipments. Packing, carting, shipment to port or to dock side, customs charges and all other costs relating to shipment, exportation and importation shall be at Customer's expense.

**10. Rental Equipment and Services.**

Rentals shall remain the property of Smith and shall be returned upon demand. Customer shall be liable for any loss of or damage caused to Smith rentals while such items are within Customer's custody and control or below the rotary table, save and except ordinary wear and tear. Customer shall be liable for the cost of replacement of such rentals, such cost to be determined according to Smith then current price list, price book, proposal and/or quotation. Accrued rental charges shall not be applied to the sales price or repair cost of the lost or damaged rentals. Smith shall retain title to all damaged or lost rentals and no title or other interest in damaged or lost rentals shall accrue to Customer in such instance.

**11. Stocking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Smith facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS SMITH FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOODS OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF SMITH.

**12. Cancellation, Returns and Claims.**

(a)  Orders for Products or rentals of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Smith and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Smith prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b)  Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Smith shall immediately have the right, without notice, liability, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS SMITH FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO SMITH FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**13. Modification of Tools.**

(a)  Smith rentals may not be dressed, changed, altered, or in any way modified by Customer, by anyone designated by Customer, or by an employee of Smith without the express and specific approval of a manager or officer of Smith. In the event Smith rentals are so dressed, changed, altered, or in any way modified by Customer, Customer agrees to purchase such rentals at the current Smith sales price.

EXHIBIT 6

(b) Standard rental tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Smith' sales price, and an additional charge equal to the cost of the alterations, plus twenty-five percent (25%).
(c)
Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

14. Compliance with Laws.

Smith and Customer respectively agree to comply with all laws, statutes, codes, rules, and regulations, which are now or may become applicable to operations arising from or in connection with an Order subject to these General Terms and Conditions or arising out of the performance of such operations.

15. INDEMNITIES.

a. Personal and Property.

1. Except as set forth in Subclause (b) (vi) BELOW, SMITH SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP AND ITS INSURERS FROM AND AGAINST ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH damage to or loss or destruction of property of or the personal and/or bodily injury, illness or death of any member of Smith Group arising out of or in connection with these general terms and conditions of the work provided hereunder.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS SMITH GROUP AND ITS INSURERS FROM AND AGAINST ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL AND/OR BODILY INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THESE GENERAL TERMS AND CONDITIONS OR THE WORK PROVIDED HEREUNDER.

(b) Special Indemnity. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER SHALL BE RESPONSIBLE FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS SMITH GROUP AND ITS INSURERS FROM AND AGAINST ALL CLAIMS brought by or on behalf of any member of Customer Group, Smith Group or any Third Party arising out of or in connection with: (i) property damage, personal and/or bodily injury or death or loss that results from fire, explosion, blow-out, cratering, wild well or work performed to control a wild well, including but not limited to, damage to or loss or destruction or replacement of any equipment, drilling rig/unit/vessel, platform or other fixed or floating structure (in the case of services provided offshore), including oil/gas production facilities or pipelines, at or around a site (including any downtime, remediation or recovery time); (ii) property damage or loss that results from pollution, contamination, or radiation damage (including environmental pollution, contamination or damage), including containment, clean-up and remediation of the pollutant and contamination, whether or not required by an applicable federal, state or local law or regulation; (iii) property damage or loss that results from reservoir or underground damage, including loss of oil, gas, other mineral substances, or water or the well bore itself, and surface damage arising from subsurface or subsea damage; (iv) cost to control a wild well, underground or above the surface, including any redrilling or reworking and related clean up costs; (v) subsurface trespass; or (vi) loss of or damage to Smith Group's property, equipment, materials, products or rentals, including but not limited to, recovery, repair and replacement expenses, when such loss or damage occurs: (a) IN THE HOLE OR BELOW THE ROTARY TABLE, (b) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER GROUP, (c) WHILE LOCATED AT THE WELL SITE WHEN SMITH' PERSONNEL ARE NOT PRESENT, (d) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS OR THE SITE, OR (e) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A SMITH EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (a) ABOVE, THE PROPERTY, EQUIPMENT, MATERIALS AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE LANDED REPLACEMENT COST AND RENTAL CHARGES OR THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH SMITH RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

(c) APPLICATION OF INDEMNITIES. THE ASSUMPTION OF LIABILITY AND INDEMNITIES EACH PARTY ASSUMES HEREIN SHALL APPLY TO ANY SUCH CLAIMS WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRAHAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THE EXECUTION OF THIS AGREEMENT, OR THE SOLE, JOINT, CONCURRENT, GROSS, ACTIVE OR PASSIVE NEGLIGENCE OR BREACH OF DUTY (STATUTORY OR OTHERWISE) OR OTHER FAULT OF ANY MEMBER OF THE THOMAS TOOL GROUP OR CUSTOMER GROUP, AS APPLICABLE.

(d) Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in these General Terms and Conditions conflicts with, is prohibited by or violates public policy under any federal, state or other law determined to be applicable to a particular situation arising from or involving any services, equipment and/or products hereunder, it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to conform with, not be prohibited by and avoid violating public policy under such applicable law.

16. Incidental or Consequential Damages.

Notwithstanding anything to the contrary herein, Customer Group shall be responsible for and agrees to release, protect, defend, indemnify and hold harmless Smith Group from and against any and all Claims made by any member of Customer Group or any Third Party for punitive, incidental, consequential, indirect or special damages, including, without limitation, loss of use, loss of data, loss of assets, loss of or delay in production, loss of profit, loss of business, or business interruption or downtime and without regard to the sole, joint, concurrent, gross, active or passive negligence or breach of duty (statutory or otherwise) of Smith Group.

