## Exhibit 7

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

Stewart F. Peck

TEL: 504.568.1990 | FAX: 504.310.9195

E-mail: speck@lawla.com

October 30, 2020

**VIA U.S. CERTIFIED RETURN RECEIPT**
**AND FACSIMILE – (201) 447-0474**

Ridgewood Katmai, LLC
1254 Enclave Parkway, Suite 600
Houston, TX 77077

Ridgewood Katmai, LLC
14 Philips Parkway
Montvale, NJ 07645

Re:   Demand for Payment
Our File No. 37647.200676

Dear Sir or Madam:

Enclosed please find copies of the Statement of Privilege recorded by Atlantic Maritime Services, LLC ("Atlantic") against the following property:

| | |
|---|---|
| **Title of Document:** | Statement of Privilege |
| **Claimant:** | Atlantic Maritime Services, LLC |
| **Parishes:** | Plaquemines, Jefferson, Lafourche, and Terrebonne |
| **Lease:** | OCS-G-34536 |
| **Field:** | Green Canyon Block 40 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $6,973,379.03 |

The records of BOEM indicate that you own a working interest in the above property.

Demand is hereby made upon you to pay Atlantic $6,973,379.03, together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent of the amount sought to be collected.

Failure to pay Atlantic $6,973,379.03 within seven (7) days from date hereof will leave Atlantic no alternative but to file a Complaint against you in the United States District Court for the Eastern District for Louisiana seeking the recognition and enforcement of its privilege, i.e. its Louisiana Oil Well Lien, against your interest in the above property for the aforesaid amount. Additionally, pursuant to La. Rev. Stat. 9:4871, Atlantic will seek a Writ of Sequestration, without the necessity of furnishing bond, be issued.  If you have not appointed an agent for service of process or do not have a registered office in Louisiana, we also reserve the right to attach the

**EXHIBIT 7**

...

October 30, 2020
Page 2 of 2

property for purposes of jurisdiction over you.  Once the Writ of Sequestration is issued, Atlantic will record it in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne and with BOEM to effectuate a paper seizure of your working interests and other rights in the above described property.

Nothing herein shall be construed as Atlantic taking any action whatsoever against the Operator, Fieldwood Energy, LLC or any of its affiliates or any of their interests or rights they may have in the above described property, as Atlantic is stayed from proceeding against same pursuant to 11 U.S.C. §362.  Atlantic does, however, reserve the right to seek to move to lift the stay order in the Fieldwood Chapter 11 proceeding to have your interest sequestered and seized as to any proceeds payable to you from the sale of hydrocarbons attributed to your interest against which Atlantic's liens attach.

Very truly yours,

Stewart F. Peck

SFP/yam
Enclosures

**EXHIBIT 7**

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

07/16/2020 11:34:20 AM JEFF PAR 6376320 mgw $315.0
INST. 12032371  MORTGAGE BOOK 4886  PAGE 226

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: ___JASON R. MORGANELLI___
Title: ___PRESIDENT___

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

___Juanita Floor___
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2008256 |
| INVOICE DATE: | 6/8/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $     678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

*B W tt*
Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

| Coding: BU10079 | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

**EXHIBIT 7**

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

June 2020

WELL NAME / LOCATION:    AFE          G.C. 40 #1 COMPLETION
                                       FV202002

| DATE | DESCRIPTION OF WORK | OPERATING $188,000 | STANDBY REDRILL RATE $181,300 | STANDBY REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $165,000 | MOVE $181,300 | FORCE MAJEURE $100,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $16,533.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,533.33 |

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

Robert Ray
Robert Ray
10-05-2020

6-5-2020

6-5-20

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month/Year: June 2020
Contract #: C04-17191
Customer: Fieldwood
Well name: G.C. 42 #1 Completion, Reginal

Cost Centers
AFE Number FW 300203
Work Orders
Purchase Orders

| DATE | DFW 750 @ 100% | STBY 750 @ 95% | NPA 30232678 700 (10 hour allowance per month) thereafter 0 rate | RRP SHARE 750 (10 hour allowance per month) thereafter 0 rate | FORCE MAJEURE 7592 @ 95% | In hole Spares 804 @ 75% | Mob rate applicable Air repail rate as percent of monthly billed hours | TOTAL HOURS | Valaris | OPERATOR | Valaris Catering | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments | Total PCS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | | 197.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | | 197.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 16.00 | 61.00 | | | | | 195.00 |
| 6/4/2020 | 14.00 | | | | | | | 14.00 | 91.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | | 191.00 |
| TOTALS | 86.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 | 384.00 | 28.00 | 76.00 | 81.00 | 240.00 | 0.00 | | | | 197.00 |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

| 1200/Day | $ | 185,000.00 |
|---|---|---|
| In hole/Spares 100 / Day NPD | $ | 200,000.00 |
| In hole/Spares 100%/Day | $ | 188,000.00 |
| 100%/hr NPD | $ | 8,333.31 |
| 100%/hr | $ | 7,766.35 |
| PD/hr | $ | 7,664.47 |
| PD/hr 100%/hr NPD | $ | 2,115.67 |

Total billable for the month $ 673,333.33

Fieldwood Client Representative

Fieldwood Client Representative Signature

Date:

Fieldwood Drilling Supt.

Fieldwood Drilling Supt. Signature

Date:

Rig Manager: Dinny Sharry

Rig Manager Signature

Fieldwood Drilling Asst. Signature

Date: 06-07-2020

Date:

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 569-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:   FWD2006254
INVOICE DATE:   6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM   45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:   $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

Coding: BU10079
(5,727,291.64) 10417- 110-4202-810101
-           10417- 110-4202-810102
-           10417- 110-4202-810110
(7,708.36) 10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 7

R202 Billing worksheet_2020 – May 2020

FIELDWOOD
Rosside

WELL NAME / LOCATION:        G.C. 40 #1 COMPLETION
                            FW202002
AFE

May 2020

|       |      | OPERATING | STANDBY | REDRILL RATE | Zero rate | REPAIR | REPAIRS | | MOVE | FORCE MAJEURE | TOTAL |
| DATE | DESCRIPTION OF WORK | $165,000 | $151,300 | $168,500 | $0 | SURFACE $165,000 | SUBSEA $165,000 | | $151,200 | $165,000 | HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,737,291.54 | $0.00 | $0.00 | $0.00 | $7,700.33 | $0.00 | | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT 7

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15

Robert Roy    6-01-2020

Sean Collins    6/1/2020

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month/Year: May 2020
Contract: OC542-27274
Operator: [illegible]
Well name: G.C. 479-1 Overview, Infinal

Cost Center:
All Numbers Per 01001
Work Order:
(Purchase Order)

| Date | Total Hours | OPERATING HOURS | | | | | | | REDUCING | | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW HIGHLIGHTS | Comments | Total P/D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Waiting | Operating | Vehicle Offshore | Vehicle Rig Party | Completion (Third Party) | | | | | |
| 5/1/2020 | 24.00 | | | | | | | | 96.00 | 10.00 | 15.00 | 5.00 | 67.00 | | | | | 131.00 |
| 5/2/2020 | 24.00 | | | | | | | | 96.00 | 11.00 | 13.00 | 4.00 | 68.00 | | | | | 138.00 |
| 5/3/2020 | 24.00 | | | | | | | | 96.00 | 11.00 | 18.00 | 4.00 | 61.00 | | | | | 135.00 |
| 5/4/2020 | 24.00 | | | | | | | | 96.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 191.00 |
| 5/5/2020 | 24.00 | | | | | | | | 99.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | 200.00 |
| 5/6/2020 | 24.00 | | | | | | | | 96.00 | 8.00 | 20.00 | 1.00 | 60.00 | | | | | 188.00 |
| 5/7/2020 | 24.00 | | | | | | | | 94.00 | 8.00 | 20.00 | 2.00 | 61.00 | | | | | 188.00 |
| 5/8/2020 | 24.00 | | | | | | | | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 184.00 |
| 5/9/2020 | 24.00 | | | | | | | | 91.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 182.00 |
| 5/10/2020 | 24.00 | | | | | | | | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | 189.00 |
| 5/11/2020 | 20.00 | | | | | | | | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 183.00 |
| 5/12/2020 | 24.00 | | | | | | | | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/13/2020 | 24.00 | 1.00 | | | | | | | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 165.00 |
| 5/14/2020 | 24.00 | | | | | | | | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/15/2020 | 24.00 | | | | | | | | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 184.00 |
| 5/16/2020 | 24.00 | | | | | | | | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | | 183.00 |
| 5/17/2020 | 24.00 | | | | | | | | 89.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 174.00 |
| 5/18/2020 | 24.00 | | | | | | | | 98.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 184.00 |
| 5/20/2020 | 24.00 | | | | | | | | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 184.00 |
| 5/21/2020 | 24.00 | | | | | | | | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 190.00 |
| 5/22/2020 | 24.00 | | | | | | | | 92.00 | 4.00 | 18.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/23/2020 | 24.00 | | | | | | | | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 184.00 |
| 5/24/2020 | 24.00 | | | | | | | | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | 164.00 |
| 5/25/2020 | 24.00 | | | | | | | | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | | 124.00 |
| 5/26/2020 | 24.00 | | | | | | | | 93.00 | 7.00 | 16.00 | 12.00 | 74.00 | | | | | 164.00 |

**EXHIBIT 7**

| Date | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 78.00 |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 14.00 | 60.00 |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 |
| TOTALS | 744.00 | | | | | 0.00 | | 744.00 | 2931.00 | 282.00 | 331.00 | 372.00 | 1793.00 |
| | | | 0.00% | 0.00% | 0.00% | 0.00% | | 10.00% | | | | | |

Total Weeks for the Month  $  3,726,050.00

\$  3,726,050.00
100%/Day        186,000.00
In hole/Schit 100 / Day MPD   300,000.00
In hole/Release 100%/Day     186,000.00
100%/hr MPD      8,333.33
100%/hr          7,750.00
BNK/hr           7,354.17
BNK/hr MPD       8,166.67

Field-wood Client Representative:

Field-wood Client Representative Signature:

_Dinny Sharry_

Date:

Rig Manager:   Brian Rodgers        Date:

Field-wood Drilling Supt.:

Field-wood Drilling Supt. Signature:

Date:

Rig Manager Signature:

Date:

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE:   $        270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 6 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 68 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 76 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 48 | 68 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\...\Desktop\May 2020 3rd Party Bunk Meals.xlsx

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Katmai, AFE: FW202002, Routing #680047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Autorated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Arbor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlocHawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlueFire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bursar Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Catco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claiant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cravins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosevy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HycroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervel | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai  AFE: FW202002  Routing#580047

Company/Man. APPROVAL:

OIM APPROVAL:

*Group (Date):*
- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilgistics
- One Subsea
- OTI (OII Field Instr.)
- OGEG
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protochnics
- Protochnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- RigNet
- Rig Chem
- RPS Group Inc.
- SCS
- Scientific Drilling
- Schlumberger
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Perf
- Superior Energy
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Workstrings
- Vanta Global
- Weatherford
- Wellbore
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

Signature: *B. Batton  5-31-2020*

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

ACCT. CODE 3060-45

EXHIBIT 7

# Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE#: FW202002, Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Belleys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | 1 | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwara | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | 2 | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claifant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | 2 | 2 | | 2 | | 2 | | | 2 | | | | | 2 | | | 2 | | 2 | | 2 | | | 2 | | | 2 | | | 2 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosav | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exorn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 10 | | 4 | 4 | 4 | | 4 | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | 4 | | | 4 | | | 4 | |
| FRANKS INTL | | | 14 | 21 | 21 | | | 10 | | | 11 | | | | | | | | | | 10 | | | | | | | | | | | |
| Figaro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gullstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | 11 | | | | 21 | | 21 | | | | 11 | | | | 11 | | | | | | | 10 | | | | 11 | | | 13 | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | 20 | | 16 | | | | | | | | | | 6 | |
| Intewell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyd's Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | 1 | | | | | | | 1 | | | | | | | | | | | | 1 | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7


**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                    $                6,500.0

Handling Charges @ 5%(601)                                         $                 325.0(

AMOUNT DUE:  $                6,825.0(

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$     (6,500.00)  024000.10417.4202.110
$       (325.00)  810510.10417.4202.110
$     (6,500.00)  810650.10417.4202.110
$      6,500.00   919250-10417.4202.110

ED

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date | 5/6/2020 |

Bill
To:  EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:  Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

**HOOVER FERGUSON**

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:  Delivered by Hoover

Customer PO:  10013-0000457578
Customer No:  206081
Shipment Date:  4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

RahKell

EXHIBIT 7



**HOOVER FERGUSON**

## Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via:      Delivered by Hoover

Customer PO:      10013-0000457578
Customer No:      206081
Shipment Date:    4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
          620 MOULIN ROAD
          BROUSSARD LA 70518
          USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page     1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | Gll ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99              HTS NO:3923210000           UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|-------|-----------|---|---|---|
| OIM          DATE | | FWF | | |
| RIG MGR / OPERATIONS MGR   DATE | | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER          DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____   DATE FAXED:_____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE: 3060-15

L. Bidler 4-22-2020

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitues        Item Desc :

ECCN NO:  EAR99                     HTS NO:3923210000                     UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY  FR NO:  0000235125 |
|---|---|---|---|---|---|
| OIM | DATE | FWF Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | | BUYER        DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____    DATE FAXED:_____

AFE:        FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

**EXHIBIT 7**

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

**NOV**
INVOICE#10582045 DATED:4/29/2020                              $              3,605.0

**MARTIN ENERGY SERVICES**
INVOICE#729958 DATED:4/23/2020                               $              4,750.00

Handling Charges @ 5%(601)                                   $                417.7

AMOUNT DUE:   $              8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

$     (8,355.04)  024000.10417.4202.110
$        (417.75)  810510.10417.4202.110
$     (8,355.04)  810650.10417.4202.110
$      8,355.04   919250-10417.4202.110

ED

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560    .
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | . 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | |
|---|---|
| Due Date: 2020-06-28 | Remit To:    NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | P. O. BOX 201202 |
| Payment Method: ACH | DALLAS, TX 75320-1202 |
| | USA |
| Payment Currency: USD | Beneficiary Bank: |
| Terms: 60 | Beneficiary Branch: |
| Discount Due Date: | Account Number:    4496880154 |

EXHIBIT 7



AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

Cost Code 3060-15
S. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:10013
Req ID:5560000234902
Date: 04/13/2020
Page: 1

**Attention: WAREHOUSE**

REQ Type     Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | GRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 / 154885 | EA | DIES,HYDRALIFT,154885-71,GRIT FACE | 150.21 / 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99      HTS NO:8431438010      UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:** 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL.

