# EXHIBIT B

 CT Corporation

**Service of Process Transmittal**
11/04/2020
CT Log Number 538534539

| | |
|---|---|
| **TO:** | Jean Coluzzi<br>Talos Energy LLC<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Talos Energy Offshore LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: Atlantic Maritime Services, LLC, Claimant // To: Talos Energy Offshore LLC |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Letter of Intent - Seeking Information |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/04/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/04/2020, Expected Purge Date: 11/09/2020<br><br>Image SOP<br><br>Email Notification,  Jean Coluzzi  jean.coluzzi@talosenergy.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 LaSalle Ave<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-539-8692<br>CorporationTeam@wolterskluwer.com |

Page 1 of  1 / SS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

TEL: 504.568.1990 | FAX: 504.310.9195

Stewart F. Peck

E-mail: speck@lawla.com

October 30, 2020

**VIA U.S. CERTIFIED RETURN RECEIPT
AND FACSIMILE – (713) 351-4100**

Talos Energy Offshore LLC
333 Clay Street, Suite 3300
Houston, TX 77002

Talos Energy Offshore LLC
through its registered agent,
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Re:  Demand for Payment
Our File No. 37647.200676

Dear Sir or Madam:

Enclosed please find copies of the Statement of Privilege recorded by Atlantic Maritime Services, LLC ("Atlantic") against the following property:

| | |
|---|---|
| **Title of Document:** | Statement of Privilege |
| **Claimant**: | Atlantic Maritime Services, LLC |
| **Parishes:** | St. Tammany, Orleans, St. Bernard and Plaquemines |
| **Lease**: | OCS-G-28030 |
| **Field:** | Mississippi Canyon – 948 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $5,842,744.68 |

The records of BOEM indicate that you own a working interest in the above property.

Demand is hereby made upon you to pay Atlantic $5,842,744.68, together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent of the amount sought to be collected.

Failure to pay Atlantic $5,842,744.68 within seven (7) days from date hereof will leave Atlantic no alternative but to file a Complaint against you in the United States District Court for the Eastern District for Louisiana seeking the recognition and enforcement of its privilege, i.e. its Louisiana Oil Well Lien, against your interest in the above property for the aforesaid amount. Additionally, pursuant to La. Rev. Stat. 9:4871, Atlantic will seek a Writ of Sequestration, without

October 30, 2020
Page 2 of 2

the necessity of furnishing bond, be issued. Once the Writ of Sequestration is issued, Atlantic will record it in the records of the Clerks of Court for the Parishes of St. Tammany, Orleans, St. Bernard and Plaquemines and with BOEM to effectuate a paper seizure of your working interest and other rights in the above described property.

Nothing herein shall be construed as Atlantic taking any action whatsoever against the Operator, Fieldwood Energy, LLC or any of its affiliates or any of their interests or rights they may have in the above described property, as Atlantic is stayed from proceeding against same pursuant to 11 U.S.C. §362. Atlantic does, however, reserve the right to seek to move to lift the stay order in the Fieldwood Chapter 11 proceeding to have your interest sequestered and seized as to any proceeds payable to you from the sale of hydrocarbons attributed to your interest against which Atlantic's liens attach.

Very truly yours,

Stewart F. Peck

SFP/yam
Enclosures

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of $5,824,744.68, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

St. Tammany Parish 2018
Instrument #: 2215417
Registry #: 2705279 FTR
7/15/2020 3:30:00 PM
MB X CB    MI    UCC

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: _JASON R. MORGANELLI_
Title: _PRESIDENT_

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4-19-2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

---

**NOV'S NOTICE OF PERFECTION, CONTINUATION, OR MAINTENANCE OF LIENS**
**PURSUANT TO 11 U.S.C. § 546(b)(2)**

---

National Oilwell Varco, L.P. d/b/a NOV Tuboscope and NOV Well Site Services, XP Systems, L.P., and NOV Process & Flow Technologies US, Inc. (together "NOV") hereby give notice pursuant to 11 U.S.C. § 546(b)(2) and/or other applicable law that they hold valid, timely, and properly perfected statutory oil and gas M&M liens against Debtors Fieldwood Energy LLC and Fieldwood Energy Offshore LLC and certain of their respective debtor and non-debtor subsidiaries and affiliates (together, the "Debtors" or "Fieldwood") and their interests in the mineral and other real and personal property more specifically described below. In support of such notice, NOV states as follows:

