# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

## CGG SERVICES (U.S.), INC. F/K/A DIGICON GEOPHYSICAL CORP'S MOTION FOR SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES AND PLEADINGS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER THE EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Now comes CGG Services (U.S.), Inc. f/k/a Digicon Geophysical Corp. ("CGG Services"), by counsel, and respectfully moves the Court for an Order substituting Mark A. Platt and the law firm of Frost Brown Todd LLC, and removing Scott R. Cheatham and the law firm of Adams and Reese LLP as counsel in the above-styled matter. The moving party also requests that all notices, pleadings, motions, schedules and papers filed in this matter be sent to:

Mark A. Platt
Texas State Bar No. 00791453
Frost Brown Todd, LLC
900 Rosewood Court
2101 Cedar Springs Road
Dallas, Texas  75201
Telephone:  (214) 580-5852
Facsimile:  (214) 545-3473
mplatt@fbtlaw.com

Dated:  November 23, 2020

Respectfully submitted,

**FROST BROWN TODD, LLC**

By: */s/ Mark A. Platt*
Mark A. Platt
Texas State Bar No. 00791453

Rosewood Court
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone:  (214) 580-5852
Facsimile:  (214) 545-3473
mplatt@fbtlaw.com

**SUBSTITUTING COUNSEL FOR CGG SERVICES (U.S.), INC.**

**Approved by:**

*/s/ Scott R. Cheatham*
Scott R. Cheatham
Texas Bar No. 24050406
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
scott.cheatham@arlaw.com

**Withdrawing counsel for CGG Services (U.S.), Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2020, a true and correct copy of the foregoing document was served via first-class mail on the parties listed below. I further certify that on the same date, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive such notice.

*/s/ Mark A. Platt*
**MARK A PLATT**

0146068.0737535   4839-8137-8002v1