UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| §| | |
| **FIELDWOOD ENERGY LLC,** *et al.* § | | **Case No. 20-33948 (MI)** |
| § | | |
| **Debtor.** § | | **(Jointly Administered)** |
| § | | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered the motion of CGG Services (U.S.), Inc. f/k/a Digicon Geophysical Corp. ("CGG Services") to substitute Mark A. Platt and the law firm of Frost Brown Todd LLC as its counsel in this Chapter 11 proceeding, it is hereby

ORDERED that Mark A. Platt and the law firm of Frost Brown Todd LLC be, and the same is hereby substituted as counsel of record for CGG Services in the above-styled Chapter 11 proceeding, and that further service of documents upon this entity be made accordingly, and it is further

ORDERED that Scott R. Chatham and the law firm of Adams and Reese LLP, are hereby discharged from further responsibility as counsel for record in this matter for CGG Services.

Entered: Houston, Texas.

Date: _____, 2020.

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

*/s/ Mark A. Platt*
Mark A. Platt
Texas State Bar No. 00791453

**FROST BROWN TODD LLC**
Rosewood Court
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone:  (214) 580-5852
Facsimile:  (214) 545-3473
mplatt@fbtlaw.com

**Substituting counsel for
CGG Services (U.S.), Inc.**

Approved by:

*/s/ Scott R. Cheatham*
Scott R. Cheatham
Texas Bar No. 24050406
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
scott.cheatham@arlaw.com

**Withdrawing counsel for
CGG Services (U.S.), Inc.**

0146068.0737535   4819-1928-7762v1