IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> FIELDWOOD ENERGY LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-33948 (MI) <br><br> (Jointly Administered) |

### WITNESS AND EXHIBIT LIST FOR NOVEMBER 24, 2020 HEARING

Ecopetrol America LLC ("Ecopetrol") hereby submits this Witness and Exhibit List for the hearing scheduled for November 24, 2020 at 10:30 am (prevailing Central Time) (the "Hearing"), before Judge Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas.

### Witnesses

Ecopetrol may call the following witnesses:

1. Rebuttal witnesses as necessary; and

2. Any witness identified or called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**Exhibits**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | *Ex Parte Motion for Writ of Sequestration, Atlantic Maritime Services, LLC v. Ecopetrol America, LLC,* Case No. 2:20-CV-03097 [Docket No. 572-1] | | | | | | |
| 2. | *Well-Lien Notices* [Docket No. 572-2] | | | | | | |
| 3. | Any document or pleading filed in the above-captioned case | | | | | | |
| 4. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 5. | Any exhibit identified or offered by any other party | | | | | | |

Ecopetrol reserves the right to modify, amend, or supplement this Witness and Exhibit List at any time.

*[Remainder of Page Left Intentionally Blank]*

Dated:  November 23, 2020    SQUIRE PATTON BOGGS (US) LLP

*/s/  Travis A. McRoberts*
Travis A. McRoberts
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Telephone:  (214)758-1500
Facsimile:  (214)758-1500
Email:  travis.mcroberts@squirepb.com

-and-

Kelly Singer (pro hac vice pending)
SQUIRE PATTON BOGGS (US) LLP
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

*Counsel for Ecopetrol America LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve notice on all parties registered to receive notice in these cases.

*/s/ Travis A. McRoberts*
Travis A. McRoberts

010-9141-0879/1/AMERICAS