IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.* | : | CASE NO. 20-33948 (MI) |
| Debtors. | : | (Jointly Administered) |

**SUPERIOR PERFORMANCE, INC.'s NOTICE OF PERFECTION, MAINTENANCE AND CONTINUATION OF LIENS PURSUANT TO 11 U.S.C. § 546(B)**

Superior Performance, Inc. ("**SPI**") files this Notice of Perfection, Maintenance and Continuation of Lien Pursuant to 11 U.S.C. § 546(b) ("**Notice**"), and respectfully represents as follows:

1. Prior to the Petition Date, SPI provided material, supplies, labor and services to the Debtors for the improvement of certain mineral leasehold interests held by the Debtors.

2. SPI has not been paid for such material, supplies, labor and services.

3. As a result, in order to perfect its liens under applicable Louisiana and Alabama law, SPI recorded lien affidavits in the real property records of (a) Lafourche Parish, Louisiana, (b) Plaquemine Parish, Louisiana, and (c) Mobile County, Alabama.

4. Exhibit 1 attached hereto contains a summary of the liens recorded in Lafourche Parish, Louisiana, Plaquemine Parish, Louisiana, and Mobile County, Alabama. Exhibits 2 – 4 attached hereto are true and correct copies of the recorded lien affidavits.

5. SPI is filing this Notice to preserve, perfect, maintain and continue its lien rights for material, supplies, labor and materials provided to the Debtors.

6. The filing of this Notice shall not be construed as a waiver of SPI's right to seek relief from the automatic stay to foreclose its lien nor shall it be deemed an admission that such

filing is required under the Bankruptcy Code, Louisiana or Alabama law, or other applicable law. SPI reserves all its rights, interests, liens and claims with respect to the material, supplies, labor and services furnished by SPI and its claims and liens arising therefrom.

Dated:  November 23, 2020                                   Respectfully submitted,

/s/ Sylvia Mayer                                      /s/ Ike Huval
**S. Mayer Law PLLC**                          **Duhon Law Firm**
Sylvia Mayer                                          Carl Duhon
S.D. Tex. I.D. No. 16889                         Ike Huval
SBA No. 787028                                    1113 Johnston St.
P.O. Box 6542                                        Lafayette, LA 70501
Houston, TX  77265                              Telephone:  (337) 237-9868
Telephone:  (713) 893-0339                 Facsimile:  (337) 233-9808
Facsimile:  (713) 661-3738                   carlduhon@cox.net
smayer@smayerlaw.com                      ikehuval@cox.net

*Counsel for Superior Performance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I caused a copy of the forgoing document to be served via CM/ECF upon Debtors' counsel and those parties registered to receive such electronic notifications at the time of filing.

*/s/ Sylvia Mayer*

Sylvia Mayer