# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re** | * | **CHAPTER 11** |
| | * | |
| **FIELDWOOD ENERGY, LLC ET AL** | * | **CASE NO. 20-33948 (MI)** |
| | * | |
| **Debtors** | * | |

### Summary of Claim of Superior Performance, Inc.

| Secured Claim | Lien | Amount |
|---|---|---|
| 1.  Green Canyon<br>Block 40 | #1305656<br>Lafourche Parish, LA | $152,178.06 |
| 2.  Mississippi Canyon<br>Block 519 | a) #2020-00004719<br>Plaquemine Parish, LA | $32,776.18 |
| | b) #2020069118<br>Mobile County, AL<br>(duplicate filing of<br>Plaquemine Parish Lien) | |
| | | _____ |
| | | $184,954.24* |

*Plus interest and attorney fees to extent available under applicable law in an unliquidated amount.

*Fieldwood Energy, LLC, et al, Debtor*
*Superior Performance, Inc., Creditor*
*Case No. 20-33948 (MI),*
*United States Bankruptcy Court, Southern District of Texas*