# EXHIBIT 3

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: IKE HUVAL
DUHON LAW FIRM
P O BOX 52566
LAFAYETTE, LA  70505

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

SUPERIOR PERFORMANCE INC

**Index Type :**  MORTGAGE                **File # :** 2020-00004719

**Type of Document :** MATERIALMANS LIEN

**Book :**  781    **Page :**  553

**Recording Pages :**       23

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 11/10/2020

At (Recorded Time) :  1:32:08PM

Doc ID - 005354190023

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 11/10/2020 at 1:32:08
Recorded in Book  781   Page  553
File Number 2020-00004719

Deputy Clerk



**Return To :**   Attn: IKE HUVAL

Do not Detach this Recording Page from Original Document

| | |
|---|---|
| FILED: | Plaquemine Parish, and Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-27278 |
| AREA: | Mississippi Canyon Block 519 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | FieldwoodEnergy, LLC; Red Willow Offshore, LLC; Houston Energy Deepwater Ventures I, LLC |
| AMOUNT: | $32,776.18 |

STATE OF LOUISIANA

PARISH OF LAFAYETTE

### STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned authority duly commissioned and qualified in and for the aforesaid State and Parish, came SUPERIOR PERFORMANCE, INC., appearing through Mitch Thibodeaux, its President, who, after being identified and sworn, declared:

1. SUPERIOR PERFORMANCE, INC. executes and files this Statement of Privilege pursuant to Louisiana Revised Statues 9:4861, *et seq.*, made applicable herein by 43 U.S.C. §1333, for the purpose of claiming and preserving its privilege pursuant to the aforementioned statutes.

2. SUPERIOR PERFORMANCE, INC. is in the business of furnishing labor, equipments, machinery and materials and related services in support of the development, exploration, maintenance, operations and/or abandonment of oil and gas wells.

3. In connection with its business, SUPERIOR PERFORMANCE, INC., contracted to supply services, labor, equipment, materials and supplies and related services used in well operations and production to Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (Fieldwood).

4. SUPERIOR PERFORMANCE, INC.provided provided services, labor, equipment, materials and supplies and related services used in well operations and production to Fieldwood during the period commencing on January 17, 2020 to May 23, 2020 in connection with the following described well:

| | |
|---|---|
| Lease No. OCS | #27278 |
| Area & Block # | Mississippi Canyon, Block 519 |
| Well Name | Genovesa #3 |
| Operator | Fieldwood Energy, LLC |
| Lessee | Fieldwood Energy, LLC; Red Willow Offshore, LLC; and Houston Energy Deepwater Ventures I, LLC |

*Statement of Privilege*

5. Subject to any limitations contained in Louisiana Revised Statutes 9:4863(B)-(D), the privilege as to which this Statement of Privilege is filed is established over:

    A. (1) The operating interest under which the operations giving rise to the claimant's privilege are conducted together with the interest of the lessee of such interest in a:

        (a) Well, building, tank, leasehold pipeline, and other construction or facility on the well site.

        (b) Movable on a well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use.

        (c) Tract of land, servitude, and lease described in R.S. 9:4861(12)(c) covering the well site of the operating interest.

    (2) Drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.

    (3) The interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non- participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege.

    (4) The proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

    B. The privilege that results from operations on a voluntary or compulsory unit affects only that part of a non-participating lessee's interest in the operating interest located within the boundaries of the unit and only insofar as the unit covers and affects the unitized zone or formation. The privilege affects only the interest of the non-participating lessee in the other property described in Subsection (A)(1) and (2) of this Section that is used in the operations of the unit well.

    C. The privilege does not affect:

        (1) That part of hydrocarbons produced from an operating interest that is owned by a lessor, sublessor, overriding royalty owner, or other person who is not a lessee of the operating interest.

        (2) The obligations or proceeds arising from the disposition of such hydrocarbons that are owned by or payable to such persons.

