# EXHIBIT 4

| | |
|---|---|
| FILED: | Mobile County, and Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-27278 |
| AREA: | Mississippi Canyon Block 519 |
| OPERATOR: | Fieldwood Energy,LLC |
| LESSEE: | FieldwoodEnergy,LLC; Red Willow Offshore, LLC; Houston Energy Deepwater Ventures I, LLC |
| AMOUNT: | $32,776.18 |

Inst. # 2020069118 Pages: 1 of 22 Doc: LIEN
I certify this instrument filed on 11/10/2020 4:52 PM
Don Davis, Judge of Probate
Mobile County, AL. Rec: $58.00

Clerk: BFRANKS

STATE OF LOUISIANA                                        PARISH OF LAFAYETTE

## STATEMENT OF LIEN

BEFORE ME, the undersigned authority duly commissioned and qualified in and for the aforesaid State and Parish, came SUPERIOR PERFORMANCE, INC., appearing through Mitch Thibodeaux, its President, who, after being identified and sworn, declared:

1. SUPERIOR PERFORMANCE, INC. executes and files this Statement of Privilege pursuant to Ala. Code §35-11-213, *et seq.*, made applicable herein by 43 U.S.C. §1333, for the purpose of claiming and preserving its privilege pursuant to the aforementioned statutes.

2. SUPERIOR PERFORMANCE, INC. is in the business of furnishing labor, equipments, machinery and materials and related services in support of the development, exploration, maintenance, operations and/or abandonment of oil and gas wells.

3. In connection with its business, SUPERIOR PERFORMANCE, INC., contracted to supply services, labor, equipment, materials and supplies and related services used in well operations and production to Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 (Fieldwood).

4. SUPERIOR PERFORMANCE, INC. provided provided services, labor, equipment, materials and supplies and related services used in well operations and production to Fieldwood during the period commencing on January 17, 2020 to May 23, 2020 in connection with the following described well:

| | |
|---|---|
| Lease No. OCS | #27278 |
| Area & Block # | Mississippi Canyon, Block 519 |
| Well Name | Genovesa #3 |
| Operator | Fieldwood Energy, LLC |
| Lessee | Fieldwood Energy, LLC; Red Willow Offshore, LLC; and Houston Energy Deepwater Ventures I, LLC |

*Statement of Lien*                                                                                          1

5.   This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Subsea 7 from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by Fieldwood and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Fieldwood, and all other property pursuant to Alabama Code § 35-11-213, *et seq.*

6.   The name of the claimant is SUPERIOR PERFORMANCE, INC. The street address of the claimant is 122 Youngsville Hwy., Lafayette, LA 70508. The mailing address of the claimant is P.O. Box 1080, Broussard, LA 70518.

7.   The amount of the obligation for which the privilege is claimed is **$32,776.18**, plus interests on the amount of the obligation, the cost of preparing and filing this Statement of Privilege and any notice of lis pendens filed hereinafter, and the amount of attorney fees incurred by the claimant to enforce the obligations. The nature of the obligations for which the privilege is claimed is that FIELDWOOD ENERGY, LLC had a contract with SUPERIOR PERFORMANCE, INC. under which SUPERIOR PERFORMANCE, INC. provided services on, performed labor with respect to, transported movable to the site of and/or sold movables to the operator of the Well; the aforesaid movables were incorporated into the Well or a facility located on the well site, were consumed in the operations on the well site, or were leased to the operator of the Well or a contractor with respect thereto and used in operations. The specifics of the amounts and nature of the obligations for which the privilege is claimed are set forth on the statement and invoices issued by SUPERIOR PERFORMANCE, INC. to FIELDWOOD ENERGY, LLC, full, true and correct copies of which are attached hereto.

8.   The name and address of the person owing the amounts described in the preceding paragraph is Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042.

9.   A full, true and correct copy of this Statement of Privilege was delivered to the operator and Lessees by mailing same to them by certified mail, return receipt requested, with sufficient postage affixed, addressed as follows:

   a.  Fieldwood Energy, LLC, 200 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042

   b.  Fieldwood Energy, LLC, C/O Capital Corporate Services, Inc., Agent, 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

   c.  Red Willow Offshore, LLC, C/O C T Corporation System, Agent, 3867 Plaza Tower Dr., Baton Rouge, LA 70816

    d. Houston Energy Deepwater Ventures I, LLC, C/O Taylor V Cooksey, Agent, 6363 Woodway, Ste. 610, Houston, TX 77057

10. The date on which the last activity or event that gives rise to the privilege asserted by this Statement of Privilege occurred was May 23, 2020.

