# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **FIELDWOOD ENERGY LLC, *et al.*** [1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF COUNSEL TO APPLICATION FOR ENTRY OF ORDER, PURSUANT TO BANKRUPTCY CODE SECTIONS 328(a), 330(a), AND 1103, AUTHORIZING AND APPROVING RETENTION AND EMPLOYMENT OF MANI LITTLE & WORTMANN, PLLC AS SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <u>EFFECTIVE AS OF OCTOBER 21, 2020</u>**

(Related Docket No. 519)

Cole Schotz PC, as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), hereby certify as follows:

1. On October 30, 2020, the *Application for Entry of Order, Pursuant to Bankruptcy Code Sections 328(a), 330(a), and 1103, Authorizing the Retention and Employment of Mani Little & Wortmann, PLLC as Counsel to the Official Committee of Unsecured Creditors, Effective as of October 21, 2020* [Docket No. 519] (the "<u>Application</u>") was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served by no later than November 20, 2020 (the "<u>Objection Deadline</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3.  After the filing of the Application, counsel received informal comments to the proposed order approving the Application, which informal comments were addressed and resolved through revisions reflected in the attached revised proposed order submitted herewith. Further, the Objection Deadline has passed and no objections to the Application appear on the docket or were served upon the undersigned counsel.

4.  The undersigned counsel hereby certifies that the revised proposed order attached hereto resolves all known formal and informal comments received by counsel. A redline reflecting changes to the proposed order is also attached.

5.  The Committee respectfully request that the Court enter the attached revised proposed order at the earliest convenience of the Court

Dated:   November 23, 2020

*/s/ Michael D. Warner*
COLE SCHOTZ P.C.
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
Email:   mwarner@coleschotz.com
         bwallen@coleschotz.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2020, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner