IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.   20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC, et al., | * | Chapter 11 |
| | * | |
| Debtors. | * | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COME WesternGeco LLC ("WesternGeco"), and TGS-NOPEC Geophysical Company ASA and its affiliated entities TGS-NOPEC Geophysical Company, TGS AP Investments AS, and A2D Technologies, Inc. d/b/a TGS Geological Products and Services (the "TGS Entities"), parties-in-interest herein, and hereby give notice of their appearance in the captioned matter by and through:

> JOHN E. W. BAAY II
> GIEGER, LABORDE & LAPEROUSE, L.L.C.
> 701 Poydras Street, Suite 4800
> New Orleans, Louisiana   70139-4800
> Telephone:   (504) 561-0400
> Facsimile: (504) 561-0100
> Email: jbaay@glllaw.com

FURTHER, the undersigned, on behalf of WesternGeco and the TGS Entities, hereby requests that all motions, complaints, applications, petitions, pleadings, notices, orders, and judgments filed or issued in the above-captioned matter be served upon the undersigned pursuant to the provisions of Federal Rules of Bankruptcy Procedure Rule 2002.

Respectfully submitted,

/s/ John E. W. Baay II
ANDREW A. BRAUN
Texas State Bar No. 24061558
JOHN E. W. BAAY, II
Texas State Bar No. 798042
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800, 701 Poydras Street
New Orleans, Louisiana   70139-4800

1

Telephone:   (504) 561-0400
Facsimile: (504) 561-0100
Email: abraun@glllaw.com
Email: jbaay@glllaw.com
*Counsel for WesternGeco LLC and
the TGS Entities*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice was served via electronic mail on the 23rd day of November, 2020, upon all parties in interest listed on the ECF service list.

/s/ John E. W. Baay II