## **Exhibit 7**

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130

TEL: 504.568.1990 | FAX: 504.310.9195

Stewart F. Peck

E-mail: speck@lawla.com

October 30, 2020

**VIA U.S. CERTIFIED RETURN RECEIPT**
**AND FACSIMILE – (201) 447-0474**

Ridgewood Katmai, LLC
1254 Enclave Parkway, Suite 600
Houston, TX 77077

Ridgewood Katmai, LLC
14 Philips Parkway
Montvale, NJ 07645

Re:     Demand for Payment
        Our File No. 37647.200676

Dear Sir or Madam:

Enclosed please find copies of the Statement of Privilege recorded by Atlantic Maritime Services, LLC ("Atlantic") against the following property:

| | |
|---|---|
| **Title of Document:** | Statement of Privilege |
| **Claimant:** | Atlantic Maritime Services, LLC |
| **Parishes:** | Plaquemines, Jefferson, Lafourche, and Terrebonne |
| **Lease:** | OCS-G-34536 |
| **Field:** | Green Canyon Block 40 |
| **Operator:** | Fieldwood Energy, LLC |
| **Principal Amount:** | $6,973,379.03 |

The records of BOEM indicate that you own a working interest in the above property.

Demand is hereby made upon you to pay Atlantic $6,973,379.03, together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent of the amount sought to be collected.

Failure to pay Atlantic $6,973,379.03 within seven (7) days from date hereof will leave Atlantic no alternative but to file a Complaint against you in the United States District Court for the Eastern District for Louisiana seeking the recognition and enforcement of its privilege, i.e. its Louisiana Oil Well Lien, against your interest in the above property for the aforesaid amount. Additionally, pursuant to La. Rev. Stat. 9:4871, Atlantic will seek a Writ of Sequestration, without the necessity of furnishing bond, be issued. If you have not appointed an agent for service of process or do not have a registered office in Louisiana, we also reserve the right to attach the

**EXHIBIT 7**

October 30, 2020
Page 2 of 2

property for purposes of jurisdiction over you. Once the Writ of Sequestration is issued, Atlantic will record it in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne and with BOEM to effectuate a paper seizure of your working interests and other rights in the above described property.

Nothing herein shall be construed as Atlantic taking any action whatsoever against the Operator, Fieldwood Energy, LLC or any of its affiliates or any of their interests or rights they may have in the above described property, as Atlantic is stayed from proceeding against same pursuant to 11 U.S.C. §362. Atlantic does, however, reserve the right to seek to move to lift the stay order in the Fieldwood Chapter 11 proceeding to have your interest sequestered and seized as to any proceeds payable to you from the sale of hydrocarbons attributed to your interest against which Atlantic's liens attach.

Very truly yours,

Stewart F. Peck

SFP/yam
Enclosures

**EXHIBIT 7**

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC 07/16/2020 11:34:20 AM JEFF PAR 6376320 mgw $315.0
5847 San Felipe, Suite 3300 INST. 12032371 MORTGAGE BOOK 4886 PAGE 226
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

**EXHIBIT 7**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: _JASON R. MORGANELLI_
Title: _PRESIDENT_

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2008256 |
| INVOICE DATE: | 6/8/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00   $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $   678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(679,333.33) 10417- 110-4202-810101
- 10417- 110-4202-810102
- 10417- 110-4202-810110
- 10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 7

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolve

June 2020

WELL NAME / LOCATION:

AFE

G.C. 40 #1 COMPLETION
FV202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate $0 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $165,000 | MOVE $191,300 | FORCE MAJEURE $100,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lessee: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Total Billed for this Invoice: $ 674,153.33

Robert Ray

Robert Ray

Date 6-05-2020

6-5-2020

Acct Code # 3060-15

6-5-20

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract #: LOG-17194
Customer: Fieldwood
Well Name: G.C. 43 #1 Completion, Norma

| Date | DCR TM & ROPN | STBY 705 @ 85% | OPERATING HOURS (FORCE MAJEURE / ZERO RATE) | | | | | TOTAL HOURS | Valaris | HEADCOUNT | | | | | | Comments (required for any rate other than Operating) | Total PCS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RRR 70% @ 100% (12 hour allowance per month) thereafter 0 rate | RRR SUSPENSION (24 hour allowance per month) thereafter 0 rate | In-hole Spares Excl. 3 RR @70% | Rate is reroute All related rate as % amount of monthly planned hours | | | | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATED THIRD PARTY | BILLABLE EXTRA, LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Dauria for Vald via: Daphne's VI w/18 LA CO2. | 10.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | 58 strews plug no 51 and test to 15 psi, kill new 15# and CVA, LO tube kW POW well x 3A, LO SDT, Rd well A3 Fish Tod, Dec 2008 mls rail reps. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 18.00 | 16.00 | 61.00 | | | | RN A at UTC and str, Dauria tour jar. POW well, UTC, RN A at Rum, Valaris POW Screw Tendour rig, Tower plug hoost & 5mm bon. | 196.00 |
| 6/4/2020 | 18.00 | | | | | | | 18.00 | 91.00 | 9.00 | 18.00 | 9.00 | 39.00 | | | | Pull 3Spr/POW, set SDPr, Hld SDPr to Perf setback, Trench Trig/0P00 to MCTAIL. | 194.00 |
| **TOTALS** | **82.00** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **84.00** | **384.00** | **34.00** | **74.00** | **42.00** | **240.00** | | | | | **397.00** |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | | |

$ 84,253.11

1200/Day            $   165,000.00
In-hole/Spares 120 / Day 470    $   200,000.00
In-hole/Spares 240 100%/Day      $   185,000.00
100%/hr WFD              $     8,333.31
100%/hr              $     7,916.35
99%/hr              $     7,854.47
99%/hr WFD              $     8,133.87

Total billable for the Month      $   674,253.11

DS16 Drilling Supt.

Fieldwood Client Representative

DS16 Drilling Supt. Signature

Fieldwood Client Representative Signature

Date:

Rig Manager      Dinny Sharry

Fieldwood Drilling Supt.

Rig Manager Signature

Fieldwood Drilling Supt. Signature

Date: 06-07-2020

Date:

Cost Center:
AFE Number FW 20000:
Work Orders:
Purchase Order:

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 569-0377

**INVOICE**

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:      $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

*BWitt*

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT 7

R202 Billing worksheet_2020 – May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:
APE

G.C. 40 #1 COMPLETION
PW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $168,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,200 | FORCE MAJEURE $185,000 | TOTAL HOURS |
|------|---------------------|--------------------|-------------------|------------------------|--------------|--------------------------|--------------------------|----------------|--------------------------|-------------|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 24.0 | | | | | | | | 24.0 |
| 14 May 2020 | Working as directed | 23.0 | | | | 1.0 | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.54 | $0.00 | $0.00 | $0.00 | $7,700.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT 7

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 30&0-15

Date: 6-01-2020

Robert Roy

Reviewed by Gen Services

Scott Rains

6/1/2020

| | MEDICARE ($$$) | 1ch $ | ONLY $ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0.00% | 1.00 | 0.00% | 4.00% | 6.00% | 8.00% | 10.00% | 50.00% | 55.00% | 220.00 | 171.00 | 1981.00 |

TOTALS 740.00

5/21/2020   24.00
5/22/2020   24.00
5/24/2020   24.00
5/29/2020   24.00

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract: DC&E 27274
Customer: 
Well name: G.C. EP 11 Com/eleve, kamad

Cost Center:
AFE Number: FW DX2091
Work Order:
Purchase Order:

| Date | OPR TPD 100% | OPR TPD 85% | OPERATING HOURS | | | TOTAL HOURS | REDUCED RATE | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW MONTHCARES | Comments (input for any rate other than Operating) | Total P&O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Value | OPERATION | Value Criticism | Value (Tubing Party) | Completion (Third Party) | | | | | |
| 5/1/2020 | 24.00 | | | | | 24.00 | 96.00 | 10.00 | 15.00 | 8.00 | 67.00 | | | | | 131.00 |
| 5/2/2020 | 24.00 | | | | | 24.00 | 94.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | 138.00 |
| 5/3/2020 | 24.00 | | | | | 24.00 | 96.00 | 11.00 | 18.00 | 4.00 | 61.00 | | | | | 139.00 |
| 5/4/2020 | 24.00 | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 139.00 |
| 5/5/2020 | 24.00 | | | | | 24.00 | 99.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | 200.00 |
| 5/6/2020 | 24.00 | | | | | 24.00 | 96.00 | 8.00 | 20.00 | 1.00 | 60.00 | | | | | 188.00 |
| 5/7/2020 | 24.00 | | | | | 24.00 | 94.00 | 8.00 | 20.00 | 2.00 | 61.00 | | | | | 188.00 |
| 5/8/2020 | 24.00 | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 154.00 |
| 5/9/2020 | 24.00 | | | | | 24.00 | 91.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 142.00 |
| 5/10/2020 | 24.00 | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | 189.00 |
| 5/11/2020 | 24.00 | | | | | 20.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 142.00 |
| 5/12/2020 | 24.00 | | | | | 20.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 144.00 |
| 5/13/2020 | 24.00 | | 1.00 | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 144.00 |
| 5/14/2020 | 24.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 155.00 |
| 5/15/2020 | 24.00 | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 144.00 |
| 5/16/2020 | 24.00 | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | | 144.00 |
| 5/17/2020 | 24.00 | | | | | 24.00 | 89.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 174.00 |
| 5/18/2020 | 24.00 | | | | | 24.00 | 98.00 | 6.00 | 18.00 | 8.00 | 66.00 | | | | | 184.00 |
| 5/19/2020 | 24.00 | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 184.00 |
| 5/20/2020 | 24.00 | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 159.00 |
| 5/21/2020 | 24.00 | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 149.00 |
| 5/22/2020 | 24.00 | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 3.00 | 47.00 | | | | | 147.00 |
| 5/23/2020 | 24.00 | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 184.00 |
| 5/24/2020 | 24.00 | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | 124.00 |
| 5/25/2020 | 24.00 | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | | 167.00 |
| 5/26/2020 | 24.00 | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 12.00 | 74.00 | | | | | |

EXHIBIT 7

| Date | | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | | | | | 24.00 | 92.00 | |
| 5/28/2020 | 24.00 | | | | | | | | | | | 24.00 | 91.00 | |
| 5/29/2020 | 24.00 | | | | | | | | 9.00 | 16.00 | 10.00 | 74.00 | 71.00 | |
| 5/30/2020 | 24.00 | | | | | | 11.00 | 14.00 | 9.00 | 11.00 | 14.00 | 60.00 | 91.00 | |
| 5/31/2020 | 24.00 | | | | | | 16.00 | 11.00 | 9.00 | 16.00 | 11.00 | 69.00 | 91.00 | |
| | 24.00 | | | | | | 16.00 | 11.00 | 9.00 | 11.00 | 58.00 | 58.00 | 91.00 | |
| TOTALS | 744.00 | | | | | | 232.00 | 339.00 | 232.00 | 171.00 | 1793.00 | 744.00 | 2953.00 | |
| | | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | | | | | | 10.00% | | |

Total Weeks for
the Month  $ 3,716,000.00

$ 3,732.51/Day
100%/Day              $ 180,000.00
On-hole/Subsea 100%/Day MPD   $ 300,000.00
On-hole/Subsea 100%/Day       $ 180,000.00
100%/hr MPD                   $ 8,333.33
100%/hr                       $ 7,500.00
96hr/hr                       $ 7,984.17
96hr/hr MPD                   $ 8,166.67

Dinny Sharry

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Brian Rodgers        Fieldwood Drilling Supt.:

Rig Manager:

Fieldwood Drilling Supt. Signature:

Rig Manager Signature:

Date:

Date:

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

**I, Brian Rodgers,** confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>Dinny</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___ //s// Brian Rodgers ___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: <u>**Dinny Sharry**</u>

Signature: ___ //s// Dinny Sharry ___

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE:  $        270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

Company Man APPROVAL:

R. Billiot  5-31-2020

QM APPROVAL:

Group
NOV
NSI Fracturing
OCEANEERING
OES
Oilstates
One Subsea
OTI (Oil Field Instr.)
OSEC
One Surface
OTC
Professional Rental Tools
PKT
Protechnics
Premium
Precision Rental
Perivalk
Pinnacle
PH Helicopters
Pharmasafe
Quality Energy
QPC
Rig Chem
Rislet
RPS Group Inc.
Schlumberger
Scientific Drilling
SCS
Subsea Partners LLC
Subsea Solutions
Sunbelt
Superior
Superior Perf.
Superior Energy
Southern Fab
Telebyne
TEMS
Tetra
Total Safety
Tristate
TSI
TIW
Tubular Solutions
Varis Global
Weatherford
Workstrings
Wellbore
Wellhoe
WFR
TOTAL
TOTAL OVER CONTRACT

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACCT. CODE  3060 - 45

TOTAL BILLABLES
TOTAL BILLABLE $
TOTAL:

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Ketmel, AFE: FY202002, Routing#680047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Autorpated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Buster Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Catco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChamplonX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claiant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecossey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exono | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

**Group / Date** (columns 1–31)

Group labels (top to bottom):

- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilgators
- One Subsea
- OIH (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolink
- Rig Chem
- Rignet
- RPS Group Inc.
- Premium
- Protochnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- SCS
- Scientific Drilling
- Schlumberger
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Varia Global
- Workstrings
- Weatherford
- Wellbore
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL
TOTAL BILLABLES
TOTAL$

Company/Man APPROVAL:

OIM APPROVAL:

*S. Patton, 5-31-2020* (signature)

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-45

EXHIBIT 7

# Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE#: FW202202, Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Belleys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | 2 | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bigwave | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | 2 | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | 4 | | | | | | | 3 | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DSO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | 2 | | | | | | | | 2 | | | | | | | | | | | 22 | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enstav | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | 4 | 4 | | | | | | 4 | | | 4 | | | | | 4 | | | | | | 2 | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exxon | | 8 | 10 | | | 6 | | | | 1 | | 6 | | | | | | | | 5 | | | 10 | | | | 2 | | 8 | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 10 | 11 | 4 | 4 | | 10 | 4 | | | | 7 | | | 4 | | 4 | | 4 | | 4 | 4 | | | 4 | 4 | | 4 | | |
| FRANKS INTL | | | 14 | 21 | 21 | | 21 | | | | 11 | | | | 11 | | | | | | | | | 11 | | | | | | | | |
| Figaro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gullstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 13 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intewell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                 $          6,500.0(

Handling Charges @ 5%(601)                                      $            325.0(

