# **Exhibit 9**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and** | § | |
| **ILX PROSPECT KATMAI, LLC** | § | **JUDGE: MAGISTRATE:** |
| ***in rem*** | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**VERIFIED COMPLAINT IN REM SEEKING RECOGNITION AND ENFORCEMENT OF ATLANTIC MARITIME SERVICE, LLC'S LIEN AND PRIVILEGE RIGHTS SOLELY WITH RESPECT TO THE SUBJECT INTERESTS OF THE DEFENDANTS AND ENFORCING SUCH RIGHTS BY WRIT OF SEQUESTRATION**

**NOW HERE COMES** Atlantic Maritime Services, LLC (the "***Plaintiff***") and files this Verified Complaint seeking recognition of the Plaintiff's lien and privilege rights solely with respect to the Subject Interests (defined hereinbelow) of Ridgewood Katmai, LLC ("***Ridgewood***") and ILX Prospect Katmai, LLC ("***Prospect***," and together with Ridgewood, the "***Defendants***"), and enforcing such rights by writ of sequestration, specifically reserving any and all rights to seek additional legal or equitable relief against other property or persons accountable for the claims stated herein. In support of the Verified Complaint, the Plaintiff respectfully shows as follows:

## Parties

1. The Plaintiff is a Delaware limited liability company with its principal place of business located at 5827 San Felipe Street, Suite 3300, Houston, TX 77057. The Plaintiff is a wholly-owned subsidiary of Valaris plc, debtor-in-possession in bankruptcy case no. 20-34114, pending before the Bankruptcy Court for the Southern District of Texas. (Bankr. S.D. Tex. 20-

34114, ECF Doc. 1).

2. Ridgewood is a Delaware limited liability company with a principal place of business located at 1254 Enclave Parkway, Houston, Texas 77077.

3. Prospect is a Delaware limited liability company with a principal place of business located in Houston, Texas.

**Jurisdiction and Venue**

4. This Court has jurisdiction over this matter because the case and controversy herein arises out of, and in connection with, operations conducted on the Outer Continental Shelf for the exploration, development, or production of minerals, subsoil, and seabed of the Outer Continental Shelf. Thus, jurisdiction exists pursuant to the Outer Continental Shelf and Lands Act, 43 U.S.C. §1349(b)(1).

5. Venue is proper in this District under 43 U.S.C. §1349(b)(1) because this is the "judicial district of the State nearest the place the cause of action arose."

**Factual Allegations**

6. The Plaintiff is lawfully engaged in the business of furnishing labor, equipment, machinery, materials, and services, including drilling services, in support of drilling, development, exploration and/or operation of oil and gas wells.

7. Based on the records of the Bureau of Ocean Energy Management ("***BOEM***"), the Defendants together hold a 50% working interest (25% each) in a certain lease situated in the Outer Continental Shelf, OCS-G-34536, Green Canyon Area, Block 40 (the "***Lease***"), containing Well #1 (API 608114062300) (the "***Well***"), for which Fieldwood Energy, LLC ("***Operator***") serves as operator of record.

8. Between April 6, 2020 and June 4, 2020, the Plaintiff furnished goods, equipment,

supplies, and services for and in connection with the drilling and/or operation of the Lease and Well in the total principal amount of $7,111,706.55, as reflected in the invoices and work tickets attached hereto. *See* Exhibits 1-8, pp. 5-54, pp. 4-53, pp. 6-55, pp. 5-54, pp. 5-50, pp. 4-50, pp. 6-51, and pp. 5-50, respectively.

9. Pursuant to La. R.S. § 9:4861, *et seq.* ("***LOWLA***"), the Plaintiff is granted a privilege and lien (the "***Lien***") to secure payment owed for the goods, equipment, supplies, services, and other materials provided by the Plaintiff for the benefit of the Lease and the Defendants.

10. The Plaintiff properly preserved, perfected, and maintained the perfection of the Lien by filing and recording the following lien affidavits (the "***Lien Affidavits***"):

(a) Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Plaquemines Parish on July 16, 2020, as File #2020-00002808, Book 772, Pages 683-736 (attached hereto and incorporated by reference as **Exhibit 1**);

(b) Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Jefferson Parish on July 16, 2020 as Instrument No. 12032371, Book 4886, Pages 226-278 (attached hereto and incorporated by reference as **Exhibit 2**);

(c) Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Lafourche Parish on July 16, 2020 as File No. 1298859, Book 2056, Pages 519-572 (attached hereto and incorporated by reference as **Exhibit 3**);

(d) Statement of Privilege in the amount of $6,973,379.03, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Terrebonne Parish on July 16, 2020, as File #1606305, Book 3165, Pages 405-458 (attached hereto and incorporated by reference as **Exhibit 4**);

(e) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Plaquemines Parish on July 23, 2020, as File #2020-00002925, Book 773, Pages 76-125 (attached hereto and incorporated by reference as **Exhibit 5**);

(f) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against

Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Jefferson Parish on July 23, 2020 as Instrument No. 12033590, Book 4887, Pages 125-174 (attached hereto and incorporated by reference as **Exhibit 6**);

(g) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Lafourche Parish on July 23, 2020 as File No. 1299324, Book 2058, Pages 411-461 (attached hereto and incorporated by reference as **Exhibit 7**); and

(h) Statement of Privilege in the amount of $138,327.52, in favor of the Plaintiff, against Lease No. OCS-G-34536, Green Canyon, Block 40, filed and recorded in the mortgage records of Terrebonne Parish on July 23, 2020 as File # 1606885, Book 3167, Pages 464-513 (attached hereto and incorporated by reference as **Exhibit 8**).

11.     The Lien Affidavits were each filed within 180 days of the completion of the work, materials, tools, and equipment supplied by the Plaintiff in connection with the drilling, development, exploration and/or the operation of the Lease on June 4, 2020. The Plaintiff provided notice to the Operator by certified mail, delivered on July 20, 2020 and July 28, 2020.

12.     On August 3, 2020, the Operator filed a voluntary petition for bankruptcy relief, commencing case no. 20-33948 (the "***Bankruptcy Case***") before the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***").[1] (Bankr. S.D. Tex. 20-33948, ECF Doc. 1).

13.     The principal amount owed for the work described above, $7,111,706.55, remains past due and owing, together with attorneys' fees up to 10% of the amount due, costs for preparing the Lien Affidavits and notice of *lis pendens*, and interest.

---

[1] As reflected in the reservations of rights throughout this Verified Complaint, the Plaintiff does not seek recognition or enforcement of its Lien against the Operator or any of its property interests; however, the Plaintiff expressly reserves the right, to the extent necessary, to seek relief from the automatic stay in the Bankruptcy Case to enforce its rights against the Defendants' interests in the hydrocarbons produced with respect to the Lease and the Subject Interests, as well as the proceeds of the sales of such hydrocarbons to third-party purchasers. The Plaintiff further reserves the right to seek any other relief from the Bankruptcy Court or otherwise with respect to the Operator or any other persons or properties accountable for the claims herein

## CLAIMS FOR RELIEF

**Count I: Recognition and Enforcement of Plaintiff's Lien against the Subject Interests**

14. The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

15. LOWLA grants claimants like the Plaintiff a privilege and lien to secure payment for their work by operation of law.

16. The lien and privilege afforded under LOWLA is established over:

> (1) "The operating interest under which the operations giving rise to the claimant's privilege are conducted, together with the interest of the lessee of such interest in a:
>
> (a) Well, building, tank, leasehold pipeline, and other construction or facility on the well site.
>
> (b) Movable on a well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use.
>
> (c) Tract of land, servitude, and lease described in R.S. 9:4861(12)(c) covering the well site of the operating interest.
>
> (2) Drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.
>
> (3) The interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege.
>
> (4) The proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege." (together, the "***LOWLA Properties***").

La. R.S. § 9:4683(A)(1-4).

17. In this lawsuit, the Plaintiff seeks recognition and enforcement of its Lien solely with respect to the Defendants' interests in the specific property interests of the Defendants included within La. R.S. § 9:4683(A)(1-4) (collectively, the "***Subject Interests***"), expressly

reserving any and all rights to seek recovery of additional amounts associated with the sales proceeds derived from the sale of the hydrocarbons produced from the Lease, insofar as the automatic stay arguably prevents the Plaintiff from seizing and garnishing such proceeds to the extent such proceeds are commingled with proceeds attributable to the sale of hydrocarbons owned by the Operator in the absence of an order from the Bankruptcy Court modifying or lifting the automatic stay as to such proceeds.

18. Additionally, pursuant to La. R.S. § 9:4862(B)(3), the Plaintiff seeks recognition of its right to recover against the Subject Interests the cost of preparing and filing the Lien Affidavits and the notice of *lis pendens* authorized to be filed under La. R.S. § 9:4865(c), which the Plaintiff intends to file during the period allotted thereunder.

19. Furthermore, pursuant to La. R.S. § 9:4862(B)(2) and (4), the Plaintiff seeks recognition of its right to enforce against the Subject Interests claims to recover reasonable attorneys' fees not to exceed ten percent (10%), as well as interest.

**Count II: Request for Writ of Sequestration against the Subject Interests**

20. The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

21. Louisiana law recognizes that sequestration is warranted when a plaintiff claims a privilege against the property of a defendant, and "it is within the power of the defendant to conceal, dispose of, or waste the property or the revenues therefrom, or remove the property form the parish, during the pendency of the action." La. Code Civ. P. art. 3571.

22. Additionally, Louisiana law provides that, for liens and privileges under LOWLA, "[a] claimant may enforce his privilege by a writ of sequestration, without the necessity of furnishing security." La. R.S. § 9:4871.

23. Through this action, the Plaintiff seeks to enforce the Lien against property of the

Defendants, the Subject Interests, except that the Plaintiff does not seek to seize any of the Subject Interests to the extent such Subject Interests are commingled with property of the Operator and the seizure thereof would potentially violate the automatic stay in the Operator's Bankruptcy Case.

24. As holder of the Subject Interests, the Defendants have the power to alienate or encumber the Subject Interests.

25. To protect the Plaintiff's Lien, it is necessary that a Writ of Sequestration issue, in accordance with La. Code Civ. P. Art. 3571, *et seq.*, and without security in accordance with La. R.S. § 9:4871, directing the United States Marshal to seize and to hold the Subject Interests until further Order from this Court, and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne, and in the records of BOEM.

26. The Plaintiff reserves the right to amend the Verified Complaint to name as defendants all other working-interest owners of the Lease, including the Operator,[2] and all purchasers of the gas, oil and distillate produced and saved from wells located on the Lease, for the purpose of this Court entering judgment against those purchasers, ordering them to turn over to the Plaintiff all proceeds derived from the Lease in an amount sufficient to pay the full amount of the indebtedness owed to the Plaintiff, including principal, interest, expenses, attorneys' fees and costs, as permitted by law.

27. The Plaintiff further reserves all rights to file a motion to lift or otherwise modify the automatic stay in the Bankruptcy Case, seeking the sequestration and garnishment of the proceeds of the other working-interest owners from sale of the hydrocarbons in connection with

[2] Inclusion of the Operator in this lawsuit shall be subject in all respects to the automatic stay associated with the Operator's Bankruptcy Case, and Plaintiff shall seek such relief as is required from the Bankruptcy Court prior to amending this Verified Complaint to include any request for relief with respect to the Operator or the Operator's property.

the Lease.

28. Therefore, on the basis of the allegations above, verified by the Plaintiff's authorized representative, Ben Rose, and further supported by the Exhibits attached hereto, the Plaintiff respectfully prays for recognition and enforcement of its Lien and issuance of a writ of sequestration solely with respect to the Subject Interests, in substantially the same form as the Writ of Sequestration attached hereto.

**WHEREFORE**, the Plaintiff, Atlantic Maritime Services, LLC, respectfully prays that this Court:

(i) Recognize the lien and privilege in favor of Atlantic Maritime Services, LLC in the amount of $7,111,706.55, together with interest, attorneys' fees, the costs of preparing and filing the Lien Affidavits, and all court costs, solely with respect to the interests of Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC (collectively, the "***Defendants***") in the specific property interests of the Defendants included within La. R.S. § 9:4683(A)(1-4) (the "***Subject Interests***");

(ii) Issue a writ of sequestration, the requirement of security having been dispensed with by law, directing the United States Marshal to serve or cause to be served the Writ of Sequestration on the Defendants and to record or cause to be recorded the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and Terrebonne, and in the records of the United States of America, Bureau of Ocean and Energy Management; and

(iii) Issue final judgment in favor of Atlantic Maritime Services, LLC and against the Subject Interests in the amount of $7,111,706.55, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK RANKIN & HUBBARD

*/s/ Stewart F. Peck*
STEWART F. PECK (#10403)
JAMES W. THURMAN (#38494)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email:speck@lawla.com; jthurman@lawla.com
*Counsel for Atlantic Maritime Services, LLC*

**<u>PLEASE ISSUE SUMMONSES:</u>**

**Ridgewood Katmai, LLC**
Care of its Registered Agent,
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

AND

**ILX Prospect Katmai, LLC**
Care of its Registered Agent,
Corporation Service Company
Corporation Trust Center 1209 Orange Street
Wilmington, Delaware 19801

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**File # :** 2020-00002808

**Type of Document :** MATERIALMANS LIEN

**Book :** 772 **Page :** 683

**Recording Pages :** 54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

Doc ID - 005320660054

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 10:52:13
Recorded in Book 772 Page 683
File Number 2020-00002808

Deputy Clerk

STATE OF LOUISIANA
UNION · JUSTICE · CONFIDENCE

**Return To :**

EXHIBIT
1

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

# STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT
1

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: Jason R. Morganelli
Title: President

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

EXHIBIT 1



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006256
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 88.0 | HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS ZERO RATE | $0.00 | $ - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.08 09:20:20 -05'00'

Coding: BU10079

| | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT
1

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 5 June 2020 | | | | | | | | | | 0.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| | HOURS: | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| | AMOUNTS: | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 1

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 794 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip: 503 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4 CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTEF, L/D Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/MM & Flush Tool, Circ. POOH with mill tools | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser. Unlatch BOP. New Tensioner ring. Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 55.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC944. | 147.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 344.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 678,333.33 . $400 $ . $ . $ . $ . $ .

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 90%/Hr 98%/hr | $ | 7,554.17 |
| 90%/Hr MPD 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 678,333.33

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
Clayton [signature] 6-5-20

DS-16 Rotating Supt.: Robert Ray
Fieldwood Client Representative: Sean Rains
DS-16 Rotating Supt. Signature: [signature]
Fieldwood Client Representative Signature: [signature]
Date: 6-05-2020
Date: 6-5-2020
Rig Manager:
Fieldwood Drilling Supt.:
Rig Manager Signature:
Fieldwood Drilling Supt. Signature:
Date:
Date:

EXHIBIT 1

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706, (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S, L/D SSTT. RIH w/Mill & Flush Tool. Circ. POOH with mill tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser, Unlatch BOP. Stow Tensioner ring, Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 39.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [illegible] 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |
| | $ 678,333.33 | $0.00 | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | |

| | Rate | | Amount |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,256.67 |

**Total Billable for the Month: $ 678,333.33**

DS-16 Rotating Supt.: 

Fieldwood Client Representative:

DS-16 Rotating Supt. Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Dinny Sharry

Fieldwood Drilling Supt.:

Rig Manager Signature: [signature]

Fieldwood Drilling Supt. Signature:

Date: 06-07-2020

Date:

EXHIBIT 1



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.01 17:31:39 -05'00'

Coding: BU10079

| | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT
1

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| | HOURS: | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| | AMOUNTS: | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT
1

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: S.C. 40 E 1 Completion, Ketmal

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS | | | | | | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPR 704 100% | STBY 705 @ 98% | R/R SURFACE 704 (12 hour allowance per month) – thereafter 0 – 0.66 | R/R SUBSEA 704 (24 hour allowance per month) – thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 901 @ 75% | No rate earned: All repair rate in excess of monthly allowed hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (see legend below) | (see legend below) | (see legend below) | Comments (required for any rate other than Operating) | Total POB |
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSH, R/O and L/D Flow head, R/O and L/O CTU, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 64.00 | | | | Attempt to free string, R/U Slick line RIH and Retrieve [illegible] POOH, R/D Slick line R/U E-line and [illegible] | 158.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 1.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut [illegible], M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 166.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RSH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 164.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perform [illegible] inspection and R/U E-line [illegible] M/U [illegible] and R/U E-line Engage fish E-line RIH with Camera and perform inspection | 166.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ E-line camera, POOH and reverse [illegible], R/D A-Tms and Wire Line RIH w/ WR and BOP Test assy and test BOPs | 134.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with test Assy, M/U fishing assy and [illegible] fish and hang E-line sheave M/U ATLAS, RIH 3.25" cutter on E-line and cut fish E-line [illegible] POOH | 151.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | R/D ATLAS change out cutter [illegible] M/U pressure test ATLAS and RIH, Cut tubing. Take over pull [illegible] slack, POOH with E-line L/D tools, Rack back ATLAS Work String for success, M/U ATLAS P/U cutter and test ATLAS, RIH with 3.25" cutter and cut tubing, POOH w/ E-line, POOH with tubing assy M/U 9" x 5.5" burn shoe RIH and mill [illegible] ATLAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U Camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" milling assy, [illegible] and [illegible] line, RIH w/ 9" x 5.5" mill assy R/U ATLAS R/U E-line and P/U camera | 161.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible] for visibility, POOH and R/D rack back ATLAS POOH and M/U 9-5/8 [illegible] shoe mill and RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and bits, RIH and Mill, POOH and clean magnets inspect mill, change [illegible] at TDE, Paint mill and RIH tag fish and return to mill [illegible] mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace line [illegible] POOH and inspect mill RIH and [illegible] fish, [illegible] inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill, RIH and Mill, POOH, RIH w/ overshot and jar, [illegible] inspection, POOH, Prep next BHA, RIH w/ mill, Mill [illegible] | 161.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U mill w/ 24" Stop Ring, RIH and Mill, POOH and inspect mill RIH and Mill, POOH inspect mill, M/U overshot and RIH, Pull fish #1 to surface. | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage fish #2, POOH w/fish, Slip and cut drill line, RIH w/Over shot to [illegible] fish #2, M/U ATLAS and E-line RIH w/camera POOH R/D ATLAS POOH, M/U V-Barb fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control line [illegible], M/U Overshot and RIH, M/U ATLAS and RIH w/ Camera, POOH Reconfigure ATLAS, [illegible] R/U Slick line RIH w/GR, POOH and R/D Slick line | 171.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 84.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U Slick line RIH [illegible] NOS POOH, L/D Slick line R/U E-line RIH w/ 2.25" [illegible] GR-CCL | 144.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter, Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ [illegible] & 17,750' of fish. | 118.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to [illegible] of fish [illegible] control lines, [illegible] | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from [illegible] to surface. R/D OES equipment, RIH w/ Wellbore cleanout. [illegible] & function BOP's. P/U BOP Test tool & RIH | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ [illegible] and RIH, Test BOP's & IBV's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDS safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure Work over TOF, POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy. & L/D. RIH w/ Halliburton Overshot assy & RIH to [illegible], Set overshot, confirm latch, Test to 1,000 psi, Release from Overshot. Spot Packer fluid, Hang [illegible] Pack Sheaves in derrick. POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang [illegible] Pack Sheaves in derrick. POOH with Halliburton RT. RIH with WBRT, Retrieve WB & POOH. Slip & Cut [illegible] of Drill line. RU to run completion tubing. P/U lower completion. | 117.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer. Terminate & test Prod Packer, RIH w/ 3-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 3-1/2" Prod Tbg. P/U Pups & UCIM / SLB TRCH SCSSV assy, Term & test same. RIH w/ 5.5" tbg. | 201.00 |

EXHIBIT 1

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | [illegible] 5-1/2" Prod Tbg. [illegible] | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | [illegible] Transfer [illegible] up PRT equipment on [illegible] for SSTT transfer. R/D PRT, R/U BX-4's. Rack 6 5/8" landing String from derrick. Pick up PRT CTU, installed stabilizer beam & 22' bails. PU Schlumberger [illegible] flow head. | 196.00 |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | Land out THS & test same. [illegible] psi low / [illegible] psi high. RIH & pull isolation sleeve. [illegible] Cycle Open [illegible] Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | Flow Test & Clean Up Well. | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1787.00 | | |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | 0.0 |

$ 5,727,295.67 | 50.00 $ 7,704.31 $ - $ - $ - $ -

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

DS-16 Rotating Supt.: Robert Ray | Fieldwood Client Representative: Sean Rains

DS-16 Rotating Supt. Signature: Robert Ray | Fieldwood Client Representative Signature: [signature]

Date: 6-01-2020 | Date: 6/1/2020

Rig Manager: Brian Rodgers | Fieldwood Drilling Supt.:

Rig Manager Signature: | Fieldwood Drilling Supt. Signature:

Date: | Date:

EXHIBIT 1

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # DCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @ 75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSM, B/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve Isolation sleeve POOH, R/D Slick Line R/U E-line test lubricator | 198.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 3.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perform post jarring inspection and R/U E-line sheave at crown M/U A-teas and R/U E-line Engage Fish E-line RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and reverse circ 16.1 ppg ZnBr2, R/D A-Teas and Wire Line.RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and RIH latch into fish and hang E-line sheave M/U A-TEAS , RIH 3.25" cutter on Eline and cut fish E-line unit Power loss fixed POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | B/O ATEAS change out cuttee blasd M/U pressure test ATEAS and RIH, Cut tubing, Take over pull 1/200K stuck, POOH with E-line L/O tools, Rack Back ATEAS Work String no success, M/U ATEAS P/U cutter and test ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy M/U 9" x 5.5 Burn shoe RIH and mill CBU M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" Milling assy, recover mid clamp and control line, RIH w/ 9" x 5.5" mill assy R/U A-TEAS R/U E-line and P/U camera. | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, circ for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-3/8 x 8-5/8 crown shoe mill and RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and Mill on fish. | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and Jars, RIH and Mill, POOH and clean magnets inspect mill, change saver sub on TDX, Paint mill and RIH tag fish and rotate to mark painted mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace hose on HT, POOH and inspect mill.RIH and Jar on fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill , RIH and Mill, POOH, RIH w/ overshot and jar, Post Jaring Inspection, POOH, Prep next BHA, RIH w/ mill. Milling ops. | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and Inspect mill, M/U mill w/24" Stop Ring, RIH and Mill, POOH and inspect mill. RIH and Mill, POOH Inpect mill, M/U overshot and RIH. Pull fish #1 to surface. | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, Slip and cut drill line, RIH w/Over shot to above Fish #3. M/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb Fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines 2lbs, M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera. POOH Reconfigure ATEAS. Latch into fish R/U Slick Line RIH w/GR, POOH and R/D Slick Line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U Slick line RIH GR Pulling tool and Recover HDS POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish (prod tbg, control lines, clamps). | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface. R/D OES equipment. RIH w/ Well bore cleanout. Jet & Function BOP's. P/U BOP Test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ NuTec BSR tool and RIH. Test BOP's & BSR's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure Work over TOF. POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to ±20,055'. Stab overshot, confirm latch, Test to 1,000 psi. Release from OS assy. Spot Packer fluid, Hang Flat Pack Sheaves in derrick, POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid. Hang Flat Pack Sheaves in derrick. POOH with Halliburton RT. RIH with WBRT. Retrieve WB & POOH, Slip & Cut 153' of Drill line. RU to run completion tubing. P/U lower completion. | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer. Terminate & test Prod Packer. RIH w/ 5-1/2" Prod Tbg | 200.00 |

EXHIBIT 1

| Date | | | | | | | | | | | | | | | | | Remarks | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. PU Pups & UCIM / SLB TRC-II SCSSV assy, Term & test same. RIH w/ 5.5" tbg. | 203.00 |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. R/D OES, P/U Tub Hanger, Term & Test same. | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | Terminate lines & test on tbg hanger. L/O THRTT & PJSM f/ Transfer SSTT f/ Aux t/ Main. Rig up PRT equipment on TDX for SSTT transfer. R/D PRT, R/U BX-4's. Run 6 5/8" Landing String from derrick. Pick up PRT CTLF, installed stabilizer beam & 22' bails. PU Schlumberger Flow head. | |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | Land out TH & test same, RU HES SS and test same to 250/350 psi low / 5800 psi high. RIH & pull isolation sleeve. Cementer pump 63bbls of BO down tubing. Cycle Open FS2-HI Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| | | | | | | | | | | | | | | | | | | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | |
| | [illegible]49.93% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |

$ 5,727,291.67   50.00 $ 7,708.33 $   $   $   $

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 98%/Hr | $ | 7,554.17 |
| 98%/Hr MPD | $ | 8,166.67 |

**Total Billable for the Month: $ 5,735,000.00**

DS-16 Rotating Supt.:     Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature:     Fieldwood Client Representative Signature:

Date:     Date:

Rig Manager: Brian Rodgers [signature] Dinny Sharry     Fieldwood Drilling Supt.:

Rig Manager Signature:     Fieldwood Drilling Supt. Signature:

Date:     Date:

EXHIBIT 1



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
1



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

**TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

**AMOUNT DUE:** **$ 270,900.00**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.06.01 17:30:19 -05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202-110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
1

EXHIBIT 1

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 6 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 56 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

| | |
|---|---|
| TOTAL: | 1997 |
| TOTAL: | 1935 |
| TOTAL BILLABLE $ | 270900 |

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\rvadio2021\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 1

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\vadio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 86 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

EXHIBIT 1

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\radio2021\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 1



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____

EXHIBIT
1

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| **TECH OIL PRODUCTS LLC**<br>**INVOICE#SI02545 DATED:5/06/2020** | $ | 6,500.00 |
| Handling Charges @ 5%(601) | $ | 325.00 |
| **AMOUNT DUE:** | **$** | **6,825.00** |

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.06.15 09:32:40 -05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED

EXHIBIT 1



# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | |
|---|---|
| Amount Subject to Sales Tax | 0.00 |
| Amount Exempt from Sales Tax | 6,500.00 |

| | |
|---|---|
| **Subtotal:** | **6,500.00** |
| Invoice Discount: | 0.00 |
| Total Sales Tax: | 0.00 |
| **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT 1



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT 1



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT
1

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 OIM | 04/22/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 4/25/20 DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER |
| | | Larre Butler Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 1

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 04/22/2020
OIM DATE

[signature] 4/25/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature: Lorrie Butler]
Rep Signature
Larrie Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 1

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| MARTIN ENERGY SERVICES<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| **AMOUNT DUE:** | **$** | **8,772.79** |

**Rig Manager's Approval:** ____________________

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:29:57 -05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

EXHIBIT 1

**Document References**
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

**Internal References**
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-04-30

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
1

Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
[illegible] MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: [illegible] OPEN
Req ID: [illegible]
Date: 04/[illegible]2020
Page: 1

Attention: WAREHOUSE

Req. [illegible] Supply

| ITEM | QTY | [illegible] Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | [illegible] 154665 | EA | DIE, HYDRAULIC [illegible] FACE | [illegible] 3,[illegible] | 23 23 DRILLIN[illegible] | C | | | |

[illegible] Item Exempt : N

Available Substitutes Item Desc :

[illegible] NO: [illegible] [illegible] NO: [illegible] UNB REC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES

Total Requisition [illegible] [illegible]

FIELDWOOD RE-BILL FOR HYDRAPACKER SOFT GRIT DIES

| E4202 | 04/13/2020 | NOTE: Operator hereby authorizes [illegible] reimbursement of all items ordered above. | LIST ALL FIELD TICKET No. by Item | PURCHASING ONLY PO NO: [illegible] |
|---|---|---|---|---|
| ORIG | DATE | FWE Operator (Print) | | |
| [signature] 4-14-20 RIG MGR / OPERATIONS MGR. DATE | | [signature] Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larry Butler Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES. ___ NO ___ DATE FAXED: ___

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 560047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT
1

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 APPROVED
Req ID: 0000234902
Date: 04/13/2020
Page 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: WAREHOUSE

REQ Type Supply

| ITEM | QTY | G/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438010 UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

R4202 04/13/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234902

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: DATE FAXED:

EXHIBIT



MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 1



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984835-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK

MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE

Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 1

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v5/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL # 04232020205734

# Valaris

#436525

**Purchase Order** Page 1

Dispatch via E-Mail

10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 04/20/2020<br>R202- RESOLUTE<br>United States |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>Cport 2<br>CC-200<br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo<br>EMAIL: tina.castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

Total PO Amount 4,750.00

Buyer Tina Castillo

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE--
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 1



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

| | | |
|---|---|---|
| BILL TO: Enscofowns | CUSTOMER NO. 3430 | DATE: 4-22-20 |
| ORDERED BY Ernestine Castillo | | P.O. NO./AFE: 10013-0000457235 |
| PHONE NO. 281-292-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 Sling# 100538-11 | |
| | CRANE | TK# 212106 Sling# 98485-13 | |
| | FORKLIFT | Manifest# 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank sling | | 10 | 10 |
| | | TK# 4305434 Sling# 100787-21 | | | |
| | | TK# 227356 Sling# 98189-8 | | | |
| | | TK# 423189.36 Sling# 97554-10 | | | |
| | | TK# 217119 Sling# 100782-10 | | | |
| | | TK# 226836 Sling# 98483-1 | | | |
| | | TK# 174078 Sling# 97836-4 | | | |
| | | TK# 227354 Sling# 98485-7 | | | |
| | | TK# 368532 Sling# 100787-1 | | | |

DRUMS DELIVERED DRUMS RETURNED

WATER METER READINGS: START ______ STOP ______ GALS. ______

TERMINAL ______ SUPPLIER ______ BOL # ______ METER TKT. # ______ TRUCK# ______ TRAILER # ______

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

TANK GAUGES: BEFORE ______ AFTER ______

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ______ INITIALS ______ TOTAL REC'D. $ ______

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4736

APPROVED BY: X Cody Ledet [signature] Customer Signature

Michael Conner [signature] Martin Energy Services Representative

X [signature] BOL 13628384 Martin Driver Signature

4879-29207 Truck and Trailer No.

