## **Exhibit 4**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA  70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE                              **File # :** 2020-00002381

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          29                          **Book :**  771       **Page :**  623

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/09/2020

At (Recorded Time) : 10:40:24AM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/09/2020 at 10:40:24
Recorded in Book  771  Page  623
File Number 2020-00002381

Deputy Clerk



Doc ID - 005316070029

**Return To :**

(Viosca Knoll 962 SS01 ST01)

STATE OF LOUISIANA

PARISH OF ORLEANS

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the Parish and State set forth above, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)      Name and Address of Claimant:

      Atlantic Maritime Services LLC
      5847 San Felipe, Suite 3300
      Houston, TX 77057

2)      Nature and amount of the obligation for which Claimant's privilege is claimed:

      Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$303,478.97**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is January 14, 2020.

3)      Name and address of the person owing the amount for which Claimant's privilege is claimed:

1

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)    Name and address of the operator of the well as shown by the records of the Commission
of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the
Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the
Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were
Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in
**Viosca Knoll Block 962, Lease No. OCS-G-15445** (the "Lease"), and **Well SS01
ST01 (OCS-G-15445)** (the "Well"), including the operating interest under which the
operations giving rise to the Claimant's privilege are conducted together with the
interest of the lessee and/or operator of such interest in any (a) well, building, tank,
leasehold pipeline, and other construction or facility on the well site; (b) movable on
the well site that is used in operations, other than a movable that is only transiently on
the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and
lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating
interest; (d) drilling or other rig located at the well site of the operating interest if the
rig is owned by the operator or by a contractor from whom the activities giving rise to
the Claimant's privilege emanate; (e) the interest of the operator and participating
lessee in hydrocarbons produced from the operating interest and the interest of a non-
participating lessee in hydrocarbons produced from that part of his operating interest
subject to the privilege; and (f) the proceeds received by, and the obligations owed to,
a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim,
lien and privilege as a provider of materials, labor and services for and to the Operator and Well
described above, including, without limitation, all claims, liens and privileges under La. R.S.
9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing
and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted
by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 9, 2020

NEAL J KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 9th day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2005250
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER  VK962 SS01 ST01

AFE #: FW197082

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

█████████████████                                              $
                                                               $           ████

Handling Charges @ 5%(601)                                     $           6,151.2

**AMOUNT DUE:**   $           129,176.6

**Rig Manager's Approval:** _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   ████████
ABA █████
Account ████████

Digitally
signed by Ben
Date:
2020.05.15
10:31:24
-05'00'

$  (123,025.38)  024000.10417.4202.110
$      (6,151.27) 810510.10417.4202.110
$  (123,025.38) 810650.10417.4202.110
$   123,025.38  919250-10417.4202.110

<pre>
Document References                 Internal References
Invoice: 20043794                   Buyer: 10013              Customer Ref ID:
Invoice Date: 2020-04-14            Supplier: 0000000324      Supplier Ref ID:
Due Date: 2020-06-13                Remit To: 0000000324      Rig ID    : 4202
                                    Voucher: 00980983         Creation Date: 2020-04-15
</pre>

<pre>
Bill From:                          Bill To:
  HYDRIL VETCO GE BAKER HUGHES        ENSCO OFFSHORE COMPANY
  3300 NORTH SAM HOUSTON             in care of: ENSCO OFFSHORE COMPANY
  PARKWAY EAST                       P.O. Box 570788
  HOUSTON, TX 77032                  HOUSTON, TX 77257-0788
  USA                                USA
  FAX   +1 281 9852828
</pre>

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| ██████████████████████ | | | | ████████████████████████ | | |
| | | Total Net: | | | | |
| | | Gross Amt: | | | | 102,803.50 USD |

<pre>
Settlement Information:
  Due Date: 2020-06-13              Remit To:          HYDRIL VETCO GE BAKER HUGHES
  Discount Amount:                                     3300 NORTH SAM HOUSTON
  Bank From: WellsFargo/HOUSTON                        PARKWAY EAST
  Payment Method: ACH                                  HOUSTON, TX 77032
                                                       USA
                                                       FAX   +1 281 9852828
  Payment Currency: USD             Beneficiary Bank:  BANK OF AMERICA
  Terms: 60                         Beneficiary Branch:
  Discount Due Date:                Account Number:    ████████████
</pre>

