## Exhibit 5

(Mississippi Canyon 519 #3)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)    Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)    Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$169,344.42** plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is April 5, 2020.

3)    Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)    Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

St. Tammany Parish 2018
Instrmnt #: 2215414
Registry #: 2705272 ptr
7/16/2020 3:30:00 PM
MB X CB   MI   UCC

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 519, Lease No. OCS-G-27278** (the "Lease"), and **Well #3 (OCS-G-27278)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from January 29, 2020, until April 5, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                                a Delaware limited liability company


                                By: _____
                                Name: JASON R. MORGANELLI
                                Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.


_Juanita Floor_
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: _4/19/2023_


JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836


3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2005248
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  MC 519 #3

AFE #: <u>FW202001</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES



$

$

$

$

Handling Charges @ 5%(601)                                    $

**AMOUNT DUE:**  $                    **51,044.42**

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮▮
ABA ▮▮▮▮▮▮
Account ▮▮▮▮▮▮

Digitally signed
by Ben
Date:
2020.05.15
10:29:13 -05'00'

$   (48,613.73)  024000.10417.4202.110
$    (2,430.69)  810510.10417.4202.110
$   (48,613.73)  810650.10417.4202.110
$    48,613.73   919250-10417.4202.110

ED

RE: DS-16 April 2020 Catering and reimbursable invoices.

↩ Reply    ↩ Reply All    → Forward    ⋯

Brian Rodgers
To ● Eren Demet
Thu 5/14/2020 9:16 AM

ⓘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-215-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com


# CAMERON
A Schlumberger Company

## INVOICE

| | |
|---|---|
| **Invoice No** | : **916672287** |
| Invoice Date | : APR 06 2020 |
| Page | : 1 of 2 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

**Wire Transfer to:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No:
ABA No:
Swift No:

| | |
|---|---|
| Payment Terms | : Net 30 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Ex Works |
| | . HOUSTON DISTRIBUTION CENTER |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : APR 06 2020 |

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

| Invoice To : 20004627 | Ship To : 40008095 |
|---|---|
| ENSCO DRILLING | ENSCO DRILLING |
| ATTN ACCOUNTS PAYABLE | 620 MOULIN RD |
| P.O. Box 570788 | BROUSSARD LA 70518 |
| HOUSTON TX 77257-0788 | USA |
| USA | |

| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3769830 | Delivery Number : 88567079 |
|---|---|---|---|
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | | |

| | |
|---|---|
| Customer Reference | : 10013-0000454331 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : ERNESTINE CASTILLO |
| Project Name | : ROWAN RESOLUTE RIG 202 |
| Project/Reference | : ROWAN RESOLUTE RIG 202 |

Ship To Address
RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE. CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number | | Qty | Unit Net Price | Extended Price |
|---|---|---|---|---|---|
| | Description | | | USD | USD |



Invoice No    : 916672287

Page        : 2 of 2





Price summary :

| | |
|---|---|
| Total Price : | 41,330.52 USD |
| State Tax : | 0.00 USD |
| Total Invoice Value : | 41,330.52 USD |



**Valaris**

Ship To: BONGA RESOLUTE (VALARIS RCOOLUTE)
1631 McKINLEY ROAD
SAN LEANDRO, LA 70591
USA

Business Unit : 10013
Requisition : 1000VR00023729
Date: 10/12/2020
Date:

Attention: WAREHOUSE

MCS Type:    Supply

PURCHASING USE ONLY

VENDOR_LOCATION, CONFIRM TO    PO NO.

OPEN

Valaris
Fleet
Requisition

ITEM | QTY | UOM | DESCRIPTION | COST | EXT DATEBOOK | Cost DATEBOOK | PRICE

Line Item Exempt : N

Available Surcharges:    Item Desc. :

HTS MC-N1629000

UNSPSC NO.

Line Item Exempt : N

Available Surcharges:    Item Desc. :

ECCN NO. EAR99

Total Mandatory Amount:

AFE:    FW202001
Lease:  MC519 85
Project: Genesis3
Engineer: E. Flanagan
Routing #:

Cost Code: 3060-15
S. Button 2-13-20

PURCHASING USE ONLY    FRT NO.    000223227H

BUYER    DATE

DATE FAXED

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

FWF

Sean Rains

NO.

