## Exhibit 6

1340 Poydras Street, 4th Floor
New Orleans, Louisiana  70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number:  2020-24964

Recording Date:  7/16/2020 01:40:53 PM

Document Type: LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number:  1334981

Filed by:  SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA  70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

(Mississippi Canyon 519 #3)

## <u>STATEMENT OF PRIVILEGE</u>

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 <u>et seq.</u>, as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$169,344.42** plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is April 5, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

<div align="center">1</div>

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24964  07/16/2020  01:40:53 PM
TYPE: LABOR 35 PG(S)
MIN#: 1334981

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 519, Lease No. OCS-G-27278 (the "Lease"), and Well #3 (OCS-G-27278)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from January 29, 2020, until April 5, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                               a Delaware limited liability company


                               By: _____
                               Name: JASON R MORGANELLI
                               Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _13th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

```
┌──────────────────────────────────┐
│          JUANITA FLOOR           │
│   Notary Public, State of Texas  │
│    Comm. Expires 04-19-2023      │
│       Notary ID 11589836         │
└──────────────────────────────────┘
```

3


# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2005248
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  MC 519 #3

---

**AFE #: FW202001**

### TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| **CAMERON** INVOICE#916672287 DATED:4/06/2020 | $ | 41,330.5: |
| **RELIANT** INVOICE#870178-0 DATED:3/27/2020 | $ | 1,047.00 |
| **SWIRE OILFIELD SERVICES, LLC** INVOICE#136066 DATED:4/22/2020 | $ | 1,486.2' |
| **MARTIN ENERGY SERVICES** INVOICE#715784 DATED:3/24/2020 | $ | 4,750.0( |
| Handling Charges @ 5%(601) | $ | 2,430.6! |

**AMOUNT DUE:** | $ | 51,044.4:

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ██████
ABA ████████
Account ████████

Digitally signed
by Ben
Date:
2020.05.15
10:29:13 -05'00'

$  (48,613.73)  024000.10417.4202.110
$   (2,430.69)  810510.10417.4202.110
$  (48,613.73)  810650.10417.4202.110
$   48,613.73   919250.10417.4202.110

ED

RE: DS-16 April 2020 Catering and reimbursable invoices.

↩ Reply    ↩ Reply All    → Forward    ⋯

Brian Rodgers
To  ● Eren Demet
Thu 5/14/2020 9:16 AM

⏱ Follow up. Start by Thursday, May 14, 2020.  Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5630p | +1 832-206-8315m
Brian.rodgers@valaris.com


**CAMERON**
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916672287 |
| Invoice Date | : APR 06 2020 |
| Page | : 1 of 2 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: ▮▮▮▮
ABA No: ▮▮▮▮
Swift No: ▮▮▮▮

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: ▮▮▮▮
ABA No: ▮▮▮▮

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | | |
|---|---|---|
| Payment Terms | : | Net 30 Days |
| Terms & Conditions | : | As Attached/Included |
| Freight Terms | : | Ex Works |
| | | , HOUSTON DISTRIBUTION CENTER |
| Ship From | : | HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : | APR 06 2020 |

| Invoice To : | 20004627 | Ship To : | 40008095 |
|---|---|---|---|
| ENSCO DRILLING | | ENSCO DRILLING | |
| ATTN ACCOUNTS PAYABLE | | 620 MOULIN RD | |
| P.O. Box 570788 | | BROUSSARD LA 70518 | |
| HOUSTON TX 77257-0788 | | USA | |
| USA | | | |

| Inside Sales Contact | : Johnny Olachia | 832-787-8686 | Sales Order : 3769830 | Delivery Number : 88567079 |
|---|---|---|---|---|
| Outside Sales Contact | : ALAN THIBODEAUX | 281-753-2922 | | |

| | | |
|---|---|---|
| Customer Reference | : | 10013-0000454331 |
| Functional location | : | 10943607 |
| Description | : | ROWAN RESOLUTE RIG 202 |
| Placed by | : | ERNESTINE CASTILLO |
| Project Name | : | ROWAN RESOLUTE RIG 202 |
| Project/Reference | : | ROWAN RESOLUTE RIG 202 |

Ship To Address
RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE. CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number | Qty | Unit Net Price | Extended Price |
|---|---|---|---|---|
| | Description | | USD | USD |



**CAMERON**
A Schlumberger Company

Invoice No   : 916672287

Page         : 2 of 2

Price summary :

| | |
|---|---|
| Total Price : | 41,330.52 USD |
| State Tax : | 0.00 USD |
| Total Invoice Value : | 41,330.52 USD |





# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   APPROVED
Req ID:0000232728
Date: 02/12/2020
Page   1

**Attention: WAREHOUSE**

REQ Type   Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | | | | | | | VC | | | |

Line Item Exempt : N   Item Desc :

