**Exhibit 7**

# St. Bernard Parish Certified Copy

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
|---|

**First MORTGAGEE**

| ATLANTIC MARITIME SERVICES LLC |
|---|

**Index Type :** MORTGAGES

**File Number :** 633341

**Type of Document :** LIEN

**Book :** 1945 **Page :** 419

**Recording Pages :** 35

**Description :** STATEMENT OF PRIVILEGE

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:13:46PM

Doc ID - 008075750035

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 12:13:46
Recorded in Book 1945 Page 419
File Number 633341

Deputy Clerk /S/MANDY B. FLEETWOOD

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

(Mississippi Canyon 519 #3)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$169,344.42** plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is April 5, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 519, Lease No. OCS-G-27278** (the "Lease"), and **Well #3 (OCS-G-27278)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from January 29, 2020, until April 5, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: JASON R MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836


VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005248
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC 519 #3

AFE #: FW202001

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| Description | | Amount |
|---|---|---|
| CAMERON<br>INVOICE#916672287 DATED:4/06/2020 | $ | 41,330.5 |
| RELIANT<br>INVOICE#870178-0 DATED:3/27/2020 | $ | 1,047.0 |
| SWIRE OILFIELD SERVICES, LLC<br>INVOICE#136066 DATED:4/22/2020 | $ | 1,486.2 |
| MARTIN ENERGY SERVICES<br>INVOICE#715784 DATED:3/24/2020 | $ | 4,750.0 |
| Handling Charges @ 5%(601) | $ | 2,430.6 |

**AMOUNT DUE: $ 51,044.4**

**Rig Manager's Approval:** ______________

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben
Date: 2020.05.15 10:29:13 -05'00'

| | | |
|---|---|---|
| $ | (48,613.73) | 024000.10417.4202.110 |
| $ | (2,430.69) | 810510.10417.4202.110 |
| $ | (48,613.73) | 810650.10417.4202.110 |
| $ | 48,613.73 | 919250-10417.4202.110 |

ED

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply Reply All Forward ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212- 5430p | +1 832-206-8315m
Brian.rodgers@valaris.com


# INVOICE

Invoice No : 916672287
Invoice Date : APR 06 2020
Page : 1 of 2

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: [REDACTED]

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: [REDACTED]
ABA No: [REDACTED]
Swift No: [REDACTED]

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: [REDACTED]
ABA No: [REDACTED]

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

Payment Terms : Net 30 Days
Terms & Conditions : As Attached/Included
Freight Terms : Ex Works
HOUSTON DISTRIBUTION CENTER
Ship From : HOUSTON - 4800 WEST GREENS ROA
Shipped Date : APR 06 2020

Invoice To : 20004627
ENSCO DRILLING
ATTN ACCOUNTS PAYABLE
P.O. Box 570788
HOUSTON TX 77257-0788
USA

Ship To : 40008095
ENSCO DRILLING
620 MOULIN RD
BROUSSARD LA 70518
USA

Inside Sales Contact : Johnny Olachia 832-787-8686
Outside Sales Contact : ALAN THIBODEAUX 281-753-2922
Sales Order : 3769830
Delivery Number : 88567079

Customer Reference : 10013-0000454331
Functional location : 10943607
Description : ROWAN RESOLUTE RIG 202
Placed by : ERNESTINE CASTILLO
Project Name : ROWAN RESOLUTE RIG 202
Project/Reference : ROWAN RESOLUTE RIG 202

Ship To Address
RIG 202 RESOLUTE
620 MOULIN ROAD
BROUSSARD LA 70518
United States

PACKAGED ELASTOMERS

NOTE: ALL PACKAGED ELASTOMERS (NOT ASSEMBLED IN EQUIPMENT, OTHER THAN RAM ASSEMBLIES) SUPPLIED BY CAMERON WILL HAVE A MINIMUM SHELF LIFE OF 3 YEARS AT TIME OF SHIPMENT EX CAMERON PLANT/WAREHOUSE. CAMERON HAS ESTABLISHED RECOMMENDED USAGE LIFE CRITERIA FOR ELASTOMERIC MATERIALS USED IN CAMERON EQUIPMENT BASED ON MIL-STD-1523 AND MIL-HDBK-695 STANDARDS. FOR SPECIFIC STORAGE CRITERIA REQUIRED TO MAXIMIZE ELASTOMER SHELF LIFE, PLEASE CONTACT YOUR CAMERON REPRESENTATIVE.

