**Exhibit 11**

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**File # :** 2020-00002808

**Type of Document :** MATERIALMANS LIEN

**Book :** 772 **Page :** 683

**Recording Pages :** 54

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:52:13AM

Doc ID - 005320660054

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 10:52:13
Recorded in Book 772 Page 683
File Number 2020-00002808

Deputy Clerk

STATE OF LOUISIANA — UNION · JUSTICE · CONFIDENCE

**Return To :**

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

# STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

> **ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

Date: July 15, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: [signature]
Name: Jason R. Morganelli
Title: President

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

[signature]
Notary Public
Notary/~~Bar~~ Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006256
INVOICE DATE: 6/8/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 88.0 | HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS ZERO RATE | $0.00 | $ - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben Date: 2020.06.08 09:20:20 -05'00'

Coding: BU10079

| | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 5 June 2020 | | | | | | | | | | 0.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| | HOURS: | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| | AMOUNTS: | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 794 100% | OPERATING HOURS: STBY 705 @ 98% | OPERATING HOURS: RPR SURFACE: 706 (12 hour allowance per month) - thereafter 0 rate | OPERATING HOURS: RPR SUBSEA: 706 (36 hour allowance per month) - thereafter 0 rate | OPERATING HOURS: FORCE MAJEURE 707 @ 90% | OPERATING HOURS: In-hole Subsea Equip. 503 @75% | OPERATING HOURS: No rate earned. All repair rate in excess of monthly allotted hours. | OPERATING HOURS: TOTAL HOURS | HEADCOUNT: Valaris | HEADCOUNT: OPERATOR | HEADCOUNT: Valaris CATERING | HEADCOUNT: Valaris THIRD PARTY | HEADCOUNT: OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4 CaCl2. Set crown plug on SL and test to 15k psi, R/Down SFH and CTLF, L/D Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/MH & Flush Tool, Circ. POOH with mill tools | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser. Unlatch BOP. Hew Tensioner ring. Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 55.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC944. | 147.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | |
| | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 678,333.33 . $ . $ . $ . $ . $ . $

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/hr | 98%/hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 678,333.33

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

Acct Code # 3060-15
Clayton Strauss 6-5-20

DS-16 Rotating Supt.: Robert Ray
Fieldwood Client Representative: Sean Reins

DS-16 Rotating Supt. Signature: Robert Ray
Fieldwood Client Representative Signature: [signature]

Date: 6-05-2020
Date: 6-5-2020

Rig Manager:
Fieldwood Drilling Supt.:

Rig Manager Signature:
Fieldwood Drilling Supt. Signature:

Date:
Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: June 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706, (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Displace L/S w/10.4CaCl2. Set crown plug on SL and test to 15k psi. R/Down SFH and CTLF, L/O Lube VLV | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POOH with L/S. L/D SSTT. RIH w/Mill & Flush Tool. Circ. POOH with mill tools. | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 61.00 | | | | RIH & set ITC and test. Displace riser to SW. POOH with ITC RT. R/U for Riser. Unlatch BOP. Stow Tensioner ring, Remove drape hoses & Storm loops. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's Skid BOP to Port setback. Transit Rig f/ GC40 to MC948. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | [illegible] | 384.00 | 28.00 | 76.00 | 35.00 | 240.00 | | | | | 0.00 |
| | [illegible] | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 678,333.33 | $0.00 $ | $ | $ | $ | $

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

**Total Billable for the Month: $ 678,333.33**

DS-16 Rotating Supt.: | Fieldwood Client Representative:

DS-16 Rotating Supt. Signature: | Fieldwood Client Representative Signature:

Date: | Date:

Rig Manager: Dinny Sharry | Fieldwood Drilling Supt.:

Rig Manager Signature: [signature] | Fieldwood Drilling Supt. Signature:

Date: 06-07-2020 | Date:



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2006254
INVOICE DATE: 6/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| Hours | Description | DAYRATE | Amount |
|---|---|---|---|
| 743.0 | HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.03 |
| 1.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 | HOURS ZERO RATE | $0.00 | $ - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben
Date: 2020.06.01 17:31:39 -05'00'

