# Exhibit 12

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: SASON P. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4|19|2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 609-0377

**INVOICE**

| | |
|---|---|
| TO:  FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2006266 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:  6/8/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM  45 DAYS |

RIG: Resolute - DS-16
ATTN: AP DEPARTMENT

WELL NUMBER:  G.C. 40 #1 COMPLETION
LOCATION:  G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $    - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

**Crew Shortage**

AMOUNT DUE:      $     678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)  10417- 110-4202-810101
-          10417- 110-4202-810102
-          10417- 110-4202-810110
-          10417- 110-4202-810103
10417- 110-4202-810104

ED

FIELDWOOD
Resource

R202 Billing worksheet_2020 - June 2020

WELL NAME / LOCATION:             G.C. 40 #1 COMPLETION
                AFE            FW2020002

June 2020

|  |  |  |  |  |  |  | REPAIR | REPAIRS |  |  |  |
| DATE | DESCRIPTION OF WORK | OPERATING $165,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate $0 | SURFACE $165,000 | SUBSEA $185,000 | MOVE $191,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 2 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 3 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 4 June 2020 | Working as directed | 24.0 |  |  |  |  |  |  |  | 24.0 |
| 5 June 2020 | Working as directed | 16.0 |  |  |  |  |  |  |  | 16.0 |
| 6 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 7 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 8 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 9 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 10 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 11 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 12 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 13 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 14 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 15 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 16 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 17 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 18 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 19 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 20 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 21 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 22 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 23 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 24 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 25 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 26 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 27 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 28 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 29 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 30 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| 31 June 2020 |  |  |  |  |  |  |  |  |  | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K. Dufrene
Routing #: ▮

Acct Code # 3060-15

Robert Ray
10-05-2020

DS-16 Rotating Supt. Signature

DS-16 Rotating Supt. Signature    Date: 6-5-2020

Rig Manager Report.

Rig Manager Signature    Date:

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract # DO-G 17278
Customer: Fieldwood
Well name: S.C. 42 # 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| Date | OPR 765 550% | CTPY 765 @ 95% | RPR (SPREAD) 75%, (12 hour allowance per month )- prevailing rates | RPR SHREAD/750, 184 hour allowance per month)-shore/after 0 rate | FORCE MAJEURE 797 @ 95% | In-hole Stress Cycles 958 @75% | No rate earned. At regular rate in excess of monthly allowed hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (See legend below) | NON BILLABLE EXTRAS (See legend below) | CREW SHORTAGES (See legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Shut-in for build up. Shutdown LO w/ OLI CACO. |
| 6/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | Set choke plug on TSH and then to 11k grk 3/4hrn mem ETH and CTLA LO's Lube 12V POH with LO, LO 550T. Ran w/HB & Push Test Csk. POH with drill pipe. |
| 6/3/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 7.00 | 18.00 | 10.00 | 61.00 | | | | Mix & set TC and tool. Circ/func riser to Dir. POH work TC, RIH Bar Bore, reform RDP Screw (rundown Rig, Remov choke hose & Scan Tools. |
| 6/4/2020 | 16.00 | | | | | | | 16.00 | 95.00 | 5.00 | 18.00 | 9.00 | 59.00 | | | | Pull Riser RDP and SCP's Unit SCP to Port w/Back. Forest Rig / GE42 to MC814. |
| **TOTALS** | **88.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | | **384.00** | **28.00** | **74.00** | **35.00** | **240.00** | | | | |
| | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 55.00% | | | | | | | | |

| | CATPILIS | | RPR | RPR SMEAR/750 | FORCE MAJEURE | In-hole/Stress Cycles | | | Total POS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100%/Day | $ 165,000.00 | | | | | | | | | |
| In-hole/Subsea 100 / Day MPD | $ 100,000.00 | | Total Billable for the Month: | $ 676,333.33 | | | | | 132.00 | |
| In-hole/Subsea 150%/Day | $ 165,000.00 | | | | | | | | 198.00 | |
| 100%/hr MPD | $ 6,333.33 | | | | | | | | 198.00 | |
| 100%/hr | $ 7,708.33 | | | | | | | | 187.00 | |
| 95%/hr | $ 7,334.17 | | | | | | | | | |
| 55%/hr MPD 100%/hr MPD | $ 4,166.67 | | | | | | | | | |

DS-16 Rotating Supt.:

DS-16 Rotating Supt. Signature: _____   Fieldwood Client Representative: _____

Date: _____   Fieldwood Client Representative Signature: _____

Date: _____

Rig Manager:  Dinny Sharry   Fieldwood Drilling Supt.: _____

Rig Manager Signature: _____   Fieldwood Drilling Supt. Signature: _____

Date:  06-07-2020   Date: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO:  FIELDWOOD ENERGY LLC | INVOICE NO:   FWD2006254 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:    6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM     45 DAYS |

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

ATTN: AP DEPARTMENT

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

**DAYRATE EFFECTIVE**

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00   $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   5,735,000.00

Dinny Sharry

| REMIT ACH PAYMENTS TO: |
|---|
| Beneficiary:  Atlantic Maritime Service LLC |
| Wells Fargo Bank, N.A. |
| San Fransisco, CA |
| SWIFT Code |
| ABA |
| Account |

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

| Coding: BU10079 | |
|---|---|
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

