# **Exhibit 13**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

### First MORTGAGOR

FIELDWOOD ENERGY LLC

### First MORTGAGEE

ATLANTIC MARITIME SERVICES LLC

---

**Index Type :**    MORTGAGE

**Type of Document :** STATEMENT CLAIM

**Recording Pages :**        54

**Inst Number :** 1298859

**Book :** 2056    **Page :** 519

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM

Certified On : 07/16/2020

Doc ID - 033534580054

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 11:27:51
Recorded in Book 2056 Page 519
File Number    1298859

Deputy Clerk

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGE

**Type of Document :** STATEMENT CLAIM

**Recording Pages :** 54

**Inst Number :** 1298859

**Book :** 2056    **Page :** 519

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 11:27:51AM



Deputy Clerk

Doc ID - 033534580054

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)    Name and Address of Claimant:

> Atlantic Maritime Services LLC
> 5847 San Felipe, Suite 3300
> Houston, TX 77057

2)    Nature and amount of the obligation for which Claimant's privilege is claimed:

> Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)    Name and address of the person owing the amount for which Claimant's privilege is claimed:

> Fieldwood Energy LLC
> 2000 W. Sam Houston Parkway South, Suite 1200
> Houston, TX 77042

4)    Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

> The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANFLUZ
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 806-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

| | |
|---|---|
| INVOICE NO: | **FWD2006256** |
| INVOICE DATE: | 6/8/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | **45 DAYS** |
| RIG: | Resolute - DS-16 |
| WELL NUMBER: | G.C. 40 #1 COMPLETION |
| LOCATION: | G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $       - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $      678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells.Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by Ben
*B Wtt*
Date:
2020.06.08
09:20:20
-05'00'

Coding: BU10079
(678,333.33)   10417- 110-4202-810101
-            10417- 110-4202-810102
-            10417- 110-4202-810110
-            10417- 110-4202-810103
10417- 110-4202-810104

ED

R2D2 Billing worksheet_2020 - June 2020

FIELDWOOD
Resolute

June 2020

WELL NAME / LOCATION: APE

G.C. 40 #1 COMPLETION
FW202002

|  |  | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $101,300 | FORCE MAJEURE $185,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | DESCRIPTION OF WORK | | | | | | | | | |
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K Duffrene
Routing #:

Acct Code # 3060-15

| Date | DAY RATE (RRC) | | OPERATING HOURS | | | | | | NONPRODUCTIVE | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CASH SHORTAGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | 24.00 | | | | | | | | | | |
| 6/2/2020 | 24.00 | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | | | |
| 6/2/2020 | 24.00 | | | | | 24.00 | 96.00 | 8.00 | 18.00 | 8.00 | 58.00 | | | | | | |
| 6/2/2020 | 24.00 | | | | | 24.00 | 97.00 | 7.00 | 28.00 | 10.00 | 61.00 | | | | | | |
| 6/4/2020 | 16.00 | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 9.00 | 59.00 | | | | | | |
| TOTALS | 88.00 | 0.0% | 0.0% | 0.0% | 0.0% | 50.00% | 368.00 | 28.00 | 76.00 | 36.00 | 340.00 | | | | | | |

Robert Day

6-05-8020

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract #: DO-C-27729
Customer: Fieldwood
Well name: S.C. 67 #1 Completion, Katmai

Cost Center:
ARI Number: FW 322002
Work Order:
Purchase Order:

| DATE | DPR STANDBY 250.00 | 95% SERVICES 70%, 125/hour allowance per month (> Overtime @ rate) | RPR STANDBY 70% allowance per month (> Overtime @ rate) | FORCE MAJEURE 70% @ 95% | In-hole Subsea Equip 95% of 70% | Pay in current All repair rate in % errors of monthly reduced hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 61.00 | | | | Shut-in for bad wx. Dropped LDS w/22+OLDCT). Set screw chisel on SL and next to 11+ ent. R/Down (Sh)and CFTJ, LФ Upper VLV POOH with SL/USBFT. W-washing Float Coll. POOH w/set mill bits. | 182.00 |
| 6/2/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 15.00 | 8.00 | 59.00 | | | | | 186.00 |
| 6/3/2020 | 24.00 | | | | | | 24.00 | 97.00 | 7.00 | 15.00 | 10.00 | 61.00 | | | | Well as per C/L and wx. Started riser to Dev. POOH with FCII. P/U for Riser. Unlatch BOP. Slam Temporary ring. Screw down hours. Screw down hours. | 194.00 |
| 6/4/2020 | 16.00 | | | | | | 16.00 | 95.00 | 5.00 | 15.00 | 9.00 | 59.00 | | | | Pull Riser/BOP. Jet BOP's 15kc BOP to Port setback. Trench Rig E/Cut trip to MOMA. | 187.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 70.00 | 35.00 | 240.00 | | | | | |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | | 8.00 |

| | STD 250.00 @ 95% | RPR | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|

