# Exhibit 14

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA  70361-1569
(985) 868-5660

**Received From :**
SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA  70112

**First MORTGAGOR**

FIELDWOOD ENERGY L L C

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES L L C

**Index Type :**  MORTGAGES

**Type of Document :** LIEN

**Recording Pages :**           54

**File # :** 1606305

**Book :** 3165      **Page :** 405

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:35:03PM

Doc ID - 015064940054

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:35:03
Recorded in Book  3165   Page   405
File Number    1606305

*Monica LaBruyere*
Deputy Clerk

**Return To :**  SHER GARNER CAHILL RICHTER KLEIN
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA  70112

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$6,973,379.03**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020        **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: _4|19|2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:   FWD2006266 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:   6/8/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM   45 DAYS |

ATTN: AP DEPARTMENT

RIG:  Resolute - DS-16
WELL NUMBER:  G.C. 40 #1 COMPLETION
LOCATION:  G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 06/01/2020 THRU 16:00 HOURS ON 06/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 88.0 HOURS OPERATING AT | $185,000.00 | $678,333.33 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 88.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:      $      678,333.33

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells,Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code
ABA
Account

Digitally
signed by Ben
Date:
2020.06.08
09:20:20
-05'00'

| Coding: BU10079 | |
|---|---|
| (678,333.33) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

R202 Billing worksheet_2020 - June 2020

FIELDWOOD
Resource

WELL NAME / LOCATION: AFE

G.C. 40 #1 COMPLETION
FW220002

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,500 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,500 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 June 2020 | Working as directed | 16.0 | | | | | | | | 16.0 |
| 6 June 2020 | | | | | | | | | | 0.0 |
| 7 June 2020 | | | | | | | | | | 0.0 |
| 8 June 2020 | | | | | | | | | | 0.0 |
| 9 June 2020 | | | | | | | | | | 0.0 |
| 10 June 2020 | | | | | | | | | | 0.0 |
| 11 June 2020 | | | | | | | | | | 0.0 |
| 12 June 2020 | | | | | | | | | | 0.0 |
| 13 June 2020 | | | | | | | | | | 0.0 |
| 14 June 2020 | | | | | | | | | | 0.0 |
| 15 June 2020 | | | | | | | | | | 0.0 |
| 16 June 2020 | | | | | | | | | | 0.0 |
| 17 June 2020 | | | | | | | | | | 0.0 |
| 18 June 2020 | | | | | | | | | | 0.0 |
| 19 June 2020 | | | | | | | | | | 0.0 |
| 20 June 2020 | | | | | | | | | | 0.0 |
| 21 June 2020 | | | | | | | | | | 0.0 |
| 22 June 2020 | | | | | | | | | | 0.0 |
| 23 June 2020 | | | | | | | | | | 0.0 |
| 24 June 2020 | | | | | | | | | | 0.0 |
| 25 June 2020 | | | | | | | | | | 0.0 |
| 26 June 2020 | | | | | | | | | | 0.0 |
| 27 June 2020 | | | | | | | | | | 0.0 |
| 28 June 2020 | | | | | | | | | | 0.0 |
| 29 June 2020 | | | | | | | | | | 0.0 |
| 30 June 2020 | | | | | | | | | | 0.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 88.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 88.0 |
| AMOUNTS: | | $678,333.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $678,333.33 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

| DATE | OPR TIME (HRS) | | OPERATING HOURS | | | | | | | | DISBURSEMENT | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 12.00 | | | | | | | |
| 6/1/2020 | 24.00 | | | | | | 24.00 | 96.00 | 8.00 | 18.00 | 6.00 | 56.00 | | | | | | | |
| 6/2/2020 | 24.00 | | | | | | 24.00 | 97.00 | 7.00 | 19.00 | 10.00 | 41.00 | | | | | | | |
| 6/4/2020 | 16.00 | | | | | | 16.00 | 55.00 | 5.00 | 18.00 | 9.00 | 59.00 | | | | | | | |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 384.00 | 28.00 | 74.00 | 33.00 | 240.00 | | | | | | | |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | | | |

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

Acct Code # 3060-15

Robert Ray

Date: 6-05-2020

Date: 6-5-2020

Total Billable for the Month: $ 874,333.33

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: June 2020
Contract #: 005-417778
Customer: Redwood
Well Name: G.C. 40-#1 Completion, Katmai

Cost Center:
AFE Number: FW 202202
Work Order:
Purchase Order:

| DATE | OPR 704 100% $ | OPR 795 @ 98% $ | HPR SUBRATE 70%, 125 hour allowances per month (-thereafter 0 rate) | HPR SUBRATE 705 (35 hour allowances per month) -thereafter 0 rate | KHOCR MAQEINE 727 @ 90% | KHOCR MAQEINE 727 @ 90% | Include Subrate Equip. 90% @ 70% | No rate earned All repair rate is excess of monthly allocated hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (non legend below) | NON BILLABLE EXTRAS (non legend below) | CREW SHORTAGES (non legend below) | Comments (required for any rate other than Operating) | Total POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OPERATING HOURS | | | | | | | | HEADCOUNT | | | | | | | | |
| 6/1/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 61.00 | | | | Check in for build up. Graphics US w/20+Co/22 ... | 192.00 |
| 6/2/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 8.00 | 19.00 | 8.00 | 59.00 | | | | POP with LR, LR BPT, NPV ... | 190.00 |
| 6/3/2020 | 24.00 | | | | | | | | 24.00 | 97.00 | 7.00 | 18.00 | 10.00 | 61.00 | | | | RR & WH PU ... | 190.00 |
| 6/4/2020 | 15.00 | | | | | | | | 15.00 | 95.00 | 5.00 | 13.00 | 9.00 | 59.00 | | | | Pull Rotary BOP ... | 194.00 |
| TOTALS | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 384.00 | 28.00 | 78.00 | 35.00 | 240.00 | | | | | 197.00 |
| | 100% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | | 0.00 |

| | $ | $ 190,311.11 |
|---|---|---|
| | 100%/Day | $ 185,000.00 |
| In hole/Subrate 100% / Day MPD | $ 200,000.00 | Total Billable for the Month $ 678,373.33 |
| In hole/Subrate 100%/Day | $ 185,500.00 | |
| 100%/Hr MPD | $ 8,333.33 | |
| 100%/Hr | $ 7,708.33 | |
| 97%/hr | $ 7,554.17 | |
| 50%/hr MPD | $ 4,166.67 | |

DS-16 Rotating Supt.:

DS-16 Rotating Supt. Signature:
Redwood Client Representative:

Date:
Redwood Client Representative Signature:

Rig Manager: Dinny Sharry
Date:
Redwood Drilling Supt.:

Rig Manager Signature:
Redwood Drilling Supt. Signature:

Date: 06-07-2020
Date:



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:   (281) 609-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:   FWD2006254
INVOICE DATE:   8/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM   45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: G.C. 40 #1 COMPLETION
LOCATION: G.C. 40 #1 COMPLETION

AFE: FW202002

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF MAY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 05/01/2020 THRU 24:00 HOURS ON 05/31/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 743.0 HOURS OPERATING AT | $185,000.00 | $5,727,291.64 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.03 |
| 1.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $7,708.33 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 744.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:   $   5,735,000.00

Dinny Sharry

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.06.01
17:31:39 -05'00'

Coding: BU10079
| (5,727,291.64) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (7,708.36) | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

R202 Billing worksheet_2020 - May 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:    AFE    G.C. 40 #1 COMPLETION FW202002

