## Exhibit 15

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA  70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**   MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**          50

**File # :** 2020-00002925

**Book :**  773          **Page :**   76

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 12:47:01PM

Doc ID - 005325390050

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at 12:47:01
Recorded in Book  773  Page  76
File Number 2020-00002925

Deputy Clerk



**Return To :**

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)      Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)      Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)      Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)      Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 23, 2020

NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG:  Rowan Resolute

WELL NUMBER  GC 40 KATMAI

AFE #: <u>FW191015</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020                                  $            20,070.00

Handling Charges @ 5%(601)                                          $             1,003.50

**AMOUNT DUE:**  $           **21,073.50**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$   (20,070.00)  024000.10417.4202.110
$    (1,003.50)  810510.10417.4202.110
$   (20,070.00)  810650.10417.4202.110
$    20,070.00   919250.10417.4202.110

ED

**Wellbore Integrity Solutions**
TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | |
|---|---|
| **BILLED TO:** ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 -- UNITED STATES<br><br>**CUSTOMER#:** EN0151<br>**ORDERED BY:** | **INVOICE NO:** IN11B57611<br>**PAGE NO:** Page 1 of 2<br>**DATE:** 23-JUN-20<br>**TERMS:** 30 NET<br>**TKT DATE:**<br>**SALESPERSON#:** WANOUS, AJ<br>**OFF SALES REP:** NONE |

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA /BL #:** J1009211
**BILLED BY:** JHENLEY

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: # | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 /.750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 0.00 |
| 4.01 | | | | | | | 4,250.00 |
| 5.00 | | UNSLING W/1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | 10 | UNIT CHARGE | PER HOUR | 425.00 | |
| 5.01 | | | | | | | 6,780.00 |
| 6.00 | | Waterblast ID, OD & Brush OD | 12 | UNIT CHARGE | PER HOUR | 565.00 | |
| 6.01 | | | | | | | 1,200.00 |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | 80 | INSPECTION | EACH | 15.00 | |
| 7.01 | | | | | | | 6,560.00 |
| 8.00 | | Flapping of Connections | 80 | INSPECTION | EACH | 82.00 | |
| 8.01 | | | | | | | 1,280.00 |
| 9.00 | | | 160 | INSPECTION | EACH | 8.00 | 0.00 |

**CURRENCY:** USD

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX 75063 |

Wellbore
Integrity
SOLUTIONS
TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

| | |
|---|---|
| BILLED TO: | ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788 |
| | HOUSTON, TX 77257 -- UNITED STATES |
| CUSTOMER# : | EN0151 |
| ORDERED BY: | |

**PAGE NO:** Page 2 of 2

DISC CODE:
SERVICE GRP: Tubulars and Surface Products

TAX JOB TYPE: [None]
EXPORT:
DT / RA /BL #: J1009211
BILLED BY: JHENLEY

**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:** WANOUS, AJ
**OFF SALES REP:** NONE

| RIG:<br>ROWAN<br>RESOLUTE | FIELD / BLOCK:<br>// | JOB #:<br>1256595125 | CUSTOMER ORDER # :<br>10013-0000458130 | AREA/DIST:<br>1256 | SHIP TO:<br>ENSCO OFFSHORE COMPANY, US | LEASE:<br>OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH:<br>OFFSHORE | STATE:<br>LA | WELL #:<br>GC 200 TA-3 | TWNSHP: | INV LOC:<br>1256 | SHIP #:<br>EN0151 | SEC: |

| LINE<br>NO | SERIAL NO./<br>PART NO. | SERVICE /<br>TOOL DESCRIPTION | | QTY | CHARGE<br>TYPE | CHARGE<br>UNIT | UNIT<br>COST | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 | 0.00 |
| | | | | | TOTAL DISCOUNT : | | 0.00 | |
| | | | | | SUBTOTAL : | | | 20,070.00 |
| | | | | | TAXABLE AMOUNT : | | | 0.00 |
| | | | | | CITY TAX : | | 0.00% | 0.00 |
| | | | | | COUNTY/PARISH TAX : | | 0.00% | 0.00 |
| | | | | | STATE TAX : | | 0.00% | 0.00 |
| | | | | | FREIGHT : | | | 0.00 |
| | | | | | TOTAL AMOUNT DUE: | | | 20,070.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/aboutgovernance/

| PLEASE REMIT TO: | P.O. BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
|---|---|
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): 121000248, ACCOUNT: 489-0219470<br>SWIFT: WFBIUS6S 2975, Regent Blvd, Suite 100, Irving, TX<br>75063 |

# Valaris

**Purchase Order** Page 1

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
in care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

SELLER/SUPPLIER

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO /
WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83678500

SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)
FREIGHT TERMS: EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

BUYER REPRESENTATIVE
BUYER: Kenya Akeem Abdul Maxile
EMAIL: kenya.maxile@valaris.com
PHONE: 346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY: USD

REQ TYPE: ONR
REQ CLASS: OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item Line | Vendor Number / Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-910848-4202-110 | | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FL,APPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00 Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No: | ECCN No: | GL Acct Cd: 10417-024000-4202-110 | | | AFE Cd: | | |

# Valaris

**Dispatch via E-Mail**

**Purchase Order**   Page 2

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570786
HOUSTON TX 77257-0788
United States

PO NUMBER : 10013-0000458130
PO DATE : 05/18/2020
RIG NAME : R202- RESOLUTE
FINAL DEST. COUNTRY : United States
REVISION NO.
REVISION DATE

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount**          25,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)  IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)  IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1'- URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.



# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | rOS16RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 1001 3-0000 458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |
| | | | | | |

Estimated Total                                                                                   $20,070.00

Customer Signature: _____

Date: _____

**GENERAL TERMS AND CONDITIONS**



THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS – READ CAREFULLY.

1. **ACCEPTANCE** By requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**
   a. *Chemicals* – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, cuttings, or casings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.
   b. *Claim(s)* – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and consumer damages, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive exemplary, general, compensatory, direct, indirect, incidental or consequential damages, either under common law, equity, statute or otherwise, whether based on tort contract, strict liability, or statute, that may or could be asserted or, using without limitation, actions or claims in person, in rem or cross claim and/or causes of action however arising.
   c. *Customer* – the person, firm or other entity to which any Work is supplied or provided by Wellbore
   d. *Fluids* – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatment stimulation fluids, wellbore water oil, or synthetic based.
   e. *Group* – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees co-venturers, co-owners, partners members, joint venturers co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.
   f. *Order* – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order has been accepted by both parties.
   g. *Products* – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer
   h. *Rentals* – Customer's hiring of Products and/or equipment from Wellbore for a time / time
   i. *Wellbore* – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates.
   j. *Services* – services provided by Wellbore to Customer including Products and persons customarily required to provide such services
   k. *Work* – Products, Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless otherwise the sole of the Work is requested by Customer and is approved by Wellbore at its sole discretion, in any refuse to grant Customer the right to credit Work on credit and/or may rescind the right to request Work on credit at any time. In the event that Customer's credit with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance on irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit Wellbore's invoice will be issued upon receipt of full payment from Customer If Customer requires any supporting documents or information (e.g. order # AFE #, etc.) to be submitted with Wellbore's invoice, then such requirements must be agreed in the Order before the Works provided Unless otherwise specifically agreed in an Order the following invoicing conditions that apply to Work for which an action has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bid and priced in the Order as soon as practicable and without frequency restrictions
   b. Wellbore may invoice Customer for Rentals in advance as follows: fifty percent (50%) of the sale price immediately upon receipt and acceptance of an Order and the remaining fifty percent (50%) on next sixty days upon delivery of the Products
   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order In the event the rentals extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

   a. Subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope
   d. Wellbore may invoice Customer for any and all re-orderable items in advance

