# **<u>Exhibit 16</u>**

07/23/2020 01:18:21 PM JEFF PAR 6384746 sam $305.00
INST. 12033590 MORTGAGE BOOK 4887 PAGE 125
(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)      Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)      Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)      Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)      Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

Date: July 23, 2020

_____
NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company


Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

_____
Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2007271
INVOICE DATE:  07/09/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**
RIG:  Rowan Resolute

WELL NUMBER  GC 40 KATMAI

---

AFE #: <u>FW191015</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020

$ 20,070.00

Handling Charges @ 5%(601)

$ 1,003.50

**AMOUNT DUE:**  $  **21,073.50**

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███████
ABA ███████
Account ███████

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$  (20,070.00)  024000.10417.4202.110
$   (1,003.50)  810510.10417.4202.110
$  (20,070.00)  810650.10417.4202.110
$   20,070.00  919250-10417.4202.110

ED

Wellbore Integrity SOLUTIONS
TEL+1 800 899 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | |
|---|---|
| **BILLED TO:** ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br><br>HOUSTON, TX 77257 – UNITED STATES | **INVOICE NO:** IN11857611<br>**PAGE NO:** Page 1 of 2<br>**DATE:** 23-JUN-20<br>**TERMS:** 30 NET<br>**TKT DATE:**<br>**SALESPERSON#:** WANOUS, AJ<br>**OFF SALES REP:** NONE |

| | | | |
|---|---|---|---|
| **CUSTOMER#:** EN0151<br>**ORDERED BY:** | **DISC CODE:**<br>**SERVICE GRP:** Tubulars and Surface Products [None]<br>**TAX-JOB TYPE:**<br>**EXPORT:**<br>**DT / RA /BL #:** J1009211<br>**BILLED BY:** JHENLEY | | |

| RIG: | FIELD / BLOCK: | JOB #: | CUSTOMER ORDER #: | AREA/DIST: | SHIP TO: | | LEASE: |
|---|---|---|---|---|---|---|---|
| ROWAN RESOLUTE | // | 1256595125 | 10013-0000458130 | 1256 | ENSCO OFFSHORE COMPANY, US | | OCSG 12209 |
| COUNTY/PARISH: | STATE: | WELL #: | TWNSHP: | INV LOC: | SHIP #: | | SEC: |
| OFFSHORE | LA | GC 200 TA-3 | | 1256 | EN0151 | | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE/ TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| | | JOB# J1009211 - WO# W1013419 | | | | | |
| 1.00 | | | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| | | | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 4,250.00 |
| 4.01 | | | | | | | |
| 5.00 | | UNSLING W/ 1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | 10 | UNIT CHARGE | PER HOUR | 425.00 | 6,780.00 |
| 5.01 | | | | | | | |
| 6.00 | | Waterblast ID, OD & Brush OD | 12 | UNIT CHARGE | PER HOUR | 565.00 | 1,200.00 |
| 6.01 | | | | | | | |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | 80 | INSPECTION | EACH | 15.00 | 6,560.00 |
| 7.01 | | | | | | | |
| 8.00 | | Flapping of Connections | 80 | INSPECTION | EACH | 82.00 | 1,280.00 |
| 8.01 | | | | | | | |
| 9.00 | | | 160 | INSPECTION | EACH | 8.00 | 0.00 |

**CURRENCY:** USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| | |
|---|---|
| **PLEASE REMIT TO:** | P.O.BOX 208306 - Overnight: Lockbox Services 208306<br>DALLAS, TX 75320-8306 |
| **WIRING INSTRUCTIONS:** | WELLS FARGO BANK N.A.<br>ABA (Wires and ACH): [redacted]  ACCOUNT: [redacted]<br>SWIFT: [redacted]  2975, Regent Blvd, Suite 100, Irving, TX<br>75063 |

**Wellbore Integrity SOLUTIONS**

TEL +1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OIL

INVOICE NO: IN11857611

| | |
|---|---|
| BILLED TO: | ENSCO OFFSHORE COMPANY |
| | P.O. BOX 570788 |
| | HOUSTON, TX 77257 -- UNITED STATES |
| CUSTOMER#: | EN0151 |
| ORDERED BY: | |

DISC CODE:
SERVICE GRP: Tubulars and Surface Products
TAX JOB TYPE: [None]
EXPORT:
DT / RA /BL #: J1009211
BILLED BY: JHENLEY

PAGE NO: Page 2 of 2
DATE: 23-JUN-20
TERMS: 30 NET
TKT DATE:
SALESPERSON#: WANOUS, AJ
OFF SALES REP: NONE

| RIG: | FIELD / BLOCK: | JOB #: | CUSTOMER ORDER # : | AREA/DIST: | SHIP TO: | LEASE: |
|---|---|---|---|---|---|---|
| ROWAN RESOLUTE | // | 12568595125 | 10013-0000458130 | 1256 | ENSCO OFFSHORE COMPANY, US | OCSG 12209 |
| COUNTY/PARISH: | STATE: | WELL #: | TWNSHP: | INV LOC: | SHIP #: | SEC: |
| OFFSHORE | LA | GC 200 TA-3 | | 1256 | EN0151 | |

| LINE NO | SERIAL NO./ PART NO. | SERVICE/ TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 |
| | | | | TOTAL DISCOUNT : | | 0.00 | |
| | | | | SUBTOTAL : | | | 20,070.00 |
| | | | | TAXABLE AMOUNT : | | | 0.00 |
| | | | | CITY TAX : | | 0.00% | 0.00 |
| | | | | COUNTY/PARISH TAX : | | 0.00% | 0.00 |
| | | | | STATE TAX : | | 0.00% | 0.00 |
| | | | | FREIGHT : | | | 0.00 |
| | | | | TOTAL AMOUNT DUE: | | | 20,070.00 |

CURRENCY: USD

This invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| PLEASE REMIT TO: | P.O. BOX 208306 - Overnight: Lockbox Services 208306 |
|---|---|
| | DALLAS, TX 75320-8306 |
| WIRING INSTRUCTIONS: | WELLS FARGO BANK N.A. |
| | ABA (Wires and ACH):     ACCOUNT: |
| | SWIFT:     2975, Regent Blvd, Suite 100, Irving, TX |

# Valaris

**Dispatch via E-Mail**

**Purchase Order**   Page  1

10013-0000458130

| | |
|---|---|
| **BUYER/BILL TO:**<br>ENSCO Incorporated<br>in care of: ENSCO OFFSHORE COMPANY<br>P.O. Box 570788<br>HOUSTON TX 77257-0788<br>United States | **PO NUMBER**  10013-0000458130<br>**PO DATE**  05/18/2020<br>**RIG NAME**  R202- RESOLUTE<br>**FINAL DEST. COUNTRY**  United States<br>**REVISION NO.**<br>**REVISION DATE** |

**SELLER/SUPPLIER**

ID: 0000000238

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70518
United States
PHONE:
EMAIL ID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

**SUPPLIER SHIP TO /
WHEN READY CONTACT**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
United States
PHONE: 337 83670500

**SUPPLIER SHIPPING TERMS**
(INCOTERMS 2010)
FREIGHT TERMS:  EXW
NOMINATED PLACE:

**SUPPLIER SHIP METHOD:**

**BUYER REPRESENTATIVE**
BUYER:   Kenya Akeem Abdul Maxie
EMAIL:   kenya.maxie@valaris.com
PHONE:   346/342-8072
FAX:

**ADDITIONAL ORDER DETAIL**
CURRENCY:       USD

REQ TYPE:        ONR
REQ CLASS:       OPERATOR EXP.

