# **Exhibit 17**

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA  70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :**  MORTGAGE | **Inst Number :** 1299324 |
| **Type of Document :** STATEMENT CLAIM | |
| **Recording Pages :**           50 | **Book :** 2058      **Page :**   411 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) :  1:47:27PM

Certified On : 07/23/2020

Doc ID - 033539360050

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/23/2020 at  1:47:27
Recorded in Book  2058  Page   411
File Number     1299324

Deputy Clerk

Do not Detach this Recording Page from Original Document

# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA  70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :**   MORTGAGE | **Inst Number :** 1299324 |
| **Type of Document :** STATEMENT CLAIM | |
| **Recording Pages :**          50 | **Book :** 2058     **Page :**   411 |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 07/23/2020

At (Recorded Time) : 1:47:27PM

Deputy Clerk

Doc ID - 033539360050

Do not Detach this Recording Page from Original Document

(Green Canyon 40 #1)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$138,327.52**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is June 4, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Green Canyon Block 40, Lease No. OCS-G-34536** (the "Lease"), and **Well #1 (OCS-G-34536)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from April 6, 2020, until June 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 23, 2020

_____
NEAL J. KLING, (#22489)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 27th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**MANDATARY AND ATTORNEYS FOR
ATLANTIC MARITIME SERVICES LLC**, a
Delaware limited liability company

Sworn to and subscribed before me, Notary Public,
this 23rd day of July 2020.

_____
Chad P. Morrow, Notary Public
Notary/Bar Roll No. 28695
My Commission Expires: at death

CHAD P. MORROW
NOTARY PUBLIC
BAR NO. 28695
PARISH OF JEFFERSON, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

---

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007271
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER  GC 40 KATMAI

---

AFE #: <u>FW191015</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

WELLBORE INTEGRITY
INVOICE#IN11857611 DATED:6/23/2020

$      20,070.00

Handling Charges @ 5%(601)

$      1,003.50

**AMOUNT DUE:**   $     **21,073.50**

Rig Manager's Approval:

---

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.07.15
14:52:30 -05'00'

$   (20,070.00)   024000.10417.4202.110
$    (1,003.50)   810510.10417.4202.110
$   (20,070.00)   810650.10417.4202.110
$    20,070.00   919250-10417.4202.110

ED

**wellbore Integrity SOLUTIONS**

TEL:+1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

| | |
|---|---|
| **BILLED TO:** | ENSCO OFFSHORE COMPANY |
| | P.O. BOX 570788 |
| | HOUSTON, TX 77257 -- UNITED STATES |
| **CUSTOMER#:** | EN0151 |
| **ORDERED BY:** | |

| | |
|---|---|
| **INVOICE NO:** | IN11857611 |
| **PAGE NO:** | Page 1 of 2 |
| **DATE:** | 23-JUN-20 |
| **TERMS:** | 30 NET |
| **TKT DATE:** | |
| **SALESPERSON#:** | |
| **OFF SALES REP:** | WANOUS, AJ |

| | |
|---|---|
| **DISC CODE:** | |
| **SERVICE GRP:** | Tubulars and Surface Products |
| **TAX JOB TYPE:** | [None] |
| **EXPORT:** | |
| **DT / RA /BL #:** | |
| **BILLED BY:** | J1009211 / JHENLEY |

| | |
|---|---|
| **SHIP TO:** | ENSCO OFFSHORE COMPANY, US |
| **SHIP #:** | EN0151 |
| **LEASE:** | OCSG 12209 |
| **SEC:** | |

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER #: 10013-0000458130 | AREA/DIST: 1256 |
|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GQ 200 TA-3 | TWNSHP: | INV LOC: 1256 |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.00 | | JOB# J1009211 - WO# W1013419 | | | | | |
| 2.00 | | | | | | | 0.00 |
| 3.00 | | (80) Drill Pipe-STD 6 5/8 47.05 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | | | | | 0.00 |
| 4.00 | | UNLOAD BOAT W/ 1 CRANE, 1 OPERATOR, 3 RIGGERS @ 10 HOURS | | | | | 0.00 |
| 4.01 | | | 10 | UNIT CHARGE | | | 4,250.00 |
| 5.00 | | UNSLING W/1 CRANE, 1 OPERATOR, 1 FORKLIFT, 1 OPERATOR, 3 RIGGERS @ 12 HOURS | | | PER HOUR | 425.00 | |
| 5.01 | | | 12 | UNIT CHARGE | | | 6,780.00 |
| 6.00 | | Waterblast ID, OD & Brush OD | | | PER HOUR | 565.00 | |
| 6.01 | | | 80 | INSPECTION | | | 1,200.00 |
| 7.00 | | Inspection to DS-1 Category 5+FLUT 2 | | | EACH | 15.00 | |
| 7.01 | | | 80 | INSPECTION | | | 6,560.00 |
| 8.00 | | Flapping of Connections | | | EACH | 82.00 | |
| 8.01 | | | 160 | INSPECTION | | | 1,280.00 |
| 9.00 | | | | | EACH | 8.00 | 0.00 |

**CURRENCY:** USD

This Invoice is subject to Wellbore Integrity Solutions – Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

| | |
|---|---|
| **PLEASE REMIT TO:** | P.O. BOX 208306 - Overnight: Lockbox Services 208306 |
| | DALLAS, TX 75320-8306 |
| **WIRING INSTRUCTIONS:** | WELLS FARGO BANK N.A. |
| | ABA (Wires and ACH): ████   ACCOUNT: ████ |
| | SWIFT: ████ |
| | 75063   2975, Regent Blvd, Suite 100, Irving, TX |

# Wellbore Integrity SOLUTIONS

TEL +1 800 889 0500
6000-Wellbore Integrity Solutions LLC-OU.

**INVOICE NO:** IN11857611

**BILLED TO:**
ENSCO OFFSHORE COMPANY
P.O. BOX 570788

HOUSTON, TX 77257 -- UNITED STATES

**PAGE NO:** Page 2 of 2
**DATE:** 23-JUN-20
**TERMS:** 30 NET
**TKT DATE:**
**SALESPERSON#:**
**OFF SALES REP:** WANOUS, AJ

**CUSTOMER#:** EN0151
**ORDERED BY:**

**DISC CODE:**
**SERVICE GRP:** Tubulars and Surface Products
**TAX JOB TYPE:** [None]
**EXPORT:**
**DT / RA/BL #:** J1009211
**BILLED BY:** JHENLEY

| RIG: ROWAN RESOLUTE | FIELD / BLOCK: // | JOB #: 1256595125 | CUSTOMER ORDER # : 10013-0000458130 | AREA/DIST.: 1256 | SHIP TO: ENSCO OFFSHORE COMPANY, US | LEASE: OCSG 12209 |
|---|---|---|---|---|---|---|
| COUNTY/PARISH: OFFSHORE | STATE: LA | WELL #: GC 200 TA-3 | TWNSHP: | INV LOC: 1256 | SHIP #: EN0151 | SEC: |

| LINE NO | SERIAL NO./ PART NO. | SERVICE / TOOL DESCRIPTION | QTY | CHARGE TYPE | CHARGE UNIT | UNIT COST | TOTAL |
|---|---|---|---|---|---|---|---|
| 10.00 | | THANK YOU | | | | | 0.00 |
| | | TOTAL DISCOUNT : | | | | 0.00 | |
| | | SUBTOTAL : | | | | | 20,070.00 |
| | | TAXABLE AMOUNT : | | | | | 0.00 |
| | | CITY TAX : | | | | 0.00% | 0.00 |
| | | COUNTY/PARISH TAX : | | | | 0.00% | 0.00 |
| | | STATE TAX : | | | | 0.00% | 0.00 |
| | | FREIGHT : | | | | | 0.00 |
| | | TOTAL AMOUNT DUE : | | | | | 20,070.00 |

This invoice is subject to Wellbore Integrity Solutions - Terms and Conditions which can be found at https://www.wellboreintegrity.com/about/governance/

**CURRENCY:** USD

**PLEASE REMIT TO:** P.O. BOX 208306 - Overnight: Lockbox Services 208306
DALLAS, TX 75320-8306

**WIRING INSTRUCTIONS:** WELLS FARGO BANK N.A.
ABA (Wires and ACH): 
ACCOUNT: 
SWIFT: 
75063
2975, Regent Blvd, Suite 100, Irving, TX

# Valaris

**Dispatch via E-Mail**

**Purchase Order**   Page  1

|||||||||||| 10013-0000458130

**BUYER/BILL TO:**
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570768
HOUSTON TX 77257-0768
United States

PO NUMBER          10013-0000458130
PO DATE            05/18/2020
RIG NAME           R202- RESOLUTE
FINAL DEST. COUNTRY  United States
REVISION NO.
REVISION DATE

**SELLER/SUPPLIER**

ID: 0000000236

WELLBORE INTEGRITY SOLUTIONS LLC
1235 EVANGELINE THRUWAY
BROUSSARD LA 70516
United States
PHONE:
EMAILID: aaron.beaugh@wellboreintegrity.com
DISPATCH TO: Raymond.Bradberry@wellboreintegrity.com

SUPPLIER SHIP TO /
WHEN READY CONTACT
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70516
United States
PHONE: 337 83678500

SUPPLIER SHIPPING TERMS
(INCOTERMS 2010)
FREIGHT TERMS:  EXW
NOMINATED PLACE:

SUPPLIER SHIP METHOD:

**BUYER REPRESENTATIVE**
BUYER:   Kenya Akeem Abdul Maxile
EMAIL:   kenya.maxile@valaris.com
PHONE:   346/342-8072
FAX:

ADDITIONAL ORDER DETAIL
CURRENCY:      USD

REQ TYPE:      ONR
REQ CLASS:     OPERATOR EXP.

PR CODE (Mode of Transport)
1 - Hot Shot Immediate Urgent Air
2 - Next Day/Regular Air
3 - Regular Scheduled/Regular Ocean
4 - Other see notes in PO

| Item Line | Number / Vendor Item ID | Description | Quantity | UOM | Unit Price | Extended Amount | PR Code | Req # |
|---|---|---|---|---|---|---|---|---|
| 1-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 10.00 | EA | 425.00 | 4,250.00  Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd: | | | | | | | |
| 2-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 12.00 | EA | 565.00 | 6,780.00  Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd: | | | | | | | |
| 3-1 | 6625DPR3DPCL | SERVICE-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DRILL PIPE CLEANING | 80.00 | EA | 15.00 | 1,200.00  Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-910848-4202-110     AFE Cd: | | | | | | | |
| | 6-5/8",47.05#,WATERBLAST CLEANING | | | | | | | |
| 4-1 | 6625DPR3C5NF | INSPECTION-ONSHORE,DRILL PIPE,RANGE 3,6-5/8 IN OD,DS-1 CAT V | 80.00 | EA | 82.00 | 6,560.00  Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-910848-4202-110     AFE Cd: | | | | | | | |
| 5-1 | | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 160.00 | EA | 8.00 | 1,280.00  Due Date 07/01/2020 | 3 | 0000235550 |
| | Sch B/HTS No:     ECCN No:     GL Acct Cd: 10417-024000-4202-110     AFE Cd: | | | | | | | |

# Valaris

**Purchase Order**   Page  2

Dispatch via E-Mail

10013-0000458130

BUYER/BILL TO:
ENSCO Incorporated
In care of: ENSCO OFFSHORE COMPANY
P.O. Box 570788
HOUSTON TX 77257-0788
United States

| | |
|---|---|
| PO NUMBER | 10013-0000458130 |
| PO DATE | 05/18/2020 |
| RIG NAME | R202- RESOLUTE |
| FINAL DEST. COUNTRY | United States |
| REVISION NO. | |
| REVISION DATE | |

QUOTE: 313
DRILCO JOB: J1009211

Total PO Amount          20,070.00

Buyer

TWO COPIES OF THE VALARIS PURCHASE ORDER MUST BE FORWARDED WITH THE MATERIAL.
PAYMENT OF VENDOR INVOICES IS CONTINGENT ON RECEIPT OF ALL ADDITIONAL DOCUMENTATION REQUESTED.
THE VALARIS PO NUMBER MUST APPEAR ON ALL SHIPPING DOCUMENTS CASES AND INVOICES.
ACKNOWLEDGEMENT OF THIS PURCHASE ORDER ("ORDER"), WHICH SHALL INCLUDE, WITHOUT LIMITATION, THE SELLER PERFORMING OR
SUPPLYING ANY WORK SPECIFIED OR REFERRED TO IN THIS ORDER, SHALL BE DEEMED ACCEPTANCE THAT THE WORK SPECIFIED OR
REFERRED TO IN THIS ORDER SHALL BE GOVERNED AS FOLLOWS:
(1)   IF THERE IS REFERENCE IN THIS ORDER ABOVE TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS,
THAT MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND CONDITIONS SHALL APPLY TO ALL WORK SPECIFIED OR REFERRED
TO IN THIS ORDER; OR
(2)   IF THERE IS NO SUCH REFERENCE ABOVE IN THIS ORDER TO ANY MASTER AGREEMENT, AGREEMENT, CONTRACT OR TERMS AND
CONDITIONS, THE VALARIS WORLDWIDE PURCHASE ORDER TERMS AND CONDITIONS LOCATED ON THE VALARIS WEBSITE AT
WWW.VALARIS.COM UNDER THE SUPPLIER RELATIONS LINK AT THE DATE OF THIS ORDER, SHALL APPLY.
VALARIS SHALL BE ENTITLED TO REFUSE FOR PAYMENT ANY INVOICE PRESENTED BY ANY PARTY ACTING AS A FACTOR TO WHOM THE
CONTRACTOR AND OR VENDOR UNDER THIS PURCHASE ORDER HAS SOLD ITS ACCOUNTS RECEIVABLE
DATED GOODS, EXPIRATION DATE—
VALARIS REQUIRES THAT ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE COMPLY WITH THE FOLLOWING:
1) EXPIRATION DATE OF MATERIAL TO BE MARKED ON PACKAGE.
2) AT TIME OF DELIVERY REMAINING SHELF LIFE OF PRODUCT MUST BE AT LEAST 75% OF DATE MARKED ON PACKAGE.
EFFECTIVE MAY 1ST 2020, VALARIS AND ITS FREIGHT FORWARDERS WILL NO LONGER ACCEPT PARTIAL DELIVERIES. EXCEPTIONS TO THIS
INCLUDE PURCHASE ORDES IDENTIFIED AS 'P1' - URGENT OR PRE-APPROVAL BY VALARIS SUPPLY CHAIN.

Wellbore Integrity

# DRILCO

| | | | |
|---|---|---|---|
| Company/Rig: | Valaris Resolute DS-16 | Date : | 5/6/2020 |
| Attention: | Joe Cooper | Drilco Contact: | Raymond Bradberry |
| Telephone: | 281-619-7479 | Telephone: | 985-303-6399 |
| Quote# : | 313 | Location: | Port Fourchon |
| Email: | r0516RDS@valaris.com | Email: | Raymond.Bradberry@wellboreintegrity.com |
| PO#: | 10013-0000 458130 | Drilco Job# : | J1009211 |

| Item | Description | QTY | Unit Price | Charge Type | Total Price |
|---|---|---|---|---|---|
|  | | | | | |
| 1 | Unload Boat w/ 1 Crane, 1 Operator, 3 Riggers @ 10 Hours | 10 | $425.00 | Hours | $4,250.00 |
| 2 | Unsling W/ 1 Crane, 1 Operator, 1 Forklift, 1 Operator, 3 Riggers @ 12 Hours | 12 | $565.00 | Hours | $6,780.00 |
| 3 | 6-5/8" 47# Drill Pipe to be Waterblasted | 80 | $15.00 | Each | $1,200.00 |
| 4 | 6-5/8" 47# Drill Pipe Inspected to DS-1 CAT 5 Specs | 80 | $82.00 | Each | $6,560.00 |
| 5 | Flapped (160) 6-5/8" FH Connections on (80) Joints of 6-5/8" 47.05# Drill Pipe (ONLY IF NEEDED) | 160 | $8.00 | Each | $1,280.00 |
| | | | | | .... |

Estimated Total                                                                       $20,070.00

Customer Signature:
               Date:

## GENERAL TERMS AND CONDITIONS

THE FOLLOWING GENERAL TERMS AND CONDITIONS CONTAIN INDEMNITY AND CHOICE OF LAW PROVISIONS - READ CAREFULLY.



