# **Exhibit 20**

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24965   07/16/2020   01:40:54 PM
TYPE: LABOR 17 PG(S)

MIN#: 1334982

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

> The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

Date: July 15, 2020     **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 5th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2007260
INVOICE DATE: 7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

**DAYRATE EFFECTIVE**

| | | DAYRATE | |
|---|---|---|---|
| 568.0 | HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $123,333.28 |
| 0.5 | HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 | HOURS MOVE RATE | $181,300.00 | $ 358,822.92 |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA:
Account:

Digitally signed by Ben
Date: 2020.07.02
09:26:38 -05'00'

Coding: BU10079
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |

ED

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: MC-948 #4
AFE FW205014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,376,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

Case 20-33948   Document 581-20   Filed in TXSB on 11/23/2020   Page 6 of 17

# Valaris DS-16 MONTHLY BILLING SUMMARY

Cost Center:
AFE Number: FW205014
Well Order:
Purchase Order:

| Date | OPS TYPE DESC | STBY DAYS @ RATE | Move Rate DAY @ RATE | AFE SURFACE PER (12 hour charges per month) Thereafter | OPERATING HOURS | | | | | TOTAL HOURS | Vessels | OPERATOR | Vessels CATERING | Vessels PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (report site any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | AFE SUBFACE PER (24 hour charges per month) Thereafter | OPERATING HOURS (24 hour charges per month) Thereafter | FORCE MAJEURE per 24 hrs | Inclusive Deduct (applied) per 24 hrs | No rate month, all ought rate to ensure of monthly elapsed hours | | | | | | | | | | |
| 6/4/2020 | | | 8.00 | | | | | | | 4.00 | 95.00 | 5.00 | 18.00 | 9.00 | 59.00 | | | | Pull Pipe/BOP, set BOP's SAA BOP to Port jettied. Transit Rig E/SCSS to MC941. |
| 6/5/2020 | 20.00 | | 2.00 | | 12.00 | | | | 24.00 | 95.00 | 8.00 | 19.00 | 5.00 | 58.00 | | | | | Transit Rig to MC 948. On Location at Lower hyd appears. ROV let Beacon, bottom survey & Remove Tree Cap. Offload Maggie A. WOW. Changing out Bow Mar cable. |
| 6/6/2020 | 20.00 | | | | | 4.00 | | | | 24.00 | 95.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | ROV to straily at 8PM op DP. Annul Cameron with T/CCP. Assist 15 w/flow shoe Cable C/O. Function Test BOP #2. |
| 6/7/2020 | 20.00 | | | | | | | | | 24.00 | 96.00 | 6.00 | 19.00 | 7.00 | 56.00 | | | | WOW. Function Test BOP #2 PSK's & full safe valves U/Primary Control Panel. Cameron Performed T/Auto lock test for CCP. Begin Transit to MC948 @ 2000. |
| 6/8/2020 | 20.00 | | 4.00 | | | | | | | 24.00 | 95.00 | 7.00 | 19.00 | 7.00 | 58.00 | | | | Begin Transit to MC948 @ 2000. |
| 6/9/2020 | 16.50 | | 7.00 | 0.50 | | | | | | 24.00 | 96.00 | 7.00 | 18.00 | 8.00 | 54.00 | | | | WOW. Transit to MC948 @ 2000 on location #0700.Deploy hyd w/divers on location. Prepare BOP's to splash. |
| 6/10/2020 | 24.00 | | | | | | | | | 24.00 | 96.00 | 7.00 | 18.00 | 8.00 | 68.00 | | | | Run shot to 8,000'. P/U TB install drape hoses. Remove drape hoses. Re-configure riser space out. Install drape hoses. Move rig to WC. |
| 6/11/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 6.00 | 74.00 | | | | Land and Latch BOP test BOP Auto Shear and ROV functions. Rig down riser equipment deploy sea w/entire 31 jpg basc, Transfer SSTT to Main Well and Test same RH with Landing trolley. |
| 6/12/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 8.00 | 73.00 | | | | RH w/ landing on line. Pick up CTL and Flow hook. Test SSTT/FIWE. Pressure test BOP, Rig up Slick Line RIH w/GS pulling tool POOH and RIH w/3.5" Baker lag wiper. Crown Plug and POOH. |
| 6/13/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 8.00 | 17.00 | 6.00 | 76.00 | | | | Clean and Inspect Baker. M/U and RIH w/GR puller and pull upper crown plug to surface, Raise/GR pulling tool and pull Lower Crown Plug to surface, R/D slick line and Common to B/U called Tubing. |
| 6/14/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 8.00 | 18.00 | 6.00 | 80.00 | | | | Continue to RIH cabled tubing and wire on line of tubing same. Installation beacon to CTL and continue to RIH. |
| 6/15/2020 | 24.00 | | | | | | | | | 24.00 | 96.00 | 9.00 | 15.00 | 3.00 | 80.00 | | | | Cut Injected brief M/U Baker connection and test, Pressure test coiled tubing equip. Pump SIMCC and MHCI Base Mix and displace with sea water Equal Psi FIWAV and Open Coded The M/I to 18000'. Pump # front shoe with Cat-2. |
