# **Exhibit 21**

St. Bernard Parish Certified Copy

Randy S. Nunez
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

### First MORTGAGOR
FIELDWOOD ENERGY LLC

### First MORTGAGEE
ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :** MORTGAGES | **File Number :** 633342 |
| **Type of Document :** LIEN | **Book :** 1945    **Page :** 454 |
| **Recording Pages :** 17 | |
| **Description :** STATEMENT OF PRIVILEGE | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:15:50PM

Doc ID - 008075760017

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 12:15:50
Recorded in Book 1945   Page 454
File Number   633342

Deputy Clerk
/S/MANDY B. FLEETWOOD

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

        Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

        Fieldwood Energy LLC
        2000 W. Sam Houston Parkway South, Suite 1200
        Houston, TX 77042

5)    Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

        The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

    This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

    [ remainder of page intentionally blank - signature follows on next page ]

Date: July 15, 2020	**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 11589836
My Commission Expires: 4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



VALARIS

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2007260
INVOICE DATE: 7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM: 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

### DAYRATE EFFECTIVE

| Hours | Description | Dayrate | Amount |
|---|---|---|---|
| 568.0 | HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 | HOURS REPAIR SUBSEA RATE | $185,000.00 | $123,333.28 |
| 0.5 | HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 | HOURS MOVE RATE | $181,300.00 | $358,822.92 |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE: $ 4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ███
ABA ███
Account # ███

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
(4,378,333.31)  10417- 110-4202-810101
     -          10417- 110-4202-810102
     -          10417- 110-4202-810110
(127,187.45)    10417- 110-4202-810103
(358,822.92)    10417- 110-4202-810104

ED

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME / LOCATION: MC-948 #4
AFE FW205014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

