# **Exhibit 23**

(Viosca Knoll 826 SS12)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)   Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)   Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$25,240.95**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is January 29, 2020.

3)   Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)   Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

St. Tammany Parish 2018
Instrmnt #: 2215418
Registry #: 2705283 ptr
7/16/2020 3:30:00 PM
MB X CB    MI    UCC

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Viosca Knoll Block 826, Lease No. OCS-G-06888** (the "Lease"), and **Well SS12 (OCS-G-06888)** (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020      **ATLANTIC MARITIME SERVICES LLC**,
a Delaware limited liability company

By: _____
Name: JASON R. MODLANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: _____4/19_____

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007267
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER  VK-826 SS12

**AFE #: FW197015**

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER
ATTACHED INVOICES

OIL STATES
**INVOICE#I100231421- DATED:4/13/2020**                                                        $                  24,039.00

Handling Charges @ 5%(601)                                                                        $                   1,201.95

**AMOUNT DUE:  $                25,240.95**

Rig Manager's Approval:

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:
ABA
Account

Digitally signed
by Ben
Date:
2020.07.10
08:48:09 -05'00'

$   (24,039.00)  024000.10417.4202.110
$    (1,201.95)  810510.10417.4202.110
          912103.10417.4202.110
$   (24,039.00)  810650.10417.4202.110
$    24,039.00   919250-10417.4202.110

ED



Oil States Industries, Special Products

**INVOICE**
# 100231421

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX  76001    (USA)
Ph: 817-548-4200
Fax: 817-548-4223

Page 1 of 1

**INVOICE# 100231421**

| Sold To | ENS4 | SP07 | OS09 |
|---|---|---|---|

ENSCO INCORPORATED
C/O ENSCO OFFSHORE COMPANY
P.O. BOX 570788
AP@VALARIS.COM
HOUSTON, TX 77257-0788    (USA)

| INVOICE DATE | Apr 13, 2020 |
|---|---|
| CUSTOMER PO# | 10013-0000454456 |
| REQUESTOR NAME | |
| REQUESTOR PHONE | |
| SALES ORDER# | 9143722 |
| PROJECT ID | |
| CURRENCY | USD |
| PAYMENT TERMS | NET 30 |
| CARRIER | SURFACE |
| DELIVERY TERMS | EXW |
| FREIGHT PAY METHOD | COLL |
| ULTIMATE DESTINATION | United States |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

**Ship To**

ROWAN RESOLUTE (VALARIS RESOLU
C/O FIELDWOOD ENERGY LLC)
C-PORT 2
180 1ST STREET
GOLDEN MEADOW, LA  70357    (USA)

Remit To:  OIL STATES INDUSTRIES
PO BOX 200149
DALLAS, TX  75320-0149

| LINE | ITEM / DESCRIPTION | TAX | QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | | | 1 | EA | 20,574.00 | $ 20,574.00 |
| 0002 | | | 1 | EA | 3,465.00 | $ 3,465.00 |

RIG:  RESOLUTE (R202)

| | |
|---|---|
| Items Subtotal | $ 24,039.00 |
| Invoice Total | $ 24,039.00 |

Approved By: _____
For Oil States Industries, Special Products

CHECKED APR 1 3 2020

*Cindy Harrison*

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE
OIL STATES INDUSTRIES TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

VALEN'S

# SERVICE WORK FINAL COST REPORT

FM CO-3147-036

Vendor Name: Oil States Industries

Vendor PO Number: 10013-0000454456 (Ref. Quote OSISP120-038)

Description of Service: Inspection of 6.0K FlexJoint (PD16706, S/N 1100)

Start Date: 02/27/2020    End Date: 2-29-20    Location:    Supplier Job Ref #:

Hours: Non-Warranty    Warranty: Y / (N)

## Labor Charges

| Employee Name | Position | Units/Days/OT Hours/Qnt $ | Rate | Qty/Hr | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep | 10 | $2,300.00 | 4 | | $9,200.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Labor Total: 9,200.00

