# **Exhibit 24**

1340 Poydras Street, 4th Floor  
New Orleans, Louisiana 70112



Land Records Division  
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24966

Recording Date: 7/16/2020 01:40:55 PM

Document Type: LABOR/MATERIAL LIEN  
Addtl Titles Doc Types:

Mortgage Instrument Number: 1334983

Filed by: SHER GARNER  
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

(Viosca Knoll 826 SS12)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$25,240.95**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is January 29, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24966  07/16/2020  01:40:55 PM
TYPE: LABOR  15 PG(S)

MIN#: 1334983



Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Viosca Knoll Block 826, Lease No. OCS-G-06888** (the "Lease"), and **Well SS12 (OCS-G-06888)** (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 15, 2020      **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 115 89836
My Commission Expires: 4/19/2023



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007267
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER VK-826 SS12

### AFE #: FW197015

**TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES**

**OIL STATES**
INVOICE#I100231421- DATED:4/13/2020                                    $   24,039.00

Handling Charges @ 5%(601)                                            $    1,201.95

**AMOUNT DUE:  $   25,240.95**

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▮
ABA ▮
Account ▮

Digitally signed by Ben
Date: 2020.07.10
08:48:09 -05'00'

| | | |
|---|---|---|
| $ | (24,039.00) | 024000.10417.4202.110 |
| $ | (1,201.95) | 810510.10417.4202.110 |
| | | 912103.10417.4202.110 |
| $ | (24,039.00) | 810650.10417.4202.110 |
| $ | 24,039.00 | 919250-10417.4202.110 |
| | | ED |



Oil States Industries, Special Products

**INVOICE**
**# 100231421**

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX 76001 (USA)
Ph: 817-548-4200
Fax: 817-548-4223

Page 1 of 1

| Sold To | ENS4 | SP07 | OS09 |
|---|---|---|---|
| ENSCO INCORPORATED C/O ENSCO OFFSHORE COMPANY P.O. BOX 570788 AP@VALARIS.COM HOUSTON, TX 77257-0788 (USA) | | | |

| INVOICE DATE | Apr 13, 2020 |
|---|---|
| CUSTOMER PO# | 10013-0000454456 |
| REQUESTOR NAME | |
| REQUESTOR PHONE | |
| SALES ORDER# | 9143722 |
| PROJECT ID | |
| CURRENCY | USD |
| PAYMENT TERMS | NET 30 |
| CARRIER | SURFACE |
| DELIVERY TERMS | EXW |
| FREIGHT PAY METHOD | COLL |
| ULTIMATE DESTINATION | United States |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

Ship To

ROWAN RESOLUTE (VALARIS RESOLU
C/O FIELDWOOD ENERGY LLC)
C-PORT 2
180 1ST STREET
GOLDEN MEADOW, LA 70357 (USA)

Remit To: OIL STATES INDUSTRIES
PO BOX 200149
DALLAS, TX 75320-0149

INVOICE# 100231421

| LINE | ITEM / DESCRIPTION | TAX | QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | PD16706RWK Rev: | | 1 | EA | 20,574.00 | $ 20,574.00 |
| 0002 | | | 1 | EA | 3,465.00 | $ 3,465.00 |

RIG: RESOLUTE (R202)

| | |
|---|---|
| Items Subtotal | $ 24,039.00 |
| Invoice Total | $ 24,039.00 |

Approved By: _____
For Oil States Industries, Special Products

CHECKED APR 1 3 2020
Cindy Harrison

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE
OIL STATES INDUSTRIES TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

# SERVICE WORK FINAL COST REPORT

**Vendor Name:** Oil States Industries

**Valeris PO Number:** 10013-0000454456 (Ref. Quote OSISP120-038)

**Description of Service:** Inspection of 6.0K FlexJoint (PD16706, S/N 1100)

**Start Date:** 02/27/2020 **End Date:** 2-29-20 **Location:** **Supplier Job Ref#:** **Note:** Non-Warranty **FM CO MAT-030** **Warranty Y (N)**

### Labor Charges

| Technician Name | Position | Units (Hours or Hours/Day) | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep. | 10 | $2,920.00 | 4 | | $9,200.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Labor Total:** 9,200.00

### Mileage

| | Departure City | Destination City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

**Mileage Total:** 2,104.00

### Rental

| Equipment Type | Date | Rate | Total Days | | | Extended Cost |
|---|---|---|---|---|---|---|
| Rental Tools (estimated) | | $1,030.00 | 9 | | | 9,270.00 |
| Rental Tool Freight (estimated) | | $3,465.00 | Round Trip | | | 3,465.00 |
| | | | | | | |

**Rental Total:** 12,735.00

### Billable Expenses

| Expense Type | Date | Comment/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

**Expenses Total:**

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice.

