# **Exhibit 25**

## St. Bernard Parish Certified Copy

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

### First MORTGAGOR
FIELDWOOD ENERGY LLC

### First MORTGAGEE
ATLANTIC MARITIME SERVICES LLC

**Index Type :** MORTGAGES

**Type of Document :** LIEN

**Recording Pages :** 15

**Description :** STATEMENT OF PRIVILEGE

**File Number :** 633343

**Book :** 1945      **Page :** 471

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:16:51PM

Doc ID - 008075770015

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/16/2020 at 12:16:51
Recorded in Book 1945  Page 471
File Number    633343

Deputy Clerk

**/S/MANDY B. FLEETWOOD**

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

(Viosca Knoll 826 SS12)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$25,240.95**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is January 29, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Viosca Knoll Block 826, Lease No. OCS-G-06888** (the "Lease"), and **Well SS12 (OCS-G-06888)** (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July 15, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                             a Delaware limited liability company

                             By: _____
                             Name: JASON R. MORGANELLI
                             Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary/Bar Roll No. 115 89 836
My Commission Expires: 4/19/2023

3

**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007267
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: Rowan Resolute

WELL NUMBER VK-826 SS12

AFE #: FW197015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

OIL STATES
INVOICE#I100231421- DATED:4/13/2020                                                         $        24,039.00

Handling Charges @ 5%(601)                                                                  $         1,201.95

AMOUNT DUE:    $    25,240.95

Rig Manager's Approval:

REMIT ACH PAYMENTS TO:
eneficiary: Atlantic Maritime Service LLC
'ells Fargo Bank, N.A.
an Fransisco, CA
WIFT Code:
BA
ccount

Digitally signed
by Ben
Date:
2020.07.10
08:48:09 -05'00'

$   (24,039.00)   024000.10417.4202.110
$    (1,201.95)   810510.10417.4202.110
                  912103.10417.4202.110
$   (24,039.00)   810650.10417.4202.110
$    24,039.00    919250-10417.4202.110

ED



Oil States Industries, Special Products

**INVOICE**
# 100231421

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX  76001     (USA)
Ph: 817-548-4200
Fax: 817-548-4223

Page 1 of 1

| Sold To | | ENS4 | SP07 | OS09 |
|---|---|---|---|---|
| ENSCO INCORPORATED<br>C/O ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br>AP@VALARIS.COM<br>HOUSTON, TX 77257-0788     (USA) | | | | |

| INVOICE DATE | Apr 13, 2020 |
|---|---|
| CUSTOMER PO# | 10013-0000454456 |
| REQUESTOR NAME | |
| REQUESTOR PHONE | |
| SALES ORDER# | 9143722 |
| PROJECT ID | |
| CURRENCY | USD |
| PAYMENT TERMS | NET 30 |
| CARRIER | SURFACE |
| DELIVERY TERMS | EXW |
| FREIGHT PAY METHOD | COLL |
| ULTIMATE DESTINATION | United States |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

INVOICE# 100231421

| Ship To |
|---|
| ROWAN RESOLUTE (VALARIS RESOLU<br>C/O FIELDWOOD ENERGY LLC)<br>C-PORT 2<br>180 1ST STREET<br>GOLDEN MEADOW, LA  70357     (USA) |

Remit To:   OIL STATES INDUSTRIES
            PO BOX 200149
            DALLAS, TX  75320-0149

| LINE | ITEM / DESCRIPTION | TAX | QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | Rev: | | 1 | EA | 20,574.00 | $ 20,574.00 |
| 0002 | Rev: | | 1 | EA | 3,465.00 | $ 3,465.00 |

RIG: RESOLUTE (R202)

| | |
|---|---|
| Items Subtotal | $ 24,039.00 |
| Invoice Total | $ 24,039.00 |

Approved By: _____
For Oil States Industries, Special Products

CHECKED APR 1 3 2020
*[signature]*

| THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE<br>OIL STATES INDUSTRIES TERMS AND CONDITIONS OF SALE |
|---|

Please visit Oil States' web site
www.oilstates.com

# SERVICE WORK FINAL COST REPORT

VAL... S

Vendor Name: Oil States Industries
Valaris PO Number: 10013-000454456 (Ref. Quote OSISP120-038)
Description of Service: Inspection of 6.0K FlexJoint (PD16706, S/N 1100)
Start Date: 02/27/2020    End Date: 2-29-20   Location:    Supplier Job Ref#:    Note: Non-Warranty    FM CO-MAT-030    Warranty Y (N)

### Labor Charges

| Technician Name | Position | Units (Hours/OT Hours Dart) | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep. | 10 | $2,300.00 | 4 | | 39,200.00 |

Labor Total: 9,700.00

### Mileage

| | Departure City | Destination City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

Mileage Total: 2,104.00

### Rental

| Equipment Type | Rate | Total Days | | | Extended Cost |
|---|---|---|---|---|---|
| Rental Tools (estimated) | $1,030.00 | 9 | | | 9,270.00 |
| Rental Tool Freight (estimated) | $3,465.00 | Round Trip | | | 3,465.00 |

Rental Total: 12,735.00

### Billable Expenses

| Expense Type | Date | Comments/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

Expenses Total:

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice.

