# Exhibit 26

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

---

**Index Type :**  MORTGAGE

**File # :** 2020-00002807

**Type of Document :** MATERIALMANS LIEN

**Book :** 772      **Page :** 668

**Recording Pages :**   15

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:50:33AM

Doc ID - 005320650015

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 07/16/2020 at 10:50:33
Recorded in Book 772  Page 668
File Number 2020-00002807

Deputy Clerk



**Return To :**

(Viosca Knoll 826 SS12)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

   Atlantic Maritime Services LLC
   5847 San Felipe, Suite 3300
   Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

   Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$25,240.95**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is January 29, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

   Fieldwood Energy LLC
   2000 W. Sam Houston Parkway South, Suite 1200
   Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5) Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Viosca Knoll Block 826, Lease No. OCS-G-06888** (the "Lease"), and **Well SS12 (OCS-G-06888)** (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

Date: July _15_, 2020       **ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON R. MORGANALI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary/Bar Roll No. _115898 36_
My Commission Expires: _4/19/2023_

3

**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe, Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007267
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS
RIG: Rowan Resolute

WELL NUMBER VK-826 SS12

AFE #: FW197015

TO INVOICE FOR EXPENSES PAID ON YOUR BEHALF FOR THE RIG LISTED ABOVE AS PER ATTACHED INVOICES

OIL STATES
INVOICE#I100231421- DATED:4/13/2020                                              $   24,039.00

Handling Charges @ 5%(601)                                                       $    1,201.95

                                                            **AMOUNT DUE:**  $   25,240.95

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary: Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code: ▒▒▒
BA ▒▒▒
Account ▒▒▒

Digitally signed by Ben
Date: 2020.07.10
08:48:09 -05'00'

| | | |
|---|---|---|
| $ | (24,039.00) | 024000.10417.4202.110 |
| $ | (1,201.95) | 810510.10417.4202.110 |
| | | 912103.10417.4202.110 |
| $ | (24,039.00) | 810650.10417.4202.110 |
| $ | 24,039.00 | 919250-10417.4202.110 |
| | | ED |



Oil States Industries, Special Products

**INVOICE**
**# 100231421**

Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX  76001    (USA)
Ph: 817-548-4200
Fax: 817-548-4223

Page 1 of 1

| Sold To | ENS4 | SP07 | OS09 |
|---|---|---|---|
| ENSCO INCORPORATED<br>C/O ENSCO OFFSHORE COMPANY<br>P.O. BOX 570788<br>AP@VALARIS.COM<br>HOUSTON, TX 77257-0788    (USA) | | | |

| INVOICE DATE | Apr 13, 2020 |
|---|---|
| CUSTOMER PO# | 10013-0000454456 |
| REQUESTOR NAME | |
| REQUESTOR PHONE | |
| SALES ORDER# | 9143722 |
| PROJECT ID | |
| CURRENCY | USD |
| PAYMENT TERMS | NET 30 |
| CARRIER | SURFACE |
| DELIVERY TERMS | EXW |
| FREIGHT PAY METHOD | COLL |
| ULTIMATE DESTINATION | United States |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

| Ship To | |
|---|---|
| ROWAN RESOLUTE (VALARIS RESOLU<br>C/O FIELDWOOD ENERGY LLC)<br>C-PORT 2<br>180 1ST STREET<br>GOLDEN MEADOW, LA  70357    (USA) | Remit To:  OIL STATES INDUSTRIES<br>PO BOX 200149<br>DALLAS, TX  75320-0149 |

INVOICE# 100231421

| LINE | ITEM / DESCRIPTION | TAX | QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Rev: | | 1 | EA | 20,574.00 | $ 20,574.00 |
| 0002 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Rev: | | 1 | EA | 3,465.00 | $ 3,465.00 |

RIG:  RESOLUTE (R202)

| | |
|---|---|
| Items Subtotal | $ 24,039.00 |
| Invoice Total | $ 24,039.00 |

Approved By: _____
For Oil States Industries, Special Products

CHECKED APR 1 3 2020

*[signature]*

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE
OIL STATES INDUSTRIES TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

# SERVICE WORK FINAL COST REPORT

**Vendor Name:** Oil States Industries
**Valero PO Number:** 10013-000045456 (Ref. Quote OSISP120-038)
**Description of Service:** Inspection of 6.0K FlexJoint (PD16706, S/N 1100)
**Start Date:** 02/27/2020   **End Date:** 2.29.20   **Location:**   **Supplier Job R ##**   **Meet:** Non-Warranty   **FM CO-M&A P-030**   **Warranty Y / (N)**

## Labor Charges

| Technician Name | Position | Units (hours) OT Hours/Days | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Stevan Burk | Oil States Rep. | 10 | $2,300.00 | 4 | | $9,200.00 |

**Labor Total:** 9,200.00

## Mileage

| | Departure City | Destination City | Miles | Cost per mile | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

**Mileage Total:** 2,104.00

## Rental

| Equipment Type | Date | Rate | Total Days | Notes | Extended Cost |
|---|---|---|---|---|---|
| Rental Tools (estimated) | | $1,030.00 | 9 | | 9,270.00 |
| Rental Tool Freight (estimated) | | $3,465.00 | Round Trip | | 3,465.00 |

**Rental Total:** 12,735.00

## Billable Expenses

| Expense Type | Date | Comments/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

**Expenses Total:**

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice.

