| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Main Case Number | |
|---|---|---|---|
| Debtor | In Re: | | |

This lawyer, who is admitted to the State Bar of _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |
|---|---|

Seeks to appear as the attorney for this party:  Valaris plc and Atlantic Maritime Services LLC

| | |
|---|---|
| Dated: | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge