IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |
| | § | Re: Docket Nos. 563 & 564 |

## DEBTORS' AMENDED WITNESS AND EXHIBIT LIST
## FOR HEARING ON NOVEMBER 24, 2020

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this amended witness and exhibit list (the "**Amended Witness and Exhibit List**") for the hearing scheduled for **November 24, 2020 at 10:30 a.m. (prevailing Central Time)** (the "**Hearing**") to consider the *Emergency Motion of the Debtors for Entry of an Order Extending the Automatic Stay to Certain of Debtors' Co-Working Interest Owners* (ECF No. 563):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of Michael T. Dane in Support of Emergency Motion of the Debtors for Entry of an Order Extending the Automatic Stay to Certain of Debtors' Co-Working Interest Owners (ECF No. 563-1) (the "**Dane Declaration**") | | | | |
| 2. | Excerpts of Debtors' operating agreements with co-working interest owners Ecopetrol America, LLC ("**Ecopetrol**"), attached to the Dane Declaration as Exhibit A | | | | |
| 3. | Excerpts of Debtors' operating agreements with co-working interest owners Ridgewood Katmai, LLC, and ILX Prospect Katmai, LLC, attached to the Dane Declaration as Exhibit A | | | | |
| 4. | Debtors' October 26, 2018 Master Domestic Offshore Daywork Drilling Contract with Atlantic Maritime Services LLC ("**Atlantic**"), attached to the Dane Declaration as Exhibit B | | | | |
| 5. | Atlantic's November 13, 2020 *in rem* lawsuit against Ecopetrol, filed in the United States District for the Eastern District of Louisiana, attached to the Dane Declaration as Exhibit C | | | | |
| 6. | Atlantic's November 13, 2020 *in rem* lawsuit against Ridgewood Katmai, LLC, and ILX Prospect Katmai, LLC, filed in the United States District for the Eastern District of Louisiana, attached to the Dane Declaration as Exhibit C | | | | |
| 7. | Proposed Order granting relief requested (ECF No. 563-2) | | | | |
| 8. | Proposed Notice of Entry of Order Extending the Automatic Stay to Certain of the Debtors' Co-Working Interest Owners (ECF No. 563-3) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 9. | **Atlantic's October 30, 2020 demand letter and statement of privilege to Ecopetrol America LLC** | | | | |
| 10. | **Ecopetrol's November 6, 2020 letter to Debtors demanding Debtors fulfill contractual indemnity obligations and address Atlantic's demands on Ecopetrol** | | | | |
| 11. | **Debtors' November 9, 2020 response letter to Atlantic's October 30, 2020 demand letter and statement of privilege to Ecopetrol** | | | | |
| 12. | Any exhibit designated by any other party in connection with this hearing | | | | |
| 13. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party in connection with this hearing | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: November 23, 2020
       Houston, Texas

                          Respectfully submitted,

                          */s/  Alfredo R. Pérez*
                          WEIL, GOTSHAL & MANGES LLP
                          Alfredo R. Pérez (15776275)
                          700 Louisiana Street, Suite 1700
                          Houston, Texas 77002
                          Telephone:  (713) 546-5000
                          Facsimile:  (713) 224-9511
                          Email:   Alfredo.Perez@weil.com

                          -and-

                          WEIL, GOTSHAL & MANGES LLP
                          Matthew S. Barr (admitted *pro hac vice*)
                          Jessica Liou (admitted *pro hac vice*)
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone:  (212) 310-8000
                          Facsimile:  (212) 310-8007
                          Email:   Matt.Barr@weil.com
                                        Jessica.Liou@weil.com
                          -and-

                          JONES WALKER, LLP
                          Joseph E. Bain (24085187)
                          Email:   jbain@joneswalker.com
                          Joshua A. Norris (24027577)
                          Email:   jnorris@joneswalker.com
                          James W. Noe (24040178)
                          Email: jnoe@joneswalker.com
                          Daniel J. Baldwin (24078184)
                          Email:  dbaldwin@joneswalker.com
                          811 Main St., Suite 2900
                          Houston, TX 77002
                          Telephone: 713.437.1800
                          Facsimile:  713.437.1810

                          *Attorneys for Debtors*
                          *and Debtors in Possession*

## Certificate of Service

I hereby certify that, on November 23, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Alfredo R. Pérez*
                                                 Alfredo R. Pérez