

## Exhibit 3

**Stay Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | |
| | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | |
| | § | |
| | § | (Jointly Administered) |

**NOTICE OF ENTRY OF ORDER EXTENDING THE AUTOMATIC STAY TO CERTAIN OF DEBTORS' CO-WORKING INTEREST OWNERS**

**PLEASE TAKE NOTICE** that, on August 3 and 4, 2020 (the "**Petition Date**"), Fieldwood Energy LLC, and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Chapter 11 Cases are pending before the Honorable Judge Isgur, United States Bankruptcy Judge, and are being jointly administered under the lead case *In re Fieldwood Energy LLC., et. al.*, Case No. 20-33948 (MI).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a self-effectuating, statutory stay or injunction, applicable to all entities and protecting the Debtors from, among other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

things, (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against any of the Debtors (i) that was or could have been commenced before the Petition Date or (ii) to recover a claim against any of the Debtors that arose before the Petition Date, (b) the enforcement, against any of the Debtors or against any property of any of the Debtors' estates, of a judgment obtained before the Petition Date, or (c) any act to obtain possession of, or exercise control over, property of any of the Debtors' estates (the "**Automatic Stay**").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Extending the Automatic Stay to Certain of Co-Working Interest Owners* (the "**Order**") (Docket No. [●]), entered on [●], 2020, and attached hereto, the Bankruptcy Court extended the Automatic Stay to those certain actions and with respect to Ecopetrol America, LLC, Ridgewood Katmai, LLC, and ILX Prospect Katmai, LLC (collectively, the "**WIOs**"), in connection with the actions in the Eastern District of Louisiana entitled Cause No. 2:20-cv-03097; *Atlantic Maritime Services, LLC v. Ecopetrol America, LLC* and Cause No. 2:20-cv-03099; *Atlantic Maritime Services, LLC v. Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC* (collectively, the "**Lawsuits**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and Rule 9020 of the Federal Rules of Bankruptcy Procedure (among other applicable substantive law and rules of procedure), any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Bankruptcy Court for failure to comply with the Order and applicable law—**including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States**.

---

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of the Debtors against any party. The Debtors expressly reserve the right to contest any claims that may be asserted against the Debtors.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly-available docket of the Chapter 11 Cases at http://www.txs.uscourts.gov/bankruptcy (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding the Chapter 11 Cases, located online at https://cases.primeclerk.com/FieldwoodEnergy, or (c) contacting the undersigned counsel for the Debtors.

Dated: November   , 2020
       Houston, Texas

       WEIL, GOTSHAL & MANGES LLP
       Alfredo R. Pérez (15776275)
       700 Louisiana Street, Suite 1700
       Houston, Texas 77002
       Telephone:  (713) 546-5000
       Facsimile:  (713) 224-9511
       Email:   Alfredo.Perez@weil.com

       -and-

       WEIL, GOTSHAL & MANGES LLP
       Matthew S. Barr (admitted *pro hac vice*)
       Jessica Liou (admitted *pro hac vice*)
       767 Fifth Avenue
       New York, New York 10153
       Telephone:  (212) 310-8000
       Facsimile:  (212) 310-8007
       Email:   Matt.Barr@weil.com
                 Jessica.Liou@weil.com

       -and-

       JONES WALKER, LLP
       Joseph E. Bain (24085187)
       Email: jbain@joneswalker.com
       Joshua A. Norris (24027577)
       Email: jnorris@joneswalker.com
       James W. Noe (24040178)
       Email: jnoe@joneswalker.com

Daniel J. Baldwin (24078184)
Email: dbaldwin@joneswalker.com
811 Main St., Suite 2900
Houston, TX 77002
Telephone: 713.437.1800
Facsimile: 713.437.1810

*Attorneys for Debtors*
*and Debtors in Possession*