

**VIA E-MAIL:**

November 6, 2020

Fieldwood Energy, LLC
2000 W. Sam Houston, Pkwy. S., Suite 1200
Houston, Texas 77042
    Attn: Mr. John Smith

Re: Notice of Statement of Privilege Field
    Mississippi Canyon Block 948
    Gunflint Prospect

Dear John,

Reference is made to that certain Unit Operating Agreement dated January 1, 2013 by and between Fieldwood, Ecopetrol and Talos Energy Offshore LLC covering the Gunflint Unit for the Gunflint Prospect, as amended ("UOA").

This letter is to notify Fieldwood Energy LLC ("Fieldwood") that Ecopetrol America LLC ("Ecopetrol") has been served with attached service of process regarding a Statement of Privilege recorded by Atlantic Maritime Services, LLC ("Atlantic") against the following property:

    Title of Document: Statement of Privilege
    Claimant: Atlantic Maritime Services, LLC
    Parishes: St. Tammany, Orleans, St. Bernard and Plaquemines
    Lease: OCS-G-28030
    Field: Mississippi Canyon — 948
    Operator: Fieldwood Energy, LLC
    Principal Amount: $5,842,744.68

Atlantic is demanding payment of $5,842,744.68, together with interest thereon, the cost of filing the lien and attorney's fees of 10% percent of the amount sought to be collected, and is expressing that failure to pay Atlantic $5,842,744.68 within seven (7) days from date thereof will leave Atlantic no alternative but to file a Complaint against Ecopetrol in the United States District Court for the Eastern District for Louisiana seeking the recognition and enforcement of its privilege, i.e. its Louisiana Oil Well Lien, against Ecopetrol's interest in the above property for the aforesaid amount. Additionally, pursuant to La. Rev. Stat. 9:4871, Atlantic will seek a Writ of Sequestration, without the necessity of furnishing bond.

The service of process transmittal from our agent for service of process is dated 11/05/2020 and our General Counsel received the email from them at 12:14 am 11/06/2020.

    Robert W. Kelsey, Land Manager
    2800 Post Oak Blvd. Suite 4500, Houston, TX 77056
    Cell (713) 870-3368

Notice of Statement of Privilege Filed
Mississippi Canyon Block 948
Gunflint Prospect

Please be reminded that Fieldwood in its capacity as Gunflint operator has the following obligation under Section 5.4 of the UOA:

> "*Liens and Encumbrances*: *the Operator shall use reasonable efforts to keep the Leases, Production Systems, facilities and other equipment and any jointly owned Hydrocarbons free from all liens and encumbrances, except those provided for in Article 6.3 (Security Rights), which might arise by reason of the operations conducted under this Agreement.*"

Therefore, in accordance with the above referenced Section 5.4 of the UOA, Ecopetrol demands that Fieldwood address this matter as soon as possible and fulfill their obligations under the Gunflint JOA, since an intent to file suit against Ecopetrol is made.

Ecopetrol takes this opportunity to remind Fieldwood to timely pay all future vendor payments to ensure additional liens are not filed against MC 948.


Very truly yours,
Ecopetrol America LLC


*Bob Kelsey*

Robert W. Kelsey
Land Manager



cc. Talos Energy Offshore LLC
    Attn: Mr. Ash Shepherd