# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, November 24, 2020

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Andrew | Adams | Gieger, Laborde & Laperouse, LLC | Ecopetrol America, LLC |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Clifford | Carlson | Weil | Debtors |
| Matthew D. | Cavenaugh | Jackson Walker LLP | Atlantic Maritime Services LLC |
| Brendan | Doherty | Gieger, Laborde & Laperouse | Ecopetrol America LLC, Ridgewood Katmai, LLC, and ILX Prospect Katmai, LLC |
| Eric | English | Porter Hedges LLP | Talos Energy Inc. and affiliates |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC and ILX Prospect Katmai, LLC |
| Daniel | Geoghan | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Kris | Hansen | Stroock LLP | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Travis | McRoberts | Squire Patton Boggs (US) LLP | Ecopetrol America, LLC |
| Sherry | Millman | Stroock & Stroock & Lavan | The Official Committee of Unsecured Creditors |
| Ken | Pasquale | Stroock & Stroock & Lavan | The Official Committee of Unsecured Creditors |
| Stewart F. | Peck | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Atlantic Maritime Services LLC |
| Alfredo | Perez | Weil | Debtors |
| Damian | Schaible | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Cameron A. | Secord | Jackson Walker LLP | Atlantic Maritime Services LLC |
| Kelly | Singer | Squire Patton Boggs (US) LLP | Ecopetrol America, LLC |
| Joshua | Sturm | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Zack | Tripp | Weil | Debtors |
| Natasha | Tsiouris | Davis Polk and Wardwell, LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach, PLLC | Lexon Insurance Company |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |