

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

ENTERED
11/24/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Marvin Isgur | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kelly E. Singer<br>Squire Patton Boggs (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, AZ 85004<br>Telephone: 602-528-4000<br>Email: kelly.singer@squirepb.com<br>Arizona, 022024<br>U.S. District Court, District of Arizona, Admitted 10/22/02 |
|---|---|

| Name of party applicant seeks to appear for: | Ecopetrol America LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 11/23/2020 | Signed: | /s/ Kelly E. Singer |
|---|---|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: | Clerk's signature: |

**Order**   **This lawyer is admitted *pro hac vice*.**

Signed: November 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge