

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
11/24/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois; New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Anup Sathy, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>IL 6230191; NY 4740767 |
|---|---|

Seeks to appear as the attorney for this party:  Valaris plc and Atlantic Maritime Services LLC

Dated: 11/23/2020         Signed: /s/ Anup Sathy

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____.

Dated:         Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: November 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge