

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
11/24/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ross M. Kwasteniet<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>IL 6276604 |

Seeks to appear as the attorney for this party:  Valaris plc and Atlantic Maritime Services LLC

| | |
|---|---|
| Dated: 11/23/2020 | Signed: /s/ Ross M. Kwasteniet |

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____ .

| | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: November 24, 2020

Marvin Isgur
United States Bankruptcy Judge