

UNITED STATES BANKRUPTCY COURT　　SOUTHERN DISTRICT OF

ENTERED
11/24/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Illinois___:

| | |
|---|---|
| Name | Jeffrey J. Zeiger, P.C. |
| Firm | KIRKLAND & ELLIS LLP |
| Street | 300 North LaSalle |
| City & Zip Code | Chicago, IL 60654 |
| Telephone | (312) 862-2000 |
| Licensed: State & Number | IL 6276222 |

Seeks to appear as the attorney for this party:　Valaris plc and Atlantic Maritime Services LLC

| | |
|---|---|
| Dated: 11/23/2020 | Signed: /s/ Jeffrey J. Zeiger |

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

| | |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: November 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge