

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF

ENTERED
11/24/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___California___ :

| | |
|---|---|
| Name | Gavin Campbell |
| Firm | Kirkland & Ellis LLP |
| Street | 333 South Hope Street |
| City & Zip Code | Los Angeles, CA 90071 |
| Telephone | 213-680-8400 / gavin.campbell@kirkland.com |
| Licensed: State & Number | CA 286270 |

Seeks to appear as the attorney for this party: Valaris plc and Atlantic Maritime Services LLC

Dated: 11/23/2020     Signed: /s/ Gavin Campbell

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:     Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: November 24, 2020

Marvin Isgur
United States Bankruptcy Judge