UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____ :

| | |
|---|---|
| Name | Stanwood R. Duval |
| Firm | Duval, Funderburk, Sundbery, Richard & Watkins |
| Street | 101 Wilson Avenue |
| City & Zip Code | Houma, Louisiana 70364 |
| Telephone | (985) 876-6410; Email: stan@duvallawfirm.com |
| Licensed: State & Number | Louisiana, #27732 |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | Magnum Mud Equipment Co., Inc. |
| Dated: November 24, 2020 | Signed: _[signature]_ |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:          Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
United States Bankruptcy Judge