## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **ECOPETROL AMERICA, LLC,** | § | |
| *in rem* | § | **JUDGE:** |
| | § | **MAGISTRATE:** |
| | § | |
| Defendant. | § | |
| | § | |

## VERIFIED COMPLAINT IN REM SEEKING RECOGNITION AND ENFORCEMENT OF ATLANTIC MARITIME SERVICE, LLC'S LIEN AND PRIVILEGE RIGHTS SOLELY WITH RESPECT TO THE SUBJECT INTERESTS OF ECOPETROL AMERICA, LLC AND ENFORCING SUCH RIGHTS BY WRIT OF SEQUESTRATION

**NOW HERE COMES** Atlantic Maritime Services, LLC (the "***Plaintiff***") and files this Verified Complaint seeking recognition of the Plaintiff's lien and privilege rights solely with respect to the Subject Interests (defined hereinbelow) of Ecopetrol America, LLC ("***Ecopetrol***"), and enforcing such rights by writ of sequestration, specifically reserving any and all rights to seek additional legal or equitable relief against other property or persons accountable for the claims stated herein.  In support of the Verified Complaint, the Plaintiff respectfully shows as follows:

### Parties

1.      The Plaintiff is a Delaware limited liability company with its principal place of business located at 5847 San Felipe Street, Suite 3300, Houston, TX 77057. The Plaintiff is a wholly-owned subsidiary of Valaris plc, debtor-in-possession in bankruptcy case no. 20-34114, pending before the Bankruptcy Court for the Southern District of Texas. (Bankr. S.D. Tex. 20-34114, ECF Doc. 1).

2.      Ecopetrol is a Delaware limited liability company with a principal place of business

Debtors' Exhibit No. 5
Page 1 of 82

located at 2800 Post Oak Boulevard, Suite 5110, Houston, TX 77056.

### Jurisdiction and Venue

3.       This Court has jurisdiction over this matter because the case and controversy herein arises out of, and in connection with, operations conducted on the Outer Continental Shelf for the exploration, development, or production of minerals, subsoil, and seabed of the Outer Continental Shelf. Thus, jurisdiction exists pursuant to the Outer Continental Shelf and Lands Act, 43 U.S.C. §1349(b)(1).

4.       Venue is proper in this District under 43 U.S.C. §1349(b)(1) because this is the "judicial district of the State nearest the place the cause of action arose."

### Factual Allegations

5.       The Plaintiff is lawfully engaged in the business of furnishing labor, equipment, machinery, materials, and services, including drilling services, in support of drilling, development, exploration and/or operation of oil and gas wells.

6.       Based on the records of the Bureau of Ocean Energy Management ("*BOEM*"), Ecopetrol holds a 31.5% working interest in a certain lease situated in the Outer Continental Shelf, OCS-G-28030, Mississippi Canyon Area, Block 948 (the "*Lease*"), containing Well #4 (API 608174129900) (the "*Well*"), for which Fieldwood Energy, LLC (the "*Operator*") serves as operator of record.

7.       Between June 4, 2020 and July 4, 2020, the Plaintiff furnished goods, equipment, supplies, and services for and in connection with the drilling and/or operation of the Lease and Well in the total principal amount of $5,824,744.68, as reflected in the invoices and work tickets attached hereto. *See* Exhibits 1-4, pp. 5-17, pp. 5-17, pp. 5-17, and pp. 4-16, respectively.

8.       Pursuant to La. R.S. § 9:4861, *et seq.* ("*LOWLA*"), the Plaintiff is granted a

2

privilege and lien (the "***Lien***") to secure payment owed for the goods, equipment, supplies, services, and other materials provided by the Plaintiff for the benefit of the Lease and Ecopetrol.

9.      The Plaintiff properly preserved, perfected, and maintained the perfection of the Lien by filing and recording the following lien affidavits (the "***Lien Affidavits***") on July 16, 2020:

> (i)   Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in the mortgage records of St. Tammany Parish, as Instrument No. 2215417, Reg. No. 2705279 (attached hereto and incorporated by reference as **Exhibit 1**);
>
> (ii) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, Orleans Parish as Instrument No. 2020-24965, MIN: 1334982 (attached hereto and incorporated by reference as **Exhibit 2**);
>
> (iii) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in St. Bernard Parish as File No. 633342, Book 1945, Pages 454-470 (attached hereto and incorporated by reference as **Exhibit 3**); and
>
> (iv) Statement of Privilege in the amount of $5,824,744.68, in favor of the Plaintiff, against Lease No. OCS-G-28030, Mississippi Canyon, Block 948, filed and recorded in Plaquemines Parish, as File #2020-00002805, Book 772, Pages 616-632 (attached hereto and incorporated by reference as **Exhibit 4**).

10.      The Lien Affidavits were each filed within 180 days of the completion of the work, materials, tools, and equipment supplied by the Plaintiff in connection with the drilling, development, exploration and/or the operation of the Lease on July 4, 2020. The Plaintiff provided notice to the Operator by certified mail, delivered on July 20, 2020.

11.      On August 3, 2020, the Operator filed a voluntary petition for bankruptcy relief, commencing case no. 20-33948 (the "***Bankruptcy Case***") before the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***").[1] (Bankr. S.D. Tex. 20-33948,

---

[1] As reflected in the reservations of rights throughout this Verified Complaint, the Plaintiff does not seek recognition or enforcement of its Lien against the Operator or any of its property interests; however, the Plaintiff expressly reserves the right, to the extent necessary, to seek relief from the automatic stay in the Bankruptcy Case to enforce its rights against Ecopetrol's interest in the hydrocarbons produced with respect to the Lease and the Subject Interests, as well

Debtors' Exhibit No. 5
Page 3 of 82

ECF Doc. 1).

12.     The principal amount owed for the work described above, $5,824,744.68, remains

past due and owing, together with attorneys' fees up to ten percent (10%) of the amount due, costs

for preparing the Lien Affidavits and notice of *lis pendens*, and interest.

## CLAIMS FOR RELIEF

### Count I: Recognition and Enforcement of Plaintiff's Lien against the Subject Interests

13.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

14.     LOWLA grants claimants like the Plaintiff a privilege and lien to secure payment

for their work by operation of law.

15.     The lien and privilege afforded under LOWLA is established over:

(1) "The operating interest under which the operations giving rise to the claimant's privilege are conducted, together with the interest of the lessee of such interest in a:

(a) Well, building, tank, leasehold pipeline, and other construction or facility on the well site.

(b) Movable on a well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use.

(c) Tract of land, servitude, and lease described in R.S. 9:4861(12)(c) covering the well site of the operating interest.

(2) Drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.

(3) The interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege.

---

as the proceeds of the sales of such hydrocarbons to third-party purchasers. The Plaintiff further reserves the right to seek any other relief from the Bankruptcy Court or otherwise with respect to the Operator or any other persons or properties accountable for the claims herein.

Debtors' Exhibit No. 5
Page 4 of 82

(4) The proceeds received by, and the obligations owed to, a lessee from
    the disposition of hydrocarbons subject to the privilege." (together,
    the "*LOWLA Properties*").

La. R.S. § 9:4683(A)(1-4).

16.     In this lawsuit, the Plaintiff seeks recognition and enforcement of its Lien solely
with respect to Ecopetrol's interest in the specific property interests of Ecopetrol included within
La. R.S. § 9:4683(A)(1-4) (collectively the "*Subject Interests*"), expressly reserving any and all
rights to seek recovery of additional amounts associated with any sales proceeds derived from the
sale of the hydrocarbons produced from the Lease, insofar as the automatic stay arguably prevents
Plaintiff from seizing and garnishing such proceeds to the extent such proceeds are commingled
with proceeds attributable to the sale of hydrocarbons owned by the Operator in the absence of an
order from the Bankruptcy Court modifying or lifting the automatic stay as to such proceeds.

17.     Additionally, pursuant to La. R.S. § 9:4862(B)(3), the Plaintiff seeks recognition of
its right to recover against the Subject Interests the cost of preparing and filing the Lien Affidavits
and the notice of *lis pendens* authorized to be filed under La. R.S. § 9:4865(c), which the Plaintiff
intends to file during the period allotted thereunder.

18.     Furthermore, pursuant to La. R.S. § 9:4862(B)(2) and (4), the Plaintiff seeks
recognition of its right to enforce against the Subject Interests claims to recover reasonable
attorneys' fees not to exceed ten percent (10%), as well as interest.

### Count II: Request for Writ of Sequestration against the Subject Interests

19.     The Plaintiff incorporates hereinbelow all allegations in the preceding paragraphs.

20.     Louisiana law recognizes that sequestration is warranted when a plaintiff claims a
privilege against the property of a defendant, and "it is within the power of the defendant to
conceal, dispose of, or waste the property or the revenues therefrom, or remove the property from

the parish, during the pendency of the action." La. Code Civ. P. art. 3571.

21.     Additionally, Louisiana law provides that, for liens and privileges under LOWLA, "[a] claimant may enforce his privilege by a writ of sequestration, without the necessity of furnishing security." La. R.S. § 9:4871.

22.     Through this action, the Plaintiff seeks to enforce the Lien against property of Ecopetrol, the Subject Interests, except that Plaintiff does not seek to seize any of the Subject Interests to the extent such Subject Interests are commingled with property of the Operator and the seizure thereof would potentially violate the automatic stay in the Operator's Bankruptcy Case.

23.     As holder of the Subject Interests, Ecopetrol has the power to alienate or encumber the Subject Interests.

24.     To protect the Plaintiff's Lien, it is necessary that a Writ of Sequestration issue, in accordance with La. Code Civ. P. Art. 3571, *et seq.*, and without security in accordance with La. R.S. § 9:4871, directing the United States Marshal to seize and to hold the Subject Interests until further Order from this Court, and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of Orleans, St. Tammany, St. Bernard, and Plaquemines, and in the records of BOEM.

25.     The Plaintiff reserves the right to amend the Verified Complaint to name as defendants all other working-interest owners of the Lease, including the Operator,[2] and all purchasers of the gas, oil and distillate produced and saved from wells located on the Lease, for the purpose of this Court entering judgment against those purchasers, ordering them to turn over to the Plaintiff all proceeds derived from the Lease in an amount sufficient to pay the full amount

---

[2] Inclusion of the Operator in this lawsuit shall be subject in all respects to the automatic stay associated with the Operator's Bankruptcy Case and Plaintiff shall seek such relief as is required from the Bankruptcy Court prior to amending this Verified Complaint to include any request for relief with respect to the Operator or the Operator's property.

