

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/25/2020

| In re: | * | Chapter 11 |
|---|---|---|
| | * | |
| **FIELDWOOD ENERGY, LLC, *et al.*,**[1] | * | Case No. 20-33948 (MI) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |

******************************************

**AMENDED ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CREDITOR CETCO ENERGY SERVICES COMPANY, LLC**

Considering the *Ex Parte Motion to Withdraw as Counsel of Record for Creditor, Cetco Energy Services Company, LLC* (the "Motion"),

**IT IS ORDERED** that Albert J. Derbes, IV, Frederick L. Bunol and The Derbes Law Firm, LLC are withdrawn as counsel of record for Cetco Energy Services Company, LLC.

**IT IS FURTHER ORDERED** that Cetco Energy Services Company, LLC can be served with future notices, pleadings and other documents to Rudy Urban, Credit Manager, Cetco Energy Services Co., LLC, 635 Brake Ridge Court, Seymour, TN 37865.

Signed: November 25, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.