

UNITED STATES BANKRUPTCY COURT　　SOUTHERN DISTRICT OF TEXAS

ENTERED
11/25/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Stanwood R. Duval |
| Firm | Duval, Funderburk, Sundbery, Richard & Watkins |
| Street | 101 Wilson Avenue |
| City & Zip Code | Houma, Louisiana 70364 |
| Telephone | (985) 876-6410; Email: stan@duvallawfirm.com |
| Licensed: State & Number | Louisiana, #27732 |

Seeks to appear as the attorney for this party:

| Magnum Mud Equipment Co., Inc. | |
|---|---|
| Dated: November 24, 2020 | Signed: /s/ Stanwood R. Duval |

| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. |
|---|
| Dated: _____　Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: November 25, 2020

_____
Marvin Isgur
United States Bankruptcy Judge