IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al.[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that Hess Corporation hereby enters its appearance by and through its counsel, Reed Smith LLP, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

Omar J. Alaniz
REED SMITH L.L.P.
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Telephone:  469.680.4200
Facsimile:  469.680.4299
Email:  oalaniz@reedsmith.com

Attorney for Hess Corporation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtors or their estates or creditors thereof, or any property or proceeds in which the Debtors or their estates may claim an interest.

DATED: November 25, 2020

Respectfully submitted,

By: */s/ Omar J. Alaniz*_____
    Omar J. Alaniz
    State Bar No. 24040402
    REED SMITH L.L.P.
    2850 N. Harwood Street, Suite 1500
    Dallas, Texas 75201
    Telephone: 469.680.4200
    Facsimile: 469.680.4299
    Email: oalaniz@reedsmith.com

***Attorney for Hess Corporation***