IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 293 & 413 |

## NOTICE OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS DURING QUARTER ENDING OCTOBER 31, 2020

**PLEASE TAKE NOTICE THAT**, on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**Order**") granting the Motion. Pursuant to the Order, at three-month intervals during the pendency of their chapter 11 cases (each, a "**Quarter**") beginning with the Quarter ending October 31, 2020, the Debtors are required to file with the Court and serve on the Reviewing Parties[2] no later than 30 days after the conclusion of a Quarter a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional.

**PLEASE TAKE FURTHER NOTICE THAT**, during the Quarter ending October 31, 2020, the Debtors did not make any payments to Ordinary Course Professionals for services rendered or reimbursement of expenses incurred.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Dated: November 30, 2020
       Houston, Texas

                        Respectfully submitted,

                        ___/s/  Alfredo R. Pérez_____
                        WEIL, GOTSHAL & MANGES LLP
                        Alfredo R. Pérez (15776275)
                        700 Louisiana Street, Suite 1700
                        Houston, Texas 77002
                        Telephone:  (713) 546-5000
                        Facsimile:  (713) 224-9511
                        Email:   Alfredo.Perez@weil.com

                        -and-

                        WEIL, GOTSHAL & MANGES LLP
                        Matthew S. Barr (admitted *pro hac vice*)
                        Jessica Liou (admitted *pro hac vice*)
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone:  (212) 310-8000
                        Facsimile:  (212) 310-8007
                        Email:   Matt.Barr@weil.com
                                  Jessica.Liou@weil.com


                        *Attorneys for Debtors*
                        *and Debtors in Possession*

## Certificate of Service

I hereby certify that on November 30, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                 */s/ Alfredo R. Pérez*
                                                                                 Alfredo R. Pérez