# **EXHIBIT 2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **FIELDWOOD ENERGY LLC**, *et al.*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF COLE SCHOTZ P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 20, 2020 THROUGH OCTOBER 31, 2020**

(Related Docket No. _____)

Upon consideration of the *First Interim Fee Application of Cole Schotz P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 20, 2020 through October 31, 2020* (the "**Application**");[2] and this Court having jurisdiction over the Application; and due and adequate notice of the Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any; and any objections to the Application having been resolved or overruled; and for good cause shown;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

61542/0001-21663705v1

- 2 -

**IT IS HEREBY ORDERED THAT:**

1.    Cole Schotz is hereby awarded the interim allowance of $174,339.50 for compensation for professional services and $658.43 for reimbursement of expenses for the period of August 20, 2020 through October 31, 2020.

2.    The Debtors are hereby authorized to immediately pay Cole Schotz any unpaid portion of such allowed fees and expenses.

3.    The Court shall retain jurisdiction with respect to all maters arising from or related to the interpretation or implementation of this Order.


Dated:_____, 2020        _____
                                                                    THE HONORABLE MARVIN ISGUR
                                                                    UNITED STATES BANKRUPTCY JUDGE