17. Insurance.

Each party, as indemnitor, agrees to support the indemnity obligations it assumes hereunder, by obtaining at its own cost, adequate insurance for the benefit of the other party as indemnitee, with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the Indemnified Group and its insurers and name the Indemnified Group as additional insured(s) and loss payee, and to the same extent such coverage shall be primary to that carried by the Indemnified Group. Customer shall not self-insure without the written consent of Smith.

18. Limitation of Liability.

Notwithstanding anything to the contrary herein, except as provided under Clause 15. (a) 1. Smith' liability arising from or in connection with an Order subject to these General Terms and Conditions (whether for indemnity, breach of contract, negligence, misrepresentation, or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Smith under such Order.

19. Employee Solicitation.

Except with the prior written consent of Smith, Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Smith' employee, consultant or representative to leave, terminate or otherwise end his/her association with Smith in order to become an employee, consultant or representative of Customer until at least one (1) year has elapsed from Customer's receipt of the final invoice for the Work.

20. Intellectual Property.

EXHIBIT 6

Customer Quote Register - 4831

While performing Work for Customer, Smith may utilize Smith' intellectual property and/or develop additional expertise, know-how, inventions, ideas, designs, methods, or processes which are Smith' exclusive property and which Smith may freely utilize in providing services for its other customers. Except where expressly and specifically indicated in writing in a separate development agreement, and in exchange for appropriate payment, Smith does not develop any intellectual property (including copyrights, patents, expertise, know-how, inventions, ideas, designs, methods and/or processes) for ownership by Customer under any Order subject to these General Terms and Conditions, and Smith shall own any inventions, ideas or designs (whether patentable or not) solely suggested by Customer, its personnel or contractors. Customer also shall retain sole ownership of any such intellectual property created during the course of Work hereunder. Notwithstanding the foregoing, Customer shall also own any inventions, ideas or designs (whether patentable or not) solely suggested by Customer, its personnel or contractors; characterizations thereof provided to Customer by Smith, subject to any confidentiality obligations, Smith may use such data internally to improve its products and services and to refine its computer models.

**21.  Publicity.**
Unless required by applicable laws, rules or regulations; neither party shall issue, publish or permit any member of its respective Group to issue any press release or otherwise publicize or cause any member of its respective Group to publicize any information with respect to the content of any Order; (i) the Work contemplated to be performed subject to these General Terms and Conditions, and/or (ii) any transactions or occurrences arising as a result of such performance, without the prior written approval of the other party.

**22.  Severability.**
If any part of these General Terms and Conditions contravene any applicable statutes, regulations, rules, or common law requirements, then, to the extent and only to the extent of such contravention, such part shall be severed from these General Terms and Conditions and deemed non-binding while all other parts of these General Terms and Conditions shall remain binding.

**23.  Amendment; Entire Agreement; No Waiver.**
No modification of these General Terms and Conditions shall be of any force or effect unless in writing and signed by an authorized signatory of both parties.  These General Terms and Conditions constitutes the entire understanding between the parties with respect to its subject matter and supersedes and cancels all prior agreements, negotiations, understandings (written or oral) and discussions of the parties in relation to its contents.  Failure to enforce any one of the terms and conditions of these General Terms and Conditions in a particular instance or instances shall not constitute a waiver thereof or preclude subsequent enforcement thereof.

**24.  Force Majeure.**
Either party will be excused from complying with the terms and conditions of these General Terms and Conditions and the applicable Order if, to the extent, and for as long as, such party's compliance is delayed or prevented by a Force Majeure event.  A Force Majeure event will not excuse making payments pursuant to an applicable Order or other commercial writing, performing indemnity obligations, or other duties not directly limited by the Force Majeure event.  If a party is rendered unable, wholly or in part, by a Force Majeure event to perform, that party will give written notice detailing such Force Majeure event to the other party as soon as reasonably possible.  If a Force Majeure event continues without interruption for ten (10) days, either party may cancel the applicable Order by giving written cancellation notice to the other party.

**25.  Governing Law.**
Where any Work is to be provided in a geographic location covered by the General Maritime law, General Maritime law shall apply and shall govern the validity, interpretation, and performance of any Order subject to these General Terms and Conditions.  In those instances where the General Maritime law does not apply, the law of the State of Texas shall apply and govern the validity, interpretation, and performance.  The parties agree that, the law of the selected jurisdiction shall apply exclusive of any principles of conflicts of laws that would require application of the substantive laws of another jurisdiction.  Any suit or proceeding hereunder shall be brought exclusively in state or federal courts located in Harris County, Texas.  Each party consents to the personal jurisdiction of the state and federal courts of said county and waives any objection that such courts are an inconvenient forum.  References to any act, law, statute, rule, or regulation shall be deemed to include references to such as the same may be amended, replaced or reenacted from time to time.

Customer hereby acknowledges and agrees that all work, products and services provided by Smith International, Inc. shall be subject to the terms and conditions set forth in this Contract.

Customer:

By: _____

Name: _____

Title: _____

Company: _____

Date: _____

https://slb001.sharepoint.com/sites/smithdebsc/_layouts/15/FormServer.aspx?XmlLocation...    7/8/2019

EXHIBIT 6