**EXHIBIT 7**

---

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Field ETRR No. by Item

PURCHASING ONLY   FR NO:     0000234902

_____      _____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

R4202          04/13/2020
OIM                 DATE

RIG MGR / OPERATIONS MGR          DATE

NOTE: Any additions or deletions must be initialed

_____      _____
BUYER                                    DATE

DATE ENTER

NO:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:

APPROVED



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Sold To:
ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To:  C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W<br>♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦<br>Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 212108 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 227358 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig:<br>RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C
H
E
C
K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W
I
R
E
Regions Bank
Account # 0114620625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

**EXHIBIT 7**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN** ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 227354 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 369532 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 100538-11,984635-13 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 100787-21,98169-8 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 97554-17,100787-17 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 98483-1,97836-4 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 98485-7,100787-1 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

| MESSAGES |
|---|
| |

| PAYMENT REMITTANCE |
|---|

C H E C K  MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95353
Grapevine, TX 76099-9733

W I R E  Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

◆ ◆ ◆ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ◆ ◆ ◆

DOC. CONTROL # 0/23202020205734

EXHIBIT 7

# Valaris

#436525

**Purchase Order** Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 620 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States    CPort 2 | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | | SUPPLIER SHIP METHOD: |
| United States | CC-200 | |
| PHONE: 337 785 3400 | | |
| DISPATCH TO: mesoffshore@martinmlp.com | 12209 | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
| BUYER:   Ernestine Castillo | CURRENCY:        USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:   tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:  281/272-4043 | REQ TYPE:        REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:       OPERATOR EXP. | 4 - Other see notes in PO |

| Line | Item Number / | Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:              ECCN No:                GL Acct Cd:  10417-024000-4202-110                 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:              ECCN No:                GL Acct Cd:  10417-024000-4202-110                 AFE Cd:

Total PO Amount                              4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ('ORDER'), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS. EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7

# FUEL/YARD TICKET

NO 960061



**MARTIN ENERGY SERVICES**

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



FYI

JDE # 436525
Branch Plant 18015090

☐ TRANSFER  ☐ REPACK  ☑ SALE  ☐ CO-USE

| BILL TO: Enscotexan | CUSTOMER NO. 3480 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-342-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED          AM/PM | TIME FINISHED          AM/PM | HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100533-11 |
| | CRANE | TK# 212106 | Sling# 98435-13 |
| | FORKLIFT | Manifest# 304652 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel fuel, 2, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | date tank Sling | | 10 | 10 |
| | | TK# 43056434 | Sling# 100787-81 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42319.36 | Sling# 94554-17 | | |
| | | TK# 214119 | Sling# 100782-17 | | |
| | | TK# 206836 | Sling# 98483-6 | | |
| | | TK# 174018 | Sling# 94836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 318532 | Sling# 100787-1 | | |

| | DRUMS DELIVERED | | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | G A U G I N G S | | | |
| TERMINAL          SUPPLIER          BOL#          METER TKT. #          TRUCK#          TRAILER # | | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

| MEDIA OF PAYMENT  ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ | INITIALS | TOTAL REC'D, $ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mos/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4738

APPROVED BY: X _____ Cody Ledet _____ Michael Conner
Customer Signature                                    Martin Energy Services Representative

X _____ BOL 13628384          4879-29207
Martin Driver Signature                    Truck and Trailer No.

REV. 12/16
FORM NO. 107

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type      Rental

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

Total Requisition Amount        4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000234936 |
|-------|-----------|---------|---------|---------|
| OIM | DATE | FWE | | |
| | OIM - 4/15/20 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Lonne Butler | | |
| NOTES: Any additions or deletions must be initialed | | Rep Signature | | |
| | | Larre Butler | | BUYER          DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____         DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Eren Demet

↩ Reply    ↩ Reply All    → Forward

Thu 5/14/2020 9:16 AM

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-3315m
Brian.rodgers@valaris.com

**EXHIBIT 7**


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | — |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:   $                   265,300.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $  (64,816.84) | 912812.10417.4202.110 |
| $   64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002  Routing#580047

(Illegible spreadsheet table of vendor names with daily charges for dates 1–31. Vendor rows include: AISB LTD, ABS, Amgel, Airgas, Aker, Aqua Tech, Authorized Production, Archer, Bailors, Baker Hughes, Bedrock Petroleum, BHGE, Blackhawk, BSEE, Bucware, Burner Fire Control, Cajun Cutters, Cameron, Celco, ChampionX, Choitel, Clarant, Cavins, CoreLab, Danos, Deep Gas DS, DGO, Diversified, Dril-Quip, Dynamic Industries, Epsilon, Elite Corners, EPS, Eagles Services, Expro, FDP Pipe Washing, Fleetwood, FMC, FRANKS INTL, Frogro, GAIA, GE Oil & Gas, GSI, GulfStream, HALLIBURTON Speay, HamCarbon, Impact Selector, Interwell, Liberty Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANBERING, OES, Oilstates, One Subsea, OFI (Oil Field Instr.), OXEC, One Surface, OTC, Pharmacals, PHI Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, ProgressIva, Professional Rental Tools, PRT, Quality Energy, QPS, RhI Chem, Rowal, RPS Group Inc., Schlumberger, Scientific Driller, SCE, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf, Southern Fab, Telio-Ivea, TEMS, Tetra, TNW, Total Safety, Tiddale, TGI, Tubular Solutions, Volts Global, Worldclass, Weatherford, Wellbore, Welmo, WRR)

TOTAL

TOTAL OVER$

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



Rowan Katmai AFE on April 8th.

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE: 3060-45
J. Butler
-5-1-20

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ⊘ Evon Derwet

Reply | Reply All | → Forward

Fri 3/14/2020 2:16 AM

Follow up. Start by Thursday, May 14 2020. Due by Tuesday, May 14, 2020.

Approved

Brian Rodgers | Rosebank Rig Manager,
5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5130 | +1 832-205-8315m
brian.rodgers@nobleish.com

EXHIBIT 7



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV | | |
| INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| | | |
| ACUMENINTERNATIONAL | | |
| INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| | | |
| Handling Charges @ 5%(601) | $ | 185.25 |

AMOUNT DUE:  $            3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
3A #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |
| | ED | |

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 . | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:          NATIONAL OILWELL VARCO, L.P.
                   SUPPORT SERVICES
                   P. O. BOX 201202
                   DALLAS, TX 75320-1202
                   USA
Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT 7

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
68... BOUILLIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 5000023 5769   OPEN
Date: 05/19/2020
Page    1

Attention: WAREHOUSE

REQ Type        Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154085 | EA | DIES,HYDRALIFT,15/685/+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

**PURCHASING USE ONLY**

ECCN NO: EAR99

Line Item Exempt: N
Available Sustitutes

Item Desc:

NATIONAL OILWELL VARCO QUOTE# 1609931

HTS NO:8431438010

UNSPSC NO:

Total Requisition Amount:    3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

List all Field
ETRR No. by Item

AFE:          FW202002
Lease:        GC 40 #1
Project:      Katmai
Engineer:     K.Dufrene
Routing #:    580047

Acct Code # 7060 - 15
5/19/20

| | | |
|---|---|---|
| R4202 | 05/19/2020 | |
| OIM | DATE | PURCHASING ONLY FR NO:   0000235769 |

RIG MGMT / OPERATIONS MGR _____ DATE _____

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____ Operator (Print)
_____ Rig Signature
_____ Rep Name (Print)

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____

BUYER                           DATE

**EXHIBIT 7**

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

Please reference this Quote Number on all correspondence.

# Sales Quote Acknowledgement

**Invoice To**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | Quote Exp Date  05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE |
| Ret/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER |
| Branch | | Carrier | ENSCO MOULIN CONSOL |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865*71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:   MTS
Country of Origin: NORWAY
Unit Weight:  0.16 LB      Total Weight: 3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | |
|---|---|
| Sub-Total | $3,605.04 |

**Total Sales Quote Acknowledgement 1609931 Rev 1:**     $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR | MTS = MADE TO STOCK | MTO = MADE TO ORDER |
|---|---|---|
| STOCKING LINE CRITERIA | ESP = EMERGENCY SPARE | GOODS CANNOT BE |
| IF TRYING TO RETURN | WE WILL TAKE BACK WITH | RETURNED |
| GOODS SUPPLIED: | 20% RESTOCKING FEE | |

EXHIBIT 7

# Acumen International



**INVOICE**

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    Fax 713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| Payments/Credits | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013   OPEN
**Req ID:** 0000236183
**Date:** 06/03/2020
**Page** 1

**Attention:** DRILL CREW / TOOLPUSHER

**REQ Type**   Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRITL RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 8478 | EA | VALVE,MATTCO,8478,CHARGING,750 0 PSI,F220 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

**PURCHASING USE ONLY**

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO: 8481809050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 6-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  _____   NO:  _____     DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013   OPEN
**Req ID:** 0000236183
**Date:** 06/03/2020
**Page** 2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO:8479899696          UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | GAUGE,MATTCO,6488,10090 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | **NOTE:** Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  0000236163 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____          DATE FAXED:_____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

**Business Unit:** 10013   OPEN
**Req ID:**0000236183
**Date:** 06/03/2020
**Page:**  3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | |

Available Sustitutes      Item Desc :

ECCN NO: EAR99                 HTS NO:9026200000                     UNSPSC NO:

| 6 | 6 | 024000
077270087002 | EA | GASKET,ACUMEN
INTERNATIONAL,0772-70-0870-02,
P-109 | 16.00
108.00 | 55- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                        HTS NO:                              UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by Item | | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| Line Item Exempt :  | 6/5/20  | Rep Signature | | | |
| RIG MGR./ OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Mansir

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

**AFE #:** FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                    $              4,150.11

Handling Charges @ 5%(601)                                        $                 207.51

AMOUNT DUE:   $              4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11)  024000.10417.4202.110
$     (207.51)  810510.10417.4202.110
$   (4,150.11)  810650.10417.4202.110
$    4,150.11   919250.10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE                1

INVOICE DATE        6/10/2020
INVOICE NO          58061

S   E06
O   VALARIS (ENSCOROWAN)
L   C/O ENSCO OFFSHORE CO.
D   PO BOX 570788
    HOUSTON, TX 77257-0788
T
O

S   000001
H   ROWAN RESOLUTE
I   (VALARIS RESOLUTE)
P   620 MOULIN ROAD
    BROUSSARD, LA 70518
T
O

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020    | 00035536 | 6/10/2020  | 6/10/2020 |         |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|------|------|------|------|----------|--------|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|------|------|------|------|------------|----------|

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



**MATTCO MANUFACTURING, INC.**
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

| | |
|---|---|
| **S O L D T O** | E06<br>VALARIS (ENSCOWAN)<br>C/O ENSCO OFFSHORE CO.<br>PO BOX 570788<br>HOUSTON, TX 77257-0788 | **S H I P T O** | 000001<br>ROWAN RESOLUTE<br>(VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD, LA 70518 |

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020    | 00035536 | 6/10/2020  | 6/10/2020 |         |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1


LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013    OPEN
Req ID:0000235183
Date: 06/03/2020
Page    1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | GAL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
|      |     |                  |     |             |      |              |              |  PURCHASING USE ONLY |        |        |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8481809050                    UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L.0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

This Item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000235183 | |
|-------|------------|----|----|----|----|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____   DATE FAXED:_____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│   Valaris       │
│   Field         │
│   Requisition   │
└─────────────────┘
```