1.      Overview: Prior to and after the filing of this bankruptcy case, NOV furnished labor, material, and/or services under contract with the Debtors in connection with operations on the following oil and gas leaseholds located offshore in the Gulf of Mexico:

      a.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 02110, Gulf of Mexico, Federal Waters, Eugene Island Block 307 (EI-307);

      b.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 12209, Gulf of Mexico, Federal Waters, Green Canyon Block 200 (GC-200);

      c.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 34536, Gulf of Mexico, Federal Waters, Green Canyon Block 40 (GC-40);

d.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 02754, Gulf of Mexico, Federal Waters, High Island A Block 376 (HI-376A);

e.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 01666, Gulf of Mexico, Federal Waters, Main Pass Block 289 (MP-389);

f.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 27278, Gulf of Mexico, Federal Waters, Mississippi Canyon Block 519 (MC-519);

g.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 28030, Gulf of Mexico, Federal Waters, Mississippi Canyon Block 948 (MC-948);

h.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 05044, Gulf of Mexico, Federal Waters, Ship Shoal Block 259 (SS-259);

i.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 02279, Gulf of Mexico, Federal Waters, South Marsh Island Block 106 (SM-106);

j.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 01294, Gulf of Mexico, Federal Waters, South Pass Block 62 (SP-62);

k.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 01172, Gulf of Mexico, Federal Waters, Vermilion Block 313 (VR-313);

l.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 09524, Gulf of Mexico, Federal Waters, Vermilion Block 371 (VR-371); and

m.      Bureau of Ocean Energy Management Outer Continental Shelf Lease No. OCS-G 06888, Gulf of Mexico, Federal Waters, Viosca Knoll Block 826 (VK-826).

2.      NOV has not been paid for such labor, material, and/or services provided. The principal amount owed to NOV—and for which it asserts a secured claim—is at least **$331,253.37**, exclusive of contractual and statutory interest, attorney's fees, and costs. Moreover, as NOV has continued to provide the Debtors with labor, material, and/or services in connection with the above-described properties post-petition, it is expected that the amount owed will increase if NOV does not receive payment for such labor, material, and/or services.

3.      <u>Liens</u>. As a result of the Debtors' non-payment, and pursuant to its rights under applicable state and federal law, NOV either timely filed or will timely file valid and properly perfected liens against the Debtors and their ownership interest in the mineral and other real and

2

personal property on which (or in connection with) the labor, material, and/or services were provided, together with the ownership interest of any other interest owners. NOV's lien claims cover the entirety of the leasehold estates and all oil and gas wells located thereon, together with all other property covered by applicable state and federal law, including, but not limited to, all building and appurtenances, materials, machinery, supplies, casing, tools, pumping equipment, pipelines, and right-of-way for the same, located on said leaseholds.

4.     Attached hereto as **Exhibit "A"** is a copy of the Debtors' current statement of account with NOV, together with copies of the corresponding outstanding invoices and other select supporting documentation. NOV will supplement this filing with file-stamped copies of the various lien affidavits and accompanying exhibits and attachments thereto as soon as they become available.

5.     <u>Notice</u>. Section 546(b)(2) of Title 11 of the United States Code provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection of an interest in property, or maintenance or continuation of perfection of an interest in property, the claimant may file a notice with the Bankruptcy Court in lieu of such seizure or commencement. Accordingly, NOV hereby gives notice in lieu of commencement or continuation of any such action to perfect, maintain, or continue perfection of NOV's interests pursuant to 11 U.S.C. § 546(b), including, but not limited to, the filing or continued prosecution of a lawsuit to enforce and foreclose NOV's lien claims.

6.     <u>Adequate Protection</u>. By virtue of this notice, NOV demands adequate protection of its interest in the above-described property. The proceeds of any sale of the subject property, including specifically any hydrocarbons produced therefrom, constitutes cash collateral pursuant to 11 U.S.C. § 363(a) and may not be used without consent. NOV does not consent to the use of

its cash collateral and demands segregation and an accounting of its cash collateral in accordance with Section 363(c)(4).

7.  <u>Further Information</u>. Additional information and other supporting documents may be made available upon request to the following counsel:

> Stacy & Baker, P.C.
> Attn: Brian A. Baker
> 1010 Lamar Street, Suite 550
> Houston, Texas 77002
> Ph: 713-527-9991 | Fx: 713-527-9992
> brian.baker@stacybakerlaw.com

8.  <u>Reservation of Rights</u>. This notice shall not operate as a waiver of any right, claim, or defense available to NOV. NOV reserves the right to supplement and amend this notice to the fullest extent provided by law and hereby reserves any and all other rights provided under applicable law.