    D. The lien and privilege provided for in this Subpart shall not attach or apply to any rigs, machinery, appurtenances, appliances, equipment, or other related equipment moved onto the lease for the purpose of plugging and abandoning the well or wells and closing associated pits thereon in compliance with an order issued by the commissioner of conservation after public hearing in accordance with the provisions of R.S. 30:1 et seq. Additionally, the lien and privilege provided for in this Subpart shall not attach or apply to any casing, tubing, pipe, and other tubular goods recovered from the drill hole as a result of such plugging and abandoning operations.

6. The name of the claimant is SUPERIOR PERFORMANCE, INC.  The street address of the claimant is 122 Youngsville Hwy., Lafayette, LA 70508.  The mailing address of the claimant is P.O. Box 1080, Broussard, LA 70518.

7. The amount of the obligation for which the privilege is claimed is **$32,776.18**, plus interests on the amount of the obligation, the cost of preparing and filing this Statement of Privilege and any notice of lis pendens filed hereinafter, and the amount of attorney

fees incurred by the claimant to enforce the obligations. The nature of the obligations for which the privilege is claimed is that FIELDWOOD ENERGY, LLC had a contract with SUPERIOR PERFORMANCE, INC. under which SUPERIOR PERFORMANCE, INC. provided services on, performed labor with respect to, transported movable to the site of and/or sold movables to the operator of the Well; the aforesaid movables were incorporated into the Well or a facility located on the well site, were consumed in the operations on the well site, or were leased to the operator of the Well or a contractor with respect thereto and used in operations. The specifics of the amounts and nature of the obligations for which the privilege is claimed are set forth on the statement and invoices issued by SUPERIOR PERFORMANCE, INC. to FIELDWOOD ENERGY, LLC, full, true and correct copies of which are attached hereto.

8.  The name and address of the person owing the amounts described in the preceding paragraph is Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042.

9.  A full, true and correct copy of this Statement of Privilege was delivered to the operator and Lessees by mailing same to them by certified mail, return receipt requested, with sufficient postage affixed, addressed as follows:

    a.  Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042

    b.  Fieldwood Energy, LLC, C/O Capital Corporate Services, Inc., Agent, 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

    c.  Red Willow Offshore, LLC, C/O C T Corporation System, Agent, 3867 Plaza Tower Dr., Baton Rouge, LA 70816

    d.  Houston Energy Deepwater Ventures I, LLC, C/O Taylor V Cooksey, Agent, 6363 Woodway, Ste. 610, Houston, TX 77057

10. The date on which the last activity or event that gives rise to the privilege asserted by this Statement of Privilege occurred was May 23, 2020.

Superior Performance, Inc.

_By Mitch Thibodeaux, President, Superior Performance, Inc._

SWORN TO AND DESCRIBED BEFORE ME this ___16th___ day of November 2020, in Lafayette Parish, Louisiana.

IKE HUVAL, Notary Public
Commissioned for Life
State of Louisiana
ID# 50678      LSBA# 17637

_**Ike Huval, Notary Public (Bar # 17637, Notary # 50678)**_



P.O. Box 1080
Broussard, LA 70518

**Remit To:**
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 5/14/2020 | 33874 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

Well# 3 (Genovesa)
MC519
OCSG# 27278
AFE# FW202001

| PO# | Service Ticket# | Terms |
|---|---|---|
| | | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Return Ticket# 01-29451 | | |
| 10 | Hours of Labor Onland | 60.00 | 600.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
| | Sub Total of above items | | 1,275.00 |
| | Billed 1/24-1/24 | | |
| | | | |
| | Return Ticket# 01-29456 | | |
| 12 | Hours of Labor Onland | 60.00 | 720.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
| | Sub Total of above items | | 1,395.00 |
| | Billed 1/25-1/25 | | |

Thank you for your business.

| **Total** | **$2,670.00** |
|---|---|



**Remit To:**
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2020 | 33874 |

**Customer:**
Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**
Well# 3 (Genovesa)
MC519
OCSG# 27278
AFE# FW~~101019~~