Superior Performance, Inc.

_____

By Mitch Thibodeaux, President, Superior Performance, Inc.

SWORN TO AND DESCRIBED BEFORE ME this _16th_ day of November 2020, in Lafayette Parish, Louisiana.

_____

*Ike Huval, Notary Public (Bar # 17637, Notary # 50678)*

IKE HUVAL, Notary Public
Commissioned for Life
State of Louisiana
ID# 50678        LSBA# 17637

*Statement of Lien*                                                                                          3



P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2020 | 33874 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

Well# 3 (Genovesa)
MC519
OCSG# 27278
AFE# FW202001

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10<br>240<br>1 | Return Ticket# 01-29451<br>Hours of Labor Onland<br>Miles traveled to and from location<br>Per Diem Charge<br>Sub Total of above items<br>Billed 1/24-1/24 | 60.00<br>2.50<br>75.00 | 600.00<br>600.00<br>75.00<br>1,275.00 |
| 12<br>240<br>1 | Return Ticket# 01-29456<br>Hours of Labor Onland<br>Miles traveled to and from location<br>Per Diem Charge<br>Sub Total of above items<br>Billed 1/25-1/25 | 60.00<br>2.50<br>75.00 | 720.00<br>600.00<br>75.00<br>1,395.00 |

Thank you for your business.

| **Total** | $2,670.00 |
|-----------|-----------|



Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2020 | 33874 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

Well# 3 (Genovesa)
MC519
OCSG# 27278
AFE# FW~~101019~~

| | PO# | Service Ticket# | Terms |
|---|-----|-----------------|-------|
| | | | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Return Ticket# 01-29451 | | |
| 10 | Hours of Labor Onland | 60.00 | 600.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
| | Sub Total of above items | | 1,275.00 |
| | Billed 1/24-1/24 | | |
| | | | |
| | Return Ticket# 01-29456 | | |
| 12 | Hours of Labor Onland | 60.00 | 720.00 |
| 240 | Miles traveled to and from location | 2.50 | 600.00 |
| 1 | Per Diem Charge | 75.00 | 75.00 |
| | Sub Total of above items | | 1,395.00 |
| | Billed 1/25-1/25 | | |

**FIELDWOOD ENERGY**
WELL NAME: _MC 519 #3_
AFE: _FW202001_
ENGINEER: _E. Flanagan_
GL ACCT: _3060-165_
ROUTING ID#: _580047_

_J G Seeley 4·16·20_

_[signature] 6/16/20_

Thank you for your business.

| **Total** | **$2,670.00** |
|-----------|---------------|



# Return Ticket

**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 29451 | 1/23/2020 |

Salesperson: TJM

**Ship Via:** SUPERIOR PERFORMANCE
**Requested By:** JOHN BAGLEY
**Rig Number:** ROWAN RESOLUTE
**Ship To...:** BENOIT - HOUMA, LA
**PO Number:**

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

**Well Number:** #3 (GENOVESA)
**Lease/OCSG:** OCS-G 27278
**AFE Number:** FW191019
**Area / Block:** MISSISSIPPI CANYON 519
**Order Taken By:** bcormier

| Size | Connection | Weight | Grade |
|---|---|---|---|
| 5.500 | JFE Lion | 23.00 # | 13CR-95 |
| 5.500 | JFE Lion | 23.00 # | 13CR-110 |

| QTY | Item # | Product Name | Joints | Footage | Rate Type | Start Date | Stop Date | 5 Day Min | Add Day | Total | Additional Info |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR COMPLETION ASSEMBLIES | | | | | | | | $0.00 | ASSEMBLY |
| | | | | | | | | | | | ASSEMBLY |
| 1 | CLEGER | Chad Leger | | | 10 Hour(s) | 01/24/20 | 01/24/20 | $60.00 | $0.00 | $600.00 * | |
| 240 | MILE | MILEAGE | | | | 01/24/20 | 01/24/20 | $2.50 | $0.00 | $600.00 * | |
| 1 | PDIEM | PER-DIEM | | | | 01/24/20 | 01/24/20 | $75.00 | $0.00 | $75.00 * | |