AMOUNT DUE:  $          6,825.0(

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |
| | | ED |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| Invoice Number: | SI-02545 |
|---|---|
| Invoice Date | 5/6/2020 |

| Bill To: | EnscoRowan | Ship To: | Rowan Resolute (Valaris Resolute) |
|---|---|---|---|
| | PO Box 570788 | | 620 MOULIN ROAD |
| | Houston, 77257-0788 | | Broussard, LA  70518 |
| | TX | | |

| Customer ID | 206081 | Ship Date | 4/30/2020 |
|---|---|---|---|
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
|---|---|---|---|
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
      4308 W Admiral Doyle Dr
      New Iberia, 70560
      LA

Sold
To: EnscoRowan
    PO Box 570788
    Houston, 77257-0788
    TX

Ship
To: Rowan Resolute (Valaris Resolute)
    620 MOULIN ROAD
    Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:        Delivered by Hoover

Customer PO:              10013-0000457578
Customer No:             206081
Shipment Date:           4/30/2020
Inside Salesperson:      Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

RahXell

**EXHIBIT 7**



**HOOVER FERGUSON®**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page     1

Attention: MARINE / BARGE SUPERVISOR

REQ Type     Supply

| ITEM | QTY | GN ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99              HTS NO: 3923210000              UNSPSC NO:

Total Requisition Amount:     6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235125 |
|---|---|---|---|---|
| OIM      DATE | | FWF | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larry Butler Rep Name (Print) | | BUYER      DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

**EXHIBIT 7**

**Valaris**

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type     Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:     6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
| OIM | DATE | FWF | | |
| | | Operator (Print) | | |
| | 7/25/20 | Jame Butler | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Lane Butler | | BUYER     DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____  NO: ____     DATE FAXED:_____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 7

# VALARIS

Atlantic Maritime Service LLC
5647 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

**NOV**
INVOICE#10582045 DATED:4/29/2020                                       $              3,605.0

**MARTIN ENERGY SERVICES**
INVOICE#729958 DATED:4/23/2020                                        $              4,750.00

Handling Charges @ 5%(601)                                            $               417.7

AMOUNT DUE:  $              8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

$    (8,355.04)  024000.10417.4202.110
$      (417.75)  810510.10417.4202.110
$    (8,355.04)  810650.10417.4202.110
$     8,355.04   919250.10417.4202.110

ED

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | Remit To: | NATIONAL OILWELL VARCO, L.P. |
|---|---|---|
| Due Date: 2020-06-28 | | SUPPORT SERVICES |
| Discount Amount: | | P. O. BOX 201202 |
| Bank From: WellsFargo/HOUSTON | | DALLAS, TX 75320-1202 |
| Payment Method: ACH | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7



AFE:        FW202002
Lease:      GC 40 #1
Project: Katmal
Engineer  K.Dubano
Routing #:   580047

Cost Code 3060-15
S. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:10013
Req ID:SS000234902
Date: 04/13/2020
Page: 1

**Attention: WAREHOUSE**

REQ Type      Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | GRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 / 154885 | EA | DIES,HYDRALIFT,154885=71,GRIT FACE | 150.21 / 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99      HTS NO:8431438010

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

UNSPSC NO:

**Total Requisition Amount:**      3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

**EXHIBIT 7**

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO: | 0000234902 |
|-------|------------|----------------------------------------------------------------------------------|----------------------------------|--------------------------|------------|
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:      NO:



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Sold To:   ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To:   C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 564046 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 212108 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 4305434 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 227356 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 4236936 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 217119 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 226936 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ✦ Lot/Serial: 174078 ✦ Yard: 960061 ✦ Rig: RESOLUTE RIG 202 ✦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114620625
R   ABA # 062005690
E   ACH # 111900785
    Swift Code: UPNBUS44

**EXHIBIT 7**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN** ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL<br>♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS<br>♦ Lot/Serial: 100538-11,984835-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS<br>♦ Lot/Serial: 100787-21,98169-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS<br>♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS<br>♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS<br>♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

**MESSAGES**

**PAYMENT REMITTANCE**

<table>
<tr><td>C H E C K</td><td>MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733</td><td>W I R E</td><td>Regions Bank<br>Account # 0114820625<br>ABA # 062005690<br>ACH # 111900785<br>Swift Code: UPNBUS44</td></tr>
</table>

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegal.docs.com/sales/tc/mcs/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

**EXHIBIT 7**

DOC. CONTROL # 0/23202020205734

# Valaris

*#436525*

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO:<br>ENSCO Incorporated<br>In care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States  *CPort 2*<br>PHONE: 337 83678500<br><br>*EC-200*<br><br>*12209* | FREIGHT TERMS:  CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:    Ernestine Castillo<br>EMAIL:    tina.castillo@valaris.com<br>PHONE:    281/272-4043<br>FAX: | CURRENCY:       USD<br><br>REQ TYPE:       REN<br>REQ CLASS:      OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line  Number / Item ID | Description | Quantity  UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code  Req # |
|---|---|---|---|---|---|
| 1-1    4031060 | RENTAL-TANK,MARTIN<br>ENERGY,4031060,TOTE,EMPTY,550<br>GAL,F/ USED OIL | 10.00  EA | 440.00 | 4,400.00   3 | 0000234936 |
| | | | | Due Date 04/27/2020 | |

Sch B/HTS No:            ECCN No:            GL Acct Cd:  10417-024000-4202-110            AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1    8885604 | RENTAL-SLING,MARTIN<br>ENERGY,8885604,LIFTING,F/ 550<br>GAL USED OIL TOTE TANKS | 10.00  EA | 35.00 | 350.00   3 | 0000234936 |
| | | | | Due Date 04/27/2020 | |

Sch B/HTS No:            ECCN No:            GL Acct Cd:  10417-024000-4202-110            AFE Cd:

Total PO Amount                    4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ('ORDER'), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)    IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)    IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7

# FUEL/YARD TICKET



**MARTIN** ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

NO 960061

436525



FYI

JDE # 436525
Branch Plant 18015090

☐ TRANSFER ☐ REPACK ☒ SALE ☐ CO-USE

| | | |
|---|---|---|
| BILL TO: Enscotexan | CUSTOMER NO. 3480 | DATE: 4-22-20 |
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-292-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Absolute Rig 202 | TIME STARTED          AM / PM | TIME FINISHED          AM / PM |
| | | HOURS RT / OT |

| ITEM CODE | EQUIP/LABOR | | DESCRIPTION | | |
|---|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100533-11 | | |
| | CRANE | TK# 212106 | Sling# 98485-13 | | |
| | FORKLIFT | Maniput# 304152 | | | |
| | EQUIPMENT OPERATOR | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TK# 43056434 | Sling# 100787-81 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42313.36 | Sling# 94554-17 | | |
| | | TK# 217119 | Sling# 100782-17 | | |
| | | TK# 206836 | Sling# 98485-6 | | |
| | | TK# 174078 | Sling# 94836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 318532 | Sling# 100787-1 | | |

| | DRUMS DELIVERED | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | G A U G I N G S | | |
| TERMINAL_____ SUPPLIER_____ BOL #_____ METER TKT. #_____ TRUCK #_____ TRAILER #_____ | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $_____     INITIALS _____     TOTAL REC'D, $_____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v6/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Ledet_     _Michael Conner_
              Customer Signature              Martin Energy Services Representative

X _____  BOL 13628384     4879 · 29207
Martin Driver Signature                      Truck and Trailer No.

REV. 12/16
FORM NO. 107

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page    1

Attention: ENGINEERING

REQ Type      Rental

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **PURCHASING USE ONLY** | | |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                        HTS NO:                        UNSPSC NO:

| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                        HTS NO:                        UNSPSC NO:

Total Requisition Amount                4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above. | List all Field ETRR No, by Item | | PURCHASING ONLY  FR NO:   0000234936 |
| OIM | DATE | FWE | | | |
| ~~OIL ull~~ OIM - 4/15/20 | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Lorre Butler | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | | |
| | | Larre Butler | | | BUYER            DATE |
| | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

Cost Code 3060-15
S. Butler 4-14-2020

**EXHIBIT 7**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  @ Evan Demet

↩ Reply    ↩ Reply All    → Forward

Thu 5/14/2020 9:16 AM

Follow-up. Start by Thursday, May 14, 2020.  Due by Thursday, May 14, 2020.

Approved

Brian Rodgers  | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5430p | +1 832-206-3315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | — |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:   $        265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810620.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002  Routing#580047

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT. CODE: 3060-45
J. Butler
-5-1-20

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Ervn Dumet

Follow-up. Sent by Thursday, May 14 2020. Due by Tuesday, May 14, 2020.

← Reply   ← Reply All   → Forward

Thu 5/14/2020 2:16 AM

Approved

Brian Rodgers | Rosenlund Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5130 | +1 832-206-8315m
brian.rodgers@noblehik.com

EXHIBIT 7



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10589602  DATED:6/18/2020                              $          3,605.04

ACUMENINTERNATIONAL
INVOICE#1026793  DATED:6/12/2020                               $           100.00

Handling Charges @ 5%(601)                                      $           185.25

AMOUNT DUE:   $          3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
3A #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 . | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID     : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | |
|---|---|
| Due Date: 2020-08-17 | Remit To: |
| Discount Amount: | NATIONAL OILWELL VARCO, L.P. |
| Bank From: WellsFargo/HOUSTON | SUPPORT SERVICES |
| Payment Method: ACH | P. O. BOX 201202 |
| | DALLAS, TX 75320-1202 |
| | USA |
| Payment Currency: USD | Beneficiary Bank: |
| Terms: 60 | Beneficiary Branch: |
| Discount Due Date: | Account Number: 4496880154 |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
6817 DUBLIN ROAD
BROUSSARD LA 70518
USA

Attention: WAREHOUSE

Business Unit: 10013
Req ID: 30002335769   OPEN
Date: 05/19/2020
Page: 1

| Valaris Field Requisition | |
| REQ Type | Supply |

**PURCHASING USE ONLY**

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154085 | EA | DIES,HYDRALIFT,15/4865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

ECCN NO: EAR99

Line Item Exempt: N
Available Sustitutas

Item Desc:

NATIONAL OILWELL VARCO QUOTE# 1609931

HTS NO:8431438010

UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:    3,605.04

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:    580047

*Act Code # 3060-15*
*5/19/20*

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Operator Signature

_____
Rep Name (Print)

| R4202 | OIM | 06/19/2020 DATE |
|-------|-----|------------------|

RIG MGMT / OPERATIONS MGR                    DATE
NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

List all Field
ETRR No, by Item

| PURCHASING ONLY FR NO: | 0000235769 |
|------------------------|------------|

BUYER            DATE

**EXHIBIT 7**

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | Quote Exp Date | 05/28/2020 |
| Ret/Rig Name | Valaris Rig Valaris Resolute | Payment Terms | NET 45 FROM INVOICE DATE |
| Branch | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865•71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |

Stocking Line:  MTS
Country of Origin: NORWAY
Unit Weight:  0.16 LB        Total Weight: 3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

|  | |
|---|---|
| Sub-Total | $3,605.04 |

| | |
|---|---|
| **Total Sales Quote Acknowledgement 1609931 Rev 1:** | **$3,605.04** |

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International



**INVOICE**

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050      Fax  713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRTL RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
|      |     |                  |     |             |      |              |             | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 8478 | EA | VALVE,MATTCO,8478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,1S293 7,233.50 2,5 400BAR/ PSI G1/4B L,0-400 BAR + 6-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

This Item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO.   0000236183 |
|-------|-----------|----|----|----|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8413919520              UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8479899696              UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000236163 |
| OM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED:_____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:9026200000              UNSPSC NO:

| 6 | 6 | 024000
077270087002 | EA | GASKET,ACUMEN
INTERNATIONAL,0772-70-0870-02,
P-109 | 16.00
108.00 | 55- 56-MUD PUM | | C | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| Line Item Exempt :   6/5/2c | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR   DATE | | | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER              DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code # 3060-15
Clayton Shansie

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG:  Rowan Resolute

WELL NUMBER  GC 40 #1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

MATTCO
INVOICE#58061 - DATED:06/10/2020                                   $          4,150.11

Handling Charges @ 5%(601)                                        $             207.51

AMOUNT DUE:   $          4,357.62

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE          1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S  E06
O  VALARIS (ENSCOROWAN)
L  C/O ENSCO OFFSHORE CO.
D  PO BOX 570788
   HOUSTON, TX 77257-0788
T
O

S  000001
H  ROWAN RESOLUTE
I  (VALARIS RESOLUTE)
P  620 MOULIN ROAD
   BROUSSARD, LA 70518
T
O

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|-------------------|----------------|---|----------|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
|------|------|------|------|----------|--------|

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
|------|------|------|------|------------|---------|

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

|  |  |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

| | |
|---|---|
| **SOLD TO** | E06<br>VALARIS (ENSCOROWAN)<br>C/O ENSCO OFFSHORE CO.<br>PO BOX 570788<br>HOUSTON, TX 77257-0788 |
| **SHIP TO** | 000001<br>ROWAN RESOLUTE<br>(VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD, LA 70518 |

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| | TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|---|
| | 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

| Valaris Field Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000235183
Date: 06/03/2020
Page    1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type      Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | GAL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:8481809050                    UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2,5 400BAR/ PSI G1/4B L,0-600 BAR + 0-6000 PSI,F-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

This Item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                       DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236163
Date: 06/03/2020
Page   2

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.50 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8479899898          UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | GAUGE,MATTCO,6488,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:  0000236163 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialled | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | | Valaris Field Requisition |
|---|---|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 09/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | GL ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: EAR99 | HTS NO:9026200000 | | | UNSPSC NO: | | |
| 8 | 6 | 024000 077270067002 | EA. | GASKET.ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 16.00 108.00 | 56 - 56-MUD PUM | C | | | |
| | | | | Line Item Exempt : N | | | | | | |
| | | | | Available Sustitutes   Item Desc : | | | | | | |
| | | | | ECCN NO: | HTS NO: | | | UNSPSC NO: | | |

Total Requisition Amount:      4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 |
|---|---|
| OIM | DATE |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO.   0000236183

RIG MGR / OPERATIONS MGR      6/5/20   DATE

Operator (Print)

Rep Signature

Rep Name (Print)

BUYER          DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:     580047

Acct Code # 3060-15
Clayton Thomsie

**EXHIBIT 7**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :**   MORTGAGE | **Inst Number :** 1298859 |
| **Type of Document :** STATEMENT CLAIM | |
| **Recording Pages :**         54 | **Book :** 2056      **Page :** 519 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Certified On : 07/16/2020

Doc ID - 033534580054

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 11:27:51
Recorded in Book  2056   Page   519
File Number      1298859

Deputy Clerk

**EXHIBIT 7**
Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | | |
|---|---|---|
| **Index Type :** MORTGAGE | **Inst Number :** 1298859 | |
| **Type of Document :** STATEMENT CLAIM | | |
| **Recording Pages :** 54 | **Book :** 2056 | **Page :** 519 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Deputy Clerk

Doc ID – 033534580054

**EXHIBIT 7**
Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)  Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)  Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)  Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)  Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July *15*, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANFLZ
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 609-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:  FWD2006256
INVOICE DATE:   6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM    45 DAYS