EXHIBIT 1

REV. 12/18 FORM NO. 107

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000234936
Date: 04/14/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

R4202 04/14/2020
OIM DATE

[signature] OIM 4/15/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature: Larre Butler]
Rep Signature

Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234936

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT
1

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212- 5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 1

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE: $ 265,300.00

Rig Manager's Approval: ______________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:26:48 -05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT
1

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 6 | 7 | 9 | 9 | 9 | 8 | 9 | 9 | 9 | 9 | |
| FMC | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | 8 | 8 | 8 | 8 | 8 | 16 | 10 | 4 | 6 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 5 | 6 | 8 | 6 | 5 | 6 | 8 | 8 | 8 | 6 | 6 | |
| OES | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| Oilstates | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| One Subsea | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Pharmasafe | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | 4 | 4 | 4 | 4 | 4 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | 2 | 2 | 2 | 2 | 2 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Quality Energy | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| OPS | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Superior Perf. | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 8 | 6 | 6 | 6 | 8 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 5 | 1 | 1 | 1 | 1 | 1 | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 56 | 57 | 74 | 76 | 73 | 77 | 78 | 78 | 78 | 78 | 77 | 79 | 86 | 86 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER C | | | | | | 79 | 79 | 79 | 79 | 79 | 84 | 54 | 55 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

TOTAL: 1945

TOTAL: 1895

TOTAL BILLABLE $ 255300

Began Katmai AFE on April 8th.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
L. Butler
5-1-20

APPROVAL [signature]

Company Man AP

EXHIBIT 1

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 1



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| **AMOUNT DUE:** | **$** | **3,890.29** |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
3A #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

EXHIBIT 1

Document References
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-06-19

---

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

---

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
1

EXHIBIT 1

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235769
Date: 05/19/2020
Page 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438010 UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT Code # 7060-15
5/19/20

| R4202 OIM | 05/19/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235769 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER DATE |
| | | Brent Primeaux Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________



NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | |
| | | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER |
| Branch | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line: MTS
Country of Origin: NORWAY
Unit Weight: 0.16 LB Total Weight: 3.91 LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total $3,605.04**

**Total Sales Quote Acknowledgement 1609931 Rev 1: $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is for informational purposes only and shall not be construed as NOV's representation, certification or warranty regarding the proper classification. Use of such classification information is at the Buyer's sole risk and without recourse to NOV. The Buyer is responsible for determining the correct classifications of all items prior to export and Buyer shall make its own export licensing determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED:
MTS = MADE TO STOCK
ESP = EMERGENCY SPARE
WE WILL TAKE BACK WITH 20% RESTOCKING FEE
MTO = MADE TO ORDER
GOODS CANNOT BE RETURNED

EXHIBIT 1

# Acumen International

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050 Fax 713-896-0122

www.Acumen.us.com

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**

Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**

ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

**Total US** $100.00

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits** $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

**Balance Due USD** $100.00

EXHIBIT 1

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/3/20 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 1

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C |

R4202 — OIM | 06/03/2020 — DATE

[signature] 6/5/2 
RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 1

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| Line Item Exempt : [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) / Rep Signature / Rep Name (Print) | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ______

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton Johnson

EXHIBIT 1



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| MATTCO<br>**INVOICE#58061 - DATED:06/10/2020** | $ | 4,150.11 |
| Handling Charges @ 5%(601) | $ | 207.51 |
| **AMOUNT DUE:** | **$** | **4,357.62** |

Rig Manager's Approval: [signature]

**REMIT ACH PAYMENTS TO:**
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

[signature] Digitally signed by Ben
Date: 2020.07.10 08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

EXHIBIT 1



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 1

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478<br>P.D. CHARGING VALVE 7,500 PSI<br>SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN<br>PO LINE ITEM: 1-1 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| 6020<br>STABILIZER<br>SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN<br>PO LINE ITEM: 2-1 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| 6590<br>BLADDER (HNBR), 20 GAL. HYDROG. NITRILE<br>SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN<br>S/N: 3981, 3994<br>PO LINE ITEM: 3-1 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

EXHIBIT
1



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 2

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

EXHIBIT 1

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

/

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/3/20 DATE | Operator (Print) / Rep Signature / Rep Name (Print) | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 1

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

Item 3:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO:8413919520 UNSPSC NO:

Item 4:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO:8479899898 UNSPSC NO:

R4202 — OIM
06/03/2020 — DATE
[signature] — RIG MGR / OPERATIONS MGR
6/5/2 — DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
Operator (Print)
Rep Signature
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 1

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 06/03/2020 OIM DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|
| Line Item Exempt : [signature] 6/5/20 RIG MGR / OPERATIONS MGR DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | Rep Signature | | |
| | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _______

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton Thomson

EXHIBIT 1

(Green Canyon 40 #1)

# STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

07/16/2020 11:34:20 AM JEFF PAR 6376320 mgw $315.0
INST. 12032371 MORTGAGE BOOK 4886 PAGE 226

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
2

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 2

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

NOTARY PUBLIC STATE OF TEXAS

EXHIBIT
2



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006256
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $186,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben Date: 2020.06.08 09:20:20 -05'00'

Coding: BU10079

| | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT 2

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION. G.C. 40 #1 COMPLETION
AFE FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 5 June 2020 | | | | | | | | | | 0.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| | HOURS: | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| | AMOUNTS: | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 2

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 22276
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.: 503 @75% | No rate earned: All repair rate in excess of monthly allowed hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build-up. Displace L/S w/10.4CaCl2. SIK crown plug on SE and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 58.00 | | | | POOH with L/S. L/D SSTT, BH w/BAR & Hyd Tool, Circ. POOH with inl tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set JTC and test. Displace riser to SW. POOH with BC RT. R/U for Riser. Unlatch BOP. Slow Tensioner ring, Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 55.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC944. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 673,333.33 . $ - $ - $ - $ - $ -

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 125,000.00 |
| In hole/Subsea | 100 / Day MPO | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPO | $ | 8,333.33 |
| | 100%/hr | $ | 7,708.33 |
| 90%/hr | 98%/hr | $ | 7,554.17 |
| 90%/hr MPO | 98%/hr MPO | $ | 8,166.67 |

Total Billable for the Month: $ 678,335.33

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
Clayton [signature] 6-5-20

DS-16 Rotating Supt.: Robert Bay
DS-16 Rotating Supt. Signature: Robert Bay
Date: 6-05-2020

Fieldwood Client Representative: Sean Reins
Fieldwood Client Representative Signature: [signature]
Date: 6-5-2020

Rig Manager:
Rig Manager Signature:
Date:

Fieldwood Drilling Supt.:
Fieldwood Drilling Supt. Signature:
Date:

EXHIBIT 2

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706, (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.: 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/Mill & Flush Tool. Circ. POOH with mill tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser. Unlatch BOP. Stow Tensioner ring. Remov drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | 0.00 |
| | [illegible] 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |
| | $ 676,333.33 | $0.00 | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 678,333.33

DS-16 Rotating Supt.: Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature: Fieldwood Client Representative Signature:

Date: Date:

Rig Manager: Dinny Sharry Fieldwood Drilling Supt.:

Rig Manager Signature: [signature] Fieldwood Drilling Supt. Signature:

Date: 06-07-2020 Date:

EXHIBIT 2



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.01 17:31:39 -05'00'

Coding: BU10079

| | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT 2

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $168,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| | HOURS: | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| | AMOUNTS: | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 2

EXHIBIT 2

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month/yr: May 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: S-C 401 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 704 (22 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @ 75% | No rate earned; All repair rate in excess of monthly allowed hours | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down [illegible], R/D and L/D Flow head, R/D and L/D CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 65.00 | | | | Attempt to free string, R/U Slick line RIH and [illegible] POOH, R/D Slick line R/U E-line [illegible] | 194.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 2.5 [illegible] assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 192.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 58.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U fishing Assy and RIH Attempt to free fish | 185.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, [illegible] | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and [illegible], R/D E-line and Wire Line, RIH w/ WS and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, [illegible] POOH with Test Assy, M/U fishing assy and [illegible] 3.25" cutter on E-line and cut fish [illegible] POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 15.00 | 2.00 | 44.00 | | | | R/D ATEAS change out cutter [illegible] M/U pressure test ATEAS and RIH, Cut tubing, [illegible] POOH with E-line L/D tools, Rack back ATEAS Work String no success, M/U ATEAS [illegible] 3.25" cutter and cut tubing, POOH w/ E-line, POOH [illegible] | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line R/U Camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" milling assy, [illegible] RIH w/ 9" x 5.5" mill assy R/U ATEAS R/U E-line and P/U camera | 161.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible] POOH and R/D rack back ATEAS POOH and M/U [illegible] RIH and Mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and Clean magnets, [illegible] RIH and Mill, POOH and clean magnets inspect mill, [illegible] RIH tag fish and [illegible] mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, [illegible] POOH and inspect mill RIH and Set on fish, [illegible] inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill, RIH and [illegible], POOH, RIH w/ overshot and jar, Post jarring inspection, POOH, [illegible] BHA, RIH w/ mill, Milling ops | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U mill w/ 24" Stop Ring, RIH and Mill, POOH and inspect mill, RIH and Mill, POOH inspect mill, M/U overshot and RIH, [illegible] | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, [illegible], RIH w/Overshot to above Fish #3, M/U ATTAS and E-line RIH w/camera POOH R/D ATEAS POOH, M/U [illegible] assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | [illegible] and POOH, [illegible] M/U Overshot and RIH, M/U ATEAS and [illegible] Camera, POOH [illegible] ATEAS, [illegible] POOH and R/D Slick line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 84.00 | 6.00 | 14.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and [illegible] GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U Slick line RIH GR Pulling tool and Retrieve [illegible] POOH, R/D Slick line R/U E-line RIH w/3.25" [illegible] | 164.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter, Correlate on depth & cut tbg, POOH & R/D E-line, POOH w/ work string & 17,750' of tbg. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,848' of tbg [illegible] | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | POOH from 6,848' to surface, R/D OES equipment, RIH w/ [illegible] BOP's [illegible] | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ [illegible] and RIH, Test BOP's & [illegible], C/K manifold & surface [illegible] | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDK safety valves, POOH with BOP test assy, RIH w/ WBCO, Circulate every 1,000' [illegible] Work over TOL POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & [illegible] overshot, confirm latch, Test to 1,000 psi. Release from Overshot. Spot Packer fluid, Hang [illegible] POOH with Halliburton [illegible] | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang [illegible] in derrick, POOH with Halliburton [illegible], RIH with WBRK, Retrieve [illegible] & POOH, Slip & Cut [illegible] of Drill line, R/U to run completion tubing, R/U lower completion | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U [illegible] / [illegible] assembly and Production packer. [illegible] & test Prod Packer, RIH w/ 5-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg, P/U Pups & [illegible] / [illegible] assy, Term & test same. RIH w/ 5-1/2" Tbg. | 201.00 |

EXHIBIT 2

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. [illegible] & Test [illegible] | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 15.00 | 16.00 | 69.00 | | | | [illegible] for SSTT [illegible]. S/D PRT, [illegible] Run 5-5/8" Landing String from derrick. Pick up PRT [illegible] 22' [illegible] flow head. | |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | [illegible] to 250/350 psi low / 5600 psi high. [illegible] Cycle [illegible] Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2651.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | 185.00 |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 5,725,211.67   50.00 $   7,716.31 $   - $   - $   - $   - $

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 95%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

DS-16 Rotating Supt.: Robert Roy
Fieldwood Client Representative: Sean Rains

DS-16 Rotating Supt. Signature: [signature]
Fieldwood Client Representative Signature: [signature]

Date: 6-01-2020
Date: 6/1/2020

Rig Manager: Brian Rodgers
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 708 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSM, B/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve Isolation sleeve POOH, R/D Slick Line R/U E-line test lubricator | 198.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 3.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perfrom post jarring inspection and R/U E-line sheave at crown M/U A-teas and R/U E-line Engage Fish E-line RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and reverse circ 16.1 ppg ZnBr2, R/D A-Teas and Wire Line, RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and RIH latch into fish and hang E-line sheave M/U A-TEAS, RIH 3.25" cutter on Eline and cut fish E-line unit Power loss fixed POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | B/O ATEAS change out cutter blase M/U pressure test ATEAS and RIH, Cut tubing, Take over pull t/700K stuck, POOH with E-line L/O tools, Rack Back ATEAS Work String no success, M/U ATEAS P/U cutter and test ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy M/U 9" x 5.5 Burn shoe RIH and mill CBU M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" Milling assy, recover mid clamp and control line, RIH w/ 9" x 5.5" mill assy R/U A-TEAS R/U E-line and P/U camera. | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, circ for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-3/8x8-5/8 crown shoe mill and RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and Mill on fish. | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and Jars, RIH and Mill, POOH and clean magnets inspect mill, change saver sub on TDX, Paint mill and RIH tag fish and rotate to marl painted mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace hose on HT, POOH and inspect mill,RIH and Jar on Fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill, RIH and Mill, POOH, RIH w/ overshot and jar, Post jaring inspection, POOH, Prep next BHA, RIH w/ mill, Milling ops. | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U mill w/24" Stop Ring, RIH and Mill, POOH and inspect mill, RIH and Mill, POOH inpect mill, M/U overshot and RIH, Pull Fish #1 to surface, | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, Slip and cut drill line, RIH w/Over shot to above Fish #3, M/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb Fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines 7lbs, M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera, POOH Reconfigure ATEAS, Latch into fish R/U Slick Line RIH w/GR, POOH and R/D Slick Line | 185.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U slick line RIH GR Pulling tool and Recover HOS POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish (prod tbg, control lines, clamps). | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface. R/D OES equipment. RIH w/ Well bore cleanout, Jet & Function BOP's. P/U BOP Test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ NuTec BSR tool and RIH, Test BOP's & BSR's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy, RIH w/ WBCO, Circulate every 1,000' as per procedure Work over TOF POOH w/WBCO | 156.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to ±20,055'. Stab overshot, confirm latch, Test to 1,000 psi. Release from OS assy. Spot Packer fluid, Hang Flat Pack Sheaves in derrick, POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang Flat Pack Sheaves in derrick, POOH with Halliburton RT, RIH with WBRT, Retrieve WB & POOH, Slip & Cut 153' of Drill line, RU to run completion tubing, P/U lower completion. | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer, Terminate & test Prod Packer, RIH w/ 5-1/2" Prod Tbg | 200.00 |

EXHIBIT 2

| Date | | | | | | | | | | | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. PU Pups & UCIM / SLB TRC-II SCSSV Assy, Term & test same. RIH w/ 5.5" tbg. | 203.00 |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. R/D OES. P/U Tub Hanger, Term & Test same. | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | Terminate lines & test on tbg hanger. L/O THHTT & PISM I/ Transfer SSTT f/ Aux t/ Main. Rig up PRT equipment on TDX for SSTT transfer. R/D PRT. R/U BX-4's. Run 6 5/8" Landing String from derrick. Pick up PRT CTLF, installed stabilizer beam & 22' bails. PU Schlumberger Flow head. | |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 15.00 | 11.00 | 69.00 | | | | Land out TH & test same. RU HES SL and test same to 250/350 psi low / 5900 psi high. RIH & pull isolation sleeve. Cementer pump 63bbls of BO down tubing. Cycle Open FS2-HI Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| | | | | | | | | | | | | | | | | | | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | 0.00 |
| | 49.93% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 5,727,291.67 | $0.00 $ | 7,708.33 $ | $ | $ | $

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 98%/Hr | $ | 7,554.17 |
| 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

DS-16 Rotating Supt.: | Fieldwood Client Representative:

DS-16 Rotating Supt. Signature: | Fieldwood Client Representative Signature:

Date: | Date:

Rig Manager: Brian Rodgers | Dinny Sharry Fieldwood Drilling Supt.:

Rig Manager Signature: | Fieldwood Drilling Supt. Signature:

Date: | Date:

EXHIBIT 2



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
2



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe . Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

**AFE #: FW202002**

TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0( |

AMOUNT DUE: $ 270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.01 17:30:19 -05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202-110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 2

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | |
| QPS | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Scientific Drilling | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tristate | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 |

| Group / Date | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | |
| Schlumberger | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | |
| Superior | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | |
| TOTAL | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: S. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\...\Desktop\May 2020 3rd Party Bunk Meals.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Balleys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 2

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

[signature]

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
2



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| **TECH OIL PRODUCTS LLC**<br>**INVOICE#SI02545 DATED:5/06/2020** | $ | 6,500.00 |
| Handling Charges @ 5%(601) | $ | 325.00 |
| **AMOUNT DUE:** | **$** | **6,825.00** |

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.15 09:32:40 -05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED

EXHIBIT 2



HOOVER FERGUSON

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number: SI-02545
Invoice Date: 5/6/2020

Bill To:
EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To:
Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | **Subtotal:** | **6,500.00** |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT 2



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell

EXHIBIT 2



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 2

# Valaris

Valaris
Field
Requisition

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013 OPEN
Req ID: 0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 / OIM | 04/22/2020 / DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 4/25/20 DATE | FWE Operator (Print) | | |
| | | [signature] Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larre Butler Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
[signature] 4-22-2020

EXHIBIT 2

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 OIM | 04/22/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 4/25/20 DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER DATE |
| | | Larrie Butler Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ______

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 2



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| MARTIN ENERGY SERVICES<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| **AMOUNT DUE:** | **$** | **8,772.79** |

Rig Manager's Approval: ____________________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:29:57 -05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

EXHIBIT 2

**Document References**
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

**Internal References**
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-04-30

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
2

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
[illegible] ROAD
BROUSSARD LA 70518
[illegible]

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0002234992
Date: 04/13/2020
Page 1

Attention: WAREHOUSE

PURCHASING USE ONLY

| ITEM | QTY | UL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR LOCATION CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 02[illegible] 154865 | EA | DIES,HYDRAULIC [illegible] FACE | [illegible] 2,[illegible].04 | 23 - 22 DRILLIN | 0 | | | |

* Line Item Exempt : N

Available Substitutes Item Desc :

DOCK NO: EARPS

UNIREG NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES

Total Requisition Amount: 2,605.[illegible]

FIELDWOOD RE-BILL FOR HYDRATACKER SOFT GRIT DIES

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes [illegible] reimbursement of all items ordered above. | [illegible] FIELD TTMR No. by Item | PURCHASING ONLY [illegible] NO: 0000234[illegible] |
|---|---|---|---|---|
| OIM | DATE | F W E. Operator (Print) | | |
| [signature] 4-14-20 RIG MGR / OPERATIONS MGR | DATE | [signature] Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Lance Butler Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: __ NO: __ DATE FAXED: __

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT
2

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013 APPROVED
Req ID: 0000234902
Date: 04/13/2020
Page 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 24 | 024000<br>154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21<br>3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438010 UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 OIM | 04/13/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234902 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER |
| | | Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: DATE FAXED:

EXHIBIT



MARTIN ENERGY SERVICES

# INVOICE

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT
2



MARTIN
ENERGY SERVICES

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984835-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

EXHIBIT 2

DOC. CONTROL # 04232020205734

# Valaris

#436525

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated | PO DATE | 04/20/2020 |
| in care of: ENSCO OFFSHORE COMPANY | RIG NAME | R202- RESOLUTE |
| P.O. Box 570788 | FINAL DEST. COUNTRY | United States |
| HOUSTON TX 77257-0788 | REVISION NO. | |
| United States | REVISION DATE | |

| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>Cport 2<br>CC-200<br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Ernestine Castillo<br>EMAIL: tina.castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

Total PO Amount 4,750.00

Buyer Tina Castillo

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 2



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

| | | | |
|---|---|---|---|
| BILL TO: Fieldwood | CUSTOMER NO. 3430 | DATE: 4-22-20 | |
| ORDERED BY Ernestine Castillo | | P.O. NO./AFE: 10013-0000457235 | |
| PHONE NO. 281-292-4043 | | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. | |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM | |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 Sling# 100538-11 | |
| | CRANE | TK# 212106 Sling# 98485-13 | |
| | FORKLIFT | Manifest# 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank sling | | 10 | 10 |
| | | TK# 43054.34 Sling# 100787-21 | | | |
| | | TK# 227356 Sling# 98189-8 | | | |
| | | TK# 42369.36 Sling# 97554-17 | | | |
| | | TK# 217119 Sling# 100787-17 | | | |
| | | TK# 204836 Sling# 98483-1 | | | |
| | | TK# 174078 Sling# 97836-4 | | | |
| | | TK# 227354 Sling# 98485-7 | | | |
| | | TK# 369532 Sling# 100787-1 | | | |

DRUMS DELIVERED DRUMS RETURNED

WATER METER READINGS: START STOP GALS.

TERMINAL ______ SUPPLIER ______ BOL # ______ METER TKT. # ______ TRUCK# ______ TRAILER # ______

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

TANK GAUGINGS: BEFORE ______ AFTER ______

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ______ INITIALS ______ TOTAL REC'D. $ ______

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4738

APPROVED BY: X Cody Ledet Cody Ledet
Customer Signature

Michael Conner
Martin Energy Services Representative

X [signature] Bo 613628384
Martin Driver Signature

4879 - 29207
Truck and Trailer No.

EXHIBIT 2

REV. 12/18
FORM NO. 107

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000234936
Date: 04/14/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8865604 | EA | RENTAL-SLING,MARTIN ENERGY,8865604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.: PURCHASING USE ONLY)

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

R4202 04/14/2020
OIM DATE
[signature] OIM 4/15/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature] Larre Butler
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234936
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT 2

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...
Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 2

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

**AFE #: FW202002**

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE: $ 265,300.00

Rig Manager's Approval: ____________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:26:48 -05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 2

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChamplonX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Choquest | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | |
| FRANKS INTL | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | 8 | 8 | 8 | 8 | 8 | 16 | 10 | 4 | 6 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| NSI Fracturing | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 6 | 8 | 6 | 8 | 8 | 8 | 6 | 6 | |
| Oilstates | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| One Subsea | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| OFI (Oil Field Instr.) | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | |
| OGEC | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | 4 | 4 | 4 | 4 | 4 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | 2 | 2 | 2 | 2 | 2 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| QPS | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | [illegible] | [illegible] | 1 | |
| Rig Chem | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Southern Fab | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| TIW | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 1 | 1 | 1 | 1 | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Varis Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 56 | 57 | 74 | 78 | 73 | 77 | 78 | 76 | 76 | 78 | 77 | 70 | 86 | 86 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER ( | | | | | | 79 | 79 | 78 | 79 | 79 | 84 | 54 | 55 | 72 | 74 | 71 | 75 | 70 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

TOTAL: 1945

TOTAL: 1898

TOTAL BILLABLE $ 266300

Bogan Katmai AFE on April 8th.

AFE: FW202002

Lease: GC 40 #1

Project: Katmai

Engineer: K.Dufrene

Routing #: 580047

ACCT. CODE: 3060-45

S. Butler

5-1-20

Company Man AP

EXHIBIT 2

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 2



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| **AMOUNT DUE:** | **$** | **3,890.29** |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
3A #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

EXHIBIT 2

Document References
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-06-19

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
2

EXHIBIT 2

# Valaris

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235769
**Date:** 05/19/2020
**Page** 1

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99    HTS NO: 8431438010    UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT Code # 3060-15
5/19/20

| R4202 OIM | 05/19/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235769 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER / DATE |
| | | Brent Primeaux Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ______



NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | | |
|---|---|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | | | |
| Customer eMail | tina.castillo@valaris.com | | | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | | | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE | | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER | | |
| Branch | | Carrier | ENSCO MOULIN CONSOL | | |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line: MTS
Country of Origin: NORWAY
Unit Weight: 0.16 LB Total Weight: 3.91 LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total** **$3,605.04**

**Total Sales Quote Acknowledgement 1609931 Rev 1: $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is for informational purposes only and shall not be construed as NOV's representation, certification or warranty regarding the proper classification. Use of such classification information is at the Buyer's sole risk and without recourse to NOV. The Buyer is responsible for determining the correct classifications of all items prior to export and Buyer shall make its own export licensing determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE MTO = MADE TO ORDER GOODS CANNOT BE RETURNED

EXHIBIT 2

# Acumen International

EIN 76-0270480

# INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050 **Fax** 713-896-0122

www.Acumen.us.com

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**

Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**

ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

**Total US** $100.00

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits** $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

**Balance Due USD** **$100.00**

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT
2

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

R4202 06/03/2020
OIM DATE

[signature] 6/3/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 2

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C |

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/5/2 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 2

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

R4202 06/03/2020
OIM DATE

Line Item Exempt :
[signature] 6/5/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton [signature]

EXHIBIT 2



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| MATTCO<br>INVOICE#58061 - DATED:06/10/2020 | $ | 4,150.11 |
| Handling Charges @ 5%(601) | $ | 207.51 |
| **AMOUNT DUE:** | **$** | **4,357.62** |

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed by Ben
Date: 2020.07.10 08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

EXHIBIT 2



Case 23-90420 Document 580-9 Filed in TXSB on 11/13/20 Page 113 of 432

MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 1

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478<br>P.D. CHARGING VALVE 7,500 PSI<br>SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN<br>PO LINE ITEM: 1-1 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| 6020<br>STABILIZER<br>SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN<br>PO LINE ITEM: 2-1 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| 6590<br>BLADDER (HNBR), 20 GAL. HYDROG. NITRILE<br>SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN<br>S/N: 3981, 3994<br>PO LINE ITEM: 3-1 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

EXHIBIT 2



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 2

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |

EXHIBIT 2

TOTAL DUE 4,150.11

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

R4202 06/03/2020
OIM DATE

[signature] 6/3/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 2

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C |

R4202 06/03/2020
OIM DATE

[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 2

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

PURCHASING USE ONLY (PRICE; VENDOR, LOCATION, CONFIRM TO; PO NO.)

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| Line Item Exempt : [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | |
| | | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton [signature]

EXHIBIT 2

# Lafourche Parish Recording Page

Annette M. Fontana
CLERK OF COURT
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Inst Number :** 1298859

**Type of Document :** STATEMENT CLAIM

**Book :** 2056 **Page :** 519

**Recording Pages :** 54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Certified On : 07/16/2020

Doc ID - 033534580054

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 11:27:51
Recorded in Book 2056 Page 519
File Number 1298859

[signature]
Deputy Clerk

EXHIBIT
3

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Inst Number :** 1298859

**Type of Document :** STATEMENT CLAIM

**Book :** 2056 **Page :** 519

**Recording Pages :** 54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Doc ID - 033534580054

Deputy Clerk

EXHIBIT 3

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT 3

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 3

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/~~Bar~~ Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

EXHIBIT
3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006256
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben Date: 2020.06.08 09:20:20 -05'00'

Coding: BU10079
(678,333.33) 10417- 110-4202-810101
- 10417- 110-4202-810102
- 10417- 110-4202-810110
- 10417- 110-4202-810103
10417- 110-4202-810104
ED

EXHIBIT 3

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 24.0 |
| 5 June 2020 | | | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| | | | | | | | | | | 0.0 |
| | HOURS: | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| | AMOUNTS: | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT 3

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.- 503 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 63.00 | | | | Shut-in for build up. Displace L/S w/10.4 CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/D Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S, L/D SSTT, [illegible], Flush Tool, Circ. POOH with mill tools. | 180.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 51.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser, Unlatch BOP. Slow Tensioner ring. Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 471,333.33   $ 0.00   $ -   $ -   $ -   $ -   $ -

| | Rate | | Amount |
|---|---|---|---|
| | 100%/Day | $ | 125,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/hr | 98%/hr | $ | 7,554.17 |
| 90%/hr MPD | 98%/hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 471,333.33

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
Clayton [signature] 6-9-20

DS-16 Rotating Supt.: Robert Bay
Fieldwood Client Representative: Sean Reins

DS-16 Rotating Supt. Signature: [signature]
Fieldwood Client Representative Signature: [signature]

Date: 6-05-2020
Date: 6-5-2020

Rig Manager:
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

EXHIBIT 3

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS | | | | | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706, (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (use legend below) | (use legend below) | (use legend below) | Comments (required for any rate other than Operating) | Total POB |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/Mill & Flush Tool. Circ. POOH with mill tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser. Unlatch BOP. Stow Tensioner ring. Remov drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | 0.00 |
| | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |
| | $ 678,333.33 | $0.00 | $ - | $ - | $ - | $ - | $ - | | | | | | | | | | | |

| | | |
|---|---|---|
| | 100%/Day | $ 185,000.00 |
| In hole/Subsea 100 / Day MPD | | $ 200,000.00 |
| In hole/Subsea 100%/Day | | $ 185,000.00 |
| | 100%/hr MPD | $ 8,333.33 |
| | 100%/Hr | $ 7,708.33 |
| 90%/Hr | 98%/Hr | $ 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ 8,166.67 |

Total Billable for the Month: $ 678,333.33

DS-16 Rotating Supt.: 

Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Dinny Sharry

Fieldwood Drilling Supt.:

Rig Manager Signature: [signature]

Fieldwood Drilling Supt. Signature:

Date: 06-07-2020

Date:

EXHIBIT 3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben Date: 2020.06.01 17:31:39 -05'00'

Coding: BU10079

| | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT 3

# R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| | HOURS: | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| | AMOUNTS: | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 3

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month/day: May 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: GC 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 203002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 90% | RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @ 75% | No rate earned: All repair time in excess of monthly allowed hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down [illegible], R/D and L/D Flow head, R/D and L/D [illegible], change out [illegible] Sub to [illegible] 750T and [illegible] | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | Attempt to free string, R/U Slick Line [illegible] POOH, R/D Slick Line [illegible] | 192.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH [illegible] Open Sleeve and POOH, M/U [illegible] and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut [illegible], M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U [illegible] pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 56.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | [illegible] | 146.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ [illegible] camera, POOH [illegible] | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, [illegible] POOH [illegible] | 162.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | R/D ATEAS change out cutter [illegible] ATEAS and RIH, Cut tubing [illegible] POOH [illegible] | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | [illegible] RIH w/ camera, POOH w/ camera, POOH w/ [illegible] | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible] POOH [illegible] RIH and Mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, [illegible] RIH and Mill, POOH and clean magnets [illegible] mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, [illegible] POOH and inspect mill [illegible] | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U [illegible] RIH and Mill, POOH, [illegible] POOH [illegible] | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, [illegible] POOH and inspect mill, [illegible] | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/ Overshot and engage Fish [illegible] POOH [illegible] ATEAS and E-line [illegible] ATEAS POOH [illegible] | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | [illegible] and POOH, Recover Control line [illegible] M/U Overshot and RIH, M/U ATEAS and [illegible] Camera, POOH [illegible] ATEAS [illegible] POOH and R/D Slick line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and tag with [illegible] Punch Tbg and POOH RIH w/ [illegible] E-line and POOH, R/D E-line [illegible] POOH, R/D Slick line R/U E-line [illegible] 3.25" [illegible] | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter, Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish [illegible] control lines, [illegible] | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface. R/D OES equipment. RIH w/ wellbore cleanout [illegible] BOP's, P/U BOP test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ [illegible] test and RIH. Test BOP's & BSRs, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure [illegible] POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to [illegible] overshot, confirm latch, Test to 1,000 psi. Release from OS [illegible]. Spot Packer Fluid. Hang [illegible] POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid. Hang [illegible] POOH with Halliburton RT. RIH with [illegible] Retrieve [illegible] POOH. Slip & Cut [illegible] R/U [illegible] | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U [illegible] assemblies and Production packer. [illegible] Packer. RIH w/ 5-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. [illegible] Term & test same. RIH w/ 5.5" tbg. | 201.00 |

EXHIBIT 3

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | [illegible] | 199.00 |
| 5/29/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | [illegible] | 196.00 |
| 5/30/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | [illegible] Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

DS-16 Rotating Supt.: Robert Roy
Fieldwood Client Representative: Sega Rains

DS-16 Rotating Supt. Signature: Robert Roy
Fieldwood Client Representative Signature: [signature]

Date: 6-01-2020
Date: 6/1/2020

Rig Manager: Brian Rodgers
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

EXHIBIT 3

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| | OPERATING HOURS | | | | | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.: 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (use legend below) | (use legend below) | (use legend below) | Comments (required for any rate other than Operating) | Total POB |
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSM, B/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve Isolation sleeve POOH, R/D Slick Line R/U E-line test lubricatior | 193.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 3.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perfrom post Jarring inspection and R/U E-line sheave at crown M/U A-teas and R/U E-line Engage Fish E-line RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and reverse circ 16.1 ppg ZnBr2, R/D A-Teas and Wire Line,RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and RIH latch into fish and hang E-line sheave M/U A-TEAS, RIH 3.25" cutter on Eline and cut fish E-line unit Power loss fixed POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | B/O ATEAS change out cutter blade M/U pressure test ATEAS and RIH, Cut tubing, Take over pull t/200K stuck, POOH with E-line L/O tools, Rack Back ATEAS Work String no success, M/U ATEAS P/U cutter and test ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy M/U 9" x 5.5 Burn shoe RIH and mill CBU M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" Milling assy, recover mid clamp and control line, RIH w/ 9" x 5.5" mill assy R/U A-TEAS R/U E-line and P/U camera. | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, circ for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-3/8x8-5/8 crown shoe mill and RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and Mill on fish. | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and Jars, RIH and Mill, POOH and clean magnets inspect mill, change saver sub on TDX, Paint mill and RIH tag fish and rotate to mar! painted mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace hose on HT, POOH and inspect mill,RIH and Jar on Fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | POOH, M/U Mill , RIH and Mill, POOH, RIH w/ overshot and jar, Post Jaring inspection, POOH, Prep next BHA, RIH w/ mill, Milling ops. | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | - | | | POOH Clean and inspect mill, M/U mill w/24" Stop Ring, RIH and Mill, POOH and inspect mill, RIH and Mill, POOH inpect mill, M/U overshot and RIH, Pull Fish #1 to surface. | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | - | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, Slip and cut drill line, RIH w/Over shot to above Fish #3, M/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb Fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines 7lbs, M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera, POOH Reconfigure ATEAS, Latch into fish R/U Slick Line RIH w/GR, POOH and R/D Slick Line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U slick line RIH GR Pulling tool and Recover HDS POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut tbg, POOH & R/D E-line, POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish (prod tbg, control lines, clamps). | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface, R/D OES equipment, RIH w/ Well bore cleanout. Jet & Function BOP's, P/U BOP Test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ NuTec BSR tool and RIH. Test BOP's & BSR's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure Work over TOF. POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to ±20,055'. Stab overshot, confirm latch, Test to 1,000 psi. Release from OS assy. Spot Packer fluid, Hang Flat Pack Sheaves in derrick. POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid. Hang Flat Pack Sheaves in derrick, POOH with Halliburton RT, RIH with WBRT. Retrieve WB & POOH, Slip & Cut 153' of Drill line, RU to run completion tubing. P/U lower completion. | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer, Terminate & test Prod Packer. RIH w/ 5-1/2" Prod Tbg | 200.00 |