Document References
Invoice: 20043918
Invoice Date: 2020-04-17
Due Date: 2020-06-16

Internal References
Buyer: 10013
Supplier: 0000000324
Remit To: 0000000324
Voucher: 00981351

Customer Ref ID:
Supplier Ref ID:
Rig ID    : 4202
Creation Date: 2020-04-20

Bill From:
HYDRIL VETCO GE BAKER HUGHES
3300 NORTH SAM HOUSTON
PARKWAY EAST
HOUSTON, TX 77032
USA
FAX   +1 281 9852828

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
|    |       |             |     |          |            |            |

Total Net:

Gross Amt:                                                    20,221.88 USD

Settlement Information:
Due Date: 2020-06-16
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

Beneficiary Bank:
Beneficiary Branch:
Account Number:

HYDRIL VETCO GE BAKER HUGHES
3300 NORTH SAM HOUSTON
PARKWAY EAST
HOUSTON, TX 77032
USA
FAX   +1 281 9852828
BANK OF AMERICA

# Valaris

Ship To: RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---------|
| Field   |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000230996
Date: 01/05/2020
Page    5

**Attention: WAREHOUSE**

REQ Type        Supply

| | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | EAR99 | | HTS NO: 8479909498 | | UNSPSC NO: | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO: 4016996000            UNSPSC NO:

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO: 8484100000            UNSPSC NO:

Total Requisition Amount:            331,250.48

| ECCN NO: R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000230996 |
|---|---|---|---|---|
| OIM   A.Chouë | | Operator (Print) | | |
| | DATE 1-21-2020 | | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR        DATE | | Sean Rains | | BUYER                  DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

AFE:       FW197082
Lease:    VK962 SS01 ST01
Project:  Swordfish P&A
Engineer: K. Castille
Routing #:

Cost Code 3200-11

# Valaris

Ship To:   RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
| --- |

Business Unit: 10013   OPEN
Req ID:0000230996
Date: 01/05/2020
Page    1

**Attention: WAREHOUSE**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | PURCHASING USE ONLY | |
| ███ | | | | | | | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 4016930000          UNSPSC NO:

KIT CONTENTS

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE, 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE, 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT, **FAILURE TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

CAMERON QUOTE# 1766064 ATTACHED
ERI QUOTE ATTACHED
GE CONTRACT PRICING ATTACHED

| R4202          01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000230996 |
| --- | --- | --- | --- |
| OIM                         DATE | | | |
| | Operator (Print) | | |
| | Rep Signature | | |
| RIG MGR / OPERATIONS MGR       DATE | | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

# Valaris

Ship To:   RIG 202 RESOLUTE
            620 MOULIN ROAD
            BROUSSARD LA 70518
            USA

| Valaris |
|---------|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000230996
Date: 01/05/2020
Page    2

**Attention: WAREHOUSE**

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:4016996000          UNSPSC NO:

DATED GOODS - EXPIRATION DATE--- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE-MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

| 3 | 14 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 6,867.00 | 09 - 09-BLOW OU | | VC | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99            HTS NO:8481909090          UNSPSC NO:

| R4202          01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000230996 |
|---|---|---|---|
| OIM          DATE | Operator (Print) | | |
| | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____  NO: _____      DATE FAXED:_____

# Valaris

Ship To: RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000230996
Date: 01/05/2020
Page     3

**Attention: WAREHOUSE**

REQ Type     Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:  EAR99          HTS NO: 3926904500          UNSPSC NO:

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:  EAR99          HTS NO: 3926904500          UNSPSC NO:

| R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000230996 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To:   RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
+-------------------+
|      Valaris      |
|      Field        |
|   Requisition     |
+-------------------+
```

Business Unit: 10013   OPEN
Req ID:0000230996
Date: 01/05/2020
Page   4

Attention: WAREHOUSE

REQ Type          Supply

| ITEM | QTY | OIL ACCT Item ID N | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|

PURCHASING USE ONLY

Available Sustitutes     Item Desc :

ECCN NO:  EAR99                    HTS NO:8479909496                    UNSPSC NO:

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:  EAR99                    HTS NO:8484200000                    UNSPSC NO:

Line Item Exempt : N

Available Sustitutes     Item Desc :

| R4202 | 01/05/2020 |
|-------|------------|

OIM                        DATE

Line Item Exempt :

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:    0000230996

BUYER                        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____   NO: _____      DATE FAXED: _____

RE: DS-16 April 2020 Catering and reimbursable invoices.

↰ Reply    ↩ Reply All    → Forward    ⋯

Brian Rodgers
To  ● Eren Demet
Thu 5/14/2020 9:16 AM

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5439p | +1 832-206-8315m
Brian.rodgers@valaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006258
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER  VK962 SS01 ST01

AFE #: FW197082

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES



$
$
$

$

Handling Charges @ 5%(601)          $          8,300.1·

AMOUNT DUE:   $          174,302.3:

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.06.15
09:32:02 -05'00'

$  (166,002.21)  024000.10417.4202.110
$      (8,300.11)  810510.10417.4202.110
$  (166,002.21)  810650.10417.4202.110
$.  166,002.21   919250-10417.4202.110

ED



## INVOICE

| | |
|---|---|
| Invoice No | : 916663261 |
| Invoice Date | : MAR 20 2020 |
| Page | : 1 of 2 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: ███

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: ███
ABA No: ███
Swift No: ███

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 30 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Ex Works |
| | ˙ HOUSTON DISTRIBUTION CENTER |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 20 2020 |

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: ███
ABA No: ███

| Invoice To : 20004627 | Ship To : 40008095 |
|---|---|
| ENSCO DRILLING | ENSCO DRILLING |
| ATTN ACCOUNTS PAYABLE | 620 MOULIN RD |
| P.O. Box 570788 | BROUSSARD LA 70518 |
| HOUSTON TX 77257-0788 | USA |
| USA | |

| | |
|---|---|
| Inside Sales Contact : Johnny Olachia    832-787-8686 | Sales Order : 3764351    Delivery Number : 88555387 |
| Outside Sales Contact : SRIRAM VENGALATHUR  281-901-3153 | |

| | |
|---|---|
| Customer Reference | : 10013-0000452263 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : ERNESTINE CASTILLO |
| Project Name | : RESOLUTE RIG 202 |
| Project/Reference | : RESOLUTE RIG 202 |

SHIP TO:

ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518 ˙
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY
CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE.
CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON
EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO
MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number | Qty | Unit Net Price | Extended Price |
|---|---|---|---|---|
| | Description | | USD | USD |



Invoice No    : 916663261

Page          : 2 of 2

Frame Agreement Price  : 2,530.22

Price summary :

| | | |
|---|---|---|
| Total Price : | 5,060.44 | USD |
| State Tax : | 0.00 | USD |
| Total Invoice Value : | 5,060.44 | USD |


A Schlumberger Company

## INVOICE

| | | |
|---|---|---|
| Invoice No | : 916649823 | |
| Invoice Date | : FEB 26 2020 | |
| Page | : 1 of 2 | |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No:
ABA No:
Swift No:

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No:
ABA No:

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | | |
|---|---|
| Payment Terms | : Net 30 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Ex Works |
| | HOUSTON DISTRIBUTION CENTER |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | :.FEB 25 2020 |

| | |
|---|---|
| Invoice To : 20004627 | Ship To : 40008095 |
| ENSCO DRILLING | ENSCO DRILLING |
| ATTN ACCOUNTS PAYABLE | 620 MOULIN RD |
| P.O. Box 570788 | BROUSSARD LA 70518 |
| HOUSTON TX 77257-0788 | USA |
| USA | |

| | | | |
|---|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3764351 | Delivery Number : 88531981 |
| Outside Sales Contact : SRIRAM VENGALATHUR 281-901-3153 | | | |

| | |
|---|---|
| Customer Reference | : 10013-0000452263 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : ERNESTINE CASTILLO |
| Project Name | : RESOLUTE RIG 202 |
| Project/Reference | : RESOLUTE RIG 202 |

SHIP TO:

ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE. CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number | Qty | Unit Net Price | Extended Price |
|---|---|---|---|---|
| | Description | | USD | USD |



Invoice No    : 916649823

Page          : 2 of 2