DATE    02/12/2020    DATE

OIM    DATE

DRILLING / OPERATIONS MGR    DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:



Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE),
601 POYDRAS ROAD
NEW ORLEANS LA 70013
USA

Valaris Field
Requisition

Business Unit 10013
Req 1000002317253
Date: 02/12/2020
Page:                    OPEN

Attention: WAREHOUSE

Req Type:        Supply

PURCHASING USE ONLY

| ITEM | QTY. | SB ACCT | UOM | DESCRIPTION | COST | EXT DATE DELIV. | DEL RATING | PRICE | VENDOR_LOCATION_CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

Line Item Exempt : N

Available Surplus:            Item Desc :

AFE:        FW262001
Lease:      MC519 #3
Project:    Genovesa
Engineer:   E. Flanagan
Routing #:

Cost Code: 3060-15
J. Button 2-13-20

Line Item Exempt : N

Available Surplus:            Item Desc :

ECCN NO: EAR99          HTS NO:016090000          UNSPSC NO:          03-257-20

Total Requisition Amount:

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

FWF

Sean RAINS

| 642102 | | 02/12/2020 | | | | List of Field | PURCHASING ONLY PR NO.    000221277x |
| DIM | | DATE | | | | ETNR No. by Item | |
| RIG MGR / OPERATIONS MGR | | DATE | | | | | BUYER | | DATE |
| NOTE: Any additions or deletions | | | | | | | | |
| must be initialed | | | | | | DATE FAXED: |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Business Unit:** 10013   APPROVED
**Req ID:** 0000232728
**Date:** 02/12/2020
**Page:** 1

**Attention: WAREHOUSE**

REQ Type    Supply

Valaris
Field
Requisition

| | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Line Item Exempt : N

Available Sustitutes      Item Desc :

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 4016930000          UNSPSC NO:

**Total Requisition Amount:**  40,257.00

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO: | 0000232728 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____          DATE FAXED: _____

# Valaris

**Ship To:**  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013    APPROVED
**Req ID:** 0000232728
**Date:** 02/12/2020
**Page** 2

**Attention: WAREHOUSE**

REQ Type    Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
|      |     |                  |     |             |      |              |              |       |                              |        |

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000232728 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER                    DATE |

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013   APPROVED
**Req ID:** 0000232728
**Date:** 02/12/2020
**Page:** 3

**Attention: WAREHOUSE**

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | FIELDWOOD RE-BILL FOR VBR SEALS DUE TO CEMENT IN RAMS | | | | | PURCHASING USE ONLY | |
| | | | | CAMERON QUOTE# 1775566 | | | | | | |
| | | | | PLEASE SEE ATTACHED SIGNED RE-BILL | | | | | | |

**List all Field ETRR No. by Item**

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

**R4202**         **02/12/2020**
OIM              DATE

RIG MGR / OPERATIONS MGR          DATE

NOTE: Any additions or deletions
must be initialed

**PURCHASING ONLY  FR NO:**   0000232728

_____
BUYER                    DATE

DATE FAXED:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:



Your Office Resource Partner®

# INVOICE

Reliant Business Products
ID# 76-0362571
10641 Haddington Dr #100
Houston, TX 77043

Local Phone: 713-425-5819
Toll Free: 800-690-2745
Fax: 713-425-5820
Web: www.rbp.com

| Invoice Number | Invoice Date | Customer # / Dept | Page |
|---|---|---|---|
| 870178-0 | 03/27/20 | 7123 BROU | of |

| Cost Center | BROUSSARD, LA |
|---|---|
| Buyer | ERNESTINE CASTILLO |

| BILL TO ADDRESS | SHIP TO ADDRESS |
|---|---|
| ENSCO OFFSHORE COMPANY<br>ATT: ACCT/PAYABLE<br>P.O. BOX 573788<br>HOUSTON            TX 77257<br>713-789-1400 | ROWAN VALARIS RESOLUTE<br>10013-0000456251<br>620 KOULIN ROAD<br>BROUSSARD          LA 70518<br>ATTN: SHIP TO RELIANT FOR PROCESSING |

| CUSTOMER PURCHASE ORDER | TERMS | SALESPERSON | OT | PAYCODE | CODE | ROUTE |
|---|---|---|---|---|---|---|
| 10013-0000<br>10013-0000456251 | DUE ON RECEIPT | DICK KELLER | 0019 | CHARGE | II E | 0000 |

| ITEM NUMBER | MFG | ITEM DESCRIPTION | UM | ORD QTY | B/O QTY | SHIP QTY | SELL PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Return Policy:** All merchandise returns and exchanges, excluding furniture, may be returned within thirty (30) days, from date of invoice. Unopened furniture and electronic items may be returned within five (5) business days. Certain medical and food related items are not eligible for return. Special order products or assembled furniture items are non-returnable.