Available Sustitutes

ECCN NO: EAR99     HTS NO:8484200000     UNSPSC NO:

Line Item Exempt : N   Item Desc :

Available Sustitutes

ECCN NO: EAR99     HTS NO:4016930000     UNSPSC NO:

Total Requisition Amount:     40,257.00

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000232728 |
|-------|------------|---|---|---|---|
| OIM | DATE | | | | |

Operator (Print)

Rep Signature

Rep Name (Print)

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions
must be initialed

BUYER     DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:     NO:     DATE FAXED:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013    APPROVED
**Req ID:** 0000232728
Date: 02/12/2020
Page : 2

**Attention: WAREHOUSE**

REQ Type    Supply

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | | |

**PURCHASING ONLY  FR NO:** 0000232728

R4202    02/12/2020
OIM    DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

List all Field
ETRR No. by Item

_____
_____
_____

_____
BUYER

_____  _____
DATE

RIG MGR / OPERATIONS MGR    DATE
NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:    NO:

DATE FAXED:

# Valaris

**Valaris Field Requisition**

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Business Unit:** 10013
**Req ID:** 0000232728
**Date:** 02/12/2020
**Page:** 3
**APPROVED**

**Attention: WAREHOUSE**

REQ Type    Supply

### PURCHASING USE ONLY

| ITEM | QTY | GL ACCT | Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|---------|---------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | FIELDWOOD RE-BILL FOR VBR SEALS DUE TO CEMENT IN RAMS CAMERON QUOTE# 1775565 PLEASE SEE ATTACHED SIGNED RE-BILL | | | | | | |

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000232728 |
|-------|------------|-----------------------------------------------------------------------------------|---------------------------------|-----------------------------------|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: | | DATE FAXED: |



# INVOICE

Reliant Business Products
ID# 76-0362571
10641 Haddington Dr #100
Houston, TX 77043

Local Phone: 713-425-5819
Toll Free: 800-690-2745
Fax: 713-425-5820
Web: www.rbp.com

| INVOICE Number | Invoice Date | Customer # Dept | Page |
|---|---|---|---|
| 870178-0 | 03/27/20 | 7123 BROU | of |

COMPANY: BROUSSARD, LA

BUYER: ERNESTINE CASTILLO

| BILL TO ADDRESS | SHIP TO ADDRESS |
|---|---|
| ENSCO OFFSHORE COMPANY | ROWAN VALARIS RESOLUTE |
| ATT: ACCT/PAYABLE | 10013-0000456251 |
| P.O. BOX 570788 | 620 MOULIN ROAD |
| HOUSTON            TX 77257 | BROUSSARD            LA 70518 |
| 713-789-1400 | ATTN: SHIP TO RELIANT FOR PROCESSING |

| CUSTOMER PURCHASE ORDER | TERMS | SALESPERSON | DIV | PAYCODE | CODE | ROUTE |
|---|---|---|---|---|---|---|
| 10013-0000 10013-0000456251 | DUE ON RECEIPT | DICK KELLER | 0019 | CHARGE | LIE | 0000 |

| ITEM NUMBER | MED | ITEM DESCRIPTION | UM | ORD QTY | BACK QTY | SHIP QTY | SELL PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Return Policy:** All merchandise returns and exchanges, excluding furniture, may be returned within thirty (30) days, from date of invoice. Unopened furniture and electronic items may be returned within five (5) business days. Certain medical and food related items are not eligible for return. Special order products or assembled furniture items are non returnable.

If an item is missing or shorted from your order; Reliant must be notified within 24 hours.

| | |
|---|---|
| **Subtotal:** | 1047.00 |
| **Tax:** | |
| **Total Due:** | 1047.00 |



# Valaris

| | | | | Valaris Field Requisition | | | | | | | Business Unit:10013   OPEN |
|---|---|---|---|---|---|---|---|---|---|---|---|

Business Unit:10013   OPEN
Req ID:000234339
Date: 03/26/2020
Page: 1

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: WAREHOUSE**

REQ Type   Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99

FIELDWOOD RE-BILL - OFFICE CHAIRS

HTS NO:9401710000

UNSPSC NO:

Total Requisition Amount:                    1,047.00

FIELDWOOD RE-BILL - OFFICE CHAIRS

AFE:       FW202001
Lease:     MC 519 #3
Project:   Genovesa
Engineer:  E. Flanagan
Routing #:

*Acct Code # 3060-15*
*3/26/20*

| R4202 | 03/26/2020 | | | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000234339 |
|---|---|---|---|---|---|---|---|
| OIM | DATE | | | | | | |

*E.W.E*
Operator (Print)

*M. Hote*
Rep Signature

*Mark Otts*
Rep Name (Print)

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____  NO: _____

List all Field Reimbursement of all items ordered above.