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|



Invoice No : 916672287

Price summary :

| | |
|---|---|
| Total Price : | 41,330.52 USD |
| State Tax : | 0.00 USD |
| Total Invoice Value : | 41,330.52 USD |

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
670 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID: 0000232728
Date: 02/12/2020
Page: 1

Attention: WAREHOUSE
REQ Type: Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 0240(X)1 64436(H)0(X) | EA | SEAL,CAMERON,024369-53,TOP,F DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U I RAM BLOCK | 8,114.25 32,457.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO: EAR99   HTS NO: 8484200090   UNSPSC NO:

CAMERON QUOTE# 1775565

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 8 | 0240L0 64905801 0002 | EA | SEAL-TOP,CAMERON,645008-01-50-02,18-3/4IN,API 16A 15MP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 7,800.00 | 09 - 09 BLOW OU | VC |

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO: EAR99   HTS NO: 4016935030   UNSPSC NO.

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

Cost Code: 3060-15
L. Butler 2-13-20

Total Requisition Amount: 40,257.00

R4202 — DIM
02/12/2020 — DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE — Operator (Print)
[signature] — Rep Signature
Sean Rains — Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO. 0000232728

RIG MGR / OPERATIONS MGR — DATE

NOTE: Any additions or deletions must be initialed

BUYER — DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED ____

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000232723
Date: 02/12/2020
Page 1

Attention: WAREHOUSE

REQ Type Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 64436000 | EA | SEAL,CAMERON,2243169-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U I RAM BLOCK | 8,114.25 32,457.00 | 09 - 09-BLOW OL | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: FAR99 HTS NO: 8484200000 UNSPSC NO:

CAMERON QUOTE# 1775566

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 8 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A 15M CLASS EF,W 8-HR EXCURSION TO 350 DEG F | 975.00 7,800.00 | 09 - 09 BLOW OL | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: FAR99 HTS NO: 4016995000 UNSPSC NO.

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

Cost Code: 3060-15
L. Butler 2-13-20

Total Requisition Amount 40,257.00

R4202 02/12/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
Sean Rains (signature)
Rep Signature
Sean Rains
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO. 0000232728

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: DATE FAXED

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 APPROVED
Req ID: 0000232728
Date: 02/12/2020
Page 1

Attention: WAREHOUSE

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 64436903 | EA | SEAL,CAMERON,644369-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8484200000 UNSPSC NO:

CAMERON QUOTE# 1775566

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 8 | 024000 645068010002 | EA | [redacted] | [redacted] | | VC | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 4016930000 UNSPSC NO:

Total Requisition Amount: 40,257.00

| | | | |
|---|---|---|---|
| R4202 OIM / 02/12/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000232728 |
| | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR / DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER / DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: DATE FAXED:

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 APPROVED
Req ID: 0000232728
Date: 02/12/2020
Page 2

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: WAREHOUSE

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY: PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

R4202 02/12/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000232728

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: DATE FAXED:

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 APPROVED
Req ID: 0000232728
Date: 02/12/2020
Page 3

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: WAREHOUSE

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

FIELDWOOD RE-BILL FOR VBR SEALS DUE TO CEMENT IN RAMS
CAMERON QUOTE# 1775566
PLEASE SEE ATTACHED SIGNED RE-BILL

R4202 — OIM
02/12/2020 — DATE

RIG MGR / OPERATIONS MGR ____ DATE ____

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print) ____

Rep Signature ____

Rep Name (Print) ____

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000232728

BUYER ____ DATE ____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: DATE FAXED:



Your Office Resource Partner®

# INVOICE

Reliant Business Products
ID# 76-0362571
10641 Haddington Dr #100
Houston, TX 77043

Local Phone: 713-425-5819
Toll Free: 800-690-2745
Fax: 713-425-5820
Web: www.rbp.com

| Invoice Number | Invoice Date | Customer # / Dept | Page |
|---|---|---|---|
| 870178-0 | 03/27/20 | 7123 BROU | of |
| Cost Center | BROUSSARD, LA | | |
| Buyer | ERNESTINE CASTILLO | | |

| BILL TO ADDRESS | SHIP TO ADDRESS |
|---|---|
| ENSCO OFFSHORE COMPANY<br>ATT: ACCT/PAYABLE<br>P.O. BOX 570788<br>HOUSTON TX 77257<br>713-789-1400 | ROWAN VALARIS RESOLUTE<br>10013-0000456251<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>ATTN: SHIP TO RELIANT FOR PROCESSING |