Coding: BU10079

| | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |

ED

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: G.C. 40 #1 COMPLETION
AFE FW202002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| | HOURS: | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| | AMOUNTS: | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.03 | $0.00 | $0.00 | $5,735,000.00 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # OCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: ORR 704 100% | STBY 705 @ 98% | R/R SURFACE 704 (12 hour allowance per month) - thereafter @ rate | R/R SUBSEA 706 (36 hour allowance per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 801 @ 75% | No rate earned: All repair rate in excess of monthly allocated hours | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down [illegible], R/D and L/D Flow head, R/D and L/O CTU, change out Saver Sub to GTM 68 M/U 7507 and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 64.00 | | | | Attempt to free string; R/U Slick Line RIH and Retrieve [illegible] POOH, R/D Slick Line R/U E-line [illegible] | 194.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U [illegible] assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 189.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 55.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 184.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish [illegible] E-line, RIH with Camera and [illegible] inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera; POOH and reverse [illegible] | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, [illegible] POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | R/O ATLAS, change out cutter [illegible] pressure test ATLAS and RIH, cut tubing, [illegible] POOH w/ E-line, POOH [illegible] | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U Camera and Test, RIH w/ camera, POOH w/ camera, [illegible] | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible] clean magnets and inspect mill, RIH and Mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, [illegible] mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, [illegible] POOH and inspect mill, [illegible] inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill, RIH and Mill, POOH, [illegible] POOH, [illegible] | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U [illegible] | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/fish, [illegible] | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | [illegible] | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | [illegible] | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter, [illegible] | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | [illegible] | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from [illegible] to surface, R/D OES equipment, [illegible] | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool [illegible] | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves, POOH with BOP test assy, RIH w/ WKCO, [illegible] | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WKCO assy, [illegible] | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, [illegible] | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CMI assemblies and Production packer, [illegible] & Set Prod Packer, RIH w/ 5-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg, [illegible] | 201.00 |

| Date | | | | | | | | | | | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | [illegible] | 199.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | [illegible] | |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | Land out THS & test [illegible] Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| | | | | | | | | | | | | | | | | | | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1787.00 | | | | | |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.0 |

$ 5,727,295.67 | 50.67 $ 7,704.31 $ - $ - $ - $ -

| | | | |
|---|---|---|---|
| | 100%/Day | $ | 185,000.00 |
| In hole/Subsea | 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea | 100%/Day | $ | 185,000.00 |
| | 100%/hr MPD | $ | 8,333.33 |
| | 100%/Hr | $ | 7,708.33 |
| 90%/Hr | 98%/Hr | $ | 7,554.17 |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 |

Total Billable for the Month: $ 5,735,000.00

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]
ACCT CODE 3060-15

DS-16 Rotating Supt.: Robert Ray | Fieldwood Client Representative: Sean Rains

DS-16 Rotating Supt. Signature: [signature] | Fieldwood Client Representative Signature: [signature]

Date: 6-01-2020 | Date: 6/1/2020

Rig Manager: Brian Rodgers | Fieldwood Drilling Supt.:

Rig Manager Signature: | Fieldwood Drilling Supt. Signature:

Date: | Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract # DCS-G 27278
Customer: Fieldwood
Well name: G.C. 40 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (36 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down RSM, B/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | Attempt to free string, R/U Slick Line RIH and Retrieve isolation sleeve POOH, R/D Slick Line R/U E-line test lubricator | 198.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 3.5 GR assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D OES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U Fishing Assy and RIH Attempt to free fish | 188.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, release from fish perform post jarring inspection and R/U E-line sheave at crown M/U A-teas and R/U E-line Engage Fish E-line RIH with Camera and perform inspection | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and reverse circ 16.1 ppg ZnBr2, R/D A-Teas and Wire Line.RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and RIH latch into fish and hang E-line sheave M/U A-TEAS, RIH 3.25" cutter on Eline and cut fish E-line unit Power loss fixed POOH | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | B/O ATEAS change out cutter blasd M/U pressure test ATEAS and RIH, Cut tubing, Take over pull 1/200K stuck, POOH with E-line L/O tools, Rack Back ATEAS Work String no success, M/U ATEAS P/U cutter and test ATEAS, RIH with 3.25" cutter and cut tubing, POOH w/ E line, POOH with fishing assy M/U 9" x 5.5 Burn shoe RIH and mill CRU M/U A-TEAS and R/U E-line | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line P/U camera and Test, RIH w/ camera, POOH w/ camera, POOH w/ 9" x 5.5" Milling assy, recover mld clamp and control line, RIH w/ 9" x 5.5" mill assy R/U A-TEAS R/U E-line and P/U camera. | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, circ for visibility, POOH and R/D rack back A-TEAS POOH and M/U 9-3/8 x8-5/8 crown shoe mill and RIH mill on fish 6" and POOH clean magnets and inspect mill, RIH and Mill on fish. | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and clean magnets, prep new BHA and Jars, RIH and Mill, POOH and clean magnets inspect mill, change saver sub on TDX, Paint mill and RIH tag fish and rotate to mark painted mill and POOH | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, Replace hose on HT, POOH and inspect mill.RIH and Jar on fish, Post Jarring Inspection | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | - | | | POOH, M/U Mill, RIH and Mill, POOH, RIH w/ overshot and jar, Post Jaring Inspection, POOH, Prep next BHA, RIH w/ mill. Milling ops. | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | - | | | POOH Clean and Inspect mill, M/U mill w/24" Stop Ring. RIH and Mill, POOH and inspect mill. RIH and Mill, POOH Inpect mill, M/U overshot and RIH. Pull Fish #1 to surface. | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | - | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, Slip and cut drill line, RIH w/Over shot to above Fish #3. M/U ATEAS and Eline RIH w/camera POOH R/D ATEAS POOH, M/U V-Barb Fish assy and RIH | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | Work V-Barb and POOH, Recover Control lines 2lbs, M/U Overshot and RIH, M/U ATEAS and RIH w/ Camera. POOH Reconfigure ATEAS. Latch into fish R/U Slick Line RIH w/GR, POOH and R/D Slick Line | 181.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforate, POOH, E-line C/O cable head, RIH and log with GR/CCL/Tbg punch, Punch Tbg and POOH RIH w/ CCL/GR on E-line and POOH, R/D E-line R/U slick line RIH GR Pulling tool and Recover HDS POOH, R/D Slick Line R/U E-Line RIH w/3.25" MCT-GR-CCL | 184.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter. Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,750' of fish. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,750' to 6,846' of fish (prod tbg, control lines, clamps). | 169.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface. R/D OES equipment. RIH w/ Well bore cleanout. Jet & Function BOP's. P/U BOP Test tool & RIH. | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | P/U BOP test tool w/ NuTec BSR tool and RIH. Test BOP's & BSR's, C/K manifold & surface equipment. | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDX safety valves. POOH with BOP test assy. RIH w/ WBCO. Circulate every 1,000' as per procedure Work over TOF. POOH w/WBCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WBCO assy & L/D. RIH w/ Halliburton Overshot assy & RIH to ±20,055'. Stab overshot, confirm latch, Test to 1,000 psi. Release from OS assy. Spot Packer fluid, Hang Flat Pack Shoaves in derrick, POOH with Halliburton RT. | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid. Hang Flat Pack Sheaves in derrick. POOH with Halliburton RT. RIH with WBRT. Retrieve WB & POOH, Slip & Cut 153' of Drill line. RU to run completion tubing. P/U lower completion. | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U DHPT / CIM assemblies and Production packer. Terminate & test Prod Packer. RIH w/ 5-1/2" Prod Tbg | 200.00 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg. PU Pups & UCIM / SLB TRC-II SCSSV assy, Term & test same. RIH w/ 5.5" tbg. | |
| 5/28/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | | | | RIH 5-1/2" Prod Tbg. R/D OES, P/U Tub Hanger, Term & Test same. | 203.00 |
| 5/29/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | | | | Terminate lines & test on tbg hanger. L/O THRTT & PJSM f/ Transfer SSTT f/ Aux t/ Main. Rig up PRT equipment on TDX for SSTT transfer. R/D PRT, R/U BX-4's. Run 6 5/8" Landing String from derrick. Pick up PRT CTLF, installed stabilizer beam & 22' bails. PU Schlumberger Flow head. | 199.00 |
| 5/30/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | | | | Land out TH & test same, RU HES SS and test same to 250/350 psi low / 5800 psi high. RIH & pull isolation sleeve. Cementer pump 63bbls of BO down tubing. Cycle Open FS2-HI Valve. Flow Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 58.00 | | | | Flow Test & Clean Up Well. | 196.00 |
| | | | | | | | | | | | | | | | | | | 185.00 |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | | | | 0.00 |
| | [illegible] | 0.00% | 0.07% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | |

$ 5,727,191.67 | 50.00 | $ 7,708.33 | $ | $ | $ | $

| | | |
|---|---|---|
| 100%/Day | $ | 185,000.00 |
| In hole/Subsea 100 / Day MPD | $ | 200,000.00 |
| In hole/Subsea 100%/Day | $ | 185,000.00 |
| 100%/hr MPD | $ | 8,333.33 |
| 100%/Hr | $ | 7,708.33 |
| 98%/Hr | $ | 7,554.17 |
| 98%/Hr MPD | $ | 8,166.67 |

**Total Billable for the Month: $ 5,735,000.00**

DS-16 Rotating Supt.:

Fieldwood Client Representative:

Ds-16 Rotating Supt. Signature:

Fieldwood Client Representative Signature:

Date:

Date:

Rig Manager: Brian Rodgers

Dinny Sharry

Fieldwood Drilling Supt.:

Rig Manager Signature:

Fieldwood Drilling Supt. Signature:

Date:

Date:



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

**TO INVOICE YOU FOR THIRD PARTY CATERING MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE: $ 270,900.00

**Rig Manager's Approval:**

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben
Date: 2020.06.01 17:30:19 -05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202-110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 28 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 6 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Ollstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 56 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE 3060-45

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\rodio2020\Desktop\May 2020 3rd Party Bunk Meals.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Celco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| EVO | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 6 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OES | 2 | 2 | 2 | 7 | 5 | 5 | 5 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 9 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 2 | 2 |
| Oilstates | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| One Subsea | 4 | 4 | 4 | 4 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Quality Energy | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | 18 | 18 | 12 | 11 | 4 | 5 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 8 | 11 | 21 | 21 | 21 | 21 | 20 | 20 |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Tetra | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 77 | 79 | 72 | 81 | 71 | 69 | 69 | 50 | 49 | 50 | 53 | 55 | 55 | 55 | 53 | 52 | 71 | 70 | 65 | 54 | 54 | 51 | 51 | 60 | 65 | 78 | 85 | 85 | 81 | 70 | 67 |
| TOTAL OVER CONTRACT | 75 | 77 | 70 | 79 | 69 | 67 | 67 | 48 | 47 | 48 | 51 | 53 | 53 | 53 | 51 | 50 | 69 | 68 | 63 | 52 | 52 | 49 | 49 | 58 | 63 | 76 | 83 | 83 | 79 | 68 | 65 |

TOTAL: 1997

TOTAL: 1935

TOTAL BILLABLE $ 270900

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE 3060-45

Company Man APPROVAL: L. Butler 5-31-2020

OIM APPROVAL: [signature]

C:\Users\radio202\Desktop\May 2020 3rd Party Bunk Meals.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | 1 | 2 | 5 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| Expro | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 4 | 5 | 8 | 8 | 8 | 8 | 8 |
| FMC | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