R2D2 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:   APE   G.C. 40 #1 COMPLETION  FW052002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $168,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,200 | FORCE MAJEURE $168,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.54 | $0.00 | $0.00 | $0.00 | $7,709.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: May 2020
Contract #: DCS-G 27276
Customer: Fieldwood
Well name: S-C 401 1 Completion, Katmai

Cost Center:
AFE Number: FW 202002
Work Order:
Purchase Order:

| DATE | OPERATING HOURS: OPR 704 100% | STBY 705 @ 98% | RPR SURFACE: 704 (22 hour allowances per month) - thereafter 0 rate | RPR SUBSEA: 706 (hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 843 @ 75% | No rate earned: All repair rate in excess of monthly allowed hours | TOTAL HOURS | HEADCOUNT: Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | Attempt to free Tbg working string, rig down [illegible], R/O and L/O Flow head, R/D and L/O CTLF, change out Saver Sub to GTM 69 R/U 750T and Work String | 197.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 64.00 | | | | Attempt to free string, R/U Slick line RIH and [illegible] POOH, R/D Slick Line R/U E-line [illegible] | 194.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | RIH and set Hold Open Sleeve and POOH, M/U 1.5 [illegible] assy and RIH, POOH and M/U Tbg cutter and RIH cut and POOH and R/D DES equipment | 191.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | Inspect cut hanger, M/U fishing assy, RIH and engage fish attempt to jar free and POOH | 200.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 56.00 | | | | M/U RS pulling tool and RIH latch into Hold Open sleeve and POOH, M/U Hold Open sleeve and RIH release and POOH, M/U E-line RIH with 3.25" cutter and RIH cut below fish and POOH R/D E-line, POOH w/ Overshot M/U fishing Assy and RIH Attempt to free fish | 185.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | Attempt to free fish unsuccessful, [illegible] | 186.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | Inspect w/ e-line camera, POOH and [illegible], R/D [illegible] and Wire Line, RIH w/ WB and BOP Test assy and test BOPs | 184.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | Test BOPs and Choke manifold, Pull out WBRT and POOH with Test Assy, M/U fishing assy and [illegible] | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 15.00 | 2.00 | 44.00 | | | | R/O ATLAS change out cutter blast M/U pressure test ATLAS and RIH, Cut tubing, [illegible] | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | R/U E-line R/U Camera and Test, RIH w/camera, POOH w/ camera, POOH w/ [illegible] milling assy, [illegible] | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | E-line RIH w/ camera, [illegible], POOH and R/D [illegible] ATLAS POOH and M/U [illegible] RIH and Mill on fish | 164.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | Continue to mill, POOH and Clean magnets, [illegible] | 165.00 |
| 5/13/2020 | 23.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | Continue to POOH and inspect mill, Prepare new fishing tools and RIH and mill, [illegible] | 164.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | POOH, M/U Mill; [illegible] POOH, RIH w/ overshot and jar, [illegible] POOH, [illegible] | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | POOH Clean and inspect mill, M/U mill [illegible], POOH and inspect mill. RIH and Mill, POOH inspect mill, M/U overshot and RIH, [illegible] | 163.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | RIH w/Overshot and engage Fish #2, POOH w/Fish, [illegible] ATLAS and Eline RIH w/camera POOH R/D ATLAS POOH, M/U [illegible] | 178.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | [illegible] and POOH, [illegible] M/U Overshot and RIH, M/U ATLAS and [illegible] Camera, POOH [illegible] ATLAS, [illegible] POOH and R/D Slick line | 183.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 84.00 | 6.00 | 14.00 | 4.00 | 66.00 | | | | R/U E-line RIH w/ Tbg punch & perforator, POOH, [illegible] | 164.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | RIH w/ mechanical pipe cutter, Correlate on depth & cut tbg. POOH & R/D E-line. POOH w/ work string & 17,755' of tbg. | 168.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | Continue POOH w/ 17,755' to 6,846' of [illegible] | 165.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 14.00 | 5.00 | 49.00 | | | | POOH from 6,846' to surface. R/D DES equipment. RIH w/ [illegible], [illegible] BOP's. P/U BOP Test tool & [illegible] | 165.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | R/U BOP test tool w/ [illegible]. Test BOP's & [illegible], C/K manifold & surface [illegible] | 167.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | Continue testing C/K manifold & TDK safety valves. POOH with BOP test assy. RIH w/ WRCO. [illegible] every 1,000' as per procedure. Work over TOL. POOH w/WRCO | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | POOH with WRCO assy & L/D. RIH w/ Halliburton Overshot assy & [illegible] overshot, confirm latch, Test to 1,000 psi. Release from Overshot. Spot Packer fluid. Hang [illegible] in derrick. POOH with Halliburton [illegible] | 174.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | Spot Packer fluid, Hang [illegible] in derrick. POOH with Halliburton RT. RIH with WRRC. Retrieve [illegible] & POOH. Slip & Cut [illegible] of Drill line. [illegible] completion | 187.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | M/U [illegible] / [illegible] assembly and Production packer. Terminate & test Prod Packer, RIH w/5-1/2" Prod Tbg | 200.00 |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | | | | RIH 5-1/2" Prod Tbg, [illegible] / [illegible] assy, Term & test same. RIH w/ 5 1/2" Tbg. | 201.00 |