$ 674,333.33

| | STD | RPR |
|---|---|---|
| | $ 250. | |
| 100%/Day | $ 200,000.00 | |
| In Hole/Subsea 100% / Day MPD | $ 200,000.00 | |
| In Hole/Subsea 100%/Day | $ 185,000.00 | |
| 100%/hr MPD | $ 8,333.33 | |
| 100%/hr | $ 7,708.33 | |
| 95%/hr | $ 7,134.17 | |
| 95%/hr MPD | $ 8,166.67 | |

Total Billable for the month: $ 674,333.33

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date:

Fieldwood Drilling Supt:

Fieldwood Drilling Supt. Signature:

Date:

Rig Manager: Dinny Sharry

Rig Manager Signature:

Date: 08-07-2020



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

**INVOICE**

| | |
|---|---|
| **TO:** FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2006264 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:  6/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM  45 DAYS |
| | RIG: Resolute - DS-16 |
| **ATTN: AP DEPARTMENT** | WELL NUMBER: G.C. 40 #1 COMPLETION |
| | LOCATION: G.C. 40 #1 COMPLETION |

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0  HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0  HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0  HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0  HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0  HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0  HOURS ZERO RATE | $0.00  $ | - |
| 0.0  HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0  TOTAL HOURS | | |

**Crew Shortage**

AMOUNT DUE:     $   6,735,000.00

Dinny Sharry

| REMIT ACH PAYMENTS TO: | Coding: BU10079 | |
|---|---|---|
| Beneficiary:  Atlantic Maritime Service LLC | (5,727,291.64) | 10417- 110-4202-810101 |
| Wells Fargo Bank, N.A. | - | 10417- 110-4202-810102 |
| San Fransisco, CA | - | 10417- 110-4202-810110 |
| SWIFT Code: | (7,708.36) | 10417- 110-4202-810103 |
| ABA | | 10417- 110-4202-810104 |
| Account | | ED |

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION   APE   G.C. 40 #1 COMPLETION
FW020002

May 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $191,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed and Repaired(Replace hose on HT) | 23.0 | | | | 1.0 | | | | 24.0 |
| 14 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.64 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:  FW20202002
Lease:  GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:

ACCT CODE 3060-15

Date: 6-01-2020

Rig Manager Signature: Robert Roy

Toolpusher Signature: 3049 Roy

Reviewed Client Representative: Sean Rains

Date: 6/1/2020

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monday May 2020
Contract # DOC-E 27776
Customer: Rockwood
Well (well): GC-XT-1 Completion Retrieval

Cost Center:
AFE Number: PM 202002
Work Order:
Purchase Order:

| DATE | OPR 704 100% | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | Total POB |
|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | 24.00 | 95.00 | 10.00 | 19.00 | 3.00 | 67.00 | 157.00 |
| 5/2/2020 | 24.00 | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 88.00 | 182.00 |
| 5/3/2020 | 24.00 | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | 191.00 |
| 5/4/2020 | 24.00 | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | 200.00 |
| 5/5/2020 | 24.00 | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 55.00 | 188.00 |
| 5/6/2020 | 24.00 | 24.00 | 95.00 | 9.00 | 20.00 | 1.00 | 60.00 | 188.00 |
| 5/7/2020 | 24.00 | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | 184.00 |
| 5/8/2020 | 24.00 | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | 168.00 |
| 5/9/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | 212.00 |
| 5/10/2020 | 24.00 | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | 155.00 |
| 5/11/2020 | 24.00 | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | 164.00 |
| 5/12/2020 | 24.00 | 24.00 | 91.00 | 8.00 | 17.00 | 3.00 | 47.00 | 165.00 |
| 5/13/2020 | 23.00 | 23.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | 164.00 |
| 5/14/2020 | 24.00 | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | 164.00 |
| 5/15/2020 | 24.00 | 24.00 | 89.00 | 7.00 | 16.00 | 4.00 | 47.00 | 162.00 |
| 5/16/2020 | 24.00 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | 170.00 |
| 5/17/2020 | 24.00 | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 66.00 | 180.00 |
| 5/18/2020 | 20.30 | 20.30 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | 184.00 |
| 5/19/2020 | 24.00 | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | 188.00 |
| 5/20/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | 149.00 |
| 5/21/2020 | 24.00 | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 48.00 | 165.00 |
| 5/22/2020 | 24.00 | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | 167.00 |
| 5/23/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | 166.00 |
| 5/24/2020 | 24.00 | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | 174.00 |
| 5/25/2020 | 24.00 | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 65.00 | 187.00 |
| 5/26/2020 | 24.00 | 24.00 | 93.00 | 7.00 | 18.00 | 11.00 | 74.00 | 200.00 |