May 2020

| | | | | | | REPAIR | REPAIRS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | DESCRIPTION OF WORK | OPERATING $195,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | SURFACE $185,000 | SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
| 1 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 2 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 3 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 4 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 5 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 6 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 7 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 9 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 10 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 May 2020 | Working as directed | 23.0 | | | | | | | | 24.0 |
| 14 May 2020 | Working as directed and Repaired(Replace hose on HT) | | | | | 1.0 | | | | 24.0 |
| 15 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 28 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 29 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 31 May 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| HOURS: | | 743.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 744.0 |
| AMOUNTS: | | $5,727,291.84 | $0.00 | $0.00 | $0.00 | $7,708.33 | $0.00 | $0.00 | $0.00 | $5,735,000.00 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K Dufrene
Routing #:  
ACCT CODE  3060-15

| Date | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | | | | | | | | | 24.00 | | | | | | |
| 5/28/2020 | 24.00 | | | | | | | | | 24.00 | 9.00 | 9.00 | 11.00 | 16.00 | 16.00 | 69.00 |
| 5/29/2020 | 24.00 | | | | | | | | | 24.00 | 11.00 | 9.00 | 11.00 | 16.00 | 16.00 | 63.00 |
| 5/30/2020 | 24.00 | | | | | | | | | 24.00 | 11.00 | 9.00 | 16.00 | 11.00 | | |
| 5/31/2020 | 24.00 | | | | | | | | | 24.00 | | | | | | |
| TOTALS | 768.00 | | | | | | | | | 744.00 | 1485.00 | 232.00 | 529.00 | 177.00 | 1745.00 | |

| | Rate $ | 0.00% | 1.00 | 1.78/ct $ | 0.00% | 0.00% | 0.00% | 0.00% | 0.66% |
|---|---|---|---|---|---|---|---|---|---|

Total Estimate for
the Month:  $  1,735,000.00

Robert Roy
25-14 Blazing Swan, Signature:

Preferred Client Superintendent:

On-of Resident Supt. Signature:   3u Roy

Preferred Client Representative Signature:

Date:  6-01-2020

Preferred Drilling Supt:

Sega Rains  8/1/2020

PE Manager: ____ , Rine Barajas

Preferred Drilling Supt:

PE Approved Signature:

PE Approved Drilling Supt. Signature:

Date:

## Valaris DS-16 MONTHLY BILLING SUMMARY

Month/Year: 2020
Contract #: DSCA 37278
Continent: Firstwater
Well name: CC-KP II (Camprafios, Kaimu)

| DATE | OPR 204 100% | STBY 75% @ 90% | RPS SUSP ZE/ZPG (24 hour allowance/month)- Prorated 6 mos | RPS SUBSEA/ZPG (96 hour allowance/month)- Prorated 6 mos | FORCE MAJEURE 70% @ 90% | In field below force POR 80/0% | Written extent: 42 major rate in excess of monthly allowed hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATION THIRD PARTY | RELIABLE EXTRA LABOR | NON RELIABLE EXTRAS | CREW SPECIALTIES | Comments (completed for every new other than Operating) | Total POR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 10.00 | 19.00 | 5.00 | 67.00 | | | | | 197.95 |
| 5/2/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 11.00 | 19.00 | 4.00 | 68.00 | | | | | 198.00 |
| 5/3/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 11.00 | 19.00 | 4.00 | 61.00 | | | | | 191.90 |
| 5/4/2020 | 24.00 | | | | | | | 24.00 | 97.00 | 11.00 | 20.00 | 2.00 | 70.00 | | | | | 209.90 |
| 5/5/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 12.00 | 20.00 | 1.00 | 59.00 | | | | | |
| 5/6/2020 | 24.00 | | | | | | | 24.00 | 96.00 | 9.00 | 20.00 | 1.00 | 60.00 | | | | | 194.00 |
| 5/7/2020 | 24.00 | | | | | | | 24.00 | 94.00 | 8.00 | 19.00 | 2.00 | 61.00 | | | | | 185.00 |
| 5/8/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 9.00 | 19.00 | 2.00 | 61.00 | | | | | 184.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 9.00 | 19.00 | 2.00 | 41.00 | | | | | 163.00 |
| 5/9/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 19.00 | 2.00 | 44.00 | | | | | 162.00 |
| 5/10/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 6.00 | 19.00 | 2.00 | 44.00 | | | | | 163.00 |
| 5/11/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 7.00 | 17.00 | 3.00 | 46.00 | | | | | 163.00 |
| 5/12/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 8.00 | 17.00 | 3.00 | 47.00 | | | | | 164.00 |
| 5/13/2020 | 13.00 | | 1.00 | | | | | 24.00 | 90.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 165.00 |
| 5/14/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 8.00 | 16.00 | 3.00 | 47.00 | | | | | 166.00 |
| 5/15/2020 | 24.50 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 4.00 | 47.00 | | | | | 164.00 |
| 5/16/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 5.00 | 62.00 | | | | | 163.00 |
| 5/17/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 6.00 | 16.00 | 6.00 | 66.00 | | | | | 178.00 |
| 5/18/2020 | 24.00 | | | | | | | 24.00 | 88.00 | 6.00 | 18.00 | 6.00 | 66.00 | | | | | 183.00 |
| 5/19/2020 | 24.00 | | | | | | | 24.00 | 90.00 | 5.00 | 18.00 | 6.00 | 49.00 | | | | | 166.00 |
| 5/20/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 168.00 |
| 5/21/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 5.00 | 18.00 | 5.00 | 49.00 | | | | | 169.00 |
| 5/22/2020 | 24.00 | | | | | | | 24.00 | 92.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 162.00 |
| 5/23/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 18.00 | 6.00 | 47.00 | | | | | 166.00 |
| 5/24/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 4.00 | 17.00 | 6.00 | 56.00 | | | | | 166.99 |
| 5/25/2020 | 24.00 | | | | | | | 24.00 | 91.00 | 5.00 | 16.00 | 10.00 | 85.00 | | | | | 175.00 |
| 5/26/2020 | 24.00 | | | | | | | 24.00 | 93.00 | 7.00 | 16.00 | 10.00 | 74.00 | | | | | 190.00 |

| Date | | | | | | | | | | | Notes/Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 24.00 | - | | | | 24.00 | 92.00 | 9.00 | 16.00 | 10.00 | 78.00 | Run 5-1/2" Hard Tsg, PU into & L/D W/ 10.5T HCs BOP w/ kits. Test & tmr zone, Rev w/ 1.5" dk. |
| 5/28/2020 | 24.00 | - | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 72.00 | |
| 5/29/2020 | 24.00 | | | | | 24.00 | 91.00 | 9.00 | 11.00 | 16.00 | 69.00 | |
| 5/30/2020 | 24.00 | - | | | | 24.00 | 91.00 | 9.00 | 16.00 | 11.00 | 69.00 | |
| 5/31/2020 | 24.00 | - | | | · | 24.00 | 91.00 | ·9.00 | 16.00 | 11.00 | 38.00 | Flow Test & Clean Up Well. · |
| **TOTALS** | 746.00 | 0.00 | 0.00 | 0.00 | 0.00 | 746.00 | 2651.00 | 232.00 | 589.00 | 171.00 | 1793.00 | |
| | 100.00% | 0.00% | 0.07% | 0.00% | 0.00% | 50.00% | | | | | | |

| Rate | | Total billable for the Month: | $ 5,725,000.00 |
|---|---|---|---|
| 100%/Day | $ 180,000.00 | | |
| Stndby/Subcat 100 / Day NPD | $ 700,000.00 | | |
| Op Stndby/Subcat 100%/Day | $ 185,000.00 | | |
| 100%/hr NPD | $ 8,333.33 | | |
| 100%/hr | $ 7,708.33 | | |
| 85%/hr | $ 7,354.17 | | |
| 100%/hr WPD | $ 5,166.67 | | |

Brian Rodgers _____    Dinny Sharry _____

Rig Manager: _____   Fieldwood Drilling Supt.: _____

Date: _____   Date: _____

OIM / Rotating Supt.: _____   Fieldwood Client Representative Signature: _____

Drill Rotating Supt. Signature: _____   Fieldwood Client Representative Signature: _____

Date: _____   Date: _____

Rig Manager Signature: _____   Fieldwood Drilling Supt. Signature: _____

Date: _____   Date: _____



**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## TO WHOM IT MAY CONCERN

### SUBJECT: Delegation of Authority

I, **Brian Rodgers**, confirm that **Dinny Sharry** (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

**Dinny** will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature: ____//s// Brian Rodgers____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: **Dinny Sharry**