   Wellbore's invoice shall be deemed correct and shall advance Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute If an invoice disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer Customer shall have no right to withhold of offset payments, except in the event it is agreed as a result of the foregoing dispute resolution procedure, Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

   Customer shall pay the total invoice amount without any payment or retentions (other than taxes which must be withheld as mandated by tax legislation) Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by achor payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice The payment for any transaction for which credit has been approved the basis of, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

   When payment is electronic e-commerce, Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system to system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)) Customer, Wellbore, and any contracted third party technology providers = I execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions

   Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum rate allowable by applicable law or federal laws, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding amount(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with dispute, mediation, arbitration, bankruptcy or other proceedings In the event that Customer's payment of Wellbore's invoice is not owed by Wellbore after the due date, improper distributed and be unearned, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price Upon revocation, the full invoice price (without discount, become immediately due and owing and subject to collection

   As used herein the term "Receivables" shall mean all of Customer rights and interests in all accounts and/or all general intangibles whether now existing or hereafter arising, and all proceed thereof, relating to the properties for which Wellbore provides Work Customer hereby grant a security interest in Customer's Receivable to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for to the extent allowed by applicable laws and regulations, any and a l taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payment recovered by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers Compensation Act, La R S 23 2021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R S 23 1061 (A) "1 Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore's employees for purposes of La R S 23 1061 (A)(3)

GENERAL TERMS AND CONDITIONS

6. OBLIGATIONS OF CUSTOMER

a. *Well Conditions, Verification of Hazardous Conditions.* Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered at the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. *Chemicals.* The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work is the sole responsibility of Customer, including when such Chemicals are returned to the surface of the land or are from below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples or Wellbore must sample in Customer's own compliance of Wellbore... [illegible]

c. *Radioactive Sources.* If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid breaking, damaging or rupturing the source. [illegible]

d. *Fishing Operations.* Customer shall assume the entire responsibility for operations in which Customer Group or a third party fish or attempt to fish for the movement of any member of Wellbore Group or perform any operation that may jeopardize the recoverability or the integrity of equipment containing radioactive sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment; customer has to commercially reasonable effort to attempt recovery of Wellbore Group equipment.

e. *Change Orders.* Customer may with reasonable notice request to change the Work to be provided under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). Upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer to be deemed to have accepted such proposal unless Wellbore proceeds as specified in the Change Order. Wellbore may, at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

a. Wellbore warrants that Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and sole transport of all log, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations are provided are genuine only and, in view of the unpredictability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not establishable, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, PREDICTION OR ESTIMATE DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS and/or RECOMMENDATIONS BASED EITHER ON SUCH WORK, NOR IN THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISION'S SUBSEQUENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE SHALL NOT BE RESPONSIBLE FOR ADDITIONAL OR INTENTIONAL INTERRUPTION OF THE TIMEFRAME WITH DATA OF OTHERS, NOR DOES WELLBORE GUARANTEE THE... [illegible]... Any warranty claim for Services must be made prior to Wellbore's submission to them, the well is over for Services to repair equipment, within seventy-two (72) hours after initial scan of such repaired equipment.

b. Wellbore warrants that Products (not later sound or but endures to the rigor and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, rebuilt or refurbished parts in the assembly of its Products. Wellbore warrants that Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, misused or Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to improper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vandalism, or improper voltage supply or force majeure. No warranty is given as to third-party Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rental price and other costs agreed upon in the applicable Order.

Wellbore's sole and Customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option, of Products, Rentals or Services which prove to be defective or then the warranty period and shall not include claims for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of any fishing or vessel rig time recovery under general tort law or strict liability or for damages resulting from delays, loss of use, production defects or defects incidental or consequential damages of any kind. A Customer claim pursuant to this warranty shall be made immediately upon discovery and Wellbore will in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's test of the item, Wellbore may invoice the service call to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore. In no event, for Wellbore to be liable for the cost of substitute products, services, or rentals obtained by Customer from others to cover any Product, Service or Rental which defective or otherwise not in compliance with the applicable Order.

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors sub, third, vendor and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors, vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY, IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

## GENERAL TERMS AND CONDITIONS

**1. TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than if sold, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees, Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of the said Customer's costs.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for fluids, other than cement and stimulation fluids, will transfer to Customer upon delivery of the cements and delivery to Customer's location, or (iv) upon blending, whichever occurs first. Title to and risk of loss for rented fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented fluids as would be applicable instead of a sale at that time.

The time, method, place or medium of payment or not limit Wellbore's rights in and to the Products and payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products irrespective of attachment to land or equipment of Customer or anything party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such impending price has been received in full and accepted by Wellbore

**3. Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cause the Order in its or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight. Wellbore may bill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, crating, shipment so port or to dock side, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense.

**11. Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11. Cancellation, Returns and Claims.**

(a) Orders for Products of special design, size or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice bid in, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12. Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a maximum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modification requested will be charged in the same manner.

**13. INDEMNITIES**

- **Personnel and Property**
  1. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM ANY AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.
  2. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, BLOWOUT, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, INSTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR DECAY OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/WELL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNHOLE, SUBSURFACE, OR RECOVERY TIME); (ii) POLLUTION, AND/OR CONTAMINATION (INCLUDING FROM ANY AND ALL WELLS, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE [INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE] RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OF IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.5 HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEANUP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iii) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND STRATA, DOWNHOLE, BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELLBORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING THE RISE, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (iv) COST TO DRILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SIDETRACKING, FISHING, REDRILLING OR REWORKING AND RELATED CLEAN-UP COSTS; (v) DAMAGE TO PROPERTY OWNED BY OR LEASED TO CUSTOMER OR, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER [THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OR/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE] AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DOWNHOLE TOOLS WELLBORE'S PRESSURE CONTROL SERVICES AT CUSTOMER'S REQUEST; OR (vii) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS [A] IN THE HOLE OR BELOW THE ROTARY TABLE, [B] WHILE IN TRANSIT OR BEING MOVED ON ANY POLE OR TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER, [C] WHILE LOCATED AT THE WELL SITE WHEN WELLBORE PERSONNEL ARE NOT PRESENT, [D] AS A RESULT OF TEMPORARILY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS ON THE SITE, OR [E] WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO [A] ABOVE, THE INDEMNITY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE DOWN-HOLE REPLACEMENT COST FOR, IF REPAIRABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE BECOMES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

GENERAL TERMS AND CONDITIONS

c. [illegible paragraph]

d. [illegible paragraph]

14. INCIDENTAL OR CONSEQUENTIAL DAMAGES. [illegible paragraph]

15. INSURANCE. [illegible paragraph]

16. LIMITATION OF LIABILITY. [illegible paragraph]

17. EMPLOYEE SOLICITATION. [illegible paragraph]

18. INTELLECTUAL PROPERTY. [illegible paragraph]

Wellbore Integrity

[illegible paragraph]