**PR CODE (Mode of Transport)**
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item<br>Line Number / | Vendor<br>Item ID | Description | Quantity UOM | Unit<br>Price | Extended<br>Amount | PR<br>Code | Req # |
|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00  EA | 425.00 | 4,250.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd:  10417-024000-4202-110 | | AFE Cd: | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00  EA | 565.00 | 6,780.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd:  10417-024000-4202-110 | | AFE Cd: | | |
| 3-1 | 6525DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00  EA | 15.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd:  10417-910846-4202-110 | | AFE Cd: | | |
| 6-5/8",47.05#,WATERBLAST  CLEANING | | | | | | | |
| 4-1 | 6525DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00  EA | 82.00 | 6,560.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd:  10417-910846-4202-110 | | AFE Cd: | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (100) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 100.00  EA | 8.00 | 1,200.00<br>Due Date 07/01/2020 | 3 | 0000235550 |
| Sch B/HTS No: | | ECCN No: | GL Acct Cd:  10417-024000-4202-110 | | AFE Cd: | | |

# Valaris

**Dispatch via E-Mail**

**Purchase Order**   Page 2

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

**Total PO Amount**          20,070.00

**Buyer**

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS;
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE---
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS "P1" - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

 Wellbore Integrity

# DRILCO

| Company/Rig: | Valaris Resolute DS-16 | | Date : | 5/6/2020 |
| Attention: | Joe Cooper | | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | | Telephone: | 985-303-6399 |
| Quote# : | 313 | | Location: | Port Fourchon |
| Email: | rDS16RDS@vzlaris.com | | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO# : | 10013-0000459130 | | Drilco Job#: | J1005211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|------|-------------|-----|-----------|-------------|-------------|
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe [ONLY IF NEEDED] | 160 | $8.00 | Each | $1,280.00 |
| | | | | | ---- |

| Estimated Total | | | | | $20,070.00 |

Customer Signature: _____

Date: _____

## GENERAL TERMS AND CONDITIONS

THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.

1. **ACCEPTANCE.** By requesting Wellbore's services, equipment, or products, Customer consents/selects to enter into and be bound by these General Terms and Conditions, along with any commercial document that accompany the Order

2. **DEFINITIONS.**

   a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, or slurge, or savings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and render resulting from, or incident to, Wellbore's performance of the Order.

   b. Claim(s) – Damages, loss, expense, liability claims, demands and causes of action of every kind and character including special and unusual actions, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law equity statute or otherwise, whether based on tort, contract, strict liability, or statute, that may or could be asserted or, arising out of or in relation to, or in connection with or in any person, corporation, or entity or organization and/or be caused of action however arising

   c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore

   d. Fluids – chemicals, emulsions, or chemically treated fluids and residue, including but not limited to drilling fluids, completion fluids, displacement fluids, wellbore fluids, wellbore treatments, stimulation fluids, whether water, oil, or synthetic based.

   e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees, co-venturers, co-owners, partners investors, joint venturers or licensees, co-working interest owners, lessors, Customer's (with respect to Customer Group), and its and their parents, affiliates subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.

   f. Order – an oral or written request for Work, a Wellbore quotation accepted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, which together with these General Terms and Condition constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties

   g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold in advance provided by Wellbore to Customer

   h. Rentals – Customer's lease of Products and/or equipment from Wellbore for a time frame
      Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LCC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates

   i. Services – services provided by Wellbore to Customer including Products and provision customer-displayed or provide such services

   j. Work – Rentals Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless the value of the Work is supported by Customer and approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore and such discretion, may refuse to grant Customer the right to request Work on credit and/or may extend the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance as irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

   For transactions not supported by Wellbore approved credit, Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order # AFE #, etc) to be submitted with Wellbore's invoices, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved

   a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bird and priced in the Order as soon as practicable and without frequency restrictions

   b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediate upon receipt and acceptance of an Order and the remaining fifty percent (50%) upon final delivery of the Products

   c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order. In the event the rental is extended beyond the initial rental period or the scope is expanded, Wellbore will submit a



subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope

   d. Wellbore may invoice Customer for any and all reimbursable items in advance

Wellbore's invoice shall be deemed correct and shall be evidence Customer's acceptance of Work delivered, unless Wellbore receives prompt written notice of any disputed items within five (5) business days after the date of the invoice. Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute. If an invoice disputed, however Customer agrees to pay any undisputed portion of that invoice as set forth below and without delay. Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer. Customer shall have no right to withhold or offset payment, except to the extent it has agreed a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written/notification of a disputed item within two (2) years from the date such Work is actually provided

Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation). Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice. The payment for any transaction for which credit has been approved shall be due to, and received by, Wellbore on or before the thirtieth (30th) day from the date of the invoice

When payment is electronic e-commerce), Customer and Wellbore may agree to mutually beneficial electronic processes for executing business transactions, including but not limited to the system-to-system exchange of purchase orders, field tickets bills of lading, invoices and electronic catalogs Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange (PIDX)). Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC or a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions)

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum rate set allowable by applicable law or federal law, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding amount(s) to enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, satisfaction agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with a litigation, mediation, arbitration, bankruptcy or other proceedings. In the event that Customer's payment of Wellbore's invoice is recovered by Wellbore after the due date, any prior discount not been earned, and Wellbore has the right to revoke any or all discounts previously applied in arriving at the net invoice price. Upon revocation, the full invoice price without discounts, will become immediately due and owing and subject to collection.

As used herein the term "Receivables" shall mean all of Customer rights and interests in all Accounts and/or all general intangibles whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work Customer hereby grant a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interests granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for the extent allowed by applicable laws and regulations, any and all taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payment incurred by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR.** Wellbore and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof When Wellbore employees (defined to include Wellbore's direct, borrowed, special, or statutory employees are covered by the Louisiana Workers Compensation Act, La R S 23 1021 et seq., Customer and Wellbore agree that all Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R.S 23 1061 (A^1). Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore - employees for purposes of La R S 23 1061(A)(3)

## GENERAL TERMS AND CONDITIONS

Interpretation of Customer's status as the statutory employer or special employer (as defined in La R S 23:1031 [C]) of Wellbore's employees, Wellbore shall remain primarily responsible for the payment of Louisiana workers compensation benefits to its employees, and it's not be entitled to seek contribution for any such payments from Customer.

### 6. OBLIGATIONS OF CUSTOMER

- **Well Conditions, Notification of Hazardous Conditions.** Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered in the well bore; however if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

- **Chemicals.** The handling, transportation, treatment and/or disposal of any Chemicals, used in or resulting from Wellbore's performance of the Work as the sole responsibility of Customer, including when such Chemicals is returned to the surface of the hole or has been below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling, transportation or treatment by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any handling, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples. Wellbore may return samples to Customer upon completion of Wellbore's analysis or disposal of samples at Customer's cost in accordance with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, pumps, valves and pumps, and in the borehole and reserve pit (or for tests where there is no reserve pit) are not in Wellbore's possession or control, and that Wellbore is not responsible for such Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR DEMAND ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage transportation, treatment or disposal of Chemicals.

- **Radioactive Sources.** If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid leaking, damaging or rupturing the source. If the source is recoverable or if, in its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including locating and marking the location of the source Customer shall not attempt to recover a leaked source in a manner that (i) Wellbore's opinion could result in any rupture if the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, movement and personnel.

- **Fishing Operations.** Customer shall assume the entire responsibility for operations in which Customer Group or a third party fails or attempts to fish for the equipment if any member of Wellbore Group or performs any operation that may jeopardize the recoverability or the integrity of equipment cannot rig in down or the sources. Wellbore will, without assuming liability and if so requested by Customer, render assistance for the recovery of such equipment. Customer, by its commercially reasonable effort to attempt recovery of Wellbore Group equipment.

- **Change Orders.** Customer may with reasonable notice request to change the Work to be performed under an Order by issuing a written change order authorization document (referred to herein as the "Change Order.") Upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost it affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer be be deemed to have accepted such proposal once Work proceeds as specified in the Change Order. We here may at its sole discretion decline to execute the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

### 7. WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.

- Wellbore warrants that Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe issuance of all blog, test and other data. Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or predicting results. Nevertheless, all such recommendations as predictions are opinions only and, in view of the unpredictability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences measurements and assumptions which are not available, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS MADE CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA [INCLUDING SOFTWARE MODELS], OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISION'S DURABILITY OTHER MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE SHALL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE GUARANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR ANY DIGITAL TAPES, OPTICAL LORE IMPRINTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. ANY WARRANTY CLAIM FOR SERVICES MUST BE made prior to Wellbore's demobilization or from the well site or for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

- Wellbore warrants that Products from first hereunder shall conform to the type and specifications represented by Wellbore. Wellbore reserves the right, at its sole discretion, to use new, used or refurbished parts in the assembly of its Products. Wellbore warrants that its Products shall to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that none of any defects is received by Wellbore within the warranty period. Rentals are warranted only for the rental period. The above warranty does not apply to Products that have been affected by normal wear and tear, modified in Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to error per handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vibration, or improper voltage supply or force majeure. No warranty is given to capacity or wearing Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation (there do not relieve Customer of its responsibilities for payment of the rental prices and other costs agreed upon in the applicable Order.