1. **ACCEPTANCE** In requesting Wellbore's services, equipment, or products, Customer voluntarily elects to enter into and be bound by these General Terms and Conditions, along with any commercial documents that accompany the Order.

2. **DEFINITIONS.**

a. Chemicals – any chemicals, substances, and fluids, used or unused, or considered as waste or by-products, cuttings, or cavings, radioactive tracer material and other hazardous wastes (as defined pursuant to applicable law and including but not limited to any packaging, transportation or storage containers and/or materials) and residue resulting from, or incident to, Wellbore's performance of the Work.

b. Claim(s) – Damage, loss, expense, liability, claims, demands and causes of action of every kind and character (including special and consequential actions, all costs and expenses, and reasonable attorney fees associated therewith) including, but not limited to, special, punitive, exemplary, general, compensatory, direct, indirect, incidental, or consequential damages, either under common law, equity, statute or otherwise, whether based on tort, contract, strict liability, or statutes that may or could be asserted including without limitation, actions or claims on persons, and or criminal actions and/or causes of action howsoever arising.

c. Customer – the person, firm, or other entity to which any Work is supplied or provided by Wellbore.

d. Fluids – chemicals, emulsions, or chemically treated fluids, and residue, including but not limited to drill ing fluids, completion fluids, displacement fluids, workover fluids, wellbore treatment stimulation fluids, whether water, oil, or synthetic based.

e. Group – Either Wellbore or Customer and its respective contractors, subcontractors, consultants, agents, invitees co-venturers, co-owners, partners investors, joint venturers co-lessees, co-working interest owners, lessors, Customer's clients (as part of Customer Group), and its and their parents, affiliates subsidiaries, and each of their respective officers, directors managers shareholders, members, representatives, servants, consultants, agents, employees and invitees.

f. Order – an order or written request for Work, whether submitted by Customer and/or a service or purchase order document issued by Customer and accepted by Wellbore, with together with these General Terms and Conditions constitute the Contract between Wellbore and Customer. Wellbore shall not be obligated to provide any Work before an Order is agreed to by both parties

g. Products – equipment, goods, materials, tools, supplies, Chemicals and/or products or equipment sold or otherwise provided by Wellbore to Customer.

h. Rentals – Customer's hiring of Products and/or equipment from Wellbore for a term / time

i. Wellbore – the entity providing Work to Customer which may be Wellbore Integrity Solutions, LLC, a Texas limited liability company for and on behalf of itself and its US and Canada affiliates, and/or Thomas Energy Services Holding Inc, a Louisiana company, for and on behalf of itself and its US affiliates

j. Services – services provided by Wellbore to Customer including Products and sometime customarily required to provide such services.

k. Work – Products Services and or Rentals

3. **INVOICING AND PAYMENT TERMS** Customer acknowledges that Wellbore's payment terms are cash in advance unless otherwise the Work is supported by Customer trade credit approved by Wellbore prior to the transaction. Customer also acknowledges that Wellbore may, in its sole discretion, may refuse to grant Customer the right to request Work on credit and/or may extend the right to request Work on credit at any time. In the event that Customer's credit account with Wellbore becomes delinquent, Wellbore shall have the right to require at its sole discretion, payment in advance an irrevocable letter of credit, or bank guarantee as a condition to continue performing any ongoing Work or accepting any additional Work.

For transactions not supported by Wellbore approved credit Wellbore's invoice will be issued upon receipt of full payment from Customer. If Customer requires any supporting documents or information (e.g. order # AFE #, etc.) to be submitted with Wellbore's invoice, then such requirements must be agreed in the Order before the Work is provided. Unless otherwise specifically agreed in an Order the following invoicing conditions shall apply to Work for which credit has been approved

a. Wellbore may invoice Customer for each portion or stage of the Work, as direct bend and priced in the Order as soon as practicable and without frequency restrictions

b. Wellbore may invoice Customer for Products as follows fifty percent (50%) of the sale price immediate y upon receipt and acceptance of an Order and the remaining fifty percent (50% owned only upon delivery of the Products

c. Wellbore may invoice Customer for Rentals in advance as follows, one hundred percent (100%) of the rental price for the initial rental period immediately upon receipt and acceptance of an Order In the event the rentals extended beyond the initial rental period or the scope is expanded, Wellbore will submit a

d. Wellbore may invoice Customer for any and all reimbursable items in advance

subsequent invoice to Customer for an amount equal to one hundred percent (100%) of the additional rental price to cover such extended period or expanded scope

Wellbore's invoice shall be deemed correct and shall evidence Customer's acceptance of Work delivered, unless Wellbore receives proper written notice of any disputed items within five (5) business days after the date of the invoice Such notice shall explain the reason for the dispute in detail, along with any supporting documentation of Customer's position, and Customer and Wellbore will meet in good faith within fifteen (15) calendar days from Wellbore's receipt of the notice to resolve the dispute If an invoice disputed, however Customer agrees to pay Wellbore any undisputed portion of that invoice as set forth below and without delay Upon settlement of the dispute, Customer shall immediately pay to Wellbore all amounts agreed by the parties to be due with respect to the disputed amount(s) and Wellbore shall make the appropriate corrections regarding the disputed amounts by issuing, as applicable a credit or debit note to Customer Customer shall have the right to withhold or offset payments, except to the extent it is agreed as a result of the foregoing dispute resolution procedure. Customer waives all rights to dispute any item (or submit a claim for amounts invoiced) where Wellbore has not received written notification of a disputed item within two (2) years from the date such Work is actually provided

Customer shall pay the total invoice amount without any payment retentions (other than taxes which must be withheld as mandated by tax legislation) Payment shall be made by electronic transfer of funds to Wellbore's designated bank account, or by other payment means mutually agreed, at Wellbore's office in Houston, Texas, unless another office location has been designated in the payment instructions contained in an Order or an invoice The payment for any transactions for which credit has been approved shall be due to, and received by, Wellbore error before the thirtieth (30th) day from the date of the invoice

When payment is electronic ecommerce(), Customer and Wellbore may agree to mutually benefical electronic processes for executing business transactions, including but not limited to the system to system exchange of purchase orders, field orders bills of lading, invoices and electronic catalogs Such electronic transactions shall adhere to industry accepted standards and processes (Petroleum Industry Data Exchange [PIDX]) Customer, Wellbore, and any contracted third party technology providers will execute a standard Electronic Data Agreement between Customer and OFS Portal LLC as a mutually agreed upon Electronic Data Agreement developed around the OFS Portal LLC agreement to govern said electronic transactions

Customer agrees that Wellbore is entitled to charge and accrue interest on any past due balance (including amounts that are disputed by Customer but are found to be due and owing) at the rate of 1.5% per month or the maximum interest allowable by applicable state or federal laws, if such laws limit interest to a lesser amount If Wellbore employs a collection agency or attorneys to collect any outstanding invoice(s) or enforce its rights under these General Terms and Conditions, Customer agrees to pay all actual expenses of collection, all collection agency fees, and all attorneys fees and court costs, including, but not limited to attorneys' fees incurred in connection with litigation, mediation, arbitration, bankruptcy or other proceedings In the event that Customer's payment of Wellbore's invoice is not received by Wellbore after the due date, any price discount will be waived, and Wellbore has the right to revoke any and all discounts previously applied in arriving at the net invoice price Upon revocation, the full invoice price (without discount, will become immediately due and owing and subject to collection

As used herein the term "Receivables" shall mean all of Customer's rights and interests in all accounts and all general intangibles whether now existing or hereafter arising, and all proceeds thereof, relating to the properties for which Wellbore provides Work Customer hereby grant a security interest in Customer's Receivables to secure Customer obligations to Wellbore, whether now existing or hereafter arising Customer shall promptly support Wellbore as may be necessary to file all instruments (including financing statements), in order to perfect, preserve, protect and renew the security interest granted herein on all Receivables

4. **TAXES.** Customer shall pay or reimburse Wellbore for to the extent allowed by applicable laws and regulations, any and a l taxes or other levies (other than Wellbore's income taxes) imposed by any government, governmental unit or similar authority with respect to the charges made or payment received by Wellbore in connection with the Work.

5. **INDEPENDENT CONTRACTOR** Wellbore is and shall be an independent contractor with respect to the performance of Work, and neither Wellbore nor anyone employed by Wellbore shall be the agent, representative, employee or servant of Customer in the performance of such Work or any part thereof When Wellbore's employees (defined to include Wellbore's direct, borrowed, special, or statutory employees as covered by the Louisiana Workers' Compensation Act, La R S 23 1021 et seq, Customer and Wellbore agree that a l Work and operations performed by Wellbore and its employees pursuant to this Contract are an integral part of and are essential to the ability of Customer to generate Customer's goods, products and Services for purposes of La R S 23 1061 (a*1) Furthermore Customer and Wellbore agree that Customer is the statutory employer of Wellbore - employees for purposes of La R S 23 1061 (A)(3)

GENERAL TERMS AND CONDITIONS


Wellbore Integrity

5. OBLIGATIONS OF CUSTOMER

a. **Well Conditions, Notification of Hazardous Conditions.** Customer having custody and control of the well and superior knowledge of the conditions in and surrounding it, shall provide Wellbore with all necessary information to enable Wellbore to perform its Services safely and efficiently. Wellbore's Products, Rentals and Services are designed to operate under conditions normally encountered at the well bore; however, if hazardous or unusual conditions exist, Customer shall notify Wellbore in advance and make special arrangements for servicing such wells. NOTWITHSTANDING ANYTHING CONTAINED HEREIN TO THE CONTRARY, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS, WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH CUSTOMER'S OBLIGATIONS AS SET FORTH IN THIS CLAUSE 6(a).

b. **Chemicals.** The handling, transportation, treatment and/or disposal of any Chemicals, used at or resulting from Wellbore's performance of the Work at the sole responsibility of Customer, including when such Chemicals are returned to the surface of the line or taken below the rotary table. In no event shall Wellbore be considered the generator of Chemicals or samples irrespective of any handling transportation, treatment, or disposal provided by Wellbore. Customer understands and agrees that all Chemicals and samples are the property of Customer and that Customer is the generator of the Chemicals and samples irrespective of any hand ng, transportation or treatment by Wellbore. Unless Customer has a separate agreement with Wellbore for the storage of samples Wellbore may return samples to Customer upon completion of Wellbore's analysis or disposal of samples at Customer's own convenience with Customer's instructions. All Chemicals and fluids in the drilling rig's tanks, pump, valves and pumps, and on the borehole and reserve pit for fracs tanks where there are not reserve pit are not in Wellbore's possession or control, and that Wellbore is not responsible for such Customer agrees that it will handle, transport and dispose of any such Chemicals and samples under Customer's name and waste generator number, in accordance with all applicable federal, state and local laws and regulations. CUSTOMER HEREBY AGREES NOT TO ASSERT ANY CLAIM OR BRING ANY COST RECOVERY ACTION AGAINST WELLBORE GROUP AND SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN CONNECTION WITH THE USE, HANDLING, TREATMENT, STORAGE, TRANSPORTATION AND/OR DISPOSAL OF CHEMICALS, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OR ANY MEMBER OF WELLBORE GROUP. Wellbore shall not be responsible for the signing of manifests or for the storage transportation, treatment or disposal of Chemicals.

c. **Radioactive Sources.** If any radioactive source is lodged or lost in a well or at the well site or while being transported by or while under the custody or control of Customer Group, Customer shall immediately notify Wellbore and exert its best efforts to locate and recover the source and take all necessary precautions to avoid leaking, damaging or rupturing the source if the source is irretrievable or if an its container is damaged or ruptured, Customer shall immediately notify Wellbore and comply with all applicable laws and regulations including isolating and marking the location of the source Customer shall not attempt to recover a sealed source in a manner that in Wellbore's opinion could result in its rupture If the source ruptures, Customer shall minimize any resulting contamination and radiation exposure and decontaminate the environment, equipment and personnel.

d. **Fishing Operations.** Customer shall assume the entire responsibility for operations in which Customer Group or a third party fish or attempt to fish for the movement of any member of Wellbore Group or perform any operation that may jeopardize the retrievability or the integrity of equipment down hole relates to sources. Wellbore will, without assuming liability and if so required by Customer, render assistance for the recovery of such equipment. customer has to commercially reasonable effort to attempt recovery of Wellbore Group equipment.

e. **Change Orders.** Customer may with reasonable notice request to change the Work to be performed under an Order by issuing a written change order authorization document (referred to herein as the "Change Order"). Upon receiving a Change Order, Wellbore determines that there is any impact that increases the cost or affects the time to perform or provide the Work Wellbore shall submit a proposal to Customer specifying the pricing and scheduling changes needed to execute the Change Order. Customer shall review the proposal and may accept, reject or modify the proposal, subject to mutual agreement; however, Customer ha be deemed to have accepted such proposal and may be deemed to have accepted such proposal unless it specified in the Change Order and such declination to execute shall not prejudice Wellbore's rights under the applicable Order.

7. **WARRANTY FOR PRODUCTS, RENTALS AND SERVICES.**

a. Wellbore warrants that Services provided hereunder shall be performed in a good and workmanlike manner in accordance with good oilfield practices and that it shall exercise diligence to ensure the correctness and safe transport of all the test and other data Wellbore will give Customer the benefit of its best judgment based on its experience interpreting information and making written or oral recommendations concerning logs or tests or other data, type or amount of material or service required, manner of performance or producing results Nevertheless, all such recommendations are predictions are opinions only and, in view of the unpredictability of obtaining fetch and knowledge of the many variable conditions, the reliance on inferences measurements and assumptions which are not reliable, and/or the necessity of relying on facts and supporting services furnished by others, NO WARRANTY IS GIVEN CONCERNING THE ACCURACY OR COMPLETENESS OF ANY LOG, TEST, RESERVOIR OR SEISMIC DATA (INCLUDING SOFTWARE MODELS), OR OTHER DATA, THE EFFECTIVENESS OF MATERIAL USED, RECOMMENDATIONS GIVEN, OR RESULTS OF THE SERVICES RENDERED. WELLBORE SHALL NOT BE HELD RESPONSIBLE FOR ANY LOSS OR DAMAGE ARISING FROM THE RESULTS AND/OR RECOMMENDATIONS SUGGESTED BY SUCH WORK, NOR IS THE WORK INTENDED TO PROVIDE THE BASIS FOR ANY DECISIONS INDEPENDENTLY MADE BY CUSTOMER, WHICH ARE AND SHALL REMAIN CUSTOMER'S SOLE RESPONSIBILITY. WELLBORE SHALL NOT BE RESPONSIBLE FOR ACCIDENTAL OR INTENTIONAL INTERCEPTION OF OR TAMPERING WITH DATA BY OTHERS, NOR DOES WELLBORE WARRANTEE THE SAFE STORAGE OR THE LENGTH OF TIME OF STORAGE OR AGAINST LOSS OF ANY DIGITAL TAPES, OPTICAL DISKS OR PARTS, OR OTHER SIMILAR PRODUCTS OR MATERIALS. Any warranty claim for Services must be made prior to Wellbore's demobilization from the well site for Services to repair equipment, within seventy-two (72) hours after installation of such repaired equipment.

b. Wellbore warrants that Products form hed hereunder hat conform to the type and specifications represented by Wellbore Wellbore reserves the right, at its sole d scretion, to use new, used or refurbished parts in the assembly of its Products Wellbore warrants all its Products sold to be free of material defects in material and workmanship for a period of twelve (12) months from the date of delivery to the location stated in the Order provided that notice of any defects s received by Wellbore within the warranty period Rentals are warranted only for the rental period The above warranty does not apply to Products that have been affected by normal wear and tear, modified at Customer's request, supplied by Customer or purchased by Wellbore at Customer's request, subjected to imprper handling, storage, application, installation, operation or maintenance by anyone other than Wellbore and/or damaged by aggressive fluids, lightning, vibration, or improper voltage supply to fore mpsure flow arranty is given to correct y wear ng Products or consumables. Wellbore does not warrant or guarantee the results of the use of Rentals. Well conditions which prevent satisfactory operation of Rentals do not relieve Customer of its responsibilities for payment of the rentals prices and other costs agreed upon in the applicable Order.

c. Wellbore's sale abi ty and customer's exclusive remedy under the foregoing warranties is expressly limited to the repair, replacement or the refund of an equitable portion of the applicable purchase or rental price, at We bore sole option of Products, Rentals or Services which prove to be defective wi thin the warranty period and shall not include c aims for labor costs, non-productive time expenses of Customer resulting from such defects, including but not limited to removal or reinstallation of Products or the cost of heavy lifting or vessel rig time recovery under general tort law or strict liability or for damages result ng from delays loss of use, or other direct or indirect incidental or consequent e damages of any kind, A Customer claim pursuant to the warranty shall be made immediately upon discovery and forwarded in writing within thirty (30) days after discovery of the defect Where hams claimed to be defective are determined not to be defective or to be defective as a result of Customer Group's use of the item, Wellbore may invoke the service call to Customer Defective items must be held for inspection or returned to the original Wellbore s delivery point upon request Wellbore shall have the right to inspect the Products claimed to be defective and shall have the right to determine the cause of such defect, Returned Products shall become the property of Wellbore. In no event ha Wellbore be liable for the cost of substitute products services, or rentals obtained by Customer from others to avert Any Products Service or Rental which s defective or otherwise not in compliance with the applicable Order

d. Notwithstanding anything to the contrary herein with regard to any services, materials, products or equipment furnished by contractors sub, ctractors, vendors and/or suppliers of Wellbore Group, Wellbore's liability shall be mited to the assignment of such contractors, subcontractors vendors and/or suppliers warranties to Customer to the extent such warranties are assignable.