| 6/16/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 9.00 | 15.00 | 6.00 | 79.00 | | | | Cont'd circ, RIH to 26000 Run Through DIPT and RIH to 27025'. Pump Screen wash as per FTW plan Pull up to 26465' following FTW plan and RIH to 27025 following FTW plan. |
| 6/17/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 8.00 | 12.00 | 8.00 | 77.00 | | | | Cont'd pumping and to test M/V Blue Dolphin Perform Simulation Job Pull up to 26992 obs bsk in called Ug cannot town POOH close SCSSV cont'd POOH to 11000' Test SCSSV as per JTW, Cont POOH to surface Close Master Valve flush Coiled Tubing and Blow down with N2. |
| 6/18/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 82.00 | | | | Rig Down called tubing reel deploy and blow down. Rig Down Master head. Demob existing chart, clean and Inventory. All AHA Icons from west test level. Cleaning Ria. |
| 6/19/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 80.00 | | | | Offload existing hard from manifold tend and ADU same. Off load Coded The tool and ADU same. Fill called the with 71 bbls brine and pressure test. Cleaning Rig. |
| 6/20/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 6.00 | 13.00 | 5.00 | 82.00 | | | | N/U surface tree and picks coiled tubing and displace Rig w/ 11 ppg CaBr2. M/U Baker BHA and M/U injector head and pressure test. Cleaning shaker house and Backing mud pit section from Coded The RH. |
| 6/21/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 7.00 | 13.00 | 5.00 | 82.00 | | | | Continued to RIH with Coiled The to 27035', N/U rolled to line, Run Roth she and test Inpa, Commence Stimulation Stage 1 & 2 commence Stage 3. |
| 6/22/2020 | 24.00 | | | | | | | | | 24.00 | 91.00 | 7.00 | 14.00 | 4.00 | 71.00 | | | | Complete pumping Stimulation Coded TBG POOH. Released M/V Blue Dolphin. Perform negative test at SCSSV clean out coiled tubing and then N/U called the equipment. |
| 6/23/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 61.00 | | | | Continued to N/D Called The Equipment. M/U Ski Line, Open and Flow well. Shut in and reestab both Up. Follow FTW program equalizing pressure to operate valves on HXT, Flush landing string due and test lower crown plug and test, Run shot down well. |
| 6/24/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 62.00 | | | | Set and test upper crown plug. ROV see between crown plug, M/D sick line, Match TSPT and reverse out cleaning string displace riser to sea water. L/D flow head and CTLR raising down surface equipment. R/U UBS POOH with handling string. R/D OCR Commence ROT 1711. |
| 6/25/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 1.00 | 42.00 | | | | |
| 6/26/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 1.00 | 45.00 | | | | L/D SCM and preserve and U/N SSTT. N/D 3rd Party Equipment from Rig Flavor, N/U test pulling sash. L/D divertor, N/U Landing Jt. Untach BOP, A/O Stip N, drape hoses and Appraiserack, blow string. Demo Riser. |
| 6/27/2020 | 20.50 | | 3.50 | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 30.00 | | | | Pulling Riser, Casture BOP to the transporter, break test double. Shut BOP to set back, L/O double riser. Go thru transit, 1 en of location at N-30 hrs. |
| 6/28/2020 | 13.00 | | 11.00 | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 33.00 | | | | In transit to Gl 84, N anchor position @ 10 abs continue demobilization of Occurring equipment and gather FEW equipment for backload. |
| 6/29/2020 | 24.00 | | | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 16.00 | | | | |
| 6/30/2020 | 12.00 | | 12.00 | | | | | | | 24.00 | 80.00 | 5.00 | 15.00 | 1.00 | 4.00 | | | | |
| TOTALS | 548.00 | | 47.50 | 0.50 | 16.00 | 4.00 | | | | | 2691.00 | 184.00 | 434.00 | 151.00 | 1644.00 | | | | |
| | 6.00 | | 3.75% | 0.00% | 1.17% | 0.00% | | | 0.00% | 90.00% | | | | | | | | | |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE : 7300-15

Dinny Sharry

07-02-2020



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:     FWD2007261
INVOICE DATE:   7/6/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM    45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-948#4
LOCATION: MC-948#4

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

|  |  | DAYRATE |  |
|---|---|---|---|
| 0.0 | HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 | HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 | HOURS ZERO RATE | $0.00 $ | - |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 | TOTAL HOURS |  |  |