**Month/Year:** June 2020
**Contract #:** OG-G-28030
**Customer:** Fieldwood
**Well name:** MC-9548 Completion, Gunflint

**Cost Center:**
**AFE Number:** FW205014
**Work Order:**
**Purchase Order:**

| Date | OPR 704 100% | STBY 70% @ 95% | Moon Base 70% @ 95% | RPR SURFACE 70% (72 hour allowance per month) = downtime change rate | RPR SPECIAL 75% (36 hour allowance per month) = downtime change rate | OPERATING HOURS FORCE MAJEURE 707 @ 95% | In-Job Subsea Equip. 369 @ 75% | No rate earned; All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2020 | | | 8.00 | | | | | | 8.00 | 95.00 | 5.00 | 19.00 | 9.00 | 59.00 | | | | Pull Riser/BOP, Jet BOP's, Skid BOP to Port setback, Transit Rig W/CCO to MC948. |
| 6/5/2020 | 10.00 | | 2.00 | | 12.00 | | | | 24.00 | 95.00 | 6.00 | 19.00 | 9.00 | 58.00 | | | | Transit rig to MC-948. On location at. Lower hydrophones. ROV Set Beacons, bottom survey & Remove Tree Cap, Offload Magpie A. WOW, Changing out Bioc Mux cable. |
| 6/6/2020 | 20.00 | | | | 4.00 | | | | 24.00 | 95.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | P/U 16 Stands of GTM 99 DP, Assist Cameron with TT CCT, Assist SS w/Blue Mux Cable C/O. Function Test BOP #2. WOW Tropical Storm Cristobal |
| 6/7/2020 | 24.00 | | | | | | | | 24.00 | 96.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | WOW. Function Test BOP #2 @SA\L & fail safe valves. I/Primary Control Panel, Cameron Performed TT Auto Lock test for CFP. Begin Transit to MC948 @ 2000. |
| 6/8/2020 | 20.00 | | 4.00 | | | | | | 24.00 | 95.00 | 6.00 | 19.00 | 7.00 | 58.00 | | | | Begin Transit to MC948 @ 2000. |
| 6/9/2020 | 16.50 | | 7.50 | 0.50 | | | | | 24.00 | 98.00 | 7.00 | 18.00 | 8.00 | 58.00 | | | | WOW, Transit to MC948 @ 2000 on location @07:00 Deploy hydrophones on location. Prepare BOP's to splash. |
| 6/10/2020 | 24.00 | | | | | | | | 24.00 | 98.00 | 7.00 | 18.00 | 8.00 | 68.00 | | | | Run riser to 6,000', F/U/TL & install dope hoses. Remove drape hoses. Re-configure riser space out. Install drape hoses. Move rig to WC. |
| 6/11/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 6.00 | 74.00 | | | | Land and Latch BOP test BOP Auto Shear and ROV Functions Rig Down riser equipment. Displace sea water to 11 ppg brine. Transfer SSTT to Moon Well and Test same. RIH with landing string. |
| 6/12/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 18.00 | 8.00 | 71.00 | | | | RIH w/ landing string. Pick up CTLF and Flow head. Test SSTT/THRT, Pressure test BOP. Rig up Slick Line. RIH w/GR pulling tool POOH and RIH w/ 3.5" Bailer tag upper Crown Plug and POOH. |
| 6/13/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 9.00 | 17.00 | 6.00 | 76.00 | | | | Clean and Inspect Bailer, M/U and RIH w/GR puller and pull upper crown plug to surface, RIH w/ GR pulling tool and pull Lower Crown Plug to surface. M/D slick line and commence R/U coiled Tubing. |
| 6/14/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 17.00 | 6.00 | 80.00 | | | | Continue to R/U coiled tubing and injector head to slimy same. Install Injector head on CTLF and continue to test. |
| 6/15/2020 | 24.00 | | | | | | | | 24.00 | 88.00 | 9.00 | 15.00 | 8.00 | 80.00 | | | | Cut Injector head M/U Baker connection and test. Pressure test coiled tubing equip. Pump THHCl and H2xCl Brine Mix and displace with sea water Equal Psi FWLAV and Does Coiled Tbg RIH to 19000' Pump Xylene chase with CaBr2. |
| 6/16/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 9.00 | 12.00 | 8.00 | 79.00 | | | | Cont'd circ, RIH to 21000'/Ran Through DHPT and RIH to 27035' Pump Screen wash as per FEW plan Pull up to 26045' following FEW plan and RIH to 27025 following FEW plan. |
| 6/17/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 8.00 | 12.00 | 8.00 | 77.00 | | | | Cont'd pumping and correct M/V Blue Dolphine Perform Stimulation Job Pull up to 26992 obs leak in coiled tbg consult down POOH close SCSSV cont'd POOH to 11000' Test XCSSV as per JEM. Cont POOH to surface Close Master Valve Flush Coiled Tubing and Blow down with N2. |
| 6/18/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 62.00 | | | | Rig Down, coiled tubing reel derrick and blow down, Rig Down Injector head Derrick cutting, diver, clean pits transfer 378,380 brine from well test tanks to brine pits. |
| 6/19/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 5.00 | 13.00 | 6.00 | 60.00 | | | | Offload Injector head from supply boat and R/U same, Offload Coiled Tbg Reel and R/U same, Fill coiled tbg with 72 bbls brine and pressure test, Cleaning Pits. |
| 6/20/2020 | 24.00 | | | | | | | † | 24.00 | 92.00 | 6.00 | 13.00 | 5.00 | 62.00 | | | | R/U surface line and pickle coiled tubing and displace thg w/ 11 ppg CaBr2. M/U Baker BHA and M/U Injector head and pressure test. Cleaning shaker house and flushing mud pit suction line. Coiled Tbg PM |
| 6/21/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 7.00 | 13.00 | 5.00 | 62.00 | | | | Continued to RIH with Coiled Tbg to 27015', R/U coffee to Frac, Run burst disc and test knee, Commence Stimulation Stages 1 & 2 commence Stage 3 |
| 6/22/2020 | 24.00 | | | | | | | | 24.00 | 91.00 | 7.00 | 16.00 | 4.00 | 71.00 | | | | Complete pumping Stimulation Coiled Tbg POOH, Released M/V Blue Dolphine, Perform negative test of SCSSV Clean out coiled tubing and then R/D coiled Tbg equipment. |
| 6/23/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 63.00 | | | | Continue to R/D Coiled Tbg Equipment, R/U Slick Line, Open and Flow well. |
| 6/24/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 8.00 | 14.00 | 4.00 | 63.00 | | | | Shut in and monitor build up, Follow FEW program equalizing pressure to operate valves on BHT, Flush landing string Run and test lower crown plug and test. Run Upper crown plug. |
| 6/25/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 1.00 | 63.00 | | | | Set and test upper crown plug, ROV test between crown plugs, R/D slick line, Unlatch THRT and remove out chewing string displace riser to sea water, L/D flow head and CTLF Rigging down surface equipment, R/U OES POOH with landing string, R/O OES, Commence R/D SSTT. |
| 6/26/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 3.00 | 45.00 | | | | L/D SCM and prepare and L/D SSTT. R/D 3rd Party Equipment from Rig Floor, R/U riser pulling equip. L/D diverter, R/U Landing Jt. Unlatch BOP, R/D Slip Jt. drape hoses and spool pools. Move SSE riser Pulling Riser. |
| 6/27/2020 | 20.50 | | 3.50 | | | | | | 24.00 | 92.00 | 6.00 | 16.00 | 3.00 | 30.00 | | | | Pulling Riser. Capture BOP in the transporter, break out double, Skid BOP to set back, L/D double riser, Go into transit 1 nm off location at 20:30 hrs. |
| 6/28/2020 | 13.00 | | 11.00 | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 13.00 | | | | In transit to GJ56, at anchor position @10:45, continue demobilization of Cemeco Rid equipment and gather FEW equipment for backload |
| 6/29/2020 | 24.00 | | | | | | | | 24.00 | 92.00 | 5.00 | 16.00 | 3.00 | 14.00 | | | | |
| 6/30/2020 | 12.00 | | 12.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 4.00 | | | | |
| **TOTALS** | **568.00** | **0.00** | **47.50** | **0.50** | **16.00** | **0.00** | **0.00** | **0.00** | | **2691.00** | **194.00** | **436.00** | **151.00** | **1665.00** | | | | |