## Mileage

| | Departure City | Destination City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

Mileage Total: 2,104.00

Total Miles shown include roundtrip mileage from Arlington, TX

## Rental

| Equipment Type | | Rate | Total Days | | Extended Cost |
|---|---|---|---|---|---|
| Rental Tools (estimated) | | $1,030.00 | 9 | Hours Trip | 9,270.00 |
| Rental Tool Freight (estimated) | | $3,465.00 | | Hours Trip | 3,465.00 |
| | | | | | |

Rental Total: 12,735.00

Rental tools charged by 9 days unless otherwise specified

## Billable Expenses

| Expense Type | Date | Commercial Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per Diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

Total Billable Expenses:

Expenses Total:

GRAND TOTAL: $24,039.00

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice

Service Vendor additional comments: Reference Quote OSISP120-038 for rates pricing. Rental tool and freight cost charges are for the total amount of days away from OSII Arlington facility.

Valin's additional comments:

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Vendor Name: | Oil States Industries | | | | | | |
|---|---|---|---|---|---|---|---|
| Valaris PO Number: | 10013-0000454456 | EAM Service Order#: | | Dept. Requesting Service: | SubSea | | |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | | | | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | | Location: | Supplier Job Ref# | Notes: | | |

| Summary of Charged time | Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch Ctv | Return |
|---|---|---|---|---|---|---|---|---|---|
| Tech Name: | Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | | |
| Tech Name: | | | | | | | | | |
| Tech Name: | | | | | | | | | |
| Tech Name: | | | | | | | | | |

Service Vendor final comments:

Valaris rep final comments: FlexJoint inspection (SN 1100)

Is this warranty work? - Y or N     No     If Yes Explain:

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: |
|---|---|---|---|
| Work Reviewed By Valaris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 |

Alan Baker

Signature: _____
Signature: _____



Oil States Industries, Special Products

## PACKING LIST
# 9833164

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX 76001    (USA)
Ph: 817-548-4200
Fax: 817-548-4223

April 13, 2020                                                                            Page 1 of 1

| | |
|---|---|
| **SHIP TO** | ROWAN RESOLUTE (VALARIS RESOLU<br>C/O FIELDWOOD ENERGY LLC)<br>C-PORT 2          SP07<br>180 1ST STREET<br>GOLDEN MEADOW, LA 70357     USA |

| PACKED DATE: _____ | GROSS WEIGHT: _____ |
|---|---|
| CARRIER: _____ SURFACE _____ | PACK BY: ____ |
| BOL: _____ PRO: _____ | |

| | |
|---|---|
| **CUSTOMER** | ENSCO INCORPORATED<br>C/O ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788          ENS4<br>AP@VALARIS.COM          SP07<br>HOUSTON, TX 77257-0788     USA     OS09<br>Attn:<br>Phone: Fax: |

| FREIGHT PAY METHOD | COLLECT |
|---|---|
| FREIGHT CLASS | |
| DELIVERY TERMS | EXWORKS |
| DESTINATION COUNTRY | UNITED STATES |
| ULTIMATE DESTINATION | United States |
| CUSTOMER PO # | 10013-0000454456 |
| PROJECT ID | |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

| OSI PART NUMBER / REV | DESCRIPTION | PACK QTY / ACT QTY |
|---|---|---|
| OS02400 | CHARGE, MISCELLANEOUS, L.B.<br><br>SO: 9143722 Line: 2 | 1 EA  _____ |
| | Line Box Info: _____ | |
| FREIGHT FOR TOOLS | | |
| PD16706RWK | FLEXJOINT, 6K REWORK<br><br>SO: 9143722 Line: 1 | 1 EA  _____<br>/ Serial: SN1100R |
| | Line Box Info: _____ | |
| 4 DAYS - TECHNICIAN LABOR - @ $2,300 / DAY<br>1052 MILES - @ $2.00 / MILE<br>9 DAYS - TOOL RENTAL - @$1,030.00 / DAY | | |

| Box/Crate/Carton, etc Info: | | Total Number: | |
|---|---|---|---|
| From | To | Weight | UM |
| | | | |
| | | | |
| | | | |
| | | | |

RIG:  RESOLUTE (R202)

Received, by the listed carrier, the property herein described on this Packing List, in apparent good order.