**GRAND TOTAL:** $24,039.00

**Service Vendor additional comments:** (Reference Quote OSISP120-038 for rate/pricing. Rental (G2) and Technician charges are for the total amount of days away from OSI Arlington facility.

**Valeris additional comments:**

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Field | Value |
|---|---|
| Vendor Name: | Oil States Industries |
| Valaris PO Number: | 10013-0000454456 |
| EAM Service Order #: | |
| Dept. Requesting Service: | SubSea |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) |
| Start Date: 02/27/2020 | End Date: 2-29-20 |
| Location: | |
| Supplier Job Ref #: | |
| Notes: | |

### Summary of Charged time

| Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

**Service Vendor final comments:**

**Valaris rep final comments:** FlexJoint inspection (SN 1100)

**Is this warranty work? - Y or N** If Yes Explain: No

| | | | |
|---|---|---|---|
| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: | Signature: [signed] |
| Work Reviewed By Valris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 | Signature: [signed] |

Alan Baker



Oil States Industries, Special Products

**PACKING LIST**
**# 9833164**

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX 76001 (USA)
Ph: 817-548-4200
Fax: 817-548-4223

April 13, 2020

Page 1 of 1

| | | | PACKED DATE: | GROSS WEIGHT: |
|---|---|---|---|---|
| SHIP TO | ROWAN RESOLUTE (VALARIS RESOLU C/O FIELDWOOD ENERGY LLC) C-PORT 2 180 1ST STREET GOLDEN MEADOW, LA 70357 USA | SP07 | CARRIER: SURFACE | PACK BY: |
| | | | BOL: | PRO: |
| | | | FREIGHT PAY METHOD | COLLECT |
| | | | FREIGHT CLASS | |
| | | | DELIVERY TERMS | EXWORKS |
| CUSTOMER | ENSCO INCORPORATED C/O ENSCO OFFSHORE COMPANY P.O. BOX 570788 AP@VALARIS.COM HOUSTON, TX 77257-0788 USA Attn: Phone: Fax: | ENS4 SP07 OS09 | DESTINATION COUNTRY | UNITED STATES |
| | | | ULTIMATE DESTINATION | United States |
| | | | CUSTOMER PO # | 10013-0000454456 |
| | | | PROJECT ID | |
| | | | SALES REP | Eric Fletcher |
| | | | SALES REP PHONE/FAX | |
| | | | SALES REP EMAIL | |

| OSI PART NUMBER / REV | DESCRIPTION | PACK QTY / ACT QTY |
|---|---|---|
| OS02400 FREIGHT FOR TOOLS | CHARGE, MISCELLANEOUS, L.B. SO: 9143722 Line: 2 Line Box Info: | 1 EA |
| PD16706RWK 4 DAYS - TECHNICIAN LABOR - @ $2,300 / DAY 1052 MILES - @ $2.00 / MILE 9 DAYS - TOOL RENTAL - @$1,030.00 / DAY | FLEXJOINT, 6K REWORK SO: 9143722 Line: 1 Line Box Info: | 1 EA / Serial: SN1100R |

| Box/Crate/Carton, etc Info: | | Total Number: | |
|---|---|---|---|
| From | To | Weight | UM |
| | | | |
| | | | |
| | | | |
| | | | |

RIG: RESOLUTE (R202)

Received, by the listed carrier, the property herein described on this Packing List, in apparent good order.

Print Name (Full Name)_____  Agent Per (Carrier or Trucking Co)_____

Signature (Full Name)_____  Date Signed_____

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE OIL STATES INDUSTRIES SHIPPING REGULATIONS AND TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

# SERVICE WORK FINAL COST REPORT

FM-CO-MAT-036

**Vendor Name:** Oil States Industries
**Valaris PO Number:** 10013-00000454456 (Ref. Quote OSISP120-038)
**Description of Service:** Inspection of 6.0K FlexJoint (PD16706, S/N 1100)
**Start Date:** 02/27/2020  **End Date:** 2-29-20  **Location:**  **Supplier Job Ref#:**  **Note:** Non-Warranty  **Warranty Y** (N)

### Labor Charges

| Technician Name | Position | Units (hours OT Hours/Days) | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep. | 10 | $2,300.00 | 4 | | $9,200.00 |

**Labor Total:** 9,200.00

### Mileage

| Departure City | Destination City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|
| Leg 1 Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | |
| Leg 4 | | | | | |

*milage total is to be pre-rated...preformed at rate...contract as per rates

**Mileage Total:** 2,104.00

### Rental

| Equipment Type | Rate | Total Days | Extended Cost |
|---|---|---|---|
| Rental Tools (estimated) | $1,030.00 | 9 | 9,270.00 |
| Rental Tool Freight (estimated) | $3,465.00 | Round Trip | 3,465.00 |

*Rental to only be charged to the service has been onboard

**Rental Total:** 12,735.00

### Billable Expenses

| Expense Type | Date | Comments/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

**Expense Total:**

*sum of labor must be noted

**IMPORTANT NOTE:** This amount must match the FINAL amount for this service that the supplier will invoice.  **GRAND TOTAL:** $24,039.00

**Service Vendor additional comments:** Reference Quote OSISP120-038 for rate/labor pricing. Rental Tool and Technician charges are for the total amount of days away from OSI Arlington facility.