GRAND TOTAL: $24,039.00

Service Vendor additional comments: Reference Quote OSISP120-038 for rates pricing. Rental tool and Technician charges are for the total amount of days away from OSI Arlington facility.

Valaris additional comments:

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Vendor Name: | Oil States Industries | | | | | | |
|---|---|---|---|---|---|---|---|
| Valaris PO Number: | 10013-0000454456 | EAM Service Order#: | | | Dept. Requesting Service: | SubSea | |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | | | | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | Location: | | Supplier Job Ref# | | Notes: | |

### Summary of Charged time

| Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| Tech Name: Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

Service Vendor final comments:

Valaris rep final comments: FlexJoint inspection (SN 1100)

Is this warranty work? - Y or N: No       If Yes Explain:

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: | Signature: [signed] |
|---|---|---|---|---|
| Work Reviewed By Valaris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 | Signature: [signed] |

Alan Baker



# PACKING LIST
# # 9833164

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX  76001    (USA)
Ph: 817-548-4200
Fax: 817-548-4223

Oil States Industries, Special Products

April 13, 2020                                                      Page 1 of 1

| | | |
|---|---|---|
| PACKED DATE: | GROSS WEIGHT: | |
| CARRIER: | SURFACE | PACK BY: |
| BOL: | PRO: | |

SHIP TO:
ROWAN RESOLUTE (VALARIS RESOLU
C/O FIELDWOOD ENERGY LLC)
C-PORT 2                                  SP07
180 1ST STREET
GOLDEN MEADOW, LA 70357    USA

| FREIGHT PAY METHOD | COLLECT |
|---|---|
| FREIGHT CLASS | |
| DELIVERY TERMS | EXWORKS |
| DESTINATION COUNTRY | UNITED STATES |
| ULTIMATE DESTINATION | United States |
| CUSTOMER PO # | 10013-0000454456 |
| PROJECT ID | |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

CUSTOMER:
ENSCO INCORPORATED
C/O ENSCO OFFSHORE COMPANY
P.O. BOX 570788                           ENS4
AP@VALARIS.COM                            SP07
HOUSTON, TX 77257-0788    USA             OS09
Attn:
Phone: Fax:

| OSI PART NUMBER / REV | DESCRIPTION | PACK QTY / ACT QTY |
|---|---|---|
| OS02400 | CHARGE, MISCELLANEOUS, L.B.  SO: 9143722 Line: 2 | 1 EA |
| | Line Box Info: | |
| FREIGHT FOR TOOLS | | |
| PD16706RWK | FLEXJOINT, 6K REWORK  SO: 9143722 Line: 1 | 1 EA  / Serial: SN1100R |
| | Line Box Info: | |
| 4 DAYS - TECHNICIAN LABOR - @ $2,300 / DAY
1052 MILES - @ $2.00 / MILE
9 DAYS - TOOL RENTAL - @$1,030.00 / DAY | | |

| Box/Crate/Carton, etc Info: | | Total Number: | |
|---|---|---|---|
| From | To | Weight | UM |
| | | | |
| | | | |
| | | | |
| | | | |

RIG: RESOLUTE (R202)

Received, by the listed carrier, the property herein described on this Packing List, in apparent good order.

Print Name (Full Name)_____        Agent Per (Carrier or Trucking Co)_____

Signature (Full Name)_____         Date Signed_____

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE OIL STATES INDUSTRIES
SHIPPING REGULATIONS AND TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

VALA'S

# SERVICE WORK FINAL COST REPORT

FM-CO-MAT-030

**Vendor Name:** Oil States Industries
**Valaris PO Number:** 10013-000454456 (Ref. Quote OSISP120-038)
**Description of Service:** Inspection of 6.0K FlexJoint (PD16706, S/N 1100)
**Start Date:** 02/27/2020    **End Date:** 2-29-20    **Location:**    **Supplier Job Ref#:**    **Notes:** Non-Warranty    **Warranty Y (N)**

### Labor Charges

| Technician Name | Position | Units (hours/OT Hours/Days) | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep. | 10 | $2,300.00 | 4 | | 9,200.00 |

Labor Total: 9,200.00

### Mileage

| | Departure City | Destination City: | Miles | Cost per mile: | Notes | Extended Cost: |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

*rental will be to be prorated - preference is rent-service van per service*

Mileage Total: 2,104.00

### Rental

| Equipment Type | | | Rate | Total Days | | Extended Cost: |
|---|---|---|---|---|---|---|
| Rental Tools (estimated) | | | $1,030.00 | 9 | | 9,270.00 |
| Rental Tool Freight (estimated) | | | $3,465.00 | Round Trip | | 3,465.00 |

*Rental to only be charged while service hands are onboard*

Rental Total: 12,735.00

### Billable Expenses

| Expense Type | Date | Comments/Explanation: | Quantity | Rate | Extended Cost: |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

Expenses Total:

*see attached receipts*

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice    **GRAND TOTAL:** $24,039.00

**Service Vendor additional comments:** Reference Quote OSISP120-038 for rates pricing. Rental Tool and Technician charges are for the total amount of days away from OSI Arlington facility.