**GRAND TOTAL:** $24,039.00

Reference Quote OSISP120-038 for rental pricing. Rental fees and technician charges are for the total amount of days away from OSI Arlington facility.

# SERVICE SUMMARY TIMESHEET REPORT

**VALARIS**

FM-CO-MAT-035

| | |
|---|---|
| Vendor Name: | Oil States Industries |
| Valaris PO Number: | 10013-0000454456   EAM Service Order#:   Dept. Requesting Service: SubSea |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) |
| Start Date: 02/27/2020 | End Date: 2-29-20   Location:   Supplier Job Ref#: |

### Summary of Charged time

| Position | Regular Hours Charged | | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging & nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| | Days | | | | | | | |
| Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

Notes:

**Service Vendor final comments:**

**Valaris rep final comments:** FlexJoint Inspection (SN 1100)

Is this warranty work? - Y or N   If Yes Explain: No

| | | | |
|---|---|---|---|
| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: |
| Work Reviewed By Valaris rep: | Name: Jeremy Laborde | Title: Sr. Subsea Engineer | Date: 2-28-2020 |

Alan Baker

Signature: [signed]
Signature: [signed]



Oil States Industries, Special Products
Oil States Industries, Special Products
1031 N. Commercial Blvd
Arlington, TX 76001     (USA)
Ph: 817-548-4200
Fax: 817-548-4223

# PACKING LIST
# # 9833164

April 13, 2020

Page 1 of 1

**SHIP TO:**
ROWAN RESOLUTE (VALARIS RESOLU
C/O FIELDWOOD ENERGY LLC)
C-PORT 2                           SP07
180 1ST STREET
GOLDEN MEADOW, LA 70357     USA

**CUSTOMER:**
ENSCO INCORPORATED
C/O ENSCO OFFSHORE COMPANY
P.O. BOX 570788                    ENS4
AP@VALARIS.COM                     SP07
HOUSTON, TX 77257-0788    USA     OS09
Attn:
Phone: Fax:

| | |
|---|---|
| PACKED DATE: | GROSS WEIGHT: |
| CARRIER: SURFACE | PACK BY: |
| BOL: | PRO: |
| FREIGHT PAY METHOD | COLLECT |
| FREIGHT CLASS | |
| DELIVERY TERMS | EXWORKS |
| DESTINATION COUNTRY | UNITED STATES |
| ULTIMATE DESTINATION | United States |
| CUSTOMER PO # | 10013-0000454456 |
| PROJECT ID | |
| SALES REP | Eric Fletcher |
| SALES REP PHONE/FAX | |
| SALES REP EMAIL | |

| OSI PART NUMBER / REV | DESCRIPTION | PACK QTY / ACT QTY |
|---|---|---|
| OS02400 | CHARGE, MISCELLANEOUS, L.B. | 1 EA |
| | SO: 9143722 Line: 2 | |
| | Line Box Info: | |
| FREIGHT FOR TOOLS | | |
| PD16706RWK | FLEXJOINT, 6K REWORK | 1 EA |
| | SO: 9143722 Line: 1 | / Serial: SN1100R |
| | Line Box Info: | |

4 DAYS - TECHNICIAN LABOR - @ $2,300 / DAY
1052 MILES - @ $2.00 / MILE
9 DAYS - TOOL RENTAL - @$1,030.00 / DAY

| Box/Crate/Carton, etc Info: | | Total Number: | |
|---|---|---|---|
| From | To | Weight | UM |
| | | | |
| | | | |
| | | | |
| | | | |

RIG: RESOLUTE (R202)

Received, by the listed carrier, the property herein described on this Packing List, in apparent good order.