6

Debtors' Exhibit No. 5
Page 6 of 82

of the indebtedness owed to the Plaintiff, including principal, interest, expenses, attorneys' fees and costs, as permitted by law.

26.     The Plaintiff further reserves all rights to file a motion to lift or otherwise modify the automatic stay in the Bankruptcy Case, seeking the sequestration and garnishment of the proceeds of the other working-interest owners from sale of the hydrocarbons in connection with the Lease.

27.     Therefore, on the basis of the allegations above, verified by the Plaintiff's authorized representative, Ben Rose, and further supported by the Exhibits attached hereto, the Plaintiff respectfully prays for recognition and enforcement of its Lien and issuance of a writ of sequestration solely with respect to the Subject Interests, in substantially the same form as the Writ of Sequestration attached hereto.

**WHEREFORE**, the Plaintiff, Atlantic Maritime Services, LLC, respectfully prays that this Court:

(i)     Recognize the lien and privilege in favor of Atlantic Maritime Services, LLC in the amount of $5,824,744.68, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs, solely with respect to Ecopetrol America, LLC's interest in the specific property interests of Ecopetrol America, LLC included within La. R.S. § 9:4683(A)(1-4) (the "*Subject Interests*");

(ii)    Issue a writ of sequestration, the requirement of security having been dispensed with by law, directing the United States Marshal to serve or cause to be served the Writ of Sequestration on Ecopetrol America, LLC and to record the Writ of Sequestration in the records of the Clerks of Court for the Parishes of St. Tammany, Orleans, St. Bernard, and Plaquemines, and in the records of the United States of America, Bureau of Ocean Energy Management; and

(iii)   Issue final judgment in favor of Atlantic Maritime Services, LLC and against the Subject Interests in the amount of $5,824,744.68, together with interest, attorneys' fees, the costs of preparing and filing the lien affidavits, and all court costs.

Debtors' Exhibit No. 5
Page 7 of 82

Respectfully submitted,

LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD

*/s/ Stewart F. Peck*

STEWART F. PECK (#10403)
JAMES W. THURMAN (#38494)
601 Poydras Street Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email:speck@lawla.com;
jthurman@lawla.com

*Counsel for Atlantic Maritime Services, LLC*

**PLEASE ISSUE SUMMONS:**

**Ecopetrol America, LLC**
Care of its Registered Agent,
C T Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

(Mississippi Canyon 948 #4)

### STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

EXHIBIT
1

1

St. Tammany Parish 2018
Instrmnt #: 2215417
Registry #: 2705279 ptr
7/16/2020 3:30:00 PM
MB X CB   MI   UCC

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

EXHIBIT
1

2

Date: July 15, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                             a Delaware limited liability company


By: _____
Name: JASON R. MORGANELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4/19/2023

```
JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836
```

EXHIBIT
1

3


**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

| | |
|---|---|
| TO:  FIELDWOOD ENERGY LLC | INVOICE NO:  **FWD2007260** |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE:  7/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM  **45 DAYS** |

| | |
|---|---|
| | RIG:  Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER:  MC-948 #4 |
| | LOCATION:  MC-948 #4 |

AFE:  FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | | DAYRATE | |
|---|---|---|---|
| 568.0 | HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 | HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 | HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 | HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 | HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 | HOURS MOVE RATE | $181,300.00 | $  358,822.92 |
| 0.0 | HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 | TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   4,864,343.68

| REMIT ACH PAYMENTS TO: | |
|---|---|
| Beneficiary:  Atlantic Maritime Service LLC | |
| Wells Fargo Bank, N.A. | |
| San Fransisco, CA | |
| SWIFT Code:WFBIUS6S | |
| ABA #121000248 | |
| Account # 4669481673 | |

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

| Coding: BU10079 | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |
| | ED |

**EXHIBIT**
**1**

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:   APE   MC-948 #4   FW205914

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $186,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | | | | | | 8.0 |
| 5 June 2020 | Working as directed ,Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 8.0 | | | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | 4.0 | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | 0.5 | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

EXHIBIT
1

## Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY GABOURIE
7-1-2020

Dimmy Sharry

07-02-2020

EXHIBIT
1



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

**INVOICE**

| TO: | FIELDWOOD ENERGY LLC | | |
|---|---|---|---|
| | 2000 W.SAM HOUSTON PARKWAY SOUTH | | |
| | SUITE 1200 | | |
| | HOUSTON, TX 77042 | | |

| INVOICE NO: | FWD2007261 |
|---|---|
| INVOICE DATE: | 7/6/2020 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |

ATTN: AP DEPARTMENT

| RIG: | Resolute - DS-16 |
|---|---|
| WELL NUMBER: | MC-948#4 |
| LOCATION: | MC-948#4 |

AFE:  FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

| AMOUNT DUE: | $   725,200.00 |
|---|---|

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079
|   |   |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| | 10417- 110-4202-810110 |
| - | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
1

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: CO5-G 2030
Customer: Fieldwood
Well name: M.C. 1304 Completion; Gunflint

Cost Center:
AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OPR 70% 100% | STIM 70% @ 90% | RPR SURFACE 706 (12 hour allowances per month) thereafter 0 rate | RPR SUBSEA 706 (24 hour allowances per month) thereafter 0 rate | FORCE MAJEURE 707 @ 90% | In-hole (subsea Equip) 100 @70% | No rate earned: All repair rate in excess of monthly allotted hours. | TOTAL HOURS | Valaris | OPERATOR | Valaris CATERING | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Offload DHE Pipe. Anchil subsea with Preservation of Basic Prep equipment for backload. Removal BOG Heads |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 18.00 | 1.00 | - | | | | Demobing of Fieldwood oriented equipment. Offload Valaris drill pipe in preparation for transit. Prep pads for paint as Jewelry Hold. Asist 15 with BOP Maint preservation. |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.20 | 15.00 | 1.00 | - | | | | Offload Valaris 25' Riser Joint x moonpool. Perform maint on BOP #1 for preservation. Took on Fuel 93% S. |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 2.00 | - | | | | Install fitted flanges on Dupre Hose Item in moonpool. Caller Valaris Drill Pipe. Asist 15 w/BOP #1 15 preservation. Depit Cleanup in Jentalt |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 335.00 | | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 50.00% | | | | | | | | | |

$ OPR/Hr $ 185,000.00
1000/Day $ 185,000.00
In hole/Subsea 100 / Day MPD $ 200,000.00
In hole/Subsea 150%/Day $ 185,000.00
100%/hr MPD $ 8,333.33
150%/hr $ 7,708.33
90%/Hr $ 7,054.17
90%/hr MPD 90%/hr MPD $ 8,166.67

Total Mile rate for the Month: $ 735,200.00

AFE:             FW205014
Lease:          MC-948 #4
Project:        Gunflint (STIM)
Engineer: J. Perroux
Routing #:     580047

ACCT CODE. 7300-15
7-4-2020

BARRY GABOURE
Fieldwood Client Representative:
Fieldwood Client Representative Signature: _____
Date: 07/04/2020

Fieldwood Drilling Supt:
Fieldwood Drilling Supt. Signature: _____
Date: _____

DS-16 Routing Supt.: Robert Ray
DS-16 Routing Supt. Signature: Robert Ray
Date: C-7-4-2020

Rig Manager:
Rig Manager Signature: _____
Date: _____

EXHIBIT
1

Case 20-33948-Document 533-1 Filed in TXSB on 11/13/20 Page 364 of 438

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolve

July 2020

WELL NAME / LOCATION:   AFE   MC-948b4   FW205014

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY REDRILL RATE $181,300 | $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
1

# Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: 0451-2-38690
Customer: Fieldwood
Well name: M.C. 0024 Compliant, Conflict 4

Cost Center:
AFE Number: FW 395014
Work Order:
Purchase Order:

| Date | OPERATING HOURS | | | | | | | | HEADCOUNT | | | | | | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | | Comment (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STBY 100% RPM | RPM SURFACE 70% (12 hour allowances per month) thereafter 0 rate | RPM SURFACE 70% (6 hour allowances per month) thereafter 0 rate | FORCE MAJEURE 70% @ RPM | In-Hole Subsea Equip. 90% @ RPM | No rate earned: All repair rates in excess of monthly allotted hours. | TOTAL HOURS | Valaris | *OPERATOR | Valaris CATERING | Valaris EXTERNAL | Valaris THIRD PARTY | OPERATOR *THIRD PARTY | (rate legend below) | (rate legend below) | (rate legend below) | (rate legend below) | |
| 7/1/2020 | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 19.00 | 1.00 | 5.00 | | | | | Offload Omit Pipe, Assist subsea with Preservation of Rigs. Prep equipment for backload. Remove Wall boxes. |
| 7/2/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 19.00 | 1.00 | | | | | | Remove rig Preservation assist Field crew. Offload Valaris Well as preservation for lower Prep pads for post-location deck. Pres-15 with BOP Valaris preservation. |
| 7/3/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 19.00 | 1.00 | | | | | | Offload Valaris OP deck box Remove brine to lower preservation assist in crane with BOP #2 for preservation. Tank off all Osp Dec. |
| 7/4/2020 | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 18.00 | 2.00 | | | | | | Install offload forego package from tops re-commission Galley closure Well Pres- Fres15 to WOW Pit 15 all preservation. Begin Clean up in Derrick. |
| 7/5/2020 | | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | | | | |
| | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.00% | 50.00% | | | | | | | | | | | |

100%/Day $ 185,000.00
In Hole/Subsea 100 / Day (MPD) $ 200,000.00
In Hole/Subsea 100% /Day $ 185,000.00
100%/hr (MPD) $ 8,333.33
100%/hr $ 7,708.33
90% /hr $ 7,554.17
90%/hr (MPD) $ 6,566.67

Total Liability for the Month: $ 735,200.00

Fieldwood Client Representative:

Fieldwood Client Representative Signature:
Date:

Fieldwood Drilling Supt.:

Fieldwood Drilling Supt. Signature:
Date:

DS-16 Rotating Supt.:    Dinny Sharry
DS-16 Rotating Supt. Signature:
Date:

Rig Manager:
Rig Manager Signature:
Date:    06-05-2020

EXHIBIT
1



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:   (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | |
| SUITE 1200 | |
| HOUSTON, TX 77042 | |
| ATTN: ACCOUNTS PAYABLE | |

| | |
|---|---|
| INVOICE NO: | FWD2007263 |
| INVOICE DATE: | 07/09/20 |
| CUSTOMER NUMBER: | 1348 |
| PAYMENT TERM | 45 DAYS |
| RIG: | DS-16 Resolute |
| WELL NUMBER | MC-948 #4 |

AFE #: FW205014

**TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.00 |

| | | |
|---|---|---|
| AMOUNT DUE: | $ | 3,780.00 |

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:    WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202 EXHIBIT |
| $ | - | 919220.10417.4202.110 |
| | | ED |

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint, AFE: FW205014  Routing#580047

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 18 | 7 | 4 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OVER CONTRACT | 16 | 7 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:  580047

ACCT CODE 3025-45
J. Butler
7-2-2020

OIM APPROVAL

TOTAL: 35
TOTAL: 27
TOTAL BILLABLE $ $3,780.00

Company Man APPROVAL

**EXHIBIT 1**



Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

Started Gunfl
1600 on 6

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugwere | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clariant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Covimo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecoserv | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | 3 | 3 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HyroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\xdadx2020\Desktop\June 2020 3rd Party Bunk Meals.xlsx

EXHIBIT
1



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:   (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO:  FWD2007262
INVOICE DATE:  07/09/20
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**
RIG:  DS-16 Resolute

WELL NUMBER  MC-948 #4

**AFE #:  FW205014**

**TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

**AMOUNT DUE:**  $   231,420.00

Rig Manager's Approval:   _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $    (34,089.65) | 912812.10417.4202.110 |
| $    34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |

EXHIBIT

ED

## Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#:580047**

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | 6 | 6 | 6 | | | 6 | | 6 | | 6 | | 6 | | 6 | | 6 | | 6 | 6 | | 6 | 6 | | 6 | 6 | 6 | 6 | | |
| Oilstates | | | | | 5 | 5 | 6 | | | 6 | | 3 | | 3 | | 3 | | 3 | | 6 | | 5 | 5 | | 3 | 3 | | | | | | | |
| One Subsea | | | | | 2 | 2 | 2 | | | 7 | | 2 | | 2 | | 2 | | 2 | | 2 | | 1 | 1 | | 3 | 1 | | | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | | | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | 1 | | 1 | 1 | | 1 | 1 | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | 1 | | 1 | 1 | | 1 | 1 | 1 | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | 2 | 2 | 2 | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | | | | | | 1 | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | 2 | 2 | 1 | | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | | 1 | 1 | | | | | | | | | | |
| PRT | | | | | 2 | 2 | 2 | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | | | | | | |
| Quality Energy | | | | | | 2 | 2 | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | 15 | | | 15 | 15 | 15 | | | 17 | | 15 | | 17 | | 17 | | 16 | | 14 | | 15 | 17 | | 17 | 10 | | 10 | | | | | |
| Scientia Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | 2 | 2 | 2 | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | 2 | | | | | |
| Superior Perf. | | | | | 1 | 1 | 2 | | | 2 | | 1 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | 2 | 2 | 2 | | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | 2 | | | | | |
| TIW | | | | | 1 | 1 | 2 | | | 1 | | 2 | | 2 | | 2 | | 2 | | 2 | | 2 | 2 | | 2 | 2 | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | | 0 | 0 | 0 | 0 | 64 | 62 | 62 | | | 64 | 64 | 65 | 65 | 75 | 80 | 85 | 89 | 89 | 88 | 85 | 68 | 69 | 78 | 71 | 71 | 69 | 67 | 51 | 43 | 18 | 19 | 0 | 1705 |
| TOTAL OVER CONTRACT | | | | | | 62 | 62 | 62 | | | 64 | 64 | 63 | 63 | 73 | 78 | 83 | 87 | 87 | 86 | 83 | 66 | 67 | 76 | 69 | 69 | 67 | 64 | 49 | 41 | 16 | 17 | 0 | 1663 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
D. Button 7-2-2002

TOTAL: 18
TOTAL: 16 16
TOTAL: 1663

TOTAL BILLABLES 17
TOTAL BILLABLE$ $231,420.00

OIM APPROVAL
Company Man APPROVAL

EXHIBIT
1



EXHIBIT
1

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument #2215417 of the original
records. Given under my hand and seal of office
this the 16 day of July 20 20

Dy Clerk and Ex-Officio Recorder
Jaynie Rollins, Deputy Clerk

1340 Poydras Street, 4th Floor
New Orleans, Louisiana  70112

Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon
## Clerk of Court and Ex-Officio Recorder
### Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number:  2020-24965

Recording Date:  7/16/2020 01:40:54 PM

Document Type:  LABOR/MATERIAL LIEN

Addtl Titles Doc Types:

Mortgage Instrument Number:  1334982

Filed by:  SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA  70112

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

EXHIBIT
2

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

Chelsey Richard Napoleon
CLERK OF CIVIL DISTRICT COURT
INST #: 2020-24965   07/16/2020   01:40:54 PM
TYPE: LABOR 17 PG(S)
MIN#: 1334982

EXHIBIT
2

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)     Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

    This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
2

Date: July 15, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                             a Delaware limited liability company

                             By: _____
                             Name: Jason R. Morganelli
                             Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires:   4/19/2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT
2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | | |
|---|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: | FWD2007260 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: | 7/1/2020 |
| SUITE 1200 | CUSTOMER NUMBER: | 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM | 45 DAYS |
| | RIG: | Resolute - DS-16 |
| ATTN: AP DEPARTMENT | WELL NUMBER: | MC-948 #4 |
| | LOCATION: | MC-948 #4 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00 | $   358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:    $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

| Coding: BU10079 | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417-110-4202-810110 |
| (127,187.45) | 10417-110-4202-810103 |
| (358,822.92) | 10417-110-4202-810104 |
| ED | |

EXHIBIT
2

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:   APE
MC-348 #4
FN#205014

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY REDRILL RATE $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 20.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $359,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,865,343.68 |

EXHIBIT
2

### Valaris DS-16 MONTHLY BILLING SUMMARY

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15

BARRY LABOURIE

7-1-2020

Dinny Shary

07-02-2020

EXHIBIT
2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

| | |
|---|---|
| **TO:** FIELDWOOD ENERGY LLC | **INVOICE NO:** FWD2007261 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | **INVOICE DATE:** 7/6/2020 |
| SUITE 1200 | **CUSTOMER NUMBER:** 1348 |
| HOUSTON, TX 77042 | **PAYMENT TERM** 45 DAYS |
| | **RIG:** Resolute - DS-16 |
| **ATTN: AP DEPARTMENT** | **WELL NUMBER:** MC-94844 |
| | **LOCATION:** MC-94844 |

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

**DAYRATE EFFECTIVE**

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00  $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

**AMOUNT DUE:**    $    725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

| Coding: BU10079 | |
|---|---|
| - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| | 10417- 110-4202-810103 |
| | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
2

## Valaris DS-16 MONTHLY BILLING SUMMARY

| DATE | OPT. 704 100% | STBY 702 @ 80% | RPR SURFACE IRF (13.5 hour allowance per month) 700 @ 80% | PIPE STRESS 706 (24 hour allowance per month) Reaccified rate | FORCE MAJEURE 707 @ 90% | Inhole Redress Redrip 807 @77% | No rate earned/ All rejobs were on excess of monthly allotted hours. | TOTAL HOURS | Valaric | OPERATOR | Valaris OFFSHORE | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (see legend below) | NON BILLABLE EXTRAS (see legend below) | CREW SHORTAGES (see legend below) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | | 24.00 | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | |
| 7/2/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | - | | | | |
| 7/3/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 15.00 | 1.00 | - | | | | |
| 7/4/2020 | | 24.00 | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - | | | | |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00% | 335.00 | 14.00 | 74.00 | 5.00 | 5.00 | 0.00 | | | |
| | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | | | | | | | | |

100%/Day $ 175,500.00

100%/Day $ 185,000.00
in hrs/Pulses 100 / Day $ 200,000.00
in hrs/Pulses 100%/Day $ 185,000.00
100%/hr MPD $ 6,333.33
100%/Hr $ 7,708.33
90%/Hr $ 7,504.17
90%/hr MPD $ 5,165.17
90%/hr MPD  90%/hr MPD $

Total Rebate for the Month $ 775,500.00

ACCT CODE 7300-15
7-4-2020

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

Fieldwood Client Representative: BARRY GABOURIE

Fieldwood Client Representative Signature: _____

Date: 07/04/2020

Robert Ray
On Site Drilling Supt. Signature

Date: 07-4-2020

EXHIBIT
2

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolute

July 2020

WELL NAME / LOCATION:   APE

MC-34844
FW205014

| DATE | DESCRIPTION OF WORK | OPERATING $186,000 | STANDBY $181,300 | REDRILL RATE $166,000 | Zero rate $0 | REPAIR SURFACE $186,000 | REPAIRS SUBSEA $186,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
2

## Valaris DS-16 MONTHLY BILLING SUMMARY

| Date | OPR 70% 100% | STD* 70% @ 90% | 70% SCHEDULE 70% (120 hour @ normal monthly 1 cancelled rate) | RPR SCHEDULE 70% (120 hour @ normal monthly 1 cancelled rate) | FORCE MAJEURE 70% @ 90% | In-hole (Subsea Point - 90% @ BOP) | No zero normal | TOTAL HOURS | Vessels | *OPERATOR *Subsea | Vessels COATINGS | *VESSEL *FLUIDS PARTY | OPERATOR *SUBSEA PARTY | (see legend below) | (see legend below) | (see legend below) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 81.00 | 3.00 | 19.00 | 1.00 | | | | | |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 83.00 | 3.00 | 19.00 | 2.00 | | | | | |
| 7/5/2020 | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 329.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |
| | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | | | | | | | | | |

| | Rate per # | $ |
|---|---|---|
| 100%/Day | 195,000.00 | |
| In-hole/Subsea 100 (Eqp MPD) | 195,000.00 | |
| In-hole/Subsea 100%/Day | 200,000.00 | |
| 100%/hr | 8,333.33 | |
| 50%/hr | 7,708.33 | |
| 90%/hr | 7,554.17 | |
| 50%/hr MPD | 8,384.47 | |

Total Billable for the Month: $ 773,500.00

Endorsed Client Representative Signature:

Endorsed Client Representative Signature:

Rig Manager: Dinny Sharry

Rig Manager Signature:

Date: 06-05-2020

Endorsed Drilling Sup't.:

Endorsed Drilling Sup't. Signature:

Date:

EXHIBIT
2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO:  FWD2007263 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 07/09/20 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM **45 DAYS** |
| **ATTN: ACCOUNTS PAYABLE** | RIG:  DS-16 Resolute |
| | WELL NUMBER  MC-948 #4 |

**AFE #: <u>FW205014</u>**

**TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| . 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.0( |

| | | |
|---|---|---|
| **AMOUNT DUE:** | **$** | **3,780.0(** |

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

**EXHIBIT 2**

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020   Well Name: Gunflint,   AFE: FW205014   Routing #680047

| Group / Date | ... | TOTAL |
|---|---|---|
| NOV | | 18 |
| NSI Fracturing | | 9 |
| OCEANEERING | | 4 |
| OES | | 7 |
| Oilstates | | 2 |
| One Subsea | | |
| OFI (Oil Field Instr.) | | |
| OGEC | | |
| One Surface | | 1 |
| Pharmasafe | | |
| PHI Helicopters | | |
| Pinnacle | | |
| Petrolink | | |
| Precision Rental | | |
| Premium | | |
| Premiere | | |
| Proserv | | |
| Professional Rental Tools | | |
| PRT | | |
| Quality Energy | | |
| QES | | |
| Rig Chem | | |
| RigNet | | |
| RPS Group Inc. | | |
| Schlumberger | | |
| Scientific Drilling | | |
| SGS | | |
| Subsea Partners LLC | | |
| Subsea Solutions | | |
| Sunbelt | | |
| Superior | | |
| Superior Energy | | |
| Superior Perf | | |
| Southern Fab | | |
| Teledyne | | |
| TESCO | | |
| Tetra | | |
| TIW | | |
| Total Safety | | |
| Tristate | | |
| TSI | | |
| Tubular Solutions | | |
| Veris Global | | |
| Workstrings | | |
| Weatherford | | |
| Wellbore | | |
| Welltec | | |
| WFR | | |
| TOTAL | | |

TOTAL OVER CONTRACT

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:   580047

Company Man APPROVAL:

TOTAL: 27
TOTAL BILLABLE $
TOTAL: $3,780.00

*(Handwritten)* ACCT CODE 3025-45
J. Button
7-2-2020

EXHIBIT
2

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020  Well Name: Gunflint, AFE: FW205014  Routing:5800047

Started Gunfl 1600 on 6

The document contains a large data table with the following row groups (Group / Date columns 1-31):

ABB LTD
ABS
Aggol
Airgas
Aker
Aqua Tech
Automated Production
Archer
Baileys
Baker Hughes
Berdock Petroleum
BHGE
Blackhawk
BSEE
Bugware
Burner Fire Control
Cajun Cutters
Cameron
Cetco
ChampionX
Chouest
Clariant
Cavins
CoreLab
Danos
Deep Sea DS
DGO
Diversified
Dril-Quip
Dynamic Industries
Ecoserv
Elite Comms
EPS
EVO
Expro
FTP Pipe Washing
Fieldwood
FMC
FRANKS INTL
Fugro
GE Oil & Gas
GSI
Gulfstream
HALLIBURTON /Sperry
HyroCarbon
Impact Selector
Intervention
Lloyds Register
MAKO
Master Flo
MI Swaco
MISTRAS Group
NALCO
Newpark

C:\Users\ryde\2020\Desktop\June 2020 3rd Party Bank Meals.xlsx

EXHIBIT
2



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM: **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER MC-948 #4

AFE #: <u>FW205014</u>

**TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS**

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.00 |

**AMOUNT DUE:** $ 231,420.00

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $   (34,089.65) | 912812.10417.4202-110 |
| $    34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |

ED

EXHIBIT
2

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#5580047**

| Group \ Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES-ENGINEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (OilField Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTCG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrotechnica | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Stately | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Verts Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 64 | 64 | 64 | 65 | 65 | 75 | 83 | 80 | 85 | 89 | 89 | 88 | 85 | 68 | 66 | 68 | 69 | 78 | 71 | 71 | 69 | 67 | 51 | 43 | 18 | 19 | 0 |

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 5580047

TOTAL OVER CONTRACT

Company Man APPROVAL

*Handwritten:* ACCT CODE 7300-45
J. Button 7-2-2002

**TOTAL BILLABLE $ $231,420.00**

EXHIBIT 2

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW20601J-A Routing#860047

Started Gunf
1600 on 6

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amsol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Anvana | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Boxrock Petroleum | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Buyvans | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | | | | | | |
| Cammeron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | 3 | | | | 1 | | 1 | | | | 1 | | | | | 1 | 1 | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claimant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | | | | | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | 6 | 6 | | | | |
| Ecoserv | | | | | | | | 7 | | | | | | | | | | | | | | 7 | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | 5 | 6 | 6 | 6 | 4 | 4 | 4 | 8 | 4 | 8 | 4 | 7 | 5 | 5 | 6 | 6 | 7 | 7 | 5 | 5 | | 4 | 4 | 4 | | | |
| FieldWood | | | | | | 7 | 7 | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | | 1 | 1 | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 11 | 11 | 11 | 8 | 2 | 2 | | 2 | 2 | | | | |
| Furno | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | 20 | 20 | 14 | 14 | 14 | 2 | 2 | 17 | 17 | 17 | 17 | 17 | 17 | 11 | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Intervent | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | 1 | | | | | | | | 1 | | 1 | | 1 | | | |

C:\Users\resolute\ODrive\Desktop\June 2020 3rd Party Bunk Mans\.xlsx



1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Land Records Division
Telephone (504) 407-0005

# Chelsey Richard Napoleon

**Clerk of Court and Ex-Officio Recorder**
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number:  2020-24965

Recording Date:  7/16/2020 01:40:54 PM

Document Type: LABOR/MATERIAL LIEN
Addtl Titles Doc Types:

Mortgage Instrument Number:  1334982

Filed by:  SHER GARNER
909 POYDRAS ST 28TH FLOOR

NEW ORLEANS, LA  70112

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

Steven Hoerner, Deputy Clerk
A True and Correct Copy
Chelsey Richard Napoleon, Clerk, Civil District Court

EXHIBIT
2

## St. Bernard Parish Certified Copy

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

| | |
|---|---|
| **Index Type :** MORTGAGES | **File Number :** 633342 |
| **Type of Document :** LIEN | |
| | **Book :** 1945   **Page :** 454 |
| **Recording Pages :** 17 | |
| **Description :** STATEMENT OF PRIVILEGE | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 12:15:50PM

Doc ID - 008075760017

CLERK OF COURT
RANDY S. NUNEZ
Parish of St. Bernard
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 12:15:50
Recorded in Book 1945 Page 454
File Number   633342

Deputy Clerk

/S/MANDY B. FLEETWOOD

**Return To :**
SHER GARNER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

Do not Detach this Recording Page from Original Document

EXHIBIT
3

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1)    Name and Address of Claimant:

Atlantic Maritime Services LLC
5847 San Felipe, Suite 3300
Houston, TX 77057

2)    Nature and amount of the obligation for which Claimant's privilege is claimed:

Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3)    Name and address of the person owing the amount for which Claimant's privilege is claimed:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

4)    Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
3

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
3

Date: July _15_, 2020          **ATLANTIC MARITIME SERVICES LLC,**
                               a Delaware limited liability company

                               By: _____
                               Name: _JASON R MORGANELLI_
                               Title: _PRESIDENT_

Sworn to and subscribed before me, Notary Public,
this _15th_ day of July 2020.

_____
Notary Public
Notary Bar Roll No. _11589836_
My Commission Expires: _4/19/2023_

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT
3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:     FWD2007260
INVOICE DATE:     7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM     45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

| DAYRATE EFFECTIVE | DAYRATE | |
|---|---|---|
| 568.0  HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0  HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0  HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0  HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5  HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5  HOURS MOVE RATE | $181,300.00 | $    358,822.92 |
| 0.0  HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0  TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:     $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

| Coding: BU10079 | |
|---|---|
| (4,378,333.31) | 10417- 110-4202-810101 |
| - | 10417- 110-4202-810102 |
| - | 10417- 110-4202-810110 |
| (127,187.45) | 10417- 110-4202-810103 |
| (358,822.92) | 10417- 110-4202-810104 |
| | ED |

EXHIBIT
3

FIELDWOOD
Resolute

R202 Billing worksheet_2020 - June 4-30, 2020

WELL NAME / LOCATION:   MC848 #4   FW265014   AFE

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | MOVE RATE $181,300 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | | | | | | 0.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 8.0 | | | | | 8.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | 4.0 | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,376,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.88 |

EXHIBIT
3

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:        FW205014
Lease:      MC-948 #4
Project:    Gunflint (STIM)
Engineer:   J. Perroux
Routing #:  580047

ACCT CODE: 7300-15

BARRY GABOURIE

7-1-2020

Dave Donnell

ABC Wireline

7-1-2020

Dinny Sharry

07-02-2020

EXHIBIT
3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO:  FWD2007261
INVOICE DATE:  7/6/2020
CUSTOMER NUMBER:  1348
PAYMENT TERM  **45 DAYS**

RIG:  Resolute - DS-16
WELL NUMBER:  MC-948#4
LOCATION:  MC-948#4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00 | $ - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   725,200.00

*B W H*
Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079

| | | |
|---|---|---|
| | - | 10417- 110-4202-810101 |
| (725,200.00) | 10417- 110-4202-810102 |
| | - | 10417- 110-4202-810110 |
| | - | 10417- 110-4202-810103 |
| | | 10417- 110-4202-810104 |

ED

EXHIBIT
3

**Valaris DS-16 MONTHLY BILLING SUMMARY**

Monthly: July 2020
Contract #: DGS-G 28300
Customer: Fieldwood
Well name: M.C. 3004 Completion, Gunflint 4