```
┌──────────────────────────────────┐
│ Business Unit: 10013    OPEN      │
│ Req ID:0000236163                │
│ Date: 06/03/2020                 │
│ Page   2                         │
└──────────────────────────────────┘
```

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99             HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99             HTS NO:8479899898          UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | GAUGE,MATTCO,6488,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236163 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER          DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED:_____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris<br>Field<br>Requisition | |
|---|---|---|

Business Unit:10013   OPEN
Req ID:0000236183
Date: 09/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | Gil ACCT<br>Item ID<br>N | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | PURCHASING USE ONLY<br>VENDOR, LOCATION, CONFIRM TD | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO:9026200000 | | UNSPSC NO: | | | |
| 8 | 6 | 024000<br>077270067002 | EA. | GASKET,ACUMEN<br>INTERNATIONAL,0772-70-0870-02,<br>P-109 | 16.00<br>108.00 | 56 - 56-MUD PUM | C | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: | HTS NO: | | UNSPSC NO: | | | |

Total Requisition Amount      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO.   0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| Line Item Exempt : | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR     6/5/20    DATE | | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Jhansie

**EXHIBIT 7**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :** MORTGAGE | **Inst Number :** 1298859 |
| **Type of Document :** STATEMENT CLAIM | |
| **Recording Pages :** 54 | **Book :** 2056    **Page :** 519 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Certified On : 07/16/2020

Doc ID - 033534580054

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 11:27:51
Recorded in Book 2056 Page 519
File Number    1298859

Deputy Clerk

**EXHIBIT 7**
Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :**   MORTGAGE | **Inst Number :** 1298859 |
| **Type of Document :** STATEMENT CLAIM | |
| | **Book :** 2056    **Page :** 519 |
| **Recording Pages :**          54 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Deputy Clerk

Doc ID – 033534580054

EXHIBIT 7
Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)     Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)     Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)     Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)     Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July *15*, 2020          **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANFLZ
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15ᵗʰ day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2006256 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:   6/8/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM   45 DAYS |
| | |
| ATTN: AP DEPARTMENT | RIG:  Resolute - DS-16 |
| | WELL NUMBER:  G.C. 40 #1 COMPLETION |
| | LOCATION:  G.C. 40 #1 COMPLETION |

AFE:  FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $     678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

| Coding: BU10079 | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT 7

R202 Billing Worksheet_2020 - June 2020

FIELDWOOD
ReedVate

WELL NAME / LOCATION:  APB

G.C. 40 #1 COMPLETION
FV202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $161,300 | REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $165,000 | MOVE $161,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

6-05-8082O

Robert F Ray

6-5-2082O

6-5-20820

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract #: DC-41272R
Customer: Fieldwood
Well name: S.C. 41-2 Description, Annual

Cost Center:
AFE Number: FW 202202
Work Order:
Purchase Order:

| DATE | DAY 370.5 100% | OPERATING HOURS | | | | | | HEADCOUNT | | | | | | PILLAR-EXTRA LABOR | NON PILLAR EXTRA | | CREW SHORTAGES | | Comments (required for any cost other than Operating) | Total POB |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | DOWNTIME 100% | FORCE MAJEURE 100% | REPAIR 0% | IN-HOLE/RELEASE 0% | IN-HOLE/RELEASE 0% | MOVE/RATE 0% | TOTAL HOURS | VALARIS STATION | VALARIS OFFSHORE | VALARIS THIRD-PARTY | SUBVENDOR THIRD-PARTY | | | | | | | |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 16.00 | 8.00 | 8.00 | 61.00 | | | | | Shallra for build-up, Displace LB w/11.5#CaCl2. | 103.00 |
| 6/27/2020 | 24.00 | | | | | | | 24.00 | 16.00 | 8.00 | 8.00 | 59.00 | | | | | Set Trace t9 w/LB and set to 535 psi, R/D mud pits and CTU/, w/CTU on WKV POOH w/LAV &SUBY, N/U solid U Pack Tool LB r/D/H on well sids, | 103.00 |
| 6/9/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 10.00 | 61.00 | | | | | RIH to OTC and stg. Displace tint w/LB, POOH with FLCM, W/U for Nonn Links in BOP, Spear Test&run ring, Remonduge hours, & Store Tops. | 188.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 55.00 | 5.00 | 5.00 | 58.00 | | | | | Full Flow/BOP, Jet BOP's 1946 GDP to Port sermon, Trench Rig V/SCAB to MONA. | 134.00 |
| | | | | | | | | | | | | | | | | | | | 117.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.00 | $84.00 | 28.00 | 70.00 | 33.00 | 240.00 | | | | | | .00 |
| | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | | | |

RATE $        476,921.69

100%/Day  $  185,000.00    150,000.00

In-hole/Release 100%/Day  $  185,000.00    185,000.00
In-hole/Release 100%/Day  $    8,133.33
100%/hr  $    7,708.33
99%/hr  $    7,254.17
100%/hr  100%/hr MPD  $    8,166.67

Total Bill able for the Month:   $   674,933.33

DS-16 Reporting Supts.:

Fieldwood Client Representative(s):

DS-16 Reporting Supt. Signature)        Fieldwood Client Representative Signature)

Date:                                                   Date:

Rig Manager:    Dinny Sharry                    Fieldwood Drilling Supts.:

Rig Manager Signature)                          Fieldwood Drilling Supt. Signature)

Date:    06-07-2020                              Date:

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

**DAYRATE EFFECTIVE**

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:   $   6,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4869481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

Coding: BU10079
($5,727,291.64)  10417- 110-4202-810101
  -   10417- 110-4202-810102
  -   10417- 110-4202-810110
($7,708.36)  10417- 110-4202-810103
   10417- 110-4202-810104
  ED

**EXHIBIT 7**

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:      G.C. 40 #1 COMPLETION
      AFE        FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $191,300 | REDRILL RATE $185,000 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $191,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.04 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT 7

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

ACCT CODE 3060-15

Robert Rey

6-01-2020

Sean Rains

6/1/2020

EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

Month/Year 2020
Contract #
Contract
Customer
Well Name: G.C. 654-1 Completion, Keinar

| DAY/DATE 24HRS | OPERATING HOURS | RIG COUNT | | | | | Comments | Total POB |
|---|---|---|---|---|---|---|---|---|
| | | Valaris | OPERATING | Valaris CONTRACT | Valaris SUBCON | OPERATOR (THIRD PARTY) | | |
| 5/1/2020 | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | 187.00 |
| 5/2/2020 | 24.00 | 96.00 | 11.00 | 19.00 | 4.20 | 68.00 | | 188.00 |
| 5/3/2020 | 24.00 | 98.00 | 11.00 | 19.00 | 4.20 | 61.00 | | 188.00 |
| 5/4/2020 | 24.00 | 97.00 | 11.00 | 20.00 | 2.20 | 70.00 | | 181.00 |
| 5/5/2020 | 24.00 | 96.00 | 12.00 | 30.00 | 1.00 | 55.00 | | 180.00 |
| 5/6/2020 | 24.00 | 95.00 | 9.00 | 20.00 | 1.00 | 60.00 | | 184.00 |
| 5/7/2020 | 24.00 | 94.00 | 8.00 | 13.00 | 2.00 | 61.00 | | 184.00 |
| 5/8/2020 | 24.00 | 94.00 | 9.00 | 13.00 | 2.00 | 41.00 | | 183.00 |
| 5/9/2020 | 24.00 | 92.00 | 8.00 | 19.00 | 3.00 | 44.00 | | 162.00 |
| 5/10/2020 | 24.00 | 92.00 | 6.00 | 19.00 | 3.00 | 44.00 | | 153.00 |
| 5/11/2020 | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | 144.00 |
| 5/12/2020 | 24.00 | 90.00 | 8.00 | 17.00 | 3.50 | 47.00 | | 148.00 |
| 5/13/2020 | 23.00 | 90.00 | 8.00 | 16.00 | 8.00 | 47.00 | | 165.00 |
| 5/14/2020 | 24.00 | 90.00 | 8.00 | 16.00 | 6.00 | 47.00 | | 164.00 |
| 5/15/2020 | 24.00 | 89.00 | 7.00 | 14.00 | 6.00 | 47.00 | | 164.00 |
| 5/16/2020 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | 160.00 |
| 5/17/2020 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 66.00 | | 178.00 |
| 5/18/2020 | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 88.00 | | 181.00 |
| 5/19/2020 | 24.00 | 90.00 | 5.00 | 18.00 | 5.00 | 49.00 | | 184.00 |
| 5/20/2020 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | 182.00 |
| 5/21/2020 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | | 194.00 |
| 5/22/2020 | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | 192.00 |
| 5/23/2020 | 24.00 | 91.00 | 4.00 | 14.00 | 6.00 | 47.00 | | 192.00 |
| 5/24/2020 | 24.00 | 92.00 | 4.00 | 17.00 | 6.00 | 56.00 | | 184.00 |
| 5/26/2020 | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | 174.00 |
| 5/27/2020 | 24.00 | 93.00 | 7.20 | 18.00 | 10.00 | 74.00 | | 100.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | - | | | | | | | | | 24.00 | | Ntl-5-GT Mud Tks, Mr Fuel & 500kV / 1st # 5GaCA-500 min. Torq & not conn. Std of 5.5" Etc. |
| 5/28/2020 | 24.00 | - | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | 3.5-5 GT Mud Tks, Air Dr/5, AV / 500bopw Torn & Torq pcs. |
| 5/29/2020 | | 24.00 | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 72.00 | | Torn&not Fac & 5st air rig bcspc, LDS 5MTT & 500KV / 5cmdir MTT V/ Aux V bcspc, Rig up MTT md connx on TOP for 500 Torn blu. |
| 5/22/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | Rd MR/ All Blk5, fcn 5 GT Unvbg Strip Fcns bcspc, Man up NT/TCA md fcld pspbcd Item 5 11' tcds, Prj & Handcspc Fcw Vcd. |
| 5/20/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | Untl md Tk & tcst conn/NT/03, ht bot conn w/250/05 prj bw/ 1690 rd Vgh, bld & Jd Stdbk txn bcspc, Chmntcr pmp P/blck p-10 fcm bbb, Ccbd Spn Vc Fcw Vcw, Fcw Tcst & Opn Up Vcd. |
| 5/14/2020 | 24.00 | | - | | - | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 38.00 | | Flow Test & Clan Up Wcll. |
| TOTAL | 243.00 | 0.00 | 1.00 | | 0.00 | 744.00 | 2851.00 | 333.00 | 539.00 | 171.00 | 1289.00 | | |
| | 1002sacd/3750/0 | 0.02% | 0.07% | | 0.00% | 50.00% | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 5232sadd | $ 1704ak | $ | $ | $ | $ | |
| 100K/Day | $ 185,000.00 | | | | Total Billable for the Month | $ 5,735,000.00 |
| In hole/Release 150 / Day MPG | $ 200,000.00 | | | | | |
| In hole/Release 100K/Day | $ 185,000.00 | | | | | |
| 100K/hr MPG | $ 8,333.33 | | | | | |
| 100K/hr | $ 7,708.33 | | | | | |
| 99K/hr | $ 7,554.17 | | | | | |
| 99K/hr MPG | $ 8,166.67 | | | | | |

Dinny Sharry

Releaeod Client Representative:

Releaeod Client Representative's Signature:

DS-14 Roteting Supt.: _____  Date: _____

DS-28 Roteling Supt Signature: _____

Rig Manager:   Brian Rodgers   Releaeod Drilling Supt.: _____

Date: _____

Rig Manager Signature: _____   Releaeod Drilling Supt. Signature: _____

Date: _____

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: _____//s// Brian Rodgers_____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: _____//s// Dinny Sharry_____

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | | |
|---|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | | $ | 270,900.0 |

AMOUNT DUE: $  270,900.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $  (270,900.00) | 810620.10417.4202.110 |
| $   (78,092.58) | 912812.10417.4202.110 |
| $    78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 7

Rowan Resolute

Company Man APPROVAL

[signature] P. Bilon 5-31-2020

CWI APPROVAL
O:\New Work\2020\Details\May 2020 Int Pary Back Add.xlsx

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai_  AFE: FW202002  Routing#580047

TOTAL OVER CONTRACT

TOTAL BILLABLE$

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACCT. CODE 3060-45

EXHIBIT 7

**Rowan Resolute**

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020, Well Name: Ketmal, AFE: FW2020042, Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amacl | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Relays | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwave | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Common | | | 4 | | | | | | 4 | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chliant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Corelab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGSD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | 2 | | 2 | | | 2 | | | | 3 | | | 4 | | | 3 | | 2 | | | 2 | | | | 2 | | | 2 | | | 2 |
| Drill-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecessor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | 4 | | | 4 | | 4 | | 4 | | 4 | | 4 | | | | 4 | | | 4 | | 4 | | | | 4 | | 4 | | 4 | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | 1 | 1 | | 1 | | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | 1 | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDP Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 8 | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 8 | 4 | 5 | 4 | 4 | 4 | 4 | 3 | | 4 | 4 | 8 | 4 | 8 | 4 | 8 | 4 |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Glydream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | 11 | 14 | 20 | 21 | 21 | | | | | 11 | 11 | | 11 | | | 20 | 16 | | | 10 | | 10 | | 11 | | | | 13 | | 9 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Indact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | 1 | 1 | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |

CLIENTS\Rowan\Rolsoco\May 2020\3rd Party Bunk May.xlsx

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Katmai,  AFE: FW202002  Routing#580047

| Group | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL BILLABLE$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OEEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ore Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PH Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PKI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | 18 | | 12 | | | | | | | | | | | | | | | | | | | | | | | 11 | | | | | 20 |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trestle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vets Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 76 | 77 | 79 | 72 | 81 | 71 | 69 | 67 | 67 | 48 | 50 | 49 | 50 | 53 | 56 | 53 | 54 | 52 | 71 | 70 | 66 | 54 | 54 | 51 | 60 | 66 | 78 | 85 | 81 | 70 | 87 | 1987 |

**TOTAL:** 1835

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT. CODE 3060-45

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002, Route# 6500047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chrouss | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celtco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Essery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDP Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANK'S INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervall | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

### TO WHOM IT MAY CONCERN

#### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: _____//s// Brian Rodgers_____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: _____//s// Dinny Sharry_____

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2006259
INVOICE DATE: 08/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:6/06/2020                                        $              6,500.0

Handling Charges @ 5%(601)                                             $                325.0

**AMOUNT DUE:  $              6,825.0**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$    (6,500.00) 024000.10417.4202.110
$      (325.00) 810510.10417.4202.110
$    (6,500.00) 810650.10417.4202.110
$     6,500.00  919250-10417.4202.110

ED

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

| Bill To: | EnscoRowan<br>PO Box 570788<br>Houston, 77257-0788<br>TX | Ship To: | Rowan Resolute (Valaris Resolute)<br>620 MOULIN ROAD<br>Broussard, LA 70518 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



# Picking List by Order

Order Date: 4/30/2020

Location: 01-NIB-TOP

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:

Shipping Agent: HVTL

Ship Via:     Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:        206081
Shipment Date:      4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT 7



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| | |
|---|---|
| Terms: | |
| Shipping Agent: | HVTL |
| Ship Via: | Delivered by Hoover |

| | |
|---|---|
| Customer PO: | 10013-0000457578 |
| Customer No: | 206081 |
| Shipment Date: | 4/30/2020 |
| Inside Salesperson: | Sally Roberts |
| Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO: EAR99        HTS NO:3923210000

UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000235125 | |
|---|---|---|---|---|---|
| OIM | DATE | F.W.E. *Operator (Print)* | | | |
| *[signature]* | 7/25/20 | *Jimmie Bidler* Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Larrie Butler Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialled | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____        DATE FAXED:_____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmal
Engineer:  K.Dufrerie
Routing #:      580047

ACC. CODE: 3060-15

*L. Butler* 4-22-2020

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type   Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutos     Item Desc :

ECCN NO: EAR99                    HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  ER NO:   0000235125 |
|-------|-----------|---|---|---|
| OIM | DATE | EWE Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | _Jimmie Butler_ Rep Signature | | |
| NOTE: Any additions or deletions must be initialled | | _Jaime Butler_ Rep Name (Print) | | BUYER     DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED: _____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

J. Butler 4-22-2020

EXHIBIT 7


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10582045 DATED:4/29/2020                                    $              3,605.0

MARTIN ENERGY SERVICES
INVOICE#729958 DATED:4/23/2020                                      $              4,750.0

Handling Charges @ 5%(601)                                         $               417.7

AMOUNT DUE:   $            8,772.7

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |
| | ED | |

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID       : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+7I,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:   4496880154

EXHIBIT 7



AFE:       FW202002
Lease:     GC 40 #1
Project:   Kalmai
Engineer:  K.Dufrene
Routing #:  580047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT 7

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013   APPROVED
**Req ID:** 00000234902
**Date:** 04/13/2020
**Page:** 1

**Attention: WAREHOUSE**

REQ Type    Supply

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99                    HTS NO:8431438010

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609931

UNSPSC NO:

**Total Requisition Amount:**    3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

**EXHIBIT 7**

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY FR NO: | 00000234902 |
|-------|------------|-----|-----|-----|-----|-----|
| OIM | DATE | | | | | |