DATED: November 12, 2020.

Respectfully submitted,

**STACY & BAKER, P.C.**

By: _____
     Brian A. Baker
     State Bar No. 24082648
     brian.baker@stacybakerlaw.com
1010 Lamar Street, Suite 550
Houston, Texas 77002
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P., AND NOV PROCESS & FLOW TECHNOLOGIES US, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to all parties and counsel entitled to receive notice in this case.

_____

Brian A. Baker



**DORÉ ROTHBERG MCKAY**
strictly business

17171 Park Row, Suite 160
Houston, Texas 77084
www.dorelaw.com
281.829.1555

September 3, 2020

*Via Certified Mail, Return Receipt Requested*

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S., Suite 1200
Houston, Texas 77042
*CMRRR #: 7019 2280 0001 7518 0182*

**FIELDWOOD ENERGY, LLC**
333 Clay Street, Suite 3400
Houston, Texas 77002
*CMRRR #: 7019 2280 0001 7518 0205*

**TALOS ENERGY OFFSHORE LLC** 333
Clay Street, Suite 3300
Houston, Texas 77002
*CMRRR #: 7019 2280 0001 7518 0199*

**ECOPETROL AMERICA, LLC**
2800 Post Oak Blvd., Suite 4500
Houston, Texas 77056
*CMRRR #: 7019 2280 0001 7518 0212*

## NOTICE OF LIEN CLAIM

Re:   **Claimant:**   Newpark Drilling Fluids LLC
    **Contractor:**   Fieldwood Energy, LLC
    **Operator:**   Fieldwood Energy, LLC
    **Owner:**   *See addressee(s) named above*
    **Property:**   Mississippi CanyonArea/Block 948; OCS-G 28030
               Offshore Jackson County, Mississippi
    **Lien Claim Amount: $4,070.00**

Gentlemen:

Claimant, **Newpark Drilling Fluids LLC**, hereby gives notice of its lien claim on the Property described above. Claimant performed labor and/or furnished or hauled material for Contractor, **Fieldwood Energy, LLC**. Contractor is indebted to Claimant for said labor and/or materials in the amount of **$4,070.00**. Based on information and belief, the above named addressee(s) are the owner(s) and/or operator(s) of the land oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way for which the said labor and/or material was performed, hauled and/or furnished.

If you contend that you are not the Contractor, Operator, or Owner of the above-described property, Claimant requests that you provide to me within ten (10) days of your receipt of this letter documentation supporting your contention.

September 3, 2020
Page 2

       Enclosed please find a copy of the Claim of Lien pursuant to MISS. CODE ANN. § 85-7-401, et seq., which will be filed with the clerk of Jackson County, Mississippi, and with the United States Department of the Interior, Bureau of Ocean Energy Management, against the subject property.

Yours very truly,

*Lisa Rothberg*

Lisa Rothberg

Enclosure(s)

cc:    Ms. Kara Griffith

**AFTER RECORDING RETURN TO:**
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Fieldwood Energy, LLC – Mississippi Canyon/Block 948                    OCS-G 28030

## CLAIM OF LIEN
Miss. Code Ann. § 85-7-401, et seq.

| | | |
|---|---|---|
| THE STATE OF MISSISSIPPI | § | |
| | § | |
| COUNTY OF JACKSON | § | KNOW ALL MEN BY THESE PRESENTS: |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| OUTER CONTINENTAL SHELF | § | |
| GULF OF MEXICO | § | |

    1.    THAT, the undersigned agent of **NEWPARK DRILLING FLUIDS LLC,** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

    2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Work |
|---|---|---|
| **$4,070.00** | **Invoice No.:**<br>6420063240 | June 17, 2020 |

    3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**      **ECOPETROL AMERICA, LLC**
2000 W. Sam Houston Pkwy. S.    2800 Post Oak Blvd., Suite 4500
Houston, Texas  77042.          Houston, Texas  77056

**TALOS ENERGY OFFSHORE LLC**
333 Clay Street, Suite 3300
Houston, Texas 77002

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **NEWPARK DRILLING FLUIDS LLC**, whose address is 9320 Lakeside Blvd., Suite 100, The Woodlands, Texas 77381.

5. Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas 77042.

6. The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC.**

7. A description of the property this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE JACKSON COUNTY, Mississippi, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.00** acres, more or less, being all of BLOCK 948, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH 16-10, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 28030**, dated effective July 1, 2006.