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Return Ticket# 01-29451 | | |
| 10 | Hours of Labor Onland | 60.00 | 600.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
|  | Sub Total of above items | | 1,275.00 |
|  | Billed 1/24-1/24 | | |
|  | Return Ticket# 01-29456 | | |
| 12 | Hours of Labor Onland | 60.00 | 720.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
|  | Sub Total of above items | | 1,395.00 |
|  | Billed 1/25-1/25 | | |

FIELDWOOD ENERGY
WELL NAME: MC 519 #3
AFE: FW202001
ENGINEER: E. Flanagan
GL ACCT: 3060-165
ROUTING ID#: 580047

J B Seeley 4-16-20

MR P 6/16/20

Thank you for your business.

| Total | $2,670.00 |
|-------|-----------|



# Return Ticket

**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 29451 | 1/23/2020 |

Salesperson: TJM

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: JOHN BAGLEY
Rig Number: ROWAN RESOLUTE
Ship To...: BENOIT - HOUMA, LA
PO Number:

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW191019
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

| Size | Connection | Weight | Grade | Joints | Footage |
|---|---|---|---|---|---|
| 5.500 | JFE Lion | 23.00 # | 13CR-95 | | |
| 5.500 | JFE Lion | 23.00 # | 13CR-110 | | |

| QTY | Item # | Product Name | Rate Type | Start Date | Stop Date | 5 Day Min | Add Day | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR COMPLETION ASSEMBLIES | | | | | | |
| | | | | | | | Additional Info | |
| | | | | | | | ASSEMBLY | |
| | | | | | | | ASSEMBLY | |
| | | | | | | $0.00 | $0.00 | $0.00 |
| 1 | CLEGER | Chad Leger | 10 Hour(s) | 01/24/20 | 01/24/20 | $60.00 | $0.00 | $600.00 * |
| 240 | MILE | MILEAGE | | 01/24/20 | 01/24/20 | $2.50 | $0.00 | $600.00 * |
| 1 | PDIEM | PER-DIEM | | 01/24/20 | 01/24/20 | $75.00 | $0.00 | $75.00 * |

Received By:



ESTIMATED TOTAL     1275.0

TO BE FOLLOWED BY A FORMAL INVOICE

SPL-BAS-F014 Rev 0 - 9/24/2018

Page 1 of 1

# Superior Performance

| | |
|---|---|
| Customer | Field woog |
| Rig Name | |
| Well / Lease | OCSG – 27278 |
| Ticket Number | 29d5-1 |
| Total Hours on Job | 10 |

| | | | |
|---|---|---|---|
| **Name:** C. Leger | **Name:** | **Name:** | **Name:** |
| Date: 1-24-20 | Date: | Date: | Date: |
| Begin: 5:00 Am | Begin: | Begin: | Begin: |
| End: 3:00 Pm | End: | End: | End: |
| Miles: 240 | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours 10 | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |
| **Name:** | **Name:** | **Name:** | **Name:** |
| Date: | Date: | Date: | Date: |
| Begin: | Begin: | Begin: | Begin: |
| End: | End: | End: | End: |
| Miles: | Miles: | Miles: | Miles: |
| Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ | Hotel: Yes ☐ No ☐ |
| Total Hours | Total Hours | Total Hours | Total Hours |

SPI-QF-SQ-F022   Rev 3   2-19-2019

# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 29456 | 1/23/2020 |

Salesperson: TJM

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via:     SUPERIOR PERFORMANCE
Requested By:  BRODY HUBER
Rig Number:   ROWAN RESOLUTE
Ship To....:  OES - HOUMA, LA
PO Number:

Well Number:  #3 (GENOVESA)
Lease/OCSG:   OCS-G 27278
AFE Number:   FW191019
Area / Block:  MISSISSIPPI CANYON 519
Order Taken By:  bcormier

| Size | Connection | Weight | Grade | Joints | Footage | | | | Additional Info | | |
|------|-----------|--------|-------|--------|---------|--|--|--|-----------------|--|--|
| 2.875 | Wedge 533 | 6.50 # | S-135 | | 720 | | | | DOUBLES | | |

| QTY | Item # | Product Name | Rate Type | Start Date | Stop Date | 5 Day Min | Add Day | Total |
|-----|--------|-------------|-----------|------------|-----------|-----------|---------|-------|
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR 2 7/8" TUBING DOUBLES | | | | $0.00 | $0.00 | $0.00 |
| 1 | DDAILEY | Darren P. Dailey | 12 Hour(s) | 01/25/20 | 01/25/20 | $60.00 | $0.00 | $720.00 * |
| 240 | MILE | MILEAGE (240 MILES ROUND TRIP) | | 01/25/20 | 01/25/20 | $2.50 | $0.00 | $600.00 * |
| 1 | PDIEM | PER-DIEM | | 01/25/20 | 01/25/20 | $75.00 | $0.00 | $75.00 * |

Received By:

ESTIMATED TOTAL   1395.0

TO BE FOLLOWED BY A FORMAL INVOICE

SPI-BAS-F014 Rev 0 - 9/24/2018

Page 1 of 1



**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Service Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 29456 | 1/23/2020 |

Salesperson: TJM

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: ROGER HARGRAVE
Rig Number: ROWAN RESOLUTE
Ship To...: OES - HOUMA, LA
PO Number:

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW191019
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

| Size | Connection | Weight | Grade |
|---|---|---|---|
| 2.875 | Wedge 533 | 6.50 # | S-135 |

| Qty | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Total |
|---|---|---|---|---|---|---|
| | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR 2 7/8" TUBING DOUBLES | | | $0.00 | 720°° |
| /2 | DDAILEY | Darren P. Dailey | 01/25/20 | | $60.00 | 600°° |
| 240 | MILE | MILEAGE (240 MILES ROUND TRIP) | 01/25/20 | | $2.50 | 75 °° |
| / | PDIEM | PER-DIEM | 01/25/20 | | $75.00 | |
| | LODGE | HOTEL, LODGING, ACCOMODATIONS | | | $0.00 | |

Filled Out By: DD

Signature: _(signature)_

Print Name: _Rene Boudreaux_

ESTIMATED TOTAL  1395°°

**TO BE FOLLOWED BY A FORMAL INVOICE**

Page 1 of 1

SPI-BAS-F013 Rev 1 - 11/29/2018

**Superior Performance**

| Customer | Fieldwood |
|---|---|
| Rig Name | Resolute |
| Well / Lease | Genovesa #3 |
| Ticket Number | 29456 |

| Total Hours on Job | 12 |
|---|---|

| Name: | Darren D | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | 1-25-2020 | Date: | | Date: | | Date: | |
| Begin: | 0600 | Begin: | | Begin: | | Begin: | |
| End: | 1800 | End: | | End: | | End: | |
| Miles: | 120 | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☒ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | 12 | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ | Hotel: | Yes ☐ No ☐ |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

SPI-QF-SQ-F022   Rev 3   2-19-2019



P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2020 | 33875 |

| Customer: |
|-----------|
| Fieldwood Energy<br>2000 West Sam Houston Pkwy. South<br>Suite 1200<br>Houston, TX 77042 |

| Well Charges: |
|---------------|
| Well# 3 (Genovesa)<br>MC519 #3<br>OCSG# 27278<br>AFE# FW202001 |

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Return Ticket# 01-30063 | | |
| 2 | 3 1/2" Stabbing Guide | 987.35 | 1,974.70 |
| 2 | 3 1/2" Aluminum Wrench | 1,531.40 | 3,062.80 |
| 2 | 5 1/2" Aluminum Wrench | 1,753.05 | 3,506.10 |
| 1 | 4' X 4' Tool Box | 554.13 | 554.13 |
| | Sub Total of above items | | 9,097.73 |
| | Billed 3/1-3/31 | | |
| | | | |
| | Return Ticket# 01-30463 | | |
| 2 | 3 1/2" Stabbing Guide | 955.50 | 1,911.00 |
| 2 | 3 1/2" Aluminum Wrench | 1,482.00 | 2,964.00 |
| 2 | 5 1/2" Aluminum Wrench | 1,696.50 | 3,393.00 |
| 1 | 4' X 4' Tool Box | 536.25 | 536.25 |
| | Sub Total of above items | | 8,804.25 |
| | Billed 4/1-4/30 | | |