ESTIMATED TOTAL    1275.0

Received By:

**TO BE FOLLOWED BY A FORMAL INVOICE**

SPI-BAS-F014 Rev 0 - 9/24/2018

Page 1 of 1

**Superior Performance**

| | |
|---|---|
| Customer | Field wxog |
| Rig Name | |
| Well / Lease | OCSG – 27278 |
| Ticket Number | 29451 |
| Total Hours on Job | 10 |

| Name: O. Leger | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | 1-24-20 | Date: | | Date: | | Date: | |
| Begin: | 5:00 am | Begin: | | Begin: | | Begin: | |
| End: | 3:00 pm | End: | | End: | | End: | |
| Miles: | 240 | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | 10 | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

SPI-QF-SQ-F022   Rev 3   2-19-2019

# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 29456 | 1/23/2020 |

Salesperson: TJM

**Ship Via:** SUPERIOR PERFORMANCE
**Requested By:** BRODY HUBER
**Rig Number:** ROWAN RESOLUTE
**Ship To...:** OES - HOUMA, LA
**PO Number:**

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

**Well Number:** #3 (GENOVESA)
**Lease/OCSG:** OCS-G 27278
**AFE Number:** FW191019
**Area / Block:** MISSISSIPPI CANYON 519
**Order Taken By:** bcormier

| Size | Connection | Weight | Grade |
|---|---|---|---|
| 2.875 | Wedge 533 | 6.50 # | S-135 |

| | | Joints | Footage |
|---|---|---|---|
| | | | 720 |

| QTY | Item # | Product Name | Rate Type | Start Date | Stop Date | 5 Day Min | Add Day | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Additional Info | |
| | | | | | | | DOUBLES | |
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR 2 7/8" TUBING DOUBLES | | | | $0.00 | $0.00 | $0.00 |
| 1 | DDAILEY | Darren P. Dailey | 12 Hour(s) | 01/25/20 | 01/25/20 | $60.00 | $0.00 | $720.00 * |
| 240 | MILE | MILEAGE (240 MILES ROUND TRIP) | | 01/25/20 | 01/25/20 | $2.50 | $0.00 | $600.00 * |
| 1 | PDIEM | PER-DIEM | | 01/25/20 | 01/25/20 | $75.00 | $0.00 | $75.00 * |

Received By:

**ESTIMATED TOTAL** 1395.0

TO BE FOLLOWED BY A FORMAL INVOICE

SPI-BAS-F014 Rev 0 - 9/24/2018



Page 1 of 1

# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Service Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 29456 | 1/23/2020 |

Salesperson: TJM

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: ROGER HARGRAVE
Rig Number: ROWAN RESOLUTE
Ship To...: OES - HOUMA, LA
PO Number:

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW191019
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

| Size | Connection | Weight | Grade |
|---|---|---|---|
| 2.875 | Wedge 533 | 6.50 # | S-135 |

| Qty | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Total |
|---|---|---|---|---|---|---|
| | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. AND MONITOR THE MAKE UPS OF YOUR 2 7/8" TUBING DOUBLES | | | $0.00 | |
| 12 | DDAILEY | Darren P. Dailey | 01/25/20 | | $60.00 | 720 ⁰⁰ |
| 240 | MILE | MILEAGE (240 MILES ROUND TRIP) | 01/25/20 | | $2.50 | 600 ⁰⁰ |
| 1 | PDIEM | PER-DIEM | 01/25/20 | | $75.00 | 75 ⁰⁰ |
| | LODGE | HOTEL, LODGING, ACCOMODATIONS | | | $0.00 | |

Filled Out By: DD

Signature: _____

ESTIMATED TOTAL   1395 ⁰⁰

Print Name: Rene Boudreaux

TO BE FOLLOWED BY A FORMAL INVOICE

SPI-BAS-F013 Rev 1 - 11/29/2018

Page 1 of 1

**Superior Performance**

| Customer | Field wood |
|---|---|
| Rig Name | Resolve |
| Well / Lease | Genovesa #3 |
| Ticket Number | 29456 |