RIG:  Resolute - DS-16
WELL NUMBER:  G.C. 40 #1 COMPLETION
LOCATION:  G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00   $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:    $    678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells,Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)  10417- 110-4202-810101
-           10417- 110-4202-810102
-           10417- 110-4202-810110
-           10417- 110-4202-810103
          10417- 110-4202-810104

          ED

EXHIBIT 7

R202 Billing Worksheet_2020 - June 2020

FIELDWOOD
ReadVote

WELL NAME / LOCATION:     API     O.C. 40 #1 COMPLETION FV200202

June 2020

|  |  |  |  |  |  | REPAIR | REPAIRS |  |  |  |
| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $161,300 | REDRILL RATE $168,500 | Zero rate $0 | SURFACE $185,000 | SUBSEA $185,000 | MOVE $161,300 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 2 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 3 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 4 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 5 June 2020 | Working as directed | 16.0 |  |  |  |  |  |  |  | 16.0 |
| 6 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 7 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 8 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 9 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 10 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 11 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 12 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 13 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 14 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 15 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 16 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 17 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 18 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 19 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 20 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 21 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 22 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 23 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 24 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 25 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 26 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 27 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 28 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 29 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 30 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 31 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $670,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $978,333.33 |

EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K Dufrene
Routing #: 580047

Acct Code # 3060-15

6-05-8082O

6-5-2082O

6-9-20

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract: DC-43727R
Customer: Fieldwood
Well name: S.C. 43-1 Completion, Annual

Cost Center:
AFE Number: FW 325292
Work Order:
Purchase Order:

| DATE | DAY RATE 100% | OPERATING HOURS | | | | TOTAL HOURS | HEADCOUNT | | | | | PERSONNEL EXTRA LABOR | NON PERSONNEL EXTRAS | NON-PAYABLE EXTRAS | CREW SHORTAGES | | Comments (Required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 95% (Reduced Rate) | 50% (Force Majeure) | 0% (Zero Rate) | Downtime/Moved/Waiting/Thereafter | | Valaris | Subcontractor | Valaris Catering | Valaris Third Party | Subcontractor Third Party | Non-impacted (below) | Non-impacted (below) | Non-impacted (below) | Non-impacted (below) | |
| 6/1/2020 | 24.00 | | | | | 24.00 | 56.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | | Shaker for build up. Displace LR w/11.5# CaCl2. (comments continued) |
| 6/27/2020 | 24.00 | | | | | 24.00 | 56.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | | POOH with LR to XBH... |
| 6/1/2020 | 24.00 | | | | | 24.00 | 97.00 | 7.00 | 18.00 | 10.00 | 61.00 | | | | | RIH to DTC and stem. Displace riser to 11#... |
| 6/4/2020 | 16.00 | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | | Pull Riser/BOP, Lay BOP's Skid BOP to Port... |
| TOTALS | 88.00 | | | | | 88.00 | 334.00 | 28.00 | 70.00 | 33.00 | 240.00 | | | | | |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | | |

Total /POB

| | |
|---|---|
| Total | 102.00 |
| | 186.00 |
| | 134.00 |
| | 117.00 |

| | | |
|---|---|---|
| 100%/Day | $ 175,000.00 |
| Jck Hole/Release 100%/Day MPD | $ 200,000.00 |
| In-hole/Release 100%/Day | $ 185,000.00 |
| 100%/hr MPD | $ 8,333.33 |
| 100%/hr | $ 7,708.33 |
| 95%/hr | $ 7,291.67 |
| 50%/hr MPD | $ 4,166.67 |

Total Bill Rate for the Month: $ 678,333.33

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Rig Manager: Dinny Sharry

Rig Manager Signature: _(signature)_

Date: 08-07-2020

Fieldwood Drilling Supt:

Fieldwood Drilling Supt. Signature:

Date:

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | FWD2006254 |
| INVOICE DATE: | 6/1/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | G.C. 40 #1 COMPLETION |
| LOCATION: | G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

**DAYRATE EFFECTIVE**

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $   6,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4869481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | | |
|---|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 | |
| - | 10417- 110-4202-810102 | |
| - | 10417- 110-4202-810110 | |
| (7,708.36) | 10417- 110-4202-810103 | |
| | 10417- 110-4202-810104 | |
| | ED | |

EXHIBIT 7

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:
AFE

G.C. 40 #1 COMPLETION
FV0202002

May 2020

|  |  |  |  |  |  | REPAIR | REPAIRS | MOVE |  |  |
|  |  |  |  |  |  | | | | | |
| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $191,300 | REDRILL RATE $165,000 | Zero rate $0 | SURFACE $185,000 | SUBSEA $185,000 | MOVE $191,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 2 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 3 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 4 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 5 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 6 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 7 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 8 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 9 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 10 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 11 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 12 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 |  |  |  | 1.0 |  |  |  | 24.0 |
| 14 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 15 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 16 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 17 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 18 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 19 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 20 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 21 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 22 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 23 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 24 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 25 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 26 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 27 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 28 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 29 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 30 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 31 May 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

| Date | | | |
|---|---|---|---|
| 5/1/2020 | 24.00 | | |
| 5/2/2020 | 24.00 | | |
| 5/3/2020 | 24.00 | | |
| 5/4/2020 | 24.00 | | |
| 5/5/2020 | 24.00 | | |
| 5/6/2020 | 24.00 | | |
| 5/7/2020 | 24.00 | | |
| 5/8/2020 | 24.00 | | |
| 5/9/2020 | 24.00 | | |
| 5/10/2020 | 24.00 | | |
| 5/11/2020 | 16.00 | | |
| 5/12/2020 | 24.00 | | |
| 5/13/2020 | 24.00 | | 1.00 |
| 5/14/2020 | 32.00 | | |
| 5/15/2020 | 24.00 | | |
| 5/16/2020 | 24.00 | | |
| 5/17/2020 | 24.00 | | |
| 5/18/2020 | 24.00 | | |
| 5/19/2020 | 24.00 | | |
| 5/20/2020 | 16.00 | | |
| 5/21/2020 | 24.00 | | |
| 5/22/2020 | 24.00 | | |
| 5/23/2020 | 24.00 | | |
| 5/24/2020 | 24.00 | | |
| 5/25/2020 | 24.00 | | |
| 5/26/2020 | 24.00 | | |
| 5/27/2020 | 24.00 | | |

EXHIBIT 7

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dulfrene
Routing #: 580047

ACCT CODE 3060-15

Approved Client Representative:

Date: 6-01-2020    Robert Ray

Approved Client Representative Signature:

Approved Field Engr. Signature:    Jena Rains    6/1/2020

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month/day 2020
Contract #
Customer
Well name
RIG #16
APE number: PAF 100003
Work Order:
Purchase Orders:
DS-16 # Completion, Retmal

| DAY/DATE 2020 | TOTAL HOURS | Valaris | OPERATING | Valaris CONTRACT | Valaris reduced rate | OPERATING (standby rate) | Total POB |
|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | 187.00 |
| 5/2/2020 | 24.00 | 96.00 | 11.00 | 19.00 | 4.20 | 68.00 | 188.00 |
| 5/3/2020 | 24.00 | 98.00 | 11.00 | 19.00 | 4.20 | 61.00 | 180.00 |
| 5/4/2020 | 24.00 | 97.00 | 11.00 | 20.00 | 2.20 | 70.00 | 181.00 |
| 5/5/2020 | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 55.00 | 180.00 |
| 5/6/2020 | 24.00 | 95.00 | 9.00 | 20.00 | 1.80 | 60.00 | 184.00 |
| 5/7/2020 | 24.00 | 94.00 | 8.80 | 19.00 | 2.00 | 61.00 | 184.00 |
| 5/8/2020 | 24.00 | 94.00 | 9.00 | 19.00 | 2.00 | 41.00 | 183.00 |
| 5/9/2020 | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | 162.00 |
| 5/10/2020 | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | 183.04 |
| 5/11/2020 | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | 144.00 |
| 5/12/2020 | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | 168.00 |
| 5/13/2020 | 23.00 | 90.00 | 8.00 | 16.00 | 8.00 | 47.00 | 168.00 |
| 5/14/2020 | 24.00 | 90.00 | 8.00 | 16.00 | 6.00 | 47.00 | 184.00 |
| 5/15/2020 | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | 184.00 |
| 5/16/2020 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | 184.00 |
| 5/17/2020 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 66.00 | 178.00 |
| 5/18/2020 | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 86.00 | 187.00 |
| 5/19/2020 | 24.00 | 90.00 | 5.00 | 18.00 | 5.00 | 49.00 | 184.00 |
| 5/20/2020 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 188.00 |
| 5/21/2020 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | 184.00 |
| 5/22/2020 | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | 180.00 |
| 5/23/2020 | 24.00 | 91.00 | 4.00 | 14.00 | 6.00 | 47.00 | 184.00 |
| 5/24/2020 | 24.00 | 97.00 | 4.00 | 17.00 | 6.00 | 56.00 | 188.03 |
| 5/25/2020 | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | 176.00 |
| 5/26/2020 | 24.00 | 93.00 | 7.20 | 18.00 | 10.00 | 74.00 | 200.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | Net 5-1/2" Prod Tbg, NR Pack & 5 CPH / Ea 3 HGA 4-1/2X9 Hole, Test & run extra 10 md 4-1/2" Jts |
| 5/28/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | 3-1/2-5/2" Prod Tbg, N/D SDR, X/O TbG-Hanger Test & Test parts |
| 5/22/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | Derrick to Rat & Rat on rig hanger, L/D SHAFT & X DSV / Transfer BOP's/ Run P-Gear, rig up PTC indicator on TDS for DST Test. N/D BPV, X/O BGA, Run 5 GV Landing String from derrick, Nup up PTC X-indicator/spool above 4-1/2" Skids, X/U to Hanger Flow Head. |
| 5/30/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 68.00 | Contd on Flow test run/rat HOLE, test on tree w/2500 DG w/bw/5650 psi high, test & pull balance valve, Contour pump fold/sub w/fr/down hole, Code Cleans flate Ptest, Run Test & Clean up |
| 5/14/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 68.00 | Flow Test & Clean Up Well |
| TOTAL | 240.00 | | | | | | 744.00 | 2851.00 | 333.00 | 529.00 | 171.00 | 1293.00 | |
| | 100.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | |

100% / Day

| | | |
|---|---|---|
| In Hole/Release 100 / Day NPG | $ | 185,000.00 |
| In Hole/Release 100% / Day | $ | 200,000.00 |
| 100% / Hr NPD | $ | 185,000.00 |
| 100% / Hr | $ | 8,333.33 |
| 100% / Hr | $ | 7,708.33 |
| 95% / Hr | $ | 7,354.17 |
| 95% / Hr NPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

Brian Rodgers

Dinny Sharry

Preferred Client Representative:

Preferred Client Representative (Signature):

Date:

Preferred Drilling Rep:

Rig Manager:

Preferred Drilling Supt. Signature:

Rig Manager (Signature):

Date:

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2008255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE: $   270,900.0

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $  (270,900.00) | 810620.10417.4202.110 |
| $   (78,092.58) | 912812.10417.4202.110 |
| $    78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

**EXHIBIT 7**

# Rowan Resolute

CLIENT/THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Column dates: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31)

Groups listed:
- NOV
- NSI Fracturing
- COEANEERING
- OES
- OES
- Oilstakes
- One Subsea
- OH (Oil Field Instr.)
- OGES
- OGES
- One Surface
- Ores
- Quality Energy
- QPS
- PRT
- Professional Rental Tools
- Protechnics
- Premium
- Precision Rental
- Petrolink
- Pinnacle
- PHI Helicopters
- Pharmaede
- RigNet
- Rig Chem
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- Subsea Partners LLC
- Subsea Solutions
- Sunbell
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Vers Global
- Workstrings
- Weatherford
- Wellbore
- Wellcare
- WPR
- TOTAL
- TOTAL OVER CONTRACT

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE 3060-45

EXHIBIT 7

TOTAL BILLABLE$

Company Man. APPROVAL

OM. APPROVAL

B. Bitton  5-31-2020

**Rowan Resolute**

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Ketmal, AFE: FW2020042 Rowan0f580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amacl | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bellwys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackbank | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwave | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Charant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Coreleb | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DgSD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDP Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gridmeam | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCam/Ion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Indetet Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date |
|---|---|
| NOV |  |
| NSI Fracturing |  |
| OCEANEERING |  |
| OES |  |
| Oilstates |  |
| One Subsea |  |
| OFI (Oil Field Instr.) |  |
| OEEC |  |
| Ore Surface |  |
| OTC |  |
| Pharmasafe |  |
| PH Helicopters |  |
| Pinnacle |  |
| Petrolink |  |
| Precision Rental |  |
| Premium |  |
| Protechnics |  |
| Professional Rental Tools |  |
| PRI |  |
| Quality Energy |  |
| QPS |  |
| Rig Chem |  |
| RigNet |  |
| RPS Group Inc. |  |
| Schlumberger |  |
| Scientific Drilling |  |
| SCS |  |
| Subsea Partners LLC |  |
| Subsea Solutions |  |
| Sunbelt |  |
| Superior |  |
| Superior Energy |  |
| Superior Perf. |  |
| Southern Fab |  |
| Teledyne |  |
| TEMS |  |
| Tetra |  |
| TIW |  |
| Total Safety |  |
| Tristate |  |
| TSI |  |
| Tubular Solutions |  |
| Vertx Global |  |
| Weatherford |  |
| Workstrings |  |
| Wellbore |  |
| Welltec |  |
| WPR |  |
| **TOTAL** |  |
| **TOTAL OVER CONTRACT** |  |

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

ACCT. CODE 3060-45

EXHIBIT 7

R. Button, 5-31-2020

Company Man APPROVAL:

OIM APPROVAL:

# Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB3 LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwave | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bumer Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celtco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clarant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eaesry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  _//s// Brian Rodgers_

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature:  _//s// Dinny Sharry_

EXHIBIT 7



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 08/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:6/06/2020                                   $                6,500.0

Handling Charges @ 5%(601)                                        $                  325.0

AMOUNT DUE:  $                6,825.0

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To:  EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:  Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax. | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

**HOOVER FERGUSON**

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | |
|---|---|
| Terms: | |
| Shipping Agent: | HVTL |
| Ship Via: | Delivered by Hoover |

| | |
|---|---|
| Customer PO: | 10013-0000457578 |
| Customer No: | 206081 |
| Shipment Date: | 4/30/2020 |
| Inside Salesperson: | Sally Roberts |
| Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