EXHIBIT 3

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | - | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. PU Pups & UCIM / SLB TRC-II SCSSV assy. Term & test same. RIH w/ 5.5" tbg. | 203.00 |
| 5/28/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. R/D OES, P/U Tub Hanger, Term & Test same. | 199.00 |
| 5/29/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | Terminate lines & test on tbg hanger. L/O THHTT & PJSM f/ Transfer SSTT f/ Aux t/ Main. Rig up PRT equipment on TDX for SSTT transfer. R/D PRT, R/U BX-4's. Run 6 5/8" Landing String from derrick. Pick up PRT CTLF, Installed stabilizer beam & 22' bails. PU Schlumberger Flow head. | |
| 5/30/2020 | 24.00 | | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | Land out TH & test same. RU HES SL and test same to 250/350 psi low / 5800 psi high. RIH & pull isolation sleeve. Cementer pump 53bbls of BO down tubing. Cycle Open FS2-RI Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Cleaq Up Well. | 196.00 |
| | | | | | | | | | | | | | | | | | | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | |
| | [illegible]40.93% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |

| | | | |
|---|---|---|---|
| $ 5,727,291.67 | $0.00 | $ 7,708.33 | $ |
| 100%/Day | $ | 185,000.00 | |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 | |
| In hole/Subsea 100%/Day | $ | 185,000.00 | |
| 100%/hr MPD | $ | 8,333.33 | |
| 100%/Hr | $ | 7,708.33 | |
| 98%/Hr | $ | 7,554.17 | |
| 98%/Hr MPD | $ | 8,166.67 | |

**Total Billable for the Month:** $ 5,735,000.00

DS-16 Rotating Supt.:

Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Brian Rodgers

Dinny Sharry

Fieldwood Drilling Supt.:

Rig Manager Signature:

Fieldwood Drilling Supt. Signature:

Date:

Date:

EXHIBIT 3



North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

**AFE #: FW202002**

**TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0( |

**AMOUNT DUE:** **$ 270,900.0(**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.06.01 17:30:19 -05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202-110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\vadic2020\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\Vadio2021\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 3

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Expro | | | | 1 | 1 | 1 | 1 | [illegible] | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

**TECH OIL PRODUCTS LLC**
**INVOICE#SI02545 DATED:5/06/2020** $ 6,500.00

Handling Charges @ 5%(601) $ 325.00

**AMOUNT DUE: $ 6,825.00**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.06.15 09:32:40 -05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED

EXHIBIT 3



HOOVER FERGUSON

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number: SI-02545
Invoice Date: 5/6/2020

Bill To:
EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To:
Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED<br>STRAP,175/PALLET<br>HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | **Subtotal:** | **6,500.00** |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |

EXHIBIT
3



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

TD

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahtell

EXHIBIT
3



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | [illegible].00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT
3

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 OIM | 04/22/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235125 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 4/25/20 DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER DATE |
| | | Larre Butler Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmal
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
[signature] 4-22-2020

EXHIBIT 3

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72 - 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 04/22/2020
OIM DATE

[signature] 4/25/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
[signature] 4-22-2020

EXHIBIT 3



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| **NOV**<br>**INVOICE#10582045 DATED:4/29/2020** | $ | 3,605.04 |
| **MARTIN ENERGY SERVICES**<br>**INVOICE#729958 DATED:4/23/2020** | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| **AMOUNT DUE:** | **$** | **8,772.79** |

**Rig Manager's Approval:** ______________

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:29:57 -05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

EXHIBIT 3

Document References
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-04-30

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
3

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
[illegible] MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: [illegible]
Date: 04/ [illegible]2020
Page 1

Attention: WAREHOUSE

Req Type: Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | [illegible] 154265 | EA | [illegible] FACE | 150.21 2,605.04 | 23 - 23 DRILL IN | 0 | | | |

* Line Item Exempt : N

Available Substitute: Item Desc :

ECCN NO.: EAR99 HTS [illegible] UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES

| R4202 | 04/13/2020 | NOTE: Operator hereby authorizes [illegible] reimbursement of all items ordered above. | List all Field [illegible] No. by Item | PURCHASING ONLY [illegible] NO: [illegible] |
|---|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | |
| [signature] 4-14-20 RIG MGR / OPERATIONS MGR DATE | | [signature] Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Lance Butler Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___ DATE FAXED: ____

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-13-20

EXHIBIT 3

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 APPROVED
**Req ID:** 0000234902
**Date:** 04/13/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** EAR99 **HTS NO:** 8431438010 **UNSPSC NO:**

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 OIM | 04/13/2020 DATE | **NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.** | List all Field ETRR No. by Item | **PURCHASING ONLY FR NO:** 0000234902 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | Operator (Print) | | |
| | | Rep Signature | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

EXHIBIT 3

**HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:** _____ **NO:** _____ **DATE FAXED:** __________



MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 3



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984835-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98486-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

EXHIBIT 3

DOC. CONTROL # 04232020205734

#436525

# Valaris

**Purchase Order** Page 1

Dispatch via E-Mail

10013-0000457235

| BUYER/BILL TO: | | |
|---|---|---|
| ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | **PO NUMBER**<br>**PO DATE**<br>**RIG NAME**<br>**FINAL DEST. COUNTRY**<br>**REVISION NO.**<br>**REVISION DATE** | 10013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
| **SELLER/SUPPLIER** | **SUPPLIER SHIP TO / WHEN READY CONTACT** | **SUPPLIER SHIPPING TERMS (INCOTERMS 2010)** |
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>Cport 2<br>CC-200<br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |
| **BUYER REPRESENTATIVE** | **ADDITIONAL ORDER DETAIL** | **PR CODE (Mode of Transport)** |
| BUYER: Ernestine Castillo<br>EMAIL: tina.castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / | Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| 2-1 | 8885604 | | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Line 1-1: Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

Line 2-1: Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

**Total PO Amount** 4,750.00

**Buyer** Tina Castillo

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 3



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☒ SALE ☐ CO-USE

| | | |
|---|---|---|
| BILL TO: Fieldwood | CUSTOMER NO. 3430 | DATE: 4-22-20 |
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | | LEASE NO. |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. |
| RIG/VESSEL Absolute Rio 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 Sling# 100538-11 | |
| | CRANE | TK# 212106 Sling# 98435-13 | |
| | FORKLIFT | Manifest# 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/650 | 10 |
| 496219 | | Tote Tank Sling | | 10 | 10 |
| | | TK# 43054.34 Sling# 100787-21 | | | |
| | | TK# 227356 Sling# 98189-8 | | | |
| | | TK# 42369.36 Sling# 97554-10 | | | |
| | | TK# 217119 Sling# 100782-17 | | | |
| | | TK# 206836 Sling# 98483-K | | | |
| | | TK# 174078 Sling# 97836-4 | | | |
| | | TK# 227354 Sling# 98485-7 | | | |
| | | TK# 368532 Sling# 100787-1 | | | |

DRUMS DELIVERED DRUMS RETURNED

WATER METER READINGS: START STOP GALS.

TERMINAL ____ SUPPLIER ____ BOL # ____ METER TKT. # ____ TRUCK# ____ TRAILER # ____

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

TANK GAUGINGS: BEFORE ____ AFTER ____

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ____ INITIALS ____ TOTAL REC'D. $ ____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4738

APPROVED BY: X Cody Ledet Cody Ledet
Customer Signature

Michael Conner
Martin Energy Services Representative

X [signature] BOL 13628384
Martin Driver Signature

4879 - 29207
Truck and Trailer No.

REV. 12/08
FORM NO. 107

EXHIBIT 3

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000234936
**Date:** 04/14/2020
**Page** 1

**Attention: ENGINEERING**

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8865604 | EA | RENTAL-SLING,MARTIN ENERGY,8865604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO and PO NO. are under PURCHASING USE ONLY.)

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

R4202 — OIM
04/14/2020 — DATE

[signature] OIM 4/15/20
RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature]
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234936
BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT
3

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212- 5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

**AMOUNT DUE: $ 265,300.00**

Rig Manager's Approval: ____________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:26:48 -05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 9 | 9 | 9 | 8 | 9 | 9 | 9 | 9 | |
| FRANKS INTL | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | 8 | 8 | 8 | 8 | 8 | 16 | 10 | 4 | 6 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 6 | 6 | 8 | 6 | 6 | 6 | |
| Oilstates | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| One Subsea | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| OFI (Oil Field Instr.) | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | 4 | 4 | 4 | 4 | 4 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | 2 | 2 | 2 | 2 | 2 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| OPS | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Rig Chem | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Southern Fab | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| TIW | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 1 | 1 | 1 | 1 | 1 | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Voris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 56 | 57 | 74 | 76 | 73 | 77 | 78 | 78 | 78 | 76 | 77 | 79 | 86 | 88 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER | | | | | | 79 | 79 | 79 | 79 | 79 | 84 | 54 | 55 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

TOTAL: 1945

TOTAL: 1898

TOTAL BILLABLE $ 265300

Began Katmai AFE on April 6th.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
L. Butler
5-1-20

APPROVAL: [signature]

Company Man AP

C:\Users\...\Desktop\April 2020 3rd Party Bunk Meals...

EXHIBIT 3

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Damet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| **NOV**<br>**INVOICE#10589602 DATED:6/18/2020** | $ | 3,605.04 |
| **ACUMENINTERNATIONAL**<br>**INVOICE#1026793 DATED:6/12/2020** | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| **AMOUNT DUE:** | **$** | **3,890.29** |

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

EXHIBIT 3

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

---

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

---

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**

Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT 3

EXHIBIT 3

# Valaris

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235769
**Date:** 05/19/2020
**Page** 1

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** EAR99 **HTS NO:** 8431438010 **UNSPSC NO:**

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT Code # 3060-15
5/19/20

| R4202 OIM | 05/19/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235769 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE Operator (Print) | | BUYER |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | DATE |
| | | Brent Primeaux Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________



NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

Please reference this Quote Number on all correspondence.

# Sales Quote Acknowledgement

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | | |
|---|---|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | | | |
| Customer eMail | tina.castillo@valaris.com | | | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | | | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE | | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER | | |
| Branch | | Carrier | ENSCO MOULIN CONSOL | | |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line: MTS
Country of Origin: NORWAY
Unit Weight: 0.16 LB Total Weight: 3.91 LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total** **$3,605.04**

**Total Sales Quote Acknowledgement 1609931 Rev 1:** **$3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is for informational purposes only and shall not be construed as NOV's representation, certification or warranty regarding the proper classification. Use of such classification information is at the Buyer's sole risk and without recourse to NOV. The Buyer is responsible for determining the correct classifications of all items prior to export and Buyer shall make its own export licensing determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED:
MTS = MADE TO STOCK
ESP = EMERGENCY SPARE
WE WILL TAKE BACK WITH 20% RESTOCKING FEE
MTO = MADE TO ORDER GOODS CANNOT BE RETURNED

EXHIBIT
3

# Acumen International

EIN 76-0270480

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050 **Fax** 713-896-0122
**www.Acumen.us.com**

## INVOICE

1026793

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

**Total US** $100.00

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits** $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

**Balance Due USD** **$100.00**

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

EXHIBIT 3

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,7500 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Item 1:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

Item 2:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 / OIM | 06/03/2020 / DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) | | |
| | | Rep Signature | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 3

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C |

R4202 06/03/2020
OIM DATE

[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 3

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

(PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.)

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

R4202 06/03/2020
OIM DATE
Line Item Exempt :
[signature] 6/5/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
Operator (Print)
Rep Signature
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton Johnson

EXHIBIT 3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020** $ 4,150.11

Handling Charges @ 5%(601) $ 207.51

**AMOUNT DUE: $ 4,357.62**

**Rig Manager's Approval:**

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.07.10 08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

EXHIBIT 3



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| P.D. CHARGING VALVE 7,500 PSI<br>SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN<br>PO LINE ITEM: 1-1 | | | | | |
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| STABILIZER<br>SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN<br>PO LINE ITEM: 2-1 | | | | | |
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
| BLADDER (HNBR), 20 GAL. HYDROG. NITRILE<br>SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN<br>S/N: 3981, 3994<br>PO LINE ITEM: 3-1 | | | | | |

EXHIBIT
3

MATTCO

MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 2

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

EXHIBIT 3

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 3

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C |

R4202 06/03/2020
OIM DATE

[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 3

Case 23-09001 Document 1-3 Filed 11/13/23 Page 172 of 432

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| Line Item Exempt : [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton [signature]

EXHIBIT 3

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

**Index Type :** MORTGAGES

**File # :** 1606305

**Type of Document :** LIEN

**Book :** 3165 **Page :** 405

**Recording Pages :** 54

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

Theresa A. Robichaux
Clerk of Court

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:35:03PM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 12:35:03
Recorded in Book 3165 Page 405
File Number 1606305

Monica LaBruyere
Deputy Clerk

Doc ID - 015064940054

**Return To :** SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

EXHIBIT
4

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

**STATEMENT OF PRIVILEGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

> **ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT 4

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 4

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

EXHIBIT 4



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006256
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.08 09:20:20 -05'00'

Coding: BU10079

| | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT 4

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 5 June 2020 | | | | | | | | | | 0.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| | HOURS: | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| | AMOUNTS: | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

EXHIBIT
4

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 22276
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

EXHIBIT 4

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip - 905 @75% | No rate earned: All repair rate in excess of monthly allotted hours | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/D Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/[illegible] Tool. Circ. POOH with [illegible] tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with [illegible], R/U for Riser, Unlatch BOP, [illegible] Tensioner ring, Remove drape hoses & Storm Loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC845. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 471333.33 | 30.00 | 1 | $ - | $ - | $ - | $

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 200 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/hr | $ | 7,708.33 |
| 90%/hr | 98%/hr | $ | 7,554.17 |
| 90%/hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 678,333.33

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
Clayton [signature] 6-5-20

DS-16 Rotating Supt.: Robert Bay
Fieldwood Client Representative: Sean Reins
DS-16 Rotating Supt. Signature: [signature]
Fieldwood Client Representative Signature: [signature]
Date: 6-05-2020
Date: 6-5-2020
Rig Manager:
Fieldwood Drilling Supt.:
Rig Manager Signature:
Fieldwood Drilling Supt. Signature:
Date:
Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS | | | | | | | | HEADCOUNT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706, (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (35 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.: 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (use legend below) | (use legend below) | (use legend below) | Comments (required for any rate other than Operating) | Total POB |
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace U/S w/10.4CaCl2. | 193.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV POOH with L/S. L/D SSTT. RIH w/Mill & Flush Tool. Circ. POOH with mill tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with TC RT. R/U for Riser. Unlatch BOP. Stow Tensioner ring. Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 197.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [redacted] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [redacted] 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |

$ 678,333.33 | $0.00 | $ | $ | $ | $ | $

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 90%/Hr 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 678,333.33

DS-16 Rotating Supt.:

Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Dinny Sharry

Fieldwood Drilling Supt.:

Rig Manager Signature: [signature]

Fieldwood Drilling Supt. Signature:

Date: 06-07-2020

Date:

EXHIBIT 4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.01 17:31:39 -05'00'

Coding: BU10079

| | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

EXHIBIT 4

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| | HOURS: | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| | AMOUNTS: | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |

EXHIBIT 4

EXHIBIT 4

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: May 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | OPERATING HOURS: STBY 705 @ 95% | OPERATING HOURS: RPR SURFACE: 704 (12 hour allowance per month) - thereafter 0 rate | OPERATING HOURS: RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | OPERATING HOURS: FORCE MAJEURE 707 @ 90% | OPERATING HOURS: In-hole Subsea Equip. 963 @75% | OPERATING HOURS: No rate earned: All repair time in excess of monthly allowed hours. | TOTAL HOURS | HEADCOUNT: Valaris | HEADCOUNT: OPERATOR | HEADCOUNT: Valaris CATERING | HEADCOUNT: Valaris THIRD PARTY | HEADCOUNT: OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down [illegible], R/D and L/O Flow head, R/O and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 182.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 65.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve [illegible] sleeve POOH, R/D Slick Line R/U E-line [illegible] | 184.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 2.5 [illegible] assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OCS equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U BS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 182.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, [illegible] inspection and R/U E-line [illegible] M/U [illegible] and R/U E-line Engage Fish [illegible] RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and [illegible], R/D A-Tees and Wire Line RIH w/ WS and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBHT and POOH with test assy, M/U fishing assy and RIH [illegible] M/U A-TEAS, RIH 3.25" cutter on E-line and cut fish E-line [illegible] POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | R/D ATEAS change out [illegible] M/U pressure test ATEAS and RIH, Cut tubing. [illegible] POOH with E-line L/D tools, Rack back ATEAS Work String [illegible] M/U ATEAS [illegible] ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy [illegible] RIH and mill [illegible] M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line [illegible] camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" milling assy, [illegible] RIH w/ 9" x 5.5" mill [illegible] R/U A-TEAS R/U E-line and P/U camera | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible] for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-1/64-5/8 [illegible] RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and Mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and Clean magnets, prep new BHA and [illegible], RIH and Mill, POOH and clean magnets inspect mill, change [illegible] TCK, Paint mill and RIH tag fish and [illegible] mill [illegible] and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, replace [illegible] FS, POOH and inspect mill, RIH and Jar on fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | POOH, M/U Mill, RIH and Mill, POOH, RIH w/ overshot and jar, Post jarring inspection, POOH, [illegible] BHA, RIH w/ mill, Mill [illegible] | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | - | | | POOH Clean and inspect mill, M/U mill w/ 3/4" Stop Ring, RIH and Mill, POOH and inspect mill, RIH and Mill, POOH inspect mill, M/U overshot and RIH, Pull fish #1 to surface | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | - | | | RIH w/Overshot and engage Fish #2, POOH w/fish, Slip and cut drill line, RIH w/Over shot to [illegible] fish #3, R/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines [illegible], M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera, POOH [illegible] ATEAS, Latch [illegible] R/U Slick line RIH w/GR, POOH and R/D Slick line | 182.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U [illegible] & Pulling tool and [illegible] POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut Tbg. POOH & R/D [illegible] POOH w/ [illegible] & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' [illegible] of fish [illegible] control lines, [illegible] | 165.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | POOH from [illegible] to surface, R/D OCS equipment, RIH w/ Well bore cleanout, Jet & function BOPs, P/U BOP Test tool & RIH | 165.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ [illegible] and RIH. Test BOP's & [illegible], C/K manifold & surface equipment | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 14.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. [illegible] every 1,000' as per procedure. Work [illegible] TCK. POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to [illegible]. [illegible] overshot, confirm latch. Test to 1,000 psi. Release from [illegible]. Spot Packer fluid. Hang [illegible] Pack Sleeves in derrick. POOH with Halliburton FT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang Frac Pack Sleeves in derrick, POOH with Halliburton FT. RIH with WBRS, Retrieve WB & POOH. Slip & Cut 153' of Drill line. RU to run completion tubing, R/U [illegible] | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPC / CIM assemblies and Production packer. Terminate & test Prod Packer, RIH w/ 5-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg, [illegible] & UCIM / [illegible] assy, Term & test same. RIH w/ 5.5" tbg. | 201.00 |

EXHIBIT 4

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | Set 5-1/2" [illegible] | 190.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | [illegible] | 166.00 |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | [illegible] Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 56.00 | | | | Flow Test & Clean Up Well. | 183.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1786.00 | | | | | |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.80% | 0.80% | 50.00% | | | | | | | | | | |

$ 5,727,211.67   50.00 $ 5,706.33 $ - $ - $ - $ -

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,706.33 |
| 90%/Hr | 95%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047
ACCT CODE 3060-15

DS-16 Rotating Supt.: Robert Ray
DS-16 Rotating Supt. Signature: [signature]
Date: 6-01-2020

Fieldwood Client Representative: Sean Rains
Fieldwood Client Representative Signature: [signature]
Date: 6/1/2020

Rig Manager: Brian Rodgers
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract #: OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip.: 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSM, B/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve Isolation sleeve POOH, R/D Slick Line R/U E-line test lubricator | 198.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 3.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line. POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perfrom post jarring inspection and R/U E-line sheave at crown M/U A-teas and R/U E-line Engage Fish E-line RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and reverse circ 16.1 ppg ZnBr2, R/D A-Teas and Wire Line,RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and RIH latch into fish and hang E-line sheave M/U A-TEAS, RIH 3.25" cutter on Eline and cut fish E-line unit Power loss fixed POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | B/O ATEAS change out cutter blast M/U pressure test ATEAS and RIH, Cut tubing, Take over pull t/200K stuck, POOH with E-line L/D tools, Rack Back ATEAS Work String no success, M/U ATEAS P/U cutter and test ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy M/U 9" x 5.5 Burn shoe RIH and mill CBU M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" Milling assy, recover mid clamp and control line, RIH w/ 9" x 5.5" mill assy R/U A-TEAS R/U E-line and P/U camera. | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, circ for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-3/8x8-5/8 crown shoe mill and RIH mill on fish 5" and POOH clean magnets and inspect mill, RIH and Mill on fish. | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and Jars, RIH and Mill, POOH and clean magnets inspect mill, change saver sub on TDX, Paint mill and RIH tag fish and rotate to marl painted mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace hose on HT, POOH and inspect mill,RIH and Jar on Fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill , RIH and Mill, POOH, RIH w/ overshot and jar, Post jarring inspection, POOH, Prep next BHA, RIH w/ mill, Milling ops. | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U mill w/24" Stop Ring, RIH and Mill, POOH and inspect mill, RIH and Mill, POOH Inpect mill, M/U overshot and RIH, Pull Fish #1 to surface, | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, Slip and cut drill line, RIH w/Over shot to above Fish #3, M/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb Fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines 7lbs, M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera. POOH Reconfigure ATEAS, Latch into fish R/U Slick Line RIH w/GR, POOH and R/D Slick Line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U slick line RIH GR Pulling tool and Recover HDS POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish (prod tbg, control lines, clamps). | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,346' to surface. R/D OES equipment. RIH w/ Well bore clean out. Jet & Function BOP's. P/U BOP Test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ NuTec BSR tool and RIH, Test BOP's & BSR's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure Work over TOF. POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to ±20,055'. Stab overshot, confirm latch, Test to 1,000 psi. Release from OS assy. Spot Packer fluid, Hang Flat Pack Sheaves in derrick. POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang Flat Pack Sheaves in derrick. POOH with Halliburton RT. RIH with WBRT. Retrieve WB & POOH. Slip & Cut 153' of Drill line. RU to run completion tubing. P/U lower completion. | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer, Terminate & test Prod Packer. RIH w/ 5-1/2" Prod Tbg | 200.00 |

EXHIBIT 4

| Date | | | | | | | | | | | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. PU Pups & UCIM / SLB TRC-II SCSSV assy, Term & test same, RIH w/ 5.5" tbg. | |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. R/D OES, P/U Tub Hanger, Term & Test same. | 203.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | Terminate lines & test on tbg hanger. L/O THSTT & PJSM f/ Transfer SSTT f/ Aux f/ Main. Rig up PRT equipment on TDX for SSTT transfer. R/D PRT, R/U BX-4's. Run 6 5/8" Landing String from derrick. Pick up PRT CTLF, Installed stabilizer beam & 27' bails. PU Schlumberger Flow head. | 199.00 |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | Land out TH & test same. RU HES SL and test same to 250/350 psi low / 5800 psi high, RIH & pull isolation sleeve. Cementer pump 63bbls of BO down tubing. Cycle Open FS2-HI Valve, Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | 185.00 |
| | 49.93% | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |

$ 5,727,291.67 5000 $ 7,708.33 $ $ $ - $

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 98%/Hr | $ | 7,554.17 |
| 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

DS-16 Rotating Supt.: | Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature: | Fieldwood Client Representative Signature:

Date: | Date:

Rig Manager: Brian Rodgers [signature] | Dinny Sharry Fieldwood Drilling Supt.:

Rig Manager Signature: | Fieldwood Drilling Supt. Signature:

Date: | Date:

EXHIBIT 4



North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT 4



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

**AFE #: FW202002**

**TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.0( |

**AMOUNT DUE: $ 270,900.00**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.01 17:30:19 -05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202-110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 56 | 56 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio2020\Desktop\May 2020 3rd Party Bunk Meals.xlsx

ACCT. CODE 3060-45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

EXHIBIT 4

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 14 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\radio2020\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

ACCT. CODE 3060 - 45

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Company Man APPROVAL: S. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Expro | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry

EXHIBIT
4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020 $ 6,500.00

Handling Charges @ 5%(601) $ 325.00

AMOUNT DUE: $ 6,825.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.06.15 09:32:40 -05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED

EXHIBIT 4



HOOVER FERGUSON

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number: SI-02545
Invoice Date: 5/6/2020

Bill To:
EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To:
Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | **Subtotal:** | **6,500.00** |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount | 0.00 |
| | | Total Sales Tax | 0.00 |
| | | **Total USD:** | **6,500.00** |

EXHIBIT 4

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



HOOVER FERGUSON®

# Picking List by Order

TD

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahxell

EXHIBIT 4



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027<br>BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

EXHIBIT 4

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72 - 72-RIG CLE | S | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.: PURCHASING USE ONLY)

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 04/22/2020
OIM DATE
[signature] 4/25/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature]
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
[signature] 4-22-2020

EXHIBIT 4

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72 - 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 04/22/2020
OIM DATE
[signature] 4/25/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature]
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACC. CODE: 3060-15
L. Butler 4-22-2020

EXHIBIT 4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| MARTIN ENERGY SERVICES<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| AMOUNT DUE: | $ | 8,772.79 |

Rig Manager's Approval: ____________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:29:57 -05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

EXHIBIT 4

**Document References**
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

**Internal References**
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-04-30

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT
4

**Valaris**

Ship To: ROWAN RESOURCES (VALARIS RESOLUTE) [illegible] ROAD BROUSSARD LA 70518 USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: [illegible]
Date: 04/[illegible]/2020
Page: 1

Attention: WAREHOUSE

Req. type: Supply

| ITEM | QTY | [illegible] ITEM ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 24 | [illegible] 154665 | EA | [illegible] FACE | [illegible] 3,[illegible].04 | 73 20 DRILLIN | 0 | | | |

* [illegible] Exempt : N

Available Substitute Item Desc :

[illegible] NO: EAR[illegible] HYS NO: [illegible] MFG NO:

FIELDWOOD RE-BILL FOR GRIP FACE DIES

Total Requisition Cost: [illegible]

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIP DIES

R4202 — CIM
04/13/2020 — DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE — Operator (Print)
Barre Butler — Rep Signature
Larre Butler — Rep Name (Print)

[signature] 4-14-20 — RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

[illegible] Field TERR No. by Item

PURCHASING ONLY PR NO: [illegible]

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___ DATE FAXED: ___

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
B. Butler 4-13-20

EXHIBIT 4

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 APPROVED
**Req ID:** 0000234902
**Date:** 04/13/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438010 UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 OIM | 04/13/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234902 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER |
| | | Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: DATE FAXED:

EXHIBIT 4



MARTIN
ENERGY SERVICES

# INVOICE

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | USED OIL - EACH TOTE <10% BS&W ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 584046 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 212106 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4305434 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227356 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 4236936 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 217119 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 226836 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 174078 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

EXHIBIT
4

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 227354 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | TOTE TANK, 550 GAL SS, STAINLESS STEEL ♦ Lot/Serial: 369532 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100538-11,984635-13 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 100787-21,98189-8 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 97554-17,100787-17 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98483-1,97836-4 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | TOTE TANK SLINGS, SLINGS ♦ Lot/Serial: 98485-7,100787-1 ♦ Yard: 960061 ♦ Rig: RESOLUTE RIG 202 ♦ Area-Block: GC 200 | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

EXHIBIT 4

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL # 04232020205734

#436525

# Valaris

Purchase Order Page 1

Dispatch via E-Mail

10013-0000457235

| BUYER/BILL TO: | PO NUMBER | 10013-0000457235 |
|---|---|---|
| ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 04/20/2020<br>R202- RESOLUTE<br>United States |
| **SELLER/SUPPLIER** | **SUPPLIER SHIP TO / WHEN READY CONTACT** | **SUPPLIER SHIPPING TERMS (INCOTERMS 2010)** |
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>520 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>Cport 2<br>CC-200<br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |
| **BUYER REPRESENTATIVE** | **ADDITIONAL ORDER DETAIL** | **PR CODE (Mode of Transport)** |
| BUYER: Ernestine Castillo<br>EMAIL: tina.castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00 | 3 | 0000234936 |
| | | | | | Due Date 04/27/2020 | | | |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00 | 3 | 0000234936 |
| | | | | | Due Date 04/27/2020 | | | |

Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

Total PO Amount 4,750.00

Buyer *Tina Castillo*

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

EXHIBIT 4



# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☒ SALE ☐ CO-USE

BILL TO: Enscorowan | CUSTOMER NO. 3430 | DATE: 4-22-20
ORDERED BY Ernestine Castillo | PO NO./AFE: 10013-0000457235
PHONE NO. 281-292-4043 | LEASE NO.
AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO.
RIG/VESSEL Resolute Rig 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 Sling# 100538-11 | |
| | CRANE | TK# 212106 Sling# 98485-13 | |
| | FORKLIFT | Manifest# 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank sling | | 10 | 10 |
| | | TK# 43054.34 Sling# 100787-21 | | | |
| | | TK# 227356 Sling# 98189-8 | | | |
| | | TK# 42369.36 Sling# 97554-17 | | | |
| | | TK# 217119 Sling# 100787-17 | | | |
| | | TK# 226836 Sling# 98483-1 | | | |
| | | TK# 174078 Sling# 97836-4 | | | |
| | | TK# 227354 Sling# 98485-7 | | | |
| | | TK# 369532 Sling# 100787-1 | | | |

DRUMS DELIVERED | DRUMS RETURNED

GAUGE TANKS: BEFORE ____ AFTER ____

WATER METER READINGS: START STOP GALS.

TERMINAL ____ SUPPLIER ____ BOL # ____ METER TKT. # ____ TRUCK# ____ TRAILER # ____

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ____ INITIALS ____ TOTAL REC'D. $ ____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4736

APPROVED BY: X [signature] Cody Ledet
Customer Signature

[signature] Michael Conner
Martin Energy Services Representative

X [signature] BOL 13628384
Martin Driver Signature

4879-29207
Truck and Trailer No.

REV. 12/18
FORM NO. 107

EXHIBIT 4

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000234936
Date: 04/14/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

(PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.)