Price summary :

| | |
|---|---|
| Total Price : | 38,347.54 USD |
| State Tax : | 0.00 USD |
| Total Invoice Value : | 38,347.54 USD |


**CAMERON**
A Schlumberger Company

## INVOICE

| | | |
|---|---|---|
| Invoice No | : 916651063 | **Remit to:** |
| Invoice Date | : FEB 27 2020 | Cameron International Corporation |
| Page | : 1 of 2 | P.O. Box 731412 |
| | | Dallas, Texas 75373-1412 |
| | | Federal Tax ID: 76-0451843 |

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: ████
ABA No: ████
Swift No: ████

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: ████
ABA No: ████

| | |
|---|---|
| Payment Terms | : Net 30 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Ex Works |
| | HOUSTON DISTRIBUTION CENTER |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : FEB 26 2020 |

Invoice To : 20004627
ENSCO DRILLING
ATTN ACCOUNTS PAYABLE
P.O. Box 570788
HOUSTON TX 77257-0788
USA

Ship To : 40008095
ENSCO DRILLING
620 MOULIN RD
BROUSSARD LA 70518
USA

| | | | |
|---|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3764351 | Delivery Number : 88533399 |
| Outside Sales Contact : SRIRAM VENGALATHUR | 281-901-3153 | | |

| | |
|---|---|
| Customer Reference | : 10013-0000452263 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : ERNESTINE CASTILLO |
| Project Name | : RESOLUTE RIG 202 |
| Project/Reference | : RESOLUTE RIG 202 |

SHIP TO:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY
CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE.
CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON
EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO
MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number | Qty | Unit Net Price | Extended Price |
|---|---|---|---|---|
| | Description | | USD | USD |





Price summary :

| | |
|---|---|
| Total Price : | 121,912.56 USD |
| State Tax : | 0.00 USD |
| Total Invoice Value : | 121,912.56 USD |

# Valaris

Ship To:   RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000230996
Date: 01/05/2020
Page     5

Attention: WAREHOUSE

REQ Type        Supply

| | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

EAR99                                     HTS NO:8479909498                           UNSPSC NO:

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:4016996000            UNSPSC NO:

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:8484100000            UNSPSC NO:

Total Requisition Amount:        331,250.48

| ECCN NO: R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000230996 |
|---|---|---|---|---|
| _A.Chasse_ DATE | | _Operator (Print)_ | | |
| 1-21-2020 | | | | |
| RIG MGR / OPERATIONS MGR        DATE | | _Rep Signature_ Sean Rains | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____        DATE FAXED:_____

AFE:       FW197082
Lease:     VK962 SS01 ST01
Project:   Swordfish P&A
Engineer: K. Castille
Routing #: ▮▮▮▮

Cost Code 3200-11

# Valaris

Ship To:  RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

| Business Unit: 10013    OPEN |
| Req ID:0000230996 |
| Date: 01/05/2020 |
| Page    1 |

**Attention: WAREHOUSE**

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT
Item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99              HTS NO:4016930000                  UNSPSC NO:

KIT CONTENTS



DATED GOODS - EXPIRATION DATE—ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY
WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE, 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT
LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE
TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

CAMERON QUOTE# 1766084 ATTACHED
ERI QUOTE ATTACHED
GE CONTRACT PRICING ATTACHED

| R4202                   01/05/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by Item | PURCHASING ONLY  FR NO:    0000230996 |
| OIM                         DATE | | | |
| | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | Rep Signature | | |
| NOTE: Any additions or deletions
must be initialed | Rep Name (Print) | | BUYER                         DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

# Valaris

Ship To:    RIG 202 RESOLUTE
            620 MOULIN ROAD
            BROUSSARD LA 70518
            USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013    OPEN
**Req ID:** 0000230996
**Date:** 01/05/2020
**Page**    2

**Attention:** WAREHOUSE

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 4016996000          UNSPSC NO:

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY
WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT
LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE
TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO: 8481909090          UNSPSC NO:

| R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:    0000230996 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____    DATE FAXED: _____

# Valaris

Ship To: RIG 202 RESOLUTE
629 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000230996
Date: 01/05/2020
Page    3

**Attention: WAREHOUSE**

REQ Type        Supply

| | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███████████████████████████████████████████████████ | | | | | | | | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:3926904500            UNSPSC NO:

███████████████████████████████████████████████████

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99            HTS NO:3926904500            UNSPSC NO:

███████████████████████████████████████████████████

| R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000230996 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED:_____

# Valaris

Ship To:   RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000230996
Date: 01/05/2020
Page   4

**Attention: WAREHOUSE**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes      Item Desc :



Line Item Exempt : N

Available Sustitutes      Item Desc :



Line Item Exempt : N

Available Sustitutes      Item Desc :

| R4202 | 01/05/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO.   0000230996 |
|-------|------------|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR     DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

| Document References | Internal References | |
|---|---|---|
| Invoice: 20044371 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000324 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000324 | Rig ID    : 4202 |
| | Voucher: 00982587 | Creation Date: 2020-04-30 |

Bill From:
HYDRIL VETCO GE BAKER HUGHES
3300 NORTH SAM HOUSTON
PARKWAY EAST
HOUSTON, TX 77032
USA
FAX   +1 281 9852828

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000451070 | SEAL,VETCO,H12025-1,LIP,HYDRAT | EA | 1.00 | 681.67 | 681.67 |
| | | Total Net: | | | | 681.67 |
| | | Gross Amt: | | | | 681.67 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:        HYDRIL VETCO GE BAKER HUGHES
                 3300 NORTH SAM HOUSTON
                 PARKWAY EAST
                 HOUSTON, TX 77032
                 USA
                 FAX   +1 281 9852828
Beneficiary Bank:   BANK OF AMERICA
Beneficiary Branch:
Account Number:     █████████

# Valaris

| Valaris<br>Field<br>Requisition | | Business Unit:10013   OPEN<br>Req ID:0000230695<br>Date: 12/30/2019<br>Page   1 |
|---|---|---|

Ship To:   RIG 202 RESOLUTE<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>USA

**Attention: WAREHOUSE**

REQ Type          Supply

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

ECCN NO: EAR99

Available Substitutes

Line Item Exempt : N

Item Desc :

HTS NO:8464100000

UNSPSC NO:

ECCN NO: EAR99

Available Substitutes          Item Desc :

Line Item Exempt : N

HTS NO:4016930000          UNSPSC NO:

DATED GOODS - EXPIRATION DATE---ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OR DAMAGE TO PRODUCT. **FAILURE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:          0000230695

| R4202 | 12/30/2019 | | | |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |

RIG MGR / OPERATIONS MGR          DATE          Rep Signature          BUYER          DATE

NOTE: Any additions or deletions must be initialed          Rep Name (Print)

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

| | |
|---|---|
| | Valaris Field Requisition |

Ship To:
RIG 202 RESOLUTE
620 MCILLIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013    OPEN
Req ID: 0000230695
Date: 12/30/2019
Page    2

Attention: WAREHOUSE
REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

FIELDWOOD RE-BILL FOR VGX RING GASKET AND HYDRATE SEALS
GE QUOTE ATTACHED FOR $11,350.03

BG.

Total Requisition Amount.        8,854.93

AFE:    FW1197082
Lease:  VK962 SS01 ST01
Project: Swordfish  P&A
Engineer: K. Castille
Routing #: ▓▓▓▓

Acct code # 3200-11

| | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000230695 |
|---|---|---|

R4202

OIM                    12/30/2019
                       DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

FIELDWOOD
Operator (Print)

Rep Signature
BARRY GABOURIE
Rep Name (Print)

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

BUYER                              DATE

1/2/2020                                                      shopDrilling :Current Quote

Help     ENSCO 🔎     Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote | Saved Quotes | Shopping Lists

Search [All Products ▼] Keyword(s): [Search by Part #, Product Name or Keyword] [Go] Search Multiple Parts

Current Quote

[Before]    Actions [Save Quote ▼] [Go]    [Proceed to Checkout]

☑ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | *Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|--------|-------------|-------------|-----|----------|--------------------|-----------------|---------------|----------------|----------------------|----------------------|--------|
| | | | | | | | | | | | 🗑 |
| | | | | | | | | | | | 🗑 |

[Recalculate]    Sub-Total:   $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
********************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
********************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
********************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
********************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
********************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
********************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.BPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

[Continue Shopping] [Delete]    Actions [Save Quote ▼] [Go]    [Proceed to Checkout]