If an item is missing or shorted from your order, Reliant must be notified within 24 hours.

| | |
|---|---|
| Subtotal: | 1047.00 |
| Tax: | |
| Total Due: | 1047.00 |

Delivery Instructions
Manifest Instructions

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

**Business Unit:** 10013   OPEN
**Req ID:** 0000234339
Date: 03/26/2020
Page: 1

**Attention: WAREHOUSE**

REQ Type      Supply

### PURCHASING USE ONLY

| | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 911514 HON2091SR11T | EA | CHAIR-OFFICE,HON 2091-SR11T,HI -BACK,LOW,24-1/2 IN TO 29 IN | 349.00 1,047.00 | 58 - 58-OFFICE | S | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

HTS NO:9401710000                    UNSPSC NO:

Total Requisition Amount:          1,047.00

AFE:      FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: ████

*AuT Code # 3060-15*
*3/26/20*

FIELDWOOD RE-BILL - OFFICE CHAIRS

| R4202 | 03/26/2020 |
|---|---|
| OIM | DATE |

*A. McD... Ashly*  03/24/20
RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

*F.W.E*
Operator (Print)
*Matt Bolt*
Rep Signature
*Mark Otis*
Rep Name (Print)

| List all Field
ETRR No. by Item | PURCHASING ONLY FR NO: | 0000234339 |
|---|---|---|
| | | |
| | | |
| | | |
| | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____          DATE FAXED: ____

# SWIRE OILFIELD SERVICES, LLC

28420 HARDY TOLL RD.
SUITE 130
SPRING, TX 77373
PHONE: (985) 851-6741   FAX: (985) 851-0152
www.swireos.com
usa.invoicing.sm@swireos.com

Dispatcher: BRANDON.FERNANDEZ
Cust No. EN1000
INVOICE TO :   **ENSCO**
PO BOX 570788
HOUSTON, TX  USA 77257-0788
Phone: (713)789-1400

Ordered By : KENYA MAXILE
PO Number: 10013-0000454602

**INVOICE: 136066**
Invoice Date: Monday, March 23, 2020
Due Date: 4/22/2020

| | |
|---|---|
| Ship Via | : SWIRE OILFIELD SERVICES |
| Ship To | : ENSCO |
| Lease/OCSG | : 14658 |
| AFE Number | : 10013-0000454602 |
| Area/Block | : MC 822 |
| Rig Number | : RESOLUTE |
| Well Number | : |
| State | : OFF |
| County | : OFFSHORE |
| Job Type | : OFFSHORE |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |
| VAT Reg | : |

(DELIVERY TICKET  199251)

| QTY | DESCRIPTION | CAT | MINIMUM | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| | BILLING PERIOD IS 03/01/20 — 03/17/20 | | | | 0 | | |

| | | |
|---|---|---|
| Total Rental Charges   $0.00 | SubTotal : | $1,486.21 |

**THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ...**   $1,486.21

NET 30 DAYS. Interest will be charged on all past due accounts at a rate of 1.5% per month on the unpaid balance, an annual percentage rate of 18%. Should it become necessary to turn this account over to an attorney for collection, customer agrees to pay attorney's fees, court cost and all other collection expenses. Customer is responsible for all applicable Sales & Use Tax.



## Valaris

Ship to: ROWAN RESOLUTE (VALARIS RESOLUTE)
ROWAN RESOLUTE
BROUSSARD, LA 70518
USA

Business Unit: 10213   OPEN
Req ID: 0000282747
Due: 001152020
Date:

Attention: MARINE / BARGE SUPERVISOR

PO Type:    OFFSHORE SERV CC

PURCHASING USE ONLY

VENDOR_LOCATION_CONFIRM_TO

| ITEM QTY | REQ_ACCT | UOM | DESCRIPTION | COST | QTY CATEGORY | PRICE | COST RATING |
|---|---|---|---|---|---|---|---|

HELICOPTER FUEL WITH HD WATER REMOVED FROM POND

Valaris Field Requisitions

PO NO.