BUYER                    DATE

DATE FAXED: _____   NO: _____

**SWIRE OILFIELD SERVICES, LLC**

28420 HARDY TOLL RD.
SUITE 130
SPRING, TX 77373
PHONE: (985) 851-6741    FAX: (985) 851-0152
www.swireos.com
usa.invoicing.sm@swireos.com

Dispatcher: BRANDON.FERNANDEZ
Cust No. EN1000
INVOICE TO :   **ENSCO**
                PO BOX 570788
                HOUSTON, TX USA 77257-0788
                Phone: (713)789-1400

Ordered By : KENYA MAXILE
PO Number: 10013-0000454602

INVOICE: 136066
Invoice Date: Monday, March 23, 2020
Due Date: 4/22/2020

| | |
|---|---|
| Ship Via | : SWIRE OILFIELD SERVICES |
| Ship To | : ENSCO |
| Lease/OCSG | : 14658 |
| AFE Number | : 10013-0000454602 |
| Area/Block | : MC 822 |
| Rig Number | : RESOLUTE |
| Well Number | : |
| State | : OFF |
| County | : OFFSHORE |
| Job Type | : OFFSHORE |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |
| VAT Reg | : |

(DELIVERY TICKET  199251)

| QTY | DESCRIPTION | CAT | MINIMUM | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | TOTAL |
|-----|-------------|-----|---------|----------------|----------|--------------|-------|
| | BILLING PERIOD IS 03/01/20 – 03/17/20 | | | | 0 | | |
| 1 | CLEAN INTERIOR OF HELIFUEL TANK WITH THREE PART PROCESS 1. RINSE TANK OUT COMPLETELY. 2. STEAM CLEAN INSIDE OF TANK WITH HOT WATER AND SOAP 3. RINSE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HILICOPTER FUEL WITH HOT WATER . Serial: CLEAN | 7450 | $1,486.21 | 3/17/2020 3/17/2020 | 0 | $0.00 | $1,486.21 |

| | | | |
|---|---|---|---|
| Total Rental Charges | $0.00 | SubTotal : | $1,486.21 |

| | |
|---|---|
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | $1,486.21 |

NET 30 DAYS. Interest will be charged on all past due accounts at a rate of 1.5% per month on the unpaid balance, an annual percentage rate of 18%. Should it become necessary to turn this account over to an attorney for collection, customer agrees to pay attorney's fees, court cost and all other collection expenses. Customer is responsible for all applicable Sales & Use Tax.



Cost Code : 30660 - 15



Valaris

Ship to:
PONTARBAPRODUCT (VALARIS MODALITY)
200 NORTH ROAD
BROUSSARD LA 70518
USA

Valaris
Requisition

Business Unit: 0210    ORPFH
Attention: MARINE / BARGE SUPERVISOR
RTS Type    OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | UNIT | DESCRIPTION | COST | QTY CATEGORY |
|------|-----|------|-------------|------|------|
| 1 | | EA | SERVICE-CHOPPER /PWR/L OILFIELD SERVICE TO SPECIAL CH-20 GALLON OF HELICOPTER FUEL | 200.00 | 81 - THIRD PART |

Line Item Exempt: N
Available Baltidas    Item Desc:

ECCN NO:    HTS NO:    UNSPSC NO:

| 2 | 1 | EA | SERVICE-CHOPPER /PWR/ OILFIELD SERVICE CLEAN & ROUND OF HELICOPTER 12V FILTER/ FB | 750.00 | 82 - THIRD PART |

Line Item Exempt: N
Available Baltidas    Item Desc:

ECCN NO:    HTS NO:    UNSPSC NO:

PURCHASING ONLY FR NO: 00002237S2

DATE

# Valaris

**Ship To:**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:**10013   APPROVED
**Req ID:**0000232742
**Date:** 02/12/2020
**Page:** 1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type     OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

Line Item Exempt : N     Item Desc :

Available Sustitutes

ECCN NO:     HTS NO:     UNSPSC NO:

Line Item Exempt : N     Item Desc :

Available Sustitutes

ECCN NO:     HTS NO:     UNSPSC NO:

CLEAN INTERIOR OF HELIFUEL TANK WITH A THREE PART PROCESS. 1. RINSE TANK OUT COMPLETELY. 2. STEAM CLEAN INSIDE OF TANK COMPLETELY WITH HOT WATER AND SOAP. 3. RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL.