| CUSTOMER PURCHASE ORDER | TERMS | SALESPERSON | OT | PAYCODE | CODE | ROUTE |
|---|---|---|---|---|---|---|
| 10013-0000<br>10013-0000456251 | DUE ON RECEIPT | DICK KELLER | 0019 | CHARGE | I E | 0000 |

| ITEM NUMBER | MFG | ITEM DESCRIPTION | UM | ORD QTY | B/O QTY | SHIP QTY | SELL PRICE | EXTEND PRICE |
|---|---|---|---|---|---|---|---|---|
| 2091SR11T | HON | [redacted] | EA | 3 | | 3 | 349.00 | 1047.00 |

**Return Policy:** All merchandise returns and exchanges, excluding furniture, may be returned within thirty (30) days, from date of invoice. Unopened furniture and electronic items may be returned within five (5) business days. Certain medical and food related items are not eligible for return. Special order products or assembled furniture items are non returnable.

If an item is missing or shorted from your order, Reliant must be notified within 24 hours.

| | |
|---|---|
| Subtotal: | 1047.00 |
| Tax: | |
| Total Due: | 1047.00 |

Delivery Instructions

Manifest Instructions

# Valaris

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000234339
**Date:** 03/26/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type Supply

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 3 | 911514 HON2091SR11T | EA | [redacted] | 349.00 1,047.00 | 58 - 58-OFFICE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99    HTS NO: 9401710000    UNSPSC NO:

FIELDWOOD RE-BILL - OFFICE CHAIRS

Total Requisition Amount: 1,047.00

FIELDWOOD RE-BILL - OFFICE CHAIRS

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

Acct Code # 3060-15
3/26/20

| R4202 OIM | 03/26/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000234339 |
|---|---|---|---|---|
| [signature] RIG MGR / OPERATIONS MGR | 3/26/20 DATE | FWE Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature] Rep Signature | | BUYER |
| | | Mark Otis Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

SWIRE OILFIELD SERVICES, LLC

28420 HARDY TOLL RD.
SUITE 130
SPRING, TX 77373
PHONE: (985) 851-6741 FAX: (985) 851-0152
www.swireos.com
usa.invoicing.sm@swireos.com

INVOICE: 136066
Invoice Date: Monday, March 23, 2020
Due Date: 4/22/2020

Ship Via : SWIRE OILFIELD SERVICES
Ship To : ENSCO
Lease/OCSG : 14658
AFE Number : 10013-0000454602
Area/Block : MC 822
Rig Number : RESOLUTE
Well Number :
State : OFF
County : OFFSHORE
Job Type : OFFSHORE
Job Number :
Contractor :
Blanket Order :
VAT Reg :

Dispatcher: BRANDON.FERNANDEZ
Cust No. EN1000
INVOICE TO : ENSCO
PO BOX 570788
HOUSTON, TX USA 77257-0788
Phone: (713)789-1400

Ordered By : KENYA MAXILE
PO Number: 10013-0000454602

(DELIVERY TICKET 199251)

| QTY | DESCRIPTION | CAT | MINIMUM | BILL FROM THRU | ADD DAYS | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| | BILLING PERIOD IS 03/01/20 – 03/17/20 | | | | 0 | | |
| 1 | [redacted] E | 7450 | $1,486.21 | 3/17/2020 3/17/2020 | 0 | $0.00 | $1,486.21 |

Total Rental Charges $0.00 SubTotal : $1,486.21

THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... $1,486.21

NET 30 DAYS. Interest will be charged on all past due accounts at a rate of 1.5% per month on the unpaid balance, an annual percentage rate of 18%. Should it become necessary to turn this account over to an attorney for collection, customer agrees to pay attorney's fees, court cost and all other collection expenses. Customer is responsible for all applicable Sales & Use Tax.