VALARIS

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

**TO WHOM IT MAY CONCERN**

**SUBJECT: Delegation of Authority**

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: //s// Brian Rodgers

Brian Rodgers
Resolute (DS-16) Rig Manager

M. Clark

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: //s// Dinny Sharry



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

| | | |
|---|---|---|
| **TECH OIL PRODUCTS LLC**<br>**INVOICE#SI02545 DATED:5/06/2020** | $ | 6,500.00 |
| Handling Charges @ 5%(601) | $ | 325.00 |
| **AMOUNT DUE:** | **$** | **6,825.00** |

**Rig Manager's Approval:** [signature]

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben
Date: 2020.06.15 09:32:40 -05'00'

| | | |
|---|---|---|
| $ | (6,500.00) | 024000.10417.4202.110 |
| $ | (325.00) | 810510.10417.4202.110 |
| $ | (6,500.00) | 810650.10417.4202.110 |
| $ | 6,500.00 | 919250-10417.4202.110 |

ED



HOOVER FERGUSON

# Sales Invoice

Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number: SI 02545
Invoice Date: 5/6/2020

Bill To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | **Subtotal:** | **6,500.00** |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



HOOVER FERGUSON

# Picking List by Order

TD

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell



HOOVER FERGUSON

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | [illegible].00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO and PO NO. are under PURCHASING USE ONLY.)

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 — OIM
04/22/2020 — DATE
[signature] — RIG MGR / OPERATIONS MGR
4/25/20 — DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE — Operator (Print)
[signature] — Rep Signature
Larre Butler — Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125
BUYER
DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACC. CODE: 3060-15
L. Butler 4-22-2020

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000235125
Date: 04/22/2020
Page 1

Attention: MARINE / BARGE SUPERVISOR

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:3923210000 UNSPSC NO:

Total Requisition Amount: 6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

R4202 04/22/2020
OIM DATE
RIG MGR / OPERATIONS MGR 4/25/20 DATE
NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235125
BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: _________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACC. CODE: 3060-15
L. Butler 4-22-2020



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| MARTIN ENERGY SERVICES<br>INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| Handling Charges @ 5%(601) | $ | 417.75 |
| **AMOUNT DUE:** | **$** | **8,772.79** |

Rig Manager's Approval: ____________________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben
Date: 2020.05.15 10:29:57 -05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

**Document References**
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

**Internal References**
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-04-30

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |

Gross Amt: 3,605.04 USD

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: [redacted]



Valaris

Valaris Field Requisition

Business Unit: [illegible] OPEN

Page 1

Attention: WAREHOUSE

| ITEM | QTY | Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | [illegible] 154865 | EA | [illegible] FACE | [illegible] | 23 | [illegible] | | | |

FIELDWOOD RE-BILL FOR GRIT FACE DIES

FIELDWOOD RE-BILL FOR HYDRAPACKER SOFT GRIT DIES

| | | | |
|---|---|---|---|
| E4202 | 04/13/2020 | F.W.E. Operator (Print) | PURCHASING ONLY |
| ORIG | DATE | Rep Signature | BUYER / DATE |
| RIG MGR / OPERATIONS MGR | 4-14-20 DATE | Larry Butler Rep Name (Print) | |

AFE: FW202002

Lease: GC 40 #1

Project: Katmai

Engineer: K.D

Routing #:

Cost Code 3060-15

L. Butler 4-13-20

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 APPROVED
Req ID:0000234902
Date: 04/13/2020
Page 1

Attention: WAREHOUSE

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000<br>154865 | EA | [redacted] | 150.21<br>3,605.04 | 23- 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:8431438010 UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

R4202 04/13/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234902

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: DATE FAXED:



MARTIN ENERGY SERVICES

# INVOICE

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To: C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To: ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |
| | | | | | | |
| | | | | | | |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE: $4,750.00**

MESSAGES

PAYMENT REMITTANCE

CHECK
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

WIRE
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44

* * * THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v5/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. * * *