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K Dufrene
Routing #:
ACCT CODE  3060-15

| | 1/7.5M LF | See $ | 1/M.M $ | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100%/Day | | 184,000.00 | | | | | | | | | | | | | |
| In Hrs/Orkew 100 / Day WFO | | 200,000.00 | | | | | | | | | | | | | |
| 100%/Yr WFO | | 165,000.00 | | | | | | | | | | | | | |
| 100%/hr | | 8,333.33 | | | | | | | | | | | | | |
| 100%/hr | | 7,294.34 | | | | | | | | | | | | | |
| 50%/hr | | 7,554.17 | | | | | | | | | | | | | |
| 50%/hr WFO   90%/hr WFO | | 8,166.67 | | | | | | | | | | | | | |
| TOTALS | 740.00 | 0.00% | 1.00 | 0.00 | 0.00 | 0.00% | 0.00 | 744.00 | 50.00% | 1052.00 | 252.00 | 578.00 | 172.00 | 1798.00 | |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 91.00 | | 9.00 | 16.00 | 11.00 | 48.00 | |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 91.00 | | 9.00 | 16.00 | 11.00 | 48.00 | |
| 5/27/2020 | 24.00 | | | | | | | 24.00 | 91.00 | | 9.00 | 16.00 | 11.00 | 48.00 | |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | | 9.00 | 16.00 | 11.00 | 66.00 | |

Final Number for
the Month:   $   3,295,000.00

Prepared By: _____ Ryan Bolton _____   Date: 6-01-2020

DCB Routing Contr. Signature:   Robert Ross   Robert Ross

Preferred Client Representative:   Sean Rains   Sean Rains   Date 6/1/2020

Preferred Client Representative Signature:

Preferred Drilling Supt:

Preferred Drilling Supt. Signature:   Date:

Site Manager Signature:   Date:

(Flow Test & Clean Up Well)

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly: May 2020
Customer: Fieldwood
SL C-#514 Commerce, Measur

Cost Center:
AFE Number: AW 200292
Work Order:
Purchase Order:

| DATE | OPR 7th 100% | STBY 700 @ 50% | OPR SUBDAILY 750 (10 hour allowances per monthly thereafter 0 rate) | OPR SUBDAILY 750 DR Steer allowances per monthly thereafter 0 rate | No rate earned / All repair rate in excess of monthly allowed hours | Include Subsea Tools / SOS BOPH | FORCE MAJEURE 700 @ 50% | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | | 127.00 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 95.00 | 11.00 | 19.00 | 4.20 | 68.00 | | | | | 130.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | | 130.00 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 131.00 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.70 | 59.00 | | | | | 200.00 |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | 188.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | | 186.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 184.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 143.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | 162.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 162.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 164.00 |
| 5/13/2020 | 13.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 165.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 2.00 | 47.00 | | | | | 164.00 |
| 5/15/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 164.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | | 161.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 15.00 | 6.00 | 66.00 | | | | | 178.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 183.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 164.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | | | | | 168.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 159.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 149.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 167.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | 166.00 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | | | | | 174.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | | 187.00 |

| Date | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | - | | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | PH=3.5/7' Fruit Chk, RH Pkgs 9.3/14.2 / Soil FREC/EDDH assay. Turn & Joint conn. Bcast 4.5' dn. | 209.00 |
| 5/28/2020 | 24.00 | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | PH=3.0/5' Fruit Chk, RCD OSL drlg, Jets Nozzles Tests & Fast conn. | 199.00 |
| 5/29/2020 | 24.00 | | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 60.00 | Continue tube Drlg on Rig Service. LCD Test PH & RCD 4.5' / Continue drlg TD Ann.V Mano. Rg up MP equipment on TDA for MP samples. 40.9 PSC 4.5'/50 m. Test 4.5/8' Lauina comp. Matt conns. Plus up ARP CTU, Invited Employee Span 4.25' bulk, PU Surface casper Flow Spot. | 158.00 |
| 5/30/2020 | 24.00 | - | | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | Last test TD & test conn. RU VCS, Line Dev. Comp to 250 PSI set max 1500 psi high. Mct. & pull Volume items. Converter pump & Make of 50 items taking, Catch Open SD on items. Fast Test & Clean Up Well. | 196.00 |
| 5/31/2020 | 24.00 | | | | | - | 24.00 | 91.00 | 3.00 | 16.00 | 11.00 | 58.00 | Flow Test & Clean Up Well. | 185.00 |
| TOTALS | 744.00 | 0.00 | 1.00 | 0.00 | 0.20 | 0.20 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1783.00 | | |
| | | 0.00% | 0.27% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | 0.6 |

|  | 5,772 hrs h | 999 | 7,704.13 | 1 | 1 | 3 |
|---|---|---|---|---|---|---|
| 100%/Day | $ 185,000.00 | | | | | |
| In hole/before 100 / Day MPD | $ 200,000.00 | | Total Billable for the Month: | $ 5,795,000.00 | |
| In hole/Release 100%/Day | $ 185,000.00 | | | | |
| 100%/hr MPD | $ 8,333.33 | | | | |
| 100%/hr | $ 7,708.33 | | | | |
| 50%/hr | $ 7,354.17 | | | | |
| 50%/hr MPD | $ 8,166.67 | | | | |

Fieldwood Client Representative:

Daily Rotating Supt. Signature: _____   Fieldwood Client Representative Signature: _____

Date: _____

Rig Manager: _____ Salem Rodgers _____ Dinny Sharry   Fieldwood Drilling Supt.: _____

Drill Rotating Supt. Signature: _____   Fieldwood Drilling Supt. Signature: _____

Date: _____



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___//s// Dinny Sharry___



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | . |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE:    $      270,900.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮▮▮
ABA ▮▮▮▮▮▮
Account #▮▮▮▮▮▮

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $ (270,900.00) | 810620.10417.4202.110 |
| $ (78,092.58) | 912812.10417.4202.110 |
| $ 78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai   AFE: FW202002   Routing#5590047

**Group**

Date

NOV
NSI Fracturing
OGEANEERING
OES
Oilstates
One Subsea
OFI (Oil Field Instr.)
OGEC
One Surface
OTC
Pharmasafe
Phi Helicopters
Pinnacle
Petrolink
Precision Rental
Premium
Protechnics
Professional Rental Tools
Quality Energy
QPS
Rig Chem
RigNet
RPS Group Inc.
Schlumberger
Scientific Drilling
SCS
Subsea Partners LLC
Subsea Solutions
Sunheat
Sunset
Superior
Superior Energy
Superior Perf.
Southern Fab
Teledyne
TEMS
Tetra
TIW
Total Safety
Tristate
TSI
Tubular Solutions
Veri-Global
Workstrings
Weatherford
Wellbore
Wallace
WFR

TOTAL

TOTAL OVER CONTRACT

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

ACCT. CODE 3060-45

TOTAL BILLABLE $

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kalmai, AFE: PW202002 Routing#580047

| Group | Date |
|---|---|
| ABB LTD | |
| ABS | |
| Ampol | |
| Airgas | |
| Aker | |
| Aqua Tech | |
| Automated Production | |
| Archer | |
| Balleys | |
| Baker Hughes | |
| Bedrock Petroleum | |
| BHGE | |
| Blackhawk | |
| BSEE | |
| Bugware | |
| Burner Fire Control | |
| Cajun Cutters | |
| Clarant | |
| Chouest | |
| ChampionX | |
| Celco | |
| Cameron | |
| CoreLab | |
| Cowing | |
| Danos | |
| Deep Sea DS | |
| DGO | |
| Diversified | |
| DinaCup | |
| Dynamic Industries | |
| Ella Comms | |
| EPS | |
| EVO | |
| Expro | |
| FDF Pipe Washing | |
| Fleetwood | |
| FMC | |
| FRANKS INTL | |
| Fugro | |
| GAIA | |
| GE Oil & Gas | |
| GSI | |
| Gulfstream | |
| HALLIBURTON /Sperry | |
| Hurricaneon | |
| Impact Selector | |
| Interwell | |
| Lloyds Register | |
| MAKO | |
| Master Flo | |
| MI Swaco | |
| MISTRAS Group | |
| NALCO | |
| Newpark | |

C:\Users\...\2020 3rd Party Room Meal.xlsx

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai   AFE: FW202002 Routing#580047

Group / Date:

- NOV.
- NSI Fracturing
- OCEANEERING
- OGES
- Oilstates
- One Subsea
- OPT (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Perf
- Superior Energy
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- TSI
- Tristate
- Tubular Solutions
- Vans Global
- Workstrings
- Weatherford
- Wellbore
- Wellfee
- WFR

TOTAL
TOTAL OVER CONTRACT

TOTAL BILLABLE $

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▊▊▊▊

ACCT. CODE 3060-45

Company Man APPROVAL:

OIM APPROVAL:

S. Button 5-31-2020

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: PW202002 Routing#5800047

| Group \ Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Believe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | 2 | 5 | | 3 | | 3 | 3 | 3 | 3 | 3 | | | 3 | | 3 | | 2 | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Expro | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | 9 | 10 | 10 | 11 | 7 | 6 | 6 | 5 | 6 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 8 | |
| FMC | 4 | 4 | 4 | 4 | 7 | 6 | 6 | 4 | 5 | 6 | 7 | 4 | 4 | 5 | 4 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FRANK'S INTL | | | | 1 | | | | | 1 | | | 1 | 1 | | | | | | | 1 | | | 1 | 1 | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | 11 | 11 | 14 | 20 | 21 | 23 | 21 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 13 | 9 | 6 | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\rac0320\Desktop\May 2020 3rd Party Buck Heads.xlsx


**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___//s// Brian Rodgers___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: <u>**Dinny Sharry**</u>

Signature: ___//s// Dinny Sharry____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545 DATED:5/06/2020                                        $            6,500.00

Handling Charges @ 5%(601)                                            $              325.00

AMOUNT DUE:   $          6,825.00

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$    (6,500.00)  024000.10417.4202.110
$      (325.00)  810510.10417.4202.110
$    (6,500.00)  810650.10417.4202.110
$     6,500.00   919250.10417.4202.110

ED



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

| | |
|---|---|
| Invoice Number: | SI-02545 |
| Invoice Date: | 5/6/2020 |

Bill
To:   EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:   Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| HV96027 | BAG 5000 / UNV RED STRAP,175/PALLET HS CODE 6305.32.000 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | | |
|---|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax. | 0.00 |
| | | | **Total USD:** | **6,500.00** |

| | | | |
|---|---|---|---|
| Phone No.: | Entity Code: | E-Mail: | Home Page: |
| 800-844-8683 | IC-1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