| Date | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | - | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 76.00 | Nkls 5-1/2" Press Tbg, Pill Head 4-1/2 Pkr / Full TFLA 5GBV seat / Term & test same. Nd w/ 4.5" Pkr |
| 5/28/2020 | 24.00 | - | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | Nkls 5-1/2" Press Tbg, N/D DPS, Full Tbg hanger, Term & Test same. |
| 5/29/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | Permanent Press & test on-4g hanger, LLD THHTT & X-Out 1T / conntr 1BTT / deco V intact - Rig up HX downhole on TBG to 16TT conntr. Nd w/ TFLA run X-Out Landing String flow-asmb, Pull ITT KOA intrv brd producer 2stm 4.17 SMA. Pk/JhA-charger Flow Head. |
| 5/30/2020 | 24.00 | - | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | Land set TH & com-nect HX PBL test test same w/295/200 psi low / SBBO psi high, Nd & pull BadInve setnv, Connctr pump 950bbl of KQ-bonn listing, Cycle Close 5Q cm Valve, Flow Test & Chase Up Well. |
| 5/31/2020 | 24.00 | | | | - | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 38.00 | Flow Test & Chase Up Well. |
| TOTALS | 743.00 | 0.00 | 1.00 | 0.00 | 0.00 | 744.00 | 2851.00 | 232.00 | 539.00 | 171.00 | 1789.00 | |
| | 50.00% | 0.00% | 0.07% | 0.00% | 0.00% | | | | | | | 0.00 |

$ 3,737.25/LF

| | | |
|---|---|---|
| 100%/Day | $ 185,000.00 | |
| In Hole/Sidetrack 100 / Day/MPD | $ 200,000.00 | Total Billable for the Month: |
| In Hole/Sidetrack 100%/Day | $ 185,000.00 | $ 5,735,000.00 |
| 100%/Hr MPD | $ 8,333.33 | |
| 100%/Hr | $ 7,708.33 | |
| 99%/Hr | $ 7,564.17 | |
| 99%/Hr MPD | $ 8,166.67 | |

DS-16 Rotating Supt.:                               Redwood Client Representative:

DS-16 Rotating Supt. Signature:                     Redwood Client Representative Signature:

Date:                                               Date:

Rig Manager:   Brian Rodgers   _Dimy Sharry_        Redwood Drilling Supt:

Rig Manager Signature:                              Redwood Drilling Supt. Signature:

Date:                                               Date:



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers,** confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ___ //s// Brian Rodgers ___

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ___ //s// Dinny Sharry ___

# VALARIS



Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2008255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | | |
|---|---|---|---|---|
| MEALS @ | | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | | 140 COST/DAY/PERSON | $ | 270,900.0( |

AMOUNT DUE:  $   270,900.0(

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | |
|---|---|
| $  (270,900.00) | 810620.10417.4202.110 |
| $   (78,092.58) | 912812.10417.4202.110 |
| $    78,092.58 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May, 2020; Well Name: Katmai, AFE: FW202002 Routing#580047

Group / Date (column headers across: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, TOTAL)

Row labels (Group):
- NOV
- NSI Fracturing
- OCEANEERING
- OES
- OilStates
- OFI (Oil Field Instr.)
- OGFC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Roc Chem
- Rocket
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Sunset
- Superior
- Superior Energy
- Superior Perf
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Vers Global
- Weatherford
- Workstrings
- Wellsec
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL BILLABLE $

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:

ACCT. CODE  3060-45

Company Man APPROVAL: R. Bilton  5-31-2020

OIM APPROVAL:

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020  Well Name: Kelmat,  AFE: FW202000?,  Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amrol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | | 1 | | | | | | | | | | | | | | 3 | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | 2 | | | | | | | | 4 | | | 4 | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlackHawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwara | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | 2 | | | 2 | | | | | | | | | | | | | | 2 | | | | | | | | 2 | | 2 | | 2 | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cebco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cleuest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cevins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | 2 | | 2 | | 2 | | | 2 | | | 2 | | | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | | | | |
| Drill-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecossov | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comm | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fletwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | 9 | 10 | 11 | | | 6 | | 10 | | | | | | | | | | | | | | | | | | 8 | | 8 | | 8 | |
| HALLIBURTON /Sperry | | 11 | 14 | 21 | | 21 | | | | | | | | | | | 20 | | 16 | | 10 | | | | | | 11 | | 13 | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | 1 | 1 | | | | 1 | | | | | | | 1 | | | | | | | | 1 | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\DAV\DAO\2020\...2020 3rd Party Bunk Manifests

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#583047**

Group (Date row): column headers include days 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31