Signature: ____//s// Dinny Sharry____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006255
INVOICE DATE: 06/01/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS
RIG: DS-16 Resolute

WELL NUMBER: G.C. 40 #1 COMPLETION

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  MAY 1-31, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1935 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 270,900.00 |

AMOUNT DUE:  $        270,900.00

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮▮▮
ABA ▮▮▮▮▮▮▮▮
Account ▮▮▮▮▮▮

Digitally
signed by Ben
Date:
2020.06.01
17:30:19
-05'00'

| | | |
|---|---|---|
| $ | (270,900.00) | 810620.10417.4202.110 |
| $ | (78,092.58) | 912812.10417.4202.110 |
| $ | 78,092.58 | 919220.10417.4202.110 |
| | ($19,115.40) | 912814.10417.4202.110 |
| | $19,115.40 | 919220.10417.4202.110 |
| | ED | |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002, Routing#560047

Group / Date columns (numbered days 1–31) with the following row labels (left column):

- NOV
- NSI Fracuring
- OCEANEERING
- OES
- Oilstates
- One Subsea
- Onestream
- OFI (Oil field Instr.)
- OGEC
- One Surface
- OTC
- Pharmasate
- PHI Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Profesonics
- Professional Rental Tools
- PRT
- Quality Energy
- QPS
- Rig Chem
- Red Set
- RBS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Veris Global
- Workstrings
- Weatherford
- Wellbore
- Welltec
- WFR
- TOTAL
- TOTAL OVER CONTRACT

ACCT. CODE 3060-45

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮

Company Man APPROVAL:

OIM APPROVAL:

Q. Button 5-31-2020

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai  AFE: FW202002  Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | 2 | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clarant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cevins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | 2 | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exoson | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | |
| Exoro | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fleetwood | | 9 | 10 | 11 | | | | | | | | | | 7 | 5 | | | | | | | | | | | | | | | | | |
| FMC | | 4 | 4 | 4 | 4 | 6 | | 4 | 4 | | 4 | | 4 | 5 | | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 |
| FRANKS INTL | | | | 1 | | 1 | | 1 | | | | | | | | | | 1 | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | 11 | 14 | 21 | 21 | 21 | 21 | 10 | 10 | 11 | | 11 | | 11 | | 20 | | 16 | | 10 | | 10 | | 11 | | 11 | | 13 | | 6 | |
| Halliburton | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | 1 | 1 | | | 1 | | 1 | 1 | 1 | | 1 | | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020 Well Name: Katmai, AFE: FW202002 Routing#680047

Group / Date columns: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 — TOTAL

Row labels (Group column):

- NOV
- NSI Fracturing
- OCEANEERING
- OFS
- Obstacles
- One Subsea
- CFI (Oil Field Instr.)
- OGEC
- One Surface
- OTC
- Quality Energy
- Pharmasafe
- Phil Helicopters
- Pinnacle
- Petrolink
- Precision Rental
- Premium
- Protechnics
- Professional Rental Tools
- PRT
- QPS
- Rig Chem
- RigNet
- RPS Group Inc.
- Schlumberger
- Scientific Drilling
- SCS
- Subsea Partners LLC
- Subsea Solutions
- Sunbelt
- Superior
- Superior Energy
- Superior Perf.
- Southern Fab
- Teledyne
- TEMS
- Tetra
- TIW
- Total Safety
- Tristate
- TSI
- Tubular Solutions
- Verts Global
- Workstrings
- Weatherford
- Wellbore
- Welltec
- WFR
- TOTAL
- TOTAL
- TOTAL OVER CONTRACT

TOTAL BILLABLE $

Company Man. APPROVAL:

06 Bitton 5-31-2020

OIM APPROVAL:

Company Man. APPROVAL:

AFE:      FW202002
Lease:   GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:

ACCT. CODE 3060-45

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: May 2020, Well Name: Katmai, AFE: FW2020002 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aicrlel | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ballys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bellejo | 1 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BlackHawk | 1 | 2 | | 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | 3 | 3 | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 2 | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Ecoserv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | 7 | 7 | 6 | 4 | 4 | 6 | 6 | 7 | 7 | 5 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 8 | 8 | 8 | 8 | 8 | 8 |
| Fieldwood | 9 | 10 | 10 | 10 | 11 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | 11 | 11 | 14 | 20 | 21 | 21 | 21 | | | | | | | | | | | 16 | | | | | | | | | | 13 | | 6 | |
| HydroCarbon | | | | | | | | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | | 20 | 19 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 9 | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IMI Sweco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\zsb5s32\OneDrive\May 2020 3rd Party Cut-Off Meals.xlsx


**VALARIS**

North & South America Business Unit
5847 San Felipe St.
Suite 3300
Houston, TX 77057

01 June 2020

## <u>TO WHOM IT MAY CONCERN</u>

### SUBJECT:  Delegation of Authority

I, **Brian Rodgers,** confirm that <u>**Dinny Sharry**</u> (Asset Rig Manager) is delegated authority to sign all documents for Resolute (DS-16) in my absence as of 01 June 2020.

<u>**Dinny**</u> will also manage the day-to-day duties and any emergency situations that may arise.

Signature of the employee delegating:

Signature:  _____//s// Brian Rodgers_____

Brian Rodgers
Resolute (DS-16) Rig Manager

Michael Clark
Sr. Operations Manager

Signature of the person receiving the authority: <u>**Dinny Sharry**</u>

Signature:  _____//s// Dinny Sharry_____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2006259
INVOICE DATE: 06/15/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: <u>FW202002</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

TECH OIL PRODUCTS LLC
INVOICE#SI02545  DATED:5/06/2020                                                          $                 6,500.0C

Handling Charges @ 5%(601)                                                                $                  325.00

AMOUNT DUE:   $                 **6,825.00**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWiFT Code:
ABA
Account

Digitally
signed by
Ben
Date:
2020.06.15
09:32:40
-05'00'

$     (6,500.00)  024000.10417.4202.110
$       (325.00)  810510.10417.4202.110
$     (6,500.00)  810650.10417.4202.110
$      6,500.00  919250-10417.4202.110

ED



**HOOVER FERGUSON**

# Sales Invoice
Page: 1

**Hoover Ferguson DBA: Tech Oil Products**

Remit Payment To:
Tech Oil Products LLC
P.O. Box 733266
Dallas, 75373-3266
TX

Invoice Number:    SI-02545
Invoice Date:    5/6/2020

Bill
To:    EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To:    Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | | | |
|---|---|---|---|
| Customer ID | 206081 | Ship Date | 4/30/2020 |
| P.O. Number | 10013-0000457578 | Due Date | 5/6/2020 |
| P.O. Date | 4/30/2020 | Pay Terms | |
| Sales Order No. | SO-02090 | Rig No. | |
| SalesPerson | Sally Roberts | Well Name | |
| Freight Terms | DEL | OSCG No. | |
| Ship Via | HVTL | | |

| Item/Description | Serial No. | Unit | Order Qty | Invoice Qty | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| HV96027 | | EACH | 500 | 500 | 13.00 | 6,500.00 |

| | | | |
|---|---|---|---|
| Amount Subject to Sales Tax | 0.00 | Subtotal: | 6,500.00 |
| Amount Exempt from Sales Tax | 6,500.00 | Invoice Discount | 0.00 |
| | | Total Sales Tax | 0.00 |
| | | **Total USD:** | **6,500.00** |

| Phone No.: | Entity Code: | E-Mail: | Home Page: |
|---|---|---|---|
| 800-844-8683 | IC: 1050-TOP | ar@hooverferguson.com | www.hooverferguson.com |



**HOOVER FERGUSON**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA  70518

Terms:
Shipping Agent:  HVTL
Ship Via:        Delivered by Hoover

Customer PO:        10013-0000457578
Customer No:       206081
Shipment Date:     4/30/2020
Inside Salesperson:   Sally Roberts
Outside Salesperson:  Lauren Macias

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | 500.00 | 500 |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