29. MISCELLANEOUS.

a. Orders. [illegible]
b. Force Majeure. [illegible]
c. Governing Law. [illegible]
d. Severability. [illegible]
e. [illegible]

30. GENERAL COMMERCIAL CONDITIONS. [illegible]

a. Product sales are final. [illegible]
b. Return of Rentals. [illegible]
c. Buy Back of Fluids. [illegible]
d. [illegible]
e. Pricing and Levies. [illegible]
f. Additional Work. [illegible]

31. EXPORT COMPLIANCE. [illegible]

**GENERAL TERMS AND CONDITIONS**

revoked, or denied Customer's export privileges.  Customer agrees not to use or transfer  the Work for any use relating to nuclear  chemical, or biological weapons, or missile  technology unless authorized by the U.S. government by regulation or specific written license

22  **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party Furthermore, the  parties agree to confer with each other prior to any publication of any such information  and to set forth such agreement in a separate writing

23.  **CONFIDENTIALITY.** Customer agrees  to hold in strict confidence all information provided  by Wellbore Group t   ustomer all of which a Wellbore  confidential information   Customer m not disclose such confidential information to any third party without written  authorization from Wellbore, or except as required by  law or  legal process.

24.  **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions  Customer and Wellbore agree, and it is the intent of these General Terms and Conditions  that the parties stipulated herein  as  Wellbore shall not be jointly liable and shall only be severally liable to the extent of  their respective obligations and liabilities hereunder   The specific party identified as  Wellbore in the applicable Order shall be the party responsible for the applicable Work  Each Wellbore entity shall not be deemed a guarantor or surety with respect  to the other Wellbore entities' obligations and liabilities. This provision shall not  impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein

Wellbore Integrity

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

## Job #:J1009211

## MRT #:M1011667

## Customer Ref #: R# 202-769

| Customer Name: 10018008-FIELDWOOD ENERGY, LLC | | |
|---|---|---|
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowen Resolute |
| Contact Person: Kris Kimble | | Bill Repairs to: FIELDWOOD ENERGY, LLC |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Contact Phone: 713-969-1129 | Email: kris.kimble@fweitl.com |
| Rig Operator: | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| | Bill Welding to: FIELDWOOD ENERGY, LLC | |

## Special Instructions

## Equipment Details

### Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | | Box Type |
|---|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowen Resolute | Storage | | |

Additional comment (or tool type received)

Summary of services to be provided on item 1:

| Shop Inspection | | | | | | Missing Protectors | |
|---|---|---|---|---|---|---|---|
| | Repair | Welding | Storage | | Box | | 0 |
| | | | | | Pin | | 0 |

MRT M1001667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 2 | 76 | Drill Pipe-STD 5 19.50# / 3&5 S-135 R2 - XT-50 Box x XT-50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 2:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT-50 Box x XT-50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 3:

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

# DRILCO
INSPECTION SERVICES

BILLING AUTHORIZATION · AUTHORIZATION NUMBER

| | | DATE: | 6/15/2020 | P.O. NO. | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| CUSTOMER: | VALARIS | OPERATOR | TERANCE CLASSIFIED | CUSTOMER CODE | | | |
| | | CONTRACTOR/RIG: | ROWAN RESOLUTE | STATE CODE | 3254 | AREA 05 | |
| WORK ORDER # | J1009211 | LOCATION | GC-200 | | | | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY | LAFOURCHE | | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.0# X V-150 RANGE-3  DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| TIME BREAK DOWN: | | | | SUBTOTAL | |
|---|---|---|---|---|---|
| | | | | | $6,560.00 |

| DEPART FOR JOB: | AM | PM | ARRIVE AT JOB: | AM | PM | INSPECTION REPORT(S): |
|---|---|---|---|---|---|---|
| SERVICE HOURS: | | | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM | PM | CHARGEABLE: | HRS | | |
| | | | NON-CHARGEABLE: | HRS | | |

| CUSTOMER'S SIGNATURE: | DATE: | 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |
|---|---|---|---|

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS
CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS

**THANK YOU**

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DF 06-15-20 2020-06-15_16_17_53V4.2.pdf Summary Report

# DRILCO

## Summary Report #: 10001382

Job #: J1009211

Work Order #: W101J419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-1-50 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 3 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

1000382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 ITS 6.625 47.05  750 V-150 RG III DP 06-15-20 2020-06-15, 16, 21 21 V4.2.pdf Final

# DRILCO

## Final Inspection Report #: 10001382

Job #: 1100921

Work Order #: W1013419

Customer Ref #: R# 203-769

### Billing Information

| | | Tube Spec's | |
|---|---|---|---|
| Due | 06/15/2020 | Size | 6 5/8 |
| Customer Name | 1001 8008-FIELDWOOD ENERGY, LLC | Grade | V-150 |
| Ordered By | Kris Kimble | Weight | 47.05 / 1.750 |
| Rig Name | Rowan Resolute | Nominal Wall | 0.750 |
| Location | GC-260 | Min Wall | 0.712 |
| Well | TA-3 | | Tool Joint Spec's |
| OCS-G | 12209 | New OD | 8 1/2 |
| AFE | | Min OD | 8 5/64 |
| WBS | | Min TS Box | 6 9/8 |
| Quote# | | Min TS Pin | 6 1/16 |
| Work Order # | W1013419 | Recommend HB | Yes |
| PO# | | Range II III | III |
| Inspected @ | Port Fourchon | Connection | 6 5/8 FH |

| Box Tool Joint | | | Pin Tool Joint | | | Total Counts | | Total Count | |
|---|---|---|---|---|---|---|---|---|---|
| OK DRILCO | OK | 56 | OK DRILCO | OK | 60 | OK DRILCO | 116 | Total Joints Inspected | 80 |
| Machine Re-face | MRF | 8 | Machine Re-face | MRF | 14 | Machine Re-face | 22 | 100% And Greater Remaining Wall | 9 |
| Galled Thread(s) | GT | | Galled Thread(s) | GT | 1 | Galled Thread(s) | 1 | 95.0% - 99.9% Remaining Wall | 71 |
| Damage Thread(s) | DT | | Damage Thread(s) | DT | | Damage Thread(s) | | 90.0% - 94.9% Remaining Wall | 0 |
| Worn Thread(s) | WT | 1 | Worn Thread(s) | WT | | Worn Thread(s) | 1 | 80.0% - 89.9% Remaining Wall | 0 |
| Pitted Thread(s) | PT | 13 | Pitted Thread(s) | PT | 4 | Pitted Thread(s) | 17 | Bent Tube(s) - NOT INSPECTED | 0 |
| Swelled Tool Joint | SWB | | Swelled Nose | SWN | | Swelled Nose | 17 | Class # 2 Rejected Joints | 0 |
| Cracked Thread(s) | CT | | Cracked Thread(s) | CT | | Cracked Thread(s) | | Class # 3 Rejected Joints | 0 |
| Damage Shoulder | DS | | Damage Shoulder | DS | | Damage Shoulder | | Total Premium Joints | 80 |
| Benchmark at Min | BM | | Benchmark at Min | BM | | BM at Minimum | | Total DownGrade Joints | 0 |
| Pitted Seal(s) | PS-M | | Pitted Seal(s) | PS-M | | Pitted Seal(s) | | Total Repair Joints | 42 |
| Damaged Seal(s) | DS-M | | Damaged Seal(s) | DS-M | | Damaged Seal(s) | | Total Premium Ready Joints | 38 |
| Heat Checking | HC | | Heat Checking | HC | | HC Tool Jt. | | Total Repair Joints | 0 |
| Flush Hardband | F | | Flush Hardband | F | | HB Repairs | | Rehardband Joints | 0 |
| Worn Hardband | W | | Worn Hardband | W | | Bent Joint(s) | | Total DBR Joints | 0 |
| Broken Hardband | B | | Broken Hardband | B | | Fishing/ID Coating | | Current Premium Ready | 42 |
| | | | | | | | | Outstanding Repair Joints | 38 |
| | | | | | | | | Current Downgrade Joints | 0 |