  Wellbore's sole ability and customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at Wellbore's sole option of Products, Rentals or Services which prove to be defective within the warranty period and shall not include and transient costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the costs of reworking or vessel rig time recovery under general tort law or stock liability or for damages resulting from delays loss of use, or other direct or indirect or incidental consequential damages of any kind. A Customer claim pursuant to this warranty must be made immediately upon discovery and confirmed in writing within thirty (30) days after discovery of the defect. Where items claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoice the service cost to Customer. Defective items must be held for inspection or returned to the original Wellbore delivery point upon request. Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect. Returned Products shall become the property of Wellbore, in no event be. Wellbore be liable for the cost of substitute products, services, or costs obtained by Customer from others to correct the Product, Service or Rental which defective or otherwise not in compliance with the applicable Order.

- Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors, LLC, vendors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be limited to the assignment of such contractors, subcontractors vendors and/or suppliers' warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR SERVICES, PRODUCTS AND RENTALS ARE IN LIEU OF OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY SHALL NOT APPLY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER [EXCEPT AS TO TITLE] ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.



## GENERAL TERMS AND CONDITIONS

**1.   TITLE AND RISK OF LOSS**

a.  Unless otherwise agreed between the parties in an applicable Order title to and risk of loss for Products sold, other than Fluids, will pass to Customer upon the earlier of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the quotation or applicable Order or other documents as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and insurance or other documents as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and insurance or other documents as agreed to by Customer. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products sold to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products are subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wel bore reserves the right at its sole discretion to charge storage fees to Customer and/or to consider the Products abandoned and sell them for scrap or otherwise dispose of them at its sole discretion.

b.  Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation sold, will transfer to Customer (disposal/scrap to Customer's carrier (b) upon delivery to Customer's location, or (a) upon blending, whichever occurs first. Title to and risk of loss for crated Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned fluid meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the crated Fluids as would be applicable in crated at sale of the same.

The time method, place or medium of payment or notice to Wellbore implies in and to the Products until payment has been received in full. On a Orders Wellbore shall retains a security interest in the Products irrespective of attachments to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid balance has been received in full and accepted by Wellbore

**2.   Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cease the Order on fu  or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight  Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, crating, shipment to part or in dock safe, customs charges and all other costs relating to shipment exportation and importation shall in at Customer's expense

**3.   Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stored at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY   CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT  NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

**11.   Cancellation, Returns and Claims.**

(a)  Orders for Products of special design, size or materials are not subject to cancellation.  No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return.  Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and  must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b)  Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice take by, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be found.  CUSTOMER SHALL   WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS,  EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

**12.   Modification of Tools.**

(a)  Standard tools, materials, or equipment altered for a specific job will be sold to the Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alteration, plus twenty five percent (25%)

(b)  Specia  tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equa  to the manufacturing cost, plus fifty percent (50%) of each rental. Additional modifications requested w ll  be charged in the same manner.

**13.   INDEMNITIES**

**a     Personnel and Property**

i.     WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE  GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED  HEREUNDER,

ii.    CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF IN CONNECTION WITH THE CONTRACT AND/OR THE   WORK PROVIDED HEREUNDER.

b.    Special  Indemnity.  NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBER OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (i) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL OPERATIONS, INDUCED SEISMICITY EVENTS, WILD-WELL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCES FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/LINE/VESSEL/PLATFORM OR OTHER FIXED OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE (INCLUDING ANY DOWNHOLE, REMEDIATION, OR RECOVERY TOOLS); (ii) POLLUTION, AND/OR CONTAMINATION EMANATING FROM ANY AND ALL WELLS, HOLE BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE (INCLUDING ENVIRONMENTAL DAMAGE, POLLUTION, CONTAMINATION OR DAMAGE) RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE  RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR AT THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.5 HEREOF OR OTHERWISE, INCLUDING CONTAMINATION, CLEAN-UP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND  CONTAMINATION, WHETHER AS NOT REQUIRED BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (iv) DAMAGE TO WELL(S), BOREHOLE(S), RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIM TED TO DAMAGE OR INJURY  RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELLBORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TRESPASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (v) COST TO CALL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY CONTAMINATION, FLOWING, REMEDIING OR RESPONDING AND RELATED CLEAN-UP COSTS; (vi) DAMAGE TO PROPERTY GROUP IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER (THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES  ON PIPELINES, DRILLING RIG/VESSEL, PLATFORM OR OTHER STRUCTURE AT OR WITHIN 500   METERS OF THE WELL SITE) AND THIRD PARTIES; (vi) LOSS OR DAMAGE RESULTING FROM A FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATIONS   FROM WELLBORE'S PRESSURE CONTROL STANDARD AS CUSTOMER'S REQUEST; OR (viii) LOSS OF OR DAMAGE TO WELLBORE  GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY,  REPAIR AND REPLACEMENT EXPENSES,  WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT OR SOME MOVED OR ANY FORM OF TRANSPORTATION OWNED OR  FURNISHED BY CUSTOMER, (C) WHILE LOCATED AT THE WELL SITE OR WHERE WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED PRIVATE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF SUCH  ROADS OR THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE,  THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST, OR, IF SEPARABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO  WELLBORE'S DESIGNATED LOCATION.   RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE  ON WHICH WELLBORE  RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.

GENERAL TERMS AND CONDITIONS


Wellbore Integrity

**GENERAL TERMS AND CONDITIONS**

revoked, or denied Customer's export privileges. Customer agrees not to use or transfer the Work for any use relating to nuclear chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.

12. **PUBLICITY.** Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press releases or make any public statements or publicize any information with respect to (i) the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

13. **CONFIDENTIALITY.** Customer agrees to hold in strict confidence all information provided by Wellbore Group's customer all of which a Wellbore confidential information. Customer may not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

14. **WELLBORE ENTITIES.** In the event that the parties enter into an Order subject to these General Terms and Conditions, Customer and Wellbore agree, and it is the intent of these General Terms and Conditions, that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder. The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impact Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

MRT_M1011667 2020-05-06 06 11 21.pdf

# DRILCO

## Material Receiving Ticket

**Job #:J1009211**

**MRT #:M1011667**

**Customer Ref#: R# 202-759**

| | | |
|---|---|---|
| Customer Name: 1081600B-FIELDWOOD ENERGY, LLC | | |
| Operator: | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowan Resolute |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1339 | |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Bill Repairs to: FIELDWOOD ENERGY, LLC | |
| Created By: Alonzo Brown | Email: kris.kimble@fweil.com | |
| Rig/Operator: | DRILCO Location: Fort Fourchon | |
| | Bill Welding to: FIELDWOOD ENERGY, LLC | |

## Special Instructions

## Equipment Details

**Details of Product Received:**

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 1 | 40 | Drill Pipe-STD 6 5/8 47.05 / 750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

**Summary of services to be provided on item 1:**

| Shop Inspection | Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|---|
| | | | | Box | 0 |
| | | | | Pin | 0 |

MRT M1011667 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 2 | 70 | Drill Pipe-STD 5 19.50# .25G S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 2:

| Shop Inspection | | Repair | | Welding | | Storage | | Missing Protectors | |
|-----------------|--|--------|--|---------|--|---------|--|--------------------|--|
| | | | | | | | Box | | 0 |
| | | | | | | | Pin | | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|------|-----|------------------|------------|-------|--------------------------|-----------|
| 3 | 94 | Drill Pipe-STD 5 25.60# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on item 3:

| Shop Inspection | | Repair | | Welding | | Storage | | Missing Protectors | |
|-----------------|--|--------|--|---------|--|---------|--|--------------------|--|
| | | | | | | | Box | | 0 |
| | | | | | | | Pin | | 0 |



# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | DATE: | 6/15/2020 | P.O. NO. | | |
| CUSTOMER: VALUE1 | | OPERATOR | TERRACE OILFIELD | CUSTOMER CODE: | | |
| | | CONTRACTOR/RIG: ROWAN RESOLUTE | STATE CODE | 1256 | AREA 05 | |
| WORK ORDER # J1009211 | | LOCATION | GC-200 | | | |
| AUTHORIZED BY KRIS KIMBLE | | COUNTY | LAFOURCHE | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3  DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

| TIME BREAK DOWN: | | SUBTOTAL | |
|---|---|---|---|
| | | | $6,560.00 |

| DEPART FOR JOB: ___ AM | *ARRIVE AT JOB: ___ AM ___ PM | INSPECTION REPORT(S): |
|---|---|---|
| SERVICE HOURS: | | SHOP ORDER J1009211 |
| DEPART FOR JOB: ___ AM | **CHARGEABLE: ___ HRS | |
| | NON-CHARGEABLE: ___ HRS | |
| CUSTOMER'S SIGNATURE: | DATE: 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT

COMMENTS                          **THANK YOU**_____

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-13_16_17_SW4.2.pdf\Summary Report

# DRILCO

## Summary Report #: 10001382

Job #: J1009211

Work Order #: W101J449

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RASIED)
ID COATING CLASSIFIED #1 CONDITION
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

10001382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 750 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 10001382

Job #: 100932|1    Work Order #: W1013419    Customer Ref #: Rd 202-769

### Billing Information

| Field | Value |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 10018008;FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| W/BS | |
| Quota# | |
| Work Order # | W1013419 |
| PO # | |
| Inspected @ | Port Fourchon |

### Tube Spec's

| Field | Value |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47.05 / 750 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

### Tool Joint Spec's

| Field | Value |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8 5/64 |
| Min TJ Box | 6 5/8 |
| Min TJ Pin | 6 1/16 |
| Recommend HB | Yes |
| Range | II III III |
| Connection | 6 5 /8 FH |

### Box Tool Joint

| Label | Code | Count |
|---|---|---|
| OK DRILCO | OK | 55 |
| Machine Re-face | MRF | 8 |
| Galled Thread(s) | GT | 1 |
| Damage Thread(s) | DT | 0 |
| Worn Thread(s) | WT | 1 |
| Pitted Thread(s) | PT | 13 |
| Swelled Tool Joint | SWB | 0 |
| Cracked Thread(s) | CT | 0 |
| Damage Shoulder | DS | 1 |
| Benchmark at Min | BM | 0 |
| Pitted Seal(s) | PS-M | 0 |
| Damaged Seal(s) | DS-M | 0 |
| Heat Checking | HC | 0 |
| Flush Hardband | F | 0 |
| Worn Hardband | W | 0 |
| Broken Hardband | B | 0 |

### Pin Tool Joint — OK 60 Total Conns

| Label | Code | Count |
|---|---|---|
| OK DRILCO | OK | |
| Machine Re-face | MRF | 14 |
| Galled Thread(s) | GT | |
| Damage Thread(s) | DT | 0 |
| Worn Thread(s) | WT | 0 |
| Pitted Thread(s) | PT | 4 |
| Swelled Nose | SWN | 0 |
| Cracked Thread(s) | CT | 0 |
| Damage Shoulder | DS | 1 |
| BM at Minimum | BM | 1 |
| Pitted Seal(s) | PS-M | 0 |
| Damaged Seal(s) | DS-M | 0 |
| HC Tool Jt | HC | 0 |
| HB Repairs | F | 0 |
| Bent Joint(s) | W | 0 |
| Flaking ID Coating | B | 0 |

### Total Count

| Label | Count |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Best Tube(s) - NOT INSPECTED | 0 |
| Class # 2 Rejected Joints | 0 |
| Class # 3 Rejected Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

### Inspection & Service Performed

| Performed | Service |
|---|---|
| X | Total Indicated Runout (TIR) of connections performed |
| X | Cleaning Service Brush OD / ID Full Length |
| X | Wet Magnetic Inspection Stress Area's Box and Pin Ends (OD) |
| X | Cleaning Service Waterblast OD / ID Full Length |
| X | Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Jts |
| X | Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length |
| X | Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Jts |
| X | Wet Magnetic Inspection of Re-Machined Connections |
| X | Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length |
| X | Dry Magnetic Inspection Stress Area's Box and Pin Ends (ID) |
| X | Reverse Magnetic Field Full Length |
| X | Ultrasonic Inspection Tube Area's Box and Pin Ends (OD) |

### MRF Classifications

| Classification | | Code | Box | Pin | Totals |
|---|---|---|---|---|---|
| Cut Shoulder | | MRF-CS | 0 | 0 | 0 |
| Pitted Shoulder | | MRF-PS | 0 | 3 | 3 |
| Stabbing Damage | | MRF-SD | 0 | 3 | 3 |
| Un-square Shoulder | | MRF-UNS | 2 | 0 | 2 |
| Galled Shoulder | | MRF-GS | 6 | 11 | 17 |
| Misthread by | X | | | | |
| N/A | X | | | | |

### Joint Class Entries

| Class | Code | Entries |
|---|---|---|
| Premium | P | 17 |
| Bent Tube | BT | |
| Class 2 Reject | | 2 |
| Class 3 Reject | | 3 |

### Specifications Used

DS-1 Category 5+FLUT 2

### Inspected by

Dammie Patterson
Terrance Crutchfield

### Re-Inspected by

### Inspector's Comments

Inspected by
Joshua Ruter
Ron Leblanc

Material Belongs To ROWAN
White Lite Reading, 50-51
U. V. Meter Reading, 1750-2360

Note: ? I tea? More that J.Tiffany Nos has comment.

1000 1382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.25 · 750 V · 150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

Note: (*) mark is New Joint (*) Run No. has comment

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW % | S - S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR 06941 | AACGND 0141 | 0.737 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | RBR | RBR |
| 2 | NAR 06975 | AACGND 0175 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 99.60 | 43.84 | PBM | PBM |
| 3 | NAR 06972 | AACGND 0172 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.60 | 43.94 | RPR | RPR |
| 4 | NAR 06912 | AACGND 0112 | 0.747 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.71 | 43.94 | PBM | PBM |
| 5 | NAR 07011 | AACGND 0211 | 0.737 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | GT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.27 | 43.64 | RPR | RPR |
| 6 | NAR 07012 | AACGND 0212 | 0.743 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 99.07 | 43.64 | RPR | RPR |
| 7 | NAR 06817 | AACGND 0017 | 0.241 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.80 | 43.85 | PBM | PBM |
| 8 | NAR 06816 | AACGND 0016 | 0.244 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | | | | OK | | P | 99.20 | 43.35 | PBM | PBM |
| 9 | NAR 06816 | AACGND 0016 | 0.240 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 98.67 | 43.90 | PBM | PBM |
| 10 | NAR 06982 | AACGND 0082 | 0.727 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 98.93 | 43.80 | RPR | RPR |
| 11 | NAR 06959 | AACGND 0159 | 0.752 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | OK | | | | OK | | P | 98.40 | 43.85 | RPR | RPR |
| 12 | NAR 06972 | AACGND 0172 | 0.735 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 100.27 | 43.88 | RPR | RPR |
| 13 | NAR 06838 | AACGND 0038 | 0.735 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.53 | 43.88 | PBM | PBM |
| 14 | NAR 06850 | AACGND 0050 | 0.753 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 98.53 | 43.75 | RPR | RPR |
| 15 | NAR 06981 | AACGND 0181 | 0.746 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 98.00 | 43.75 | PBM | PBM |
| 16 | NAR 06897 | AACGND 0097 | 0.742 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 99.47 | 43.81 | RPR | RPR |
| 17 | NAR 06897 | AACGND 0097 | 0.742 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 99.00 | 43.81 | PBM | PBM |
| 18 | NAR 06970 | AACGND 0110 | 0.744 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | | | | OK | | P | 98.33 | 43.88 | RPR | RPR |
| 19 | NAR 07051 | AACGND 0231 | 0.747 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | WT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | MRF-GS | | | | OK | | P | 96.98 | 43.88 | RBR | RBR |
| 20 | NAR 06916 | AACGND 0116 | 0.734 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | | | | OK | | P | 99.90 | 43.92 | RPR | RPR |
| 21 | NAR 06910 | AACGND 0150 | 0.737 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 97.60 | 44.10 | PBM | PBM |
| 22 | NAR 06944 | AACGND 0144 | 0.755 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | OK | | | | OK | | P | 97.60 | 43.86 | PBM | PBM |
| 23 | NAR 06918 | AACGND 0138 | 0.748 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | | | | OK | | P | 98.00 | 43.70 | RPR | RPR |
| 24 | NAR 07020 | AACGND 0220 | 0.734 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | MRF-PB | | | | OK | | P | 98.37 | 43.97 | RPR | RPR |
| 25 | NAR 06980 | AACGND 0060 | 0.743 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 99.73 | 43.87 | RPR | RPR |
| 26 | NAR 07004 | AACGND 0084 | 0.724 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | | | | OK | | P | 95.07 | 43.97 | RPR | RPR |
| 27 | NAR 07008 | AACGND 0208 | 0.748 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | | | | OK | | P | 96.55 | 43.73 | PBM | PBM |
| 28 | NAR 06995 | AACGND 0185 | 0.719 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | DS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | MRF-GS | | | | OK | | P | 99.71 | 43.88 | RPR | RPR |
| 29 | NAR 06858 | AACGND 0158 | 0.729 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | PT | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | BM | | | | OK | | P | 95.37 | 43.58 | PBM | PBM |
| 30 | NAR 07052 | AACGND 0032 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 44.10 | RPR | RPR |
| 31 | NAR 07052 | AACGND 0032 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/4 | OK | | | | OK | | P | 97.20 | 43.74 | RPR | RPR |
| 32 | NAR 06698 | AACGND 0188 | 0.724 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | PT | | | | OK | | P | 100.00 | 43.95 | PBM | PBM |
| 33 | NAR 06915 | AACGND 0115 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | | | | OK | | P | 97.33 | 43.52 | PBM | PBM |
| 34 | NAR 06698 | AACGND 0168 | 0.730 | | | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.53 | 43.85 | RBR | RBR |