THE FOREGOING WARRANTIES FOR PRODUCTS, RENTALS AND RENTALS ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY. IMPLIED WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY ARE NEGATIVELY. WELLBORE'S WARRANTY OBLIGATIONS AND CUSTOMER'S REMEDIES THEREUNDER (EXCEPT AS TO TITLE) ARE SOLELY AND EXCLUSIVELY AS STATED HEREIN.

**GENERAL TERMS AND CONDITIONS**

8. **TITLE AND RISK OF LOSS**

a. Unless otherwise agreed between the parties in an applicable Order, title to and risk of loss for Products sold, other than Fuels, will pass to Customer upon the seller of payment, factory acceptance test (or other acceptance testing) or delivery to Customer's designated carrier at Wellbore's manufacturing facility. The prices of Products exclude any costs of transportation, handling, insurance or any other costs for delivery beyond Wellbore's manufacturing facility set forth in the question or applicable Order or other document as agreed to by Customer. At Customer's request, Wellbore may arrange for shipment of Products to a location designated by Customer, and Customer will pay or reimburse Wellbore for all freight, preparation, and in-transit insurance costs so incurred by Wellbore. At Customer's request, subject to storage space availability and upon mutual agreement on storage fees Wellbore may agree to a bill-and-hold arrangement where Wellbore would temporarily store Products until to Customer but Customer agrees that in such a case the title to and risk of loss for Products sold and stored will pass to and remain with Customer upon delivery to Wellbore's designated storage facility, regardless of when the Products are ultimately delivered to Customer. In the event that purchased or repaired Products not subject to a bill-and-hold arrangement are left at a Wellbore facility for over thirty (30) days, Wellbore reserves the right at its sole discretion to charge storage fees to Customer and/or to transfer the Products abandoned and sell them for scrap or otherwise dispose of them at Customer's cost.

b. Title to and risk of loss for cement and stimulation fluids sold will transfer to Customer upon blending or deployment into the well or Customer's equipment connected to the well. Title to and risk of loss for Fluids, other than cement and stimulation fluids, will transfer to Customer (i) upon delivery to Customer's carrier (ii) upon delivery to Customer's location, or (iv) upon blending, whichever occurs first. Title to and risk of loss for unmixed Fluids will transfer back to Wellbore upon Wellbore's written acceptance into its inventory provided returned Fluids meet the minimum specifications set forth in the Order however if the specifications are not met Customer shall pay Wellbore the full sale price for the rented Fluids as would be applicable in case of a sale of that same.

The time method, place or medium of payment or notices Wellbore rights in and to the Products until payment has been received in full. On a Orders Wellbore shall retain a security interest in the Products irrespective of attachments to the land or equipment of Customer or any third party to the extent of any unpaid balance of the purchase price therefor, and Wellbore may use all reasonable efforts to retain and/or obtain possession of such Products until such unpaid sum has been recovered in full and accepted by Wellbore.

9. **Delivery, Storage, Shipment, Insurance and Freight**

Delivery dates are estimated and are not guaranteed. If Customer is not able to accept the Products on the scheduled delivery date, Wellbore reserves the right to either cause the Order to b or store the Products at Customer's expense. Method and route of shipment are at Wellbore's discretion, unless Customer supplies explicit written instructions. Customer shall pay all costs for insurance and freight Wellbore may fill an Order by separate shipments of various portions of the Products and an Order is severable as to all such shipments. Packing, carting, shipment to port or to dock safe, customs charges and all other costs relating to shipment exportation and importation shall be at Customer's expense

10. **Stacking of Customer's New or Used Equipment.**

In the event that Customer goods or equipment are stowed at Wellbore's facility for any reason, CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE FROM ANY CLAIM, LIABILITY OR OBLIGATION ARISING DIRECTLY OR INDIRECTLY, FROM THE STORAGE, REMOVAL, RETURN, SALE, TRANSFER, OR DISPOSAL OF SUCH GOOD OR EQUIPMENT NOTWITHSTANDING THE SOLE OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE, FAULT OR STRICT LIABILITY OF WELLBORE.

11. **Cancellation, Returns and Claims.**

(a) Orders for Products of special design, trim or materials are not subject to cancellation. No Products may be returned, credited or replaced, unless approved in writing by Wellbore and may be subject up to a twenty percent (20%) restocking charge, plus all freight, fees and other costs relating to such return. Claims for shortages or damage, or deductions for erroneous charges must have Wellbore's prior written approval and must be presented within thirty (30) days of receipt of Products by Customer or its representatives.

(b) Should Customer violate any of these General Terms and Conditions, become bankrupt, insolvent, go into receivership, or should any creditor or other person attach or levy Customer's property, Wellbore shall immediately have the right, without notice to Customer, or the institution of legal proceedings, to take and remove its rentals, tools, equipment, or materials wherever they may be located. CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE FROM ANY AND ALL LIENS, CLAIMS, AND ENCUMBRANCES AGAINST THE TOOLS, EQUIPMENT, OR MATERIALS RENTED HEREUNDER AND SHALL RETURN THE SAME TO WELLBORE FREE AND CLEAR OF ANY LIENS, CLAIMS, OR ENCUMBRANCES.

12. **Modification of Tools.**

(a) Standard tools, materials, or equipment altered for a specific job will be sold to Customer at the current Wellbore's sales price, and an additional charge equal to the cost of the alterations plus twenty five percent. (25%)

(b) Special tools, materials, or equipment built for a specific job shall be furnished at a minimum rental equal to the manufacturing cost, plus fifty percent (50%) of such cost. Additional modifications requested will ll be charged in the same manner.

13. **INDEMNITIES**

a. **Personnel and Property**

I. WELLBORE SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CUSTOMER GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF WELLBORE GROUP ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

II. CUSTOMER SHALL BE RESPONSIBLE FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS ARISING OUT OF OR IN CONNECTION WITH DAMAGE TO OR LOSS OR DESTRUCTION OF PROPERTY OF OR THE PERSONAL INJURY, ILLNESS OR DEATH OF ANY MEMBER OF CUSTOMER GROUP ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT AND/OR THE WORK PROVIDED HEREUNDER.

b. **Special Indemnity.** NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, CUSTOMER ASSUMES ALL LIABILITY FOR AND HEREBY AGREES TO WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ALL CLAIMS BROUGHT BY OR ON BEHALF OF ANY MEMBERS OF CUSTOMER GROUP, WELLBORE GROUP OR ANY THIRD PARTY ARISING OUT OF OR IN CONNECTION HEREWITH FOR PROPERTY DAMAGE, PERSONAL INJURY, ILLNESS, DEATH OR LOSS THAT RESULTS FROM: (I) FIRE, EXPLOSION, SEEPAGE, BLOW-OUT, CRATERING, PRESSURE CONTROL, OPERATIONS, INDUCED SEISMICITY EVENTS, WHICH WILL OR WORK PERFORMED TO CONTROL A WILD-WELL INCLUDING, BUT NOT LIMITED TO: DAMAGE TO, LOSS OF, DESTRUCTION AND/OR REPLACEMENT OF, OR RELEASE OR ESCAPE OF SUBSTANCE FROM, ANY PROPERTY, EQUIPMENT, DRILLING RIG/UNIT/VESSEL/PLATFORM OR OTHER FACILITY OR FLOATING STRUCTURE, INCLUDING OIL/GAS PRODUCTION FACILITIES OR PIPELINES, AT OR AROUND A SITE [INCLUDING ANY DOWNHOLE, REMEDIATION, OR RECOVERY TIME]; (II) POLLUTION, AND/OR CONTAMINATION (RESULTING FROM ANY AND ALL WELL, WELL BORES AND/OR RESERVOIRS OR RESULTING FROM FRACTURING SERVICES OR ANY WORK, OR RADIATION DAMAGE [INCLUDING ENVIRONMENTAL POLLUTION, CONTAMINATION OR DAMAGE] RESULTING FROM ANY RADIOACTIVE TOOL OR EQUIPMENT WHILE BELOW THE SURFACE OF THE LAND OR, IN THE EVENT OF CONTAMINATION ORIGINATING ABOVE THE SURFACE OF THE LAND, WHEN THE RADIOACTIVE SOURCE IS UNDER THE CUSTODY OR IN THE CONTROL OF ANY MEMBER OF THE CUSTOMER GROUP; AND POLLUTION OR CONTAMINATION, CAUSED BY CUSTOMER GROUP'S FAILURE TO PROPERLY HANDLE, TREAT, TRANSPORT, USE OR DISPOSE OF ANY CHEMICALS AS REQUIRED BY SECTION 8.b HEREOF OR OTHERWISE, INCLUDING CONTAINMENT, CLEANUP, DISPOSAL AND REMEDIATION OF THE POLLUTANT AND CONTAMINATION, WHETHER OR NOT RESULTING BY AN APPLICABLE FEDERAL, STATE OR LOCAL LAW OR REGULATION; (III) DAMAGE TO WELL[S], BOREHOLE[S], RESERVOIRS OR UNDERGROUND DAMAGE, INCLUDING BUT NOT LIMITED TO DAMAGE OR INJURY RESULTING FROM FRACTURING SERVICES, LOSS OF OIL, GAS, OTHER MINERAL SUBSTANCES OR WATER, OR THE WELL-BORE ITSELF, SURFACE DAMAGE ARISING SUBSURFACE OR SUBSEA DAMAGE, INCLUDING TREE-ASS, AND DAMAGE TO DOWN-HOLE EQUIPMENT; (IV) COST TO KILL OR CONTROL A WILD-WELL, UNDERGROUND OR ABOVE THE SURFACE, INCLUDING ANY SUBTERRANEAN, FLORAL, RESTORATION OR REWORKING AND RELATED CLEAN-UP COSTS; (V) DAMAGE TO PROPERTY OWNED BY, IN THE POSSESSION OF, OR LEASED BY CUSTOMER GROUP OR THE WELL OWNER, IF DIFFERENT FROM CUSTOMER [THE TERM "WELL OWNER" SHALL INCLUDE WORKING AND ROYALTY INTEREST OWNERS AND THE OWNER OF ANY LAND AND OIL/GAS PRODUCTION FACILITIES OR PIPELINES, DRILLING RIG/VESSEL, PLATFORMS OR OTHER STRUCTURE AT OR WITHIN 500 METERS OF THE WELL SITE] AND THIRD PARTIES; (VI) LOSS OR DAMAGE RESULTING FROM FAILURE OF CUSTOMER GROUP'S PRESSURE CONTROL EQUIPMENT AND/OR DEVIATION FROM WELLBORE'S PRESSURE CONTROL STANDARD AT CUSTOMER'S REQUEST; OR (VII) LOSS OF OR DAMAGE TO WELLBORE GROUP'S PROPERTY OR PRODUCTS, INCLUDING BUT NOT LIMITED TO, RECOVERY, REPAIR AND REPLACEMENT EXPENSES, WHEN SUCH LOSS OR DAMAGE OCCURS: (A) IN THE HOLE OR BELOW THE ROTARY TABLE, (B) WHILE IN TRANSIT [IS BEING MOVED ON ANY FORM OF TRANSPORTATION OWNED OR FURNISHED BY CUSTOMER], (C) WHILE LOCATED AT THE WELLSITE WHERE WELLBORE PERSONNEL ARE NOT PRESENT, (D) AS A RESULT OF IMPROPERLY MAINTAINED SERVICE ACCESS ROADS TO THE WELL SITE OR AS A RESULT OF THE INFERIOR CONDITION OF LEASE ROADS ON THE SITE, OR (E) WHILE BEING USED BY OR WHILE UNDER THE CUSTODY OR CONTROL OF ANY PERSON OTHER THAN A WELLBORE EMPLOYEE, WHETHER IN AN EMERGENCY OR OTHERWISE. WITH RESPECT TO (A) ABOVE, THE PROPERTY AND PRODUCTS WILL BE VALUED AT THEIR RESPECTIVE NEW LANDED REPLACEMENT COST OR, IF IRREPARABLE, AT REPAIR COST PLUS HANDLING AND TRANSPORTATION TO WELLBORE'S DESIGNATED LOCATION. RENTAL CHARGES ON THE EQUIPMENT LOST OR DAMAGED IN THE HOLE SHALL CONTINUE TO BE PAID UP TO AND INCLUDING THE DATE ON WHICH WELLBORE RECEIVES NOTICE IN WRITING OF THE LOSS OR DAMAGE.


Wellbore Integrity

## GENERAL TERMS AND CONDITIONS

c.   APPLICATION OF INDEMNITIES.  THE ASSUMPTION OF LIABILITY AND INDEMNITIES IN SECTIONS 9.a AND 9.b ABOVE SHALL APPLY TO ANY INJURY, ILLNESS, DEATH OR CLAIM ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT AND/OR THE WORK PROVIDED HEREUNDER, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, UNSEAWORTHINESS, STRICT LIABILITY, ULTRA HAZARDOUS ACTIVITY, BREACH OF EXPRESS OR IMPLIED WARRANTY, IMPERFECTION OF MATERIAL, DEFECT OR FAILURE OF EQUIPMENT, DEFECT OR "RUIN" OR OTHER CONDITION OF PREMISES, INCLUDING ANY CONDITIONS THAT PRE-EXIST THESE GENERAL TERMS AND CONDITIONS OR THE CONTRACT, OR THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF EITHER PARTY'S GROUP.

d.   Anti-Indemnity and Insurance Savings Clause. If any defense, indemnity or insurance provision contained in the Contract conflicts with, is prohibited by or violates public policy under any law determined to be applicable to a particular situation arising from or involving any Work hereunder it is understood and agreed that the Contract be, construed, or existing provision shall be deemed automatically amended in that situation to the extent, but only to the extent, necessary to be in compliance with such applicable law.