Crew Shortage

AMOUNT DUE:   $   725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Coding: BU10079
|  |  |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
|  | 10417- 110-4202-810104 |

ED

# Valaris DS-16 MONTHLY BILLING SUMMARY

**Monthly:** July 2020
**Contract #:** OCS-G 28030
**Customer:** Fieldwood
**Well name:** M.C. 9504 Completion, Gunflint 4

**Cost Center:**
**AFE Number:** FW 205014
**Work Order:**
**Purchase Order:**

| DATE | OPR 704 100% | STBY 705 @ 98% | IRPR SURFACED 706 (12 hour allowance per month) thereafter 0 rate | RPR SUBSEA 706 (36 hour allowance per month) thereafter 0 rate | FORCE MAJEURE 707 @ 0% | In-hole Subsea Equip 905 @ 75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Airshift subsea with Preservation of Bop. Prep equipment for backload. Remove BGH hoses. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Derrick rig off Fieldwood inventoried equipment. Offload Valaris drill pipe in preparation for tunnel. Prep pads for paint on Jewelry deck. Await SS with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Remove Dope totes in moonpool. Perform maint on BOP #1 for preservation. Test on roof V/Ra G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Mud flanges on Dope hose lines in moonpool. Collar valaris Drill Pipe. Await SS w/BOP #1 UA preservation. Begin Cleaning in Derrick. |
| | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

|  | | |
|---|---|---|
| 100%/Day | $ | 175,200.00 |
| In hole/Subsea 100 / Day MPD | $ | 185,000.00 |
| In hole/Subsea 100%/Day | $ | 200,000.00 |
| 100%/hr MPD | $ | 185,000.00 |
| 100%/hr | $ | 8,333.33 |
| 98%/hr | $ | 7,708.33 |
| 90%/hr MPD | $ | 7,354.17 |
| 90%/hr MPD 98%/hr MPD | $ | 8,166.67 |

**Total Billable for the Month:** $ 735,200.00

DS-16 Rotating Supt.: Robert Ray
DS-16 Rotating Supt. Signature: _[signature]_
Date: 07-4-2020

Fieldwood Client Representative: BARRY GABOURIE
Fieldwood Client Representative Signature: _[signature]_
Date: 07/04/2020

Rig Manager: 
Fieldwood Drilling Supt.: 
Rig Manager Signature: 
Fieldwood Drilling Supt. Signature: 
Date: 
Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: _[redacted]_

ACCT CODE. 7300-15
7-4-2020

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: AFE
MC-948#4
FW205014

July 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Month: July 2020
Contract #: OCS-G 28030
Customer: Fieldwood
Well name: M.C. 550A Completion, Gunflint 4

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OPR 704 100% | STBY 70% @ 96% | RPR SURFACE (704 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA (706 (16 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 50% | In-hole Subsea (rate) , 503 @ 75% | No rate earned At repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Bop. Prep equipment for backload. Remove ROV hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | . | | | | Demobe rig of Fieldwood associated equipment. Offload Valaris drill pipe in preservation for transit. Prep pads for paint on low riv deck. Assist SS with BOP Muset preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | . | | | | Offload Valaris DP. Remove Drape hoses in moonpool. Perform move on BOP #1 for preservation. Took on Luel JR/Jt G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | . | | | | Install blind flanges on Drape hole lines in moonpool. Collar Valaris Drill Pipe. Assist SS w/BOP #1 UA preservation. Begin Cleanup in Derrick |
| 7/5/2020 | | | | | | | | . | | | | | | | | | |
| 7/6/2020 | | | | | | | | . | | | | | | | | | |
| 7/7/2020 | | | | | | | | . | | | | | | | | | |
| 7/8/2020 | | | | | | | | . | | | | | | | | | |
| 7/9/2020 | | | | | | | | . | | | | | | | | | |
| 7/10/2020 | | | | | | | | . | | | | | | | | | |
| 7/11/2020 | | | | | | | | . | | | | | | | | | |
| 7/12/2020 | | | | | | | | . | | | | | | | | | |
| 7/13/2020 | | | | | | | | . | | | | | | | | | |
| 7/14/2020 | | | | | | | | . | | | | | | . | | | |
| 7/15/2020 | | | | | | | | . | | | | | | . | | | |
| 7/16/2020 | | | | | | | | . | | | | | | . | | | |
| 7/17/2020 | | | | | | | | . | | | | | | | | | |
| 7/18/2020 | | | | | | | | . | | | | | | | | | |
| 7/19/2020 | | | | | | | | . | | | | | | | | | |
| 7/20/2020 | | | | | | | | . | | | | | | | | | |
| 7/21/2020 | | | | | | | | . | | | | | | | | | |
| 7/22/2020 | | | | | | | | . | | | | | | | | | |
| 7/23/2020 | | | | | | | | . | | | | | | | | | |
| 7/24/2020 | | | | | | | | . | | | | | | | | | |
| 7/25/2020 | | | | | | | | . | | | | | | | | | |
| 7/26/2020 | | | | | | | | . | | | | | | | | | |
| 7/27/2020 | | | | | | | | . | | | | | | | | | |
| 7/28/2020 | | | | | | | | . | | | | | | | | | |
| 7/29/2020 | | | | | | | | . | | | | | | | | | |
| 7/30/2020 | | | | | | | | . | | | | | | | | | |
| 7/31/2020 | | | | | | | | . | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