| | | Hours | Rate |
|---|---|---|---|
| 100%/Day | $ | 191,002.10 | |
| In-Hole/Subsea 100 / Day MPD | $ | 200,502.10 | |
| In-Hole/Subsea 200%/Day | $ | 181,502.10 | |
| 100%/hr | $ | 8,333.33 | |
| 100%/hr MPD | $ | 7,708.33 | |
| 85%/hr | $ | 7,554.17 | |
| 95%/hr MPD | $ | 8,104.96 | |

**Rig Manager Signature:** Dave Bowell
**Drill Holding Supt. Signature:** Mike Gabourie
**Drill Holding Supt. Signature Date:** 7-1-2020

**Fieldwood Client Representative:** BARRY GABOURIE
**Fieldwood Client Representative Signature:** [signature]
**Date:** 7-1-2020

**Rig Manager:** Dinny Sharry
**Rig Manager Signature:** [signature]
**Date:** 07-02-2020

**Total Billable for the Month:** $ 2,944,342.75

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: [redacted]

ACCT CODE: 7300-15



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2007261 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 7/6/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM   45 DAYS |
| | |
| ATTN: AP DEPARTMENT | RIG: Resolute - DS-16 |
| | WELL NUMBER: MC-948#4 |
| | LOCATION: MC-948#4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $ 725,200.00

Digitally signed by Ben
Date: 2020.07.06 08:34:09 -05'00'

| REMIT ACH PAYMENTS TO: | Coding: BU10079 |
|---|---|
| Beneficiary: Atlantic Maritime Service LLC | -   10417- 110-4202-810101 |
| Wells Fargo Bank, N.A. | (725,200.00)   10417- 110-4202-810102 |
| San Fransisco, CA | -   10417- 110-4202-810110 |
| SWIFT Code: | -   10417- 110-4202-810103 |
| ABA | 10417- 110-4202-810104 |
| Account | ED |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: OCS-G 28930
Customer: Fieldwood
Well name: M.C. SS04 Completion, Gunflit 4

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OPR 704 100% | STBY 705 @ 85% | RPR SURFACE® 706 (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA 706 (96 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole Subsea Equip. 903 @ 75% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Bop. Prep equipment for backload. Remount RGH hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Demob-rig of Fieldwood associated equipment. Offload Valaris drill pipe in preparation for transit. Prep pads for paint on Jewelry deck. Asst SS with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Remove Drape ropes in moonpool. Perform maint on BOP #1 for preservation. Took on fuel 7/8 @ 5. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Blind Flanges on Drape hose lines in moonpool. Collar Valaris Drill Pipe. Asst c SS w/BOP #1 UA preservation. Begin Cleaning in Derrick. |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$ - 
100%/Day $ 725,200.00
In hole/Subsea 100 / Day MPD $ 185,000.00         Total Billable for the Month   $ 725,200.00
In hole/Subsea 100%/Day $ 200,000.00
100%/Hr MPD $ 185,000.00
100%/Hr $ 8,333.33
90%/Hr $ 7,708.33
98%/Hr $ 7,554.17
90%/Hr MPD $ 8,166.67

DS-16 Rotating Supt.: Robert Ray                     Fieldwood Client Representative: BARRY GABOURIE
DS-16 Rotating Supt. Signature: [signed]             Fieldwood Client Representative Signature: [signed]
Date: 07-4-2020                                       Date: 07/04/2020

Rig Manager:                                          Fieldwood Drilling Supt.:
Rig Manager Signature:                                Fieldwood Drilling Supt. Signature:
Date:                                                 Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE. 7300-15
7-4-2020

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - July 2020

WELL NAME / LOCATION: AFE   MC-948#4 FW205014

July 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | | | | | | | | |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | 24.0 | | | | | | | 24.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: OCS-G 28030
Customer: Fieldwood
Well name: M.C. SS04 Completion, Gunflint 4