Print Name (Full Name)_____        Agent Per (Carrier or Trucking Co)_____

Signature (Full Name)_____        Date Signed_____

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE OIL STATES INDUSTRIES
SHIPPING REGULATIONS AND TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

VAL[...]'S

# SERVICE WORK FINAL COST REPORT

FM-CO-MAT-036

**Vendor Name:** Oil States Industries
**Valaris PO Number:** 10013-0000454456 (Ref. Quote OSISP120-038)
**Description of Service:** Inspection of 6.0K FlexJoint (PD16706, S/N 1100)
**Start Date:** 02/27/2020   **End Date:** 2-29-20   **Location:**
**Supplier Job Ref#:**   **Notes:** Non-Warranty

Warranty Y (N)

## Labor Charges

| Technician Name | Position | Units(hours)OT Hour/Day# | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep | 10 | $2,300.00 | 4 | | $9,200.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | **Labor Total:** | 9,200.00 |

## Mileage

| | Destination City | Departure City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 517 | $2.00 | | 1,034.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |
| | | | | | **Mileage Total:** | 2,104.00 |

*mileage has to be charged on both ways and return trip is an outbound*

## Rental

| Equipment Type | Comment/Explanation | Total Days | Rate | Notes | Extended Cost |
|---|---|---|---|---|---|
| Rental Tools (estimated) | | 9 | $1,030.00 | | 9,270.00 |
| Rental Tool Freight (estimated) | Round Trip | | $3,465.00 | | 3,465.00 |
| | | | | **Rental Total:** | 12,735.00 |

*rental only to be charged while tools are on board*

## Billable Expenses

| Expense Type | Date | Comment/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| | | | | **Expense Total:** | |

*no photos material*

**GRAND TOTAL:** $24,039.00

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice.

**Service Vendor additional comments:** Referenced Quote OSISP120-038 for rate/pricing. Rental, tool and technician charges are for the total amount of days away from USI-Arlington facility.

**Valaris additional comments:**

VALARIS

SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Vendor Name: | Oil States Industries | | | |
|---|---|---|---|---|
| Valaris PO Number: | 10013-0000454456 | EAM Service Order#: | | Dept. Requesting Service: SubSea |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | Location: | Supplier Job Ref# | |

| Summary of Charged time | | | | | | | Notes: | | |
|---|---|---|---|---|---|---|---|---|---|
| | Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | | Estimated Lodging & nights | Dispatch City | Return |
| Tech Name: | Oil States Rep. | 4 | | 0000 | | | | | Arlington, TX | |
| Tech Name: | | | | | | | | | | |
| Tech Name: | | | | | | | | | | |
| Tech Name: | | | | | | | | | | |
| Tech Name: | | | | | | | | | | |
| Tech Name: | | | | | | | | | | |

Service Vendor final comments:

Valaris rep final comments: FlexJoint Inspection (SN 1100)

Is this warranty work? - Y or N    If Yes Explain:  No

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: |
|---|---|---|---|
| Work Reviewed by Valris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 |

Alan Baker

Signature: _____
Signature: _____

# Valaris

**Business Unit:** 10013   OPEN
**Req ID:** 0000235666
**Date:** 05/13/2020
**Page** 4

Ship To:   ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Valaris
Field
Requisition

**Attention: SUBSEA**

REQ Type          OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | GL ACCT Item ID | UOM | DESCRIPTION | HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|-----------------|-----|-------------|---------|------|-------------------------|--------------|-------|------------------------------|--------|
|      |     |                 |     | RENTAL TOOL FREIGHT - ROUND TRIP $3465 TOTAL RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 | | | | | | | |