**Valaris additional comments:**

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Vendor Name: | Oil States Industries | | | | | | |
|---|---|---|---|---|---|---|---|
| Valaris PO Number: | 10013-0000454456 | EAM Service Order #: | | | Dept. Requesting Service: | SubSea | |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | | | | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | | Location: | | Supplier Job Ref #: | | Notes: |

### Summary of Charged time

| Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

Service Vendor final comments:

Valaris rep. final comments: FlexJoint Inspection (SN 1100)

Is this warranty work? - Y or N: If Yes Explain: No

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: | Signature: |
|---|---|---|---|---|
| Work Reviewed By Valris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 | Signature: |

Alan Baker

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Business Unit:** 10013  OPEN
**Req ID:** 0000235666
**Date:** 05/13/2020
**Page:** 4
**Attention:** SUBSEA
REQ Type  OFFSHORE SERVICE

**Valaris Field Requisition**

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION HTS NO: | COST | AFE CATEGORY UNSPSC NO: | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | RENTAL TOOL FREIGHT - ROUND TRIP $3465 TOTAL RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 | | | | | | |

Total Requisition Amount: 24,039.00

STACK # 1 FLEX JOINT LEAKING (ON SURFACE)
OIL STATES INDUSTRIES - SUBSEA SERVICE TECH // OSI JOB NUMBER 3491 // REPORT NUMBER 1155
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456

AFE: FW197015
Lease: VK-826 SS12
Project: Neptune P&A
Engineer: J. Perroux
Routing #:

Acct Code #3200-11

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| BDCN NO: | DATE | Operator (Print) _FWE_ Rep Signature Rep Name (Print) _Brent Primeaux_ | | |
| RIG MGR / OPERATIONS MGR | DATE | | | BUYER      DATE |
| NOTE: Any additions or deletions must be initialed | | NO: | | DATE FAXED: |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013
Req ID: 0000235666
Date: 05/13/2020
Page 1

**Attention: SUBSEA**

REQ Type     OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,SUBSEA TECHNICIAN,DAY RATE,12 HR DAY | 2,300.00 9,200.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N
Available Sustitutes            Item Desc :

ECCN NO:        HTS NO:        UNSPSC NO:

<< STEVEN BURK - OIL STATES  SUBSEA TECH
$2300 PER DAY 4X = $9200
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456 >>

| 2 | 1,052 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,MILEAGE RATE,ROUND TRIP FROM ARLINGTON, TX,CHARGE PER MILE | 2.00 2,104.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes            Item Desc :

ECCN NO:        HTS NO:        UNSPSC NO:

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER          DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___    NO: ___    DATE FAXED: ___

OPEN

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013  **OPEN**
**Req ID:** 00000235666
**Date:** 05/13/2020
**Page:** 2

**Attention: SUBSEA**

REQ Type    OFFSHORE SERVICE

**PURCHASING USE ONLY**

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|
|      |     |                  |     |             |      |              |              |       |                              |        |

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

| R4202 | 05/13/2020 | | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 00000235666 |
|-------|------------|--|---------------------------------|-------------------------------------|
| OIM | DATE | Operator (Print) | | |

Rep Signature

RIG MGR / OPERATIONS MGR _____ DATE          Rep Name (Print)          BUYER _____ DATE

NOTE: Any additions or deletions must be initialed                NO: _____    DATE FAXED: _____

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

**Business Unit:** 10013    **OPEN**
**Req ID:** 0000235666
**Date:** 05/13/2020
**Page:** 3

**Attention: SUBSEA**
REQ Type    OFFSHORE SERVICE

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 9 | 024000 | EA | << STEVEN BURK - OIL STATES SUBSEA TECH MILEAGE RATE (PER MILE) $2 X 1052 MILES = $2104 ARLINGTON, TX TO HOUMA, LA = 527 MILES HOUMA, LA TO ARLINGTON, TX = 525 MILES RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL,DAY RATE | 1,030.00 9,270.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Substitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

| 4 | 1 | 024000 | EA | << OIL STATES - DAILY TOOL RENTAL $1030 X 9 DAYS = $9270 RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL FREIGHT,ROUND TRIP | 3,465.00 3,465.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Substitutes    Item Desc :

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Signature | | BUYER    DATE |
| NOTE: Any additions or deletions must be initialed | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___   NO: ___   DATE FAXED: ___

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2020-24966

Recording Date: 7/16/2020 01:40:55 PM

Document Type: LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number: 1334983

Filed by: SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA 70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court