**Valaris additional comments:**

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

| | | | FM-CO-MAT-035 |
|---|---|---|---|
| Vendor Name: | Oil States Industries | | |
| Valaris PO Number: | 10013-0000454456 | EAM Service Order #: | Dept. Requesting Service: SubSea |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | Location: | Supplier Job Ref #: |

### Summary of Charged time

| Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

Notes:

**Service Vendor final comments:**

**Valaris rep final comments:** FlexJoint Inspection (SN 1100)

Is this warranty work? - Y or N: No   If Yes Explain:

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: | Signature: |
|---|---|---|---|---|
| Work Reviewed By Valris rep: | Name: Jeremy Laborde   Alan Baker | Title: Sr. Subsea Engineer | Date: 2-28-2020 | Signature: |

# Valaris

| | Valaris<br>Field<br>Requisition | | Business Unit: 10013  OPEN<br>Req ID:0000235666<br>Date: 05/13/2020<br>Page   4 |
|---|---|---|---|
| Ship To: | ROWAN RESOLUTE (VALARIS RESOLUTE)<br>620 MOULIN ROAD<br>BROUSSARD LA 70518<br>USA | | Attention: SUBSEA<br>REQ Type   OFFSHORE SERVICE |

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT<br>Item ID | UOM | DESCRIPTION<br>HTS NO: | COST | AFE<br>CATEGORY<br>UNSPSC NO: | CRIT.<br>RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | RENTAL TOOL FREIGHT - ROUND TRIP<br>$3465 TOTAL<br>RE-BILL FIELDWOOD<br>REF: VALARIS PO 10013-0000454456 | | | | | | |

Total Requisition Amount: 24,039.00

STACK # 1 FLEX JOINT LEAKING (ON SURFACE)
OIL STATES INDUSTRIES - SUBSEA SERVICE TECH // OSI JOB NUMBER 3491 // REPORT NUMBER 1155
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456

AFE: FW197015
Lease: VK-826 SS12
Project: Neptune P&A
Engineer: J. Perroux
Routing #:

Acct Code #3200-11

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO<br>reimbursement of all items ordered above. | List all Field<br>ETRR No. by Item | PURCHASING ONLY FR NO:   0000235666 |
|---|---|---|---|---|
| BDCN NO: | DATE | _F.w.F_<br>Operator (Print)<br>_signature_<br>Rep Signature<br>Brent Primeaux<br>Rep Name (Print) | | |
| RIG MGR / OPERATIONS MGR   DATE | | | | BUYER   DATE |
| NOTE: Any additions or deletions<br>must be initialed | | | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ____   NO: ____   DATE FAXED: ____

# Valaris

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID: 0000235666
Date: 05/13/2020
Page: 1

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

Attention: SUBSEA

REQ Type   OFFSHORE SERVICE

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,SUBSEA TECHNICIAN,DAY RATE,12 HR DAY | 2,300.00 9,200.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO:   HTS NO:   UNSPSC NO:

<< STEVEN BURK - OIL STATES  SUBSEA TECH
$2300 PER DAY 4X = $9200
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456 >>

| 2 | 1,052 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,MILEAGE RATE,ROUND TRIP FROM ARLINGTON,TX,CHARGE PER MILE | 2.00 2,104.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO:   HTS NO:   UNSPSC NO:

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR   DATE | | Rep Name (Print) | | BUYER   DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:   NO:   DATE FAXED:

# Valaris

**Ship To:** ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID: 00000235666
Date: 05/13/2020
Page  2

**Attention: SUBSEA**

REQ Type   OFFSHORE SERVICE

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT / Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| RIG MGR / OPERATIONS MGR    DATE | | Rep Signature | | BUYER           DATE |
| NOTE: Any additions or deletions must be initaled | | Rep Name (Print) | | |

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____  NO: _____    DATE FAXED: _____

# Valaris

**Valaris Field Requisition**

Business Unit: 10013  
Req ID: 0000235666  
Date: 05/13/2020  
Page 3  
OPEN

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)  
620 MOULIN ROAD  
BROUSSARD LA 70518  
USA

Attention: **SUBSEA**

REQ Type    OFFSHORE SERVICE

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 9 | 024000 | EA | << STEVEN BURK - OIL STATES SUBSEA TECH MILEAGE RATE (PER MILE) $2 X 1052 MILES = $2104 ARLINGTON,TX TO HOUMA, LA = 527 MILES HOUMA, LA TO ARLINGTON, TX = 525 MILES RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL,DAY RATE | 1,030.00 9,270.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N  
Available Sustitutes    Item Desc :

ECCN NO:    HTS NO:    UNSPSC NO:

| 4 | 1 | 024000 | EA | << OIL STATES - DAILY TOOL RENTAL $1030 X 9 DAYS = $9270 RE-BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL FREIGHT,ROUND TRIP | 3,465.00 3,465.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N  
Available Sustitutes    Item Desc :

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|
| OIM | DATE | Operator (Print) | | |
| | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | | BUYER    DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___