Print Name (Full Name)_____     Agent Per (Carrier or Trucking Co)_____

Signature (Full Name)_____      Date Signed_____

THE MATERIAL LISTED HEREON IS SOLD SUBJECT TO THE OIL STATES INDUSTRIES
SHIPPING REGULATIONS AND TERMS AND CONDITIONS OF SALE

Please visit Oil States' web site
www.oilstates.com

# SERVICE WORK FINAL COST REPORT

| | |
|---|---|
| Vendor Name: Oil States Industries | FM-CO-MAT-036 |
| Valaris PO Number: 10013-0000454456 (Ref. Quote OSISP120-038) | |
| Description of Service: Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | Location: | Supplier Job Ref#: | Notes: Non-Warranty | Warranty Y (N) |

### Labor Charges

| Technician Name | Position | Units (hours OT Hours/Days) | Rate | Quantity | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Steven Burk | Oil States Rep. | 10 | $2,300.00 | 4 | | $92,200.00 |
| | | | | | | |
| | | | | | Labor Total: | 9,200.00 |

### Mileage

| | Departure City: | Destination City: | Miles | Cost per mile: | Notes | Extended Cost |
|---|---|---|---|---|---|---|
| Leg 1 | Arlington, TX | Houma, LA | 527 | $2.00 | | 1,054.00 |
| Leg 2 | Houma, LA | Arlington, TX | 525 | $2.00 | | 1,050.00 |
| Leg 3 | | | | | | |
| Leg 4 | | | | | | |

*Mileage will only be provided if service tech is onboard*

Mileage Total: 2,104.00

### Rental

| Equipment Type | | Total Days | Rate | | | Extended Cost |
|---|---|---|---|---|---|---|
| Rental Tools (estimated) | | 9 | $1,030.00 | | | 9,270.00 |
| Rental Tool Freight (estimated) | | Round Trip | $3,465.00 | | | 3,465.00 |

*Rental to only be charged while service tools are onboard*

Rental Total: 12,735.00

### Billable Expenses

| Expense Type | Date | Comments/Explanation | Quantity | Rate | Extended Cost |
|---|---|---|---|---|---|
| Per diem | | | | | |
| Meals | | | | | |
| Travel expenses | | | | | |
| Flights | | | | | |
| Parking | | | | | |
| Lodging | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |
| Other (Explain) | | | | | |

Expenses Total:

IMPORTANT NOTE: This amount must match the FINAL amount for this service that the supplier will invoice. | GRAND TOTAL: $24,039.00

Service Vendor additional comments: Reference Quote OSISP120-038 for rates, pricing. Rental Tool and Technician charges are for the total amount of days away from OSI Arlington facility.

Valaris additional comments:

# VALARIS

## SERVICE SUMMARY TIMESHEET REPORT

FM-CO-MAT-035

| Vendor Name: | Oil States Industries | | | |
|---|---|---|---|---|
| Valaris PO Number: | 10013-0000454456 | EAM Service Order#: | Dept. Requesting Service: | SubSea |
| Description of Service: | Inspection of 6.0K FlexJoint (PD16706, S/N 1100) | | | |
| Start Date: 02/27/2020 | End Date: 2-29-20 | Location: | Supplier Job Ref#: | Notes: |

### Summary of Charged time

| Position | Days | Regular Hours Charged | OT Hours Charged | Travel time to rig | Travel time home (estimated) | Estimated Lodging nights | Dispatch City | Return |
|---|---|---|---|---|---|---|---|---|
| Oil States Rep. | 4 | | 0000 | | | | Arlington, TX | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |
| Tech Name: | | | | | | | | |

Service Vendor final comments:

Valaris rep final comments: FlexJoint Inspection (SN 1100)

Is this warranty work? - Y or N: No   If Yes Explain:

| Submitted By Service Vendor Lead: | Name: Steven Burk | Title: Oil States Rep. | Date: | Signature: [signed] |
|---|---|---|---|---|
| Work Reviewed By Valaris rep: | Name: Jeremy Laborde  Alan Baker | Title: Sr. Subsea Engineer | Date: 2-28-2020 | Signature: [signed] |

# Valaris

| Business Unit: 10013 | OPEN |
|---|---|
| Req ID:0000235666 | |
| Date: 05/13/2020 | |
| Page  4 | |

**Attention: SUBSEA**

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

| REQ Type | OFFSHORE SERVICE |
|---|---|

**Valaris Field Requisition**

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HTS NO: | UNSPSC NO: | | | |

RENTAL TOOL FREIGHT - ROUND TRIP
$3465 TOTAL
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456

**Total Requisition Amount:** 24,039.00

STACK # 1 FLEX JOINT LEAKING (ON SURFACE)
OIL STATES INDUSTRIES - SUBSEA SERVICE TECH // OSI JOB NUMBER 3491 // REPORT NUMBER 1155
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456

AFE: FW197015
Lease: VK-826 SS12
Project: Neptuné P&A
Engineer: J. Perroux
Routing #:

Acct Code # 3200-11

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: | 0000235666 |
|---|---|---|---|---|---|
| ERMCN NO: | DATE | Operator (Print) | | | |
| | | Rep Signature | | | |
| RIG MGR / OPERATIONS MGR | DATE | Brent Trincaux | | BUYER | DATE |
| | | Rep Name (Print) | | | |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___    DATE FAXED: ___

# Valaris

**Valaris Field Requisition**

Business Unit: 10013  OPEN
Req ID: 0000235666
Date: 05/13/2020
Page 1

**Attention: SUBSEA**

REQ Type: OFFSHORE SERVICE

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,SUBSEA TECHNICIAN,DAY RATE,12 HR DAY | 2,300.00 9,200.00 | 09 - 09-BLOW OU | VC | | | |

Line Item Exempt: N
Available Sustitutes    Item Desc:

ECCN NO:    HTS NO:    UNSPSC NO:

<< STEVEN BURK - OIL STATES SUBSEA TECH
$2300 PER DAY 4X = $9200
RE-BILL FIELDWOOD
REF: VALARIS PO 10013-0000454456 >>

| 2 | 1,052 | 024000 | EA | SERVICE-OFFSHORE,OIL STATES,MILEAGE RATE,ROUND TRIP FROM ARLINGTON, TX,CHARGE PER MILE | 2.00 2,104.00 | 82 - THIRD PART | S | | | |

Line Item Exempt: N
Available Sustitutes    Item Desc:

ECCN NO:    HTS NO:    UNSPSC NO:

| R4202 | 05/13/2020 | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|
| OIM | DATE | Operator (Print) | |
| | | Rep Signature | |
| RIG MGR / OPERATIONS MGR | DATE | Rep Name (Print) | BUYER      DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: ___ NO: ___   DATE FAXED: ___

# Valaris

**Valaris Field Requisition**

Business Unit: 10013   OPEN
Req ID:0000235666
Date: 05/13/2020
Page 2

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

**Attention: SUBSEA**

REQ Type   OFFSHORE SERVICE

PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|------|-----|------------------|-----|-------------|------|--------------|--------------|-------|------------------------------|--------|

R4202   05/13/2020
OIM   DATE

RIG MGR / OPERATIONS MGR   DATE

NOTE: Any additions or deletions must be initialed

NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above.

Operator (Print)

Rep Signature

Rep Name (Print)

List all Field ETRR No. by Item

PURCHASING ONLY FR NO: 0000235666

BUYER   DATE

DATE FAXED:

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES:_____ NO:_____

# Valaris

**Valaris Field Requisition**

Business Unit: 10013  OPEN
Req ID: 0000235666
Date: 05/13/2020
Page: 3

**Attention: SUBSEA**

REQ Type   OFFSHORE SERVICE

Ship To: ROWAN RESOLUTE (VALARIS RESOLUTE)
620 MOULIN ROAD
BROUSSARD LA 70518
USA

### PURCHASING USE ONLY

| ITEM | QTY | G/L ACCT Item ID | UOM | DESCRIPTION | COST | AFE CATEGORY | CRIT. RATING | PRICE | VENDOR, LOCATION, CONFIRM TO | PO NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 9 | 024000 | EA | << STEVEN BURK - OIL STATES SUBSEA TECH MILEAGE RATE (PER MILE) $2 X 1052 MILES = $2104 ARLINGTON, TX TO HOUMA, LA = 527 MILES HOUMA, LA TO ARLINGTON, TX = 525 MILES RE: BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL,DAY RATE | 1,030.00 9,270.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes   Item Desc :

ECCN NO:                     HTS NO:                     UNSPSC NO:

| 4 | 1 | 024000 | EA | << OIL STATES - DAILY TOOL RENTAL $1030 X 9 DAYS = $9270 RE: BILL FIELDWOOD REF: VALARIS PO 10013-0000454456 >> SERVICE-OFFSHORE,OIL STATES,TOOL RENTAL FREIGHT,ROUND TRIP | 3,465.00 3,465.00 | 82 - THIRD PART | S | | | |

Line Item Exempt : N
Available Sustitutes   Item Desc :

| R4202 | 05/13/2020 | | NOTE: Operator hereby authorizes ENSCO reimbursement of all items ordered above. | List all Field ETRR No. by Item | PURCHASING ONLY FR NO: 0000235666 |
|---|---|---|---|---|---|
| OIM | DATE | | Operator (Print) | | |
| | | | Rep Signature | | |
| RIG MGR / OPERATIONS MGR | DATE | | Rep Name (Print) | BUYER | DATE |

NOTE: Any additions or deletions must be initialed

HAS FIELD REQUISITION BEEN FAXED TO RIG MANAGER / OPERATIONS MANAGER YES: _____ NO: _____   DATE FAXED: _____