Cost Center: AFE Number: FW 205014
Work Order:
Purchase Order:

| DATE | OTR 700 100% | STBY 700 @ 90% | | HEADCOUNT | | | | | | | | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL HOURS | Valaris | OPERATOR | Valaris OUTSHORE | Valaris THIRD PARTY | OPERATOR THIRD PARTY | | | | |
| 7/1/2020 | | 24.00 | 24.00 | 80.00 | 5.00 | 15.00 | 1.00 | 5.00 | | | | Offload Drill Pipe. Assist subsea with Preservation of Boo. Prep equipment for backload. Removal 500 hands. |
| 7/2/2020 | | 24.00 | 24.00 | 85.00 | 3.00 | 13.00 | 1.00 | - | | | | Decoking of Fieldwood provided shipment. Offload Valaris drill pars in preparation for inload. Prep pads for paint as Jewelry deck. Asst 13 with 500 riser preservable. |
| 7/3/2020 | | 24.00 | 24.00 | 85.00 | 3.00 | 13.00 | 1.00 | - | | | | Offload Valaris DP. Removed Green Valve N transport. Preformance at IDP #1 for preservation. Trash on hart 500 6. |
| 7/4/2020 | | 24.00 | 24.00 | 85.00 | 3.00 | 13.00 | 2.00 | - | | | | Issued 3rd flange on Green riser bam in moonpool, Color Valaris Drill Pipe, Asst 13 w/DP #1 1b preservation. Begin Cleaning in pontds. |
| | | | | | | | | | | | | |
| **TOTALS** | 0.00 | 96.00 | | 335.00 | 14.00 | 74.00 | 5.00 | 5.00 | | | | |

Barry Gabourie
Fieldwood Client Representative

Fieldwood Client Representative Signature:
Date: 07/04/2020

Robert Kay
On-14 Rotating Supt:

On-14 Rotating Supt Signature: Robert Kay
Date: 07-4-2020

Fieldwood Drilling Supt:
Fieldwood Drilling Supt. Signature:
Date:

Rig Manager:
Rig Manager Signature:
Date:

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE: 7300-15
7-4-2020

EXHIBIT
3

R202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION:
MC94984
FW205014

AFE

July 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $166,500 | Zero rate $0 | REPAIR SURFACE $185,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $166,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 2 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 3 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 4 July 2020 | Standby as directed | | 24.0 | | | | | | | 24.0 |
| 5 July 2020 | | | | | | | | | | 0.0 |
| 6 July 2020 | | | | | | | | | | 0.0 |
| 7 July 2020 | | | | | | | | | | 0.0 |
| 8 July 2020 | | | | | | | | | | 0.0 |
| 9 July 2020 | | | | | | | | | | 0.0 |
| 10 July 2020 | | | | | | | | | | 0.0 |
| 11 July 2020 | | | | | | | | | | 0.0 |
| 12 July 2020 | | | | | | | | | | 0.0 |
| 13 July 2020 | | | | | | | | | | 0.0 |
| 14 July 2020 | | | | | | | | | | 0.0 |
| 15 July 2020 | | | | | | | | | | 0.0 |
| 16 July 2020 | | | | | | | | | | 0.0 |
| 17 July 2020 | | | | | | | | | | 0.0 |
| 18 July 2020 | | | | | | | | | | 0.0 |
| 19 July 2020 | | | | | | | | | | 0.0 |
| 20 July 2020 | | | | | | | | | | 0.0 |
| 21 July 2020 | | | | | | | | | | 0.0 |
| 22 July 2020 | | | | | | | | | | 0.0 |
| 23 July 2020 | | | | | | | | | | 0.0 |
| 24 July 2020 | | | | | | | | | | 0.0 |
| 25 July 2020 | | | | | | | | | | 0.0 |
| 26 July 2020 | | | | | | | | | | 0.0 |
| 27 July 2020 | | | | | | | | | | 0.0 |
| 28 July 2020 | | | | | | | | | | 0.0 |
| 29 July 2020 | | | | | | | | | | 0.0 |
| 30 July 2020 | | | | | | | | | | 0.0 |
| 31 July 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| AMOUNTS: | | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
3

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: July 2020
Contract #: DS-6 29260
Contractor: Fieldwood
Customer: M.C. 924  Conditions: Conditt 4

Cost Center:
AFE Number: FW 250034
Work Order:
Purchase Order:

| DATE | DWO Per 100% | STBY 705 OF 90% | 90% SUBTOTAL 706 (25 Non Operating per month) Inventive from rate | MPD SUBTOTAL 706 (30 Non Allowance per month) Inventive from rate | FORCE MAJEURE 707 @ 90% | Trouble Related Repairs 707 @75% | No time earned, All repair rate in excess of monthly Allow. hours | TOTAL HOURS | Valaris | TOOLPUSHER | Valaris SUBSEA | Valaris THIRD PARTY | OPERATOR THIRD PARTY | BILLABLE EXTRA LABOR (Cost Approval below) | NON BILLABLE EXTRAS (Cost Approval below) | CREW SHORTAGES (Cost Approval below) | Comment (required for any zero other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | Offshore Drill Pipe - Fixed actions with "Preservation of Rigs. Prep equipment for lockout, Removed BOP hoists. |
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 | | | | Corrode rig of forward continued equipment. Offload Valaris drill pipe as preservation for corrode. Repackage for staging and BOP hoists. Kept 25 sets BOP hoist preservation. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | Offload Valaris DP, remove Chase items in transport, Perform work on BOP #1 for preservation, lock out set 5/6-1/6. |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 81.00 | 3.00 | 19.00 | 1.00 | | | | | Install Wind Ranges on Draw Same in transport. Corrode Valaris Drill Pipe. Assist Up w/BOP #1 rig preservation, begin Cleaning of derrick. |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 83.00 | 3.00 | 19.00 | 2.00 | | | | | |
| 7/5/2020 | | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00% | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | |

| | 0.00% | 96.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 56.00% | | | | | | | | | |

100%/Day $ 193,000.00
In 90%/subrate 100 / (3 no MPD) $ 200,860.00
In 90%/Subrate 100%/Day $ 195,000.00
120%/hr MPD $ 8,190.10
120%/hr $ 7,208.13
50%/hr $ 7,564.17
100%/hr MPD 50%/hr MPD $ 4,146.67

Total Billable for the Month $ 725,000.00

Fieldwood Client Representative:
Fieldwood Client Representative Signature:
Date:

Fieldwood Drilling Supt.:
Fieldwood Drilling Supt. Signature:
Date:

DS-16 Matching Supt. Signature:
Date:
Rig Manager:                     Dinny Sharry
Rig Manager Signature:
Date:  06-05-2020

EXHIBIT
3





# VALARIS

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

| | |
|---|---|
| TO: FIELDWOOD ENERGY LLC | INVOICE NO: FWD2007263 |
| 2000 W.SAM HOUSTON PARKWAY SOUTH | INVOICE DATE: 07/09/20 |
| SUITE 1200 | CUSTOMER NUMBER: 1348 |
| HOUSTON, TX 77042 | PAYMENT TERM 45 DAYS |
| ATTN: ACCOUNTS PAYABLE | RIG: DS-16 Resolute |
| | WELL NUMBER  MC-948 #4 |

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 3,780.0 |

AMOUNT DUE:   $        3,780.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO:

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT
3

# Rowan Resolute

**CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR:** July 2020 Well Name: Gunflint, AFE: FW205014  Routing#580047

| Group | Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| NSI Fracturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCEANEERING | | 6 | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Oilstates | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Subsea | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OFI (OII Field Instr) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OOGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | 1 | | 1 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pretechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Proserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RigNet | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPS Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tetra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | | 18 | 7 | 4 | 2 | | | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | 35 |
| TOTAL OVER CONTRACT | | 16 | 1 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | 27 |

AFE:       FW205014
Lease:     MC-948 #4
Project:   Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 3025-45
J. Bulan
7-2-2020

TOTAL: 0
TOTAL BILLABLE: $ $3,780.00

OIM Main APPROVAL

EXHIBIT

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014, Routing#580047

Started Gunfl 1600 on 8

| Group | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Airgas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Buoyere | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cetco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chouest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clairant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Conyers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dril-Quip | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dynamic Industries | 7 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ecohy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elite Comms | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Expro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | 3 | 3 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FMC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HydroCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MI Sweco | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\nbs6620\Desktop\June 2020 3rd Party Bunk Meals.xlsx

EXHIBIT
3



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
    2000 W.SAM HOUSTON PARKWAY SOUTH
    SUITE 1200
    HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

---

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | |
|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.0 |

AMOUNT DUE:  $       231,420.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____

Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $   (34,089.65) | 912812.10417.4202.110 |
| $    34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |
| | ED |

EXHIBIT
3

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint   AFE: FW205014   Routing#580047

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

Company Man APPROVAL:

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV Facturing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOE/ENGINEERING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OES | | | | 6 | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Oilstates | | | | 5 | 5 | 5 | 5 | 2 | 5 | 2 | | 3 | 3 | 3 | 3 | 3 | | 1 | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 1 | | | | | |
| One Subsea | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | | 1 | | 1 | 1 | 1 | 1 | 1 | | 1 | | | | | |
| OFI (Oil Field Instr.) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One Surface | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| One | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmasafe | | | | | 1 | | | | | 1 | 1 | | | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 | | | 1 | 1 | | 1 | 1 | 1 | |
| PHI Helicopters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pinnacle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Petrolink | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Precision Rental | | | | | | | 2 | | 2 | | | 2 | | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| Premium | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Protechnics | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preserve | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Rental Tools | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | |
| PRT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quality Energy | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 1 | | | |
| QES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rig Chem | | | | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| RigNet | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RPC Group Inc. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Schlumberger | | | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 17 | 17 | 17 | 17 | 17 | 16 | 15 | 14 | 14 | 15 | 15 | 17 | 17 | 17 | 10 | 10 | | | | | |
| Scientific Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Partners LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Subsea Solutions | | | | | 2 | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | 10 | | | | | |
| Sunbelt | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| Superior Energy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Superior Perf. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Southern Fab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Teledyne | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMS | | | | | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Tetra | | | | | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | 2 | 2 | 2 | 2 | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| TIW | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Safety | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tristate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tubular Solutions | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Veris Global | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Workstrings | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Weatherford | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wellbore | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Welltec | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WFR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 64 | 62 | 62 | 63 | 63 | 65 | 73 | 81 | 83 | 85 | 87 | 86 | 83 | 65 | 66 | 67 | 69 | 71 | 71 | 78 | 76 | 49 | 51 | 41 | 16 | 17 | 0 |