| | | Operator (Print) | | | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:        NO:        DATE FAXED:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To:    ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To:   C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| **STATE LEASE / OCSG** | **AFE #** | **WELL** | **ROUTE ID** | | | **END USE** |
| 12209 | | | | | | OFP - Offshore Fac w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236938 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C
H
E   MARTIN ENERGY SERVICES LLC
C   Martin Energy Services LLC
K   PO Box 95363
   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114820625
R   ABA # 062005690
E   ACH # 111900785
   Swift Code: UPNBUS44

**EXHIBIT 7**

# INVOICE



## MARTIN
ENERGY SERVICES

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 227354 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 369532 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 100538-11,984835-13 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 100787-21,98189-8 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 97554-17,100787-17 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 98483-1,97836-4 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ◆ Lot/Serial: 98485-7,100787-1 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

### MESSAGES

### PAYMENT REMITTANCE

C
H
E
C
K

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W
I
R
E

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

◆ ◆ ◆ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martiniegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ◆ ◆ ◆

EXHIBIT 7

DOC. CONTROL #    0420202020203734

# Valaris

#436525

## Purchase Order

Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010836 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS: CPT |
| | 620 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518   CPort 2 | |
| STACY BAGGETT | United States | |
| PO BOX 96383 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | EC -200 | SUPPLIER SHIP METHOD: |
| United States | | |
| PHONE: 337 785 3400 | 12209 | |
| DISPATCH TO: mesoffshore@martinmlp.com | | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo | CURRENCY: USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL: tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE: 281/272-4043 | REQ TYPE: REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS: OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line | Vendor Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:        ECCN No:        GL Acct Cd: 10417-024000-4202-110        AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:        ECCN No:        GL Acct Cd: 10417-024000-4202-110        AFE Cd:

Total PO Amount        4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7



# FUEL/YARD TICKET

NO **960061**

**MARTIN** ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



| | |
|---|---|
| JDE # 436525 | |
| Branch Plant 12015090 | ☐ TRANSFER ☐ REPACK ☒ SALE ☐ CO-USE |

| BILL TO: Enscotexan | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | | LEASE NO. |

| AREA/BLOCK GC-200 | OCSG # 12209 | WELL NO. | |
|---|---|---|---|
| RIG/VESSEL Resolute Rio 202 | TIME STARTED | AM / PM | TIME FINISHED | AM / PM |
| | | | HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | |
|---|---|---|---|
| ROUSTABOUTS | TK # 584046 | Sling # 100538-11 | |
| CRANE | TK# 212106 | Sling# 98485-13 | |
| FORKLIFT | | Manipit # 304152 | |
| EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| **494100** | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TK# 43054.34 | Sling# 100737-21 | | |
| | | TK# 227356 | Sling#98189-8 | | |
| | | TK# 43318.36 | Sling# 97554-11 | | |
| | | TK# 217119 | Sling# 100737-12 | | |
| | | TK# 204836 | Sling# 98483-6 | | |
| | | TK# 174018 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 318534 | Sling# 100737-1 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | | G A U G N I K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | | | |
| TERMINAL | SUPPLIER | SOL # | METER TKT. # | TRUCK# | TRAILER # | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | | |
| 1 CARGO TANK | | | | | | | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ | INITIALS | TOTAL REC'D $ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Ledet_     Michael Conner
Customer Signature                          Martin Energy Services Representative

X _____ BOL 13628384     4879-29207
Martin Driver Signature                      Truck and Trailer No.

REV. 12/18
FORM NO. 107

**EXHIBIT 7**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID: 0000234936
Date: 04/14/2020
Page    1

Attention: ENGINEERING

REQ Type    Rental

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 4031080 | EA | RENTAL-TANK,MARTIN ENERGY,4031080,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:        4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000234936 |
|---|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | |
| [signature] OIM 4/15/20 | | Lorne Butler Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Larre Butler Rep Name (Print) | | BUYER          DATE |
| NOTES: Any additions or deletions must be initialled | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

*Cost Code 3060-15*
*L. Butler 4-14-2020*

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Eren Demet

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply   ↩ Reply All   → Forward
Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,
5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-215-5450b | +1 832-206-8315m
Brian.rodgers@switch.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/18/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE:  $   265,300.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810820.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 7

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002  Routing#580047

| Comp | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Began |
| Amiol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Katmai AFE |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | on April 5th |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Apex Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Badock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B-H-GE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackmark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Buzgreen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Buzter Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | 2 | | | 2 | | | | | | | 2 | | 2 | | 1 | | 2 | | 1 | | 1 | | 1 | 2 | 2 | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Champonx | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chousel | | | 2 | 1 | 1 | | 1 | | | | | 1 | | | 1 | | | | | | | | | | | | | | | | | |
| Claiani | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dance | | | | | | | | | | | | | 1 | 1 | | 1 | 1 | | 1 | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | 2 | 1 | 2 | 2 | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | 2 | 2 | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Econovy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Edge Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | 2 | | | 2 | | | 2 | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flatwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | 7 | | 7 | 8 | 6 | 8 | 4 | 8 | 4 | 8 | 8 | 8 | 6 | 3 | 7 | 9 | 9 | 9 | | 9 | 9 | | | | |
| Frigro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GASA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | 8 | | 6 | 6 | | 16 | | | | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | | | | | | | |
| Hydro Carbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lewis Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | 1 | | | 1 | | | | | 1 | | | 1 | | | | | 1 | | 1 | | 2 | | | | | | |
| Mi Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | 2 | | 2 | | 2 | | | | 2 | | | | 1 | | 1 | | | 1 | | | | | | | | | | |
| OCEANEERING | | | 6 | 5 | 6 | | 6 | 5 | | 8 | | 6 | 6 | | 6 | 6 | | 6 | | 6 | | 5 | | 11 | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstate | | | 7 | 7 | 7 | | 7 | 7 | | 7 | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OEI (Oil Field Instr) | | | | | | | | | | | | | | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | 4 | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmsafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | 1 | | | | | 1 | | | | | 1 | | | | | 1 | | 1 | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrobras | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | 1 | | | | | | | | 2 | | | | | | 1 | | | | | | 1 | | | | | | |
| Probrenics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | 2 | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rti Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rigriet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RRS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | 24 | 24 | 24 | | 22 | 2 | | 11 | | 12 | 13 | 13 | 13 | 18 | 19 | 10 | 19 | 19 | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Surbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Surfchar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | 1 | | | | 1 | | | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | 1 | | | 1 | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAM | | | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | 2 | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | 2 | 2 | 2 | 2 | 2 | | 2 | | 8 | | 8 | | 8 | 8 | 8 | | 8 | | 8 | | 8 | | 8 | 6 | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Varia Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrand | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 86 | 38 | 97 | 74 | 78 | 73 | 73 | 78 | 78 | 77 | 79 | 65 | 65 | 72 | 74 | 8 | | | | |
| TOTAL OVER | | 79 | 79 | 79 | 84 | 84 | 65 | 72 | 74 | 75 | 74 | 74 | 75 | 77 | 84 | 77 | 62 | 82 | 62 | 74 | 8 | | | | | | | | 1940 |

AFE:  FW202002

Lease:  GC 40 #1

Project:  Katmai

Engineer:  K.Dufrene

Routing #:  580047

ACCT. CODE: 3060-45

S. Butler

5-1-20

TOTAL: 1940

TOTAL BILLABLE $: 255500

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eran Evient

�or Reply | Reply All | → Forward
Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Rowdena Rig Manager,

5807 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-232-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10589602  DATED:6/18/2020                                    $            3,605.04

ACUMENINTERNATIONAL
INVOICE#1026793  DATED:6/12/2020                                     $              100.00

Handling Charges @ 5%(601)                                          $              185.25

**AMOUNT DUE:** $            **3,890.29**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

$     (3,705.04) 024000.10417.4202.110
$       (185.25) 810510.10417.4202.110
$     (3,705.04) 810650.10417.4202.110
$      3,705.04  919250.10417.4202.110

ED

EXHIBIT 7

<u>Document References</u>
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

<u>Internal References</u>
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID      : 4202
Creation Date: 2020-06-19

<u>Bill From:</u>
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

<u>Bill To:</u>
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

<u>Invoice Lines:</u>

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |

|  |  |  |
|---|---|---|
| Total Net: |  | 3,605.04 |
| Gross Amt: |  | 3,605.04 USD |

<u>Settlement Information:</u>
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT 7

# Valaris

Ship To:

ROWAN RESOLUTE (VALARIS RESOLUTE)
620 PROVINCE ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition | |

**PURCHASING USE ONLY**

Business Unit: 10013    OPEN
Req ID: 0000235769
Date: 05/19/2020
Page     1

Attention: WAREHOUSE

REQ Type        Supply

| | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|
| 1 | 24 | 024000 154885 | EA | DIES,HYDRALIFT,154885+71,GRIT FACE | 160.21 3,605.04 | 23 - 23-DRILLIN | C | |

ECCN NO:- EAR99

Line Item Exempt : N

Available Susbtutes

Item Desc :

NATIONAL OILWELL VARCO QUOTE# 1609931        HTS NO: 843143801O

UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:        3,605.04

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

List all Field
ETRR No. by Item

PURCHASING ONLY   FR NO:        00002357G9

*Acct Code # 7060 - 15*
*5/19/20*

| R4202 | 05/19/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. |
|-------|------------|---------------------------------------|
| OIM | DATE | Operator (Print) |

Rep Signature
Rep Name (Print)

RIG MGR. / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:_____    NO:_____    DATE FAXED:_____

BUYER        DATE

**EXHIBIT 7**


**Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To:**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| Cust Contact | ERNESTINE CASTILLO | | |
|---|---|---|---|
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States, Int'l Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE | Quote Exp Date | 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER |
| Branch | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:  MTS
Country of Origin:  NORWAY
Unit Weight:  0.16 LB     Total Weight:  3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total          $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:          $3,605.04**

*DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations.*

*COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International



**INVOICE**

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050     Fax  713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits**     $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

| **Balance Due USD** | $100.00 |
|---|---|

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA


Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type       Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,7500 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute       Item Desc :

ECCN NO: EAR99          HTS NO: 8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitute       Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000              UNSPSC NO:

This Item is a designated Ensco Standard -- No Subsitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY  FR NO:   0000236183 |
|-------|-----------|--|--|--|--|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000238183
Date: 06/03/2020
Page    2

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO: 8413919520              UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL. DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO: 8479899898              UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL. DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000238183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialled | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| | | | | | | | | | | | PURCHASING USE ONLY | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

Available Sustitutes        Item Desc :

ECCN NO: EAR99                        HTS NO:9026200000                UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                HTS NO:                        UNSPSC NO:

Total Requisition Amount:        4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 |
| OIM | DATE |

Line Item Exempt :

RIG MGR / OPERATIONS MGR        6/5/20    DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:    0000236183

BUYER                DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____    DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
Clayton Sharpie

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES**

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020**                                   $            4,150.11

Handling Charges @ 5%(601)                                        $              207.51

**AMOUNT DUE:  $            4,357.62**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250.10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D  T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P  T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| | | | | | |
|---|---|---|---|---|---|
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| | | | | | |
|---|---|---|---|---|---|
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | | |
|---|---|---|
| PAGE | 2 | |
| INVOICE DATE | 6/10/2020 | |
| INVOICE NO | 58061 | |

| | |
|---|---|
| **S O L D T O** | E06<br>VALARIS (ENSCOROWAN)<br>C/O ENSCO OFFSHORE CO.<br>PO BOX 570788<br>HOUSTON, TX 77257-0788 | **S H I P T O** | 000001<br>ROWAN RESOLUTE<br>(VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD, LA 70518 |

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 7

**Valaris**

Ship To:    ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000238183
Date: 06/03/2020
Page    1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 9478 | EA | VALVE,MATTCO,6478,CHARGING,750 6 PSI,F220 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99         HTS NO: 8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 4006AR/ PSI G1/4B 1,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99         HTS NO: 9026200000              UNSPSC NO:

This Item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000238183 |
|-------|------------|---|---|---|
| DIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER              DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____    DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

**Business Unit:** 10013    OPEN
**Req ID:** 0000236183
**Date:** 06/03/2020
**Page:** 2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                HTS NO: 8413919520                UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                HTS NO: 8479899898                UNSPSC NO:

| 5. | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| *[signature]* | *[signature]* | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Business Unit: 10013   OPEN
Req ID: 0000238183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO: 9026200000                    UNSPSC NO:

| 8 | 6 | 024000 072270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                       HTS NO:                               UNSPSC NO:

Total Requisition Amount:         4,298.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:    0000238183 | |
|---|---|---|---|---|---|---|
| O/M | DATE | Operator (Print) | | | | |
| RIG MGR / OPERATIONS MGR | DATE 6/3/20 | Rep Signature | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Acct Code# 3060-15
Clayton Thomson

**EXHIBIT 7**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**        54

**File # :** 2020-00002808

**Book :**  772        **Page :**  683

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

Doc ID – 005320660054

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:52:13
Recorded in Book  772  Page  683
File Number 2020-00002808

Deputy Clerk

**Return To :**

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)     Name and Address of Claimant:

        Atlantic Maritime Services LLC
        5847 San Felipe, Suite 3300
        Houston, TX 77057

2)     Nature and amount of the obligation for which Claimant's privilege is claimed:

        Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)     Name and address of the person owing the amount for which Claimant's privilege is claimed:

        Fieldwood Energy LLC
        2000 W. Sam Houston Parkway South, Suite 1200
        Houston, TX 77042

4)     Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020        **ATLANTIC MARITIME SERVICES LLC,**
                             a Delaware limited liability company

                             By: _____
                             Name:  JASON R. MORGARELLI
                             Title:  PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4/19/2023_