7. The true and correct amount claimed by Claimant is **$4,070.00**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

8.   Not more than ninety (90) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 4 day of September, 2020.

NEWPARK DRILLING FLUIDS LLC

By: _____
     Lisa Rothberg, Attorney-in-fact

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Newpark Drilling Fluids LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

4th SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the ___ day of September, 2020.

By: _____
     Notary Public in and for the State of Texas

ITZAYANA CELESTE SALDIVAR
Notary Public, State of Texas
Comm. Expires 04-13-2024
Notary ID 132435854

-4-

 **CT Corporation**

**Service of Process Transmittal**
08/20/2020
CT Log Number 538128275

**TO:**  Maria V Vargas, General Counsel
Ecopetrol America LLC
2800 POST OAK BLVD, SUITE 4500
HOUSTON, TX 77056-6179

**RE:**  **Process Served in Texas**

**FOR:**  Ecopetrol America LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: PRT Offshore // To: Ecopetrol America LLC |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Notice of Intent |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/20/2020 postmarked on 08/17/2020 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780106224527<br><br>Image SOP<br><br>Email Notification,  Maria V Vargas  mariavi.vargas@ecopetrol-america.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / SD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

TEL: 504.568.1990 | FAX: 504.310.9195

Benjamin W. Kadden                                                      E-mail: bkadden@lawla.com

August 17, 2020

**VIA U.S. CERTIFIED RETURN RECEIPT**

9489 0090 0027 6178 8967 62          **9489 0090 0027 6178 8967 79**
Ecopetrol America LLC                Ecopetrol America LLC
2800 Post Oak Boulevard              through its registered agent,
Suite 4500                           C T Corporation System
Houston, TX 77056                    1999 Bryan St., Ste. 900
                                     Dallas, TX 75201-3136

Re:     Notice of Filing of Lien by PRT Offshore Pursuant to La. R.S. § 9:4860, *et seq.*

Dear Sir or Madam:

Enclosed, please find notice copies of the Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege, which are being sent for recording this day on behalf of PRT Offshore, respectively, pursuant to La. R.S. § 9:4860, *et seq.* with respect to the following property and in the following amount:

| | |
|---|---|
| **Title of Document:** | Oil Well Lien Affidavit |
| **Claimant:** | PRT Offshore |
| **Parish:** | Plaquemines |
| **Lease:** | OCS-G-28030 |
| **Field:** | Mississippi Canyon – 948 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $247,500 |

Very truly yours,

Benjamin W. Kadden

BWK/AES/cwf

Enclosures
cc:     Client, w/attach., *via email*

FILED:          Plaquemines Parish,
                Bureau of Ocean Energy Management
LEASE NO.:      OCS-G-28030
AREA/BLOCK:     MC 948
OPERATOR:       Fieldwood Energy, LLC
LESSEE:         Fieldwood Energy, LLC; Ecopetral
                America LLC; Talos Energy Offshore,
                LLC
AMOUNT:         $247,500.00

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**CITY OF HOUSTON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JASON RAHTKE

who, after being duly sworn, did depose and say:

1.      He is the Chief Financial Officer of PRT Offshore ("PRT"), 1111 North Loop West, Suite 140, Houston, Texas 77008, and he is duly authorized to make and is making this affidavit for and on behalf of PRT.

2.      PRT is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, PRT contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.      Between approximately June 3, 2020 through June 26, 2020 (the "Applicable Period"), PRT supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-28030, Mississippi Canyon, Block 948, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $247,500.00 is due and owing on Invoice No. 33617 (the "Invoice") for those certain goods, equipment, supplies and services provided by PRT to the Lease during the Applicable Period, together with accruing

- 1 -

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.     At all relevant times hereto, the labor, equipment, supplies and services provided by PRT were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to PRT as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to PRT on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Ecopetral America LLC and Talos Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

-2-

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Ecopetrol America LLC, 2800 Post Oak Boulevard, Suite 4500, Houston, TX 77056; (d) Ecopetrol America LLC, through its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136; (e) Talos Energy Offshore LLC, 333 Clay Street, Suite 3300, Houston, TX 77002; and (f) Talos Energy Offshore LLC, through its registered agent, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this _14_ day of August, 2020.