Thank you for your business.

| Total | $17,901.98 |
|-------|-----------|



P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | OI - 30063 | 3/3/2020 |

Salesperson:

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY
SERVICES HOUMA
PO Number:

Well Number: GENOVASA #3
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: TSERPAS

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|-----|--------|--------------|------------|-----------|-----------|---------|----------|-------|
| 0 | | TRANSFERRED FROM DT# 29574 ON 3/1/20 | | | $0.00 | $0.00 | 0% | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | 03/31/20 | $160.00 | $0.00 | 0% | |
| 4 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 03/31/20 | $235.00 | $0.00 | 0% | |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 03/31/20 | $105.00 | $0.00 | 0% | |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 03/31/20 | $44.19 | $0.00 | 0% | |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 03/31/20 | $168.00 | $0.00 | 0% | |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 03/31/20 | $50.00 | $0.00 | 0% | |
| 10 | DOPE BR-L | DOPE BRUSHES | | 03/31/20 | $12.00 | $0.00 | 0% | |
| 2 | SG LANYAR | STABBING GUIDE LANYARD (TO SALE IF NOT RETURNED) | | 03/31/20 | $110.00 | $0.00 | 0% | |
| 2 | DOPEBR LA | DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 03/31/20 | $50.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 03/31/20 | $250.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 03/01/20 | 03/31/20 | $0.00 | $49.00 | 35% | $987.35 |

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 1 of 2



## Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30063 | 3/3/2020 |

Salesperson:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 03/01/20 | 03/31/20 | $0.00 | $49.00 | 35% | $987.35 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $76.00 | 35% | $1531.40 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $76.00 | 35% | $1531.40 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $87.00 | 35% | $1753.05 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $87.00 | 35% | $1753.05 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 03/01/20 | 03/31/20 | $0.00 | $27.50 | 35% | $554.13 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE; PER ITEM | | 03/31/20 | $23.50 | $0.00 | 0% | |

Received By:

| | | |
|---|---|---|
| | ESTIMATED TOTAL | $9097.72 |

TO BE FOLLOWED BY A FORMAL INVOICE

AFE:        FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #:   580047

ACCT CODE 3060-165
S. Butler 5-5-2020

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 2 of 2



 **Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-6138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30463 | 3/31/2020 |

Salesperson:

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY
SERVICES HOUMA
PO Number:

Well Number: GENOVASA #3
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: TSERPAS

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|-----|--------|--------------|------------|-----------|-----------|---------|----------|-------|
| 0 | | TRANSFERRED FROM DT# 30063 ON 4/1/20 | | | $0.00 | $0.00 | 0% | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | 04/30/20 | $180.00 | $0.00 | 0% | |
| 4 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 04/30/20 | $235.00 | $0.00 | 0% | |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 04/30/20 | $105.00 | $0.00 | 0% | |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 04/30/20 | $44.19 | $0.00 | 0% | |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 04/30/20 | $168.00 | $0.00 | 0% | |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 04/30/20 | $50.00 | $0.00 | 0% | |
| 10 | DOPE BR-L | DOPE BRUSHES | | 04/30/20 | $12.00 | $0.00 | 0% | |
| 2 | SG LANYAR | STABBING LANYARD (TO SALE IF NOT RETURNED) | | 04/30/20 | $110.00 | $0.00 | 0% | |
| 2 | DOPEBR LA | DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 04/30/20 | $50.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 04/30/20 | $250.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 04/01/20 | 04/30/20 | $0.00 | $49.00 | 35% | $955.50 |