Total Hours on Job: _12_

| Name: Darren D | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | 1-25-2020 | Date: | | Date: | | Date: | |
| Begin: | 0600 | Begin: | | Begin: | | Begin: | |
| End: | 1800 | End: | | End: | | End: | |
| Miles: | 120 | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No ✓ | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | 12 | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |
| Name: | | Name: | | Name: | | Name: | |
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

SPI-QF-SQ-F022   Rev 3   2-19-2019



P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2020 | 33875 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

Well# 3 (Genovesa)
MC519 #3
OCSG# 27278
AFE# FW202001

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|  |  | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Return Ticket# 01-30063 |  |  |
| 2 | 3 1/2" Stabbing Guide | 987.35 | 1,974.70 |
| 2 | 3 1/2" Aluminum Wrench | 1,531.40 | 3,062.80 |
| 2 | 5 1/2" Aluminum Wrench | 1,753.05 | 3,506.10 |
| 1 | 4' X 4' Tool Box | 554.13 | 554.13 |
|  | Sub Total of above items |  | 9,097.73 |
|  | Billed 3/1-3/31 |  |  |
|  |  |  |  |
|  | Return Ticket# 01-30463 |  |  |
| 2 | 3 1/2" Stabbing Guide | 955.50 | 1,911.00 |
| 2 | 3 1/2" Aluminum Wrench | 1,482.00 | 2,964.00 |
| 2 | 5 1/2" Aluminum Wrench | 1,696.50 | 3,393.00 |
| 1 | 4' X 4' Tool Box | 536.25 | 536.25 |
|  | Sub Total of above items |  | 8,804.25 |
|  | Billed 4/1-4/30 |  |  |

Thank you for your business.

| **Total** | $17,901.98 |
|-----------|------------|

 **Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24356 | 01 - 30063 | 3/3/2020 |

Salesperson:

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY
SERVICES HOUMA
PO Number:

Well Number: GENOVASA #3
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: TSERPAS

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|-----|--------|--------------|-----------|-----------|-----------|---------|----------|-------|
| 0 | | TRANSFERRED FROM DT# 29574 ON 3/1/20 | | | $0.00 | $0.00 | 0% | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | 03/31/20 | $180.00 | $0.00 | 0% | |
| 4 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 03/31/20 | $235.00 | $0.00 | 0% | |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 03/31/20 | $105.00 | $0.00 | 0% | |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 03/31/20 | $44.19 | $0.00 | 0% | |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 03/31/20 | $168.00 | $0.00 | 0% | |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 03/31/20 | $50.00 | $0.00 | 0% | |
| 10 | DOPE BR-L | DOPE BRUSHES | | 03/31/20 | $12.00 | $0.00 | 0% | |
| 2 | SG LANYAR | STABBING GUIDE LANYARD (TO SALE IF NOT RETURNED) | | 03/31/20 | $110.00 | $0.00 | 0% | |
| 2 | DOPEBR LA | DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 03/31/20 | $50.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 03/31/20 | $250.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 03/01/20 | 03/31/20 | $0.00 | $49.00 | 35% | $987.35 |

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 1 of 2



# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-9138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30063 | 3/3/2020 |

Salesperson:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 03/01/20 | 03/31/20 | $0.00 | $49.00 | 35% | $987.35 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $76.00 | 35% | $1531.40 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $76.00 | 35% | $1531.40 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $87.00 | 35% | $1753.05 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 03/01/20 | 03/31/20 | $0.00 | $87.00 | 35% | $1753.05 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 03/01/20 | 03/31/20 | $0.00 | $27.50 | 35% | $554.13 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 03/01/20 | 03/31/20 | $0.00 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE; PER ITEM | | 03/31/20 | $23.50 | $0.00 | 0% | |

Received By:

| | |
|---|---|
| ESTIMATED TOTAL | $9097.72 |

TO BE FOLLOWED BY A FORMAL INVOICE

AFE:      FW202001
Lease:    MC 519 #3
Project:  Genovesa
Engineer: E. Flanagan
Routing #:   580047