**EXHIBIT 7**



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

**HOOVER FERGUSON**

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| Terms: | | | Customer PO: | 10013-0000457578 |
|---|---|---|---|---|
| Shipping Agent: | HVTL | | Customer No: | 206081 |
| Ship Via: | Delivered by Hoover | | Shipment Date: | 4/30/2020 |
| | | | Inside Salesperson: | Sally Roberts |
| | | | Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | _500_ |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│ Valaris         │
│ Field           │
│ Requisition     │
└─────────────────┘
```

Business Unit: 10013    OPEN
Req ID: 0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | OIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitute          Item Desc :

ECCN NO: EAR99                    HTS NO: 3923210000              UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 | |
|---|---|---|---|---|---|
| OIM | DATE | F.W.E. _Operator (Print)_ | | | |
| _[signature]_ | 1/25/20 | _Jimmie Bidler_ _Rep Signature_ | | | |
| RIG MGR / OPERATIONS MGR | DATE | _Larry Butler_ _Rep Name (Print)_ | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialled | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____          DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrerie
Routing #:    580047

ACC. CODE: 3060-15

_L. Butler_ 4-22-2020

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req Id:0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutos        Item Desc :

ECCN NO: EAR99                HTS NO:3923210000

UNSPSC NO:

Total Requisition Amount:            6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all field ETRR No. by item | PURCHASING ONLY ER NO:   0000235125 |
|---|---|---|---|---|
| OIM | DATE | EWF | | |
| | 7/05/20 | *Operator (Print)* | | |
| RIG MGR / OPERATIONS MGR | DATE | *Jimmie Butler* Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | *Larris Butler* Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____    DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:     580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV | | |
| INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.0 |
| | | |
| MARTIN ENERGY SERVICES | | |
| INVOICE#729958 DATED:4/23/2020 | $ | 4,750.0 |
| | | |
| Handling Charges @ 5%(601) | $ | 417.7 |
| | | |
| AMOUNT DUE: | $ | 8,772.7 |

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |
| | ED | |

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+7I,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-06-28 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7



AFE:      FW202002
Lease:    GC 40 #1
Project:  Kaimai
Engineer  K.DuHena
Routing #:  580047

Cost Code 3060-15
L.Butler 4-13-20

EXHIBIT 7

# Valaris

**Valaris Field Requisition**

Business Unit: 10013    **APPROVED**
Req ID: 00000234902
Date: 04/13/2020
Page: 1

**Attention: WAREHOUSE**

REQ Type        Supply

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sutitutes        Item Desc :

ECCN NO: EAR99               HTS NO:8431438010

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609931

UNSPSC NO:

**Total Requisition Amount:**     3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

**EXHIBIT 7**

| R4202 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: | 00000234902 |
|-------|----------------------------------------|---------------------------------|------------------------|-------------|
| OIM | | | | |

04/13/2020
DATE

Operator (Print)

RIG MGR / OPERATIONS MGR        DATE

Rep Signature

NOTE: Any additions or deletions must be initialed

Rep Name (Print)

BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:        NO:

DATE FAXED:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To:   C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:   ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236938 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C H E C K

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 7



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN**
ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984835-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**  $4,750.00

**MESSAGES**

**PAYMENT REMITTANCE**

| C H E C K | MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733 | W I R E | Regions Bank<br>Account # 0114820625<br>ABA # 062005690<br>ACH # 111900785<br>Swift Code: UPNBUS44 |
|---|---|---|---|

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tclmes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

**EXHIBIT 7**

DOC. CONTROL #   042020202208734

# Valaris

**#436525**

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 576788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010836 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 620 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States   *CPort 2* | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | *CC-200* | SUPPLIER SHIP METHOD: |
| United States | *12209* | |
| PHONE: 337 785 3400 | | |
| DISPATCH TO: mesoffshore@martinmlp.com | | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:   Ernestine Castillo | | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:   tina.castillo@valaris.com | CURRENCY:   USD | 2 - Next Day/Regular Air |
| PHONE:   281/272-4043 | REQ TYPE:   REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:   OPERATOR EXP. | 4 - Other see notes in PO |

| Line | Item Number / Item ID | Vendor | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 6000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd:  10417-024000-4202-110          AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item Number / Item ID | Vendor | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 6000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd:  10417-024000-4202-110          AFE Cd:

Total PO Amount          4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 12015090

☐ TRANSFER  ☐ REPACK  ☒ SALE  ☐ CO-USE

| BILL TO: Cascofowan | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000459235 |
| PHONE NO. 281-242-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rio 202 | TIME STARTED _____ AM/PM | TIME FINISHED _____ AM/PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | HOURS RT/OT |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100538-11 | |
| | CRANE | TK# 212106 | Sling# 98435-13 | |
| | FORKLIFT | Maniput # 304152 | | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | date tank sling | | 10 | 10 |
| | | TK# 430544.34 | Sling# 100787-21 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 40318.36 | Sling# 94554-11 | | |
| | | TK# 214119 | Sling# 100787-12 | | |
| | | TK# 204836 | Sling# 98485-6 | | |
| | | TK# 174018 | Sling# 94836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 318532 | Sling# 100787-1 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | | G A T U A G N I K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | | | |
| TERMINAL ___ SUPPLIER ___ SOL.# ___ | | METER TKT. # ___ TRUCK# ___ TRAILER # ___ | | | | | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | | |
| 1 CARGO TANK | | | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ _____ | INITIALS _____ | TOTAL REC'D. $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.
*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

Cody Ledet

Michael Conner

APPROVED BY: X _____
Customer Signature

X _____ BoL 13628384
Martin Driver Signature

Martin Energy Services Representative

4879-29207
Truck and Trailer No.

REV. 12/18
FORM NO. 107

**EXHIBIT 7**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID: 0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type   Rental

| ITEM | QTY | G/L ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | | |
| 1 | 10 | 024000 4031050 | EA | RENTAL-TANK,MARTIN ENERGY,4031050,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Subtities     Item Desc :

ECCN NO:                 HTS NO:                 UNSPSC NO:

| 2 | 10 | 024000 8885504 | EA | RENTAL-SLING,MARTIN ENERGY,8885504,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                 HTS NO:                 UNSPSC NO:

Total Requisition Amount:          4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000234936 |
|---|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | |
| [signature] OIM - 4/15/20 | | Lorne Butler Rep Signature | | |
| RIG MGR / OPERATIONS MGR      DATE | | Larre Butler Rep Name (Print) | | BUYER                DATE |
| NOTE: Any additions or deletions must be initialled | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____       DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Cost Code 3060-15
L. Butler 4-14-2020

**EXHIBIT 7**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  Eren Demet

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply      ↩ Reply All      → Forward

Thu 5/14/2020 9:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe I Suite 3500 | Houston, TX 77057
+1 713-212-5450b | +1 832-206-8315m
Brian.rodgers@valrich.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE:   $       265,300.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810820.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

**EXHIBIT 7**

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002  Routing#580047

Began Katmai AFE on April 6th.

| Comp / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amiol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Alar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Apia Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baliero | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Badock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugraus | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | 2 | 2 | | | | | | | 2 | | | | | | | | | | | 1 | 1 | 2 | 2 | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Champonx | | | | | | 1 | 1 | 1 | | | | | | 1 | | | 1 | 1 | 1 | | | | | | | | | | | | |
| Chouest | | | | | | 1 | 1 | 1 | 1 | | | | | 1 | | | | | | | | | | | | | | | | | |
| Clatani | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Conek | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dance | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 2 | 2 | 2 | 2 | | | | | | 2 | | 2 | | 2 | | | 2 | | 2 | 2 | 2 | | | | | | |
| Drii Quio | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Epoxey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Edge Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enegry Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | 2 | | 2 | | 2 | | | | | | | | | | | | | | | | |
| Flatwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMG | | | | | | | 7 | | 7 | | 6 | | 6 | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | 4 | 4 | 4 | 4 | 3 | | 4 | | 6 | | 3 | | 6 | 3 | | 9 | | 9 | | 9 | 9 | | | | | | |
| Furex | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | 6 | 6 | 6 | 16 | | | | 12 | | 14 | 14 | | 14 | 14 | 16 | | 13 | 13 | 13 | | | | | | | | |
| Hyro Carbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Liberty Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | 1 | 1 | | | | | | | | | | | | | | | | | | 1 | 1 | 2 | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M-Boom | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | 2 | 2 | 2 | 2 | | | | | | | | 1 | 1 | | | | | | | | | | | | | | |
| OCEANEERING | | | | | 5 | 5 | 5 | 5 | 4 | | 6 | | 4 | | 6 | | 6 | | | 6 | | 6 | | 6 | | | | 11 | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstatos | | | | | 2 | 2 | 2 | 7 | | | | | 7 | | 4 | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | 4 | | | | | | | |
| OE! (Oil Field Instr) | | | | | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmacia | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | 1 | | | | | | | | | | | | | | | | 1 | | 1 | 1 | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolite | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prolegmics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | 2 | 2 | | | | | | | | | | | 2 | | | | | 2 | | 2 | 2 | 1 | | | | | |
| QS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RN Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rigiot | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | 24 | 24 | 24 | 24 | 22 | | 2 | | 11 | | 12 | 13 | 13 | 13 | 18 | 19 | 19 | 10 | 19 | 19 | 18 | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Saybolt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Smjohler | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Pert | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | 2 | | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | |
| Teleoyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | 2 | 2 | 2 | 2 | 2 | | 2 | | 2 | | 2 | 2 | 2 | | 2 | | 2 | | 2 | | 2 | | | | | | |
| Teng | | | | | 2 | 2 | 2 | 2 | | | | | 2 | | | | | | | | | | | | | | | | | | | |
| TM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | 2 | 2 | 2 | 2 | | 6 | | 6 | | 8 | | 6 | | 6 | | 6 | | 6 | | 6 | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Varis Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrioat | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wetloo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 86 | | 38 | | 74 | | 73 | | 78 | 73 | 78 | 79 | 65 | 76 | 82 | 74 | 82 | | | | | | |
| **TOTAL OVER** | | | | | 79 | 79 | 79 | 84 | 84 | | 66 | | 74 | | 74 | | 74 | 76 | 74 | 75 | 75 | 66 | 77 | 84 | 77 | 62 | 72 | | | | | 1940 |

AFE:       FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:  580047

ACCT. CODE: 3060-45
S. Butler
5-1-20

TOTAL: 1940
TOTAL BILLABLE $
TOTAL: 255500

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

| Reply | Reply All | → Forward | ... |
|---|---|---|---|

Brian Rodgers
To ● Erwin Damet
Thu 5/14/2020 9:16 AM
Follow up. Start By Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Roseboro Rig Manager,

58V7 San Felipe | Suite 3500 | Houston, TX 77057
+1 713•212•5439p | +1 832•206•8315m
Brian.rodgers@valark.com

EXHIBIT 7



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| **AMOUNT DUE:** | **$** | **3,890.29** |

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

EXHIBIT 7

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID     : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

| Bill From: | Bill To: |
|---|---|
| NATIONAL OILWELL VARCO, L.P. | ENSCO OFFSHORE COMPANY |
| RIG SOLUTIONS SPARES | in care of: ENSCO OFFSHORE COMPANY |
| 5212 HWY 90 WEST | P.O. Box 570788 |
| NEW IBERIA, LA 70560 | HOUSTON, TX 77257-0788 |
| USA | USA |

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:

| | Remit To: | NATIONAL OILWELL VARCO, L.P. |
|---|---|---|
| Due Date: 2020-08-17 | | SUPPORT SERVICES |
| Discount Amount: | | P. O. BOX 201202 |
| Bank From: WellsFargo/HOUSTON | | DALLAS, TX 75320-1202 |
| Payment Method: ACH | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7

# Valaris

**Ship To:**
ROWAN RESOLUTE (VALARIS RESOLUTE)
6201 IH-49 ACCESS ROAD
BROUSSARD LA 70518
USA

| | | Valaris Field Requisition | | | |
|---|---|---|---|---|---|

**Business Unit:** 10013   OPEN
**Req ID:** 0000235769
**Date:** 05/19/2020
**Page** 1

**Attention:** WAREHOUSE

**REQ Type**    Supply

**PURCHASING USE ONLY**

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154885 | EA | DIES,HYDRALIFT,154885+71,GRIT FACE | 160.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

ECCN NO:- EAR99

**Line Item Exempt :** N
**Available Sustitutes**    **Item Desc :**

NATIONAL OILWELL VARCO QUOTE# 1609931

HTS NO:8431488010

**Total Requisition Amount:** 3,605.04

UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**AFE:**    FW202002
**Lease:**   GC 40 #1
**Project:**  Katmai
**Engineer:** K.Duffene
**Routing #:**  580047

*Acct Code # 7060 - 15*
*5/19/20*

| List all Field ETRR No. by Item | PURCHASING ONLY  FR NO: | 00002357569 |
|---|---|---|

---

| R4202 | 05/19/2020 | | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | |
|---|---|---|---|---|
| OIM | DATE | | Operator (Print) | |
| | | | Rep Signature | |
| RIG MGR / OPERATIONS MGR    DATE | | | Rep Name (Print) | |

**NOTE:** Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

| | PURCHASING ONLY  FR NO: | 00002357569 |
|---|---|---|
| | BUYER | DATE |

**EXHIBIT 7**

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To:**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Int'l Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | Quote Exp Date 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Payment Terms | NET 45 FROM INVOICE DATE |
| Branch | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line:   MTS | | | | | | |
| | Country of Origin: NORWAY | | | | | | |
| | Unit Weight: 0.16 LB       Total Weight: 3.91 LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total    $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:**    $3,605.04

*DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations.*

*COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International

**11500 Hwy 290 East**
**Chappell Hill, Texas 77426**

713-896-0050    **Fax** 713-896-0122
**www.Acumen.us.com**

EIN 76-0249480

## INVOICE

1026793

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

|  | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

| **Payments/Credits** | $0.00 |
|---|---|
| **Balance Due USD** | $100.00 |

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR39          HTS NO: 8481809050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Subsitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000238183
Date: 06/03/2020
Page   2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                    HTS NO:8413919520                    UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                    HTS NO:8479899898                    UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000238183 |
| OIM | DATE | | | |
| [signature] | 6/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |

Business Unit: 10013    OPEN
Req ID:0000236163
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type       Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 16.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount :        4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236163 |
|-------|-----------|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____    DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:   580047

Acct Code # 3060-15
Clayton Thorogir

**EXHIBIT 7**



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020**                                  $          4,150.11

Handling Charges @ 5%(601)                                      $            207.51

AMOUNT DUE:   $          4,357.62

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$   (4,150.11) 024000.10417.4202.110
$     (207.51) 810510.10417.4202.110
$   (4,150.11) 810650.10417.4202.110
$    4,150.11  919250.10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

**SOLD TO**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**SHIP TO**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

**SOLD TO:**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**SHIP TO:**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 7

**Valaris**

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000238183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type       Supply

| ITEM | QTY | G/L Acct/<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|------|------|------|------|------|
| 1 | 2 | 024000<br>9478 | EA | VALVE,MATTCO,6478,CHARGING,750<br>6 PSI,F220 GAL DISCHARGE<br>PULSATION DAMPENER | 159.50<br>319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                HTS NO: 8481809050                UNSPSC NO:

| 2 | 1 | 024000<br>152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293<br>7,233.50 2.5 4006AR/ PSI G1/4B<br>1,0-400 BAR + 0-6000 PSI,T-NO.<br>REQUIRED,DIAL 63 MM,CONN<br>BSP,CONN SIZE 1/4<br>IN,CERTIFICATE OF CONFORMANCE<br>INCLUDED,(WIKA 50791141) | 46.95<br>46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                HTS NO: 9026200000                UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO<br>reimbursement of all items ordered above. | List all Field<br>ETRR No. by Item | | PURCHASING ONLY  FR NO:   C000238183 |
| DIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions<br>must be Initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page     2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type       Supply

PURCHASING USE ONLY

| ITEM | QTY | GAL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                 HTS NO: 8413919520                 UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes       Item Desc :

ECCN NO: EAR99                 HTS NO: 8479899898                 UNSPSC NO:

| 5 . | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED:_____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000238183
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO: EAR99             HTS NO:9026200000                    UNSPSC NO:

| 8 | 6 | 024000 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 15.00 108.00 | 56- 56-MUD PUM | C | | | |
| | | 0772700870002 | | | | | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                   HTS NO:                              UNSPSC NO:

Total Requisition Amount:        4,298.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:    0000238183 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| *signature* | 6/5/20 | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER | DATE |
| | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____   DATE FAXED:_____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

Acct Code# 3060-15
Clayton Thompson

**EXHIBIT 7**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          54

**File # :** 2020-00002808

**Book :**  772         **Page :**  683

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

Doc ID - 005320660054

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:52:13
Recorded in Book  772   Page   683
File Number 2020-00002808

Deputy Clerk

**Return To :**

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

**EXHIBIT 7**

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020      **ATLANTIC MARITIME SERVICES LLC,**
                           a Delaware limited liability company


By: _____
Name: _Jason D. Morganelli_
Title: _President_

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4/19/2023_