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

R4202 04/14/2020
OIM DATE

[signature] OIM 4/15/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature: Larre Butler]
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234936

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Cost Code 3060-15
L. Butler 4-14-2020

EXHIBIT
4

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT
4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0( |

AMOUNT DUE: $ 265,300.0(

Rig Manager's Approval: ______________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.05.15 10:26:48 -05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

EXHIBIT 4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airnas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Choquest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 9 | 9 | 8 | 8 | 8 | 9 | 9 | 8 | |
| FMC | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | 8 | 8 | 8 | 6 | 6 | 16 | 10 | 4 | 5 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| OES | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| Oilstates | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| One Subsea | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Pharmasafe | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | 4 | 4 | 4 | 4 | 4 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | 2 | 2 | 2 | 2 | 2 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Quality Energy | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| OPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Superior Perf. | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 8 | 6 | 6 | 6 | 5 | 6 | 5 | 6 | 5 | 6 | 6 | 6 | 5 | 1 | 1 | 1 | | 1 | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 66 | 67 | 74 | 78 | 73 | 77 | 78 | 76 | 78 | 76 | 77 | 79 | 86 | 86 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER ( | | | | | | 79 | 78 | 79 | 79 | 79 | 84 | 64 | 65 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

TOTAL: 1945

TOTAL: 1893

TOTAL BILLABLE $ 265300

Bogan Katmai AFE on April 8th.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE: 3060-45
L. Butler
5-1-20

OIM APPROVAL: [signature]

Company Man AP

EXHIBIT 4

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Damet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

EXHIBIT 4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| AMOUNT DUE: | $ | 3,890.29 |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

EXHIBIT
4

| Document References | Internal References | |
|---|---|---|
| Invoice: 10589602 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-06-18 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-08-17 | Remit To: 0000000556 | Rig ID : 4202 |
| | Voucher: 00986726 | Creation Date: 2020-06-19 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: 4496880154

EXHIBIT 4

EXHIBIT 4

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000235769
Date: 05/19/2020
Page 1

**Attention: WAREHOUSE**

REQ Type Supply

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438010 UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code # 3060-15
5/19/20

R4202 — OIM
05/19/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235769

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________


NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | |
| | | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER |
| Branch | | Carrier | ENSCO MOULIN CONSOL |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line: MTS
Country of Origin: NORWAY
Unit Weight: 0.16 LB Total Weight: 3.91 LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total** **$3,605.04**

**Total Sales Quote Acknowledgement 1609931 Rev 1: $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is for informational purposes only and shall not be construed as NOV's representation, certification or warranty regarding the proper classification. Use of such classification information is at the Buyer's sole risk and without recourse to NOV. The Buyer is responsible for determining the correct classifications of all items prior to export and Buyer shall make its own export licensing determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED:
MTS = MADE TO STOCK
ESP = EMERGENCY SPARE
WE WILL TAKE BACK WITH 20% RESTOCKING FEE
MTO = MADE TO ORDER
GOODS CANNOT BE RETURNED

EXHIBIT 4

# Acumen International

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050 **Fax** 713-896-0122

**www.Acumen.us.com**

EIN: 76-0270480

**INVOICE**

1026793

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**

Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**

ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

**Total US** $100.00

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits** $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

**Balance Due USD** **$100.00**

EXHIBIT 4

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45- 45-HOISTIN | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|
| OIM DATE | Operator (Print) | | |
| [signature] 6/3/20 RIG MGR / OPERATIONS MGR DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 4

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

Item 3:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

Item 4:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

R4202 06/03/2020
OIM DATE

[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 4

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| Line Item Exempt : [signature] | 6/5/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED:________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton [signature]

EXHIBIT 4



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| MATTCO<br>INVOICE#58061 - DATED:06/10/2020 | $ | 4,150.11 |
| Handling Charges @ 5%(601) | $ | 207.51 |
| **AMOUNT DUE:** | **$** | **4,357.62** |

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed by Ben
Date: 2020.07.10 08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |

ED

EXHIBIT 4



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 1

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478<br>P.D. CHARGING VALVE 7,500 PSI<br>SCHEDULE B: 8481.80.9050 EAR99 USA ORIGIN<br><br>PO LINE ITEM: 1-1 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| 6020<br>STABILIZER<br>SCHEDULE B: 8413.91.9520 EAR99 USA ORIGIN<br><br>PO LINE ITEM: 2-1 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| 6590<br>BLADDER (HNBR), 20 GAL. HYDROG. NITRILE<br>SCHEDULE B: 8479.89.9898 EAR99 USA ORIGIN<br><br>S/N: 3981, 3994<br><br>PO LINE ITEM: 3-1 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

EXHIBIT 4



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 2

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

EXHIBIT 4

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |

TOTAL DUE 4,150.11

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | VALVE,MATTCO,6478,CHARGING,750 0 PSI,F/20 GAL DISCHARGE PULSATION DAMPENER | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | GAUGE-PRESSURE,HYDRALIFT,15293 7,233.50 2.5 400BAR/ PSI G1/4B L,0-400 BAR + 0-6000 PSI,T-NO. REQUIRED,DIAL 63 MM,CONN BSP,CONN SIZE 1/4 IN,CERTIFICATE OF CONFORMANCE INCLUDED,(WIKA 50791141) | 46.95 46.95 | 45 - 45-HOISTIN | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| | | |
|---|---|---|
| R4202 06/03/2020<br>OIM DATE<br>[signature] 6/3/20<br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by item |
| PURCHASING ONLY FR NO: 0000236183<br>BUYER DATE | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 4

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | STABILIZER,MATTCO,6020,F/20 GAL DISCHARGE PULSATION DAMPENER | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |
| 4 | 2 | 024000 6590 | EA | BLADDER,MATTCO,6590,NITRILE,BUNA,HYDROGENATED,F/20 GAL DISCHARGE PULSATION DAMPENER | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |
| 5 | 1 | 024000 6468 | EA | GAUGE,MATTCO,6468,10000 PSI,F/7500 PSI,F/20 GAL DISCHARGE PULSATION DAENER | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

Item 3:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

Item 4:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

R4202 06/03/2020
OIM DATE
[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
Operator (Print)
Rep Signature
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 4

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| Line Item Exempt : [signature] | 6/5/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | | | BUYER DATE |
| NOTE: Any additions or deletions must be Initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15
Clayton Thomson

EXHIBIT 4

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**File # :** 2020-00002925

**Type of Document :** MATERIALMANS LIEN

**Book :** 773 **Page :** 76

**Recording Pages :** 50

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 12:47:01PM

Doc ID - 005325390050

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/23/2020 at 12:47:01
Recorded in Book 773 Page 76
File Number 2020-00002925

Deputy Clerk

**Return To :**

EXHIBIT
5

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC,** a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52,** plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT 5

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT
5

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company

Sworn to and subscribed before me, Notary Public, this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

EXHIBIT
5



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

AFE #: FW191015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| WELLBORE INTEGRITY<br>INVOICE#IN11857611 DATED:6/23/2020 | $ | 20,070.00 |
| Handling Charges @ 5%(601) | $ | 1,003.50 |
| **AMOUNT DUE:** | **$** | **21,073.50** |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.07.15 14:52:30 -05'00'

| | | |
|---|---|---|
| $ | (20,070.00) | 024000.10417.4202.110 |
| $ | (1,003.50) | 810510.10417.4202.110 |
| $ | (20,070.00) | 810650.10417.4202.110 |
| $ | 20,070.00 | 919250-10417.4202.110 |

ED

EXHIBIT 5

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:**

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 1 of 2

**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5 /8 FH Pin | | | | | 0.00 |
| | | | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 5

Wellbore Integrity SOLUTIONS
TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | | | |
|---|---|---|---|
| **BILLED TO:** | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 -- UNITED STATES | **INVOICE NO:** | IN11857611 |
| **CUSTOMER# :** | EN0151 | **PAGE NO:** | Page 2 of 2 |
| **ORDERED BY:** | . | **DATE:** | 23-JUN-20 |
| **DISC CODE:** | | **TERMS:** | 30 NET |
| **SERVICE GRP:** | Tubulars and Surface Products | **TKT DATE:** | |
| **TAX JOB TYPE:** | [None] | **SALESPERSON#:** | WANOUS, AJ |
| **EXPORT:** | | **OFF SALES REP:** | NONE |
| **DT / RA /BL #:** | J1009211 | | |
| **BILLED BY:** | JHENLEY | | |

| RIG: | FIELD / BLOCK: | JOB #: | CUSTOMER ORDER # : | AREA/DIST: | SHIP TO: | LEASE: |
|---|---|---|---|---|---|---|
| ROWAN RESOLUTE | // | 1256595125 | 10013-0000458130 | 1256 | ENSCO OFFSHORE COMPANY, US | OCSG 12209 |
| **COUNTY/PARISH:** | **STATE:** | **WELL #:** | **TWNSHP:** | **INV LOC:** | **SHIP #:** | **SEC:** |
| OFFSHORE | LA | GC 200 TA-3 | | 1256 | EN0151 | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 |

| | | |
|---|---|---|
| TOTAL DISCOUNT : | 0.00 | |
| SUBTOTAL : | | 20,070.00 |
| TAXABLE AMOUNT : | | 0.00 |
| CITY TAX : | 0.00% | 0.00 |
| COUNTY/PARISH TAX : | 0.00% | 0.00 |
| STATE TAX : | 0.00% | 0.00 |
| FREIGHT : | | 0.00 |
| **TOTAL AMOUNT DUE:** | | **20,070.00** |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https //www.wellboreintegrity.com/about/governance/

| | |
|---|---|
| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 5

# Valaris

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

PO NUMBER: 10013-0000458130
PO DATE: 05/18/2020
RIG NAME: R202- RESOLUTE
FINAL DEST. COUNTRY: United States
REVISION NO.
REVISION DATE

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO / WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

SUPPLIER SHIPPING TERMS (INCOTERMS 2010)
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

BUYER REPRESENTATIVE
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY: USD
REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 3-1 | 6625DPR3OPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |

EXHIBIT 5

# Valaris

## Purchase Order

Page 2

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

Total PO Amount 20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
5


# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | rDS16RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 10013-0000458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |
| Estimated Total | | | | | $20,070.00 |

Customer Signature:

Date:

EXHIBIT 5

# GENERAL TERMS AND CONDITIONS

**THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.**

1. ACCEPTANCE. By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. DEFINITIONS.
   a. **Chemicals** – any chemicals, substances, and Fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. **Claim(s)** – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including spousal and survivor's actions, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted including without limitation, actions in rem or in personam, civil or criminal actions and/or causes of action however arising.
   c. **Customer** – the person, firm, or other entity to which any Work is supplied or provided by Wellbore.
   d. **Fluids** – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.
   e. **Group** – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. **Order** – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties.
   g. **Products** – equipment, goods, materials, tools, supplies, Chemicals, and/or products or equipment sold or otherwise provided by Wellbore to Customer.
   h. **Rentals** – Customer's hiring of Products and/or equipment from Wellbore for a time frame.
   **Wellbore** – the entity providing Work to Customer, which may be **Wellbore Integrity Solutions, LLC**, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thermas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.
   j. **Services** – services provided by Wellbore to Customer including Products and personnel customarily required to provide such services.
   k. **Work** – Products, Services and/or Rentals.

3. INVOICING AND PAYMENT TERMS. Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore, in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require, at its sole discretion, payment in advance, an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order #, AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order, the following invoicing conditions shall apply to Work for which credit has been approved:

a. Wellbore may invoice Customer for each portion or stage of the Work, as described and priced in the Order, as soon as practicable and without frequency restrictions.
b. Wellbore may invoice Customer for Products as follows: fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order, and the remaining fifty percent (50%) immediately upon delivery of the Products.
c. Wellbore may invoice Customer for Rentals in advance as follows: one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope.
d. Wellbore may invoice Customer for any and all reimbursable items in advance.

Wellbore's invoice shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice is disputed, however, Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable, a credit or debit note to Customer. Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided.

Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice.

When payment is electronic (e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system-to-system exchange of purchase orders, field tickets, bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC Agreement to govern said electronic transactions.

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, any price discount will be unearned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price, without discount, will become immediately due and owing and subject to collection.

As used herein, the term "Receivables" shall mean all of Customer's rights and interests in a) all accounts and b) all general intangibles, whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work. Customer hereby grants a security interest in Customer's Receivables to secure Customer's obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables.

4. TAXES. Customer shall pay or reimburse Wellbore for, to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payments received by Wellbore in connection with the Work.

5. INDEPENDENT CONTRACTOR. Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees) are covered by the Louisiana Workers' Compensation Act, La R.S. 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to the Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S. 23:1061 (A)(1). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore's employees for purposes of La R.S. 23:1061 (A)(3).

EXHIBIT 5

GENERAL TERMS AND CONDITIONS

Wellbore Integrity

irrespective of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers' compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

6. OBLIGATIONS OF CUSTOMER

a. Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however, if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples, Wellbore may return samples to Customer upon completion of Wellbore's analysis or dispose of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or frac tanks where there is not a reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such. Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage, transportation, treatment or disposal of Chemicals.

c. Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. If the source is irretrievable or if it or its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source. Customer shall not attempt to recover a sealed source in a manner that, in Wellbore's opinion, could result in its rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. Fishing Operations. Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer shall use commercially reasonable efforts to attempt recovery of Wellbore Group equipment.

e. Change Orders. Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). If upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work, Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer shall be deemed to have accepted such proposal once Wellbore proceeds as specified in the Change Order. Wellbore may, at its sole discretion, decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL LOGS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the well site or, for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products furnished hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

Wellbore's sole liability and Customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option, of Products, Rentals or Services which prove to be defective within the warranty period and shall not include claims for labor costs, non-productive time, expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of heavy lifting or vessel/rig time, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event shall Wellbore be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which is defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers' warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT
5

Wellbore Integrity

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (i) upon delivery to Customer's carrier (ii) upon delivery to Customer's location, or (iii) upon blending, whichever occurs first. Title to and risk of loss for rented Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order; however, if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time, method, place or medium of payment notwithstanding, Wellbore's rights in and to the Products until payment has been received in full. On all Orders Wellbore shall retain a security interest in the Products irrespective of attachment to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore.

**9. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cancel the Order in full or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, crating, shipment to port or to dock side, customs charges and all other costs relating to shipment exportation and importation shall me at Customer's expense.

**10. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice liability, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%).

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

**13. INDEMNITIES**

a. Personnel and Property

1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. Special Indemnity. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNTIME, REMEDIATION, OR RECOVERY TIME); (ii) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 6.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iii) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS OR THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT 5

Wellbore Integrity

## GENERAL TERMS AND CONDITIONS

c. APPLICATION OF INDEMNITIES. THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.a AND 9.b ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-DATE THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF EITHER PARTY'S GROUP.

d. Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law

14. INCIDENTAL OR CONSEQUENTIAL DAMAGES.
IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF RIG TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15. INSURANCE. Each party, as indemnitor agrees to support the indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and loss payee but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the indemnified Group. Customer shall not self-insure without the written consent of Wellbore. Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti-Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees to carry supporting insurance in equal amounts of the types and in the minimum amounts required by the TOAIA. Where a party's insurance is deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self insurance. It is the intention of the parties hereto that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. LIMITATION OF LIABILITY. Notwithstanding anything to the contrary herein except as provided under section 9.a.1 above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract.

17. EMPLOYEE SOLICITATION. Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1) year has elapsed from Customer's receipt of the final invoice for the Work.

18. INTELLECTUAL PROPERTY. Wellbore owns all rights to the proprietary intellectual property embodied in its Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringement claims arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has been specially modified, designed and/or manufactured to meet Customer's specifications; (iii) out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications. Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or the indemnity shall be void.

19. MISCELLANEOUS.

a. Orders. Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order.

b. Force Majeure. Wellbore shall not be liable for any delay or non performance due to governmental regulation, labor disputes, hostile action, weather, fire, acts of God or any other causes beyond the reasonable control of Wellbore.

c. Governing Law. If Work is furnished offshore or on navigable waters, General Maritime laws shall govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas shall apply and govern the validity, interpretation, and performance of the Contract.

d. Severability. Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision.

e. Compliance with laws. Customer and Wellbore respectively agree to comply with all laws, statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work.

20. GENERAL COMMERCIAL CONDITIONS. Commercial conditions, prices and technical specifications for the Work shall be documented in an Order. Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final. Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent.

b. Return of Rentals. Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility. If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same and will be returned to Customer at Customer's cost. Any waste found in Rentals upon return to Wellbore will be returned to Customer or disposed of at Customer's cost.

c. Buy Back of Fluids. Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility. Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost.

d. Pricing Changes. Wellbore has the right to revise pricing applicable to the Work at any time, including without limitation (i) whenever Wellbore determines that market conditions support such revision, and (ii) whenever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services, including commodities, trucking, labor, materials and/or ancillary products, materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that may have been submitted by Wellbore. Such revisions may be adjusted post job in accordance with the actual cost.

e. Pricing exclusions. Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list: (i) mobilization and demobilization fees, (ii) stand-by (for crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, (iii) third party reimbursable fee of 20% (or as may otherwise be specified in Wellbore's applicable price list (iv) fuel surcharges (as may be specified in Wellbore's applicable price list and subject to further adjustment based on the US Energy Information Administration (EIA) for US Retail On-Highway Diesel) and transportation/mileage fees, and (v) cancellation fees, return/restocking fees and buy-back fees.

f. Additional Work. Backup tools, additional services, products and new technology items that are not specifically included in the work scope described in the Order shall be quoted upon request.

21. EXPORT COMPLIANCE. Customer is advised that Work provided under the Contract is subject to the U.S. Export Administration Regulations and diversion contrary to U.S. laws and regulations is prohibited. Customer agrees not to directly or indirectly export, import, or transmit the Work to any country or end user or for any end use that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U.S. government). Additionally Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use. Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

EXHIBIT
5



GENERAL TERMS AND CONDITIONS

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group to Customer, all of which is Wellbore confidential information. Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions, Customer and Wellbore agree, and it is the intent of these General Terms and Conditions, that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

EXHIBIT 5

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

**Job #:J1009211** **MRT #:M1011667** **Customer Ref #: R# 202-769**

| | | |
|---|---|---|
| Customer Name: 10018008-FIELDWOOD ENERGY, LLC | | Rig (Name/No): Rowan Resolute |
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

Special Instructions

Equipment Details

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|---|---|---|---|---|
| | | | | Box 0<br>Pin 0 |

EXHIBIT 5

MRT M1011667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# / .362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

EXHIBIT 5



# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER: | | DATE: | 6/15/2020 | P.O. NO. | | OFFICE USE ONLY |
| | VALARIS | OPERATOR | [illegible] | CUSTOMER CODE: | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 AREA 05 | |
| WORK ORDER # | J1009211 | LOCATION | GC-200 | | | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | $6,560.00 |

DEPART FOR JOB: AM **ARRIVE AT JOB: AM PM

SERVICE HOURS:

DEPART FOR JOB: AM **CHARGEABLE: HRS

NON-CHARGEABLE: HRS

INSPECTION REPORT(S):

SHOP ORDER J1009211

CUSTOMER'S SIGNATURE:

DATE: 6/15/2020

INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

**THANK YOU**____________________

EXHIBIT 5

EXHIBIT 5

# DRILCO

**Summary Report #: 10001382** Job #: J1009211 Work Order #: W1013419 Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3 WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT 5

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 10001382

Job #: 31009211 | Work Order #: W1013419 | Customer Ref #: R# 202-769

**Billing Information**

| | |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 1001 8008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W1013419 |
| PO # | |
| Inspected @ | Port Fourchon |

**Tube Spec's**

| | |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47 05 / .750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

**Tool Joint Spec's**

| | |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range II III | III |
| Connection | 6 5/8 FH |

| Box Tool Joint | | | Pin Tool Joint | | | Total Conns | |
|---|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | | |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | OK DRILCO | 116 |
| Galled Thread(s) | GT | 1 | Galled Thread(s) | GT | 0 | Machine Re-face | 22 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 1 | Galled Thread(s) | 1 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 | Damage Thread(s) | 1 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Worn Thread(s) | 1 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 | Pitted Thread(s) | 17 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 | Cracked Thread(s) | 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 | Damage Shoulder | 1 |
| Benchmark at Min | BM | 0 | Benchmark at Min | BM | 1 | BM at Minimum | 1 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | 0 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | 0 |
| Heat Checking | HC | 0 | Heat Checking | HC | 0 | HC Tool Jt | 0 |
| Flush Hardband | F | 0 | Flush Hardband | F | 0 | HB Repairs | 0 |
| Worn Hardband | W | 0 | Worn Hardband | W | 0 | Bent Joint(s) | 0 |
| Broken Hardband | B | 0 | Broken Hardband | B | 0 | Flaking ID Coating | 0 |

**Total Count**

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94 9% Remaining Wall | 0 |
| 80.0% - 89 9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

**Inspection & Services Performed**

- Total Indicated Runout (TIR) of connections performed
- Cleaning Service Brush OD / ID Full Length
- Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD )
- Cleaning Service Waterblast OD / ID Full Length
- Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
- Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- Wet Magnetic Inspection of Re-Machined Connections
- Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
- Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID )
- Reverse Magnetic Field Full Length
- Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD )

| | MRF Classifications | | Box | Pin | Totals |
|---|---|---|---|---|---|
| | Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| X | Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| X | Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| X | Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| X | Galled Shoulder | MRF-GS | 6 | 11 | 17 |

| | Monitored By |
|---|---|
| X | N/A |

**Joint Class Entries**

| | |
|---|---|
| Premium | P |
| Bent Tube | BT |
| Class 2 Reject | 2 |
| Class 3 Reject | 3 |

**Specifications Used**

X DS-1 Category 5+FLUT 2

**Inspected by**

Joshua Ritter — Dominic Patterson
Ron Leblanc — Terrance Crushfield

**Re-Inspected by**

**Inspector's Comments**

Material Belongs To ROWAN
White Lite Reading 50-51
U. V. Meter Reading 1750-2360

Note: (*) mark show that JT/Run No. has comment.

EXHIBIT 5

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 · 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | RPR |
| 2 | NAR 06975 | AACGND 0175 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.74 | PRM | PRM |
| 3 | NAR 06872 | AACGND 0072 | 0.717 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 95.60 | 43.84 | RPR | RPR |
| 4 | NAR 06912 | AACGND 0112 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 99.60 | 43.94 | PRM | PRM |
| 5 | NAR 07011 | AACGND 0211 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.27 | 43.86 | RPR | RPR |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99.07 | 43.64 | RPR | RPR |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98.80 | 43.85 | PRM | PRM |
| 8 | NAR 06836 | AACOND 0036 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 9 | NAR 06816 | AACOND 0016 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98.67 | 43.90 | RPR | RPR |
| 10 | NAR 06882 | AACGND 0082 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 96.93 | 43.87 | RPR | RPR |
| 11 | NAR 06959 | AACGND 0159 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.98 | PRM | PRM |
| 12 | NAR 06972 | AACGND 0172 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.82 | PRM | PRM |
| 13 | NAR 06900 | AACGND 0100 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.53 | 43.85 | PRM | PRM |
| 14 | NAR 06838 | AACGND 0038 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 98.00 | 43.75 | RPR | RPR |
| 15 | NAR 06850 | AACGND 0050 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 97.73 | 43.89 | PRM | PRM |
| 16 | NAR 06981 | AACGND 0181 | 0.746 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.47 | 43.85 | PRM | PRM |
| 17 | NAR 06897 | AACGND 0097 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | RPR | RPR |
| 18 | NAR 06910 | AACGND 0110 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.87 | 43.88 | PRM | PRM |
| 19 | NAR 07031 | AACGND 0231 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.60 | 43.92 | PRM | PRM |
| 20 | NAR 06956 | AACGND 0156 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.60 | 43.86 | PRM | PRM |
| 21 | NAR 06950 | AACGND 0150 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 98.27 | 43.75 | RPR | RPR |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 99.73 | 43.99 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.87 | 43.87 | RPR | RPR |
| 25 | NAR 06860 | AACOND 0060 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.07 | 43.86 | PRM | PRM |
| 26 | NAR 07004 | AACOND 0204 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | | OK | | P | 96.53 | 43.73 | RPR | RPR |
| 27 | NAR 07008 | AACOND 0208 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.73 | 43.74 | RPR | RPR |
| 28 | NAR 06985 | AACOND 0185 | 0.719 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 95.87 | 43.98 | PRM | PRM |
| 29 | NAR 06955 | AACGND 0155 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.20 | 43.88 | RPR | RPR |
| 30 | NAR 06858 | AACGND 0058 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 44.10 | RPR | RPR |
| 31 | NAR 07032 | AACGND 0232 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.91 | PRM | PRM |
| 32 | NAR 06988 | AACGND 0188 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 96.53 | 43.75 | RPR | RPR |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.33 | 43.92 | PRM | PRM |
| 34 | NAR 06968 | AACGND 0168 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

Note (*) mark show that JT/Run No. has comment.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6 625 47.05 / 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAR 06991 | AACGND 0191 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 97.60 | 43.80 | PRM | PRM |
| 36 | NAR 06876 | AACGND 0076 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 96.53 | 43.94 | PRM | PRM |
| 37 | NAR 06920 | AACGND 0120 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 97.47 | 43.85 | PRM | PRM |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 99.87 | 43.80 | RPR | RPR |
| 39 | NAR 06994 | AACGND 0194 | 0.756 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-GS | | | OK | | P | 100.80 | 43.94 | RPR | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0.738 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.40 | 43.82 | RPR | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 96.67 | 43.84 | PRM | PRM |
| 42 | NAR 07029 | AACGND 0229 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | OK | | P | 97.87 | 43.76 | RPR | RPR |
| 43 | NAR 06934 | AACGND 0134 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | P | 98.13 | 43.64 | PRM | PRM |
| 44 | NAR 06971 | AACGND 0171 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 99.87 | 43.73 | PRM | PRM |
| 45 | NAR 06875 | AACGND 0075 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-PS | | | OK | | P | 97.20 | 43.77 | RPR | RPR |
| 46 | NAR 06864 | AACGND 0064 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | OK | | P | 96.40 | 43.70 | PRM | PRM |
| 47 | NAR 06962 | AACGND 0162 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | OK | | P | 97.47 | 43.80 | PRM | PRM |
| 48 | NAR 06961 | AACGND 0161 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 99.60 | 43.94 | RPR | RPR |
| 49 | NAR 06868 | AACGND 0068 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 100.00 | 43.80 | PRM | PRM |
| 50 | NAR 06966 | AACGND 0166 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | MRF-GS | | | OK | | P | 100.00 | 43.73 | RPR | RPR |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | MRF-GS | | | OK | | P | 99.60 | 43.83 | RPR | RPR |
| 52 | NAR 06894 | AACGND 0094 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | P | 98.53 | 44.00 | PRM | PRM |
| 53 | NAR 06973 | AACGND 0173 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.75 | PRM | PRM |
| 54 | NAR 06841 | AACGND 0041 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | P | 96.80 | 43.79 | PRM | PRM |
| 55 | NAR 06807 | AACGND 0007 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/2 | OK | | | OK | | P | 98.53 | 43.80 | PRM | PRM |
| 56 | NAR 07024 | AACGND 0224 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 97.87 | 43.80 | RPR | RPR |
| 57 | NAR 06948 | AACGND 0148 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | OK | | P | 96.40 | 43.75 | PRM | PRM |
| 58 | NAR 07016 | AACGND 0216 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.93 | 43.75 | RPR | RPR |
| 59 | NAR 06862 | AACGND 0062 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 98.80 | 43.94 | PRM | PRM |
| 60 | NAR 06811 | AACGND 0011 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.83 | RPR | RPR |
| 61 | NAR 06844 | AACGND 0044 | 0.718 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 95.73 | 43.87 | RPR | RPR |
| 62 | NAR 06960 | AACGND 0160 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 98.67 | 43.83 | PRM | PRM |
| 63 | NAR 06899 | AACGND 0099 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | OK | | P | 98.93 | 43.78 | RPR | RPR |
| 64 | NAR 06888 | AACGND 0088 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.13 | 43.83 | PRM | PRM |
| 65 | NAR 06879 | AACGND 0079 | 0.753 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | DT | | | OK | | P | 100.40 | 43.85 | RPR | RPR |
| 66 | NAR 06825 | AACGND 0025 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 99.33 | 43.74 | PRM | PRM |
| 67 | NAR 06846 | AACGND 0046 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 3/4 | OK | | | OK | | P | 99.20 | 43.65 | RPR | RPR |
| 68 | NAR 06976 | AACGND 0176 | 0.725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | PT | | | OK | | P | 96.67 | 43.83 | RPR | RPR |
| 69 | NAR 07000 | AACGND 0200 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | OK | | P | 96.93 | 43.69 | PRM | PRM |
| 70 | NAR 06904 | AACGND 0104 | 0.713 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | OK | | P | 95.07 | 43.44 | RPR | RPR |
| 71 | NAR 06853 | AACGND 0053 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | OK | | P | 96.80 | 43.84 | RPR | RPR |
| 72 | NAR 06954 | AACGND 0154 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | MRF-SD | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 97.73 | 43.84 | RPR | RPR |
| 73 | NAR 07015 | AACGND 0215 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | P | 98.80 | 44.02 | PRM | PRM |
| 74 | NAR 06871 | AACGND 0071 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 99.73 | 43.87 | PRM | PRM |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | P | 100.00 | 43.69 | PRM | PRM |
| 76 | NAR 07017 | AACGND 0217 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 99.20 | 43.90 | PRM | PRM |
| 77 | NAR 06895 | AACGND 0095 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.94 | PRM | PRM |
| 78 | NAR 06802 | AACGND 0002 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | P | 96.53 | 43.85 | RPR | RPR |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | OK | | P | 99.33 | 43.79 | RPR | RPR |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 5

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | NAR 06837 | A ACGND 0037 | 0.730 | | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 7 8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15 16 | 10 1 4 | OK | | | | OK | | P | 97.33 | 43.77 | PRM | PRM |

Note : (*) mark show that JT/Run No. has comment

EXHIBIT 5

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1005211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | 160 | $8.00 | $1,280.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | $1,280.00 |

DEPART FOR JOB: ________ ☐ AM PM ARRIVE AT JOB: ________ AM PM

SERVICE HOURS:

DEPART FOR JOB: ________ ☐ AM PM CHARGEABLE ________ HRS

NON-CHARGEABLE ________ HRS

INSPECTION REPORT(S): J1005211

CUSTOMER'S SIGNATURE: | DATE: | INSPECTED BY NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS ________

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT
5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 1

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00<br>4,250.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2' | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00<br>6,780.00 | 82- THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 5

Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 2

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

R4202 05/09/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 2<br>DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00<br>1,200.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 3<br>DRILCO JOB: J1009211 | | | | | | |
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00<br>6,560.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

| | | | |
|---|---|---|---|
| R4202 05/09/2020<br>OIM DATE<br><br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550<br><br>BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 4

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HTS NO: | | UNSPSC NO: | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82- THIRD PART | S | | | |

PURCHASING USE ONLY

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 4
DRILCO JOB: J1009211

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount: 20,070.00

AFE: Fw 191015
LEASE: GC-40 Katmai
RIG: Rowan Resolute
ENGINEER: K. Castille
Routing # 580048
Acct Code # 3025-15

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

R4202 NO: 05/09/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 5



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

**AMOUNT DUE: $ 111,367.50**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed by Ben
Date: 2020.07.16 13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

ED

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 1

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15,K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLADE F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC |

| | | | |
|---|---|---|---|
| R4202 OIM / 07/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908 |
| RIG MGR / OPERATIONS MGR DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | Rep Signature | | BUYER DATE |
| | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013 OPEN
Req ID:0000236908
Date: 07/03/2020
Page 2

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |
| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438090 UNSPSC NO:

(Item 4 above)

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8484200000 UNSPSC NO:

(Item 5 above)

Line Item Exempt : N

Available Sustitutes Item Desc :

| R4202 OIM | 07/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908 |
|---|---|---|---|---|
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT
5

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 3

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EAR99 | | HTS NO:8481909090 | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:4016930000 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438090 UNSPSC NO:

Total Requisition Amount 111,367.50

ECCN NO:
R4202 07/03/2020
OIM DATE
[signature] 7/3/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be Initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
B. GABOURIE FWE
Operator (Print)
[signature]
Rep Signature
BARRY GABOURIE
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 5



# INVOICE

Invoice No : 916459063
Invoice Date : MAR 15 2019
Page : 1 of 3

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

Payment Terms : Net 45 Days
Terms & Conditions : As Attached/Included
Freight Terms : Free Carrier
HOUSTON DC
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : MAR 15 2019

Invoice To : 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

Inside Sales Contact : Johnny Olachia 832-787-8686
Outside Sales Contact : ALAN THIBODEAUX 281-753-2922
Sales Order : 3685599
Delivery Number : 88188457

Customer Reference : 4500506400
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : Tina Castillio
Project Name : RIG 202
Project/Reference : RIG 202

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03<br>Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br>Frame Agreement Price : 8,330.63 | 4.000 EA | 8,330.63 | 33,322.52 |
| 30 | 2231541-01<br>Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>Frame Agreement Price : 2,530.22 | 2.000 EA | 2,530.22 | 5,060.44 |

FR#236908 - Item Number 4 - 64436903 - 4 EA

FR#236908 - Item Number 3 - 223154101 - 2 EA

EXHIBIT
5


Invoice No : 916459063

Serial No : 1 2

| | | | | |
|---|---|---|---|---|
| 40 | 2231547-03<br>Customer Material :80491<br>SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA<br>FR#236908 - Item Number 2 - 223154703 - 4 EA | 5,056.59 | 20,226.36 |
| 50 | 2231544-03<br>Customer Material :80490<br>SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA<br>FR#236908 - Item Number 1 - 223154403 - 4 EA | 5,056.59 | 20,226.36 |
| 60 | 645484-01-00-01<br>Customer Material :23001<br>BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K<br>"TL" BOP (NOT API 16A 4TH ED)<br>Frame Agreement Price : 503.58 | 28.000 EA<br>FR#236908 - Item Number 7 - 645484010001 - 6 EA | 503.58 | 14,100.24 |
| 70 | 2247012-02<br>Customer Material :129474<br>BODY, S-AX GASKET, 18-3/4 10/15 K<br>Frame Agreement Price : 7,408.17 | 1.000 EA | 7,408.17 | 7,408.17 |
| 80 | 644404-01-00-03<br>Customer Material :74683<br>PACKER, VBR - CAMRAM (TM) 18-3/4"-15M<br>T/TL BOP, 7-5/8" TO 3-1/2" OD<br>PIPE, AND 5-7/8" TO 3-1/2" OD PIPE<br>PER API 16A, TEMP CLASS "E,X"<br>DUAL DUROMETER (NOT API 16A 4TH ED)<br>Frame Agreement Price : 15,239.07 | 8.000 EA<br>FR#236908 - Item Number 5 - 644404010003 - 2 EA | 15,239.07 | 121,912.56 |

EXHIBIT 5



CAMERON
A Schlumberger Company

| | | | | |
|---|---|---|---|---|
| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

**Price summary :**

| | |
|---|---|
| **Total Price :** | **230,264.65 USD** |
| **State Tax :** | **14,391.53 USD** |
| **City Tax :** | **2,302.65 USD** |
| **Transit Tax :** | **2,302.65 USD** |
| **Total Invoice Value :** | **249,261.48 USD** |

EXHIBIT
5



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |
| **AMOUNT DUE:** | **$** | **5,886.52** |

Rig Manager's Approval: ______________________

**REMIT ACH PAYMENTS TO:**
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED

EXHIBIT 5

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013 PO Status: Dispatched
PO ID: 0000458846

Header

PO Date: 06/09/2020
Vendor Name: DRILCOCOM-001
Vendor ID: 0000000238 Vendor Details
Buyer: Kenya Akeem Abdul Maxile
PO Reference: 0000236066 SERVICE

Backorder Status: Not Backordered
Receipt Status: Not Recvd
☐ Hold From Further Processing

Amount Summary
Merchandise: 225.00
Freight/Tax/Misc.: 0.00
Total: 225.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6750DCR2PRIN | INSPECTION-ONSHORE,COLLARS,RAN | 85 | 15.0000 | EA | 225.00 | USD | Approved | 6750DCR2PRIN | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 5

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013
Req ID: 0000236066
Date: 05/28/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 024000 6750DCR2PRIN | EA | INSPECTION-ONSHORE,COLLARS,RANGE 2,6-3/4 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | 85 - 85-TUBULAR | C | | | |

PURCHASING USE ONLY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Line Item Exempt : N

Available Substitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

ACCT. CODE 3060-15
5-29-2020

Total Requisition Amount: 150.00

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS. ETRR# R4202-2020-5-28-1551. COLLARS WILL GO TO WELLBORE INTEGRITY SOLUTIONS IN FOURCHON SERIAL#'S,239036, 239053, 239072, 239042, 239043, 239048, 239049, 239051, 239052, 239054, 239058, 239059, 239060, 239063, & 239064

R4202 CIM

05/28/2020 DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

L. Butler
Rep Signature

Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236066

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 5

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458710
PO Status: Dispatched
POA Status: Acknowledged

Header

PO Date: 06/03/2020
Vendor Name: AMERICANR-003
Vendor ID: 0000017294 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Header Details | All RTV
Header Comments... | Matching
Change Order | Activity Summary

Document Status

Amount Summary
Merchandise: 1,500.00
Freight/Tax/Misc.: 0.00
Total: 1,500.00 USD

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVOILDIS550GAR | SERVICE-ONSHORE,AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 | USD | Approved | SERVOILDIS550GAR | | |

View Approvals

Return to Search Notify Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=... 7/20/2020

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236175
Date: 06/02/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

(PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.)