Line item number: 1

Available Quantities:    Item Desc:

EGCA NO:                 MTS NO:               DISPAC NO:

TRANSPORTATION TO THE SWAE YARD 'H POLIMA LA FROM FILLDWOOD DOCK N FOURCHON, LA FOR HELIRUF, TAXI CLEANING PROCESS

Total Requisition Amount    1,185.21

FILLDWOOD FRE IL FOR SWAE TO CLEAN HELIFUEL TAX-AND TO TAXE CR- HELITAL
DIVER OILFIELD SERVICES SLOT C0 151000001

AFE:      PW202001
Lease:    MC 519 #3
Project: Genovesa
Engineer: E. Flanodain
Routing #:

Cost Code : 30660 - 15

| | NOTE: Operator hereby authorizes VENDOR to... | List of Force ETRR No. by item | PURCHASING ONLY   FR NO.   000070742 |
|---|---|---|---|

RP202

QW              DATE  02/17/2020

RIG MGR / OPERATIONS MGR         DATE

NOTE: Any additions or revisions must be initialed

Sean Rains

BUYER          DATE

DATE FAXED:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:



# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013   APPROVED
**Req ID:** 0000232742
**Date:** 02/12/2020
**Page:** 1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type         OFFSHORE SERVICE

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | | | | | | | | | | |

PURCHASING USE ONLY

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                              HTS NO:                              UNSPSC NO:

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                              HTS NO:                              UNSPSC NO:

CLEAN INTERIOR OF HELIFUEL TANK WITH A THREE PART PROCESS. 1. RINSE TANK OUT COMPLETELY 2. STEAM CLEAN INSIDE OF TANK
COMPLETELY WITH HOT WATER AND SOAP 3. RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL
**NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.**
List all Field
ETRR No. by Item

| R4202 | 02/12/2020 | | PURCHASING ONLY FR NO: | 0000232742 |
|-------|------------|--|------------------------|------------|

**OIM**              **DATE**

_____
Operator (Print)

_____
Rep Signature

RIG MGR / OPERATIONS MGR      DATE

_____
Rep Name (Print)

NOTE: Any additions or deletions
must be initialed

_____
BUYER                          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:        NO:        DATE FAXED:

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris
Field
Requisition**

**Business Unit:** 10013   APPROVED
**Req ID:** 0000232742
Date: 02/12/2020
Page   2

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type   OFFSHORE SERVICE

| | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                          HTS NO:                          UNSPSC NO:

TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LA FROM FIELDWOOD DOCK IN FOURCHON, LA FOR HELIFUEL TANK CLEANING PROCESS

Total Requisition Amount:      1,486.21

FIELDWOOD RE-BILL FOR SWIRE TO CLEAN HELIFUEL TANK AND TO TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 02112020-001
PLEASE SEE ATTACHED SIGNED RE-BILL

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000232742 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Name (Print) | | BUYER                          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:          DATE FAXED:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-862-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 4/23/2020 | 428694 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**Sold To:**
ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

**Ship To:** C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

**Deliver To:**

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000455827 | | CARINA FERNANDEZ | CARINA.FERNANDEZ@VALARIS.COM | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114820625
R   ABA # 062005690
E   ACH # 111900785
    Swift Code: UPNBUS44



**MARTIN**
ENERGY SERVICES

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 4/23/2020 | 428694 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** $4,750.00

**MESSAGES**

**PAYMENT REMITTANCE**

| C H E C K | MARTIN ENERGY SERVICES LLC<br>Martin Energy Services LLC<br>PO Box 95363<br>Grapevine, TX 76099-9733 | W I R E | Regions Bank<br>Account # 0114820625<br>ABA # 062005690<br>ACH # 111900785<br>Swift Code: UPNBUS44 |
|---|---|---|---|

• • • THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH
HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. • • •

DOC. CONTROL #          03242020201427

# Valaris

# *(handwritten)* # 428694

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000455827

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000455827<br>03/19/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br><br>*(handwritten)* CPort 2<br>ORLOU TA-9 ST-01<br>Well # GC-200<br>OCSG: 12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER: Carina Salvini Fernandez<br>EMAIL: carina.fernandez@valaris.com<br>PHONE: 55 22 791 8502<br>FAX: 55 22 798 2254 | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line Number / | Vendor<br>Item ID | Description | Quantity UOM | Unit<br>Price | Extended PR<br>Amount Code Req # |
|---|---|---|---|---|---|
| | | | | | |

*(black redaction block)*

Buyer

*(handwritten signature)* Carina Salvini Fernandez

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.