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

PURCHASING ONLY FR NO:     00000232742

ETRR No. by Item

| R4202 | 02/12/2020 |
|---|---|
| OIM | DATE |

Operator (Print)

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions
must be initialed

Rep Signature

Rep Name (Print)

BUYER     DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGED / OPERATIONS MANAGED YES:     NO:

DATE FAXED:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Business Unit:** 10013   APPROVED
**Req ID:** 0000232742
**Date:** 02/12/2020
**Page:** 2

**Attention:** MARINE / BARGE SUPERVISOR

REQ Type     OFFSHORE SERVICE

### PURCHASING USE ONLY

| ITEM | QTY | GI/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|---------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
|      |     |                     |     |             |      |              |              |       |                              |        |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                          HTS NO:                          UNSPSC NO:

TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LA FROM FIELDWOOD DOCK IN FOURCHON, LA FOR HELIFUEL TANK CLEANING PROCESS

**Total Requisition Amount:**      1,486.21

FIELDWOOD RE-BILL FOR SWIRE TO CLEAN HELIFUEL TANK AND TO TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 02112020-001
PLEASE SEE ATTACHED SIGNED RE-BILL

**PURCHASING ONLY  FR NO:** 0000232742

| R4202 | 02/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item |
| OIM | DATE | | |

Operator (Print)

Rep Signature

RIG MGR / OPERATIONS MGR _____ DATE          Rep Name (Print)

NOTE: Any additions or deletions
must be initialed

BUYER _____ DATE

DATE FAXED:



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 4/23/2020 | 428694 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:  ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000455827 | | CARINA FERNANDEZ | CARINA.FERNANDEZ@VALARIS.COM | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

### MESSAGES

### PAYMENT REMITTANCE

C H E C K
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

W I R E
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

# INVOICE



## MARTIN
ENERGY SERVICES

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 4/23/2020 | 428694 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   **$4,750.00**

### MESSAGES

### PAYMENT REMITTANCE

| C H E C K | MARTIN ENERGY SERVICES LLC | W I R E | Regions Bank |
|---|---|---|---|
| | Martin Energy Services LLC | | Account # 0114820625 |
| | PO Box 95369 | | ABA # 062005690 |
| | Grapevine, TX 76099-9733 | | ACH # 111900785 |
| | | | Swift Code: UPNBUS44 |

♦♦♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦♦♦

DOC. CONTROL #   0324202020127

# Valaris



Purchase Order     Page 1

Dispatch via E-Mail

1013-0000455827

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000455827<br>03/19/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|
| **SELLER/SUPPLIER** | **SUPPLIER SHIP TO /**<br>**WHEN READY CONTACT** | **SUPPLIER SHIPPING TERMS**<br>**(INCOTERMS 2010)** |
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>*CPort 2*<br>*ORLOV TA-9 ST-01*<br>*Well # GC-200*<br>*OCSG 12269* | FREIGHT TERMS:  CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |
| **BUYER REPRESENTATIVE** | **ADDITIONAL ORDER DETAIL** | **PR CODE (Mode of Transport)** |
| BUYER:   Carina Salvini Fernandez<br>EMAIL:   carina.fernandez@valaris.com<br>PHONE:   55 22 791 8502<br>FAX:   55 22 798 2254 | CURRENCY:     USD<br><br>REQ TYPE:     REN<br>REQ CLASS:    OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line Number | Vendor<br>/ Item ID | Description | Quantity UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code Req # |
|---|---|---|---|---|---|---|

Total PO Amount                    4,750.00

**Buyer**

*Carina Salvini Fernandez*

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ('ORDER'), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

# FUEL/YARD TICKET

**MARTIN ENERGY SERVICES**

Martin Energy Services LLC
Three Riverway  Suite 400
Houston  Texas 77056
(800) 962 8307

NO 959914

*428694*

FY*TK9599

JDE # 428694
Branch Plant 12015090

☐ TRANSFER   ☐ REPACK   ☐ SALE   ☐ CO USE

| BILL TO EnscoRowan | CUSTOMER NO 3430 | DATE 3-20-20 |
| ORDERED BY Canna Saluini | CO NO / AFE 10013-0000455824 | |
| PHONE NO 552 791 8502 | LEASE NO | |
| AREA/BLOCK GC 200 | OCSG# 12209 | WELL NO STd/ORlou TA 9 |
| RIG/VESSEL Resoliu Rig 202 | TIME STARTED           AM / PM | TIME FINISHED           AM / PM |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| ROUSTABOUTS | TK# 149346 | Slung #99042 8 | |
| CRANE | TK# 368246 | Slung #98485 15 | |
| FORKLIFT | TK# 18494 | Slung # 96312 2 | |
| EQUIPMENT OPERATOR | | Manifut # 354904 | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | . | ITEM 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR Diesel Fuel 3 NA 1993 PGIII 15 ppm sulfur (maximum) Dyed Ultra Low Sul ur Diesel Fuel  For use in all nonroad diesel engines  Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code  Nontaxable Use Only  Penalty for Taxable Use | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496168 | | tote tank | | 10 | 10 |
| 496216 | | tote tank slung | | 10 | 10 |
| | | TK # 228060 | Slung #99526 19 | | |
| | | TK# 212848 | Slung# 96134 24 | | |
| | | TK# 226004 | Slung# 94564 4 | | |
| | | TK# 236625 | Slung# 96134-1 | | |
| | | TK# 219012 | Slung# 96134 14 | | |
| | | TK# T-81373 | Slung# 99525 12 | | |
| | | TK# 202396 | Slung# 98485 19 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | G A U G A N K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|
| WATER | METER READINGS | START | STOP | GALS | | | |

| TERMINAL | SUPPLIER | BOL # | METER TKT # | TRUCK # | TRAILER # |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ | INITIALS | TOTAL REC D $ |