**Valaris**

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000232742
Date: 02/12/2020
Page 2

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: MARINE / BARGE SUPERVISOR

REQ Type: OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP | | | | | | | | |
| 3 | | 024001 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICES TRANSPORTATION FOR HELIFUEL TANK FROM FIELDWOOD DOCK TO SWIRE YARD HOUMA | 486.21 / 486.21 | 82 - THIRD PART | S | | | |

Line Item Exempt: N

Available Substitutes  Item Desc:

ECCN NO:  HTS NO:  UNSPSC NO:

TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LA FROM FIELDWOOD DOCK IN FOURCHON, LA FOR HELIFUEL TANK CLEANING PROCESS

Total Requisition Amount  1,486.21

FIELDWOOD RE-BILL FOR SWIRE TO CLEAN HELIFUEL TANK AND TO TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 02112020-001

AFE: FW202003
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

Cost Code: 3060-15

R4202 OIM | 02/12/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Fields ETRR No. by Item | PURCHASING ONLY FR NO: 0000232742

FWE
Operator (Print)
[signature]
Rep Signature
Sean Rains
Rep Name (Print)

RIG MGR / OPERATIONS MGR  DATE

NOTE: Any additions or deletions must be initialed

BUYER  DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOUTON ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000232742
Date: 02/12/2020
Page: 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type: OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE SWIRE OILFIELD SERVICES,DISPOSAL OF 50 GALLONS OF HELICOPTER FUE | 250.00 250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Substitutes Item Dose :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE QUOTE# 02112020-001
DISPOSAL OF 50 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | [redacted] | 250.00 250.00 | 82 - THIRD PART | S |

Line Item Exempt : N
Available Substitutes Item Dose :

ECCN NO: HTS NO: UNSPSC NO:

CLEAN INTERIOR OF HEL FUEL TANK WITH A THREE PART PROCESS. 1. RINSE TANK OUT COMPLETELY. 2. STEAM CLEAN INSIDE OF TANK COMPLETELY WITH HOT WATER AND SOAP. 3. RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL

R4202 — OIM

02/12/2020 — DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000232742

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___ DATE FAXED: ___

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit:10013    APPROVED
Req ID:0000232742
Date: 02/12/2020
Page   1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type        OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 1 | 024000 | EA | ███████ | 250.00 / 250.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

| 2 | 1 | 024000 | EA | SWIRE QUOTE# 02112020-001 DISPOSAL OF 50 GALLONS OF HELICOPTER FUEL ███████ | 750.00 / 750.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes    Item Desc :

ECCN NO:                HTS NO:                UNSPSC NO:

CLEAN INTERIOR OF HELIFUEL TANK WITH A THREE PART PROCESS. 1. RINSE TANK OUT COMPLETELY. 2. STEAM CLEAN INSIDE OF TANK
COMPLETELY WITH HOT WATER AND SOAP. 3. RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL.

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:        0000232742

| R4202 | 02/12/2020 |
|-------|------------|
| OIM | DATE |

Operator (Print)

RIG MGR / OPERATIONS MGR        DATE

Rep Signature

NOTE: Any additions or deletions
must be initialed

Rep Name (Print)

BUYER                DATE

# Valaris

**Valaris Field Requisition**

Business Unit: 10013 APPROVED
Req ID: 0000232742
Date: 02/12/2020
Page 2

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: MARINE / BARGE SUPERVISOR

REQ Type OFFSHORE SERVICE

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP. | | | | | | |
| 3 | 1 | 024000 | EA | [redacted] | 486.21<br>486.21 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LA FROM FIELDWOOD DOCK IN FOURCHON, LA FOR HELIFUEL TANK CLEANING PROCESS

Total Requisition Amount: 1,486.21

FIELDWOOD RE-BILL FOR SWIRE TO CLEAN HELIFUEL TANK AND TO TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 02112020-001
PLEASE SEE ATTACHED SIGNED RE-BILL

| | | | |
|---|---|---|---|
| R4202 — OIM<br>02/12/2020 — DATE<br><br>RIG MGR / OPERATIONS MGR — DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br><br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000232742<br><br>BUYER — DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: NO: DATE FAXED:

MARTIN ENERGY SERVICES

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 4/23/2020 | 428694 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000455827 | | CARINA FERNANDEZ | CARINA.FERNANDEZ@VALARIS.COM | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 03/20/20 | 426308 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 3/24/2020 | 715784 | Page 2 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 4/23/2020 | 428694 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 03/20/20 | 426308 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 03/20/20 | 426308 | 35.000000 | 70.00 |
| 2.000000 | EA | .496215 | | 03/20/20 | 426308 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 03/20/20 | 426308 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 03/20/20 | 426308 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 03/20/20 | 426308 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL # 03242020201427