DOC. CONTROL # 04232020205734

# Valaris

#436525

Purchase Order    Page 1

Dispatch via E-Mail

10013-0000457235

| | | |
|---|---|---|
| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
| SELLER/SUPPLIER | SUPPLIER SHIP TO / WHEN READY CONTACT | SUPPLIER SHIPPING TERMS (INCOTERMS 2010) |
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>United States<br>PHONE: 337 83678500<br>Cport 2<br>CC-200<br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br>SUPPLIER SHIP METHOD: |
| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
| BUYER: Ernestine Castillo<br>EMAIL: tina.castillo@valaris.com<br>PHONE: 281/272-4043<br>FAX: | CURRENCY: USD<br><br>REQ TYPE: REN<br>REQ CLASS: OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| 2-1 | 8885604 | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Line 1-1: Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

Line 2-1: Sch B/HTS No: ECCN No: GL Acct Cd: 10417-024000-4202-110 AFE Cd:

Total PO Amount 4,750.00

Buyer Tina Castillo

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1) IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED TO IN THIS ORDER; OR
(2) IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE--
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.

# FUEL/YARD TICKET

NO 960061

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525

JDE # 436525
Branch Plant 12015090

☐ TRANSFER ☐ REPACK ☑ SALE ☐ CO-USE

| | | | |
|---|---|---|---|
| BILL TO: Ensco Rowan | CUSTOMER NO. 3430 | DATE: 4-22-20 | |
| ORDERED BY Ernestine Castillo | | P.O. NO./AFE: 10013-0000457235 | |
| PHONE NO. 281-292-4043 | | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 12209 | WELL NO. | |
| RIG/VESSEL Resolute Rig 202 | TIME STARTED AM / PM | TIME FINISHED AM / PM | |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | HOURS RT / OT |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 Sling# 100538-11 | |
| | CRANE | TK# 212106 Sling# 98485-13 | |
| | FORKLIFT | Manifest# 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank sling | | 10 | 10 |
| | | TK# 4305434 Sling# 100787-21 | | | |
| | | TK# 227356 Sling# 98189-8 | | | |
| | | TK# 4231936 Sling# 97554-10 | | | |
| | | TK# 217119 Sling# 100787-13 | | | |
| | | TK# 201836 Sling# 98483-1 | | | |
| | | TK# 174078 Sling# 97836-4 | | | |
| | | TK# 227354 Sling# 98485-7 | | | |
| | | TK# 369532 Sling# 100787-1 | | | |

DRUMS DELIVERED DRUMS RETURNED

WATER METER READINGS: START STOP GALS.

TERMINAL ______ SUPPLIER ______ BOL # ______ METER TKT. # ______ TRUCK# ______ TRAILER # ______

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

TANK GAUGINGS: BEFORE ______ AFTER ______

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ ______ INITIALS ______ TOTAL REC'D. $ ______

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS. (800) 421-4736

APPROVED BY: X Cody Ledet
Customer Signature

Michael Conner
Martin Energy Services Representative

X B0 613628384
Martin Driver Signature

4879-29207
Truck and Trailer No.

REV. 12/18
FORM NO. 107

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013 OPEN
Req ID:0000234936
Date: 04/14/2020
Page 1

Attention: ENGINEERING

REQ Type Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |
| 2 | 10 | 024000 8885604 | EA | RENTAL-SLING,MARTIN ENERGY,8885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Item 1:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Item 2:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

R4202 04/14/2020
OIM DATE

[signature] OIM 4/15/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.
FWE
Operator (Print)
[signature: Larre Butler]
Rep Signature
Larre Butler
Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000234936

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

Cost Code 3060-15
L. Butler 4-14-2020

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212- 5430p | +1 832-206-8315m
Brian.rodgers@valaris.com

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING APRIL 6-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| MEALS @ | 35 MEAL / COURTESY | $ | - |
|---|---|---|---|
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE: $ 265,300.00

Rig Manager's Approval: ____________

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: [redacted]
ABA [redacted]
Account [redacted]