**HOOVER FERGUSON**

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

Terms:
Shipping Agent: HVTL
Ship Via: Delivered by Hoover

Customer PO: 10013-0000457578
Customer No: 206081
Shipment Date: 4/30/2020
Inside Salesperson: Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

RahKell



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
    4308 W Admiral Doyle Dr
    New Iberia, 70560
    LA

Sold
To: EnscoRowan
    PO Box 570788
    Houston, 77257-0788
    TX

Ship
To: Rowan Resolute (Valaris Resolute)
    620 MOULIN ROAD
    Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:  Delivered by Hoover

Customer PO:  10013-0000457578
Customer No:  206081
Shipment Date:  4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 BAG 5000 / UNV RED STRAP,175/PALLET | | EACH | 500.00 | 0.00 | ~~500.00~~ | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

**Attention:** MARINE / BARGE SUPERVISOR

REQ Type        Supply

| ITEM | QTY | OIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                 HTS NO:3923210000                UNSPSC NO:

Total Requisition Amount:            6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  0000235125 |
|---|---|---|---|---|
| OIM | DATE | FWF | | |
| | | *Operator (Print)* | | |
| Rig MGR / OPERATIONS MGR | DATE | *Rep Signature* | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | *Rep Name (Print)* | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____       DATE FAXED:_____

AFE:        FW202002
Lease:     GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

ACC. CODE: 3060-15

L. Butler  4-22-2020

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page    1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type        Supply

| | | | | | | | CRIT. | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | Oil ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:3923210000              UNSPSC NO:

Total Requisition Amount:        6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|---|---|---|---|---|
| OIM | DATE | F.W.E. Operator (Print) | | |
| Rig MGR / OPERATIONS MGR | 7/25/20 DATE | Janne Butler Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Larrie Butler Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

AFE:        FW202002
Lease:     GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:  ████

ACC. CODE: 3060-15

L. Butler  4-22-2020



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10582045 DATED:4/29/2020                                $          3,605.04

MARTIN ENERGY SERVICES
INVOICE#729958 DATED:4/23/2020                                 $          4,750.00

Handling Charges @ 5%(601)                                     $            417.75

AMOUNT DUE:   $          8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███████
ABA ███████
Account ███████

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | |
|---|---|
| $ | (8,355.04) 024000.10417.4202.110 |
| $ | (417.75) 810510.10417.4202.110 |
| $ | (8,355.04) 810650.10417.4202.110 |
| $ | 8,355.04  919250.10417.4202.110 |

ED

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | ▆▆▆▆▆▆▆ | | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number: ▆▆▆▆▆▆

**Valaris**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
873 HOLE A ROAD
BROUSSARD, LA 70518

| Valaris Field Requisition |

| Requisition No.: 19013   OPEN |
| Req No.: |
| Date: |

Attention: WAREHOUSE

PURCHASING USE ONLY

| ITEM | QTY | DELIVERY Type B | UOM | DESCRIPTION | COST | AFE CATEGORY | COST RATING | PRICE | VENDOR | PURCHASE ORDER/CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|----------|------|-------|--------|---------|-------|
| 1 | 24 | | EA | DIE, HYDRAULIC, GRIT BACKER, SOFT | | | 0 | | | | |

Tax Exempt: N

OCCA NO: 54789     MFR NO: 419013     UNSPSC NO.

FIELDWOOD RE-DILL FOR GRIT FACE DIES

Total Requisition (USD):     PAGE 1/1

FIELDWOOD RE-DILL FOR HYDRABACKER SOFT GRIT DIES

| R1202 | 04/13/2020 | NOTE: CLEARLY FAXED OR EMAILED |
| ONE | DATE | |
| THIS FIELD OPERATIONS MGR | 4-14-20 | Stanley Butler |
| NOTE: Any additions or deletions must be hand written | DATE | Larry Butler |

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K Dufrene
Routing #: ▮▮▮▮

Cost Code 3060-15
S. Butler 4-13-20

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit: 10013
Req ID: 0000234902
Date: 04/13/2020
Page: 1

APPROVED

**Attention: WAREHOUSE**

REQ Type          Supply

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO:  EAR99          HTS NO:8431438010          UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:          3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

List all Field
ETRR No. by Item

_____          Operator (Print)

_____          Rep Signature

_____          Rep Name (Print)

PURCHASING ONLY  FR NO:          0000234902

_____
BUYER                              DATE

DATE FAXED:

R4202          04/13/2020
OIM          DATE

RIG MGR. / OPERATIONS MGR          DATE
NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____



# INVOICE

**MARTIN ENERGY SERVICES**

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-862-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

Ship To:  C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:   ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

Deliver To:

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

MESSAGES

PAYMENT REMITTANCE

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account # 0114820625
R   ABA # 062005690
E   ACH # 111900785
    Swift Code: UPNBUS44



# MARTIN
ENERGY SERVICES

# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   **$4,750.00**

## MESSAGES

## PAYMENT REMITTANCE

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account #
R   ABA #
E   ACH #
    Swift Code:

♦ ♦ ♦ THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. ♦ ♦ ♦

DOC. CONTROL #    0/23/2020205734

# Valaris

#436525

**Purchase Order**   Page  1

Dispatch via E-Mail



10013-0000457235

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000457235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518   CPort 2<br>United States<br>PHONE: 337 83678500<br>EC -200<br>12209 | FREIGHT TERMS:  CPT<br>NOMINATED PLACE:<br><br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:     Ernestine Castillo<br>EMAIL:     tina.castillo@valaris.com<br>PHONE:    281/272-4043<br>FAX: | CURRENCY:        USD<br><br>REQ TYPE:         REN<br>REQ CLASS:       OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line Number / | Vendor<br>Item ID | Description | Quantity UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | RENTAL-TANK,MARTIN<br>ENERGY,4031060,TOTE,EMPTY,550<br>GAL,F/ USED OIL | 10.00  EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:            ECCN No:                    GL Acct Cd: 10417-024000-4202-110                    AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| 2-1 | 8885604 | RENTAL-SLING,MARTIN<br>ENERGY,8885604,LIFTING,F/ 550<br>GAL USED OIL TOTE TANKS | 10.00  EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:            ECCN No:                    GL Acct Cd: 10417-024000-4202-110                    AFE Cd:

Total PO Amount                    4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.



# FUEL/YARD TICKET

NO 960061

**MARTIN**
ENERGY SERVICES

Martin Energy Services LLC
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



FYI

JDE # 436525
Branch Plant 13015090

☐ TRANSFER  ☐ REPACK  ☒ SALE  ☐ CO-USE

BILL TO: Enscotown

CUSTOMER NO. 3430

DATE: 4-22-20

ORDERED BY Ernestine Castillo

PO NO./AFE: 10013-0000457235

PHONE NO. 281-242-4043

LEASE NO.

AREA/BLOCK GC-200

OCSG# 12209

WELL NO.

RIG/VESSEL Resolute Rio 202

TIME STARTED

AM / PM

TIME FINISHED

AM / PM

HOURS RT / OT

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | |
|---|---|---|---|---|
| | ROUSTABOUTS | TR # 584046 | Sling # 100538-11 | |
| | CRANE | TR# 212106 | Sling # 98485-13 | |
| | FORKLIFT | Manifest # 304152 | | |
| | EQUIPMENT OPERATOR | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for the exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TR# 430543.4 | Sling# 100737-21 | | |
| | | TR# 227356 | Sling#98189-8 | | |
| | | TR# 42369.36 | Sling # 97554-11 | | |
| | | TR# 217119 | Sling# 100787-12 | | |
| | | TR# 201836 | Sling# 98483-6 | | |
| | | TR# 174078 | Sling# 97836-4 | | |
| | | TR# 227354 | Sling# 98485-7 | | |
| | | TR# 369532 | Sling# 100787-1 | | |

| | DRUMS DELIVERED | | | DRUMS RETURNED | | G A | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | | STOP | GALS. | T U A G | | |
| TERMINAL | SUPPLIER | BOL# | METER TKT. # | TRUCK# | TRAILER #. | N I K N | | |
| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 | G S | | |
| 1 CARGO TANK | | | | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD ☐ CHECK ☐ CASH $ _____

INITIALS _____

TOTAL REC'D. $ _____

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mes/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954; Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____ Cody Ledet _____ Michael Conner
Customer Signature                    Martin Energy Services Representative

X _____ BOL13628384 _____ 4879-29207
Martin Driver Signature          Truck and Trailer No.

REV. 12/16
FORM NO. 107

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 13013   OPEN
Req ID:0000234936
Date: 04/14/2020
Page    1

**Attention: ENGINEERING**

REQ Type      Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 10 | 024000 4031060 | EA | RENTAL-TANK,MARTIN ENERGY,4031060,TOTE,EMPTY,550 GAL,F/ USED OIL | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitute      Item Desc :

ECCN NO:                    HTS NO:                              UNSPSC NO:

| 2 | 10 | 024000 B885604 | EA | RENTAL-SLING,MARTIN ENERGY,B885604,LIFTING,F/ 550 GAL USED OIL TOTE TANKS | 38.04 380.40 | 91 - RENTALS/NO | S | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                              UNSPSC NO:

Total Requisition Amount:          4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000234936 |
|---|---|---|---|---|
| OIM | DATE | FWF | | |
| RIG MGR / OPERATIONS MGR   DATE | | Operator (Print) | | |
| | | Sonne Butler | | |
| | | Rep Signature | | |
| NOTES: Any additions or deletions must be initialed | | Larre Butler | | BUYER            DATE |
| | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ████

*Cost Code 3060 -15*
*S. Butler 4-14-2020*

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  ⊘Glenn Demet

↩ Reply     ↩ Reply All     → Forward

Thu 5/14/2020 9:16 AM

⊘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Rapiduck Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX, 77057
+1 713-212-5430p | +1 832-205-3315m
Brian.rodgers@valaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

**AFE #: FW202002**

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:   $        265,300.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮▮▮
ABA ▮▮▮▮▮▮
Account ▮▮▮▮▮▮

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202.110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002 Routing#580047