Groups listed:
- NOV
- NSI Fracturing
- OCEANEERING
- OES
- Oilstates
- Onesubsea
- OFI (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasafe
- PHI Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRI
- Quality Energy
- QPS
- Rio Cram
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Vero Global
- Workstrings
- Weatherford
- Wellbore
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

TOTAL: 1935
TOTAL BILLABLE $: 1997

Company Man APPROVAL: P. Batton 5-31-2020

OIM APPROVAL:

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: [redacted]

ACCT. CODE 3060-45

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Kamal, AFE: FW202002 Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | 2 | | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | 4 | | | | | | | | | | | | | | | | | |
| BlackHawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Calfrant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Crouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | 2 | 2 | 2 | 2 | 2 | | | | | | | | 2 | | | 2 | | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 4 | 4 | 4 | 4 | 6 | 6 | 4 | 5 | 4 | 6 | 7 | 4 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 8 | 8 | 4 | 8 | 8 |
| FRANKS INTL | | 4 | 10 | 10 | 11 | 4 | 6 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 20 | 19 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 8 | 4 | 4 | 4 | 4 |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALIBURTON /Sperry | | 11 | 11 | 20 | 21 | 21 | 21 | 10 | 10 | 10 | 11 | | 11 | 11 | 11 | 11 | 20 | 19 | 16 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 13 | 9 | 6 | | |
| HydroCarbon | | | 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | 1 | 1 | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 1 | | 2 | 2 | 1 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: _____//s// Brian Rodgers_____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry_____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: <u>FW202002</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                 $                    6,500.00

Handling Charges @ 5%(601)                                       $                      325.00

**AMOUNT DUE:   $                      6,825.00**

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▓▓▓▓▓
ABA ▓▓▓▓▓
Account ▓▓▓▓▓

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$    (6,500.00)  024000.10417.4202.110
$      (325.00)  810510.10417.4202.110
$    (6,500.00)  810650.10417.4202.110
$     6,500.00   919250.10417.4202.110

ED



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number: SI-02545
Invoice Date: 5/6/2020

Bill
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | | |
|---|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 | |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 | |
| P.O. Date | 4/30/2020 | Pay Terms | | |
| Sales Order No. | SO-02090 | Rig No. | | |
| SalesPerson | Sally Roberts | Well Name | | |
| Freight Terms | DEL | OSCG No. | | |
| Ship Via | HVTL | | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship

From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold

To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship

To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:        Delivered by Hoover

Customer PO:       10013-0000457578
Customer No:       206081
Shipment Date:     4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | | | | 0.00 | 0.00 | 0.00 | |

HS CODE 6305.32.000

RahXell



**HOOVER FERGUSON®**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020

Order Number: SO-02090

Pick List No.: 1

Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:         Delivered by Hoover

Customer PO:         10013-0000457578
Customer No:         206081
Shipment Date:       4/30/2020
Inside Salesperson:  Sally Roberts
Outside Salesperson: Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500~~.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013    OPEN
Req ID 0000235125
Date: 04/22/2020
Page    1

Attention: MARINE / BARGE SUPERVISOR

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 500 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-Rig CLE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:  EAR99             HTS NO: 3923210000           UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 OIM | 04/22/2020 DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. F.W.E. Operator (Print) _Jimmy Bidler_ Rep Signature _Jaime Butler_ Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 |
|---|---|---|---|---|
| _(signature)_ RIG MGR / OPERATIONS MGR | 1/25/20 DATE | | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____       DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmal
Engineer: K.Dufrene
Routing #: ███████

ACC. CODE: 3060-15
L. Bidler 4-22-2020

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition |
|---|---|

| | |
|---|---|
| Business Unit: 10013    OPEN | |
| Req ID: 0000235125 | |
| Date: 04/22/2020 | |
| Page    1 | |

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 600 | 024000 11223344 | EA | BAG-TRASH,DOLPHIN,11223344,40 CUBIC FT,1500 LB CAPACITY,UNIVERSAL RED STRAP | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                HTS NO:3923210000

UNSPSC NO:

Total Requisition Amount:       6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY  FR NO:    0000235125 | |
|---|---|---|---|---|---|---|
| O/M | DATE | FWE | | | | |
| *[signature]* | 4/25/20 | *Operator (Print)* | | | | |
| RIG MGR / OPERATIONS MGR | DATE | *Jimmy Butler* | | | | |
| | | *Rep Signature* | | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | *Larry Butler* Rep Name (Print) | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:   ███████

ACC. CODE : 3060-15

*L. Butler  4-22-2020*



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
     2000 W.SAM HOUSTON PARKWAY SOUTH
     SUITE 1200
     HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO:  FWD2005249
INVOICE DATE:  05/13/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: <u>FW202002</u>