Rahkell



**HOOVER FERGUSON®**

# Picking List by Order

Location: 01-NIB-TOP

Order Date: 4/30/2020
Order Number: SO-02090
Pick List No.: 1
Page: 1

Ship
From: Hoover Ferguson DBA: Tech Oil Products
4308 W Admiral Doyle Dr
New Iberia, 70560
LA

Sold
To: EnscoRowan
PO Box 570788
Houston, 77257-0788
TX

Ship
To: Rowan Resolute (Valaris Resolute)
620 MOULIN ROAD
Broussard, LA 70518

| | |
|---|---|
| Terms: | |
| Shipping Agent: | HVTL |
| Ship Via: | Delivered by Hoover |

| | |
|---|---|
| Customer PO: | 10013-0000457578 |
| Customer No: | 206081 |
| Shipment Date: | 4/30/2020 |
| Inside Salesperson: | Sally Roberts |
| Outside Salesperson: | Lauren Macias |

| Shelf/Bin No. | Item/Resource No. | Serial No. / Lot No. | Unit of Measure | Quantity Ordered | Quantity Shipped | Back Ordered | Picked |
|---|---|---|---|---|---|---|---|
| BAG | HV96027 | | EACH | 500.00 | 0.00 | ~~500.00~~ | _500_ |
| | BAG 5000 / UNV RED STRAP,175/PALLET | | | | | | |
| | | | | 0.00 | 0.00 | 0.00 | |
| | HS CODE 6305.32.000 | | | | | | |

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type     Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | ■■■■■■ | 13.00 6,500.00 | 72 - 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99          HTS NO:3923210000          UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO.   0000235125 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| RIG MGR / OPERATIONS MGR | DATE | FWF Operator (Print) | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Signature | | | |
| | | Larre Butler Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____          DATE FAXED: _____

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:   K.Dufrene
Routing #:  ■■■■

ACC. CODE : 3060-15

L.Butler 4-22-2020

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000235125
Date: 04/22/2020
Page   1

Attention: MARINE / BARGE SUPERVISOR

REQ Type          Supply

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|------|-----|------|-----|-------------|------|-----|-----|-------|-------|-------|
|      |     |      |     |             |      |     |     | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 500 | 024000 11223344 | EA | ███████████ | 13.00 6,500.00 | 72- 72-RIG CLE | S | | | |

Line Item Exempt : N

Available Sustitutes          Item Desc :

ECCN NO: EAR99          HTS NO: 3923210000          UNSPSC NO:

Total Requisition Amount:          6,500.00

FIELDWOOD RE-BILL FOR COMPACTOR BAGS REQUESTED BY MIKE FOSTER (MARINE)

| R4202 | 04/22/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235125 | |
|-------|-----------|------|------|------|------|
| O/M | DATE | Operator (Print)   FWF | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature   *Jamie Butler* | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print)   *Lane Butler* | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____          DATE FAXED: _____

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #:   ████████

ACC. CODE: 3060-15

*L.Butler   4-22-2020*



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2005249
INVOICE DATE: 05/13/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| NOV | | |
| INVOICE#10582045 DATED:4/29/2020 | $ | 3,605.04 |
| | | |
| MARTIN ENERGY SERVICES | | |
| INVOICE#729958 DATED:4/23/2020 | $ | 4,750.00 |
| | | |
| Handling Charges @ 5%(601) | $ | 417.75 |

AMOUNT DUE:   $          8,772.79

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▓▓▓▓▓▓▓
ABA ▓▓▓▓▓▓▓
Account ▓▓▓▓▓▓▓

Digitally
signed by
Ben
Date:
2020.05.15
10:29:57
-05'00'

| | | |
|---|---|---|
| $ | (8,355.04) | 024000.10417.4202.110 |
| $ | (417.75) | 810510.10417.4202.110 |
| $ | (8,355.04) | 810650.10417.4202.110 |
| $ | 8,355.04 | 919250-10417.4202.110 |

ED

| Document References | Internal References | |
|---|---|---|
| Invoice: 10582045 | Buyer: 10013 | Customer Ref ID: |
| Invoice Date: 2020-04-29 | Supplier: 0000000556 | Supplier Ref ID: |
| Due Date: 2020-06-28 | Remit To: 0000000556 | Rig ID    : 4202 |
| | Voucher: 00982593 | Creation Date: 2020-04-30 |

**Bill From:**
NATIONAL OILWELL VARCO, L.P.
RIG SOLUTIONS SPARES
5212 HWY 90 WEST
NEW IBERIA, LA 70560
USA

**Bill To:**
ENSCO OFFSHORE COMPANY
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON, TX 77257-0788
USA

**Invoice Lines:**

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 10013-0000457220 | DIES,HYDRALIFT,154865+71,GRIT | EA | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

**Settlement Information:**
Due Date: 2020-06-28
Discount Amount:
Bank From: WellsFargo/HOUSTON
Payment Method: ACH

Payment Currency: USD
Terms: 60
Discount Due Date:

Remit To:

NATIONAL OILWELL VARCO, L.P.
SUPPORT SERVICES
P. O. BOX 201202
DALLAS, TX 75320-1202
USA

Beneficiary Bank:
Beneficiary Branch:
Account Number:                ▮▮▮▮▮▮

**Valaris**

Ship To: ADDMA IncROCKITE (WELFARE RFSCLW1C)
812 HD J S RORC
812UBGSU73 LA 70513
1015

Valaris
Field
Requisition

Buckley Matl. 10015   OPEN
Req 0208892/4002
Rec. Dt 20590
Page
Attention: WAREHOUSE

Ref'g y/n      Buyer

PURCHASING USE ONLY

| ITEM | QTY | SCH DATE REQ'D | UOM | DESCRIPTION | COST | AFE CATEGORY | WELL RATING | PRICE | VENDOR/LOCATION CONFIRMED TO | PO NO. |
|------|-----|------|-----|-------------|------|----------|--------|-------|------|-------|
| 1 | 24 | 03/04 19/05 | EA | 614C HD/5BOLD L1/4664/7J1/H/ PADS | 14324 3J01 04 | 73 | 0 |  | 23 DRILLIN |  |  |

* Tax Gross Exempt : N
Avg Lan a Spwld ator    Item Desc :

REQ'N NO: EARN4                 NTE NO: 541-531613            MRB PKG NO:

FIELDWOOD PRE-DILL FOR ONE FACE DIES

Total Requisition Amount:        2,105.14

FITLWYWOOD RE-BILL FOR HYDRARACKER SOFT DRIT DIES

| FW202 | 04/13/2020 |
|-------|-----------|
| CWS | DATE |

NOTE: Contact fromby authorizes BASCO
purchase sent of all items in 2s and above.

E W B
Operator (Print)

_Sione Byden_
Asp Signature (Print)

_Larry Butler_
Rep Signature (Print)

REQ'D FOR
STORE No. by Item

PURCHASING UNIT ITEM NO:   00000/4002

_Awbilvbba_   4-14-20
THIS WON / OPS MANAGER SIGN    DATE

NOTE: Any additions or deletions
must be initialed

|  |  |
|--|--|
| BUYER | DATE |

BAR FIELD REQUISITION WION FAXED TO RIG MANAGER / OPERATIONS MANAGER TEL:_____ FAX: _____   DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 81
Project: Kulmai
Engineer K.DuBorro
Routing #: ▮▮▮▮

Cost Code 3060-15
S. Butler 4-13-20

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOLLIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:**10013   APPROVED
**Req ID:**0000234902
**Date:** 04/13/2020
**Page** 1

**Attention: WAREHOUSE**

REQ Type    Supply

## PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

Line Item Exempt : N

Available Sustitutes         Item Desc : :

ECCN NO: EAR99                     HTS NO:8431438010            UNSPSC NO:

FIELDWOOD RE-BILL FOR GRIT FACE DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**                    3,605.04

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES (W4A2C)
NATIONAL OILWELL VARCO QUOTE# 1609931
PLEASE SEE ATTACHED SIGNED RE-BILL