### Inspection & Services Performed

| | MRF Classifications | | Box | Pin | Totals |
|---|---|---|---|---|---|
| X | Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| X | Pitted Shoulder | MRF-PS | 0 | 3 | 3 |
| X | Stabbing Damage | MRF-SD | 2 | 0 | 2 |
| X | Un-square Shoulder | MRF-UNS | 0 | 0 | 0 |
| X | Galled Shoulder | MRF-GS | 6 | 11 | 17 |
| X | Monitored By | | | | |
| X | N/A | | | | |

Total Indicated Runout (TIR) of connections performed
Cleaning Service Brush OD / ID Full Length
Wet Magnetic Inspection Stress Area's Box and Pin Ends (OD)
Cleaning Service Waterblast OD / ID Full Length
Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Js
Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length
Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Js
Wet Magnetic Inspection of Re-Machined Connections
Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length
Dry Magnetic Inspection Stress Area's Box and Pin Ends (ID)
Reverse Magnetic Field Full Length
Ultrasonic Inspection Tube Area's Box and Pin Ends (OD)

**Jt. Class Entries**
Premium | P
Bent Tube | BT
Class 2 Reject | 2
Class 3 Reject | 3

**Specifications Used**
DS-1 Category 3-4 FL UT 2

Material Belongs To ROWAN
White Lite Reading: 50-51
U. V. Meter Reading: 1750-2160

**Inspected by**
Dominic Patterson
Terrance Caulfield
Ron Leblanc

**Re-Inspected by**

**Inspector's Comments**
Inspected by: Joshua Ritter

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.DS - 750 V 150 RG III DP 06-15-20 2020-06-15_16_21_21VA2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Floating ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | NAR 06948 | AACGND 168 | 0.230 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |
| 33 | NAR 06915 | AACGND 115 | 0.230 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 97.13 | 43.55 | RPR | PRM |
| 32 | NAR 06988 | AACGND 188 | 0.224 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 96.53 | 43.74 | RPR | PRM |
| 31 | NAR 06818 | AACGND 024 | 0.230 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 96.53 | 43.81 | RPR | PRM |
| 30 | NAR 07032 | AACGND 232 | 0.350 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 43.59 | RPR | PRM |
| 29 | NAR 06818 | AACGND 018 | 0.222 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 1/2 | BM | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 100.00 | 44.10 | RPR | PRM |
| 28 | NAR 06955 | AACGND 155 | 0.719 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 | OK | | | | OK | | P | 97.60 | 43.87 | RPR | PRM |
| 27 | NAR 07008 | AACGND 208 | 0.724 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | CS | | | | OK | | P | 98.60 | 43.92 | RPR | PRM |
| 26 | NAR 06880 | AACGND 080 | 0.743 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 11 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |
| 25 | NAR 07023 | AACGND 220 | 0.724 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 98.27 | 43.56 | RPR | PRM |
| 24 | NAR 06920 | AACGND 138 | 0.748 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 11 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 9 3/4 | MRF-GS | | | | OK | | P | 99.27 | 43.87 | RPR | PRM |
| 23 | NAR 06910 | AACGND 044 | 0.743 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.73 | 43.16 | RPR | PRM |
| 22 | NAR 06934 | AACGND 150 | 0.737 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 | OK | | | | OK | | P | 98.33 | 43.87 | RFR | PRM |
| 21 | NAR 06891 | AACGND 062 | 0.235 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.33 | 43.78 | RPR | PRM |
| 20 | NAR 06896 | AACGND 058 | 0.743 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 9 1/4 | OK | | | | OK | | P | 98.60 | 43.52 | RPR | PRM |
| 19 | NAR 06910 | AACGND 031 | 0.247 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.13/16 | 11 1/4 | OK | | | | OK | | P | 100.27 | 43.80 | RPR | PRM |
| 18 | NAR 06897 | AACGND 110 | 0.234 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.13/16 | 10 | OK | | | | OK | | P | 98.00 | 43.89 | RPR | PRM |
| 17 | NAR 07051 | AACGND 181 | 0.732 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 99.00 | 43.83 | RPR | PRM |
| 16 | NAR 06910 | AACGND 156 | 0.746 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 9 1/4 | PT | | | | OK | | P | 96.53 | 43.83 | RPR | PRM |
| 15 | NAR 06900 | AACGND 038 | 0.733 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 98.53 | 43.83 | RPM | PRM |
| 14 | NAR 06818 | AACGND 100 | 0.739 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 | OK | | | | OK | | P | 97.87 | 43.83 | RPM | PRM |
| 13 | NAR 06900 | AACGND 072 | 0.732 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 97.47 | 43.94 | RPM | PRM |
| 12 | NAR 06972 | AACGND 159 | 0.732 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 96.93 | 43.88 | RPM | PRM |
| 11 | NAR 06959 | AACGND 011 | 0.727 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 11 1/4 | MRF-GS | | | | OK | | P | 98.67 | 43.84 | RPM | PRM |
| 10 | NAR 06850 | AACGND 082 | 0.722 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.80 | 43.90 | RPM | PRM |
| 9 | NAR 06816 | AACGND 016 | 0.744 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 98.27 | 43.83 | RPR | PRM |
| 8 | NAR 06817 | AACGND 017 | 0.741 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.60 | 43.64 | RPR | PRM |
| 7 | NAR 07012 | AACGND 212 | 0.743 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 11 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.27 | 43.66 | RRR | PRM |
| 6 | NAR 06912 | AACGND 112 | 0.737 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.60 | 43.64 | RPR | PRM |
| 5 | NAR 06972 | AACGND 072 | 0.247 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 99.60 | 43.91 | RPR | PRM |
| 4 | NAR 06892 | AACGND 112 | 0.737 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 95.60 | 43.87 | RPR | PRM |
| 3 | NAR 06973 | AACGND 173 | 0.750 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 | OK | | | | OK | | P | 100.00 | 43.75 | RPR | PRM |
| 2 | NAR 06892 | AACGND 072 | 0.350 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 93.87 | 43.74 | RPR | PRM |
| 1 | NAR 06941 | AACGND 041 | 0.737 | | | 8 1/2 | 4 1/4 | 7.456/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.456/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 98.27 | 43.87 | RPR | PRM |