1000 1382 PIELDWOOD ENERGY, LLC Rowan Ralolne 80 JTS 9.625 47.05/ 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21 V42.pdf.fmal

| # | NAR | AACGND | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | NAR 06991 | AACGND 0191 | 0.712 | 1 | 8 1/2 | 4 14/64 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 97.60 | 43.80 | PRM | RPR |
| 35 | NAR 06876 | AACGND 0076 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | CK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | OK | P | 96.15 | 43.94 | PRM | R2R |
| 37 | NAR 06930 | AACGND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | CK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | OK | P | 96.53 | 43.94 | PBM | R2R |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 97.47 | 43.95 | PRM | R2R |
| 39 | NAR 06994 | AACGND 0194 | 0.755 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | CK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 99.17 | 43.80 | PRM | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0.738 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | OK | P | 100.60 | 43.84 | PRM | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 98.40 | 43.82 | PRM | R2R |
| 42 | NAR 07020 | AACGND 0220 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 96.67 | 43.76 | PRM | R2R |
| 43 | NAR 07008 | AACGND 0223 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 98.67 | 43.76 | PRM | RPR |
| 44 | NAR 06971 | AACGND 0034 | 0.716 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | OK | P | 98.13 | 43.76 | PRM | R2R |
| 45 | NAR 06911 | AACGND 0071 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 99.87 | 43.73 | PRM | R2R |
| 46 | NAR 06952 | AACGND 0075 | 0.759 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | OK | P | 97.20 | 43.73 | PBM | RPR |
| 47 | NAR 06875 | AACGND 0161 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 | OK | OK | P | 99.87 | 43.73 | PRM | RPR |
| 48 | NAR 06864 | AACGND 0162 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | OK | OK | P | 96.40 | 43.73 | PRM | RPR |
| 49 | NAR 06951 | AACGND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | MRF-SD | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | OK | OK | P | 97.47 | 43.54 | PRM | R2R |
| 50 | NAR 06971 | AACGND 0730 | 0.730 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 99.60 | 43.54 | PBM | R2R |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 100.00 | 43.33 | PRM | RPR |
| 52 | NAR 06894 | AACGND 0094 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | MRF-GS | OK | P | 100.00 | 43.73 | PRM | RPR |
| 53 | NAR 06866 | AACGND 0166 | 0.700 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/4 | OK | OK | P | 98.60 | 43.33 | PRM | RPR |
| 54 | NAR 06973 | AACGND 0173 | 0.715 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 11 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 98.60 | 44.00 | PRM | RPR |
| 55 | NAR 06894 | AACGND 0094 | 0.715 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 98.45 | 44.00 | PBM | R2R |
| 56 | NAR 06841 | AACGND 0041 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 98.00 | 43.73 | PRM | R2R |
| 57 | NAR 06887 | AACGND 0007 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 98.80 | 43.79 | PRM | RPR |
| 58 | NAR 07024 | AACGND 0224 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 1/2 | OK | OK | P | 98.53 | 43.80 | PRM | RPR |
| 59 | NAR 06984 | AACGND 0166 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 97.87 | 43.80 | PRM | R2R |
| 60 | NAR 06968 | AACGND 0048 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 96.50 | 43.80 | RPR | RPR |
| 61 | NAR 06882 | AACGND 0002 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | PT | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 96.87 | 43.30 | RPR | RPR |
| 62 | NAR 06811 | AACGND 0011 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | P | 96.40 | 43.30 | RPR | R2R |
| 63 | NAR 00016 | AACGND 0160 | 0.740 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-GS | OK | P | 95.83 | 43.79 | RPR | RPR |
| 64 | NAR 06960 | AACGND 0099 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 98.00 | 43.73 | RPR | RPR |
| 65 | NAR 06899 | AACGND 0038 | 0.736 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 8 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 3/4 | OK | OK | P | 98.30 | 43.73 | RPR | R2R |
| 66 | NAR 06862 | AACGND 0079 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | DT | OK | 2 | 100.60 | 43.83 | RPR | RPR |
| 67 | NAR 06879 | AACGND 0025 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | OK | 2 | 92.53 | 43.78 | R2R | R2R |
| 68 | NAR 06888 | AACGND 0046 | 0.744 | 9 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 3/4 | OK | OK | 2 | 95.73 | 43.30 | RPR | RPR |
| 69 | NAR 06825 | AACGND 0176 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | MRF-GS | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 | PT | OK | 2 | 99.20 | 43.65 | R2R | R2R |
| 70 | NAR 06904 | AACGND 0104 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | OK | OK | OK | 2 | 96.93 | 43.69 | RPR | RPR |
| 71 | NAR 06833 | AACGND 0053 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | PT | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | 2 | 95.07 | 43.44 | R2R | R2R |
| 72 | NAR 06854 | AACGND 0154 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | PT | OK | OK | 2 | 96.80 | 43.34 | RPR | RPR |
| 73 | NAR 07015 | AACGND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | MRF-SD | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 11 | OK | OK | 2 | 97.73 | 43.34 | RPR | RPR |
| 74 | NAR 06871 | AACGND 0071 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 9 1/2 | OK | OK | 2 | 98.80 | 44.02 | PRM | RPR |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 3/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | OK | OK | 2 | 95.73 | 43.87 | PRM | RPR |
| 76 | NAR 07017 | AACGND 0217 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 8 1/2 | OK | OK | 2 | 99.20 | 43.69 | PRM | RPR |
| 77 | NAR 06895 | AACGND 0005 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 | OK | OK | 2 | 99.20 | 43.50 | PRM | RPR |
| 78 | NAR 06802 | AACGND 0002 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 10 1/4 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/2 | OK | OK | 2 | 98.00 | 43.44 | PRM | RPR |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7.45/64 | 5 7/8 | 9 1/2 | OK | | OK | 8 1/2 | 4 1/4 | 7.45/64 | 4.15/16 | 10 1/4 | MRF-GS | OK | 2 | 99.33 | 43.79 | R2R | R2R |