14.   INCIDENTAL OR CONSEQUENTIAL DAMAGES.
IT IS EXPRESSLY AGREED THAT THE WELLBORE GROUP SHALL NOT BE LIABLE TO THE CUSTOMER GROUP FOR ANY PUNITIVE, INCIDENTAL, CONSEQUENTIAL, INDIRECT OR SPECIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, ANY LOSS OF PROFITS, BUSINESS INTERRUPTION, OR LOSS OF USE, LOSS OR DEFERRAL OF PRODUCTION, LOSS OF THE TIME, LOSS OF DATA OR SAMPLES, OR LOSS RESULTING FROM DELAY, WHETHER DIRECT OR INDIRECT, SUFFERED BY CUSTOMER GROUP, REGARDLESS OF THE SOLE, JOINT, ACTIVE, PASSIVE, GROSS OR CONCURRENT NEGLIGENCE, STRICT LIABILITY, BREACH OF CONTRACT OR DUTY, OR OTHER FAULT OF ANY MEMBER OF WELLBORE GROUP.  CUSTOMER SHALL WAIVE, RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS WELLBORE GROUP FROM AND AGAINST ANY AND ALL CLAIMS IN VIOLATION OF THIS SECTION 10.

15.   INSURANCE.  Each party, its indemnitor agrees to support this indemnity obligations it assumes under these General Terms and Conditions, by obtaining at its own cost, adequate insurance for the benefit of the other party and its Group as indemnitees with contractual indemnity endorsements. To the extent each party assumes liability hereunder, such insurance shall waive subrogation against the indemnified Group and its insurers and name the indemnified Group as additional insured(s) and loss payee but only to the extent of liabilities assumed herein by the indemnifying party, and to the same extent such coverage shall be primary to that carried by the indemnified Group Customer shall not self-insure without the written consent of Wellbore Notwithstanding the above, to the extent,  and only to the extent, that the Texas Oilfield Anti Indemnity Act (TOAIA) applies to these General Terms and Conditions, the Contract or the Work, and would render void, unenforceable or void any obligations hereunder, including those set forth in section 9 above each party agrees t carry supporting insurance in equal amounts of the types and in the minimum amount required by the TOAIA. Where a party's insurance deficient or unavailable for any reason, then such party agrees and shall be deemed to have approved self-funded or self-insurance to the amount of the parties herein so that the party to whom indemnity is owed hereunder will receive the benefit of such indemnity regardless of events that may happen, which could affect the insurance required to be obtained by the indemnifying party, after the Contract is entered into by Wellbore and Customer.

16.   LIMITATION OF LIABILITY  Notwithstanding anything to the contrary herein except as provided under section 9.a.1 above, Wellbore's liability arising from or in connection with the Contract [whether for indemnity, breach of contract or duty, negligence (whether sole, joint, active, passive, gross or concurrent), strict liability or otherwise] shall not in any circumstances exceed the full value of the consideration owed to Wellbore under the Contract.

17.   EMPLOYEE SOLICITATION.  Except with the prior written consent of Wellbore Customer shall not directly, indirectly or through third parties solicit, recruit or induce any Wellbore employee, consultant or representative to leave, terminate or otherwise end his/her association with Wellbore  in order to become an employee, consultant or representative of Customer Group until at least one (1)  year has elapsed from Customer s receipt of the final invoice for the Work

18.   INTELLECTUAL PROPERTY.  Wellbore owns all rights to the proprietary  intellectual property embodied in its Work or which are created in the course of providing such Work to Customer.  Wellbore does not transfer any ownership rights in such intellectual property to Customer and Customer shall not reverse engineer or cause any Wellbore property or Products to be reverse engineered without Wellbore's express written consent.  Wellbore will be liable for intellectual property infringements arising arising out of Customer's normal use of Wellbore's Work but will not be liable for infringement that arises (i) out of Customer's use of Wellbore Work in combination with work  products or services not p ovided by Wellbore (ii) where Wellbore Work has



been specially modified, designed and/or manufactured to meet Customer s spec ficationc [ ] out of unauthorized additions or modifications to Wellbore Work, or (iv) where Customer's use of Wellbore Work does not correspond to Wellbore  published standards or specifications Any Claim for intellectual property infringement  shall be brought to Wellbore in writing within ten (10)  calendar days of service on  Customer or the indemnity shall be void

19   MISCELLANEOUS.
a.   Orders  Wellbore reserves the right to accept or reject any Order issued by Customer or any request for Work under a previously agreed Order
b.   Force Majeure  Wellbore shall not be liable for any delays or non performance due to governmental regulation, labor disputes hostile action, weather for acts of  God or any other causes beyond the reasonable control of Wellbore.
c.   Governing Law  If Work is furnished offshore or on navigable waters, General Maritime laws sha  govern the Contract, in those instances where the General Maritime Law does not apply the laws of the State of Texas sha  apply and govern the validity, interpretation, and performance of the Contract.
d.   Severability  Should any clause, sentence, or part of these Genera  Terms and Conditions be held invalid, such holding shall not invalidate the remainder, and the General Terms and Conditions shall be interpreted as if the invalid clause, sentence, or part has been modified or omitted, if necessary, as required to conform to the jurisdiction purporting to limit such provision
e.   Compliance with laws, Customer and Wellbore respectively agree to comply  with all own  statutes, codes, rules, and regulations, which are now or may become applicable to operations covered by these General Terms and Conditions or arising out of the performance of the Work

20.   GENERAL COMMERCIAL CONDITIONS. Commercial conditions  prices and technical specifications for the Work shall be documented in an Order Unless otherwise set forth in the relevant Order or otherwise agreed to in writing by Wellbore, the following commercial conditions shall apply.
a    Product sales are fina  Orders placed by Customer and accepted by Wellbore  can only be canceled with Wellbore's written consent
b   Return of Rentals  Rentals must meet the specifications set forth in the Order for return at the end of the rental period, and Wellbore may verify compliance at  the time of return to Wellbore's designated facility  If Rentals do not meet the specifications at the time of return, they shall, at Wellbore s sole discretion, be  sold to Customer AS-IS, WHERE IS AND WITHOUT WARRANTY, at then current rates for sale of the same  and will be returned to Customer at Customer's cost  Any waste found in Rentals upon return to Wellbore will be returned to Customer  or disposed of at Customer's cost
c   Buy Back of Fluids  Where buy back of Fluids is agreed, buy back is conditioned on Fluids meeting the minimum specifications upon return to  Wellbore's designated facility  Buy-back is also subject to space availability at Wellbore's designated facility. Fluids not meeting the minimum specifications will be returned to Customer at Customer s cost
d   Pricing Changes.  Wellbore has the right to revise pricing applicable to the Work  at any time, excluding without limitation (i) whenever Wellbore determines that market conditions support such revises, and (ii) whenever Wellbore determines  it has been impacted by an increase in the cost of providing products and/or services including commodities, trucking, labor, materials and/or ancillary products,  materials or services related thereto (as well as associated taxes and tariffs), regardless of variation from any pre-job quotes, orders, estimates or the like that  may have been submitted by Wellbore  Such revisions may be adjusted post  job in accordance with the actual prices.
e   Pricing exclusions  Quoted pr ces do not include any of the following items, which may be charged as determined by Wellbore for a given scope of work, and shall  not be considered an exhaustive list: (i)  mobilization and demobilization fees; vi  stand-by (or crew and equipment) fees and demurrage (incurred by Wellbore  Group  which shall apply in any and all circumstances other than when due to the sole fault of Wellbore, vi  third party reimbursable fees of 20% [ r as may  otherwise be specified  n Wellbore s applicable piece  ist   v  fuel sur harges  (as  may be specified   Wellbore s applicable piece r ce) and subject to further  adjustment based on the US Energy Information Administration  n [EIA] for US Retail On-Highway Diesel) and transportation charge  fees, and (iv) cancellation fees,  return/restocking fees and buy-back fees
f   Additional Work. Backup tools  additions  ervice, products and new technology items that are not specifically included in the work scope descr bed  the Order  sha  be quoted upon request

21.   EXPORT COMPLIANCE. Customer  s advised that Work provided under the Contract  subject to the U.S Export Administration Regulations  and other laws controlling U S laws  and regulations is prohibited. Customer agrees not to directly or indirectly export, reexport, or transmit the Work to any country or end user  or for any end use  that is prohibited by  any applicable U S  law or regulation (including without limitation to those countries, from  time to time  subject to embargo by the U S  government)  Additionally Customer agrees  not to directly or indirectly export, import, transmit, or use the Work contrary to the laws  or regulations of any other governmental entity that has jurisdiction over such export,  import, transmission, or use   Customer represents and warrants that neither the United  States Bureau of Industry and Security nor any other governmental agency has  suspended,

**GENERAL TERMS AND CONDITIONS**

revoked, or denied Customer's export privileges.   Customer agrees not to use or transfer the Work for any use relating to nuclear, chemical, or biological weapons, or missile technology unless authorized by the U.S. government by regulation or specific written license.



22.   PUBLICITY. Unless required by applicable laws, rules or regulations, neither party shall, or otherwise permit or cause any member of its Group to, issue or publish any press release or make any public statements or publicize any information with respect to (i)the contents of these General Terms and Conditions, (ii) the Work contemplated to be performed under the Contract, and/or (iii) any transactions or occurrences arising as a result of the Work, without the prior written approval of the other party. Furthermore, the parties agree to confer with each other prior to any publication of any such information and to set forth such agreement in a separate writing.

23.   CONFIDENTIALITY. Customer agrees to hold in strict confidence all information provided by Wellbore Group to customer all of which a Wellbore confidential information. Customer will not disclose such confidential information to any third party without written authorization from Wellbore, or except as required by law or legal process.

24.   WELLBORE ENTITIES. In the event that the parties enter into an Order subject to these General Terms and Conditions. Customer and Wellbore agree, and it is the intent of these General Terms and Conditions that the parties identified herein as Wellbore shall not be jointly liable and shall only be severally liable to the extent of their respective obligations and liabilities hereunder.   The specific party identified as Wellbore in the applicable Order shall be the party responsible for the applicable Work. Each Wellbore entity shall not be deemed a guarantor or surety with respect to the other Wellbore entities' obligations and liabilities. This provision shall not impair Wellbore Group's rights under Customer's indemnity and hold harmless obligations provided herein.

MRT_M1011667 2020-05-06 09 11 21.pdf

# DRILCO

Material Receiving Ticket

MRT #: M1011667

Customer Ref #: R# 202-769

Job #: J1009211

| Customer Name: 1001806B-FIELDWOOD ENERGY, LLC | Bill Inspection to: FIELDWOOD ENERGY, LLC | Rig (Name/No): Rowan Resolute |
|---|---|---|
| Operator: | Contact Person: Kris Kimble | Bill Repair to: FIELDWOOD ENERGY, LLC |
| Contact Person: Kris Kimble | Contact Phone: 713-969-1329 | Email: kris.kimble@fwellc.com |
| Created Date: Thu Oct 10 15:08:12 GMT 2019 | Created By: Alonzo Brown | DRILCO Location: Port Fourchon |
| Rig Operator: | Bill Welding to: FIELDWOOD ENERGY, LLC | |

**Special Instructions**

**Equipment Details**

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dept Type |
|---|---|---|---|---|---|---|
| 1 | 80 | Drill Pipe-STD 6 5/8 47.035 / .750 V-150 R3 - 6 5/8 FH Box x 6 5/8 FH Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 1:

| Shop Inspection | Repair | Welding | Storage | Mining Protectors | | |
|---|---|---|---|---|---|---|
| | | | | Box | 0 | |
| | | | | Pin | 0 | |

MRT M101607 2020-05-06 09 11 21.pdf

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 2 | 70 | Drill Pipe-STD 5 19.50# /.362 S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 2:

Shop Inspection

| Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|
| | | | Box | 0 |
| | | | Pin | 0 |

Details of Product Received:

| Item | Qty | Item Description | Owner Type | Owner | Services to be performed | Dope Type |
|---|---|---|---|---|---|---|
| 3 | 94 | Drill Pipe-STD 5 23.50# S-135 R2 - XT 50 Box x XT 50 Pin | Rig Owned | Rowan Resolute | Storage | |

Additional comment for tool type received:

Summary of services to be provided on Item 3:

Shop Inspection

| Repair | Welding | Storage | Missing Protectors | |
|---|---|---|---|---|
| | | | Box | 0 |
| | | | Pin | 0 |

# DRILCO

INSPECTION SERVICES

BILLING AUTHORIZATION

AUTHORIZATION NUMBER

| | | | | | | | | OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER: | VALARIS | | DATE: | 6/15/2020 | | P.O. NO. | | |
| | | | OPERATOR | TEMENCE OAKSFIELD | | CUSTOMER CODE: | | |
| | | | CONTRACTOR/RIG: | ROWAN RESOLUTE | | STATE CODE | 1256 | AREA 05 |
| WORK ORDER # | J1009211 | | LOCATION | GC-200 | | | | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY | LAFOURCHE | | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE CODE | UNIT PRICE | TOTAL EXTENSION |
|---|---|---|---|---|---|
| 80 | | INSPECTED 80 JOINT OF 6 5/8 47.05 # V-150 RANGE-3  DRILL PIPE | 80 | $82.00 | $6,560.00 |
| | | WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS | | | $0.00 |
| | | WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL. | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |

TIME BREAK DOWN:

| SUBTOTAL | |
|---|---|
| | $6,560.00 |

| DEPART FOR JOB: | AM | ARRIVE AT JOB: | AM PM | INSPECTION REPORT(S): |
|---|---|---|---|---|
| SERVICE HOURS: | | | | SHOP ORDER J1009211 |
| DEPART FOR JOB: | AM PM | CHARGEABLE: | HRS | |
| | | NON-CHARGEABLE: | HRS | |
| CUSTOMER'S SIGNATURE: | | DATE: | 6/15/2020 | INSPECTED BY: TERRANCE RON LANCE JUSTIN NICK JOSH |

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.

COMMENTS **THANK YOU**_____

I000I382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_17_33V4-2.pdf Summary Report

Summary Report #: I000I382

# DRILCO

Job #: J1009211

Work Order #: WI013419

Customer Ref #: R# 202-769

INSPECTED 80 JOINTS OF 6 5/8 47.05 .750 WALL V-150 RANGE-3 DRILL PIPE
WITH 6 5/8 FH CONNECTION. INSPECTED TO DS-1 CATEGORY 5 SPECS
WITH FULL LENGTH UT-2 ON TUBES AT 95% REMAINING WALL.

42 JOINTS HAVE PREMIUM TUBES (WALLS ARE GREATER THAN 95%) 3
WHITE BANDS ON PIN END OF TUBES & 1 WHITE BAND IN CENTER OF TUBES.

38 JOINTS HAVE PREMIUM TUBES (WALLS ARE ARE GREATER THAN 95%) BUT
NEED CONNECTION REPAIRS.

8 MACHINE REFACE BOXES
16 RECUT BOXES
14 MACHINE REFACE PINS
6 RECUT PINS

NOTES
HARDBAND PRESENT ON BOX AND PIN TOOL JOINTS (RAISED)
ID COATING CLASSIFIED #1 CONDITION)
JET-LUBE KOPR KOTE THREAD COMPOUND WAS APPLIED TO ALL PREMIUM CONNECTIONS.