| | $725,100.00 | |
|---|---|---|
| 100%/Day | $ 185,000.00 | |
| In Hole/Subsea 100 / Day MPD | $ 200,000.00 | |
| In Hole/Subsea 100%/Day | $ 185,000.00 | Total Billable for the Month: $ 725,200.00 |
| 100%/hr MPD | $ 8,333.33 | |
| 100%/Hr | $ 7,708.33 | |
| 90%/Hr | $ 7,354.17 | |
| 90%/Hr MPD | $ 8,166.67 | |

DS-16 Rotating Supt.: _____ Fieldwood Client Representative: _____

Os-16 Rotating Supt. Signature: _____ Fieldwood Client Representative Signature: _____

Date: _____ Date: _____

Rig Manager: Dinny Sharry  Fieldwood Drilling Supt.: _____

Rig Manager Signature: [signed]  Fieldwood Drilling Supt. Signature: _____

Date: 06-05-2020  Date: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

**AFE #: FW205014**

TO INVOICE YOU FOR THIRD PARTY CATERING JULY 1-4, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---:|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.00 |

**AMOUNT DUE:** $ 3,780.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**

Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮▮
ABA ▮▮▮▮
Account ▮▮▮▮

| | | |
|---|---:|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR:** July 2020 **Well Name:** Gunflint, **AFE:** FW205014 **Routing#** 580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 18 | 9 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**TOTAL:** 35
**TOTAL:** 27
**TOTAL BILLABLE $:** $3,780.00

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE 3025-45
J. Butler
7-2-2020

Company Man APPROVAL: [signature] OIM APPROVAL: [signature] OIM 7/2/2

# Rowan Resolute

## CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Started Gunf 1600 on 6 | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | 3 | 3 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\rvalle2020\Desktop\June 2020 3rd Party Bunk Meals.xlsx


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

### AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING JUNE 5-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

**AMOUNT DUE:** $ 231,420.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███
ABA ███
Account ███

| | |
|---|---|
| $ (231,420.00) | 810620.10417.4202.110 |
| $ (34,089.65) | 912812.10417.4202.110 |
| $ 34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |

ED

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR:** June 2020  **Well Name:** Gunflint,  **AFE:** FW205014  **Routing#**580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | |
| OES | | | | | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 3 | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | | 1 | 3 | 3 | 3 | 1 | 1 | | | | |
| Oilstates | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | 2 | 2 | 2 | 2 | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Potechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |
| Schlumberger | | | | | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 14 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 10 | 10 | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Tetra | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 64 | 64 | 64 | 65 | 65 | 75 | 83 | 80 | 85 | 89 | 87 | 86 | 85 | 88 | 66 | 68 | 69 | 78 | 71 | 71 | 69 | 51 | 43 | 18 | 16 | 19 | 0 |
| TOTAL OVER CONTRACT | | | | | 62 | 62 | 62 | 63 | 63 | 73 | 81 | 78 | 83 | 87 | 85 | 84 | 83 | 66 | 64 | 66 | 67 | 76 | 69 | 69 | 67 | 49 | 41 | 16 | 16 | 17 | 1705 / 1653 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE 7300-45
J. Button 7-2-2002

TOTAL: 16 / 16
TOTAL BILLABLE $ $231,420.00

Company Man APPROVAL: _____  CIM APPROVAL: _____  3rd Party Tank Mod+ster _____ 7/2/20

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint, AFE: FW205014  Routing#580047**

Started Gunf 1600 on 6

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dri-Quip | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 4 | 4 | 4 | 4 | 4 | 8 | 8 | 8 | 8 | 7 | 8 | 6 | 6 | 6 | 6 | 6 | 7 | |
| Dynamic Industries | | | | | | | | | | | | | | 8 | 8 | 8 | 8 | | | | | 8 | | | 8 | 8 | 10 | 6 | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | 5 | 5 | 5 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 5 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | 4 | 4 | | |
| FMC | | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 1 | | | 3 | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | 2 | 2 | 2 | 2 | 2 | 14 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | 2 | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | 1 | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24965

Recording Date: 7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN
Addtl Titles Doc Types:

Mortgage Instrument Number: 1334982

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

THIS PAGE IS RECORED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court