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| Date | DPR 704 100% | STBY 70% @ 98% | RPR SURFACE 70% (12 hour allowances per month) - thereafter 0 rate | RPR SUBSEA 70% (96 hour allowances per month) - thereafter 0 rate | FORCE MAJEURE 70% @ 90% | In-hole Subsea Equip. 90% @75% | No rate earned: All repair rate in excess of monthly allotted hours | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (use legend below) | NON BILLABLE EXTRAS (use legend below) | CREW SHORTAGES (use legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Bop. Prep equipment for backload. Remove RGH hoses. |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Demobe rig of Fieldwood associated equipment. Offload Valaris drill pipe in preparation for transit. Prep pads for paint on Jewelry deck. Assist SS with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | Offload Valaris DP. Remove Drape Hoses in monopool. Perform maint on BOP #1 for preservation. Took on Fuel /Stg G. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | Install Blind Flanges on Drape hose lines in monopool. Collar Valaris Drill Pipe. Assist SS w/BOP #1 UA preservation. Begin Cleaning in Derrick. |
| 7/5/2020 | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

| | $ | $725,200.00 | $ | | Total Billable for the Month: | $ | 725,200.00 |
|---|---|---|---|---|---|---|---|
| | 100%/Day | $ | 185,000.00 | | | | |
| In hole/Subsee 100V / Day MPD | | $ | 200,000.00 | | | | |
| In hole/Subsee 100%/Day | | $ | 185,000.00 | | | | |
| 100%/hr MPD | | $ | 8,333.33 | | | | |
| 100%/Hr | | $ | 7,708.33 | | | | |
| 90%/Hr | 98%/Hr | $ | 7,554.17 | | | | |
| 90%/Hr MPD | 98%/Hr MPD | $ | 8,166.67 | | | | |

DS-16 Rotating Supt.: _____   Fieldwood Client Representative: _____

Ds-16 Rotating Supt. Signature: _____   Fieldwood Client Representative Signature: _____

Date: _____    Date: _____

Rig Manager: Dinny Sharry    Fieldwood Drilling Supt.: _____

Rig Manager Signature: [signature]    Fieldwood Drilling Supt. Signature: _____

Date: 06-05-2020    Date: _____



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING JULY 1-4, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.0 |

AMOUNT DUE:  $   3,780.0

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▓▓▓▓
ABA ▓▓▓▓
Account ▓▓▓▓

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 9 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | TOTAL: | | | 35 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE 3025-45
J. Bullen
7-2-2020

TOTAL: 27
TOTAL BILLABLE $ $3,780.00

OIM APPROVAL: Jimmie Snell OIM 7/2/2

Company Man APPROVAL:

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Started Gunfl 1600 on 6 |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | 3 | 3 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAJA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING JUNE 5-30, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

AMOUNT DUE:  $   231,420.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮▮▮
ABA ▮▮▮
Account ▮▮▮

| | |
|---|---|
| $ (231,420.00) | 810620.10417.4202.110 |
| $ (34,089.65) | 912812.10417.4202-110 |
| $ 34,089.65 | 919220.10417.4202-110 |
| ($43,469.00) | 912814.10417.4202-110 |
| $43,469.00 | 919220.10417.4202.110 |

ED

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Oilstates | | | | | 5 | 5 | 5 | 5 | 5 | 7 | 7 | 3 | 3 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 1 | 1 | | | | |
| One Subsea | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | | | | | 2 | 2 | 2 | 2 | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 14 | 14 | 15 | 15 | 17 | 17 | 17 | 17 | 10 | 10 | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Tetra | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 64 | 64 | 64 | 65 | 65 | 75 | 83 | 80 | 85 | 89 | 89 | 88 | 85 | 68 | 66 | 68 | 69 | 78 | 71 | 71 | 69 | 51 | 43 | 18 | | 19 | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL: | | | 1705 |
| TOTAL OVER CONTRACT | | | | | 62 | 62 | 62 | 63 | 63 | 73 | 81 | 78 | 83 | 87 | 87 | 86 | 83 | 66 | 64 | 66 | 67 | 76 | 69 | 69 | 67 | 49 | 41 | 16 | 16 | 17 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | TOTAL: | | | 1653 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:

ACCT CODE 7300-45
J. Button 7-2-2002

TOTAL BILLABLE $   $231,420.00

Company Man APPROVAL: [signature]     OIM APPROVAL: [signature] OIM 7/2/20

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint,  AFE: FW205014  Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 | 1 | 1 | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | 4 | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | | | | | |
| Ecoserv | | | | | 8 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 6 | 6 | 6 | 6 | 6 | 7 | |
| Elite Comms | | | | | | | 7 | 7 | | | 7 | | | | | | | | | | | | | | 8 | 8 | 10 | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | 5 | 5 | 5 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 5 | 5 | 5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | 4 | 4 | 3 | |
| FMC | | | | | 7 | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 1 | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON/Sperry | | | | | 2 | 2 | 2 | 2 | 2 | 14 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | 8 | 2 | 2 | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Started Gunfl 1600 on 6