**Total Requisition Amount:** ___24,039.00___

STACK # 1 FLEX JOINT LEAKING (ON SURFACE)
OIL STATES INDUSTRIES - SUBSEA SERVICE TECH // OSI JOB NUMBER 3491 // REPORT NUMBER 1155
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456

AFE:   FW197015
Lease:   VK-826 SS12
Project: Neptune P&A
Engineer: J. Perroux
Routing #: ▮▮▮▮

*AccT Code # 3200-11*

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY  FR NO:   0000235666 |
|-------|------------|-----|-----|-----|
| **DOC'N NO:** | DATE | _Fwf_ Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR          DATE | | _Brent Primeaux_ Rep Name (Print) | | BUYER                          DATE |
| NOTE: Any additions or deletions must be initialed | | | | DATE FAXED: |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business **Unit:** 10013   OPEN
Req **ID:** 00000235666
Date: 05/13/2020
Page 1

**Attention: SUBSEA**

REQ Type   OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 1 | 4 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,SUBSEA TECHNICIAN,DAY RATE,12 HR DAY | 2,300.00 9,200.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

<< STEVEN BURK - OIL STATES  SUBSEA TECH
$2300 PER DAY 4X = $9200
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456 >>

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
| 2 | 1,052 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,MILEAGE RATE,ROUND TRIP FROM ARLINGTON, TX,CHARGE PER MILE | 2.00 2,104.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes        Item Desc :

ECCN NO:                    HTS NO:                    UNSPSC NO:

R4202        05/13/2020
OIM            DATE

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

_____
Operator (Print)

_____
Rep Signature

_____
Rep Name (Print)

List all Field
ETRR No. by Item

PURCHASING ONLY FR NO:    0000235666

_____
_____
_____
_____

RIG MGR / OPERATIONS MGR        DATE

NOTE: Any additions or deletions must be initialed

_____                    _____
BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____        DATE FAXED: _____

# Valaris

**Valaris Field Requisition**

Business Unit: 10013    OPEN
Req ID: 0000235666
Date: 05/13/2020
Page   2

**Attention: SUBSEA**

REQ Type    OFFSHORE SERVICE

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|

R4202 / OIM    05/13/2020 DATE

RIG MGR / OPERATIONS MGR ___ DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:   0000235666

BUYER ___ DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___

# Valaris

**Valaris Field Requisition**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Business Unit:10013   OPEN
Req ID:0000235666
Date: 05/13/2020
Page   3

**Attention: SUBSEA**

REQ Type      OFFSHORE SERVICE

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PURCHASING USE ONLY | | | | |
| 3 | 9 | 024000 | EA | << STEVEN BURK - OIL STATES SUBSEA TECH MILEAGE RATE (PER MILE) $2 X 1052 MILES = $2104 ARLINGTON,TX TO HOUMA, LA = 527 MILES HOUMA, LA TO ARLINGTON, TX = 525 MILES RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL,DAY RATE | 1,030.00 9,270.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

ECCN NO:                    HTS NO:

UNSPSC NO:

| 4 | 1 | 024000 | EA | << OIL STATES - DAILY TOOL RENTAL $1030 X 9 DAYS $9270 RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL FREIGHT,ROUND TRIP | 3,465.00 3,465.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N

Available Sustitutes      Item Desc :

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

List all Field ETRR No. by Item

PURCHASING ONLY FR NO:   0000235666

R4202          05/13/2020          Operator (Print)
OIM                DATE

Rep Signature

RIG MGR / OPERATIONS MGR          DATE          Rep Name (Print)

NOTE: Any additions or deletions must be initialed

BUYER                    DATE

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____   NO: _____   DATE FAXED: _____

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument # 0215418 of the original
records. Given under my hand and seal of office
this the 16 day of JULY 2020

Dy Clerk and Ex-Officio Recorder
Jaynie Rollins, Deputy Clerk