| | | |
|---|---|---|
| TOTAL OVER CONTRACT | TOTAL: | 1705 |
| | TOTAL BILLABLES: | 1653 |
| | TOTAL: | $231,420.00 |

EXHIBIT

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW205014 Routing#580047

Started Gunfl 1600 on 6

| Group / Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABB LTD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ABS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ampol | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aagas | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aker | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aqua Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automated Production | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archer | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baileys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baker Hughes | | | | | | | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | |
| Bedrock Petroleum | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHGE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blackhawk | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BSEE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bugware | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Burner Fire Control | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Cajun Cutters | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cameron | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | | | | | | | |
| Cebco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ChampionX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cinquest | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claimant | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cavins | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CoreLab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Danos | | | | | | | | | | | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | |
| Deep Sea DS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DGO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversified | | | | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | |
| DrilQuip | | | | | | | | | | | | | | | | | | | | | | | | | 4 | | | | | | |
| Dynamic Industries | | | | 8 | 8 | 8 | 8 | 8 | 8 | 14 | 7 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 6·5 | 6 | 8 | 8 | 4 | 6 | 6 | 5 | 6 | | | |
| Ecoserv | | | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 | 4 | 3 | ·4 | 4 | 8 | 8 | 4 | 8 | 8 | 10 | 6 | | 7 | |
| Elite Comms | | | | | | | | | 8 | | | | | | | | | | | | 8 | 8 | 7 | 8 | 8 | 8 | | | | | |
| EPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EVO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exporo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FDF Pipe Washing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fieldwood | | | | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 5 | 5 | 5 | 6·5 | 6 | 6 | 7 | 5 | 5 | 5 | 4 | 4·1 | 4 | 3 | |
| FMC | | | | 7 | 7 | 7 | | 7 | 7 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | 3 | ·4 | 4 | 4 | 4 | 4 | 4 | 2 | 1 | | | | |
| FRANKS INTL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fugro | | | | | | | | | | | | 17 | 17 | 17 | 17 | 17 | 17 | 11 | 11 | 11 | 11 | 17 | 8 | | 2 | 2 | | 2 | | 1 | |
| GAIA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GE Oil & Gas | | | | | | | | | | | | | | | | | | | | | | | | 8 | ·8 | 2 | | | | | |
| GSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gulfstream | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALLIBURTON /Sperry | | | | | | | | | | | | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | 1 | | | | 1 | |
| HynrCarbon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Impaact Selector | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interwell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lloyds Register | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAKO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Master Flo | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | |
| MI Swaco | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MISTRAS Group | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NALCO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Newpark | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C:\Users\mbox202OneforJune 2020 3rd Party Bank Meals.xlsx

EXHIBIT 3

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
SHER, GARNER, CAHILL, RICHTER, KLEIN
& HILBERT, L.L.C.
909 POYDRAS ST., 28TH FLOOR
NEW ORLEANS, LA  70112

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

ATLANTIC MARITIME SERVICES LLC

**Index Type :**  MORTGAGE

**Type of Document :** MATERIALMANS LIEN

**Recording Pages :**            17

**File # :** 2020-00002805

**Book :**  772       **Page :**  616

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for
Plaquemines Parish, Louisiana.

On (Recorded Date) : 07/16/2020

At (Recorded Time) : 10:47:54AM

Doc ID - 005320630017

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 07/16/2020 at 10:47:54
Recorded in Book  772  Page  616
File Number 2020-00002805

Deputy Clerk

**Return To :**

EXHIBIT
4

Do not Detach this Recording Page from Original Document

(Mississippi Canyon 948 #4)

## STATEMENT OF PRIVILEGE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified for the County of Harris, State of Texas, personally came and appeared:

**ATLANTIC MARITIME SERVICES LLC**, a Delaware limited liability company ("Claimant")

who states that it has a claim, lien and privilege pursuant to La. R.S. 9:4861 et seq., as follows:

1) Name and Address of Claimant:

    Atlantic Maritime Services LLC
    5847 San Felipe, Suite 3300
    Houston, TX 77057

2) Nature and amount of the obligation for which Claimant's privilege is claimed:

    Labor, materials, services and related supplies and expenses, in connection with offshore drilling services under a contract between Claimant and the Operator for the Well (as defined in Section 5 below) in the amount of **$5,824,744.68**, plus contractually owed interest at the rate of 10 percent per annum, and contractually owed attorneys' fees and expenses (collectively, the "Obligations"). The Obligations include, but are not limited to obligations owed to Claimant (a) as a contractor for the price of its contract with Operator for operations with respect to the Well; and (b) as a seller for the price of movables sold to Operator that are incorporated in the Well or in a facility located on the well site; consumed in operations; and/or consumed at the site of the Well by a person performing labor or services on the site of the Well located in the waters of the State of Louisiana. Invoices evidencing the Obligations are attached hereto. The date of the last activity giving rise to Claimant's privilege set forth in this Statement of Privilege is July 4, 2020.

3) Name and address of the person owing the amount for which Claimant's privilege is claimed:

    Fieldwood Energy LLC
    2000 W. Sam Houston Parkway South, Suite 1200
    Houston, TX 77042

4) Name and address of the operator of the well as shown by the records of the Commission of Conservation:

1

EXHIBIT
4

Not applicable as this well is located on the Outer Continental Shelf; however, the Operator of the Well is as follows:

Fieldwood Energy LLC
2000 W. Sam Houston Parkway South, Suite 1200
Houston, TX 77042

5)   Description of the Operating Interest Upon Which the Privilege is Claimed, or of the Well with Respect to Which the Operations Giving Rise to Claimant's Privilege were Performed:

The privilege is claimed upon the operating interest of Fieldwood Energy LLC in **Mississippi Canyon Block 948, Lease No. OCS-G-28030** (the "Lease"), and **Well #4 (OCS-G-28030)** drilled by Claimant on behalf of Fieldwood Energy LLC during the time from June 4, 2020, until July 4, 2020 (the "Well"), including the operating interest under which the operations giving rise to the Claimant's privilege are conducted together with the interest of the lessee and/or operator of such interest in any (a) well, building, tank, leasehold pipeline, and other construction or facility on the well site; (b) movable on the well site that is used in operations, other than a movable that is only transiently on the well site for repair, testing, or other temporary use; (c) tract of land, servitude, and lease described in La. R.S. 9:4861(12)(c) covering the well site of the operating interest; (d) drilling or other rig located at the well site of the operating interest if the rig is owned by the operator or by a contractor from whom the activities giving rise to the Claimant's privilege emanate; (e) the interest of the operator and participating lessee in hydrocarbons produced from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; and (f) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

This Statement of Privilege is made by Claimant for the purpose of preserving its claim, lien and privilege as a provider of materials, labor and services for and to the Operator and Well described above, including, without limitation, all claims, liens and privileges under La. R.S. 9:4861 et seq., and all claims for interest due on the obligations, along with the cost of preparing and filing this Statement of Privilege, and attorneys' fees and costs, to the fullest extent permitted by applicable law.

[ remainder of page intentionally blank - signature follows on next page ]

2

EXHIBIT
4

Date: July _15_, 2020

**ATLANTIC MARITIME SERVICES LLC,**
a Delaware limited liability company

By: _____
Name: JASON C MORGARELLI
Title: PRESIDENT

Sworn to and subscribed before me, Notary Public,
this 15th day of July 2020.

_____
Notary Public
Notary Bar Roll No. 11589836
My Commission Expires: 4|19|2023

JUANITA FLOOR
Notary Public, State of Texas
Comm. Expires 04-19-2023
Notary ID 11589836

3

EXHIBIT
4



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 806-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

INVOICE NO:  FWD2007260
INVOICE DATE:  7/1/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM  45 DAYS

ATTN: AP DEPARTMENT

RIG: Resolute - DS-16
WELL NUMBER: MC-948 #4
LOCATION: MC-948 #4

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JUNE
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 16:00 HOURS ON 06/04/2020 THRU 24:00 HOURS ON 06/30/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 568.0 HOURS OPERATING AT | $185,000.00 | $4,378,333.31 |
| 0.0 HOURS STANDBY AT | $181,300.00 | $0.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 16.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 | $123,333.28 |
| 0.5 HOURS REPAIR SURFACE RATE | $185,000.00 | $3,854.17 |
| 47.5 HOURS MOVE RATE | $181,300.00 | $  358,822.92 |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 632.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:          $   4,864,343.68

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Digitally signed
by Ben
Date:
2020.07.02
09:26:38 -05'00'

Coding: BU10079
(4,378,333.31) 10417- 110-4202-810101
-          10417- 110-4202-810102
-          10417- 110-4202-810110
(127,187.45) 10417- 110-4202-810103
(358,822.92) 10417- 110-4202-810104

ED

EXHIBIT
4

R202 Billing worksheet_2020 - June 4-30, 2020

FIELDWOOD
Resolute

WELL NAME / LOCATION: APE   MC-948 #4
FW026914

June 2020

| DATE | DESCRIPTION OF WORK | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $165,500 | MOVE RATE $181,300 | REPAIR SURFACE $165,000 | REPAIRS SUBSEA $185,000 | MOVE $181,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 June 2020 | | | | | | | | | | 0.0 |
| 2 June 2020 | | | | | | | | | | 0.0 |
| 3 June 2020 | | | | | | | | | | 0.0 |
| 4 June 2020 | Moving as directed | | | | 8.0 | | | | | 8.0 |
| 5 June 2020 | Working as directed, Moved and Repaired(Changing out Blue Max cable) | 10.0 | | | 2.0 | | 12.0 | | | 24.0 |
| 6 June 2020 | Working as directed and Repaired(Changing out Blue Max cable) | 20.0 | | | | | 4.0 | | | 24.0 |
| 7 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 8 June 2020 | Working as directed and Moved | 20.0 | | | 4.0 | | | | | 24.0 |
| 9 June 2020 | Working as directed, repaired and Moved | 16.5 | | | 7.0 | 0.5 | | | | 24.0 |
| 10 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 11 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 12 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 13 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 14 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 15 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 16 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 17 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 18 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 19 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 20 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 21 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 22 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 23 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 24 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 25 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 26 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 27 June 2020 | Working as directed and Moved | 20.5 | | | 3.5 | | | | | 24.0 |
| 28 June 2020 | Working as directed and Moved | 13.0 | | | 11.0 | | | | | 24.0 |
| 29 June 2020 | Working as directed | 24.0 | | | | | | | | 24.0 |
| 30 June 2020 | Working as directed and Moved | 12.0 | | | 12.0 | | | | | 24.0 |
| 31 June 2020 | | | | | | | | | | 0.0 |
| HOURS: | | 568.0 | 0.0 | 0.0 | 47.5 | 0.5 | 16.0 | 0.0 | 0.0 | 632.0 |
| AMOUNTS: | | $4,378,333.31 | $0.00 | $0.00 | $358,822.92 | $3,854.17 | $123,333.28 | $0.00 | $0.00 | $4,864,343.68 |

EXHIBIT
4

Valaris DS-16 MONTHLY BILLING SUMMARY

AFE:    FW205014
Lease:  MC-948 #4
Project:  Gunflint (STIM)
Engineer: J. Perroux
Routing #:  580047

ACCT CODE: 7500-15

BARRY GABOURIE

7-1-2020

David Asbury

7-1-2020

Dinty Sharry

07-02-2020

EXHIBIT 4



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX 77057
Phone: (281) 609-0377

**INVOICE**

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042

ATTN: AP DEPARTMENT

INVOICE NO: FWD2007261
INVOICE DATE: 7/6/2020
CUSTOMER NUMBER: 1348
PAYMENT TERM 45 DAYS

RIG: Resolute - DS-16
WELL NUMBER: MC-94844
LOCATION: MC-94844

AFE: FW205014

DAYWORK BILLING FOR ROWAN  RESOLUTE FOR THE MONTH OF JULY
PER ARTICLE OF THE OFFSHORE DAYWORK DRILLING CONTRACT
AND SIGNED RIG TIMESHEET ATTACHED.