```
┌─────────────────────────────────────┐
│            JUANITA FLOOR             │
│      Notary Public, State of Texas   │
│      Comm. Expires 04-19-2023        │
│         Notary ID 11589836           │
└─────────────────────────────────────┘
```

3

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

**INVOICE**

TO:  FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:   FWD2006256
INVOICE DATE:   6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM   45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00   $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:   $    678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669461673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

| Coding: BU10079 | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

**EXHIBIT 7**



R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

June 2020

WELL NAME/ LOCATION: AFE

G.C. 40 #1 COMPLETION
FW202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | RECHILL RATE $198,500 | Zero rate 80 | REPAIR SURFACE $185,000 | REPAIRS BUBSEA $105,000 | MOVE $181,300 | FORCE MAJEURE $180,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

Robert T Ray

6-05-2020

6-5-2020

**EXHIBIT 7**

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Document #: CC-C4173ZB
Contract #: Fieldwood
Well name: B.C. 40-#1 Completion, Island

Total Cost:
AFE Number: PP 272202
Work Order:
Purchase Order:

| DAY | OPER DAY RATE | OPERATING HOURS | | | | TOTAL HOURDAY | HEADCOUNT | | | | DELUXE EXTRA, LABOR | HOURS BILLABLE EXTRAS | CREW BURDENABLE | Comments (Required for any rate other than Operating) | Total PO# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FSM 30%/D 99% [24 hour abbreviated per month ] [Rate is for 24 hrs] | FSM 30%/E65/750 [24 hour abbreviated per monthly observed time] | FORCE MAJEURE 7m7 6F 65% | In-Zone Reduced Rate 55% 87.5% | Reavia 94.04% All equal rate reserved of monthly attend books | Welds | OPERATOR | Valaris THIRD PARTY | Welds TEMP PARTY | OPERATOR THIRD PARTY | | | | | |
| 6/1/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 10.00 | 8.00 | 61.00 | | | | Stock to build out, Chevron LD w/US C42CD. | 13100 |
| 6/2/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 10.00 | 8.00 | 50.00 | | | | Set crews bringing to and build to 5D: out 30D nuts (01) med CTL2 10 tube MV FSM with US/LS5DE. MV with LS. Run Tool Out. 2 00D web off tank. | 13100 |
| 6/3/2020 | 24.00 | | | | | | 24.00 | 97.00 | 7.00 | 13.00 | 10.00 | 61.00 | | | | Well on LS (LT) and 60c. Well on LS. Run Tool Out. 2 00D web off tank. | 14600 |
| 6/4/2020 | 16.00 | | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 9.00 | 50.00 | | | | Patch with 6D 4T, Well on Boot. LW with 60D. Slow Test lower rig, forces rig on lower A. Drive hang. | 19448 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 384.00 | 28.00 | 74.00 | 33.00 | 260.00 | | | | Well on HOLD- rig RUP's SIMO BOP for Penn contract. Travel to Rig (T42CD) to A2CMB. | 13100 |
| | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | | | |

| | | |
|---|---|---|
| | $ 16,315.13 | 90% |
| 100%/Day | $ 196,000.00 | |
| In.2x6/.2/6xx 100 /Day/APD | $ 100,000.00 | |
| In.2x6/.2/6xx 100%/Day | $ 186,000.00 | |
| 100%/MPD | $ 2,311.33 | |
| 100%/Hr | $ 7,318.33 | |
| 35%/Hr | $ 7,154.17 | |
| 35%/MPD Ext/Hr MPD | $ 2,315.67 | |

Test Rebate for the Month: $ 679,153.53

_____  Fieldwood Client Representative

_____  Fieldwood Client Representative Signature

_____  Fieldwood Drilling Supt.

_____  Fieldwood Billing Supt.

_____  Date

DS-16 Division Supt:
Op-24 Morning Supt Signature:    Date:
Cost:    Date:
Rig Manager:    Date:
Rig Manager Signature: Dinny Sharry    Date: 06-07-2020

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO:  FIELDWOOD ENERGY LLC | INVOICE NO:    FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:    6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM    45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

| DAYRATE EFFECTIVE | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 · | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   5,735,000.00

Dinny Sharry

| | |
|---|---|
| REMIT ACH PAYMENTS TO: | |
| Beneficiary:  Atlantic Maritime Service LLC | |
| Wells Fargo Bank, N.A. | |
| San Fransisco, CA | |
| SWIFT Code:WFBIUS6S | |
| ABA #121000248 | |
| Account #4669491673 | |

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT 7

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL, NAME / LOCATION: APE

O.G. 40 #1 COMPLETION
FY2020002

May 2020



| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY $181,300 | REDRILL RATE $188,500 | Zero rate $0 | REPAIR SURFACE $105,000 | REPAIRS SUBSEA $105,000 | MOVE $161,300 | FORCE MAJEURE $105,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 May 2020 | Working as directed (and Repaired)(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

**EXHIBIT 7**

## Valaris DS-16 MONTHLY BILLING SUMMARY



EXHIBIT 7

AFE:    FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047
ACCT CODE 3060-15

Robert Roy 3/13/20

6-01-2020

Sena Rains 6/1/2020

EXHIBIT 7

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly Sheet: 2020
Contract #: DSC-42977A
Contractor: Enchanted
Well Name: G.C. 631 Completion Annual

Cost Center:
AFE Number: AW 203002
Work Order:
Purchase Order:

| Date | DAY RIG RATE | IDLE RATE 2nd OP RATE | OPERATING HOURS | | | TOTAL HOURS | Repair/Standby Delay (no rate) / Abandoned-Standby Normal Hours | RIG HOLIDAY | | | | BILLABLE EXTRA LABOR | | NON-BILLABLE EXTRA LABOR | | Additional Costs/Obligations | Comments (required for any rate other than operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Totals | Operating | Waiting On Weather / Overhaul | Repair/Standby (no rate) | | Totals | Operating | Waiting / Sickness (DARY Paid) | Operating (DARY Paid) | Standby Extra Labor (billable) | Rate Billed (billable) | Rate Billed (non-billable) | Total Hours (billable) | | | |
| 5/1/2020 | 24.00 | | 90.00 | 10.00 | 10.00 | 10.00 | | 67.00 | 5.00 | | | | | | | | | 193.00 |
| 5/2/2020 | 24.00 | | 96.00 | 11.00 | 16.00 | 16.00 | | 68.00 | 4.00 | | | | | | | | | 197.00 |
| 5/3/2020 | 24.00 | | 96.00 | 11.00 | 15.00 | 15.00 | | 69.00 | 4.00 | | | | | | | | | 198.00 |
| 5/4/2020 | 24.00 | | 97.00 | 11.00 | 15.00 | 15.00 | | 70.00 | 2.00 | | | | | | | | | 191.00 |
| 5/5/2020 | 24.00 | | 96.00 | 12.00 | 20.00 | 20.00 | | 59.00 | 3.00 | | | | | | | | | 200.00 |
| 5/6/2020 | 24.00 | | 95.00 | 9.00 | 20.00 | 20.00 | | 60.00 | 1.00 | | | | | | | | | 190.00 |
| 5/7/2020 | 24.00 | | 92.00 | 8.00 | 19.00 | 19.00 | | 61.00 | 2.00 | | | | | | | | | 196.00 |
| 5/8/2020 | 24.00 | | 92.00 | 9.00 | 18.00 | 18.00 | | 61.00 | 3.00 | | | | | | | | | 182.00 |
| 5/9/2020 | 24.00 | | 92.00 | 5.00 | 19.00 | 19.00 | | 44.00 | 3.00 | | | | | | | | | 181.00 |
| 5/10/2020 | 24.00 | | 92.00 | 6.00 | 15.00 | 15.00 | | 44.00 | 2.00 | | | | | | | | | 182.00 |
| 5/11/2020 | 24.00 | | 91.00 | 7.00 | 17.00 | 17.00 | | 46.00 | 3.00 | | | | | | | | | 180.00 |
| 5/12/2020 | 24.00 | | 90.00 | 8.00 | 17.00 | 17.00 | | 47.00 | 3.00 | | | | | | | | | 188.00 |
| 5/13/2020 | 23.00 | | 90.00 | 8.00 | 16.00 | 16.00 | | 47.00 | 3.00 | 1.00 | | | | | | | | 185.00 |
| 5/14/2020 | 24.00 | | 90.00 | 8.00 | 16.00 | 16.00 | | 47.00 | 3.00 | | | | | | | | | 184.00 |
| 5/15/2020 | 24.00 | | 88.00 | 7.00 | 16.00 | 16.00 | | 47.00 | 4.00 | | | | | | | | | 184.00 |
| 5/16/2020 | 24.00 | | 89.00 | 6.00 | 16.00 | 16.00 | | 63.00 | 5.00 | | | | | | | | | 183.00 |
| 5/17/2020 | 24.00 | | 89.00 | 8.00 | 16.00 | 16.00 | | 66.00 | 6.00 | | | | | | | | | 170.00 |
| 5/18/2020 | 24.00 | | 88.00 | 6.00 | 18.00 | 18.00 | | 66.00 | 8.00 | | | | | | | | | 183.00 |
| 5/19/2020 | 24.00 | | 90.00 | 5.00 | 18.00 | 18.00 | | 49.00 | 8.00 | | | | | | | | | 184.00 |
| 5/20/2020 | 24.00 | | 92.00 | 5.00 | 18.00 | 18.00 | | 49.00 | 5.00 | | | | | | | | | 189.00 |
| 5/21/2020 | 24.00 | | 92.00 | 5.00 | 18.00 | 18.00 | | 49.00 | 5.00 | | | | | | | | | 189.00 |
| 5/22/2020 | 24.00 | | 92.00 | 4.00 | 18.00 | 18.00 | | 47.00 | 6.00 | | | | | | | | | 187.00 |
| 5/23/2020 | 24.00 | | 91.00 | 4.00 | 17.00 | 17.00 | | 47.00 | 6.00 | | | | | | | | | 184.00 |
| 5/24/2020 | 24.00 | | 91.00 | 4.00 | 18.00 | 18.00 | | 50.00 | 6.00 | | | | | | | | | 184.00 |
| 5/25/2020 | 24.00 | | 93.00 | 5.00 | 18.00 | 18.00 | | 65.00 | 10.00 | | | | | | | | | 174.00 |
| 5/26/2020 | 24.00 | | 91.00 | 7.00 | 18.00 | 18.00 | | 74.00 | 10.00 | | | | | | | | | 180.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2020 | 24.00 | | | | | | | | | | | | | | | | |
| 5/18/2020 | 24.00 | | | | | | | | | | | | | | | | |
| 5/19/2020 | 24.00 | | | | | | 24.00 | 93.00 | 24.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | |
| | | | | | | | 14.00 | 91.00 | | 9.00 | 16.00 | 11.00 | 72.00 | | | | |
| | | | | | | | 24.00 | 91.00 | | 9.00 | 11.00 | 16.00 | 69.00 | | | | |
| 5/20/2020 | 24.00 | | | | | | | | | | | | | | | | |
| | | | | | | | 24.00 | 91.00 | 24.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | |
| 5/21/2020 | 24.00 | | | | | | 24.00 | 91.00 | 24.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | |
| TOTAL | 743.00 | | | | | | 744.00 | 2851.00 | 222.00 | | 339.00 | 171.00 | 1793.00 | | | | |
| | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00% | | | | | | | | | | |
| | 0.50% | 0.07% | 0.50% | 0.40% | 0.00% | 0.00% | | | | | | | | | | | |

1721hrs $ 745 $ 7,063.14

100%/day $ 185,00.00

Initially/hrs 15d / Day MFD $ 202,00.00

Initially/hrs Est 100%/Day $ 185,00.00

100%/hr MFD $ 8,333.33

100%/hr $ 7,708.33

98%/hr $ 7,554.17

95%/hr Adj $ 8,186.67

Total Blinks for the Month $ 5,325,000.00

Fieldwood Client Representative

Fieldwood Client Representative Signature

Date:

Rig Manager:    John Boleyn   Fieldwood Drilling Supt.

Rig Manager Signature   Dinny Sharry   Fieldwood Drilling Supt. Signature

Date:   Date:

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___*//s// Brian Rodgers*___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___*//s// Dinny Sharry*___

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE:  $      270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919214.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

EXHIBIT 7

# Rowan Resolute



CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai   AFE: FW202002   Routing#580047

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

ACCT. CODE 3060 -45

Company Man APPROVAL:

QM APPROVAL:

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kelmai, AFE#: FY202002, Routine#80047

C:\Users\work\OFQC\costrep\July 2020 2nd Party Bunk Master.xlsx

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY (ROOM AND MEAL) CHARGE-OFF FOR: May 2020 Well Name: Katmai   AFE: FW202002   Routing:580047

Group / Date

- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilsetes
- One Subsea
- One Surface
- OGEC
- OFI (Oil Field Instr.)
- OTC
- Pharmasafe
- PH Helicopters
- Planpak
- Petrolink
- Prestion Rental
- Premium
- Productions
- Professional Rental Tools
- PRI
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIV
- Tristate
- TSI
- Tubular Solutions
- Vents Global
- Weatherford
- Workstrings
- Wellcore
- Wellbore
- Wellico
- MFR

TOTAL
TOTAL OVER CONTRACT
TOTAL BILLABLE $
TOTAL

Company Man APPROVAL:

S. Button 5-31-2020

COM APPROVAL:
C:\Work\wall\2020\slaughter\May 2020 3rd Party Book-offs.xls

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE 3060-45

**EXHIBIT 7**

# Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR May 2020 Well Name: Kalmai, AFE: FY202012, Routing#690047

The page contains a wide day-by-day charge-off grid. Columns are labeled "Group / Date" followed by days 1 through 31. The row (group) labels, read top to bottom, are:

- ABB LTD
- ABS
- Aker
- Airgas
- Anpol
- Aker
- Aqua Tech
- Automated Production
- Arcfer
- Bailey's
- Baker Hughes
- Burner Fire Control
- Bugwano
- BSEE
- Blackhawk
- BHGE
- Bedrock Petroleum
- BHGE Petroleum
- Cameron
- Cajun Cutters
- Catco
- Chouest
- ChampionX
- Clairant
- Cavins
- CoreLab
- Dance
- Deep Sea DS
- DGO
- Diversified
- Dril-Quip
- Dynamic Industries
- Ecoquip
- EIPS
- Elite Ostrins
- EVO
- Expro
- FMC
- Fieldwood
- FDF Pipe Washing
- FRANKS INTL
- GAIA
- Fugro
- GSI
- GE Oil & Gas
- Gulfstream
- HALLIBURTON /Sperry
- HydroCarbon
- Impact Selector
- Interwell
- Lloyd Register
- MAKO
- M Swaco
- MI Swaco
- Master Flo
- MISTRAS Group
- NALCO
- Newpark

C:\Users\rm0233\Downloads\May 2020 3rd Party Room Meals.xlsx

EXHIBIT 7


**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                          $            6,500.00

Handling Charges @ 5%(601)                                              $              325.00

AMOUNT DUE:   $            6,825.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$    (6,500.00)  024000.10417.4202.110
$      (325.00)  810510.10417.4202.110
$    (6,500.00)  810650.10417.4202.110
$     6,500.00   919250-10417.4202.110

ED

EXHIBIT 7



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To:   EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:   Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 204081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027    BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT 7



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ 500 | |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:00000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | GR. ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG,TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LS CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:3923210000              UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTES: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235125 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) F W F | | |
| RIG MGR / OPERATIONS MGR. | DATE 7/05/20 | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) Larre Butler | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE : 3060 -15

L. Butler 4-22-2020

**EXHIBIT 7**

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type      Supply

| ITEM | CTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:3623210000          UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|-------|------------|-----|-----|-----|

OIM          DATE

RIG MGR / OPERATIONS MGR     DATE
NOTE: Any additions or deletions must be initialed

Operator (Print)   FWF

Rep Signature   _Jaime Butler_

Rep Name (Print)   _Lane Butler_

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____          DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

**EXHIBIT 7**

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.0 |
| MARTIN ENERGY SERVICES<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.0 |
| Handling Charges @ 5%(601) | $ | 417.7 |
| **AMOUNT DUE:** | **$** | **8,772.7** |

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |
| | ED | |

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID   : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-06-28 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7



AFE:      FW202002
Lease:    GC 40 #1
Project:  Kalmel
Engineer  K.Dufrene
Routing #:   560047

Unit Code 3060-15
S. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:10013
Req ID:0000234902
Date: 04/13/2020
Page   1

**Attention: WAREHOUSE**

REQ Type      Supply

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | GRIT RATING | | PURCHASING USE ONLY | | | |
|------|-----|-------------------|-----|-------------|------|--------------|-------------|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,15/4865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO:8431438010

UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609831

**Total Requisition Amount:**        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609831
PLEASE SEE ATTACHED SIGNED RE-BILL.

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____   _____
Operator (Print)

_____   _____
Rep Signature

_____   _____
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:   0000234902

_____   _____
BUYER                          DATE

DATE FAXED:

| R4202 | 04/13/2020 |
|-------|------------|
| OIM | DATE |

_____   _____
RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:

APPROVED

**EXHIBIT 7**



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8357

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To:  C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:  ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502615 | USED OIL - EACH TOTE <10% BS&W ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 584046 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 212106 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 4305434 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 227356 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 4238936 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 217119 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 226836 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ◆ Lot/Serial: 174078 ◆ Yard: 960061 ◆ Rig: RESOLUTE RIG 202 ◆ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