PRT Offshore

By: _____
Name: Jason Rathke
Its: Chief Financial Officer

SWORN TO AND SUBSCRIBED BEFORE
ME THIS _14_ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC
Print Name: _Marcela Sabatino_
Notary ID/Bar No: _13030094-9_
My Commission expires on _07/20/23_

MARCELA SABATINO
Notary Public, State of Texas
Comm. Expires 07-20-2023
Notary ID 13030094-9

_MSabato_   8/14/20



# DORÉ ROTHBERG MCKAY
strictly business

17171 Park Row, Suite 160
Houston, Texas 77084
www.dorelaw.com
281.829.1555

August 14, 2020

*Via Certified Mail, Return Receipt Requested*

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S., Suite 1200
Houston, Texas 77042
*CMRRR #: 7019 2280 0001 7518 4081*

**FIELDWOOD ENERGY, LLC**
333 Clay Street, Suite 3400
Houston, Texas 77002
*CMRRR #: 7019 2280 0001 7518 4098*

**TALOS ENERGY OFFSHORE LLC** 333
Clay Street, Suite 3300
Houston, Texas 77002
*CMRRR #: 7019 2280 0001 7518 4104*

**ECOPETROL AMERICA, LLC**
2800 Post Oak Blvd., Suite 4500
Houston, Texas 77056
*CMRRR #: 7019 2280 0001 7518 4111*

## NOTICE OF LIEN CLAIM

Re:    **Claimant:**    Tetra Technologies, Inc.
　　　**Contractor:**  Fieldwood Energy, LLC
　　　**Operator:**    Fieldwood Energy, LLC
　　　**Owner:**       *See addressee(s) named above*
　　　**Property:**    Mississippi CanyonArea/Block 948; OCS-G 28030
　　　　　　　　　Offshore Jackson County, Mississippi
　　　**Lien Claim Amount: $898,577.16**

Gentlemen:

　　　Claimant, **Tetra Technologies, Inc.,** hereby gives notice of its lien claim on the Property described above. Claimant performed labor and/or furnished or hauled material for Contractor, **Fieldwood Energy, LLC**. Contractor is indebted to Claimant for said labor and/or materials in the amount of **$898,577.16**. Based on information and belief, the above named addressee(s) are the owner(s) and/or operator(s) of the land oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way for which the said labor and/or material was performed, hauled and/or furnished.

　　　If you contend that you are not the Contractor, Operator, or Owner of the above-described property, Claimant requests that you provide to me within ten (10) days of your receipt of this letter documentation supporting your contention.

August 14, 2020
Page 2

       Enclosed please find a copy of the Claim of Lien pursuant to MISS. CODE ANN. § 85-7-401, et seq., which will be filed with the clerk of Jackson County, Mississippi, and with the United States Department of the Interior, Bureau of Ocean Energy Management, against the subject property.

Yours very truly,

Lisa Rothberg

Enclosure(s)

cc:    Ms. Kristy Woolsey

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Fieldwood Energy, LLC – Mississippi Canyon/Block 948                OCS-G 28030

## CLAIM OF LIEN

MISS. CODE ANN. § 85-7-401, et seq.

| | | |
|---|---|---|
| THE STATE OF MISSISSIPPI | § | |
| | § | |
| COUNTY OF JACKSON | § | KNOW ALL MEN BY THESE PRESENTS: |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| OUTER CONTINENTAL SHELF | § | |
| GULF OF MEXICO | § | |

    1.  THAT, the undersigned agent of **TETRA TECHNOLOGIES, INC.** (Claimant") as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

    2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Work |
|---|---|---|
| **$898,577.16** | **Invoice No.:**<br>1193574RI | June 26, 2020 |

    3.   To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**      **ECOPETROL AMERICA, LLC**
2000 W. Sam Houston Pkwy. S.      2800 Post Oak Blvd., Suite 4500
Houston, Texas  77042.          Houston, Texas  77056

**TALOS ENERGY OFFSHORE LLC**
333 Clay Street, Suite 3300
Houston, Texas 77002

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.   The name of Claimant is **TETRA TECHNOLOGIES, INC.,** whose address is 24955 Interstate 45, The Woodlands, Texas 77380.

5.   Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas  77042.

6.   The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC.**

7.   A description of the property this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE   JACKSON COUNTY, Mississippi, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.00** acres, more or less, being all of BLOCK 948, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH 16-10, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 28030**, dated effective July 1, 2006.

7.   The true and correct amount claimed by Claimant is **$898,577.16**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.   Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon.  This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

DATED this, the 14 day of August, 2020.

**TETRA TECHNOLOGIES, INC.**

By: _____
Lisa Rothberg, Attorney-in-fact

THE STATE OF TEXAS        §
                          §
COUNTY OF HARRIS          §

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Tetra Technologies, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 14 day of August, 2020.