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 1 of 2



**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30463 | 3/31/2020 |

Salesperson:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 04/01/20 | 04/30/20 | $0.00 | $49.00 | 35% | $955.50 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $76.00 | 35% | $1482.00 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $76.00 | 35% | $1482.00 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $87.00 | 35% | $1696.50 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $87.00 | 35% | $1696.50 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 04/01/20 | 04/30/20 | $0.00 | $27.50 | 35% | $536.25 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE; PER ITEM | | 04/30/20 | $23.50 | $0.00 | 0% | |

Received By:

| ESTIMATED TOTAL | $8804.25 |
|---|---|

TO BE FOLLOWED BY A FORMAL INVOICE

AFE:      FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #:   580047

ACCT CODE: 3060-165
J. Butler 5-5-2020



**Superior Performance**

P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2020 | 34332 |

| Customer: |
|-----------|
| Fieldwood Energy<br>2000 West Sam Houston Pkwy. South<br>Suite 1200<br>Houston, TX 77042 |

| Well Charges: |
|---------------|
| MC 519 #3<br>Genovesa<br>AFE# FW202001 |

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|     | Return Ticket# 01-30611 | | |
| 24  | Hours of Labor Onland | | |
| 100 | Miles traveled to and from location | 54.00 | 1,296.00 |
| 2   | Per Diem Charge | 1.88 | 188.00 |
| 1   | Box of Rags | 57.00 | 114.00 |
| 2   | Cans of Degreaser Cleaner | 50.00 | 50.00 |
|     | Sub Total of above items | 14.00 | 28.00 |
|     | Billed 4/21-4/22 | | 1,676.00 |
|     | | | |
|     | Return Ticket# 01-30701 | | |
| 1   | Pail of Pipe Dope | | |
| 1   | #5 Rigid Strap Wrench | 235.00 | 235.00 |
| 24  | Cans of Degreaser Cleaner | 105.00 | 105.00 |
| 4   | Box of Rags | 14.00 | 336.00 |
| 10  | Dope Brush | 50.00 | 200.00 |
|     | Sub Total of above items | 12.00 | 120.00 |
| 32  | 3 1/2" Stabbing Guide | | 996.00 |
| 32  | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32  | 3 1/2" Aluminum Wrench | 49.00 | 1,568.00 |
| 32  | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32  | 5 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32  | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32  | 4' X 4' Tool Box | 87.00 | 2,784.00 |
|     | Sub Total of above items | 27.50 | 880.00 |
|     | Equipment Discount | | 14,448.00 |
|     | Sub Total of above items | -35.00% | -5,056.80 |
| 6   | Cleaning & Inspection Fee Per Item | | 9,391.20 |
|     | Total Tool Ticket = $10,528.20 | 23.50 | 141.00 |

Thank you for your business.

| Total | $12,204.20 |
|-------|------------|



**P.O. Box 1080**
**Broussard, LA 70518**

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518 USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2020 | 34332 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

MC 519 #3
Genovesa
AFE# FW202001

FIELDWOOD ENERGY
WELL NAME: _MC 519 #3_
AFE: _FW202001_
ENGINEER: _E. FLANAGAN_
GL ACCT: _580047_
ROUTING ID: _3060-165_
_Seeley 7-30-20_

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|     | Return Ticket# 01-30611 | | |
| 24  | Hours of Labor Onland | | |
| 100 | Miles traveled to and from location | 54.00 | 1,296.00 |
| 2   | Per Diem Charge | 1.88 | 188.00 |
| 1   | Box of Rags | 57.00 | 114.00 |
| 2   | Cans of Degreaser Cleaner | 50.00 | 50.00 |
|     | Sub Total of above Items | 14.00 | 28.00 |
|     | Billed 4/21-4/22 | | 1,676.00 |
|     | | | |
|     | Return Ticket# 01-30701 | | |
| 1   | Pail of Pipe Dope | | |
| 1   | #5 Rigid Strap Wrench | 235.00 | 235.00 |
| 24  | Cans of Degreaser Cleaner | 105.00 | 105.00 |
| 4   | Box of Rags | 14.00 | 336.00 |
| 10  | Dope Brush | 50.00 | 200.00 |
|     | Sub Total of above items | 12.00 | 120.00 |
| 32  | 3 1/2" Stabbing Guide | | 996.00 |
| 32  | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32  | 3 1/2" Aluminum Wrench | 49.00 | 1,568.00 |
| 32  | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32  | 5 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32  | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32  | 4' X 4' Tool Box | 87.00 | 2,784.00 |
|     | Sub Total of above items | 27.50 | 880.00 |
|     | Equipment Discount | | 14,448.00 |
|     | Sub Total of above items | -35.00% | -5,056.80 |
| 6   | Cleaning & Inspection Fee Per Item | | 9,391.20 |
|     | Total Tool Ticket = $10,528.20 | 23.50 | 141.00 |