ACCT CODE 3060-165
J. Butler 5-5-2020

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 2 of 2





P.O. BOX 1060
BROUSSARD, LA 70518
337 839-6138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30463 | 3/31/2020 |

Salesperson:

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY
SERVICES HOUMA
PO Number:

Well Number: GENOVASA #3
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken by: TSERPAS

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | | TRANSFERRED FROM DT# 30063 ON 4/1/20 | | | $0.00 | $0.00 | 0% | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | 04/30/20 | $180.00 | $0.00 | 0% | |
| 4 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25#; (NC IF RETURNED) | | 04/30/20 | $235.00 | $0.00 | 0% | |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 04/30/20 | $105.00 | $0.00 | 0% | |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 04/30/20 | $44.19 | $0.00 | 0% | |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 04/30/20 | $168.00 | $0.00 | 0% | |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 04/30/20 | $50.00 | $0.00 | 0% | |
| 10 | DOPE BR-L | DOPE BRUSHES | | 04/30/20 | $12.00 | $0.00 | 0% | |
| 2 | SG LANYAR | STABBING GUIDE LANYARD (TO SALE IF NOT RETURNED) | | 04/30/20 | $110.00 | $0.00 | 0% | |
| 2 | DOPEBR LA | DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 04/30/20 | $50.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 04/30/20 | $250.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 04/01/20 | 04/30/20 | $0.00 | $49.00 | 35% | $955.50 |

SPI-DAS-F023 Rev 1 - 6/14/2019

Page 1 of 2



# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-6138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30463 | 3/31/2020 |

Salesperson:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 04/01/20 | 04/30/20 | $0.00 | $49.00 | 35% | $955.50 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $76.00 | 35% | $1482.00 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $76.00 | 35% | $1482.00 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $87.00 | 35% | $1696.50 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 04/01/20 | 04/30/20 | $0.00 | $87.00 | 35% | $1696.50 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 04/01/20 | 04/30/20 | $0.00 | $27.50 | 35% | $536.25 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 04/01/20 | 04/30/20 | $0.00 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE: PER ITEM | | 04/30/20 | $23.50 | $0.00 | 0% | |

Received By:

| | |
|---|---|
| ESTIMATED TOTAL | $8804.25 |

TO BE FOLLOWED BY A FORMAL INVOICE

AFE:       FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #:    580047

ACCT CODE : 3060-165
J. Butler 5-5-2020

SPI-BAS-F023 Rev 1 - 8/14/2019

Page 2 of 2





P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2020 | 34332 |

**Customer:**

Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**

MC 519 #3
Genovesa
AFE# FW202001

| PO# | Service Ticket# | Terms |
|-----|-----------------|-------|
|     |                 | Net 30 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Return Ticket# 01-30611 | | |
| 24 | Hours of Labor Onland | 54.00 | 1,296.00 |
| 100 | Miles traveled to and from location | 1.88 | 188.00 |
| 2 | Per Diem Charge | 57.00 | 114.00 |
| 1 | Box of Rags | 50.00 | 50.00 |
| 2 | Cans of Degreaser Cleaner | 14.00 | 28.00 |
|  | Sub Total of above items | | 1,676.00 |
|  | Billed 4/21-4/22 | | |
|  | | | |
|  | Return Ticket# 01-30701 | | |
| 1 | Pail of Pipe Dope | 235.00 | 235.00 |
| 1 | #5 Rigid Strap Wrench | 105.00 | 105.00 |
| 24 | Cans of Degreaser Cleaner | 14.00 | 336.00 |
| 4 | Box of Rags | 50.00 | 200.00 |
| 10 | Dope Brush | 12.00 | 120.00 |
|  | Sub Total of above items | | 996.00 |
| 32 | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32 | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32 | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32 | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32 | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32 | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32 | 4' X 4' Tool Box | 27.50 | 880.00 |
|  | Sub Total of above items | | 14,448.00 |
|  | Equipment Discount | -35.00% | -5,056.80 |
|  | Sub Total of above items | | 9,391.20 |
| 6 | Cleaning & Inspection Fee Per Item | 23.50 | 141.00 |
|  | Total Tool Ticket = $10,528.20 | | |

Thank you for your business.