```
┌─────────────────────────────────┐
│          JUANITA FLOOR           │
│   Notary Public, State of Texas  │
│    Comm. Expires 04-19-2023      │
│      Notary ID 11589836          │
└─────────────────────────────────┘
```

3

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:     FWD2006256
INVOICE DATE:     6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM     45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR.SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR.SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $     678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669461673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33) 10417- 110-4202-810101
-     10417- 110-4202-810102
-     10417- 110-4202-810110
-     10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT 7

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 2020

June 2020

WELL NAME / LOCATION:     AFE     G.C. 40 #1 COMPLETION
FW202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REGRILL RATE $168,500 | Zero rate 80 | REPAIR SURFACE $185,000 | REPAIRS BUBBEA $105,000 | MOVE $181,300 | FORCE MAJEURE $168,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 10.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |



EXHIBIT 7

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:    FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

Acct Code # 3060-15

Robert T Ray

6-05-2020

6-5-2020

6-5-20

| DATE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/2020 | | | | | | | | | | |
| 4/2/2020 | | | | | | | | | | |
| 6/1/2020 | | | | | | | | | | |
| 6/4/2020 | | | | | | | | | | |
| 6/4/2020 | | | | | | | | | | |
| TOTALS | | | | | | | | | | |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly Jun 2020
Document #
Contract #  CC-CI7Z78
Well name    O.C. 40-1 Completion, skted

Total Cost per
AFE Number: FY 2/2022
Work Order:
Purchase Order:

| Day | OPERATING HOUR | | | | | | | | | | TOTAL HOURS | DAY RATE | | HEADCOUNT | | | | MOBILIZE EXTRA, LABOR | NON-BILLABLE EXTRAS | CREW SHORTAGES | Comments (Required for any rate other than Operating) | Total POS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPERATING | FORCE MAJEURE | WAITING ON WEATHER | MOVING | RIG TO RIG | Weld | Operator | Valaris Third Party | | | | Weld | Operator | Valaris Third Party | (as based below) | (as based below) | (as based below) | | |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 10.00 | 8.00 | 61.00 | | | | | 13740 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 10.00 | 8.00 | 50.00 | | | | | 13740 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 13.00 | 10.00 | 61.00 | | | | | 99600 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 10.00 | 50.50 | | | | | 19448 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 88.00 | 384.00 | 28.00 | 74.00 | 35.00 | 260.00 | | | | | 13740 |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 50.00% | | | | | | | | | | |

Total Billable for the Month $   679,133.33

Redacted Client Representative

Redacted Client Representative (Signature)                                    Date:

Redacted Drilling Supt.

Redacted Billing Supt. Signature                                    Date:

DS-16 Drilling Supt.

Op'ns Mining Supt Signature                                    Date:

Rig Manager    Dinny Sharry

Rig Manager Signature                                    Date: 06-07-2020

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

**INVOICE**

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $  5,735,000.00

Dinny Sharry

| | |
|---|---|
| REMIT ACH PAYMENTS TO: | Coding: BU10079 |
| Beneficiary: Atlantic Maritime Service LLC | (5,727,291.64)  10417- 110-4202-810101 |
| Wells Fargo Bank, N.A. | -  10417- 110-4202-810102 |
| San Fransisco, CA | -  10417- 110-4202-810110 |
| SWIFT Code:WFBIUS6S | (7,708.36)  10417- 110-4202-810103 |
| ABA #121000248 | 10417- 110-4202-810104 |
| Account # 4669491673 | ED |

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

EXHIBIT 7

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolve

WELL, NAME / LOCATION: APE

O.C. 40 #1 COMPLETION
FW200002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY $181,300 | REDRILL RATE $168,500 | Zero rate 80 | REPAIR SURFACE $103,000 | REPAIRS SUBSEA $105,000 | MOVE $181,300 | FORCE MAJEURE $105,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed (and Repaired)(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,700.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |



**EXHIBIT 7**

Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT 7

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

ACCT CODE 3060-15

Total Rentals for
the 3 months =   $ 4,785,000.00

Robert Roy   6-01-2020

Sean Rains   6/1/2020

**EXHIBIT 7**

# Velaris DS-16 MONTHLY BILLING SUMMARY

Monthly Stay Light
Contract #: DSS-337274
Customer: Fieldwood
Well Name: GC 433 Completion Abandonment

Cost Center:
AFE Number: AW 200100
Work Order:
Purchase Order:

| Date | DPR Day Rate | 1 day 750 @ 5PM | OPERATING HOURS | | | | TOTAL HOURS | Vessel | Operation / Overhead | TOTAL / Overhead | Vessel (daily rate) | Operation (daily rate) | ONSHORE EXTRA DEWATER — Day Rate (onshore) | NON BILLABLE EXTRA — Day Rate (onshore) | NON BILLABLE — Day Rate (onshore) | Comments (required to say why or other time receiving) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | 24.00 | 90.00 | 10.00 | 10.00 | 5.00 | 67.00 | | | | | 197.00 |
| 5/2/2020 | 24.00 | | | | | | 24.00 | 96.00 | 11.00 | 16.00 | 4.00 | 68.00 | | | | | 197.00 |
| 5/3/2020 | 24.00 | | | | | | 24.00 | 96.00 | 11.00 | 15.00 | 4.00 | 68.00 | | | | | 198.00 |
| 5/4/2020 | 24.00 | | | | | | 24.00 | 97.00 | 11.00 | 15.00 | 4.00 | 63.00 | | | | | 193.00 |
| 5/5/2020 | 24.00 | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 2.00 | 70.00 | | | | | 202.00 |
| 5/6/2020 | 24.00 | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | 199.00 |
| 5/7/2020 | 24.00 | | | | | | 24.00 | 95.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | 194.00 |
| 5/8/2020 | 24.00 | | | | | | 24.00 | 92.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | | 186.00 |
| 5/9/2020 | 24.00 | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 1.00 | 44.00 | | | | | 183.00 |
| 5/10/2020 | 24.00 | | | | | | 24.00 | 92.00 | 6.00 | 15.00 | 2.00 | 44.00 | | | | | 182.00 |
| 5/11/2020 | 24.00 | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 184.00 |
| 5/12/2020 | 24.00 | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/13/2020 | 23.00 | | | 1.00 | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 185.00 |
| 5/14/2020 | 24.00 | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 184.00 |
| 5/15/2020 | 24.00 | | | | | | 24.00 | 88.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 184.00 |
| 5/16/2020 | 24.00 | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 63.00 | | | | | 187.00 |
| 5/17/2020 | 24.00 | | | | | | 24.00 | 89.00 | 8.00 | 16.00 | 6.00 | 66.00 | | | | | 178.00 |
| 5/18/2020 | 24.00 | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 8.00 | 66.00 | | | | | 177.00 |
| 5/19/2020 | 24.00 | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 8.00 | 49.00 | | | | | 184.00 |
| 5/20/2020 | 24.00 | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 188.00 |
| 5/21/2020 | 24.00 | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 5.00 | 49.00 | | | | | 189.00 |
| 5/22/2020 | 24.00 | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 190.00 |
| 5/23/2020 | 24.00 | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 187.00 |
| 5/24/2020 | 24.00 | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 50.00 | | | | | 184.00 |
| 5/25/2020 | 24.00 | | | | | | 24.00 | 91.00 | 5.00 | 18.00 | 10.00 | 65.00 | | | | | 174.00 |
| 5/26/2020 | 24.00 | | | | | | 24.00 | 91.00 | 7.00 | 18.00 | 10.00 | 74.00 | | | | | 178.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/17/2020 | 24.00 | | | | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 74.00 | | Run 5-1/2" Prod Csg, N/D BOPs, R/U Rig to Surface, Test & Pressure, Rig Up 5-1/2" Csg | 18170 |
| 5/18/2020 | 24.00 | | | | | | | | | | 14.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | NU 9-5/8" Prod Csg, N/D BOPs, R/U w/Surveys, Cmnt & Secure w/ op 5/8 response w/ 9-5/8 or 12 PT masks. | 19650 |
| 5/19/2020 | 24.00 | | | | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | NU 9-5/8" BO B/h, Run 5-1/2" Casing Gang Run masks, Run 5-1/2" Csg, land/install tubing from 5-1/2" Sub, NU landing sep Overhaul | 18150 |
| 5/20/2020 | 24.00 | | | | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | 18150 |
| 5/21/2020 | 24.00 | | | | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 38.00 | | Land tail & run survey/all drill, land get screen in 20/270 jts lose / 2 days w/ high, lost cnts installed, Cmnt Surveys prod / drilled install Run cutting / Cyclo-type PDMV/data, Run | 19150 |
| **TOTAL** | 743.00 | | | | | | | | | | 744.00 | 2893.00 | 332.00 | 339.00 | 171.00 | 1793.00 | | Flow Tail & Clean Up Well. | 18508 |
| | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | | 30.00% | | | | | | | | 0.00 |
| | 0.05% | 0.05% | 0.05% | 0.40% | 0.00% | | 0.00% | 0.00% | | | 50.00% | | | | | | | | |

$ 171,738.63

| | | | $ 7,962.58 | $ | | | | | |
| 100%/Day | $ 185,000.00 | | | | | | | | |
| Includes/above 150 / Day MPD | $ 203,000.00 | | | | | | | | |
| Includes/Above 100%/Day | $ 185,000.00 | | | | | | | | |
| 100%/hr MPD | $ 9,333.31 | | Total Blinks for | | | | | | |
| 100%/hr | $ 7,708.33 | | the Middle | $ 5,333,000.00 | | | | | |
| 88%/hr | $ 7,554.17 | | | | | | | | |
| 80%/hr MPD | $ 8,166.67 | | | | | | | | |

1D-14 Drilling Days [

Da-14 Drilling Days Signature

_____ Fishbowl Client Representative

_____ Fishbowl Client Representative Signature

Rig Manager: _____ John Rodgers    Date: _____

_____ Fishbowl Drilling Supt. Signature

Rig Manager Signature    *~Dinny Sharry*

_____ Fishbowl Drilling Supt. Signature

Date: _____

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___*//s// Brian Rodgers*___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___*//s// Dinny Sharry*___

**EXHIBIT 7**


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W. SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0 |

AMOUNT DUE:  $        270,900.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

EXHIBIT 7



**Rowan Resolute**

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  580047

ACCT. CODE 3060-45

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Keina1, AFE#, FY202002, Routing#80047

Group (Date): columns 1–31

- ABB LTD
- ABS
- Ambol
- Airgas
- Aker
- Acue Tech
- Automated Production
- Alantos
- Aballeys
- Baker Hughes
- Bedrock Petroleum
- BHGE
- Blackhawk
- BSEE
- Bugware
- Burner Fire Control
- Cajun Cutters
- Chalant
- ChampionX
- Chouest
- Cawins
- CoreLab
- Danos
- Deep Sea DS
- DGO
- Diversified
- Dril-Quip
- Dynamic Industries
- Ellis Conroy
- EPS
- EVO
- Expro
- Fieldwood
- FGP Pipe Washing
- FRANKS INTL
- FMC
- Fturro
- GNA
- GMA
- GE Oil & Gas
- GSI
- Gullstrann
- HALLIBURTON /Sperry
- Hydrocarbon
- Imperial Selector
- Innowell
- Lloyds Register
- MAKO
- MI Swaco
- Master Flo
- MISTRAS Group
- NALCO
- Newpark

EXHIBIT 7

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai   AFE: FW202002   Routing#580047

Company Man APPROVAL:

S. Bitton 5-31-2020

CM APPROVAL:

**Group** / **Date**

- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- One Subsea
- OFI (Oil Field Insp.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PH Helicopters
- Pinnacle
- Petrolink
- Preddtion Rental
- Premium
- Productions
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- Rignet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- Total Safety
- Tristate
- TIW
- TSI
- Tubular Solutions
- Vario Global
- Weatherford
- Workstrings
- Wellbore
- Wellcore
- Melilco
- MFR
- **TOTAL**

**TOTAL OVER CONTRACT**

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE 3060-45

TOTAL BILLABLE $

**EXHIBIT 7**

# Rowan - Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kalmai, AFE: FW202012, Routing/6800047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Arctar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Batleys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baxley's | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwang | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Catco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecospray | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elko Oakms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EIPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sporty | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HycCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyd Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Documents\Downer\May 2020 3rd Party Room Meals.xlsx

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

### TO WHOM IT MAY CONCERN

#### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                   $              6,500.00

Handling Charges @ 5%(601)                                        $                325.00

AMOUNT DUE:  $              6,825.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally.
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |
| | ED | |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

## Hoover Ferguson DBA: Tech Oil Products

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-03545 |
| Invoice Date: | 5/6/2020 |

Bill To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027   BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT 7



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via:        Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:        206081
Shipment Date:      4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |



EXHIBIT 7



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | |
|---|---|
| Terms: | |
| Shipping Agent: HVTL | |
| Ship Via: Delivered by Hoover | |

| | |
|---|---|
| Customer PO: | 10013-0000457578 |
| Customer No: | 206081 |
| Shipment Date: | 4/30/2020 |
| Inside Salesperson: | Sally Roberts |
| Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ 500 | |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
629 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013    OPEN
Req ID: 00000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | CCST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99              HTS NO:3923210000        UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTES Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000235125 |
|-------|------------|------|------|------|
| OIM | DATE |  FWF | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR. | DATE | Rep Signature | | |
| | 7/25/20 | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACC. CODE : 3060 -15

L. Butler  4-22-2020

**EXHIBIT 7**

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | Gd. ACCT
Item ID. | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VENDOR, LOCATION, CONFIRM TO | PO. NO. |
| 1 | 500 | 024000
11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40
CUBIC FT,1500LB
CAPACITY,UNIVERSAL RED STRAP | 13.00
6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                HTS NO:3623210000                UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 | |
|---|---|---|---|---|---|
| OIM | DATE | FWE
Operator (Print) | | | |
| | 1/25/20 | Jsome Butler
Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Lane Butler
Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions
must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

EXHIBIT 7

# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10582045 DATED:4/29/2020                                       $              3,605.0(

MARTIN ENERGY SERVICES
INVOICE#729958 DATED:4/23/2020                                         $              4,750.0(

Handling Charges @ 5%(601)                                            $                417.7!

AMOUNT DUE:  $              8,772.7!

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

$    (8,355.04) 024000.10417.4202.110
$      (417.75) 810510.10417.4202.110
$    (8,355.04) 810650.10417.4202.110
$     8,355.04  919250.10417.4202.110

ED

**EXHIBIT 7**

<table>
<tr><td colspan="2"><u>Document References</u></td><td colspan="2"><u>Internal References</u></td></tr>
<tr><td>Invoice: 10582045</td><td></td><td>Buyer: 10013</td><td>Customer Ref ID:</td></tr>
<tr><td>Invoice Date: 2020-04-29</td><td></td><td>Supplier: 0000000556</td><td>Supplier Ref ID:</td></tr>