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 7310100050 UNSPSC NO:

Total Requisition Amount: 1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 OIM | 06/02/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236175 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/3/20 DATE | Operator (Print) | | |
| | | Rep Signature | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 5

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458579

PO Status: Dispatched

Header

PO Date: 06/01/2020
Vendor Name: SWIREOILF-001
Vendor ID: 0000000512 Vendor Details
Buyer: Emestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,611.21
Freight/Tax/Misc.: 0.00
Total: 1,611.21 USD

Header Details | All RTV | Document Status
Header Comments... | Matching |
Change Order | Activity Summary |

Lines

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 | USD | Approved | | | |
| 2 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 | USD | Approved | | | |
| 3 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 5

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary

Home Worklist Add to Favorites Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| Purchase Order: | 0000458579 | Vendor: | SWIRE OILFIELD SERVICES LIMITED |
| Merchandise Amount: | 1,611.21 USD | | |
| Merchandise Receipt: | 1,611.21 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines

Details Receipt Invoice Matched RTV

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search Notify

EXHIBIT 5

EXHIBIT 5

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000235606
Date: 05/12/2020
Page 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY: PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00<br>375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00<br>750.00 | 82- THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

R4202 05/12/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235606

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 5

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235606
**Date:** 05/12/2020
**Page** 2

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COMPLETELY WITH HOT WATER AND SOAP, 3-RINSE THE INSIDE WITH CLEAN HOT WATER, CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP | | | | | | |
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21 486.21 | 82 - THIRD PART | S | | | |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** **HTS NO:** **UNSPSC NO:**

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

Total Requisition Amount: 1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15

| R4202 / OIM | 05/12/2020 / DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE — Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] — Rep Signature | | BUYER / DATE |
| | | Brent Primeaux — Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _______

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000457100 | | |
| Change Order: | 1 | POA Status: | Responded, Awaits Review |

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000374 Vendor Details
Buyer: Ernestine Castillo

Backorder Status: Not Backordered
Receipt Status: Received
Hold From Further Processing

PO References

Amount Summary
Merchandise: 2,270.30
Freight/Tax/Misc.: 0.00
Total: 2,270.30 USD

Header Details — All RTV — Document Status
Header Comments — Matching
Change Order — Activity Summary

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H109832 | GASKET,VETCO,H10983-2,VGX-2 18 | 25 | | EA | 0.00 | USD | Canceled | H109832 |
| 2 | H120251 | SEAL,VETCO,H12025-1,LIP HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 |
| 3 | | FEE,RESTOCKING,VETCO,H10983-2 | 25 | 1.0000 | EA | 2,133.97 | USD | Approved | |
| 4 | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 5



VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary

Home Worklist Add to Favorites Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| Purchase Order: | 0000467100 | Vendor: | HYDRIL VETCO GE BAKER HUGHES |
| Merchandise Amount: | 2,270.00 USD | | |
| Merchandise Receipt: | 2,270.00 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines — Personalize | Find | View All | First 1-2 of 2 Last

Details | Receipt | Invoice | Matched | RTV

| Lines | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | FEE,RESTOCKING,VETCO,H109932 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 2,[illegible] | USD |
| 4 | | | FEE,RESTOCKING,VETCO,H2025-1 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 136.330 | USD |

Return to Search Notify

https://people3.drillzone.com/psp/fsprd 12/EMPLOYEE/ERP/c/MANAGE PURCHASE ORDERS.ACTIVITY SUMMARY.... 7/20/2020

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000234615
Date: 04/02/2020
Page 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 H109932 | EA | GASKET,VETCO,H10993-2,VGX-2,18-3/4 IN,15K PSI,F/H4 CONNECTOR | 4,161.60 8,323.00 | 95 - 95-SUBSEA | VC | | | |
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRATE,F/H4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

Item 1:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

Item 2:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

DATED GOODS - EXPIRATION DATE-- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE

R4202 04/02/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234615

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 5

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000234615
Date: 04/02/2020
Page 2

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Total Requisition Amount: 8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code # 3060-15
4/9/20

| | | | |
|---|---|---|---|
| R4202 — OIM<br>04/02/2020 — DATE<br>RIG MGR / OPERATIONS MGR ____ DATE ____<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>FWE — Operator (Print)<br>[signature] — Rep Signature<br>Brent Primeaux — Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234615<br>BUYER ____ DATE ____ |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _________

EXHIBIT 5

Help ENSCO Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search All Products Keyword(s): Search by Part #, Product Name or Keyword Go Search Multiple Parts

Current Quote

Delete Actions Save Quote Go Proceed to Checkout

Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | |

Recalculate **Sub-Total: $11,350.03**

**Taxes, Shipping and Handling Extra**

**Total: $11,350.03**

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
**********************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"], CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
**********************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
**********************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
**********************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
**********************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
**********************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping Delete Actions Save Quote Go Proceed to Checkout

EXHIBIT 5

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000457100 | | |
| Change Order: | 1 | POA Status: | Responded, Awaits Review |

Header

PO Date: 04/15/2020

Vendor Name: HYDRIL-001

Vendor ID: 0000000324 Vendor Details

Buyer: Ernestine Casillo

PO Reference:

Backorder Status: Not Backordered

Receipt Status: Received

☐ Hold From Further Processing

Amount Summary

Merchandise: 2,270.00

Freight/Tax/Misc.: 0.00

Total: 2,270.00 USD

Header Details | All RTV | Document Status

Header Comments... | Matching

Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H109932 | GASKET,VETCO,H10993-2 VGX-2,18 | 95 | | EA | 0.00 | USD | Canceled | H109932 | | |
| 2 | | H120251 | SEAL,VETCO,H12025-1,LIP,HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10993-2 | 95 | 1.0000 | EA | 2,133.67 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 5

07/23/2020 01:18:21 PM JEFF PAR 6384746 aam $305.00
INST. 12033590 MORTGAGE BOOK 4887 PAGE 125

(Green Canyon 40 #1)

**STATEMENT OF PRIVILEGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
6

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 6

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company

Sworn to and subscribed before me, Notary Public, this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

EXHIBIT
6



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

AFE #: FW191015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| WELLBORE INTEGRITY<br>INVOICE#IN11857611 DATED:6/23/2020 | $ | 20,070.00 |
| Handling Charges @ 5%(601) | $ | 1,003.50 |
| **AMOUNT DUE:** | **$** | **21,073.50** |

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.07.15 14:52:30 -05'00'

| | | |
|---|---|---|
| $ | (20,070.00) | 024000.10417.4202.110 |
| $ | (1,003.50) | 810510.10417.4202.110 |
| $ | (20,070.00) | 810650.10417.4202.110 |
| $ | 20,070.00 | 919250-10417.4202.110 |

ED

EXHIBIT 6

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:**

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 1 of 2

**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | 0.00 |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT
6

Wellbore Integrity SOLUTIONS
TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:** .

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**PAGE NO:** Page 2 of 2

**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |

| | | |
|---|---|---|
| | | 0.00 |
| TOTAL DISCOUNT : | 0.00 | |
| SUBTOTAL : | | 20,070.00 |
| TAXABLE AMOUNT : | | 0.00 |
| CITY TAX : | 0.00% | 0.00 |
| COUNTY/PARISH TAX : | 0.00% | 0.00 |
| STATE TAX : | 0.00% | 0.00 |
| FREIGHT : | | 0.00 |
| **TOTAL AMOUNT DUE:** | | 20,070.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 6

# Valaris

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAIL ID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO / WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83670500

SUPPLIER SHIPPING TERMS (INCOTERMS 2010)
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

BUYER REPRESENTATIVE
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY: USD

REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |

EXHIBIT 6

# Valaris

## Purchase Order

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

Total PO Amount 20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT 6



# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | rDS16RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 10013-0000458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| | [redacted] | | | | |
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |
| Estimated Total | | | | | $20,070.00 |

Customer Signature: ____________________

Date: ____________________

EXHIBIT 6

# GENERAL TERMS AND CONDITIONS

**THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.**

1. **ACCEPTANCE.** By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**
   a. **Chemicals** – any chemicals, substances, and Fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. **Claim(s)** – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including spousal and survivor's actions, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted including without limitation, actions in rem or in personam, civil or criminal actions and/or causes of action howsoever arising.
   c. **Customer** – the person, firm, or other entity to which any Work is supplied or provided by Wellbore.
   d. **Fluids** – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.
   e. **Group** – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. **Order** – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties.
   g. **Products** – equipment, goods, materials, tools, supplies, Chemicals, and/or products or equipment sold or otherwise provided by Wellbore to Customer.
   h. **Rentals** – Customer's hiring of Products and/or equipment from Wellbore for a time frame.
   **Wellbore** – the entity providing Work to Customer, which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.
   j. **Services** – services provided by Wellbore to Customer, excluding Products and personnel customarily required to provide such services.
   k. **Work** – Products, Services and/or Rentals.

3. **INVOICING AND PAYMENT TERMS.** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore, in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require, at its sole discretion, payment in advance, an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order #, AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order, the following invoicing conditions shall apply to Work for which credit has been approved:

   a. Wellbore may invoice Customer for each portion or stage of the Work, as described and priced in the Order, as soon as practicable and without frequency restrictions.
   b. Wellbore may invoice Customer for Products as follows: fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order, and the remaining fifty percent (50%) immediately upon delivery of the Products.
   c. Wellbore may invoice Customer for Rentals in advance, as follows: one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope.
   d. Wellbore may invoice Customer for any and all reimbursable items in advance.

Wellbore's invoice shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice is disputed, however, Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable, a credit or debit note to Customer. Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided.

Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice.

When payment is electronic (e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system-to-system exchange of purchase orders, field tickets, bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC Agreement to govern said electronic transactions.

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to, attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, any price discount will be unearned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price, without discount, will become immediately due and owing and subject to collection.

As used herein the term "Receivables" shall mean all of Customer's rights and interests in a) all accounts and b) all general intangibles whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work. Customer hereby grants a security interest in Customer's Receivables to secure Customer's obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables.

4. **TAXES.** Customer shall pay or reimburse Wellbore for, to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payments received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR.** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees) are covered by the Louisiana Workers' Compensation Act, La. R.S. 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La. R.S. 23:1061 (A)(1). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore's employees for purposes of La. R.S. 23:1061 (A)(3).

EXHIBIT 6

## GENERAL TERMS AND CONDITIONS

Wellbore Integrity

Irrespective of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

6. OBLIGATIONS OF CUSTOMER

a. Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however, if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples, Wellbore may return samples to Customer upon completion of Wellbore's analysis or dispose of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or frac tanks where there is not a reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such. Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage, transportation, treatment or disposal of Chemicals.

c. Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. If the source is irretrievable or if it or its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source. Customer shall not attempt to recover a sealed source in a manner that in Wellbore's opinion could result in its rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. Fishing Operations. Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer has to use commercially reasonable effort to attempt recovery of Wellbore Group equipment.

e. Change Orders. Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). If upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work, Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer shall be deemed to have accepted such proposal once Wellbore proceeds as specified in the Change Order. Wellbore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that all Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUBMITTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL DISKS/COMPONENTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the wellsite or for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products furnished hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

Wellbore's sole liability and Customer's exclusive remedy under the foregoing warrant(ies) is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option, of Products, Rentals or Services which prove to be defective within the warranty period and shall not include claims for labor costs, non-productive time, expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of heavy lifting or vessel/rig time, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event shall Wellbore be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which is defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT 6

## GENERAL TERMS AND CONDITIONS

**8. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other documents as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (i) upon delivery to Customer's carrier (ii) upon delivery to Customer's location, or (iii) upon blending, whichever occurs first. Title to and risk of loss for rented Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time, method, place or medium of payment notwithstanding, Wellbore retains rights in and to the Products until payment has been received in full. On an Order, Wellbore shall retain a security interest in the Products irrespective of attachment to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore.

**9. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cancel the Order in full or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, carting, shipment to port or to dock side, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense.

**10. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice, liability, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%).

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

**13. INDEMNITIES**

- Personal and Property
  1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.
  2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

ii. Special Indemnity. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNTIME, REMEDIATION, OR RECOVERY TIME); (ii) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 6.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iii) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS OR THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT
6

## GENERAL TERMS AND CONDITIONS

c. APPLICATION OF INDEMNITIES. THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.A AND 9.B ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF OTHER PARTY'S GROUP.

d. Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law

14. INCIDENTAL OR CONSEQUENTIAL DAMAGES.
IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF RIG TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15. INSURANCE. Each party, as indemnitor agrees to support the indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and loss payee but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the indemnified Group Customer shall not self-insure without the written consent of Wellbore Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti-Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees to carry supporting insurance in equal amounts of the types and in the minimum amounts required by the TOAIA. Where a party's insurance is deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self insurance. It is the intention of the parties hereto that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. LIMITATION OF LIABILITY Notwithstanding anything to the contrary herein except as provided under section 9.a.I above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract

17. EMPLOYEE SOLICITATION. Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1 year has elapsed from Customer's receipt of the final invoice for the Work

18. INTELLECTUAL PROPERTY. Wellbore owns all rights to the proprietary intellectual property embodied in its Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringement claims arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has been specially modified, designed and/or manufactured to meet Customer's specifications; ( ) out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or the indemnity shall be void

Wellbore Integrity

19. MISCELLANEOUS.

a. Orders Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order

b. Force Majeure: Wellbore shall not be liable for any delay or non performance due to governmental regulation, labor disputes hostile action, weather fire acts of God or any other causes beyond the reasonable control of Wellbore.

c. Governing Law If Work is furnished offshore or on navigable waters, General Maritime laws shall govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas shall apply and govern the validity, interpretation, and performance of the Contract.

d. Severability: Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision

e. Compliance with laws. Customer and Wellbore respectively agree to comply with all laws, statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work

20. GENERAL COMMERCIAL CONDITIONS. Commercial conditions prices and technical specifications for the Work shall be documented in an Order Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent

b. Return of Rentals. Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same and will be returned to Customer at Customer's cost Any waste found in Rentals upon return to Wellbore will be returned to Customer or disposed of at Customer's cost

c. Buy-Back of Fluids Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost

d. Pricing Changes. Wellbore has the right to revise pricing applicable to the Work at any time, including without limitation (i) whenever Wellbore determines that market conditions support such revision, and (ii) whenever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services, including commodities, trucking, labor, materials and/or ancillary products, materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that may have been submitted by Wellbore Such revisions may be adjusted post job in accordance with the actual cost.

e. Pricing exclusions Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list. (i) mobilization and demobilization fees, (ii) stand-by (for crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, (iii) third party reimbursable fee of 20% (or as may otherwise be specified in Wellbore's applicable price list (iv) fuel surcharges (as may be specified in Wellbore's applicable price list and subject to further adjustment based on the US Energy Information Administration (EIA) for US Retail On-Highway Diesel) and transportation/mileage fees, and (v) cancellation fees, return/restocking fees and buy-back fees

f. Additional Work. Backup tools additional services, products and new technology items that are not specifically included in the work scope described in the Order shall be quoted upon request

21. EXPORT COMPLIANCE. Customer is advised that Work provided under the Contract subject to the U.S. Export Administration Regulations and diversion contrary to U.S. laws and regulations is prohibited. Customer agrees not to directly or indirectly export, import, or transmit the Work to any country or end user or for any end use that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U.S. government) Additionally Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

EXHIBIT
6

## GENERAL TERMS AND CONDITIONS

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

22. **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23. **CONFIDENTIALITY.** Customer agrees to hold in strict confidence all information provided by Wellbore Group to Customer, all of which is Wellbore confidential information. Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions, Customer and Wellbore agree, and it is the intent of these General Terms and Conditions, that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

EXHIBIT 6

EXHIBIT 6

MRT_M1011667 2020-05-06_09 11 21.pdf

# DRILCO

Material Receiving Ticket

**Job #:J1009211** **MRT #:M1011667** **Customer Ref #: R# 202-769**

| Customer Name: 10018008-FIELDWOOD ENERGY, LLC | | Rig (Name/No): Rowan Resolute |
|---|---|---|
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

Special Instructions

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|---|---|---|---|---|
| | | | | Box 0<br>Pin 0 |

MRT M1011667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# / .362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

EXHIBIT 6



# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER: | | DATE: | 6/15/2020 | P.O. NO. | | OFFICE USE ONLY |
| | VALARIS | OPERATOR | TERRANCE CURCHFIELD | CUSTOMER CODE: | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 AREA 05 | |
| WORK ORDER # | J1009211 | LOCATION | GC-200 | | | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | $6,560.00 |

| | | |
|---|---|---|
| DEPARTURE FOR JOB: AM ARRIVE AT JOB: AM PM<br>SERVICE HOURS:<br>DEPART FOR JOB: AM PM CHARGEABLE: HRS<br>NON-CHARGEABLE: HRS | | INSPECTION REPORT(S):<br>SHOP ORDER J1009211 |
| CUSTOMER'S SIGNATURE: | DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

THANK YOU

EXHIBIT 6

EXHIBIT
6

# DRILCO

**Summary Report #: I0001382** Job #: J1009211 Work Order #: W1013419 Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3 WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES

HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT 6

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: I0001382

Job #: J1009211 | Work Order #: W1013419 | Customer Ref #: R# 202-769

**Billing Information**

| | |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W1013419 |
| PO # | |
| Inspected @ | Port Fourchon |

**Tube Spec's**

| | |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47 05 / .750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

**Tool Joint Spec's**

| | |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range II III | III |
| Connection | 6 5/8 FH |

| Box Tool Joint | | | Pin Tool Joint | | | Total Conns | |
|---|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | | |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | OK DRILCO | 116 |
| Galled Thread(s) | GT | 1 | Galled Thread(s) | GT | 0 | Machine Re-face | 22 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 1 | Galled Thread(s) | 1 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 | Damage Thread(s) | 1 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Worn Thread(s) | 1 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 | Pitted Thread(s) | 17 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 | Cracked Thread(s) | 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 | Damage Shoulder | 1 |
| Benchmark at Min | BM | 0 | Benchmark at Min | BM | 1 | BM at Minimum | 1 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | 0 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | 0 |
| Heat Checking | HC | 0 | Heat Checking | HC | 0 | HC Tool Jt | 0 |
| Flush Hardband | F | 0 | Flush Hardband | F | 0 | HB Repairs | 0 |
| Worn Hardband | W | 0 | Worn Hardband | W | 0 | Bent Joint(s) | 0 |
| Broken Hardband | B | 0 | Broken Hardband | B | 0 | Flaking ID Coating | 0 |

**Total Count**

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94 9% Remaining Wall | 0 |
| 80.0% - 89 9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

**Inspection & Services Performed**

Total Indicated Runout (TIR) of connections performed
Cleaning Service Brush OD / ID Full Length
Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD )
Cleaning Service Waterblast OD / ID Full Length
Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
Wet Magnetic Inspection of Re-Machined Connections
Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID )
Reverse Magnetic Field Full Length
Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD )

| | MRF Classifications | | Box | Pin | Totals |
|---|---|---|---|---|---|
| | Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| X | Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| X | Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| X | Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| X | Galled Shoulder | MRF-GS | 6 | 11 | 17 |

| | Monitored By |
|---|---|
| X | |
| X | N/A |

Joshua Ritter
Ron Leblanc

**Inspected by**
Dominic Patterson
Terrance Crushfield

**Re-Inspected by**

**Inspector's Comments**

**Joint Class Entries**

| | |
|---|---|
| Premium | P |
| Bent Tube | BT |
| Class 2 Reject | 2 |
| Class 3 Reject | 3 |

**Specifications Used**

X DS-1 Category 5+FLUT 2

Material Belongs To ROWAN
White Lite Reading 50-51
U. V. Meter Reading 1750-2360

Note: (*) mark show that JT/Run No. has comment.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 - 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RPR | RPR |
| 2 | NAR 06975 | AACGND 0175 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.74 | PRM | PRM |
| 3 | NAR 06872 | AACGND 0072 | 0.717 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 95.60 | 43.84 | RPR | RPR |
| 4 | NAR 06912 | AACGND 0112 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 99.60 | 43.94 | PRM | PRM |
| 5 | NAR 07011 | AACGND 0211 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.27 | 43.86 | RPR | RPR |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99.07 | 43.64 | RPR | RPR |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98.80 | 43.85 | PRM | PRM |
| 8 | NAR 06836 | AACGND 0036 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 9 | NAR 06816 | AACGND 0016 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98.67 | 43.90 | RPR | RPR |
| 10 | NAR 06882 | AACGND 0082 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 96.93 | 43.87 | RPR | RPR |
| 11 | NAR 06959 | AACGND 0159 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.98 | PRM | PRM |
| 12 | NAR 06972 | AACGND 0172 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.82 | PRM | PRM |
| 13 | NAR 06900 | AACGND 0100 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.53 | 43.85 | PRM | PRM |
| 14 | NAR 06838 | AACGND 0038 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 98.00 | 43.75 | RPR | RPR |
| 15 | NAR 06850 | AACGND 0050 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 97.73 | 43.89 | PRM | PRM |
| 16 | NAR 06981 | AACGND 0181 | 0.746 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.47 | 43.85 | PRM | PRM |
| 17 | NAR 06897 | AACGND 0097 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | RPR | RPR |
| 18 | NAR 06910 | AACGND 0110 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.87 | 43.88 | PRM | PRM |
| 19 | NAR 07031 | AACGND 0231 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.60 | 43.92 | PRM | PRM |
| 20 | NAR 06956 | AACGND 0156 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.60 | 43.86 | PRM | PRM |
| 21 | NAR 06950 | AACGND 0150 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 98.27 | 43.75 | RPR | RPR |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 99.73 | 43.99 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.87 | 43.87 | RPR | RPR |
| 25 | NAR 06860 | AACGND 0060 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.07 | 43.86 | PRM | PRM |
| 26 | NAR 07004 | AACGND 0204 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | | OK | | P | 96.53 | 43.73 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.73 | 43.74 | RPR | RPR |
| 28 | NAR 06985 | AACGND 0185 | 0.719 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 95.87 | 43.98 | PRM | PRM |
| 29 | NAR 06955 | AACGND 0155 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.20 | 43.88 | RPR | RPR |
| 30 | NAR 06858 | AACGND 0058 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 44.10 | RPR | RPR |
| 31 | NAR 07032 | AACGND 0232 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.91 | PRM | PRM |
| 32 | NAR 06988 | AACGND 0188 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 96.53 | 43.75 | RPR | RPR |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.33 | 43.92 | PRM | PRM |
| 34 | NAR 06968 | AACGND 0168 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

Note (*) mark show that JT/Run No has comment.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6 625 47.05 / 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAR 06991 | AACGND 0191 | 0.732 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | OK | P | 97.60 | 43.80 | PRM | PRM |
| 36 | NAR 06876 | AACGND 0076 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 96.53 | 43.94 | PRM | PRM |
| 37 | NAR 06920 | AACGND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 97.47 | 43.85 | PRM | PRM |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 99.87 | 43.80 | RPR | RPR |
| 39 | NAR 06994 | AACGND 0194 | 0.756 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-GS | OK | P | 100.80 | 43.94 | RPR | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0.738 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 98.40 | 43.82 | RPR | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 96.67 | 43.84 | PRM | PRM |
| 42 | NAR 07029 | AACGND 0229 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | OK | P | 97.87 | 43.76 | RPR | RPR |
| 43 | NAR 06934 | AACGND 0134 | 0.736 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | OK | P | 98.13 | 43.64 | PRM | PRM |
| 44 | NAR 06971 | AACGND 0171 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 99.87 | 43.73 | PRM | PRM |
| 45 | NAR 06875 | AACGND 0075 | 0.729 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-PS | OK | P | 97.20 | 43.77 | RPR | RPR |
| 46 | NAR 06864 | AACGND 0064 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | OK | P | 96.40 | 43.70 | PRM | PRM |
| 47 | NAR 06962 | AACGND 0162 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | OK | P | 97.47 | 43.80 | PRM | PRM |
| 48 | NAR 06961 | AACGND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 99.60 | 43.94 | RPR | RPR |
| 49 | NAR 06868 | AACGND 0068 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 100.00 | 43.80 | PRM | PRM |
| 50 | NAR 06966 | AACGND 0166 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | MRF-GS | OK | P | 100.00 | 43.73 | RPR | RPR |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | MRF-GS | OK | P | 99.60 | 43.83 | RPR | RPR |
| 52 | NAR 06894 | AACGND 0094 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | OK | P | 98.53 | 44.00 | PRM | PRM |
| 53 | NAR 06973 | AACGND 0173 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 98.00 | 43.75 | PRM | PRM |
| 54 | NAR 06841 | AACGND 0041 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | OK | P | 96.80 | 43.79 | PRM | PRM |
| 55 | NAR 06807 | AACGND 0007 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/2 | OK | OK | P | 98.53 | 43.60 | PRM | PRM |
| 56 | NAR 07024 | AACGND 0224 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 97.87 | 43.80 | RPR | RPR |
| 57 | NAR 06948 | AACGND 0148 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | OK | P | 96.40 | 43.75 | PRM | PRM |
| 58 | NAR 07016 | AACGND 0216 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 98.93 | 43.75 | RPR | RPR |
| 59 | NAR 06862 | AACGND 0062 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | OK | P | 98.80 | 43.94 | PRM | PRM |
| 60 | NAR 06811 | AACGND 0011 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 98.00 | 43.83 | RPR | RPR |
| 61 | NAR 06844 | AACGND 0044 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 95.73 | 43.87 | RPR | RPR |
| 62 | NAR 06960 | AACGND 0160 | 0.740 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 98.67 | 43.83 | PRM | PRM |
| 63 | NAR 06899 | AACGND 0099 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | OK | P | 98.93 | 43.78 | RPR | RPR |
| 64 | NAR 06888 | AACGND 0088 | 0.736 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 98.13 | 43.83 | PRM | PRM |
| 65 | NAR 06879 | AACGND 0079 | 0.753 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | DT | OK | P | 100.40 | 43.85 | RPR | RPR |
| 66 | NAR 06825 | AACGND 0025 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | OK | P | 99.33 | 43.74 | PRM | PRM |
| 67 | NAR 06846 | AACGND 0046 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 3/4 | OK | OK | P | 99.20 | 43.65 | RPR | RPR |
| 68 | NAR 06976 | AACGND 0176 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | PT | OK | P | 96.67 | 43.83 | RPR | RPR |
| 69 | NAR 07000 | AACGND 0200 | 0.727 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | OK | P | 96.93 | 43.69 | PRM | PRM |
| 70 | NAR 06904 | AACGND 0104 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | OK | P | 95.07 | 43.44 | RPR | RPR |
| 71 | NAR 06853 | AACGND 0053 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | OK | P | 96.80 | 43.84 | RPR | RPR |
| 72 | NAR 06954 | AACGND 0154 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | MRF-SD | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 97.73 | 43.84 | RPR | RPR |
| 73 | NAR 07015 | AACGND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | OK | P | 98.80 | 44.02 | PRM | PRM |
| 74 | NAR 06871 | AACGND 0071 | 0.748 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 99.73 | 43.87 | PRM | PRM |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | OK | P | 100.00 | 43.69 | PRM | PRM |
| 76 | NAR 07017 | AACGND 0217 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 99.20 | 43.90 | PRM | PRM |
| 77 | NAR 06895 | AACGND 0095 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 98.00 | 43.94 | PRM | PRM |
| 78 | NAR 06802 | AACGND 0002 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | OK | P | 96.53 | 43.85 | RPR | RPR |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 99.33 | 43.79 | RPR | RPR |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 6

EXHIBIT 6

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21 V4.2.pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | NAR 06837 | AACGND 0037 | 0.730 | | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 7 8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15 16 | 10 1 4 | OK | | | | OK | | P | 97.33 | 43.77 | PRM | PRM |

Note : (*) mark show that JT/Run No. has comment

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O NO | | OFFICE USE ONLY |
| | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1009211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | 160 | $8.00 | $1,280.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

TIME BREAK DOWN:

SUBTOTAL $1,280.00

DEPART FOR JOB: ____________ ☐ AM PM ARRIVE AT JOB. ____________ AM PM

SERVICE HOURS:

DEPART FOR JOB: ____________ ☐ AM PM CHARGEABLE. ____________ HRS

NON-CHARGEABLE ____________ HRS

INSPECTION REPORT(S): J1009211

CUSTOMER'S SIGNATURE. | DATE. | INSPECTED BY NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS ____________________

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 1

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00<br>4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00<br>6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| | | | |
|---|---|---|---|
| R4202 05/09/2020<br>OIM DATE<br><br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550<br><br>BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 6

Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 2

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

R4202 — OIM
05/09/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 3

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 2<br>DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00<br>1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 3<br>DRILCO JOB: J1009211 | | | |
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00<br>6,560.00 | 82 - THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

| | |
|---|---|
| R4202 OIM | 05/09/2020 DATE |
| RIG MGR / OPERATIONS MGR | DATE |
| NOTE: Any additions or deletions must be initialed | |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 6

EXHIBIT
6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 4

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PURCHASING USE ONLY: PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 4<br>DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00<br>1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount: 20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: Fw 191015
LEASE: GC-40 Katmai
RIG: Rowan Resolute
ENGINEER: K. Castille
Routing # 580048
AcT Code # 3025-15

| R4202N NO: 05/09/2020<br>OIM DATE<br><br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initiated | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Fw E<br>Operator (Print)<br>[signature]<br>Rep Signature<br>Brent Primeaux<br>Rep Name (Print) | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000235550<br><br>BUYER DATE |
|---|---|---|---|

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 6



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

**AFE #: FW2020002**

**TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S REP.**

**The support is Cameron Inv#916459063 - Dated:03/15/2019**

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

**AMOUNT DUE: $ 111,367.50**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

Digitally signed by Ben
Date: 2020.07.16 13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