# FUEL/YARD TICKET

**MARTIN** ENERGY SERVICES

Martin Energy Services LLC
Three Riverway  Suite 400
Houston  Texas 77056
(800) 962 8307

NO 959914

428694

FY TK9599

JDE # 428694
Branch Plant 12015090

□ TRANSFER  □ REPACK  □ SALE  □ CO USE

| BILL TO EnscoRowan | CUSTOMER NO 3430 | DATE 3-20-20 |
|---|---|---|
| ORDERED BY Canna Salvini | ☐ NO /AFE 10013-0000455824 | |
| PHONE NO 552 791 8502 | LEASE NO | |
| AREA/BLOCK GC 800 | OCSG# 12209 | WELL NO STd/ oRlov 7A 9 |
| RIG/VESSEL Rowlity Rig 202 | TIME STARTED    AM/PM | TIME FINISHED    AM/PM |

| ITEM CODE | EQUIP/LABOR | | DESCRIPTION | | | | HOURS RT/OT |
|---|---|---|---|---|---|---|---|
| | ROUSTABOUTS | TK# 149346 | Slung# 99068 8 | | | | |
| | CRANE | TK# 368846 | Slung# 98485 15 | | | | |
| | FORKLIFT | TK# 186424 | Slung# 96312 2 | | | | |
| | EQUIPMENT OPERATOR | | Manylift # 354104 | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| **494100** | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR Diesel Fuel 3 NA 1993 PGIII 15 ppm sulfur (maximum) Dyed Ultra Low Sulfur Diesel Fuel  For use in all nonroad diesel engines  Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code  Nontaxable Use Only  Penalty for Taxable Use | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496768 | | tote tank | | 10 | 10 |
| 496216 | | tote tank slung | | 10 | 10 |
| | | TK# 228060 | Slung# 99526 19 | | |
| | | TK# 212842 | Slung# 96734-24 | | |
| | | TK# 224004 | Slung# 91564 4 | | |
| | | TK# 236625 | Slung# 96734-1 | | |
| | | TK# 219012 | Slung# 96934 14 | | |
| | | TK# T-81373 | Slung# 99525 12 | | |
| | | TK# 302396 | Slung# 98485 19 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | | G A U G I N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS | START | | STOP | | GALS | | |
| TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT # _____ TRUCK# _____ TRAILER # _____ | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ _____    INITIALS _____    TOTAL REC D $ _____

TERMS & CONDITIONS  THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN  UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING

This is to certify that the above-named materials are  properly classified  described  packaged  marked and labeled  and are in proper condition for transportation according to the applicable regulations of the  D  partment of T ansport ation

EPA Registe ed Entity #4954  Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS
(800) 421-4738

APPROVED BY X _Cody Ledet_    Cody Ledet
Customer Signature

X _____ BoL 13623 686
Martin Driver Signature

_Michael Conne_
Martin Energy Services Representative

4879 - 25207
Truck and Trailer No

REV 12/18
FORM NO 107

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
120 NOLIN ROAD
BROUSSARD LA 70518
USA

**Business Unit:** 10013   OPEN
Req ID: 0000223894
Date: 03/13/2020
Page: 1

**Attention: ENGINEERING**
REQ Type   Rental

PURCHASING USE ONLY

| ITEM | QTY | D/I ACCT Item ID | UOM | DESCRIPTION | COST | RATE CATEGORY | DATE RATING | PRICE | VENDOR LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 224000 4337000 | EA | RENTAL/JANK,MARTIN ENERGY/401050/TOTE,EMPTY,550 GAL/7 USED OIL | 363.57 3,635.70 | 91 - RENTAL/ENG | S | | | |

Line Item Exempt : N   Item Desc :

Available Sustitutes

Line Item Exempt : N   Item Desc :

Available Sustitutes

ECCN NO:

HTS NO:

UNSPSC NO:

Total Requisition Amount:   4,636.10

FIELDWOOD RE-BILL FOR 16-DUTY OIL TOTE TANKS REQUESTED BY ANGELO PEZZIN AND CHIEF ENGINEER.
FR202   03/13/2020   NOTE: Operator hereby authorizes Rig to order/procure for reimbursement of all items ordered above.   CHIEF ENGINEER:
[signature] Allen A. Guidry   DATE   (1) JAN 23

Operator (Print)   List if Paid
ETRR No. by Item

Rep Signature

RIG MGR / OPERATIONS MGR   DATE

NOTE: Any additions or deletions must be initialed.