TERMS & CONDITIONS  THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT
http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN  UNLESS OTHERWISE AGREED TO BY
BOTH PARTIES IN WRITING

This is to certify that the above-named ma erials ar  properly classified  described  packaged  marked and labeled  and
ar  in proper condition for transportation according to the applicable  egulations of th  D  partment of T ransportation

EPA Registe ed Entity #4954  Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS
(800) 421-4738

APPROVED BY X _Cody Light_ Cody Light

X ___ JW BoL 13623 686
Martin Driver Signature

_Michael Conna_
Martin Energy Services Representative

UP79 - 25207
Truck and Trailer No

REV 1/218
FORM NO 107



**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
200 MACON ROAD
BROUSSARD LA 70518
USA

Business Unit: H0013   OPEN
Req ID: 000023984
Date: 03/13/2020
Page: 1

Attention: ENGINEERING

REQ Type         Period

PURCHASING USE ONLY

| ITEM | QTY | UOM | DESCRIPTION | COST | EXT. QTY | DATE RATING | PRICE | VENDOR LOCATION, CONFIRM TO | PO NO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | EA | RENTAL-TANK,MARTIN ENERGY/350 GAL/TOTE EMPTY/350 GAL,FLUSED OIL | 305.57 3,055.70 | 91 - RENTAL/NO | 6 | | | |

Line Item Exempt: N
Available Sootinbase   Item Desc:
ECCN NO:                ITEM NO:           UNSPSC NO:

| 2 | 10 | EA | RENTAL-SLING,MARTIN ENERGY/365/365/LIFTING/V 350 GAL USED OIL TOTE TANKS | 30.04 300.40 | 91 - RENTAL/NO | 6 | | | |

Line Item Exempt: N
Available Sootinbase   Item Desc:
ECCN NO:                MTS NO:            UNSPSC NO:

Total Requisition Amount:   4,056.10

FIELD/OOD RE-BILL FOR 14 DAY OIL TOTE TANKS REQUESTED BY ANGELO NOTTHAT JOHN ENGINEER
NOTE: Operator hereby acknowledges that reimbursement of all items ordered above.

E6202          03/13/2020
               DATE
Operator (Print)

John
Buller  A. Chavis   14 MAR 20
                    DATE
R&I Signature

"REF MGT / OPERATIONS MGR" "DATE
Rep Name (Print)

NOTE: Any additions or deletions must be initialed.

IAB FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:      NO:

PURCHASING ONLY  PR NO:   000023984

ETMR No. by Item

                    BUYER            DATE

DATE FAXED:

ACCT CODE 3060-15
J Buller 3-13-2020

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #:


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005246
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC 519 #3

AFE #: FW202001

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 1-5, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | . |
| 395 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 55,300.00 |

AMOUNT DUE:  $          55,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███████
ABA: ███████
Account: ███████

Digitally signed
by Ben
Date:
2020.05.15
10:25:42 -05'00'

| | |
|---|---|
| $   (55,300.00) | 810620.10417.4202.110 |
| $   (13,275.74) | 912812.10417.4202.110 |
| $    13,275.74 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $  19,115.40 | 919220.10417.4202.110 |

ED

↩ Reply    ↩ Reply All    → Forward    ⋯
Thu 5/14/2020 9:10 AM

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Dani Donat

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8215m
Brian.rodgers@valaris.com