# Valaris

#428694

## Purchase Order

Page 1

Dispatch via E-Mail

10013-0000455827

| BUYER/BILL TO: | | |
|---|---|---|
| ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000455827<br>03/19/2020<br>R202- RESOLUTE<br>United States |
| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>CPort 2<br>ORLOV TA-9 ST-01<br>well # GC-200<br>OCSG: 12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |
| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
| BUYER: Carina Salvini Fernandez<br>EMAIL: carina.fernandez@valaris.com<br>PHONE: 55 22 791 8502<br>FAX: 55 22 798 2254 | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | [redacted] | 10.00 | EA | 440.00 | 4,400.00 | 3 | 0000233894 |
| | | | | | Due Date 03/26/2020 | | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |
| 2-1 | 8885604 | [redacted] | 10.00 | EA | 35.00 | 350.00 | 3 | 0000233894 |
| | | | | | Due Date 03/19/2020 | | | |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | AFE Cd: | | | |

Total PO Amount 4,750.00

Buyer

Carina Salvini Fernandez

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE--
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

MARTIN ENERGY SERVICES

# FUEL/YARD TICKET

NO 959914

Martin Energy Services LLC
Three Riverway Suite 400
Houston Texas 77056
(800) 962 8307

428694

FYTK9599

JDE # 428694
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☐ SALE ☐ CO USE

| | | | |
|---|---|---|---|
| BILL TO Enseco Rowan | CUSTOMER NO 3430 | DATE 3-20-20 | |
| ORDERED BY Carma Salvini | | PO NO /AFE 10013-0000455824 | |
| PHONE NO 552 791 8502 | | LEASE NO | |
| AREA/BLOCK GC 200 | OCSG# 12209 | WELL NO STd/ ORLov TA 9 | |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM | |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 149346 Sling# 99062 8 | |
| | CRANE | TK# 368246 Sling# 98485 15 | |
| | FORKLIFT | TK# 186424 Sling# 96312 2 | |
| | EQUIPMENT OPERATOR | Manifest # ~~304707~~ | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR Diesel Fuel 3 NA 1993 PGIII 15 ppm sulfur (maximum) Dyed Ultra Low Sulfur Diesel Fuel For use in all nonroad diesel engines Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code Nontaxable Use Only Penalty for Taxable Use | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 494768 | | tote tank | | 10 | 10 |
| 494216 | | tote tank sling | | 10 | 10 |
| | | TK# 228060 Sling# 99526 19 | | | |
| | | TK# 212842 Sling# 96434-24 | | | |
| | | TK# 224004 Sling# 97564 4 | | | |
| | | TK# 236625 Sling# 96434-1 | | | |
| | | TK# 219012 Sling# 96434 14 | | | |
| | | TK# T-81373 Sling# 99525 12 | | | |
| | | TK# 202396 Sling# 98485 19 | | | |

DRUMS DELIVERED DRUMS RETURNED

| GAUGINGS | BEFORE | AFTER |
|---|---|---|
| TANK | | |

WATER METER READINGS START STOP GALS

TERMINAL ______ SUPPLIER ______ BOL # ______ METER TKT # ______ TRUCK# ______ TRAILER # ______

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ______ INITIALS ______ TOTAL REC D $ ______

TERMS & CONDITIONS THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http//martinlegaldocs com/sales/tc/mes/v8/doc pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING

This is to certify that the above-named materials are properly classified described packaged marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

EPA Registered Entity #4954 Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS (800) 421-4738

APPROVED BY X Cody Ledet
Customer Signature

X BOL 13683686
Martin Driver Signature

Michael Connes
Martin Energy Services Representative

4879 - 25207
Truck and Trailer No

REV 12/18
FORM NO 107



**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000233894
Date: 03/13/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8885604 | EA | [redacted] | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS REQUESTED BY ANGELO RIZZITELLO (CHIEF ENGINEER)

| R4202 03/13/2020<br>OIM [signature] A. Chase DATE 14 MAR 20<br>RIG MGR / OPERATIONS MGR DATE<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000233894<br>BUYER DATE |
|---|---|---|---|

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: 580047

ACCT CODE 3060-15
L. Butler 3-13-2020



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005246
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER MC 519 #3

AFE #: FW202001

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 1-5, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 395 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 55,300.0 |

AMOUNT DUE: $ 55,300.0

Rig Manager's Approval: ____________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben Date: 2020.05.15 10:25:42 -05'00'

| | | |
|---|---|---|
| $ | (55,300.00) | 810620.10417.4202.110 |
| $ | (13,275.74) | 912812.10417.4202-110 |
| $ | 13,275.74 | 919220.10417.4202.110 |
| | ($19,115.40) | 912814.10417.4202-110 |
| | $19,115.40 | 919220.10417.4202.110 |