Digitally signed by Ben Date: 2020.05.15 10:26:48 -05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202-110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202-110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 4 | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | |
| FMC | | | | | | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | 8 | 8 | 8 | 8 | 8 | 16 | 10 | 4 | 6 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 13 | 13 | 13 | 7 | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | [illegible] | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 8 | 8 | 8 | 6 | 6 | |
| OES | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 2 | |
| Oilstates | | | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | | | | | | |
| One Subsea | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| Pharmasafe | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | 4 | 4 | 4 | 4 | 4 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | 2 | 2 | 2 | 2 | 2 | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Quality Energy | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| OPS | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | 24 | 24 | 24 | 24 | 24 | 22 | 2 | 2 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Superior Perf. | | | | | | | | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 8 | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 5 | 8 | 6 | 6 | 6 | 6 | 5 | 1 | 1 | 1 | 1 | 1 | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 56 | 57 | 74 | 76 | 73 | 77 | 78 | 78 | 78 | 78 | 77 | 79 | 86 | 86 | 79 | 82 | 84 | 82 | 74 | 0 |
| TOTAL OVER C | | | | | | 79 | 79 | 75 | 79 | 79 | 84 | 54 | 55 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 76 | 75 | 77 | 84 | 84 | 77 | 80 | 82 | 80 | 72 | |

TOTAL: 1945

TOTAL: 1895

TOTAL BILLABLE $ 255300

Began Katmai AFE on April 8th.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE: 3060-45
L. Butler
5-1-20

Company Man AP

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To Eren Demet

Reply | Reply All | Forward | ...

Thu 5/14/2020 9:16 AM

Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| NOV<br>INVOICE#10589602 DATED:6/18/2020 | $ | 3,605.04 |
| ACUMENINTERNATIONAL<br>INVOICE#1026793 DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |
| **AMOUNT DUE:** | **$** | **3,890.29** |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: [redacted]
3A [redacted]
ccount [redacted]

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250-10417.4202.110 |

ED

Document References
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID : 4202
Creation Date: 2020-06-19

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-08-17
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To: NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: [redacted]

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235769
**Date:** 05/19/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

**Line Item Exempt :** N

**Available Sustitutes** **Item Desc :**

**ECCN NO:** EAR99 **HTS NO:** 8431438010 **UNSPSC NO:**

NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount: 3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT Code # 7060-15
5/19/20

| R4202 OIM | 05/19/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235769 |
|---|---|---|---|---|
| RIG MGR / OPERATIONS MGR | DATE | FWE<br>Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | [signature]<br>Rep Signature | | BUYER |
| | | Brent Primeaux<br>Rep Name (Print) | | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

 NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400 PHONE
(337) 365-2545 NEW IBERIA FAX

| | |
|---|---|
| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

Please reference this Quote Number on all correspondence.

# Sales Quote Acknowledgement

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | | |
|---|---|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | | | |
| Customer eMail | tina.castillo@valaris.com | | | Date Printed | 04/13/2020 |
| Ultimate Dest | United States,Intl Waters | | | Quote Date | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Freight Terms | | Quote Exp Date | 05/28/2020 |
| Quoted by | Pringle, Jenny S. | Payment Terms | NET 45 FROM INVOICE DATE | | |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Shipping Terms | FREE CARRIER | | |
| Branch | | Carrier | ENSCO MOULIN CONSOL | | |

**Details**

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line: MTS
Country of Origin: NORWAY
Unit Weight: 0.16 LB Total Weight: 3.91 LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

**Sub-Total** **$3,605.04**

**Total Sales Quote Acknowledgement 1609931 Rev 1: $3,605.04**

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is for informational purposes only and shall not be construed as NOV's representation, certification or warranty regarding the proper classification. Use of such classification information is at the Buyer's sole risk and without recourse to NOV. The Buyer is responsible for determining the correct classifications of all items prior to export and Buyer shall make its own export licensing determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED:
MTS = MADE TO STOCK
ESP = EMERGENCY SPARE
WE WILL TAKE BACK WITH 20% RESTOCKING FEE
MTO = MADE TO ORDER GOODS CANNOT BE RETURNED