The page contains a large, dense ledger/spreadsheet grid listing vendor/company names down the left column (e.g. AABB LTD, ABS, Amsel, Airgas, Aker, Aqua Tech, Automated Production, Archer, Ballovs, Baker Hughes, Bedrock Petroleum, Bruce, Blackhawk, BSEE, Bugware, Burron Fire Control, Cajun Cutters, Cameron, Cetco, ChampionX, Choquet, ClaVant, Cavins, CoreLab, Dando, Deep Sea DB, DGO, Diversified, Dril-Quip, Dynamic Industries, Ecosery, Enio Comms, EPS, Energy Services, Expro, FDF Pipe Washing, Fleetwood, FMC, FRANKS INTL, Fugro, GAIA, GE Oil & Gas, GGI, Gulfstream, HALLIBURTON (Baker), HydroCarbon, Impact Selector, Interwell, Lloyds Register, MAKO, Master Flo, MI Swaco, NALCO, Newpark, NOV, NSI Fracturing, OCEANEERING, OES, Oilstate s, One Subsea, OFI (Oil Field Instr.), OQEC, One Surface, OTC, Pharmaseal, PHI Helicopters, Pinnacle, Petrolink, Precision Rental, Premium, Proteqwire, Professional Rental Tools, PRT, Quality Energy, QPS, Rig Chem, Rocket, RPS Group Inc, Schlumberger, Scientific Drilling, SGS, Subsea Partners LLC, Subsea Solutions, Sunbelt, Superior, Superior Energy, Superior Perf, Southern Fab, Teledyne, TEMB, Tetra, TNW, Total Safety, Trelside, TGI, Tubular Solutions, Veris Global, Workstrings, Weatherford, Wellbog, Welloo, WFR) with numeric entries in columns numbered 1 through 31 by date, plus TOTAL, TOTAL OVER $, and other summary rows.

TOTAL row: 0 0 0 0 0 81 81 81 81 80 58 57 74 78 73 77 78 76 76 76 76 70 86 85 79 82 84 82 74 0 ... TOTAL: 1045

TOTAL OVER $: 79 78 78 79 79 84 64 65 72 74 71 75 74 76 76 75 77 84 84 77 60 72 62 72 ... TOTAL: 1893

(right margin note) Began Katmai AFE on April 8th.

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE: 3060-45
S. Buller
-5-1-20

TOTAL BILLABLE $: 266300

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Erin Dorsel

↩ Reply   ↩ Reply All   → Forward   ···
Thu 5/14/2020 9:16 AM

Below is Sent by Thursday, May 14 2020. Due by Thursday, May 14 2020.

Approved

Brian Rodgers | Rowan Resource Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX  77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

---

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

NOV
INVOICE#10589602  DATED:6/18/2020                                  $            3,605.04

ACUMENINTERNATIONAL
INVOICE#1026793 DATED:6/12/2020                                  $              100.00

Handling Charges @ 5%(601)                                       $              185.25

AMOUNT DUE: $          3,890.29

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: ▮▮▮▮▮
3A ▮▮▮▮▮
ccount ▮▮▮▮▮

$     (3,705.04) 024000.10417.4202.110
$       (185.25) 810510.10417.4202.110
$     (3,705.04) 810650.10417.4202.110
$      3,705.04  919250.10417.4202.110

ED

Document References
Invoice: 10589602
Invoice Date: 2020-06-18
Due Date: 2020-08-17

Internal References
Buyer: 10013          .
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00986726

Customer Ref ID:
Supplier Ref ID:
Rig ID     : 4202
Creation Date: 2020-06-19

Bill From:
   NATIONAL OILWELL VARCO, L.P.
   RIG SOLUTIONS SPARES
   5212 HWY 90 WEST
   NEW IBERIA, LA 70560
   USA

Bill To:
   ENSCO OFFSHORE COMPANY
   in care of: ENSCO OFFSHORE COMPANY
   P.O. Box 570788
   HOUSTON, TX 77257-0788
   USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 | ███████████ | | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
   Due Date: 2020-08-17
   Discount Amount:
   Bank From: WellsFargo/HOUSTON
   Payment Method: ACH

   Payment Currency: USD
   Terms: 60
   Discount Due Date:

Remit To:          NATIONAL OILWELL VARCO, L.P.
                   SUPPORT SERVICES
                   P. O. BOX 201202
                   DALLAS, TX 75320-1202
                   USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:     ██████████

# Valaris

**Valaris**
**Field**
**Requisition**

Business Unit:10013   OPEN
Req ID:0000235769
Date: 05/19/2020
Page    1

**Attention: WAREHOUSE**

REQ Type        Supply

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOUTON ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | GL/ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N
Available Sustitutes        Item Desc :

ECCN NO: EAR99                                  HTS NO:8431438010

NATIONAL OILWELL VARCO QUOTER# 1609931                        UNSPSC NO:

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTER# 1609931

Total Requisition Amount:           3,605.04

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K Dufrene
Routing #:  ▉▉▉▉

Acct Code # 7060 - 15
5/19/20

R4202                    05/19/2020
OIM                      DATE

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

List all Field
ETRR No. by item

PURCHASING ONLY  FR NO:    0000235769

BUYER                      DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  ____  NO: ____        DATE FAXED: ____