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

NOV
INVOICE#10582045 DATED:4/29/2020                                          $                    3,605.04

MARTIN ENERGY SERVICES
INVOICE#729968 DATED:4/23/2020                                          $                    4,750.00

Handling Charges @ 5%(601)                                          $                      417.75

**AMOUNT DUE:**   $                    8,772.79

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▓▓▓▓▓
ABA ▓▓▓▓▓▓▓
Account ▓▓▓▓▓▓▓

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

$    (8,355.04)  024000.10417.4202.110
$       (417.75)  810510.10417.4202.110
$    (8,355.04)  810650.10417.4202.110
$     8,355.04   919250.10417.4202.110

ED

Document References
Invoice: 10582045
Invoice Date: 2020-04-29
Due Date: 2020-06-28

Internal References
Buyer: 10013
Supplier: 0000000556
Remit To: 0000000556
Voucher: 00982593

Customer Ref ID:
Supplier Ref ID:
Rig ID      : 4202
Creation Date: 2020-04-30

Bill From:
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

Bill To:
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+7I,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

Settlement Information:
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

Beneficiary Bank:
Beneficiary Branch:
Account Number:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

**Valaris**

Valaris
Field
Requisition

Box Item / Unit: 100/3   OPEN

Attention: WAREHOUSE

| ITEM | QTY | U/M | DESCRIPTION | COST | AFE CATEGORY | RIG RATING | PRICE | VENDOR LOCATION SCHEDULED TO | PO NO |
|------|-----|-----|-------------|------|--------------|-----------|-------|------------------------------|-------|
| 1 | 24 | EA | | | 23 - XX DRILL IV | 0 | | | |

AFE:   FW202002
Lease:   GC 40 #1
Project:   Kalmai
Engineer:   K. Dufour
Routing #: ▮▮▮▮▮

Cost Code 3060-15
L. Butler 4-13-20

# Valaris

**Business Unit:** 10013   APPROVED
**Req ID:** 0000234902
**Date:** 04/13/2020
**Page:** 1

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Attention: WAREHOUSE**

REQ Type      Supply

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                      HTS NO:8431438010                       UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**                    3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

List all Field
ETRR No. by Item

| R4202 | 04/13/2020 |
|-------|------------|
| OIM | DATE |

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

**PURCHASING ONLY FR NO:**        0000234902

_____
BUYER

_____                    DATE

DATE FAXED: _____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____



# INVOICE

**MARTIN ENERGY SERVICES**

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-862-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| DELIVER TO # | | TERMS | |
| | | NET 30 | |

**Ship To:** C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

**Sold To:** ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

**Deliver To:**

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| STATE LEASE / OCSG | AFE # | WELL | ROUTE ID | | | END USE |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

**CHECK**
MARTIN ENERGY SERVICES LLC
Martin Energy Services LLC
PO Box 95363
Grapevine, TX 76099-9733

**WIRE**
Regions Bank
Account # 0114820625
ABA # 062005690
ACH # 111900785
Swift Code: UPNBUS44



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

## MARTIN
### ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$4,750.00**

### MESSAGES

### PAYMENT REMITTANCE

C
H  MARTIN ENERGY SERVICES LLC
E  Martin Energy Services LLC
C  PO Box 95363
K  Grapevine, TX 76099-9733

W  Regions Bank
I   Account
R  ABA
E  ACH
   Swift Code:

* * * THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlegaldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING. * * *

DOC. CONTROL #    04202020205734

# Valaris

#436525

**Purchase Order**    Page 1

Dispatch via E-Mail



10013-0000467235

| BUYER/BILL TO:<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | PO NUMBER<br>PO DATE<br>RIG NAME<br>FINAL DEST. COUNTRY<br>REVISION NO.<br>REVISION DATE | 10013-0000467235<br>04/20/2020<br>R202- RESOLUTE<br>United States |
|---|---|---|

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518   CPort 2<br>United States<br>PHONE: 337 83678500<br><br>CC-200<br><br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:   Ernestine Castillo<br>EMAIL:   tina.castillo@valaris.com<br>PHONE:   281/272-4043<br>FAX: | CURRENCY:   USD<br><br>REQ TYPE:   REN<br>REQ CLASS:   OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Line | Item<br>Number / | Vendor<br>Item ID | Description | Quantity | UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 1-1 | 4031060 | | ████████ | 10.00 | EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd:

FIELDWOOD RE-BILL FOR DIRTY OIL TOTES

| Line | Item | | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|---|
| 2-1 | 8885604 | | ████████ | 10.00 | EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |

Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd:

Total PO Amount       4,750.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.