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:        0000234902

_____
BUYER                         DATE

| R4202 | 04/13/2020 |
|-------|------------|
| OIM | DATE |

_____    _____
RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____     DATE FAXED:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____



# INVOICE

**MARTIN**
ENERGY SERVICES

MARTIN ENERGY SERVICES LLC
THREE RIVERWAY STE 400
HOUSTON, TX 77056
800-962-8307

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 1 of 2 |
| **SHIP TO #** | **DUE DATE** | **ORDER #** | **BRANCH #** |
| 83434 | 5/23/2020 | 436525 | 12015090 |
| **DELIVER TO #** | | **TERMS** | |
| | | NET 30 | |

**Ship To:** C PORT 2
180 1ST ST
GOLDEN MEADOW, LA 70357

Sold To:  ENSCOROWAN
PO BOX 570788
HOUSTON, TX 77257-0788

ATTN: ACCOUNTS PAYABLE
214-397-3000

**Deliver To:**

| CUSTOMER PO # | SHIP TO PO # | ORDER BY | ORDER BY PHONE | CARRIER # | IMO # | BUNKERING CERT # |
|---|---|---|---|---|---|---|
| 10013-0000457235 | | TINA CASTILLO | 281-272-4043 | 635 | | |
| **STATE LEASE / OCSG** | **AFE #** | **WELL** | **ROUTE ID** | | | **END USE** |
| 12209 | | | | | | OFP - Offshore Fed w/permit |

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10.000000 | EA | 502815 | | 04/22/20 | 434303 | 440.000000 | 4,400.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:**   - CONTINUED -

**MESSAGES**

**PAYMENT REMITTANCE**

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account
R   ABA
E   ACH
     Swift Code:



# INVOICE

| CUSTOMER # | INVOICE DATE | INVOICE # | PAGE # |
|---|---|---|---|
| 3430 | 4/23/2020 | 729958 | Page 2 of 2 |
| SHIP TO # | DUE DATE | ORDER # | BRANCH # |
| 83434 | 5/23/2020 | 436525 | 12015090 |

**MARTIN**
ENERGY SERVICES

| QUANTITY | UOM | PRODUCT | DESCRIPTION | SHIP DATE | BOL # | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 1.000000 | EA | 496768 | | 04/22/20 | 434303 | 0.000000 | 0.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |
| 2.000000 | EA | 496215 | | 04/22/20 | 434303 | 35.000000 | 70.00 |

A FINANCE CHARGE OF 1 1/2% PER MONTH, WHICH IS A PERCENTAGE OF 18% PER YEAR, MAY BE CHARGED ON ALL
INVOICES NOT PAID WITHIN THE TERMS SHOWN ON THIS INVOICE.

**TOTAL DUE:** **$4,750.00**

**MESSAGES**

**PAYMENT REMITTANCE**

C
H   MARTIN ENERGY SERVICES LLC
E   Martin Energy Services LLC
C   PO Box 95363
K   Grapevine, TX 76099-9733

W   Regions Bank
I   Account
R   ABA
E   ACH
    Swift Code:

* * *  THIS INVOICE IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT https://martinlogcldocs.com/sales/tc/mes/v9/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH
HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN A SIGNED WRITING.  * * *

DOC. CONTROL #      04232020205734

# Valaris

#436525

**Purchase Order**   Page 1

Dispatch via E-Mail



10013-0000457235

| | |
|---|---|
| **BUYER/BILL TO:**<br>ENSCO Incorporated<br>In care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | **PO NUMBER**    10013-0000457235<br>**PO DATE**    04/20/2020<br>**RIG NAME**    R202- RESOLUTE<br>**FINAL DEST. COUNTRY**    United States<br>**REVISION NO.**<br>**REVISION DATE** |

| SELLER/SUPPLIER | SUPPLIER SHIP TO /<br>WHEN READY CONTACT | SUPPLIER SHIPPING TERMS<br>(INCOTERMS 2010) |
|---|---|---|
| ID: 0000010830<br><br>MARTIN ENERGY SERVICES LLC<br>STACY BAGGETT<br>PO BOX 96363<br>GRAPEVINE TX 76099-9733<br>United States<br>PHONE: 337 785 3400<br>DISPATCH TO: mesoffshore@martinmlp.com | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>520 MOULIN ROAD<br>BROUSSARD LA 70518   CPort 2<br>United States<br>PHONE: 337 83678500<br><br>CC-200<br><br>12209 | FREIGHT TERMS: CPT<br>NOMINATED PLACE:<br><br><br><br>SUPPLIER SHIP METHOD: |

| BUYER REPRESENTATIVE | ADDITIONAL ORDER DETAIL | PR CODE (Mode of Transport) |
|---|---|---|
| BUYER:   Ernestine Castillo<br>EMAIL:   tina.castillo@valaris.com<br>PHONE:   281/272-4043<br>FAX: | CURRENCY:    USD<br><br>REQ TYPE:    REN<br>REQ CLASS:    OPERATOR EXP. | 1 - Hot Shot Immediate Urgent Air<br>2 - Next Day/Regular Air<br>3 - Regular Scheduled/Regular Ocean<br>4 - Other see notes in PO |

| Item<br>Line Number / Vendor<br>Item ID | Description | Quantity UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|
| 1-1   4031060 | | 10.00   EA | 440.00 | 4,400.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| Sch B/HTS No:    ECCN No: | GL Acct Cd:   10417-024000-4202-110 | | AFE Cd: | | | |
| FIELDWOOD RE-BILL FOR DIRTY OIL TOTES | | | | | | |
| 2-1   8886604 | | 10.00   EA | 35.00 | 350.00<br>Due Date 04/27/2020 | 3 | 0000234936 |
| Sch B/HTS No:    ECCN No: | GL Acct Cd:   10417-024000-4202-110 | | AFE Cd: | | | |

Total PO Amount      4,750.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.



# FUEL/YARD TICKET

**Martin Energy Services LLC**
Three Riverway, Suite 400
Houston, Texas 77056
(800) 962-8307

NO 960061

436525



JDE # 436525
Branch Plant 1301S090

☐ TRANSFER   ☐ REPACK   ☒ SALE   ☐ CO-USE

| BILL TO: Enscotonian | CUSTOMER NO. 3430 | DATE: 4-22-20 |
|---|---|---|
| ORDERED BY Ernestine Castillo | | PO NO./AFE: 10013-0000457235 |
| PHONE NO. 281-242-4043 | LEASE NO. | |
| AREA/BLOCK GC-200 | OCSG# 19209 | WELL NO. |
| RIG/VESSEL Resolute Rio 202 | TIME STARTED          AM/PM | TIME FINISHED          AM/PM |
| | | HOURS RT/OT |

| ITEM CODE | EQUIP/LABOR | DESCRIPTION | | | |
|---|---|---|---|---|---|
| | ROUSTABOUTS | TR#584046 | Sling# 100533-11 | | |
| | CRANE | TR#212106 | Sling# 98435-13 | | |
| | FORKLIFT | Manifut # 304152 | | | |
| | EQUIPMENT OPERATOR | | | | |

| PRODUCT CODE | HM | DESCRIPTION | CONTAINER | COUNT | QUANTITY |
|---|---|---|---|---|---|
| 494100 | | ITEM# 494100 DIESEL FUEL #2 NR DYED 15 PPM SULFUR, Diesel Fuel, 3, NA 1993, PGIII, 15 ppm sulfur (maximum) Dyed Ultra-Low Sulfur Diesel Fuel. For use in all nonroad diesel engines. Not for use in highway vehicles or engines except for tax-exempt use in accordance with section 4082 of the Internal Revenue Code. Nontaxable Use Only, Penalty for Taxable Use. | | | |
| 502815 | | used oil date | tote | 10/550 | 10 |
| 496219 | | date tank Sling | | 10 | 50 |
| | | TR#4305434 | Sling# 100737-81 | | |
| | | TR#227356 | Sling#98189-8 | | |
| | | TR#42368,36 | Sling# 97554-11 | | |
| | | TR#217119 | Sling# 100787-12 | | |
| | | TR#202836 | Sling# 98483-2 | | |
| | | TR#174078 | Sling# 97836-4 | | |
| | | TR#227354 | Sling#98485-7 | | |
| | | TR#319532 | Sling# 100787-1 | | |