I0001392 ?FIELDWOOD ENERGY, LLC Rowan Resolve 80 JTS 6 &25 47.65 / 750 V-150 KO III DP R6-15-20 2020-06-15_16_21_V4 2.pdf Final

| # | NAR | ACGND | | | | | | | | | | | | | | | | | | | |
|---|-----|-------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 13 | NAR 06991 | ACGND 0191 | 0.712 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | OK | | OK | P | 97.60 | 43.80 | PRM |
| 36 | NAR 06876 | ACGND 0076 | 0.724 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 96.53 | 43.94 | PRM |
| 37 | NAR 00920 | ACGND 0120 | 0.731 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 97.53 | 43.76 | PRM |
| 38 | NAR 06994 | ACGND 0164 | 0.759 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 97.47 | 43.85 | PRM |
| 39 | NAR 06994 | ACGND 0120 | 0.259 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 99.87 | 43.80 | PRM |
| 40 | NAR 06913 | ACGND 0113 | 0.738 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | MRF-GS | | OK | P | 100.80 | 43.94 | PRM |
| 41 | NAR 0028 | ACGND 0113 | 0.735 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/2 | OK | | OK | P | 99.40 | 43.83 | PRM |
| 42 | NAR 0029 | ACGND 0029 | 0.734 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 96.67 | 43.84 | PRM |
| 43 | NAR 06934 | ACGND 0134 | 0.716 | | 8 1/2 | 4 1/4 | 7 36/64 | 5 7/8 | 9 1/4 | MRF-GS | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 96.87 | 43.84 | PRM |
| 44 | NAR 06911 | ACGND 0111 | 0.749 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/4 | OK | | OK | P | 98.13 | 43.64 | PRM |
| 45 | NAR 06875 | ACGND 0075 | 0.729 | 1 | 8 1/2 | 4 1/4 | 7 36/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 98.20 | 44.73 | PRM |
| 46 | NAR 06864 | ACGND 0064 | 0.731 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 11 | MRF-PS | | OK | P | 96.80 | 44.77 | PRM |
| 47 | NAR 06862 | ACGND 0162 | 0.719 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 97.47 | 43.70 | PRM |
| 48 | NAR 06868 | ACGND 0068 | 0.759 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/2 | OK | | OK | P | 99.60 | 43.93 | PRM |
| 49 | NAR 06961 | ACGND 0161 | 0.747 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 99.60 | 43.94 | PRM |
| 50 | NAR 06965 | ACGND 0166 | 0.750 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 | OK | | OK | P | 100.00 | 43.93 | PRM |
| 51 | NAR 06990 | ACGND 0190 | 0.747 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | MRF-GS | | OK | P | 100.00 | 43.83 | PRM |
| 52 | NAR 06894 | ACGND 0054 | 0.739 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/4 | OK | | OK | P | 98.13 | 44.00 | PRM |
| 53 | NAR 06973 | ACGND 0173 | 0.753 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 98.53 | 43.83 | PRM |
| 54 | NAR 06841 | ACGND 0041 | 0.736 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | OK | | OK | P | 96.80 | 44.73 | PRM |
| 55 | NAR 06807 | ACGND 0024 | 0.739 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 98.13 | 44.79 | PRM |
| 56 | NAR 07006 | ACGND 0006 | 0.754 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 11 1/4 | OK | | OK | P | 98.00 | 44.75 | PRM |
| 57 | NAR 06848 | ACGND 0048 | 0.723 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 96.80 | 44.79 | PRM |
| 58 | NAR 07016 | ACGND 0016 | 0.733 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | OK | | OK | P | 97.87 | 43.80 | PRM |
| 59 | NAR 06862 | ACGND 0062 | 0.741 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/2 | OK | | OK | P | 96.40 | 43.73 | PRM |
| 60 | NAR 06811 | ACGND 0062 | 0.738 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 99.33 | 44.75 | RPR |
| 61 | NAR 06811 | ACGND 0011 | 0.715 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 98.80 | 43.94 | RPR |
| 62 | NAR 06844 | ACGND 0044 | 0.718 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 98.00 | 43 | RPR |
| 63 | NAR 06890 | ACGND 0160 | 0.740 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | DT | | OK | P | 97.33 | 43.87 | RPR |
| 64 | NAR 06899 | ACGND 0099 | 0.742 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 98.67 | 43.83 | RPR |
| 65 | NAR 06817 | ACGND 0017 | 0.733 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | MRF-GS | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 98.93 | 43.78 | RPR |
| 66 | NAR 06888 | ACGND 0088 | 0.716 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 93.93 | 43.83 | RPR |
| 67 | NAR 06876 | ACGND 0176 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | | OK | P | 96.67 | 43.74 | RPR |
| 68 | NAR 06876 | ACGND 0046 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | MRF-GS | | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | OK | | OK | P | 96.67 | 43.83 | RPR |
| 69 | NAR 07000 | ACGND 0200 | 0.727 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 95.93 | 43.69 | PRM |
| 70 | NAR 06994 | ACGND 0094 | 0.713 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 94.80 | 43.83 | PRM |
| 71 | NAR 06833 | ACGND 2033 | 0.706 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | MRF-GS | | OK | P | 96.67 | 43.44 | RPR |
| 72 | NAR 06914 | ACGND 0014 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | PT | | OK | P | 97.07 | 43.56 | PRM |
| 73 | NAR 0001.5 | ACGND 2015 | 0.731 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 97.73 | 43.54 | PRM |
| 74 | NAR 06871 | ACGND 0071 | 0.768 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | | OK | P | 98.80 | 44.02 | RPR |
| 75 | NAR 06970 | ACGND 0170 | 0.750 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | | OK | P | 99.73 | 43.87 | RPM |
| 76 | NAR 07017 | ACGND 0217 | 0.744 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 100.00 | 43.69 | PRM |
| 77 | NAR 06805 | ACGND 0005 | 0.733 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | | OK | P | 99.20 | 43.65 | PRM |
| 78 | NAR 06803 | ACGND 0003 | 0.724 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | | OK | P | 97.60 | 43.94 | PRM |
| 79 | NAR 06998 | ACGND 0176 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | | OK | P | 99.33 | 43.85 | PRM |

00001382 /FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / 7.50 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| 80 | NAR 05837 | A-CGND 0037 | 0.720 | 1 | 8.1 2 | 4.1 4 | 7.45 64 | 5.7 8 | 9.3 4 | 0K | | | | 0K | 8.1/2 | 4.1 4 | 7.45/64 | 4.15 16 | 10.1 4 | 0K | | | | 0K | P | 97.33 | 43.77 | PRM | PRM |

Note : (*) Track Above tool /Effore No. for comment)

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | | DATE: | 6/11/2020 | | P.O NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | | | OPERATOR | | | CUSTOMER CODE: | | |
| JOB # | J1009211 | | CONTRACTOR/RIG: | RESOLUTE | | STATE CODE | S | |
| WORK ORDER # | | | LOCATION | GC 200 | | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY/STATE | LAFOURCHE,LA | | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL | EXTENSION |
|---|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | | $1,280.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| TIME BREAK DOWN: | | | SUBTOTAL | | | | $1,280.00 |