1000 1382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_27_21 V4.2.pdf Final

| 180 | NAR 06837 | AA CCND 0037 | 0.750 | 1 | 8 1 2 | 4 1 4 | 7.45 64 | 5.7 8 | 9.3 4 | OK | | | OK | 8 1/2 | 4 1/4 | 7.45 64 | 4 15 16 | 10 1 4 | OK | | | OK | P | 97.13 | PRM | PRM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Note: (*) mark above total if flush No. has corners

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| CUSTOMER: | VALARIS | DATE: | 6/31/2020 | P.O. NO | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|
| | | OPERATOR | | CUSTOMER CODE: | | |
| JOB # | J1009231 | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | |
| WORK ORDER # | | LOCATION | GC 200 | AREA | 1256 | |
| AUTHORIZED BY | KRIS KIMBLE | COUNTY/STATE | LAFOURCHELA | CUSTOMER REF# | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

TIME BREAK DOWN:

SUBTOTAL

$1,280.00

| DEPART FOR JOB: _____ ☐AM ☐PM | ARRIVE AT JOB: _____ AM PM | INSPECTION REPORT(S): |
|---|---|---|
| SERVICE HOURS: | | J1009231 |
| DEPART FOR JOB: _____ ☐AM ☐PM | CHARGEABLE _____ HRS | |
| | NON-CHARGEABLE _____ HRS | |
| CUSTOMER'S SIGNATURE: | DATE: | INSPECTED BY NICK, JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR INDIRECTLY FROM SERVICES PROVIDED

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
           620 MOULIN ROAD
           BROUSSARD LA 70518
           USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID: 0000235550
Date: 05/09/2020
Page     1

**Attention:** SERVICE-RIG / ASSET MANAGE

REQ Type        ONSHORE REPAIR

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| | | Operator (Print) | | | |
| | | | | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris
Field
Requisition |
| --- |

Business Unit: 10013    OPEN
Req ID: 0000235550
Date: 05/09/2020
Page   2

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type        ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | PURCHASING USE ONLY | |

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY  FR NO:    0000235550 |
| --- | --- | --- | --- | --- |
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                          DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

```
Valaris
Field
Requisition
```

Business Unit:10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

| | | | | | | PURCHASING USE ONLY | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 2
DRILCO JOB: J1009211

| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRK No. by Item | PURCHASING ONLY FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Name [Print] | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page   4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type    ONSHORE REPAIR

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | | | UNSPSC NO: | | | | | | |
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 4 DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes     Item Desc :

ECCN NO:                           HTS NO:                            UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:          20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: _Fw 19/015_
LEASE: _GC-40 Katmai_
RIG: _Rowan Resolute_
ENGINEER: _K. Castillo_
~: _Routing 4_ ████████
_Act Code #3025-15_

| R4202Q NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000235550 | |
|---|---|---|---|---|---|
| OIM | DATE | _Fw F_ Operator (Print) | | | |
| | | _Brent Primeaux_ Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | _Brent Primeaux_ Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER  GC 40 #1
KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---------|-------------|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

AMOUNT DUE:  $          111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
Vells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date: 2020.07.16 .
13:57:18 -05'00'

$ (111,367.50)  810650.10417.4202.110

ED

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA



Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page   1

**Attention: SUBSEA**

REQ Type      Supply

| ITEM | QTY | GA ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PURCHASING USE ONLY | | | |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|-------|-----------------------------|-------|
| | | | | | | | | PRICE | VENDOR, LOCATION, CONFIRM TO | | PO NO. |
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15K,L CDVS AND CDVS II,U II/TIT/L/EVO AND 10-15K BOPS,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/TIT/L/EVO AND 10-15,K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:8431438090          UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDVS U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | | |

| R4202 | | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Fleid ETRR No. by Item | | |
|-------|--|------------|----------------------------------------------------------------------------------|--------------------------------|--|--|
| OIM | | DATE | | | | |
| | | | Operator (Print) | _____ | PURCHASING ONLY FR NO:   0000236908 | |
| RIG MGR / OPERATIONS MGR | | DATE | | _____ | | |
| NOTE: Any additions or deletions must be initialed | | | Rep Signature | _____ | | |
| | | | Rep Name (Print) | _____ | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____      DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
          620 MOULIN ROAD
          BROUSSARD LA 70518
          USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page   2

**Attention: SUBSEA**

REQ Type       Supply

| ITEM | QTY | GL ACCT Item ID N | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | PURCHASING USE ONLY | | |
| | Available Sustitutes | | | Item Desc : | | | | | | |
| | | ECCN NO: EAR99 | | HTS NO:8431438090 | | UNSPSC NO: | | | | |
| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,844369-03,TOP F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |
| | Line Item Exempt : N | | | | | | | | | |
| | Available Sustitutes | | | Item Desc : | | | | | | |
| | | ECCN NO: EAR99 | | HTS NO:8484200000 | | UNSPSC NO: | | | | |
| 5 | 2 | 024000 644404010003 | EA | PACKER,CAMERON,644404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |
| | Line Item Exempt : N | | | | | | | | | |
| | Available Sustitutes | | | Item Desc : | | | | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000236908 |
|-------|-----------|-----------------------------------|-------------------------------|-------------------------------------|
| OIM | DATE | | | |
| Line Item Exempt : | | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR       DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER             DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED:_____

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013    OPEN
Req ID:0000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type    Supply

| | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO:8481909090 | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| | | EAR99 | | | | | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W 6-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                        HTS NO:4016930000                        UNSPSC NO:

| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U II-AND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                        HTS NO:8431430090                        UNSPSC NO:

Total Requisition Amount:            111,367.50

| ECCN NO: R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | | PURCHASING ONLY FR NO:    0000236908 |
|---|---|---|---|---|---|
| O/M | DATE | D. GABOURIE FWE *Operator (Print)* | | | |
| *(signature)* | 7/3/20 | *(signature)* *Rep Signature* | | | |
| RIG MGR / OPERATIONS MGR | DATE | BARRY GABOURIE *Rep Name (Print)* | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____    NO: _____        DATE FAXED: _____

AFE:        FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮

ACCT CODE 3060-15

7-3-2020


**CAMERON**
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: 76-0451843

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: 831144704
ABA No: 021000021
Swift No: CHASUS33

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: 831144704
ABA No: 071000013

Invoice To :   60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX  77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX  77060
USA

| | | | |
|---|---|---|---|
| Inside Sales Contact : | Johnny Olachia | 832-787-8686 | Sales Order : 3685599    Delivery Number : 88188457 |
| Outside Sales Contact : | ALAN THIBODEAUX | 281-753-2922 | |

| | |
|---|---|
| Customer Reference : | 4500506400 |
| Functional location : | 10943607 |
| Description : | ROWAN RESOLUTE RIG 202 |
| Placed by : | Tina Castillio |
| Project Name : | RIG 202 |
| Project/Reference : | RIG 202 |

| Item | Material Number<br>Description | Qty | Unit Net Price<br>USD | Extended Price<br>USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | Customer Material :80492 | | FR#236908 - Item Number 4 - 64436903 - 4 EA | |
| | TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP | | | |
| | TEMP CLASS 'XX' | | | |
| | Frame Agreement Price : 8,330.63 | | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134 | | FR#236908 - Item Number 3 - 223154101 - 2 EA | |
| | PACKER, BLADE, CDVS RAM, | | | |
| | 18-3/4" 15M 'UII' AND 'T/TL' BOP's | | | |
| | API 16A TEMP "XX" (NOT API 16A 4TH ED) | | | |
| | SERIAL NUMBER: 000000000000000001 | | | |
| | SERIAL NUMBER: 000000000000000002 | | | |
| | Frame Agreement Price : 2,530.22 | | | |



CAMERON
A Schlumberger Company

Invoice No : 916459063

Page : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

> FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001

SERIAL NUMBER: 000000000000000002

SERIAL NUMBER: 000000000000000003

SERIAL NUMBER: 000000000000000004

Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|---|---|---|---|---|

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

> FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001

SERIAL NUMBER: 000000000000000002

SERIAL NUMBER: 000000000000000003

SERIAL NUMBER: 000000000000000004

Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |
|---|---|---|---|---|

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K

> FR#236908 - Item Number 7 - 645484010001 - 6 EA

"TL" BOP (NOT API 16A 4TH ED)

Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |
|---|---|---|---|---|

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |
|---|---|---|---|---|

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M

> FR#236908 - Item Number 5 - 644404010003 - 2 EA

T/TL BOP, 7-5/8" TO 3-1/2" OD
PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)

Frame Agreement Price : 15,239.07



CAMERON
A Schlumberger Company

Invoice No    : 916459063

Page          : 3 of 3

| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH ED)
Frame Agreement Price : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

**Price summary :**

| Total Price : | 230,264.65 USD |
|---|---|
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
    Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO:  FWD2007278
INVOICE DATE:  07/20/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**
RIG:  DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #:  FW202002

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---:|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

**AMOUNT DUE:**   $    5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
eneficiary:  Atlantic Maritime Service LLC
Vells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

| | | |
|---:|---|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |
| | ED | |

**VALARIS**

Favorites   Main Menu

Home   Worklist   Add to Favorites   Sign out

Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Purchase Order Inquiry

## Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000458246 |

**Header**

| | | |
|---|---|---|
| PO Date: | 06/09/2020 | |
| Vendor Name: | DRILCOCOM-001 | |
| Vendor ID: | 0000000035 | Vendor Details |
| Buyer: | Kenya | |
| | Akeem | |
| | Abdul | |
| | Moalle | |

PO Reference: 0000226086 SERVICE

Header Details   All RTV

Header Comments...   Matching

Change Order   Activity Summary

Document Status

| | |
|---|---|
| PO Status: | Dispatched |
| Backorder Status: | Not Backordered |
| Receipt Status: | Not Recvd |
| ☐ Hold From Further Processing | |

Amount Summary

| | |
|---|---|
| Merchandise: | 225.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 225.00 USD |

**Lines**

Personalize | Find | View All |   First   1 of 1   Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5750CCRDPRN | INSPECTION-ONSHORE COLLARS-RAN | 80 | 15.0000 | EA | 225.00 USD | Approved | 5750CCRDPRN | |

View Approvals

Return to Search   Notify

Related Links



Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 ICICLE IN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013
Req #: DR100023D363
Date: 05/28/2020
Page: 1

Attention: DRILL CREW / TOOLPUSHER

REQ Type:          ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY. | SLOT/FIELD | UOM | DESCRIPTION | COST | AM CATEGORY | OBJ RATING | PROJ | VENDOR LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15 | 034009 875000-DRPRIN | EA | (UNSPSC)NON-CHARGE REPAIR,RAV 8SE 2.00 ON DO/COST REPAIR INSPECTION | 10.00 150.00 | 85- 85-TUBULAR | O | | AFE:     FW202002 Lease:  GC 40 #1 Project:  Katmai Engineer: K.Dufrene Routing #: | PO NO. |

Line Item Exempt: N

Available Quantities          Item Desc:

ECCN NO:          HTS NO:          UNSPSC NO:          100.00

ACCT. CODE 3060-15
5-29-2020

Total Requisition Amount

FIELDWOOD REBILL FOR INSPECTION OF 63-MIN DRILL COLLARS, STR/IH R4203.220-9-D3-H3P. COLLARS WILL GO TO WELLBORE INTEGRITY SERIAL#S.23C08, 2312003, 231073, 230047, 230043, 230040, 230051, 230052, 230454, 23X053, 23X058, 230060, 230051,&
23056&

| B4202 | 05/28/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List of Field ETR#, No. by item | | PURCHASING ONLY FR NO:  0000295090 |
|---|---|---|---|---|---|
| OIM | DATE | FWE Operator (Print) | | | |
| | | J. Burton | | | |
| | | Rig Signature | | | |
| THE RIG OR OPERATIONS MGR | DATE | Larro Butler | NO: | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Reg Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:          NO:          DATE FAXED:

Page 1 of 1

Favorites   Main Menu        Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklet   Add to Favorites   Sign out

## VALARIS

### Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10013 |
| PO ID: | 0000456710 |

**Header**

| PO Date: | 05/03/2020 |
| Vendor Name: | AMERICAN R-03 |
| Vendor ID: | 0000017294 |
| Buyer: | Ernestine Castillo |

| PO Status: | Dispatched |
| POA Status: | Acknowledged |

| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐ Hold From Further Processing | |

PO Reference:

Header Details
Header Comments
Change Order

Document Status

All RTV Matching
Activity Summary

**Amount Summary**

| Merchandise: | 1,500.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,500.00 USD |

**Lines**

Vendor Details

Personalize | Find | View All |   First  1 of 1  Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | ISERVOLDS6003AR | ISERVICE-ONSHORE AMERICAN R&D04 | 30 | 10.0000 | EA | 1,500.00 USD | Approved | ISERVOLDS6003AR |

View Approvals

Return to Search    Notify

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=...    7/20/2020

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

| | |
|---|---|
| Business Unit: 10013   OPEN | |
| Req ID:0000236175 | |
| Date: 05/02/2020 | |
| Page    1 | |

**Attention: ENGINEERING**

REQ Type        Rental

| | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99                    HTS NO:7310100050                 UNSPSC NO:

Total Requisition Amount:          1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #:

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202          06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236175 |
|---|---|---|---|
| OIM              DATE | | | |
| *(signature)*  6/3/2 | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | Rep Name (Print) | | BUYER              DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____      DATE FAXED: _____

VALARIS

Favorites    Main Menu      Purchasing    Purchase Orders    Review PO Information    Purchase Orders

Home    Worklist    Add to Favorites    Sign out

Purchase Order Inquiry
## Purchase Order

| Business Unit: | 10013 |
| POID: | 0000456079 |

PO Status: Dispatched

### Header

| PO Date: | 06/01/2020 |
| Vendor Name: | SWABCON.F-001 |
| Vendor ID: | 0000000012 | Vendor Details |
| Buyer: | Emestine Castillo |

| Backorder Status: | Not Backordered |
| Receipt Status: | Received |
| ☐ Hold From Further Processing |

PO Reference:

| Header Details | ALL RTV |
| Header Comments... | Matching | Document Status |
| Change Order | Activity Summary |

Amount Summary
| Merchandise: | 1,511.21 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 1,511.21 USD |

### Lines

Personalize | Find | View All |  First  1-3 of 3  Last

| Line▲ | Item ID | | Item Description | Category | Pro Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 🔍 | SERVICE-ONSHORE SWRE OILFIELD | 82 | 1.0000 | EA | 375.00 | USD | Approved | | ⊕ | 🖹 |
| 2 | | 🔍 | SERVICE-ONSHORE SWRE OILFIELD | 82 | 1.0000 | EA | 750.00 | USD | Approved | | ⊕ | 🖹 |
| 3 | | 🔍 | SERVICE-ONSHORE SWRE OILFIELD | 82 | 1.0000 | EA | 486.21 | USD | Approved | | ⊕ | 🖹 |

View Approvals

Return to Search    Notify

Related Links

VALARIS

Favorites   Main Menu

Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

Home   Worklist   Add to Favorites   Sign out

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000456579 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

| | |
|---|---|
| PO Status: | Dispatched |
| Vendor: | SWIRE OILFIELD SERVICES LIMITED |

Lines

Orders   Receipt   Invoice   Matched   RTV   [HDR]

Personalize | Find | View All |   First   1-3 of 3   Last

| Line | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | | 0.000 USD | 1.0000 | 376.000 USD | |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | | 0.000 USD | 1.0000 | 750.000 USD | |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | | 0.000 USD | 1.0000 | 485.210 USD | |

Return to Search   Notify

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013 OPEN
**Req ID:** 0000235606
Date: 05/12/2020
Page 1

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE (PURCHASING USE ONLY) | VENDOR, LOCATION, CONFIRM TO (PURCHASING USE ONLY) | PO NO. (PURCHASING USE ONLY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00<br>375.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00<br>750.00 | 82- THIRD PART | S |

Line Item Exempt : N

Available Sustitutes Item Desc :

ECCN NO: HTS NO: UNSPSC NO:

SWIRE OILFIELD SERVICE QUOTE# 05112020-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

| | | | |
|---|---|---|---|
| R4202 OIM — 05/12/2020 DATE<br>RIG MGR / OPERATIONS MGR ____ DATE ____<br>NOTE: Any additions or deletions must be initialed | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.<br>Operator (Print)<br>Rep Signature<br>Rep Name (Print) | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235606<br>BUYER ____ DATE ____ |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____ DATE FAXED: ____

# Valaris

**Ship To:**
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit:10013   OPEN
Req ID:0000235606
Date: 05/12/2020
Page 2

Attention: MARINE / BARGE SUPERVISOR

REQ Type    ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 3 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21 486.21 | 82- THIRD PART | S | | COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER, CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER, RINSE AND SOAP | |

Line Item Exempt : N
Available Substitutes    Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA FOR WORK TO BE DONE

FIELD/WOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

Total Requisition Amount:        1,611.21

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Duffrene
Routing #: ▓▓

Act Code # 30 60 - 15

NOTE: Operator / hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)  _____
Rep Signature  _____
Rep Name (Print)  _____

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235606

| R4202 | 05/12/2020 | | BUYER | DATE |
| OIM | DATE | | | |

RIG MGR / OPERATIONS MGR    DATE

NOTE: Any additions or deletions must be initiated

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___  NO: ___    DATE FAXED: ___

**VALARIS**

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home  Worklist  Add to Favorites  Sign out

Purchase Order Inquiry
## Purchase Order

| Business Unit | 10013 | | PO Status: | Dispatched |
|---|---|---|---|---|
| PO ID: | 0000497100 | | | |
| Change Order: | 1 | | POA Status: | Responded, Await's Review |

Header

| PO Date: | 04/16/2020 | | Backorder Status: | Not Backordered |
|---|---|---|---|---|
| Vendor Name: | HYDRIL-001 | | Receipt Status: | Received |
| Vendor ID: | 000000026 | Vendor Details | Hold From Further Processing | |
| Buyer: | Dana Ihr | | Amount Summary | |
| | Cost lb | | Merchandise: | 2,270.30 |
| PO Reference: | | | Freight/Tax/Misc: | 0.00 |
| Header Details | All PTV | Document Status | Total: | 2,270.30 USD |
| Header Comments | Maintain | | | |
| Change Order | Activity Summary | | | |

Lines                                                          Personalize | Find | View All | 1  First  1-4 of 4  Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H100922 | GASKET,VETCO,H10082-3,VGX-2-18 | 45 | 0.30 | EA | 0.30 | Canceled | H100922 | | |
| 2 | H120854 | SEAL,VETCO,H 2376-1,LIP HYDRAT | 09 | 0.30 | EA | 0.30 | Canceled | H120854 | | |
| 3 | | FEE,RESTCONING,VETCO,H30693-2 | 45 | 1.0000 | EA | 2,133.07 | Approved | | | |
| 4 | | FEE,RESTCONING,VETCO,H30693-1 | 09 | 1.0000 | EA | 136.33 | Approved | | | |

View Approvals

Return to Search    Notify                                      Related Links



# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 110013    OPEN
Req ID: D0002346'5
Date: 04/02/2020
Page: 1
Attention: WAREHOUSE
REQ Type        Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PURCHASING USE ONLY | |
| | | | | | | | | | PO NO. |
| 1 | 2 | 024000 H1108X2 | EA | GASKET,VETCO,H10983-2,VGX-2,18 -3/4 IN,15K PSI,FH4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | |

Line Item Exempt : N
Available Substitutes        Item Desc :

ECCN NO: EAR99        HTS NO: 4016930000        UNSPSC NO:

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRAT E,FH4 CONNECTOR,27 IN WELL HEAD | 581.93 581.93 | 95 - 95-BELOW OU | VC | | |

Line Item Exempt : N
Available Substitutes        Item Desc :

ECCN NO: EAR99        HTS NO: 4016930000        UNSPSC NO:

SEE ATTACHED GE CONTRACT PRICING

DATED GOODS - EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT **FAILURE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all FBG
ETRR No. by Item

PURCHASING ONLY FR NO:    D0002346'5

R4202        04/02/2020
OIM            DATE

Operator (Print)

Rep Signature

Rep Name (Print)            BUYER

RIG MGR / OPERATIONS MGR        DATE
NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___   NO: ___   DATE FAXED: ___

DATE

# Valaris

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA.

Business Unit: 10013
Req ID:0000234615   OPEN
Date: 04/02/2020
Page    2

Attention: WAREHOUSE

REQ Type       Supply

Valaris
Field
Requisition

PURCHASING USE ONLY

| ITEM | QTY | GIL ACCT Item ID | UOM | DESCRIPTION | COST CATEGORY | AFE RATING | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|---------------|------------|--------------|-------|------------------------------|--------|
| R4202 | | | | TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE. | | | | | | |

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

Total Requisition Amount:       8,885.93

AFE:        FW202002
Lease:      GC 40 #1
Project:    Katmai
Engineer:  K. Dufrene
Routing #: [redacted]

Acct Code # 3060 - 15

4/9/20

| | | |
|---|---|---|
| | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by item |
| | Operator (Print) | PURCHASING ONLY FR NO:    0000234615 |
| | Rep Signature | |
| R4202 | 04/02/2020 | Rep Name (Print) |
| OIM | DATE | |
| RIG MGR / OPERATIONS MGR | DATE | BUYER                         DATE |
| NOTE: Any additions or deletions must be initialed | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___   NO: ___        DATE FAXED: ___

1/2/2020                                    shopDrilling :Current Quote

Help        ENSCO 🔎        Kenya Maxile

Home | SPARES > | AVAILABLE INVENTORY >

Current Quote   |   Saved Quotes   |   Shopping Lists

Search  All Products          ▼  Keyword(s):  Search by Part #, Product Name or Keyword      Go    Search Multiple Parts

Current Quote

                                                                    Delete    Actions  Save Quote    ▼  Go    Proceed to Checkout

✓ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Quoted Lead Time (Weeks) | Unit List Price | Unit Discount | Unit Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|--------|-------------|-------------|-----|----------|--------------------------|-----------------|---------------|----------------|----------------------|----------------------|--------|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

Recalculate        Sub-Total:   $11,350.03

Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
****************************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
****************************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
****************************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
****************************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
****************************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
****************************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone : +1 281-449-2000
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping   Save        Actions  Save Quote    ▼  Go    Proceed to Checkout

Page 1 of 1

VALARIS

Favorites   Main Menu

Home   Worklist   Add to Favorites   Sign out

Purchasing > Purchase Orders > Review PO Information > Purchase Orders

## Purchase Order Inquiry

### Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000487100 |
| Change Order: | 1 |

#### Header

| | |
|---|---|
| PO Date: | 04/16/2020 |
| Vendor Name: | HYDRIL-001 |
| Vendor ID: | 0000000324 |
| Buyer: | Ernestine Castillo |

Vendor Details

| PO Status: | Dispatched |
|---|---|
| POA Status: | Responded, Awaits Review |

| Backorder Status: | Not Backordered |
|---|---|
| Receipt Status: | Received |

☐ Hold From Further Processing

PO Reference:

Amount Summary

| Merchandise: | 2,270.00 |
|---|---|
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

Header Details
Header Comments
Change Order

Activity Summary

Document Status

#### Lines

Personalize | Find | View All |    First   1-4 of 4   Last

| Line▲ | Item ID | | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 📷 | H109932 | GASKET,VETCO,H109932-1VOSC2-18 | 98 | | EA | 0.00 USD | Canceled | H109932 | 🔍 | 📷 |
| 2 | 📷 | H120251 | SEAL,VETCO,H120251-1,UP,HYDRA1 | 09 | | EA | 0.00 USD | Canceled | H120251 | 🔍 | 📷 |
| 3 | 📷 | | FEE,RESTOCKING,VETCO-H109932-2 | 06 | 1.0000 | EA | 2,133.67 USD | Approved | | 🔍 | 📷 |
| 4 | 📷 | | FEE,RESTOCKING,VETCO-H120251-1 | 09 | 1.0000 | EA | 136.33 USD | Approved | | 🔍 | 📷 |

View Approvals

Return to Search          Notify

Related Links