1000382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05  7.50 V-150 RG III DP 06-15-20 2020-06-15_16_21 21V4 2.pdf Final

# DRILCO

## Final Inspection Report #: 1000382

Job #: 1100921

Work Order #: W10/3419

Customer Ref #: R# 202-769

### Billing Information

| Field | Value |
|---|---|
| Date | 06/15/2020 |
| Customer Name | 1001808 8-FIELDWOOD ENERGY, LLC |
| Ordered By | Kris Kimble |
| Rig Name | Rowan Resolute |
| Location | GC-200 |
| Well | TA-3 |
| OCS-G | 12209 |
| AFE | |
| WBS | |
| Quote# | |
| Work Order # | W10/3419 |
| PO # | |
| Inspected @ | Port Fourchon |

#### Tube Spec's

| Field | Value |
|---|---|
| Size | 6 5/8 |
| Grade | V-150 |
| Weight | 47.05 / 7.50 |
| Nominal Wall | 0.750 |
| Min Wall | 0.712 |

#### Tool Joint Spec's

| Field | Value |
|---|---|
| New OD | 8 1/2 |
| Min OD | 8.5/64 |
| Min TS Box | 6 5/8 |
| Min TS Pin | 6 1/16 |
| Recommend HB | Yes |
| Range III III | III |
| Connection | 6 5 /8 FH |

### Inspection & Services Performed

| | |
|---|---|
| Total Indexed Runout (TIR) of connections performed | |
| Cleaning Service Brush OD / ID Full Length | |
| Wet Magnetic Inspection Stress Area's Box and Pin Ends ( OD ) | |
| Cleaning Service Waterblast OD / ID Full Length | |
| Clean, Visual Inspection Connections, Measure & Record OD, ID & Length of Tool Js | X |
| Visual Tube Body, OD Gage, UT Center Wall, Ultrasonic Tube Full Length | X |
| Clean, Wet Magnetic Inspection Connections, Measure & Record OD, ID & Length of Tool Js | X |
| Wet Magnetic Inspection of Re-Machined Connections | X |
| Visual Tube Body, OD Gage, UT Center Wall, EMI Tube Full Length | X |
| Dry Magnetic Inspection Stress Area's Box and Pin Ends ( ID ) | X |
| Reverse Magnetic Field Full Length | X |
| Ultrasonic Inspection Tube Area's Box and Pin Ends ( OD ) | X |

### Box Tool Joint

| Code | | Count | Description |
|---|---|---|---|
| OK | OK | 56 | OK DRILCO |
| MRF | MRF | 8 | Machine Re-face |
| GT | GT | 0 | Galled Thread(s) |
| DT | DT | 1 | Damage Thread(s) |
| WT | WT | 1 | Worn Thread(s) |
| FT | PT | 13 | Prited Thread(s) |
| SWB | SWB | 0 | Swelled Nose |
| CT | CT | 0 | Cracked Thread(s) |
| DS | DS | 1 | Damage Shoulder |
| BM | BM | 0 | Benchmark at Min |
| FS-M | FS-M | 0 | Prited Seal(s) |
| DS-M | DS-M | 0 | Damaged Seal(s) |
| HC | HC | 0 | Heat Checking |
| F | F | 0 | Flush Hardband |
| W | W | 0 | Worn Hardband |
| B | B | 0 | Broken Hardband |

### Pin Tool Joint

| Code | Count | Description |
|---|---|---|
| OK | 60 | Total Conns |
| MRF | 14 | OK DRILCO |
| GT | 0 | Machine Re-face |
| DT | 1 | Galled Thread(s) |
| WT | 0 | Damage Thread(s) |
| PT | 4 | Worn Thread(s) |
| SWN | 0 | Prited Thread(s) |
| CT | 0 | Swelled Nose |
| DS | 0 | Cracked Thread(s) |
| BM | 1 | Damage Shoulder |
| FS-M | 0 | BM at Minimum |
| DS-M | 0 | Prited Seal(s) |
| HC | 0 | Damaged Seal(s) |
| F | 0 | HC Tool Jt |
| HC | 0 | HB Repairs |
| W | 0 | Flush Hardband |
| B | 0 | Bent Joint(s) |
| | | Flaking ID Coating |

### Total Count

| Description | Count |
|---|---|
| Total Joints Inspected | 80 |
| 100% And Greater Remaining Wall | 9 |
| 95.0% - 99.9% Remaining Wall | 71 |
| 90.0% - 94.9% Remaining Wall | 0 |
| 80.0% - 89.9% Remaining Wall | 0 |
| Bent Tube(s) - NOT INSPECTED | 0 |
| Class # 3 Rejected Joints | 0 |
| Class # 2 Rejected Joints | 0 |
| Total Premium Joints | 0 |
| Total Premium Joints | 80 |
| Total DownGrade Joints | 0 |
| Total Premium Ready Joints | 42 |
| Total Repair Joints | 38 |
| Rehardband Joints | 0 |
| Total DBR Joints | 0 |
| Current Premium Ready | 42 |
| Outstanding Repair Joints | 38 |
| Current Downgrade Joints | 0 |

### MRF Classifications

| Classification | Code | Box | Pin | Totals |
|---|---|---|---|---|
| Cut Shoulder | MRF-CS | 0 | 0 | 0 |
| Prited Shoulder | MRF-PS | 0 | 3 | 3 |
| Snubbing Damage | MRF-SD | 0 | 2 | 2 |
| Un-uge Shoulder | MRF-UNS | 0 | 0 | 0 |
| Galled Shoulder | MRF-GS | 6 | 11 | 17 |
| Modfured By | | | | |

### Joint Class Entries

| Class | Code |
|---|---|
| Premium | |
| Bent Tube | BT |
| Class 2 Reject | |
| Class 3 Reject | |

Specification Used: DS-1 Category S+FLUTT 2

### Inspected by

- Dominic Patterson
- Joshua Ritter
- Terrance Chatfield
- Ron Leblanc

Re-Inspected by

Inspector's Comments

Material Belongs To ROWAN
White Lite Reading: SD-S1
U.V. Meter Reading: 1750-2360

Note: ( ) mark shows that JTJ-ess No. has comment.

1000182 FIELDWOOD ENERGY, LLC Rowan Readline 80 JTS 6.625 47.05  750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf Final

| JT Run No. | Serial Number (1) | Serial Number (2) | Min Wall | Bent Joint | Flaking ID Ctg | Box TJ OD | Box TJ ID | Box Bevel Dia. | Box Length | Box Tong Space | Box Conn Cond | Box Conn After Repair | Box Insp Date | Box TJ HC | Box Hardband OD | Box HB Height | Pin TJ OD | Pin TJ ID | Pin Bevel Dia | Pin Length | Pin Tong Space | Pin Conn Class | Pin Conn After Repair | Pin Insp Date | Pin TJ HC | Pin Hardband OD | Pin HB Height | Tube Classification | RBW°% | S-S Length | Jt Class - Initial | Final Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAR-06941 | AACGND 0141 | 0.737 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 98.27 | 43.87 | PRM | PRM |
| 2 | NAR-06975 | AACGND 0175 | 0.730 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-PS | | | | OK | | P | 100.00 | 43.74 | RPR | RPR |
| 3 | NAR-06872 | AACGND 0072 | 0.717 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 8 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 95.80 | 43.84 | RPR | RPR |
| 4 | NAR-06912 | AACGND 0112 | 0.747 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 95.60 | 43.94 | PRM | PRM |
| 5 | NAR-07012 | AACGND 0012 | 0.743 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | GT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.27 | 43.94 | RPR | RPR |
| 6 | NAR-07011 | AACGND 0011 | 0.743 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | | | | OK | | P | 99.27 | 43.64 | RPR | RPR |
| 7 | NAR-07012 | AACGND 0007 | 0.741 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.27 | 43.44 | RPR | RPR |
| 8 | NAR-06817 | AACGND 0036 | 0.744 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | | | | OK | | P | 98.80 | 43.85 | PRM | PRM |
| 9 | NAR-06816 | AACGND 0016 | 0.740 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | | | | OK | | P | 99.20 | 43.83 | PRM | PRM |
| 10 | NAR-06882 | AACGND 0082 | 0.727 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 99.30 | 43.83 | PRM | PRM |
| 11 | NAR-06959 | AACGND 0159 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | MRF-GS | | | | OK | | P | 98.61 | 43.87 | RPR | RPR |
| 12 | NAR-06072 | AACGND 0172 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-GS | | | | OK | | P | 97.60 | 43.83 | PRM | PRM |
| 13 | NAR-06900 | AACGND 0100 | 0.739 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | OK | | | | OK | | P | 100.27 | 43.82 | PRM | PRM |
| 14 | NAR-06818 | AACGND 0018 | 0.733 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | | | | OK | | P | 98.53 | 43.83 | PRM | PRM |
| 15 | NAR-06850 | AACGND 0050 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 98.00 | 43.75 | RPR | RPR |
| 16 | NAR-06897 | AACGND 0097 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | PT | | | | OK | | P | 98.00 | 43.84 | PRM | PRM |
| 17 | NAR-06981 | AACGND 0181 | 0.733 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 11 | VPT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.47 | 43.81 | PRM | PRM |
| 18 | NAR-06910 | AACGND 0110 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | | | | OK | | P | 100.27 | 43.89 | RPR | RPR |
| 19 | NAR-06956 | AACGND 0156 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.17 | 43.88 | PRM | PRM |
| 20 | NAR-06944 | AACGND 0144 | 0.735 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 99.60 | 43.52 | PRM | PRM |
| 21 | NAR-06938 | AACGND 0138 | 0.737 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | | | | OK | | P | 97.60 | 43.66 | PRM | PRM |
| 22 | NAR-07020 | AACGND 0220 | 0.734 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 97.87 | 43.73 | PRM | PRM |
| 23 | NAR-06850 | AACGND 0060 | 0.743 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.73 | 43.66 | RPR | RPR |
| 24 | NAR-06944 | AACGND 0024 | 0.724 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | | | | OK | | P | 99.07 | 43.80 | RPR | RPR |
| 25 | NAR-07064 | AACGND 0094 | 0.724 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | | | | OK | | P | 99.07 | 43.38 | PRM | PRM |
| 26 | NAR-07008 | AACGND 0208 | 0.748 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 99.00 | 43.70 | RPR | RPR |
| 27 | NAR-06839 | AACGND 0039 | 0.729 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | DS | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 97.20 | 43.98 | PRM | PRM |
| 28 | NAR-06985 | AACGND 0185 | 0.719 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 1/2 | PT | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/4 | BM | | | | OK | | P | 97.60 | 43.88 | RPR | RPR |
| 29 | NAR-06998 | AACGND 0155 | 0.732 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | MRF-GS | | | | OK | | P | 99.73 | 43.74 | RPR | RPR |
| 30 | NAR-07003 | AACGND 0203 | 0.750 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 100.00 | 43.87 | PRM | PRM |
| 31 | NAR-07003 | AACGND 0222 | 0.750 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 3/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | MRF-GS | | | | OK | | P | 97.60 | 43.91 | RPR | RPR |
| 32 | NAR-06985 | AACGND 0032 | 0.724 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 9 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | | | | OK | | P | 44.10 | 43.88 | RPR | RPR |
| 33 | NAR-06915 | AACGND 0115 | 0.730 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 | MRF-GS | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | PT | | | | OK | | P | 94.53 | 43.75 | RPR | RPR |
| 34 | NAR-06968 | AACGND 0168 | 0.730 | 1 | | 8 1/2 | 4 1/4 | 7 45/64 | 5 7/8 | 10 1/4 | OK | | | | OK | | | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | | | | OK | | P | 97.33 | 43.85 | PRM | PRM |

1000 1382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6 623 47.85 / 750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4 2 pdf final

| # | Serial | Code | | | | | | | | | | | | | | | | | | | | |
|---|--------|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NAR 06991 | AACGND 0191 | 0.712 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 97.60 | 43.80 | RPR |
| 36 | NAR 06876 | AACGND 0076 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 96.53 | 43.94 | PRM |
| 37 | NAR 06930 | AACGND 0120 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | RPR | OK | P | 96.53 | 43.85 | RPR |
| 38 | NAR 06964 | AACGND 0164 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 99.87 | 43.83 | RPR |
| 39 | NAR 06994 | AACGND 0094 | 0.756 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | RPR | OK | P | 100.80 | 43.94 | RPR |
| 40 | NAR 06913 | AACGND 0113 | 0.738 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 99.40 | 43.82 | RPR |
| 41 | NAR 07028 | AACGND 0228 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 96.47 | 43.94 | RPR |
| 42 | NAR 07029 | AACGND 0229 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | PT | OK | P | 98.40 | 43.76 | RPR |
| 43 | NAR 06914 | AACGND 0134 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | MRF-GS | OK | P | 97.87 | 43.64 | PRM |
| 44 | NAR 06971 | AACGND 0171 | 0.749 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 98.13 | 43.73 | PRM |
| 45 | NAR 06973 | AACGND 0075 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | RPR | OK | RPR | 99.87 | 43.73 | PRM |
| 46 | NAR 06864 | AACGND 0064 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | MRF-PS | OK | P | 97.20 | 43.77 | RPR |
| 47 | NAR 06902 | AACGND 0162 | 0.731 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/2 | OK | OK | P | 96.40 | 43.70 | PRM |
| 48 | NAR 06881 | AACGND 0161 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 8 3/4 | MRF-SD | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 97.47 | 43.80 | PRM |
| 49 | NAR 06889 | AACGND 0224 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | MRF-SD | OK | P | 99.60 | 43.94 | PRM |
| 50 | NAR 06948 | AACGND 0148 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 99.60 | 43.94 | RPR |
| 51 | NAR 06990 | AACGND 0190 | 0.747 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 | MRF-GS | OK | P | 100.00 | 43.73 | RPR |
| 52 | NAR 06966 | AACGND 0166 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 99.60 | 43.73 | RPR |
| 53 | NAR 06994 | AACGND 0094 | 0.719 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 11 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 100.00 | 44.00 | PRM |
| 54 | NAR 06973 | AACGND 0173 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | OK | P | 98.53 | 44.00 | PRM |
| 55 | NAR 06841 | AACGND 0041 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 8 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 96.80 | 43.83 | PRM |
| 56 | NAR 06807 | AACGND 0007 | 0.739 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | OK | P | 98.53 | 43.80 | PRM |
| 57 | NAR 06724 | AACGND 0224 | 0.734 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 1/2 | OK | OK | P | 97.87 | 43.80 | PRM |
| 58 | NAR 06948 | AACGND 0148 | 0.723 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 8 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | DT | OK | P | 96.40 | 43.75 | PRM |
| 59 | NAR 07016 | AACGND 0216 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 98.93 | 43.75 | PRM |
| 60 | NAR 06882 | AACGND 0062 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 1/4 | OK | OK | P | 98.80 | 43.94 | PRM |
| 61 | NAR 06960 | AACGND 0011 | 0.715 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | PT | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | OK | OK | P | 98.00 | 43.83 | PRM |
| 62 | NAR 06811 | AACGND 0044 | 0.718 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 3/4 | OK | OK | P | 95.73 | 43.87 | RPR |
| 63 | NAR 06859 | AACGND 0059 | 0.742 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 98.67 | 43.87 | RPR |
| 64 | NAR 06888 | AACGND 0088 | 0.753 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 98.93 | 43.78 | PRM |
| 65 | NAR 06859 | AACGND 0059 | 0.743 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 43.83 | 43.83 | PRM |
| 66 | NAR 06825 | AACGND 0025 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | DT | OK | P | 43.78 | 43.85 | PRM |
| 67 | NAR 06846 | AACGND 0046 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 | OK | OK | P | 43.74 | 43.85 | PRM |
| 68 | NAR 06976 | AACGND 0176 | 0.725 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 3/4 | MRF-GS | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 3/4 | OK | OK | P | 99.73 | 43.85 | RPR |
| 69 | NAR 07000 | AACGND 0200 | 0.727 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | PT | PT | OK | P | 99.20 | 43.65 | RPR |
| 70 | NAR 06904 | AACGND 0104 | 0.713 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 9 3/4 | OK | OK | P | 94.93 | 43.69 | PRM |
| 71 | NAR 06853 | AACGND 0053 | 0.726 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/2 | PT | OK | P | 95.07 | 43.64 | PRM |
| 72 | NAR 06954 | AACGND 0154 | 0.733 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/2 | MRF-SD | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | MRF-GS | OK | P | 96.53 | 43.64 | PRM |
| 73 | NAR 06711 | AACGND 0215 | 0.741 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 97.73 | 43.64 | PRM |
| 74 | NAR 06811 | AACGND 0071 | 0.748 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 11 | OK | OK | P | 96.80 | 43.67 | PRM |
| 75 | NAR 06970 | AACGND 0170 | 0.750 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 8 1/2 | OK | OK | P | 99.73 | 43.87 | PRM |
| 76 | NAR 07015 | AACGND 0217 | 0.744 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 3/4 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 100.00 | 43.69 | PRM |
| 77 | NAR 06855 | AACGND 0095 | 0.735 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 10 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | 10 1/4 | OK | OK | P | 99.20 | 43.90 | PRM |
| 78 | NAR 06802 | AACGND 0002 | 0.724 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 7/8 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | OK | OK | OK | P | 96.53 | 43.94 | PRM |
| 79 | NAR 06978 | AACGND 0178 | 0.745 | 1 | 8 1/2 | 4 1/4 | 7 45/64 | 9 1/2 | OK | OK | 8 1/2 | 4 1/4 | 7 45/64 | 4 15/16 | OK | OK | OK | P | 95.33 | 43.85 | RPR |

Note: (*) marks show that JTBox No. has comments.