FROM 00:00 HOURS ON 07/01/2020 THRU 24:00 HOURS ON 07/04/2020

DAYRATE EFFECTIVE

| | DAYRATE | |
|---|---|---|
| 0.0 HOURS OPERATING AT | $185,000.00 | $0.00 |
| 96.0 HOURS STANDBY AT | $181,300.00 | $725,200.00 |
| 0.0 HOURS REDRILL | $166,500.00 | $0.00 |
| 0.0 HOURS REPAIR SUBSEA  RATE | $185,000.00 . | $0.00 |
| 0.0 HOURS REPAIR SURFACE RATE | $185,000.00 | $0.00 |
| 0.0 HOURS ZERO RATE | $0.00   $ | - |
| 0.0 HOURS FORCE MAJEURE | $166,500.00 | $0.00 |
| 96.0 TOTAL HOURS | | |

Crew Shortage

AMOUNT DUE:  $   725,200.00

Digitally signed
by Ben
Date:
2020.07.06
08:34:09 -05'00'

REMIT ACH PAYMENTS TO:
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:WFBIUS6S
ABA #121000248
Account # 4669481673

Coding: BU10079
- 10417- 110-4202-810101
(725,200.00) 10417- 110-4202-810102
- 10417- 110-4202-810110
- 10417- 110-4202-810103
10417- 110-4202-810104

ED

EXHIBIT
4

## Valaris DS-16 MONTHLY BILLING SUMMARY

Monthly: Jul 2020
Contract #
Customer:
Well Name: M.C. 9501 Completion, Gunflint

Cost Center:
AFE Number: FW205014
Work Order:
Purchase Order:

| DATE | OPS 704 100% | STBY 705 @ 95% | PPR SURFACE 706 (12.5 hour allowance per month) thereafter 0 rate | PPR SUBSEA 704 (24 hour allowance per month) thereafter 0 rate | FORCE MAJEURE 707 @ 90% | Include Rebate Split to 803 @ 95% | No rate earned; All repair rate in excess of monthly allotted hours | TOTAL HOURS | Valaris | OPERATOR | Valaris EXTREME | Valaris THIRD PARTY | OPERATOR THIRD PARTY | (see legend below) | (see legend below) | (see legend below) | (see legend below) | Comments (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  | HEADCOUNT |  |  |  | BILLABLE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES |  |  |
| 7/1/2020 |  | 24.00 |  |  |  |  |  | 24.00 | 80.00 | 5.00 | 19.00 | 1.00 | 5.00 |  |  |  |  | Offload Drill Pipe, much ballast with Preservation of Rigs, Prep equipment for backload, Remove X501 tools. |
| 7/2/2020 |  | 24.00 |  |  |  |  |  | 24.00 | 85.00 | 8.00 | 18.00 | 1.00 | - |  |  |  |  | Downrig M/U Universal unified equipment, Offload/Unload/Preservation of the launch, Prep tools for paint on jewelry deck, Assist in well SOP items preservation. |
| 7/3/2020 |  | 24.00 |  |  |  |  |  | 24.00 | 85.00 | 3.00 | 15.00 | 1.00 | - |  |  |  |  | Offload Valaris 7P. Reconnect their halos at masspool, Various Drill Pipe Assist 11 with/of 11 list preservation. |
| 7/4/2020 |  | 24.00 |  |  |  |  |  | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | - |  |  |  |  | Install final Hanger at Pecan Pool Deck to masspool, Cable Various Drill Pipe Assist 11 with/of 11 list preservation, Begin Unmrig D-16 trials. |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTALS | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.00% | 335.00 | 14.00 | 76.00 | 5.00 | 5.00 |  |  |  |  |  |
|  | 0.00% |  | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |

$ 179.3046
120/Dav               $ 185,000.00
In $/ot/Pit/exp 160 / Day MPD   $ 330,000.00
/h hr/s/Svircs 1000/Dav   $ 150,000.00
1000/h r/MPD   $ 8,333.33
1000/h/hr   $ 7,708.33
59%/H   $ 7,504.17
90%/Hr MPD  90%/Hr MPD   $ 8,146.67

Total Billable for the Month      $     715,200.00

BARRY / GASOURLE

Fieldwood Client Representative:

Fieldwood Client Representative Signature:

Date: 07 / 04 / 2020

DS-16 Rig Mgr: Robert Kay

DS-16 Rig Mgr Signature: Robert Kay

Date: 0-7-4-2020

Fieldwood Drilling Supt.:

Fieldwood Drilling Supt. Signature:

Date:

Rig Manager:

Rig Manager Signature:

Date:

AFE:          FW205014
Lease:       MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #:   580047

ACCT CODE. 7300-15
7-4-2020

EXHIBIT
4

F202 Billing worksheet_2020 - July 2020

FIELDWOOD
Resolve

WELL NAME / LOCATION:   APE    MC-84884    FW250/H

July 2020

| DESCRIPTION OF WORK | DATE | OPERATING $185,000 | STANDBY $181,300 | REDRILL RATE $165,500 | Zero rate $0 | SURFACE REPAIR $185,000 | SUBSEA REPAIRS $165,000 | MOVE $181,300 | FORCE MAJEURE $165,500 | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Standby as directed | 1 July 2020 | | 24.0 | | | | | | | 24.0 |
| Standby as directed | 2 July 2020 | | 24.0 | | | | | | | 24.0 |
| Standby as directed | 3 July 2020 | | 24.0 | | | | | | | 24.0 |
| Standby as directed | 4 July 2020 | | 24.0 | | | | | | | 24.0 |
| Standby as directed | 5 July 2020 | | | | | | | | | 0.0 |
| | 6 July 2020 | | | | | | | | | 0.0 |
| | 7 July 2020 | | | | | | | | | 0.0 |
| | 8 July 2020 | | | | | | | | | 0.0 |
| | 9 July 2020 | | | | | | | | | 0.0 |
| | 10 July 2020 | | | | | | | | | 0.0 |
| | 11 July 2020 | | | | | | | | | 0.0 |
| | 12 July 2020 | | | | | | | | | 0.0 |
| | 13 July 2020 | | | | | | | | | 0.0 |
| | 14 July 2020 | | | | | | | | | 0.0 |
| | 15 July 2020 | | | | | | | | | 0.0 |
| | 16 July 2020 | | | | | | | | | 0.0 |
| | 17 July 2020 | | | | | | | | | 0.0 |
| | 18 July 2020 | | | | | | | | | 0.0 |
| | 19 July 2020 | | | | | | | | | 0.0 |
| | 20 July 2020 | | | | | | | | | 0.0 |
| | 21 July 2020 | | | | | | | | | 0.0 |
| | 22 July 2020 | | | | | | | | | 0.0 |
| | 23 July 2020 | | | | | | | | | 0.0 |
| | 24 July 2020 | | | | | | | | | 0.0 |
| | 25 July 2020 | | | | | | | | | 0.0 |
| | 26 July 2020 | | | | | | | | | 0.0 |
| | 27 July 2020 | | | | | | | | | 0.0 |
| | 28 July 2020 | | | | | | | | | 0.0 |
| | 29 July 2020 | | | | | | | | | 0.0 |
| | 30 July 2020 | | | | | | | | | 0.0 |
| | 31 July 2020 | | | | | | | | | 0.0 |
| | HOURS: | 0.0 | 96.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 96.0 |
| | AMOUNTS: | $0.00 | $725,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $725,200.00 |