<table>
<tr><td>C<br>H<br>E<br>C<br>K</td><td>MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733</td><td>W<br>I<br>R<br>E</td><td>Regions Bank<br>Account # 0114820625<br>ABA # 062005690<br>ACH # 111900785<br>Swift Code: UPNBUS44</td></tr>
</table>

**EXHIBIT 7**

# INVOICE



## MARTIN
### ENERGY SERVICES

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 389532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984685-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97635-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

**MESSAGES**

**PAYMENT REMITTANCE**

| CHECK | MARTIN ENERGY SERVICES LLC | WIRE | Regions Bank |
|---|---|---|---|
| | Martin Energy Services LLC | | Account # 0114820625 |
| | PO Box 95363 | | ABA # 062005690 |
| | Grapevine, TX 76099-9733 | | ACH # 111900785 |
| | | | Swift Code: UPNBUS44 |

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL #    04232020205734

EXHIBIT 7

# Valaris

#436525

**Purchase Order**      Page 1

Dispatch via E-Mail



1D013-0000457235

| BUYER/BILL TO: | PO NUMBER | 1D013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| In care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570786 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0786 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010630 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 520 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States  CPort 2 | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | | SUPPLIER SHIP METHOD: |
| United States | CC -200 | |
| PHONE: 337 785 3400 | | |
| DISPATCH TO: mesoffshore@martinmlp.com | 12209 | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:   Ernestine Castillo | CURRENCY:      USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:   tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:   281/272-4043 | REQ TYPE:      REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:     OPERATOR EXP. | 4 - Other see notes in PO |

| Line | Item Number / | Vendor Item ID | Description | Quantity UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

Total PO Amount          4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

**EXHIBIT 7**



# FUEL/YARD TICKET

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

**MARTIN** ENERGY SERVICES

NO 960061

436525



JDE # 436525
Branch Plant 19019090

☐ TRANSFER  ☐ REPACK  ☑ SALE  ☐ CO-USE

| BILL TO: | Enscotown | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|---|
| ORDERED BY | Ernestine Costillo | | PO NO/AFE: 10013-0000457235 |
| PHONE NO. | 281-242-4043 | LEASE NO. | |
| AREA/BLOCK | GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL | Resolute Rio 202 | TIME STARTED        AM/PM | TIME FINISHED        AM/PM |

| ITEM CODE | EQUIP/LABOR | | DESCRIPTION | HOURS RT/OT |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 5840066 | Sling# 100538-11 | |
| | CRANE | TK# 212106 | Sling# 98486-13 | |
| | FORKLIFT | | Manifut# 304152 | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| **494100** | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low-Sulfur Diesel Fuel. For use in all approved diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 50 |
| | | TK# 43054.34 | Sling# 100727-21 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42319.36 | Sling# 97554-11 | | |
| | | TK# 217119 | Sling# 100787-17 | | |
| | | TK# 202836 | Sling# 98483-6 | | |
| | | TK# 174098 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 318532 | Sling# 100487-1 | | |

| | DRUMS DELIVERED | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | G A U G I N G S | | |
| TERMINAL | SUPPLIER | BOL # | METER TKT. # | TRUCK # | TRAILER # | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | | |
| 1 CARGO TANK | | | | | | | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $_____ | INITIALS | TOTAL REC'D. $ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Left_  Cody Ledet        _Michael Conner_  Martin Energy Services Representative

Customer Signature        BOL 13628384        4879-29207

X _____  Martin Driver Signature        Truck and Trailer No.

REV. 12/12
FORM NO. 107

EXHIBIT 7

## Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
625 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition | |
|---|---|---|

| Business Unit: 10013   OPEN |
|---|
| Req ID:0000234936 |
| Date: 04/14/2020 |
| Page    1 |

**Attention: ENGINEERING**

REQ Type      Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PURCHASING USE ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 10 | 024000 40319SO | EA | RENTAL-TANK,MARTIN ENERGY,40310S0,TOTE,EMPTY,550 GAL,F/ USED OIL | 383.57 3,635.70 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                        HTS NO:                        UNSPSC NO:

| 2 | 10 | 024000 6885604 | EA | RENTAL-SLING,MARTIN ENERGY,6885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                        HTS NO:                        UNSPSC NO:

Total Requisition Amount        4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRF No. by Item | PURCHASING ONLY  FR NO:   0000234936 |
|---|---|---|---|---|
| OIM | DATE | FWE | | |
| *[signature]* OIM · 4/15/20 | | *Lorre Butler* Operator (Print) | | |
| RIG MGR / OPERATIONS MGR        DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:      580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable Invoices.

Brian Rodgers
To ●Erum Donset

↩ Reply    ↩ Reply All    → Forward
Thu 5/14/2020 9:16 AM

⊘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valiarls.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
      Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE: $    265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | | |
|---|---|---|
| $ | (265,300.00) | 810620.10417.4202.110 |
| $ | (64,816.84) | 912812.10417.4202.110 |
| $ | 64,816.84 | 919220.10417.4202.110 |
| | ($19,115.40) | 912814.10417.4202.110 |
| | $19,115.40 | 919220.10417.4202.110 |

ED

**EXHIBIT 7**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai. AFE: FW202002 Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 8 | |
| FRANKS INTL | | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | 8 | 8 | 8 | 8 | 8 | 15 | 10 | 4 | 5 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | 1 | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| NSI Fracturing | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 5 | 5 | 8 | 6 | 5 | 6 | 8 | 8 | 8 | 6 | 6 | |
| Oilstates | | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| One Subsea | | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 4 | 4 | 4 | 4 | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ono Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| OPS | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 18 | 19 | 18 | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Southern Fab | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Tetra | | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 8 | 6 | 6 | 6 | 8 | 6 | 5 | 8 | 6 | 6 | 8 | 6 | 5 | 1 | 1 | 1 | 1 | 4 | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 55 | 57 | 74 | 75 | 73 | 77 | 78 | 76 | 78 | 78 | 77 | 78 | 86 | 85 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER ( | | | | | | | 79 | 79 | 79 | 79 | 79 | 84 | 54 | 55 | 72 | 74 | 71 | 75 | 75 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

Began Katmai AFE on April 8th.

TOTAL: 1945

TOTAL: 1895

TOTAL BILLABLE $ 256300

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man AP

ACCT. CODE: 3060-45
L. Butler
5-1-20

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  ⊘ Evan Darwin

⊖ Reply   ≪⟲ Reply All   → Forward   •••
Thu 5/14/2020 9:16 AM

① Follow-up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Fulipe | Suite 3500 | Houston, TX  77057
+1 719-212-5690p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10589602  DATED:6/18/2020                                   $              3,605.04

ACUMENINTERNATIONAL
INVOICE#1026793  DATED:6/12/2020                                    $                100.00

Handling Charges @ 5%(601)                                         $                185.25

AMOUNT DUE:   $            3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
neficiary:  Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
n Fransisco, CA
/IFT Code:  WFBIUS6S
A #121000248
count # 4669481673

| | |
|---|---|
| $ | (3,705.04) 024000.10417.4202.110 |
| $ | (185.25) 810510.10417.4202.110 |
| $ | (3,705.04) 810650.10417.4202.110 |
| $ | 3,705.04  919250-10417.4202.110 |
| | ED |

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID      : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-08-17 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| | | Valaris Field Requisition | |
|---|---|---|---|

**Business Unit:** 100013
**Req ID:** 0000235769   OPEN
**Date:** 05/19/2020
**Page:** 1

**Attention: WAREHOUSE**

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865=*1,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N
Available Substitutes        Item Desc :

EDCN NO: EAR99

HTS NO:8431490010

NATIONAL OILWELL VARCO QUOTE# 1609931                     UNSPSC NO:

Total Requisition Amount:        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:  K.Dufrene
Routing #:  580047

Acct Code # 7060-15
5/19/20

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print) _____
Rep Signature _____
Rep Name (Print) _____

| R4202 | 05/19/2020 | | PURCHASING ONLY  FR NO: |
| OIM | DATE | | 0000235769 |

RIG MGR / OPERATIONS MGR _____ DATE _____
NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____   NO: _____

| BUYER | DATE |

DATE FAXED: _____

**EXHIBIT 7**

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
Bay Door A
LEDGER 183
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

## Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To:**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer email | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | Quote Exp Date | 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Payment Terms | NET 45 FROM INVOICE DATE |
| Branch | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

### Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865-71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:    MTS
Country of Origin: NORWAY
Unit Weight:  0.16  LB        Total Weight: 3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total                $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:        $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED:
MTS = MADE TO STOCK   ESP = EMERGENCY SPARE   WE WILL TAKE BACK WITH   20% RESTOCKING FEE
MTO = MADE TO ORDER GOODS CANNOT BE RETURNED

EXHIBIT 7

# Acumen International



**INVOICE**

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050     Fax  713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

| | |
|---|---|
| Payments/Credits | $0.00 |

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

| **Balance Due USD** | $100.00 |
|---|---|

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    1

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 5478 | EA | VALVE,MATT CO,6478,CHARGING,750 0 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI S14B L0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 3M,CONN SSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

This Item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR./ OPERATIONS MGR | DATE | Rep Signature | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 1000236183
Date: 08/03/2020
Page   2

Attention:  DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | PURCHASING USE ONLY | | | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO: 8413919520              UNSPSC NO:

| 4 | 2 | 024000 5590 | EA | BLADDER,MATTCO,5590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO: 8479899898              UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initieled | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | VENDOR, LOCATION, CONFIRM TO | PO. NO. |

Available Sustitutes   Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000              UNSPSC NO:

| 6 | 6 | 024000 077270067002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- | 56-MUD PUM | C | | 56-MUD PUM |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OSM | DATE | | | |
| [signature] | 6/5/20 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____  NO: ____      DATE FAXED: ____

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:     580047

Acct Code# 3060-15
Clayton Mansin

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 – DATED:06/10/2020                                    $           4,150.11

Handling Charges @ 5%(601)                                         $            207.51

AMOUNT DUE:  $           4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
:neficiary: Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
n Fransisco, CA
VIFT Code:   WFBIUS6S
3A #121000248
:count # 4569481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$    (4,150.11)  024000.10417.4202.110
$     (207.51)  810510.10417.4202.110
$    (4,150.11)  810650.10417.4202.110
$     4,150.11  919250.10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE          1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S  E06
O  VALARIS (ENSCOROWAN)
L  C/O ENSCO OFFSHORE CO.
D  PO BOX 570788
   HOUSTON, TX 77257-0788
T
O

S  000001
H  ROWAN RESOLUTE
I  (VALARIS RESOLUTE)
P  620 MOULIN ROAD
   BROUSSARD, LA 70518
T
O

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT |  | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|------|------|------|------|----------|--------|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|------|------|------|------|------------|----------|

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | | PAGE | 2 |
|---|---|---|---|
| | | INVOICE DATE | 6/10/2020 |
| | | INVOICE NO | 58061 |

**SOLD TO**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**SHIP TO**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | | TOTAL DUE | 4,150.11 |

**EXHIBIT 7**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| :---: |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type           Supply

| ITEM | QTY | G/L ACCT Item 15 | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99          HTS NO:8481805050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2,5 400BAR/ PSI G1/4B L0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99          HTS NO:9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER: YES: _____   NO: _____   DATE FAXED:_____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,8020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:8413919520                UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,8590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:8479899898                UNSPSC NO:

| 5. | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 | |
|-------|------------|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| *[signature]* | CC 6/2 | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page:   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|------|------|-------|------|-------|
| | | | | | | | PURCHASING USE ONLY | | | |

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET ACUMEN INTERNATIONAL, 0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

Total Requisition Amount          4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 | |
|-------|------------|---|---|---|---|
| OM | DATE | Operator (Print) | | | |
| Line Item Exempt: | 6/5/20 | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Mansir

**EXHIBIT 7**

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

| | |
|---|---|
| **Index Type :**   MORTGAGES | **File # :** 1606305 |
| **Type of Document :** LIEN | |
| | **Book :** 3165     **Page :** 405 |
| **Recording Pages :**           54 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:35:03PM

Doc ID - 015064940054

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:35:03
Recorded in Book 3165  Page  405
File Number   1606305

*Monica LaBruyere*
Deputy Clerk

**Return To :**   SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

EXHIBIT 7

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving are rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020          **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _~ R Mo_____
Name: _JASON R MORGANELLI_
Title: _PRESIDENT_

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_Juanita Floor_
Notary Public
Notary/Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