By: _____
Notary Public in and for the State of Texas

H. DENISE KLEYPAS
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 10408258

**CT Corporation**

**Service of Process Transmittal**
09/24/2020
CT Log Number 538295382

| | |
|---|---|
| **TO:** | Maria V Vargas, General Counsel<br>Ecopetrol America LLC<br>2800 POST OAK BLVD, SUITE 4500<br>HOUSTON, TX 77056-6179 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Ecopetrol America LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: Wild Well Control, Inc. // To: Ecopetrol America LLC |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Liens |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/24/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780111716576<br><br>Image SOP<br><br>Email Notification,  Maria V Vargas  mariavi.vargas@ecopetrol-america.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

TEL: 504.568.1990 | FAX: 504.310.9195

Armand E. Samuels

E-mail: asamuels@lawla.com

September 18, 2020

**VIA U.S. CERTIFIED RETURN RECEIPT**

9489 0090 0027 6178 8961 20
Ecopetrol America LLC
2800 Post Oak Boulevard, Suite 4500
Houston, TX 77056

9489 0090 0027 6178 8961 13
Ecopetrol America LLC
Through its registered agent
C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Re:     Notice of Filing of Lien by Wild Well Control, Inc. to La. R.S. § 9:4860, *et seq.*

Dear Sir or Madam:

Enclosed, please find notice copies of the Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege, which are being sent for recording this day on behalf of Wild Well Control, Inc., respectively, pursuant to La. R.S. § 9:4860, *et seq.* with respect to the following property and in the following amount:

| | |
|---|---|
| **Title of Document:** | Oil Well Lien Affidavit |
| **Claimant:** | Wild Well Control, Inc. |
| **Parish:** | Plaquemines |
| **Lease:** | OCS-G-24133 |
| **Field:** | Mississippi Canyon-992 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $4,500.00 |

| | |
|---|---|
| **Title of Document:** | Oil Well Lien Affidavit |
| **Claimant:** | Wild Well Control, Inc. |
| **Parish:** | Plaquemines |
| **Lease:** | OCS-G-28030 |
| **Field:** | Mississippi Canyon-938 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $2,250.00 |

Very truly yours,

Armand Samuels

AES/cwf
Enclosures
cc:     Client, w/attach., *via email*

| | |
|---|---|
| FILED: | Plaquemines Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-24133 |
| AREA/BLOCK: | MC 992 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Equinor USA E&P, Inc.; Ecopetrol America LLC.; Talos Energy Offshore, LLC |
| AMOUNT: | $4,500.00 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.      He is the Assistant General Counsel and authorized agent of Wild Well Control, Inc ("Wild"), 2202 Oil Center Court, Houston, TX 77073 and he is duly authorized to make and is making this affidavit for and on behalf of Wild.

2.      Wild is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.      In connection with its business, Wild contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.      Between approximately March 16, 2020 through March 23, 2020 (the "Applicable Period"), Wild supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-24133, Mississippi Canyon, Block MC 992, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.      As of the present date, a remaining principal amount of $4,500.00 is due and owing on Invoice No. PJIN0000185 (the "Invoice") for those certain goods, equipment, supplies and services provided by Wild to the Lease during the Applicable Period, together with accruing

- 1 -

contractual interest, plus attorneys' fees and costs.  A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.    At all relevant times hereto, the labor, equipment, supplies and services provided by Wild were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.    As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.    This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Wild as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Wild on the following:  (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Equinor USA E&P, Inc., Ecopetrol America LLC, Talos Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.    That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.   That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a)

Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Equinor USA E&P Inc., 2107 City West Boulevard, Suite 100, Houston, TX 77042; (d) Equinor USA E&P Inc., through its registered agent, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, La 70802; (e) Ecopetrol America LLC, 2800 Post Oak Boulevard, Suite 4500, Houston, TX 77056; (f) Ecopetrol America LLC, through its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136; (g) Talos Energy Offshore LLC, 333 Clay Street, Suite 3300, Houston, TX 77002; and (h) Talos Energy Offshore LLC, through its registered agent, C T Corporation System, 3867 PLAZA TOWER DR., Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this 25ᵀᴴ day of August, 2020.