Thank you for your business.

| Total | $12,204.20 |
|-------|-----------|



# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30611 | 4/18/2020 |

Salesperson: TJM

Ship Via: SUPERIOR PERFORMANCE
Requested By: JARED MCCAULEY
Rig Number: ROWAN RESOLUTE
Ship To...: OIL STATES ENERGY
PO Number:

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

| Size | Connection | Weight | Grade |
|------|-----------|--------|-------|
| 2.875 | Wedge 533 | 6.50 # | S-135 |

| QTY | Item # | Product Name | Rate Type | Joints | Footage | Start Date | Stop Date | 5 Day Min | Add Day | Total | Additional Info |
|-----|--------|--------------|-----------|--------|---------|------------|-----------|-----------|---------|-------|-----------------|
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. YOUR 2 7/8" HYDRIL 533 WASH PIPE AND PUP JOINTS RETURNED FROM RIG | | | | | | $0.00 | $0.00 | | |
| 1 | WMECHE | Wayne J. Meche | 24 Hour(s) | | | 04/21/20 | 04/22/20 | $54.00 | $0.00 | $1296.00 * | |
| 100 | MILE | MILEAGE (50 MILES ROUND TRIP) | | | | 04/21/20 | 04/22/20 | $1.88 | $0.00 | $188.00 * | |
| 2 | PDIEM | PER-DIEM | | | | | | $57.00 | $0.00 | $114.00 * | |
| 1 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | | | 04/21/20 | 04/22/20 | $50.00 | $0.00 | $50.00 * | |
| 2 | DGRSR | CAN(S) DEGREASER / CLEANER; (NC IF RETURNED) | | | | | | $14.00 | $0.00 | $28.00 * | |
| | | | | | | | | ESTIMATED TOTAL | | 1676.00 | |

Received By:

TO BE FOLLOWED BY A FORMAL INVOICE

Page 1 of 1

SPI-BAS-F014 Rev 0 - 9/24/2018



# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

## Service Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01-30611 | 4/18/2020 |

Salesperson: TJM

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: JARED MCCAULEY
Rig Number: ROWAN RESOLUTE
Ship To...: OIL STATES ENERGY
PO Number:

| Size | Connection | | Weight | Grade |
|---|---|---|---|---|
| 2.875 | Wedge 533 | | 6.50 # | S-135 |

| Qty | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Total |
|---|---|---|---|---|---|---|
| | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. YOUR 2 7/8" HYDRIL 533 WASH PIPE AND PUP JOINTS RETURNED FROM RIG | | | $0.00 | |
| 16 | GENSUP | 1 Wayne Meche GENERAL FIELD SUPERVISOR (HOURS W/ TRAVEL) | 04/21/20 | | $54.00 | 864.00 |
| 100 | MILE | MILEAGE (50 MILES ROUND TRIP) | | | $1.88 | 188.00 |
| 2 | PDIEM | PER-DIEM | | | $57.00 | 144.00 |
| 1 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | | $50.00 | 50.00 |
| 2 | DGRSR | CAN(S) DEGREASER / CLEANER; (NC IF RETURNED) | | | $14.00 | 28.00 |

Filled Out By:

Signature: _Carl J Ryan_   Print Name: _Arthur Hudson_

| | ESTIMATED TOTAL | 1274.00 |

TO BE FOLLOWED BY A FORMAL INVOICE

Page 1 of 1

SPI-BAS-F013 Rev 1 - 11/29/2018

**Superior Performance**

| | Customer | Field wood |
|---|---|---|
| | Rig Name | Rowan Resolute |
| | Well / Lease | # 8 |
| | Ticket Number | 01 ~ 306 11 |

| Name: Wayne M | | Name: Wayne M | | Name: | Total Hours on Job | | Name: | |
|---|---|---|---|---|---|---|---|---|
| Date: | 4-21-20 | Date: | 4-22-20 | Date: | | | Date: | |
| Begin: | 09:00 | Begin: | 07:00 | Begin: | | | Begin: | |
| End: | 17:00 | End: | 15:00 | End: | | | End: | |
| Miles: | 50 | Miles: | 50 | Miles: | | | Miles: | |
| Hotel: Yes | No ✓ | Hotel: Yes | No ✓ | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | 8 | Total Hours | 8 | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |
| Name: | | Name: | | Name: | | | Name: | |
| Date: | | Date: | | Date: | | | Date: | |
| Begin: | | Begin: | | Begin: | | | Begin: | |
| End: | | End: | | End: | | | End: | |
| Miles: | | Miles: | | Miles: | | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | | Total Hours | |

SPI-QF-SQ-F022   Rev 3   2-19-2019

# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30701 | 4/29/2020 |

Salesperson:

Well Number: GENOVA5A #3
Lease/OCSG: OCS-G 27278
AFE Number: FW020021
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: TSERPAS

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY SERVICES HOUMA

PO Number:

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|-----|--------|--------------|------------|-----------|-----------|---------|----------|-------|
| 0 | | TRANSFERRED FROM DT# 30463 ON 5/1/20 | | | | | | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | | $0.00 | $0.00 | 0% | |
| 3 | BOL-727323 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 06/01/20 | $180.00 | $0.00 | 0% | |
| 1 | BOL-727323 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 06/01/20 | $235.00 | $0.00 | 0% | $235.00 |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 06/01/20 | $235.00 | $0.00 | 0% | |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 06/01/20 | $105.00 | $0.00 | 0% | $105.00 |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 06/01/20 | $44.19 | $0.00 | 0% | |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 06/01/20 | $168.00 | $0.00 | 0% | $336.00 |
| 10 | DOPE BR-L | DOPE BRUSHES | | 06/01/20 | $50.00 | $0.00 | 0% | $200.00 |
| 2 | SG LANYAR | STABBING GUIDE LANYARD (TO SALE IF NOT RETURNED) | | 06/01/20 | $12.00 | $0.00 | 0% | $120.00 |
| 2 | DOPEBR LA | DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 06/01/20 | $110.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 06/01/20 | $50.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 05/01/20 | 06/01/20 | $250.00 | $0.00 | 0% | |
| | | | | | $0.00 | $0.00 | 35% | |

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 1 of 2

# Superior Performance

# Return Ticket

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30701 | 4/29/2020 |

Salesperson:

| Qty | Item | Description | | | | |
|-----|------|-------------|---|---|---|---|
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 05/01/20 | 06/01/20 | $49.00 | 35% | $1019.20 |
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 05/01/20 | 06/01/20 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 05/01/20 | 06/01/20 | $49.00 | 35% | $1019.20 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $76.00 | 35% | $1580.80 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $76.00 | 35% | $1580.80 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $87.00 | 35% | $1809.60 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $87.00 | 35% | $1809.60 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 05/01/20 | 06/01/20 | $27.50 | 35% | $572.00 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 05/01/20 | 06/01/20 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE, PER ITEM | 05/01/20 | 06/01/20 | $23.50 | 0% | $141.00 |

Received By:

ESTIMATED TOTAL   $10528.20

**TO BE FOLLOWED BY A FORMAL INVOICE**

AFE:       FW202001
Lease:     MC 519 #3
Project:   Genovesa
Engineer:  E. Flanagan
Routing #: 580047

Act Code # 3060-165
[signature]  6/12/20

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 2 of 2