## Total  $12,204.20



**Superior Performance**
P.O. Box 1080
Broussard, LA 70518

Remit To:
Superior Performance Inc.
P.O. Box 1080
Broussard, LA 70518  USA
337-837-2129 Office
337-837-2130 Fax

# Invoice

| Date | Invoice # |
|---|---|
| 7/29/2020 | 34332 |

**Customer:**
Fieldwood Energy
2000 West Sam Houston Pkwy. South
Suite 1200
Houston, TX 77042

**Well Charges:**
MC 519 #3
Genovesa
AFE# FW202001

*FIELDWOOD ENERGY*
WELL NAME: *MC 519 43*
AFE: *FW202001*
ENGINEER: *E. FLANAGAN*
GL ACCT: *580047*
ROUTING ID#: *3060-165*
*JS Seeley 7-30-20*

| PO# | Service Ticket# | Terms |
|---|---|---|
| | | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Return Ticket# 01-30611 | | |
| 24 | Hours of Labor Onland | 54.00 | 1,296.00 |
| 100 | Miles traveled to and from location | 1.88 | 188.00 |
| 2 | Per Diem Charge | 57.00 | 114.00 |
| 1 | Box of Rags | 50.00 | 50.00 |
| 2 | Cans of Degreaser Cleaner | 14.00 | 28.00 |
| | Sub Total of above Items | | 1,676.00 |
| | Billed 4/21-4/22 | | |
| | | | |
| | Return Ticket# 01-30701 | | |
| 1 | Pail of Pipe Dope | 235.00 | 235.00 |
| 1 | #5 Rigid Strap Wrench | 105.00 | 105.00 |
| 24 | Box of Rags | 14.00 | 336.00 |
| 4 | Cans of Degreaser Cleaner | 50.00 | 200.00 |
| 10 | Dope Brush | 12.00 | 120.00 |
| | Sub Total of above items | | 996.00 |
| 32 | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32 | 3 1/2" Stabbing Guide | 49.00 | 1,568.00 |
| 32 | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32 | 3 1/2" Aluminum Wrench | 76.00 | 2,432.00 |
| 32 | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32 | 5 1/2" Aluminum Wrench | 87.00 | 2,784.00 |
| 32 | 4' X 4' Tool Box | 27.50 | 880.00 |
| | Sub Total of above items | | 14,448.00 |
| | Equipment Discount | -35.00% | -5,056.80 |
| | Sub Total of above items | | 9,391.20 |
| 6 | Cleaning & Inspection Fee Per Item | 23.50 | 141.00 |
| | Total Tool Ticket = $10,528.20 | | |

Thank you for your business.

| | **Total** | **$12,204.20** |
|---|---|---|

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30611 | 4/18/2020 |

Salesperson: TJM

**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: JARED MCCAULEY
Rig Number: ROWAN RESOLUTE
Ship To...: OIL STATES ENERGY
PO Number:

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

| Size | Connection | Weight | Grade | Footage |
|---|---|---|---|---|
| 2.875 | Wedge 533 | 6.50 / ft | S-135 | |

| QTY | Item # | Product Name | Joints | Rate Type | Start Date | Stop Date | 5 Day Min | Add Day | Total |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. YOUR 2 7/8" HYDRIL 533 WASH PIPE AND PUP JOINTS RETURNED FROM RIG | | | | | $0.00 | $0.00 | |
| 1 | WMECHE | Wayne J. Meche | | 24 Hour(s) | 04/21/20 | 04/22/20 | $54.00 | $0.00 | $1296.00 * |
| 100 | MILE | MILEAGE (50 MILES ROUND TRIP) | | | 04/21/20 | 04/22/20 | $1.88 | $0.00 | $188.00 * |
| 2 | PDIEM | PER-DIEM | | | 04/21/20 | 04/22/20 | $57.00 | $0.00 | $114.00 * |
| 1 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | | | | $50.00 | $0.00 | $50.00 * |
| 2 | DGRSR | CAN(S) DEGREASER / CLEANER; (NC IF RETURNED) | | | | | $14.00 | $0.00 | $28.00 * |

Additional Info

ESTIMATED TOTAL    1676.00

Received By:

TO BE FOLLOWED BY A FORMAL INVOICE

SPI-BAS-F014 Rev 0 - 9/24/2018

Page 1 of 1

# Superior Performance

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

## Service Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30611 | 4/18/2020 |

Salesperson: TJM

Well Number: #3 (GENOVESA)
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: bcormier

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: JARED MCCAULEY
Rig Number: ROWAN RESOLUTE
Ship To...: OIL STATES ENERGY
PO Number:

| Size | Connection | Weight | Grade |
|------|-----------|--------|-------|
| 2.875 | Wedge 533 | 6.50 # | S-135 |

| Qty | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Total |
|-----|--------|-------------|-----------|-----------|-----------|-------|
| | | 1 FIELD SERVICE SUPERVISOR TO V.T.I. YOUR 2 7/8" HYDRIL 533 WASH PIPE AND PUP JOINTS RETURNED FROM RIG | | | | $0.00 |
| 16 | GENSUP | 1. Wayne Mccabe GENERAL FIELD SUPERVISOR (HOURS W/ TRAVEL) | 04/21/20 | | $54.00 | 864.00 |
| 100 | MILE | MILEAGE (50 MILES ROUND TRIP) | | | $1.88 | 188.00 |
| 2 | PDIEM | PER-DIEM | | | $57.00 | 144.00 |
| 1 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | | $50.00 | 50.00 |
| 2 | DGRSR | CAN(S) DEGREASER / CLEANER; (NC IF RETURNED) | | | $14.00 | 28.00 |

| | ESTIMATED TOTAL | 1274.00 |

Filled Out By:

Signature: _Curtis L Bryan_   Print Name: _Arthur Hobson_

TO BE FOLLOWED BY A FORMAL INVOICE

SPI-BAS-F013 Rev 1 - 11/29/2018

Page 1 of 1

| Customer | Field wood |
|---|---|
| Rig Name | Rowan Resolute |
| Well / Lease | #8 |
| Ticket Number | 01 - 30611 |
| Total Hours on Job | |

| Name: Wayne M | | Name: Wayne M | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | 4-21-20 | Date: | 4-22-20 | Date: | | Date: | |
| Begin: | 09:00 | Begin: | 07:00 | Begin: | | Begin: | |
| End: | 17:00 | End: | 15:00 | End: | | End: | |
| Miles: | 50 | Miles: | 50 | Miles: | | Miles: | |
| Hotel: Yes | No ✓ | Hotel: Yes | No ✓ | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | 8 hrs | Total Hours | 8 hours | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

| Name: | | Name: | | Name: | | Name: | |
|---|---|---|---|---|---|---|---|
| Date: | | Date: | | Date: | | Date: | |
| Begin: | | Begin: | | Begin: | | Begin: | |
| End: | | End: | | End: | | End: | |
| Miles: | | Miles: | | Miles: | | Miles: | |
| Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No | Hotel: Yes | No |
| Total Hours | | Total Hours | | Total Hours | | Total Hours | |

SPI-QF-SQ-F022   Rev 3   2-19-2019



**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|---|---|---|
| 24355 | 01 - 30701 | 4/29/2020 |

Salesperson:

Well Number: GENOVASA #3
Lease/OCSG: OCS-G 27278
AFE Number: FW202001
Area / Block: MISSISSIPPI CANYON 519
Order Taken By: TSERPAS

Customer: C1668
FIELDWOOD ENERGY LLC
P.O. BOX 27709
HOUSTON, TX 77227-7709

Ship Via: SUPERIOR PERFORMANCE
Requested By: MR. JUSTIN DAVIS
Rig Number: ROWAN RESOLUTE
Ship To...: OFFSHORE ENERGY SERVICES HOUMA
PO Number:

| QTY | Item # | Product Name | Start Date | Stop Date | 5 Day Min | Add Day | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 0 | | TRANSFERRED FROM DT# 30463 ON 5/1/20 | | | $0.00 | $0.00 | 0% | |
| 2 | DRYMOL | CASE(S) DRY MOLY; (NC IF RETURNED) | | 06/01/20 | $180.00 | $0.00 | 0% | |
| 3 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25# (NC IF RETURNED) | | 06/01/20 | $235.00 | $0.00 | 0% | |
| 1 | BOL-72732/3 | PAIL(S) BEST-O-LIFE 72733 THREAD COMPOUND 25# (NC IF RETURNED) | | 06/01/20 | $235.00 | $0.00 | 0% | $235.00 |
| 1 | WRENCHST | # 5 RIGID STRAP WRENCH ( PER JOB CHARGE) | | 06/01/20 | $105.00 | $0.00 | 0% | $105.00 |
| 1 | XTRASTRAP | EXTRA STRAP FOR # 5 RIGID STRAP WRENCH (TO SALE IF NOT RETURNED) | | 06/01/20 | $44.19 | $0.00 | 0% | |
| 2 | DGRSR | CASE(S) DEGREASER / CLEANER; (NC IF RETURNED) | | 06/01/20 | $168.00 | $0.00 | 0% | $336.00 |
| 4 | RAGS | BOX(S) RAGS; (NC IF RETURNED) | | 06/01/20 | $50.00 | $0.00 | 0% | $200.00 |
| 10 | DOPE BR-L | DOPE BRUSHES | | 06/01/20 | $12.00 | $0.00 | 0% | $120.00 |
| 2 | SG LANYAR | STABBING GUIDE LANYARD (TO SALE IF NOT RETURNED) | | 06/01/20 | $110.00 | $0.00 | 0% | |
| 2 | DOPEBR | LA DOPE BRUSH LANYARDS (TO SALE IF NOT RETURNED) | | 06/01/20 | $50.00 | $0.00 | 0% | |
| 1 | TRKIT | THREAD REPAIR KIT (TO SALE IF NOT RETURNED) | | 06/01/20 | $250.00 | $0.00 | 0% | |
| 1 | 1-J-457 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 05/01/20 | 06/01/20 | $0.00 | $0.00 | 35% | |

SPI-BAS-F023 Rev 1 - 6/14/2019

Page 1 of 2

**Superior Performance**

P.O. BOX 1080
BROUSSARD, LA 70518
337 839-8138

# Return Ticket

| Job | Ticket | Date |
|-----|--------|------|
| 24355 | 01 - 30701 | 4/29/2020 |

Salesperson:

| Qty | Part # | Description | | | | | % | Amount |
|-----|--------|-------------|---|---|---|---|---|--------|
| 1 | 1-S-62 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 05/01/20 | 06/01/20 | $0.00 | $49.00 | 35% | $1019.20 |
| 1 | 1-J-275 | 5 1/2" WEATHERFORD STABBING GUIDE JACKET | 05/01/20 | 06/01/20 | $0.00 | $0.00 | 35% | |
| 1 | 1-S-61 | 3 1/2" FLUSH STABBING GUIDE INSERT (DRESSED 3 1/2" 9.2# FJL) | 05/01/20 | 06/01/20 | $0.00 | $49.00 | 35% | $1019.20 |
| 1 | 15-70 | 3 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $0.00 | $76.00 | 35% | $1580.80 |
| 1 | 15-32 | 3 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $0.00 | $76.00 | 35% | $1580.80 |
| 1 | 15-49 | 5 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $0.00 | $87.00 | 35% | $1809.60 |
| 1 | 15-45 | 5 1/2" ALUMINUM WRENCH | 05/01/20 | 06/01/20 | $0.00 | $87.00 | 35% | $1809.60 |
| 1 | 6-46 | 4 X 4 X 4 TOOL BOX W/ 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS | 05/01/20 | 06/01/20 | $0.00 | $27.50 | 35% | $572.00 |
| 1 | 70-074 | 1/2" X 6' 4-LEG SPREADER ON 1" CROSBY MASTER LINK W/ (4) 5/8" CROSBY SAS (S/N: 62089) | 05/01/20 | 06/01/20 | $0.00 | $0.00 | 35% | |
| 6 | ICD ITEM | INSPECTION & CLEANING DISPOSAL FEE; PER ITEM | 06/01/20 | | $23.50 | $0.00 | 0% | $141.00 |

| | ESTIMATED TOTAL | $10528.20 |
|---|---|---|

Received By:

**TO BE FOLLOWED BY A FORMAL INVOICE**

AFE:     FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #:   580047

*Act Code # 3060-165*

*6/12/20*

SPH-BAS-F023 Rev 1 - 6/14/2019