<tr><td>Due Date: 2020-06-28</td><td></td><td>Remit To: 0000000556</td><td>Rig ID     : 4202</td></tr>
<tr><td></td><td></td><td>Voucher: 00982593</td><td>Creation Date: 2020-04-30</td></tr>
</table>

<u>Bill From:</u>

NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560      -
USA

<u>Bill To:</u>

ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

<u>Invoice Lines:</u>

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

<u>Settlement Information:</u>

Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:     4496880154

EXHIBIT 7



AFE:      FW202002
Lease:    GC 40 #4
Project:  Katmai
Engineer  K.Dufrene
Routing #:   580047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013
Req ID:0000234902
Date: 04/13/2020
Page    1

**Attention: WAREHOUSE**

REQ Type    Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | GRIT RATING | | | | | PURCHASING USE ONLY | |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|--|--|--|--|----------------------------|--|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | | | PO NO. |
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,15/4865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:8431438010            UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES.
NATIONAL OILWELL VARCO QUOTE# 1609831

Total Requisition Amount:        3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER "SOFT" GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609831
PLEASE SEE ATTACHED SIGNED RE-BILL.

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:    0000234902 |
|-------|------------|--------------------------------------------------------------------------------|----------------------------------|---------------------------------------|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES:        NO:        DATE FAXED:

**EXHIBIT 7**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8357

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502615 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212108 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227355 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4288936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**    – CONTINUED –

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

**EXHIBIT 7**



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN**
ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984685-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97636-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

**MESSAGES**

**PAYMENT REMITTANCE**

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114820625
R   ABA # 062005690
E   ACH # 111900785
    Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL #   04232020205734

**EXHIBIT 7**

# Valaris

#436525

**Purchase Order**   Page 1

Dispatch via E-Mail



1D013-0000457235

| BUYER/BILL TO: | PO NUMBER | 1D013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| In care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010630 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS:  CPT |
| | 520 MOUIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States  CPort 2 | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | | SUPPLIER SHIP METHOD: |
| United States | CC -200 | |
| PHONE: 337 785 3400 | | |
| DISPATCH TO: mesoffshore@martinmlp.com | 12209 | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:  Ernestine Castillo | CURRENCY:  USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:  tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:  281/272-4043 | REQ TYPE:  REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:  OPERATOR EXP. | 4 - Other see notes in PO |

| Line | Item Number / | Vendor Item ID | Description | Quantity UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item Number / | Vendor Item ID | Description | Quantity UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:          ECCN No:          GL Acct Cd: 10417-024000-4202-110          AFE Cd:

Total PO Amount          4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7

# FUEL/YARD TICKET



**MARTIN** ENERGY SERVICES

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 19019090

☐ TRANSFER   ☐ REPACK   ☒ SALE   ☐ CO-USE

| BILL TO: Enscotown | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY: Ernestine Costillo | | PO NO/AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Absolute Rio 202 | TIME STARTED        AM / PM | TIME FINISHED        AM / PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK # 584046        Sling # 100538-11 | |
| | CRANE | TK # 212106        Sling # 98485-13 | |
| | FORKLIFT | Manifut # 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low-Sulfur Diesel Fuel. For use in all covered diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 50 |
| | | TK # 43054-34        Sling # 100727-21 | | | |
| | | TK # 227356        Sling # 98189-8 | | | |
| | | TK # 42319-36        Sling # 97554-11 | | | |
| | | TK # 217119        Sling # 100787-17 | | | |
| | | TK # 202836        Sling # 98483-6 | | | |
| | | TK # 174098        Sling # 97836-4 | | | |
| | | TK # 227354        Sling # 98485-7 | | | |
| | | TK # 319532        Sling # 100487-1 | | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | G A U T A U G A N I K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | | |
| TERMINAL | SUPPLIER | SOL # | METER TKT. # | TRUCK # | TRAILER # | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $_____    INITIALS _____    TOTAL REC'D. $_____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Latt Cody Ledet_    _Michael Conner_
Customer Signature                           Martin Energy Services Representative

X _JHL_ BOL 13628384        4879-29207
Martin Driver Signature                      Truck and Trailer No.

REV. 12/12
FORM NO. 107

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
625 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris
Field
Requisition**

Business Unit: 10013   OPEN
Req ID: 0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type      Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|-------------|---------|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 4031960 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 383.57 3,635.70 | 91- RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitues      Item Desc :

ECCN NO:                    HTS NO:                      UNSPSC NO:

| 2 | 10 | 024000 6885604 | EA | RENTAL-SLING,MARTIN ENERGY,6885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91- RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitues      Item Desc :

ECCN NO:                    HTS NO:                      UNSPSC NO:

Total Requisition Amount      4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000234936 | |
|-------|-----------|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | | |
| ~~OIM~~ OIM -4/15/20 | | Larre Butler Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Larre Butler Rep Name (Print) | | | |
| NOTE: Any additions or deletions must be initialed | | | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT 7

↩ Reply    ↩ Reply All    → Forward
Thu 5/14/2020 9:16 AM

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ◉Evan Dorsett

⊘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE:  $      265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810620.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

The main body of this page is a large, heavily degraded spreadsheet/table listing vendor/company names in the left column (e.g., ABS LTD, ABS, Ampol, Akross, Altair, Aqua Tech, Automated Production, Archer, Baker Hughes, Blackjack Petroleum, BHGE, Basco, Buoware, Butch Fire Control, Cajun Cutters, Cameron, Cetco, ChampionX, Chevron, Clariant, Cavins, CoreLab, Dando, Dana Sea DS, DGO, Diversified, Dril-Quip, Dynamic Industries, Enpro, Elite Comms, EPS, Energy Services, Exxon, FCF Pipe Washing, Fieldwood, FMC, FRANKS INTL, Fugro, GAIA, GE Oil & Gas, GSI, Gulfstream, HALLIBURTON /Sperry, HydroZonics, Impact Selector, Interwell, Liberty Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANEERING, OEG, Offshore, Ohio Solkies, Oil (Oil Field Instr.), OOSC, Oreg Services, OTC, Pharmasafe, PHI Helicopters, Pinnacle, Petronix, Precision Rental, Packmum, Prostriptics, Professional Rental Tools, RBD, Quality Energy, QPS, Rih Chem, Rignet, RPS Group Inc, Schlumberger, Scientific Drilling, SGS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf, Southern Fab, Teledyne, TEMS, Tetra, TDW, Total Safety, Tristate, T&I, Tubular Solutions, Varie-Global, Workstrings, Weatherford, Wellbore, Wellpec, WFR) with numeric columns for days 1 through 31 plus TOTAL. The cells are largely illegible due to scan quality.

TOTAL OVER C ... TOTAL: 1945

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE : 3060-45
S. Butler
-5-1-20

TOTAL $/LABEL : 255300

**EXHIBIT 7**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  Erwin Darwat

Reply     Reply All     → Forward

Thu 5/14/2020 3:16 AM

Resent-p. Sent by thursday May 14 2020. Date by Thursday May 14, 2020.

Approved

Brian Rodgers  | Resolute Rig Manager,

5847 San Fullpe | Suite 3500 | Houston, TX  77057
+1 713-212-5930p | +1 832-206-8315m
Brian.rodgers@valdusa.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:**  $          **3,890.29**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
neficiary:  Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
n Fransisco, CA
/IFT Code:   WFBIUS6S
A #121000248
count # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID       : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-08-17 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number:  4496880154 | |

EXHIBIT 7

# Valaris

**Ship To:**
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

| Business Unit: 10013   OPEN |
| --- |
| Req ID:0000235769 |
| Date: 05/19/2020 |
| Page       1 |

**Attention: WAREHOUSE**

REQ Type        Supply

| PURCHASING USE ONLY | | |
| --- | --- | --- |
| PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 24 | 02/000 154665 | EA | DIES,HYDRALIFT,154665G-Y1,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C |

Line Item Exempt : N
Available Substitutes        Item Desc :

ECCN NO: EAR99

NATIONAL OILWELL VARCO QUOTE# 1609931        HTS NO:8431480010        UNSPSC NO:

Total Requisition Amount:        3,605.04

FIELDWOOD RE-BILL FOR HYDRAPACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  580047

*Acct Code # 7060-15*
*5/19/20*

| R4202 | | 05/19/2020 | | PURCHASING ONLY FR NO: |
| --- | --- | --- | --- | --- |
| OIM | | DATE | | 0000235769 |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)        _Eric_

Rep Signature

Rep Name (Print)

RIG MGR/ OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____

| BUYER | | DATE |
| --- | --- | --- |

DATE FAXED:

**EXHIBIT 7**

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML-LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust.RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

## Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To:**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer email | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Quote Exp Date | 05/28/2020 |
| Branch | | Payment Terms | NET 45 FROM INVOICE DATE |
| | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865-71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:   MTS
Country of Origin:  NORWAY
Unit Weight:  0.16 LB          Total Weight:  3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total          $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:**          $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International

EIN: 76-0270480

## INVOICE

**1026793**

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050   Fax 713-896-0122
www.Acumen.us.com

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L Acct Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 5478 | EA | VALVE,MATT CO.,5478,CHARGING,750 0 PSI,F20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8481809050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/PSI S1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN SSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

This Item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO.   0000236183 |
|-------|------------|------|------|------|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 08/03/2020
Page    2

Attention:  DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000
6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20
GAL DISCHARGE PULSATION
DAMPENER | 261.80
523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute:    Item Desc :

ECCN NO: EAR99                    HTS NO:8413919520                    UNSPSC NO:

| 4 | 2 | 024000
6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU
NA,HYDROGENATED,F/20 GAL
DISCHARGE PULSATION DAMPENER | 1,575.00
3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute:    Item Desc :

ECCN NO: EAR99                    HTS NO:8479899898                    UNSPSC NO:

| 5 | 1 | 024000
6468 | EA | GAUGE,MATTCO,6468,10000
PSI,F/7500 PSI,F/20 GAL
DISCHARGE PULSATION DAENER | 148.50
148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by item | PURCHASING ONLY FR NO:    0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                      HTS NO:9026200000           UNSPSC NO:

| 6 | 6 | 024000 077270067002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0670-02, P-109 | 18.00 108.00 | | C | 56- 56-MUD PUM | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                  HTS NO:                      UNSPSC NO:

Total Requisition Amount        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OM | DATE | Operator (Print) | | |
| [signature] 6/5/2c | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____  NO: ____    DATE FAXED:_____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code# 3060-15
Clayton Mansin

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG:  Rowan Resolute

WELL NUMBER  GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 – DATED:06/10/2020                                            $            4,150.11

Handling Charges @ 5%(601)                                                     $               207.51

AMOUNT DUE:   $            4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
:eneficiary:  Atlantic Maritime Service LLC
ells Fargo Bank, N.A.
in Fransisco, CA
VIFT Code:   WFBIUS6S
3A #121000248
:count # 4569481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 –05'00'

$    (4,150.11)  024000.10417.4202.110
$      (207.51)  810510.10417.4202.110
$    (4,150.11)  810650.10417.4202.110
$     4,150.11   919250.10417.4202.110

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE            1

INVOICE DATE    6/10/2020
INVOICE NO      58061

| | | |
|---|---|---|
| **S** E06 | **S** 000001 | |
| **O** VALARIS (ENSCOROWAN) | **H** ROWAN RESOLUTE | |
| **L** C/O ENSCO OFFSHORE CO. | **I** (VALARIS RESOLUTE) | |
| **D** PO BOX 570788 | **P** 620 MOULIN ROAD | |
| HOUSTON, TX 77257-0788 | BROUSSARD, LA 70518 | |
| **T** | **T** | |
| **O** | **O** | |

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | | SHIP VIA | |
|---|---|---|---|---|
| NET 30 | 10013-0000458854 | | UPS | |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| P.D. CHARGING VALVE 7,500 PSI | | | | | |
| SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 1-1 | | | | | |
| | | | | | |
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| STABILIZER | | | | | |
| SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN | | | | | |
| PO LINE ITEM: 2-1 | | | | | |
| | | | | | |
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
| BLADDER (HNBR), 20 GAL. HYDROG. NITRILE | | | | | |
| SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN | | | | | |
| S/N: 3981, 3994 | | | | | |
| PO LINE ITEM: 3-1 | | | | | |

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | | |
|---|---|---|
| PAGE | 2 | |
| INVOICE DATE | 6/10/2020 | |
| INVOICE NO | 58061 | |

S O L D   T O

E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P   T O

000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   1

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8481809050          UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B LO-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
|-------|------------|-----------------------------------------------------------------------------------|--------------------------------|--------------------------------------|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