ED

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 1

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15,K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC |

| R4202 OIM | 07/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236908
Date: 07/03/2020
Page 2

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8484200000 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

| R4202   07/03/2020<br>OIM   DATE<br>Line Item Exempt :<br>RIG MGR / OPERATIONS MGR   DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908<br>BUYER   DATE |
|---|---|---|---|

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED:__________

EXHIBIT 6

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 3

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 6-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |
| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Item 6: ECCN NO: EAR99 — HTS NO: 8481909090 — UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

Total Requisition Amount: 111,367.50

ECCN NO:
R4202 07/03/2020
OIM DATE
[signature] 7/3/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
B. GABOURIE FWE
Operator (Print)
[signature]
Rep Signature
BARRY GABOURIE
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 6



# INVOICE

Invoice No : 916459063
Invoice Date : MAR 15 2019
Page : 1 of 3

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

Payment Terms : Net 45 Days
Terms & Conditions : As Attached/Included
Freight Terms : Free Carrier
HOUSTON DC
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : MAR 15 2019

Invoice To : 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

Inside Sales Contact : Johnny Olachia 832-787-8686
Outside Sales Contact : ALAN THIBODEAUX 281-753-2922
Sales Order : 3685599
Delivery Number : 88188457

Customer Reference : 4500506400
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : Tina Castillio
Project Name : RIG 202
Project/Reference : RIG 202

| Item | Material Number / Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | 644369-03<br>Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br>Frame Agreement Price : 8,330.63 | 4.000 EA | 8,330.63 | 33,322.52 |
| | FR#236908 - Item Number 4 - 64436903 - 4 EA | | | |
| 30 | 2231541-01<br>Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>Frame Agreement Price : 2,530.22 | 2.000 EA | 2,530.22 | 5,060.44 |
| | FR#236908 - Item Number 3 - 223154101 - 2 EA | | | |

EXHIBIT 6



A Schlumberger Company

Invoice No : 916459063

Serial No : 1 2

40 2231547-03 4.000 EA 5,056.59 20,226.36

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001

SERIAL NUMBER: 000000000000000002

SERIAL NUMBER: 000000000000000003

SERIAL NUMBER: 000000000000000004

Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

50 2231544-03 4.000 EA 5,056.59 20,226.36

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001

SERIAL NUMBER: 000000000000000002

SERIAL NUMBER: 000000000000000003

SERIAL NUMBER: 000000000000000004

Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

60 645484-01-00-01 28.000 EA 503.58 14,100.24

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K
"TL" BOP (NOT API 16A 4TH ED)

FR#236908 - Item Number 7 - 645484010001 - 6 EA

Frame Agreement Price : 503.58

70 2247012-02 1.000 EA 7,408.17 7,408.17

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

80 644404-01-00-03 8.000 EA 15,239.07 121,912.56

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M
T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)

FR#236908 - Item Number 5 - 644404010003 - 2 EA

Frame Agreement Price : 15,239.07

EXHIBIT 6



| | | | | |
|---|---|---|---|---|
| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP

API 16A TEMP CLASS "EF"

WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)

Frame Agreement Price : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

**Price summary :**

| | |
|---|---|
| **Total Price :** | **230,264.65 USD** |
| **State Tax :** | **14,391.53 USD** |
| **City Tax :** | **2,302.65 USD** |
| **Transit Tax :** | **2,302.65 USD** |
| **Total Invoice Value :** | **249,261.48 USD** |

EXHIBIT 6



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| Description | | Amount |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |
| **AMOUNT DUE:** | **$** | **5,886.52** |

Rig Manager's Approval: ______________________

**REMIT ACH PAYMENTS TO:**
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: WFBIUS6S
BA #121000248
ccount # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED

EXHIBIT
6

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458846
PO Status: Dispatched

Header

PO Date: 06/09/2020
Vendor Name: DRILCOCOM-001
Vendor ID: 0000000238 Vendor Details
Buyer: Kenya Akeem Abdul Maxie
PO Reference: 0000236066 SERVICE

Backorder Status: Not Backordered
Receipt Status: Not Recvd
☐ Hold From Further Processing

Amount Summary
Merchandise: 225.00
Freight/Tax/Misc.: 0.00
Total: 225.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 6750DCR2PRIN | INSPECTION-ONSHORE COLLARS,RAN | 85 | 15.0000 | EA | 225.00 | USD | Approved | 6750DCR2PRIN | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000236066
Date: 05/28/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type ONSHORE REPAIR

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 024000 6750DCR2PRIN | EA | INSPECTION-ONSHORE,COLLARS,RAN GE 2,6-3/4 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | 85 - 85-TUBULAR | C | | | |

PURCHASING USE ONLY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Line Item Exempt : N

Available Substitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

ACCT. CODE 3060-15
5-29-2020

Total Requisition Amount: 150.00

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS. STRR# R4202-2020-5-28-1551, COLLARS WILL GO TO WELLBORE INTEGRITY SOLUTIONS IN FOURCHON
SERIAL#'S,239036, 239053, 239072, 239042, 239043, 239048, 239049, 239051, 239052, 239054, 239058, 239059, 239060, 239063, & 239064

R4202 — OIM
05/28/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

L. Butler
Rep Signature

Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236066

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 6

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders | Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458710
PO Status: Dispatched
POA Status: Acknowledged

Header

PO Date: 06/03/2020
Vendor Name: AMERICANR-003
Vendor ID: 0000017294 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,500.00
Freight/Tax/Misc.: 0.00
Total: 1,500.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVOILDIS550GAR | SERVICE-ONSHORE AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 | USD | Approved | SERVOILDIS550GAR | | |

View Approvals

Return to Search | Notify | Related Links

EXHIBIT 6

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000236175
Date: 06/02/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90 - 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:7310100050 UNSPSC NO:

Total Requisition Amount: 1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 / OIM | 06/02/2020 / DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236175 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 6/3/2[illegible] DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER / DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED:__________

EXHIBIT 6

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458579
PO Status: Dispatched

Header

PO Date: 06/01/2020
Vendor Name: SWIREOILF-001
Vendor ID: 0000000512 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,611.21
Freight/Tax/Misc.: 0.00
Total: 1,611.21 USD

Header Details All RTV Document Status
Header Comments... Matching
Change Order Activity Summary

Lines

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 | USD | Approved | | | |
| 2 | | | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 | USD | Approved | | | |
| 3 | | | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 6

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary Home Worklist Add to Favorites Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| Purchase Order: | 0000458579 | Vendor: | SWIRE OILFIELD SERVICES LIMITED |
| Merchandise Amount: | 1,611.21 USD | | |
| Merchandise Receipt: | 1,611.21 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines

Details Receipt Invoice Matched RTV

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-invoiced Quantity | Un-invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search Notify

EXHIBIT 6

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000235606
Date: 05/12/2020
Page 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00<br>375.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00<br>750.00 | 82 - THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

| | | | |
|---|---|---|---|
| R4202 — OIM<br>05/12/2020 — DATE<br><br>RIG MGR / OPERATIONS MGR ____ DATE ____<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606<br><br>BUYER ____ DATE ____ |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

EXHIBIT 6

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000235606
Date: 05/12/2020
Page 2

EXHIBIT 6

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP | | | | | | |
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21<br>486.21 | 82 - THIRD PART | S | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO and PO NO. are under "PURCHASING USE ONLY")

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

Total Requisition Amount: 1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AcT Code# 3060-15

R4202 — OIM
05/12/2020 — DATE

RIG MGR / OPERATIONS MGR _____ DATE _____

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235606

BUYER _____ DATE _____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _____

VALARIS

Home Worklist Add to Favorites Sign out

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| **Business Unit:** | 10013 | **PO Status:** | Dispatched |
| **PO ID:** | 0000457100 | | |
| **Change Order:** | 1 | **POA Status:** | Responded, Awaits Review |

**Header**

| | | | | |
|---|---|---|---|---|
| PO Date: | 04/16/2020 | | | |
| Vendor Name: | HYDRIL-001 | | **Backorder Status:** | Not Backordered |
| Vendor ID: | 0000000324 | Vendor Details | **Receipt Status:** | Received |
| | | | ☐ Hold From Further Processing | |
| Buyer: | Ernesto Castillo | | | |

**PO References**

Header Details — All RTV
Header Comments — Modified
Change Order — Activity Summary

Document Status

**Amount Summary**

| | |
|---|---|
| **Merchandise:** | 2,270.00 |
| **Freight/Tax/Misc.:** | 0.00 |
| **Total:** | 2,270.00 USD |

**Lines**

Personalize | Find | View All | First 1-4 of 4 Last

| Lines | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H109932 | GASKET,VETCO,H10993-2,VGX-2,18 | 05 | | EA | 0.00 | USD | Canceled | H109932 | | |
| 2 | | H120251 | SEAL,VETCO,H12025-1,LIP HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10993-2 | 05 | 1.0000 | EA | 2,133.87 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 6



VALARIS

Home | Worklist | Add to Favorites | Sign out

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders | Activity Summary

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 100 3 | PO Status: | Dispatched |
| Purchase Order: | 0000467100 | Vendor: | HYDRIL VETCO GE BAKER HUGHES |
| Merchandise Amount: | 2,270.00 USD | | |
| Merchandise Receipt: | 2,270.00 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines — Personalize | Find | View All | First 1-2 of 2 Last

Details | Receipt | Invoice | Matched | RTV

| Lines | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | FEE,RESTOCKING,VETCO,H0990-2 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 2,133.870 | USD |
| 4 | | | FEE,RESTOCKING,VETCO,H0025-1 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 136.330 | USD |

Return to Search | Notify

EXHIBIT 6

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000234615
Date: 04/02/2020
Page 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 H109932 | EA | GASKET,VETCO,H10993-2,VGX-2,18 -3/4 IN,15K PSI,F/H4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRAT E,F/H4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE

R4202 04/02/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234615

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 6

EXHIBIT 6

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000234615
**Date:** 04/02/2020
**Page** 2

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

(PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.)

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Total Requisition Amount: 8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code # 3060-15
4/9/20

R4202 — OIM
04/02/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234615

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

Help ENSCO Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search : All Products Keyword(s): Search by Part #, Product Name or Keyword Go Search Multiple Parts

Current Quote

Delete Actions Save Quote Go Proceed to Checkout

Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Planned Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | |

Recalculate **Sub-Total: $11,350.03**

**Taxes, Shipping and Handling Extra**

**Total: $11,350.03**

**Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.**
**Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.**

**Baker Hughes**
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
**********************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"], CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
**********************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
**********************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
**********************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
**********************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
**********************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping Delete Actions Save Quote Go Proceed to Checkout

EXHIBIT 6

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000457100
Change Order: 1

PO Status: Dispatched
POA Status: Responded, Awaits Review

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000324 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 2,270.00
Freight/Tax/Misc.: 0.00
Total: 2,270.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H109932 | GASKET,VETCO,H10993-2,VGX-2,18 | 95 | | EA | 0.00 | USD | Canceled | H109932 |
| 2 | H120251 | SEAL,VETCO,H12025-1,LIP,HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 |
| 3 | | FEE,RESTOCKING,VETCO,H10993-2 | 95 | 1.0000 | EA | 2,133.67 | USD | Approved | |
| 4 | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 6

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Inst Number :** 1299324

**Type of Document :** STATEMENT CLAIM

**Book :** 2058 **Page :** 411

**Recording Pages :** 50

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 1:47:27PM

Certified On : 07/23/2020

Doc ID - 033539360050

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 07/23/2020 at 1:47:27
Recorded in Book 2058 Page 411
File Number 1299324

Deputy Clerk

EXHIBIT
7

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

Annette M. Fontana
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Inst Number :** 1299324

**Type of Document :** STATEMENT CLAIM

**Book :** 2058 **Page :** 411

**Recording Pages :** 50

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 1:47:27PM

Deputy Clerk

Doc ID - 033539360050

EXHIBIT 7

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

**STATEMENT OF PRIVILEGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
7

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 7

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company

Sworn to and subscribed before me, Notary Public, this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

EXHIBIT 7



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

**AFE #: FW191015**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| **WELLBORE INTEGRITY**<br>**INVOICE#IN11857611 DATED:6/23/2020** | $ | 20,070.00 |
| Handling Charges @ 5%(601) | $ | 1,003.50 |
| **AMOUNT DUE:** | **$** | **21,073.50** |

Rig Manager's Approval: [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.07.15 14:52:30 -05'00'

| | | |
|---|---|---|
| $ | (20,070.00) | 024000.10417.4202.110 |
| $ | (1,003.50) | 810510.10417.4202.110 |
| $ | (20,070.00) | 810650.10417.4202.110 |
| $ | 20,070.00 | 919250-10417.4202.110 |

ED

EXHIBIT 7

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500

**6000-Wellbore Integrity Solutions LLC-OU.**

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:** .

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**INVOICE NO:** IN11857611
**PAGE NO:** Page 1 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | 0.00 |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

**CURRENCY:** USD

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306 DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470 SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 7

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500
**6000-Wellbore Integrity Solutions LLC-OU.**

**BILLED TO:** ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**CUSTOMER# :** EN0151
**ORDERED BY:** .

**DISC CODE:**
**SERVICE GRP:** Tubular and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

**INVOICE NO:** IN11857611
**PAGE NO:** Page 2 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | |

| | | |
|---|---|---|
| TOTAL DISCOUNT : | 0.00 | 0.00 |
| SUBTOTAL : | | 20,070.00 |
| TAXABLE AMOUNT : | | 0.00 |
| CITY TAX : | 0.00% | 0.00 |
| COUNTY/PARISH TAX : | 0.00% | 0.00 |
| STATE TAX : | 0.00% | 0.00 |
| FREIGHT : | | 0.00 |
| **TOTAL AMOUNT DUE:** | | **20,070.00** |

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

**CURRENCY:** USD

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 7

# Valaris

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO / WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

SUPPLIER SHIPPING TERMS (INCOTERMS 2010)
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

BUYER REPRESENTATIVE
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY: USD
REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | AFE Cd: | | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |

EXHIBIT 7

# Valaris

## Purchase Order

Page 2

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

Total PO Amount 20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT 7

# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | rDS16RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 10013-0000458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| | [redacted] | | | | |
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |
| Estimated Total | | | | | $20,070.00 |

Customer Signature: ______________________

Date: ______________________

EXHIBIT 7

## GENERAL TERMS AND CONDITIONS

**THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.**

1. **ACCEPTANCE** By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**
   a. Chemicals – any chemicals, substances, and Fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. Claim(s) – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including spousal and survivor's actions), all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted including without limitation, actions in rem or in personam, civil or criminal actions and/or causes of action howsoever arising.
   c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore.
   d. Fluids – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.
   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners, investors, joint venturers, co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates, subsidiaries, and each of their respective officers, directors, managers, shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties.
   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer.
   h. Rentals – Customer's hiring of Products and/or equipment from Wellbore for a time frame.
   Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.
   j. Services – services provided by Wellbore to Customer including Products and personnel customarily required to provide such services.
   k. Work – Products, Services and/or Rentals.

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore, in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require, at its sole discretion, payment in advance, an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order #, AFE #, etc.) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order, the following invoicing conditions shall apply to Work for which credit has been approved:

   a. Wellbore may invoice Customer for each portion or stage of the Work, as described and priced in the Order, as soon as practicable and without frequency restrictions.
   b. Wellbore may invoice Customer for Products as follows: fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order, and the remaining fifty percent (50%) immediately upon delivery of the Products.
   c. Wellbore may invoice Customer for Rentals in advance as follows: one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope.
   d. Wellbore may invoice Customer for any and all reimbursable items in advance.

   Wellbore's invoice shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice is disputed, however, Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable, a credit or debit note to Customer. Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided.

   Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice.

   When payment is electronic (e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system-to-system exchange of purchase orders, field tickets, bills of lading, invoices and electronic catalogs. Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC Agreement to govern said electronic transactions.

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount. If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys' fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, any price discounts will be unearned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price, without discount, will become immediately due and owing and subject to collection.

   As used herein, the term "Receivables" shall mean all of Customer's rights and interests in a) all accounts and; b) all general intangibles, whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work. Customer hereby grants a security interest in Customer's Receivables to secure Customer's obligations to Wellbore, whether now existing or hereafter arising. Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables.

4. **TAXES.** Customer shall pay or reimburse Wellbore for, to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payments received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof. When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees) are covered by the Louisiana Workers Compensation Act, La R.S. 23:1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S. 23:1061 (A)(1). Furthermore, Customer and Wellbore agree that Customer is the statutory employer of Wellbore's employees for purposes of La R.S. 23:1061 (A)(3).

EXHIBIT 7

GENERAL TERMS AND CONDITIONS

irrespective of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

6. OBLIGATIONS OF CUSTOMER

a. Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples Wellbore may return samples to Customer upon completion of Wellbore's analysis or dispose of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or frac tanks where there is not a reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such. Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage transportation, treatment or disposal of Chemicals.

c. Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. If the source is irretrievable or if it or its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source. Customer shall not attempt to recover a sealed source in a manner that in Wellbore's opinion could result in its rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. Fishing Operations. Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer shall use commercially reasonable efforts to attempt recovery of Wellbore Group equipment.

e. Change Orders. Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). If upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer shall be deemed to have accepted such proposal once Wellbore proceeds as specified in the Change Order. Wellbore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that all Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL LOGS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the well site or, for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products furnished hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

c. Wellbore's sole liability and Customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option of Products, Rentals or Services which prove to be defective within the warranty period and shall not include claims for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of heavy lifting or vessel / rig time recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event shall Wellbore be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which is defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT 7

Wellbore Integrity

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (i) upon delivery to Customer's carrier (ii) upon delivery to Customer's location, or (iii) upon blending, whichever occurs first. Title to and risk of loss for rented Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order; however, if the specifications are not met, Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

The time, method, place or medium of payment notwithstanding, Wellbore's rights in and to the Products until payment has been received in full. On all Orders, Wellbore shall retain a security interest in the Products irrespective of attachment to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore.

**5. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cancel the Order in full or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, carting, shipment to port or to dock side, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense.

**10. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice, liability, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will be charged in the same manner.

**13. INDEMNITIES**

a. Personnel and Property

1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. Special Indemnity. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNTIME, REMEDIATION, OR RECOVERY TIME); (ii) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 6.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iii) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS ON THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT 7

## GENERAL TERMS AND CONDITIONS

c. APPLICATION OF INDEMNITIES. THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.a AND 9.b ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF EITHER PARTY'S GROUP.

d. Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law

14. **INCIDENTAL OR CONSEQUENTIAL DAMAGES.** IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF RIG TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15. **INSURANCE.** Each party, as indemnitor agrees to support the indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and loss payee but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the indemnified Group Customer shall not self-insure without the written consent of Wellbore Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees to carry supporting insurance in equal amounts of the types and in the minimum amounts required by the TOAIA. Where a party's insurance is deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self insurance It is the intention of the parties hereto that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. **LIMITATION OF LIABILITY** Notwithstanding anything to the contrary herein except as provided under section 9.a.1 above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract

17. **EMPLOYEE SOLICITATION.** Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1) year has elapsed from Customer's receipt of the final invoice for the Work

18. **INTELLECTUAL PROPERTY.** Wellbore owns all rights to the proprietary intellectual property embodied in its Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringement claims arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has been specially modified, designed and/or manufactured to meet Customer's specifications; (iii) out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or the indemnity shall be void

Wellbore Integrity

19. **MISCELLANEOUS.**

a. Orders Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order

b. Force Majeure Wellbore shall not be liable for any delay or non performance due to governmental regulation, labor disputes hostile action, weather fire acts of God or any other causes beyond the reasonable control of Wellbore.

c. Governing Law If Work is furnished offshore or on navigable waters, General Maritime laws shall govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas shall apply and govern the validity, interpretation, and performance of the Contract.

d. Severability Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision

e. Compliance with laws. Customer and Wellbore respectively agree to comply with all laws statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work

20. **GENERAL COMMERCIAL CONDITIONS.** Commercial conditions prices and technical specifications for the Work shall be documented in an Order Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent

b. Return of Rentals. Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same and will be returned to Customer at Customer's cost Any waste found in Rentals upon return to Wellbore will be returned to Customer or disposed of at Customer's cost

c. Buy-Back of Fluids Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost

d. Pricing Changes. Wellbore has the right to revise pricing applicable to the Work at any time, including without limitation (i) whenever Wellbore determines that market conditions support such revision, and (ii) whenever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services, including commodities, trucking, labor, materials and/or ancillary products, materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that may have been submitted by Wellbore Such revisions may be adjusted post job in accordance with the actual cost.

e. Pricing exclusions Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list. (i) mobilization and demobilization fees, (ii) stand-by (or crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, (iii) third party reimbursable fee of 20% (or as may otherwise be specified in Wellbore's applicable price list (iv) fuel surcharges (as may be specified in Wellbore's applicable price list and subject to further adjustment based on the US Energy Information Administration (EIA) for US Retail On-Highway Diesel) and transportation/mileage fees, and (v) cancellation fees, return/restocking fees and buy-back fees

f. Additional Work. Backup tools additions services, products and new technology items that are not specifically included in the work scope described in the Order shall be quoted upon request

21. **EXPORT COMPLIANCE.** Customer is advised that Work provided under the Contract is subject to the U.S Export Administration Regulations and diversion contrary to U.S. laws and regulations is prohibited. Customer agrees not to directly or indirectly export, import, or transmit the Work to any country or end user or for any end use that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U.S government) Additionally Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

EXHIBIT
7

## GENERAL TERMS AND CONDITIONS

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear chemical, or biological weapons, or missile technology unless authorized by the U.S government by regulation or specific written license

22 **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing

23. **CONFIDENTIALITY.** Customer agrees to hold in strict confidence all information provided by Wellbore Group i ustomer all of which is Wellbore onfidential information Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by aw or egal process.

24. **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein

EXHIBIT 7

EXHIBIT 7

MRT_M1011667 2020-05-06_09 11 21.pdf

# DRILCO

## Material Receiving Ticket

**Job #:J1009211** **MRT #:M1011667** **Customer Ref #: R# 202-769**

| | | |
|---|---|---|
| Customer Name: 10018008-FIELDWOOD ENERGY, LLC | | Rig (Name/No): Rowan Resolute |
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

**Special Instructions**

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|---|---|---|---|---|
| | | | | Box 0<br>Pin 0 |

MRT M1011667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# / .362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

EXHIBIT 7



# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | DATE: | 6/15/2020 | P.O. NO. | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| CUSTOMER: | VALARIS | OPERATOR | TERRENCE CLARDFIELD | CUSTOMER CODE | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 AREA 05 | |
| WORK ORDER # | J1009211 | LOCATION | GC-200 | | | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

TIME BREAK DOWN:

SUBTOTAL $6,560.00

| | |
|---|---|
| DEPART FOR JOB: AM PM ARRIVE AT JOB: AM PM | INSPECTION REPORT(S): |
| SERVICE HOURS: DEPART FOR JOB: AM PM CHARGEABLE: HRS NON-CHARGEABLE: HRS | SHOP ORDER J1009211 |
| CUSTOMER'S SIGNATURE: DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

THANK YOU

EXHIBIT 7

EXHIBIT
7

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_17_53V4.2.pdf Summary Report

# DRILCO

**Summary Report #: I0001382** Job #: J1009211 Work Order #: W1013419 Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3 WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT 7

I0001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: I0001382

Job #: J1009211

Work Order #: W1013419

Customer Ref #: R# 202-769

**Billing Information**

| | |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W1013419 |
| PO # | |
| Inspected @ | Port Fourchon |

**Tube Spec's**

| | |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47 05 / .750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

**Tool Joint Spec's**

| | |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range II III | III |
| Connection | 6 5/8 FH |

| Box Tool Joint | | | Pin Tool Joint | | | Total Conns | |
|---|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | | |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | OK DRILCO | 116 |
| Galled Thread(s) | GT | 1 | Galled Thread(s) | GT | 0 | Machine Re-face | 22 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 1 | Galled Thread(s) | 1 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 | Damage Thread(s) | 1 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Worn Thread(s) | 1 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 | Pitted Thread(s) | 17 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 | Cracked Thread(s) | 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 | Damage Shoulder | 1 |
| Benchmark at Min | BM | 0 | Benchmark at Min | BM | 1 | BM at Minimum | 1 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | 0 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | 0 |
| Heat Checking | HC | 0 | Heat Checking | HC | 0 | HC Tool Jt | 0 |
| Flush Hardband | F | 0 | Flush Hardband | F | 0 | HB Repairs | 0 |
| Worn Hardband | W | 0 | Worn Hardband | W | 0 | Bent Joint(s) | 0 |
| Broken Hardband | B | 0 | Broken Hardband | B | 0 | Flaking ID Coating | 0 |

**Total Count**

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94 9% Remaining Wall | 0 |
| 80.0% - 89 9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

**Inspection & Services Performed**

- Total Indicated Runout (TIR) of connections performed
- Cleaning Service Brush OD / ID Full Length
- Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD )
- Cleaning Service Waterblast OD / ID Full Length
- Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
- Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
- Wet Magnetic Inspection of Re-Machined Connections
- Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
- Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID )
- Reverse Magnetic Field Full Length
- Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD )

**MRF Classifications**

| | MRF Classifications | | Box | Pin | Totals |
|---|---|---|---|---|---|
| | Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| X | Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| X | Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| X | Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| X | Galled Shoulder | MRF-GS | 6 | 11 | 17 |

X **Monitored By**

X N/A

**Joint Class Entries**

| | |
|---|---|
| Premium | P |
| Bent Tube | BT |
| Class 2 Reject | 2 |
| Class 3 Reject | 3 |

**Specifications Used**

X DS-1 Category 5+FLUT 2

Joshua Ritter
Ron Leblanc

**Inspected by**

Dominic Patterson
Terrance Crushfield

**Re-Inspected by**

**Inspector's Comments**

Material Belongs To ROWAN
White Lite Reading 50-51
U. V. Meter Reading 1750-2360

Note: (*) mark show that JT/Run No. has comment.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 · 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43 87 | RPR | RPR |
| 2 | NAR 06975 | AACGND 0175 | 0 750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43 74 | PRM | PRM |
| 3 | NAR 06872 | AACGND 0072 | 0.717 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 95.60 | 43 84 | RPR | RPR |
| 4 | NAR 06912 | AACGND 0112 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 99 60 | 43.94 | PRM | PRM |
| 5 | NAR 07011 | AACGND 0211 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98 27 | 43.86 | RPR | RPR |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99 07 | 43.64 | RPR | RPR |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98 80 | 43.85 | PRM | PRM |
| 8 | NAR 06836 | AACGND 0036 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 9 | NAR 06816 | AACGND 0016 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98 67 | 43.90 | RPR | RPR |
| 10 | NAR 06882 | AACGND 0082 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 96 93 | 43.87 | RPR | RPR |
| 11 | NAR 06959 | AACGND 0159 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.98 | PRM | PRM |
| 12 | NAR 06972 | AACGND 0172 | 0 752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.82 | PRM | PRM |
| 13 | NAR 06900 | AACGND 0100 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.53 | 43.85 | PRM | PRM |
| 14 | NAR 06838 | AACGND 0038 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 98 00 | 43.75 | RPR | RPR |
| 15 | NAR 06850 | AACGND 0050 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 97 73 | 43.89 | PRM | PRM |
| 16 | NAR 06981 | AACGND 0181 | 0.746 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99 47 | 43 85 | PRM | PRM |
| 17 | NAR 06897 | AACGND 0097 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | RPR | RPR |
| 18 | NAR 06910 | AACGND 0110 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97 87 | 43.88 | PRM | PRM |
| 19 | NAR 07031 | AACGND 0231 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.60 | 43.92 | PRM | PRM |
| 20 | NAR 06956 | AACGND 0156 | 0 732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.60 | 43.86 | PRM | PRM |
| 21 | NAR 06950 | AACGND 0150 | 0 737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 98.27 | 43.75 | RPR | RPR |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 99.73 | 43 99 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97 87 | 43.87 | RPR | RPR |
| 25 | NAR 06860 | AACGND 0060 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.07 | 43.86 | PRM | PRM |
| 26 | NAR 07004 | AACGND 0204 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | | OK | | P | 96.53 | 43 73 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.73 | 43.74 | RPR | RPR |
| 28 | NAR 06985 | AACGND 0185 | 0.719 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 95.87 | 43.98 | PRM | PRM |
| 29 | NAR 06955 | AACGND 0155 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.20 | 43.88 | RPR | RPR |
| 30 | NAR 06858 | AACGND 0058 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | | OK | | P | 97 60 | 44.10 | RPR | RPR |
| 31 | NAR 07032 | AACGND 0232 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.91 | PRM | PRM |
| 32 | NAR 06988 | AACGND 0188 | 0 724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 96 53 | 43.75 | RPR | RPR |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.33 | 43.92 | PRM | PRM |
| 34 | NAR 06968 | AACGND 0168 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 7

EXHIBIT 7

I0001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6 625 47.05 / 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAR 06991 | AACGND 0191 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 97.60 | 43.80 | PRM | PRM |
| 36 | NAR 06876 | AACGND 0076 | 0 724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 96 53 | 43 94 | PRM | PRM |
| 37 | NAR 06920 | AACGND 0120 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 97 47 | 43 85 | PRM | PRM |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.87 | 43 80 | RPR | RPR |
| 39 | NAR 06994 | AACGND 0194 | 0.756 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-GS | | | | OK | | P | 100.80 | 43.94 | RPR | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0 738 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98 40 | 43.82 | RPR | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 96 67 | 43 84 | PRM | PRM |
| 42 | NAR 07029 | AACGND 0229 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 97.87 | 43.76 | RPR | RPR |
| 43 | NAR 06934 | AACGND 0134 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 98 13 | 43.64 | PRM | PRM |
| 44 | NAR 06971 | AACGND 0171 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 99 87 | 43.73 | PRM | PRM |
| 45 | NAR 06875 | AACGND 0075 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-PS | | | | OK | | P | 97 20 | 43.77 | RPR | RPR |
| 46 | NAR 06864 | AACGND 0064 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 96.40 | 43.70 | PRM | PRM |
| 47 | NAR 06962 | AACGND 0162 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 97.47 | 43.80 | PRM | PRM |
| 48 | NAR 06961 | AACGND 0161 | 0 747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 99.60 | 43.94 | RPR | RPR |
| 49 | NAR 06868 | AACGND 0068 | 0 750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.80 | PRM | PRM |
| 50 | NAR 06966 | AACGND 0166 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | MRF-GS | | | | OK | | P | 100.00 | 43.73 | RPR | RPR |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | MRF-GS | | | | OK | | P | 99.60 | 43.83 | RPR | RPR |
| 52 | NAR 06894 | AACGND 0094 | 0 739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 98.53 | 44.00 | PRM | PRM |
| 53 | NAR 06973 | AACGND 0173 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98.00 | 43.75 | PRM | PRM |
| 54 | NAR 06841 | AACGND 0041 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 96 80 | 43.79 | PRM | PRM |
| 55 | NAR 06807 | AACGND 0007 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/2 | OK | | | | OK | | P | 98.53 | 43.80 | PRM | PRM |
| 56 | NAR 07024 | AACGND 0224 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 97.87 | 43.80 | RPR | RPR |
| 57 | NAR 06948 | AACGND 0148 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 96.40 | 43.75 | PRM | PRM |
| 58 | NAR 07016 | AACGND 0216 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.93 | 43.75 | RPR | RPR |
| 59 | NAR 06862 | AACGND 0062 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 98 80 | 43 94 | PRM | PRM |
| 60 | NAR 06811 | AACGND 0011 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98.00 | 43 83 | RPR | RPR |
| 61 | NAR 06844 | AACGND 0044 | 0.718 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 95.73 | 43.87 | RPR | RPR |
| 62 | NAR 06960 | AACGND 0160 | 0 740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 98.67 | 43.83 | PRM | PRM |
| 63 | NAR 06899 | AACGND 0099 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.93 | 43.78 | RPR | RPR |
| 64 | NAR 06888 | AACGND 0088 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.13 | 43.83 | PRM | PRM |
| 65 | NAR 06879 | AACGND 0079 | 0.753 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | DT | | | | OK | | P | 100.40 | 43 85 | RPR | RPR |
| 66 | NAR 06825 | AACGND 0025 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99 33 | 43.74 | PRM | PRM |
| 67 | NAR 06846 | AACGND 0046 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 3/4 | OK | | | | OK | | P | 99.20 | 43.65 | RPR | RPR |
| 68 | NAR 06976 | AACGND 0176 | 0 725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | PT | | | | OK | | P | 96 67 | 43.83 | RPR | RPR |
| 69 | NAR 07000 | AACGND 0200 | 0 727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | | OK | | P | 96 93 | 43 69 | PRM | PRM |
| 70 | NAR 06904 | AACGND 0104 | 0 713 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 95.07 | 43.44 | RPR | RPR |
| 71 | NAR 06853 | AACGND 0053 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 96.80 | 43.84 | RPR | RPR |
| 72 | NAR 06954 | AACGND 0154 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | MRF-SD | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97 73 | 43.84 | RPR | RPR |
| 73 | NAR 07015 | AACGND 0215 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 98.80 | 44.02 | PRM | PRM |
| 74 | NAR 06871 | AACGND 0071 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.73 | 43 87 | PRM | PRM |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 100.00 | 43 69 | PRM | PRM |
| 76 | NAR 07017 | AACGND 0217 | 0 744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 99 20 | 43.90 | PRM | PRM |
| 77 | NAR 06895 | AACGND 0095 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98.00 | 43.94 | PRM | PRM |
| 78 | NAR 06802 | AACGND 0002 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 96 53 | 43 85 | RPR | RPR |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99 33 | 43.79 | RPR | RPR |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 7

I0001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| 80 | NAR 06837 | A ACGND 0037 | 0.730 | | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 7 8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15 16 | 10 1 4 | OK | | | | OK | | P | 97.33 | 43.77 | PRM | PRM |

Note : (*) mark show that JT/Run No. has comment

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O NO | | AUTHORIZATION NUMBER |
| | | OPERATOR | | CUSTOMER CODE: | | OFFICE USE ONLY |
| JOB # | J1009211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | 5 | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | | |
| | | | 160 | $8.00 | $1,280.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | $1,280.00 |

DEPART FOR JOB: ____________ ☐ AM PM ARRIVE AT JOB. ____________ AM PM

SERVICE HOURS:

DEPART FOR JOB: ____________ ☐ AM PM CHARGEABLE. ____________ HRS

NON-CHARGEABLE ____________ HRS

INSPECTION REPORT(S): J1009211

CUSTOMER'S SIGNATURE. DATE.