Rep Name (Print)

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____

PURCHASING ONLY   FR NO.: 0006223894

BUYER   DATE

DATE FAXED:

AFE:   FW202001
Lease:   MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: _____

ACCT CODE 3060·15
J Butler 3-13-2020


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2005246
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC 519 #3

**AFE #: FW202001**

**TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 1-5, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 395 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 55,300.00 |

AMOUNT DUE: $ 55,300.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮
ABA # ▮▮▮▮
Account # ▮▮▮▮

Digitally signed
by Ben
Date:
2020.05.15
10:25:42 -05'00'

| | |
|---|---|
| $ (55,300.00) | 810620.10417.4202-110 |
| $ (13,275.74) | 912812.10417.4202-110 |
| $ 13,275.74 | 919220.10417.4202-110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202-110 |
| | ED |

RE: DS-16 April 2020 Catering and reimbursable invoices

↩ Reply   ↩ Reply All   → Forward   …

**Brian Rodgers**
To  ☉ Brian Demot
Thu 5/14/2020 3:12 AM

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5817 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5190 | +1 832-206-8315m
Brian.rodgers@fieldwins.com

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing#560047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ameri | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aragg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Catco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Choixest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Liquids Register | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| McSwego | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilgates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OXEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Supcanor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vaco Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 81 | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL: 405

TOTAL: 395
TOTAL BILLABLE $ $5300

AFE:      FW202001
Lease:    MC 519 #3
Project:. Genovesa
Engineer: E. Flanagan
Routing #: ▮▮▮▮

OM APPROVAL: _____ *(signature)*

ACCT CODE: 3060-45
J. Britton, 5-1-2020

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing#560047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABU LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amtos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clarrant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Davits | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fusion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mi Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NS Fracturing | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | 2 | 2 | 2 | 3 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PST | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sungas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teladyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vets Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 81 | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL: 405

TOTAL: 595

TOTAL BILLABLE $ 55300

AFE:  · FW202001
Lease:  MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: ▮▮▮▮

ON APPROVAL: _[signature]_

ACCT CODE: 3060.45
J. Britton . 5-1-2020



HELICOPTERS LLC

**Era Helicopters LLC**
945 Bunker Hill Suite 650
Houston, TX 77024
713-369-4700

Remittance Address
Era Helicopters LLC
Acct #: 296099739
Bank Name: JP Morgan Chase
ABA/Routing #: 021000021

EMPLOYER IDENTIFICATION NUMBER
20-2421610

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX  77042

RECEIVED
MAR 0 5 2020

AO# G- 32732
Attn: Accounts Payable

INVOICE NO: 24526531         TERMS:  Net 30 Days              DATE: February 27, 2020

### HELICOPTER SERVICE



SUBTOTAL:                    $22,000.00

M. Cooper
Resolute- FW202001
Valaris

TOTAL INVOICE:               $22,000.00

MW

FWE Responsible per contract

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT

# JOURNEY LOG

FORM A-004 REVISION: 20
PAGE 1 OF 5

FLIGHT CODES: BLANK - STANDARD REVENUE   TRN - TRAINING   CUR - CURRENCY   RTB - RETURN TO BASE   OCF - OPS CHECKFLIGHT   REPM - REPOSITION   COM - COMPANY   INF - INFRASTRUCTURE



| A/CREG | N113CV | PROJ NO: | SC-H2-N | CUSTOMER/CONTRACT | FIELD LOCATOR | BASE CODES: |
| STARD DATE: | 22 FEB 2626 | SIC: | MERLIN PM | HOBBS/START | SPECIAL: 3035C | |
| DEP LOC | KHUM | A/CREW | 101ST | | | |

| LEG # | ARR LOC | IFR | FLT CODE | PAX # | CARGO WT | ACTUAL T/O WT | MATW | CG | | | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS |
| | | | | | | | | FWD | AFT | | | | | | | (SLING, HOIST, ETC.) |
| 1 | MeTis | 3 | C | 0 | 14STh | 14954 | 211.7 | 205.2 | 216.1 | 7600 | 0615 | 6727 | 1384 | 68 | 2 | HO = 450' |
| 2 | 42LA | 4 | 0 | 14514 | 14944 | 211.7 | 205.2 | 216.1 | 2347 | 0843 | 0947 | 1340 | 61 | 0 | HO = 450' |
| 3 | KHUM | 1 | 0 | 13008 | 14994 | 208.2 | 2033 | 216.9 | 1318 | 0847 | 0852 | 1243 | 5 | 2 | HO = 450' |
| 4 | | 1 | | 8 | | | | | | | | | | 434 | | HO = 450' |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | HOBBS END | | | |