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing #960047

| Group | Date | 1 | 3 | 5 | 7 | 9 | 11 | 13 | 15 | 17 | 19 | 21 | 23 | 25 | 27 | 29 | 31 |
|-------|------|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|
| ABB LTD | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | |
| Aksool | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | |
| Altar | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | |
| Buowere | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | |
| Cstco | | | | | | | | | | | | | | | | | |
| ChampionX | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| Choices | | | | | | | | | | | | | | | | | |
| Claribel | | | | | | | | | | | | | | | | | |
| Clovis | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | |
| DGO | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| Diversified | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| Dril-Cut | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | |
| Ecolab | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | |
| Equip | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | |
| Fieldwood | | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | |
| FMC | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | |
| Fuers | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | |
| GIS | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | |
| HALLIBURTON Sberry | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | |
| HercCarbon | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | |
| Intertwll | | | | | | | | | | | | | | | | | |
| Lloyds Register | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| MAXO | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | |
| M. Bestco | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | |
| NOV | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| NOV Fracturing | | | | | | | | | | | | | | | | | |
| ODE-ABERDEEN | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | |
| OES | | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | |
| Oilstates | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| One Subsea | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| OPI (Oil Field Instr.) | | | | | | | | | | | | | | | | | |
| OSCO | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | |
| Penador | | | | | | | | | | | | | | | | | |
| Pumako | | | | | | | | | | | | | | | | | |
| Precison Rental | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | |
| Probotics | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | |
| PRT | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| QPE | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | |
| Roxtel | | | | | | | | | | | | | | | | | |
| RPS Group Inc | | | | | | | | | | | | | | | | | |
| Schlumberger | | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | |
| SGS | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | |
| Superior Energy | | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | |
| Southern Flo | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | |
| TEMS | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| Tetra | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| TIW | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | |
| Trendate | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | |
| Viper Global | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | |
| XWR | | | | | | | | | | | | | | | | | |
| | | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 405 |
| TOTAL | | | | | | | | | | | | | | | | | TOTAL: |
| TOTAL | | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | TOTAL: |
| TOTAL OVER CONTRACT | | | | | | | | | | | | | | | | | TOTAL BILLABLES |

TOTAL: 395
TOTAL: $8500

AFE:      FW202001
Lease:   MC 519 #3
Project:  Genovesa
Engineer:  E. Flanagan
Routing #: ▮▮▮▮

ON APPROVAL: _O.J. Murdell_

ACCT CODE: 3060.45
A. Britton, 5-1-2020

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing#580047

| Group Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enviro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vertis Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 81 | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL: | | | 405 |
| | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | | | | | | | | | | | | | TOTAL: | | | 395 |
| TOTAL OVER CONTRACT | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL BILLABLES | | | | $5300 |

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

OM APPROVAL: [signature]

ACCT CODE: 306045
J. Britton . 5-1-2020



**HELICOPTERS LLC**

**Era Helicopters LLC**
945 Bunker Hill Suite 650
Houston, TX 77024
713-369-4700

Remittance Address
Era Helicopters LLC
Acct #: 296099739
Bank Name: JP Morgan Chase
ABA/Routing #: 021000021

EMPLOYER IDENTIFICATION NUMBER
20-2421616

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX 77042

RECEIVED

MAR 0 5 2020

AO# G- 32732
Attn: Accounts Payable

| INVOICE NO: 24526531 | TERMS:  Net 30 Days | DATE: February 27,2020 |
|---|---|---|

### HELICOPTER SERVICE

**AW139 SAR Charter (N113CV)**
February 22, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.2 | Hours | @ | $10,000.00 | per Hour | = | $22,000.00 |

SUBTOTAL:      $22,000.00

*M. Cooper*
*Resolute- FW202001*
*Valaris*

| TOTAL INVOICE: | $22,000.00 |
|---|---|

*(MW)*

*FWE Responsible per contract*

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT

# JOURNEY LOG

FORM A-004 REVISION: 20
PAGE 1 OF

FLIGHT CODES:  BLANK - STANDARD REVENUE   TRN - TRAINING   CUR - CURRENCY   RTB - RETURN TO BASE   DGF - DFS CHECK FLIGHT   RPN - REPOSITION   COM - COMPANY   INF - INFRASTRUCTURE

| A/CREG: | N113-CV | | | PROJ: | SIC: | MERLIN PH. | | CUSTOMER/CONTRACT: | | | HOBS START: | SPECIES: | | | EST CODE: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**STAR/DATE:** 2-2-FEB-2020

| LEG | A/BR LOC. | DEP / / | FLGT CODE | PASS # | CARGO WT | ACTUAL T/O WT | MATW | CG | FWD | AFT | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS (CEILING, HORSPW, ETC.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MCIE | KHYM | 3 | 0 | 1457R | 13008 | 1989.4 | 208.2 | 2033 | 216.9 | 1318 | 0815 | 0843 | 1243 | 5 | 2 | HO=450 |
| 2 | | | 4 | 0 | 14914 | 14944 | 211 | 205.2 | 216.1 | 2360R | 0845 | 0843 | 1340 | 61 | | 0 | HO=450 |
| 3 | KHYM | | 1 | 0 | 1457R | 7459L | 211 | 205.2 | 216.1 | 2450R | 0815 | 6727 | 1384 | 68 | 2 | HO=450' |
| 4 | KHYM | | 1 | 0 | 13008 | 14994 | 208.2 | 2033 | 216.9 | 8847 | 0852 | | | | | 40=450 |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |

A/CREW: 1015.7   CREW: SCHAFFR

**PARAMETERS**

| | ENG1 | ENG2 |
|---|---|---|
| APU BR | | |
| APU FR/ECN | | |
| WIND START | | |
| WIND STOP | | |
| | 1: | 2: |

**POWER CHECK / READINGS**

| | ENG1 | ENG2 |
|---|---|---|
| OAT | | |
| PA | | |
| TQ | | |
| NG | | |
| TEMP | | |

| | ENG1 | ENG2 |
|---|---|---|
| MARGINS | | |
| PA FFD / TEMP | | |

**REMARKS CONTINUED**

PAI fuel added PM Plate PH

2-88-IPlate PM Cg added ~ 150 g

CAT A/TNG

| | ENG1 | ENG2 |
|---|---|---|
| | | |

*** FORWARD BOTH COPIES TO ACCOUNTING WITH RECEIPTS, MANIFESTS, ETC. ATTACHED ***

 **AIRCRAFT ORDER**

Era Helicopters LLC

**G #32732**

COMPANY NAME: Fieldwood

ADDRESS: _____

_____

Represented By: Tony Breaux

Telephone No: 337-210-8698

Customer Order No: _____

| · PILOT · |
| --- |
| Show Company |
| Name and Order |
| Number on Flight |
| Sheet or Manifest |

☐ FIXED WING   ■ HELICOPTER   TYPE: AW139

ADDITIONAL CREW:   ☐ REQUIRED   ■ NOT REQUIRED

Crew to RON:   Yes   No   Housing/Transportation   Yes   No

DATE: 22/02/2020   TIME: 5:42   TERM: See R. Estep for Non-Subscriber rate.

Departure Point: HUM>MC519>TERREBONE GENERAL>HUM

Field Location & Type of Work: Tony Breaux from fieldwood called requesting medevac at MC519 for a patient with mental instability and suicide attempt. PHI Fuel was approved.

_____

_____

Pilot: Reference Company Name and Order Number on Flight Log and Manifest

Please VERIFY Coordinates, Location, Frequency & Fuel Availability BEFORE FLIGHT!

Location Ph. # _____

Radio Freq/Tone _____

Fuel At Destination   | Yes | No | Approved | Size: | Capacity S92 |

(Special Equipment, Etc.) _____

Center Block Coordinates: 28-28.13N 088-12.94W

Accounting Information:   Pilot: Schaer/Merriman

Aircraft Type Used: AW139   Aircraft No.: N113CV

Rate Quoted:   ☐ Charter   ■ Other   (Explain)

☐ Wet   ☐ Dry   _____

Minimum Charges:   ☐ Standard   ■ Other (Explain)

Additional Crew Required: ☐ Yes   ■ No

_____

_____

Completed By: *Adriana Roberts*   Date: 22/02/2020



| Era Emergency SAR-Air Ambulance Request | | | | | | |
|---|---|---|---|---|---|---|
| **Primary Phone #: 1-800-655-1414** | | | **Secondary Phone #: 1-337-656-4803** | | | |
| Requesting Company Name | Fieldwood | | | EMS SAR Case or G #: 32732 | | |
| Address | | | | Initial Call Received: 5:42 | | |
| Represented by | Tony Breaux | | | | | |
| Telephone No. | 337-210-8698 | | | SAR Crew Notified: 5:53 | | |
| Customer Order/AFE#/Production# | | | | | | |
| Aircraft Tail #: | N113CV | PILOTS: Schaerl/Merriman | | DATE: 22/02/2020 | | |
| TSA "No Fly List" Required Patient Information | Patient Name: | | Nationality/Passport # | Age | Sex | DOB (mm/dd/yyyy) |

| Medical Data | Nature of Emergency: Mental Instability Suicide attempt. | | CAT: 3 | |
|---|---|---|---|---|
| | Treatment Provided: Yes | | | |
| | On Scene Medical Personnel | ☐First Responder | ☐EMT-Basic | ☐EMT-Intermediate |
| | | ☒Paramedic | ☐RN or Physician Assistant | ☐Medical Physician |
| | Designated arriving Hospital: Terrebonne General | ER Phone number: | ER VHF Comms.: | |

| Vessel or Offshore Platform Data | Name of person making report and Phone number: Tony Breaux 337-210-8698 | Phone Number of Location: 2816197472 |
|---|---|---|
| | Vessel or Platform Name: Rowan Resolute | Block Number: MC619 |
| | Coordinates (Lat/Long): 28-28.13N 088-12.94W | Course/Speed (Vessel only): |
| | Vessel platform Discrete Comms. Channels: 123.050 | Vessel Length or Helideck Size/Rating: S92 |
| | Fuel Provided: Yes (PHI approved) | Monitoring Freq. |

| Mission Data | Hoist: No | IFR Flight: No |
|---|---|---|
| | DVFR Flight: No | NVG/Customs Flight: No |
| | Delayed Response: No | Reason: NA |

| Era Operational Control | Initiating Flight Coordinator: Adriana Roberts Completing Flight Coordinator: Adriana Roberts | | | Time Briefed: 6:00 | | |
|---|---|---|---|---|---|---|
| Launch time: 6:19 | Arrival on scene: 7:27 | Depart scene: 7:42 | Arrival to hospital: 8:43 | In Service: 8:52 | Arrive Home: 8:52 | Total Flight Time: 2.2 |
| Mileage: | 143 | | 147 | | 4 | Total Mileage: 294 |