ED

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airogs | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHOE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mi Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 81 | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL OVER CONTRACT | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL: 405

TOTAL: 395

TOTAL BILLABLE $ 65300

AFE: FW202001
Lease: MC 519 #3
Project:. Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

OIM APPROVAL: [signature]

ACCT CODE: 3060-45
J. Britton . 5-1-2020

C:\Users\...\2020 3rd Party Meal\Rest.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Genovesa AFE # FW202001 Routing#980047

| Group Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHOE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Butner Fire Control | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mi Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | 7 | 7 | 7 | 7 | 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 24 | 24 | 24 | 24 | 24 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Completions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 81 | 81 | 81 | 81 | 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 79 | 79 | 79 | 79 | 79 | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL: 405

TOTAL: 395

TOTAL BILLABLE $ 55300

AFE: FW202001
Lease: MC 519 #3
Project: Genovesa
Engineer: E. Flanagan
Routing #: [redacted]

OIM APPROVAL: [signature]

ACCT CODE: 3060-45
[initials] . Britton . 5-1-2020



Era
HELICOPTERS LLC

**Era Helicopters LLC**
945 Bunker Hill Suite 650
Houston, TX 77024
713-369-4700

Remittance Address
Era Helicopters LLC
Acct #: [REDACTED]
Bank Name: JP Morgan Chase
ABA/Routing #: [REDACTED]

EMPLOYER IDENTIFICATION NUMBER
[REDACTED]

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX 77042

RECEIVED
MAR 05 2020

AO# G- 32732
Attn: Accounts Payable

INVOICE NO: 24526531 TERMS: Net 30 Days DATE: February 27,2020

## HELICOPTER SERVICE

**AW139 SAR Charter (N113CV)**
February 22, 2020

| | | | | | | |
|---|---|---|---|---|---|---|
| 2.2 | Hours | @ | $10,000.00 | per Hour | = | $22,000.00 |

**SUBTOTAL:** $22,000.00

M. Cooper
Resolute- FW202001
Valaris

**TOTAL INVOICE: $22,000.00**

MW

FWE Responsible per contract

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT



# JOURNEY LOG

FORM A-004 REVISION: 20

PAGE 1 OF 1

FLIGHT CODES: BLANK - STANDARD REVENUE TRN - TRAINING CUR - CURRENCY RTB - RETURN TO BASE OCF - OPS CHECK FLIGHT RPN - REPOSITION COM - COMPANY INF - INFRASTRUCTURE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A/C REG | N113CV | PIC | SCHAER | CUSTOMER/CONTRACT | FIELDWOOD | BASE CODES | |
| START DATE | 22 FEB 2020 | SIC | MERRIMAN | SPECIAL # | 3205 | | |
| DEP LOC | KHUM | A/C HRS | 10757 | HOBBS START | | | |

| LEG # | ARR LOC | IFR ✓ | FLT CODE | PAX # | CARGO WT | ACTUAL T/O WT | MATW | CG | FWD | AFT | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS (SLINGS, HOISTS, ETC.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MC519 | | | 3 | 0 | 14572 | 14994 | 211.7 | 205.2 | 216.1 | 2606 | 0615 | 0727 | 1384 | 68 | 2 | HO≈ 450' |
| 2 | 92LA | | | 4 | 0 | 14514 | 14994 | 211.1 | 205.2 | 216.1 | 2399 | 0747 | 0843 | 1340 | 61 | 0 | HO≈ 450' |
| 3 | KHUM | | | 1 | 0 | 13008 | 14994 | 208.2 | 203.3 | 216.9 | 1318 | 0847 | 0852 | 1243 | 5 | 2 | HO≈ 450' |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | 8 | | | | | | | | | | | 134 | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | |

HOBBS END

PARAMETERS

| | ENG 1 | ENG 2 |
|---|---|---|
| GG | | |
| PT | | |
| IMP | | |
| GE | | |

| | |
|---|---|
| APU HR | |
| APU CYCLE | |

| CAT A TNG | |
|---|---|

| | 1 | 2 |
|---|---|---|
| WINDSTART | | |
| WINDSTOP | | |

POWER CHECK

READINGS

| | | |
|---|---|---|
| OAT | | |
| PA | | |
| | ENG 1 | ENG 2 |
| TQ | | |
| NG | | |
| TEMP | | |

MARGINS

| | ENG 1 | ENG 2 |
|---|---|---|
| Ni/TQ | | |
| ITT/TEMP | | |

REMARKS CONTINUED

PHI fuel approved by PHI Heidi - 158 G

*** FORWARD BOTH COPIES TO ACCOUNTING WITH RECEIPTS, MANIFESTS, ETC. ATTACHED ***

 # AIRCRAFT ORDER

Era Helicopters LLC

G #32732

COMPANY NAME: Fieldwood

ADDRESS:

Represented By: Tony Breaux

Telephone No: 337-210-8698

Customer Order No:

· PILOT ·
Show Company Name and Order Number on Flight Sheet or Manifest

☐ FIXED WING ■ HELICOPTER TYPE: AW139

ADDITIONAL CREW: ☐ REQUIRED ■ NOT REQUIRED

Crew to RON: Yes No Housing/Transportation Yes No

DATE: 22/02/2020 TIME: 5:42 TERM: See R. Estep for Non-Subscriber rate.

Departure Point: HUM>MC519>TERREBONE GENERAL>HUM

Field Location & Type of Work: Tony Breaux from fieldwood called requesting medevac at MC519 for a patient with mental instability and suicide attempt. PHI Fuel was approved.

Pilot: Reference Company Name and Order Number on Flight Log and Manifest

Please VERIFY Coordinates, Location, Frequency & Fuel Availability BEFORE FLIGHT!

Location Ph. #

Radio Freq/Tone

Fuel At Destination | Yes | No | Approved | Size: | Capacity S92

(Special Equipment, Etc.)

Center Block Coordinates: 28-28.13N 088-12.94W

Accounting Information: Pilot: Schaer/Merriman

Aircraft Type Used: AW139 Aircraft No.: N113CV

Rate Quoted: ☐ Charter ■ Other (Explain)
☐ Wet ☐ Dry

Minimum Charges: ☐ Standard ■ Other (Explain)

Additional Crew Required: ☐ Yes ■ No

Completed By: *Adriana Roberts* Date: 22/02/2020



# Era Emergency SAR-Air Ambulance Request

| Primary Phone #: 1-800-655-1414 | Secondary Phone #: 1-337-656-4803 | |
|---|---|---|
| Requesting Company Name | Fieldwood | EMS SAR Case or G # 32732 |
| Address | | Initial Call Received: 5:42 |
| Represented by | Tony Breaux | SAR Crew Notified: 5:53 |
| Telephone No | 337-210-8698 | |
| Customer Order#/AFE#/Production# | | |
| Aircraft Tail # | N113CV PILOTS: Schaer/Merriman | DATE: 22/02/2020 |

| TSA "No Fly List" Required Patient Information | Patient Name: | Nationality/Passport # | Age | Sex | DOB (mm/dd/yyyy) |
|---|---|---|---|---|---|

| Medical Data | | | |
|---|---|---|---|
| Nature of Emergency: Mental Instability Suicide attempt | | CAT: 3 | |
| Treatment Provided: Yes | | | |
| On Scene Medical Personnel | ☐First Responder | ☐EMT-Basic | ☐EMT-Intermediate |
| | ☒Paramedic | ☐RN or Physician Assistant | ☐Medical Physician |
| Designated arriving Hospital: Terrebonne General | | ER Phone number: | ER VHF Comms.: |

| Vessel Or Offshore Platform Data | |
|---|---|
| Name of person making report and Phone number: Tony Breaux 337-210-8698 | Phone Number of Location: 2816197472 |
| Vessel or Platform Name: Rowan Resolute | Block Number: MC519 |
| Coordinates (Lat/Long): 28-28.13N 088-12.94W | Course/Speed (Vessel only): |
| Vessel platform Discrete Comms, Channels: 123.050 | Vessel Length or Helideck Size/Rating: S92 |
| Fuel Provided: Yes (PHI approved) | Monitoring Freq. |

| Mission Data | |
|---|---|
| Hoist: No | IFR Flight: No |
| DVFR Flight: No | NVG/Customs Flight: No |
| Delayed Response: No | Reason: NA |

| Era Operational Control | |
|---|---|
| Initiating Flight Coordinator: Adriana Roberts<br>Completing Flight Coordinator: Adriana Roberts | Time Briefed: 6:00 |

| Launch time: 6:19 | Arrival on scene: 7:27 | Depart scene: 7:42 | Arrival to hospital: 8:43 | In Service: 8:52 | Arrive Home: 8:52 | Total Flight Time: 2.2 |
|---|---|---|---|---|---|---|
| Mileage: | 143 | | 147 | | 4 | Total Mileage: 294 |