# Acumen International

EIN: 76-0270480

# INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050 **Fax** 713-896-0122

**www.Acumen.us.com**

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**

Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**

ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | [redacted] | 15.00 | 90.00 |
| Delivery | 1 | | | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | **$100.00** |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45- 45-HOISTIN | VC |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

R4202 06/03/2020
OIM DATE

[signature] 6/5/20
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 4 | 2 | 024000 6590 | EA | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 5 | 1 | 024000 6468 | EA | | 148.50 148.50 | 56 - 56-MUD PUM | C |

R4202 06/03/2020
OIM DATE

[signature] 6/5/2
RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:9026200000 UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | [redacted] | 18.00 108.00 | 56- 56-MUD PUM | C | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 OIM | 06/03/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| Line Item Exempt : [signature] RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Operator (Print) | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | BUYER DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

Acct Code# 3060-15
Clayton Johnson

VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER GC 40 #1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

| | | |
|---|---|---|
| MATTCO<br>INVOICE#58061 - DATED:06/10/2020 | $ | 4,150.11 |
| Handling Charges @ 5%(601) | $ | 207.51 |
| **AMOUNT DUE:** | **$** | **4,357.62** |

Rig Manager's Approval: [signature]

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: [redacted]
BA [redacted]
ccount [redacted]

Digitally signed by Ben
Date: 2020.07.10 08:49:12 -05'00'

| | | |
|---|---|---|
| $ | (4,150.11) | 024000.10417.4202.110 |
| $ | (207.51) | 810510.10417.4202.110 |
| $ | (4,150.11) | 810650.10417.4202.110 |
| $ | 4,150.11 | 919250-10417.4202.110 |
| | | ED |



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 1

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |
| PO LINE ITEM: 1-1 | | | | | |
| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |
| PO LINE ITEM: 2-1 | | | | | |
| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |
| S/N: 3981, 3994 | | | | | |
| PO LINE ITEM: 3-1 | | | | | |



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE 2

INVOICE DATE 6/10/2020
INVOICE NO 58061

SOLD TO
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

SHIP TO
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE 4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID: 0000236183
Date: 06/03/2020
Page 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | | 159.50 319.00 | 56- 56-MUD PUM | C | | | |
| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Item 1:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 8481809050 UNSPSC NO:

Item 2:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO: 9026200000 UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

R4202 06/03/2020
OIM DATE

RIG MGR / OPERATIONS MGR DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____ DATE FAXED: __________

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 2

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 024000 6020MATTCO | EA | [redacted] | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |
| 4 | 2 | 024000 6590 | EA | [redacted] | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |
| 5 | 1 | 024000 6466 | EA | [redacted] | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

Item 3:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8413919520 UNSPSC NO:

Item 4:
Line Item Exempt : N
Available Sustitutes Item Desc :
ECCN NO: EAR99 HTS NO: 8479899898 UNSPSC NO:

R4202 — OIM
06/03/2020 — DATE
[signature] — RIG MGR / OPERATIONS MGR
6/5/2 — DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000236183

BUYER DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ________

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris Field Requisition

Business Unit: 10013 OPEN
Req ID:0000236183
Date: 06/03/2020
Page 3

Attention: DRILL CREW / TOOLPUSHER

REQ Type Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |
| 6 | 6 | 024000 077270087002 | EA | | 18.00 108.00 | 56 - 56-MUD PUM | C | | | |

(PRICE, VENDOR, LOCATION, CONFIRM TO and PO NO. under PURCHASING USE ONLY)

Available Sustitutes Item Desc :

ECCN NO: EAR99 HTS NO:9026200000 UNSPSC NO:

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

Total Requisition Amount: 4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| Line Item Exempt : [signature] | 6/5/20 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED:________

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

Acct Code# 3060-15
Clayton Thomson