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
|---|---|
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| **Cust Contact** | ERNESTINE CASTILLO | | |
| **Customer eMail** | tina.castillo@valaris.com | **Date Printed** | 04/13/2020 |
| **Ultimate Dest** | United States,Intl Waters | **Quote Date** | 04/13/2020 |
| **Currency** | UNITED STATES DOLLAR | **Freight Terms** | **Quote Exp Date** | 05/28/2020 |
| **Quoted by** | Pringle, Jenny S. | **Payment Terms** | NET 45 FROM INVOICE DATE |
| **Ref/Rig Name** | Valaris Rig Valaris Resolute | **Shipping Terms** | FREE CARRIER |
| **Branch** | | **Carrier** | ENSCO MOULIN CONSOL |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

DIES GRIT FACE
Stocking Line:   MTS
Country of Origin:  NORWAY
Unit Weight:  0.16  LB          Total Weight:  3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | |
|---|---|
| **Sub-Total** | **$3,605.04** |

| | |
|---|---|
| **Total Sales Quote Acknowledgement 1609931 Rev 1:** | **$3,605.04** |

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

PLEASE NOTE OUR
STOCKING LINE CRITERIA
IF TRYING TO RETURN
GOODS SUPPLIED:

MTS = MADE TO STOCK
ESP = EMERGENCY SPARE
WE WILL TAKE BACK WITH
20% RESTOCKING FEE

MTO = MADE TO ORDER
GOODS CANNOT BE
RETURNED

# Acumen International



EIN  76-0270480

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050   **Fax** 713-896-0122
**www.Acumen.us.com**

| DATE | P O NUMBER |
|------|-----------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | | 15.00 | 90.00 |
| Delivery | 1 | | | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

**Payments/Credits**                                    $0.00

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

| **Balance Due USD** | $100.00 |
|---|---|

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------------------|-----|-------------|------|--------------|--------------|---------------------|--|--|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 8478 | EA | ▮ | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | ▮ | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99              HTS NO: 9026200000              UNSPSC NO:

This Item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER              DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____    DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:X000236183
Date: 06/03/2020
Page    2

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type        Supply

| ITEM | QTY | G/L ACC'T Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 2 | 024000 6020MATTCO | EA | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO: 8413919520              UNSPSC NO:

| 4 | 2 | 024000 6560 | EA | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO: 8479899898              UNSPSC NO:

| 5 | 1 | 024000 6488 | EA | | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 |
|-------|------------|
| OIM | DATE |

*(signature)*   *(signature)*

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:    0000236183

BUYER                         DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page    3

**Attention:** DRILL CREW / TOOLPUSHER

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | PURCHASING USE ONLY | | | | | | |

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                    UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | | 16.00 108.00 | 55- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 |
|-------|-----------|---|---|---|
| OIM | DATE | | | |

Line Item Exempt :

RIG MGR / OPERATIONS MGR        DATE        6/5/20

NOTE: Any additions or deletions must be initialed

Operator (Print)

Rep Signature

Rep Name (Print)

BUYER        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____   DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

Acct Code # 3060-15
Clayton Mangie



**V A L A R I S**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

MATTCO
INVOICE#58061 - DATED:06/10/2020                                                    $            4,150.11

Handling Charges @ 5%(601)                                                          $              207.51

AMOUNT DUE:   $            4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$    (4,150.11) 024000.10417.4202.110
$      (207.51) 810510.10417.4202.110
$    (4,150.11) 810650.10417.4202.110
$     4,150.11  919250.10417.4202.110

ED



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE          1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S  E06
O  VALARIS (ENSCOROWAN)
L  C/O ENSCO OFFSHORE CO.
D  PO BOX 570788
   HOUSTON, TX 77257-0788
T
O

S  000001
H  ROWAN RESOLUTE
I  (VALARIS RESOLUTE)
P  620 MOULIN ROAD
   BROUSSARD, LA 70518
T
O

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT   |      | 7/10/2020 | 7/10/2020    | 00035536 | 6/10/2020  | 6/10/2020 |         |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

S/N: 3981, 3994

PO LINE ITEM: 3-1



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

|  | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

| S O L D T O | E06 VALARIS (ENSCOROWAN) C/O ENSCO OFFSHORE CO. PO BOX 570788 HOUSTON, TX 77257-0788 | S H I P T O | 000001 ROWAN RESOLUTE (VALARIS RESOLUTE) 620 MOULIN ROAD BROUSSARD, LA 70518 |
|---|---|---|---|

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT |  | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1


LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
|  |  |  |  | TOTAL DUE | 4,150.11 |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID: 0000236183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type    Supply

| ITEM | QTY | G/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99             HTS NO: 8481809050                UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99             HTS NO: 9026200000                UNSPSC NO:

This item is a designated Ensco Standard – No Subsitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:  0000236183 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |

Business Unit: 10013   OPEN
Req ID: 0000236163
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000 6020MATTCO | EA | | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99        HTS NO: 8413919520        UNSPSC NO:

| 4 | 2 | 024000 6690 | EA | | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99        HTS NO: 8479899898        UNSPSC NO:

| 5 | 1 | 024000 6466 | EA | | | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236163 |
| OIM | DATE | | | |
| _Mike Ko_ | 6/5/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____        DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit:10013   OPEN
Req ID:0000236183
Date: 09/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT
Item ID
N | UOM | DESCRIPTION | | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes     Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000                         UNSPSC NO:

| 6 | 6 | 024000
077270087002 | EA | | | 18.00
108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                          HTS NO:                                   UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| Line Item Exempt : | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 6/5/20
DATE | Rep Signature | | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED:_____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

Acct Code # 3060-15
Clayton Thomson