# FUEL/YARD TICKET

NO 960061

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

436525



MARTIN
ENERGY SERVICES

JDE # 436525
Branch Plant 13015090

☐ TRANSFER  ☐ REPACK  ☒ SALE  ☐ CO-USE

| BILL TO: Enscoboran | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | | LEASE NO. |

| AREA/BLOCK GC-200 | OCSG# 13209 | WELL NO. | |
|---|---|---|---|
| RIG/VESSEL Resolute Rio 202 | TIME STARTED | AM / PM | TIME FINISHED | AM / PM |
| | | | HOURS RT / OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | |
|---|---|---|---|
| | ROUSTABOUTS | TK# 584046 | Sling # 100538-11 |
| | CRANE | TK# 212106 | Sling # 98435-13 |
| | FORKLIFT | Manifest # 304152 | |
| | EQUIPMENT OPERATOR | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100  DIESEL FUEL #2 NA DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only. Penalty for Taxable Use. | | | |
| 502815 | | used oil tote | tote | 10/550 | 10 |
| 496219 | | tote tank Sling | | 10 | 10 |
| | | TK# 4305434 | Sling# 100737-21 | | |
| | | TK# 227356 | Sling# 98189-8 | | |
| | | TK# 423182.36 | Sling # 97654-17 | | |
| | | TK# 214119 | Sling# 100787-17 | | |
| | | TK# 906836 | Sling# 98483-16 | | |
| | | TK# 174018 | Sling# 97836-4 | | |
| | | TK# 227354 | Sling# 98485-7 | | |
| | | TK# 369632 | Sling# 100787-1 | | |

| | DRUMS DELIVERED | | DRUMS RETURNED | | | G A T U A G N I K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | | | |
| TERMINAL ____ SUPPLIER ____ BOL # ____ METER TKT. # ____ TRUCK# ____ TRAILER # ____ | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

MEDIA OF PAYMENT ☐ CREDIT CARD  ☐ CHECK  ☐ CASH $ _____   INITIALS _____   TOTAL REC'D. $ _____

**TERMS & CONDITIONS:** THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/mos/v8/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____ Cody Ledet _____   Michael Conner
Customer Signature                              Martin Energy Services Representative

X _____ BOL 13628384   4879-29207
Martin Driver Signature                        Truck and Trailer No.

REV. 12/16
FORM NO. 107

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70318
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID 0000234936
Date: 04/14/2020
Page   1

**Attention: ENGINEERING**

REQ Type          Rental

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 4031080 | EA | ███████ | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 B865604 | EA | ███████ | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:          4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000234936 |
|-------|------------|---|---|---|
| OIM | DATE | FWE | | |

OIM _____ 4/15/20
RIG MGR / OPERATIONS MGR      DATE
NOTES: Any additions or deletions
must be initialed

Operator (Print)
_Jonne Butler_
Rep Signature
_Larre Butler_
Rep Name (Print)

BUYER _____ DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ██████

Cost Code 3060-15
J. Butler 4-14-2020

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  ● Eren Denet

↩ Reply    ↩ Reply All    → Forward

Thu 5/14/2020 9:16 AM

① Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212- 5430m | +1 832-206-8315m
Brian.rodgers@valaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3600
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005247
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.0( |

AMOUNT DUE:  $          265,300.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ████████
ABA ████████
Account ████████

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $ (265,300.00) | 810620.10417.4202.110 |
| $ (64,816.84) | 912812.10417.4202.110 |
| $ 64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |

ED

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002  Routing#SR0047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Began Katmai AFE on April 6th. |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amco! | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Arcas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baliers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bisso | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSSR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hunter Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| C&an Cutters | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 2 | | | 2 | 2 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | 1 | | 1 | | 1 | | 1 | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DCD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OriLGulp | | | | 2 | 2 | 2 | | | 2 | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | |
| EDS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDF Pipe Washing | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | |
| Fishtwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMO | | | | | 7 | 7 | 7 | 7 | 6 | 8 | 8 | 8 | | | 8 | 8 | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | 8 | 8 | 8 | 8 | 16 | 10 | 4 | 6 | 7 | 12 | 14 | 14 | 14 | 14 | 15 | 16 | 14 | 14 | 13 | 13 | | | | | | | | |
| HercoCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | 1 | 2 | 2 | 2 | | | | | |
| M Boston | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | 2 | 2 | 2 | 2 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | 1 | | | 1 | | | 1 | | | | |
| OES | | | | 5 | 5 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 6 | 6 | 6 | 6 | | | | | | | | |
| Oilstates | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr) | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | |
| OGEC | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | 1 | 1 | | | 1 | | 1 | | | 1 | | 1 | 1 | | 1 | 1 | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petroaks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | 4 | 4 | 4 | 3 | | 2 | 2 | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | 2 | 2 | | | | | | | | |
| Protcotrics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | 1 | | | | | | | | | | | 1 | | 1 | 1 | | 1 | | | | | | | | | |
| Riglnet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | 24 | 24 | 24 | 24 | 22 | 10 | 11 | 12 | 13 | 13 | 13 | 13 | 18 | 19 | 19 | 19 | 19 | 19 | 19 | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | 1 | | 1 | | | | | | 1 | | 1 | | 1 | | 1 | 1 | | 1 | 1 | | | | | | | | | |
| Southern Fab | | | | | | | | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TFMG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | 2 | 2 | 2 | 2 | 1 | 1 | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vela Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 81 | 86 | 67 | 74 | 76 | 77 | 78 | 78 | 78 | 78 | 78 | 78 | 82 | 84 | 82 | 84 | | | | | | | 74 | 0 | |
| TOTAL OVER # | | | | 79 | 79 | 78 | 79 | 79 | 84 | 64 | 66 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 75 | 75 | 77 | 84 | 77 | 80 | 82 | | | | | 72 | | |