| DRUMS DELIVERED | | DRUMS RETURNED | | | | G A T U A G N I K N G S | BEFORE | AFTER |
|---|---|---|---|---|---|---|---|---|
| WATER | METER READINGS: | START | STOP | GALS. | | | | |
| TERMINAL _____ SUPPLIER _____ BOL # _____ METER TKT. # _____ TRUCK# _____ TRAILER # _____ | | | | | | | | |

| CONTAINER DESCRIPTION | COMPARTMENT 1 | COMPARTMENT 2 | COMPARTMENT 3 | COMPARTMENT 4 | COMPARTMENT 5 |
|---|---|---|---|---|---|
| 1 CARGO TANK | | | | | |

| MEDIA OF PAYMENT ☐ CREDIT CARD   ☐ CHECK   ☐ CASH $ _____ | INITIALS _____ | TOTAL REC'D. $ _____ |
|---|---|---|

TERMS & CONDITIONS: THIS YARD TICKET IS ISSUED IN ACCORDANCE WITH THE GENERAL TERMS & CONDITIONS AT http://martinlegaldocs.com/sales/tc/moe/v3/doc.pdf AND INCORPORATED BY REFERENCE AS FULLY SET FORTH HEREIN, UNLESS OTHERWISE AGREED TO BY BOTH PARTIES IN WRITING.
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

EPA Registered Entity #4954: Martin Energy Services LLC

IN CASE OF EMERGENCY CALL TOLL FREE 24 HRS.
(800) 421-4738

APPROVED BY: X _____ Cody Ledet _____ Michael Conner _____
Customer Signature                                  Martin Energy Services Representative

X _____ BOL13628384          4879-29207
Martin Driver Signature                    Truck and Trailer No.

REV. 12/18
FORM NO. 107

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID: 0000234936
Date: 04/14/2020
Page   1

**Attention: ENGINEERING**

REQ Type        Rental

| | | | | | | | | PURCHASING USE ONLY | | |
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 4031050 | EA | █████████ | 363.57 3,635.70 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| 2 | 10 | 024000 8865604 | EA | █████████ | 38.04 380.40 | 91 - RENTALS/NO | S | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

Total Requisition Amount        4,016.10

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTES REQUESTED BY TYLER CONNOLLY (CHIEF ENGINEER)

| R4202 | 04/14/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY FR NO:   0000234936 |
| OIM | DATE | *FWE* Operator (Print) | | | |
| *G.h. Well* OIM · 4/15/20 | | *Larre Butler* Rep Signature | | | |
| RIG MGR / OPERATIONS MGR   DATE | | *Larre Butler* Rep Name (Print) | | | BUYER              DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

AFE:        FW202002
Lease:     GC 40 #1
Project:   Katmai
Engineer:  K.Dufrene
Routing #:  ████████

*Cost Code 3060-15*
*L. Butler 4-14-2020*

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ● Emn Demet

↩ Reply   ↩ Reply All   → Forward   ⋯
Thu 5/14/2020 9:15 AM

Ⓘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5430p | +1 832-206-8315m
Brian.rodgers@valaris.com



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2005247
INVOICE DATE:  05/13/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16 Resolute

WELL NUMBER  G.C. 40 #1 COMPLETION

---

AFE #: FW202002

TO INVOICE YOU FOR THIRD PARTY CATERING  APRIL 6-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1895 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 265,300.00 |

AMOUNT DUE:  $  265,300.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███████████
ABA ███████████
Account ███████████

Digitally
signed by Ben
Date:
2020.05.15
10:26:48
-05'00'

| | |
|---|---|
| $  (265,300.00) | 810620.10417.4202.110 |
| $   (64,816.84) | 912812.10417.4202.110 |
| $    64,816.84 | 919220.10417.4202.110 |
| ($19,115.40) | 912814.10417.4202.110 |
| $19,115.40 | 919220.10417.4202.110 |
| | ED |

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: March 2020 Well Name: Katmai, AFE: FW202002, Routing#569047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amcol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Armat | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bioware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | 2 | 2 | | 2 | | 2 | | 2 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 2 | 2 | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | 1 | | 1 | | 1 | | 1 | | | | 1 | | 1 | | 1 | | | | | | | | |
| Chevest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chalant | | | | | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | | | |
| Danos Sea DB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DXO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | 1 | | | 1 | | 1 | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecosery | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Energy Services | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FSF Pipe Washing | | | | | | | | | | 2 | | 2 | 2 | | 2 | 2 | 2 | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | 1 | 7 | 7 | 7 | 6 | 6 | 7 | 6 | 8 | 0 | 10 | 8 | 8 | 6 | 8 | 8 | 8 | 7 | 6 | 9 | 9 | 9 | 9 | 9 | | |
| FRANKS INTL | | | | | | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | 4 | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | 8 | 8 | 8 | 8 | 10 | 10 | 10 | 7 | 7 | 12 | 14 | 14 | 14 | 14 | 15 | 15 | 13 | 13 | 13 | 13 | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyd's Register | | | | | | | | 1 | | 1 | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | 1 | 1 | | 1 | | 1 | | 1 | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| M Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | |
| OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilserve | | | | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 7 | 7 | 7 | 7 | 7 | 7 | | | | | |
| One Subsea | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 2 | | | 4 | 4 | 4 | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OOEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | 4 | 4 | 4 | | | | | | 2 | 2 | 2 | 2 | 2 | | | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Protegenics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | 2 | 2 | 2 | 1 | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| QPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | 1 | | 1 | | 1 | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | 24 | 24 | 24 | 24 | 22 | 22 | 7 | 10 | 11 | 14 | 12 | 13 | 13 | 13 | 13 | 19 | 19 | 19 | 19 | 19 | 18 | | | | | |
| SGS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | 1 | | 1 | | 1 | | 1 | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | |
| Southern Fab | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TGMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | |
| TIW | | | | | | 2 | 2 | 2 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | |
| Total Safety | | | | | | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Trelleie | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TGI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vela Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wedtco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | 0 | 0 | 0 | 0 | 81 | 81 | 81 | 81 | 89 | 86 | 57 | 74 | 78 | 78 | 78 | 78 | 78 | 78 | 77 | 88 | 86 | 79 | 82 | 84 | | | | | | 74 | 0 |
| TOTAL OVER | | | | | | 75 | 78 | 76 | 79 | 84 | 64 | 55 | 72 | 74 | 71 | 75 | 76 | 76 | 76 | 75 | 77 | 80 | 82 | 82 | | | | | | | 72 | |

Began Katmai AFE on April 8th.

TOTAL: 1945

TOTAL BILLABLE $ 265300

AFE: FW202002
Lease: GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

ACCT. CODE: 3060-45
L. Butler
-5-1-20

RE: DS-16 April 2020 Catering and reimbursable invoices.

Brian Rodgers
To ⬤ Brian Dennet

↩ Reply | ↩ Reply All | → Forward
Thu 5/14/2020 3:16 AM

ⓘ Follow up. Start by Thursday, May 14, 2020. Due by Thursday, May 14, 2020.