DEPART FOR JOB:_____ ☐ AM    PM    ARRIVE AT JOB:_____    AM    PM    INSPECTION REPORT(S):
SERVICE HOURS:                                                                        J1009211
DEPART FOR JOB:_____ ☐ AM    PM    CHARGEABLE:_____    HRS
                                    NON-CHARGEABLE    HRS
CUSTOMER'S SIGNATURE.                            DATE.            INSPECTED BY   NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S
TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.
COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR
INDIRECTLY FROM SERVICES PROVIDED

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|:-:|

| Business Unit:10013   OPEN |
|---|
| Req ID:0000235550 |
| Date: 05/09/2020 |
| Page   1 |

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 | EA | | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 12 | 024000 | EA | | 565.00 6,780.00 | 82 - THIRD PART | S |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|---|---|---|---|---|
| OIM | DATE | | | |
| | | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

| | |
|---|---|
| Valaris Field Requisition | Business Unit: 10013   OPEN<br>Req ID: 0000235550<br>Date: 05/09/2020<br>Page    2 |

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT<br>Item ID | UOM | DESCRIPTION | COST | AFE<br>CATEGORY | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| | |
|---|---|
| R4202            05/09/2020<br>OIM            DATE | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. |
| | List all Field<br>ETRR No. by Item |
| | Operator (Print) |
| | Rep Signature |
| RIG MGR / OPERATIONS MGR       DATE | Rep Name (Print) |
| NOTE: Any additions or deletions must be initialed | |

PURCHASING ONLY  FR NO:    0000235550

BUYER                          DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | | 15.00 1,200.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| 4 | 80 | 024000 | EA | | 82.00 6,560.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER            DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page    4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type    ONSHORE REPAIR

| | | | | | | | PURCHASING USE ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM 4
DRILCO JOB: J1009211

| 5 | 160 | 024000 | EA |  | 8.00 1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:        20,070.00

AFE: _Fw 191015_
LEASE: _GC-40 Katmai_
RIG: _Rowan Resolute_
ENGINEER: _K. Castillo_
:
_Acct Code #3025-15_

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

| R4202N NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|---|---|---|---|---|
| OIM | DATE | _FwE_ Operator (Print) | | |
| | | _RTCP_ Rep Signature | | |
| RIG MGR / OPERATIONS MGR     DATE | | _Brent Primeaux_ Rep Name (Print) | | BUYER             DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____    DATE FAXED: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

---

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

---

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE:  $               111,367.50

Rig Manager's Approval:

---

REMIT ACH PAYMENTS TO:

eneficiary:  Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$  (111,367.50)  810650.10417.4202.110

ED

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page   1

**Attention: SUBSEA**

REQ Type   Supply

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 4 | 024000 223154403 | EA | ████████ | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | ████████ | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | ████████ | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbureement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236908 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Name (Print) | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
520 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page    2

**Attention: SUBSEA**

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|--------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 4 | 4 | 024000 64436903 | EA | | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99          HTS NO:8484200000          UNSPSC NO:

| 5 | 2 | 024000 644404010003 | EA | | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236908 |
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR   DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                    DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
| --- |

Business Unit:10013   OPEN
Req ID0000236908
Date: 07/03/2020
Page   3

**Attention: SUBSEA**

REQ Type   Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | EAR99 | | | | | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F HTS NO:8481905090 | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99       HTS NO:4016930000       UNSPSC NO:

| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U II)AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO: EAR99       HTS NO:8431438090       UNSPSC NO:

Total Requisition Amount    111,367.50

| ECCN NO: R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000236908 | |
|---|---|---|---|---|---|
| OIM | DATE | D. GABOURIE FWE Operator (Print) | | | |
| RIG MGR / OPERATIONS MGR | 7/3/20 DATE | Rep Signature BARRY GABOURIE Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ▉▉▉▉

ACCT CODE 3060-15

7-3-2020


**CAMERON**
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

| | |
|---|---|
| Invoice To : 60001776 | Ship To : 43242011 |
| EMAIL | ATLANTIC MARITIME SERVICES LLC |
| ATLANTIC MARITIME SERVICE LLC EMAIL | 13627 WEST HARDY |
| ATTN ACCTS PAYABLE | HOUSTON TX 77060 |
| 2800 POST OAK BLVD STE 5450 | USA |
| HOUSTON TX 77056-6189 | |
| USA | |

| | | | |
|---|---|---|---|
| Inside Sales Contact : Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | Delivery Number : 88188457 |
| Outside Sales Contact : ALAN THIBODEAUX | 281-753-2922 | | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | | FR#236908 - Item Number 4 - 64436903 - 4 EA | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134<br>PACKER, BLADE, CDVS RAM,<br>18-3/4" 15M 'UII' AND 'T/TL' BOP's<br>API 16A TEMP "XX" (NOT API 16A 4TH ED)<br><br>SERIAL NUMBER: 00000000000000001<br>SERIAL NUMBER: 00000000000000002<br>Frame Agreement Price : 2,530.22 | FR#236908 - Item Number 3 - 223154101 - 2 EA | | |





**CAMERON**
A Schlumberger Company

Invoice No   : 916459063

Page     : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |
|---|---|---|---|---|

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K
"TL" BOP (NOT API 16A 4TH ED)

FR#236908 - Item Number 7 - 645484010001 - 6 EA

Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |
|---|---|---|---|---|

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |
|---|---|---|---|---|

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M

FR#236908 - Item Number 5 - 644404010003 - 2 EA

T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07


CAMERON
A Schlumberger Company

**Invoice No** : 916459063

Page : 3 of 3

| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 – Item Number 6 – 645068010002 - 2 EA

**Price summary :**

| | |
|---|---|
| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |



# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2007278
INVOICE DATE:  07/20/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  45 DAYS
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---:|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

**AMOUNT DUE:**   $   5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
/ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code: ██████████
BA ██████████
ccount ██████████

| | | |
|---|---:|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250.10417.4202.110 |

ED

Page 1 of 1

VALARIS

Purchase Order Inquiry

## Purchase Order

**Business Unit:** 10010
**PO ID:** 0000045846

### Header

**PO Date:** 05/05/2020
**Vendor Name:** DRILLDOCOM-001
**Vendor ID:** 0000000235      Vendor Details
**Buyer:** Kenya
Areem
Abdul
Moxie

**PO Reference:** 0000026066 SERVICE
**Header Details**       **Document Status**
**Header Comments...**  **Matching**
**Change Order**  **Activity Summary**

**PO Status:** Dispatched

**Backorder Status:** Not Backordered
**Receipt Status:** Not Recvd
☐ Hold From Further Processing

**Amount Summary**
**Merchandise:** 225.00
**Freight/Tax/Misc.:** 0.00
**Total:** 225.00 USD

### Lines

Personalize | Find | View All | First 1 of 1 Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 5750OCR02-REN | INSPECTION ON-SHORE COLLARS REN | 95 | 15.0000 EA | | 225.00 USD | Approved | 5750OCR02-REN |

View Approvals

Return to Search      Notify

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...   7/20/2020

**Valaris**

**Valaris Field Requisition**

Business Unit: 00013
Req ID: 00000038063
Date: 05/26/2020
Page: 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
8800 OCEAN ROAD
BROUSSARD LA 70518
USA