10G01382 FIELDWOOD ENERGY, LLC Rowan Resolute 80 JTS 6.625 47.05 / .750 V-150 RG III DP 06-15-20 2020-06-15_16_21_21V4.2.pdf/Final

| 80 | NAR 06837 | A-ICGND 0037 | 0.730 | 1 | 8 1 2 | 4 1 4 | 7-45 64 | 5 7 8 | 9 3 4 | OK | | | OK | 8 1/2 | 4 1 4 | 7-45/64 | 4 15 16 | 10 1 4 | OK | | | OK | P | 97.33 | 43.77 | PRM | PRM |

Note: (1) mark show our /Tiltan No. has correctn

# DRILCO

INSPECTION SERVICES
BILLING AUTHORIZATION

| CUSTOMER: | VALARIS | | DATE: | 6/11/2020 | P.O NO | | AUTHORIZATION NUMBER | |
|---|---|---|---|---|---|---|---|---|
| | | | OPERATOR | | CUSTOMER CODE: | | | OFFICE USE ONLY |
| JOB # | J3009211 | | CONTRACTOR/RIG: | RESOLUTE | STATE CODE | S | | |
| WORK ORDER # | | | LOCATION | GC 200 | AREA | 1256 | | |
| AUTHORIZED BY | KRIS KIMBLE | | COUNTY/STATE | LAFOURCHE,LA | CUSTOMER REF# | | | |

| QTY | ACCOUNTING CODE | DESCRIPTION | CHARGE | CODE | UNIT PRICE | TOTAL   EXTENSION |
|---|---|---|---|---|---|---|
| 160 | | FLAPPED (160) 6 5/8 FH CONNECTIONS ON (80) JOINTS OF 6 5/8 RANGE 3 47# DRILL PIPE | | 160 | $8.00 | $1,280.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

| TIME BREAK DOWN: | | | SUBTOTAL | |
|---|---|---|---|---|
| | | | | $1,280.00 |

DEPART FOR JOB:_____ ☐ AM   PM   ARRIVE AT JOB._____ AM   PM   INSPECTION REPORT(S):
SERVICE HOURS:                                                                    J3009211
DEPART FOR JOB:_____ ☐ AM   PM   CHARGEABLE _____ HRS
                                       NON-CHARGEABLE _____ HRS
CUSTOMER'S SIGNATURE._____ DATE._____   INSPECTED BY  NICK, JOSH

SELLER'S TERMS CONTROL - THE SERVICES AND/OR GOODS DESCRIBED HEREIN ARE SOLD OR PROVIDED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF AND SELLER'S
TERMS AND CONDITIONS CONTAINED IN ITS MOST RECENT PRICE LIST AND/OR PRICE BOOK, WHICH SHALL CONTROL IN THE EVENT OF ANY CONFLICT.
COMMENTS _____

RECEIVED THE ABOVE SERVICES OR MATERIALS AND WE HEREBY AGREE THAT SMITH INTERNATIONAL, INC., IS NOT LIABLE FOR DAMAGES, INJURIES OR LOSS OF ANY NATURE RESULTING DIRECTLY OR
INDIRECTLY FROM SERVICES PROVIDED

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit: 10013   OPEN
Req ID:0000235550
Date: 05/09/2020
Page   1

Attention: SERVICE-RIG / ASSET MANAGE

REQ Type        ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 10 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNLOAD BOAT,1 CRANE,1 OPERATOR,3 RIGGERS | 425.00 4,250.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                         UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 1
DRILCO JOB: J1009211

| 2 | 12 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),UNSLING,1 CRANE,1 OPERATOR,1 FORKLIFT,1 OPERATOR,3 RIGGERS | 565.00 6,780.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO:                    HTS NO:                         UNSPSC NO:

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|-------|------------|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER              DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED:_____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition |
|---|---|

Business Unit: 10013    OPEN
Req ID:0000235550
Date: 05/09/2020
Page    2

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type     ONSHORE REPAIR

| | | | | | | | | | PURCHASING USE ONLY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

| | | | |
|---|---|---|---|
| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item |
| OIM | DATE | | |

PURCHASING ONLY  FR NO:    0000235550

Operator (Print)

Rep Signature

RIG MGR / OPERATIONS MGR     DATE

NOTE: Any additions or deletions must be initialed

Rep Name (Print)

BUYER                              DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

```
┌──────────────────────┐
│       Valaris         │
│       Field           │
│     Requisition       │
└──────────────────────┘
```

**Business Unit:** 10013   OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 3

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type      ONSHORE REPAIR

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | | | | | | | | PURCHASING USE ONLY | |
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 2 DRILCO JOB: J1009211 | | | | | | |
| 3 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,WATERBLAST CLEANING | 15.00 1,200.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                        HTS NO:                          UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 3
DRILCO JOB: J1009211

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING |
|------|-----|------------------|-----|-------------|------|--------------|--------------|
| 4 | 80 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8,47.05#,INSPECT TO DS-1 CAT-5 SPECS | 82.00 6,560.00 | 82 - THIRD PART | S |

Line Item Exempt : N

Available Sustitutes      Item Desc :

| R4202 | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all Items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235550 |
|-------|------------|---------------------------------------------------------------------------------|----------------------------------|--------------------------------------|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Name (Print) | | BUYER                    DATE |
| NOTE: Any additions or deletions must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:  _____   NO: _____      DATE FAXED: _____

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris Field Requisition |
|---|

**Business Unit:** 10013   OPEN
**Req ID:** 0000235550
**Date:** 05/09/2020
**Page** 4

**Attention: SERVICE-RIG / ASSET MANAGE**

REQ Type    ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REQUESTED BY RDS - ARIC WILBANKS REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313 LINE ITEM: 4 DRILCO JOB: J1009211 | | | | | | |
| 5 | 160 | 024000 | EA | SERVICE-ONSHORE,WELLBORE INTEGRITY SOLUTIONS(DRILCO),DRILL PIPE,6-5/8",47.05#,FLAPPED (160) FH CONNECTIONS ON (80) JOINTS,ONLY IF NEEDED | 8.00 1,280.00 | 82- THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes   Item Desc :

ECCN NO:          HTS NO:          UNSPSC NO:

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
LINE ITEM: 5
DRILCO JOB: J1009211

Total Requisition Amount:     20,070.00

REQUESTED BY RDS - ARIC WILBANKS
REF: WELLBORE INTEGRITY SOLUTIONS QUOTE: 313
DRILCO JOB: J1009211
RE-BILL - 80 JOINTS OF 6-5/8" (47.05#) DRILL PIPE TO BE INSPECTED

AFE: _Fw 191015_
LEASE: _GC·40 Katmai_
RIG: _Rowan Resolute_
ENGINEER: _K. Castillo_
▓▓▓▓▓▓▓▓▓
_Act Code #3025-15_

| R4202 NO: | 05/09/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235550 |
|---|---|---|---|---|---|
| OIM | DATE | _FWE_ Operator (Print) | | | |
| | | _RTG6_ Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | _Brent Primeaux_ Rep Name (Print) | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___   DATE FAXED: _____


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007274
INVOICE DATE: 07/16/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Resolute

WELL NUMBER GC 40 #1
KATMAI

AFE #: FW2020002

TO INVOICE YOU FOR THE REPLACEMENT COST ON DS-16'S STOCK FOR FIELDWOOD USAGE ON
THE WELL OPERATION AS PER ATTACHED FR#236908, WHICH WAS APPROVED BY FIELDWOOD'S
REP.

The support is Cameron Inv#916459063 - Dated:03/15/2019

| ITEM ID | DESCRIPTION | | |
|---|---|---|---|
| 223154403 | PACKER-SIDE CAMERON 2231544-03, 18-3/4,15K,L CDVS AND CDVSII | $ | 19,701.00 |
| 223154703 | PACKER-SIDE CAMERON 2231547-03, 18-3/4,15K, RT CDVS AND CDVSII | $ | 19,701.00 |
| 223154101 | PACKER  CAMERON 2231541-01, BLADE F/18 IN-15M BOP CDVS U II | $ | 4,929.00 |
| 64436903 | SEAL, CAMERON, 644369-03 TOP, F/DRILLING SYSTEM 18-3/4 IN 15M | $ | 32,457.00 |
| 644404010003 | PACKER, CAMERON 644404010003, VARIABLE BORE RAM 5.875 IN | $ | 29,686.50 |
| 645068010002 | SEAL-TOP CAMERON 645068-01-00 02, 18-3/4 IN API 16A TEMP CLASS EF,W/8HR | $ | 1,950.00 |
| 645484010001 | SEAL BONNET CAMERON 645484-0100-01, F/18-3/4 IN, 10M, U II-B, UII-B,U-II | $ | 2,943.00 |

**AMOUNT DUE:** $ 111,367.50

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date: 2020.07.16
13:57:18 -05'00'

$ (111,367.50)  810650.10417.4202.110

ED

# Valaris

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

Business Unit: 10013   OPEN
Req ID:0000236908
Date: 07/03/2020
Page   1

Attention: SUBSEA

REQ Type      Supply

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | APE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 4 | 024000 223154403 | EA | PACKER-SIDE,CAMERON,2231544-03 ,18-3/4IN,15KL,CDVS AND CDVS II,U II/T/TL/EVO AND 10-15K BOPS,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | PURCHASING USE ONLY | |

Line Item Exempt : N

Available Sustitute      Item Desc :

ECCN NO: EAR99                    HTS NO: 8431438090               UNSPSC NO:

| 2 | 4 | 024000 223154703 | EA | PACKER-SIDE,CAMERON,2231547-03 ,18-3/4IN,15K,RT CDVS AND CDVSII,U II/T/TL/EVO AND 10-15.K BOP'S,TEMP CLASS EF | 4,925.25 19,701.00 | 95- 95-SUBSEA | VC | | | |

Line Item Exempt : N

Available Sustitute      Item Desc :

ECCN NO: EAR99                    HTS NO: 8431438090               UNSPSC NO:

| 3 | 2 | 024000 223154101 | EA | PACKER,CAMERON,2231541-01,BLAD E F/ 18-3/4 IN-15M BOP CDV8 U II RAM BLOCK CDVS RAM | 2,464.50 4,929.00 | 09- 09-BLOW OU | VC | | | |

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236908 |
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR      DATE | | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER                      DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____      DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

**Business Unit:** 10013   OPEN
**Req ID:** 0000236908
**Date:** 07/03/2020
**Page**   2

**Attention: SUBSEA**

REQ Type      Supply

| | | | | | | | | | PURCHASING USE ONLY | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO: 8431438090                    UNSPSC NO:

| 4 | 4 | 024000 64436903 | EA | SEAL,CAMERON,844368-03,TOP,F/ DRILLING SYSTEM 18-3/4 IN-15M BOP CDVS U II RAM BLOCK | 8,114.25 32,457.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                    HTS NO: 9484200000                    UNSPSC NO:

| 5 | 2 | 024000 844404010003 | EA | PACKER,CAMERON,844404010003,VA RIABLE BORE RAM,5.875 IN PIPE,CAMERON BOP TP U-II | 14,843.25 29,686.50 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO:   0000236908 | |
|---|---|---|---|---|---|
| OIM | DATE | | | | |
| Line Item Exempt : | | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | | | BUYER | DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____     DATE FAXED: _____

# Valaris

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| Valaris |
| Field |
| Requisition |

Business Unit:10013   OPEN
Req ID:D000236908
Date: 07/03/2020
Page    3

**Attention: SUBSEA**

REQ Type        Supply

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| | | EAR99 | | HTS NO:8481909090 | | UNSPSC NO: | | | | |
| 6 | 2 | 024000 645068010002 | EA | SEAL-TOP,CAMERON,645068-01-00-02,18-3/4IN,API 16A TEMP CLASS EF,W/ 8-HR EXCURSION TO 350 DEG F | 975.00 1,950.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                              HTS NO:4016930000                              UNSPSC NO:

| 7 | 6 | 024000 645484010001 | EA | SEAL-BONNET,CAMERON,645484-01-00-01,F/18-3/4 IN,10M,U II-B,U II-B,U-II,IAND,15M U-II,15M 18-3/4 TL BOP,PER API 16A,TEMP RATING -50 TO 350 DEG F | 490.50 2,943.00 | 09- 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes    Item Desc :

ECCN NO: EAR99                              HTS NO:8431430090                              UNSPSC NO:

ECCN NO:

Total Requisition Amount:                    111,367.50

| R4202 | 07/03/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. D. GABOURIE FWE | List all Field ETRR No. by item | PURCHASING ONLY FR NO:   0000236908 |
| OIM | DATE | Operator (Print) | | |
| *[signature]* | 7/3/20 | *[signature]* | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | BARRY GABOURIE Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____       DATE FAXED: _____

AFE:     FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ■■■■■■■

ACCT CODE 3060-15
7-3-2020


# CAMERON
A Schlumberger Company

## INVOICE

| | |
|---|---|
| Invoice No | : 916459063 |
| Invoice Date | : MAR 15 2019 |
| Page | : 1 of 3 |

**Remit to:**
Cameron International Corporation
P.O. Box 731412
Dallas, Texas 75373-1412
Federal Tax ID: ▮▮▮▮

**Wire Transfer To:**
JPMorgan Chase Bank, N.A.
New York, NY 10004
Acct No: ▮▮▮▮
ABA No: ▮▮▮▮
Swift No: ▮▮▮▮

**ACH Remit To:**
JPMorgan Chase Bank, N.A.
Chicago, IL
Account No: ▮▮▮▮
ABA No: ▮▮▮▮

**Inquiries To:**
Cameron
Drilling Systems
1325 South Dairy Ashford
Houston, TX 77077
Email: camcanar@slb.com

| | |
|---|---|
| Payment Terms | : Net 45 Days |
| Terms & Conditions | : As Attached/Included |
| Freight Terms | : Free Carrier |
| | HOUSTON DC |
| Ship From | : HOUSTON - 4800 WEST GREENS ROA |
| Shipped Date | : MAR 15 2019 |

Invoice To :   60001776
EMAIL
ATLANTIC MARITIME SERVICE LLC EMAIL
ATTN ACCTS PAYABLE
2800 POST OAK BLVD STE 5450
HOUSTON TX 77056-6189
USA