EXHIBIT
4

## Valaris DS-16 MONTHLY BILLING SUMMARY

| DATE | DTR TDY 100% | STBY 3.05 @ 95% | RIG STAND-BY 706 (10 base allowance per month) - through 8/9 rate | RIG STAND-BY 706 (25 base allowance per month) - through 8/9 rate | FORCE MAJEURE 709 @ 99% | On-hold Nano/ Below 90%STK 90.8 895% | On rate Nano/ 28 built into fix quote of monthly added hours | TOTAL HOURS | Valaris | OPERATIONS | Valaris OVERHEAD | TOTAL 3'RD PARTY | OPERATIONS THIRD PARTY | REBILLIE EXTRA LABOR | NON BILLABLE EXTRAS | CREW SHORTAGES | Comment (required for any rate other than Operating) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | 24.00 | | | | | | | 24.00 | 80.00 | 5.50 | 19.00 | 1.00 | 1.00 | | | | | Offshut BOP Pipe Rack in return with Preservation of Rigs. From equipment for landfield. Removal at Rigs base. |
| 7/2/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 1.00 | | | | | | Instally rig if reduced measured onshore. offset rates return we structure for landfield Pipe are for parts to service back for load with time on providable. |
| 7/3/2020 | 24.00 | | | | | | | 24.00 | 89.00 | 3.00 | 19.00 | 1.00 | | | | | | Offshut Offes on Prevor Nano from measured. Increase costs on BOP II for preparation. Rack are Just DEN it. |
| 7/4/2020 | 24.00 | | | | | | | 24.00 | 85.00 | 3.00 | 19.00 | 2.00 | | | | | | Instally offshut Nano from measured. Color related and Nano. Nano to sailor III of powered on. Rig at Servers to Berrich. |
| 7/5/2020 | | | | | | | | | | | | | | | | | | |
| 7/6/2020 | | | | | | | | | | | | | | | | | | |
| 7/7/2020 | | | | | | | | | | | | | | | | | | |
| 7/8/2020 | | | | | | | | | | | | | | | | | | |
| 7/9/2020 | | | | | | | | | | | | | | | | | | |
| 7/10/2020 | | | | | | | | | | | | | | | | | | |
| 7/11/2020 | | | | | | | | | | | | | | | | | | |
| 7/12/2020 | | | | | | | | | | | | | | | | | | |
| 7/13/2020 | | | | | | | | | | | | | | | | | | |
| 7/14/2020 | | | | | | | | | | | | | | | | | | |
| 7/15/2020 | | | | | | | | | | | | | | | | | | |
| 7/16/2020 | | | | | | | | | | | | | | | | | | |
| 7/17/2020 | | | | | | | | | | | | | | | | | | |
| 7/18/2020 | | | | | | | | | | | | | | | | | | |
| 7/19/2020 | | | | | | | | | | | | | | | | | | |
| 7/20/2020 | | | | | | | | | | | | | | | | | | |
| 7/21/2020 | | | | | | | | | | | | | | | | | | |
| 7/22/2020 | | | | | | | | | | | | | | | | | | |
| 7/23/2020 | | | | | | | | | | | | | | | | | | |
| 7/24/2020 | | | | | | | | | | | | | | | | | | |
| 7/25/2020 | | | | | | | | | | | | | | | | | | |
| 7/26/2020 | | | | | | | | | | | | | | | | | | |
| 7/27/2020 | | | | | | | | | | | | | | | | | | |
| 7/28/2020 | | | | | | | | | | | | | | | | | | |
| 7/29/2020 | | | | | | | | | | | | | | | | | | |
| 7/30/2020 | | | | | | | | | | | | | | | | | | |
| 7/31/2020 | | | | | | | | | | | | | | | | | | |
| TOTALS | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 14.00 | 76.00 | 5.00 | 5.00 | | | | | | |

Dinny Sharry

Date: 06-05-2020

EXHIBIT 4



**VALARIS**

Atlantic Maritime Service LLC
5647 San Felipe , Suite 3500
Houston, TX  77057
Phone:  (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
ATTN: ACCOUNTS PAYABLE

INVOICE NO: FWD2007263
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: <u>FW205014</u>

TO INVOICE YOU FOR THIRD PARTY CATERING  JULY 1-4, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | |
|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ - |
| . 27 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ 3,780.0 |

AMOUNT DUE: $ 3,780.0

Rig Manager's Approval: _____

REMIT ACH PAYMENTS TO: _____
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S .
ABA #121000248
Account # 4669481673

| | | |
|---|---|---|
| $ | (3,780.00) | 810620.10417.4202.110 |
| $ | - | 912812.10417.4202-110 |
| $ | - | 919220.10417.4202.110 |
| $ | - | 912814.10417.4202.110 |
| $ | - | 919220.10417.4202.110 |
| | | ED |

EXHIBIT
4



Rowan Resolute

Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: July 2020 Well Name: Gunflint, AFE: FW205014, Routing#580047



EXHIBIT 4

Case 20-33948   Document 566-1   Filed in TXSB on 11/13/20   Page 422 of 438



**VALARIS**

Atlantic Maritime Service LLC
5847 San Felipe , Suite 3500
Houston, TX  77057
   Phone:   (281) 809-0377

# INVOICE

TO: FIELDWOOD ENERGY LLC
2000 W.SAM HOUSTON PARKWAY SOUTH
SUITE 1200
HOUSTON, TX 77042
**ATTN: ACCOUNTS PAYABLE**

INVOICE NO: FWD2007262
INVOICE DATE: 07/09/20
CUSTOMER NUMBER: 1348
PAYMENT TERM **45 DAYS**
RIG: DS-16 Resolute

WELL NUMBER  MC-948 #4

AFE #: FW205014

TO INVOICE YOU FOR THIRD PARTY CATERING  JUNE 5-30, 2020 PER ATTACHED THE COMPANY
MEAL TICKETS

| | | | | |
|---|---|---|---|---|
| MEALS @ | 35 MEAL / COURTESY | $ | - |
| 1653 COST/DAY/PERSON | 140 COST/DAY/PERSON | $ | 231,420.0 |

AMOUNT DUE: $   231,420.0

Rig Manager's Approval: _____

**REMIT ACH PAYMENTS TO:**
Beneficiary:  Atlantic Maritime Service LLC
Wells Fargo Bank, N.A.
San Fransisco, CA
SWIFT Code:   WFBIUS6S
ABA #121000248
Account # 4669481673

| | |
|---|---|
| $  (231,420.00) | 810620.10417.4202.110 |
| $    (34,089.65) | 912812.10417.4202-110 |
| $     34,089.65 | 919220.10417.4202.110 |
| ($43,469.00) | 912814.10417.4202.110 |
| $43,469.00 | 919220.10417.4202.110 |

ED

EXHIBIT
4

# Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020  Well Name: Gunflint,  AFE: FW205014  Routing# 580047

Group / Date columns 1–31

| Group |
|-------|
| NSI Fracturing |
| OCEANEERING |
| OES |
| Oilstates |
| One Subsea |
| OFI (Oil Field Instr.) |
| OGSC |
| One Surface |
| OTG |
| Pharmasafe |
| PHI Helicopters |
| Pinnacle |
| Petrolink |
| Precision Rental |
| Premium |
| Protechnics |
| Proserve |
| Professional Rental Tools |
| PRT |
| Quality Energy |
| QES |
| Rig Chem |
| Rotek |
| RIS Group Inc. |
| Schlumberger |
| Scientific Drilling |
| SCS |
| Subsea Partners LLC |
| Subsea Solutions |
| Sunbelt |
| Superior |
| Superior Energy |
| Superior Perf |
| Southern Fab |
| Teledyne |
| TEMS |
| Tetra |
| TIW |
| Total Safety |
| Tristate |
| TSI |
| Tubular Solutions |
| Varis Global |
| Workstrings |
| Weatherford |
| Wellbore |
| Welltec |
| WFR |
| TOTAL |
| TOTAL OVER CONTRACT |

TOTAL: 1663
1705

TOTAL BILLABLE $  $231,420.00

AFE: FW205014
Lease: MC-948 #4
Project: Gunflint (STIM)
Engineer: J. Perroux
Routing #: 580047

ACCT CODE 7300-45
J. Button 7-2-2002

EXHIBIT
4

## Rowan Resolute

CLIENT THIRD PARTY ROOM AND MEAL CHARGE-OFF FOR: June 2020 Well Name: Gunflint, AFE: FW2X0014 Routing#590047



Started Gunfl 1000 on 6

C:\Users\edata2020\edocs\June 2020 3rd Party Book Meals.xlsx

EXHIBIT
4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC,** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| | § | |
| VS. | § | |
| | § | **DIVISION " "** |
| | § | |
| **ECOPETROL AMERICA, LLC,** | § | |
| | § | **JUDGE:** |
| *in rem* | § | **MAGISTRATE:** |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## VERIFYING DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Ben Rose, declare under penalty of perjury that the following is true and correct.

I am the Vice President and Treasurer of Atlantic Maritime Services, LLC, Plaintiff herein. I have read the foregoing Verified Compliant and know the contents thereof, have examined the exhibits and evidence attached thereto, and the same are true and correct. The sources of any information and grounds for my belief as to all matters stated in the Verified Complaint are derived from the Plaintiff's books and records.

Executed in Houston, Texas, this 13th day of November, 2020.

_____
Ben Rose
Atlantic Maritime Services, LLC
Vice President and Treasurer

JS 44   (Rev. 10/20)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS

Atlantic Maritime Services, LLC

**(b)** County of Residence of First Listed Plaintiff   Harris, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lugenbuhl Wheaton Peck Rankin & Hubbard; 601 Poydras St. Ste. 2775, New Orleans, LA 70130; (504) 368-1990

### DEFENDANTS

Ecopetrol America, LLC

County of Residence of First Listed Defendant   Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
          THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 790 Other Labor Litigation | [ ] 861 HIA (1395ff) | [x] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | **FEDERAL TAX SUITS** | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 871 IRS—Third Party 26 USC 7609 | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
43 U.S.C. § 1349(b)(1)
Brief description of cause:
Enforcement of lien rights solely against the interest of the defendant in the specific property interests included within La. R.S. § 9:4863(A)(1)-(4).

### VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ $5,824,744.68 (In Rem)

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

### VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE   Nov 13, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** | § | **CIVIL ACTION No.** |
| | § | |
| Plaintiff, | § | **SECTION " "** |
| **VS.** | § | |
| | § | **DIVISION " "** |
| **ECOPETROL AMERICA, LLC** | § | |
| | § | **JUDGE:** |
| | § | **MAGISTRATE:** |
| *in rem* | § | |
| Defendant. | § | |

## WRIT OF SEQUESTRATION

TO:   United States Marshal
      For the United States District Court
      For the Eastern District of Louisiana

You are hereby commanded, in the name of the United States District Court for the Eastern

District of Louisiana, to seize and sequester and take into your possession and safely hold, until

further order of the Court, the following property:

> All interests held by Ecopetrol America, LLC in the specific property
> interests of Ecopetrol America, LLC included within La. R.S. § 4863(A)(1)-
> (4) associated with the operating interest covering the lease situated in the
> Outer Continental Shelf, OCS-G-28030, Mississippi Canyon Area, Block
> 948 (the "***Lease***"), containing Well #4 (API 608174129900) (the "***Well***") (the
> "***Subject Interests***").

**IT IS ORDERED** that a Writ of Sequestration is hereby issued as prayed for in the above-

captioned matter, the requirement of security having been dispensed with by law; and

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to (i)

serve or cause to be served this Writ of Sequestration on Ecopetrol America, LLC, and (ii) record

or cause to be recorded this Writ of Sequestration in the records of the Clerks of Court for the

Parishes of Orleans, St. Tammany, St. Bernard, and Plaquemines, and in the records of the United

States of America, Bureau of Ocean Energy Management.

Debtors' Exhibit No. 5
Page 81 of 82

New Orleans, Louisiana, this ____ day of _____, 2020.

_____
JUDGE

Debtors' Exhibit No. 5
Page 82 of 82