```
JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836
```

3

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 609-0377

# INVOICE

TO:  FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:  FWD2006256
INVOICE DATE:  6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS

RIG:  Resolute - DS-16
WELL NUMBER:  G.C. 40 #1 COMPLETION.
LOCATION:  G.C. 40 #1 COMPLETION

AFE:  FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

|  | | DAYRATE | |
|---|---|---|---|
| 88.0 HOURS OPERATING AT | | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | | |

Crew Shortage

AMOUNT DUE:      $     678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)  10417- 110-4202-810101
-        .  10417- 110-4202-810102
-        .  10417- 110-4202-810110
-        .  10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 7

R2202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resoula

June 2020

WELL NAME / LOCATION:

AFE

G.C. 40 #1 COMPLETION
FW202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,500 | REDRILL RATE $185,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBBBEA $185,500 | MOVE $181,500 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:            FW202002
Lease:          GC 40 #1
Project:        Katmai
Engineer:   K.Dufrene
Routing #:   580047

Acct Code # 3060-15

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month/Jun.2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: EC-4511 (Completion Name)

Cost Center:
AFE Number: FW 202202
Work Order:
Purchase Order:

| DATE | TOTAL HOURS | MANCOUNT Valaris | Operator | Valaris Catering | Valaris Third Party | Operator Third Party | Comments (Required for any rate other than Operating) | TotalPOB |
|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | Stand-by for build on Stephens LJ6 w/QA & QC3. Set screen plug on SL well and run to 116 and 8/9hours SPS and CTU. Lift/Locks VRV POOH with JA, LIH & DP. Set w/add 8 Fish Tool. Disp POOH with stand tools. | 181.00 |
| 6/2/2020 | 24.00 | 96.00 | 8.00 | 19.50 | 8.00 | 59.00 | | 185.00 |
| 6/3/2020 | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | RH Set Fl Control, Encloss on as RK. POOH with WL/CTU Rig the Hour. Latch MJR Slim Extension Hg, Remove Asty Press & pump begin. | 195.00 |
| 6/4/2020 | 16.00 | 95.00 | 5.00 | 19.00 | 8.00 | 59.00 | Pull Story BOPs, lay BOP's Shift BOP to Port to back. Transit Rig V/SCUp to MORML | 187.00 |
| TOTALS | 88.00 | 384.00 | 28.00 | 76.00 | 33.00 | 240.00 | | |

| Rate | Amount |
|---|---|
| 100%/Day | $ 185,000.00 |
| In total/Subtotal 100 / Day / MPD | $ 200,000.00 |
| In total/Subtotal 100%/Day | $ 185,000.00 |
| 100%/hr MPD | $ 8,333.33 |
| 100%/hr | $ 7,708.33 |
| 89%/hr | $ 7,854.17 |
| 89%/hr MPD | $ 8,333.67 |

Total Billable for the Month: $ 678,333.33

Fieldwood Client Representative:

Fieldwood Other Representative Signature:

Date:

Fieldwood Drilling Supt.:

Rig Manager: Dinny Sharry

Rig Manager Signature:

Date: 08-07-2020

Fieldwood Drilling Supt. Signature:

Date:

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 869-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 743.0 | HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 | HOURS ZERO RATE | $0.00  $ | - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | | |
|---|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 | |
| - | 10417- 110-4202-810102 | |
| - | 10417- 110-4202-810110 | |
| (7,708.36) | 10417- 110-4202-810103 | |
| | 10417- 110-4202-810104 | |
| | ED | |

**EXHIBIT 7**

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Rosolute

WELL NAME / LOCATION:   APE   G.G. 40 #1 COMPLETION
FW200002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY $161,300 | REDRILL RATE $166,800 | Zero rate $0 | REPAIR SURFACE $193,000 | REPAIR SUBSEA $193,000 | MOVE $161,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | 1.0 | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

**EXHIBIT 7**

## Valaris DS-16 MONTHLY BILLING SUMMARY

| Date | | | | | OPERATING HOURS | | | | | | | | | | | | | | | | Total Hrs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 64.00 | 30.00 | 18.00 | 5.00 | 63.00 | | 180.00 |
| 5/2/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 98.00 | 33.00 | 19.00 | 5.00 | 66.00 | | 168.00 |
| 5/3/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 64.00 | 32.00 | 18.00 | 4.00 | 66.00 | | 168.00 |
| 5/4/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 94.00 | 13.00 | 20.00 | 4.00 | 61.00 | | 168.00 |
| 5/5/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 67.00 | 11.00 | 20.00 | 4.00 | 70.00 | | 168.00 |
| 5/6/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 70.00 | | 168.00 |
| 5/7/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 96.00 | 9.00 | 7.00 | 1.00 | 80.00 | | 168.00 |
| 5/8/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 56.00 | 8.00 | 18.00 | 1.00 | 61.00 | | 168.00 |
| 5/9/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 6.00 | 20.00 | 2.00 | 44.00 | | 168.00 |
| 5/10/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 6.00 | 20.00 | 2.00 | 44.00 | | 168.00 |
| 5/11/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 6.00 | 10.00 | 2.00 | 62.00 | | 168.00 |
| 5/12/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 84.00 | 7.00 | 17.00 | 3.00 | 48.00 | | 168.00 |
| 5/13/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 84.00 | 7.00 | 17.00 | 3.00 | 47.00 | | 168.00 |
| 5/14/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 90.00 | 9.00 | 14.00 | 3.00 | 47.00 | | 168.00 |
| 5/15/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 90.00 | 7.00 | 16.00 | 4.00 | 47.00 | | 168.00 |
| 5/16/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 84.00 | 8.00 | 16.00 | 5.00 | 62.00 | | 168.00 |
| 5/17/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 88.00 | 6.00 | 14.00 | 5.00 | 46.00 | | 168.00 |
| 5/18/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 88.00 | 6.00 | 16.00 | 6.00 | 44.00 | | 168.00 |
| 5/19/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 6.00 | 30.00 | 2.00 | 60.00 | | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 6.00 | 63.00 | | 168.00 |
| 5/21/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 96.00 | 5.00 | 18.00 | 6.00 | 46.00 | | 168.00 |
| 5/22/2020 | 24.00 | | | | 1.00 | | | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 49.00 | | 168.00 |
| 5/23/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 92.00 | 4.00 | 14.00 | 3.00 | 47.00 | | 168.00 |
| 5/24/2020 | 24.00 | | | | | | | | | | | | | 24.60 | 91.00 | 4.00 | 13.00 | 3.00 | 54.00 | | 166.00 |
| 5/25/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 96.00 | 4.00 | 17.00 | 3.00 | 54.00 | | 168.00 |
| 5/26/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 96.00 | | 13.00 | | 45.00 | | 178.00 |
| 5/27/2020 | 24.00 | | | | | | | | | | | | | 24.00 | 90.00 | 7.00 | 16.00 | | 74.00 | | 200.00 |

EXHIBIT 7

AFE: FW202002
Lease: GC 40 #1
Project: Katmal
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15

| Date | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/26/2020 | 24.00 | | | | | | | | | | | | | | | |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | | | | | | | | |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | | | | | | | | |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 24.00 | | | | | | | |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 24.00 | 24.00 | 11.00 | 16.00 | | | | |
| 5/31/2020 | 24.00 | | | | | | | 11.00 | 31.00 | 8.00 | 16.00 | 31.00 | 60.00 | | | |
| TOTALS | 748.00 | | | | | | | 148.00 | 252.00 | 380.00 | 127.00 | 194.00 | | | | |

Total Estimate for
the Month:    $ _____

Performed Chart Representative Signature:

Performed Chart Representative Signature:    6/1/2020

Date: 6-01-2020.    Robert Roy

Field Manager Signature:

Field Manager Signature:

Date:

Date:

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month: May 2020
Contract #: 00542-33196
Professor
GLC-072-1 (Completion Items)

Cost Center:
AFE Work type: TW 020002
Work Order:
Purchase Order:

| DATE | OPERATION HOURS | TOTAL HOURS | OPERATOR | Valaris | OPERATOR | Valaris OPERATOR | Valaris TRAIN PARTY | OPERATOR (Billed Labor) | RELIABLE EXTRA LABOR | HSE AVAILABLE OFFICER | CREW / ANOTHER | Comments (Specify at any rate above char/Operating) | Total HSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | 24.00 | 96.00 | 10.00 | 19.00 | 9.00 | 67.00 | | | | | Attempt to Run Tbg working pkg, Rig down RBM, R/D w/o, R/D Flow Head, R/D and L/D BOP Stack. Rig up PDQ, Set bits. R/D MARD, POOH, R/D bits tong | 167.00 |
| 5/2/2020 | 24.00 | 24.00 | 98.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | Attempt to run tong, M/U BHA Gyro MI tool. Test bottom below reason RBM. POOH, L/D bits tong | 189.00 |
| 5/3/2020 | 24.00 | 24.00 | 86.00 | 11.00 | 19.00 | 4.00 | 81.00 | | | | | Rig up and run BHA. Test POOH. M/U bits and run BHA. POOH and L/D Tbg anchor | 180.00 |
| 5/4/2020 | 24.00 | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | M/U and L/D Jar in hole. M/U and L/D Jar tbg. Run BHA POOH POOH | 180.00 |
| 5/5/2020 | 24.00 | 24.00 | 98.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | M/U 5 bailing tool and test tool hole BHA Open Sleeve and POOH. BHA/ Head Open sleeve and Maint space out POOH. M/U bits and run BHA. POOH Oriented M/U Fishing Assy and Run Assembly in the hole | 109.00 |
| 5/6/2020 | 24.00 | 24.00 | 86.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | Attempt top fish selection, Fishing tool fish attempt running inspection and M/U. The placed in town M/U Assembly and M/U Run fish with Circus out | 164.00 |
| 5/7/2020 | 24.00 | 24.00 | 94.00 | 8.00 | 18.00 | 2.00 | 81.00 | | | | | Run and wash over, POOH and circ tools M/U Fish tong BHA and run mechanism | 164.00 |
| 5/8/2020 | 24.00 | 24.00 | 93.00 | 9.00 | 15.00 | 2.00 | 41.00 | | | | | Test RBM and Circ and clip, Roll on WRP and POOH with Tool Assy. M/U bbits and run M/U Fish tool and Assy M/U above M/U ACTUAL, Run 13/4 cutter on Drive and Cut BHA-1, Circ and Cut Maint POOH | 163.00 |
| 5/9/2020 | 24.00 | 24.00 | 92.00 | 8.00 | 19.00 | 1.00 | 44.00 | | | | | BCR ATTACH sleeve and screw tbg/ MU pressure test BHA1 and screw run. Circ tubing. The test M/U BHA below screw to reason. M/U Screw BHA and release, M/U ACTUAL R/D POOH with test end Fish Assy M/U Fish tong | 162.00 |
| 5/10/2020 | 24.00 | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | M/U BHA and run and test tbg, Wash over & M/U sleeve, POOH M/U 1/2 tbg and 11/2 Cut and reset run POOH | 162.00 |
| 5/11/2020 | 24.00 | 24.00 | 91.00 | 7.00 | 17.00 | 2.00 | 46.00 | | | | | Circ Set tool, Circ for washing, POOH and POOH BHA and Cut BHA POOH and clip 3/4 selection tag and release cut 11 | 163.00 |
| 5/12/2020 | 24.00 | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | Circ & Run tjammin, Circ for washing, R&M and release BHA and test. Set and tool. Run and trip tag the 3" and of POOH clean magnets and reduce tool1, circ clip | 164.00 |
| 5/13/2020 | 24.00 | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | 1.00 | | | Continue POOH and Recover BHA and cut 3" and reset P/U, Replace Fran | 165.00 |
| 5/14/2020 | 24.00 | 24.00 | 91.00 | 8.00 | 16.00 | 2.00 | 47.00 | | | | | Continue POOH and Repair null, Prepare new fishing tools and fish and L/D, Replace fran | 147.00 |
| 5/15/2020 | 24.00 | 24.00 | 89.00 | 7.00 | 16.00 | 1.00 | 47.00 | | | | | M/U 5 fish, POOH and rigging, M/U fishing tool. M/U test POOH BHA and inspect M/U. Prep and test, Run well, setting tool | 147.00 |
| 5/16/2020 | 24.00 | 24.00 | 93.00 | 8.00 | 16.00 | 1.00 | 62.00 | | | | | M/U Fish and run POOH, M/U and test POOH BHA Run well and setting. BHA prep and fish M/U. Circ M/U, Circ POOH | 148.00 |
| 5/17/2020 | 24.00 | 24.00 | 93.00 | 8.00 | 16.00 | 3.00 | 60.00 | | | | | Wash over POOH, Recover Overpull tool. Circ WO 3 cut drive and Run, run well with, POOH and Fish cut POOH and clean | 270.00 |
| 5/18/2020 | 24.00 | 24.00 | 88.00 | 5.00 | 18.00 | 5.00 | 86.00 | | | | | WO 5 fishing and Tbg overfill & mechanism, POOH, L/D and Cut tool on w/o, Run setting tool, POOH reset 3/4 out CH tool and M/U w/o, POOH and BHA tong POOH Recover BHA and Set tool | 289.00 |
| 5/19/2020 | 24.00 | 24.00 | 93.00 | 5.00 | 16.00 | 6.00 | 49.00 | | | | | Circ Hyd sleeve cutter. Continue at Bath L/Run Mg, POOH & WO 3 tool, clean POOH M/U set and cut (3/4") HITCH/CLIP | 164.00 |
| 5/20/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | Continue POOH set 17,760' run & part of the fishing operation. Upout | 168.00 |
| 5/21/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | Continue POOH and 17,760' run & part of the fishing, Run w/ M/U Well retrieval, Set & function POOH & POOH test tool | 165.00 |
| 5/22/2020 | 24.00 | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | POOH test tool. M/U test end M/U Run Tbg & POOH & BHTK, Circ overfull surface packers | 151.00 |
| 5/23/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | Continue pulling CH overfull & TBG safety valve, POOH with BHP out over, BHA of W/OO. Circ liner over 5,000' as per procedure fish, run POU, POOH w/OOHD | 244.00 |
| 5/24/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | POOH with W/OO crew. B/Eds. Test of field bias Overview and RM w 134,005' fish pockets, mechanism, pump to run W/OO sleeve. W/O and L/D. | 164.00 |
| 5/25/2020 | 24.00 | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | | Set Fishing 5 PU. Run fish pocket on w 134,005' fish pockets, mechanism to run POOH, run Reflection BHA. POOH & W/O BHP out | 17.00 |
| 5/26/2020 | 24.00 | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | | POOH, POOH fish assembly M/U response packer, Recover & Bore & reset POU, Run 134 w | 187.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | | | | | | | | 700.00 |
| 5/28/2020 | 24.00 | | | | | | | | | | | | | | 700.00 |
| 5/29/2020 | 24.00 | | | | 24.00 | 92.00 | 9.00 | 18.00 | 12.00 | 78.00 | | | | 198.00 |
| | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | 199.00 |
| | 24.00 | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 65.00 | | | | 198.00 |
| 5/30/2020 | 24.00 | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | 198.00 |
| 5/31/2020 | 24.00 | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 34.00 | | | | 198.00 |
| **TOTALS** | 745.50 | 0.00 | 1.05 | | 745.00 | 2853.00 | 232.00 | 389.00 | 171.00 | 1785.00 | | | | 100 |
| | | 0.00% | 0.07% | | 65.00% | | | | | | | | | |

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In 90q/80xq3 100% / Day MPD | $ | 200,000.00 |
| In 90q/80xq3 100%/Day | $ | 185,000.00 |
| 100%/Hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 95%/Hr | $ | 7,354.17 |
| 90%/Hr MPD | $ | 8,166.67 |

Total Bill/Halls for the Month $ 5,735,000.00

_____
Fieldwood Client Representative

_____
Fieldwood Client Representative Signature

Date: _____

_____  Dinny Sharry
Rig Manager: _____  Fieldwood Drilling Supt.

Date: _____

_____
Fieldwood Drilling Supt. Signature

Rig Manager Signature: _____

Date: _____

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___ //s// Brian Rodgers ___

Brian Rodgers
Resolute (DS-16) Rig Manager

M·Clah.

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___ //s// Dinny Sharry ___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: G.C. 4C #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE: $    270,900.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

# Rowan Resolute

CLIENT/THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

Company Man APPROVAL:

B. Button 5-31-2020

C:\Users\e2020\Desktop\May 2020 3rd Party Room Meal.xlsx

OIM APPROVAL:

Group / Date

NOV
NSI Fracturing
OCEANEERING
OES
Oilstates
One Subsea
OFI (Oil Field /Istr.)
OGEC
OTC
One Surface
Pharmasolle
PH Helicopters
Pinnacle
Pendolink
Precision Rental
Pendrink
Protechnics
Professional Rental Tools
PRT
Quality Energy
QPS
Rio Chem
Rishel
RPS Group Inc.
Schlumberger
Scientific Drilling
SCS
Subsea Partners LLC
Subsea Solutions
Sunbelt
Superior
Superior Energy
Superior Perf.
Southern Fab
TEMS
Teledyne
Tetra
TIW
Total Safety
Tristate
TSI
Tubular Solutions
Vets Global
Workstrings
Weatherford
Wellico
Wellbore
WFR

TOTAL
TOTAL OVER CONTRACT

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:   580047

*ACCT. CODE 3060-45*

TOTAL:
TOTAL BILLABLE $

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Expro | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 6 | 6 | 7 | 7 | 7 | 5 | 6 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\Vadio202\Desktop\May 2020 3rd Party Quck Meals.xlsx

EXHIBIT 7

# Rowan Resolute

CLIENT-THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

**Group / Date rows (left column labels):**

- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- One Subsea
- OFI (Oil Field Instr).
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Primafe
- PeroLink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Talevine
- TEMS
- Terra
- TIW
- Total Safety
- Totalste
- TDI
- Tubular Solutions
- Veris Global
- Weatherford
- Wellbore
- Wellkee
- Welline
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL BILLABLES:
TOTAL: $

ACCT. CODE 3060-45

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:   580047

**EXHIBIT 7**

Signature: Butler 5-31-2020

Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020, Well Name: Kennal, AFE: FW2020002, Routing#68004?

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A&B LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Balleys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlackHawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Budware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Runner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Calco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Citroilest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FCP Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC/Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GEA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydraCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clah.

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature:  ___//s// Dinny Sharry___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020        $       6,500.0

Handling Charges @ 5%(601)        $    325.0

AMOUNT DUE:  $    6,825.0

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | |
|---|---|
| $ | (6,500.00)  024000.10417.4202.110 |
| $ | (325.00)  810510.10417.4202.110 |