Wild Energy Services Corporation

By: _____

Name: Jean Paul Overton

Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 25ᵀᴴ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -



**DORÉ ROTHBERG McKAY**
strictly business

17171 Park Row, Suite 160
Houston, Texas 77084
www.dorelaw.com
281.829.1555

October 16, 2020

*Via Certified Mail, Return Receipt Requested*

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S., Suite 1200
Houston, Texas 77042
*CMRRR #: 7019 2970 0000 8788 7441*

**FIELDWOOD ENERGY, LLC**
333 Clay Street, Suite 3400
Houston, Texas 77002
*CMRRR #: 7019 2970 0000 8788 7458*

**TALOS ENERGY OFFSHORE LLC** 333
Clay Street, Suite 3300
Houston, Texas 77002
*CMRRR #: 7019 2970 0000 8788 7465*

**ECOPETROL AMERICA, LLC**
2800 Post Oak Blvd., Suite 4500
Houston, Texas 77056
*CMRRR #: 7019 2970 0000 8788 7472*

## NOTICE OF LIEN CLAIM

Re: **Claimant:** Wood Group PSN, Inc.
**Contractor:** Fieldwood Energy, LLC
**Operator:** Fieldwood Energy, LLC
**Owner:** *See addressee(s) named above*
**Property:** Mississippi Canyon Area/Block 948; OCS-G 28030
Offshore Jackson County, Mississippi
**Lien Claim Amount: $54,080.29**

Gentlemen:

Claimant, **Wood Group PSN, Inc.,** hereby gives notice of its lien claim on the Property described above. Claimant performed labor and/or furnished or hauled material for Contractor, **Fieldwood Energy, LLC**. Contractor is indebted to Claimant for said labor and/or materials in the amount of **$54,080.29**. Based on information and belief, the above named addressee(s) are the owner(s) and/or operator(s) of the land oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way for which the said labor and/or material was performed, hauled and/or furnished.

If you contend that you are not the Contractor, Operator, or Owner of the above-described property, Claimant requests that you provide to me within ten (10) days of your receipt of this letter documentation supporting your contention.

October 16, 2020
Page 2

      Enclosed please find a copy of the Claim of Lien pursuant to MISS. CODE ANN. § 85-7-401, et seq., which will be filed with the clerk of Jackson County, Mississippi, and with the United States Department of the Interior, Bureau of Ocean Energy Management, against the subject property.

                                    Yours very truly,

                                    */s/ Maria M. Bartlett*
                                    Maria M. Bartlett

Enclosure(s)

cc:    Mr. Vince Hannigan

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Fieldwood Energy, LLC – Mississippi Canyon/Block 948                OCS-G 28030

## CLAIM OF LIEN
MISS. CODE ANN. § 85-7-401, et seq.

| | |
|---|---|
| THE STATE OF MISSISSIPPI | § |
| | § |
| COUNTY OF JACKSON | §       KNOW ALL MEN BY THESE PRESENTS: |
| | § |
| UNITED STATES OF AMERICA | § |
| | § |
| OUTER CONTINENTAL SHELF | § |
| GULF OF MEXICO | § |

    1.  THAT, the undersigned agent of **WOOD GROUP PSN, INC.** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

    2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Unpaid<br>Work |
|---|---|---|
| **$54,080.29** | **Invoice No.:**<br>112447-528; 112447-542<br>112447-549; 112447-558<br>112447-575; 112447-580<br>112447-591; 112447-598<br>112447-605; 112447-617 | From<br>May 20, 2020<br>To<br>August 5, 2020 |

    3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

-1-

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S.
Houston, Texas 77042

**ECOPETROL AMERICA, LLC**
2800 Post Oak Blvd., Suite 4500
Houston, Texas 77056

**TALOS ENERGY OFFSHORE LLC**
333 Clay Street, Suite 3300
Houston, Texas 77002

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.   The name of Claimant is **WOOD GROUP PSN, INC,** whose address is 17325 Park Row, Houston, TX 77084.

5.   Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC,** whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas 77042.

6.   The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC.**

7.   A description of the property this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE   JACKSON COUNTY, Mississippi, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.00** acres, more or less, being all of BLOCK 948, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH 16-10, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 28030**, dated effective July 1, 2006.

7.   The true and correct amount claimed by Claimant is **$54,080.29**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all

equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

8. Not more than ninety (90) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the _____ day of October, 2020.

**WOOD GROUP PSN, INC.**


By: _____
          Lisa Rothberg, Attorney-in-fact

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

       BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Wood Group PSN, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.


       SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the _____ day of October 2020.