```
┌──────────────────┐
│     Valaris      │
│     Field        │
│   Requisition    │
└──────────────────┘
```

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,9020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:  EAR99          HTS NO:8413919520          UNSPSC NO:

| | | | | | | | | | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:  EAR99          HTS NO:8479899898          UNSPSC NO:

| | | | | | | | | | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 5. | 1 | 024000 6466 | EA | GAUGE,MATTCO,6466,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000236183 |
|-------|------------|----------|----------|----------|
| OIM | DATE | Operator (Print) | | |
| [signature] | C/5/2 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

| Valaris
Field
Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000                UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                 HTS NO:                          UNSPSC NO:

                         Total Requisition Amount    4,295.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OTM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 | |
|---|---|---|---|---|---|
| Line Item Exempt: | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code# 3060-15
Clayton Mangie

**EXHIBIT 7**

# Terrebonne Parish Recording Page

Theresa A. Robichaux
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

**Index Type :**   MORTGAGES

**Type of Document :** LIEN

**Recording Pages :**          54

**File # :** 1606305

**Book :** 3165        **Page :**  405

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:35:03PM

Doc ID - 015064940054

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:35:03
Recorded in Book 3165  Page   405
File Number    1606305

*Monica LaBruyere*
Deputy Clerk

**Return To :**   SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

EXHIBIT 9

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT 7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)  Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving are rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT 7

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires:   4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2006256 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:  6/8/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM  45 DAYS |
| | |
| ATTN: AP DEPARTMENT | RIG:  Resolute - DS-16 |
| | WELL NUMBER: G.C. 40 #1 COMPLETION. |
| | LOCATION:  G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $    678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669461673

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
($678,333.33)  10417- 110-4202-810101
-          10417- 110-4202-810102
-          10417- 110-4202-810110
-          10417- 110-4202-810103
10417- 110-4202-810104

ED

**EXHIBIT 7**

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

June 2020

WELL NAME / LOCATION:

AFE

G.C. 40 #1 COMPLETION
FW202002

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,500 | REDRILL RATE $185,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,500 | MOVE $181,500 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|------|---------------------|--------------------|------------------|------------------------|--------------|--------------------------|--------------------------|---------------|------------------------|-------------|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15

Robert Hall
RLH RH

6-05-2020

Approved Client Representative
6-5-2020

Approved Rig Superintendent

Approved Offshore Manager

TOTALS

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly Rate 2020
Contract #   OCS-G 27278
Customer   Fieldwood
Well name   GC 214 (Completion Name)

Cost Center
AFE Number   FW 001002
Work Order
Purchase Order

| date | OPS 765 @ 100% | FIRST 765 @ 85% | OPS 765/245/245 85 hour allowance per month (~thereafter 0 rate | OPS 765/245/245 85 hour allowance per month (~thereafter 0 rate | FORCE MAJEURE 765 @ 50% | Include Business Upside 765 @ 75% | No rate earned. All rates are in excess of monthly allocated hours | TOTAL HOURS | Valaris | Operator | Valaris Catering | Valaris Third Party | Operator (Third Party) | BILLABLE EXTRA LABOR (see legend below) | NON-BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total PO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | OPERATING HOURS | | | | HEADCOUNT | | | | | | | | |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 10.00 | 8.00 | 61.00 | | | | Electric for build on Starboard Lift w/Deck DxD. Set some piling on RV, and led no 16 w/d. R/Down SPS and CTU Lift/Subs V&V PCP with IA. D/U CPT. Cut w/old & Full Tool. Gas PCP with H tools. | 181.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.50 | 8.00 | 59.00 | | | | | 180.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 13.00 | 10.00 | 61.00 | | | | Fill BOP with Gas on Boathouse on pipe. PCP with H tools. Latest Sub line Temperoring. R/Down AvgerW&A Items Steps. | 184.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 13.00 | 8.00 | 59.00 | | | | Pull Riser/BOP. 1st BOP's Std BOP to Port on Deck. Trunk Rig V/DXup to MGMB. | 181.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 384.00 | | 28.00 | 76.00 | 33.00 | 240.00 | | | | | |
| | $ 978,333.34 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

100%/Day   $   185,000.00
In Indef/Subset 100%/Day   $   200,000.00
In Indef/Subset 100%/Day   $   185,000.00
1000/hr MPD   $   8,333.33
1000/hr MPD   $   7,708.33
98%/hr   $   7,854.17
80%/hr MPD   $   8,316.67

Total Billable for the Month:   $   678,333.33

DS-16 Rotating Supt.

DS-16 Rotating Supt. Signature:

DS-16 Rotating Supt. Signature:

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Fieldwood Drilling Supt.

Fieldwood Drilling Supt. Signature:

Rig Manager   Dinny Sharry

Rig Manager Signature:

Date:   08-07-2020

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 889-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:   FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:   6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM   45 DAYS |
| | RIG: Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 743.0 | HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 | HOURS ZERO RATE | $0.00 $ | - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:      $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | | |
|---|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 | |
| - | 10417- 110-4202-810102 | |
| - | 10417- 110-4202-810110 | |
| (7,708.36) | 10417- 110-4202-810103 | |
| | 10417- 110-4202-810104 | |
| | ED | |

**EXHIBIT 7**

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Rosolute

WELL NAME / LOCATION:       APE       G.C. 40 #1 COMPLETION
FW200002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY $151,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $193,000 | REPAIRS SUBSEA $186,000 | MOVE $151,300 | FORCE MAJEURE $186,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 7

## Valaris DS-16 MONTHLY BILLING SUMMARY

EXHIBIT 7

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15

Prepared/Costs Engineer: _Robert Ray_   Date: _6-01-2020_

Reviewed/Chief Representative Engineer: _Spera Rains_   Date: _6/1/2020_

Reviewed/Drilling Supt. Engineer: _____   Date: _____

Reviewed: _____   Date: _____

Reviewed/Drilling Engineer: _____   Date: _____

Dir. Reservoir Engineer: _____   Date: _____

EXHIBIT 7

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: May 2020
Contract #: DS-16 34936
Container
Profession
GLC-021 (Completion items)
Well name:

Cost Center
AFE Workover: FW 020002
Work Vendor
Purchase Orders

| DATE | OBSERVATION | TOTAL HOURS | Valaris | OPERATOR | Valaris OPERATOR | Valaris THIRD PARTY | OPERATION (HOURS RATE) | TOTAL HDTE |
|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | 24.00 | 96.00 | 10.00 | 19.00 | 3.00 | 67.00 | 197.00 |
| 5/2/2020 | 24.00 | 24.00 | 98.00 | 11.00 | 19.00 | 4.00 | 88.00 | 196.00 |
| 5/3/2020 | 24.00 | 24.00 | 98.00 | 11.00 | 19.00 | 4.00 | 81.00 | 188.00 |
| 5/4/2020 | 24.00 | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | 191.00 |
| 5/5/2020 | 24.00 | 24.00 | 98.00 | 12.00 | 20.00 | 1.00 | 59.00 | 199.00 |
| 5/6/2020 | 24.00 | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | 194.00 |
| 5/7/2020 | 24.00 | 24.00 | 94.00 | 8.00 | 18.00 | 1.00 | 81.00 | 194.00 |
| 5/8/2020 | 24.00 | 24.00 | 92.00 | 9.00 | 15.00 | 2.00 | 41.00 | 194.00 |
| 5/9/2020 | 24.00 | 24.00 | 92.00 | 8.00 | 19.00 | 1.00 | 44.00 | 192.00 |
| 5/10/2020 | 24.00 | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | 193.00 |
| 5/11/2020 | 24.00 | 24.00 | 91.00 | 7.00 | 17.00 | 2.00 | 46.00 | 192.00 |
| 5/12/2020 | 24.00 | 24.00 | 92.00 | 8.00 | 17.00 | 3.00 | 47.00 | 194.00 |
| 5/13/2020 | 23.00 | | 50.00 | 8.00 | 10.00 | 3.00 | 47.00 | 147.00 |
| 5/14/2020 | 24.00 | 24.00 | 101.00 | 8.00 | 16.00 | 2.00 | 47.00 | 147.00 |
| 5/15/2020 | 24.00 | 24.00 | 88.00 | 7.00 | 14.00 | 2.00 | 47.00 | 144.00 |
| 5/16/2020 | 24.00 | 24.00 | 83.00 | 8.00 | 16.00 | 3.00 | 62.00 | 193.00 |
| 5/17/2020 | 24.00 | 24.00 | 83.00 | 8.00 | 18.00 | 8.00 | 66.00 | 270.00 |
| 5/18/2020 | 24.00 | 24.00 | 88.00 | 8.00 | 18.00 | 6.00 | 86.00 | 288.00 |
| 5/19/2020 | 24.00 | 24.00 | 93.00 | 5.00 | 18.00 | 6.00 | 49.00 | 164.00 |
| 5/20/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 168.00 |
| 5/21/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 157.00 |
| 5/22/2020 | 24.00 | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | 172.00 |
| 5/23/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | 166.00 |
| 5/24/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | 204.00 |
| 5/25/2020 | 24.00 | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | 17.00 |
| 5/26/2020 | 24.00 | 24.00 | 93.00 | 7.00 | 18.00 | 10.00 | 74.00 | 187.00 |

EXHIBIT 7

| Date | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | | | | | | | | | |
| 5/28/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 12.00 | 78.00 | | 200.00 |
| | | | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 63.00 | | |
| 5/30/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | 199.00 |
| 5/31/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 34.00 | | 199.00 |
| TOTALS | 748.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | | 24.00 | 744.00 | 2851.00 | 232.00 | 398.00 | 171.00 | 1795.00 | | 180.00 |
| | 0.00% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | | 81.00% | 65.00% | | | | | | | |

$ 6,890   $ 3,045.15

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In Hole/Reh're 100%/Day | $ | 200,000.00 |
| In Hole/Reh're 100%/Day | $ | 185,000.00 |
| 100%/Hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 95%/Hr | $ | 7,354.17 |
| 90%/Hr MPD | $ | 8,166.67 |

Total \$/Hole for the Month  $  5,795,000.00

Field exec Client Representative (Signature)

Field exec Client Representative (Signature)

Date:

Rig Manager:   Isias Anders   Dinny Sharry   Field exec Drilling Supt.

Field exec Drilling Supt. (Signature)

Rig Manager Signature:

Date:

Date:

**EXHIBIT 7**



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___*//s//* Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

M·Clark.

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___*//s//* Dinny Sharry___

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: G.C. 4C #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | |
|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ 270,900.0 |

AMOUNT DUE: $ 270,900.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

**EXHIBIT 7**

## Rowan Resolute

CLIENT/THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Katmai, Katmai, AFE: FW202002, Routing #580047

| Group | Date |
|---|---|
| NOV | |
| NSI Fracturing | |
| OCEANEERING | |
| OES | |
| Oilstates | |
| One Subsea | |
| OFI (Oil Field /Istr) | |
| OGEC | |
| One Surface | |
| OTC | |
| Pharmaseafe | |
| PH Helicopters | |
| Pinnacle | |
| Peridink | |
| Precision Rental | |
| Pertemium | |
| Proteohics | |
| Professional Rental Tools | |
| PRT | |
| Quality Energy | |
| QPS | |
| Rig Chen | |
| RigNet | |
| RPS Group Inc. | |
| Schlumberger | |
| Scientific Drilling | |
| SGS | |
| Subsea Partners LLC | |
| Subsea Solutions | |
| Sunbelt | |
| Superior | |
| Superior Energy | |
| Superior Perf | |
| Southern Fab | |
| Teledyne | |
| TEMS | |
| Tetra | |
| TIW | |
| Total Safety | |
| Tristate | |
| TSI | |
| Tubular Solutions | |
| Volo Global | |
| Workstring | |
| Weatherford | |
| Wellaco | |
| WFR | |

TOTAL

TOTAL OVER CONTRACT

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   580047

ACCT. CODE   3060-45

EXHIBIT 7

Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW2020002 Routing#580047

EXHIBIT 7

# Rowan Resolute

CLIENT-THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

**Groups (row labels, top to bottom):**
- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- One Subsea
- OFI (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Primasafe
- Petrolink
- Precision Rental
- Premium
- Proboldonics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Talesme
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TGI
- Tubular Solutions
- Veris Global
- Weatherford
- Wellsure
- Welltec
- Welline
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL: 270900

TOTAL BILLABLE $ TOTAL: 1355

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:    580047

ACCT. CODE 3060-45

EXHIBIT 7

# Rowan-Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020, Well Manager Kennard, AFE: FW2020002 Routing#s80047

| Group | Date (1–31) |
|---|---|
| A&B LTD | |
| ABS | |
| Ampol | |
| Airgas | |
| Aker | |
| Aqua Tech | |
| Automated Productions | |
| Archer | |
| Baileys | |
| Baker Hughes | |
| Bedrock Petroleum | |
| BHGE | |
| BlackHawk | |
| BSEE | |
| Budware | |
| Runner Fire Control | |
| Cajun Cutters | |
| Cameron | |
| Catco | |
| ChampionX | |
| Clrouse4 | |
| Clariant | |
| CoreLab | |
| Danos | |
| Deep Sea DS | |
| DGO | |
| Diversified | |
| DrilQuip | |
| Dynamic Industries | |
| Ecoserv | |
| Elite Comms | |
| EPS | |
| EVO | |
| Expro | |
| FCP Pipe Washing | |
| Fieldwood | |
| FMC | |
| FRANKS INTL | |
| Fugro | |
| GAAA | |
| GE Oil & Gas | |
| GSI | |
| Gulfstream | |
| HALLIBURTON / Sperry | |
| HydraCarbon | |
| Impact Selector | |
| Interwell | |
| Lloyds Register | |
| MAXO | |
| Master Flo | |
| MI Sweco | |
| MISTRAS Group | |
| NALCO | |
| Newpark | |

EXHIBIT 7



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  _____//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

_M·Clah._

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature:  ____//s// Dinny Sharry____

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2006259
INVOICE DATE:  08/15/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                                   $            6,500.0

Handling Charges @ 5%(601)                                                           $              325.0

AMOUNT DUE:   $            6,825.0

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |
| | ED | |

**EXHIBIT 7**



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02565 |
| Invoice Date: | 5/6/2020 |

Bill To:
EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To:
Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount | 0.00 |
| | | | Total Sales Tax | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

**EXHIBIT 7**



# Picking List by Order

**HOOVER FERGUSON**

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
   4308 W Admiral Doyle Dr
   New Iberia, 70560
   LA

Sold
To: EnscoRowan
  PO Box 570788
  Houston, 77257-0788
  TX

Ship
To: Rowan Resolute (Valaris Resolute)
  620 MOULIN ROAD
  Broussard, LA  70518

| | |
|---|---|
| Terms: | |
| Shipping Agent: | HVTL |
| Ship Via: | Delivered by Hoover |

| | |
|---|---|
| Customer PO: | 10013-0000457578 |
| Customer No: | 206081 |
| Shipment Date: | 4/30/2020 |
| Inside Salesperson: | Sally Roberts |
| Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

*RahXell*

**EXHIBIT 7**



# Picking List by Order

**HOOVER FERGUSON**

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| | | | | |
|---|---|---|---|---|
| Terms: | | Customer PO: | 10013-0000457578 | |
| Shipping Agent: | HVTL | Customer No: | 206081 | |
| Ship Via: | Delivered by Hoover | Shipment Date: | 4/30/2020 | |
| | | Inside Salesperson: | Sally Roberts | |
| | | Outside Salesperson: | Lauren Macias | |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ | *500* |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA


Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | Gil. ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | PURCHASING USE ONLY | | | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:3923210000            UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|-------|-----------|---|---|---|
| OIM | DATE | | | |
| | 1/25/20 | _FWF_ Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | _Jimmie Butler_ Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | _Larre Butler_ Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED:_____

AFE:        FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Butler 4-22-2020

**EXHIBIT 7**

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM# | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

**PURCHASING USE ONLY**

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:3923210000D

UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 |
| OIM | DATE |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)     F.W.F.

Rep Signature

Rep Name (Print)     Lorrie Butler

RIG MGR / OPERATIONS MGR     DATE     7/25/20

NOTE: Any additions or deletions must be initialed

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:   0000235125

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

ACC. CODE: 3060-15

L. Butler  4-22-2020

**EXHIBIT 7**


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER: GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10582045 DATED:4/29/2020    $    3,605.0(

MARTIN ENERGY SERVICES .
INVOICE#729958 DATED:4/23/2020    $    4,750.0(

Handling Charges @ 5%(601)    $    417.7!

AMOUNT DUE:  $    8,772.7!

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:  WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250.10417.4202.110 |
| | ED | |

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:    4496880154

EXHIBIT 7



Cost Code 3060-15
S. Butler 4-13-20

EXHIBIT 7

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:10013   APPROVED
Req ID:0000234902
Date: 04/13/2020
Page   1

**Attention: WAREHOUSE**

REQ Type        Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PURCHASING USE ONLY | | |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|---------------------|--|--|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sutitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:8431438010                    UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**     3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

**EXHIBIT 7**

| R4202 | 04/13/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000234902 |
|-------|-----------------|---------------------------------------------------------------------------------|--------------------------------|--------------------------------------|
| OIM | | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR          DATE | | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| **DELIVER TO #** | | **TERMS** | |
| | | NET 30 | |

Sold To:
ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To:   C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| **STATE LEASE / OCSG** | **AFE #** | **WELL** | **ROUTE ID** | | | **END USE** |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4226936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 7



# INVOICE

## MARTIN
### ENERGY SERVICES

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 980061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   $4,750.00

### MESSAGES

### PAYMENT REMITTANCE

C H E C K

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95368
Grapevine, TX 76099-9733

W I R E

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlogaldocs.com/sales/tc/res/vs/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

**EXHIBIT 7**

DOC. CONTROL #      04232020205734

# Valaris

#436525

## Purchase Order

Page 1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 576788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830 | ROWAN RESOLUTE (VALARIS RESOLUTE) | FREIGHT TERMS: CPT |
| | 620 MOULIN ROAD | NOMINATED PLACE: |
| MARTIN ENERGY SERVICES LLC | BROUSSARD LA 70518 | |
| STACY BAGGETT | United States    CPort 2 | |
| PO BOX 96363 | PHONE: 337 83678500 | |
| GRAPEVINE TX 76099-9733 | CC-200 | SUPPLIER SHIP METHOD: |
| United States | | |
| PHONE: 337 785 3400 | 12209 | |
| DISPATCH TO: mesoffshore@martinmlp.com | | |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:  Ernestine Castillo | CURRENCY:  USD | 1 - Hot Shot Immediate Urgent Air |
| EMAIL:  tina.castillo@valaris.com | | 2 - Next Day/Regular Air |
| PHONE:  281/272-4043 | REQ TYPE:  REN | 3 - Regular Scheduled/Regular Ocean |
| FAX: | REQ CLASS:  OPERATOR EXP. | 4 - Other see notes in PO |

| Item Line Number / Item ID | Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd:

Total PO Amount                4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 7



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



JDE # 436525
Branch Plant 13015090

☐ TRANSFER  ☐ REPACK  ☒ SALE  ☐ CO-USE

| BILL TO: Ensco Rowan | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | PO NO./AFE: 10013-0000457235 | |
| PHONE NO. 281-242-4043 | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 12909 | WELL NO. |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED ___ AM/PM | TIME FINISHED ___ AM/PM  HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | |
|---|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling# 100533-11 | |
| | CRANE | TK# 212106 | Sling# 98435-13 | |
| | FORKLIFT | Manifest# 304152 | | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 50 |
| | | TK# 43054.34 | Sling# 100727-81 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 42318.36 | Sling# 97554-11 | | |
| | | TK# 217119 | Sling# 100782-17 | | |
| | | TK# 202836 | Sling# 98483-2 | | |
| | | TK# 174098 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 319532 | Sling# 100787-1 | | |

| | DRUMS DELIVERED | | DRUMS RETURNED | | | | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | GAUGINGS | | |
| TERMINAL ___ | SUPPLIER ___ | BOL# ___ | METER TKT. # ___ | TRUCK# ___ | TRAILER # ___ | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | | |
|---|---|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | | | |

| | | INITIALS | TOTAL REC'D. $ |
|---|---|---|---|
| MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ | | | |

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martiniegaldocs.com/sales/tc/moes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954; Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _Cody Gott  Cody Ledet_        X _Michael Conner_
            Customer Signature                 Martin Energy Services Representative

X _____ BO L13628389          4879-29207
Martin Driver Signature         Truck and Trailer No.

REV. 12/16
FORM NO. 107

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page   1

Attention: ENGINEERING

REQ Type     Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. | |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 8865604 | EA | RENTAL-SLING,MARTIN ENERGY,8865604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount      4,016.10

FIELDWOOD RE-BILL FOR 10 DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. FWE | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000234936 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| [signature] OIM · 4/15/20 | | [signature] Larre Butler | | |
| RIG MGR / OPERATIONS MGR | | Rep Signature | | |
| NOTES:Any additions or deletions must be initialed | | Larre Butler     Rep Name (Print) | | BUYER     DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Cost Code 3060-15
L. Butler 4-14-2020

**EXHIBIT 7**

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ⊘ Erem Demet

↩ Reply   ↩↩ Reply All   → Forward  ⋮

Thu 5/14/2020 8:16 AM

Ⓘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5450p | +1 832-205-8315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0 |

AMOUNT DUE:   $          265,300.0

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202-110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

**EXHIBIT 7**

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

The body of the page is a daily room-and-meal charge-off grid (columns for dates 1–31) listing the following vendors/groups down the left column. The numeric cell values are largely illegible.

- ASB LTD
- ABS
- Aureol
- Almas
- Aker
- Aqua Tech
- Automated Production
- Archer
- Baljves
- Baker Hughes
- Bedrock Petroleum
- BHGE
- Blackhawk
- BSEE
- Bureaus
- Buster Fire Control
- Cabin Cutters
- Canteens
- Ceico
- ChampionX
- Choeost
- Chiquel
- Cavins
- CoreLab
- Danos
- Deep Sea DS
- DDG
- Diversified
- Dril-Quip
- Dynamic Industries
- Enserv
- Elite Comms
- EPS
- Energy Services
- Expro
- FSF Pool Washing
- Flatdwood
- FMC
- FRANKS INTL
- Fugro
- GAIA
- GE Oil & Gas
- GSI
- Gulfstream
- HALLIBURTON /Sperry
- HydroCarbon
- Hesketl Steicker
- Interwell
- Lloyds Register
- IMKO
- Marker Pro
- MI Swaco
- NALCO
- Newpark
- NOV
- NSI Fracturing
- OCEANEERING
- OSS
- Oilmatics
- One Subsea
- OFI (Oil Field Instr)
- OGEC
- One Surface
- OTC
- Pharmacafe
- PFH Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protrghnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- RioNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Palmas LLC
- Subsea Solutions
- Sushell
- Superior
- Superior Energy
- Superior Pqf.
- Steiner-Fab
- Teledyne
- TESNS
- Tetra
- TNW
- Total Safety
- Trisco
- Tol
- Tubular Solutions
- Varia Global
- Workstrings
- Weatherford
- Welbon
- Wedtoc
- WFR

TOTAL

TOTAL OVER

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
L. Butler
-5-7-20

TOTAL: 1945
TOTAL BILLABLE $ 255300

EXHIBIT 7

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Glenn Drews

Follow up. Sent by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

↩ Reply | ↩ Reply All | → Forward
Fri 5/14/2020 3:16 AM

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430 | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 7



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| **NOV**<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| **ACUMENINTERNATIONAL**<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:**  $  3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
BA #121000248
ccount # 4669481673

| $ | (3,705.04) | 024000.10417.4202.110 |
|---|---|---|
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

**EXHIBIT 7**

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID     : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

| | | |
|---|---|---|
| Due Date: 2020-08-17 | Remit To: | NATIONAL OILWELL VARCO, L.P. |
| Discount Amount: | | SUPPORT SERVICES |
| Bank From: WellsFargo/HOUSTON | | P. O. BOX 201202 |
| Payment Method: ACH | | DALLAS, TX 75320-1202 |
| | | USA |
| Payment Currency: USD | Beneficiary Bank: | |
| Terms: 60 | Beneficiary Branch: | |
| Discount Due Date: | Account Number: | 4496880154 |

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit:110013   OPEN
Req ID:0000235769
Date: 05/19/2020
Page      1

Attention: WAREHOUSE

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 164885 | EA | DIES,HYDRALIFT,154885+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N
Available Subtitutes     Item Desc :

ECCN NO:  EAR99                              HTS NO:8431438010

NATIONAL OILWELL VARCO QUOTE#1609931

Total Requisition Amount:           3,605.04

UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #   580047

Acct Code # 7060-15
5/19/20

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print) _____
Rep Signature _____
Rep Name (Print) Brent T. Primeaux

List all Field ETRR No. by Item

| R4202 | 05/19/2020 | |
|---|---|---|
| OIM | DATE | |

RIG MGR / OPERATIONS MGR        DATE
NOTE: Any additions or deletions must be initialled

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

PURCHASING ONLY FR NO:  0000235769

BUYER _____    DATE _____

EXHIBIT 7



**NOV** Rig Technologies

NATIONAL OILWELL VARCO, L.P.,
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

*Please reference this Quote Number on all correspondence.*

# Sales Quote Acknowledgement

**Invoice To:**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To:**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| Cust Contact | ERNESTINE CASTILLO | | |
|---|---|---|---|
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Quote Exp Date | 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Freight Terms | |
| Branch | | Payment Terms | NET 45 FROM INVOICE DATE |
| | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line:   MTS | | | | | | |
| | Country of Origin:  NORWAY | | | | | | |
| | Unit Weight:  0.16  LB      Total Weight:  3.91  LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total        $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:        $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

EXHIBIT 7

# Acumen International

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    Fax  713-896-0122
www.Acumen.us.com

EIN 76-0270480

## INVOICE

1026793

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|-----------------|-----------|-------|-----|----------|------------|-------------|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|------|-----|-----|-------------|-----------|--------|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| Payments/Credits | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris<br>Field<br>Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   1

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type     Supply

| ITEM | QTY | GL ACCT<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000<br>5478 | EA | VALVE,MATTCO,5478,CHARGING,750<br>0 PSI,F/20 GAL DISCHARGE<br>PULSATION DAMPENER | 159.50<br>319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute   Item Desc :

ECCN NO: EAR99           HTS NO:8481809050           UNSPSC NO:

| 2 | 1 | 024000<br>152937 | EA | GAUGE-PRESSURE,HYDRAULFT,15293<br>7,233.50 2.5 400BAR/ PSI G1/4B<br>L,0-400 BAR + 0-6000 PSI,T-NO.<br>REQUIRED,DIAL 63 MM,CONN<br>BSP,CONN SIZE 1/4<br>IN,CERTIFICATE OF CONFORMANCE<br>INCLUDED,(WIKA 50791141) | 46.95<br>46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitute   Item Desc :

ECCN NO: EAR99           HTS NO:9026200000           UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 |
|---|---|
| OIM | DATE |

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions
must be initialled

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY FR NO:   C000236183

BUYER           DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70519
USA