INSPECTED BY NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS ____________

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 1

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00<br>4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00<br>6,780.00 | 82 - THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| R4202 OIM | 05/09/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|---|
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

EXHIBIT 7

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 2

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|

R4202 — OIM
05/09/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 7

## Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 2<br>DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00<br>1,200.00 | 82 - THIRD PART | S | | | |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** **HTS NO:** **UNSPSC NO:**

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00<br>6,560.00 | 82 - THIRD PART | S |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 7

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 4<br>DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00<br>1,280.00 | 82 - THIRD PART | S | | | |

PURCHASING USE ONLY

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** **HTS NO:** **UNSPSC NO:**

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount: 20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: Fw 191015
LEASE: GC-40 Katmai
RIG: Rowan Resolute
ENGINEER: K. Castille
Routing # 580048
AcT Code # 3025-15

| R4202N NO: 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|
| OIM DATE | Fw E<br>Operator (Print) | | |
| RIG MGR / OPERATIONS MGR DATE | [signature]<br>Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Brent Primeaux<br>Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 7



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

**AFE #: FW2020002**

**TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S REP.**

**The support is Cameron Inv#916459063 - Dated:03/15/2019**

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

**AMOUNT DUE:** $ **111,367.50**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben
Date: 2020.07.16 13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

EXHIBIT 7

ED

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000236908
**Date:** 07/03/2020
**Page** 1

**Attention: SUBSEA**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15.K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95 - 95-SUBSEA | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09 - 09-BLOW OU | VC |

R4202 07/03/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 7

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000236908
**Date:** 07/03/2020
**Page** 2

**Attention: SUBSEA**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |
| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |

PURCHASING USE ONLY

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8484200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

R4202 07/03/2020
OIM DATE
Line Item Exempt :

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 7

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 3

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EAR99 | | HTS NO:8481909090 | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:4016930000 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438090 UNSPSC NO:

ECCN NO:

Total Requisition Amount: 111,367.50

R4202 07/03/2020
OIM DATE

[signature] 7/3/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
B. GABOURIE FWE
Operator (Print)
[signature]
Rep Signature
BARRY GABOURIE
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 7



# INVOICE

**Invoice No** : **916459063**
Invoice Date : MAR 15 2019
Page : 1 of 3

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

Payment Terms : Net 45 Days
Terms & Conditions : As Attached/Included
Freight Terms : Free Carrier
HOUSTON DC
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : MAR 15 2019

Invoice To : 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

Inside Sales Contact : Johnny Olachia 832-787-8686
Outside Sales Contact : ALAN THIBODEAUX 281-753-2922
Sales Order : 3685599
Delivery Number : 88188457

Customer Reference : 4500506400
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : Tina Castillio
Project Name : RIG 202
Project/Reference : RIG 202

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03<br>Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br>Frame Agreement Price : 8,330.63 | 4.000 EA<br>FR#236908 - Item Number 4 - 64436903 - 4 EA | 8,330.63 | 33,322.52 |
| 30 | 2231541-01<br>Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>Frame Agreement Price : 2,530.22 | 2.000 EA<br>FR#236908 - Item Number 3 - 223154101 - 2 EA | 2,530.22 | 5,060.44 |

EXHIBIT
7



Serial No : 1 2

| Item | Material / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 40 | 2231547-03<br>Customer Material :80491<br>SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA | 5,056.59 | 20,226.36 |
| | FR#236908 - Item Number 2 - 223154703 - 4 EA | | | |
| 50 | 2231544-03<br>Customer Material :80490<br>SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA | 5,056.59 | 20,226.36 |
| | FR#236908 - Item Number 1 - 223154403 - 4 EA | | | |
| 60 | 645484-01-00-01<br>Customer Material :23001<br>BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K<br>"TL" BOP (NOT API 16A 4TH ED)<br>Frame Agreement Price : 503.58 | 28.000 EA | 503.58 | 14,100.24 |
| | FR#236908 - Item Number 7 - 645484010001 - 6 EA | | | |
| 70 | 2247012-02<br>Customer Material :129474<br>BODY, S-AX GASKET, 18-3/4 10/15 K<br>Frame Agreement Price : 7,408.17 | 1.000 EA | 7,408.17 | 7,408.17 |
| 80 | 644404-01-00-03<br>Customer Material :74683<br>PACKER, VBR - CAMRAM (TM) 18-3/4"-15M<br>T/TL BOP, 7-5/8" TO 3-1/2" OD<br>PIPE, AND 5-7/8" TO 3-1/2" OD PIPE<br>PER API 16A, TEMP CLASS "E,X"<br>DUAL DUROMETER (NOT API 16A 4TH ED)<br>Frame Agreement Price : 15,239.07 | 8.000 EA | 15,239.07 | 121,912.56 |
| | FR#236908 - Item Number 5 - 644404010003 - 2 EA | | | |

EXHIBIT 7



Invoice No : 916459063

| | | | | |
|---|---|---|---|---|
| 90 | 645068-01-00-02<br>Customer Material :23134<br>TOP SEAL, 18-3/4"-15M 'T/TL' BOP<br>API 16A TEMP CLASS "EF"<br>WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)<br>Frame Agreement Price : 1,001.00 | 8.000 EA<br>FR#236908 - Item Number 6 - 645068010002 - 2 EA | 1,001.00 | 8,008.00 |

**Price summary :**

| | |
|---|---|
| **Total Price :** | **230,264.65 USD** |
| **State Tax :** | **14,391.53 USD** |
| **City Tax :** | **2,302.65 USD** |
| **Transit Tax :** | **2,302.65 USD** |
| **Total Invoice Value :** | **249,261.48 USD** |

EXHIBIT 7


Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| Description | | Amount |
|---|---|---|
| **INSPECTION OF 6-3/4IN DRILL COLLARS**<br>**PO#458846 - FR#23066** | $ | 225.00 |
| **10-DIRTY OIL TOTE TANKS**<br>**PO#458710 - FR#236175** | $ | 1,500.00 |
| **CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL**<br>**PO#458579 - FR#235606** | $ | 1,611.21 |
| **WELLHEAD RING GASKETS AND SEALS**<br>**PO#457100 - FR#234615** | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |
| **AMOUNT DUE:** | **$** | **5,886.52** |

**Rig Manager's Approval:** ____________________

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED

EXHIBIT 7

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458846
PO Status: Dispatched

Header

PO Date: 06/09/2020
Vendor Name: DRILCOCOM-001
Vendor ID: 0000000238 Vendor Details
Buyer: Kenya Akeem Abdul Maxile
PO Reference: 0000236066 SERVICE

Backorder Status: Not Backordered
Receipt Status: Not Recvd
☐ Hold From Further Processing

Amount Summary
Merchandise: 225.00
Freight/Tax/Misc.: 0.00
Total: 225.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 6750DCR2PRIN | INSPECTION-ONSHORE,COLLARS,RAN | 85 | 15.0000 | EA | 225.00 | USD | Approved | 6750DCR2PRIN | | |

View Approvals

Return to Search Notify

Related Links

EXHIBIT 7

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000236066
Date: 05/28/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 024000 6750DCR2PRIN | EA | INSPECTION-ONSHORE,COLLARS,RANGE 2,6-3/4 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | 85 - 85-TUBULAR | C | | | |

PURCHASING USE ONLY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-15
5-29-2020

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 150.00

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS. ETRR# R4202-2020-5-28-1551. COLLARS WILL GO TO WELLBORE INTEGRITY SOLUTIONS IN FOURCHON SERIAL#'S,239036, 239053, 239072, 239042, 239043, 239048, 239049, 239051, 239052, 239054, 239058, 239059, 239060, 239063, & 239064

| R4202 | 05/28/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236066 |
|---|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | L. Butler Rep Signature | | BUYER / DATE |
| NOTE: Any additions or deletions must be initialed | | Larre Butler Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 7

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000458710 | POA Status: | Acknowledged |

Header

| | | | | |
|---|---|---|---|---|
| PO Date: | 06/03/2020 | | Backorder Status: | Not Backordered |
| Vendor Name: | AMERICANR-003 | | Receipt Status: | Received |
| Vendor ID: | 0000017294 | Vendor Details | ☐ Hold From Further Processing | |
| Buyer: | Ernestine Castillo | | Amount Summary | |
| PO Reference: | | | Merchandise: | 1,500.00 |
| Header Details | All RTV | Document Status | Freight/Tax/Misc.: | 0.00 |
| Header Comments... | Matching | | Total: | 1,500.00 USD |
| Change Order | Activity Summary | | | |

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVOILDIS550GAR | SERVICE-ONSHORE AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 | USD | Approved | SERVOILDIS550GAR | | |

View Approvals

Return to Search Notify

Related Links

EXHIBIT 7

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236175
Date: 06/02/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90 - 90-ENVIRON | S | | | |

PURCHASING USE ONLY (PRICE / VENDOR, LOCATION, CONFIRM TO / PO NO.)

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:7310100050 UNSPSC NO:

Total Requisition Amount: 1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 06/02/2020 OIM DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236175 |
|---|---|---|---|
| [signature] 6/3/20 RIG MGR / OPERATIONS MGR DATE | Operator (Print) | | |
| | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 7

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000458579 | | |

Header

| | | | |
|---|---|---|---|
| PO Date: | 06/01/2020 | | |
| Vendor Name: | SWIREOILF-001 | Backorder Status: | Not Backordered |
| Vendor ID: | 0000000512 Vendor Details | Receipt Status: | Received |
| Buyer: | Emestine Castillo | ☐ Hold From Further Processing | |
| PO Reference: | | | |

Amount Summary

| | |
|---|---|
| Merchandise: | 1,611.21 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,611.21 USD |

Header Details | All RTV | Document Status

Header Comments... | Matching

Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 | USD | Approved | | | |
| 2 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 | USD | Approved | | | |
| 3 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 7

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary

Home Worklist Add to Favorites Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| Purchase Order: | 0000458579 | Vendor: | SWIRE OILFIELD SERVICES LIMITED |
| Merchandise Amount: | 1,611.21 USD | | |
| Merchandise Receipt: | 1,611.21 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines

Personalize | Find | View All | First 1-3 of 3 Last

Details Receipt Invoice Matched RTV

| Line | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-invoiced Quantity | Un-invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search Notify

EXHIBIT 7

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235606
Date: 05/12/2020
Page 1

EXHIBIT 7

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00<br>375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00<br>750.00 | 82- THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

R4202 05/12/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235606

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000235606
Date: 05/12/2020
Page 2

EXHIBIT 7

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21<br>486.21 | 82 - THIRD PART | S | | | |

PURCHASING USE ONLY: PRICE, VENDOR, LOCATION, CONFIRM TO, PO NO.

COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

Total Requisition Amount: 1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code# 3060-15

R4202 — OIM
05/12/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235606

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

VALARIS

Home Worklist Add to Favorites Sign out

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000457100
Change Order: 1

PO Status: Dispatched
POA Status: Responded, Awaits Review

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000324 Vendor Details
Buyer: Ernestine Costilo

Backorder Status: Not Backordered
Receipt Status: Received
Hold From Further Processing

Amount Summary
Merchandise: 2,270.00
Freight/Tax/Misc.: 0.00
Total: 2,270.00 USD

PO References

Header Details All RTV Document Status
Header Comments Matching
Change Order Activity Summary

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H100932 | GASKET,VETCO,H10093-2,VSX-2,18 | 85 | | EA | 0.00 | USD | Canceled | H100932 | | |
| 2 | | H120251 | SEAL,VETCO,H*2325-1,LIP HYDRAT | 03 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10093-2 | 85 | 1.0000 | EA | 2,133.67 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 03 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Related Links

Return to Search Notify

EXHIBIT
7

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders | Activity Summary | Home | Worklist | Add to Favorites | Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 100'3 | PO Status: | Dispatched |
| Purchase Order: | 0000462100 | Vendor: | HYDRIL VETCO GE BAKER HUGHES |
| Merchandise Amount: | 2,270.00 USD | | |
| Merchandise Receipt: | 2,270.00 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines

Details | Receipt | Invoice | Matched | RTV | Personalize | Find | View All | First 1-2 of 2 Last

| Line | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | FEE,RESTOCKING,VETCO,H0980-2 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 2,133.670 | USD |
| 4 | | | FEE,RESTOCKING,VETCO,H2025-1 | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 136.330 | USD |

Return to Search | Notify

EXHIBIT
7

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000234615
Date: 04/02/2020
Page 1

EXHIBIT 7

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 H109932 | EA | GASKET,VETCO,H10993-2,VGX-2,18 -3/4 IN,15K PSI,F/H4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes  Item Desc :

ECCN NO: EAR99  HTS NO: 4016930000  UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRATE,F/H4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes  Item Desc :

ECCN NO: EAR99  HTS NO: 4016930000  UNSPSC NO:

DATED GOODS - EXPIRATION DATE-- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE

R4202  04/02/2020
OIM  DATE

RIG MGR / OPERATIONS MGR  DATE

NOTE: Any additions or deletions must be initialed

**NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.**

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234615

BUYER  DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000234615
Date: 04/02/2020
Page 2

EXHIBIT 7

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Total Requisition Amount: 8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code # 3060-15
4/9/20

R4202 — OIM
04/02/2020 — DATE

RIG MGR / OPERATIONS MGR ____ DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FWE
Operator (Print)

[signature]
Rep Signature

Brent Primeaux
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234615

BUYER ____ DATE ____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

Help ENSCO Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search All Products ▼ Keyword(s): Search by Part #, Product Name or Keyword Go Search Multiple Parts

Current Quote

Delete Actions Save Quote ▼ Go Proceed to Checkout

Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | |

Recalculate Sub-Total: $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
***************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING. IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"], CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
***************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED. CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
***************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED ON ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
***************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
***************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
***************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping Delete Actions Save Quote ▼ Go Proceed to Checkout

EXHIBIT 7

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000457100
Change Order: 1

PO Status: Dispatched
POA Status: Responded, Awaits Review

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000324 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 2,270.00
Freight/Tax/Misc.: 0.00
Total: 2,270.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H109932 | GASKET,VETCO,H10993-2 VGX-2.18 | 95 | | EA | 0.00 | USD | Canceled | H109932 | | |
| 2 | | H120251 | SEAL,VETCO,H12025-1,LIP,HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10993-2 | 95 | 1.0000 | EA | 2,133.67 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Return to Search Notify

Related Links

EXHIBIT 7

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

**Index Type :** MORTGAGES

**File # :** 1606885

**Type of Document :** LIEN

**Book :** 3167 **Page :** 464

**Recording Pages :** 50

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

Theresa A. Robichaux
Clerk of Court

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 2:39:06PM

Doc ID - 015072300050

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/23/2020 at 2:39:06
Recorded in Book 3167 Page 464
File Number 1606885

Lisa B Loupe
Deputy Clerk

CLERK OF COURT · PARISH OF TERREBONNE, LA

**Return To :** SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112

EXHIBIT 8

(Green Canyon 40 #1)

**STATEMENT OF PRIVILEGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

> **ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
8

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT 8

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company

Sworn to and subscribed before me, Notary Public, this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

EXHIBIT
8



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 KATMAI

**AFE #: FW191015**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

WELLBORE INTEGRITY
**INVOICE#IN11857611 DATED:6/23/2020** $ 20,070.00

Handling Charges @ 5%(601) $ 1,003.50

**AMOUNT DUE: $ 21,073.50**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

[signature] Digitally signed by Ben Date: 2020.07.15 14:52:30 -05'00'

| | | |
|---|---|---|
| $ | (20,070.00) | 024000.10417.4202.110 |
| $ | (1,003.50) | 810510.10417.4202.110 |
| $ | (20,070.00) | 810650.10417.4202.110 |
| $ | 20,070.00 | 919250-10417.4202.110 |

ED

EXHIBIT 8

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500

6000-Wellbore Integrity Solutions LLC-OU.

INVOICE NO: IN11857611

BILLED TO: ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

CUSTOMER# : EN0151
ORDERED BY: .

DISC CODE:
SERVICE GRP: Tubulars and Surface Products
TAX JOB TYPE: [None]
EXPORT:
DT / RA /BL #: J1009211
BILLED BY: JHENLEY

PAGE NO: Page 1 of 2

DATE: 23-JUN-20
TERMS: 30 NET
TKT DATE:
SALESPERSON#: WANOUS, AJ
OFF SALES REP: NONE

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | 0.00 |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | | | 6,780.00 |
| 5.01 | | | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.00 | | Waterblast ID, OD & Brush OD | | | | | 1,200.00 |
| 6.01 | | | 80 | INSPECTION | EACH | 15.00 | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | | | 6,560.00 |
| 7.01 | | | 80 | INSPECTION | EACH | 82.00 | |
| 8.00 | | Flapping of Connections | | | | | 1,280.00 |
| 8.01 | | | 160 | INSPECTION | EACH | 8.00 | |
| 9.00 | | | | | | | 0.00 |

CURRENCY: USD

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www wellboreintegrity com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 8

Wellbore Integrity SOLUTIONS

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | | | | | |
|---|---|---|---|---|---|
| **BILLED TO:** | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 -- UNITED STATES | **DISC CODE:** | | **INVOICE NO:** | IN11857611 |
| | | **SERVICE GRP:** | Tubulars and Surface Products | **PAGE NO:** | Page 2 of 2 |
| | | **TAX JOB TYPE:** | [None] | **DATE:** | 23-JUN-20 |
| | | **EXPORT:** | | **TERMS:** | 30 NET |
| **CUSTOMER# :** | EN0151 | **DT / RA /BL #:** | J1009211 | **TKT DATE:** | |
| **ORDERED BY:** | . | **BILLED BY:** | JHENLEY | **SALESPERSON#:** | WANOUS, AJ |
| | | | | **OFF SALES REP:** | NONE |

| RIG: | FIELD / BLOCK: | JOB #: | CUSTOMER ORDER # : | AREA/DIST: | SHIP TO: | LEASE: |
|---|---|---|---|---|---|---|
| ROWAN RESOLUTE | // | 1256595125 | 10013-0000458130 | 1256 | ENSCO OFFSHORE COMPANY, US | OCSG 12209 |
| **COUNTY/PARISH:** | **STATE:** | **WELL #:** | **TWNSHP:** | **INV LOC:** | **SHIP #:** | **SEC:** |
| OFFSHORE | LA | GC 200 TA-3 | | 1256 | EN0151 | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 |
| | | | | TOTAL DISCOUNT : | | 0.00 | |
| | | | | SUBTOTAL : | | | 20,070.00 |
| | | | | TAXABLE AMOUNT : | | | 0.00 |
| | | | | CITY TAX : | | 0.00% | 0.00 |
| | | | | COUNTY/PARISH TAX : | | 0.00% | 0.00 |
| | | | | STATE TAX : | | 0.00% | 0.00 |
| | | | | FREIGHT : | | | 0.00 |
| | | | | **TOTAL AMOUNT DUE:** | | | **20,070.00** |

**CURRENCY:** USD

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| | |
|---|---|
| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

EXHIBIT 8

# Valaris

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

**PO NUMBER** 10013-0000458130
**PO DATE** 05/18/2020
**RIG NAME** R202- RESOLUTE
**FINAL DEST, COUNTRY** United States
**REVISION NO.**
**REVISION DATE**

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO / WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

**SUPPLIER SHIPPING TERMS (INCOTERMS 2010)**
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

**BUYER REPRESENTATIVE**
BUYER: Kenya Akeem Abdul Maxlie
EMAIL: kenya.maxie@valaris.com
PHONE: 346/342-8072
FAX:

**ADDITIONAL ORDER DETAIL**
CURRENCY: USD
REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

**PR CODE (Mode of Transport)**
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item Line | Vendor Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00 Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00 Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00 Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00 Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00 Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |

EXHIBIT 8

# Valaris

**Purchase Order** Page 2

**Dispatch via E-Mail**

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| **PO NUMBER** | 10013-0000458130 |
| **PO DATE** | 05/18/2020 |
| **RIG NAME** | R202- RESOLUTE |
| **FINAL DEST. COUNTRY** | United States |
| **REVISION NO.** | |
| **REVISION DATE** | |

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount** 20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

EXHIBIT
8

# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | rDS16RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 10013-0000458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |
| Estimated Total | | | | | $20,070.00 |

Customer Signature:

Date:

EXHIBIT 8

## GENERAL TERMS AND CONDITIONS

**THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.**

1. **ACCEPTANCE** By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**
   a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, cuttings, or casings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. Claim(s) – Damage, loss, expense, liability claims, demands and causes of action of every kind and character (including spousal and survivor's actions), all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law equity statute or otherwise, whether based on tort contract, strict liability, or statutes that may or could be asserted including without limitation, actions in rem or in personam, civil or criminal actions and/or causes of action howsoever arising
   c. Customer – the person, firm or other entity to which any Work is supplied or provided by Wellbore
   d. Fluids – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments stimulation fluids, whether water oil, or synthetic based.
   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees co-venturers, co-owners, partners investors, joint venturers co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties
   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer
   h. Rentals – Customer's hiring of Products and/or equipment from Wellbore for a time / ame
   Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LCC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates
   j. Services – services provided by Wellbore to Customer including Products and personnel customarily required to provide such services
   k. Work – Products Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer credit approved by Wellbore prior to the transaction Customer also acknowledges that Wellbore in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit Wellbore's invoice will be issued upon receipt of full payment from Customer If Customer requires any supporting documents or information (e g. order # AFE #, etc ) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work, as described and priced in the Order as soon as practicable and without frequency restrictions
   b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50% immediately upon delivery of the Products
   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope
   d. Wellbore may invoice Customer for any and all reimbursable items in advance

   Wellbore's invoice shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice is disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer Customer shall have no right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

   Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation) Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

   When payment is electronic e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to-system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)) Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing' at the rate of 1 5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration bankruptcy or other proceedings In the event that Customer's payment of Wellbore's invoice is received by Wellbore after the due date, any price discount will be unearned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price Upon revocation, the full invoice price without discount will become immediately due and owing and subject to collection

   As used herein the term "Receivables" shall mean all of Customer rights and interests in a) all accounts and (b all general intangibles whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work Customer hereby grants a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for to the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payments received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers Compensation Act, La R S 23 1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S 23 1061 (A)(1) Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore - employees for purposes of La R S 23 1061 (A)(3)

EXHIBIT 8

GENERAL TERMS AND CONDITIONS

in respect of Customer's status as the statutory employer or special employer (as defined in La R.S. 23:1031 (C)) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and shall not be entitled to seek contribution for any such payments from Customer.

6. OBLIGATIONS OF CUSTOMER

a. Well Conditions, Notification of Hazardous Conditions. Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. Chemicals. The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or sea from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples Wellbore may return samples to Customer upon completion of Wellbore's analysis or dispose of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, piping, valves and pumps, and in the borehole and reserve pit (or frac tanks where there is not a reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such. Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage transportation, treatment or disposal of Chemicals.

c. Radioactive Sources. If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. If the source is irretrievable or if it or its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source. Customer shall not attempt to recover a sealed source in a manner that in Wellbore's opinion could result in its rupture. If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. Fishing Operations. Customer shall assume the entire responsibility for operations in which Customer Group or a third-party fish or attempt to fish for the equipment of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer [illegible] commercially reasonable effort to attempt recovery of Wellbore Group equipment.

e. Change Orders. Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). If upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work, Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer [illegible] be deemed to have accepted such proposal once Wellbore proceeds as specified in the Change Order. Wellbore may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations or predictions are opinions only and, in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE WILL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL LOGS OR PRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the wellsite or for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products furnished hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given to rapidly wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

Wellbore's sole liability and Customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option, of Products, Rentals or Services which prove to be defective within the warranty period and shall not include claims for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of heavy lifting or vessel/rig time, recovery under general tort law or strict liability or for damages resulting from delays, loss of use, or other direct or indirect incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event shall Wellbore be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which is defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein, with regard to any services, materials, products or equipment furnished by contractors, subcontractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

EXHIBIT 8

## GENERAL TERMS AND CONDITIONS

8. **TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (i) upon delivery to Customer's carrier, (ii) upon delivery to Customer's location, or (iii) upon blending, whichever occurs first. Title to and risk of loss for rented Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of the same.

c. The time method, place or medium of payment w not limit Wellbore's rights in and to the Products until payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products irrespective of attachment to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore.

9. **Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cance the Order in fu or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such sh pments. Packing, carting, shipment to port or to dock side, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense

10. **Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNITY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

11. **Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice liab lity, or the institution of legal proceed'ngs, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

12. **Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%)

(b) Specia tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equa to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested w ll be charged n the same manner.

13. **INDEMNITIES**

a. Personnel and Property

1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. Special Indemnity. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNTIME, REMEDIATION, OR RECOVERY TIME); (ii) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 6.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iii) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSAL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS OR THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

EXHIBIT
8

## GENERAL TERMS AND CONDITIONS

c. APPLICATION OF INDEMNITIES. THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.a AND 9.b ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF EITHER PARTY'S GROUP.

d. Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the conflicting, prohibited, or violating provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law

14. INCIDENTAL OR CONSEQUENTIAL DAMAGES.
IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF RIG TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15. INSURANCE. Each party, as indemnitor agrees to support the indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and loss payee but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the indemnified Group. Customer shall not self-insure without the written consent of Wellbore. Notwithstanding the above, to the extent, and only to the extent, that the Texas Oilfield Anti-Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees to carry supporting insurance in equal amounts of the types and in the minimum amounts required by the TOAIA. Where a party's insurance is deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self insurance. It is the intention of the parties hereto that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16. LIMITATION OF LIABILITY Notwithstanding anything to the contrary herein except as provided under section 9.a.1 above, Wellbore's liability arising from or in connection with the Contract (whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise) shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract

17. EMPLOYEE SOLICITATION. Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore in order to become an employee, consultant or representative of Customer Group until at least one (1 year has elapsed from Customer's receipt of the final invoice for the Work

18. INTELLECTUAL PROPERTY. Wellbore owns all rights to the proprietary intellectual property embodied in its Work or which are created in the course of providing such Work to Customer. Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent. Wellbore will be liable for intellectual property infringement claims arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises: (i) out of Customer's use of Wellbore Work in combination with work products or services not provided by Wellbore (ii) where Wellbore Work has

Wellbore Integrity

been specially modified, designed and/or manufactured to meet Customer's specifications; ( ) out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore published standards or specifications Any Claim for intellectual property infringement shall be brought to Wellbore in writing within ten (10) calendar days of service on Customer or the indemnity shall be void

19 MISCELLANEOUS.

a. Orders Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order

b. Force Majeure: Wellbore shall not be liable for any delay or non performance due to governmental regulation, labor disputes hostile action, weather fire acts of God or any other causes beyond the reasonable control of Wellbore.

c. Governing Law If Work is furnished offshore or on navigable waters, General Maritime laws shall govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas shall apply and govern the validity, interpretation, and performance of the Contract.

d. Severability: Should any clause, sentence, or part of these General Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and these General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision

e. Compliance with laws. Customer and Wellbore respectively agree to comply with all laws statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work

20. GENERAL COMMERCIAL CONDITIONS. Commercial conditions prices and technical specifications for the Work shall be documented in an Order Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply:

a. Product sales are final Orders placed by Customer and accepted by Wellbore can only be canceled with Wellbore's written consent

b. Return of Rentals. Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at the time of return to Wellbore's designated facility If Rentals do not meet the specifications at the time of return, they shall, at Wellbore's sole discretion, be sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same and will be returned to Customer at Customer's cost Any waste found in Rentals upon return to Wellbore will be returned to Customer or disposed of at Customer's cost

c. Buy Back of Fluids Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to Wellbore's designated facility Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer's cost

d. Pricing Changes. Wellbore has the right to revise pricing applicable to the Work at any time, including without limitation (i) whenever Wellbore determines that market conditions support such revision, and (ii) whenever Wellbore determines it has been impacted by an increase in the cost of providing products and/or services including commodities, trucking, labor, materials and/or ancillary products, materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that may have been submitted by Wellbore Such revisions may be adjusted post job in accordance with the actual cost.

e. Pricing exclusions Quoted prices do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall not be considered an exhaustive list. (i) mobilization and demobilization fees, (ii) stand-by (or crew and equipment) fees and demurrage (incurred by Wellbore Group which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, (iii) third party reimbursable fee of 20% (or as may otherwise be specified in Wellbore's applicable price list (iv) fuel surcharges (as may be specified in Wellbore's applicable price list and subject to further adjustment based on the US Energy Information Administration (EIA) for US Retail On-Highway Diesel) and transportation/mileage fees, and (v) cancellation fees, return/restocking fees and buy-back fees

f. Additional Work. Backup tools additions services, products and new technology items that are not specifically included in the work scope described the Order shall be quoted upon request

21. EXPORT COMPLIANCE. Customer is advised that Work provided under the Contract subject to the U.S Export Administration Regulations and diversion contrary to U.S. laws and regulations is prohibited. Customer agrees not to directly or indirectly export, import, or transmit the Work to any country or end user or for any end use that is prohibited by any applicable U.S. law or regulation (including without limitation to those countries, from time to time subject to embargo by the U.S government) Additionally Customer agrees not to directly or indirectly export, import, transmit, or use the Work contrary to the laws or regulations of any other governmental entity that has jurisdiction over such export, import, transmission, or use Customer represents and warrants that neither the United States Bureau of Industry and Security nor any other governmental agency has suspended,

EXHIBIT
8



## GENERAL TERMS AND CONDITIONS

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear chemical, or biological weapons, or missile technology unless authorized by the U.S government by regulation or specific written license

22. **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing

23. **CONFIDENTIALITY.** Customer agrees to hold in strict confidence all information provided by Wellbore Group to Customer all of which is Wellbore confidential information Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24. **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein

EXHIBIT 8

EXHIBIT 8

MRT_M1011667 2020-05-06_09 11 21.pdf

# DRILCO

Material Receiving Ticket

**Job #:J1009211** **MRT #:M1011667** **Customer Ref #: R# 202-769**

| | | |
|---|---|---|
| Customer Name: 10018008-FIELDWOOD ENERGY, LLC | | Rig (Name/No): Rowan Resolute |
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

**Special Instructions**

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5 /8 FH Box x 6 5 /8 FH Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors |
|---|---|---|---|---|
| | | | | Box 0<br>Pin 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# / .362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |
| Additional comment for tool type received: | | | | | | |

Summary of services to be provided on Item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