## PARAMETERS

| | ENG1 | ENG2 |
| APU/CYCLE | | |
| APU/HR | | |
| WINDSTART | | |
| WINDSTOP | 1 | 2 |

## POWER CHECK

| READINGS | ENG1 | ENG2 |
| OAT | | |
| PA | | |
| NG | | |
| TQ | | |
| TEMP | | |

| MARKINS | ENG1 | ENG2 |
| SP/TQ | | |
| SP/ TEMP | | |

## REMARKS CONTINUED

PM1 final approval by PM1 Heli — 158G

*** FORWARD BOTH COPIES TO ACCOUNTING WITH RECEIPTS, MANIFESTS, ETC. ATTACHED ***



# AIRCRAFT ORDER

Era Helicopters LLC

## G #32732

COMPANY NAME: Fieldwood

ADDRESS: _____

_____

Represented By: Tony Breaux

Telephone No: 337-210-8698

Customer Order No: _____

```
· PILOT ·
Show Company
Name and Order
Number on Flight
Sheet or Manifest
```

☐ FIXED WING   ■ HELICOPTER   TYPE: AW139

ADDITIONAL CREW: ☐ REQUIRED   ■ NOT REQUIRED

Crew to RON:   Yes   No   Housing/Transportation   Yes   No

DATE: 22/02/2020   TIME: 5:42   TERM:   See R. Estep for Non-Subscriber rate.

Departure Point: HUM>MC519>TERREBONE GENERAL>HUM

Field Location & Type of Work: Tony Breaux from fieldwood called requesting medevac at MC519 for a patient with mental instability and suicide attempt. PHI Fuel was approved.

_____

_____

**Pilot: Reference Company Name and Order Number on Flight Log and Manifest**

**Please VERIFY Coordinates, Location, Frequency & Fuel Availability BEFORE FLIGHT!**

Location Ph. # _____

Radio Freq/Tone _____

| Fuel At Destination | Yes | No | Approved | Size: | Capacity S92 |

(Special Equipment, Etc.) _____

Center Block Coordinates: 28-28.13N  088-12.94W

Accounting Information:   Pilot: Schaer/Merriman

Aircraft Type Used: AW139   Aircraft No.: N113CV

Rate Quoted:   ☐ Charter   ■ Other   (Explain)
              ☐ Wet       ☐ Dry

Minimum Charges:   ☐ Standard   ■ Other (Explain)

Additional Crew Required: ☐ Yes   ■ No

Completed By: _Adriana Roberts_   Date: 22/02/2020



## Era Emergency SAR-Air Ambulance Request

| Primary Phone #: 1-800-655-1414 | Secondary Phone #: 1-337-656-4803 |
|---|---|

| Requesting Company Name | Fieldwood | EMS SAR Case or G #: 32732 |
|---|---|---|
| Address | | Initial Call Received: 5:42 |
| Represented by | Tony Breaux | |
| Telephone No | 337-210-8698 | SAR Crew Notified: 5:53 |
| Customer Order#/AFE#/Production# | | |

| Aircraft Tail # | N113CV | PILOTS: Schaer/Merriman | DATE: 22/02/2020 |
|---|---|---|---|

| TSA "No Fly List" Required Patient Information | Patient Name: | Nationality/Passport # | Age | Sex | DOB (mm/dd/yyyy) |
|---|---|---|---|---|---|

| Medical Data | Nature of Emergency:  Mental Instability Suicide attempt. | | CAT: 3 | |
|---|---|---|---|---|
| | Treatment Provided: Yes | | | |
| | On Scene Medical Personnel | ☐First Responder | ☐EMT-Basic | ☐EMT-Intermediate |
| | | ☒Paramedic | ☐RN or Physician Assistant | ☐Medical Physician |
| | Designated arriving Hospital: Terrebonne General | | ER Phone number: | ER VHF Comms.: |

| Vessel Or Offshore Platform Data | Name of person making report and Phone number: Tony Breaux 337-210-8698 | Phone Number of Location: 2816197472 |
|---|---|---|
| | Vessel or Platform Name: Rowan Resolute | Block Number: MC519 |
| | Coordinates (Lat/Long): 28-28.13N  088-12.94W | Course/Speed (Vessel only): |
| | Vessel platform Discrete Comms. Channels: 123.050 | Vessel Length or Helideck Size/Rating: S92 |
| | Fuel Provided: Yes (PHI approved) | Monitoring Freq. |

| Mission Data | Hoist: No | IFR Flight: No |
|---|---|---|
| | DVFR Flight: No | NVG/Customs Flight:  No |
| | Delayed Response: No | Reason: NA |

| Era Operational Control | Initiating Flight Coordinator: Adriana Roberts Completing Flight Coordinator: Adriana Roberts | | | Time Briefed: 6:00 | |
|---|---|---|---|---|---|
| Launch time: 6:19 | Arrival on scene: 7:27 | Depart scene: 7:42 | Arrival to hospital: 8:43 | In Service: 8:52 | Arrive Home: 8:52 | Total Flight Time: 2.2 |
| Mileage: | 143 | | 147 | | 4 | Total Mileage: 294 |