**Only certified medical personnel may prescribe, or provide, medical advice**



**Era Helicopters LLC**
945 Bunker Hill Rd. Suite 650
Houston, TX 77024
(337) 478-6131
EMPLOYER IDENTIFICATION NUMBER
20-2421616

Remittance Address

Era Helicopters LLC
Acct #: 296099739
Bank Name: JP Morgan Chase
ABA/Routing #: 021000021

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX 77042

G-32735
Attn: Accounts Payable                    PO# 4503762596

| INVOICE NO: 24526626 | TERMS: Net 30 Days | DATE: March 19, 2020 |
|---|---|---|

### HELICOPTER SERVICE

**AW139 Charter (N113CV)**
3/10/2020

| 4.1 | Hours | @ | $10,000.00 | per Hour | = | $41,000.00 |
|---|---|---|---|---|---|---|

SUBTOTAL:                    $41,000.00

TOTAL INVOICE:          **$41,000.00**

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT



# JOURNEY LOG

FORM A-004 REVISION 20
PAGE 1 OF 1

FLIGHT CODES:  BLANK – STANDARD REVENUE   TRN – TRAINING   CUR – CURRENCY   RTB – RETURN TO BASE   OCF – OPS CHECK FLIGHT   RPN – REPOSITION   COM – COMPANY   INF – INFRASTRUCTURE

| LEG # | ARR LOC | DEP LOC | HER | FLT CODE | PAX # | CARGO WT | A/C BEW | ACTUAL I/O WT | MATW | CG FWD | AFT | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS (SKID #, HOIST #, ETC) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | EC581 | KHUM | ✓ | | 3 | 0 | | 19868 | 19904 | 2103 | 2357 | 1311 | 1423 | 1437 | 32 | 3 | 2 | 180=46.4 |
| 2 | MC514 | | | | 3 | 0 | | 14233 | 14994 | 2103 | 2157 | 1311 | 1423 | 1437 | 32 | 3 | 2 | 140=46.4 |
| 3 | 921A | | | | 4 | 0 | | 14201 | 14994 | 210.2 | 215.7 | 2189 | 1638 | 1749 | 186 | 0 | 0 | 140=250 |
| 4 | KHUM | | | | 3 | 0 | | 13621 | 14994 | 209.8 | 2157 | 7412 | 1623 | 1259 | 65 | 0 | 0 | 140=572.2 |
| 5 | | | | 13 | | | | | 14994 | 207.8 | 271.1 | 1187 | 1813 | 1120 | 4 | 4 | 3 | 140=572.2 |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |

A/C REG  NINCV
START DATE  5/18/20
PIC  Riddell
SIC  Brenner

CUSTOMER/CONTRACT  Fieldwood
SPECIAL #  53-7450  3.5
HOBBS START

BSEE CODES

HOBBS END  947.4 0 1

PARAMETERS

| | ENG 1 | ENG 2 |
|---|---|---|
| APU/HR | | |
| APU CYCLE | | |
| WINSTART | 1 | 2 |
| WINSTOP | | |

| | OAT | PA | N3/TQ | TP | ITT/ TEMP |
|---|---|---|---|---|---|
| GG | | | | | |
| PP | | | | | |
| GB | | | | | |
| CAT/A-TRG | | | | | |

READINGS

| | ENG 1 | ENG 2 |
|---|---|---|
| OAT | | |
| PA | | |
| TQ | | |
| NG | | |
| TEMP | | |

POWER CHECK

| MARGINS | ENG 1 | ENG 2 |
|---|---|---|

REMARKS CONTINUED

EC581 Fuel = 198 gals
MC514 Fuel = 255.5 gals
KHUM Fuel = 325 gals
Per Fuel approved by Steve in Comm Center

**** FORWARD BOTH COPIES TO ACCOUNTING WITH RECEIPTS, MANIFESTS, ETC. ATTACHED ****



1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24964

Recording Date: 7/16/2020 01:40:53 PM

Document Type: LABOR/MATERIAL LIEN
Addtl Titles Doc Types:

Mortgage Instrument Number: 1334981

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court