**Only certified medical personnel may prescribe, or provide, medical advice**



Era Helicopters LLC
945 Bunker Hill Rd. Suite 650
Houston, TX 77024
(337) 478-6131
EMPLOYER IDENTIFICATION NUMBER
20-2421616

Remittance Address

Era Helicopters LLC
Acct #: [redacted]
Bank Name: JP Morgan Chase
ABA/Routing #: [redacted]

Fieldwood Energy (490218)
W. Sam Houston Parkway South
Suite 1200
Houston, TX 77042

G-32735
Attn: Accounts Payable

PO# 4503762596

INVOICE NO: 24526626 TERMS: Net 30 Days DATE:March 19, 2020

HELICOPTER SERVICE

AW139 Charter (N113CV)
3/10/2020

| 4.1 | Hours | @ | $10,000.00 | per Hour | = | $41,000.00 |
|---|---|---|---|---|---|---|

SUBTOTAL: $41,000.00

**TOTAL INVOICE: $41,000.00**

INTEREST CHARGE OF 1 1/2% PER MONTH (TRUE INTEREST OF 18% PER ANNUM) IS EFFECTIVE THIRTY DAYS AFTER BILLING DATE.
PLEASE SPECIFY INVOICE NUMBER ON PAYMENT

Era

# JOURNEY LOG

FORM A-004 REVISION: 20
PAGE 1 OF 1

FLIGHT CODES: BLANK – STANDARD REVENUE TRN – TRAINING CUR – CURRENCY RTB – RETURN TO BASE OCF – OPS CHECK FLIGHT RPN – REPOSITION COM – COMPANY INF – INFRASTRUCTURE

| A/C REG | N173CV | PIC | Riddell | CUSTOMER/CONTRACT | Fieldwood | BSEE CODES |
|---|---|---|---|---|---|---|
| START DATE | 3/10/20 | SIC | Brickley | SPECIAL # | 327 35 | |
| DEP LOC | KHUM | A/C BEW | 10257 | HOBBS START | | |

| LEG # | ARR LOC | IER ✓ | FLT CODE | PAX # | CARGO WT | ACTUAL T/O WT | MATW | CG | FWD | AFT | FUEL OFF | TIME OFF | TIME ON | FUEL ON | FLT MINS | TAXI MINS | REMARKS (SLING #, HOIST #, ETC.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EC381 | | | 3 | Ø | 14989 | 14994 | 210.2 | 206.2 | 215.7 | 2724 | 1311 | 1423 | 1427 | 72 | 3 | HO=464 |
| 2 | MC579 | | | 3 | Ø | 14983 | 14994 | 210.2 | 206.2 | 215.7 | 2681 | 1433 | 1619 | 789 | 106 | Ø | HO=250 |
| 3 | 921A | | | 4 | Ø | 14901 | 14994 | 209.8 | 206.2 | 215.7 | 2412 | 1638 | 1743 | 1239 | 65 | Ø | HO=502 |
| 4 | KHUM | | | 3 | Ø | 13681 | 14994 | 207.0 | 202.8 | 217.1 | 1187 | 1813 | 1817 | 1120 | 4 | 3 | |
| 5 | | | | 13 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | 247 | 4.1 | |

HOBBS END:

## PARAMETERS

| | ENG 1 | ENG 2 |
|---|---|---|
| GG | | |
| PT | | |
| IMP | | |
| GE | | |

| APU HR | |
|---|---|
| APU CYCLE | |

| | 1 | 2 |
|---|---|---|
| WINDSTART | | |
| WINDSTOP | | |

| CAT A TNG | |
|---|---|

## POWER CHECK

| READINGS | | |
|---|---|---|
| OAT | | |
| PA | | |
| | ENG 1 | ENG 2 |
| TQ | | |
| NG | | |
| TEMP | | |

| MARGINS | | |
|---|---|---|
| | ENG 1 | ENG 2 |
| N1/TQ | | |
| ITT/TEMP | | |

**REMARKS CONTINUED**

EC381 Fuel = 198 gals
MC579 Fuel = 255 gals
KHUM Fuel = 225 gals

PHI Fuel approved by Steve in Comm Center

**** FORWARD BOTH COPIES TO ACCOUNTING WITH RECEIPTS, MANIFESTS, ETC. ATTACHED ****