TOTAL: 1045
TOTAL: 1595
TOTAL BILLABLE $: 255300

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ████

ACCT. CODE: 3060-45
S. Butler
5-1-20

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To  @Erin Durrel

↩ Reply    ↩ Reply All    → Forward    ⋮

Thu 5/14/2020 9:16 AM

⏱ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5480p | +1 832-206-8315m
Brian.rodkers@valaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO:  FWD2007268
INVOICE DATE:  07/10/20
CUSTOMER NUMBER:  1348
PAYMENT TERM **45 DAYS**
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES**

**NOV**
**INVOICE#10589602  DATED:6/18/2020**                              $              3,605.04

**ACUMENINTERNATIONAL**
**INVOICE#1026793  DATED:6/12/2020**                              $               100.00

Handling Charges @ 5%(601)                              $               185.25

**AMOUNT DUE:**   $              3,890.29

**Rig Manager's Approval:**

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

$    (3,705.04)  024000.10417.4202.110
$     (185.25)  810510.10417.4202.110
$    (3,705.04)  810650.10417.4202.110
$     3,705.04  919250.10417.4202.110

ED

```
Document References              Internal References
Invoice: 10589602                Buyer: 10013              Customer Ref ID:
Invoice Date: 2020-06-18         Supplier: 0000000556      Supplier Ref ID:
Due Date: 2020-08-17             Remit To: 0000000556      Rig ID    : 4202
                                 Voucher: 00986726         Creation Date: 2020-06-19
```

```
Bill From:                       Bill To:
  NATIONAL OILWELL VARCO, L.P.      ENSCO OFFSHORE COMPANY
  RIG SOLUTIONS SPARES             in care of: ENSCO OFFSHORE COMPANY
  5212 HWY 90 WEST                 P.O. Box 570788
  NEW IBERIA, LA 70560             HOUSTON, TX 77257-0788
  USA                              USA
```

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | | Total Net: | | | 3,605.04 |
| | | | Gross Amt: | | | 3,605.04 USD |

```
Settlement Information:
  Due Date: 2020-08-17              Remit To:         NATIONAL OILWELL VARCO, L.P.
  Discount Amount:                                    SUPPORT SERVICES
  Bank From: WellsFargo/HOUSTON                       P. O. BOX 201202
  Payment Method: ACH                                 DALLAS, TX 75320-1202
                                                      USA
  Payment Currency: USD             Beneficiary Bank:
  Terms: 60                         Beneficiary Branch:
  Discount Due Date:                Account Number:    ██████████
```

# Valaris

Business Unit:10013   OPEN
Req ID:0000235769
Date: 05/19/2020
Page 1

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOLLIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Attention: WAREHOUSE**

REQ Type    Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154855 | EA | DIES, HYDRALIFT,154855+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                    HTS NO:8431438010                    UNSPSC NO:

NATIONAL OILWELL VARCO QUOTE# 1609931

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

Total Requisition Amount:    3,605.04

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #: ▓

Acct Code # 7060-15
5/19/20

List all Field
ETRR No. by Item

| | |
|---|---|
| PURCHASING ONLY  FR NO: | 0000235769 |

R4202
OIM

05/19/2020
DATE

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

Sweet T Provence
Rep Name (Print)

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

_____
BUYER

_____
DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____  NO: ____        DATE FAXED: ____

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| Quote | 1609931 |
| Rev | 1 |
| Cust RFQ | |
| Cust Num | 10176 |
| Page | 1 of 8 |

## Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052  110  LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | |
|---|---|---|---|
| Cust Contact | ERNESTINE CASTILLO | | |
| Customer eMail | tina.castillo@valaris.com | | |
| Ultimate Dest | United States,Intl Waters | Date Printed | 04/13/2020 |
| Currency | UNITED STATES DOLLAR | Quote Date | 04/13/2020 |
| Quoted by | Pringle, Jenny S. | Freight Terms | Quote Exp Date | 05/28/2020 |
| Ref/Rig Name | Valaris Rig Valaris Resolute | Payment Terms | NET 45 FROM INVOICE DATE |
| Branch | | Shipping Terms | FREE CARRIER |
| | | Carrier | ENSCO MOULIN CONSOL |

### Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |

Stocking Line:    MTS
Country of Origin: NORWAY
Unit Weight:  0.16  LB        Total Weight:  3.91  LB
Harmonized Tariff Schedule Code: 8431390050
Export Control Classification Number: US-EAR99

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

Sub-Total         $3,605.04

**Total Sales Quote Acknowledgement 1609931 Rev 1:**        $3,605.04

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the  Buyer's
sole risk and without recourse to NOV.  The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |
|---|---|---|

# Acumen International



11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050     **Fax** 713-896-0122
**www.Acumen.us.com**

## INVOICE

1026793

| DATE | P O NUMBER |
|------|------------|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2%  PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type          Supply

| ITEM | QTY | GA ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | | |
| 1 | 2 | 024000 6478 | EA | | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |
| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustituts      Item Desc :

ECCN NO: EAR99          HTS NO:8481809050          UNSPSC NO:

Line Item Exempt : N

Available Sustituts      Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Subsitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:  0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID: 0000238183
Date: 06/03/2020
Page    2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

|  |  |  |  |  |  |  |  |  | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 3 | 2 | 024000 8020MATTCO | EA | | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                HTS NO: 8413919520                UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                HTS NO: 8479899898                UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | | | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 |
|---|---|
| OIM | DATE |

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be Initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:   0000238183

BUYER        DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID:0000238183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | N | | | | | | | | |

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:9026200000              UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount:          4,266.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202          06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 |
| OIM            DATE | | | |
| Line item Exempt : | Operator (Print) | | |
| RIG MGR/ OPERATIONS MGR      6/5/20 DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED: _____

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

Acct Code# 3060-15
Clayton Mangie



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
      Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  **45 DAYS**
RIG:  Rowan Resolute

WELL NUMBER  GC 40 #1

---

**AFE #: FW202002**

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES**

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020**                                $              4,150.11

Handling Charges @ 5%(601)                                         $                207.51

**AMOUNT DUE:**  $       4,357.62

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$    (4,150.11) 024000.10417.4202.110
$      (207.51) 810510.10417.4202.110
$    (4,150.11) 810650.10417.4202.110
$     4,150.11  919250.10417.4202.110

ED



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

PAGE        1

INVOICE DATE    6/10/2020
INVOICE NO      58061

S O L D T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT |  | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 |  |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

S/N: 3981, 3994

PO LINE ITEM: 3-1



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

**SOLD TO**
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

**SHIP TO**
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

| | |
|---|---|
| TOTAL DUE | 4,150.11 |

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|---|---|---|---|---|---|---|---|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|---|---|---|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌─────────────────┐
│   Valaris       │
│   Field         │
│   Requisition   │
└─────────────────┘
```

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page   1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| ITEM | QTY | GA ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 9478 | EA | ███████████ | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |
| 2 | 1 | 024000 152937 | EA | ███████████ | 46.95 46.95 | 45 - 45-HOISTIN | VC | | | |

**PURCHASING USE ONLY**

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 8481809050          UNSPSC NO:

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO: 9026200000          UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
| OIM | DATE | | | |
| *[signature]* | *[signature]* | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 08/03/2020
Page        2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT
item ID | UOM | DESCRIPTION | COST | AFE
CATEGORY | CRIT.
RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000
6020MATTCO | EA | █████████████ | 261.80
523.60 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                HTS NO:8413919520                UNSPSC NO:

| 4 | 2 | 024000
6690 | EA | █████████████ | 1,575.00
3,150.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99                HTS NO:8479899898                UNSPSC NO:

| 5 . | 1 | 024000
6468 | EA | █████████████ | 148.50
148.60 | 56- 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above. | List all Field
ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| _RIG MGR / OPERATIONS MGR_ | 6/5/2   DATE | Rep Signature | | |
| NOTE: Any additions or deletions
must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  _____   NO:  _____   DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

Business Unit: 10013   OPEN
Req ID: 0000238183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type      Supply

| | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | N | | | | | | | | |

Available Sustitutes      Item Desc :

ECCN NO: EAR99                HTS NO: 9026200000               UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | | 18.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                HTS NO:               UNSPSC NO:

Total Requisition Amount:        4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236183 | |
| --- | --- | --- | --- | --- | --- |
| OIM | DATE | | | | |
| Line Item Exempt: | | Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 6/5/20 DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:    FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer:  K.Dufrene
Routing #:

Acct Code# 3060-15
Clayton Mangin