Approved

Brian Rodgers | Resolute Rig Manager,

5847 San Felipe | Suite 3500 | Houston, TX 77057
+1 713-212-5450p | +1 832-206-6815m
Brian.rodgers@valaris.com



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007268
INVOICE DATE: 07/10/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---|
| **NOV**<br>INVOICE#10589602  DATED:6/18/2020 | $ | 3,605.04 |
| **ACUMENINTERNATIONAL**<br>INVOICE#1026793  DATED:6/12/2020 | $ | 100.00 |
| Handling Charges @ 5%(601) | $ | 185.25 |

**AMOUNT DUE:**   $        3,890.29

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

| | | |
|---|---|---|
| $ | (3,705.04) | 024000.10417.4202.110 |
| $ | (185.25) | 810510.10417.4202.110 |
| $ | (3,705.04) | 810650.10417.4202.110 |
| $ | 3,705.04 | 919250.10417.4202.110 |

ED

```
Document References                Internal References
   Invoice: 10589602                  Buyer: 10013              Customer Ref ID:
   Invoice Date: 2020-06-18           Supplier: 0000000556      Supplier Ref ID:
   Due Date: 2020-08-17               Remit To: 0000000556      Rig ID      : 4202
                                      Voucher: 00986726         Creation Date: 2020-06-19
```

```
Bill From:                          Bill To:
   NATIONAL OILWELL VARCO, L.P.         ENSCO OFFSHORE COMPANY
   RIG SOLUTIONS SPARES                 in care of: ENSCO OFFSHORE COMPANY
   5212 HWY 90 WEST                     P.O. Box 570788
   NEW IBERIA, LA 70560                 HOUSTON, TX 77257-0788
   USA                                  USA
```

Invoice Lines:

| No | PO ID | Description | UOM | Quantity | Unit Price | Net Amount |
|----|-------|-------------|-----|----------|------------|------------|
| 1 | 10013-0000458607 |  | | 24.00 | 150.21 | 3,605.04 |
| | | Total Net: | | | | 3,605.04 |
| | | Gross Amt: | | | | 3,605.04 USD |

```
Settlement Information:
   Due Date: 2020-08-17              Remit To:        NATIONAL OILWELL VARCO, L.P.
   Discount Amount:                                   SUPPORT SERVICES
   Bank From: WellsFargo/HOUSTON                      P. O. BOX 201202
   Payment Method: ACH                                DALLAS, TX 75320-1202
                                                      USA
   Payment Currency: USD             Beneficiary Bank:
   Terms: 60                         Beneficiary Branch:
   Discount Due Date:                Account Number:
```

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOUHOT RD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID: 00000235769
Date: 05/19/2020
Page 1

Attention: WAREHOUSE

REQ Type   Supply

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|-------------|-------|------------------------------|--------|
| 1 | 24 | 024000 154865 | EA | DIES,HYDRALIFT,154865+71,GRIT FACE | 150.21 3,605.04 | 23 - 23-DRILLIN | C | | | |

FIELDWOOD RE-BILL FOR HYDRARACKER SOFT GRIT DIES
NATIONAL OILWELL VARCO QUOTE# 1609931

ECCN NO:- EAR99                    HTS NO:8431438010              UNSPSC NO:

Line Item Exempt : N
Available Sustitutes   Item Desc :

NATIONAL OILWELL VARCO QUOTE# 1609931

**Total Requisition Amount:**        3,605.04

AFE:       FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▓▓▓▓▓▓

Act Code # 3060-15

5/19/20

| | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235769 |
|---|---|---|---|

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_Operator (Print)_

Rep Signature

_Rep Name (Print)_

| R4202 | 05/19/2020 | | |
|-------|------------|---|---|
| OIM | DATE | BUYER | DATE |

RIG MGR / OPERATIONS MGR          DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____   DATE FAXED: ____

 **Rig Technologies**

NATIONAL OILWELL VARCO, L.P.
NOV RIG SOLUTIONS SPARES (ML:LAF)
5212 West Hwy 90
LEDGER 183
Bay Door A
NEW IBERIA, LA 70560 (US)
(337) 374-1400  PHONE
(337) 365-2545  NEW IBERIA FAX

| | |
|---|---|
| *Quote* | 1609931 |
| *Rev* | 1 |
| *Cust RFQ* | |
| *Cust Num* | 10176 |
| *Page* | 1 of 8 |

# Sales Quote Acknowledgement

Please reference this Quote Number on all correspondence.

**Invoice To**
C0052 110 LAF
Ensco Offshore Company
PO Box 570788
Houston, TX 77257 (US)

**Ship To**
S001
ENSCO OFFSHORE COMPANY-BROUSSARD
620 Moulin Road
BROUSSARD, LA 70518 (US)

| | | | | |
|---|---|---|---|---|
| **Cust Contact** | ERNESTINE CASTILLO | | | |
| **Customer eMail** | tina.castillo@valaris.com | | **Date Printed** | 04/13/2020 |
| **Ultimate Dest** | United States,Intl Waters | | **Quote Date** | 04/13/2020 |
| **Currency** | UNITED STATES DOLLAR | **Freight Terms** | **Quote Exp Date** | 05/28/2020 |
| **Quoted by** | Pringle, Jenny S. | **Payment Terms** | NET 45 FROM INVOICE DATE | |
| **Ref/Rig Name** | Valaris Rig Valaris Resolute | **Shipping Terms** | FREE CARRIER | |
| **Branch** | | **Carrier** | ENSCO MOULIN CONSOL | |

## Details

| Line | Item Description | UM | Qty Ord | Unit Price | Net Price | Ext Net Price | Delivery (wks) |
|---|---|---|---|---|---|---|---|
| 001 | 154865+71 | EA | 24.000 | $150.21 | $150.21 | $3,605.04 | STOCK |
| | DIES GRIT FACE | | | | | | |
| | Stocking Line:    MTS | | | | | | |
| | Country of Origin: NORWAY | | | | | | |
| | Unit Weight: 0.16 LB    Total Weight: 3.91 LB | | | | | | |
| | Harmonized Tariff Schedule Code: 8431390050 | | | | | | |
| | Export Control Classification Number: US-EAR99 | | | | | | |

| Del# | Quantity | Required Date | Promise Date |
|---|---|---|---|
| 0001 | 24.0000 | 04/13/2020 | 04/20/2020 |

| | |
|---|---|
| **Sub-Total** | **$3,605.04** |

| | |
|---|---|
| **Total Sales Quote Acknowledgement 1609931 Rev 1:** | **$3,605.04** |

"DISCLAIMER: All ECCN and HTS classification information received from National Oilwell Varco (NOV) is
for informational purposes only and shall not be construed as NOV's representation, certification or
warranty regarding the proper classification. Use of such classification information is at the Buyer's
sole risk and without recourse to NOV. The Buyer is responsible for determining the correct
classifications of all items prior to export and Buyer shall make its own export licensing
determinations."

"COVID-19 NOTICE: Due to the on-going COVID-19 pandemic and various Governmental directives, company
measures and uncertainties arising therefrom (collectively "COVID-19 Effects"), all quoted delivery dates
for products and services and completion dates for the work are NOV's best estimates made at the time of

| | | |
|---|---|---|
| PLEASE NOTE OUR STOCKING LINE CRITERIA IF TRYING TO RETURN GOODS SUPPLIED: | MTS = MADE TO STOCK ESP = EMERGENCY SPARE WE WILL TAKE BACK WITH 20% RESTOCKING FEE | MTO = MADE TO ORDER GOODS CANNOT BE RETURNED |

# Acumen International

 EIN: 76-0270480

## INVOICE

1026793

11500 Hwy 290 East
Chappell Hill, Texas 77426

713-896-0050    **Fax** 713-896-0122
**www.Acumen.us.com**

| DATE | P O NUMBER |
|---|---|
| 6/12/2020 | 10013-190590 |

**BILL TO**
Ensco Incorporated
P.O. Box 570788
Houston, TX 77257-0788
United States

**SHIP TO**
ENSCO Warehouse
620 Moulin Road
Broussard, LA 70518
United States
Rig: 202 Resolute

| SALES ORDER NO. | SHIP DATE | TERMS | REP | SHIP VIA | SHIP TERMS | DESTINATION |
|---|---|---|---|---|---|---|
| 125048 | 6/12/2020 | Net 60 Days | RS | UPS | Ex-Works | GOM |

| ITEM | QTY | B/O | DESCRIPTION | NET PRICE | AMOUNT |
|---|---|---|---|---|---|
| P-109 | 6 | 0 | Gasket, valve cover | 15.00 | 90.00 |
| Delivery | 1 | | UPS Delivery | 10.00 | 10.00 |

| | |
|---|---|
| **Total US** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due USD** | $100.00 |

THESE COMMODITIES AND/OR TECHNOLOGY WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.