Attention: DRILL CREW / TOOLPUSHER

CHEM/OBSERV/PAR

REQ Type                    PURCHASING USE ONLY

| ITEM | QTY | CATALOG Item | UOM | DESCRIPTION | QNT | A/A CATEGORY | ORIG RATING | ENGR | VENDOR LOCATION CONFIRM ED | PO NO. |
|------|-----|-------------|-----|-------------|-----|-------------|------------|------|---------------------------|--------|
| 1 | 1 | 00.000CO 875000C42PENN | EA | EMPERFECTION INSPECTION DRILL COLLARS/RAM GET 8-9/4N IN OR INCL OSTI REPAIR INSPECTION | 10.00 150.00 | B5 - 85.TUBULAR | C | | | |

AFE:    FW202002
Lease:  GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮

Line Item Exempt : N

Available Facilities        Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:          16020          ACCT. CODE 3060-15
                                                                      5-29-2020

                 Total Requisition Amount:

FIELD/VNDOR REBILL FOR INSPECTION OF 8-9/4IN DRILL COLLARS, ET/TOP FA302-2020-5-29-1421, COLLARS WILL GO TO WELLBORE INTEGRITY
SOLUTIONS IN FOURCHON
SERIAL #'S 230000, 230081, 230072, 230043, 230904, 230051, 230082, 230054, 230508, 230003, 231006, 230563, &
230066

| FIELD: | 05/26/2020 | NOTE: Operator hereby authorizes FIELD/VNDOR reimbursement of all items ordered above. | | E/AI NEW ET/OR No. by item | | PURCHASING ONLY FR NO: 0000038069 |
|--------|-----------|-----|-----|-----|-----|-----|
| CIM | DATE | FWE | | | | |
| | | Operator (Print) | | | | |
| TED MGR OPER DIV/DIR | DATE | J. Benton | | | | |
| | | Field Signature | | | | |
| NOTE: Any additions or deletions must be initialed | | Larre Bettier | | | | |
| | | Reg Name (Print) | | ENTER | | DATE |

HAS FIELD REQUISITION ITEM FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____          DATE FAXED: _____

VALARIS

Favorites    Main Menu    Purchasing    Purchasing    Purchase Orders    Review PO Information    Purchase Orders

Home    Worklist    Add to Favorites    Sign out

**Purchase Order Inquiry**

## Purchase Order

Business Unit:    10013
PO ID:    0000456710

### Header

PO Date:    06/09/2020
Vendor Name:    AMERICANN-003
Vendor ID:    0000017284    Vendor Details
Buyer:    Ernestine
Castillo

PO Reference:

Header Details
Header Comments...    AII REV    Matching
Change Order:    Activity Summary    Document Status

PO Status:    Dispatched
POA Status:    Acknowledged

Backorder Status:    Not Backordered
Receipt Status:    Received
Hold From Further Processing

**Amount Summary**
Merchandise:    1,500.00
Freight/Tax/Misc.:    0.00
Total:    1,500.00 USD

### Lines

Personalize | Find | View All    First    1 of 1    Last

| Line | Item ID | | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Origin al Item ID | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SERVOILCISS60GAR | | SERVICE-ONSHORE AMERICAN RECOV | 30 | 10.0000 | EA | 1,500.00 USD | Approved | SERVOILCISS60GAR | |

View Approvals

Return to Search    Notify

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...    7/20/2020

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013   OPEN
Req ID:0000236175
Date: 06/02/2020
Page   1

**Attention: ENGINEERING**

REQ Type      Rental

| PURCHASING USE ONLY |

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------|-----|-------------|------|-----|-----|-------|-------|-------|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO:7310100050                    UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

**AFE:** FW202002
**Lease:** GC 40 #1
**Project:** Katmai
**Engineer:** K.Dufrene
**Routing #:**

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO: 0000236175 |
| OIM | DATE | | | |
| | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER            DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED:_____

VALARIS

Favorites   Main Menu        Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

## Purchase Order Inquiry

### Purchase Order

**Header**

| | |
|---|---|
| Business Unit: | 92013 |
| PO ID: | 0000456079 |
| PO Date: | 06/01/2020 |
| Vendor Name: | SWRENDLE-001 |
| Vendor ID: | 0000000012 |
| Buyer: | Ernestine Castillo |

**Vendor Details**

PO Reference:

Header Details        **Document Status**
Header Comments
Change Order

All RTV
Matching
Activity Summary

PO Status:   - Dispatched

Backorder Status:   Not Backordered
Receipt Status:   Received
☐ Hold From Further Processing

**Amount Summary**
Merchandise:   1,511.21
Freight/Tax/Misc.:   0.00
Total:   1,511.21 USD

**Lines**

Personalize | Find | View All |   First  1-3 of 3  Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE-SWSE-OILFIELD | 82 | 1.0000 EA | 375.00 USD | Approved | |
| 2 | | SERVICE-ONSHORE-SWSE-OILFIELD | 82 | 1.0000 EA | 750.00 USD | Approved | |
| 3 | | SERVICE-ONSHORE-SWSE-OILFIELD | 82 | 1.0000 EA | 486.21 USD | Approved | |

View Approvals

Return to Search    Notify

Related Links

VALARIS

Favorites  Main Menu

Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

Home   Worklist   Add to Favorites   Sign out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000408079 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

| | |
|---|---|
| PO Status: | Dispatched |
| Vendor: | SWIRE OILFIELD SERVICES LIMITED |

### Lines

Details   Receipt   Invoice   Matched   RTV

Personalize | Find | View All |     First   1-3 of 3   Last

| Line▲ | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICES-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 0.000 USD | 1.0000 | 375.000 USD | |
| 2 | | SERVICES-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 0.000 USD | 1.0000 | 750.000 USD | |
| 3 | | SERVICES-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 USD | 0.000 USD | 1.0000 | 486.210 USD | |

Return to Search     Notify

# Valaris

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000235606
Date: 05/12/2020   OPEN
Page: 1

REQ Type   ONSHORE REPAIR

Attention: MARINE / BARGE SUPERVISOR

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 1 | 024000 | EA | ███████████ | 375.00 375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutos      Item Desc :

ECCN NO:                   HTS NO:                   UNSPSC NO:

| 2 | 1 | 024000 | EA | SWIRE OILFIELD SERVICE QUOTE# 05112020-001 SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 750.00 750.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutos      Item Desc :

ECCN NO:                   HTS NO:                   UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS, 1-RINSE TANK OUT COMPLETELY, 2-STEAM CLEAN INSIDE OF TANK

R4202
OIM                05/12/2020
                   DATE

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:   0000235606

_____   _____
Operator (Print)

RIG MGR'T/OPERATIONS MGR        DATE
                               Rep Signature

_____   _____
Rep Name (Print)                BUYER

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____        DATE

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition |

**Business Unit:** 10013   OPEN
**Req ID:** 0000235606
**Date:** 05/12/2020
**Page:** 2

**Attention: MARINE / BARGE SUPERVISOR**

**REQ Type**   ONSHORE REPAIR

| PURCHASING USE ONLY |
|---|

| | | | | | | | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| ITEM | QTY | GL/ACCT Field | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 024000 | EA | COMPLETELY WITH HOT WATER AND SOAP 3-RINSE THE INSIDE WITH CLEAN HOT WATER, CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP | 486.21 486.21 | 82 - THIRD PART S | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                              HTS NO:                              UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-J001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