Ship To : 43242011
ATLANTIC MARITIME SERVICES LLC
13627 WEST HARDY
HOUSTON TX  77060
USA

| | | | | |
|---|---|---|---|---|
| Inside Sales Contact   :   Johnny Olachia | 832-787-8686 | Sales Order : 3685599 | | Delivery Number : 88188457 |
| Outside Sales Contact :   ALAN THIBODEAUX | 281-753-2922 | | | |

| | |
|---|---|
| Customer Reference | : 4500506400 |
| Functional location | : 10943607 |
| Description | : ROWAN RESOLUTE RIG 202 |
| Placed by | : Tina Castillio |
| Project Name | : RIG 202 |
| Project/Reference | : RIG 202 |

| Item | Material Number / Description | Qty | Unit Net Price USD | Extended Price USD |
|---|---|---|---|---|
| 10 | 644369-03 | 4.000 EA | 8,330.63 | 33,322.52 |
| | Customer Material :80492 | | | |
| | TOP SEAL, 18-3/4" 15K (CDVS) 'TL' BOP | | FR#236908 - Item Number 4 - 64436903 - 4 EA | |
| | TEMP CLASS 'XX' | | | |
| | Frame Agreement Price  : 8,330.63 | | | |
| 30 | 2231541-01 | 2.000 EA | 2,530.22 | 5,060.44 |
| | Customer Material :78134 | | | |
| | PACKER, BLADE, CDVS RAM, | | FR#236908 - Item Number 3 - 223154101 - 2 EA | |
| | 18-3/4" 15M 'Ull' AND 'T/TL' BOP's | | | |
| | API 16A TEMP "XX" (NOT API 16A 4TH ED) | | | |
| | SERIAL NUMBER: 000000000000000001 | | | |
| | SERIAL NUMBER: 000000000000000002 | | | |
| | Frame Agreement Price  : 2,530.22 | | | |

Cameron Intl Corp


CAMERON
A Schlumberger Company

Invoice No   : 916459063

Page        : 2 of 3

Serial No : 1 2

| 40 | 2231547-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|----|-----------|----------|----------|-----------|

Customer Material :80491
SIDE PACKER, RIGHT CDVS AND CDVSII, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 2 - 223154703 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 50 | 2231544-03 | 4.000 EA | 5,056.59 | 20,226.36 |
|----|-----------|----------|----------|-----------|

Customer Material :80490
SIDE PACKER, LEFT CDVS AND CDVS II, 18-3/4" 15K 'U II/
T/TL/EVO' AND 10- 15K BOP'S TEMP CLASS 'EF'

FR#236908 - Item Number 1 - 223154403 - 4 EA

SERIAL NUMBER: 000000000000000001
SERIAL NUMBER: 000000000000000002
SERIAL NUMBER: 000000000000000003
SERIAL NUMBER: 000000000000000004
Frame Agreement Price : 5,056.59

Serial No : 1 2 3 4

| 60 | 645484-01-00-01 | 28.000 EA | 503.58 | 14,100.24 |
|----|-----------------|-----------|--------|-----------|

Customer Material :23001
BONNET SEAL, 18-3/4" 10/15K "UII" /"UIIB", 15K "UII" AND
18-3/4" 15K

FR#236908 - Item Number 7 - 645484010001 - 6 EA

"TL" BOP (NOT API 16A 4TH ED)
Frame Agreement Price : 503.58

| 70 | 2247012-02 | 1.000 EA | 7,408.17 | 7,408.17 |
|----|-----------|----------|----------|----------|

Customer Material :129474
BODY, S-AX GASKET, 18-3/4 10/15 K

Frame Agreement Price : 7,408.17

| 80 | 644404-01-00-03 | 8.000 EA | 15,239.07 | 121,912.56 |
|----|-----------------|-----------|-----------|------------|

Customer Material :74683
PACKER, VBR - CAMRAM (TM) 18-3/4"-15M
T/TL BOP, 7-5/8" TO 3-1/2" OD

FR#236908 - Item Number 5 - 644404010003 - 2 EA

PIPE, AND 5-7/8" TO 3-1/2" OD PIPE
PER API 16A, TEMP CLASS "E,X"
DUAL DUROMETER (NOT API 16A 4TH ED)
Frame Agreement Price : 15,239.07



**Invoice No** : 916459063

Page : 3 of 3

| 90 | 645068-01-00-02 | 8.000 EA | 1,001.00 | 8,008.00 |

Customer Material :23134
TOP SEAL, 18-3/4"-15M 'T/TL' BOP
API 16A TEMP CLASS "EF"
WITH 8 HOUR EXCURSION TO 350° F (NOT API 16A 4TH
ED)
Frame Agreement Price : 1,001.00

FR#236908 - Item Number 6 - 645068010002 - 2 EA

**Price summary :**

| Total Price : | 230,264.65 USD |
| State Tax : | 14,391.53 USD |
| City Tax : | 2,302.65 USD |
| Transit Tax : | 2,302.65 USD |
| Total Invoice Value : | 249,261.48 USD |



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: **ACCOUNTS PAYABLE**

INVOICE NO: FWD2007278
INVOICE DATE: 07/20/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16  Resolute

WELL NUMBER  GC 40#1

AFE #: <u>FW202002</u>

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

| | | |
|---|---|---:|
| INSPECTION OF 6-3/4IN DRILL COLLARS<br>PO#458846 - FR#23066 | $ | 225.00 |
| 10-DIRTY OIL TOTE TANKS<br>PO#458710 - FR#236175 | $ | 1,500.00 |
| CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL<br>PO#458579 - FR#235606 | $ | 1,611.21 |
| WELLHEAD RING GASKETS AND SEALS<br>PO#457100 - FR#234615 | $ | 2,270.00 |
| Handling Charges @ 5%(601) | $ | 280.31 |

AMOUNT DUE: $ 5,886.52

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ████
ABA ████
Account ████

| | | |
|---|---:|---|
| $ | (5,606.21) | 024000.10417.4202.110 |
| $ | (280.31) | 810510.10417.4202.110 |
| $ | (5,606.21) | 810650.10417.4202.110 |
| $ | 5,606.21 | 919250-10417.4202.110 |

ED

Purchase Orders

VALARIS

Favorites | Main Menu | Purchasing | Purchase Orders | Review PO Information | Purchase Orders

Home | Worklist | Add to Favorites | Sign out

Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10013 |
| PO ID: | 0000455846 |

PO Status: Dispatched

### Header

| PO Date: | 05/03/2020 |
| Vendor Name: | DRILCODCNA-001 |
| Vendor ID: | 0000000238 |
| Buyer: | Kenya |
|  | Akeem |
|  | Abdul |
|  | Maxie |

Vendor Details

Backorder Status: Not Backordered
Receipt Status: Not Rec'vd
☐ Hold From Further Processing

| PO Reference: | 0000236066 SERVICE |

Header Details — All RTV
Header Comments — Matching
Change Order — Activity Summary

Document Status

### Amount Summary

| Merchandise: | 225.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 225.00 USD |

### Lines

Personalize | Find | View All | First 1 of 1 Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6750OCR2PRN | INSPECTION ONSHORE COLLARS RAN | 85 | 15.0000 | EA | 225.00 USD | Approved | 6750OCR2PRN | 🖹 |

View Approvals

Return to Search    Notify

Related Links



# Valaris

Ship To:  ROWAN RESOLUTE (VALARIS RESOLUTE)
920 MCGILL ROAD
BROUSSARD LA 70518
USA

Valaris Requisition

Business Unit: U013
Req ID: 56.0029366
Date: 05/28/2020
Page: 1

**Attention: DRILL CREW / TOOLPUSHER**

REQ Type: _____ ONSHORE REPAIR

PURCHASING USE ONLY

| ITEM | QTY | UOM | G/L ACCT Item ID | DESCRIPTION | COST | UOM | AFE CATEGORY | DRL RATING | PRICE | VENDOR LOCATION, CONFIRM ID | PO NO. |
|------|-----|-----|------------------|-------------|------|-----|--------------|-----------|-------|------------------------------|--------|
| 1 | 15 | EA | 024000 8F560CR3PRIN | INSPECTION-OFFSHORE:COLLARS,PAN GT 2 3/8-5/8 IN OD,POST-REPAIR INSPECTION | 10.00 150.00 | | 85: 85-TUBULAR | C | | | |

Line Item Exempt : N

Available Subsitutes        Item Desc :

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮

ACCT. CODE  30b0-15
5-29-2020

ECCN NO:        HTS NO:        UNSPC NO:      150.00

Total Requisition Amount: _____

FIELDWOOD RE-BILL FOR INSPECTION OF 8-3/4IN DRILL COLLARS. RTRP# PA-022-0025-5-28-1501. COLLARS WILL GO TO WELLBORE INTEGRITY.
SERIAL#:239002, 239093, 239072, 239042, 239043, 239048, 239040, 239061, 239061, 239068, 239059, 236500, 239093, &
239064

R4202        05/28/2020        DATE
CW           DATE

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_____
PWE
Operator (Print)
J.Button

Larry Butler
Rep Signature        Rep Name (Print)

LM at Prior
ETRR No. by item

_____        NO: _____

RIG MGMT / OPERATIONS MGR _____
NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____

PURCHASING ONLY  FR NO:  0000236068

_____        DATE
BUYER

DATE FAXED: _____

Purchase Orders

VALARIS

Favorites   Main Menu

Purchasing   Purchase Orders   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

## Purchase Order Inquiry

### Purchase Order

| | | | |
|---|---|---|---|
| Business Unit: | 10013 | PO Status: | Dispatched |
| PO ID: | 0300456710 | POA Status: | Acknowledged |

#### Header

| | | | |
|---|---|---|---|
| PO Date: | 06/03/2020 | Backorder Status: | Not Backordered |
| Vendor Name: | AMERICANR-003 | Receipt Status: | Received |
| Vendor ID: | 0000017294 | ☐ Hold From Further Processing | |
| Buyer: | Ernestine Castillo | Amount Summary | |
| PO Reference: | | Merchandise: | 1,500.00 |
| Header Details | All RTV | Freight/Tax/Misc.: | 0.00 |
| Header Comments | Matching | Total: | 1,500.00 USD |
| Change Order | Activity Summary | | |

Vendor Details

Document Status

#### Lines

Personalize | Find | View All | First 1 of 1 Last

| Line ▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount ▲ | Status | Original Item ID |
|---|---|---|---|---|---|---|---|---|
| 1 | 🔲 SERVOILDISS60GAR | SERVICE-ONSHORE AMERICAN RECOV | 90 | 10.0000 | EA | 1,500.00 USD | Approved | SERVOILDISS60GAR |

View Approvals

Return to Search          Notify

Related Links

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| | Valaris Field Requisition | |

Business Unit: 10013   OPEN
Req ID: 0000236175
Date: 06/02/2020
Page   1

**Attention: ENGINEERING**

REQ Type      Rental

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | 024000 SERVOILDIS550GA | EA | SERVICE-ONSHORE,AMERICAN RECOVERY,DISPOSAL,USED OIL,NON-HAZ,RATE INCLUDES 550 GAL TOTE,DISPOSAL,TRANSPORTATION AND 30 DAY TOTE RENTAL | 135.00 1,350.00 | 90- 90-ENVIRON | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO: EAR99          HTS NO:7310100050          UNSPSC NO:

Total Requisition Amount:      1,350.00

FIELDWOOD RE-BILL FOR 10-DIRTY OIL TOTE TANKS FROM AMERICAN RECOVERY.

AFE:      FW202002
Lease:   GC 40 #1
Project: Katmai
Engineer: K.Dufrene
Routing #: ███████

ACCT CODE 3060-15
J. Butler 6-2-2020

| R4202 | 06/02/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 000023E175 |
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE 6/3/ | Rep Signature | | |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | BUYER        DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___  NO: ___  DATE FAXED: ___

Purchase Orders

VALARIS

Favorites   Main Menu    Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10013 |
| PO ID: | 0000045879 |

**Header**

| PO Date: | 06/01/2020 | | PO Status: | Dispatched |
| Vendor Name: | SWIREOILF-001 | Vendor Details | | |
| Vendor ID: | 0000000512 | | Backorder Status: | Not Backordered |
| Buyer: | Ernestine | | Receipt Status: | Received |
| | Castillo | | ☐ Hold From Further Processing | |

| PO Reference: | | | Amount Summary | |
| Header Details | Document Status | | Merchandise: | 1,611.21 |
| Header Comments... | Matching | | Freight/Tax/Misc.: | 0.00 |
| Change Order | Activity Summary | | Total: | 1,611.21 USD |

**Lines**

Personalize | Find | View All |    First  1-3 of 3  Last

| Line | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Item ID | | |
|------|---------|------------------|----------|--------|-----|-------------------|--------|------------------|---|---|
| 1 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 375.00 USD | Approved | | ⊕ | 📷 |
| 2 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 750.00 USD | Approved | | ⊕ | 📷 |
| 3 | 📷 | SERVICE-ONSHORE SWIRE OILFIELD | 82 | 1.0000 | EA | 486.21 USD | Approved | | ⊕ | 📷 |

View Approvals

Return to Search    Notify

Related Links

Activity Summary

Page 1 of 1

Home    Worklist    Add to Favorites    Sign out

VALARIS

Favorites    Main Menu    Purchasing    Purchase Orders    Review PO Information    Purchase Orders    Activity Summary

## Activity Summary

| | |
|---|---|
| Business Unit: | 10013 |
| Purchase Order: | 0000456579 |
| Merchandise Amount: | 1,611.21 USD |
| Merchandise Receipt: | 1,611.21 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

PO Status: Dispatched
Vendor: SWIRE OILFIELD SERVICES LIMITED

### Lines

Details | Receipt | Invoice | Matched | RTV

Personalize | Find | View All |    First   1-3 of 3   Last

| Line▲ | Item | Item Description | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 375.000 | USD |
| 2 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 750.000 | USD |
| 3 | | SERVICE-ONSHORE SWIRE OILFIELD | EA | 0.0000 | ☐ | 0.000 | USD | 1.0000 | 486.210 | USD |

Return to Search    Notify

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Business Unit:** 10013   OPEN
**Req ID:** 0000235606
**Date:** 05/12/2020
**Page:** 1

**Attention:** MARINE / BARGE SUPERVISOR

**REQ Type**   ONSHORE REPAIR

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICES,DISPOSE OF 75 GALLONS OF HELICOPTER FUEL | 375.00 375.00 | 82- THIRD PART | S | | | |

ECCN NO:   HTS NO:   UNSPSC NO:

Line Item Exempt : N
Available Sustitutes   Item Desc :

SWIRE OILFIELD SERVICE QUOTE# 0511202O-001
SWIRE TO DISPOSE OF 75 GALLONS OF HELICOPTER FUEL

| 2 | 1 | 024000 | EA | SERVICE-ONSHORE,SWIRE OILFIELD SERVICE,CLEAN INTERIOR OF HELI-FUEL TANK WITH THREE PART PROCESS | 750.00 750.00 | 82- THIRD PART | S | | | |

ECCN NO:   HTS NO:   UNSPSC NO:

Line Item Exempt : N
Available Sustitutes   Item Desc :

SWIRE OILFIELD SERVICE QUOTE# 0511202O-001
CLEAN INTERIOR OF HELI-FUEL TANK WITH A THREE-PART PROCESS. 1-RINSE TANK OUT COMPLETELY. 2-STEAM CLEAN INSIDE OF TANK

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.   List all Field ETRR No. by Item   PURCHASING ONLY  FR NO: 0000235606

| R4202 | 05/12/2020 | | |
|---|---|---|---|
| OIM | DATE | Operator (Print) | |
| | | Rep Signature | |
| RIG MGR / OPERATIONS MGR   DATE | | Rep Name (Print) | BUYER   DATE |

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____   DATE FAXED: ____

# Valaris

**Business Unit:** 10013
**Req ID:** 0000235606     OPEN
**Date:** 05/12/2020
**Page:** 2

**Attention: MARINE / BARGE SUPERVISOR**

REQ Type   ONSHORE REPAIR

Valaris
Field
Requisition

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
820 MOULIN ROAD
BROUSSARD LA 70518
USA

| ITEM | QTY | | UOM | DESCRIPTION | COST | | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | G/L ACCT Item ID | | | | | | | | PURCHASING USE ONLY | |
| 3 | 1 | 024000 | EA | COMPLETELY WITH HOT WATER AND SOAP. 3-RINSE THE INSIDE WITH CLEAN HOT WATER. CLEAN OUTSIDE OF TANK FROM ANY RESIDUAL HELICOPTER FUEL WITH HOT WATER RINSE AND SOAP SERVICE-ONSHORE SWIRE OILFIELD SERVICES, TRANSPORTATION FROM SWIRE YARD IN HOUMA FROM FOURCHON, LA. | 486.21 | 486.21 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:                  UNSPSC NO:

SWIRE OILFIELD SERVICES QUOTE# 05112020-001
TRANSPORTATION TO THE SWIRE YARD IN HOUMA, LOUISIANA, FROM FOURCHON, LOUISIANA, FROM FOURCHON, LOUISIANA, FROM WORK TO BE DONE

FIELDWOOD RE-BILL TO CLEAN HELIFUEL TOTE TANK AND TAKE OFF RENTAL
SWIRE OILFIELD SERVICES QUOTE# 05112020-001

Total Requisition Amount:          1,611.21

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮▮▮▮

Act Code # 3060-15

| R4202 | | 05/12/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No, by Item | PURCHASING ONLY FR NO: 0000235606 |
|---|---|---|---|---|---|
| OIM | | DATE | Operator (Print) _LUE_ | | |
| | | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | | DATE | Brent Primeaux | | |
| NOTE: Any additions or deletions must be initialed | | | Rep Name (Print) | BUYER | DATE |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____ NO: ____     DATE FAXED: ____

Purchase Orders

VALARIS

Favorites   Main Menu    Purchasing   Purchase Orders    Review PO Information    Purchase Orders

Home   Worklist   Add to Favorites   Sign out

Purchase Order Inquiry

## Purchase Order

| Business Unit: | 10013 | | PO Status: | Dispatched |
|---|---|---|---|---|
| PO ID: | 0000437100 | | POA Status: | Responded, Awaits Render |
| Change Order | 1 | | | |

Header

| PO Date | 04/15/2020 | | Backorder Status: | Not Backordered |
|---|---|---|---|---|
| Vendor Name: | HYTEGL-001 | | Receipt Status: | Received |
| Vendor ID: | 0001000724 | Vendor Details | Hold From Further Processing | |
| Buyer: | Erica Snr | | | |
| | Castillo | | Amount Summary | |
| PO Reference | | | Merchandise: | 2,270.30 |
| Header Details | All PO's | Document Status | Freight/Tax/Misc: | 0.00 |
| Header Comments | Inactivate | | Total: | 2,270.30 USD |
| Change Order | Activity Summary | | | |

| Lines | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount | Status | Original Line ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H108037 | GASKET,VETCO,H10893-2-1/GX-2.16 | 85 | | EA | 0.20 USD | Cancelled | H108037 | | |
| 2 | H120251 | SEAL,VETCO,H-27Z-1 LIP HYDRAT | 03 | 1 | EA | 0.30 USD | Cancelled | H120251 | | |
| 3 | | FEE,RESTOCKING,VETCO,H10893-2 | 80 | .0000 EA | | 2,133.57 USD | Approved | | | |
| 4 | | FEE,RESTOCKING,VETCO,H120Z-1 | 03 | .0000 EA | | 136.73 USD | Approved | | | |

View Approvals

Return to Search    Notify

Activity Summary

**VALARIS**

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders   Activity Summary

Home   WorkliSt   Add to Favorites   Sign out

## Activity Summary

| Business Unit: | ICD13 |
| Purchase Order: | 1000467103 |
| Merchandise Amount: | 2,276.00 USD |
| Merchandise Receipt: | 2,276.00 USD |
| Merchandise Returned: | 0.00 USD |
| Merchandise Invoice: | 0.00 USD |
| Merchandise Matched: | 0.00 USD |

| PO Status: | Dispatched |
| Vendor: | HYDRIL SPECO OF BAKER HUGHES |

Lines

| Details | Receipt | Invoice | Matched | RTV | [icon] | | | | | | | | Personalize | Find | View All | | | First | 1-2 of 2 | Last |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lines | Item | Item Description | | | | | | UOM | Quantity Invoiced | Amount Only | Amt Invoiced | Currency Code | Un-Invoiced Quantity | Un-Invoiced Amount | Currency | | | | | |
| 3 | | [...]LL0KL3100RING[...] PCU [00455] | | | | | | EA | 0.0000 | [ ] | 0.0564 USD | | 1.0000 | 2,103.60 USD | | | | | | |
| 4 | | [...]EE.RCP100RING.VET.CCU[00226-1] | | | | | | EA | 0.0000 | [ ] | 0.000 USD | | 1.0000 | 198.200 USD | | | | | | |

Return to Search   Notify

# Valaris

**Valaris Field Requisition**

Ship To:
ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit:10013   OPEN
Req ID:000002234615
Date: 04/02/2020
Page: 1

REQ Type        Supply

Attention: WAREHOUSE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 2 | 024000 H109832 | EA | GASKET,VETCO,H10983-2,VGX-2,18 -3/4 IN,15K PSI,FH4 CONNECTOR | 4,161.50 8,323.00 | 95 - 95-SUBSEA | VC | | | |

Line Item Exempt: : N
Available Sustitutes        Item Desc :

ECCN NO:  EAR99        HTS NO:4016300000        UNSPSC NO:

| 2 | 1 | 024000 H120251 | EA | SEAL,VETCO,H12025-1,LIP,HYDRAT E,FH4 CONNECTOR,27 IN WELL HEAD | 531.93 531.93 | 09 - 09-BLOW OU | VC | | | |

SEE ATTACHED GE CONTRACT PRICING

Line Item Exempt: : N
Available Sustitutes        Item Desc :

ECCN NO:  EAR99        HTS NO:4016300000        UNSPSC NO:

DATED GOODS – EXPIRATION DATE— ALL VENDORS SELLING DATED GOODS THAT HAVE AN EXPIRATION DATE IS REQUESTED TO COMPLY
WITH THE FOLLOWING: 1) EXPIRATED DATE OF MATERIAL TO BE MARKED ON PACKAGE. 2) REMAINING SHELF LIFE OF PRODUCT TO BE AT
LEAST 75% OF DATE MARKED ON PACKAGE. 3) PRODUCT TO BE PACKAGED TO PREVENT DETERIORATION OF DAMAGE TO PRODUCT "FAILURE

NOTE:Operator hereby authorizes EN&CD
reimbursement of all items ordered above.        List all Field ETRR No. by item

| | | PURCHASING ONLY FR NO: | 00002346'5 |

R4202
OIM _____        04/02/2020
                                  DATE

Operator (Print) _____

Rep Signature _____

RIG MGR / OPERATIONS MGR _____   DATE _____
NOTE: Any additions or deletions must be initialled        Rep Name (Print) _____

BUYER _____   DATE _____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

# Valaris

**Valaris Field Requisition**

Business Unit: 10013
Req ID:0000234615   OPEN
Date: 04/02/2020
Page   2

**Attention: WAREHOUSE**

REQ Type   Supply

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST CATEGORY | AFE RATING CRIT. | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|---------|-----|-------------|------|------|-------|-----|-----|

TO COMPLY WITH THE ABOVE REQUEST WILL SUBJECT MATERIAL TO BE RETURNED AT VENDOR EXPENSE.

Total Requisition Amount:       8,854.93

FIELDWOOD RE-BILL FOR WELLHEAD RING GASKETS AND SEALS REQUESTED BY JEREMY LABORDE
GE CONTRACT PRICING ATTACHED

AFE:      FW202002
Lease:    GC 40 #1
Project:  Katmai
Engineer: K.Dufrene
Routing #: ▮

Acct Code # 3060 - 15
4/19/20

NOTE: Operator hereby authorizes ENSCO
reimbursement of all items ordered above.

_F.W.F_
Operator (Print)

_[signature]_
Rep Signature

_Brett Primeaux_
Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY  FR NO:   0000234615

| R4202 | 04/02/2020 |
|-------|-----------|
| OIM | DATE |

RIG MGR / OPERATIONS MGR _[signature]_     DATE

NOTE: Any additions or deletions
must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___  NO: ___       DATE FAXED: ___

BUYER                                DATE

1/2/2020

shopDrilling :Current Quote

Help    ENSCO 🔍    Kenya Maxile

Home  |  SPARES ›  |  AVAILABLE INVENTORY ›

Current Quote   |   Saved Quotes   |   Shopping Lists

Search  All Products      ▼  Keyword(s): Search by Part #, Product Name or Keyword      Go    Search Multiple Parts

Current Quote

Delete    Actions  Save Quote      ▼  Go    Proceed to Checkout

✓ Your Store quote expires on 01-FEB-2020. Please save this quote if you intend to use it beyond this date

| Select | Part Number | Description | UOM | Quantity | Quoted Time (Weeks) | List Last Price | Unit Discount | List Net Price | Total Extended Price | Discontinued Part(s) | Remove |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | H10993-2 | GASKET, VGX-2, 18.750, 17-4PH, 15000 PSI RWP | EACH | 2 | 3 Weeks | $6,354.00 | $1,019.82 | $5,334.18 | $10,668.36 | | 🗑 |
| | H12025-1 | SEAL,LIP,NOM 27, ANTI-HYDRATE/SILTING,H4 CONNECTOR (PURCHASE PER DRAWING) DIMENSIONS: A = 27.875 B = 27.355 | EACH | 1 | 1 Week | $812.00 | $130.33 | $681.67 | $681.67 | | 🗑 |

Recalculate    Sub-Total:   $11,350.03
Taxes, Shipping and Handling Extra

Total: $11,350.03

Please note, all items marked in stock will have a lead time of 2-15 days due to inspection of parts.
Please note, for any items stating a lead time of 63 weeks or longer, please contact salesadminpcb@bhge.com to confirm delivery.

Baker Hughes
THIS IS A SALES QUOTATION AND WILL NOT CONSTITUTE AN ORDER UNTIL YOU RECEIVE A SALES ORDER SUMMARY UPON PLACING YOUR ORDER.
*********************************************************************************************
CUSTOMER EXPRESSLY AGREES THAT ANY SALE RESULTING FROM THIS QUOTATION WILL BE GOVERNED BY SELLER'S STANDARD
TERMS AND CONDITIONS Download Terms and Conditions,AND CUSTOMER HEREBY AGREES TO BE BOUND THEREUNDER,REGARDLESS OF
WHETHER CUSTOMER REFERS TO, OR PROVIDES,INCONSISTENT OR ADDITIONAL TERMS,UNLESS ACCEPTED BY SELLER IN WRITING.
IF, HOWEVER, CUSTOMER HAS ENTERED INTO A MASTER AGREEMENT WITH SELLER, THEN THE TERMS AND CONDITIONS SET FORTH IN
SUCH AGREEMENT SHALL GOVERN, RATHER THAN SELLER'S STANDARD TERMS AND CONDITIONS.BY CLICKING ON ["PLACE ORDER"],
CUSTOMER AGREES TO SUCH TERMS AND CONDITIONS.
*********************************************************************************************
TAXES AND SHIPPING AND HANDLING CHARGES APPLY AND PRICES QUOTED ARE SUBJECT TO CHANGE BASED ON SHIPPING METHOD SELECTED.
CUSTOMER WILL BE NOTIFIED OF TAXES AND SHIPPING AND HANDLING CHARGES VIA AN INVOICE UPON COMPLETION OF YOUR ORDER.
*********************************************************************************************
ALL DELIVERIES ARE SUBJECT TO PRIOR SALE AND DEPENDENT UPON ACCEPTANCE OF PURCHASE ORDER. ESTIMATED LEAD TIMES SHOWN ARE IN CASE THE
PART IS NOT IN STOCK.
INVENTORY AND SCHEDULED SHIP DATES WILL BE CHECKED AND CONFIRMED UPON PLACING THE ORDER, AND STATUS OF YOUR ORDER MAY BE REVIEWED
ON
ENGAGEDRILLING.COM 72 HOURS UPON ORDER PLACEMENT.
LEAD TIMES COMMENCE FROM THE DATE WE ACCEPT THE SALES ORDER.
*********************************************************************************************
PART ARE MADE IN ACCORDANCE WITH APPLICABLE HYDRIL AND/OR API STANDARDS AND SPECIFICATIONS.
NO 3RD PARTY CERTIFICATION IS INCLUDED UNLESS OTHERWISE STATED ABOVE.
YOU MAY BE CONTACTED TO ADD DATABOOKS TO YOUR ORDER IF REQUIRED BY COMPLIANCE. CHARGES WILL BE APPLIED.
*********************************************************************************************
PRICES QUOTED ARE IN US DOLLARS AND ARE VALID FOR 30 DAYS, AND EXPIRE THEREAFTER.
CREDIT TERMS ARE SUBJECT TO APPROVAL AT TIME OF ORDER.
A FEE MAY BE CHARGED FOR CANCELED OR RETURNED PARTS.
A FEE MAY BE CHARGED FOR EXPEDITE REQUESTS.
PLEASE REFERENCE THE ABOVE QUOTE NUMBER WHEN PLACING ORDER.
*********************************************************************************************
FOR QUESTIONS REGARDING THIS ORDER, PLEASE CONTACT THE ORDER ENTRY SUPPORT:
Email : OilandGas.HPCSalesAdminPCB@bhge.com
Phone :+1 281-449-2000
*********************************************************************************************
OR QUESTIONS REGARDING THE SHOPDRILLING TOOL, PELASE CONTACT THE SHOPDRILLING SUPPORT TEAM: shopDrillingadmin@ge.com

Continue Shopping    Delete    Actions  Save Quote      ▼  Go    Proceed to Checkout

Purchase Orders

VALARIS

Favorites   Main Menu   Purchasing   Purchase Orders   Review PO Information   Purchase Orders

Home   Worklet   Add to Favorites   Sign out

## Purchase Order Inquiry

### Purchase Order

| | |
|---|---|
| Business Unit: | 10013 |
| PO ID: | 0000467100 |
| Change Order: | 1 |

**Header**

| | | | |
|---|---|---|---|
| PO Date: | 04/15/2020 | PO Status: | Dispatched |
| Vendor Name: | HYDRIL-001 | | |
| Vendor ID: | 0000000324 | POA Status: | Responded, Awaits Review |
| Buyer: | Ernestine Castillo | | |

Vendor Details

| | | |
|---|---|---|
| | | Backorder Status: | Not Backordered |
| | | Receipt Status: | Received |
| | | ☐ Hold From Further Processing | |

PO Reference:

Header Details      Document Status

| Header Comments | All RTV |
|---|---|
| Change Order | Matching |
| | Activity Summary |

**Amount Summary**

| | |
|---|---|
| Merchandise: | 2,270.00 |
| Freight/Tax/Misc.: | 0.00 |
| Total: | 2,270.00 USD |

**Lines**

Personalize | Find | View All   First  1-4 of 4  Last

| Line▲ | Item ID | Item Description | Category | PO Qty | UOM | Merchandise Amount▲ | Status | Original Item ID | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H109932 | GASKET,VETCO,H10993-2 VGX-2,18 | 95 | | EA | 0.00 USD | Canceled | H109932 | 🔍 | 📄 |
| 2 | H120251 | SEAL,VETCO,H12025-1,LIP,HYDRAT | 09 | | EA | 0.00 USD | Canceled | H120251 | 🔍 | 📄 |
| 3 | 📷 | FEE,RESTOCKING,VETCO,H10993-2 | 95 | 1.0000 | EA | 2,133.67 USD | Approved | | 🔍 | 📄 |
| 4 | 📷 | FEE,RESTOCKING,VETCO,H12025-1 | 09 | 1.0000 | EA | 136.33 USD | Approved | | 🔍 | 📄 |

View Approvals

Return to Search      Notify

Related Links

https://people3.drillzone.com/psp/fsprd/EMPLOYEE/ERP/c/MANAGE_PURCHASE_ORDERS.PO_INQUIRY.GBL?Folder=