| $ | (6,500.00)  810650.10417.4202.110 |
| $ | 6,500.00  919250-10417.4202.110 |
| | ED |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02565 |
| Invoice Date | 5/6/2020 |

Bill
To:   EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:   Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount | 0.00 |
| | | | Total Sales Tax | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



# Picking List by Order

**HOOVER FERGUSON**

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via:          Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:        206081
Shipment Date:      4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 BAG 5000 / UNV RED STRAP,175/PALLET |  | EACH | 500.00 | 0.00 | 500.00 | 500 |
|  | HS CODE 6305.32.000 |  |  | 0.00 | 0.00 | 0.00 |  |

RahKell

**EXHIBIT 7**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:        Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:       206081
Shipment Date:     4/30/2020
Inside Salesperson:   Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | ~~500~~.00  *500* | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type       Supply

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitute    Item Desc :

ECCN NO: EAR99         HTS NO:3923210000         UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000235125 |
|-------|------------|-------------------------------------------------------------------------------|-------------------------------|----------------------------------------|
| OIM | DATE | FWF | | |
| RIG MGR / OPERATIONS MGR    DATE | | Operator (Print) | | |
| | | *Jimmie Butler* | | |
| | 7/25/20 | Rep Signature | | |
| | | *Larry Butler* | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15
*L. Butler* 4-22-2020

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

**Attention:** MARINE / BARGE SUPERVISOR

REQ Type     Supply

| ITEM# | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) FWF | | |

RIG MGR / OPERATIONS MGR          DATE
NOTE: Any additions or deletions must be initialed

Rep Signature

Rep Name (Print)

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2005249
INVOICE DATE:  05/13/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.0( |
| MARTIN ENERGY SERVICES .<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.0( |
| Handling Charges @ 5%(601) | $ | 417.7! |
| AMOUNT DUE: | $ | 8,772.7! |

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |
| | ED | |

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT 7



AFE:      FW202002
Lease:    GC 40 #1
Project:  Kulmai
Engineer  K.Dufreno
Routing #:   580047

Cost Code 3060-15
$. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   APPROVED
Req ID:0000234902
Date: 04/13/2020
Page 1

**Attention: WAREHOUSE**

REQ Type          Supply

|  | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154885 | EA | DIES, HYDRALIFT,154885+71, GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:8431438010          UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:          3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

**EXHIBIT 7**

| R4202 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:     0000234902 |
|---|---|---|---|
| OIM | | | |

04/13/2020    DATE

Operator (Print)

RIG MGR / OPERATIONS MGR    DATE

Rep Signature

NOTE: Any additions or deletions must be initialed

Rep Name (Print)

BUYER                              DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:

DATE FAXED:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To:    ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To:    C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 835 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4226936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    - CONTINUED -

| MESSAGES |
|---|
| |

**PAYMENT REMITTANCE**

C H E C K

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

**EXHIBIT 7**



# INVOICE

**MARTIN**
ENERGY SERVICES

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 980061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**     **$4,750.00**

### MESSAGES

### PAYMENT REMITTANCE

C H E C K

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/vs/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

**EXHIBIT 7**

DOC. CONTROL #      04232020205734

# Valaris

*# 436 525*

**Purchase Order**    Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| In care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 576788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 520 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States *CPort 2* | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | *CC-200* | SUPPLIER SHIP METHOD: |
| United States | | |
| PHONE: 337 785 3400 | *12209* | |
| DISPATCH TO: mesoffshore@martinmlp.com | | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:  Ernestine Castillo | CURRENCY:  USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:  tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:  281/272-4043 | REQ TYPE:  REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:  OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line Number / Item ID | Vendor | Description | Quantity UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:    ECCN No:    GL Acct Cd: 10417-024000-4202-110    AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:    ECCN No:    GL Acct Cd: 10417-024000-4202-110    AFE Cd:

Total PO Amount      4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



**MARTIN** ENERGY SERVICES

JDE # 436525
Branch Plant 13015090

☐ TRANSFER  ☐ REPACK  ☑ SALE  ☐ CO-USE

| BILL TO: Enscofonan | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rio 202 | TIME STARTED ___ AM/PM | TIME FINISHED ___ AM/PM  HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100538-11 | |
| | CRANE | TK# 212106 | Sling# 98435-13 | |
| | FORKLIFT | Manifut# 304152 | | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| **494100** | | ITEM# 494100  DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all non road diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | date tank sling | | 10 | 50 |
| | | TK# 4305434 | Sling# 100737-81 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42318.36 | Sling# 97554-17 | | |
| | | TK# 217119 | Sling# 100787-17 | | |
| | | TK# 202836 | Sling# 98483-8 | | |
| | | TK# 174098 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 319532 | Sling# 100787-1 | | |

| | | | | | | GAUGING | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| DRUMS DELIVERED | | | DRUMS RETURNED | | | | | |
| WATER | METER READINGS: | START | | STOP | GALS. | | | |
| TERMINAL ___ SUPPLIER ___ BOL# ___ METER TKT. # ___ TRUCK# ___ TRAILER # ___ | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ | INITIALS | TOTAL REC'D. $ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/moes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954; Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Cole  Cody Ledet_      _Michael Conner_
   Customer Signature                        Martin Energy Services Representative

X _____ BOL13628389        4879-29207
Martin Driver Signature              Truck and Trailer No.

REV. 12/18
FORM NO. 107

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type     Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 10 | 024000 4031050 | EA | RENTAL-TANK,MARTIN ENERGY,4031050,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Susltitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 8865604 | EA | RENTAL-SLING,MARTIN ENERGY,8865604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Susltitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount         4,016.10

FIELDWOOD RE-BILL FOR 10 DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000234936 | |
|---|---|---|---|---|---|
| OIM | DATE | FWE | | | |
| | | Operator (Print) | | | |
| *[signature]* OIM - 4/15/20 | | *Larre Butler* | | | |
| RIG MGR / OPERATIONS MGR | | Rep Signature | | | |
| NOTES:Any additions or deletions must be initialed | | Larre Butler | | BUYER | DATE |
| | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

*Cost Code 3060-15*
*L. Butler 4-14-2020*

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ⊘ Erem Demet

↩ Reply    ↩↩ Reply All    → Forward

Thu 5/14/2020 8:16 AM

ⓘ Follow up. Sent by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5450p | +1 832-205-8315m
Brian.rodgers@valaris.com

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

|  |  |  |  |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ |  |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE:  $      265,300.0

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202-110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202-110 |
| | ED |

EXHIBIT 7

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

The page contains a large dense charge-off grid (company names listed down the left column: ASB LTD, ABS, Aureol, Aimas, Aker, Aqua Tech, Automated Production, Archer, Baines, Baker Hughes, Bedrock Petroleum, BHGE, Blackhawk, BSEE, Borgers, Buster Fire Control, Cajun Cutters, Cameron, Cetco, ChampionX, Chooest, Chipoel, Cavins, CoreLab, Danos, Deep Sea DS, DGS, Diversified, Dril-Quip, Dynamic Industries, Enserv, Elite Comms, EPS, Energy Services, Expro, FSF Pigg Washing, Fieldwood, FMC, FRANK'S INTL., Fugro, GAIA, GE Oil & Gas, GSI, Gulfstream, HALLIBURTON /Sperry, HydroCarbon, Jasnect Bleicker, Interwell, Lloyds Register, IMAKO, Master Flo, M Swaco, NALCO, Newpark, NOV, NSI Fracking, OCEANEERING, OEG, Oilmless, One Subsea, OFI (Oil Field Instr.), OGEC, One Surface, OTC, Pharmacala, PFH Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, Proto physics, Professional Rental Tools, PRT, Quality Energy, QPS, Rig Chem, RioNet, RPS Group Inc., Schlumberger, Scientific Drilling, SES, Subsea Pattres LLC, Subsea Solutions, Seabell, Superior, Superior Energy, Superior Perf., Stedfon-Fab, Teledyne, TEMS, Tetra, TNV, Total Safety, Trendo, TGI, Tubular Solutions, Varia Global, Workstrings, Weatherford, Welbore, Wellco, WFR) with daily columns numbered 1–31 and TOTAL/TOTAL OVER rows. The numeric cell values are largely illegible in the scan.

TOTAL OVER: 75  78  75  76  76  64  64  65  74  74  75  76  78  79  64  66  82  82  82  72

TOTAL: 1935
TOTAL: 1893
TOTAL BILLABLE $: 258300

Began Katmai AFE on April 8th.

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
S. Butler
-5-1-20

EXHIBIT 7

Company from AP

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Steve Drouet

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply   ↩ Reply All   → Forward
Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5400 | +1 832-206-8316m
Brian.rodgers@valaris.com

EXHIBIT 7


# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
        Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| **NOV** INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| **ACUMENINTERNATIONAL** INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

AMOUNT DUE: $        3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
BA #121000248
ccount # 4669481673

$   (3,705.04) 024000.10417.4202.110
$     (185.25) 810510.10417.4202.110
$   (3,705.04) 810650.10417.4202.110
$    3,705.04  919250-10417.4202.110

ED

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID   : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-08-17 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

|  | Valaris Field Requisition |
|---|---|

**Business Unit:**110013   OPEN
**Req ID:**0000235769
**Date:** 06/19/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type        Supply

PURCHASING USE ONLY

| | ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 24 | 024000 164865 | EA | DIES,HYDRALIFT,1548656*71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N
Available Sustitutes        Item Desc :

ECCN NO:  EAR99

NATIONAL OILWELL VARCO QUOTE#:1609931

HTS NO:8431438010

**Total Requisition Amount:**        3,605.04

UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

List all Field
ETRR No. by Item

*Acct Code # 3060-15*

*5/19/20*

PURCHASING ONLY FR NO:        0000235769

| R4202 | 05/19/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | | PURCHASING ONLY FR NO: | 0000235769 |
|---|---|---|---|---|---|
| OIM | DATE | | | | |

Operator (Print)

Rep Signature

Rep Name (Print)

| RIG MGR / OPERATIONS MGR | DATE |
|---|---|

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

BUYER        DATE

**EXHIBIT 7**



Rig
Technologies

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400   PHONE
(337) 365-2545   NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

Please reference this Quote Number on all correspondence.

# *Sales Quote Acknowledgement*

**Invoice To:**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| Cust Contact | ERNESTINE CASTILLO | | |
|---|---|---|---|
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Quote Exp Date | 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Freight Terms | |
| Branch | | Payment Terms | NET 45 FROM INVOICE DATE |
| | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:   MTS
Country of Origin:  NORWAY
Unit Weight:  0.16  LB        Total Weight: 3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total          $3,605.04

Total Sales Quote Acknowledgement 1609931 Rev 1:      $3,605.04

"DISCLAIMER: All ECCN and HTS classification Information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification Information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International



11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050      Fax 713-896-0122
www.Acumen.us.com

## INVOICE

1026793

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| Payments/Credits | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 8478 | EA | VALVE,MATTCO,8478,CHARGING,7500 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO: EAR99            HTS NO: 8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRAULIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitute     Item Desc :

ECCN NO: EAR99            HTS NO: 9026200000            UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    C000236183 |
|-------|------------|--------------------------------------------------------------------------------|-------------------------------|--------------------------------------|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR     DATE | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type   Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Subtitues   Item Desc :

ECCN NO: EAR99     HTS NO:8413919520     UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Subtitues   Item Desc :

ECCN NO: EAR99     HTS NO:8479899898     UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER     DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____  DATE FAXED:_____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page     3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type     Supply

| ITEM | QTY | GA. ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------|-----|-------------|------|----------|--------|-------|-------|-------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO:9026200000 | | UNSPSC NO: | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: | HTS NO: | | UNSPSC NO: | | | |

Total Requisition Amount     4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 | |
|-------|------------|---------|---------|---------|---------|
| OIM | DATE | | | | |
| Line Item Exempt : | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR    DATE | 6/5/20 | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Acct Code# 3060-15
Claytan Shamsu

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
    RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                    $          4,150.11

Handling Charges @ 5%(601)                                         $            207.51

AMOUNT DUE:   $          4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

eneficiary: Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:  WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250-10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE          1

INVOICE DATE    6/10/2020
INVOICE NO      58061

| S O L D  T O | E06<br>VALARIS (ENSCOROWAN)<br>C/O ENSCO OFFSHORE CO.<br>PO BOX 570788<br>HOUSTON, TX 77257-0788 | S H I P  T O | 000001<br>ROWAN RESOLUTE<br>(VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD, LA 70518 |

TOTAL DUE      4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|-------------------|----------------|---|----------|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|------|------|------|------|----------|--------|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|------|------|------|------|------------|---------|

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | | |
|---|---|---|
| PAGE | 2 | |
| INVOICE DATE | 6/10/2020 | |
| INVOICE NO | 58061 | |

S O L D    E06
T O    VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P    000001
T O    ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

**EXHIBIT 7**

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | GA. ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:8481809050                    UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

This Item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO. :   0000236183 | |
| --- | --- | --- | --- | --- | --- |
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR/ OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013    OPEN
Rec ID:0000236183
Date: 06/03/2020
Page     2

Attention: DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99                      HTS NO:8413919520                      UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99                      HTS NO:8479899898                      UNSPSC NO:

| 5 . | 1 | 024000 6458 | EA | GAUGE,MATTCO,6458,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| *(signature)* | 6/5/2 | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    3

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0570-02, P-109 | 18.00 106.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:        4,206.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| *[signature]* | 6/5/20 | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |

Line Item Exempt :
NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____    DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

*Acct Code# 3060-15*

*Clayton Thomson*

**EXHIBIT 7**