By: _____
          Notary Public in and for the State of Texas

 **CT Corporation**

**Service of Process Transmittal**
10/06/2020
CT Log Number 538357852

| | |
|---|---|
| **TO:** | Maria V Vargas, General Counsel<br>Ecopetrol America LLC<br>2800 POST OAK BLVD, SUITE 4500<br>HOUSTON, TX 77056-6179 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Ecopetrol America LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RE: Workstrings International, L.L.C. // To: Ecopetrol America LLC |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # None Specified |
| **NATURE OF ACTION:** | Notice of Intent |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/06/2020 postmarked on 10/02/2020 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780118843274<br><br>Image SOP<br><br>Email Notification,  Maria V Vargas  mariavi.vargas@ecopetrol-america.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2275 | NEW ORLEANS, LA 70130
TEL: 504.568.1990 | FAX: 504.310.9195

Armand E. Samuels
asamuels@lawla.com

October 2, 2020

## VIA U.S. CERTIFIED RETURN RECEIPT

**9489 0090 0027 6178 8957 72**
Ecopetral America LLC
2800 Post Oak Boulevard, Suite 4500
Houston, TX 77056

**9489 0090 0027 6178 8957 89**
Ecopetral America LLC
Through its Registered Agent
C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

**9489 0090 0027 6178 8958 02**
Talos Energy Offshore, LLC
333 Clay Street, Suite 3300
Houston, TX 77002

**9489 0090 0027 6178 8957 96**
Talos Energy Offshore, LLC
Through its Registered Agent
C T Corporation System
3867 PLAZA TOWER DR.
Baton Rouge, LA 70816

Re:   Notice of Filing of Lien by Workstrings International, L.L.C. to La. R.S. § 9:4860,
*et seq.*

Dear Sir or Madam:

Enclosed, please find notice copies of the Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege, which are being sent for recording this day on behalf of Workstrings International, L.L.C., respectively, pursuant to La. R.S. § 9:4860, *et seq.* with respect to the following property and in the following amount:

|  |  |
|---|---|
| **Title of Document**: | Oil Well Lien Affidavit |
| **Claimant**: | Workstrings International, L.L.C. |
| **Parish**: | Plaquemines |
| **Lease**: | OCS-G-28030 |
| **Field**: | Mississippi Canyon-948 |
| **Operator**: | Fieldwood Energy, LLC |
| **Principal Amount**: | $39,962.72 |

October 2, 2020
Page 2 of 2

Very truly yours,

Armand E. Samuels

AES/oh
Enclosures
cc:     Client, w/attach., *via email*

| FILED: | Plaquemines Parish, |
|---|---|
| | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-28030 |
| AREA/BLOCK: | MC 948 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Ecopetral America LLC; Talos Energy Offshore, LLC |
| AMOUNT: | $39,962.72 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEAN PAUL OVERTON

who, after being duly sworn, did depose and say:

1.     He is the Assistant General Counsel and authorized agent of Workstrings International, L.L.C. ("Workstrings"), 1111 North Loop West, Suite 140, Houston, Texas 77008, and he is duly authorized to make and is making this affidavit for and on behalf of Workstrings.

2.     Workstrings is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.     In connection with its business, Workstrings contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.     Between approximately April 30, 2020 through May 4, 2020 (the "Applicable Period"), Workstrings supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-28030, Mississippi Canyon, Block 948, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.     As of the present date, a remaining principal amount of $39,962.72 is due and owing on Invoice Nos. 67712L and 68220L (collectively, the "Invoices") for those certain goods,

- 1 -

equipment, supplies and services provided by Workstrings to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.      At all relevant times hereto, the labor, equipment, supplies and services provided by Workstrings were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8.      This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Workstrings as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Workstrings on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Ecopetral America LLC and Talos Energy Offshore, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.     That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Ecopetrol America LLC, 2800 Post Oak Boulevard, Suite 4500, Houston, TX 77056; (d) Ecopetrol America LLC, through its registered agent, C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136; (e) Talos Energy Offshore LLC, 333 Clay Street, Suite 3300, Houston, TX 77002; and (f) Talos Energy Offshore LLC, through its registered agent, C T Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.

Thus done and signed in Houston, Texas on this _____ day of August, 2020.

Workstrings International, L.L.C.

By: _____
Name: Jean Paul Overton
Its: Assistant General Counsel and Authorized Agent

SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ DAY OF AUGUST 2020.

_____
NOTARY PUBLIC

JENNIFER MATTHEWS
Notary ID #129908536
My Commission Expires
August 4, 2022

- 3 -