```
+-------------------+
|     Valaris       |
|     Field         |
|   Requisition     |
+-------------------+
```

Business Unit: 10013   OPEN
Req ID 0000236183
Date: 06/03/2020
Page   2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type       Supply

| ITEM | QTY | GB. ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Subtitutes     Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Subtitutes     Item Desc :

ECCN NO: EAR99          HTS NO:8479899898          UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56- 56-MUD PUM | C | | | |

| R4202 | | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|-------|--|------------|---------------------------------|---------------------------------|-------------------------------------|
| OIM | | DATE | | | |
| *(signature)* | | C/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page     5

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | GA. ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:              HTS NO:              UNSPSC NO:

Total Requisition Amount          4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt : | 6/5/26 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | |
| | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   580047

Acct Code # 3060-15
Clayton Thomsen

**EXHIBIT 7**



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                         $         4,150.11

Handling Charges @ 5%(601)                                              $           207.51

AMOUNT DUE:   $          4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:   WFBIUS6S
3A #121000248
ccount # 4669481673

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

**EXHIBIT 7**



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58081 |

S O L D   E06
T O   VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P   000001
T O   ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

**TOTAL DUE**   4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

P.D. CHARGING VALVE 7,500 PSI
SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

STABILIZER
SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

BLADDER (HNBR), 20 GAL. HYDROG. NITRILE
SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN

S/N: 3981, 3994

PO LINE ITEM: 3-1

EXHIBIT 7



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT |  | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

| Business Unit: 10013    OPEN |
|---|
| Req ID:D0000236183 |
| Date: 06/03/2020 |
| Page    1 |

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | GA ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:8481809050                    UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

This Item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO: · 0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

**EXHIBIT 7**

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013     OPEN
Req ID:0000236183
Date: 06/03/2020
Page     2

Attention: DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | | |
| 3 | 2 | 024000 6020MATTCD | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8413919520                    UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BU NA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8479899898                    UNSPSC NO:

| 5. | 1 | 024000 6458 | EA | GAUGE,MATTCO,6458,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
| OIM | DATE | | | |
| | 6/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | | | |
| NOTE: Any additions or deletions must be Initialed | | Rep Signature | | BUYER          DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

EXHIBIT 7

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type          Supply

| ITEM | QTY | G/L ACCT
Item ID
N | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO:  EAR99                          HTS NO:9026200000                          UNSPSC NO:

| 6 | 6 | 024000
072270087002 | EA | GASKET,ACUMEN
INTERNATIONAL,0772-70-0570-02,
P-109 | 18.00
108.00 | 56- 56-MUD PUM | C |
|---|---|---|---|---|---|---|---|

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                          HTS NO:                          UNSPSC NO:

Total Requisition Amount:          4,206.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by item | PURCHASING ONLY FR NO:    0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions
must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____          DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:    580047

Acct Code# 3060-15
Clayton Thomsen

**EXHIBIT 7**