EXHIBIT 8

# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER: | | DATE: | 6/15/2020 | P.O. NO. | | OFFICE USE ONLY |
| | VALARIS | OPERATOR | TERRANCE [illegible] | CUSTOMER CODE: | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 1256 AREA 05 | |
| WORK ORDER # | J1009211 | LOCATION | GC-200 | | | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3 DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | $6,560.00 |

| | | |
|---|---|---|
| DEPART FOR JOB: ______ AM PM ARRIVE AT JOB: AM PM<br>SERVICE HOURS:<br>DEPART FOR JOB: ______ AM PM CHARGEABLE: HRS<br>NON-CHARGEABLE: HRS | | INSPECTION REPORT(S):<br>SHOP ORDER J1009211 |
| CUSTOMER'S SIGNATURE: | DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

THANK YOU____________________

EXHIBIT 8

EXHIBIT 8

# DRILCO

**Summary Report #: I0001382** Job #: J1009211 Work Order #: W1013419 Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3 WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

EXHIBIT 8

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: I0001382

Job #: J1009211 | Work Order #: W1013419 | Customer Ref #: R# 202-769

**Billing Information**

| | |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W1013419 |
| PO # | |
| Inspected @ | Port Fourchon |

**Tube Spec's**

| | |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47 05 / .750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

**Tool Joint Spec's**

| | |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range II III | III |
| Connection | 6 5/8 FH |

| Box Tool Joint | | | Pin Tool Joint | | | Total Conns | |
|---|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | | |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | OK DRILCO | 116 |
| Galled Thread(s) | GT | 1 | Galled Thread(s) | GT | 0 | Machine Re-face | 22 |
| Damage Thread(s) | DT | 0 | Damage Thread(s) | DT | 1 | Galled Thread(s) | 1 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | 0 | Damage Thread(s) | 1 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Worn Thread(s) | 1 |
| Swelled Tool Joint | SWB | 0 | Swelled Nose | SWN | 0 | Pitted Thread(s) | 17 |
| Cracked Thread(s) | CT | 0 | Cracked Thread(s) | CT | 0 | Cracked Thread(s) | 0 |
| Damage Shoulder | DS | 1 | Damage Shoulder | DS | 0 | Damage Shoulder | 1 |
| Benchmark at Min | BM | 0 | Benchmark at Min | BM | 1 | BM at Minimum | 1 |
| Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | PS-M | 0 | Pitted Seal(s) | 0 |
| Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | DS-M | 0 | Damaged Seal(s) | 0 |
| Heat Checking | HC | 0 | Heat Checking | HC | 0 | HC Tool Jt | 0 |
| Flush Hardband | F | 0 | Flush Hardband | F | 0 | HB Repairs | 0 |
| Worn Hardband | W | 0 | Worn Hardband | W | 0 | Bent Joint(s) | 0 |
| Broken Hardband | B | 0 | Broken Hardband | B | 0 | Flaking ID Coating | 0 |

**Total Count**

| | |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94 9% Remaining Wall | 0 |
| 80.0% - 89 9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

**Inspection & Services Performed**

Total Indicated Runout (TIR) of connections performed
Cleaning Service Brush OD / ID Full Length
Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD )
Cleaning Service Waterblast OD / ID Full Length
Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts
Wet Magnetic Inspection of Re-Machined Connections
Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID )
Reverse Magnetic Field Full Length
Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD )

| | MRF Classifications | | Box | Pin | Totals |
|---|---|---|---|---|---|
| | Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| X | Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| X | Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| X | Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| X | Galled Shoulder | MRF-GS | 6 | 11 | 17 |

| | Monitored By | Joint Class Entries | |
|---|---|---|---|
| X | | | |
| X | N/A | Premium | P |
| | | Bent Tube | BT |
| | | Class 2 Reject | 2 |
| | | Class 3 Reject | 3 |

**Specifications Used**

X DS-1 Category 5+FLUT 2

**Inspected by**

Joshua Ritter | Dominic Patterson
Ron Leblanc | Terrance Crushfield

**Re-Inspected by**

**Inspector's Comments**

Material Belongs To ROWAN
White Lite Reading. 50-51
U. V. Meter Reading 1750-2360

Note: (*) mark show that JT/Run No. has comment.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 · 750 V·150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43 87 | RPR | RPR |
| 2 | NAR 06975 | AACGND 0175 | 0 750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43 74 | PRM | PRM |
| 3 | NAR 06872 | AACGND 0072 | 0.717 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-PS | | | | OK | | P | 95.60 | 43 84 | RPR | RPR |
| 4 | NAR 06912 | AACGND 0112 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 99 60 | 43.94 | PRM | PRM |
| 5 | NAR 07011 | AACGND 0211 | 0.737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98 27 | 43.86 | RPR | RPR |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | MRF-GS | | | | OK | | P | 99 07 | 43.64 | RPR | RPR |
| 7 | NAR 06817 | AACGND 0017 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 98 80 | 43.85 | PRM | PRM |
| 8 | NAR 06836 | AACGND 0036 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 9 | NAR 06816 | AACGND 0016 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98 67 | 43.90 | RPR | RPR |
| 10 | NAR 06882 | AACGND 0082 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 96 93 | 43.87 | RPR | RPR |
| 11 | NAR 06959 | AACGND 0159 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.60 | 43.98 | PRM | PRM |
| 12 | NAR 06972 | AACGND 0172 | 0 752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.82 | PRM | PRM |
| 13 | NAR 06900 | AACGND 0100 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.53 | 43.85 | PRM | PRM |
| 14 | NAR 06838 | AACGND 0038 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 98 00 | 43.75 | RPR | RPH |
| 15 | NAR 06850 | AACGND 0050 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 97 73 | 43.89 | PRM | PRM |
| 16 | NAR 06981 | AACGND 0181 | 0.746 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99 47 | 43.83 | PRM | PRM |
| 17 | NAR 06897 | AACGND 0097 | 0.752 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | RPR | RPR |
| 18 | NAR 06910 | AACGND 0110 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97 87 | 43.88 | PRM | PRM |
| 19 | NAR 07031 | AACGND 0231 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.60 | 43.92 | PRM | PRM |
| 20 | NAR 06956 | AACGND 0156 | 0 732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.60 | 43.86 | PRM | PRM |
| 21 | NAR 06950 | AACGND 0150 | 0 737 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 98.27 | 43.75 | RPR | RPR |
| 22 | NAR 06944 | AACGND 0144 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 23 | NAR 06938 | AACGND 0138 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 99.73 | 43 99 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97 87 | 43.87 | RPR | RPR |
| 25 | NAR 06860 | AACGND 0060 | 0.743 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.07 | 43.86 | PRM | PRM |
| 26 | NAR 07004 | AACGND 0204 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | | OK | | P | 96.53 | 43.73 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.73 | 43.74 | RPR | RPR |
| 28 | NAR 06985 | AACGND 0185 | 0.719 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 95.87 | 43.98 | PRM | PRM |
| 29 | NAR 06955 | AACGND 0155 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 97.20 | 43.88 | RPR | RPR |
| 30 | NAR 06858 | AACGND 0058 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | | OK | | P | 97 60 | 44.10 | RPR | RPR |
| 31 | NAR 07032 | AACGND 0232 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.91 | PRM | PRM |
| 32 | NAR 06988 | AACGND 0188 | 0 724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | | OK | | P | 96 53 | 43.75 | RPR | RPR |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 97.33 | 43.92 | PRM | PRM |
| 34 | NAR 06968 | AACGND 0168 | 0.730 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 8

EXHIBIT 8

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6 625 47.05 / 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf Final

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAR 06991 | AACGND 0191 | 0.732 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 97.60 | 43.80 | PRM | PRM |
| 36 | NAR 06876 | AACGND 0076 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 96.53 | 43.94 | PRM | PRM |
| 37 | NAR 06920 | AACGND 0120 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 97.47 | 43.85 | PRM | PRM |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 99.87 | 43.80 | RPR | RPR |
| 39 | NAR 06994 | AACGND 0194 | 0.756 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-GS | | | OK | | P | 100.80 | 43.94 | RPR | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0.738 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.40 | 43.82 | RPR | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 96.67 | 43.84 | PRM | PRM |
| 42 | NAR 07029 | AACGND 0229 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | OK | | P | 97.87 | 43.76 | RPR | RPR |
| 43 | NAR 06934 | AACGND 0134 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | P | 98.13 | 43.64 | PRM | PRM |
| 44 | NAR 06971 | AACGND 0171 | 0.749 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 99.87 | 43.73 | PRM | PRM |
| 45 | NAR 06875 | AACGND 0075 | 0.729 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | MRF-PS | | | OK | | P | 97.20 | 43.77 | RPR | RPR |
| 46 | NAR 06864 | AACGND 0064 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | OK | | P | 96.40 | 43.70 | PRM | PRM |
| 47 | NAR 06962 | AACGND 0162 | 0.731 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | OK | | P | 97.47 | 43.80 | PRM | PRM |
| 48 | NAR 06961 | AACGND 0161 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | MRF-SD | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 99.60 | 43.94 | RPR | RPR |
| 49 | NAR 06868 | AACGND 0068 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 100.00 | 43.80 | PRM | PRM |
| 50 | NAR 06966 | AACGND 0166 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | MRF-GS | | | OK | | P | 100.00 | 43.73 | RPR | RPR |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | MRF-GS | | | OK | | P | 99.60 | 43.83 | RPR | RPR |
| 52 | NAR 06894 | AACGND 0094 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | P | 98.53 | 44.00 | PRM | PRM |
| 53 | NAR 06973 | AACGND 0173 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.75 | PRM | PRM |
| 54 | NAR 06841 | AACGND 0041 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | OK | | P | 96.80 | 43.79 | PRM | PRM |
| 55 | NAR 06807 | AACGND 0007 | 0.739 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/2 | OK | | | OK | | P | 98.53 | 43.80 | PRM | PRM |
| 56 | NAR 07024 | AACGND 0224 | 0.734 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 97.87 | 43.80 | RPR | RPR |
| 57 | NAR 06948 | AACGND 0148 | 0.723 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | | | OK | | P | 96.40 | 43.75 | PRM | PRM |
| 58 | NAR 07016 | AACGND 0216 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.93 | 43.75 | RPR | RPR |
| 59 | NAR 06862 | AACGND 0062 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 98.80 | 43.94 | PRM | PRM |
| 60 | NAR 06811 | AACGND 0011 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.83 | RPR | RPR |
| 61 | NAR 06844 | AACGND 0044 | 0.718 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 95.73 | 43.87 | RPR | RPR |
| 62 | NAR 06960 | AACGND 0160 | 0.740 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 98.67 | 43.83 | PRM | PRM |
| 63 | NAR 06899 | AACGND 0099 | 0.742 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | OK | | P | 98.93 | 43.78 | RPR | RPR |
| 64 | NAR 06888 | AACGND 0088 | 0.736 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 98.13 | 43.83 | PRM | PRM |
| 65 | NAR 06879 | AACGND 0079 | 0.753 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | DT | | | OK | | P | 100.40 | 43.85 | RPR | RPR |
| 66 | NAR 06825 | AACGND 0025 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | OK | | P | 99.33 | 43.74 | PRM | PRM |
| 67 | NAR 06846 | AACGND 0046 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | MRF-GS | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 3/4 | OK | | | OK | | P | 99.20 | 43.65 | RPR | RPR |
| 68 | NAR 06976 | AACGND 0176 | 0.725 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | PT | | | OK | | P | 96.67 | 43.83 | RPR | RPR |
| 69 | NAR 07000 | AACGND 0200 | 0.727 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | OK | | | OK | | P | 96.93 | 43.69 | PRM | PRM |
| 70 | NAR 06904 | AACGND 0104 | 0.713 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | OK | | P | 95.07 | 43.44 | RPR | RPR |
| 71 | NAR 06853 | AACGND 0053 | 0.726 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | PT | | | OK | | P | 96.80 | 43.84 | RPR | RPR |
| 72 | NAR 06954 | AACGND 0154 | 0.733 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | MRF-SD | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 97.73 | 43.84 | RPR | RPR |
| 73 | NAR 07015 | AACGND 0215 | 0.741 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | P | 98.80 | 44.02 | PRM | PRM |
| 74 | NAR 06871 | AACGND 0071 | 0.748 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | OK | | P | 99.73 | 43.87 | PRM | PRM |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | OK | | P | 100.00 | 43.69 | PRM | PRM |
| 76 | NAR 07017 | AACGND 0217 | 0.744 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | OK | | P | 99.20 | 43.90 | PRM | PRM |
| 77 | NAR 06895 | AACGND 0095 | 0.735 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | OK | | P | 98.00 | 43.94 | PRM | PRM |
| 78 | NAR 06802 | AACGND 0002 | 0.724 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | PT | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | OK | | P | 96.53 | 43.85 | RPR | RPR |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | OK | | P | 99.33 | 43.79 | RPR | RPR |

Note (*) mark show that JT/Run No has comment.

EXHIBIT 8

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 | Col 8 | Col 9 | Col 10 | Col 11 | Col 12 | Col 13 | Col 14 | Col 15 | Col 16 | Col 17 | Col 18 | Col 19 | Col 20 | Col 21 | Col 22 | Col 23 | Col 24 | Col 25 | Col 26 | Col 27 | Col 28 | Col 29 | Col 30 | Col 31 | Col 32 | Col 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | NAR 06837 | AACGND 0037 | 0.730 | | 1 | 8 1 2 | 4 1 4 | 7 45 64 | 5 7 8 | 9 3 4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15 16 | 10 1 4 | OK | | | | OK | | P | 97.33 | 43.77 | PRM | PRM |

Note : (*) mark show that JT/Run No. has comment

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | DATE: | 6/11/2020 | P.O NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | OPERATOR | | CUSTOMER CODE | | |
| JOB # | J1009211 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | 160 | $8.00 | $1,280.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

TIME BREAK DOWN:

SUBTOTAL $1,280.00

DEPART FOR JOB: ______ ☐ AM PM ARRIVE AT JOB: ______ AM PM

INSPECTION REPORT(S): J1009211

SERVICE HOURS:
DEPART FOR JOB: ______ ☐ AM PM CHARGEABLE: ______ HRS
NON-CHARGEABLE ______ HRS

CUSTOMER'S SIGNATURE: DATE: INSPECTED BY NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS ______

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

EXHIBIT 8

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000235550
Date: 05/09/2020
Page 1

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00<br>4,250.00 | 82 - THIRD PART | S | | | |
| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00<br>6,780.00 | 82 - THIRD PART | S | | | |

Item 1:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

Item 2:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| | | | |
|---|---|---|---|
| R4202 05/09/2020<br>OIM DATE<br><br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550<br><br>BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 8

Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 2

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

R4202 — OIM
05/09/2020 — DATE

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235550

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 8

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235550
Date: 05/09/2020
Page 3

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 3 DRILCO JOB: J1009211 | | | | | | | | |
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 8

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235550
Date: 05/09/2020
Page 4

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS<br>REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313<br>LINE ITEM: 4<br>DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00<br>1,280.00 | 82 - THIRD PART | S | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount: 20,070.00

AFE: FW 191015
LEASE: GC-40 Katmai
RIG: Rowan Resolute
ENGINEER: K. Castille
Routing # 580048
Act Code #3025-15

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

| R4202N NO: 05/09/2020<br>OIM DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>FWE<br>Operator (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235550 |
|---|---|---|---|
| RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | [signature]<br>Rep Signature<br>Brent Primeaux<br>Rep Name (Print) | | BUYER DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: ___________

EXHIBIT 8



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

**AMOUNT DUE:** $ **111,367.50**

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed by Ben
Date: 2020.07.16 13:57:18 -05'00'

$ (111,367.50) 810650.10417.4202.110

ED

EXHIBIT 8

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 1

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |
| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15.K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |
| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLADE F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | |

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

R4202 07/03/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be Initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 8

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236908
Date: 07/03/2020
Page 2

Attention: SUBSEA

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438090 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8484200000 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

R4202 07/03/2020
OIM DATE
Line Item Exempt :

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 8

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000236908
Date: 07/03/2020
Page 3

**Attention: SUBSEA**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | EAR99 | | HTS NO: 8481909090 | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09 - 09-BLOW OU | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8431438090 UNSPSC NO:

Total Requisition Amount: 111,367.50

ECCN NO:
R4202 07/03/2020
OIM DATE
[signature] 7/3/20
RIG MGR / OPERATIONS MGR DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
B. GABOURIE FNE
Operator (Print)
[signature]
Rep Signature
BARRY GABOURIE
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236908

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
7-3-2020

EXHIBIT 8



# INVOICE

Invoice No : 916459063
Invoice Date : MAR 15 2019
Page : 1 of 3

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

Payment Terms : Net 45 Days
Terms & Conditions : As Attached/Included
Freight Terms : Free Carrier
HOUSTON DC
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : MAR 15 2019

Invoice To : 60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX 77060
USA

Inside Sales Contact : Johnny Olachia 832-787-8686
Outside Sales Contact : ALAN THIBODEAUX 281-753-2922
Sales Order : 3685599
Delivery Number : 88188457

Customer Reference : 4500506400
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : Tina Castillio
Project Name : RIG 202
Project/Reference : RIG 202

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03<br>Customer Material :80492<br>TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP<br>TEMP CLASS 'XX'<br>Frame Agreement Price : 8,330.63 | 4.000 EA<br>FR#236908 - Item Number 4 - 64436903 - 4 EA | 8,330.63 | 33,322.52 |
| 30 | 2231541-01<br>Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>Frame Agreement Price : 2,530.22 | 2.000 EA<br>FR#236908 - Item Number 3 - 223154101 - 2 EA | 2,530.22 | 5,060.44 |

EXHIBIT 8



Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| Item | Material / Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| 40 | 2231547-03<br>Customer Material :80491<br>SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA<br>FR#236908 - Item Number 2 - 223154703 - 4 EA | 5,056.59 | 20,226.36 |
| 50 | 2231544-03<br>Customer Material :80490<br>SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/ T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'<br>SERIAL NUMBER: 000000000000000001<br>SERIAL NUMBER: 000000000000000002<br>SERIAL NUMBER: 000000000000000003<br>SERIAL NUMBER: 000000000000000004<br>Frame Agreement Price : 5,056.59<br>Serial No : 1 2 3 4 | 4.000 EA<br>FR#236908 - Item Number 1 - 223154403 - 4 EA | 5,056.59 | 20,226.36 |
| 60 | 645484-01-00-01<br>Customer Material :23001<br>BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND 18-3/4" 15K<br>"TL" BOP (NOT API 16A 4TH ED)<br>Frame Agreement Price : 503.58 | 28.000 EA<br>FR#236908 - Item Number 7 - 645484010001 - 6 EA | 503.58 | 14,100.24 |
| 70 | 2247012-02<br>Customer Material :129474<br>BODY, S-AX GASKET, 18-3/4 10/15 K<br>Frame Agreement Price : 7,408.17 | 1.000 EA | 7,408.17 | 7,408.17 |
| 80 | 644404-01-00-03<br>Customer Material :74683<br>PACKER, VBR - CAMRAM (TM) 18-3/4"-15M<br>T/TL BOP, 7-5/8" TO 3-1/2" OD<br>PIPE, AND 5-7/8" TO 3-1/2" OD PIPE<br>PER API 16A, TEMP CLASS "E,X"<br>DUAL DUROMETER (NOT API 16A 4TH ED)<br>Frame Agreement Price : 15,239.07 | 8.000 EA<br>FR#236908 - Item Number 5 - 644404010003 - 2 EA | 15,239.07 | 121,912.56 |

EXHIBIT 8


Invoice No : 916459063

| | | | | |
|---|---|---|---|---|
| 90 | 645068-01-00-02<br>Customer Material :23134<br>TOP SEAL, 18-3/4"-15M 'T/TL' BOP<br>API 16A TEMP CLASS "EF"<br>WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)<br>Frame Agreement Price : 1,001.00 | 8.000 EA<br>FR#236908 - Item Number 6 - 645068010002 - 2 EA | 1,001.00 | 8,008.00 |

**Price summary :**

| | |
|---|---|
| **Total Price :** | **230,264.65 USD** |
| **State Tax :** | **14,391.53 USD** |
| **City Tax :** | **2,302.65 USD** |
| **Transit Tax :** | **2,302.65 USD** |
| **Total Invoice Value :** | **249,261.48 USD** |

EXHIBIT 8

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| Description | | Amount |
|---|---|---|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |
| **AMOUNT DUE:** | $ | **5,886.52** |

Rig Manager's Approval: ____________________

REMIT ACH PAYMENTS TO:

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED

EXHIBIT
8

Case 20-32420-Document 580-9 Filed in TXSB on 11/13/20 Page 37 of 150 of 432

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458846

PO Status: Dispatched

Header

PO Date: 06/09/2020
Vendor Name: DRILCOCOM-001
Vendor ID: 0000000238 Vendor Details
Buyer: Kenya Akeem Abdul Maxile
PO Reference: 0000236066 SERVICE

Backorder Status: Not Backordered
Receipt Status: Not Recvd
☐ Hold From Further Processing

Amount Summary
Merchandise: 225.00
Freight/Tax/Misc.: 0.00
Total: 225.00 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 6750DCR2PRIN | INSPECTION-ONSHORE,COLLARS,RAN | 85 | 15.0000 | EA | 225.00 | USD | Approved | 6750DCR2PRIN | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 8

## Valaris

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000236066
Date: 05/28/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type ONSHORE REPAIR

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOULIN ROAD
BROUSSARD LA 70518
USA

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (Purchasing use only) | VENDOR, LOCATION, CONFIRM TO (Purchasing use only) | PO NO. (Purchasing use only) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 024000 8750DCR2PRIN | EA | INSPECTION-ONSHORE,COLLARS,RANGE 2,6-3/4 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | 85 - 85-TUBULAR | C | | | |

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT. CODE 3060-15
5-29-2020

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 150.00

FIELDWOOD RE-BILL FOR INSPECTION OF 6-3/4IN DRILL COLLARS. ETRR# R4202-2020-5-28-1551. COLLARS WILL GO TO WELLBORE INTEGRITY SOLUTIONS IN FOURCHON
SERIAL#'S,239036, 239053, 239072, 239042, 239043, 239048, 239049, 239051, 239052, 239054, 239058, 239059, 239060, 239063, & 239064

| R4202 OIM | 05/28/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236066 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE<br>Operator (Print)<br>L. Butler<br>Rep Signature<br>Larre Butler<br>Rep Name (Print) | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

EXHIBIT 8

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458710

PO Status: Dispatched
POA Status: Acknowledged

Header

PO Date: 06/03/2020
Vendor Name: AMERICANR-003
Vendor ID: 0000017294 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,500.00
Freight/Tax/Misc.: 0.00
Total: 1,500.00 USD

Header Details | All RTV
Header Comments... | Matching
Change Order | Activity Summary

Document Status

Lines

Personalize | Find | View All | First 1 of 1 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVOILDIS550GAR | SERVICE-ONSHORE,AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 | USD | Approved | SERVOILDIS550GAR | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 8

## Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236175
Date: 06/02/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:7310100050 UNSPSC NO:

Total Requisition Amount: 1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236175 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| [signature] RIG MGR / OPERATIONS MGR | 6/3/20 DATE | Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED:________

EXHIBIT 8

Case 20-32420-Document 580-9 Filed in TXSB on 11/13/20 Page 418 of 432

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000458579

PO Status: Dispatched

Header

PO Date: 06/01/2020
Vendor Name: SWIREOILF-001
Vendor ID: 0000000512 Vendor Details
Buyer: Ernestine Castillo

PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 1,611.21
Freight/Tax/Misc.: 0.00
Total: 1,611.21 USD

Header Details | All RTV | Document Status
Header Comments... | Matching
Change Order | Activity Summary

Lines

Personalize | Find | View All | First 1-3 of 3 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 | USD | Approved | | | |
| 2 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 | USD | Approved | | | |
| 3 | | | SERVICE-ONSHORE,SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 8

Case 20-32420-Document 580-9 Filed in TXSB on 11/13/20 Page 412 of 432

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary

Home Worklist Add to Favorites Sign out

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| Purchase Order: | 0000458579 | Vendor: | SWIRE OILFIELD SERVICES LIMITED |
| Merchandise Amount: | 1,611.21 USD | | |
| Merchandise Receipt: | 1,611.21 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines

Personalize | Find | View All | First 1-3 of 3 Last

Details Receipt Invoice Matched RTV

| Line | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-invoiced Quantity | Un-invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE,SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search Notify

EXHIBIT 8

EXHIBIT 8

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235606
Date: 05/12/2020
Page 1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00 375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00 750.00 | 82- THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

| R4202 OIM — 05/12/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606 |
|---|---|---|---|
| RIG MGR / OPERATIONS MGR ____ DATE ____ | Operator (Print) ____ | | |
| NOTE: Any additions or deletions must be initialed | Rep Signature ____ | | BUYER ____ DATE ____ |
| | Rep Name (Print) ____ | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

EXHIBIT 8

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235606
**Date:** 05/12/2020
**Page** 2

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21<br>486.21 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes  Item Desc :

ECCN NO:  HTS NO:  UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

Total Requisition Amount: 1,611.21

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

Acct Code# 3060-15

| R4202 OIM | 05/12/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE<br>Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature]<br>Rep Signature | | BUYER / DATE |
| | | Brent Primeaux<br>Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ______

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0000457100 | | |
| Change Order: | 1 | POA Status: | Responded, Awaits Review |

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000374 Vendor Details
Buyer: Emeraire Costilo

PO Reference:

Header Details All RTV
Header Comments Matching
Change Order Activity Summary

Document Status

Backorder Status: Not Backordered
Receipt Status: Received
Hold From Further Processing

Amount Summary
Merchandise: 2,270.30
Freight/Tax/Misc.: 0.00
Total: 2,270.30 USD

Lines

Personalize | Find | View All | First 1-4 of 4 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H100032 | GASKET,VETCO,H10033-2,VGX-2,18 | 85 | | EA | 0.00 | USD | Canceled | H100032 | | |
| 2 | | H120251 | SEAL,VETCO,H12025-1,LIP HYDRAT | 03 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10993-2 | 85 | 1.0000 | EA | 2,133.97 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 03 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT
8

VALARIS

Home Worklist Add to Favorites Sign out

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders Activity Summary

## Activity Summary

| | | | |
|---|---|---|---|
| Business Unit: | 100?3 | PO Status: | Dispatched |
| Purchase Order: | 0000467100 | Vendor: | HYDRIL VETCO GE BAKER HUGHES |
| Merchandise Amount: | 2,270.00 USD | | |
| Merchandise Receipt: | 2,270.00 USD | | |
| Merchandise Returned: | 0.00 USD | | |
| Merchandise Invoice: | 0.00 USD | | |
| Merchandise Matched: | 0.00 USD | | |

Lines Personalize | Find | View All | First 1-2 of 2 Last

Details Receipt Invoice Matched RTV

| Line | | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-invoiced Quantity | Un-invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | FEE,RESTOCKING,VETCO,H10940-2 | EA | 0.0000 | | 0.000 | USD | 1.0000 | 2,133.670 | USD |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | EA | 0.0000 | | 0.000 | USD | 1.0000 | 136.330 | USD |

Return to Search Notify

EXHIBIT 8

EXHIBIT 8

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000234615
Date: 04/02/2020
Page 1

**Attention: WAREHOUSE**

REQ Type Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024000 H109932 | EA | GASKET,VETCO,H10993-2,VGX-2,18 -3/4 IN,15K PSI,F/H4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRAT E,F/H4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

DATED GOODS - EXPIRATION DATE-- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE

| R4202 OIM | 04/02/2020 DATE | **NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.** | **List all Field ETRR No. by Item** | PURCHASING ONLY FR NO: 0000234615 |
|---|---|---|---|---|
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _________

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000234615
**Date:** 04/02/2020
**Page** 2

**Attention: WAREHOUSE**

REQ Type Supply

EXHIBIT 8

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Total Requisition Amount: 8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: 580047

AccT Code # 3060-15
4/9/20

| R4202 OIM | 04/02/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234615 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE — Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] — Rep Signature | | BUYER |
| | | Brent Primeaux — Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _________

Help ENSCO Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search All Products ▾ Keyword(s): Search by Part #, Product Name or Keyword Go Search Multiple Parts

Current Quote

Delete Actions Save Quote ▾ Go Proceed to Checkout

Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | |

Recalculate Sub-Total: $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes

THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.

CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING. IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"], CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.

TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED. CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.

ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.

PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.

PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.

FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping Delete Actions Save Quote ▾ Go Proceed to Checkout

EXHIBIT 8

VALARIS

Favorites Main Menu Purchasing Purchase Orders Review PO Information Purchase Orders

Home Worklist Add to Favorites Sign out

Purchase Order Inquiry

## Purchase Order

Business Unit: 10013
PO ID: 0000457100
Change Order: 1

PO Status: Dispatched
POA Status: Responded, Awaits Review

Header

PO Date: 04/15/2020
Vendor Name: HYDRIL-001
Vendor ID: 0000000324 Vendor Details
Buyer: Ernestine Castillo
PO Reference:

Backorder Status: Not Backordered
Receipt Status: Received
☐ Hold From Further Processing

Amount Summary
Merchandise: 2,270.00
Freight/Tax/Misc.: 0.00
Total: 2,270.00 USD

Header Details
Header Comments...
Change Order

All RTV
Matching
Activity Summary

Document Status

Lines

Personalize | Find | View All | | First 1-4 of 4 Last

| Line | | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | H109932 | GASKET,VETCO,H10993-2 VGX-2,18 | 95 | | EA | 0.00 | USD | Canceled | H109932 | | |
| 2 | | H120251 | SEAL,VETCO,H12025-1,LIP,HYDRAT | 09 | | EA | 0.00 | USD | Canceled | H120251 | | |
| 3 | | | FEE,RESTOCKING,VETCO,H10993-2 | 95 | 1.0000 | EA | 2,133.67 | USD | Approved | | | |
| 4 | | | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 | USD | Approved | | | |

View Approvals

Return to Search Notify Related Links

EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and ILX PROSPECT KATMAI, LLC** *in rem* | § | **JUDGE: MAGISTRATE:** |
| Defendants. | § | |

**VERIFYING DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. § 1746, I, Ben Rose, declare under penalty of perjury that the following is true and correct.

I am the Vice President and Treasurer of Atlantic Maritime Services, LLC, Plaintiff herein. I have read the foregoing Verified Compliant and know the contents thereof, have examined the exhibits and evidence attached thereto, and the same are true and correct. The sources of any information and grounds for my belief as to all matters stated in the Verified Complaint are derived from the Plaintiff's books and records.

Executed in Houston, Texas, this 13th day of November, 2020.

Ben Rose
Atlantic Maritime Services, LLC
Vice President and Treasurer

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **RIDGEWOOD KATMAI, LLC, and** | § | |
| **ILX PROSPECT KATMAI, LLC** | § | **JUDGE: MAGISTRATE:** |
| ***in rem*** | § | |
| | § | |
| | § | |
| Defendants. | § | |

**WRIT OF SEQUESTRATION**

TO: United States Marshal
For the United States District Court
For the Eastern District of Louisiana

You are hereby commanded, in the name of the United States District Court for the Eastern District of Louisiana, to seize and sequester and take into your possession and safely hold, until further order of the Court, the following property:

> All interests held by Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC (the "***Defendants***") in the specific property interests of the Defendants included within La. R.S. § 4863(A)(1)-(4) associated with the operating interest covering the lease situated in the Outer Continental Shelf, OCS-G-34536, Green Canyon Area, Block 40 (the "***Lease***"), containing Well #1 (API 608114062300) (the "***Well***") (the "***Subject Interests***").

**IT IS ORDERED** that a Writ of Sequestration is hereby issued as prayed for in the above-captioned matter, the requirement of security having been dispensed with by law; and

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed (1) to serve or cause to be served this Writ of Sequestration on Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC, and (2) to record or cause to be recorded this Writ of Sequestration in the records of the Clerks of Court for the Parishes of Plaquemines, Jefferson, Lafourche, and

Terrebonne, and in the records of the United States of America, Bureau of Ocean Energy Management.

New Orleans, Louisiana, this _____ day of ________________, 2020.

_______________________________________
JUDGE

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Atlantic Maritime Services, LLC

**(b)** County of Residence of First Listed Plaintiff: Harris, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lugenbuhl Wheaton Peck Rankin & Hubbard; 601 Poydras St. Ste. 2775, New Orleans, LA 70130; (504) 368-1990

## DEFENDANTS

Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC

County of Residence of First Listed Defendant: Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
43 U.S.C. § 1349(b)(1)

Brief description of cause:
Enforcement of lien rights solely against the interest of the defendant in the specific property interests included within La. R.S. § 9:4863(A)(1)-(4).

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $7,111,706.55 (IN REM)

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE ____ DOCKET NUMBER ____

DATE: Nov 13, 2020

SIGNATURE OF ATTORNEY OF RECORD: Stewart F. Peck

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.