**Only certified medical personnel may prescribe, or provide, medical advice**



**Era Helicopters LLC**
945 Bunker Hill Rd. Suite 650
Houston, TX 77024
(337) 478-6131
EMPLOYER IDENTIFICATION NUMBER
20-2421616

Remittance Address

Era Helicopters LLC
Acct #: 296099739
Bank Name: JP Morgan Chase
ABA/Routing #: 021000021

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX 77042

G-32735
Attn: Accounts Payable                    PO# 4503762596

| INVOICE NO: 24526626 | TERMS:  Net 30 Days | DATE:March 19, 2020 |
|---|---|---|

### HELICOPTER SERVICE

**AW139 Charter (N113CV)**
3/10/2020

| 4.1 | Hours | @ | $10,000.00 | per Hour | = | $41,000.00 |
|---|---|---|---|---|---|---|

SUBTOTAL:        $41,000.00

**TOTAL INVOICE:**        **$41,000.00**

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT

# JOURNEY LOG

FORM A-004 REVISION: 20
PAGE 1 OF 1

FLIGHT CODES: BLANK – STANDARD REVENUE   TRN – TRAINING   CUR – CURRENCY   RTB – RETURN TO BASE   OCF – OPS CHECK FLIGHT   RPN – REPOSITION   COM – COMPANY   INF – INFRASTRUCTURE

| A/C REG | N111CV | PIC | Riddle | CUSTOMER/CONTRACT | Fieldwood | | SEE CODES |
| START DATE | 5/10/20 | SIC | Buckley | SPECIAL # | 53-9480 35 | | |
| DEP LOC | KHUM | A/C CREW | 1835.7 | HOBBS START | | | |

| LEG # | ARR LOC | IFR ✓ | FLT CODE | PAX # | CARGO WT | ACTUAL T/O WT | MATW | CG | FWD | AFT | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS (SLING #, HOISTS, ETC.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ⓐ | EC38I | ✓ | | 3 | Ø | 14008 | 14994 | 201.2 | 206.3 | 273.4 | 1311 | 1403 | 1427 | 72 | 3 | WO=464 |
| 2 | MC51A | | | 3 | Ø | 14483 | 14994 | 206.3 | 206.7 | 2681 | 1455 | 1619 | 789 | 106 | Ø | WO=250 |
| 3 | 921A | | | 4 | Ø | 14201 | 14994 | 206.3 | 265.7 | 2681 | 1638 | 1743 | 1239 | 65 | Ø | WO=250 |
| 4 | KHUM | | | 3 | Ø | 13781 | 14994 | 287.0 | 227.9 | 271.1 | 1819 | 1847 | 1120 | 4 | 3 | WO=500 |
| 5 | | | | | | | | | | 187 | 187 | | | | | |
| 6 | | | | /3 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |

| | HOBBS END | 247.4 / |

## PARAMETERS

| | ENG 1 | ENG 2 |
|---|---|---|
| GG | | |
| PT | | |
| GE | | |

| | APU/HR | |
| APU CYCLE | |
| WINDSTART | 1 | 2 |
| WINDSTOP | |

## READINGS

| | OAT | PA | ITT/ TEMP | ENG 1 | ENG 2 |
|---|---|---|---|---|---|
| TQ | | | | | |
| NG | | | | | |
| TEMP | | | | | |

## POWER CHECK

| | N1/TQ | ITT/ TEMP |
|---|---|---|
| | | |

MARGINS
| ENG 1 | ENG 2 |
|---|---|
| | |

### REMARKS CONTINUED

EC38I Fuel = 198 gals
MC514 Fuel = 2555 gals
KHUM Fuel = 2225 gals

Plus Fuel supplied by Steve in Comm Center

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument #8215414 of the original
records. Given under my hand and seal of office
this the 16 day of JULY 20 20

Dy Clerk and Ex-Officio Recorder

Jaynie Rollins, Deputy Clerk