PRIOR APPROVAL AND TERMS REQUIRED FOR ALL RETURNS.

ALL PAST DUES BALANCES ARE SUBJECT TO 1 1/2% PER MONTH FINANCE CHARGE NOT
TO EXCEED THE MAXIMUM ANNUAL INTEREST ALLOWED BY LAW.

# Valaris

Ship To:    ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518          /
USA

| Valaris |
|---|
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID: 0000238183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA | | 159.50 319.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO: 8481809050            UNSPSC NO:

| 2 | 1 | 024000 152937 | EA | | 46.95 46.95 | 45 - 45-HOISTIN | | VC | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:  EAR99             HTS NO: 9026200000            UNSPSC NO:

This item is a designated Ensco Standard -- No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000238183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

Business Unit: 10013   OPEN
Req ID: 0000236183
Date: 06/03/2020
Page:   2

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| ITEM | QTY | GA ACCY Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| 3 | 2 | 024000 6020MATTCO | EA | | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO: EAR99        HTS NO: 8413919520        UNSPSC NO:

| 4 | 2 | 024000 6590 | EA | | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitute        Item Desc :

ECCN NO: EAR99        HTS NO: 8479899898        UNSPSC NO:

| 5 | 1 | 024000 6468 | EA | | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236183 |
| --- | --- | --- | --- | --- |
| OIM | DATE | Operator (Print) | | |
| | 6/5/2 | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER           DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type          Supply

| ITEM | QTY | GA ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Substitutes    Item Desc :

ECCN NO: EAR99                     HTS NO:9026200000                          UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | GASKET,ACUMEN INTERNATIONAL,0772-70-0870-02, P-109 | 16.00 108.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Substitutes    Item Desc :

ECCN NO:                     HTS NO:                          UNSPSC NO:

Total Requisition Amount:          4,296.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:   0000236183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| Line Item Exempt | 6/15/20 | Operator (Print) | | |
| RIG MGMT / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____     DATE FAXED:_____

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:   ███████

Acct Code # 3060-15
Clayton Shansie



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007266
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER  GC 40 #1

---

**AFE #: FW202002**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

**MATTCO**
**INVOICE#58061 - DATED:06/10/2020**                                    $              4,150.11

Handling Charges @ 5%(601)                                             $                207.51

**AMOUNT DUE:**  $              4,357.62

Rig Manager's Approval:

---

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date:
2020.07.10
08:49:12 -05'00'

$    (4,150.11)  024000.10417.4202.110
$      (207.51)  810510.10417.4202.110
$    (4,150.11)  810650.10417.4202.110
$     4,150.11   919250-10417.4202.110

ED



MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 1 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D T O
E06
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE     4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6478 | EA | 2.00 | 2.00 | 143.5500 | 287.10 |

PO LINE ITEM: 1-1

| 6020 | EACH | 2.00 | 2.00 | 235.6200 | 471.24 |

PO LINE ITEM: 2-1

| 6590 | EACH | 2.00 | 2.00 | 1,575.0000 | 3,150.00 |

S/N: 3981, 3994

PO LINE ITEM: 3-1

**MATTCO**

MATTCO MANUFACTURING, INC.
12000 Eastex Freeway
Houston, TX 77039
UNITED STATES
(281)-449-0361

| | |
|---|---|
| PAGE | 2 |
| INVOICE DATE | 6/10/2020 |
| INVOICE NO | 58061 |

S O L D  T O
E08
VALARIS (ENSCOROWAN)
C/O ENSCO OFFSHORE CO.
PO BOX 570788
HOUSTON, TX 77257-0788

S H I P  T O
000001
ROWAN RESOLUTE
(VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD, LA 70518

TOTAL DUE    4,150.11

| SLS1 | SLS2 | DUE DATE | DISC DUE DATE | ORDER NO | ORDER DATE | SHIP DATE | SHIP NO |
|------|------|----------|---------------|----------|------------|-----------|---------|
| TT | | 7/10/2020 | 7/10/2020 | 00035536 | 6/10/2020 | 6/10/2020 | |

| TERMS DESCRIPTION | CUSTOMER PO NO | SHIP VIA |
|-------------------|----------------|----------|
| NET 30 | 10013-0000458854 | UPS |

| ITEM ID | UNITS | ORDERED | SHIPPED | UNIT PRICE | EXTENSION |
|---------|-------|---------|---------|------------|-----------|
| 6468 | EACH | 1.00 | 1.00 | 133.6500 | 133.65 |

10,000 PSI GAUGE FOR 7500 PSI P.D.
SCHEDULE B: 9026.20.0000 EAR99 UK ORIGIN

PO LINE ITEM: 4-1

LABEL ALL PARTS WITH PART NUMBERS

LABEL BLADDERS AND OUTSIDE OF PACKAGES WITH PART NUMBER, CURE DATE & SHELF LIFE

WRAP ALL RUBBER PRODUCTS IN UV PROTECTION STORAGE WRAP, SEAL BOXES TO INSURE UV PROTECTION, AND PLACE UV PROTECTION
LABELS ON OUTSIDE OF BOXES

TWO COPIES OF PO AND CERTIFICATE OF COMPLIANCE/ORIGIN WITH CURE DATES AND EXPIRATION DATES REQUIRED WITH ORDER

EMAIL COPY OF COC/ORIGIN TO TINA CASTILLO AT: Tina.Castillo@valaris.com

RIG: R202- RESOLUTE
FINAL DEST.: UNITED STATES

| TAXABLE | NONTAXABLE | FREIGHT | SALES TAX | MISC | TOTAL |
|---------|------------|---------|-----------|------|-------|
| 0.00 | 4,041.99 | 108.12 | 0.00 | 0.00 | 4,150.11 |
| | | | | TOTAL DUE | 4,150.11 |

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOLLIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013    OPEN
Req ID:0000236183
Date: 06/03/2020
Page    1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type        Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 2 | 024000 6478 | EA |  | | 159.50 319.00 | 56- 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO:8481809050              UNSPSC NO:

| 2 | 1 | 024000 152937 | EA |  | | 46.95 46.95 | 45- 45-HOISTIN | VC | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO: EAR99              HTS NO:9026200000              UNSPSC NO:

This item is a designated Ensco Standard – No Substitution Allowed

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:    0000236183 |
|---|---|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER              DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED: _____

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
|---|
| Valaris Field Requisition |

| Business Unit: 10013   OPEN |
|---|
| Req ID:0000236163 |
| Date: 06/03/2020 |
| Page   2 |

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type          Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PURCHASING USE ONLY** | | | | |
| 3 | 2 | 024000 6020MATTCO | EA | ▓▓▓▓▓▓ | 261.80 523.60 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO:8413919520          UNSPSC NO:

| 4 | 2 | 024000 9590 | EA | ▓▓▓▓▓▓ | 1,575.00 3,150.00 | 56 - 56-MUD PUM | C | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99          HTS NO:8479899898          UNSPSC NO:

| 5 | 1 | 024000 6458 | EA | ▓▓▓▓▓▓ | 148.50 148.50 | 56 - 56-MUD PUM | C | | | |

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | | PURCHASING ONLY  FR NO.   0000236163 |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| *[signature]* | 6/5/2 | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER | DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER  YES: _____  NO: _____     DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013   OPEN
Req ID:0000236183
Date: 06/03/2020
Page   3

Attention: DRILL CREW / TOOLPUSHER

REQ Type    Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:9026200000          UNSPSC NO:

| 6 | 6 | 024000 077270087002 | EA | | 18.00 106.00 | 56- 56-MUD PUM | C | | | |

Line item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

Total Requisition Amount:    4,206.05

FIELDWOOD RE-BILL FOR MUD PUMP PARTS REQUESTED BY ROBERT RAY (RDS)

| R4202 | 06/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:  0000236183 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |

RIG MGR / OPERATIONS MGR   DATE

NOTE: Any additions or deletions must be initialed

Rep Signature

Rep Name (Print)

BUYER          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____   DATE FAXED: _____

AFE:    FW202002
Lease:  GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

Acct Code# 3060-15
Clayton Shansie