**Total Requisition Amount:**      1,811.21

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:  K.Dufrene
Routing #: ▮

Acct Code # 3060-15

| | | | PURCHASING ONLY  FR NO: | 0000235606 |
|---|---|---|---|---|
| | | | | |

| ITEM | | | List all Field ETRR No. by Item | |
|---|---|---|---|---|

**R4202**
**O/M**

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_signature_ E.W.E.
Operator (Print)

_signature_
Rep Signature

Brent Primeaux
Rep Name (Print)

| **05/12/2020** | _signature_ |
|---|---|
| DATE | DATE |

RIG MGR / OPERATIONS MGR

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____          DATE FAXED: _____

| | BUYER | DATE |

VALASIS

Favorites    Main Menu    Purchasing    Purchase Orders    Review PO Information    Purchase Orders

Home    Worklist    Add to Favorites    Sign out

Purchase Order Inquiry
## Purchase Order

| Business Unit: | 10018 | | PO Status: | | Dispatched |
| PO ID: | 0000457100 | | | | |
| Change Order: | 1 | | POA Status: | | Responded, Awaits Review |

Header

| PO Date: | 04/15/2020 | | | Backorder Status: | Not Backordered |
| Vendor Name: | HYDRIL-021 | | | Receipt Status: | Received |
| Vendor ID: | 0000000074 | Vendor Details | | Hold From Further Processing |
| Buyer: | Emez Jne | | | |
| | Castilo | | Amount Summary | |
| PO Reference | | | Merchandise: | 2270.30 |
| Header Details | Activity | Document Status | Freight/Tax/Misc: | 0.00 |
| Header Comments | Maintain | | Total: | 2270.30 USD |
| Change Order | Activity Summary | | | |

Lines                                                                         Personalize | Find | View All |    First  1-4 of 4  Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Line ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 41098302 | GASKET,VETCO H10985-2 VGX-2-18 | 85 | | EA | 0.20 USD | Cancelled | H109302 | | |
| 2 | 41020951 | SEAL,VETCO H-2705-1 LIP HYDRIL | 83 | | EA | 0.20 USD | Cancelled | H120251 | | |
| 3 | | FEE,RESTOCKING,VETCO H10985-2 | 85 | * 0000 EA | | 2,103.07 USD | Approved | | | |
| 4 | | FEE,RESTOCKING,VETCO H10905-1 | 83 | * 0000 EA | | 130.33 USD | Approved | | | |

Start New Search

Return to Search    Notify

Related Links



# Valaris

**Valaris Field Requisition**

Business Unit:100:13
Req ID:000023461'5    OPEN
Date: 04/02/2020
Page    1

Attention: WAREHOUSE
REQ Type        Supply

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | P.O NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 024C00 H106932 | EA | | 4,181.60 9,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt : N
Available Sustitutes         Item Desc :

ECCN NO: EAR99                    HTS NO:4016930000          UNSPSC NO:

| 2 | 1 | 024000 H120251 | EA | | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

SEE ATTACHED GE CONTRACT PRICING

Line Item Exempt : N
Available Sustitutes         Item Desc :

ECCN NO: EAR99                    HTS NO:4016930000          UN3PSC NO:

DATED GOODS - EXPIRATION DATE-- ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE, 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE, 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT. **FAILURE

NOTE: Operator hereby authorizes EN5CO reimbursement of all items ordered above.

List all Field ETRR No. by Item

PURCHASING ONLY  FR NO:    000023461'5

| R4202 | 04/02/2020 | | |
|---|---|---|---|
| O/M | DATE | Operator (Print) | |
| | | Rep Signature | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | BUYER | DATE |

NOTE: Any additions or deletions must be initiated

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____                    DATE FAXED: _____

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MCQUIN ROAD
BROUSSARD LA 72618
USA

| Valaris Field Requisition |
|---|

Business Unit: 10013    OPEN
Req ID:000023461 $\delta$
Date: 04/02/2020
Page    2

**Attention: WAREHOUSE**

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | U/OM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

Total Requisition Amount:        8,854.83

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmal
Engineer:   K.Dufrene
Routing #:

Acct Code # 3060-15

419120

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)        List all Field ETRR No. by Item

Rep Signature

Rep Name (Print)

| R42002 | | 04/02/2020 | | | PURCHASING ONLY  FR NO:   000023461δ |
|---|---|---|---|---|---|
| OIM | | DATE | | | |
| RIG MGR / OPERATIONS MGR | | DATE | | BUYER | DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____    NO: ____        DATE FAXED: ____

1/2/2020                                              shopDrilling :Current Quote

⊗                                                          Help      ENSCO 🔎      Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote  |  Saved Quotes  |  Shopping Lists

Search  All Products          ▼  Keyword(s):  Search by Part #, Product Name or Keyword      Go    Search Multiple Parts

Current Quote

                                                          Delete      Actions  Save Quote      ▼  Go     Proceed to Checkout

☑ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date.

| Select | Part Number | Description | UOM | Quantity | Lead Time (Weeks) | Full List Price | Full Discount | List Net Price | Total Extended Price | Discontinued Parts | Remove |
|--------|-------------|-------------|-----|----------|-------------------|-----------------|---------------|----------------|----------------------|--------------------|--------|
| ·· | H10993-2 | ████████ | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| · | H12025-1 | ████████ | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

                                 Recalculate    Sub-Total:  $11,350.03
                                 Taxes, Shipping and Handling Extra

                                                Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
***********************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
***********************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
***********************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
***********************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
***********************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
***********************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

                    View/Edit Shopping    Delete      Actions  Save Quote      ▼  Go     Proceed to Checkout

https://pascalsourcing.bhge.com/OA_HTML/GEOG_US_IbeCScpViewA.jsp                                          1/2

VALARIS

Purchase Order Inquiry

## Purchase Order

**Header**

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000267100 |
| Change Order: | 1 |

| | | PO Status: | Dispatched |
|---|---|---|---|
| PO Date: | 04/15/2020 | POA Status: | Responded, Awaits Review |
| Vendor Name: | H1T3OIL5D1 | | |
| Vendor ID: | 0000000024 | Backorder Status: | Not Backordered |
| Buyer: | Ernestine | Receipt Status: | Received |
| | Castillo | ☐ Hold From Further Processing | |

Vendor Details

| **PO Reference:** | | Amount Summary | |
|---|---|---|---|
| Header Details | Document Status | Merchandise: | 2,270.00 |
| Header Comments | | Freight/Tax/Misc.: | 0.00 |
| Change Order | | Total: | 2,270.00 USD |

All RTV
Matching
Activity Summary

**Lines**

Personalize | Find | View All     First   1-4 of 4   Last

| Line▲ | Item ID | Item Description | Category | Pro Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H109392 | GASKET,VETCO,H109392-2 VGX-2.16 | 95 | | EA | 0.00 USD | Cancelled | H109392 | 🔍 |
| 2 | H120261 | SEAL,VETCO,H120261-1,IP HYDRAT | 09 | | EA | 0.00 USD | Cancelled | H120261 | 🔍 |
| 3 | | FEE,RESTOCKING,VETCO,H109392-2 | 96 | 1.0000 | EA | 2,133.67 USD | Approved | | 🔍 |
| 4 | | FEE,RESTOCKING,VETCO,H120261-1 | 09 | 1.0000 | EA | 136.33 USD | Approved | | 🔍 |

View Approvals

Return to Search     Notify

Related Links