# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| FIELDWOOD ENERGY LLC, *et al.*, [1] | § | Case No. **20-33948 (MI)** |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |
|  | § | **Objection Date:** December 14, 2020 |

**SUMMARY COVER SHEET OF THE FIRST INTERIM APPLICATION OF CONWAY MACKENZIE, LLC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 20, 2020 THROUGH AND INCLUDING OCTOBER 31, 2020**

| | | |
|---|---|---|
| Name of Applicant: | Conway MacKenzie, LLC. | |
| Applicant's Role in Case: | Financial Advisor to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | October 16, 2020 (Retroactive to August 20, 2020) [Docket No. 472] | |
| | Beginning of Period | End of Period |
| Time period covered by this application: | August 20, 2020 | October 31, 2020 |
| Time period covered by prior applications: | N/A | N/A |
| Total fees requested in all prior interim applications: | | N/A |
| Total fees requested in this interim application: | | $1,715,805.50 |
| Total professional fees requested in this application: | | $1,714,725.50 |
| Total actual professional hours covered by this application: | | 2,527.0 |
| Average hourly rate for professionals: | | $678.56 |
| Total paraprofessional fees requested in this application: | | $1,080.00 |
| Total actual paraprofessional hours covered by this application: | | 4.8 |
| Average hourly rate for paraprofessionals: | | $225.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| Reimbursable expenses sought in this application: | $7,326.25 |
|---|---|
| Indicate whether a plan has been confirmed: | No |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

61542/0001-21765270v2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, [1] | § | Case No. **20-33948 (MI)** |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FIRST INTERIM APPLICATION OF CONWAY MACKENZIE, LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 20, 2020 THROUGH AND INCLUDING OCTOBER 31, 2020**

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY
> AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD
> IMMEDIATELY CONTACT THE APPLICANT TO RESOLVE THE
> DISPUTE. IF YOU AND THE APPLICANT CANNOT AGREE, YOU MUST
> FILE A RESPONSE AND SEND A COPY TO THE APPLICANT. YOU
> MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE
> DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE
> WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO
> NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED
> WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE
> APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU
> MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE
> OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE
> HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR
> ATTORNEYS.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Conway MacKenzie, LLC ("Conway MacKenzie"), as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), respectfully submits its first interim fee application (the "Application") for entry of an order, substantially in the form attached hereto as Exhibit F (the "Proposed Order") granting interim allowance of (i) compensation earned for professional services rendered on behalf of the Committee during the period from August 20, 2020 through and including October 31, 2020 (the "First Interim Period") in the amount of $1,715,805.50 and (ii) reimbursement of actual and necessary expenses incurred by Conway MacKenzie on behalf of the Committee during the First Interim Period in the amount of $7,326.25. In support of this Application, Conway MacKenzie states as follows:

## JURISDICTION AND VENUE

1.  The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.  Venue is proper pursuant to 28 U.S.C. § 1408.

3.  The statutory and legal bases for the relief requested herein are sections 328(a), 330 and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

4.  On August 3 and August 4, 2020 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to

operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No examiner has been appointed in these Chapter 11 Cases.

5.      On August 18, 2020, the United States Trustee for the Southern District of Texas appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 183]. The Committee originally consisted of the following (5) members: (i) Oceaneering International, Inc.; (ii) Subsea 7 US LLC; (iii) Halliburton Energy Services, Inc.; (iv) TETRA Technologies, Inc.; (v) Workstrings International, L.L.C. Shortly after its formation, the Committee selected Conway MacKenzie as its Financial Advisor, subject to this Court's approval. On October 12, 2020, Oceaneering International, Inc. resigned from the Committee. On October 26, 2020 Subsea 7 US LLC resigned from the Committee.

6.      On September 17, 2020, the Court entered the *Order Establishing Procedures for Interim Compensation of Expenses for Professionals* [Docket No. 367] (the "Interim Compensation Order"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7.      On September 18, 2020, the Committee filed the *Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103 of the Bankruptcy code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authorization to Retain and Employ Conway Mackenzie, LLC as Financial Advisor* [Docket No. 376] (the "Retention Application").[1] By the Retention Application, the Committee requested the Court's authorization to retain and employ Conway MacKenzie.  On October 16, 2020, the Court entered the *Order Authorizing the Retention and Employment of Conway MacKenzie, LLC as Financial Advisor for the Official Committee of Unsecured Creditors*

---

[1]      Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Retention Application.

*Retroactive to August 20, 2020* [Docket No. 472] (the "Retention Order"). A copy of the Retention Application is attached hereto as Exhibit A, and a copy of the Retention Order is attached hereto as Exhibit B.

## TERMS OF CONWAY MACKENZIE'S RETENTION

8.      The Retention Order authorized the compensation of Conway MacKenzie pursuant to section 328(a) of the Bankruptcy Code on an hourly fee basis ranging from $350 (Analyst) to $1,285 (Senior Managing Director), as set forth in detail in the Retention Application.

9.      In addition to the compensation payable to Conway MacKenzie under the Retention Application and the Retention Order, the Retention Order provides that Conway MacKenzie will be reimbursed for reasonable and necessary out-of-pocket expenses incurred in connection with its engagement by the Committee.

## SUMMARY OF SERVICES RENDERED

10.     Conway MacKenzie is a financial and operational consulting firm specializing in turnaround management, performance improvement, litigation support, interim management, valuation and fairness, transactional diligence, and investment banking services to corporate clients.

11.     During the First Interim Period, Conway MacKenzie performed significant services on behalf of the Committee, including, but not limited to, a comprehensive review of the Debtors' assets, valuations, creditor distribution analyses, and other financial advisory services.

12.     Conway MacKenzie kept track of its time during the First Interim Period and included time and expense details and summaries in this Application.

13.     Conway MacKenzie previously submitted two monthly fee statements for fees and expenses incurred in accordance with the interim compensation procedures order approved in these

cases. This Application is supported by the fee statements attached hereto as <u>Exhibit C-1</u> (covering the period from August 20, 2020 through August 31, 2020), <u>Exhibit C-2</u> (covering the period from September 1, 2020 through September 30, 2020), and <u>Exhibit C-3</u> (covering the period from October 1, 2020 through October 31, 2020).

14.     Conway MacKenzie's total time and fees and expenses during the First Interim Period are summarized in <u>Exhibit D</u> and <u>Exhibit E</u>, respectively, and included in the table below:

| | Requested | | Paid | | Remaining | | |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | Exhibit |
| 8/20/20 – 8/31/2020 | $254,627.50 | $1,963.75 | $203,702.00 | $1,963.75 | $50,925.50 | $0.00 | Exhibit C-1 |
| 9/1/2020 – 9/30/2020 | $825,889.50 | $2,138.75 | $660,711.60 | $2,138.75 | $165,177.90 | $0.00 | Exhibit C-2 |
| 10/1/2020 – 10/31/2020 | $635,288.50 | $3,223.75 | $0.00 | $0.00 | $635,288.50 | $3,223.75 | Exhibit C-3 |
| **Total Fee Statements** | **$1,715,805.50** | **$7,326.25** | **$864,413.60** | **$4,102.50** | **$851,391.90** | **$3,223.75** | Exhibits D & E |

15.     A general description and summary of services performed by Conway MacKenzie during the First Interim Period is set forth below.  The summary is organized by the categories in which Conway MacKenzie tracked its hours during the First Interim Period.

**<u>Asset Analysis and Recovery</u>**

16.     Included within this Task Code classification are services related to the Debtors' assets including, but not limited to:

  a.  Researching market trends in order to determine attractiveness of the projects undertaken by the Debtors;

  b.  Analyzing, benchmarking, and reviewing the Debtors' asset retirement obligations and comparable offshore plugging and abandonment costs;

  c.  Diligence the Debtors' internal estimates of plugging and abandonment costs;

  d. Review of trust agreements and contracts applicable to the reorganized Debtor entities;

  e. Analysis and evaluation of the Debtors' reserve reports and all pertinent revenues and costs associated with the production, drilling and abandonment of such reserves;

  f. Assessments of damage caused by natural disasters and all related forces of nature;

  g. Evaluation of Debtors' solvency, including solvency of reorganized Debtor entities;

  h. Meeting, discussing and corresponding with the Committee, Committee Counsel, and Debtors' advisors regarding the asset analysis processes and related matters.

  i. Conway MacKenzie expended 491.8 hours for a fee of $334,155.50.

## Asset Disposition

17. Included within this Task Code classification are services related to the Debtors' assets, including but not limited to:

  a. Review of the sale process and all related bids for the Debtors' Deepwater assets;

  b. Analysis and evaluation of the Debtors' Deepwater assets;

  c. Meeting, discussing and corresponding with the Committee, Committee Counsel, and Debtors' advisors regarding the sale process;

  d. Conway MacKenzie expended 47.0 hours for a fee of $33,826.00.

## Business Analysis

18. Included within this Task Code is work performed related to the analysis of the

6

Debtors' business operations and projected performance in the context of these Chapter 11 Cases. Services performed include the review and analysis of various financial projections and detailed evaluations of the Debtors' projections, including:

a.  Reviewing Debtors' vendor management program and assess potential risks and opportunities associated with the program;

b.  Identifying and quantifying the value impact of modifications made to the Debtors' contemplated business plan to separate and distinguish assets between deepwater and shelf properties;

c.  Analyzing the decommissioning agreements, including historical decommissioning agreements and amendments, and their effect on the costs associated with plugging and abandonment of various wells and reserves;

d.  Reviewing and sensitizing the Debtors' operating models for the long-term business projections;

e.  Analyzing, reviewing, and summarizing Debtor provided documents, docket items and additional materials;

f.  Reviewing and analyzing documents provided in the data room to evaluate the Debtors' business and ongoing operations;

g.  Preparation and research related to weekly industry updates in presentations to the UCC;

h.  Performing benchmarking analyses and research related to industry specific metrics;

i.  Review and analysis of first day motions, declarations and all related materials;

j.  Comprehensive review and analysis of the Debtors' resource estimations and drilling plan for purposes of assessing the impact on the operations of the

reorganized Debtor; and

k.  Meetings, teleconferences and discussions with members of the Committee and Committee Counsel, regarding business analysis, work streams and related matters.

l.  Conway MacKenzie expended 984.4 hours for a fee of $665,771.50.

**Case Administration**

19.    Included within this Task Code classification are services related to the Debtors' assets including, but not limited to:

a.  Preparing and evaluating data request lists and correspondence between the Debtor's professionals regarding the same; and

b.  Developing and coordinating workflows with various team members, Committee Counsel and other advisors to the Committee.

c.  Conway MacKenzie expended 47.2 hours for a fee of $30,026.00.

**Cash Flow Reporting/Analysis**

20.    Included within this Task Code is work performed related to developing and analyzing waterfall distribution and other financial models including, but not limited to:

a.  Analyzing related flow of funds and intercompany transactions;

b.  Analyzing the DIP motion, DIP budget and term sheet and preparing detailed sensitivity and variance analyses of all updated and related documents;

c.  Preparation of benchmarking analysis to assess DIP financing, sizing, covenants, and fees;

d.  Reviewing and preparing detailed analyses over the Debtors' weekly cash flow variance reports, including budget to actual variance analysis;

8

  e. Review, analysis and correspondence regarding certain first day motions including, but not limited to, the hedging motion and motion to pay taxes and fees;

  f. Analyzing and assessing the Debtors' cash management system and intercompany transactions, including transactions and cash flows related to non-Debtor affiliates;

  g. Testing and review of various financial covenants related to the DIP budget and motions;

  h. Reviewing and analyzing the Debtors' operating models and forecasts;

  i. Evaluating the reasonableness of actual cash receipts and disbursements in relation to the approved DIP budget; and

  j. Meeting, discussing and corresponding with the Committee, Committee Counsel, and Debtors' advisors regarding the DIP budget.

  k. Conway MacKenzie expended 639.4 hours for a fee of $441,480.00.

**Claims Analysis**

21. Included in this Task Code is time spent examining the claim's register and filed schedules including but not limited to:

  a. Analyzing scheduled and asserted claims;

  b. Reviewing prepetition accounts payable;

  c. Estimating size of general unsecured creditors' claims; and

  d. Preparing an analysis of proposed relief of claims.

  e. Conway MacKenzie expended 27.2 hours for a fee of $19,097.50.

**Employee Matters**

22.     Included within this Task Code is time spent examining various compensation arrangements including, but not limited to:

    a.  Compensation metrics included salary, benefits, annual bonuses, severance, sales incentive bonuses, and retention bonuses;

    b.  Evaluation and review of additional prepetition bonus payments; and

    c.  Benchmarking of the Key Employee Incentive Plan (the "<u>KEIP</u>") and the Key Employee Retention Plans (the "<u>KERP</u>") as well as the annual compensations of executives and other employees in relation to those of other peer companies.

    d.  Conway MacKenzie expended 27.9 hours for a fee of $15,587.50.

**Fee/Employment Applications**

23.     Included within this Task Code is time expended performing various functions directly related to compliance with the retention requirements of the Bankruptcy Code and other pertinent rules, including, but not limited to:

    a.  Preparation of the Retention Documents in this Application;

    b.  Perform and review of conflict check, including addressing disclosures on prior affiliate engagement with the Debtors;

    c.  Preparation and review of supplemental conflict checks performed following the entry of the Retention Order;

    d.  Conway MacKenzie expended 119.3 hours for a fee of $65,930.00.

**Fee/Employment Objections**

24.     Included within this Task Code classification are services related to analyzing and benchmarking the investment banking fees of the Debtors investment banker.

    a.  Conway MacKenzie expended 42.5 hours for a fee of $32,209.00.

**Hearing Attendance/Preparation**

25.     Included within this task code classification is time spent preparing for and attending hearings for this Chapter 11 Case.

    a.  Conway MacKenzie expended 12.3 hours for a fee of $12,707.50

**Lien Challenge**

26.     Included within this Task Code is time spent analyzing the perfection of liens on the Debtors' assets including, but not limited to:

    a.  Evaluating lien imperfection and unencumbered value of the Debtors' assets;

    b.  Reviewing and corresponding with counsel regarding their initial lien review; and

    c.  Meetings, teleconferences and correspondence with the Committee and Committee counsel regarding the various lien testing analyses and results.

    d.  Conway MacKenzie expended 14.6 hours for a fee of $10,872.50.

**Meetings and Communications**

27.     Included within this Task Code are services related to the Estate's business including, but not limited to:

    a.  Participating in meetings and general correspondence between the Committee, Committee Counsel, Committee Advisors and Debtor Advisors regarding relevant case updates.

    b.  Conway MacKenzie expended 15.2 hours for a fee of $12,483.00.

**Monthly Operating Reports**

28.     Included within this Task Code are services related to performing detailed analysis and review of the Debtors' Monthly Operating Reports.

    a.  Conway MacKenzie expended 16.3 hours for a fee of $10,340.00.

11

**Plan and Disclosure Statement**

29.    Included within this task code classification are services related to the Debtors'
business including, but not limited to:

      a.  Compilation of analyses in preparation for the filing of the Debtors' Plan and
Disclosure Statement; and

      b.  Meetings, teleconferences and correspondence with the Debtors, Debtors'
counsel, the Committee and Committee counsel regarding the status of the
Debtors' Plan and Disclosure Statement.

      c.  Conway MacKenzie expended 14.6 hours for a fee of $10,305.00.

**Schedules and Statement of Financial Affairs**

30.    Included in this Task Code is work performed related to analyzing the Debtors'
Statement of Financial Affairs ("SOFA") and Statement of Assets and Liabilities ("SOAL") for
purposes of understanding the Debtors' financial position.

      a.  Conway MacKenzie expended 32.1 hours for a few of $21,014.50.

## RELIEF REQUESTED

31.    By this Application, Conway MacKenzie requests entry of the Proposed Order,
substantially in the form attached hereto as Exhibit F, (a) granting interim allowance of (i)
compensation for professional services rendered by Conway MacKenzie as Financial Advisor to
the Committee during the First Interim Period in the aggregate amount of $1,715,805.50 and (ii)
reimbursement of expenses incurred by Conway MacKenzie in connection with such services in
the aggregate amount of $7,326.25 and (b) authorizing and directing payment of all such amounts,
less all amounts that the Debtors previously paid to Conway MacKenzie on account of Conway
MacKenzie's fees and expenses.

61542/0001-21765270v2

32.     To date, Conway MacKenzie has been paid $868,516.10 on an interim basis pursuant to the interim compensation procedures order.  This amount represents 80% of the fees and 100% of the expenses sought in the monthly fee statements for the period August 20, 2020 through September 30, 2020.

33.     There is no agreement or understanding between Conway MacKenzie and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered on behalf of the Committee.

## REASONABLE AND NECESSARY EXPENSES OF CONWAY MACKENZIE

34.     In addition to the compensation earned by Conway MacKenzie during the First Interim Period, Conway MacKenzie also incurred certain reasonable and necessary expenses during the First Interim Period for which it is entitled to reimbursement under the Retention Order. Conway MacKenzie's total expenses for the First Interim Period are $7,326.25. Summaries of the expenses incurred during the First Interim Period are set forth in greater detail on the attached Exhibit E.

## BASIS FOR RELIEF

35.     Section 328(a) of the Bankruptcy Code allows a professional to obtain prior court approval of the terms of its retention.  See 11 U.S.C. § 328(a).  Under section 328(a), a professional may avoid uncertainty by obtaining (i) advance court approval of compensation terms agreed to with the estate and (ii) a court's finding that such terms are "reasonable" in advance of the professional's providing related services.  See *In re Nat'l Gypsum Co.*, 123 F.3d 861, 862-63 (5th Cir. 1997).  Section 328(a) expressly contemplates court approval of hourly fees.  See 11 U.S.C. § 328(a) ("[A] committee appointed under section 1102 . . . with the court's approval, may employ or authorize the employment of a professional person . . . on any reasonable terms and conditions

61542/0001-21765270v2

of employment, including . . . on an hourly basis.").

36.     If a court has entered an order authorizing a professional's employment that "expressly and unambiguously states specific terms and conditions (e.g., specific hourly rates or contingency fee arrangements) that are being approved pursuant to the first sentence of Section 328(a)," the court is constrained to apply only the "improvident" standard of section 328(a) in any later review of such professional's requested compensation. *Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.*, 50 F.3d 253, 261 (3d Cir. 1995).

37.     To render a previously approved fee arrangement "improvident" under the section 328(a) standard, a bankruptcy court must find that there have been "developments not capable of being anticipated at the time of the fixing of the terms and conditions" of the engagement.  11 U.S.C. § 328(a).  It is not enough that developments in a case are simply unforeseen.  *Daniels v. Barron (In re Barron)*, 225 F.3d 583, 585 (5th Cir. 2000).

38.     Section 330 of the Bankruptcy Code, moreover, provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).

39.     Conway MacKenzie's fees were earned under the terms of the Retention Application, as approved by the Retention Order.  Accordingly, Conway MacKenzie submits that the fees and expenses requested herein should be awarded on an interim basis.  There have been no circumstances in these cases which would give cause to question the terms of Conway MacKenzie's engagement terms, which the Court approved under section 328(a) of the Bankruptcy Code.

WHEREFORE, Conway MacKenzie requests entry of the Proposed Order, substantially in the form attached hereto as <u>Exhibit F</u>, (a) granting interim allowance of (i) compensation for professional services rendered by Conway MacKenzie as Financial Advisor to the Committee during the First Interim Period in the aggregate amount of $1,715,805.50,  and (ii) reimbursement of expenses incurred by Conway MacKenzie in connection with such services in the aggregate amount of $7,326.25 and (b) authorizing and directing payment of all such amounts, less all amounts that the Debtors previously paid to Conway MacKenzie on account of Conway MacKenzie's fees and expenses.

Dated:  November 30, 2020                    CONWAY MACKENZIE, LLC.

*/s/ John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, Texas 77010
Phone: (713) 650-0500
JYoung@ConwayMacKenzie.com

*Financial Advisor to the Committee*

## Exhibit A

**Retention Application**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 328(a), 330 AND 1103 OF THE BANKRUPTCY CODE, FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORIZATION TO RETAIN AND EMPLOY CONWAY MACKENZIE, LLC AS <u>FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20, 2020</u>

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors in possession (collectively, the "<u>Debtors</u>") hereby applies to the Court (this "<u>Application</u>") pursuant to sections 328(a), 330, and 1103(a) of title 11 of the U.S. Code (the "<u>Bankruptcy Code</u>"), Federal Rules of Bankruptcy Procedure 2014(a) and 2016 ('the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the Southern District of Texas (the "<u>Local Rules</u>") for the entry of an order, in substantially the form as attached as <u>Exhibit A</u> (the "<u>Proposed Order</u>"), (i) authorizing them to retain and employ Conway MacKenzie, LLC, together with its agents and independent contractors (collectively "<u>Conway MacKenzie</u>"), as financial advisor to the Committee in the Debtors' chapter 11 cases, effective as of August 20, 2020; and (ii) granting certain related relief. In support of the Application, the Committee submits the declaration of John T. Young, Jr. (the "<u>Young Declaration</u>"), attached hereto as <u>Exhibit B</u> and incorporated herein by reference. In support of the Application, the Committee respectfully represents as follows:

**<u>Jurisdiction and Venue</u>**

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.     The relief sought with this Application is based upon Sections 328(a), 330, and 1103(a) of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.

2

## Statement of Facts

3.      Commencing on August 3, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), thereby commencing these chapter 11 cases (the "Cases").  The Debtors continue in possession of their property and are operating and managing their business as debtors in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.  No trustee or examiner has been appointed in the Debtors' Cases.

4.      On August 18, 2020, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee consists of the following five (5) members: (i) Oceaneering International, Inc.; (ii) Subsea 7 US LLC; (iii) Halliburton Energy Services, Inc.; (iv) TETRA Technologies, Inc.; and (v) Workstrings International, L.L.C.

## Relief Requested

5.      By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto as Exhibit A, pursuant to sections 328(a), 330, and 1103(a) of the Bankruptcy Code, Bankruptcy Rule, and Local Rules, authorizing the Committee to employ and retain Conway MacKenzie as its financial advisor in the Cases in accordance with the terms and conditions set forth in this Application.  The Committee has selected Conway MacKenzie in furtherance of the efficient administration of the estates on behalf of the Committee. The Committee seeks to retain Conway MacKenzie effective as of August 20, 2020 because Conway MacKenzie began providing services to the Committee as of such date.  The Committee

3

believes that such retention is appropriate in these Cases because the Committee required Conway MacKenzie's assistance prior to such time as a retention application could be submitted to the Court due to the exigencies of these Cases, and Conway MacKenzie has been providing services to the Committee since August 20, 2020.

### Services to Be Provided

6.     Subject to further Order of this Court, Conway MacKenzie is expected to render, among other services, the following services to the Committee:

a.     Assistance in the analysis, review and monitoring of the restructuring process, including, but not limited to an assessment of potential recoveries for general unsecured creditors;

b.     Assistance in the assessment and monitoring of any sales process conducted on behalf of the Debtors and analysis of proposed consideration;

c.     Assistance in the review of financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

d.     Assistance in the review of the Debtors' prepetition financing structure, including but not limited to, evaluating the Debtors' capital structure, financing agreements, defaults under any financing agreement and forbearances;

e.     Assistance in the review of the Debtors' debtor in possession facility ("DIP Facility"), including but not limited to, evaluating liquidity needs and DIP sizing;

f.     Assistance with review of any tax issues associated with, but not limited to, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

g.     Assistance with the review of the Debtors' analysis of core and non-core business assets, the potential disposition or liquidation of the same, and assistance regarding the review and assessment of any sales process relating to same;

h.     Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the

U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

i.  Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

j.  Assistance with the review of the affirmation or rejection of various executory contracts and leases;

k.  Assistance with the review and identification of unencumbered assets and lien perfection analysis;

l.  Assistance with the review and evaluation of Debtor employee retention and compensation plans;

m.  Assistance in the review and/or preparation of information and analysis necessary for the preparation, proposal and confirmation of a plan and related disclosure statement in these Cases;

n.  Assistance in the evaluation, analysis and forensic investigation of avoidance actions, including fraudulent conveyances and preferential transfers and certain transactions between the Debtors and affiliated entities;

o.  Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee;

p.  Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding;

q.  Assistance and support in the evaluation of restructuring, sale and liquidation alternatives.

r.  Provide valuations of the Debtors' total enterprise value, value of the Debtors on an entity by entity basis, or any of the Debtors' assets or businesses, as requested by the Committee or the Committee's counsel; and

s.  Assistance with the review and analysis of the Debtors' plugging and abandonment and decommissioning obligations.

### **Professional Compensation**

7.  Bankruptcy Code section 328(a) provides, in relevant part, that a committee appointed under Bankruptcy Code section 1102 "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 of this title on any

reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

8.    Subject to the Court's approval, and in accordance with section 328(a) of the Bankruptcy Code, Conway MacKenzie proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. Conway MacKenzie professionals will be billed at their respective standard hourly rates with the following ranges:

| Professionals | Per Hour (USD) |
| --- | --- |
| Senior Managing Directors | $915 - $1,285 |
| Managing Directors | $825 - $1,070 |
| Directors | $640 - $750 |
| Senior Associates | $490 - $570 |
| Analysts | $350 - $450 |

9.    Conway MacKenzie periodically reviews and revises billing rates. If changes in applicable hourly rates are made, such changes will be noted on the invoice in the first time period in which the revised rates become effective.

10.    Conway MacKenzie and the Committee expressly reserve their rights pursuant to section 1129(a)(9)(A) of the Bankruptcy Code for Conway MacKenzie to receive the full amount of compensation based on the foregoing notwithstanding the terms of any cash collateral order or secured financing order now or hereafter entered in these Cases providing for a limitation on the amount of fees payable to Conway MacKenzie for specified or general purposes.

11.    Conway MacKenzie will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges.    Conway

MacKenzie will charge for these expenses at rates consistent with charges made to other Conway MacKenzie clients, and subject to the guidelines of the United States Trustee.

12.     Conway MacKenzie will maintain detailed records of fees and expenses incurred in connection with the rendering of the financial advisory services described above, in accordance with applicable rules and guidelines.

13.     In light of the foregoing, the Committee believes that Conway MacKenzie's fee structure is reasonable, market-based, and designed to fairly compensate Conway MacKenzie for its work in these Cases and to cover fixed and routine overhead expenses.

**Disinterestedness; Lack of Adverse Interest**

14.     To the best of the Committee's knowledge and based on the Young Declaration, the Committee submits that Conway MacKenzie is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).  The Committee submits that Conway MacKenzie currently neither holds nor represents any interest adverse to the Debtors' estate or the Committee, except as set forth in the Young Declaration.  Further, except as set forth in the Young Declaration, Conway MacKenzie has no connection with any Debtor, creditor, other party-in-interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

15.     Conway MacKenzie will not, while employed by the Committee, represent any other entity having an adverse interest in connection with the Debtors' Cases.

16.     The Committee has been informed that Conway MacKenzie is conducting an ongoing review of its files to ensure that no disqualifying circumstances arise.  To the extent that

Conway MacKenzie discovers any connection with any interested party or enters into any new relationship with any interested party, Conway MacKenzie will promptly supplement its disclosure to the Court.

17.     Fieldwood Energy LLC ("Fieldwood") engaged Riveron Consulting, LLC (an affiliate of Conway MacKenzie, LLC) on April 15, 2019 to provide services related to cost allocations and implementation of a procurement system. The project ended on April 17, 2020 and no services have been performed since under this engagement letter. Fieldwood engaged Riveron Consulting, LLC on August 27, 2019 to provide accounting support. The project ended on March 31, 2020 and no services have been performed since under this engagement letter. Conway MacKenzie, LLC employees were not involved in these engagements. The Debtors did not pay Riveron Consulting, LLC any monies in the 90 days prior to the Debtors bankruptcy filing. Riveron Consulting, LLC terminated both engagements and wrote off and waived the associated pre-petition receivable of $283,453.27. Riveron Consulting, LLC has an information barrier in place that prevents employees from Conway MacKenzie LLC to access information received and work-product prepared by Riveron Consulting, LLC. Conway MacKenzie, LLC will not use any Riveron Consulting, LLC employees.

18.     The Committee submits that the employment of Conway MacKenzie on the terms and conditions set forth herein is in the best interests of the Debtors, their creditors, the Committee and all parties in interest.

61542/0001-21316974v2

### Indemnification

19.     Conway MacKenzie requests that the Debtors will indemnify, hold harmless and pay the reasonable out-of-pocket legal or other expenses of Conway MacKenzie or any of its affiliates, partners, officers, directors, shareholders, agents, employees or controlling persons (collectively, the "Indemnified Persons") under certain circumstances, as described more specifically in Exhibit C hereto (the "Indemnification Provisions").

20.     Financial advisors seek indemnification for a variety of reasons.  The performance of Conway MacKenzie's responsibilities requires the exercise of professional judgment regarding difficult business and financial issues, as to which many persons may have diverse financial interests.  Conway MacKenzie intends to rely on the accuracy and completeness of the financial information and other information to be provided by the Debtors.  The Committee notes that, in the event an Indemnified Person acts with gross negligence or willful misconduct, the estates will be entitled to recover amounts paid pursuant to the Indemnification Provisions.

21.     The Committee and Conway MacKenzie believe that the proposed Indemnification Provisions are customary and reasonable for financial advisory engagements, both out-of-court and in chapter 11 proceedings.  Similar indemnification arrangements have been approved and implemented in other large chapter 11 cases.  *See, e.g.*, *In re Dune Energy, Inc.*, No. 15-10336 (Bankr. W.D. Tex. May 18, 2015); *In re Pilgrim's Pride Corp.*, No. 08- 45664 (Bankr. N.D. Tex. Jan. 9, 2009); *In re New Century TRS Holdings, Inc.*, No. 07- 10416 (Bankr. D. Del. Apr. 26, 2007); *In re Foamex Int'l, Inc.*, No. 05-12685 (PJW) (Bankr. D. Del. Oct. 15, 2005); *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); *In re Joan & David Halpern, Inc.*, 248 B.R. 43

(Bankr. S.D.N.Y. 2000), *aff'd sub nom. United States Tr. v. Newmark Retail Fin. Advisors LLC (In re Joan & David Halpern, Inc.)*, No. 00 Civ. 3601(JSM), 2000 WL 1800690 (S.D.N.Y. Dec. 6, 2000).

22.     The proposed Indemnification Provisions are also consistent with the standards that normally govern trustees and committees in chapter 11 cases. *See Sherr v. Winkler*, 552 F.2d 1367, 1375 (10th Cir. 1977) (holding that a trustee is "(a) not liable, in any manner, for mistake in judgment where discretion is allowed, (b) liable personally only for acts determined to be willful and deliberate in violation of his duties and (c) liable, in his official capacity, for acts of negligence."); *In re Chi. Pac. Corp.*, 773 F.2d 909, 915 (7th Cir. 1985) (bankruptcy trustee can be personally liable only "for a willful and deliberate violation of his fiduciary duties"); *Yadkin Valley Bank & Trust Co. v. McGee (In re Hutchinson)*, 5 F.3d 750, 752–53 (4th Cir. 1993) (collecting cases). Members of creditors' committees are also protected from liability in the absence of gross negligence. *In re PWS Holding Corp.*, 228 F.3d 224, 246 (3d Cir. 2000). In fact, the Third Circuit has held that professionals employed by creditors' committees similarly should be protected from liability in the absence of gross negligence. *Id.*

23.     For these reasons, indemnification agreements are common market practice, both inside and outside of bankruptcy cases, and it is the standard practice for firms like Conway MacKenzie to obtain indemnities of the kind outlined above.

**Request for Retroactive Relief**

24.     In light of the myriad motions and dealings pending as of the date of the Committee's selection of Conway MacKenzie, the Committee required the immediate assistance

of Conway MacKenzie commencing on August 20, 2020 (the date on which the Committee selected Conway MacKenzie as its financial advisor).  The Committee, therefore, requests that the Committee's retention of Conway MacKenzie be effective retroactive to that date.  *See In re Arkansas Co.*, 798 F.2d 645, 648 (3d Cir. 1986) ("bankruptcy courts have the power to authorize retroactive employment of counsel and other professionals under their broad equity power").

25.     An order authorizing retroactive employment is required to ensure Conway MacKenzie is adequately compensated for the financial advisor services it has rendered.  No parties in interest will be prejudiced by Conway MacKenzie's retroactive retention.

26.     Courts routinely grant retroactive relief in this and other jurisdictions.  *See, e.g.*, *In re Energy XXI Ltd.*, Case No. 16-31928 (Bankr. S.D. Tex. June 7, 2016); *In re SandRidge Energy, Inc.*, Case No. 16-32488 (S.D. Tex. June 23, 2016); *In re Sherwin Alumina Co., LLC*, Case No. 16-20012 (Bankr. S.D. Tex. Feb. 2, 2016); *In re Allied Nev. Gold Corp.*, Case No. 15-10503 (Bankr. D. Del. Apr. 15, 2015); *In re GSE Envtl., Inc.*, Case No. 14-11126 (Bankr. D. Del. May 30, 2014); *In re Sorenson Commc'ns, Inc.*, Case No. 14-10454 (Bankr. D. Del. Mar. 25, 2014); *In re ATP Oil & Gas Corp.*, No. 12-36187 (Bankr. S.D. Tex. Dec. 21, 2012).

**Basis for Relief**

27.     By this Application, the Committee requests that the Court approve the compensation arrangements set forth herein pursuant to Bankruptcy Code sections 328(a), 330, and 1103(a).  The compensation arrangements are highly beneficial to the Debtors' estate as they provide the proper inducement for Conway MacKenzie to act expeditiously and prudently with respect to the matters for which it will be employed.  The compensation of Conway MacKenzie

11

shall be subject to the standard of review only as set forth in Bankruptcy Code section 328 and not subject to any other standard of review; *provided*, *however*, that the U.S. Trustee shall retain the right to review Conway MacKenzie's compensation based on the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

28.     The Committee has specifically selected Conway MacKenzie to serve as its financial advisor because of its extensive experience in advising debtors, individual creditors, creditors' committees, and other constituents in large Chapter 11 cases.

29.     Pursuant to Bankruptcy Code section 328(a), the Committee may retain Conway MacKenzie on reasonable terms and conditions.   The Committee submits that Conway MacKenzie's terms of compensation and expense reimbursement as set forth herein are reasonable.

## Notice

30.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List.  The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

## No Prior Request

31.     No prior request for the relief sought in this Application has been made to this or any other Court.

12

**WHEREFORE**, the Committee respectfully requests entry of an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested herein and granting such other relief as is just and proper.

Dated: September 18, 2020

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
FIELDWOOD ENERGY LLC, *et al.*

By:   <u>*/s/ Elba Parra*</u>
      Halliburton Energy Services, Inc., solely in its
      capacity as Co-Chair of the Official Committee
      of Unsecured Creditors of Fieldwood Energy
      LLC, *et al.*

61542/0001-21316974v2

**EXHIBIT A**

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RETROACTIVE TO AUGUST 20, 2020

Upon the *Official Committee of Unsecured Creditor' Application for an Order Authorizing the Retention and Employment of Conway MacKenzie, LLC, as Financial Advisor, Retroactive to August 20, 2020* (the "Application"),[2] filed on September 18, 2020 and upon consideration of the Declaration of John T. Young, Jr. filed in support thereof (the "Young Declaration"); and the Court being satisfied with the representations made in the Application and the Young Declaration that Conway MacKenzie is a disinterested person to the extent required by Bankruptcy Code section 101(14), that Conway MacKenzie represents no interest adverse to any of the Debtors' estates and that Conway MacKenzie's employment is necessary and in the best interests of the Debtors, their creditors, the Committee, and all parties in interest; and it appearing that proper and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefore, it is hereby:

ORDERED, that the Application is granted as set forth herein; and it is further

ORDERED, that, pursuant to Bankruptcy Code sections 328(a), 330, and 1103, the Committee is authorized to employ and retain Conway MacKenzie as financial advisor effective as of August 20, 2020, pursuant to and on the terms and conditions set forth in the Application, which is hereby approved in all respects, as modified by this Order.  In the alternative, to the extent retention of Conway MacKenzie as of August 20, 2020 is not permitted under applicable law, Conway MacKenzie shall be retained as of the earliest date permitted under law; provided, however, that Conway MacKenzie may seek compensation for work performed and expenses incurred as of and after August 20, 2020 even where the effective date of its retention occurs thereafter.  Subject to Court approval, Conway MacKenzie may be compensated for services rendered and reimbursed for expenses incurred beginning on August 20, 2020; and it is further

ORDERED, that the Indemnifications Provisions identified on **Exhibit C** to the Application are hereby approved; subject to the following:

(a)     Conway MacKenzie shall not be entitled to indemnification, contribution or reimbursement pursuant to the Application, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

(b)     The Debtors shall have no obligation to indemnify Conway MacKenzie, or provide contribution or reimbursement to Conway MacKenzie, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from Conway MacKenzie's gross negligence, willful misconduct, fraud, breach of fiduciary duty, if any, bad faith or self-dealing, or (ii) settled prior to a judicial determination as to Conway MacKenzie's gross negligence, willful misconduct, breach of fiduciary duty,  bad faith or self-dealing but determined by this Court, after notice and a hearing to be a claim or expense for which Conway MacKenzie should not receive

2

indemnity, contribution or reimbursement under the terms of the Indemnification Provisions as modified by this Order; and

(c)      If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, Conway MacKenzie believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Indemnification Provisions (as modified by this Application), including without limitation the advancement of defense costs, Conway MacKenzie must file an application therefore in this Court, and the Debtors may not pay any such amounts to Conway MacKenzie before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Conway MacKenzie for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Conway MacKenzie. All parties in interest shall retain the right to object to any demand by Conway MacKenzie for indemnification, contribution or reimbursement; and it is further

ORDERED that Conway MacKenzie shall file interim and final fee applications for allowance of its compensation and expenses subject to the jurisdiction and approval of this Court under section 328(a) of the Bankruptcy Code and in accordance with the Bankruptcy Rules, the Local Rules, the guidelines established by the Office of the U.S. Trustee, and any applicable orders of the Court.  The fees payable to Conway MacKenzie shall be subject to review only pursuant to the standards set forth in section 328(a) of the Bankruptcy Code and shall not be subject to the standard of review set forth in section 330 of the Bankruptcy Code, provided, however, that the U.S. Trustee shall retain the right to object to the fees payable to Conway MacKenzie based on the reasonableness standard provided for in section 330 of the Bankruptcy Code. For billing purposes, Conway MacKenzie shall keep its time in one tenth (1/10) hour increments in accordance with the US Trustee Guidelines; and it is further

61542/0001-21316974v2

ORDERED that Conway MacKenzie shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the hourly rates set forth in the Application are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

ORDERED that in the event that, during the pendency of these cases, Conway MacKenzie seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in Conway MacKenzie's fee applications and such invoices and time records shall be in compliance with the Local Rules, and shall be subject to the U.S. Trustee Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327; provided, however, that Conway MacKenzie shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of Conway MacKenzie's fee applications in these bankruptcy cases; and it is further

ORDERED that notwithstanding anything in the Application to the contrary, to the extent that Conway MacKenzie uses the services of non-affiliated independent or third party contractors or subcontractors (the "Contractors") in these cases and Conway MacKenzie seeks to pass through the fees and/or costs of the Contractors to the Debtors, Conway MacKenzie shall (i) pass through the fees of such Contractors to the Debtors at the same rate that Conway MacKenzie pays the Contractors; and (ii) seek reimbursement for actual costs of the Contractors only. In addition,

4

Conway MacKenzie shall ensure that the Contractors perform the conflicts checks and file such disclosures as required by Bankruptcy Code and Bankruptcy Rules; and it is further

ORDERED that Conway MacKenzie will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Conway MacKenzie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Federal Rules of Bankruptcy Procedure 2014(a); and it is further

ORDERED that to the extent there is inconsistency between the terms of the Application, the Young Declaration and this Order, the terms of this Order shall govern; and it is further

ORDERED that Conway Mackenzie shall use its best efforts, and will coordinate with the Debtors and its other retained professionals, not to duplicate any of the services provided to the Debtors by any of its other retained professionals, and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that to the extent the Committee wishes to expand the scope of Conway MacKenzie's services beyond those services set forth in the Application, or this Order, the Committee shall be required to seek further approval from this Court. The Committee shall file notice of any proposed additional services (the Proposed Additional Services) with the Court and serve such notice on the U.S. Trustee, any official committee appointed in these chapter 11 cases, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection

5

within 21 days of the Committee filing such notice, the Proposed Additional Services may be approved by the Court by further order without further notice or hearing; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

ORDERED, that Conway Mackenzie will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Conway Mackenzie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by FED. R. BANKR. P. 2014(a).

Dated: _____, 2020

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

6

61542/0001-21316974v2

# **EXHIBIT B**

## **(Young Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

**DECLARATION OF JOHN T. YOUNG, JR. IN SUPPORT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY
MACKENZIE, LLC, AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20,
2020**

I, John T. Young, Jr., being duly sworn, deposes and says:

1.     I am a Senior Managing Director at Conway MacKenzie, LLC ("Conway

MacKenzie"), and am duly authorized to execute this declaration on behalf of Conway MacKenzie.

I submit this declaration, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), in support of the *Official Committee of Unsecured Creditor'*

*Application for an Order Authorizing the Retention and Employment of Conway MacKenzie, LLC*

*as Financial Advisor Effective as of August 20, 2020* (the "Application")[2].   Unless otherwise

stated, I have personal knowledge of the facts stated herein.   To the extent any information

disclosed herein requires amendment or modification upon Conway MacKenzie's completion of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

### Conway MacKenzie's Qualifications

2.      Conway MacKenzie has been asked to serve as financial advisor to the Committee appointed in the Cases of the above-captioned debtors in possession (the "Debtors").

3.      Conway MacKenzie is a restructuring advisory firm specializing in corporate restructurings, operations improvement, dispute resolution and valuation.  Conway MacKenzie has extensive experience working with and for distressed companies in complex financial and operational restructurings, both out-of-court and in chapter 11 proceedings throughout the United States.  Conway MacKenzie professionals have advised debtors, creditors and equity constituents in numerous reorganizations, which advisory services have included financial analysis and budgeting, forecasting, cash management, operational assessments and improvements, dispute and litigation advisory and interim management services.  Conway MacKenzie has been involved in numerous oil and gas bankruptcies in capacities including (i) advisor to official committees of creditors in the chapter 11 cases of, among others, *Alta Mesa Resources Inc., Chisholm Oil and Gas Operating, LLC, CJ Holding Co. (C&J Energy), Cobalt International Energy Inc., Dune Energy, Inc., Edgemarc Energy Holdings, LLC, Erin Energy Corporation, Francis' Drilling Fluids, Ltd., HVI Cat Canyon (Greka), LINN Energy, LLC, Midstates Petroleum Company, Inc., PES Holdings LLC (Philadelphia Energy Solutions), R.E. Gas Development, LLC (Rex Energy), Sable Permian Resources, LLC, Shoreline Energy, LLC, Southland Royalty Company, LLC, Weatherly Oil & Gas, LLC, White Star Petroleum, LLC,* and *Whiting Petroleum Corporation,* ii)

2

advisor to secured and unsecured holders of debt in the chapter 11 cases of, among others, *Antinum MidCon I, Black Elk Energy, Bigler LP, Cal Dive International, Foresight Energy LP, Knight Oilfield Tools, Quicksilver Resources Inc.*, *TriDimension Energy LP,* and *Triangle USA Petroleum Corp.,* iii) advisor to the debtor in the chapter 11 cases of, among others, *Buccaneer Energy Ltd., Delta Petroleum Corporation, MTE Holdings LLC, Ravn Air Group, Inc., Remora Petroleum LP, Saratoga Resources, Inc., Trinity River Resources, LP*, and iv) serving as a Chief Restructuring Officer in the chapter 11 cases of, among others, *Buccaneer Energy Ltd., Delta Petroleum Corporation, MTE Holdings LLC, Ravn Air Group, Inc., Remora Petroleum LP, and Saratoga Resources, Inc*.

4.      In light of the size and complexity of this chapter 11 Cases, the Committee requires the services of a seasoned and experienced financial advisor familiar with the industry to, among other things, assist the Committee in: (i) understanding the Debtors' businesses and operations; (ii) executing its fiduciary duties; and (iii) maximizing the value of the Debtors' estate.  Therefore, the Committee respectfully submits that the services of Conway MacKenzie are necessary and appropriate to ensure that the Committee's interests are protected.

5.      The Committee has selected Conway MacKenzie as its financial advisor based upon, among other things: (a) the Committee's need to retain a financial advisory firm to provide advice with respect to the Debtors' restructuring activities; (b) Conway MacKenzie's senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases such as these Cases; and (c) Conway MacKenzie's knowledge of the industry as well as the Debtors' businesses, operations, and capital structure.  Furthermore, the

3

Committee believes that Conway MacKenzie is well-qualified to provide its services in a cost-effective, efficient, and timely manner.  The Committee submits that the employment and retention of Conway MacKenzie would be in the best interests of the Debtors, their estate and their creditors. Conway MacKenzie has agreed to provide financial advisory services to the Committee in the Debtors' chapter 11 Cases, pursuant to the terms and conditions set forth in the Application.

## Professional Compensation

Subject to the Court's approval, and in accordance with section 328(a), 330, and 1103 of the Bankruptcy Code, Conway MacKenzie proposes to render its services on an hourly fee basis according to its customary hourly rates in effect when the services are rendered. Conway MacKenzie professionals will be billed at their respective standard hourly rates with the following ranges

| Professionals | Per Hour (USD) |
| --- | --- |
| Senior Managing Directors | $915 - $1,285 |
| Managing Directors | $825 - $1,070 |
| Directors | $640 - $750 |
| Senior Associates | $490 - $570 |
| Analysts | $350 - $450 |

6.     Conway MacKenzie periodically reviews and revises billing rates. If changes in applicable hourly rates are made, such changes will be noted on the invoice in the first time period in which the revised rates become effective.

7.     Conway MacKenzie will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger and telephone charges.   Conway

4

MacKenzie shall seek reimbursement for these expenses at cost consistent with Conway MacKenzie business practices, and subject to the guidelines of the United States Trustee.

8.      Conway MacKenzie will maintain detailed records of fees and expenses incurred in connection with the rendering of the services described above, in accordance with applicable rules and guidelines.

9.      The Committee believes that the fee structure is reasonable, market-based, and designed to fairly compensate Conway MacKenzie for its work in these Chapter 11 Cases and to cover fixed and routine overhead expenses.

10.     According to Conway MacKenzie's books and records, during the ninety-day period prior to the Debtors' Petition Date, Conway Mackenzie performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

11.     To the best of my knowledge, (a) no commitments have been made or received by Conway Mackenzie with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, and (b) Conway MacKenzie has no agreement with any other entity to share with such entity any compensation received by Conway MacKenzie in connection with these Chapter 11 Cases.

## **Disinterestedness**

12.     Conway MacKenzie, (together with its affiliate, Conway MacKenzie Management Services, LLC and each of their respective subsidiaries, "the "Firm"), utilize certain procedures ("Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a

connection to the Debtors.  In implementing the Firm Procedures, the following actions were taken

to identify parties that may have connections to the Debtors, and the Firm's relationship with such

parties:

       (a)    Conway MacKenzie requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties-in-Interest").  The list of Potential Parties-in-Interest that Conway MacKenzie reviewed is annexed hereto as **Schedule 1**.  The Potential Parties-in-Interest reviewed include, among others, the Debtors, affiliated entities/shareholders, joint ventures and joint venture partners, current and former officers, directors, and managers for the past four years, RBL lenders, hedging counterparties, the top 30 largest unsecured creditors of the Debtors, the largest royalty interest owners and working interest owners of the Debtors, top 50 vendors, largest customers, major contract counterparties, insurers, beneficiaries of guarantees, and utilities.  Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Conway MacKenzie and are based on information provided by them.

       (b)    Conway MacKenzie then compared the names of each of the Potential Parties-in-Interest to the names in its master electronic database of the Firm's current and recent clients, vendors and referral sources (the "Client Database").  The Client Database generally includes the name of each current and former client of the Firm.

       (c)    An email was issued to all Firm professionals requesting disclosure of information regarding:  (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties-in-Interest or the Debtors, on the other hand; (ii) any known connections or representations by the respondent and/or the Firm of any of the Potential Parties-in-Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Conway MacKenzie may be unable to represent the Committee.

       (d)    Known connections between former or recent clients of the Firm and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration. These connections are listed in **Schedule 2** annexed hereto.

13.    Note that a non-retained affiliate of Conway MacKenzie, Conway MacKenzie

Investment Advisors, LLC ("CMIA") has third-party assets under management.  CMIA is an

Exempt Reporting Adviser pursuant to the private fund adviser exemption of the Dodd-Frank Wall

Street Reform and Consumer Protection Act.  After reviewing the list of Potential Parties in Interest

in these Cases against each of the names of the assets under management, I believe to the best of

my knowledge that there are no connections between the assets under management and the list of interested parties.

14.     On December 20, 2019, the Firm was purchased by a subsidiary of Riveron Parent Holdings, LP ("Holdco", and collectively with its subsidiaries other than the Firm, "Riveron"). Holdco is controlled by an investment vehicle that is majority owned by H.I.G. Capital Partners V, L.P. and H.I.G. Growth Buyouts & Equity Fund III, L.P.  ("Fund V and Fund III"), investment funds managed by H.I.G. Capital, LLC (together with its affiliates other than Riveron and the Firm "H.I.G."). Riveron is a business advisory firm specializing in providing accounting, finance, and operations services. Upon completion of Riveron's acquisition of the Firm, Riveron and the Firm commenced operations as a combined business. As a result of the transaction, the Firm, Riveron, and H.I.G. are affiliates under applicable law.

15.     In addition to the Firm Procedures set forth above, in connection with the combination of the Firm and Riveron, Conway MacKenzie has conducted a review of Riveron's contacts with the Debtors and the Potential Parties in Interest to determine Riveron's connections, if any to the Potential Parties in Interest.   The following actions were taken to identify parties that may have connections to the Debtors, and Riveron's relationship with such parties (the "Riveron Procedures").

   (a)     Conway MacKenzie compared the names of each of the Potential Parties-in-Interest to the names in Riveron's master electronic database of Riveron's current and recent clients, vendors and referral sources (the "Riveron Database"). The Riveron Database generally includes the name of each current and former client of Riveron.

   (b)     An email was issued to all Riveron professionals requesting disclosure of information regarding:  (i) any known personal connections between the respondent and/or

Riveron on the one hand, and either the Potential Parties-in-Interest or the Debtors, on the other hand; (ii) any known connections or representation by the respondent and/or Riveron of any of the Potential Parties-in-Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Conway MacKenzie may be unable to represent the Committee.

(c)     Known connections between former or recent clients of Riveron and the Potential Parties-in-Interest were compiled for purposes of preparing this Declaration. These connections are listed in **Schedule 3** annexed hereto.

16.     On April 15, 2019, Fieldwood Energy LLC ("Fieldwood") engaged Riveron Consulting, LLC (an affiliate of Conway MacKenzie, LLC) to provide services related to cost allocations and implementation of a procurement system. The project ended on April 17, 2020 and no services have been performed since under this engagement letter. On August 27, 2019, Fieldwood engaged Riveron Consulting, LLC to provide accounting support. The project ended on March 31, 2020 and no services have been performed since under this engagement letter. Conway MacKenzie, LLC employees were not involved in these engagements. The Debtors did not pay Riveron Consulting, LLC any monies in the 90 days prior to the Debtors' bankruptcy filing.  Riveron Consulting, LLC terminated both engagements and wrote off and waived the associated pre-petition receivable of $283,453.27. Riveron Consulting, LLC has an information barrier in place that prevents employees from Conway MacKenzie LLC to access information received and work-product prepared by Riveron Consulting, LLC. Conway MacKenzie, LLC will not use any Riveron Consulting, LLC employees.

17.     The following additional disclosures regarding the Firm's review process with respect to H.I.G. is made out of an abundance of caution in an effort to comply with the Bankruptcy

Code and Bankruptcy Rules.  Note that H.I.G. is not on the list of potential parties in interest in

this Case as of the date hereof, except to the extent disclosed herein.

(a)      H.I.G. is a private equity and alternative assets investment firm with over $34 billion of equity capital under management.  The firm operates a network of various investment funds that invest in private equity, growth equity, credit/special situations, primary lending, syndicated credit, and real estate.  The company provides both debt and equity capital to small and mid-sized companies.  Each of H.I.G.'s various investment funds (collectively, the "Funds") are managed independently from each other and requires its own approval process for investment decisions.  Those funds listed on **Schedule 4,** attached hereto, are funds specializing in private equity investments (collectively, the "PE Funds") each of which are owned by a diverse group of limited partners, which limited partners exert no control over Fund V and Fund III's investment decisions, and a general partner affiliated with H.I.G.  All of Fund V and Fund III's investment professionals involved with the Firm are dedicated solely to Fund V and Fund III and are not involved in the management or investment decision-making of the credit and lending, special situations, real estate, bio health, or international funds (which comprise all of the Funds other than the PE Funds and are hereinafter referred to as the "Other H.I.G. Funds"), although, from time to time, one or more PE Funds investment professionals may receive information on various investments of the other PE Funds.

(b)      Designees of Fund V and Fund III are members of the Board of Managers of the general partner of Holdco ("Holdco Board Designees").  Holdco wholly owns Riveron Intermediate Holdings, Inc. ("Intermediate Co"), which wholly owns Riveron Acquisition Holdings, Inc. ("Acquisition Co"), which wholly owns the Firm.  No H.I.G. designees are Board members of the Firm, Intermediate Co, or Acquisition Co.  Further, the Firm and Fund V and Fund III have the following precautionary restrictions in place designed to prevent confidential client information, including the names of clients reasonably likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with H.I.G. or their Holdco Board Designees (collectively, the "Barrier"): (i) the Firm will not furnish any material nonpublic information about the Debtors or the Committee, including the Committee's engagement of the Firm for a potential in-court restructuring, to Fund V and Fund III, the Holdco Board Designees, or any H.I.G. entity or personnel; (ii) no Fund V and Fund III personnel nor any other H.I.G. personnel work on the Firm  client matters or have access to Firm client information, client files, or client personnel; (iii) Riveron personnel do not have access to the Committee's client information or client files; (iv) all H.I.G. personnel, Riveron personnel, and Firm personnel have been or will be provided a written description of this Barrier and the importance thereof; (v) no Fund V and Fund III personnel nor any other H.I.G. personnel work in the Firm's  offices or Riveron's offices; (vi) other than the Holdco Board Designees, the Firm and Riveron operate independently from H.I.G., including that they do not share any employees, officers, or other management with H.I.G., have separate offices in separate buildings, have separate email addresses, and have separate IT systems;

and (vii) no Firm or Riveron executive or employee is a director, officer, or employee of H.I.G. Capital, LLC or the Funds (or vice versa other than the Holdco Board Designees).

(c)     Conway MacKenzie has searched the names of the Debtors and the names of the potential parties in interest provided by the Debtors against: (i) the names of Fund V and Fund III and their respective investments as provided by HIG; (ii) the names of H.I.G.'s other PE Funds; and (iii) the names of the Other H.I.G. Funds.  Conway MacKenzie also has searched the names of the Debtors against the publicly-known investments of the other PE Funds as set forth in the list most recently provided by H.I.G.  Fund V and Fund III make independent investment decisions from the other PE Funds and the Other H.I.G. Funds.  Further, H.I.G. maintains an internal information barrier between its PE Funds and the Other H.I.G. Funds.  Accordingly, the conflicts search does not include Other H.I.G. Funds' investments, nor does it include any portfolio companies of any of the PE Funds (other than those of Fund V and Fund III and the other PE Funds as described above). Based solely on the foregoing search, Conway MacKenzie believes, to the best of its knowledge, that there are no material connections that require disclosure. To the extent Conway MacKenzie learns of any material connections between the funds or investments included in the above described conflicts search and the Debtors, Conway MacKenzie will promptly file a supplemental disclosure.

(d)     Because of the information Barrier described above, the sheer size of the investment portfolios of the PE Funds, and any applicable securities laws, prior to the transaction date Conway MacKenzie was unable to further investigate any potential or actual connections between the PE Funds, the Debtors, and any potential parties in interest in these Cases.  Conway MacKenzie will promptly request H.I.G.'s internal compliance department provide the names of the PE Funds' respective investments that were not previously searched pre-transaction and search the names of the Debtors against those investments.  To the extent Conway MacKenzie learns of any material connections involving the Debtors and such investments after H.I.G. Compliance has searched such names, Conway MacKenzie will promptly file a supplemental disclosure.

(e)     Other than as specifically noted herein as to the PE Funds, one or more of the other Funds may, in the ordinary course and from time to time, hold, control and/or manage loans to, or investments in, the Debtors and/or potential parties in interest and/or may trade debt and/or equity securities in the Debtors and/or potential parties in interest. In addition, other than as specifically noted herein as to the PE Funds, the Funds also may have had, currently have, or may in the future have business relationships or other connections with the Debtors or other potential parties in interest.  Other than as specifically noted herein as to the PE Funds, Conway MacKenzie has not undertaken to determine the existence, nature, and/or full scope of any business relationships or other connections that any H.I.G. entity may have with the Debtors and their affiliates or the potential parties in interest in these Cases.

(f)     In addition, Conway MacKenzie may have had, may currently have or may in the future have business relationships unrelated to the Debtors with one or more H.I.G. entities including, among others, portfolio companies of H.I.G.

18.     The list of Potential Parties-in-Interest is expected to be updated during the Cases. Conway MacKenzie continues to review the relationships the Firm, Riveron and their professionals may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, Conway MacKenzie will supplement this Declaration if it becomes aware of a relationship that may adversely affect Conway MacKenzie's retention in the Cases or discovers additional parties-in-interest through the filing of statements of financial affairs or statements under Bankruptcy Rule 2019.   Conway MacKenzie will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to Conway MacKenzie's retention or otherwise requires such disclosure.

19.     In reviewing its records and the relationships of its professionals, neither Conway MacKenzie nor Riveron sought information as to whether any Conway MacKenzie or Riveron professional or member of his/her immediate family:  (a) indirectly owns, through a public mutual fund or through partnerships in which certain Conway MacKenzie or Riveron professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact Conway MacKenzie's disinterestedness or otherwise give rise to a finding that Conway MacKenzie holds or represents an interest adverse to the Debtors' estates.

20.     As a result of the Firm Procedures, the Riveron Procedures and the other review

disclosed herein, I have thus far ascertained that, except as may be set forth herein, upon

information and belief, Conway MacKenzie:

(a)     is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services), an equity security holder of the Debtors (except certain Firm employees may own de minimis amounts representing not more than 0.01% of the equity interests in the related entity), or an "insider" of the Debtors, as that term is defined by Section 101(31) of the Bankruptcy Code;

(b)     is not, and has not been, within two years before the Petition Date, a director, officer, or employee of the Debtors'; and

(c)     does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

21.     As can be expected with respect to any national professional services firm such as

Conway MacKenzie, the Firm provides services to many clients with interests in the Debtors'

chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services

for such clients do not relate to the Debtors' chapter 11 Cases.  In addition, Conway MacKenzie

appears in numerous cases, proceedings, and transactions that involve many different lenders,

creditors and other entities that may be parties in interest in these chapter 11 Cases.  In those

matters, Conway MacKenzie may have represented borrowers, debtors, or other related parties to

the parties in interest in this chapter 11 Case.  In addition, certain of the lenders, creditors and other

parties in interest may have referred work to Conway MacKenzie or Conway MacKenzie may

have referred work to such parties in interest.  Based on Conway MacKenzie's current knowledge

of the lenders involved, and to the best of my knowledge, none of these relationships create

interests materially adverse to the Debtors in matters upon which Conway MacKenzie is to be employed, and none are in connection with these Cases.

22.　　The Firm or Riveron may perform services for their clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and whose assets and liabilities may thus be affected by the Debtors' status.  The disclosures set forth herein do not include specific identification of such services.  If such clients of the Firm or Riveron are parties-in-interest in these Cases, the exhibits hereto indicate that they are also clients of the Firm or Riveron, respectively.  Should additional significant relationships with parties-in-interest become known to Conway MacKenzie, a supplemental declaration will be filed by Conway MacKenzie with the Court.

23.　　Further, as part of its diverse practice, the Firm appears in cases and proceedings and participates in transactions that involve many different professionals, attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 Case.  Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Conway MacKenzie is to be employed, and none are in connection with this Case.

24.　　To the best of my knowledge, no employee of the Firm or Riveron is a relative of or has been connected with the U.S. Trustee in this district or its employees.

25.     Accordingly, to the best of my knowledge, Conway MacKenzie is a "disinterested person" as that term is defined by section 101(14) of the Bankruptcy Code, in that Conway MacKenzie:  (a) is not a creditor, equity security holder, or insider of the Debtors; (b) was not, within two (2) years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

26.     If any new material relevant facts or relationships are discovered or arise, Conway MacKenzie will promptly file a supplemental declaration.

27.     On the basis of the above, I believe Conway MacKenzie to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

61542/0001-21316974v2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 18, 2020

*/s/ John T. Young, Jr.*

John T. Young, Jr.
Senior Managing Director

15

# Schedule 1

# Parties in Interest

(Certain parties on this list fall under numerous categories herein but are listed one time only)

**Debtors**
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Dynamic Offshore Resources NS, LLC
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
FW GOM Pipeline, Inc.
Galveston Bay Pipeline LLC
Galveston Bay Processing LLC
GOM Shelf LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
Apache GOM Pipeline, Inc.
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Dynamic Offshore Resources, LLC
Fieldwood Managing Member LLC
Galveston Bay Pipeline Company
Galveston Bay Processing Corporation
National Offshore LP
National Onshore LP
Northstar GOM, LLC
Northstar Gulfsands, LLC
SandRidge Energy Offshore, LLC
SandRidge Offshore, LLC
SandRidge Onshore, LLC
SPN Resources, LLC

**Bankruptcy Judges and Staff (for the Southern District of Texas)**
Chief Judge David R. Jones
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Albert Alonzo
Ana Castro

Jeannie Andresen
Jeannie Chavez
Kimberly Picota
LinhThu Do
Mario Rios
Rosario Sfproaldana
Tracey Conrfproad
Tyler Laws
Vriana Portillo
Eduardo V. Rodriguez

**Clerk of the Court**
David J. Bradley (Clerk of the Court)
Darlene Hansen (Clerk of the Court)

**U.S. Attorney's Office (for the Southern District of Texas)**
Ryan Patrick

**Banks**
ABN AMRO Bank N.V.
American Express
BBVA Bancomer, S.A.
Capital One, N.A.
Deutsche Bank AG
J.P. Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A
US Bank N.A.
Wilmington Trust, N.A.

**Bondholders/Noteholders/ Indenture Trustees**
None – N/A

**Bonding and Permitting Authorities**
Alabama Department of Conservation and Natural Resources
Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Florida Department of Environmental Protection
Louisiana Department of Natural Resources
Louisiana Office of Conservation
Mississippi Department of Marine Resources
National Marine Fisheries Services
National Oceanic and Atmospheric Administration
Railroad Commission of Texas
State of Texas, Railroad Commission
Texas General Land Office
The City of Texas City
United States Army Corps of Engineers
United States Coast Guard
US Army Corp. of Engineers
US Bureau of Ocean Energy Management

2

US Dept. of Homeland Security
US Office of Natural Resources Revenue

**Contract & Joint Venture Counterparties**
Acadian Contractors, Inc.
Amerada Hess
American Eagle Logistics, LLC
Anadarko Petroleum Corporation
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Shelf Exploration LLC
Apache Shelf, Inc.
A-Port LLC
Black Elk Energy Offshore Operations
Black Elk Energy Offshore Operations, LLC
BNP Paribas Trading
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
Cardinal Services, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Chevron Corporation
Chevron U.S.A. Inc.
Coastal Chemical Co., LLC
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
ConocoPhillips Company
Cypress Point Marine
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Dynamic Industries, Inc.
Dynamic Offshore Resources, LLC
Energy XXI GOM, LLC
Energy XXI Onshore, LLC
ENI Petroleum US LLC
Ensco Offshore Company
Enterprise Gas Processing, LLC
Exterran Energy Solutions, L.P.
Fluid Crane & Construction, Inc.
Foothill Capital Corporation
Gulf Crane Services
HCC International Insurance Company PLC
Hunt Oil Company.
Intertek USA, Inc.
Island Operating Co., Inc.
J. Aron & Company

3

Jerel Exploration, Inc.
JX Nippon Oil Exploration
Kilgore Marine Services, LLC
Lime Rock Resources
Linear Controls, Inc.
Louisiana Safety Systems, Inc.
LRR Energy, LP
Magnum Hunter Resources
Marathon Oil Company
Martin Energy Services LLC
Matthew Dundrea (Trustee)
Monson Gulf, L.L.C.
Multiklient Invest AS
Noble Energy, Inc.
Noble Energy, Inc.
Noble Energy, Inc.
Northwestern Mutual Life Insurance Company
Offshore Services of Acadiana, LLC
Olympic Seismic Ltd.
ORX Exploration, Inc.
ORX Resources, L.L.C.
Pacific Enterprises
Palace Exploration Company
Panaco, Inc.
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
PHI, Inc.
Quality Energy Services, Inc.
Riverstone Holdings LLC
Riverstone Holdings LLC
Riverstone Sparta Cooperatief U.A.
RLI Insurance Company
Sandridge Energy, Inc.
SEI
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Frontier Oil & Gas Inc.
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Land & Energy Company
Shell Offshore Inc.
Shell Oil Company
Shell Trading Risk Management, LLC
Solar Turbines Incorporated

4

Stone Energy Offshore, L.L.C.
Targa Resources
TDC/Petrobas
Texaco
TGS-NOPEC Geophysical Company
Total Safety U.S., Inc.
U.S. Recovery Systems, Inc.
WesternGeco L.L.C.
Wood Group PSN, Inc.
XTO Energy Inc.
Zenergy, Inc.
Zurich American Insurance Company

**Current Directors**
Bartow Jones
James LaChance
James Painter
Jason Dillow
Jason Mudrick
Mark S. Boyadjian
N. John Lancaster, Jr.

**Current Officers**
Bart Neighbors
Brandon DeWolfe
Gary G. Janik
Gary Mitchell
James P. Brysch
John Deck
John Dwyer
John H. Smith
John Pritchett
John Seeger
Kelly Frazier
Mark Mozell
Michael T. Dane
Patrick Eiland
Thomas R. Lamme
William "Bill" Swingle

**Known Affiliations of Board Members**
4Gas BV
A. Hak inTANK Services LLC
Abaco Energy Technologies LLC
AG Global Canada, L.P.
Apache
aPriori Capital Partners L.P.
Atlas Barnett, LLC
Belden & Blake Corp.
Bounty Minerals II LLC
Bounty Minerals LLC

5

Buckeye GP Holdings L.P.
Buckeye Partners, L.P.
Capital C Energy, LLC
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.
CDM Resource Management LLC
Centennial Resource Development, Inc.
Cobalt International Energy, Inc.
Credit Suisse
DLJ Merchant Banking Partners
Dresser, Inc.
Dynamic Energy Services International LLC
Dynamic Offshore Resources, LLC
Enduro Resource Partners LLC
EP Energy Corporation
EP Energy LLC
Frontier Drilling ASA
Goldman Sachs & Co. LLC
Green Earth Fuels, LLC
Hudson Products Corp.
Kerogen Exploration LLC
Kinder Morgan Kansas, Inc.
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Magellan GP, LLC
Magellan Midstream Partners, L.P.
MainLine Management LLC
Mariner Energy, Inc.
Maritech Resources
Niska Gas Storage Ltd.
Northstar Offshore Group LLC
Permian Tank & Manufacturing, Inc.
Plains Gas Solutions, LLC
Plains Resource
Quorum Business Solutions, Inc.
Red Technology Alliance, LLC
Riverstone Energy Limited
Riverstone Holdings LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
Seabulk International, Inc.
Shelter Bay Energy, Inc.
Stallion Oilfield Services Ltd.
Targe Energy LLC
The Carlyle Group L.P.
The Goldman Sachs Group, Inc.

6

Titan Specialties, Ltd.
Topaz Power Group LLC
Trinity River Energy, LLC
Tuck School of Business at Dartmouth
UTEX Industries
Vantage Energy Inc.
Ward Lake Drilling Inc.
Wayne Fueling Systems
XTO Energy Inc.

**Debtors Professionals (law firms, accountants and other professionals)**
AlixPartners, LLP
Houlihan Lokey Capital, Inc.
Jones Walker LLP
Prime Clerk LLC
Simpson Thacher & Bartlett LLP
Thompson & Knight LLP
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management) and Affiliations**
David M. Leuschen
David McBride
Doug MacAfee
G.M. McCarroll
Howard Tate
James P. Ulm
Jill Curry
Joel Plauche
John Nicholson
Michael T. Dane
Paul Gluth
Pierre F. Lapeyre Jr.
R. Cris Sherman
Richard Black
Shannon Savoy

**Insurance/Insurance Provider**
AEGIS
AIG OIL Rig
Aliant, Inc.
Alliance Global Corporate and Specialty SE
Alliant, Inc. CAC Specialty
American International Group UK Ltd.
Anco Insurance Services of Houston, Inc.
Antares
Apollo Marine & Energy Consortium
Apollo Syndicate Management
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Argo

7

Ark
Ascot Syndicate 1414 at Lloyd
AXA XL
AXIS
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)
Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bishopsgate Insurance Brokers
CAC Specialty
Canopius Managing Agents Limited
Chubb
Chubb Limited
CNA Hardy
Convex Insurance UK Limited
CV Starr
Europe SE
European Company Operations
Great American Insurance Group
Hamilton / Hamilton Insurance DAC
HCC International Insurance Company PLC
HDI Global Specialty SE
Hiscox
Houston Casualty Company (UK Branch)
Ironshore
Kersey Specialty Limited
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
MRS
MS Amlin Underwriting Limited
Munich Re Syndicate Limited
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Navigators Underwriting Agency Ltd
NOA
OIL Casualty Insurance
Old Republic
Old Republic Insurance Company
Price Forbes & Partners Ltd
QBE
SOMPO International
Starr Aviation
Starr Indemnity & Liability Company
Swiss Re International
Swiss Re International SE UK Branch

8

Talbot Underwriting Ltd
The Chaucer Group
The Great American Insurance Company
Thomas Miller Specialty
Tokio Marine
Traveler's Lloyd's Insurance Company
Travelers Lloyd's Insurance Company
U.S. Specialty Insurance Company
USI Southwest
Willis Towers Watson
Willis Towers Watson US, LLC
XL Catlin
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company of Illinois

**Surety Bonds**
Alliant - Aspen
Alliant - Berkley
Alliant - Everest Re
Alliant - Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Anadarko
Apache Corporation
Apache Shelf, Inc.
Aspen
AXA
Berkley Insurance Company
Berkley Offshore
Berkshire Hathaway Specialty Insurance
BP Exploration & Oil Inc.
Chevron U.S.A. Inc.
ConocoPhillips Company
Department of Homeland Security
Deutsche Bank AG
Deutsche Bank AG New York Branch
Endurance American Insurance
ENI
ENI Petroleum US LLC
EOG Resources, Inc.
Everest Re
Evergreen National Indemnity Company
Hanover Insurance Company

9

Houston Casualty Company
IndemCo - HCC
IndemCo - Ironshore
IndemCo - Lexon
IndemCo - Swiss Re
Ironshore Europe Limited
Ironshore Indemnity Company
Ironshore Specialty Insurance Company
JX Nippon Oil Exploration (USA) Limited
Lexon Insurance Company
Liberty
Liberty Mutual Europe
Liberty Mutual Insurance Company
Louisiana Office of Conservation
Manta Ray Offshore Gathering Company, L.L.C.
Marathon Oil Company
McMoran Oil & Gas, LLC
Noble Energy
Noble Energy, Inc.
Petrobas Americas Inc.
Philadelphia Indemnity Insurance Company
RLI
Shell Offshore Inc.
Sirius Americas Insurance Co.
SOMPO International
State of Texas, Railroad Commission
TDC Energy LLC
The City of Texas City
Tokio Marine
Travelers
Travelers Casualty & Surety Co.
Union Oil Company
Union Oil Company
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
Williams Companies (Gulfstar One LLC)
Willis - Evergreen
Willis - Zurich
XL Catlin
XL Specialty Insurance Company
XTO Offshore Inc.
Zurich American

**Landlords and parties to leases**
Apache Corporation
Behringer Harvard Briarlake Plaza Owner, LLC
Cheyenne Services, LLC
The Lubrizol Corporation
One BriarLake Plaza Owner, LLC

10

Ronnie White Custom Homes, L.L.C.

**Lenders (Term/Revolver/Administrative and Collateral Agents)**
Aegon Asset Management
Apex Credit Partners LLC
Babson (Barings)
Bank of America, N.A.
Bardin Hill
Bardin Hill Loan Management LLC
Blackrock Financial
Bluebay Asset Management
Brown University
Canaras Capital
Cantor Fitzgerald
CIFC Asset Management
Citibank, N.A.
Cohanzick Management, LLC
Columbia Management Inv.
Continental Casualty Co.
Eaton Vance Management
Ellington Management Group LLC
Federated Investment
Franklin
Goldman
Graham Capital Management
Highland Capital / Highland Capital Management, L.P.
Hotchkis N Wiley Cap Mgt.
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Jefferies Holdings
JPMorgan Chase Bank, N.A.
Monroe Capital Management LLC
Morgan Stanley
Mudrick Capital /Mudrick Capital Management, L.P.
Newfleet * Hartford
Nexbank
Oaktree Capital
P.Schoenfeld Asset Management
Pretium Credit Mgmt., LLC
SI Capital LLC
Silvermine Capital Management LLC
Stifel Financial Corp.
Swiss Life Asset Management
Symphony Asset Management
Symphony Asset Management LLC
THL Credit Advisors LLC
Thrivent Financial
Wellington Management
Z Capital Group L.L.C.
Zais Group LLC

11

**Administrative and Collateral Agents**

Cantor Fitzgerald Securities
Citibank, N.A.
Cortland Capital Market Services LLC

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

Antonio Smith, Jr.
Arnulfo Garcia
Aspen American Insurance Company
Bowie Lumber
Bowie Lumber Associates
Calvin Abshire
Clayborne Lewis
Contango Operators, Inc.
Derrick Daniels
Edward Randall
Gilberto Gomez Rojas
Glenn Gibson
Gulf Resource Management, Inc.
Hoactzin Partners, L.P.
JamesDerrick, III
Kevin Gray
Knight Energy Holdings, LLC
Lee Bob Rose
Lionel Every and Shawn Philbeck
Nicholas Verdin
Northstar Offshore Group, LLC
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Ray Sam
Regis Southern
Rodi Marine, LLC
Ronald Williams
Tana Exploration Company
The Bureau of Safety and Environmental Enforcement (BSEE)
The Parish of Cameron
Timothy Tores
Tomas Arce Perez
Tomas Perez
Toys O'Neil
Travelers Casualty and Surety Company of America
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Trustee (Texas)
Valero Marketing and Supply Company

12

**Material Royalties in Suspense (Greater than $100,000)**
Diverse Operating Company
Hal G Kuntz Estate
Office of Natural Resources Revenue
Sybil Maria Calhoun

**Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)**
Duplicative = See Vendors/Suppliers

**Members of Any Ad Hoc Committee**
Not available at this time

**Non- Debtor Affiliates/Parent/Subsidiaries**
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
GOM P&A Services LLC
REP Management Company V, LLC (Riverstone Management)
Riverstone Credit Opportunities
Riverstone Fund V
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Holdings, LLC
SP 49 Pipeline LLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Davis Polk & Wardwell LLP
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Haynes and Boone, LLP
Holland & Knight LLP
Intrepid Partners, LLC
Opportune LLP
Rothschild & Co US Inc.
Shipman & Goodwin LLP
Vinson & Elkins LLP

**Ordinary Course Professionals**
Adams and Reese LLP
Beck Redden LLP
Blank Rome LLP
BRI Consulting Group, Inc.
Briney Foret Correy, LLP

13

Buck Keenan LP
C.H. Fenstermaker & Associates
Capitelli & Wicker
Capitol Services, Inc.
Corbett & Schreck, PC
Daigle Fisse & Kessenich, PLC
Deutser, LLC
Ernst & Young LLP
Ernst & Young Product Sales LLC
Gieger Laborde & Laperouse LLC
Hartline Barger LLP
Hill and Knowlton Strategies LLC
Holman Fenwick Willan USA LLP
Jackson Lewis P.C.
John & Hengerer
Johnson, Yacoubian & Paysse
Jones Walker LLP
King & Jurgens, LLC
King Krebs & Jurgens
KPMG LLP
Law Office of Kevin M Sweeney
Liskow & Lewis APLC
Matthew Schreck
Mayer Brown, LLP
Mouledoux Bland Legrand Brackett
N Darlene Walker & Associates
PricewaterhouseCoopers LLP
ROP Ventures LP
Ryan, LLC
Ryder Scott Company LP
Schiffer Odom Hicks & Johnson, PLLC
Sirius Solutions, LLP
Skinner Law Firm, LLC
Thompson Coburn LLP
Wood Mackenzie Inc.

**Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)**
Atlantic Maritime Services LLC
Deutsche Bank AG
Diverse Safety & Scaffolding LLC
Goldman Sachs Bank USA

**Other Potential Parties in Interest**
Adobe Resources Corporation, et al.
Alfred Wagner, Jr.
Alliance Operating Corporation
Amerada Hess Corporation
Amoco Production Company
Anadarko Petroleum Corporation
Apache Corporation
Arkansas Fuel Oil Corp.

14

Ashland Oil, Inc., et al.
Atlantic Richfield Company
Barrett Resources Corporation
BP Exploration & Oil Inc.
BP Exploration & Production Inc.
C.A. Black, Jr.
Cabot Corporation, et al.
Cabot Oil & Gas Corporation
California Oil Company
Callon Petroleum Operating Company, et al.
Case-Pomeroy Oil Corporation
Castex Offshore, Inc.
Castex Offshore, LLC
Chevron Oil Company
Chevron U.S.A. Inc.
Chieftain International (U.S.) Inc., et al.
Cities Service Company, et al.
Cities Service Oil Company, et al.
City Services Oil Company, et al.
CNG Producing Company
Coastal Oil & Gas Corporation, et al.
Conoco Inc.
Continental Oil Company
Corpus Christi Exploration Company
Crown Central Petroleum Corporation, et al.
Devon Energy Production Company, L.P.
Diamond Shamrock Offshore Partners Limited Partnership
Dominion Exploration & Production, Inc., et al.
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Energy Development Corporation, et al.
EPL of Louisiana, L.L.C.
Exxon Corporation
Flores & Rucks, Inc.
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Forest Oil Corporation
General Crude Oil Company, et al.
Getty Oil Company, et al.
Gulf Coast Oil Properties,
Gulf Oil Corporation
Gulf Refining Company
Hall-Houston Exploration III, L.P.
Hall-Houston Oil Company
Hamilton Brothers Oil Company, et al.
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Helis Oil & Gas Company, L.L.C., et al.
Howell Petroleum Corporation
Humble Oil & Refining Company
Hunt Oil Co.

15

IP Petroleum Company, Inc., et al.
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
LLOG Exploration Offshore, Inc.
Macquarie Group
Magnolia Petroleum Company
Magnum Hunter Production, Inc.
Marathon Oil Company, et al.
Mariner Energy, Inc.
Mark Producing, Inc., et al.
Mesa Petroleum Co., et al.
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Murphy Oil USA, Inc., et al.
Myrna McLeroy
Newfield Exploration Company
Norcen Explorer, Inc.
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
Pan American Petroleum Corporation
Pelto Oil Company
Pennzoil Exploration and Production Company
Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Petsec Energy Inc.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Exploration Company LP
Pogo Producing Company
Prisma Capital Partners LP
Ranger Oil Limited
Remington Oil and Gas Corporation, et al.
Saltex Exploration Inc.
Samedan Oil Corporation
Seneca Resources Corporation
Shell Offshore, Inc.
Shell Oil Company
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sinclair Oil & Gas Co., et al.
Skelly Oil Company, et al.
Sohio Petroleum Company
Sonat Exploration Company, et al.
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
Standard Oil Company of Texas
Stone Energy Corporation
Sun Oil Company

16

Superior Oil Company, et al.
Tenneco Oil Company
Tennessee Gas Transmission Company
Texaco Exploration and Production Inc.
Texaco, Inc.
Texasgulf Inc., et al.
Texoma Production Company, et al.
The British-American Oil Producing Company
The Houston Exploration Company
The Louisiana Land and Exploration Company
The Superior Oil Company
The William G. Helis Company, L.L.C., et al.
Trade & Development Corporation
Transco Exploration Company, et al.
TransOcean Oil, Inc., et al.
TXP Operating Co.
TXP Operating Company
Union Exploration Partners, Ltd.
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Vastar Resources, Inc.
Vastar Resources, Inc., et al.
William T. Burton

**Parties to Material Contracts with the Debtors (>$1 Million in value remaining)**
Duplicative See Contract & Joint Venture Counterparties; Partnerships; Significant Customers

**Parties to Material Unexpired Leases with the Debtors (Landlords)**
Duplicative See Landlords and Parties to Leases

**Partnerships (if debtors is a partnership, its general and limited partners)**
Energy XXI GOM, LLC
Stone Energy Offshore, L.L.C.

**Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)**
Ecopetrol America LLC
Houston Energy Deepwater Ventures I
Office of Natural Resources Revenue
Red Willow Offshore LLC
State of Louisiana
Talos Energy Offshore, LLC
TGS-Nopec Geophysical Co LP
Wild Well Control Inc.

**Regulatory and Government (Federal, State, and Local)**
Alabama Department of Conservation & Natural Resources
Alabama Dept. of Environmental Mgmt.
American Bureau of Shipping
American Petroleum Institute

17

Bonnie R Higgins
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Safety and Environmental Enforcement ("BSEE")
Cameron Parish Clerk Of Court
Cameron Parish Water District #9
City of Texas City, Texas
Delaware Secretary of State
Department of Finance State Comptroller's Office
Department of Interior
Department of Justice
Dolphin Land and Sea
U.S. Environmental Protection Agency ("EPA")
Environmental Protection Agency- Region 7
Federal Energy Regulatory Commission ("FERC")
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
FINRA
Ground Water Protection Council
Gulf of Mexico Outer Continental Shelf (OCS) Region
Independent Petroleum Association of America
Internal Revenue Service
International Association of Defense Counsel
U.S. Internal Revenue Service ("IRS")
Interstate Oil and Gas Compact Commission (IOGCC)
Jefferson Davis Parish
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jerry J. Larpenter Sheriff and Tax Collector
Lafourche Parish Clerk
Leland Falcon
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Income and Franchise tax
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Property Tax
Louisiana State Land Office
Louisiana State Police
MARPOL
Minerals Management Service (MMS)
National Ocean Industries Association
Occupational Safety and Health Administration ("OSHA")
Office of Natural Resources Revenue ("ONRR")
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Plaquemines Parish Clerk of Court

18

Plaquemines Parish Government
Plaquemines Parish Sheriff Office
Railroad Commission of Texas
Roma Independent School District
Secretary of State for Texas
Southwest Louisiana Elect Membership Corp
St. Bernard Parish Clerk of Court
St. Martin Parish Sheriff's Office
St. Mary Parish Government
State Bar of Texas
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Franchise Tax
Texas General Land Office
Texas local property taxes
Texas Parks & Wildlife
The Bureau of Ocean Energy Management
The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Railroad Commission of Texas (RRC)
The Secretary of Transportation
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Office of Natural Resources Revenue
U.S. Securities and Exchange Commission
United States Coast Guard
United States Custom and Border Protection (CBP),
United States Department of Justice Civil Division - Bureau of Land Management
U.S. Army Corp. of Engineers
U.S. Dept. of Interior / BOEM
U.S. Office of Natural Resources Revenue
United States Department of The Treasury
Us Dept. of Commerce - NOAA
Vermilion Parish Police Jury
Vermillion Parish Clerk of Court
World Affairs Council of Greater Houston

**Significant Competitors**
Amerada Hess
Anadarko Petroleum Corporation
Antero Resources
Arena Energy
BHP
BP Energy Company
Bridge
Bridger Trading LLC
Buckeye Partner LP

19

CanEra
Chevron Corporation
Chevron U.S.A. Inc.
Cobalt International Energy
Consol Energy
Davis Offshore Partners LLC
Davis Petroleum Acquisition Corp
Dresser
Dynamic Offshore Resources
Energy XXI
ENI Petroleum US LLC
EnVen
EP Energy
EQT
Equinor
ExxonMobil
ExxonMobil Corporation
Foresight Energy LLC
Freeport-McMoRan
Gibsons
Gulfport Energy Corporation
Kinder Morgan
LLOG Exploration Company
Murphy Oil Company
Noble Energy, Inc.
Northern Resources Inc.
Northwestern Mutual Life Insurance Company
Phillips 66
Phoenix Exploration
Ridgewood Energy ILX Holdings
SandRidge Energy Inc
Shell Exploration & Production Company
Shell Trading (US) Company
Stone Energy Offshore, L.L.C.
Talos Energy LLC
Three Rivers Operating Company LLC
UTEX
Vantage Energy
W&T Offshore Inc.
Walter Oil & Gas Corporation

**Significant Customers**
Air Liquide Large Industries U.S. LP
Ankor Energy LLC
Apache Corporation
Arena Energy
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.,
Catapult Exploration, LLC
Chaparral Energy Inc.

20

Chevron USA Inc.
Cimarex Energy Co
Cintas Corporation No 2
ConocoPhillips Company
DTE Energy Trading, Inc.
Dugas Oil Co.
Duke Energy Carolinas, LLC
Encino Operating, LLC
Energy XXI
ENI Petroleum US LLC
ENI US Operating Co.
EOG Resources
ExxonMobil Corporation
Freeport McMoran Oil & Gas LLC
GOM Offshore Exploration I LLC
Helis Oil & Gas Company LLC
Hilcorp Energy Company
Linder Oil Co, A Partnership
LLOG Exploration Company
Marathon Oil Company
Maritech Resources Inc.
Monforte Exploration LLC
Montco Oilfield Contractors LLC
NJR Energy Services Co.
Noble Energy, Inc.
Osprey Petroleum Partners LP
Petsec Energy Inc.
Placid Refining Company
Plains Marketing LP
Probe Resources Us Ltd
Renaissance Offshore, LLC
Rooster Petroleum LLC
Scana Energy Marketing Inc.
South Jersey Resources Group, LLC
Southern Natural Gas Co. LLC
Statoil Gulf Services LLC
Stone Energy Corporation
Talos Energy LLC
Tana Exploration Company LLC
Tenaska
Tenkay Resources Inc.
Texla Energy Management, Inc.
The Energy Authority
TMR Exploration Inc.
TR Offshore LLC
Venice Energy Services Company LLC
Venice Energy Services Company LLC
Vitol, Inc.
W&T Offshore Inc.
Walter Oil & Gas Corporation
WGL Midstream, Inc.

61542/0001-21316974v2

Williams Energy Marketing
Williams Energy Services Company
Williams Gas Pipeline

**Shareholders/Equity Holders:**
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Ascension Alpha Fund LLC
Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
AZL Blackrock Global Allocation Fund
Baloise Senior Secured Loan Fund I
Barclays Capital Inc.
Bardin Hill
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited
Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.

22

Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.
Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A
BLLC 2013-I ETB, Inc. c/o Barings LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
BofA Securities Inc.
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Brandon Dewolfe
Brian Logan
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Brown University
Brown University - Sound Point
C.M. Life Insurance Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Citigroup Global Markets Inc.
City of New York Group Trust
CM Life Insurance Co
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
David B. Buddrus
David Richard Pfister
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Douglas MaCafee
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management

23

Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
Eugene S. Wissinger
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Fieldwood Energy Inc.
Fieldwood Management LLC
First Trust Senior Floating Rate Income Fund II
Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
G. M. McCarroll
Gary G. Janik
Gary Mitchell
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
HFRO Sub, LLC
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund

24

Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund
Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds
Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
James Brysch
James Patrick Eiland
Jefferies LLC
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
John H. Smith
John P. Seeger
John Pritchett
John W. Deck
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kapitalforeningen Investin Pro. US Leveraged Loans I
Kelly Frazier
Kenneth W. Bramlett
LP Credit Opportunity Master Fund Ltd.
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Mark Magner
Mark R. Mozell
Mary L. Kaiser

25

Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund
MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund
Menard Inc.
Menard, Inc.
Mercer
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I
Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Mercer QIF Fund PLC
MFP Partners, L.P.
Michael Clark
Michael Dane
Michael Greenspoon
MJX Asset Management LLC
MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mudrick
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
Nexpoint Credit Strategies Fund
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Diversified Dividend and Income Plan
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
Oaktree
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Paul Gluth
Paul Wilen
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset IT c/o Principal Global Investors TR Co.

Principal Funds Inc. - Diversified Real Asset Fund
REL Batavia Partnership LP
REL US Partnership LLC
Richard H. Gartner
Richard Haralson
Brighthouse Funds Trust I C/O Eaton Vance Management
Riverstone
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Partners -B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V AIV-A LP
Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone V FW Coinvest Holdings LP
Riverstone V FW Holdings Sub LLC
Robert Moore
Robert Sergesketter
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
Santa Barbara County Employees' Retirement System LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Schmidt
Senior Debt Portfolio c/o Eaton Vance Management
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
South Carolina Retirement Systems Group Trust
Stuart Douglas Lunn
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
Teachers' Retirement Allowances Fund
Texas County and District Retirement System

The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
Thomas R. Lamme
Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
Valcour Credit Income Partners Master Fund Ltd.
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Virtu Americas LLC
William B. Swingle

**Sponsors**
REL US Partnership LLC
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy V FW Partnership LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone V FW Holdings Sub, LLC
Riverstone V RCO Loan Investment AIV, LLC

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Aldine I.S.D (TX)
Alabama Department of Revenue
Ann Harris Bennett Harris County Tax Assessor
Atascosa County
Baldwin County Judge of Probate (AL)
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Bureau of Revenue and Taxation (LA)
Burleson Tax Collector
Calhoun County Clerk (TX)
Cameron Parish (LA)
Chambers County (TX)
Charterwood MUD
City of Corpus Christi/Nueces County (TX)

28

City of Lafayette (LA)
City of New Iberia
Colorado County Central Appraisal District (TX)
Colorado County Clerk
County of Galveston, Texas
County of Morton (KS)
Cypress Fairbanks Independent School District
Daniel Hutter, Tax Assessor/Collector
Denton County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor- Collector (TX)
Generation Park Mgmt. Dist.
Greater Houston Women's Chamber of Commerce
Greens Parkway M.U.D.
Harris County
Harris County Tax Assessor-Collector (TX)
Iberia Parish Clerk of Court (LA)
Iberia Parish Tax Collector (LA)
Internal Revenue Service
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Parish (LA)
Kenedy County Tax Collector (TX)
Klein ISD
LA Department of Motor Vehicles (LA)
Lafayette Parish LA
Lafayette Parish Sheriff's Office (LA)
Lafourche Parish Sheriff's Office (LA)
Lavaca County (TX)
Lee County Tax Collector
Leland Falcon, Sheriff & Ex Officio Tax Collector
Live Oak County Appraisal District
Live Oak County TX
Louisiana Department of Revenue
Louisiana Dept. of Natural Resources
Matagorda County Clerk (TX)
Matagorda County Tax Assessor - Collector (TX)
Mike Sullivan, Tax Assessor- Collector (TX)
Mississippi Department of Revenue
Mississippi Secretary of State
MS Department of Revenue
Nueces County Clerk (TX)
Office Pavilion- Houston (TX)
Offshore Operators Committee
Oscar Vasquez, RTA
Palacios ISD Tax Assessor-Collector (TX)
Plaquemines Parish (LA)
Probate Court of Mobile County
Refugio County Tax Assessor- Collector (TX)
Rio Grande City CISD Tax Office (TX)
Sheldon Independent School District (TX)

61542/0001-21316974v2

Sheriff & Ex-Officio Tax Collector
Spring Branch I.S.D (TX)
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)
St. Landry's Parish (LA)
St. Mary Parish (LA)
Starr County (TX)
State of Alabama
State of Louisiana
State of Louisiana, Department of Natural Resources
State of Texas
Terrebonne Parish Clerk of Court (LA)
Texas Comptroller of Public Accounts
Texas Department of Revenue
Town of Grand Isle (LA)
Vermilion Parish (LA)
West Harris County Mud# 1 (TX)
Wharton County Clerk (TX)
Wharton County Tax Assessor- Collector (TX)

**Third Party Benefits Provider**
ADP, LLC
AHS Walk in Clinic, Inc.
BlueCross BlueShield of Texas
Center for Work Rehabilitation, Inc.
CVS Caremark
Delta Dental
Disa Inc.
Fidelity Investments
Kronos, International
Symetra Life Insurance Company
Taxsaver Plan Flexible Benefit Plan
Teladoc, Inc.
The Guardian Life Insurance Company
Vision Service Plan Insurance Company
Zurich American Insurance Company

**Top 50 Unsecured Creditors**
Acadian Contractors Inc.
AGI Industries Inc.
Aker Solutions Inc.
Alliant Insurance Services, Inc.
American Eagle Logistics LLC
Anadarko US Offshore LLC
A-Port LLC
Atlantic Maritime Services Inc.
Baker Hughes Oilfield Operations Inc.
Chevron USA Inc.
Clariant Corporation
Coastal Chemical Co. LLC
Cox Operating LLC

Davis Polk & Wardwell LLP
Diverse Safety and Scaffolding LLC
Dynamic Industries Inc.
E&C Finfan, Inc.
Fluid Crane & Construction Inc.
FMC Technologies Inc.
Gate
Gulf Crane Services, Inc.
Halliburton Energy Services, Inc.
Hunting Energy Services, LLC
Island Operating Company Inc.
Kilgore Marine Services Inc.
Linear Controls Inc.
LLOG Exploration Company
Long View Systems Corp
Louisiana Safety Systems Inc.
Oceaneering International Inc.
Offshore Energy Services, Inc.
Onesubsea LLC
Petroleum Helicopters Inc.
Petrophysical Solutions Inc.
Pharmasafe Industrial Services Inc.
Prime Tank LLC
Professional Rental Tools LLC
<u>Rignet Inc.</u>
Schlumberger Technology Corporation
Solar Turbines Incorporated
Subsea 7 US LLC
Superior Energy Services LLC
Tana Exploration Company LLC
Tetra Applied Technologies, Inc.
Trendsetter Engineering Inc.
W&T Offshore Inc.
Warrior Energy Services Corporation
Wood Group PSN Inc.
Workstrings International, LLC
XTO Energy Inc.

**UCC (Lien Search Results)**
Anadarko Petroleum Corporation
Ankor E&P Holdings Corporation
Apache Corporation
Apache Offshore Investment GP
Apache Shelf Exploration
Apache Shelf Exploration LLC
Arena Energy LP
Arena Offshore LP
Badger Oil Corporation
Bandon Oil and Gas LP
Bennu Oil & Gas LLC
Bennu Oil & Gas, LLC

31

BP America Production Company
Calypso Exploration, LLC
Calypso Exploration, LLC
Canon Financial Services, Inc.
Cantor Fitzgerald Securities
Castex Offshore, Inc.
Castex Offshore, Inc.
Castex Offshore, Inc.
Challenger Minerals Inc.
Chevron U.S.A. Inc.
Citibank, N.A
CL&F Resources LP
Corporation Service Company, as Representative
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
Davis Offshore, L.P.
Davis Offshore, L.P.
Dorado Deep GP, LLC
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LC
Dynamic Offshore Resources NS, LLC
El Paso Production Company
Energy Resource Technology GOM Inc.
Energy XXI GOM LLC
Entech Enterprises, Inc.
Enven Energy Ventures LLC
Field Energy LLC
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
FW Finco LLC
GOM Shelf LLC
Gome 1271 LLC
Gulfsands Petroleum
HE&D Offshore LP
HEDV King Cake, LLC
Helis Oil & Gas Company LLC
Hillcrest GOM, Inc
Houston Energy LP
ILX Prospect King Cake, LLC
Imagenet Consulting, LLC
Knight Resources, LLC
Lamar Hunt Trust Estate
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company

32

LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, L.L.C.
M21K LLC
Macquarie Corporate and Asset Funding Inc.
Maritech Resources Inc.
Monforte Exploration LLC
Murphy Exploration & Production Company – USA
Northstar Offshore Group LLC
Northwestern Mutual Life
Online Resources Inc.
Palm Energy Offshore LLC
Peregrine Oil and Gas LP
Petrobras America Inc.
Petroquest Energy LLC
Pisces Energy LLC
Red Willow Offshore, LLC
Ridgewood King Cake, LLC
SCL Resources LLC
STX Energy E&P Offshore Mgmt LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos Resources LLC
Tammany Oil & Gas LLC
Tana Exploration Company LLC
TC Oil Louisiana LLC
The Louisiana Land & Exploration Co LLC
W & T Energy VI
W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore, Inc.
W&T Offshore, LLC
Walter Oil & Gas Corporation

**Unions**
None – N/A

**United States Trustee and Staff (Southern District of Texas)**
Henry G. Hobbs, Jr., US Trustee
Alicia McCullar, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Christine March, Trial Attorney
Christy Simmons (Bankruptcy Analyst)
Clarissa Waxton (Bankruptcy Analyst)
Diane Livingstone, Assistant U.S. Trustee
Glenn Otto (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Hector Duran, Trial Attorney
Jacqueline Boykin (Legal Data Technician)
Jayson B. Ruff, Trial Attorney
Linda Motton (Paralegal Specialist)

33

Luci Johnson-Davis (Paralegal Specialist)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Stephen Statham, Trial Attorney

**Utility Providers/Utility Brokers**
AT&T Corp.
AT&T Mobility
Cameron Telephone Company
Coastal Environmental Services, LLC
Elite Communication Services Inc.
Entergy Louisiana LLC
Granite Telecommunications
Jackson Electric Coop Inc.
Jefferson Davis Electric Cooperative Inc.
Knight Security Systems LLC
Logix Fiber Networks
Long View Systems Corp.
Reliant Energy Retail Services, LLC
Rig Net Inc.
San Leon Municipal Utility District
Southwest Louisiana Elect Membership Corp.
Texas Excavation Safety Systems, Inc.
Total Waste Solutions, LLC
Town of Grand Isle
Verizon Wireless
 Waste Connections Bayou, Inc.
Waste Management, Inc.

**Vendors/Suppliers**
1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A2D Technologies Inc.
Aaron Oil Company Inc.
AB Trafton Inc.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
Acme Truck Line Inc.
ACS Flooring Group Inc.

34

ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adapt Concepts, LLC
Add Energy LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions
Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
Aggreko LLC
Agilink Technologies Inc.
Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Ali Ghazi Alsalmani
Alice Faye Sabine
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Offshore LLC
Alliant Insurance Services, Inc.
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
American Erecting Co
American Pollution Control, Corp. (AMPOL)

35

American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.
Amy Marie Gray-Filer
Andre Bernard
Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Anne Shannon Spiller
Annette Moore Moss
Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Anthony James Johnson
Aok Windshields, Inc.
Aon Risk Services
Apex Oil & Gas, Inc.
A-PORT LLC
Appsmiths Ventures LP
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Archer Oiltools, LLC
Archrock Partners Operating LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Offshore LLC
Argus Media, Inc.
Aries Marine Corporation
Arkos Field Services, LP
Arlanda Marie Owens
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ash Limited
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT & T Corp.

36

Atchafalaya Measurement, Inc.
Athena Consulting Inc.
At-Tech
Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
Axio Global, Inc.
Axip Energy Services LP
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee
B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Baker, Donelson, Bearman, Caldwell, Berkowit
Bankdirect Capital Finance
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barracuda Oil Tools, LLC
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Baudoin Family Trust
Bayou Star Energy, LLC
Baywater Drilling LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden
Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC

37

Benton Completion Services, Inc.
Berger Geosciences, LLC
Bernard J Patout
Bernard Rochon & Sons
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle
Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Black Elk Energy Offshore Operation, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
Bodie Marion
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boulet Family, L.L.C.
Bourbon St
Bradley Arant Boult Cummings LLP
Bradley Wachsmuth
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brenda Marie Mitchell Allen
Brenda Montalvo

61542/0001-21316974v2

Brent Bryant
Bret Stucker
Brett Willmon
Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridget Harris
Bristow Us LLC
Broussard Brothers Inc.
BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buddy Arton
Bugware, Inc.
Bureau of Ocean Energy Management
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calvin Jerome Grant
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation

39

Cameron Pilot
Cameron Solutions Inc.
Camors Family LLC
Canal Diesel Service, Inc.
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Cantium LLC
Capital Corporate Services, Inc.
Capital One N.A.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Slickline LLC
Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby
Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Casey Foreman
Castex Energy, Inc.
Catherine Dietlein
Catherine Grant Alexis
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Chalmers, Collins & Alwell Inc.
Champagne'S Supermarket

40

Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC
Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr
Charles Randall Nicholson
Charles Ray Moncriffe Jr.
Charles Ryan
Charter Supply Company
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Pipe Line Company
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Chuan Yin
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
Cima Energy, LP
Cindy M. Turner Trustee
Cintas Corporation No.2
City Central Courier Co
City Club at River Ranch, LLC
CJC Enterprises LLC

41

C-K Associates LLC
CL&F Resources LP
Clariant Corporation
Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson
C-Logistics LLC
Coastal Chemical Co LLC
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras
Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cokinos Energy LLC
Colleen Armstrong
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Contango Operators Inc.
Controlworx LLC
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.
Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Cortec LLC
Cortex Business Solutions USA, LLC
Coupa Software, Inc.
Courtland M. Porter
C-Port/Stone LLC

42

Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.
Credera Enterprises Company LLC
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.
Cross Border Transactions LLC
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC
Custom Process Equipment LLC
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall

43

Darlene Fontenette Rodriguez
Darrell Thomas Mitchell
Darryl L. Johnson Sr.
Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David Dean
David Dugas
David Guillory
David Mitchell-Ryhmes
David P Thomas
David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Petroleum Corp
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.

44

Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner
Dennis Sims
Denton C Vincent
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Derek Crusan
Derek Fuller
Derrick Corp.
Destin Pipeline Company, LLC
Detechtion Technologies
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diann Marie Drake Foster
Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diversified Well Logging, LLC
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dominic Mitchell
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt

45

Donnelley Financial Solutions
Donovan Controls LLC
Dorothy Fontenette
Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Douglas Coon
Douglas Dornak
Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC
DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTN LLC
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Company, Inc.
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC
East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation

46

Edmund A Weinheimer Jr.
Edwanda Kaye Rogers
Edward Flanagan
Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
Element Materials Technology Lafayette LLC
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.
Elizabeth Dietlein
Ellen Smith Walker
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI Gulf Coast Inc.
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI BB Petroleum Inc.
ENI US Operating Co Inc.
Enlink Processing Services, LLP
Enpro Subsea Limited
Enrique Rivera
Entech

47

Entergy Gulf States Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC
Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises
Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL Oil & Gas, Inc.
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC

48

Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC
Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Mobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.
F.A.S. Environmental Services LLC
Facilities Consulting Group LLC
Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission
Federal Express Corporation
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments Institutional
File Trail Inc.
Filemaker
Filetrail Inc.
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Technology Service International LLC
FMC Technologies Surface Integrated Services
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Force Power Systems
Ford Peters

49

Forefront Emergency Management LP
Forrest Shrader
Forum US Inc.
Forum Us Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune
Francis Torque Service
Frank Beaullieu Sr. LLC
Frank Cornay
Frank Munsey
Frank Wesley
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Fritz D. Farrar
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
G. Matt Mccarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary Hearn
Gary Janik
Gary Wayne Conley
Gary'S Body and Paint Shop
Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson

50

General Office Supply Co, Inc.
General Power Limited, Inc.
Generation Park Management District
Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II
George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate
Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman Sachs Specialty Lending Holdings
Governor Control System, Inc.
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Grant M Gremillion
Gravcap Inc.
Greene's Energy Group, LLC
Greenes Holding Corporation
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Training Technologies, LLC
Gulf Island Services, LLC

51

Gulf Land Structures LLC
Gulf Offshore Rentals LLC
Gulf South Pipeline Co.
Gulf South Services Inc.
Gulf-Pro Services
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC
Hall-Houston Exploration Iv, L.P.
Hamilton Engineering Inc.
Hannah Alexander
Hapl
Hardy Oilfield Service LLC
Harold C Dietein
Harold Willard Parker
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Helen Johnson Smith
Helen Thompson Watkins Childs
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC

52

High Point Gas Gathering LLC
High Point Gas Transmission LLC
Hilda Mae Villere Martin
Hilton Houston Westchase
Hilton Lafayette
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Homewood Suites by Hilton
Hongliu H Zeng
Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Houlihan Lokey Capital Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Delyea
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Hoya Optical Labs of America Inc.
Hub International Gulf South Limited
Hudson Services Inc.
Hugo Rodriguez
Hunt Oil Company
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish School Board
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
Imagenet Consulting LLC
Immi Turbines Inc.
Impact Selector Inc.
Indemco LP
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.

53

Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC
International Paint LLC
International Snubbing Services LLC
Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intrado Enterprise Collaboration, Inc.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois
Iron Mountain
Irongate Rental Services LLC
Irongate Tubular Services, LLC
iSIMS LLC
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs
James Donald Richard

54

James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway
James Gray Jr.
James H. Painter
James Henry
James Kyzar
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue
Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Jinright
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane
Jeanne Mithcell Lopez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferson Davis Electric Cooperative Inc.
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette

Jerome Thomas Mackey
Jerrie Lee Jacobs
Jesse Lyons
Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLT Specialty Insurance Services Inc.
JMS Consultants LP
Jo Ann Harris
Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joes Septic Contractors Inc.
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John P Crain Qtip Trust FBO Neil R Crain
John Penton
John Poole
John Pouncy
John Price
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Smith
John W Stone Oil Distributor LLC
Johnaton James Mczeal
Johnithan Cook
Johnny Gray
Joncade Thomas Clemons
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson

Joseph Craig Sanders
Joseph Gilliam
Joseph Granger
Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill
Justin Romero
Juston Tucker
JX Nippon Oil Exploration (U.S.A.) Limited
K Camp & Associates Inc.
K&B Industries
Kaitlyn Smith
Kalisa Junice Perkins
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young
Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson

57

Keven Lee Smith
Kevin Bruce
Kevin Fontenot
Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilmer Crosby & Quadros PLLC
Kim Bernard
Kim Marella Linzer Johnson
Kim Mettes
Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Knight Oil Tools
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish Sheriff's Office
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lagcoe

Lakeyta Charell Moore
Lana Sabine
Landa Mobile Systems
Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark
Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Law 360
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Graphics
Lee Hecht Harrison LLC
Lee Lemaire
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexy Sanford
Liberty Commercial Finance LLC
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Linda Faubion
Linda Landreth

59

Linden Interests LLC
Lindsey Hodson
Lionel Gilliam
Lisa Bonin
Lisa K Bone
Lisa Patout Morris
Little Prairie Properties, LLC
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries
Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere
Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Dept. of Natural Resources
Louisiana Dept. of Wildlife and Fisheries
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Scrap Processors
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LQ Management LLC
LQT Industries, LLC
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Lucile B Randol Heirs LLC

Luther D. Copeland
Luther Hano
Lutricia Lynette Davis
Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions
Macquarie Corporate & Asset Funding, Inc.
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan Marine International LLC
Magnolia Torque & Testing Inc.
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, LLC
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mark Anthony Krenek
Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Pleasant
Mark Wilson
Markeith Sterling
Marla Begnaud
Marlin Oilfield Divers Inc.
Mars Offshore Technology Inc.
Marsh USA Inc.

61

Marshall Brantley IV
Marshall W Guidry
Martin Holdings, LLC
Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse
Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County Tax Assessor - Collector
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray

61542/0001-21316974v2

Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier
Melton Young Jr.
Mercer (US) Inc.
Meridian Compensation Partners, LLC
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Grant
Michael Gray Jr.
Michael Greenspoon
Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley

63

Mitchell Veh Jr.
MJ Systems, LLC
Mobius Risk Group, LLC
Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monica Ramirez
Monique Mitchell Young
Montco Offshore Inc.
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals
Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MSAM LLC
Mudrick Capital Management, LP
Murphy Exploration & Production Company - USA
Murphy Oil Corporation
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrtle Ruth Mitchell Batiste
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Oilwell Varco, LP
National Response Corporation
Nautilus Pipeline Company, LLC
Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Ni Welding Supply LLC
Nichole Simon

64

Nicolle Patout
Nikolaus M Hilder 2011 Trust
Nolan Power Group LLC
Nondestructive & Visual Inspect
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nutec, Inc.
NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
O'Brien's Response Management
OCC-Med of Lafayette
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceanweather, Inc.
OCS Advisory Board
OEG Offshore, Inc.
Office Depot Inc.
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
fOffshore Process Services, Co.
Offshore Services of Acadiana LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
Oil Center Research
Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Oliver Theriot Jr.
Olivier International, LLC

Ollie Gray
OMI Environmental Solutions
Omimex Resources Inc.
One Call Now
Opal Faye Johnson Lee
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
Osisoft LLC
Owen Oil Tools LP
P & M USA LLC
P2 Energy Solutions
Paintmire LLC
Palacios ISD Tax Assessor-Collector
Paleo Data
Palfinger Marine USA Inc.
Paloma Energy Consultants
Pamela Anderson
Pamela Bernard Davis
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patrick Burch
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul J Patout
Paul Landry
Paul Washington
Paul Washington
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC

66

Pelstar LLC
Peninsula Marine Inc.
Penroc Oil Corporation
Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.
Petricore
Petro Amigos Supply Inc.
Petro Pull LLC
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software
Petrostar Services, LLC
Petrostream LP
PHI Helipass, LLC
Philip Shane Koonce
Philomenia Roberta Johnson
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial

67

Pitney Bowes Postage by Phone
PJT Partners LP
Plains Gas Solutions
Planning Thru Completion, LLC
Plant Machinery, Inc.
PLS Inc./Pls Inc.
Plus Signs Inc.
PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC
Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Price Forbes & Partners Limited
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Priority Artificial Lift Services, LLC
Pro Unlimited Inc.
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals
Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP

68

Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.
Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.
R & R Rig Service, Inc.
R&R Energy Services LLC
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell
Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Willow Offshore LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regulatory Economics Group LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Relyon Nutec USA, LLC
Renardo Gray

69

Rentier Inc.
Reorg Research Limited
Republic Services Inc.
Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard
Richard Crain
Richard Ducote
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone Capital Services LLC
RLC, LLC
RLI Insurance Co.
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller

70

Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu
Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Rock Solid Images, Inc.
Rocky Robbins
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Ron Kirk Berard
Ron Landry
Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Rosa Thompson Gray
Rosalind Ann Wesley
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express

71

Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust
Samel Bradford
Samson Offshore Mapleleaf, LLC
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
Sandridge Energy Offshore LLC
Sandy Nadine Johnson Thomas
Sarita Lee Gunter
SBM Gulf Production LLC
SBS Energy Services, LLC.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Scientific Drilling International, Inc.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seacor Liftboats LLC
Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Securance Corporation Agency
Seismic Exchange Inc.
Select Oilfield Services LLC
Send Word Now
Sentoria Staffing Solutions LLC
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shannon Chavez
Shannon Mouton
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner

61542/0001-21316974v2

Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot
Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Exploration and Production Company
Shell GOM Pipeline Company LLC
Shell Offshore Inc.
Shell Pipeline Company LP
Shelving Exchange Inc.
Sheraton North Houston
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Sikica D. Crosby
Simone Patout Palmer
Simpson Thacher & Bartlett LLP
Sinor Engine Company Inc.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sojitz Energy Venture Inc.
Solex
Solstice Consulting Group LLC
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.

73

SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC
Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
SPL - Southern Petroleum Labs, Inc.
Spring Branch ISD
Squire Patton Boggs (US) LLP
Squires & Company
St. Bernard Parish Sheriff's Department
St. Landry's Parish Sheriff
St. Mary Parish Clerk of Court
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil Property Tax, LLC.
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr County Tax Office
State of Alabama Department
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. of Natural Resources
State of Louisiana Dept. Natural Resources
State of Louisiana State Land Office
State Police
Steel Service Oilfield Tubular Inc.
Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg

74

Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC
Stewart Tubular Products Inc.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC
Stress Engineering Services, Inc.
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sylvia Marie Rose
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talos ERT LLC
Talos Production LLC
Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP

75

Tave Peruzzi
Tawona Marie Archon Londo
Taylors International Services Inc.
TC Offshore LLC
TCB Fabrication, Inc.
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tennessee Gas Pipeline
Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Technologies, Inc.
Texas Eastern Transmission LP
Texas Gas Transmission, LLC
Texas Lehigh Cement Company LP
Texas Marine Shipyard LLC
Texas Tickids
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
TH1, LLC
The Bank of New York Mellon
The Bolton Group, LLC
The Cavins Corporation
The Chateau Hotel
The L Group Inc.
The Lubrizol Corporation
The Response Group LLC
The University of Texas at Austin
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Moses Jr.
Thomas Poncik
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Thru-Tubing Systems

76

Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes
Tiffany Williams Jones
Tiffanye Brooks
Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith
Tioram Subsea Inc.
Tish Coleman
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tom Young Jr.
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Toshiba Financial Services
Total Production Supply, LLC
Total System Integrators
Touchet Contractors
Towers Watson Delaware Inc.
Tracy Lynn Bourque
Tracy Marion
Transcontinental Gas Pipeline Co, LLC
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer

Troy Gant
Troy Lee Mitchell
Troy Racca
Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope
Tubular Solutions, Inc.
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC
Tw Telecom Holdings LLC
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Environmental Protection Agency
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Bank Corporate Trust Services
US Bank National Association
US Dept. of Commerce - NOAA
Valerie Ann Moncriffe Simon
Valerie Walker
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston

78

Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez
Variable Bore Rams Inc.
Vashon Evette Archon
Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Gathering System LLC
Venkatesh Bhat
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Vermilion Abstract Co
Vermilion Corporation
Vermilion Parish Sheriff's Office
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vision Service Plan Insurance Company
Vistra Management Services
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vwp Jr Inc.
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Prevost
Ward Leonard
Waste Auditors Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waveland Services, Inc.

79

Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International
Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wells Fargo Financial Leasing Inc.
Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC
West Harris County Mud # 1
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
Westerngeco, LLC
Wet Tech Energy Inc.
Wharton County Tax A/C
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
Williams Field Services Company
Williams Oil Gathering, LLC
Willie Mitchell III
Willis of Tennessee, Inc.
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilson Rodriguez
Wilton Mitchell

80

W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree
Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group USA Inc.
Woods Hole Group, Inc.
Woody Hunt
Work Designs LLC
Workover Equipment Rental
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Systems LP
X-Pro LLC
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph
Zachry Exploration LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.

**Notice of Appearance Party/Interested Party**
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Acadian Contractors, Inc.
Apache Corporation
A-Port LLC
Archrock Partners Operating, LLC
Archrock Service LP
Cantor Fitzgerald Securities
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CETCO Energy Services Company, LLC
Chevron U.S.A. Inc.
Cypress-Fairbanks ISD
Discovery Gas Transmission LLC
Endurance American Insurance Company
ENI Petroleum US LLC

81

ENI US Operating Co. Inc.
Facilities Consulting Group, LLC
Goldman Sachs Bank USA
Gulfstar One LLC
Halliburton Energy Services, Inc.
Harris County
Helis Oil & Gas Company, LLC
Island Operating Company Inc.
Jefferson County
JX Nippon Oil Exploration (U.S.A.) Limited
Lavaca County
Lexon Insurance Company
Liberty Mutual Insurance Company
Linear Controls, Inc.
Live Oak CAD
Matagorda County
Partco, LLC
Petro Amigos Supply, Inc.
Philadelphia Indemnity Insurance Company
Railroad Commission of Texas
Red Willow Offshore, LLC
Renaissance Offshore, LLC
Rio Grande City CISD
RLI Insurance Company
SBM Gulf Production LLC
Seitel Data, Ltd.
Sheldon Independent School District
Starr County
State of Louisiana, Department of Natural Resources
Subsea 7 LLC
Tana Exploration Company, LLC
TC Oil Louisiana, LLC
Tetra Applied Technologies, Inc.
TGS AP Investments AS
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
The Hanover Insurance Company
Transcontinental Gas Pipe Line Company, LLC
U.S. Department of the Interior
U.S. Specialty Insurance Company
Westerngeco LLC
WFS Liquids LLC
Williams Field Services-Gulf Coast Company LLC
Zurich American Insurance Company

**Official Committee of Unsecured Creditors (Members and Professionals)**
Oceaneering International, Inc.
Subsea 7 US LLC
Halliburton Energy Services, Inc.
TETRA Technologies. Inc.
Workstrings International, L.L.C.

82

83

## Schedule 2

## Conway MacKenzie Past and Present Representation of and Contacts with Parties in Interest

Conway MacKenzie, LLC. has represented and/or had contacts with the following Parties in Interest, in matters wholly unrelated to the Debtors and their bankruptcy Cases:

| Party Details | Description |
|---|---|
| A Fare Extraordinaire Inc. | A Fare Extraordinaire Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Abaco Energy Technologies LLC | Abaco Energy Technologies LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| ACS Maintenance Solutions, Inc. | ACS Maintenance Solutions, Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| ADP, LLC | ADP, LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Airgas USA LLC | Airgas USA LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Alston & Bird LLP | Alston & Bird LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| American Express | American Express and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Andrews Kurth Kenyon LLP | Andrews Kurth Kenyon LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Ann Harris Bennett Harris County Tax Assessor | Ann Harris Bennett Harris County Tax Assessor and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Antares | Antares and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| AON Risk Services | AON Risk Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| AT&T Corp. | AT&T Corp. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| AT&T Mobility | AT&T Mobility and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

| | |
|---|---|
| **Babson (Barings)** | Babson (Barings) and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Baker Hughes Oilfield Operations Inc.** | Baker Hughes Oilfield Operations Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Baker, Donelson, Bearman, Caldwell, Berkowit** | Baker, Donelson, Bearman, Caldwell, Berkowit and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bank of America, N.A.** | Bank of America, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Barings Corporate Investors** | Barings Corporate Investors or certain of its affiliates are an equityholder of a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Blank Rome LLP** | Blank Rome LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bolttech Mannings Inc.** | Bolttech Mannings Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bryan Cave Leighton Paisner LLP** | Bryan Cave Leighton Paisner LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Bryan East** | Bryan East and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Capital One, N.A.** | Capital One, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **CEI** | CEI and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Cobalt International Energy** | Cobalt International Energy and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Cobalt International Energy, Inc.** | Cobalt International Energy, Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Credit Suisse** | Credit Suisse and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Daigle Fisse & Kessenich, PLC** | Daigle Fisse & Kessenich, PLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

2

| | |
|---|---|
| **Davis Polk & Wardwell LLP** | Davis Polk & Wardwell LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Delaware Secretary Of State** | Delaware Secretary Of State and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Department Of Finance State Comptroller'S Office** | Department Of Finance State Comptroller'S Office and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Department of Justice** | Department of Justice and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **DirecTV** | DirecTV and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Energage, LLC** | Energage, LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Ernst & Young LLP** | Ernst & Young LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Ernst & Young Product Sales LLC** | Ernst & Young Product Sales LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Federal Express Corporation** | Federal Express Corporation and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Federal Trade Commission** | Federal Trade Commission and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **FINRA** | FINRA and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **First Choice Coffee Services** | First Choice Coffee Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **First Insurance Funding Corp** | First Insurance Funding Corp and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Foley & Lardner LLP** | Foley & Lardner LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Gardere Wynne Sewell LLP** | Gardere Wynne Sewell LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Glassdoor. Inc.** | Glassdoor. Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

3

| | |
|---|---|
| **Goldman** | Goldman and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Goldman Sachs & Co. LLC** | Goldman Sachs & Co. LLC and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Bank USA** | Goldman Sachs Bank USA and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Halliburton Energy Services, Inc.** | Halliburton Energy Services, Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Hamilton Engineering Inc.** | Hamilton Engineering Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Hart Energy Publishing, LLP** | Hart Energy Publishing, LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Haynes And Boone, LLP** | Haynes And Boone, LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Hcl Mechanical Services. LLC** | Hcl Mechanical Services. LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Holland & Knight LLP** | Holland & Knight LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Houlihan Lokey Capital Inc.** | Houlihan Lokey Capital Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **IHS Global Inc.** | IHS Global Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Iron Mountain** | Iron Mountain and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **J.P. Morgan Chase Bank, N.A.** | J.P. Morgan Chase Bank, N.A. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Jackson Walker LLP** | Jackson Walker LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **John H Carter Co., Inc.** | John H Carter Co., Inc. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

4

| JP Morgan Chase Bank NA | JP Morgan Chase Bank NA and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| KPMG LLP | KPMG LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Latham & Watkins LLP | Latham & Watkins LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Matthew Foret | Matthew Foret and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Mayer Brown, LLP | Mayer Brown, LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Barre | Michael Barre and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael King | Michael King and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Kinzel | Michael Kinzel and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Michael Yearick | Michael Yearick and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Microsoft Licensing, GP | Microsoft Licensing, GP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Mike Sullivan | Mike Sullivan and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Mike Sullivan, Tax Assessor-Collector (TX) | Mike Sullivan, Tax Assessor- Collector (TX) and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Monroe Capital Management LLC | Monroe Capital Management LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Morgan Stanley | Morgan Stanley and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |
| Moses & Singer | Moses & Singer and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

5

| | |
|---|---|
| **Newfield Exploration Company** | Newfield Exploration Company and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **O'Melveny & Myers LLP** | O'Melveny & Myers LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Oaktree** | Oaktree and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Oaktree Capital** | Oaktree Capital and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Ocean Flow International LLC** | Ocean Flow International LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Office Depot Inc.** | Office Depot Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Opportune LLP** | Opportune LLP and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |
| **Paradigm** | Paradigm and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Pitney Bowes Global Financial** | Pitney Bowes Global Financial and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Pitney Bowes Postage By Phone** | Pitney Bowes Postage By Phone and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **PLS Inc./PLS Inc.** | PLS Inc./PLS Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Refinitiv US LLC** | Refinitiv US LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Reorg Research Limited** | Reorg Research Limited and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Richard Haralson** | Richard Haralson is a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Shred-It Usa LLC** | Shred-It Usa LLC and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Simpson Thacher & Bartlett LLP** | Simpson Thacher & Bartlett LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |

6

| Sirius Solutions, LLP | Sirius Solutions, LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
|---|---|
| Sky High | Sky High and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| SP Plus Corporation | SP Plus Corporation and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Texas Comptroller Of Public Accounts | Texas Comptroller Of Public Accounts and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| The Carlyle Group L.P. | The Carlyle Group L.P. and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| The Goldman Sachs Group, Inc. | The Goldman Sachs Group, Inc. and certain of its affiliates are a current or former advisory client and lender, agent referral source of the Firm in connection with situations unrelated to the Debtors. |
| The Guardian Life Insurance Company | The Guardian Life Insurance Company and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| The University of Texas at Austin | The University of Texas at Austin and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| THL Credit Advisors LLC | THL Credit Advisors LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Thompson & Knight LLP | Thompson & Knight LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Thompson Coburn LLP | Thompson Coburn LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| Thomson Reuters (Tax & Accounting) Inc. | Thomson Reuters (Tax & Accounting) Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Thomson Reuters-West | Thomson Reuters-West and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Timothy Smith | Timothy Smith is a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| Travelers | Travelers and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |

7

| | |
|---|---|
| **Uline, Inc.** | Uline, Inc. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **United States Treasury** | United States Treasury and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **University Of Dayton** | University Of Dayton and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **US Bank Corporate Trust Services** | US Bank Corporate Trust Services and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **US Bank N.A.** | US Bank N.A. and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **US Bank National Association** | US Bank National Association and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Verizon Wireless** | Verizon Wireless and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Vinson & Elkins LLP** | Vinson & Elkins LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Weil, Gotshal & Manges LLP** | Weil, Gotshal & Manges LLP and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **White Oak Resources VI, LLC** | White Oak Resources VI, LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Whitley Penn LLP** | Whitley Penn LLP and certain of its affiliates are a current or former vendor of the Firm in connection with situations unrelated to the Debtors. |
| **Willis Towers Watson** | Willis Towers Watson and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Willis Towers Watson US, LLC** | Willis Towers Watson Us, LLC and certain of its affiliates are a current or former advisory client and referral source of the Firm in connection with situations unrelated to the Debtors. |
| **Willkie Farr And Gallagher LLP** | Willkie Farr And Gallagher LLP and certain of its affiliates are a current or former advisory client of the Firm in connection with situations unrelated to the Debtors. |

## Schedule 3

### Riveron Past and Present Representation of and Contacts with Parties in Interest

Riveron has represented and/or had contacts with the following Parties in Interest, in matters wholly unrelated to the Debtors and their bankruptcy Cases:

| Party Details | Description |
|---|---|
| Accountemps | Accountemps and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| American Express | American Express and certain of its affiliates are a current or former vendor and referral source of Riveron in connection with situations unrelated to the Debtors. |
| Andre Bernard | Andre Bernard is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Andrews Kurth Kenyon LLP | Andrews Kurth Kenyon LLP is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| AON Risk Services | AON Risk Services and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| AT& T Corp. | AT& T Corp. and certain of its affiliates are a current or former client and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| AT&T Mobility | AT&T Mobility and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| B & B Oilfield Services LLC | B & B Oilfield Services LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Bank Of America, N.A. | Bank Of America, N.A. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Barclays Capital Inc. | Barclays Capital Inc. and certain of its affiliates are a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| Bill Swingle | Bill Swingle and certain of its affiliates are a current or former advisory clients and referral sources ofRiveron in connection with situations unrelated to the Debtors. |
| Boc Pension Investment Fund C/O Invesco Senior Secured Management Inc. | Boc Pension Investment Fund C/O Invesco Senior Secured Management Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Canon Financial Services, Inc. | Canon Financial Services, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |

61542/0001-21316974v2

| | |
|---|---|
| **Capital Corporate Services, Inc.** | Capital Corporate Services, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Championx LLC** | Championx LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Citibank, N.A** | Citibank, N.A and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Credit Suisse** | Credit Suisse and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Cristo Rey Work Study Program, Inc.** | Cristo Rey Work Study Program, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Davis Graham & Stubbs LLP** | Davis Graham & Stubbs LLP and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Deloitte Tax LLP** | Deloitte Tax LLP and certain of its affiliates are a current or former auditor and referral source of Riveron and a referral source in connection with situations unrelated to the Debtors. |
| **Deloitte Transactions Business Analytics LLP** | Deloitte Transactions Business Analytics LLP and certain of its affiliates are a current or former auditor of Riveron and a referral source in connection with situations unrelated to the Debtors. |
| **Deutsche Bank Ag** | Deutsche Financial Servicesis a current or former advisory client of Riveron in connection with situations unrelated to the Debtors. |
| **Donnelley Financial Solutions** | Donnelley Financial Solutions and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Dresser** | Dresser and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Ecoserv, LLC** | Ecoserv, LLC and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Encino Operating, LLC** | Encino Operating, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Enven Energy Ventures LLC** | Enven Energy Ventures LLC and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Ernst & Young LLP** | Ernst & Young LLP and certain of its affiliates are a current or former auditor of the Riveron and a referral source in connection with situations unrelated to the Debtors. |
| **Fidelity Investments** | Fidelity Investments and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

| | |
|---|---|
| **Fieldwood Energy LLC** | Fieldwood Energy LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Frank Cornay** | Frank Cornay and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Glassdoor. Inc.** | Glassdoor. Inc. and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman** | Goldman and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs & Co. LLC** | Goldman Sachs & Co. LLC and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Bank USA** | Goldman Sachs Bank USA and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Goldman Sachs Specialty Lending Holdings** | Goldman Sachs Specialty Lending Holdings and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Great American Insurance Group** | Great American Insurance Group and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Greene's Energy Group, LLC** | Greene'S Energy Group, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Gyrodata, Inc.** | Gyrodata, Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hanover Insurance Company** | Hanover Insurance Company and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| **Highland Capital / Highland Capital Management, L.P.** | Highland Capital / Highland Capital Management, L.P. and certain of its affiliates are a current or former clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Houlihan Lokey Capital Inc.** | Houlihan Lokey Capital Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hub International Gulf South Limited** | Hub International Gulf South Limited and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Hudson Products Corp.** | Hudson Products Corp. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |

11

| | |
|---|---|
| **Hyatt Regency Lost Pines Resort and Spa** | Hyatt Regency Lost Pines Resort and Spa and certain of its affiliates are a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Impact Selector Inc.** | Impact Selector Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Internal Revenue Service** | Internal Revenue Service and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |
| **Invesco** | Invesco and certain affiliates are a current or former client or referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Iron Mountain** | Iron Mountain and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Jefferies Holdings** | Jefferies Holdings and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Jefferies LLC** | Jefferies LLC and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Jerad Bloom** | Jerad Bloom is a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Jo Ann Harris** | Jo Ann Harris is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Joel Davenport** | Joel Davenport and certain of its affiliates aris a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **John P. Seeger** | John P. Seeger is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **John Smith** | John Smith is a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Jurlean Garrett Hill** | Jurlean Garrett Hill is a current or former referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Juston Tucker** | Juston Tucker is a current or former advisory clients and referral source of the Riveron in connection with situations unrelated to the Debtors. |
| **Kosmos Energy Gulf of Mexico Operations, LLC** | Kosmos Energy Gulf Of Mexico Operations, LLC and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **KPMG LLP** | KPMG LLP and certain of its affiliates are a current or former auditor of the Riveron and a referral source in connection with situations unrelated to the Debtors. |
| **Lee Hecht Harrison LLC** | Lee Hecht Harrison LLC and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

12

| | |
|---|---|
| **Lime Rock Resources** | Lime Rock Resources and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Linear Controls Inc.** | Linear Controls Inc. and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Macquarie Group** | Macquarie Group and certain of its affiliates are a current or former advisory clients and referral sources of the Riveron in connection with situations unrelated to the Debtors. |
| **Mario Rios** | Mario Rios is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mark Wilson** | Mark Wilson is  a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Melba Trahan** | Melba Trahan and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Mercer** | Mercer and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Mercer (US) Inc.** | Mercer (US) Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Michael James Lee** | Michael James Lee is a current or former referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Michael Yearick** | Michael Yearick is a  current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mike Sullivan** | Mike Sullivan is a current or former advisory client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Mike Sullivan, Tax Assessor-Collector (TX)** | Mike Sullivan, Tax Assessor- Collector (TX) is a current or former advisory clients and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Monroe Capital Management LLC** | Monroe Capital Management LLC and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Morgan Stanley** | Morgan Stanley and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Nexbank** | Nexbank and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Northwestern Mutual Life** | Northwestern Mutual Life and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Northwestern Mutual Life Insurance Company** | Northwestern Mutual Life Insurance Company and certain of its affiliates are a current or former vendor of the Riveron in connection with situations unrelated to the Debtors. |

13

| Oaktree Capital | Oaktree Capital and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Office Depot Inc. | Office Depot Inc. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Opportune LLP | Opportune LLP and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Paradigm | Paradigm and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Permian Tank Manufacturing | Permian Tank Manufacturing is a former client of Riveron in connection with situations unrelated to the Debtors. |
| Pitney Bowes Global Financial | Pitney Bowes Global Financial and certain of its affiliates are a current or former vendor ofRiveron in connection with situations unrelated to the Debtors. |
| Pricewaterhousecoopers LLP | Pricewaterhousecoopers LLP and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Quorum Business Solutions (USA), Inc. | Quorum Business Solutions (USA), Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Quorum Business Solutions, Inc. | Quorum Business Solutions, Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Reorg Research Limited | Reorg Research Limited and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| Resman AS | Resman AS and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Rignet Inc. | Rignet Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Riverstone | Riverstone and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Riverstone Holdings LLC | Riverstone Holdings LLC and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Robert D. Abell | Robert D. Abell and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| Robert Half Technology | Robert Half Technology and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |

61542/0001-21316974v2

| | |
|---|---|
| **Royce Anderson** | Royce Anderson and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Ryan, LLC** | Ryan, LLC and certain of its affiliates are a current or former referral source of the Riveron in connection with situations unrelated to the Debtors. |
| **Sentry Insurance A Mutual Company C/O Invesco Senior Secured Mgmt. Inc.** | Sentry Insurance A Mutual Company C/O Invesco Senior Secured Mgmt. Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Southcross Energy** | Southcross Energy and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Stallion Oilfield Services Ltd.** | Stallion Oilfield Services Ltd. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Stifel Financial Corp.** | Stifel Financial Corp. and certain of its affiliates are a current or former referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Superior Energy Services LLC** | Superior Energy Services LLC and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Tenneco Oil Company** | Tenneco Oil Company and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Texas Comptroller Of Public Accounts** | Texas Comptroller Of Public Accounts and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **The Carlyle Group L.P.** | The Carlyle Group L.P. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **The Goldman Sachs Group, Inc.** | The Goldman Sachs Group, Inc. and certain of its affiliates are a current or former clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **The Hanover Insurance Company** | The Hanover Insurance Company and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Tiffanye Brooks** | Tiffanye Brooks and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Total Safety U.S., Inc.** | Total Safety U.S., Inc. and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |
| **Trinity Consultants Inc.** | Trinity Consultants Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Tripoint** | Tripoint and certain of its affiliates are a current or former advisory clients and referral sources of Riveron in connection with situations unrelated to the Debtors. |

15

| | |
|---|---|
| **U.S. Internal Revenue Service ("IRS")** | U.S. Internal Revenue Service ("IRS") and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Uline, Inc.** | Uline, Inc. and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **United States Treasury** | United States Treasury and certain of its affiliates are a current or former vendor of Riveron in connection with situations unrelated to the Debtors. |
| **Waste Management, Inc.** | Waste Management, Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Weatherford International** | Weatherford International and certain of its affiliates are a current or former referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Weaver** | Weaver and certain of its affiliates are a current or former advisory clients and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Wells Fargo Financial Leasing Inc.** | Wells Fargo Financial Leasing Inc. and certain of its affiliates are a current or former client and referral source of Riveron in connection with situations unrelated to the Debtors. |
| **Whitley Penn LLP** | Whitley Penn LLP and certain of its affiliates are a current or former vendor and referral source of Riveron in connection with situations unrelated to the Debtors. |

16

**Schedule 4**

**HIG Funds**

H.I.G. Advantage Buyout Fund, L.P.

H.I.G. Bayside Debt & LBO Fund II, L.P.

H.I.G. Brazil & Latin America Partners, L.P.H.I.G. Capital Partners II, L.P.

H.I.G. Capital Partners III, L.P.

H.I.G. Capital Partners IV, L.P.

H.I.G. Capital Partners V, L.P.

H.I.G. Europe Capital Partners, L.P.

H.I.G. Europe Capital Partners II, L.P.

H.I.G. Growth Buyouts & Equity Fund II, L.P.

H.I.G. Growth Buyouts & Equity Fund III, L.P.

H.I.G. Middle Market LBO Fund II, L.P.

H.I.G. Middle Market LBO Fund III, L.P.

rive

17

# EXHIBIT C

## (Indemnification Provisions)

In the event that Conway MacKenzie, LLC. ("Conway MacKenzie") or any of its affiliates, partners, officers, directors, shareholders, agents, employees or controlling persons (collectively, the "Indemnified Persons" and each, an "Indemnified Person") becomes involved in any capacity in any claim, action, proceeding or investigation (collectively, "Actions") brought by or against any person, including equity holders of the Debtor, in connection with or as a result of Conway MacKenzie's engagement as financial advisor to the Official Unsecured Creditors' Committee (the "Committee"), the Debtors periodically will advance to the Indemnified Persons amounts necessary to pay their reasonable out-of-pocket legal and other expenses (including the cost of any investigation and preparation) incurred in connection therewith; provided, however, that if it is finally found (in a non-appealable judgment) by a court of competent jurisdiction that any loss, claim, judgment, damage or liability of an Indemnified Person has resulted primarily from the gross negligence or willful misconduct of such Indemnified Person in performing the services on behalf of the Committee, such Indemnified Person shall repay such portion of the advanced amounts that is attributable to expenses incurred in relation to the act or omission of such Indemnified Person that is the subject of such non-appealable judgment. The Debtors also will indemnify and hold the Indemnified Persons harmless from and against any and all losses, claims, judgments, damages or liabilities to which such Indemnified Person may become subject under any applicable law, or otherwise, that is related to, arising out of, or in connection with Conway MacKenzie's engagement on behalf of the Committee and without regard to the exclusive or contributory negligence of any Indemnified Person except to the extent that it is finally found (in a non-appealable judgment) that any such loss, claim, damage of liability resulted primarily from the gross negligence, willful misconduct or bad faith of the Indemnified Persons in performing the services on behalf of the Committee.

Upon receipt by an Indemnified Person of actual notice of an Action against such Indemnified Person with respect to which indemnity may be sought, such Indemnified Person shall promptly notify the Debtors in writing; provided that failure to so notify the Debtors shall not relieve the Debtors from any liability that the Debtors may have on account of this indemnity or otherwise, except to the extent the Debtors shall have been materially prejudiced by such failure. The Debtors shall, if requested by the Indemnified Person, assume the defense of any such Action, including the employment of counsel reasonably satisfactory to the Indemnified Person. An Indemnified Person may retain separate counsel to represent it in the defense of any Action, which shall be at the expense of the Debtors if (i) the Indemnified Party does not request the Debtors to assume the defense of any such Action or the Debtors does not assume the defense of the Action within a reasonable period of time after being requested to assume the defense of the Action, or (ii) the Indemnified Person is advised by counsel in writing that there is an actual or potential conflict in the Debtors' and the Indemnified Person's respective interests or additional defenses are available to the Indemnified Person, which makes representation by the same counsel inappropriate; provided that in no event shall the Debtors be obligated to pay expenses for more than one counsel in any one jurisdiction for all Indemnified Persons in connection with any Action.

No Indemnified Person shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Debtors or its equity holders or creditors related to, arising out of, or in connection with, advice or services rendered or to be rendered by any Indemnified Person on behalf of the Committee, the transactions contemplated in this Case or any Indemnified Person's actions or inactions in connection with any such advice, services or transactions except to the extent any loss, claim, judgment, damage or liability is finally found (in a non-appealable judgment) by a court of competent jurisdiction to have resulted from the Indemnified Person's gross negligence or willful misconduct.

If for any reason, the foregoing indemnification is unavailable to an Indemnified Person or insufficient to hold it harmless, then the Debtors shall contribute to the amount paid or payable by the Indemnified Person as a result of such loss, claim, damage or liability in such proportion as is appropriate to reflect (i) the relative economic benefits to the Debtors and its equity holders, on the one hand, and to the Indemnified Persons, on the other hand, of the matters covered by this engagement; or (ii) if the allocation provided by the immediately preceding clause is not permitted by applicable law, not only such relative economic benefits but also the relative fault of the Debtors, on the one hand, and the Indemnified Persons, on the other hand, with respect to such loss, claim, damage or liability and any other relevant equitable considerations.  For purposes of this paragraph, the relative economic benefits to the Indemnified Persons of the matters contemplated on behalf of the Committee, shall be deemed to be the fees paid or to be paid to Conway MacKenzie; provided, however, that, to the extent permitted by applicable law, in no event shall the Indemnified Persons be required to contribute an aggregate amount in excess of the aggregate fees actually paid to Conway MacKenzie.

The reimbursement, indemnity and contribution obligations of the Debtors in this Exhibit C shall be in addition to any liability which the Debtors may otherwise have, shall extend upon the same terms and conditions to any affiliate of the Indemnified Persons, and shall be binding upon and inure to the benefit of any successors, heirs and personal representatives of the Debtors, the Indemnified Persons, any such affiliate and any such person.

The Debtors shall not be required to indemnify an Indemnified Person for any amount paid or payable by the Indemnified Person in the settlement of any action, proceeding or investigation without the written consent of the Debtors, which consent shall not be unreasonably withheld.

61542/0001-21316974v2

**<u>Exhibit B</u>**

**Retention Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
10/16/2020

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY**
**MACKENZIE, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS RETROACTIVE TO AUGUST 20, 2020**

Upon the *Official Committee of Unsecured Creditor' Application for an Order Authorizing*

*the Retention and Employment of Conway MacKenzie, LLC, as Financial Advisor, Retroactive to*

*August 20, 2020* (the "Application"),[2]  filed on September 18, 2020 and upon consideration of

the Declaration of John T. Young, Jr. filed in support thereof (the "Young Declaration"); and the

Court being satisfied with the representations made in the Application and the Young Declaration

that Conway MacKenzie is a disinterested person to the extent required by Bankruptcy Code

section 101(14), that Conway MacKenzie represents no interest adverse to any of the Debtors'

estates and that Conway MacKenzie's employment is necessary and in the best interests of the

Debtors, their creditors, the Committee, and all parties in interest; and it appearing that proper and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefore, it is hereby:

ORDERED, that, pursuant to Bankruptcy Code sections 328(a), 330, and 1103, the Committee is authorized to employ and retain Conway MacKenzie as financial advisor effective as of August 20, 2020, pursuant to and on the terms and conditions set forth in the Application, which is hereby approved in all respects, as modified by this Order.  In the alternative, to the extent retention of Conway MacKenzie as of August 20, 2020 is not permitted under applicable law, Conway MacKenzie shall be retained as of the earliest date permitted under law; provided, however, that Conway MacKenzie may seek compensation for work performed and expenses incurred as of and after August 20, 2020 even where the effective date of its retention occurs thereafter.  Subject to Court approval, Conway MacKenzie may be compensated for services rendered and reimbursed for expenses incurred beginning on August 20, 2020; and it is further

ORDERED, that the Indemnifications Provisions identified on **Exhibit C** to the Application are hereby approved; subject to the following:

(a)     Conway MacKenzie shall not be entitled to indemnification, contribution or reimbursement pursuant to the Application, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;

(b)     The Debtors shall have no obligation to indemnify Conway MacKenzie, or provide contribution or reimbursement to Conway MacKenzie, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from Conway MacKenzie's gross negligence, willful misconduct, fraud, breach of fiduciary duty, if any, bad faith or self-dealing, or (ii) settled prior to a judicial determination as to Conway MacKenzie's gross negligence, willful misconduct, breach of fiduciary duty,  bad faith or self-dealing but determined by this Court, after notice and a hearing to be a claim or expense for which Conway MacKenzie should not receive

2

indemnity, contribution or reimbursement under the terms of the Indemnification Provisions as modified by this Order; and

(c)    If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these Cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, Conway MacKenzie believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Indemnification Provisions (as modified by this Application), including without limitation the advancement of defense costs, Conway MacKenzie must file an application therefore in this Court, and the Debtors may not pay any such amounts to Conway MacKenzie before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Conway MacKenzie for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify Conway MacKenzie. All parties in interest shall retain the right to object to any demand by Conway MacKenzie for indemnification, contribution or reimbursement; and it is further

ORDERED that Conway MacKenzie shall file interim and final fee applications for allowance of its compensation and expenses subject to the jurisdiction and approval of this Court under section 328(a) of the Bankruptcy Code and in accordance with the Bankruptcy Rules, the Local Rules, the guidelines established by the Office of the U.S. Trustee, and any applicable orders of the Court.  The fees payable to Conway MacKenzie shall be subject to review only pursuant to the standards set forth in section 328(a) of the Bankruptcy Code and shall not be subject to the standard of review set forth in section 330 of the Bankruptcy Code, provided, however, that the U.S. Trustee shall retain the right to object to the fees payable to Conway MacKenzie based on the reasonableness standard provided for in section 330 of the Bankruptcy Code. For billing purposes, Conway MacKenzie shall keep its time in one tenth (1/10) hour increments in accordance with the US Trustee Guidelines; and it is further

ORDERED that Conway MacKenzie shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the hourly rates set forth in the Application are implemented. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

ORDERED that in the event that, during the pendency of these cases, Conway MacKenzie seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be included in Conway MacKenzie's fee applications and such invoices and time records shall be in compliance with the Local Rules, and shall be subject to the U.S. Trustee Guidelines and approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327; provided, however, that Conway MacKenzie shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of Conway MacKenzie's fee applications in these bankruptcy cases; and it is further

ORDERED that notwithstanding anything in the Application to the contrary, to the extent that Conway MacKenzie uses the services of non-affiliated independent or third party contractors or subcontractors (the "Contractors") in these cases and Conway MacKenzie seeks to pass through the fees and/or costs of the Contractors to the Debtors, Conway MacKenzie shall (i) pass through the fees of such Contractors to the Debtors at the same rate that Conway MacKenzie pays the Contractors; and (ii) seek reimbursement for actual costs of the Contractors only. In addition,

4

Conway MacKenzie shall ensure that the Contractors perform the conflicts checks and file such disclosures as required by Bankruptcy Code and Bankruptcy Rules; and it is further

ORDERED that Conway MacKenzie will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Conway MacKenzie will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Federal Rules of Bankruptcy Procedure 2014(a); and it is further

ORDERED that to the extent there is inconsistency between the terms of the Application, the Young Declaration and this Order, the terms of this Order shall govern; and it is further

ORDERED that Conway Mackenzie shall use its best efforts, and will coordinate with the Debtors and its other retained professionals, not to duplicate any of the services provided to the Debtors by any of its other retained professionals, and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that to the extent the Committee wishes to expand the scope of Conway MacKenzie's services beyond those services set forth in the Application, or this Order, the Committee shall be required to seek further approval from this Court. The Committee shall file notice of any proposed additional services (the Proposed Additional Services) with the Court and serve such notice on the U.S. Trustee, any official committee appointed in these chapter 11 cases, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection

within 21 days of the Committee filing such notice, the Proposed Additional Services may be

approved by the Court by further order without further notice or hearing; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

ORDERED, that Conway Mackenzie will review its files periodically during the pendency

of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or

arise. If any new relevant facts or relationships are discovered or arise, Conway Mackenzie will

use reasonable efforts to identify such further developments and will promptly file a supplemental

declaration, as required by FED. R. BANKR. P. 2014(a).

Signed: October 16, 2020

Marvin Isgur
United States Bankruptcy Judge

**<u>Exhibit C-1</u>**

**August 20, 2020 through August 31, 2020 Fee Statement**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 20-33948 (MI)** |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | Objection Deadline: October 30, 2020 |
| **Debtors.** | |

## SUMMARY OF FIRST MONTHLY STATEMENT OF CONWAY MACKENZIE, LLC FOR PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 20, 2020 THROUGH AUGUST 31, 2020

| | | |
|---|---|---|
| **Name of Applicant:** | Conway MacKenzie, LLC | |
| **Applicant's Role in Case:** | Financial Advisor to Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | October 16, 2020 (Retroactive to August 20, 2020) [Docket No. 472] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 8/20/2020 | 8/31/2020 |
| **Time period covered by prior Applications:** | No prior applications | No prior applications |
| **Total amounts requested in all prior Applications:** | | No prior applications |
| **Total fees requested in this Application:** | | $203,702.00 (80% of $254,627.50) |
| **Total professional fees requested in this Application:** | | $254,447.50 |
| **Total actual professional hours covered by this Application:** | | 358.8 |
| **Average hourly rate for professionals:** | | $708.09 |
| **Total paraprofessional fees requested in this application:** | | $180.00 |

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| **Total actual paraprofessional hours covered by this Application:** | 0.8 |
|---|---|
| **Average hourly rate for paraprofessionals:** | $225.00 |
| **Reimbursable expenses sought in this application:** | $1,963.75 |
| **Indicate whether plan has been confirmed:** | No |

This is a __X__ monthly ___ interim ___ final application.

The Conway MacKenzie, LLC professionals who rendered services in these cases during the First Application Period are:

| Professional | Title | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,285.00 | 34.5 | $44,332.50 |
| Paul F. Jansen | Managing Director | $1,025.00 | 45.2 | $46,330.00 |
| Dan W. Johnson | Managing Director | $845.00 | 9.1 | $7,689.50 |
| Elizabeth B. Curry | Director | $750.00 | 0.5 | $375.00 |
| Ben J. Slusarchuk | Director | $725.00 | 39.2 | $28,420.00 |
| Campbell C. Hughes | Director | $725.00 | 9.6 | $6,960.00 |
| Andrew J. Bekker | Director | $725.00 | 38.3 | $27,767.50 |
| Chase G. Hood | Senior Associate | $570.00 | 37.6 | $21,432.00 |
| Arjun N. Patel | Senior Associate | $570.00 | 15.1 | $8,607.00 |
| Andrew B. Blanchard | Senior Associate | $570.00 | 46.0 | $26,220.00 |
| M.V. Ward | Senior Associate | $520.00 | 24.8 | $12,896.00 |
| Matthew A. Sonnier | Analyst | $420.00 | 14.9 | $6,258.00 |
| Christopher A. Winter | Analyst | $390.00 | 44.0 | $17,160.00 |
| Natalie J. Klein | Administrative Assistant | $225.00 | 0.8 | $180.00 |
| | | | | |
| **Total Hours and Fees** | | | **359.6** | **$254,627.50** |
| **Blended Rate** | | $    708.09 | | |

The total hours and fees incurred, by Task Code, during the First Application Period are:

| Task Code | Hours | Amount |
|---|---|---|
| Cash Flow Analysis/Reporting | 144.7 | $101,982.50 |
| Business Analysis | 102.1 | $71,179.00 |
| Asset Analysis and Recovery | 36.6 | $31,462.00 |
| Asset Disposition | 19.9 | $15,601.50 |
| Fee/Employment Applications | 24.3 | $12,546.50 |
| Meetings and Communications | 10.1 | $8,782.50 |
| Case Administration | 11.6 | $7,389.50 |
| Employee Matters | 10.3 | $5,684.00 |
| | | |
| **Total** | **359.6** | **$254,627.50** |

The total amounts of expenses, by expense type, during the First Application Period are:

| Expense Category | Amount |
|---|---|
| Software | $1,963.75 |
|  |  |
| **Total** | **$1,963.75** |

Expense detail by professional during the First Application Period are:

| Date | Expense Category | Description | Amount |
|---|---|---|---|
| 8/30/2020 | Software | Mapping of oil and gas assets | $1,963.75 |
| | | | |
| **Total** | | | **$1,963.75** |

Time detail by professional during the First Application Period are:

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/25/20 | Andrew J. Bekker | Asset Analysis and Recovery | Review and analysis of First Day Declaration in order to assess P&A obligations | 0.4 |
| 8/25/20 | John T. Young, Jr. | Asset Analysis and Recovery | Review research of GOM transactions in last 18 months for guideline transactions analysis | 1.6 |
| 8/25/20 | John T. Young, Jr. | Asset Analysis and Recovery | Review research regarding legacy owners and potential P&A liabilities | 2.1 |
| 8/26/20 | Paul F. Jansen | Asset Analysis and Recovery | Call with F. Merola (Stroock) regarding storm and potential impact on debtors | 0.2 |
| 8/26/20 | Paul F. Jansen | Asset Analysis and Recovery | Call with J. Bloom (Fieldwood) to discuss impact of storm on operations | 0.4 |
| 8/26/20 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of emails to committee related to CM findings regarding storm preparation and potential damages | 1.4 |
| 8/26/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | External call with HL (D. Crowley) to discuss hurricane damage and insurance coverage | 0.3 |
| 8/26/20 | John T. Young, Jr. | Asset Analysis and Recovery | Review and analysis of Apache Term Sheet and amendments | 2.2 |
| 8/26/20 | John T. Young, Jr. | Asset Analysis and Recovery | Review and analysis of Apache trust documents for Trusts A and B | 2.0 |
| 8/26/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review and analysis of Restructuring Support Agreement and Apache Term Sheet | 1.9 |
| 8/26/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review of First Day Motions as it relates to insurance coverage and surety bonds for hurricane damage | 1.5 |
| 8/27/20 | Paul F. Jansen | Asset Analysis and Recovery | Analysis of GOM damages and production forecast | 1.4 |
| 8/27/20 | John T. Young, Jr. | Asset Analysis and Recovery | Email correspondence with B. Slusarchuk regarding storm damage update from HL | 0.4 |
| 8/27/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | External call with HL (D. Crowley) to discuss hurricane damage and Deepwater Sales process | 0.2 |
| 8/27/20 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Debtors' management presentation related to the Deepwater assets | 2.1 |
| 8/27/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review and analysis of Deepwater Assets Management Presentation | 2.6 |
| 8/27/20 | Paul F. Jansen | Asset Analysis and Recovery | Review and analysis of Fieldwood Deepwater operating model | 1.8 |
| 8/27/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review and analysis of HL storm damage information and drafting of storm update email for the UCC | 1.1 |
| 8/28/20 | Chase G. Hood | Asset Analysis and Recovery | Drafting of analysis and demonstratives related to the commodity market for sales process update | 1.8 |
| 8/28/20 | Matthew A. Sonnier | Asset Analysis and Recovery | Prepare analysis summarizing WTI and HH forward curves and consensus forecasts | 0.9 |
| 8/28/20 | Chase G. Hood | Asset Analysis and Recovery | Research related to HH and WTI spot pricing and forward curves | 0.8 |
| 8/28/20 | Andrew J. Bekker | Asset Analysis and Recovery | Review and analysis of insurance motion in order to determine diligence items required to assess storm damage impact | 0.2 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/28/20 | Arjun N. Patel | Asset Analysis and Recovery | Review and analysis of insurance motion to understand mechanics of Named Windstorm Insurance policies | 1.0 |
| 8/28/20 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review of analysis of Debtors' production model | 0.4 |
| 8/29/20 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of analysis related to potential impact of hurricane on cash flow and operations | 0.9 |
| 8/31/20 | Arjun N. Patel | Asset Analysis and Recovery | Drafting of findings from review of insurance motion related to storm analysis | 1.1 |
| 8/31/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | External call with HL (D. Crowley) to discuss hurricane damage, Deepwater Sales process and PEO materials | 0.3 |
| 8/31/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Preparation of diligence questions for HL/Alix pertaining to APA SpinCo and Non-APA SpinCo | 0.9 |
| 8/31/20 | Matthew A. Sonnier | Asset Analysis and Recovery | Prepare analysis summarizing WTI and HH forward curves and consensus forecasts as of petition date | 0.9 |
| 8/31/20 | M.V. Ward | Asset Analysis and Recovery | Review and analysis of Fieldwood economic interest in Fieldwood Energy E&P Mexico, S. de R.L. de C.V. | 0.9 |
| 8/31/20 | Elizabeth B. Curry | Asset Analysis and Recovery | Review and analysis of production and reserve data provided by Debtor | 0.5 |
| 8/31/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review and edits to final UCC weekly presentation | 1.2 |
| 8/31/20 | Ben J. Slusarchuk | Asset Analysis and Recovery | Review and edits to storm damage presentation for the UCC | 1.2 |
| 8/26/20 | Ben J. Slusarchuk | Asset Disposition | Review and analysis of First Day Declaration with respect to Capital Structure and Deepwater Sales process | 2.2 |
| 8/26/20 | John T. Young, Jr. | Asset Disposition | Review and analysis of sales process updates and parties involved | 1.3 |
| 8/27/20 | Chase G. Hood | Asset Disposition | Drafting of analysis and presentation for Committee regarding the Deepwater sales process update | 2.6 |
| 8/27/20 | Chase G. Hood | Asset Disposition | Review and analysis of Debtors' Deepwater acquisition opportunity teaser | 0.7 |
| 8/27/20 | Ben J. Slusarchuk | Asset Disposition | Review and analysis of Deepwater Assets Teaser and Bid Process Letter | 0.7 |
| 8/27/20 | John T. Young, Jr. | Asset Disposition | Review and analysis of sales process teaser | 0.5 |
| 8/28/20 | Ben J. Slusarchuk | Asset Disposition | Initial drafting of sales process update presentation for the UCC | 1.7 |
| 8/30/20 | Ben J. Slusarchuk | Asset Disposition | Supervisory review and edits to sales process update presentation for the UCC | 1.4 |
| 8/30/20 | John T. Young, Jr. | Asset Disposition | Supervisory review of UCC presentation with focus on slides summarizing sales process | 0.9 |
| 8/31/20 | Paul F. Jansen | Asset Disposition | Call with JP Hanson (HL) regarding M&A process | 0.2 |
| 8/31/20 | John T. Young, Jr. | Asset Disposition | Email correspondence with P. Jansen (CM) related to sales process | 0.3 |
| 8/31/20 | Chase G. Hood | Asset Disposition | Further drafting of updates to sales process deck and commodity dashboard for weekly UCC meeting | 1.9 |
| 8/31/20 | Ben J. Slusarchuk | Asset Disposition | Review and edits to sales process presentation for the UCC | 1.9 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/31/20 | Paul F. Jansen | Asset Disposition | Supervisory review and analysis of sales process update | 0.8 |
| 8/31/20 | Campbell C. Hughes | Asset Disposition | Supervisory review and revisions to sales process update for Committee presentation | 2.8 |
| 8/20/20 | Chase G. Hood | Business Analysis | Review and analysis of Dane declaration in support of first day motions for general case background information | 2.1 |
| 8/20/20 | Ben J. Slusarchuk | Business Analysis | Review and analysis of first day declaration for case background | 2.3 |
| 8/20/20 | Chase G. Hood | Business Analysis | Review and analysis of Reorg and Debtwire research for general case background information | 1.8 |
| 8/20/20 | Campbell C. Hughes | Business Analysis | Review and analyze first day declaration in support of chapter 11 cases to understand initial facts of the case | 1.8 |
| 8/21/20 | Chris A. Winter | Business Analysis | Drafting of edits to first day motion presentation and formatting | 1.0 |
| 8/21/20 | Paul F. Jansen | Business Analysis | Drafting of email to Strook regarding first day motions | 0.8 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Further review and analysis of insurance and sureties motion for presentation | 1.1 |
| 8/21/20 | Chase G. Hood | Business Analysis | Initial drafting of deck for first day motion review and analysis | 1.6 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Internal CM Call (C. Hood, M. Sonnier) to discuss first day motion presentation | 0.2 |
| 8/21/20 | Chase G. Hood | Business Analysis | Internal CM Call (C. Hood, M. Sonnier) to discuss first day motion presentation | 0.2 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Internal CM Call (C. Hood, M. Sonnier, C. Winter) to discuss workflows for first day motions | 0.1 |
| 8/21/20 | Chase G. Hood | Business Analysis | Internal CM Call (C. Hood, M. Sonnier, C. Winter) to discuss workflows for first day motions | 0.1 |
| 8/21/20 | Chris A. Winter | Business Analysis | Internal CM Call (C. Hood, M. Sonnier, C. Winter) to discuss workflows for first day motions | 0.1 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Internal CM Call (C. Winter, M. Sonnier) to discuss first day motion presentation | 0.1 |
| 8/21/20 | Chris A. Winter | Business Analysis | Internal CM Call (C. Winter, M. Sonnier) to discuss first day motion presentation | 0.1 |
| 8/21/20 | John T. Young, Jr. | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Campbell C. Hughes | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Chase G. Hood | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/21/20 | Andrew B. Blanchard | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | M.V. Ward | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Andrew J. Bekker | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Chris A. Winter | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Paul F. Jansen | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Dan W. Johnson | Business Analysis | Internal CM Call (J. Young, P. Jansen, M. Ward, D. Johnson, C. Winter, C. Hood, C. Hughes, A. Bekker, A. Blanchard, M. Sonnier) to discuss case overview and workflows | 0.5 |
| 8/21/20 | Chris A. Winter | Business Analysis | Review and analysis of first day motions and case overview | 0.8 |
| 8/21/20 | Chase G. Hood | Business Analysis | Review and analysis of first day motions in support of analysis for UCC | 2.9 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Review and analysis of insurance and sureties motion for inclusion in first day motions presentation | 0.6 |
| 8/21/20 | Ben J. Slusarchuk | Business Analysis | Review and analysis of key items contained within first day motions | 2.1 |
| 8/21/20 | Matthew A. Sonnier | Business Analysis | Review and analysis of worthless stock deduction motion for inclusion in first day motions presentation | 0.2 |
| 8/21/20 | Dan W. Johnson | Business Analysis | Review and analyze company data, research and filings | 1.8 |
| 8/21/20 | Dan W. Johnson | Business Analysis | Review and analyze company wages and employment motion and develop follow-up requests and questions | 1.2 |
| 8/22/20 | Arjun N. Patel | Business Analysis | Review and analysis of first day declaration for case background | 1.0 |
| 8/23/20 | Chris A. Winter | Business Analysis | Compilation of first day motion slides into master presentation | 1.3 |
| 8/23/20 | Dan W. Johnson | Business Analysis | Compile diligence questions and request list for Debtor and advisors | 1.0 |
| 8/23/20 | Andrew B. Blanchard | Business Analysis | Development of diligence listing to be provided to Debtors | 1.1 |
| 8/23/20 | Chris A. Winter | Business Analysis | Drafting of edits and formatting of first day motions presentation | 1.7 |
| 8/23/20 | Chase G. Hood | Business Analysis | Drafting of edits to first day motion presentation and analyses | 2.5 |
| 8/23/20 | Paul F. Jansen | Business Analysis | Drafting of email to S. Millman (Stroock) related to first day motions | 0.3 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/23/20 | Chris A. Winter | Business Analysis | Review and analysis of additional first day motions and compilation of final and interim orders | 2.0 |
| 8/23/20 | Chase G. Hood | Business Analysis | Supervisory review of first day motions presentation and analyses | 1.7 |
| 8/24/20 | John T. Young, Jr. | Business Analysis | Drafting of edits to first day motions presentation | 0.6 |
| 8/24/20 | Matthew A. Sonnier | Business Analysis | Drafting of edits to first day motions presentation | 0.2 |
| 8/24/20 | Paul F. Jansen | Business Analysis | Drafting of email to F. Merola (Stroock) addressing first day motion matters | 0.8 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Finalize First Day Motions presentation and coordinate with Stroock for distribution to the Committee | 0.2 |
| 8/24/20 | Chase G. Hood | Business Analysis | Further review and analysis of cash management motion in relation to Debtors' account control agreement and securitization of accounts | 0.8 |
| 8/24/20 | Chase G. Hood | Business Analysis | Internal CM meeting (A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Internal CM meeting (A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |
| 8/24/20 | John T. Young, Jr. | Business Analysis | Preparation for UCC meeting | 0.3 |
| 8/24/20 | Ben J. Slusarchuk | Business Analysis | Review and analysis of First Day Declaration with respect to RSA and Apache transaction | 2.1 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Review and analysis of size of potential cash payments under Insurance and Surety Programs in First Day Motion presentation to the Committee | 0.4 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Review and analysis of Stroock memo on First Day Motions for the Committee with First Day Motions presentation in order to ensure alignment for recommendations | 0.4 |
| 8/24/20 | Dan W. Johnson | Business Analysis | Review and analyze certain first day motions in connection with CM first day motion analyses and presentation to UCC | 2.1 |
| 8/24/20 | Dan W. Johnson | Business Analysis | Review and draft comments in connection with first day motion analyses and presentation | 1.8 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Revise First Day Motion presentation with focus on KERP and Severance payments | 0.5 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Revise summary of interim and final orders in First Day Motions presentation to the Committee | 0.7 |
| 8/24/20 | John T. Young, Jr. | Business Analysis | Supervisory review of diligence list | 0.2 |
| 8/24/20 | John T. Young, Jr. | Business Analysis | Supervisory review of draft first day motions presentation and supporting analyses | 0.8 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Supervisory review of First Day Motions presentation for the Committee | 1.5 |
| 8/24/20 | John T. Young, Jr. | Business Analysis | Supervisory review of UCC presentation and supporting analyses | 0.7 |
| 8/24/20 | Chase G. Hood | Business Analysis | Update analysis of insurance policies for first day motion deck | 0.9 |
| 8/24/20 | Chase G. Hood | Business Analysis | Update first day motions deck for Committee to incorporate senior review comments | 2.4 |
| 8/24/20 | Andrew J. Bekker | Business Analysis | Update First Day Motions presentation to incorporate Post-petition Hedge Motion final order | 0.8 |
| 8/25/20 | Andrew B. Blanchard | Business Analysis | Development of peer group model and net asset value models | 0.8 |

| Date | Professional | Task | Description | Hours |
|------|--------------|------|-------------|-------|
| 8/25/20 | Paul F. Jansen | Business Analysis | Drafting of case review notes and allocation to CM Team | 1.8 |
| 8/25/20 | Ben J. Slusarchuk | Business Analysis | Initial review of competitor First Day Declaration to research market trends | 1.9 |
| 8/25/20 | Ben J. Slusarchuk | Business Analysis | Initial review of reserve reports | 2.3 |
| 8/25/20 | Ben J. Slusarchuk | Business Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, A Bekker) to discuss workstreams and case updates | 0.5 |
| 8/25/20 | Andrew J. Bekker | Business Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, A Bekker) to discuss workstreams and case updates | 0.5 |
| 8/25/20 | Paul F. Jansen | Business Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, A Bekker) to discuss workstreams and case updates | 0.5 |
| 8/25/20 | Andrew J. Bekker | Business Analysis | Preparation for weekly Committee call | 0.3 |
| 8/25/20 | John T. Young, Jr. | Business Analysis | Preparation for weekly UCC Meeting | 0.8 |
| 8/25/20 | Andrew B. Blanchard | Business Analysis | Research related to asset overview | 1.7 |
| 8/25/20 | John T. Young, Jr. | Business Analysis | Review and analysis of CM case workplan by professional and provide comments to CM Team (P. Jansen and A. Bekker) | 0.7 |
| 8/25/20 | Matthew A. Sonnier | Business Analysis | Review and analysis of First Day Declaration for case background | 2.1 |
| 8/25/20 | John T. Young, Jr. | Business Analysis | Review of First Day Declaration in relation to P&A liabilities | 1.3 |
| 8/25/20 | Paul F. Jansen | Business Analysis | Supervisory review of and draft comments related to UCC presentation | 1.7 |
| 8/26/20 | Chase G. Hood | Business Analysis | Drafting of email to counsel regarding first day motions analysis and related to diligence requests | 0.9 |
| 8/26/20 | John T. Young, Jr. | Business Analysis | Email correspondence with A. Bekker (CM) regarding initial review of data room and additional data to request | 0.4 |
| 8/26/20 | Chase G. Hood | Business Analysis | Initial review and analysis of data room to determine items uploaded related to relevant workstreams | 1.4 |
| 8/26/20 | Andrew J. Bekker | Business Analysis | Prepare due diligence updates for Debtors | 0.5 |
| 8/26/20 | Andrew J. Bekker | Business Analysis | Review and analysis of First Day Declaration in order to analyze prepetition capital structure | 0.5 |
| 8/26/20 | John T. Young, Jr. | Business Analysis | Review and analysis of NDA received from counsel | 0.6 |
| 8/26/20 | Paul F. Jansen | Business Analysis | Review of and revisions to NDA | 1.1 |
| 8/27/20 | Chris A. Winter | Business Analysis | Drafting of cash flow analysis template | 2.0 |
| 8/27/20 | Paul F. Jansen | Business Analysis | Drafting of memo to F. Merola (Stroock) regarding First Day Motions | 1.7 |
| 8/27/20 | Ben J. Slusarchuk | Business Analysis | Initial review of public offshore industry research | 1.4 |
| 8/27/20 | Ben J. Slusarchuk | Business Analysis | Review and analysis of First Day Declaration | 2.3 |
| 8/27/20 | Andrew J. Bekker | Business Analysis | Review and analysis of Insurance motion in order to assess potential storm damage expense risk mitigation strategy | 0.6 |
| 8/27/20 | John T. Young, Jr. | Business Analysis | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |
| 8/27/20 | Chase G. Hood | Business Analysis | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |

| Date | Professional | Task | Description | Hours |
|------|------------|------|-------------|-------|
| 8/27/20 | Andrew J. Bekker | Business Analysis | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |
| 8/27/20 | Paul F. Jansen | Business Analysis | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, A. Bekker, C. Hood) to discuss first day motions analysis | 0.3 |
| 8/27/20 | Chris A. Winter | Business Analysis | Updates to data and diligence request tracker with received documents in virtual data room | 2.3 |
| 8/28/20 | Chris A. Winter | Business Analysis | Drafting of analysis of Deepwater operating model | 1.7 |
| 8/28/20 | Ben J. Slusarchuk | Business Analysis | Review and analysis of Deepwater operating model | 1.6 |
| 8/30/20 | Chase G. Hood | Business Analysis | Drafting of updates to sales process deck for UCC to incorporate supervisory review comments from B. Slusarchuk | 0.7 |
| 8/31/20 | Andrew J. Bekker | Business Analysis | Prepare list of open issues and questions for weekly professionals discussion with Debtors' advisors | 0.3 |
| 8/31/20 | M.V. Ward | Business Analysis | Review and analysis of August 24, 2020 Hearing audio | 0.2 |
| 8/31/20 | M.V. Ward | Business Analysis | Review and analysis of Compensation Procedures motion for fee statement objection deadlines and key milestones | 0.8 |
| 8/31/20 | M.V. Ward | Business Analysis | Review and analysis of first day motions for objection deadlines | 1.4 |
| 8/31/20 | Andrew J. Bekker | Business Analysis | Supervisory review and incorporate updates into the weekly update presentation for the Committee | 1.0 |
| 8/31/20 | Andrew J. Bekker | Business Analysis | Supervisory review of weekly presentation to the Committee and prepare updates based on edits from Stroock | 1.2 |
| 8/20/20 | John T. Young, Jr. | Case Administration | Initiation of conflict check and review of interested parties list | 0.8 |
| 8/21/20 | Chris A. Winter | Case Administration | Create working group list for CM contacts | 0.5 |
| 8/21/20 | Paul F. Jansen | Case Administration | Drafting of case workplan and share with CM Team | 1.6 |
| 8/21/20 | Campbell C. Hughes | Case Administration | Prepare internal conflict check report and circulate to firm and review same with IT department | 1.2 |
| 8/24/20 | Chris A. Winter | Case Administration | Compilation of UCC distribution items | 0.5 |
| 8/24/20 | Natalie J. Klein | Case Administration | Prepare export of WIP for prior week | 0.4 |
| 8/24/20 | Andrew J. Bekker | Case Administration | Prepare workstream segmentation and assign staffing for Committee professionals | 0.9 |
| 8/25/20 | Andrew J. Bekker | Case Administration | Review and analysis of non-disclosure agreement with Debtors | 0.2 |
| 8/26/20 | Chris A. Winter | Case Administration | Organize internal data room and completion of table of contents | 1.8 |
| 8/26/20 | Chris A. Winter | Case Administration | Upload of virtual data site to internal data room | 1.5 |
| 8/28/20 | Andrew J. Bekker | Case Administration | Prepare updates to internal team staffing and workstream analysis | 0.5 |
| 8/31/20 | M.V. Ward | Case Administration | Internal working session between C. Winter and M. Ward to discuss objection deadlines and teamwide calendar invites | 0.2 |
| 8/31/20 | Chris A. Winter | Case Administration | Internal working session between C. Winter and M. Ward to discuss objection deadlines and teamwide calendar invites | 0.2 |
| 8/31/20 | Natalie J. Klein | Case Administration | Prepare export of WIP for prior week | 0.4 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/31/20 | Andrew J. Bekker | Case Administration | Prepare updates to internal workstream staffing and coordinate required deliverables | 0.2 |
| 8/31/20 | Ben J. Slusarchuk | Case Administration | Review and edits to business plan analysis and sales process workstreams and assigned responsibilities | 0.7 |
| 8/20/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Call with Stroock and CM (J. Young, P. Jansen) to discuss DIP, hedging motion and other case matters | 0.5 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock and CM (J. Young, P. Jansen) to discuss DIP, hedging motion and other case matters | 0.5 |
| 8/20/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Call with Weil, HL, Stroock and CM (J. Young, P. Jansen) to discuss DIP and other case matters | 0.5 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Weil, HL, Stroock and CM (J. Young, P. Jansen) to discuss DIP and other case matters | 0.5 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Communication with Alix regarding hedging motion | 0.3 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Communication with HL regarding hedging motion | 0.6 |
| 8/20/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Review and analysis of Debtors operating assets and production history | 2.1 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of DIP motion | 1.8 |
| 8/20/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and analysis of DIP motion in preparation for call with counsel | 1.1 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of hedge motion | 0.9 |
| 8/20/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of hedge motion objections | 0.5 |
| 8/20/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Review and analysis of hedging motion in preparation for call with counsel | 1.1 |
| 8/20/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and analysis of hedging motion prior to communications with counsel | 0.8 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with F. Merola (Stroock) regarding hedges | 0.1 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Communication with R Albergotti (Alix) regarding hedging motion | 0.4 |
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Compilation of motion to pay taxes and fees analysis in first day motions presentation | 1.4 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to Strook regarding hedges motion and DIP | 0.4 |
| 8/21/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Blanchard, A. Patel, M Ward) to discuss DIP motion analysis | 0.6 |
| 8/21/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Blanchard, A. Patel, M Ward) to discuss DIP motion analysis | 0.6 |
| 8/21/20 | M.V. Ward | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Blanchard, A. Patel, M Ward) to discuss DIP motion analysis | 0.6 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/21/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Blanchard, A. Patel, M Ward) to discuss DIP motion analysis | 0.6 |
| 8/21/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Preparation of materials for the UCC covering various analyses performed on the DIP motion | 2.2 |
| 8/21/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Prepare sensitivity analysis on cash flow budget provided in the DIP motion | 2.3 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare slide summarizing cash management motion | 1.3 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare slide summarizing NOL motion | 1.3 |
| 8/21/20 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Research post-petition hedge orders in other E&P cases | 1.4 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review and analysis of cash management motion for inclusion in first day motions presentation | 0.3 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of DIP budget | 1.1 |
| 8/21/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Review and analysis of DIP motion and associated term sheet | 2.1 |
| 8/21/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and analysis of DIP motion and DIP term sheet | 1.3 |
| 8/21/20 | Chase G. Hood | Cash Flow Analysis/Reporting | Review and analysis of hedging motion in preparation for call with AlixPartners | 0.8 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of interplay between DIP motion and hedge motion | 1.3 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review and analysis of JIB motion for inclusion in first day motions presentation | 0.3 |
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Review and analysis of Motion to Pay Taxes and Fees in connection with FDM deck | 0.5 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review and analysis of post-petition hedging motion for inclusion in first day motions presentation | 0.3 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review and analysis of taxes motion for inclusion in first day motions presentation | 0.2 |
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Review and analysis of the insurance and surety bonds motion in connection with FDM deck | 1.0 |
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Review and analysis of the Motion to pay JIBs, Interest Owners, E&P Operating Expenses, and 503(b)(9) in connection with FDM deck | 1.4 |
| 8/21/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review and analysis of W&T Offshore objection to hedging motion for inclusion in first day motions presentation | 0.1 |
| 8/21/20 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Review and analyze emergency hedge motion | 0.7 |
| 8/21/20 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Review and analyze W&T Offshore objection to hedge motion | 0.4 |
| 8/21/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review DIP Motion in order to prepare DIP sizing analysis and assess 13-week cash flow budget | 0.7 |
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Summarize insurance motion for first day motion presentation | 1.8 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/21/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Summarize interest owner payment motions in first day motion presentation | 2.0 |
| 8/21/20 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, C. Hughes, C. Hood), Alix Partners, and the Debtors to discuss the hedging motion and practices | 0.5 |
| 8/21/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, C. Hughes, C. Hood), Alix Partners, and the Debtors to discuss the hedging motion and practices | 0.5 |
| 8/21/20 | Chase G. Hood | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, C. Hughes, C. Hood), Alix Partners, and the Debtors to discuss the hedging motion and practices | 0.5 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, C. Hughes, C. Hood), Alix Partners, and the Debtors to discuss the hedging motion and practices | 0.5 |
| 8/21/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, C. Hughes, C. Hood) to discuss open items related to the Debtors' hedging motion | 0.3 |
| 8/21/20 | Campbell C. Hughes | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, C. Hughes, C. Hood) to discuss open items related to the Debtors' hedging motion | 0.3 |
| 8/21/20 | Chase G. Hood | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, C. Hughes, C. Hood) to discuss open items related to the Debtors' hedging motion | 0.3 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock and CM (J. Young, P. Jansen, C. Hughes, C. Hood) to discuss open items related to the Debtors' hedging motion | 0.3 |
| 8/21/20 | Chase G. Hood | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock, CM (P. Jansen, C. Hood), AP, and Weil to discuss hedging motion and outstanding issues | 0.3 |
| 8/21/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting with Stroock, CM (P. Jansen, C. Hood), AP, and Weil to discuss hedging motion and outstanding issues | 0.3 |
| 8/22/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Analysis of comparative DIP financings from similar sized cases for benchmarking analysis | 0.8 |
| 8/22/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Drafting of DIP benchmarking analysis presentation for the Committee | 1.7 |
| 8/22/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to F Merola and A Costa (Stroock) related to hedges | 0.8 |
| 8/22/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (A. Patel, A. Blanchard) to discuss DIP benchmarking | 0.3 |
| 8/22/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (A. Patel, A. Blanchard) to discuss DIP benchmarking | 0.3 |
| 8/22/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare demonstrative summarizing adequate assurance deposits by utility type | 1.5 |
| 8/22/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare demonstrative summarizing flow of funds from cash management motion | 1.8 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Prepare summary of limited objections to DIP for Committee presentation | 1.5 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/22/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Research related to hedge motion practices | 1.6 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Acadian Contractors, Inc. | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Archrock Services LP | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Bedrock Petroleum Consultants, LLC | 0.5 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Broussard Brothers, Inc. | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Diverse Safety & Scaffolding, LLC | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Diversified Well Logging, LLC & Tetra Applied Technologies | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Ecopetrol America LLC | 0.3 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by Partco, LLC | 0.2 |
| 8/22/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP filed by W&T Offshore, Inc. | 0.3 |
| 8/22/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and summarize DIP motion and interim order for draft DIP presentation | 1.1 |
| 8/22/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Update analysis of the Debtors' estimated run rate based on the DIP budget | 2.4 |
| 8/23/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Analysis of supporting detail provided for wages motion | 0.2 |
| 8/23/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to F. Merola and A. Costa (Stroock) related to hedges with proposed language | 0.6 |
| 8/23/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Internal CM Call (J. Young, P. Jansen) to discuss proposed changes to hedge motion and strategy | 0.8 |
| 8/23/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Internal CM Call (J. Young, P. Jansen) to discuss proposed changes to hedge motion and strategy | 0.8 |
| 8/23/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Research and review of comparable hedging motions and orders in similarly sized bankruptcy cases | 1.8 |
| 8/23/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of 13-week cash flow budget in order to assess sources / uses of projected liquidity | 0.6 |
| 8/23/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of DIP benchmarking analysis in order to assess reasonableness of sizing, fees and terms of the proposed DIP vs. market comparables | 1.1 |
| 8/23/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of limited objections to the DIP in order to prepare summary analysis on cash flow for DIP presentation to the UCC | 1.3 |
| 8/23/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of communication with A. Perez (Weil) related to hedges and follow-up | 0.6 |
| 8/23/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Supervisory review and analysis of aggregated DIP presentation materials | 0.8 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/23/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Supervisory review of DIP analysis presentation for UCC | 0.9 |
| 8/24/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to A. Costa (Stroock) addressing DIP matters | 1.2 |
| 8/24/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal CM Call (A. Bekker, A. Blanchard, A. Patel, M. Ward) to review DIP analysis and updates for UCC presentation | 0.7 |
| 8/24/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal CM Call (A. Bekker, A. Blanchard, A. Patel, M. Ward) to review DIP analysis and updates for UCC presentation | 0.7 |
| 8/24/20 | M.V. Ward | Cash Flow Analysis/Reporting | Internal CM Call (A. Bekker, A. Blanchard, A. Patel, M. Ward) to review DIP analysis and updates for UCC presentation | 0.7 |
| 8/24/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal CM Call (A. Bekker, A. Blanchard, A. Patel, M. Ward) to review DIP analysis and updates for UCC presentation | 0.7 |
| 8/24/20 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Internal CM Call (M. Sonnier, A. Blanchard) to discuss Fieldwood DIP and First Day Motions | 0.1 |
| 8/24/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal CM Call (M. Sonnier, A. Blanchard) to discuss Fieldwood DIP and First Day Motions | 0.1 |
| 8/24/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare updated requests related to DIP analysis for due diligence list | 0.3 |
| 8/24/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and analysis of competing DIP proposals and drafting analysis of takeaways for DIP presentation | 1.6 |
| 8/24/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP motion filed by Kilgore Marine | 0.2 |
| 8/24/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP motion filed by Louisiana Safety Systems, Inc. | 0.3 |
| 8/24/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of limited objection to DIP motion filed by Sheldon Independent School District | 0.3 |
| 8/24/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Update DIP analysis and presentation to incorporate senior review comments from A. Bekker | 0.6 |
| 8/24/20 | M.V. Ward | Cash Flow Analysis/Reporting | Update summary of limited objections for Committee presentation | 0.5 |
| 8/24/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to projected liquidity analysis based on internal feedback | 1.8 |
| 8/26/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analysis of E&P opex, JIB and interest payments within DIP model | 2.1 |
| 8/26/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analysis of supporting schedules in the excel cash flow model provided by the Debtors | 1.5 |
| 8/26/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Coordinate internal workstreams in order to assess DIP financing and sale process issues | 1.1 |
| 8/26/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Correspondence with counsel regarding hedging motion and CM proposal | 0.7 |
| 8/26/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to S. Millman (Stroock) addressing hearing objections | 1.4 |
| 8/26/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Prepare CM proposed revisions to hedging motion | 0.9 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/26/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Pricing sensitivities run on cash flow model provided to assess liquidity impact | 1.6 |
| 8/26/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Research related to draft objections to second day motions | 1.6 |
| 8/26/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review analysis of sensitivities built into Deepwater model and potential effects of hurricane on liquidity | 1.9 |
| 8/26/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and analysis of backstop, upfront, & backend fees in comparative set for benchmarking analysis | 1.0 |
| 8/26/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of DIP model in order to understand input assumptions and key drivers | 1.0 |
| 8/26/20 | Ben J. Slusarchuk | Cash Flow Analysis/Reporting | Review and analysis of First Day Motions as it relates to DIP Financing | 1.1 |
| 8/26/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to DIP materials for UCC based on internal feedback | 1.4 |
| 8/26/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to DIP presentation materials for UCC based on internal feedback. | 1.1 |
| 8/27/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analyze assumptions and drivers of DIP cash flow model | 1.8 |
| 8/27/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Input updates to DIP run rate analysis based on comments from supervisory review | 2.3 |
| 8/27/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Prepare variance analysis on budget to actual cash flow provided by the Debtors | 0.9 |
| 8/27/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Update DIP analysis and presentation to incorporate senior review comments from A. Bekker | 0.5 |
| 8/28/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analysis of sources and uses for the current DIP forecast | 0.7 |
| 8/28/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analyzed forward looking budget assumptions to determine liquidity impact of variances noted | 1.3 |
| 8/28/20 | Chase G. Hood | Cash Flow Analysis/Reporting | Initial review and analysis of Debtors' cash flow budget model to trace inclusion of first day motion relief | 1.9 |
| 8/28/20 | Chris A. Winter | Cash Flow Analysis/Reporting | Review and analysis of 13-week cash flow model and reserve report | 1.2 |
| 8/28/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of limited objections to the DIP Motion in order to prepare analysis for DIP presentation to the UCC | 0.3 |
| 8/28/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Shut-in sensitivity analysis based on potential impact from gulf storms | 2.4 |
| 8/28/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Supervisory review of DIP presentation to the UCC | 0.5 |
| 8/28/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to DIP materials for UCC based on analysis performed on gulf storms | 0.9 |
| 8/29/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Perform Research related to potential impact of hurricane on cash flow and operations as it relates to the DIP | 2.1 |
| 8/30/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analyze key pricing and volume assumptions for Deepwater vs. shallow assets in the DIP cash flow model | 1.3 |

| Date | Professional | Task | Description | Hours |
|---|---|---|---|---|
| 8/30/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Preparation of diligence questions in preparation for DIP Model walkthrough | 0.9 |
| 8/30/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Structure DIP cash flow sensitivity analysis methodology in order to prepare liquidity analysis | 0.7 |
| 8/30/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Supervisory review of sensitivity analysis of DIP cash flow model in order to assess impact on liquidity from well shut-ins due to hurricane damage | 1.8 |
| 8/30/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Update DIP materials to include additional commentary around storm damage | 0.6 |
| 8/30/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Update DIP sensitivity analysis for storm damage analysis based on internal feedback | 2.1 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analysis of cash flow reporting to DIP model to assess reasonableness of operating costs | 1.1 |
| 8/31/20 | M.V. Ward | Cash Flow Analysis/Reporting | Analyzed DIP model inputs in order to develop summary of assumptions | 1.7 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Drafting of follow up items for Debtor related to the DIP model walkthrough | 0.7 |
| 8/31/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss DIP analysis materials in preparation for call with UCC | 0.6 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss DIP analysis materials in preparation for call with UCC | 0.6 |
| 8/31/20 | M.V. Ward | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss DIP analysis materials in preparation for call with UCC | 0.6 |
| 8/31/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting (A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss DIP analysis materials in preparation for call with UCC | 0.6 |
| 8/31/20 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review and analysis of DIP sensitivities related to hurricane update | 2.6 |
| 8/31/20 | M.V. Ward | Cash Flow Analysis/Reporting | Review and analysis of DIP term sheet | 1.5 |
| 8/31/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and analysis of the vendor motion to perform analysis on prepetition vendor payments in budget | 1.3 |
| 8/31/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of updates to cumulative budget vs. actual cash flow analysis for weekly update presentation to the Committee | 1.0 |
| 8/31/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and analysis of updates to DIP sensitivity analysis based on revised input assumptions per call with management | 0.8 |
| 8/31/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Supervisory review of analysis of disbursement items in the Opex motion in order to assess cash flow sensitivity analysis | 0.4 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young. A. Bekker, A. Blanchard, M. Ward), AlixPartners and Fieldwood to discuss DIP model and related budget variances | 1.2 |
| 8/31/20 | M.V. Ward | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young. A. Bekker, A. Blanchard, M. Ward), AlixPartners and | 1.2 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| | | | Fieldwood to discuss DIP model and related budget variances | |
| 8/31/20 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young. A. Bekker, A. Blanchard, M. Ward), AlixPartners and Fieldwood to discuss DIP model and related budget variances | 1.2 |
| 8/31/20 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young. A. Bekker, A. Blanchard, M. Ward), AlixPartners and Fieldwood to discuss DIP model and related budget variances | 1.2 |
| 8/31/20 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates to presentation for the Committee to include storm and sales update and comments from internal DIP call | 1.2 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to sensitivity analysis based on internal feedback | 1.9 |
| 8/31/20 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to two-week variance analysis based on feedback from the Debtors | 0.8 |
| 8/27/20 | Andrew J. Bekker | Employee Matters | Review and analysis of Wages Motion in order to identify key terms to prepare market analysis of KERP | 0.4 |
| 8/28/20 | M.V. Ward | Employee Matters | Analyze criteria for KERP benchmarking and define range | 1.3 |
| 8/28/20 | M.V. Ward | Employee Matters | Compile peer benchmarking with approved KERPs for reasonality analysis | 1.6 |
| 8/28/20 | M.V. Ward | Employee Matters | Prepare demonstratives of key metrics to illustrate Fieldwood KERP against peers | 2.0 |
| 8/28/20 | M.V. Ward | Employee Matters | Prepare summary of findings related to KERP for Committee presentation | 1.9 |
| 8/28/20 | Andrew J. Bekker | Employee Matters | Review and analysis of terms of KERP for peer group analysis | 0.6 |
| 8/28/20 | M.V. Ward | Employee Matters | Review wages motion to understand KERP detail | 1.6 |
| 8/31/20 | Andrew J. Bekker | Employee Matters | Review and analysis of KERP and employee compensation due diligence requests | 0.3 |
| 8/31/20 | Andrew J. Bekker | Employee Matters | Review and analysis of KERP participant data received from Debtors in order to assess KERP sizing relative to overall employee spend | 0.3 |
| 8/31/20 | M.V. Ward | Employee Matters | Update KERP analysis for key participants | 0.3 |
| 8/20/20 | Paul F. Jansen | Fee/Employment Applications | Drafting of email to C. Hughes (CM) related to conflict check | 0.8 |
| 8/21/20 | Paul F. Jansen | Fee/Employment Applications | Drafting of email to N. Klein related to client engagement setup and conflict check | 0.3 |
| 8/24/20 | Chris A. Winter | Fee/Employment Applications | Compilation of interested parties list and formatting for CM retention application | 1.0 |
| 8/24/20 | Chris A. Winter | Fee/Employment Applications | Drafting of CM retention application | 2.2 |
| 8/24/20 | Matthew A. Sonnier | Fee/Employment Applications | Internal working session between C. Winter and M. Sonnier regarding the Conway MacKenzie retention application | 0.3 |
| 8/24/20 | Chris A. Winter | Fee/Employment Applications | Internal working session between C. Winter and M. Sonnier regarding the Conway MacKenzie retention application | 0.3 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/24/20 | Chris A. Winter | Fee/Employment Applications | Review and analysis of case information and detail for CM retention application | 1.4 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Compilation of all conflict checks and removal of duplicates | 1.7 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Drafting of CM conflict check descriptions | 2.0 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Drafting of edits to retention application and to language on scope of services | 1.4 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Drafting of Riveron conflict check descriptions | 1.9 |
| 8/25/20 | Matthew A. Sonnier | Fee/Employment Applications | Email correspondence with C. Winter regarding CM Retention App | 0.1 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Inclusion of conflict checks into retention application, spell check and review for completeness | 1.0 |
| 8/25/20 | Matthew A. Sonnier | Fee/Employment Applications | Internal call (M. Sonnier, C. Winter) to discuss CM retention application schedules to be prepared | 0.2 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Internal call (M. Sonnier, C. Winter) to discuss CM retention application schedules to be prepared | 0.2 |
| 8/25/20 | Chris A. Winter | Fee/Employment Applications | Review and formatting of all conflict checks for CM and Riveron | 1.9 |
| 8/26/20 | Chris A. Winter | Fee/Employment Applications | Prepare revisions to conflict check in retention application | 1.0 |
| 8/27/20 | Chase G. Hood | Fee/Employment Applications | Assist with drafting of retention application | 1.7 |
| 8/30/20 | Andrew J. Bekker | Fee/Employment Applications | Review Conway MacKenzie conflicts check in order to assess disinterestedness | 0.6 |
| 8/30/20 | Andrew J. Bekker | Fee/Employment Applications | Review of court order for professional fee retention in order to assess case specific retention requirements | 0.4 |
| 8/30/20 | Andrew J. Bekker | Fee/Employment Applications | Supervisory review of application for retention of Conway MacKenzie by the Committee | 1.5 |
| 8/31/20 | Paul F. Jansen | Fee/Employment Applications | Drafting of comments and questions related to the draft CM application to employ | 1.2 |
| 8/31/20 | Chris A. Winter | Fee/Employment Applications | Drafting of revisions to scope of services within the application to employ | 0.7 |
| 8/31/20 | John T. Young, Jr. | Fee/Employment Applications | Supervisory review of CM Employment Application | 0.5 |
| 8/24/20 | Chase G. Hood | Meetings and Communications | Telephonic meeting among CM (P. Jansen, B. Slusarchuk, M. Ward, A. Bekker, C. Hood) and Alix Partners to discuss data room access and diligence lists | 0.2 |
| 8/24/20 | M.V. Ward | Meetings and Communications | Telephonic meeting among CM (P. Jansen, B. Slusarchuk, M. Ward, A. Bekker, C. Hood) and Alix Partners to discuss data room access and diligence lists | 0.2 |
| 8/24/20 | Ben J. Slusarchuk | Meetings and Communications | Telephonic meeting among CM (P. Jansen, B. Slusarchuk, M. Ward, A. Bekker, C. Hood) and Alix Partners to discuss data room access and diligence lists | 0.2 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/24/20 | Andrew J. Bekker | Meetings and Communications | Telephonic meeting among CM (P. Jansen, B. Slusarchuk, M. Ward, A. Bekker, C. Hood) and Alix Partners to discuss data room access and diligence lists | 0.2 |
| 8/24/20 | Paul F. Jansen | Meetings and Communications | Telephonic meeting among CM (P. Jansen, B. Slusarchuk, M. Ward, A. Bekker, C. Hood) and Alix Partners to discuss data room access and diligence lists | 0.2 |
| 8/24/20 | John T. Young, Jr. | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/24/20 | John T. Young, Jr. | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/24/20 | Ben J. Slusarchuk | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/24/20 | Andrew J. Bekker | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/24/20 | Paul F. Jansen | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/24/20 | Dan W. Johnson | Meetings and Communications | Telephonic meeting with UCC professionals to discuss case status updates in advance of upcoming UCC meeting | 0.3 |
| 8/25/20 | John T. Young, Jr. | Meetings and Communications | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.4 |
| 8/25/20 | Ben J. Slusarchuk | Meetings and Communications | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.4 |
| 8/25/20 | Andrew J. Bekker | Meetings and Communications | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.4 |
| 8/25/20 | Paul F. Jansen | Meetings and Communications | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.4 |
| 8/25/20 | Dan W. Johnson | Meetings and Communications | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.4 |
| 8/31/20 | Ben J. Slusarchuk | Meetings and Communications | External call with HL and Alix to discuss case updates and outstanding diligence items | 0.4 |
| 8/31/20 | John T. Young, Jr. | Meetings and Communications | Telephonic meeting with HL, AP and CM to discuss outstanding diligence items | 0.5 |
| 8/31/20 | Chase G. Hood | Meetings and Communications | Telephonic meeting with HL, AP and CM to discuss outstanding diligence requests | 0.5 |
| 8/31/20 | M.V. Ward | Meetings and Communications | Telephonic meeting with HL, AP and CM to discuss outstanding diligence requests | 0.5 |
| 8/31/20 | Andrew J. Bekker | Meetings and Communications | Telephonic meeting with HL, AP and CM to discuss outstanding diligence requests | 0.5 |
| 8/31/20 | Paul F. Jansen | Meetings and Communications | Telephonic meeting with HL, AP and CM to discuss outstanding diligence requests | 0.5 |

| Date | Professional | Task | Description | Hours |
|------|-------------|------|-------------|-------|
| 8/31/20 | Chase G. Hood | Meetings and Communications | Telephonic meeting with UCC advisors to discuss case status updates in advance of weekly UCC meeting | 0.4 |
| 8/31/20 | Ben J. Slusarchuk | Meetings and Communications | Telephonic meeting with UCC advisors to discuss case status updates in advance of weekly UCC meeting | 0.5 |
| 8/31/20 | John T. Young, Jr. | Meetings and Communications | Telephonic meeting with UCC advisors to discuss case status updates in advance of weekly UCC meeting | 0.5 |
| 8/31/20 | Andrew J. Bekker | Meetings and Communications | Telephonic meeting with UCC advisors to discuss case status updates in advance of weekly UCC meeting | 0.5 |
| 8/31/20 | Paul F. Jansen | Meetings and Communications | Telephonic meeting with UCC advisors to discuss case status updates in advance of weekly UCC meeting | 0.5 |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 367] entered by the Court on September 17, 2020 (the "Interim Compensation Order"), Conway MacKenzie, LLC ("Conway MacKenzie"), submits the first monthly statement of services rendered and expenses incurred in this case for the period from August 20, 2020 through August 31, 2020 (the "Statement Period").

WHEREFORE, pursuant to the Interim Compensation Order, Conway MacKenzie respectfully requests payment of compensation for the Committee in the amount of (i) $203,702.00 (which equals 80% of $254,627.50) on account of actual, reasonable and necessary professional services Conway MacKenzie rendered to the Committee and (ii) reimbursement of the actual and necessary expenses in the amount of $1,963.75 incurred on behalf of the Committee by Conway MacKenzie, for the total amount of **$205,665.75.**

Dated: October 16, 2020

**CONWAY MACKENZIE, LLC**

/s/ *John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, TX. 77010
Telephone: (713) 650-0500
E-mail: JYoung@ConwayMacKenzie.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

.

**<u>Exhibit C-2</u>**

**September 1, 2020 through September 30, 2020 Fee Statement**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | Objection Deadline: November 11, 2020 |
| **Debtors.** | |

### SUMMARY OF SECOND MONTHLY STATEMENT OF CONWAY MACKENZIE, LLC FOR PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Conway MacKenzie, LLC | |
| **Applicant's Role in Case:** | Financial Advisor to Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | October 16, 2020 (Retroactive to August 20, 2020) [Docket No. 472] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 9/1/2020 | 9/30/2020 |
| **Time period covered by prior Applications:** | 8/20/2020 | 8/31/2020 |
| **Total amounts requested in all prior Applications:** | | $203,702.00 (80% of $254,627.50) |
| **Total fees requested in this Application:** | | $660,711.60 (80% of $825,889.50) |
| **Total professional fees requested in this Application:** | | $825,619.50 |
| **Total actual professional hours covered by this Application:** | | 1,219.7 |
| **Average hourly rate for professionals:** | | $676.90 |
| **Total paraprofessional fees requested in this Application:** | | $270.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 1.2 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| **Average hourly rate for paraprofessionals:** | $225.00 |
| **Reimbursable expenses sought in this application:** | $2,138.75 |
| **Indicate whether plan has been confirmed:** | No |

This is a __X__ monthly _____ interim _____ final application.

The Conway MacKenzie, LLC professionals who rendered services in these cases during the Second Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,285.00 | 74.4 | $95,604.00 |
| Paul F. Jansen | Managing Director | $1,025.00 | 116.4 | $119,310.00 |
| Dan W. Johnson | Managing Director | $845.00 | 3.9 | $3,295.50 |
| Seth M. Barron | Director | $725.00 | 95.7 | $69,382.50 |
| Elizabeth B. Curry | Director | $750.00 | 14.1 | $10,575.00 |
| Benjamin J. Slusarchuk | Director | $725.00 | 83.7 | $60,682.50 |
| Andrew J. Bekker | Director | $725.00 | 113.3 | $82,142.50 |
| Campbell C. Hughes | Director | $725.00 | 0.6 | $435.00 |
| Brandon A. Thrasher | Director | $725.00 | 84.9 | $61,552.50 |
| Chase G. Hood | Senior Associate | $570.00 | 67.0 | $38,190.00 |
| Andrew B. Blanchard | Senior Associate | $570.00 | 88.0 | $50,160.00 |
| Arjun N. Patel | Senior Associate | $570.00 | 113.7 | $64,809.00 |
| Mary V. Ward | Senior Associate | $520.00 | 205.4 | $106,808.00 |
| Matthew A. Sonnier | Associate | $420.00 | 27.3 | $11,466.00 |
| Christopher A. Winter | Associate | $390.00 | 131.0 | $51,090.00 |
| Kaleb A. Robling | Associate | $390.00 | 0.3 | $117.00 |
| Natalie J. Klein | Administrative Assistant | $225.00 | 1.2 | $270.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | **1,220.9** | **$825,889.50** |
| **Blended Rate** |  | **$676.46** |  |  |

The total hours and fees incurred, by Task Code, during the Second Application Period are:

| Task Code | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 217.1 | $148,136.00 |
| Asset Disposition | 27.1 | $18,224.50 |
| Business Analysis | 497.5 | $331,959.00 |
| Case Administration | 15.1 | $9,185.50 |
| Cash Flow Analysis/Reporting | 372.5 | $258,826.50 |
| Claims Analysis | 3.1 | $2,333.50 |
| Employee Matters | 14.3 | $7,511.00 |
| Fee/Employment Applications | 53.4 | $30,943.50 |
| Hearing Attendance/Preparation | 12.3 | $12,707.50 |
| Lien Challenge | 8.5 | $6,062.50 |
| **Total Fees** | **1,220.9** | **$825,889.50** |

The total amounts of expenses, by expense category, during the Second Application Period are:

| Expense Category | Amount |
|---|---:|
| Research | $1,963.75 |
| Legal | $175.00 |
| **Total Expenses** | **$2,138.75** |

Expense detail by professional during the Second Application Period are:

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 9/1/2020 | Research | Research Software Subscription | $1,963.75 |
| 9/22/2020 | Legal | Services provided by Laura J. Eisele, PLC | $175.00 |
| **Total Expenses** | | | **$2,138.75** |

Time detail by professional during the Second Application Period are:

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/1/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review cash management motion in order to assess key terms for non-debtor affiliate transfers | 0.20 |
| 9/1/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Review of email correspondence summarizing workstreams prior to CM Team call | 0.50 |
| 9/1/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Review of FWE Deepwater model | 1.00 |
| 9/1/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Review of Longnecker report to understand KERP program | 0.90 |
| 9/1/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review of FWE Deepwater model analysis | 1.40 |
| 9/2/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Email correspondence with P. Jansen summarizing Apache settlement | 0.80 |
| 9/3/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) and PH to discuss review of reserve reports and exhibits | 0.50 |
| 9/3/2020 | Paul F. Jansen | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) and PH to discuss review of reserve reports and exhibits | 0.50 |
| 9/3/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) and PH to discuss review of reserve reports and exhibits | 0.50 |
| 9/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of Datasite data room for ARIES database information and distribution to contractor for reserve report | 0.30 |
| 9/4/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, E. Curry, A. Blanchard) to discuss reserve report data provided by the Debtors. | 0.40 |
| 9/4/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, E. Curry, A. Blanchard) to discuss reserve report data provided by the Debtors. | 0.40 |
| 9/4/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, E. Curry, A. Blanchard) to discuss reserve report data provided by the Debtors. | 0.40 |
| 9/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Initial drafting of analysis related to the Debtors historic asset coverage ratio based on reserves | 0.80 |
| 9/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Research data room for detailed reserve data related to the Deepwater assets | 0.70 |
| 9/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of P&A obligations related to the Deepwater assets | 0.80 |
| 9/6/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of industry research on Deepwater transactions with respect to conditions precedent and closing timeline/requirements | 1.60 |
| 9/6/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of industry research surrounding applicable comparable Deepwater transactions based on implemented criteria | 1.70 |
| 9/6/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with Houlihan (D. Crowley) to discuss DIP Asset Coverage Ratio test and company reserves database | 0.20 |
| 9/8/2020 | Chase G. Hood | Asset Analysis and Recovery | Build out commodities dashboard tracker | 0.20 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with AlixPartners (C. Gring) related to vendor motion | 0.50 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of changes to objection prepared by Stroock | 1.20 |
| 9/8/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of email to outside reserve engineer regarding reserve database questions | 0.40 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of mark-up of vendor motion objection | 1.20 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of workplan related to vendor objection support | 0.80 |
| 9/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Prepare analysis on proved developed and undeveloped reserves data | 1.20 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Research comparable cases related to potential vendor objection | 0.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and prepare edits to diligence request list relating to Deepwater assets and reserve database | 1.30 |
| 9/8/2020 | Paul F. Jansen | Asset Analysis and Recovery | Review case research related to potential DIP objection | 1.70 |
| 9/8/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review case research related to potential DIP objection benchmarking | 0.90 |
| 9/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of all individual Deepwater bid letters and indication of interest letters | 2.00 |
| 9/8/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of Deepwater bid letters and indications of interest | 2.10 |
| 9/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Deepwater bid summary from Houlihan | 0.90 |
| 9/8/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of potential vendor objections analysis | 0.80 |
| 9/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of proved developed and undeveloped reserves data | 1.50 |
| 9/9/2020 | Christopher A. Winter | Analysis Analysis and Recovery | Analysis of Enervest data to assess Debtors' various assets | 2.00 |
| 9/9/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Analyzed and reviewed Deepwater bids and indications of interest | 0.80 |
| 9/9/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of email to Stroock (S. Millman) related to Fieldwood Mexico | 0.40 |
| 9/9/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Review of comparable market transaction analysis to assess industry benchmarks | 1.40 |
| 9/9/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting with CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Blanchard) and Houlihan Lokey team to discuss bid results and status of the asset marketing process | 0.60 |
| 9/9/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Blanchard) and Houlihan Lokey team to discuss bid results and status of the asset marketing process | 0.60 |
| 9/9/2020 | Paul F. Jansen | Asset Analysis and Recovery | Telephonic meeting with CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Blanchard) and Houlihan Lokey team to discuss bid results and status of the asset marketing process. | 0.60 |
| 9/9/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting with CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Blanchard) and Houlihan Lokey team to discuss bid results and status of the asset marketing process. | 0.60 |
| 9/10/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with Houlihan (D Crowley) | 0.30 |
| 9/10/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with potential buyer | 0.30 |
| 9/10/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with potential buyer's counsel | 0.40 |
| 9/10/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Development of analysis on StripCo - APA assets | 0.90 |
| 9/10/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Development of financial analysis on StripCo - Non-APA assets | 1.40 |
| 9/10/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of email to Houlihan team | 0.70 |
| 9/10/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Evaluation of Debtors' shelf asset model | 1.60 |
| 9/10/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of initial bids received from buyers of Deepwater assets | 1.90 |
| 9/10/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of initial indications of interest received for Deepwater assets | 1.00 |
| 9/10/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review due diligence requests from Cole Schotz in order to update data request list for collateral and mortgage documentation | 0.50 |
| 9/10/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of initial shelf asset model | 1.90 |
| 9/10/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, E. Curry, A. Bekker, A. Blanchard), Houlihan Lokey and the Debtors to discuss reserve report assumptions for the Deepwater Assets. | 0.70 |
| 9/10/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, E. Curry, A. Blanchard), Houlihan Lokey and the Debtors to discuss reserve report assumptions for the Deepwater Assets. | 0.70 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/10/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, A. Blanchard), Houlihan Lokey, and Debtors to discuss reserve report assumptions for the Deepwater assets. | 0.70 |
| 9/10/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Update review and incorporate edits to diligence request list relating to Deepwater assets and reserve database | 0.30 |
| 9/11/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary Deepwater projections analysis | 1.70 |
| 9/11/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary reserve report analysis | 1.50 |
| 9/11/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of base case and upside case reserve database for Deepwater assets | 1.00 |
| 9/12/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of bids and indications of interest received in relation Committee update | 1.30 |
| 9/14/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Analyze the SPEE property evaluation survey | 1.70 |
| 9/14/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Analyzed and review reserve reports, production data, and forecast model in relation to drafting the P&A cost analysis | 1.80 |
| 9/14/2020 | Christopher A. Winter | Asset Analysis and Recovery | Compile peer company investor presentations for analysis of industry comparable reserves | 1.90 |
| 9/14/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Continued review of industry research for Deepwater operations | 0.50 |
| 9/14/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of edits to presentation to Committee for weekly meeting | 0.50 |
| 9/14/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | External telephonic meeting between (B. Slusarchuk, B. Thrasher, A. Bekker) and Houlihan to receive update on storm damage to offshore assets | 0.50 |
| 9/14/2020 | Andrew J. Bekker | Asset Analysis and Recovery | External telephonic meeting between (B. Slusarchuk, B. Thrasher, A. Bekker) and Houlihan to receive update on storm damage to offshore assets | 0.50 |
| 9/14/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | External telephonic meeting between (B. Slusarchuk, B. Thrasher, A. Bekker) and Houlihan to receive update on storm damage to offshore assets | 0.50 |
| 9/14/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review industry research on public companies for Deepwater operations assessment | 1.20 |
| 9/14/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of industry documents pertaining to historical financial trends for Deepwater assets | 1.40 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Analyzed CM reserve runs conducted versus company model in relation to Deepwater asset | 1.10 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Analyzed the Fieldwood Government Agency Presentation in relation to drafting the P&A cost analysis deck | 1.60 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Continued review and analysis of non-APA asset production/reserve data, presentations and financials in relation to drafting the non-APA business plan | 1.30 |
| 9/15/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Develop outline for JIB / vendor mapping analysis | 2.00 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Internal working session among B. Thrasher, C. Hood, A. Patel, and C. Winter to coordinate drafting the P&A cost analysis | 0.30 |
| 9/15/2020 | Chase G. Hood | Asset Analysis and Recovery | Internal working session among B. Thrasher, C. Hood, A. Patel, and C. Winter to discuss initial steps towards the P&A cost analysis | 0.30 |
| 9/15/2020 | Arjun N. Patel | Asset Analysis and Recovery | Internal working session among B. Thrasher, C. Hood, A. Patel, and C. Winter to discuss initial steps towards the P&A cost analysis | 0.30 |
| 9/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session among B. Thrasher, C. Hood, A. Patel, and C. Winter to discuss initial steps towards the P&A cost analysis | 0.30 |
| 9/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Research on industry benchmarks to assess Deepwater assets | 2.00 |
| 9/15/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Review analysis of reserve database provided by internal reserve engineer. | 1.40 |
| 9/15/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review counsel memo on 2013 Apache transaction | 1.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/15/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Deepwater ARIES database and Deepwater model production projections | 1.20 |
| 9/15/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review outline of Apache restructuring transaction analysis | 0.80 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Reviewed and analyzed non-APA asset production/reserve data, presentations and financials in relation to drafting the non-APA business plan | 1.50 |
| 9/15/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Reviewed JIB and vendor mapping analysis | 1.80 |
| 9/15/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, E. Curry, C. Winter) to discuss reserve database for Deepwater assets | 0.80 |
| 9/15/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, E. Curry, C. Winter) to discuss reserve database for Deepwater assets | 0.80 |
| 9/15/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, E. Curry, C. Winter) to discuss reserve database for Deepwater assets | 0.80 |
| 9/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, E. Curry, C. Winter) to discuss reserve database for Deepwater assets | 0.80 |
| 9/15/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, E. Curry, C. Winter) to discuss reserve database for Deepwater assets | 0.80 |
| 9/15/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Updates to financial analysis of reserve database provided by internal reserve engineer. | 1.70 |
| 9/16/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Analysis of new reserve scenarios | 1.80 |
| 9/16/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Analysis of production and PV value of reserves to annual model provided by the Debtors. | 1.20 |
| 9/16/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Analysis of production and PV value of reserves to annual model provided by the Debtors. | 1.10 |
| 9/16/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with UCC member related to JIB Motion | 0.70 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Continued review of DrillingInfo for historical production data for backward check system on future reserve calculations | 1.80 |
| 9/16/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Internal working session among B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter to discuss reserve reports supported by Debtor information versus internal ARIES reports | 0.40 |
| 9/16/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Internal working session among B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter to discuss reserve reports supported by Debtor information versus internal ARIES reports | 0.40 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session among B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter to discuss reserve reports supported by Debtor information versus internal ARIES reports | 0.40 |
| 9/16/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session among B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter to discuss reserve reports supported by Debtor information versus internal ARIES reports | 0.40 |
| 9/16/2020 | Chase G. Hood | Asset Analysis and Recovery | Research data room for relevant documents related to P&A and JIB analysis workstreams | 1.20 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Research in DrillingInfo and Enverus to overlay production with transaction territory as well as other diligence to locate more evidence behind probable reserves | 2.00 |
| 9/16/2020 | Paul F. Jansen | Asset Analysis and Recovery | Research related to JIB treatment in comparable cases | 2.00 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of internal ARIES run against Debtor provided reserve information to distinguish differences in production | 2.00 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of reserve data per the database vs. the annual model. | 0.60 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 9/16/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review workplan for JIB vendor mapping analysis | 0.50 |
| 9/16/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter) and Houlihan Lokey to discuss questions regarding the reserve report | 0.40 |
| 9/16/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter) and Houlihan Lokey to discuss questions regarding the reserve report | 0.40 |
| 9/16/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter) and Houlihan Lokey to discuss questions regarding the reserve report | 0.40 |
| 9/16/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting with CM (B. Slusarchuk, B. Thrasher, A. Blanchard, C. Winter) and Houlihan Lokey to discuss questions regarding the reserve report | 0.40 |
| 9/17/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Reconciliation of reserve data per the database to annual model. | 0.80 |
| 9/17/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Review of LOE in Deepwater business plan compared to costs identified by the Debtors | 1.70 |
| 9/17/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Scenario analysis of production in the Debtors' Deepwater annual model. | 1.80 |
| 9/17/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting among B. Slusarchuk, B. Thrasher, E. Curry, A. Blanchard, and C. Winter to discuss adjustments to the reserve database | 0.30 |
| 9/17/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting among B. Slusarchuk, B. Thrasher, E. Curry, A. Blanchard, and C. Winter to discuss adjustments to the reserve database | 0.30 |
| 9/17/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting among B. Slusarchuk, B. Thrasher, E. Curry, A. Blanchard, and C. Winter to discuss adjustments to the reserve database | 0.30 |
| 9/17/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting among B. Slusarchuk, B. Thrasher, E. Curry, A. Blanchard, and C. Winter to discuss adjustments to the reserve database | 0.30 |
| 9/17/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting among B. Slusarchuk, B. Thrasher, E. Curry, A. Blanchard, and C. Winter to discuss adjustments to the reserve database | 0.30 |
| 9/17/2020 | Christopher A. Winter | Asset Analysis and Recovery | Updated the reserves financial model with consistent formatting and adjustments to print screens | 2.10 |
| 9/20/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of summary demonstrative of Debtors producing fields and related WI owners | 1.30 |
| 9/20/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Debtors' presentation to government agencies regarding P&A obligations for its various asset segments | 2.20 |
| 9/20/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Debtors' transaction considerations presentations with focus on treatment of APA and Non-APA P&A obligations | 1.70 |
| 9/20/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Deepwater AFEs to confirm WI percentages of Debtors JV partners | 0.90 |
| 9/20/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Deepwater management presentation with focus on Debtors' operating JVs | 0.70 |
| 9/21/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Analysis of reserve run to reconcile production data in the Deepwater model. | 1.90 |
| 9/21/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Analysis of updated reserve run to annual report | 1.60 |
| 9/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Calculated the Debtors' average annual daily production and EBITDAX for 2020 based on the Debtors' high-level cash flow model provided as of September 16, 2020 | 1.40 |
| 9/21/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Create annual output run to compare to Deepwater model provided | 1.00 |
| 9/21/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Review of annual production in database versus total output database | 0.20 |
| 9/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Deepwater ARIES database and reconciliation to management presentation projected production | 1.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Deepwater ARIES database and reconciliation to management presentation projected production | 1.00 |
| 9/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Deepwater ARIES database production by field | 1.00 |
| 9/21/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting between B. Thrasher, B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss the reserve reports and reconciled metrics | 0.60 |
| 9/21/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting between B. Thrasher, B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss the reserve reports and reconciled metrics | 0.60 |
| 9/21/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting between B. Thrasher, B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss the reserve reports and reconciled metrics | 0.60 |
| 9/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between B. Thrasher, B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss the reserve reports and reconciled metrics | 0.60 |
| 9/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between B. Thrasher, B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss the reserve reports and reconciled metrics | 0.60 |
| 9/21/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Patel, C. Winter) and Stroock to discuss the Apache Proposal and timeline | 0.40 |
| 9/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Patel, C. Winter) and Stroock to discuss the Apache Proposal and timeline | 0.40 |
| 9/21/2020 | Arjun N. Patel | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, B. Thrasher, A. Patel, C. Winter) and Stroock to discuss the Apache Proposal and timeline | 0.40 |
| 9/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, B. Thrasher, C. Winter) and Stroock to discuss the Apache Proposal and timeline | 0.40 |
| 9/21/2020 | Paul F. Jansen | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, B. Thrasher, C. Winter) and Stroock to discuss the Apache Proposal and timeline | 0.40 |
| 9/21/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Use Aries VER file to create new outputs in PDF and restyle Excel output to allow usage from VER file | 1.00 |
| 9/22/2020 | Christopher A. Winter | Asset Analysis and Recovery | Conduct industry research to obtain recent trends in GOM peer group | 2.10 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Draft of deck and analysis regarding business plan and proposed restructuring framework for Non-APA assets | 1.40 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Draft analysis regarding business plan and proposed restructuring framework for Non-APA assets | 1.10 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Draft of demonstratives regarding Non-APA P&A liabilities | 1.70 |
| 9/22/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Evaluate database by field by well to get a match to annual production provided in Deepwater Model | 2.00 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Debtors' government agencies and restructuring support presentations in support of Non-APA asset business plan analysis and deck | 1.20 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of first day declaration for background information regarding Non-APA assets | 0.60 |
| 9/22/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of analysis of database by field by well | 2.10 |
| 9/22/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of summary industry research to assess Debtors' reserve report | 1.30 |
| 9/22/2020 | Chase G. Hood | Asset Analysis and Recovery | Update Non-APA business plan analysis and deck to incorporate comments from B. Thrasher | 1.30 |
| 9/23/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Create new output run using FEW VER file with the new Field and Well sort using internal NYMEX and effective date | 0.50 |
| 9/23/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of corporate insurance manual received from Debtors in regard to storm coverage | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to Deepwater reserves analysis | 1.30 |
| 9/23/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Review of latest Deepwater reserve runs | 0.60 |
| 9/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of updated ARIES reserves data and review of the flow of formulas | 1.00 |
| 9/23/2020 | Elizabeth B. Curry | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss updates to the reserve report | 0.40 |
| 9/23/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss updates to the reserve report | 0.40 |
| 9/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss updates to the reserve report | 0.40 |
| 9/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, A. Blanchard, E. Curry, and C. Winter to discuss updates to the reserve report | 0.40 |
| 9/24/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Reconciliation and analysis of variances in production data between annual model and reserves report. | 1.80 |
| 9/24/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review and comments to Fieldwood Mexico analysis presentation | 1.50 |
| 9/24/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of reserves financial analysis updates | 2.00 |
| 9/24/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review of reserves financial analysis, correspondence with CM team regarding updates to methodology | 2.00 |
| 9/24/2020 | Paul F. Jansen | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) to discuss the reserve report considerations of Debtor entities | 0.50 |
| 9/24/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) to discuss the reserve report considerations of Debtor entities | 0.50 |
| 9/24/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, C. Winter) to discuss the reserve report considerations of Debtor entities | 0.50 |
| 9/24/2020 | Dan W. Johnson | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, D. Johnson) to discuss reserves by property | 1.20 |
| 9/24/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, D. Johnson) to discuss reserves by property | 1.20 |
| 9/24/2020 | Paul F. Jansen | Asset Analysis and Recovery | Telephonic meeting between CM (P. Jansen, B. Slusarchuk, D. Johnson) to discuss reserves by property | 1.20 |
| 9/24/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Update analysis of reserves data following feedback from internal petroleum engineer | 0.80 |
| 9/25/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session between S. Barron and C. Winter to discuss potential master lease schedules in contrast to the reserves oneline provided in the virtual data room | 0.30 |
| 9/25/2020 | Seth M. Barron | Asset Analysis and Recovery | Internal working session between S. Barron and C. Winter to discuss potential master lease schedules in contrast to the reserves oneline provided in the virtual data room | 0.30 |
| 9/25/2020 | Dan W. Johnson | Asset Analysis and Recovery | Review and analyze reserve data and management presentation in connection with Deepwater analysis | 0.30 |
| 9/25/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Reviewed and analyzed the APA SpinCo company forecast model in relation to drafting the APA business plan analysis | 1.30 |
| 9/25/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between C. Winter and A. Blanchard to discuss reserves database | 0.30 |
| 9/25/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting between C. Winter and A. Blanchard to discuss reserves database | 0.30 |
| 9/25/2020 | Dan W. Johnson | Asset Analysis and Recovery | Telephonic meeting between J. Young, B. Slusarchuk and D. Johnson to discuss FWE Deepwater reserves | 1.10 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/25/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between J. Young, B. Slusarchuk and D. Johnson to discuss FWE Deepwater reserves | 1.10 |
| 9/25/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Telephonic meeting between J. Young, B. Slusarchuk and D. Johnson to discuss FWE Deepwater reserves | 1.10 |
| 9/25/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting between J. Young, B. Slusarchuk and D. Johnson to discuss FWE Deepwater reserves | 1.10 |
| 9/25/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Updates to financial analysis based on new reserve run. | 0.90 |
| 9/26/2020 | Christopher A. Winter | Asset Analysis and Recovery | Initial compilation of presentation shell for reserves financial analysis presentation | 1.70 |
| 9/27/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Continued review of reserve disclosure as it relates to Deepwater assets | 1.00 |
| 9/27/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of industry research to help assess Deepwater assets reserves | 1.90 |
| 9/27/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of reserve disclosure as it relates to Deepwater assets | 1.30 |
| 9/27/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to the financial analysis for updated reserve runs | 1.50 |
| 9/28/2020 | Christopher A. Winter | Asset Analysis and Recovery | Compiled the shell of UCC meeting presentation encompassing reserves analysis | 1.90 |
| 9/28/2020 | Christopher A. Winter | Asset Analysis and Recovery | Continued compilation of UCC reserves information presentation | 1.10 |
| 9/28/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Draft outline non-APA business plan analysis | 1.10 |
| 9/28/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Edits to reserves analysis slide and historical TEV degradation of public comps slides | 1.90 |
| 9/28/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Internal call (A. Bekker, B. Slusarchuk) to review Deepwater asset | 0.40 |
| 9/28/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal call (A. Bekker, B. Slusarchuk) to review Deepwater asset | 0.40 |
| 9/28/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Internal telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A. Bekker, S. Barron) to discuss lender restructuring considerations | 0.40 |
| 9/28/2020 | Paul F. Jansen | Asset Analysis and Recovery | Internal telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A. Bekker, S. Barron) to discuss lender restructuring considerations | 0.40 |
| 9/28/2020 | Seth M. Barron | Asset Analysis and Recovery | Internal telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A. Bekker, S. Barron) to discuss lender restructuring considerations | 0.40 |
| 9/28/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Internal telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A. Bekker, S. Barron) to discuss lender restructuring considerations | 0.40 |
| 9/28/2020 | Dan W. Johnson | Asset Analysis and Recovery | Perform supervisory review of draft reserves financial analysis and methodology utilized | 0.50 |
| 9/28/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Prepare summary of Deepwater asset reserve metrics | 0.20 |
| 9/28/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of P&A/Apache transaction analysis prepared by Stroock | 0.60 |
| 9/28/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review Deepwater asset reserve metrics | 2.10 |
| 9/29/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Internal working session between A. Blanchard and C. Winter to review the reserve report presentation | 0.50 |
| 9/29/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session between A. Blanchard and C. Winter to review the reserve report presentation | 0.50 |
| 9/29/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of industry research for reserve assessment background | 1.00 |
| 9/29/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised presentation based on comments from supervisory review | 2.00 |
| 9/29/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Updates to presentation materials for UCC. | 1.10 |
| 9/30/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Edit of non-APA busines plan analysis | 1.10 |
| 9/30/2020 | Christopher A. Winter | Asset Analysis and Recovery | Formatting and spelling/language review of the presentation to Committee | 1.40 |
| 9/30/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of Deepwater analysis and materials | 0.80 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/30/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and comments to preliminary Deepwater financial analysis presentation | 1.80 |
| 9/30/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and comments to preliminary Deepwater reserves analysis presentation | 2.10 |
| 9/30/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review Deepwater asset reserve reports | 1.00 |
| 9/30/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Review of non-APA asset LOS statement and reserves in relation to drafting busines plan analysis | 0.90 |
| 9/30/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised reserve report analysis presentation from supervisory comments by B. Slusarchuk | 2.10 |
| 9/30/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised the financial analysis of Deepwater cash flow model for supervisory comments by B. Slusarchuk for adjustments for presentation to the Committee | 1.70 |
| 9/2/2020 | Benjamin J. Slusarchuk | Asset Disposition | Review and edits to diligence request list for Houlihan in relation to Deepwater Sales Process | 0.80 |
| 9/2/2020 | Matthew A. Sonnier | Asset Disposition | Review of data room for diligence on Deepwater sales process | 1.10 |
| 9/2/2020 | Benjamin J. Slusarchuk | Asset Disposition | Review of Deepwater Sales Process tracker uploaded to virtual data site from Houlihan | 0.60 |
| 9/2/2020 | Chase G. Hood | Asset Disposition | Update review and analysis of sales process tracker provided by the Debtors | 0.40 |
| 9/3/2020 | Chase G. Hood | Asset Disposition | Initial review and analysis of Deepwater M&A data room items provided by the Debtors | 1.70 |
| 9/3/2020 | Arjun N. Patel | Asset Disposition | Review Deepwater sales materials to assess M&A process | 1.40 |
| 9/6/2020 | Paul F. Jansen | Asset Disposition | Review of buyers data room to assess M&A process documentation | 0.80 |
| 9/6/2020 | Paul F. Jansen | Asset Disposition | Review of DIP agreement and relation to sales process | 1.70 |
| 9/7/2020 | Benjamin J. Slusarchuk | Asset Disposition | Assessment of Deepwater sales process | 0.10 |
| 9/7/2020 | Benjamin J. Slusarchuk | Asset Disposition | Telephonic meeting with CM (P. Jansen, B. Slusarchuk) to discuss Deepwater sales process and bids | 0.10 |
| 9/7/2020 | Paul F. Jansen | Asset Disposition | Telephonic meeting with CM (P. Jansen, B. Slusarchuk) to discuss Deepwater sales process and bids | 0.10 |
| 9/8/2020 | Paul F. Jansen | Asset Disposition | Call with Houlihan (M. Haney) related to sales process | 0.40 |
| 9/10/2020 | Chase G. Hood | Asset Disposition | Drafting of analysis related to the sales process to reflect bids and indications of interest received to date | 1.20 |
| 9/10/2020 | Chase G. Hood | Asset Disposition | Drafting of demonstrative slides related to the sales process to reflect bids and indications of interest received to date | 1.60 |
| 9/11/2020 | Chase G. Hood | Asset Disposition | Prepare edits to sales process update presentation to incorporate senior review comments from B. Slusarchuk | 0.90 |
| 9/11/2020 | Chase G. Hood | Asset Disposition | Prepare updates to sales process update presentation for upcoming Committee meeting to incorporate senior review comments | 1.40 |
| 9/11/2020 | Benjamin J. Slusarchuk | Asset Disposition | Review and edits to sale process update and bid summary presentation for weekly UCC call | 1.60 |
| 9/11/2020 | Chase G. Hood | Asset Disposition | Review source documentation to assess updates to sales process in order to prepare presentation materials for Committee | 1.80 |
| 9/12/2020 | Chase G. Hood | Asset Disposition | Prepare edits to sales process update presentation to incorporate senior review comments from P. Jansen | 1.90 |
| 9/12/2020 | Chase G. Hood | Asset Disposition | Review and analysis of additional indication of interest received and incorporate into Committee sales process update materials | 0.70 |
| 9/14/2020 | Benjamin J. Slusarchuk | Asset Disposition | Telephonic meeting between CM (B. Slusarchuk, A. Bekker, C. Winter) and Houlihan to discuss disclosures for the weekly Committee presentation, operational storm effects, and status of the sale process | 0.40 |
| 9/14/2020 | Andrew J. Bekker | Asset Disposition | Telephonic meeting between CM (B. Slusarchuk, A. Bekker, C. Winter) and Houlihan to discuss | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| | | | disclosures for the weekly Committee presentation, operational storm effects, and status of the sale process | |
| 9/14/2020 | Christopher A. Winter | Asset Disposition | Telephonic meeting between CM (B. Slusarchuk, A. Bekker, C. Winter) and Houlihan to discuss disclosures for the weekly Committee presentation, operational storm effects, and status of the sale process | 0.40 |
| 9/15/2020 | Benjamin J. Slusarchuk | Asset Disposition | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel to discuss sales process updates | 0.60 |
| 9/15/2020 | Andrew J. Bekker | Asset Disposition | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel to discuss sales process updates | 0.60 |
| 9/15/2020 | Paul F. Jansen | Asset Disposition | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel to discuss sales process updates | 0.60 |
| 9/15/2020 | Chase G. Hood | Asset Disposition | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel to discuss sales process updates | 0.60 |
| 9/15/2020 | John T. Young, Jr. | Asset Disposition | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel to discuss sales process updates | 0.60 |
| 9/16/2020 | Brandon A. Thrasher | Asset Disposition | Analyzed management presentation of Deepwater assets used in sale process | 1.10 |
| 9/24/2020 | Elizabeth B. Curry | Asset Disposition | Review issues related to separating out 1P and 2P reserves from sales database | 0.20 |
| 9/28/2020 | Mary V. Ward | Asset Disposition | Update UCC presentation for expected storm damage and sales process updates | 1.30 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Correspond with John Iaffaldano (Stroock) to confirm key dates/milestones | 0.10 |
| 9/1/2020 | Arjun N. Patel | Business Analysis | Draft key motion issues and possible objections for insurance motion | 1.50 |
| 9/1/2020 | Arjun N. Patel | Business Analysis | Draft key motion issues and possible objections for vendor motion | 1.90 |
| 9/1/2020 | Chase G. Hood | Business Analysis | Draft of memo related to Hoactzin settlement analysis | 0.70 |
| 9/1/2020 | Chase G. Hood | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel | 0.80 |
| 9/1/2020 | John T. Young, Jr. | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel | 0.80 |
| 9/1/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel | 0.80 |
| 9/1/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel | 0.80 |
| 9/1/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk, C. Hood) with Creditor Committee and Committee counsel | 0.80 |
| 9/1/2020 | Matthew A. Sonnier | Business Analysis | Initial review of data room files and management presentations | 1.20 |
| 9/1/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting among B. Slusarchuk and A. Patel to discuss P&A workstream | 0.20 |
| 9/1/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting among B. Slusarchuk and A. Patel to discuss P&A workstream | 0.20 |
| 9/1/2020 | Matthew A. Sonnier | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| | | | Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | |
| 9/1/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Andrew B. Blanchard | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Christopher A. Winter | Business Analysis | Internal telephonic meeting among P. Jansen, A. Bekker, B. Slusarchuk, A. Blanchard, M. Ward, A. Patel, M. Sonnier, and C. Winter to discuss current work streams and division of labor | 0.50 |
| 9/1/2020 | Arjun N. Patel | Business Analysis | Internal working session between A. Patel and M. Ward to discuss KERP and related presentation | 0.30 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Internal working session between A. Patel and M. Ward to discuss KERP and related presentation | 0.30 |
| 9/1/2020 | Paul F. Jansen | Business Analysis | Preparation for call with Committee | 2.00 |
| 9/1/2020 | Chase G. Hood | Business Analysis | Review and analysis of documents and court filings related to Hoactzin settlement | 1.90 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Review Cash Management motion for potential areas of objection | 0.80 |
| 9/1/2020 | Chase G. Hood | Business Analysis | Review financial workstreams and work plan | 0.50 |
| 9/1/2020 | Andrew J. Bekker | Business Analysis | Review Hoactzin Settlement Motion in order to assess impact on unsecured creditors | 0.50 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Review Longenecker report for market benchmarking of employee wages | 1.10 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Review Motion for Interim Compensation and Reimbursement of Expenses for Professionals | 0.60 |
| 9/1/2020 | Paul F. Jansen | Business Analysis | Review updates to data request list from Debtors | 0.80 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Reviews Wages & Benefits Motion | 1.20 |
| 9/1/2020 | Mary V. Ward | Business Analysis | Summarize salary reductions, estimated obligations, and observations of Employee Wages & Benefits | 2.00 |
| 9/1/2020 | John T. Young, Jr. | Business Analysis | Supervisory review of presentation for Committee | 1.80 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Analyze Apache proposed restructuring agreement | 1.00 |
| 9/2/2020 | Chase G. Hood | Business Analysis | Assess diligence request list and remaining outstanding items needed | 0.40 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Diligence documentation to Hoactzin settlement evidencing size of liability to the Debtors | 0.60 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with AlixPartners to review Opex / JIB Motion and DIP reporting | 0.50 |
| 9/2/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with AlixPartners to review Opex / JIB Motion and DIP reporting | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Internal working session between A. Bekker and C. Winter to discuss updates to diligence tracker | 0.80 |
| 9/2/2020 | Christopher A. Winter | Business Analysis | Internal working session between A. Bekker and C. Winter to discuss updates to diligence tracker | 0.80 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Internal working session between A. Bekker and M. Ward regarding cash management system and intercompany transactions | 0.60 |
| 9/2/2020 | Mary V. Ward | Business Analysis | Internal working session between A. Bekker and M. Ward regarding cash management system and intercompany transactions | 0.60 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Prepare summary of issues with Hoactzin settlement for discussion with counsel | 0.70 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Prepare updates for due diligence request list for Debtors | 0.60 |
| 9/2/2020 | John T. Young, Jr. | Business Analysis | Review Apache proposed restructuring agreement | 1.40 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Review Cash Management motion in order to diligence bank account detailed flow | 0.50 |
| 9/2/2020 | Mary V. Ward | Business Analysis | Review first day declaration for detail surrounding cash management system and employee wages | 0.80 |
| 9/2/2020 | Mary V. Ward | Business Analysis | Review JIB motion to outline issues for potential objection | 1.50 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Review of 2013 Apache decommissioning agreement | 1.90 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Review of company model and Deepwater models for P&A forecasts | 1.40 |
| 9/2/2020 | Paul F. Jansen | Business Analysis | Review of insurance coverage | 1.40 |
| 9/2/2020 | John T. Young, Jr. | Business Analysis | Review of insurance coverage related to assessment of storm damage recovery | 1.40 |
| 9/2/2020 | Paul F. Jansen | Business Analysis | Review of JIB Motion | 0.10 |
| 9/2/2020 | Andrew B. Blanchard | Business Analysis | Review of models provided by the Debtors to provide feedback on diligence requests. | 0.90 |
| 9/2/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of P&A information in virtual data room and government presentations | 1.30 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Review of P&A presentations and restructuring plan for P&A | 1.50 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Review of Trust A and Trust A NPI agreements | 1.00 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Review summary analysis of cash management motion and proposed transactions with non-Debtor affiliates | 0.90 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Review updates for due diligence request list for Debtors | 0.50 |
| 9/2/2020 | Mary V. Ward | Business Analysis | Summarize additional cash management data requests and observations | 0.50 |
| 9/2/2020 | Mary V. Ward | Business Analysis | Summarize JIB motion and identify additional data requests in order to complete assessment | 1.20 |
| 9/2/2020 | Chase G. Hood | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | 0.40 |
| 9/2/2020 | Andrew J. Bekker | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | 0.40 |
| 9/2/2020 | Benjamin J. Slusarchuk | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | 0.40 |
| 9/2/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | 0.40 |
| 9/2/2020 | Arjun N. Patel | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| | | | Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | |
| 9/2/2020 | Christopher A. Winter | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, B. Slusarchuk, C. Hood, A. Patel, C. Winter), Weil, Stroock, and Houlihan Lokey to discuss data requests and general Debtor business updates | 0.40 |
| 9/2/2020 | Christopher A. Winter | Business Analysis | Updates to diligence tracker with provided data tracker from Houlihan Lokey as well as addition updates to newly requested items | 1.50 |
| 9/2/2020 | Christopher A. Winter | Business Analysis | Updates to internal Table of Contents with updated items from virtual data room | 0.60 |
| 9/3/2020 | Mary V. Ward | Business Analysis | Analyze cash management flow of funds and record observations | 1.90 |
| 9/3/2020 | Andrew B. Blanchard | Business Analysis | Download and review of data provided by Debtors in Deepwater marketing datasite. | 0.90 |
| 9/3/2020 | Christopher A. Winter | Business Analysis | Download of new documents received from Datasite virtual data room and upload to internal data room | 1.90 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Edit summary report of issues and potential objections to key first day motions | 1.40 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | External call with CM (P. Jansen, A Bekker), Stroock and Weil to review background on Apache restructuring support agreement | 1.00 |
| 9/3/2020 | Paul F. Jansen | Business Analysis | External call with CM (P. Jansen, A Bekker), Stroock and Weil to review background on Apache restructuring support agreement | 1.00 |
| 9/3/2020 | Benjamin J. Slusarchuk | Business Analysis | Initial review of Deepwater Buyer VDR after being granted access from Houlihan | 1.00 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Internal call with A. Bekker and S. Barron in preparation of objections to DIP Motion and Vendor motion | 0.90 |
| 9/3/2020 | Seth M. Barron | Business Analysis | Internal call with A. Bekker and S. Barron in preparation of objections to DIP Motion and Vendor motion | 0.90 |
| 9/3/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Andrew B. Blanchard | Business Analysis | Internal telephonic meeting with CM (P. Jansen, S. Barron, A. Bekker, A. Blanchard, M. Ward, A. Patel) to discuss first day motion objections | 0.80 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Prepare financial analysis to support Committee limited objection to the Vendor Motion | 1.30 |
| 9/3/2020 | Benjamin J. Slusarchuk | Business Analysis | Research public peer group | 0.60 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Review Apache Decommissioning Agreement | 1.10 |
| 9/3/2020 | John T. Young, Jr. | Business Analysis | Review internal summary of potential objections to key first day motions | 1.60 |
| 9/3/2020 | Mary V. Ward | Business Analysis | Review key issues of cash management motion | 1.30 |
| 9/3/2020 | Arjun N. Patel | Business Analysis | Review of amendments, Trust B, and cancellation documents related to decommissioning agreement | 1.50 |
| 9/3/2020 | Arjun N. Patel | Business Analysis | Review of Apache term sheet restructuring agreement | 1.00 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/3/2020 | Andrew B. Blanchard | Business Analysis | Review of comparative companies analysis of financial margins | 0.80 |
| 9/3/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of reserves database in virtual data site | 1.30 |
| 9/3/2020 | Andrew B. Blanchard | Business Analysis | Review sensitivity analysis run on reduced pre-petition expense spend and hurricane impact. | 1.60 |
| 9/3/2020 | Seth M. Barron | Business Analysis | Review summary of cash impact of various first day motions | 0.80 |
| 9/3/2020 | Andrew J. Bekker | Business Analysis | Review the draft Committee limited objection to the Vendor Motion | 0.40 |
| 9/3/2020 | Mary V. Ward | Business Analysis | Review wages motion for bonus program detail | 1.20 |
| 9/3/2020 | Mary V. Ward | Business Analysis | Summarize bonus programs for Committee presentation | 1.80 |
| 9/3/2020 | Seth M. Barron | Business Analysis | Supervisory analysis of issues lists regarding various first day motions | 1.50 |
| 9/3/2020 | Andrew B. Blanchard | Business Analysis | Update sensitivity analysis ran on reduced pre-petition expense spend and hurricane impact. | 1.20 |
| 9/4/2020 | Christopher A. Winter | Business Analysis | Continued download of datasite folder by folder after experiencing issues with the data room | 1.20 |
| 9/4/2020 | Arjun N. Patel | Business Analysis | Drafting of P&A summary to understand obligations by asset type | 1.60 |
| 9/4/2020 | Christopher A. Winter | Business Analysis | Prepare edits to diligence request list for disbursement to Cole Schotz team | 0.40 |
| 9/4/2020 | Seth M. Barron | Business Analysis | Review Ordinary Course Professionals motion | 0.50 |
| 9/4/2020 | Benjamin J. Slusarchuk | Business Analysis | Telephonic meeting with Houlihan (D. Crowley) to discuss storm damage update and insurance | 0.10 |
| 9/5/2020 | Mary V. Ward | Business Analysis | Prepare variance analysis for original DIP budget and updated budget as of 9/2 | 2.00 |
| 9/5/2020 | Andrew J. Bekker | Business Analysis | Review vendor payment summary analysis | 0.50 |
| 9/5/2020 | Mary V. Ward | Business Analysis | Summarize and compare payments as of 8/28 to related budget per Taxes motion | 0.90 |
| 9/5/2020 | Mary V. Ward | Business Analysis | Summarize and compare vendor payments as of 8/28 to related budget per Insurance & Surety Bond motion | 0.70 |
| 9/5/2020 | Mary V. Ward | Business Analysis | Summarize and compare vendor payments as of 8/28 to related budget per Interest Owners, JIBs, E&P Expenses and 503(b)(9) motion | 1.30 |
| 9/6/2020 | Christopher A. Winter | Business Analysis | Compilation of historic financial data for all public peer comparisons for benchmarking | 1.20 |
| 9/6/2020 | Christopher A. Winter | Business Analysis | Compilation of S&P Cap IQ capital structure information peer group to assess restructuring considerations | 0.80 |
| 9/6/2020 | Christopher A. Winter | Business Analysis | Export of Bloomberg debt distribution information | 1.60 |
| 9/6/2020 | Christopher A. Winter | Business Analysis | Review of export of debt distribution information from Bloomberg | 1.40 |
| 9/7/2020 | Christopher A. Winter | Business Analysis | Initial compilation of consensus production estimates for industry | 1.30 |
| 9/7/2020 | Arjun N. Patel | Business Analysis | Review cash management motion to analyze flow of funds for intercompany transactions | 1.50 |
| 9/7/2020 | Arjun N. Patel | Business Analysis | Review of vendor recovery forecast provided by Debtors' financial advisors | 1.00 |
| 9/7/2020 | Benjamin J. Slusarchuk | Business Analysis | Review peer group margin analysis | 0.80 |
| 9/7/2020 | Christopher A. Winter | Business Analysis | Revision to peer group' debt distribution analysis | 1.20 |
| 9/8/2020 | Christopher A. Winter | Business Analysis | Assessment of YTM Bid and Ask prices on traded debt | 2.00 |
| 9/8/2020 | Christopher A. Winter | Business Analysis | Build out commodities update for DIP pricing presentation | 1.70 |
| 9/8/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel | 0.70 |
| 9/8/2020 | John T. Young, Jr. | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel | 0.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/8/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel | 0.70 |
| 9/8/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel | 0.70 |
| 9/8/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting among (A. Bekker, B. Thrasher) to provide discuss workplan and upcoming workstreams | 0.70 |
| 9/8/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting among (A. Bekker, B. Thrasher) to provide discuss workplan and upcoming workstreams | 0.70 |
| 9/8/2020 | Andrew J. Bekker | Business Analysis | Internal working session between B. Thrasher and A. Bekker to discuss case issues | 0.70 |
| 9/8/2020 | Brandon A. Thrasher | Business Analysis | Internal working session between B. Thrasher and A. Bekker to discuss case issues | 0.70 |
| 9/8/2020 | Christopher A. Winter | Business Analysis | Prepare updates to formatting on slides and charts in the commodity prices update | 0.60 |
| 9/8/2020 | Matthew A. Sonnier | Business Analysis | Pull updated WTI and HH strip pricing | 0.40 |
| 9/8/2020 | Christopher A. Winter | Business Analysis | Research on recent industry trends to assess operating metrics | 1.00 |
| 9/8/2020 | Andrew J. Bekker | Business Analysis | Review draft vendor motion objection in order to provide edits to counsel | 0.80 |
| 9/8/2020 | Andrew B. Blanchard | Business Analysis | Review of current status of market data research to understand industry trends | 1.50 |
| 9/8/2020 | Arjun N. Patel | Business Analysis | Review updated diligence request list and items marked complete by Houlihan. | 1.30 |
| 9/8/2020 | Dan W. Johnson | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.80 |
| 9/8/2020 | Andrew J. Bekker | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.80 |
| 9/8/2020 | Chase G. Hood | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.80 |
| 9/8/2020 | John T. Young, Jr. | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.80 |
| 9/8/2020 | Benjamin J. Slusarchuk | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.80 |
| 9/8/2020 | Christopher A. Winter | Business Analysis | Utilizing Bloomberg and exporting pricing information for commodities pricing update slides in the DIP pricing presentation | 1.90 |
| 9/9/2020 | Paul F. Jansen | Business Analysis | Call with AlixPartners (R Albergotti) related to vendors | 0.50 |
| 9/9/2020 | Christopher A. Winter | Business Analysis | Data export of transaction summaries in corporate and property deals across the Gulf of Mexico through Enverus software platform | 1.60 |
| 9/9/2020 | Andrew B. Blanchard | Business Analysis | Development of Net Asset value analysis | 1.20 |
| 9/9/2020 | Benjamin J. Slusarchuk | Business Analysis | External call with CM (B. Slusarchuk, A Bekker), Lugenbuhl (B. Kadden) and Stroock (S. Millman) | 0.30 |
| 9/9/2020 | Andrew J. Bekker | Business Analysis | External call with CM (B. Slusarchuk, A Bekker), Lugenbuhl (B. Kadden) and Stroock (S. Millman) | 0.30 |
| 9/9/2020 | Christopher A. Winter | Business Analysis | Internal working session between A. Blanchard and C. Winter to discuss industry metrics | 0.30 |
| 9/9/2020 | Andrew B. Blanchard | Business Analysis | Internal working session between A. Blanchard and C. Winter to discuss industry metrics | 0.30 |
| 9/9/2020 | Christopher A. Winter | Business Analysis | Prepare summary of Enervest data on peer group assets | 1.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/9/2020 | Mary V. Ward | Business Analysis | Research & review Arsenal Resources Development LLC DIP motion for upfront/backstop fees | 1.00 |
| 9/9/2020 | Mary V. Ward | Business Analysis | Research & review Halcon Resources DIP motion for upfront/backstop fees | 1.00 |
| 9/9/2020 | Mary V. Ward | Business Analysis | Research & review Sheridan Holding Company II LLC DIP motion for upfront/backstop fees | 1.00 |
| 9/9/2020 | Mary V. Ward | Business Analysis | Research & review White Star Petroleum DIP motion for upfront/backstop fees | 1.00 |
| 9/9/2020 | Chase G. Hood | Business Analysis | Review and analysis of objection to critical vendor motion prepared by counsel | 0.40 |
| 9/9/2020 | Seth M. Barron | Business Analysis | Review and commentary on DIP analysis slide deck | 1.30 |
| 9/9/2020 | Christopher A. Winter | Business Analysis | Review of diligence tracker to send for supervisory review by A. Bekker | 0.30 |
| 9/9/2020 | Andrew B. Blanchard | Business Analysis | Review research and documentation to be used in assessment of go forward financial projections | 1.90 |
| 9/9/2020 | Seth M. Barron | Business Analysis | Review UCC counsel's draft objection to the Debtor's JIB motion | 0.20 |
| 9/9/2020 | Mary V. Ward | Business Analysis | Review updated diligence request list sent by Houlihan | 0.60 |
| 9/9/2020 | Christopher A. Winter | Business Analysis | Revisions and additions to diligence request items and updates to the diligence tracker against the tracker provided by Houlihan | 1.40 |
| 9/9/2020 | Andrew B. Blanchard | Business Analysis | Updates to benchmarking analysis to assess go forward operating metrics | 0.70 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Create 13-week cash flow bridge for updated methodology | 1.00 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Incorporate reasons behind variances per management for Committee update deck | 1.50 |
| 9/10/2020 | Andrew J. Bekker | Business Analysis | Internal working session between A. Bekker and M. Ward surrounding budget vs. actual for Committee update | 0.20 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Internal working session between A. Bekker and M. Ward surrounding budget vs. actual for Committee update | 0.20 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Internal working session between B. Thrasher and M. Ward surrounding Mexico cash calls | 0.60 |
| 9/10/2020 | Brandon A. Thrasher | Business Analysis | Internal working session between B. Thrasher and M. Ward surrounding Mexico cash calls | 0.60 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Prepare demonstrative to show flow of funds related to Fieldwood Mexico/Netherlands | 0.50 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Prepare presentation on Fieldwood Mexico overview, development plan and related budgeted cash calls | 1.80 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Recalculate net operating disbursements presented in compliance certificate | 1.00 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Review covenant compliance certificate | 0.80 |
| 9/10/2020 | Arjun N. Patel | Business Analysis | Review of 2019 audited financial statements | 1.00 |
| 9/10/2020 | Seth M. Barron | Business Analysis | Review of First Day Declaration | 1.00 |
| 9/10/2020 | Seth M. Barron | Business Analysis | Review of RSA and Apache Term Sheet | 1.60 |
| 9/10/2020 | Seth M. Barron | Business Analysis | Review of RSA and Restructuring Term Sheet. | 1.20 |
| 9/10/2020 | John T. Young, Jr. | Business Analysis | Review of RSA and Term Sheet. | 1.40 |
| 9/10/2020 | Seth M. Barron | Business Analysis | Review of various responses by creditors to the Debtor's JIB motion | 0.20 |
| 9/10/2020 | Arjun N. Patel | Business Analysis | Review SpinCo model P&A assumptions/drivers | 1.90 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Summarize financial covenants for Committee update | 0.80 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Summarize Mexico cash calls; development plan; estimated capital | 2.10 |
| 9/10/2020 | Mary V. Ward | Business Analysis | Update and review comments from A. Bekker on JIB Motion analysis | 1.20 |
| 9/11/2020 | Brandon A. Thrasher | Business Analysis | Analyzed and reviewed limited objection to JIB drafted by Stroock | 1.40 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Detail Committee objection on cash management motion | 0.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/11/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and M. Ward to discuss case status and workplan | 0.20 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting between A. Bekker and M. Ward to discuss case status and workplan | 0.20 |
| 9/11/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between A. Patel and M. Ward to discuss DIP model line item questions | 0.50 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting between A. Patel and M. Ward to discuss DIP model line item questions | 0.50 |
| 9/11/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between A. Patel and M. Ward to discuss workstreams and go forward plan | 0.50 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting between A. Patel and M. Ward to discuss workstreams and go forward plan | 0.50 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Internal working session (A. Bekker, B. Thrasher, M. Ward) surrounding Mexico cash calls and UCC objection to cash management motion | 0.50 |
| 9/11/2020 | Andrew J. Bekker | Business Analysis | Internal working session (A. Bekker, B. Thrasher, M. Ward) surrounding Mexico cash calls and UCC objection to cash management motion | 0.50 |
| 9/11/2020 | Arjun N. Patel | Business Analysis | Research public filings for information on 2013 acquisition of Apache assets. | 1.30 |
| 9/11/2020 | Arjun N. Patel | Business Analysis | Research regulatory and legal guidance on decommissioning in the GOM | 1.50 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Review Committee objection to cash management motion | 0.70 |
| 9/11/2020 | Matthew A. Sonnier | Business Analysis | Review correspondence and supporting detail from counsel regarding the JIB/Vendor motion | 0.40 |
| 9/11/2020 | Andrew J. Bekker | Business Analysis | Review draft of the weekly update presentation to the Committee | 1.00 |
| 9/11/2020 | John T. Young, Jr. | Business Analysis | Review Fieldwood Mexico slide deck and provided commentary | 1.70 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Review flow of funds to Fieldwood Mexico bank account | 0.40 |
| 9/11/2020 | John T. Young, Jr. | Business Analysis | Review of final DIP Order and redline | 1.50 |
| 9/11/2020 | Arjun N. Patel | Business Analysis | Review proposed reporting packages by Debtors regarding objections in the JIB motion | 0.50 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Synthesize comments on Fieldwood Mexico presentation | 1.20 |
| 9/11/2020 | Mary V. Ward | Business Analysis | Update request list for supplemental requests related to Fieldwood Mexico development | 0.80 |
| 9/12/2020 | Paul F. Jansen | Business Analysis | Internal working session (P. Jansen, A Bekker) re: vendor motion | 0.20 |
| 9/12/2020 | Andrew J. Bekker | Business Analysis | Internal working session (P. Jansen, A Bekker) re: vendor motion | 0.20 |
| 9/12/2020 | Andrew J. Bekker | Business Analysis | Prepare response to Debtors response to UCC objection to vendor motion | 0.30 |
| 9/12/2020 | Andrew J. Bekker | Business Analysis | Review Fieldwood Mexico overview slides on cash flow | 0.40 |
| 9/12/2020 | Seth M. Barron | Business Analysis | Review of DIP milestone deadlines and defined terms of the same | 0.50 |
| 9/13/2020 | Mary V. Ward | Business Analysis | Correspond with A. Bekker and B. Thrasher surrounding additional diligence items related to Fieldwood Mexico | 0.50 |
| 9/13/2020 | Mary V. Ward | Business Analysis | Research Contract Area 4 related to Fieldwood Mexico | 1.50 |
| 9/13/2020 | Mary V. Ward | Business Analysis | Synthesize P. Jansen comments for Committee presentation | 1.30 |
| 9/13/2020 | Mary V. Ward | Business Analysis | Update Committee presentation for comments from A. Bekker | 1.80 |
| 9/13/2020 | Mary V. Ward | Business Analysis | Update Committee presentation for comments from P. Jansen | 1.10 |
| 9/13/2020 | Christopher A. Winter | Business Analysis | Update to format and pricing on the commodity update slides for weekly Committee meeting | 1.20 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/13/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received in the virtual data room | 1.00 |
| 9/14/2020 | Seth M. Barron | Business Analysis | Begin review of supporting materials for Debtors' KERP | 1.10 |
| 9/14/2020 | Benjamin J. Slusarchuk | Business Analysis | Call with counsel to prepare for UCC call | 0.30 |
| 9/14/2020 | John T. Young, Jr. | Business Analysis | Call with counsel to prepare for UCC call | 0.30 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Call with Stroock (S Millman) to prepare for second day hearing | 0.40 |
| 9/14/2020 | Mary V. Ward | Business Analysis | Create graphical representation of vendor negotiations for Committee presentation | 1.50 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Drafting of changes to proposed order | 1.90 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Drafting of email to Stroock team related to vendor reporting | 1.30 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Drafting of revisions to proposed order | 0.80 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Finalize weekly presentation to Committee and update for comments from Stroock | 0.90 |
| 9/14/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B. Slusarchuk) to discuss Deepwater assets M&A process and storm impact updates | 0.50 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B. Slusarchuk) to discuss Deepwater assets M&A process and storm impact updates | 0.50 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B. Slusarchuk) to discuss Deepwater assets M&A process and storm impact updates | 0.50 |
| 9/14/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting between (A. Bekker, B. Thrasher, M. Ward) to review Fieldwood Mexico cash calls and UCC presentation | 0.60 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between (A. Bekker, B. Thrasher, M. Ward) to review Fieldwood Mexico cash calls and UCC presentation | 0.60 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between (A. Bekker, B. Thrasher, M. Ward) to review Fieldwood Mexico cash calls and UCC presentation | 0.60 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between (B. Thrasher, A. Bekker) to review upcoming deliverables | 0.40 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between (B. Thrasher, A. Bekker) to review upcoming deliverables | 0.40 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between (P. Jansen, B. Thrasher) to review Fieldwood upcoming deliverables and workstreams | 0.30 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting between (P. Jansen, B. Thrasher) to review Fieldwood upcoming deliverables and workstreams | 0.30 |
| 9/14/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron regarding JIB research work stream | 0.10 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron regarding JIB research work stream | 0.10 |
| 9/14/2020 | Mary V. Ward | Business Analysis | Internal working session between B. Thrasher and M. Ward to discuss investment banking fee and peer benchmarking methodology | 0.20 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Internal working session between B. Thrasher and M. Ward to discuss investment banking fee and peer benchmarking methodology | 0.20 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Participate in court hearing on First Day Motions | 1.20 |
| 9/14/2020 | Arjun N. Patel | Business Analysis | Research on Apache corporation and public details on 2013 transaction | 0.70 |
| 9/14/2020 | Arjun N. Patel | Business Analysis | Review of 2018 restated decommissioning agreement to identify changes. | 1.50 |
| 9/14/2020 | Seth M. Barron | Business Analysis | Review of updates to weekly Committee slide deck | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/14/2020 | Seth M. Barron | Business Analysis | Review red line changes to the draft Final Order regarding the Debtor's insurance and surety bond programs | 0.30 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Review weekly update presentation for the Committee | 1.30 |
| 9/14/2020 | John T. Young, Jr. | Business Analysis | Review weekly update presentation for the Committee | 1.60 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed UCC weekly update materials | 0.80 |
| 9/14/2020 | Seth M. Barron | Business Analysis | Supervisory review of employee wage and KERP analysis and various responsive data room items | 1.10 |
| 9/14/2020 | Benjamin J. Slusarchuk | Business Analysis | Telephonic meeting between CM (J. Young, P. Jansen, B. Slusarchuk, B. Thrasher, A. Bekker), Stroock regarding case status updates in preparation of upcoming UCC call | 0.50 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Telephonic meeting between CM (J. Young, P. Jansen, B. Slusarchuk, B. Thrasher, A. Bekker), Stroock regarding case status updates in preparation of upcoming UCC call | 0.50 |
| 9/14/2020 | John T. Young, Jr. | Business Analysis | Telephonic meeting between CM (J. Young, P. Jansen, B. Slusarchuk, B. Thrasher, A. Bekker), Stroock regarding case status updates in preparation of upcoming UCC call | 0.50 |
| 9/14/2020 | Brandon A. Thrasher | Business Analysis | Telephonic meeting between CM (J. Young, P. Jansen, B. Slusarchuk, B. Thrasher, A. Bekker), Stroock regarding case status updates in preparation of upcoming UCC call | 0.50 |
| 9/14/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting between CM (J. Young, P. Jansen, B. Slusarchuk, B. Thrasher, A. Bekker), Stroock regarding case status updates in preparation of upcoming UCC call | 0.50 |
| 9/14/2020 | Andrew J. Bekker | Business Analysis | Update Fieldwood Mexico presentation slides on cash calls / reimbursement analysis | 1.30 |
| 9/14/2020 | Mary V. Ward | Business Analysis | Update indications of interest and bids received by category | 0.80 |
| 9/14/2020 | Mary V. Ward | Business Analysis | Update Mexico cash call presentation for supervisory comments from A. Bekker and B. Thrasher | 0.80 |
| 9/15/2020 | Seth M. Barron | Business Analysis | Begin compiling a data request list in support of JIB workstream | 0.20 |
| 9/15/2020 | Seth M. Barron | Business Analysis | Begin review of select data room items pertaining to production assets | 1.10 |
| 9/15/2020 | Christopher A. Winter | Business Analysis | Compiled additions to the CM diligence request list | 0.70 |
| 9/15/2020 | Christopher A. Winter | Business Analysis | Continued upload of new virtual data room provided by Weil to internal data room | 0.60 |
| 9/15/2020 | Seth M. Barron | Business Analysis | Draft communications for Houlihan concerning access to case materials | 0.10 |
| 9/15/2020 | Andrew J. Bekker | Business Analysis | Internal call (P. Jansen, A. Bekker) to prepare for call with Committee | 0.20 |
| 9/15/2020 | Paul F. Jansen | Business Analysis | Internal call (P. Jansen, A. Bekker) to prepare for call with Committee | 0.20 |
| 9/15/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher) to discuss UCC presentation | 0.30 |
| 9/15/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher) to discuss UCC presentation | 0.30 |
| 9/15/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher) to discuss UCC presentation | 0.30 |
| 9/15/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron regarding JIB workstream work plan and simplification | 0.20 |
| 9/15/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron regarding JIB workstream work plan and simplification | 0.20 |
| 9/15/2020 | Arjun N. Patel | Business Analysis | Internal telephonic working session between A. Bekker and A. Patel to discuss Apache and related workstreams | 0.20 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/15/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic working session between A. Bekker and A. Patel to discuss Apache and related workstreams | 0.20 |
| 9/15/2020 | Mary V. Ward | Business Analysis | Internal working session among B. Thrasher, M. Ward, and C. Winter to discuss initial steps toward analyzing the Houlihan Lokey engagement letter and benchmarking investment banking fees | 0.50 |
| 9/15/2020 | Brandon A. Thrasher | Business Analysis | Internal working session among B. Thrasher, M. Ward, and C. Winter to discuss initial steps toward analyzing the Houlihan Lokey engagement letter and benchmarking investment banking fees | 0.50 |
| 9/15/2020 | Christopher A. Winter | Business Analysis | Internal working session among B. Thrasher, M. Ward, and C. Winter to discuss initial steps toward analyzing the Houlihan Lokey engagement letter and benchmarking investment banking fees | 0.50 |
| 9/15/2020 | Arjun N. Patel | Business Analysis | Review of 2018 bankruptcy disclosure statement | 1.40 |
| 9/15/2020 | Arjun N. Patel | Business Analysis | Review of data room files and aggregation of files pertinent to Apache analysis. | 1.00 |
| 9/15/2020 | Arjun N. Patel | Business Analysis | Review of data room files and aggregation of files pertinent to P&A for analysis. | 0.90 |
| 9/15/2020 | Christopher A. Winter | Business Analysis | Reviewed CM weekly materials for Committee meeting | 0.50 |
| 9/15/2020 | Chase G. Hood | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.50 |
| 9/15/2020 | John T. Young, Jr. | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock and CM to discuss case updates and matters | 0.50 |
| 9/15/2020 | Brandon A. Thrasher | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock and CM to discuss case updates and matters | 0.50 |
| 9/15/2020 | Andrew B. Blanchard | Business Analysis | Updates to company long term projection analysis based on internal feedback. | 2.10 |
| 9/15/2020 | Christopher A. Winter | Business Analysis | Upload of new virtual data room provided by Weil to internal data room | 1.80 |
| 9/16/2020 | Brandon A. Thrasher | Business Analysis | Analyzed and reviewed latest IB fee comp set database in relation to constructing IB fee comp analysis | 1.20 |
| 9/16/2020 | Paul F. Jansen | Business Analysis | Call with Stroock (F Merola) related to JIB Motion | 0.40 |
| 9/16/2020 | Seth M. Barron | Business Analysis | Compare draft document request list against existing open data requests and prior communications from counsel regarding Debtors' ability to produce certain materials | 0.50 |
| 9/16/2020 | Seth M. Barron | Business Analysis | Continue compiling data request list in support of JIB workstream | 2.20 |
| 9/16/2020 | Seth M. Barron | Business Analysis | Draft initial information request list and work plan for following week | 0.40 |
| 9/16/2020 | Paul F. Jansen | Business Analysis | Drafting of email with JIB workstreams | 1.60 |
| 9/16/2020 | Brandon A. Thrasher | Business Analysis | Internal drafting session between A. Patel and B. Thrasher in relation to constructing the business plan workstream | 0.30 |
| 9/16/2020 | Arjun N. Patel | Business Analysis | Internal telephonic working session between B. Thrasher and A. Patel to discuss Apache business plan workstream | 0.30 |
| 9/16/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic working session between B. Thrasher and A. Patel to discuss Apache business plan workstream | 0.30 |
| 9/16/2020 | Seth M. Barron | Business Analysis | Review datasite to assess diligence items available to address open JIB diligence items | 1.80 |
| 9/16/2020 | Andrew J. Bekker | Business Analysis | Review issues related to cash flow forecast of Deepwater assets | 0.30 |
| 9/16/2020 | Arjun N. Patel | Business Analysis | Review of 1st day motion to understand Apache transactions and term sheet | 1.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/16/2020 | Arjun N. Patel | Business Analysis | Review of Apache workstream workplan and identification of requests needed | 1.00 |
| 9/16/2020 | Arjun N. Patel | Business Analysis | Review of memo regarding 2013 decommissioning agreement | 1.50 |
| 9/16/2020 | Seth M. Barron | Business Analysis | Review of multiple new docket items | 0.40 |
| 9/16/2020 | Arjun N. Patel | Business Analysis | Review of shelf model analyzing assumption and functionality | 0.90 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Attention to multiple emails with Houlihan concerning Fieldwood due diligence requests | 0.30 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Continue to refine the draft of the follow-on document request list | 1.30 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Continue work on additions to the document request list and review existing responses from Houlihan to clarify new requests | 2.10 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Coordinate internally with CM team members to make additions to the combined data request list | 0.10 |
| 9/17/2020 | Christopher A. Winter | Business Analysis | Created a forward curve slide for Brent Crude pricing as of petition date, current date, and with analyst consensus estimates | 1.60 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Draft and send transmittal email to Houlihan highlighting additions to the information request list | 0.20 |
| 9/17/2020 | Brandon A. Thrasher | Business Analysis | Drafted outline for non-APA shelf assets section of busines plan review | 1.10 |
| 9/17/2020 | Arjun N. Patel | Business Analysis | Drafting of Apache presentation sections on 2013 decommissioning agreement | 1.60 |
| 9/17/2020 | Arjun N. Patel | Business Analysis | Drafting of Apache presentation sections on 2018 disclosure statements | 1.50 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Prepare internal communications concerning updated data requests | 0.10 |
| 9/17/2020 | Brandon A. Thrasher | Business Analysis | Prepare outline for non-APA shelf asset business plan | 0.30 |
| 9/17/2020 | Andrew J. Bekker | Business Analysis | Prepare outline of Fieldwood Business Plan analysis for Committee | 0.40 |
| 9/17/2020 | Andrew J. Bekker | Business Analysis | Review due diligence for analysis of JIB vendor mapping and outline of analysis | 1.10 |
| 9/17/2020 | John T. Young, Jr. | Business Analysis | Review FWE management, government, and lender presentations | 1.30 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Review Interim Compensation Order | 0.10 |
| 9/17/2020 | Matthew A. Sonnier | Business Analysis | Review of new data room for mortgages | 1.40 |
| 9/17/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed draft materials for legacy APA asset and Fieldwood Mexico business plan analyses | 1.50 |
| 9/17/2020 | Arjun N. Patel | Business Analysis | Supervisory review and updates to slides produced by CM analyst for business plan | 1.00 |
| 9/17/2020 | Andrew J. Bekker | Business Analysis | Telephonic meeting with CM (P. Jansen, S Barron, A Bekker) in call with Houlihan Lokey and AlixPartners to discuss sale process and JIB vendor mapping | 0.40 |
| 9/17/2020 | Seth M. Barron | Business Analysis | Telephonic meeting with CM (P. Jansen, S Barron, A Bekker) in call with Houlihan Lokey and AlixPartners to discuss sale process and JIB vendor mapping | 0.40 |
| 9/17/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting with CM (P. Jansen, S Barron, A Bekker) in call with Houlihan Lokey and AlixPartners to discuss sale process and JIB vendor mapping | 0.40 |
| 9/17/2020 | Christopher A. Winter | Business Analysis | Updates to the data request tracker with additions from team members and adjustments made from Houlihan update | 1.70 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Assessment of multiple Apache agreements analysis | 0.10 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Confer with counsel electronically to review response to Debtor's financial advisors on vendor issues | 0.10 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Continue refining categorizations of Committee requests to the Debtors | 1.80 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Create summary call notes regarding outstanding diligence materials and notify CM workgroups about timing | 0.90 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/18/2020 | Seth M. Barron | Business Analysis | Draft follow-up email addressing Houlihan request that the UCC committee identify its major workstreams in connection with its diligence requests | 2.10 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Internal working session between S. Barron and C. Winter to discuss telephonic meeting between CM and HL and drafting general topic points to provide more descriptive requests within the CM diligence tracker | 0.40 |
| 9/18/2020 | Christopher A. Winter | Business Analysis | Internal working session between S. Barron and C. Winter to discuss telephonic meeting between CM and HL and drafting general topic points to provide more descriptive requests within the CM diligence tracker | 0.40 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Internal working session with B. Thrasher and S. Barron regarding decommissioning agreement and Apache shelf assets | 0.20 |
| 9/18/2020 | Brandon A. Thrasher | Business Analysis | Internal working session with B. Thrasher and S. Barron regarding decommissioning agreement and Apache shelf assets | 0.20 |
| 9/18/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal working session with S. Barron and B. Slusarchuk on upcoming call with UCC counsel | 0.20 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Internal working session with S. Barron and B. Slusarchuk on upcoming call with UCC counsel | 0.20 |
| 9/18/2020 | Mary V. Ward | Business Analysis | Perform analysis of AFE compared to PA detail | 1.50 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Prepare updates to categorizations for existing due diligence requests from Houlihan | 0.20 |
| 9/18/2020 | Mary V. Ward | Business Analysis | Review MC 519 AFE | 1.10 |
| 9/18/2020 | Arjun N. Patel | Business Analysis | Review of SpinCo model analyzing P&A assumption and drivers | 1.50 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Review updates to Apache restructuring terms analysis | 0.20 |
| 9/18/2020 | Arjun N. Patel | Business Analysis | Review updates to case calendar on key deadlines and dates | 0.20 |
| 9/18/2020 | Christopher A. Winter | Business Analysis | Reviewed language for more descriptive overviews of data requests | 0.60 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Search Debtors data room for newly released items and confer with CM team members on the same | 0.30 |
| 9/18/2020 | Seth M. Barron | Business Analysis | Telephonic meeting between CM (S. Barron, C. Winter) and HL to discuss diligence items | 0.30 |
| 9/18/2020 | Christopher A. Winter | Business Analysis | Telephonic meeting between CM (S. Barron, C. Winter) and HL to discuss diligence items | 0.30 |
| 9/18/2020 | Christopher A. Winter | Business Analysis | Updated commodity slides with updated futures contract pricing, historical pricing, and consensus pricing for both WTI and HH | 1.80 |
| 9/19/2020 | Brandon A. Thrasher | Business Analysis | Analyzed APA decommissioning agreement and related amendments in relation to preparation for meeting with Stroock and drafting the APA business plan analysis | 1.80 |
| 9/19/2020 | Brandon A. Thrasher | Business Analysis | Analyzed APA term sheet in relation to preparation for meeting with Stroock | 0.70 |
| 9/19/2020 | Brandon A. Thrasher | Business Analysis | Drafting the APA business plan analysis | 1.50 |
| 9/19/2020 | John T. Young, Jr. | Business Analysis | Review and documents on the 2013 Apache transactions | 1.80 |
| 9/19/2020 | Seth M. Barron | Business Analysis | Review and draft summary notes of documents surrounding the 2013 Apache transactions | 1.70 |
| 9/19/2020 | John T. Young, Jr. | Business Analysis | Review of Apache related documents | 2.90 |
| 9/19/2020 | Paul F. Jansen | Business Analysis | Review of drafting of Apache workplan in preparation for call with Stroock | 1.60 |
| 9/19/2020 | Paul F. Jansen | Business Analysis | Review of Fieldwood Mexico NDA | 1.10 |
| 9/19/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and edited Fieldwood Mexico NDA | 0.30 |
| 9/20/2020 | Seth M. Barron | Business Analysis | Complete review and abstract of Apache PSA agreement | 1.40 |
| 9/20/2020 | Seth M. Barron | Business Analysis | Continued review of various data room items related to the Apache PSA and Decommissioning Agreements | 1.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/20/2020 | Seth M. Barron | Business Analysis | Continued review of various presentations related to the Apache PSA and Decommissioning Agreements | 0.30 |
| 9/20/2020 | Seth M. Barron | Business Analysis | Outline key issues identified in Apache PSA agreement | 1.10 |
| 9/20/2020 | Seth M. Barron | Business Analysis | Prepare for call with counsel | 0.10 |
| 9/20/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of Apache term sheet | 0.70 |
| 9/20/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of government presentations regarding proposed RSA and Apache transaction | 1.00 |
| 9/20/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of memo regarding Apache Decommissioning Obligations | 0.80 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Assessment of variance analysis on 13-week cash flow | 0.10 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Begin review of multiple data room items related to gas dedications, gathering and processing | 2.20 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Call with Stroock (S. Millman) regarding JIB analysis due diligence material request | 0.20 |
| 9/21/2020 | Christopher A. Winter | Business Analysis | Categorized CM's working data request list to better define requests for Houlihan | 1.50 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Compiled questions concerning the proposed RSA framework to working copy of the committee's slide deck | 0.20 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Continued drafting and review of non-APA assets business plan analysis | 1.20 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Coordinate internally to update staffing on various workstreams | 0.40 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Drafting of email to Committee related to case update | 1.80 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Edited and reconciled Fieldwood Mexico due diligence request list and sent summary to Houlihan | 0.60 |
| 9/21/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher, S. Barron) to discuss Deepwater M&A process, storm impact updates and vendor payments | 0.40 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher, S. Barron) to discuss Deepwater M&A process, storm impact updates and vendor payments | 0.40 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher, S. Barron) to discuss Deepwater M&A process, storm impact updates and vendor payments | 0.40 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, B. Thrasher, S. Barron) to discuss Deepwater M&A process, storm impact updates and vendor payments | 0.40 |
| 9/21/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Chase G. Hood | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Christopher A. Winter | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| | | | discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | |
| 9/21/2020 | Mary V. Ward | Business Analysis | Internal telephonic meeting (P. Jansen, B. Slusarchuk, S. Barron, C. Hood, M. Ward, A. Patel, C. Winter) to discuss the status of our diligence tracker and preparation for the weekly UCC Professionals meeting | 0.50 |
| 9/21/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting among B. Thrasher, B. Slusarchuk, S. Barron related to weekly workstream coordination of upcoming deliverables | 0.40 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting among B. Thrasher, B. Slusarchuk, S. Barron related to weekly workstream coordination of upcoming deliverables | 0.40 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting among B. Thrasher, B. Slusarchuk, S. Barron related to weekly workstream coordination of upcoming deliverables | 0.40 |
| 9/21/2020 | Chase G. Hood | Business Analysis | Internal telephonic meeting between B. Thrasher, C. Hood, C. Winter to draft the non-APA asset business plan analysis | 0.50 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between B. Thrasher, C. Hood, C. Winter to draft the non-APA asset business plan analysis | 0.50 |
| 9/21/2020 | Christopher A. Winter | Business Analysis | Internal telephonic meeting between B. Thrasher, C. Hood, C. Winter to draft the non-APA asset business plan analysis | 0.50 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between B. Thrasher, P. Jansen, S. Barron to discuss state of due diligence updates and related open items | 0.30 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between B. Thrasher, P. Jansen, S. Barron to discuss state of due diligence updates and related open items | 0.30 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting between B. Thrasher, P. Jansen, S. Barron to discuss state of due diligence updates and related open items | 0.30 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the Apache workstream plan for the week | 0.10 |
| 9/21/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the Apache workstream plan for the week. | 0.10 |
| 9/21/2020 | Mary V. Ward | Business Analysis | Internal working sessions between S. Barron and M. Ward to discuss variance analysis comparing 8/1 and 9/16 cash flow for UCC presentation | 0.50 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Internal working sessions between S. Barron and M. Ward to discuss variance analysis comparing 8/1 and 9/16 cash flow for UCC presentation | 0.50 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Prepare for call with Stroock | 2.00 |
| 9/21/2020 | Benjamin J. Slusarchuk | Business Analysis | Review and edits to Deepwater M&A and storm update slides for Committee presentation | 1.30 |
| 9/21/2020 | Matthew A. Sonnier | Business Analysis | Review draft Committee presentation | 0.30 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Review key Deepwater contractual relationships for production handling, gathering, and processing | 1.20 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Review of Fieldwood Mexico related cash flows | 0.40 |
| 9/21/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed weekly Committee update deck for accuracy and provided comments | 0.50 |
| 9/21/2020 | Benjamin J. Slusarchuk | Business Analysis | Telephonic meeting between CM (P. Jansen, B. Thrasher, S. Barron, C. Winter), Stroock and Cole Schotz to discuss diligence requests and items for the weekly UCC meeting | 0.30 |
| 9/21/2020 | Seth M. Barron | Business Analysis | Telephonic meeting between CM (P. Jansen, B. Thrasher, S. Barron, C. Winter), Stroock and Cole Schotz to discuss diligence requests and items for the weekly UCC meeting | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/21/2020 | Christopher A. Winter | Business Analysis | Telephonic meeting between CM (P. Jansen, B. Thrasher, S. Barron, C. Winter), Stroock and Cole Schotz to discuss diligence requests and items for the weekly UCC meeting | 0.30 |
| 9/21/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting between CM (P. Jansen, B. Thrasher, S. Barron, C. Winter), Stroock and Cole Schotz to discuss diligence requests and items for the weekly UCC meeting | 0.30 |
| 9/22/2020 | Arjun N. Patel | Business Analysis | Analysis of previous P&A efforts to quantify previous spend, and drafting of summary | 1.60 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Check docket and add various key final orders to the team shared file | 0.20 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Communication with Cole Schotz regarding missing data room items related to mortgages | 0.10 |
| 9/22/2020 | Brandon A. Thrasher | Business Analysis | Continued drafting and editing non-Apache asset business plan analysis | 2.20 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Draft follow-up email to counsel about data request production and timing | 0.10 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Draft list of open items and discussion points to surface with Debtors' financial advisors | 1.60 |
| 9/22/2020 | Paul F. Jansen | Business Analysis | Drafting of initial diligence update to Stroock and Committee | 1.90 |
| 9/22/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (J. Young, P. Jansen, S. Barron, B. Slusarchuk) with Creditor Committee and Committee counsel | 0.50 |
| 9/22/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (J. Young, P. Jansen, S. Barron, B. Slusarchuk) with Creditor Committee and Committee counsel | 0.50 |
| 9/22/2020 | John T. Young, Jr. | Business Analysis | External telephonic meeting (J. Young, P. Jansen, S. Barron, B. Slusarchuk) with Creditor Committee and Committee counsel | 0.50 |
| 9/22/2020 | Seth M. Barron | Business Analysis | External telephonic meeting (J. Young, P. Jansen, S. Barron, B. Slusarchuk) with Creditor Committee and Committee counsel | 0.50 |
| 9/22/2020 | Brandon A. Thrasher | Business Analysis | Internal telephonic meeting between B. Thrasher and A. Patel to discuss the Business Plan and Apache workstreams. | 0.40 |
| 9/22/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between B. Thrasher and A. Patel to discuss the Business Plan and Apache workstreams. | 0.40 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Prepared initial high-level outline of Deepwater gathering and production handling counterparties | 0.50 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Review agreed reporting language in approved JIB Order against those items requested in support of JIB analysis | 0.40 |
| 9/22/2020 | Mary V. Ward | Business Analysis | Review First Day Declaration to assess RSA terms | 0.80 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Review of management prepared deck prepared for governmental agencies | 1.10 |
| 9/22/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed Committee update deck in preparation for the weekly Committee call | 0.70 |
| 9/22/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and edited Fieldwood Mexico business plan analysis | 0.60 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Search data room and compare delivered land file items against items reported as delivered by the Debtor's advisors | 0.60 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Telephonic meeting with Houlihan (D. Crowley) regarding various matters related to information request items | 0.20 |
| 9/22/2020 | Seth M. Barron | Business Analysis | Telephonic meeting with Houlihan (M. Haney) regarding various matters related variance reporting and testing | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/22/2020 | Chase G. Hood | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.50 |
| 9/22/2020 | John T. Young, Jr. | Business Analysis | Telephonic meeting with the Official Committee of Unsecured Creditors, Stroock, CS, and CM to discuss case updates and matters | 0.50 |
| 9/22/2020 | Brandon A. Thrasher | Business Analysis | Weekly UCC call attendance among CM (P. Jansen, B. Thrasher, B. Slusarchuk), Stroock and UCC | 0.50 |
| 9/23/2020 | Seth M. Barron | Business Analysis | Attention to DIP milestone dates and reported extensions on working group calendar | 0.30 |
| 9/23/2020 | Seth M. Barron | Business Analysis | Begin preparation of Debtor's data for summary of Debtors bonding and surety program | 0.40 |
| 9/23/2020 | Brandon A. Thrasher | Business Analysis | Drafting and editing of Fieldwood Mexico analysis | 1.20 |
| 9/23/2020 | Arjun N. Patel | Business Analysis | Drafting of Apache business plan summarizing strategic objectives | 1.50 |
| 9/23/2020 | Christopher A. Winter | Business Analysis | Initial review of the terms of the Apache term sheet | 0.60 |
| 9/23/2020 | Brandon A. Thrasher | Business Analysis | Review and editing of APA asset business plan | 0.80 |
| 9/23/2020 | Brandon A. Thrasher | Business Analysis | Review and editing of non-APA asset business plan | 0.90 |
| 9/23/2020 | Mary V. Ward | Business Analysis | Review insurance motion for surety bond program detail | 1.10 |
| 9/23/2020 | Seth M. Barron | Business Analysis | Review newly released updates to virtual data room | 0.50 |
| 9/23/2020 | Christopher A. Winter | Business Analysis | Review of Apache Decommissioning analysis | 0.60 |
| 9/23/2020 | Seth M. Barron | Business Analysis | Review of confidential reporting from the Debtors concerning vendor settlement negotiations | 0.20 |
| 9/23/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed Fieldwood Mexico presentation uploaded to virtual data site in relation to drafting analysis | 1.10 |
| 9/23/2020 | Christopher A. Winter | Business Analysis | Reviewed Dane First Day Declaration in order to support development of business plan analysis | 1.20 |
| 9/23/2020 | Christopher A. Winter | Business Analysis | Update Table of Contents for new documents received in virtual data room | 0.40 |
| 9/23/2020 | Andrew B. Blanchard | Business Analysis | Updates to the G&A analysis | 1.30 |
| 9/23/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received in the Box virtual data room | 0.40 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Analyze and summarize value of Fieldwood Mexico investment on a PV10 basis | 1.60 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Analyze bonds by beneficiary | 1.50 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Analyze surety bond program | 0.90 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Analyze surety bonds by asset grouping | 1.60 |
| 9/24/2020 | Seth M. Barron | Business Analysis | Compile call notes from call with Debtor and circulate internally | 0.20 |
| 9/24/2020 | Brandon A. Thrasher | Business Analysis | External telephonic meeting among CM (P. Jansen, B. Thrasher), Houlihan, AlixPartners for weekly professionals call | 0.30 |
| 9/24/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting among CM (P. Jansen, B. Thrasher), Houlihan, AlixPartners for weekly professionals call | 0.30 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Internal working session between C. Winter and M. Ward discussing current work streams and progress on Fieldwood Mexico analysis | 0.30 |
| 9/24/2020 | Christopher A. Winter | Business Analysis | Internal working session between C. Winter and M. Ward discussing current work streams and progress on Fieldwood Mexico analysis | 0.30 |
| 9/24/2020 | Paul F. Jansen | Business Analysis | Preparation for Apache document comments to counsel | 1.70 |
| 9/24/2020 | Seth M. Barron | Business Analysis | Prepare draft list of open items in preparation for weekly professionals call | 1.80 |
| 9/24/2020 | John T. Young, Jr. | Business Analysis | Review and commentary on Apache document comments to counsel with P. Jansen | 1.70 |
| 9/24/2020 | Brandon A. Thrasher | Business Analysis | Review and edit APA business plan analysis | 0.80 |
| 9/24/2020 | Brandon A. Thrasher | Business Analysis | Review and edit Fieldwood Mexico business plan analysis | 1.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/24/2020 | Brandon A. Thrasher | Business Analysis | Review and edit non-APA business plan analysis | 0.70 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Review Deepwater LOS and trace to surety bond schedule | 0.90 |
| 9/24/2020 | Arjun N. Patel | Business Analysis | Review of new Apache files and updates to request list to add additional P&A estimates for analysis. | 1.10 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Review Shelf LOS and trace to surety bond schedule | 1.60 |
| 9/24/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting between CM (P. Jansen, S. Barron, B. Thrasher, C. Winter, and Houlihan Lokey to discuss government feedback, Apache documentation, FWE Mexico disclosure agreements, and vendor payments | 0.30 |
| 9/24/2020 | Seth M. Barron | Business Analysis | Telephonic meeting between CM (P. Jansen, S. Barron, B. Thrasher, C. Winter, C. Hood), Alix Partners, and Houlihan Lokey to discuss government feedback, Apache documentation, FWE Mexico disclosure agreements, and vendor payments | 0.30 |
| 9/24/2020 | Chase G. Hood | Business Analysis | Telephonic meeting between CM (P. Jansen, S. Barron, B. Thrasher, C. Winter, C. Hood), Alix Partners, and Houlihan Lokey to discuss government feedback, Apache documentation, FWE Mexico disclosure agreements, and vendor payments | 0.30 |
| 9/24/2020 | Brandon A. Thrasher | Business Analysis | Telephonic meeting between CM (P. Jansen, S. Barron, B. Thrasher, C. Winter, C. Hood), Alix Partners, and Houlihan Lokey to discuss government feedback, Apache documentation, FWE Mexico disclosure agreements, and vendor payments | 0.30 |
| 9/24/2020 | Christopher A. Winter | Business Analysis | Telephonic meeting between CM (P. Jansen, S. Barron, B. Thrasher, C. Winter, C. Hood), Alix Partners, and Houlihan Lokey to discuss government feedback, Apache documentation, FWE Mexico disclosure agreements, and vendor payments | 0.30 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Update Fieldwood Mexico analysis for B. Thrasher comments | 1.20 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Update Fieldwood Mexico analysis for C. Winter comments | 1.10 |
| 9/24/2020 | Mary V. Ward | Business Analysis | Update surety bond presentation and create graphical representation of bonds by asset | 0.80 |
| 9/24/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received in the virtual data room | 1.10 |
| 9/25/2020 | Paul F. Jansen | Business Analysis | Call with Fieldwood Energy (J Bloom) related to vendors | 0.30 |
| 9/25/2020 | Mary V. Ward | Business Analysis | Create presentation for surety bond analysis | 1.80 |
| 9/25/2020 | Seth M. Barron | Business Analysis | Draft correspondence concerning P&A liability analysis | 0.10 |
| 9/25/2020 | Seth M. Barron | Business Analysis | Perform analysis for insights about the Debtor's progress on its vendor negotiation program to determine which creditors have likely been contacted thus far in the case | 1.40 |
| 9/25/2020 | Arjun N. Patel | Business Analysis | Review and analysis of potential funding shortfall for Apache SpinCo and preparation of liabilities waterfall | 2.00 |
| 9/25/2020 | Seth M. Barron | Business Analysis | Review confidential information provided to the UCC under confidentiality agreement | 0.50 |
| 9/25/2020 | Seth M. Barron | Business Analysis | Review draft of prepetition vendor settlement provided by Debtors counsel and update UCC counsel regarding bucketing details about the vendor negotiations summary | 0.40 |
| 9/25/2020 | Seth M. Barron | Business Analysis | Review executed Committee advisor non-disclosure agreement | 0.10 |
| 9/25/2020 | John T. Young, Jr. | Business Analysis | Review of P&A estimates from Debtors | 1.20 |
| 9/25/2020 | Brandon A. Thrasher | Business Analysis | Reviewed and analyzed Weil trade agreement in relation to company business analysis | 0.80 |
| 9/25/2020 | Mary V. Ward | Business Analysis | Trace bonds via asset class (Deepwater, shelf, etc.) | 1.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/25/2020 | Christopher A. Winter | Business Analysis | Upload of new documents from the virtual data room to the internal data room | 1.20 |
| 9/26/2020 | Paul F. Jansen | Business Analysis | Drafting of analysis to Stroock (S Millman) | 1.70 |
| 9/26/2020 | Paul F. Jansen | Business Analysis | Review of vendor progress update | 1.80 |
| 9/27/2020 | Christopher A. Winter | Business Analysis | Aggregated and summarize all public company industry research for internal distribution | 2.00 |
| 9/27/2020 | Christopher A. Winter | Business Analysis | Compile summary notes from peer comparisons' 10-Ks for profile information and observations | 1.40 |
| 9/27/2020 | Christopher A. Winter | Business Analysis | Review of utilized peer comparisons' 10-Ks for profile information and observations | 1.10 |
| 9/27/2020 | Christopher A. Winter | Business Analysis | Revise reserves financial analysis to supervisory review and comments from B. Slusarchuk | 1.90 |
| 9/28/2020 | Arjun N. Patel | Business Analysis | Analysis and summary of 2013 PSA agreement. | 2.00 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Assessment of cash flow analysis on Fieldwood Mexico | 0.20 |
| 9/28/2020 | Christopher A. Winter | Business Analysis | Charted peer comparisons' historical revenues | 1.50 |
| 9/28/2020 | Christopher A. Winter | Business Analysis | Compiled analysis, descriptions, and data from reserves database for UCC presentation | 2.10 |
| 9/28/2020 | Paul F. Jansen | Business Analysis | Continued preparation for call with Stroock | 0.70 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Continued updating weekly presentation for the Creditors Committee | 0.50 |
| 9/28/2020 | Arjun N. Patel | Business Analysis | Drafting of PSA executive summary for UCC business plan presentation. | 1.20 |
| 9/28/2020 | Seth M. Barron | Business Analysis | Follow-on telephonic meeting (A. Bekker, S. Barron) to discuss Apache workstream and JIB analysis progress | 0.20 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Follow-on telephonic meeting (A. Bekker, S. Barron) to discuss Apache workstream and JIB analysis progress | 0.20 |
| 9/28/2020 | Arjun N. Patel | Business Analysis | Legal research on recharacterization mortgages and impact on security interest. | 2.00 |
| 9/28/2020 | Paul F. Jansen | Business Analysis | Preparation for call with Stroock | 2.00 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Prepare updates on diligence for discussion with Stroock on weekly professionals' call | 0.60 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review weekly update presentation for the Committee | 0.20 |
| 9/28/2020 | Arjun N. Patel | Business Analysis | Research on Matt McCarroll and rationale for establishment of Apache. | 1.10 |
| 9/28/2020 | Arjun N. Patel | Business Analysis | Review and analysis of Decommissioning Agreement and rationale for trust structure. | 2.00 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review and compare PV-10 values for Fieldwood Mexico with forecasted liabilities | 0.40 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review Debtors' cash flow projections for Fieldwood Mexico entity | 1.10 |
| 9/28/2020 | Seth M. Barron | Business Analysis | Review of correspondence chain concerning JIB payments and potential for lien issues | 0.10 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review presentation to the Committee on Fieldwood Mexico | 0.70 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review status of Apache business plan analysis | 0.30 |
| 9/28/2020 | Seth M. Barron | Business Analysis | Review stipulation between the UST and the Debtor | 0.10 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Review updates to Apache restructuring terms analysis | 0.30 |
| 9/28/2020 | Christopher A. Winter | Business Analysis | Reviewed peer company press releases and second quarter results for insight into Deepwater exposure | 0.80 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Update weekly presentation for the Creditors Committee | 1.60 |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Update workplan for Apache restructuring analysis | 0.30 |
| 9/28/2020 | Christopher A. Winter | Business Analysis | Updated commodity slides with updated futures contract pricing, historical pricing, and consensus pricing for both WTI and HH | 2.00 |
| 9/28/2020 | Benjamin J. Slusarchuk | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| | | | discuss status of diligence requests and DIP budget items | |
| 9/28/2020 | Andrew J. Bekker | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to discuss status of diligence requests and DIP budget items | 0.50 |
| 9/28/2020 | Paul F. Jansen | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to discuss status of diligence requests and DIP budget items | 0.50 |
| 9/28/2020 | Christopher A. Winter | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to discuss status of diligence requests and DIP budget items | 0.50 |
| 9/28/2020 | Seth M. Barron | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to discuss status of diligence requests and DIP budget items | 0.50 |
| 9/28/2020 | John T. Young, Jr. | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (J. Young, S. Barron, P. Jansen, B. Slusarchuk, A. Bekker, C. Winter) and Stroock to discuss status of diligence requests and DIP budget items | 0.50 |
| 9/29/2020 | Christopher A. Winter | Business Analysis | Additional research made to deduce comparisons between forecasted production, revenue, and EBITDA for peer comparison group versus the Debtors | 1.40 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Assessment regarding the implications for unsecured claimants given confidential details disclosed by the Debtors | 0.60 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Attention to correspondence regarding information allowed to be shared with Committee members | 0.10 |
| 9/29/2020 | Paul F. Jansen | Business Analysis | Call with Stroock (K Pasqualle) regarding Apache | 0.30 |
| 9/29/2020 | Paul F. Jansen | Business Analysis | Call with Stroock (K Pasqualle) regarding term sheet | 0.70 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Call with Stroock (S. Millman) re: Debtors' proposed Trade Vendor form provisions | 0.20 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Create graphical representation of five scenarios | 1.30 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Create graphical representation of range in P&A cost estimates | 1.10 |
| 9/29/2020 | Christopher A. Winter | Business Analysis | Creation of historical revenue value chart for peer group | 1.60 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Diligence of PEO marked items from the Debtors | 0.10 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Draft list of questions in preparation for management call and circulate to team members for review and comment | 1.40 |
| 9/29/2020 | Paul F. Jansen | Business Analysis | Drafting of email to Stroock related to case updates | 0.80 |
| 9/29/2020 | Arjun N. Patel | Business Analysis | Drafting of flow of funds as of 2013 under the trust structure for the Committee business plan presentation | 1.40 |
| 9/29/2020 | Arjun N. Patel | Business Analysis | Drafting of key terms of trust structure of Committee business plan presentation | 1.90 |
| 9/29/2020 | Arjun N. Patel | Business Analysis | Drafting of steps of the decommissioning process for Committee business plan presentation | 1.90 |
| 9/29/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A. Bekker, B. Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.40 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A. Bekker, B. Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/29/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A. Bekker, B. Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.40 |
| 9/29/2020 | John T. Young, Jr. | Business Analysis | External telephonic meeting (J. Young, P. Jansen, A. Bekker, B. Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.40 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Prepare diligence information request list for Weil on documents to be cleansed for Committee presentation | 1.60 |
| 9/29/2020 | Brandon A. Thrasher | Business Analysis | Prepare list of questions on vendor management program | 0.40 |
| 9/29/2020 | Paul F. Jansen | Business Analysis | Research related to Fieldwood reporting matters | 1.10 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Review analysis of 2013 Apache transaction in order to develop presentation on proposed restructuring | 1.60 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Review and respond to redline changes to management questions list | 0.10 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Review committee filing regarding clarification of its confidentiality | 0.10 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Review five scenarios and impact on booked reserves | 0.80 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Review Houlihan presentation on Restructuring Term Sheet analysis | 1.50 |
| 9/29/2020 | Seth M. Barron | Business Analysis | Review of analysis of P&A liabilities and existing resources needed to complete | 0.40 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Review P&A cost estimate by entity | 1.60 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Review vendor diligence and question list in order to prepare for call with Debtors on vendor issues | 1.00 |
| 9/29/2020 | Brandon A. Thrasher | Business Analysis | Reviewed Committee presentation slides in advance of weekly meeting | 0.80 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, M. Ward, C. Hood) and Stroock to discuss sensitivity and finalize UCC presentation for distribution | 0.30 |
| 9/29/2020 | Mary V. Ward | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, M. Ward, C. Hood) and Stroock to discuss sensitivity and finalize UCC presentation for distribution | 0.30 |
| 9/29/2020 | Chase G. Hood | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, M. Ward, C. Hood) and Stroock to discuss sensitivity and finalize UCC presentation for distribution | 0.30 |
| 9/29/2020 | Paul F. Jansen | Business Analysis | Telephonic meeting between CM (P. Jansen, A. Bekker, M. Ward, C. Hood) and Stroock to discuss sensitivity and finalize UCC presentation for distribution | 0.30 |
| 9/29/2020 | Andrew J. Bekker | Business Analysis | Update Committee presentation for comments from counsel | 1.10 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Analyze updates to vendor negotiations and benchmark to total AP vendor detail | 1.30 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Analyze vendor payment detail provided by Stroock | 1.20 |
| 9/30/2020 | Christopher A. Winter | Business Analysis | Created chart of WTI historical price vs. peer comparison groups | 1.60 |
| 9/30/2020 | Paul F. Jansen | Business Analysis | Drafting of changes to weekly presentation for Committee | 1.90 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Drafting of the collateral package and layers of protection for Apache from 2013 transaction for business plan presentation | 2.10 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Drafting of the executive summary of the 2018 bankruptcy for Committee business plan presentation | 0.80 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Drafting of the security interests summary for Committee business plan presentation | 2.00 |
| 9/30/2020 | Kaleb A. Robling | Business Analysis | Export of WTI and HH historical data | 0.30 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Integrate updated vendor payment detail as of 9/25 with previous period to date detail for aggregate total | 1.90 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/30/2020 | Brandon A. Thrasher | Business Analysis | Internal call with B. Thrasher and A. Bekker to coordinate upcoming deliverables | 0.40 |
| 9/30/2020 | Andrew J. Bekker | Business Analysis | Internal call with B. Thrasher, A. Bekker to coordinate upcoming deliverables | 0.40 |
| 9/30/2020 | Andrew J. Bekker | Business Analysis | Internal coordination of workstream and assessment of next steps | 1.00 |
| 9/30/2020 | Chase G. Hood | Business Analysis | Prepare commodities dashboard tracker | 0.70 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Research on 2018 bankruptcy and factors that led to filing | 1.70 |
| 9/30/2020 | Andrew J. Bekker | Business Analysis | Review analysis of vendor management program in order to assess potential risks of current program | 0.30 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Review and analysis of the P&A disbursement mechanism from the trust structure | 1.60 |
| 9/30/2020 | Andrew J. Bekker | Business Analysis | Review Apache business plan analysis in order to prepare analysis on proposed restructuring | 0.70 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Review Apache decommissioning agreement | 1.80 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Review FWE APA Update to isolate P&A forecast detail | 1.60 |
| 9/30/2020 | Mary V. Ward | Business Analysis | Review FWE Restructuring Update presentation for non-Apache assets plan | 1.00 |
| 9/30/2020 | Andrew J. Bekker | Business Analysis | Review history of Apache transaction and related materials | 0.50 |
| 9/30/2020 | John T. Young, Jr. | Business Analysis | Review of changes to weekly presentation for Committee | 1.90 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Review of the PSA mortgage security interests for Apache | 1.20 |
| 9/30/2020 | Arjun N. Patel | Business Analysis | Review of the Trust B security interest documentation | 0.80 |
| 9/30/2020 | Andrew B. Blanchard | Business Analysis | Updates to UCC meeting materials based on internal feedback. | 0.80 |
| 9/7/2020 | Andrew J. Bekker | Case Administration | Prepare updates to internal workstream staffing and coordinate required deliverables | 0.80 |
| 9/7/2020 | Andrew J. Bekker | Case Administration | Provide updates to case calendar on key deadlines and dates | 0.60 |
| 9/7/2020 | Mary V. Ward | Case Administration | Update key milestones for DIP covenant testing and M&A process | 0.70 |
| 9/8/2020 | Andrew J. Bekker | Case Administration | Call with Stroock (S. Millman) re: Non-Disclosure Agreement | 0.10 |
| 9/8/2020 | Andrew J. Bekker | Case Administration | Call with Weil and Stroock re: Non-Disclosure Agreement | 0.10 |
| 9/8/2020 | Benjamin J. Slusarchuk | Case Administration | Internal telephonic call (P. Jansen, B. Slusarchuk, A. Bekker) to prepare for UCC call | 0.20 |
| 9/8/2020 | Andrew J. Bekker | Case Administration | Internal telephonic call (P. Jansen, B. Slusarchuk, A. Bekker) to prepare for UCC call | 0.20 |
| 9/8/2020 | Paul F. Jansen | Case Administration | Internal telephonic call (P. Jansen, B. Slusarchuk, A. Bekker) to prepare for UCC call | 0.20 |
| 9/8/2020 | Chase G. Hood | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Seth M. Barron | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Andrew J. Bekker | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Benjamin J. Slusarchuk | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/8/2020 | Andrew B. Blanchard | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Arjun N. Patel | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Christopher A. Winter | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Mary V. Ward | Case Administration | Internal telephonic meeting (S. Barron, A. Bekker, B. Slusarchuk, A. Blanchard, C. Hood, A. Patel, M. Ward, and C. Winter) to discuss case updates and weekly work streams | 0.40 |
| 9/8/2020 | Andrew J. Bekker | Case Administration | Prepare workplan for CM team and coordinate staffing | 0.60 |
| 9/10/2020 | Andrew J. Bekker | Case Administration | Update internal staffing sheet in order to manage CM and workflow requirements | 1.00 |
| 9/11/2020 | Seth M. Barron | Case Administration | Review the Debtor's US Trustee payment reporting, JIB matrices and the current draft of the limited objection to the JIB motion | 1.60 |
| 9/12/2020 | Andrew J. Bekker | Case Administration | Update working group list and communications to Stroock on coordinating Committee communications | 0.30 |
| 9/15/2020 | Mary V. Ward | Case Administration | Update key milestones for insurance motion requirement for debtors to deliver payment summary | 0.40 |
| 9/17/2020 | Mary V. Ward | Case Administration | Review SOFA/SOAL extension motion | 0.80 |
| 9/22/2020 | Mary V. Ward | Case Administration | Review diligence requests and track updates in data room | 1.30 |
| 9/22/2020 | Brandon A. Thrasher | Case Administration | Reviewed and analyzed Committee bylaws provided by Stroock in preparation for the weekly UCC call | 0.70 |
| 9/25/2020 | Mary V. Ward | Case Administration | Review diligence requests and track updates in data room | 0.80 |
| 9/29/2020 | Seth M. Barron | Case Administration | Prepare agenda for upcoming management call topics | 0.30 |
| 9/30/2020 | Natalie J. Klein | Case Administration | Compilation of invoicing and CM billing information | 1.20 |
| 9/1/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Continued review of DIP sensitivities related to hurricane | 1.40 |
| 9/1/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Continued review of DIP sensitivities related to hurricane | 1.40 |
| 9/1/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of sensitivity analysis concerning forecasted liquidity and impact from hurricane | 2.40 |
| 9/1/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Supervisory review of presentation to Committee on forecasted liquidity | 1.80 |
| 9/2/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Drafting of communication to Committee regarding next steps for the DIP workstream. | 0.70 |
| 9/2/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal working session between A. Patel and M. Ward regarding Fieldwood Mexico cash calls | 0.30 |
| 9/2/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between A. Patel and M. Ward regarding Fieldwood Mexico cash calls | 0.30 |
| 9/2/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review cash management presentation in order to assess flow of funds and related issues | 0.30 |
| 9/2/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review DIP model for Mexico cash disbursements | 1.20 |
| 9/2/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review of cash flow model to determine insurance payments budgeted | 0.40 |
| 9/2/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of DIP Credit Agreement reporting requirements | 0.20 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analyzed reserve data provided by debtors to determine values and P&A obligations for specific properties. | 1.40 |
| 9/3/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| | | | outstanding workstream requirements related to first day motions for Counsel. | |
| 9/3/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss outstanding workstream requirements related to first day motions for Counsel. | 0.40 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss outstanding workstream requirements related to first day motions for Counsel. | 0.40 |
| 9/3/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss outstanding workstream requirements related to first day motions for Counsel. | 0.40 |
| 9/3/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Bekker, A. Patel, M. Ward, A. Blanchard) to discuss outstanding workstream requirements related to first day motions for Counsel. | 0.40 |
| 9/3/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Patel, M. Ward, A. Blanchard) to discuss first day motions objections and observations presentation for Counsel. | 0.30 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Patel, M. Ward, A. Blanchard) to discuss first day motions objections and observations presentation for Counsel. | 0.30 |
| 9/3/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Patel, M. Ward, A. Blanchard) to discuss first day motions objections and observations presentation for Counsel. | 0.30 |
| 9/3/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal telephonic meeting with CM (S. Barron, A. Patel, M. Ward, A. Blanchard) to discuss first day motions objections and observations presentation for Counsel. | 0.30 |
| 9/3/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session with S. Barron and M. Ward regarding potential objection to Cash Management motion | 0.30 |
| 9/3/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session with S. Barron and M. Ward regarding potential objection to Cash Management motion | 0.30 |
| 9/3/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review cash management motion in advance of internal telephonic meeting to outline issues and additional diligence items requests for the same. | 1.00 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Review of DIP model to identify amount of Mexico cash calls, insurance payments for documents for counsel. | 0.60 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Sensitivity analysis performed to assess asset coverage ratio. | 1.90 |
| 9/3/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Sensitivity analysis performed to assess minimum liquidity covenant. | 2.10 |
| 9/3/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Structure analysis to develop sensitivities on DIP Model in order to assess covenant cushion | 1.30 |
| 9/3/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates to objection presentation to incorporate senior review comments | 0.80 |
| 9/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze budgeted per DIP model to estimated expenses per motion | 1.70 |
| 9/4/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Continued development of liquidity analysis and development of meeting materials. | 1.10 |
| 9/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create tracker of estimated prepetition expenses by motion | 1.50 |
| 9/4/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Development of case liquidity analysis based on updated assumptions regarding storm damage and cash expenses. | 1.90 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 9/4/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review and edits to DIP budget model and sensitivity analysis | 1.70 |
| 9/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review DIP model as of 9/2 for updates and actual figures | 2.20 |
| 9/4/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review initial liquidity analysis | 2.10 |
| 9/4/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of DIP motion and initial DIP budget | 1.40 |
| 9/4/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of DIP objections and additional commentary from counsel | 1.30 |
| 9/4/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of DIP objections and Stroock comments | 1.10 |
| 9/4/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of insurance policies, payment schedules and applicable deductibles | 0.60 |
| 9/4/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of production sensitivities related to DIP needs | 2.10 |
| 9/4/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of shelf asset production and DIP Model | 1.50 |
| 9/4/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of shelf asset production and P&A | 1.30 |
| 9/4/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Supervisory review liquidity analysis slides. | 1.50 |
| 9/4/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Supervisory review liquidity and collections stress test analysis | 1.40 |
| 9/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, S. Barron, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity analysis | 0.70 |
| 9/4/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, S. Barron, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity analysis. | 0.70 |
| 9/4/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, S. Barron, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity analysis. | 0.70 |
| 9/4/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, S. Barron, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity analysis. | 0.70 |
| 9/4/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, S. Barron, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity analysis. | 0.70 |
| 9/4/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to sensitivity analysis on financial covenants based on internal feedback | 1.60 |
| 9/4/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to sensitivity on 2020 liquidity for Counsel | 2.10 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Continued revisions to DIP liquidity assessment analysis based on revised sensitivity assumptions | 0.30 |
| 9/5/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Drafting of analysis related to Apache and production sensitivities | 1.10 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of analysis related to hurricane impact | 1.20 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of analysis related to hurricane sensitivities | 1.90 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to Stroock team | 0.80 |
| 9/5/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between A. Bekker and M. Ward to discuss vendor payment summary detail compared to DIP budget | 0.50 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal working session between A. Bekker and M. Ward to discuss vendor payment summary detail compared to DIP budget | 0.50 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal working session between A. Patel and M. Ward to discuss DIP financial covenant benchmarking | 0.50 |
| 9/5/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between A. Patel and M. Ward to discuss DIP financial covenant benchmarking | 0.50 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Prepare DIP financial covenants analysis and source comp set motions and final orders from respective dockets | 1.50 |
| 9/5/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and commentary on the DIP/liquidity analysis deck | 1.50 |
| 9/5/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review and edits to DIP budget model and sensitivity analysis | 1.90 |
| 9/5/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review and edits to DIP liquidity assessment presentation | 1.30 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review DIP credit agreement in order to assess financial covenants and collateral package terms | 2.10 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review DIP financial covenants and objections analysis | 0.90 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review DIP sizing sensitivity analysis model assumptions | 1.20 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion & final order for financial covenant benchmarking | 0.80 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review list of Committee issues on the DIP prepared for Debtors and provide additional list of questions for counsel to raise | 1.00 |
| 9/5/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of DIP budget model | 2.20 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of DIP covenants and sensitivities | 1.50 |
| 9/5/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of shut in process | 1.20 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of vendor and JIB payments | 0.90 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion & final order for financial covenant benchmarking | 0.90 |
| 9/5/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion & final order for financial covenant benchmarking | 0.80 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Revise DIP liquidity assessment analysis based on revised sensitivity assumptions | 0.30 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Telephonic meeting with CM (P. Jansen, A. Bekker, B. Slusarchuk, M. Ward, A. Blanchard) to discuss liquidity assessment | 0.50 |
| 9/5/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Update liquidity assessment exhibit assumption notes | 1.40 |
| 9/5/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to liquidity analysis based on feedback provided internally. | 1.20 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analyze LOS schedule that builds to the DIP model | 1.50 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analyze proposed DIP covenants and assess achievability of compliance | 1.00 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Analyze reserve reports in order to assess forecasted compliance with asset coverage test in DIP credit agreement | 1.20 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Assessment of final order for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Compilation of the Deepwater model and reserve analysis | 0.90 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Continue review of comparable energy DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continue review of peer group DIP financing motion & final order for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continued reviewing supporting schedules to DIP model in order to determine key assumption inputs | 1.30 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Draft summary of questions and issues regarding DIP model assumption inputs | 1.50 |
| 9/6/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of supporting documentation related to DIP motion | 2.10 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 9/6/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of supporting documentation related to vendor motion | 1.90 |
| 9/6/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Internal working session between P. Jansen and A. Bekker to discuss DIP Budget issues | 0.80 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal working session between P. Jansen and A. Bekker to discuss DIP Budget issues | 0.80 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal working session with A. Bekker and M. Ward to discuss DIP variance analysis | 0.10 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session with A. Bekker and M. Ward to discuss DIP variance analysis | 0.10 |
| 9/6/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | LOS analysis | 1.80 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Participate in call with Houlihan Lokey and AlixPartners to discuss DIP Budget | 0.80 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Prepare peer group financial covenant benchmarking | 0.80 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare update responses to counsel on outstanding DIP issues | 0.50 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research public comparables for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Reserve analysis for LOS projections | 0.70 |
| 9/6/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Review and analysis of first day relief payments made to date and reconcile certain payments with amounts stated in the first day motions | 1.30 |
| 9/6/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Review and analysis of the DIP credit agreement with emphasis on the asset coverage ratio and related calculation | 1.20 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable energy company DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review DIP Interim Order issues to prepare response to Debtors' draft final order | 0.20 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review Fieldwood Energy (2018) DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of DIP credit agreement pertaining to covenants and asset coverage ratio test | 0.60 |
| 9/6/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of reserve databases in VDR and analysis related to DIP asset coverage ratio test | 1.90 |
| 9/6/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review underlying schedules to DIP model in order to determine key assumption inputs | 0.60 |
| 9/6/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review underlying supporting schedules to DIP model in order to determine key assumption inputs | 1.50 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Revise analysis of DIP financing motion for financial covenant benchmarking | 0.80 |
| 9/6/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Summarize peer financial covenants | 1.20 |
| 9/7/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Analysis of lease operating statement and review of variances from DIP model | 1.30 |
| 9/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze DIP budget to actual variance | 1.20 |
| 9/7/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call J Young/P Jansen (CM) related to vendor motion | 0.30 |
| 9/7/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Call with J Young/P Jansen (CM) related to vendor motion | 0.30 |
| 9/7/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Call with Stroock (S. Millman) regarding DIP issues | 0.40 |
| 9/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Compile DIP orders/motion/credit agreements of related peers to support benchmarking | 1.50 |
| 9/7/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continued analysis of lease operating statement and review of variances from DIP model | 1.20 |
| 9/7/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | LOS analysis updates based on internal feedback | 1.10 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/7/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review asset coverage analysis in order to assess collateral for DIP covenant test | 0.80 |
| 9/7/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review budget vs. actual results for weekly presentation to the UCC | 0.30 |
| 9/7/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review email concerning DIP credit agreement and interim order | 0.10 |
| 9/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review Fieldwood Energy (2018) DIP motion for unused line fee | 0.80 |
| 9/7/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of company reserve database in relation to analysis and sensitivities of DIP asset coverage ratio test | 1.80 |
| 9/7/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review of High-Level Cash Flow Model provided by the Debtors | 1.20 |
| 9/7/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review open DIP issues list provided by Counsel | 0.40 |
| 9/7/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, B Slusarchuk, A. Bekker), Stroock, Weil and Houlihan to discuss DIP Issues | 1.00 |
| 9/7/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, B Slusarchuk, A. Bekker), Stroock, Weil and Houlihan to discuss DIP Issues | 1.00 |
| 9/7/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, B Slusarchuk, A. Bekker), Stroock, Weil and Houlihan to discuss DIP Issues | 1.00 |
| 9/7/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, B Slusarchuk, A. Bekker), Stroock, Weil and Houlihan to discuss DIP Issues | 1.00 |
| 9/7/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Telephonic meeting among CM (P. Jansen, B Slusarchuk, A. Bekker) with Stroock and Cole Schotz to discuss outstanding DIP issues and Vendor management issues | 0.40 |
| 9/7/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting among CM (P. Jansen, B Slusarchuk, A. Bekker) with Stroock and Cole Schotz to discuss outstanding DIP issues and Vendor management issues | 0.40 |
| 9/7/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting among CM (P. Jansen, B Slusarchuk, A. Bekker) with Stroock and Cole Schotz to discuss outstanding DIP issues and Vendor management issues | 0.40 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Analysis of updated DIP model to identify what prepetition vendors payments were made | 1.30 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Build and annotate bridge of budget to actual cash balance | 1.20 |
| 9/8/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Continued DIP benchmarking analysis related to unused line fees for comparable energy cases | 1.60 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continued review of the comparable set DIP motions and final orders for unused line fee. | 1.00 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Continue to review peer group public filings for unused line fee | 0.80 |
| 9/8/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Develop list of questions and issues for discussion with management and Debtors' financial advisors on the DIP budget | 0.80 |
| 9/8/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | DIP benchmarking analysis related to unused line fees for comparable energy cases | 1.70 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Draft list of questions for management regarding budget to actual variances | 0.80 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Drafting of DIP unused fee benchmarking comp set analysis and identification of 30 comparables to research. | 2.00 |
| 9/8/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Slusarchuk, S. Barron, A. Blanchard, and A. Patel to discuss DIP model build and assumptions | 1.00 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/8/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Slusarchuk, S. Barron, A. Blanchard, and A. Patel to discuss DIP model build and assumptions | 1.00 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Slusarchuk, S. Barron, A. Blanchard, and A. Patel to discuss DIP model build and assumptions | 1.00 |
| 9/8/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Slusarchuk, S. Barron, A. Blanchard, and A. Patel to discuss DIP model build and assumptions | 1.00 |
| 9/8/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Slusarchuk, S. Barron, A. Blanchard, and A. Patel to discuss DIP model build and assumptions | 1.00 |
| 9/8/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Internal telephonic meeting between B. Slusarchuk, A. Blanchard, and C. Winter to discuss the cash flow model | 0.40 |
| 9/8/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Internal telephonic meeting between B. Slusarchuk, A. Blanchard, and C. Winter to discuss the cash flow model | 0.40 |
| 9/8/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Internal telephonic meeting between B. Slusarchuk, A. Blanchard, and C. Winter to discuss the cash flow model | 0.40 |
| 9/8/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal working session between P. Jansen and A. Bekker to discuss DIP issues | 0.50 |
| 9/8/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Internal working session between P. Jansen and A. Bekker to discuss DIP issues | 0.50 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Prepare DIP variance analysis presentation for UCC | 1.30 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research additional peers for unused line fee benchmarking in DIP Credit Agreement | 0.80 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research peers for unused line fee in DIP Credit Agreement | 1.40 |
| 9/8/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Research related to identifying potential additional DIP financing comparable cases | 1.60 |
| 9/8/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review analysis of budget vs. actual financial results | 1.00 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company DIP motion for unused line fee | 0.80 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company DIP motion for unused line fee | 0.80 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review comparable set DIP motions and final orders for unused line fee. | 1.60 |
| 9/8/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review DIP cash flow list of issues | 0.50 |
| 9/8/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review lease operating expense analysis | 0.80 |
| 9/8/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review multiple data room deliverables related to DIP financing | 1.10 |
| 9/8/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review of Debtor's Sep-02 13wk DIP Budget | 0.30 |
| 9/8/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Review of formulas and formatting in cash flow analysis | 0.40 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review peer group benchmarking for unused line fee | 0.80 |
| 9/8/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review peer group public filings for unused line fee | 0.80 |
| 9/8/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Update DIP model questions to incorporate senior review comments from A. Bekker | 0.70 |
| 9/8/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates made to cost per production analysis. | 1.80 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Benchmarking of upfront fees of comparable companies, to provide Stroock with data for objection motion | 2.00 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock (S Millman) related to objections | 0.50 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continued benchmarking of upfront fees of comparable companies, to provide Stroock with data for objection motion | 0.40 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Continued DIP fees analysis to incorporate senior review comments from P. Jansen | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/9/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Create questions list for Houlihan and Debtors in regard to differences in historical provided data and database schedule | 1.50 |
| 9/9/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Cursory review of filed limited objection and reservation of rights re: Cash Management Order | 0.10 |
| 9/9/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Development of updated cash flow analysis | 1.30 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of additional DIP objection changes | 0.80 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of change to CM demonstratives | 0.60 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of changes to objections | 0.40 |
| 9/9/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Drafting of DIP benchmarking analysis related to upfront fees for comparable energy cases | 1.80 |
| 9/9/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Thrasher, C. Hood, M. Ward, and A. Patel to discuss DIP unused fees benchmarking | 0.20 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Thrasher, C. Hood, M. Ward, and A. Patel to discuss DIP unused fees benchmarking | 0.20 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Thrasher, C. Hood, M. Ward, and A. Patel to discuss DIP unused fees benchmarking | 0.20 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Thrasher, C. Hood, M. Ward, and A. Patel to discuss DIP unused fees benchmarking | 0.20 |
| 9/9/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal telephonic meeting among A. Bekker, B. Thrasher, C. Hood, M. Ward, and A. Patel to discuss DIP unused fees benchmarking | 0.20 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic working session between A. Bekker and A. Patel to finalize DIP fees benchmarking for UCC Legal Counsel | 0.40 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic working session between A. Bekker and A. Patel to finalize DIP fees benchmarking for UCC Legal Counsel | 0.40 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare supporting financial analysis for DIP Objection | 1.50 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Prepare updates to unused line fee benchmarking analysis | 1.10 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Pull list of DIP financing transactions from database in order to identify peer group for comps analysis | 1.00 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research comparable company public filings for unused line fee | 1.10 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research potential peer group comp for unused line fees | 1.10 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Research related to DIP | 0.40 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review 13-week cash flow budget vs. actual analysis in order to prepare for call with management | 1.00 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review and provide comments to DIP Objection | 1.40 |
| 9/9/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review DIP benchmarking analysis including supplemental analysis of dollar weighted average pricing for new money DIP loans | 1.40 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review draft Limited Objection to the DIP Order | 1.20 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review limited objection to cash management motion | 0.20 |
| 9/9/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Review of all formulas and formatting in the cash flow model | 2.00 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of CM demonstratives | 0.50 |
| 9/9/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review of committee's draft objection to critical vendors motion | 0.30 |
| 9/9/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of DIP analysis slide deck and correspondence with S. Barron | 1.60 |
| 9/9/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of DIP unused line fee comps and supporting documentation | 1.30 |
| 9/9/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review of draft DIP objection as it relates to unused commitment fee for benchmarking purposes | 1.40 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 9/9/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review of draft Objection to DIP Motion | 0.50 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of objections | 0.40 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of selected peer group for benchmarking analysis | 0.30 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review proposed DIP objection letter provide by counsel | 0.40 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review source documentation in order to validate on upfront fee comparable company analysis for DIP Objection | 1.40 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review source documentation in order to validate unused line fee comparable company analysis for DIP Objection | 1.40 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review unused line fee peer benchmarking for completeness and accuracy | 0.80 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Summarize vendor payments and negotiations as provided by Strook | 2.20 |
| 9/9/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Supervisory review and drafting of edits to DIP unused fee comps analysis | 2.20 |
| 9/9/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of DIP benchmarked analysis performed by A. Patel | 1.50 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Supervisory review of DIP benchmarked unused line fee research performed by other Senior Associates. | 1.40 |
| 9/9/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Supervisory review of DIP unused fees benchmarking | 0.30 |
| 9/9/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Telephonic meeting among CM (A. Bekker, B. Slusarchuk, M. Ward), Houlihan Lokey, AlixPartners, and FWE Management to discuss budget vs. actual variance | 0.40 |
| 9/9/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting among CM (A. Bekker, B. Slusarchuk, M. Ward), Houlihan Lokey, AlixPartners, and FWE Management to discuss budget vs. actual variance | 0.40 |
| 9/9/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Telephonic meeting among CM (A. Bekker, B. Slusarchuk, M. Ward), Houlihan Lokey, AlixPartners, and FWE Management to discuss budget vs. actual variance | 0.40 |
| 9/9/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Update cash flow analysis for business assessment | 1.00 |
| 9/9/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Update unused line fee DIP benchmarking analysis to incorporate senior review comments | 1.60 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates DIP fee benchmarking to incorporate senior review comments from A Bekker. | 2.10 |
| 9/9/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates to DIP fees analysis to incorporate senior review comments from P. Jansen | 2.00 |
| 9/10/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Analysis and review of Fieldwood DIP benchmarking and comparable companies | 0.60 |
| 9/10/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Analysis of non-Deepwater long run forecast | 1.30 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Analyzed and reviewed final DIP order in regard to update of key terms and reporting items | 1.90 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Analyzed, reviewed and provided comments to the DIP upfront fee analysis | 2.00 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Continued analysis and provided comments to the DIP upfront fee analysis | 0.40 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Drafted and reviewed slides for Mexico cash call requirements | 2.20 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Drafted and reviewed slides for Mexico cash call requirements | 1.30 |
| 9/10/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of emails to Stroock team related to objections | 0.70 |
| 9/10/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | External telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A Bekker) with Creditor Committee and Committee counsel to discuss deal with Debtors on DIP financing | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/10/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | External telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A Bekker) with Creditor Committee and Committee counsel to discuss deal with Debtors on DIP financing | 0.50 |
| 9/10/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | External telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A Bekker) with Creditor Committee and Committee counsel to discuss deal with Debtors on DIP financing | 0.50 |
| 9/10/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | External telephonic meeting (J. Young, P. Jansen, B. Slusarchuk, A Bekker) with Creditor Committee and Committee counsel to discuss deal with Debtors on DIP financing | 0.50 |
| 9/10/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare analysis to validate compliance with financial covenants for period ending 8/28 | 1.40 |
| 9/10/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare evidentiary items for potential contested hearing on DIP | 0.50 |
| 9/10/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Researched Mexico operations to conduct analysis on cash call requirements | 2.10 |
| 9/10/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review analysis of DIP budget vs. actual for the period ending 8/28 | 1.30 |
| 9/10/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review proposed final DIP order from UCC Legal Counsel | 1.20 |
| 9/10/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review redline draft of Final DIP Order | 0.50 |
| 9/10/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review weekly presentation to the Committee | 0.50 |
| 9/10/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Supervisory comment and review of weekly UCC update slide deck including independent analysis of variances to confirm accuracy | 1.40 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Continued analysis of Debtors' updated DIP budget and assess variances to prior DIP budget | 1.80 |
| 9/11/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Continued attention to missing NGL revenue in Debtor's weekly cash flow update including analysis of historical monthly production volumes versus NGL revenue | 2.10 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal working session (A. Bekker, B. Thrasher, M. Ward) surrounding Mexico cash calls and UCC objection to cash management motion | 0.50 |
| 9/11/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss NGL revenue actual vs. budget variance | 0.40 |
| 9/11/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss NGL revenue actual vs. budget variance | 0.40 |
| 9/11/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Prepare follow up questions related to DIP model and any budget vs. actual variances not previously risen | 0.80 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review and analysis of Debtors' financial covenant test reporting | 1.10 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review and analysis of Debtors' four-week cash variance analysis | 1.80 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review and analysis of Debtors' updated DIP budget and assess variances to prior DIP budget | 1.70 |
| 9/11/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review decrease in NGL revenue vs. budget for the four weeks ended 8/28 | 0.50 |
| 9/11/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review DIP model related to line item questions to analyze supporting detail for forecasted amounts | 1.50 |
| 9/11/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review list of follow up questions on 13-week cash flow budget to actual variances | 0.50 |
| 9/11/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Supervisory review and drafting of edits to slides for Mexico cash call requirements | 2.10 |
| 9/11/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to cash flow analysis based on internal feedback. | 1.20 |
| 9/12/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Research related to reporting for second day objections | 1.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/12/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review and analysis of proposed cash management order in regard to ongoing negotiations | 0.60 |
| 9/12/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Supervisory review and drafting of edits to slides for Mexico cash call requirements | 0.80 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with S Millman (Stroock) related to reporting | 0.60 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock (S. Millman) and Weil (J Liou) related to reporting | 0.40 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock (S. Millman) and Weil related to objections | 0.50 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock (S. Millman) related to objections | 0.40 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of analysis related to reporting | 2.00 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to Stroock (K. Hansen) related to objections | 0.80 |
| 9/13/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of email to UCC related to objections | 1.10 |
| 9/13/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Review and drafting of edits to FW Mexico cash calls presentation analysis | 1.10 |
| 9/14/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Apply adjustments to database (operating expenses +10%), apply September 4, 2020 price deck, generate summary and oneline runs | 1.40 |
| 9/14/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal telephonic meeting between A. Bekker and S. Barron regarding the Debtor's DIP model revenue assumptions | 0.40 |
| 9/14/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting between A. Bekker and S. Barron regarding the Debtor's DIP model revenue assumptions | 0.40 |
| 9/14/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review oil roll adjustment forecasting methodology in DIP cash flow model in order to understand budget to actual variances | 1.20 |
| 9/14/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review responses from Houlihan Lokey to open 13-week cash flow questions and review high level cash model | 0.30 |
| 9/14/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Revisions to the cash flow model from supervisory review` | 1.90 |
| 9/15/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Development of G&A analysis as an input assumption to determine cash flow forecast sensitivity | 1.80 |
| 9/15/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Generate runs from database with Annapolis Valley removed and with all CAPEX outside 18 months removed to try and model future situations | 1.80 |
| 9/15/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to review JIB receivables and related AFE | 0.50 |
| 9/15/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to review JIB receivables and related AFE | 0.50 |
| 9/15/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Perform variance analysis compared to original 8/1 DIP budget | 2.20 |
| 9/15/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to cash flow sensitivity analysis based on internal feedback. | 1.80 |
| 9/16/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal CM call (P. Jansen, S. Barron, A. Bekker, C. Hood) to discuss JIB analysis workstream and work plan | 0.60 |
| 9/16/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Internal CM call (P. Jansen, S. Barron, A. Bekker, C. Hood) to discuss JIB analysis workstream and work plan | 0.60 |
| 9/16/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Internal CM call (P. Jansen, S. Barron, A. Bekker, C. Hood) to discuss JIB analysis workstream and work plan | 0.60 |
| 9/16/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal CM call (P. Jansen, S. Barron, A. Bekker, C. Hood) to discuss JIB analysis workstream and work plan | 0.60 |
| 9/16/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Review of Final DIP order | 0.40 |
| 9/16/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Sensitize assumptions in the Debtors' annual budget to assess liquidity | 1.90 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/16/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to cash flow analysis based on conversations with HL. | 1.10 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze ending cash for 9/16 budget compared to 8/1 | 1.70 |
| 9/17/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Analyzed and reviewed variance of DIP budget versus actual financials | 0.70 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create graphical representation of ending cash for UCC presentation | 1.10 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Draft list of questions for management regarding budget to actual variances | 0.90 |
| 9/17/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare slide summarizing reorganized debtors financial projections and Apache P&A obligations from 2018 bankruptcy | 1.50 |
| 9/17/2020 | Matthew A. Sonnier | Cash Flow Analysis/Reporting | Prepare slide summarizing reorganized debtors proposed restructuring framework flow chart | 1.30 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Recalculate net operating disbursements presented in compliance certificate | 1.50 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review compliance certificate | 0.80 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review FWE management presentation on DIP budget variances | 1.30 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review updated DIP budget with actuals as of 9/11 | 1.80 |
| 9/17/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Summarize change in permitted carryforward for UCC presentation | 1.40 |
| 9/18/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Create comparison between reserve database outputs for Base/Upside and management presentation | 1.30 |
| 9/18/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Draft summary presentation for UCC Update | 1.60 |
| 9/18/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss budget vs. actual variances as of 9/16 report | 0.80 |
| 9/18/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss budget vs. actual variances as of 9/16 report | 0.80 |
| 9/18/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update cash flow variance analysis for S. Barron comments | 1.40 |
| 9/21/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review and analyze budget to variance excel file in relation to the UCC materials | 0.40 |
| 9/21/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review changes to UCC slide deck on cash flow | 0.10 |
| 9/21/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review of supporting details behind the Debtor's response to certain large variances in bi-weekly reporting | 0.40 |
| 9/21/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review updated DIP model and JIB schedule | 1.80 |
| 9/21/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review updated DIP model Vendor Payment Deferrals | 2.00 |
| 9/21/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review updated DIP model analysis | 1.70 |
| 9/21/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update UCC presentation for P. Jansen comments | 1.50 |
| 9/21/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to cash flow analysis based on internal feedback | 1.60 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze JIB matrix for the period 8/31 through 9/18 | 1.20 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze variance analysis of budget 9/16 vs 9/2 as compared to management presentation | 1.50 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze vendor payments as of 9/18 compared to pre-petition amounts per JIB order | 1.30 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review DIP budget as of 9/16 as compared to 9/2 | 1.10 |
| 9/22/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Review industry research to develop sensitivities on cash flow forecast | 1.20 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review vendor negotiations and compare to prior issued materials | 1.80 |
| 9/22/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of cash flow sensitivity analysis and methodology | 1.30 |
| 9/22/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update vendor payment detail for JIB matrix as of 9/18 | 0.90 |
| 9/22/2020 | Andrew B. Blanchard | Cash Flow Analysis/Reporting | Updates to cash flow analysis based on internal feedback. | 0.70 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze change in vendor negotiations | 1.20 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze Fieldwood Mexico forecasted cash flows | 1.60 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Calculate cash flows attributable to FWE share of Fieldwood Mexico | 1.80 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Present cash flow summary in presentation | 0.90 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review DIP model for Mexico cash disbursements | 1.10 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review Fieldwood Mexico presentation provided by management | 1.60 |
| 9/23/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review vendors presented in AP aging as of Petition Date compared to vendors in negotiations | 1.90 |
| 9/24/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update CM presentation on Fieldwood Mexico for additional development plan details | 0.80 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze 9/2 ending cash to 9/16 budget ending cash (10/30) | 0.80 |
| 9/28/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Call with Stroock (S Millman) related to management meeting | 0.40 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create bridge to compare budget ending cash | 1.10 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create organizational structure of Fieldwood Mexico for UCC presentation | 1.30 |
| 9/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Editing the Fieldwood Mexico analysis presentation to the Committee | 0.40 |
| 9/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal call with B. Thrasher and A. Bekker to discuss drafting/editing the Mexico analysis | 0.30 |
| 9/28/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal call with B. Thrasher, A. Bekker to discuss drafting/editing the Mexico analysis | 0.30 |
| 9/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal working session between (A. Bekker, B. Thrasher, M. Ward) to finalize Fieldwood Mexico analysis for UCC presentation | 0.50 |
| 9/28/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal working session between (A. Bekker, B. Trasher, M. Ward) to finalize Fieldwood Mexico analysis for UCC presentation | 0.50 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between (A. Bekker, B. Trasher, M. Ward) to finalize Fieldwood Mexico analysis for UCC presentation | 0.50 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Recalculate variance between budgets dated 9/2 and 9/16 | 1.20 |
| 9/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review of Mexico analysis ahead of the weekly UCC call | 1.60 |
| 9/28/2020 | Benjamin J. Slusarchuk | Cash Flow Analysis/Reporting | Review of updated cash flow model and sensitivity | 1.40 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update Fieldwood Mexico presentation for A. Bekker comments | 1.10 |
| 9/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update Fieldwood Mexico presentation for B. Thrasher comments | 1.10 |
| 9/29/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Assessment of vendor payment categorizations and the implications for analyzing the next 13-week cash flow delivery | 0.90 |
| 9/29/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Perform analysis on disbursement details provided by the debtor to generate additional questions for management about how it is vendor payments are being prioritized | 1.00 |
| 9/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Perform analysis of newly delivered disbursement details to inform discussion about the Debtors' vendor management program | 2.00 |
| 9/30/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Prepare summary of issues and next steps on vendor management program and JIB | 0.50 |
| 9/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Prepare summary of management responses to vendor management questions | 0.70 |
| 9/30/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review list of questions and prepare strategy ahead of call with management and Weil to discuss vendor program | 0.30 |
| 9/30/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of Apache summary memo | 1.20 |
| 9/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review updated analysis of vendor payment program | 1.00 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Review vendor payment summaries and prepetition AP aging | 1.40 |
| 9/30/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Hood, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/30/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/30/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/30/2020 | Chase G. Hood | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/30/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Telephonic meeting among CM (J. Young, P. Jansen, A. Bekker, S. Barron, C. Winter), Stroock, Weil, the Debtors and AlixPartners to discuss the Debtors' vendor payment program | 1.00 |
| 9/9/2020 | Seth M. Barron | Claims Analysis | Review docket for various orders directing key dates for statements and schedules and claims deadlines | 0.20 |
| 9/10/2020 | Paul F. Jansen | Claims Analysis | Call with Committee member | 0.70 |
| 9/21/2020 | Brandon A. Thrasher | Claims Analysis | Internal working session between B. Thrasher and C. Winter to discuss initial analysis of the restructuring support agreement and creditor treatment | 0.50 |
| 9/21/2020 | Christopher A. Winter | Claims Analysis | Internal working session between B. Thrasher and C. Winter to discuss initial analysis of the restructuring support agreement and creditor treatment | 0.50 |
| 9/23/2020 | Benjamin J. Slusarchuk | Claims Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, B. Thrasher, C. Hood) to discuss preliminary claims analysis work plan | 0.30 |
| 9/23/2020 | Chase G. Hood | Claims Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, B. Thrasher, C. Hood) to discuss preliminary claims analysis work plan | 0.30 |
| 9/23/2020 | Brandon A. Thrasher | Claims Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, B. Thrasher, C. Hood) to discuss preliminary claims analysis work plan | 0.30 |
| 9/23/2020 | Paul F. Jansen | Claims Analysis | Internal CM meeting (P. Jansen, B. Slusarchuk, B. Thrasher, C. Hood) to discuss preliminary claims analysis work plan | 0.30 |
| 9/1/2020 | Chase G. Hood | Employee Matters | Review and analysis of Longnecker report regarding compensation analysis | 0.80 |
| 9/13/2020 | Mary V. Ward | Employee Matters | Review KERP benchmarking methodology and peer group | 1.80 |
| 9/14/2020 | Seth M. Barron | Employee Matters | Internal working session between S. Barron and M. Ward to discuss KERP benchmarking methodology | 0.20 |
| 9/14/2020 | Mary V. Ward | Employee Matters | Internal working session between S. Barron and M. Ward to discuss KERP benchmarking methodology | 0.20 |
| 9/14/2020 | Seth M. Barron | Employee Matters | Review of Debtor's proposed KERP and draft benchmarking analysis of the same | 1.80 |
| 9/14/2020 | Mary V. Ward | Employee Matters | Update KERP analysis and presentation for discussion with S. Barron | 1.50 |
| 9/15/2020 | Mary V. Ward | Employee Matters | Draft list of diligence requests related to KERP/insider payments for management | 1.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/15/2020 | Mary V. Ward | Employee Matters | Review insider payments and related detail in Dane Declaration | 1.50 |
| 9/15/2020 | Mary V. Ward | Employee Matters | Review wages motion for detail KERP/incentive/bonus detail | 1.80 |
| 9/22/2020 | Brandon A. Thrasher | Employee Matters | Reviewed and analyzed debtor's motion to retain ordinary course professionals in preparation for the weekly UCC call | 0.20 |
| 9/24/2020 | Christopher A. Winter | Employee Matters | Review and revisions to Employees Wages and Benefits Motion Analysis | 1.40 |
| 9/24/2020 | Christopher A. Winter | Employee Matters | Reviewing the Employee Wages and benefits Motion with commentary | 1.80 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Call with outside counsel to Conway MacKenzie to discuss language and disclosures on prior affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Drafting of revisions to application to employ | 1.40 |
| 9/1/2020 | Christopher A. Winter | Fee/Employment Applications | Initial compilation of language around Riveron's prior engagement with the Debtors in the retention application | 1.10 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Review language and disclosures on prior affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Review of conflict check matters | 1.80 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Review of conflict check matters | 1.80 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Review of updates to disclosures on affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Andrew J. Bekker | Fee/Employment Applications | Review updated conflict check in order to assess affiliate entity prepetition client work | 0.20 |
| 9/1/2020 | Andrew J. Bekker | Fee/Employment Applications | Revise scope of services in Conway MacKenzie retention application | 0.80 |
| 9/1/2020 | Christopher A. Winter | Fee/Employment Applications | Revisions to the language around Riveron's prior engagement with the Debtors in the retention application | 1.00 |
| 9/1/2020 | Andrew J. Bekker | Fee/Employment Applications | Telephonic meeting between P. Jansen, A. Bekker, and C. Winter and outside counsel to Conway MacKenzie to discuss language and disclosures on prior affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Christopher A. Winter | Fee/Employment Applications | Telephonic meeting between P. Jansen, A. Bekker, and C. Winter and outside counsel to Conway MacKenzie to discuss language and disclosures on prior affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Paul F. Jansen | Fee/Employment Applications | Telephonic meeting between P. Jansen, A. Bekker, and C. Winter and outside counsel to Conway MacKenzie to discuss language and disclosures on prior affiliate engagement with the Debtors | 0.30 |
| 9/1/2020 | Andrew J. Bekker | Fee/Employment Applications | Update disclosures based on additional conflict check information in Conway MacKenzie retention application | 0.80 |
| 9/2/2020 | John T. Young, Jr. | Fee/Employment Applications | Drafting of revisions to application to employ | 1.40 |
| 9/2/2020 | Andrew J. Bekker | Fee/Employment Applications | Update disclosure language in retention application to reflect additional information | 0.50 |
| 9/3/2020 | Andrew J. Bekker | Fee/Employment Applications | Finalize review of retention application and prepare communication on retention to Stroock and Cole Schotz | 0.40 |
| 9/3/2020 | Christopher A. Winter | Fee/Employment Applications | Review of edits made to the retention application by outside counsel | 1.30 |
| 9/4/2020 | Matthew A. Sonnier | Fee/Employment Applications | Correspondence with CM Fieldwood team regarding August Time Detail | 0.60 |
| 9/8/2020 | Matthew A. Sonnier | Fee/Employment Applications | Consolidate individual CM professionals time detail for August Fee Application | 2.10 |
| 9/9/2020 | Matthew A. Sonnier | Fee/Employment Applications | Continue to consolidate individual CM professionals time detail for August Fee Application | 0.60 |
| 9/9/2020 | Matthew A. Sonnier | Fee/Employment Applications | Review of all CM professionals time detail | 2.20 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/10/2020 | Christopher A. Winter | Fee/Employment Applications | Continued revisions to CM retention application with suggestions from the Stroock team | 0.70 |
| 9/10/2020 | Christopher A. Winter | Fee/Employment Applications | Revisions to CM retention application with suggestions from the Stroock team | 1.60 |
| 9/11/2020 | Christopher A. Winter | Fee/Employment Applications | Additional research behind CM's historical involvement and relationships in the oil and gas industry | 2.00 |
| 9/11/2020 | Christopher A. Winter | Fee/Employment Applications | Inclusion of the language surrounding CM's historical oil and gas restructuring relationships and former clients | 1.10 |
| 9/11/2020 | Andrew J. Bekker | Fee/Employment Applications | Review updates to retention application based on comments from Stroock | 1.30 |
| 9/12/2020 | Andrew J. Bekker | Fee/Employment Applications | Review updated retention application and conform remaining Stroock comments | 0.60 |
| 9/12/2020 | Andrew J. Bekker | Fee/Employment Applications | Update prior case citations in retention application per Stroock comments | 1.30 |
| 9/13/2020 | Andrew B. Blanchard | Fee/Employment Applications | Review employment application to incorporate examples requested by counsel. | 0.60 |
| 9/13/2020 | Christopher A. Winter | Fee/Employment Applications | Review internal materials for additional insight on CM historical involvement in the oil and gas industry; additions to retention application | 1.30 |
| 9/14/2020 | Mary V. Ward | Fee/Employment Applications | Review AlixPartners application to retain and employ | 1.30 |
| 9/14/2020 | Mary V. Ward | Fee/Employment Applications | Review AlixPartners disclosures in their application to retain and employ | 0.80 |
| 9/14/2020 | Mary V. Ward | Fee/Employment Applications | Review Jones Walker application to retain and employ | 1.30 |
| 9/14/2020 | Andrew J. Bekker | Fee/Employment Applications | Review updated client listing on retention application | 0.30 |
| 9/14/2020 | Mary V. Ward | Fee/Employment Applications | Review Weil, Gotshal & Manges application to retain and employ | 1.30 |
| 9/14/2020 | Campbell C. Hughes | Fee/Employment Applications | Supervisory review of CM's retention application | 0.60 |
| 9/15/2020 | Mary V. Ward | Fee/Employment Applications | Analyze peer database and ensure completeness for any recent filings | 1.90 |
| 9/15/2020 | Matthew A. Sonnier | Fee/Employment Applications | Revisions to task codes for August fee application for all professionals | 1.10 |
| 9/16/2020 | Matthew A. Sonnier | Fee/Employment Applications | Continue to review all CM professionals time detail | 1.30 |
| 9/16/2020 | Matthew A. Sonnier | Fee/Employment Applications | Formatting of initial draft of August fee statement | 0.50 |
| 9/16/2020 | Matthew A. Sonnier | Fee/Employment Applications | Review all meetings and calls to ensure accuracy between all professionals in attendance for August fee application | 2.20 |
| 9/18/2020 | Mary V. Ward | Fee/Employment Applications | Review Cole Schotz application to retain and employ | 1.30 |
| 9/18/2020 | Mary V. Ward | Fee/Employment Applications | Review Conway Mackenzie application to retain and employ | 1.30 |
| 9/18/2020 | Mary V. Ward | Fee/Employment Applications | Review Prime Clerk supplemental declaration | 0.50 |
| 9/18/2020 | Mary V. Ward | Fee/Employment Applications | Review Strook application to retain and employ | 1.30 |
| 9/19/2020 | Chase G. Hood | Fee/Employment Applications | Assist with drafting and preparation of August fee application | 2.00 |
| 9/19/2020 | Chase G. Hood | Fee/Employment Applications | Continued drafting and preparation of August fee application | 0.60 |
| 9/20/2020 | Matthew A. Sonnier | Fee/Employment Applications | Finalize tables and time detail summary for August fee application | 0.80 |
| 9/20/2020 | Matthew A. Sonnier | Fee/Employment Applications | Review of interim compensation order for fee application procedures | 0.30 |
| 9/21/2020 | Matthew A. Sonnier | Fee/Employment Applications | Finalize August fee application after comments from C. Hood | 1.30 |
| 9/21/2020 | Chase G. Hood | Fee/Employment Applications | Supervisory review of August fee application | 0.80 |
| 9/24/2020 | Matthew A. Sonnier | Fee/Employment Applications | Revisions to August fee application to include research expenses | 0.30 |
| 9/7/2020 | Paul F. Jansen | Hearing Attendance/Preparation | Continued drafting of revisions to motions being heard on Sept 14 | 1.20 |
| 9/7/2020 | Paul F. Jansen | Hearing Attendance/Preparation | Drafting of responses to objections related to DIP objection questions to Stroock (S Millman) | 2.00 |
| 9/7/2020 | Paul F. Jansen | Hearing Attendance/Preparation | Drafting of revisions to motions being heard on Sept 14 | 1.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 9/7/2020 | John T. Young, Jr. | Hearing Attendance/Preparation | Preparation for objections related to DIP | 1.60 |
| 9/7/2020 | Paul F. Jansen | Hearing Attendance/Preparation | Preparation for objections related to vendor motion | 1.20 |
| 9/7/2020 | John T. Young, Jr. | Hearing Attendance/Preparation | Review responses to objections related to DIP objection questions from Stroock | 1.90 |
| 9/14/2020 | Seth M. Barron | Hearing Attendance/Preparation | Review hearing agenda and attend telephonic First Day Motions hearing | 1.50 |
| 9/14/2020 | Brandon A. Thrasher | Hearing Attendance/Preparation | Telephonic attendance of 9/14 hearing | 1.20 |
| 9/3/2020 | Andrew J. Bekker | Lien Challenge | External call with CM (P. Jansen, A Bekker) and Cole Schotz regarding lien testing | 0.20 |
| 9/3/2020 | Paul F. Jansen | Lien Challenge | External call with CM (P. Jansen, A Bekker) and Cole Schotz regarding lien testing | 0.20 |
| 9/3/2020 | Chase G. Hood | Lien Challenge | Review and analysis of UCC and lien searches run by Debtors for preference period mortgage filings | 0.90 |
| 9/9/2020 | Andrew J. Bekker | Lien Challenge | Review data request from Cole Schotz on lien analysis diligence items | 0.30 |
| 9/9/2020 | Benjamin J. Slusarchuk | Lien Challenge | Telephonic meeting with CM (P. Jansen, B. Slusarchuk) to discuss lien testing analysis update | 0.20 |
| 9/9/2020 | Paul F. Jansen | Lien Challenge | Telephonic meeting with CM (P. Jansen, B. Slusarchuk) to discuss lien testing analysis update | 0.20 |
| 9/9/2020 | Benjamin J. Slusarchuk | Lien Challenge | Telephonic meeting with CM (P. Jansen, B. Slusarchuk), to lien testing analysis | 0.30 |
| 9/9/2020 | Paul F. Jansen | Lien Challenge | Telephonic meeting with CM (P. Jansen, B. Slusarchuk), to lien testing analysis | 0.30 |
| 9/10/2020 | Andrew J. Bekker | Lien Challenge | Prepare initial workplan for Conway MacKenzie / Cole Schotz on lien testing | 0.50 |
| 9/10/2020 | Andrew J. Bekker | Lien Challenge | Review comparable company lien testing analysis methodology in order to develop structure for lien testing analysis | 0.50 |
| 9/11/2020 | Seth M. Barron | Lien Challenge | Review of various daily docket updates concerning perfected liens and transfers | 0.40 |
| 9/14/2020 | Andrew J. Bekker | Lien Challenge | Develop workplan for Committee advisors on lien testing | 1.40 |
| 9/15/2020 | Andrew J. Bekker | Lien Challenge | Update workplan for Cole Schotz for lien testing analysis | 0.30 |
| 9/28/2020 | Andrew J. Bekker | Lien Challenge | Prepare agenda notes for professional calls on diligence and lien testing for Stroock | 0.40 |
| 9/29/2020 | Chase G. Hood | Lien Challenge | Review and analysis of initial mortgage lien analysis provided by AP and Weil | 0.80 |
| 9/29/2020 | Seth M. Barron | Lien Challenge | Review docket updates including notices of lien perfection | 0.30 |
| 9/30/2020 | Andrew J. Bekker | Lien Challenge | Review Debtors' lien analysis presentation | 1.00 |
| 9/30/2020 | Chase G. Hood | Lien Challenge | Review and analysis of M&M lien tracker prepared by Stroock | 0.30 |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 367] entered by the Court on September 17, 2020 (the "Interim Compensation Order"), Conway MacKenzie, LLC ("Conway MacKenzie"), submits the second monthly statement of services rendered and expenses incurred in this case for the period from September 1, 2020 through September 30, 2020 (the "Statement Period").

WHEREFORE, pursuant to the Interim Compensation Order, Conway MacKenzie respectfully requests payment of compensation for the Committee in the amount of (i) $660,711.60 (which equals 80% of $825,889.50) on account of actual, reasonable and necessary professional services Conway MacKenzie rendered to the Committee and (ii) reimbursement of the actual and necessary expenses in the amount of $2,138.75 incurred on behalf of the Committee by Conway MacKenzie, for the total amount of **$662,850.35.**

Dated: October 28, 2020

**CONWAY MACKENZIE, LLC**

*/s/ John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, TX. 77010
Telephone: (713) 650-0500
E-mail: JYoung@ConwayMacKenzie.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**<u>Exhibit C-3</u>**

**October 1, 2020 through October 31, 2020 Fee Statement**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 20-33948 (MI)** |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | Objection Deadline: December 2, 2020 |
| **Debtors.** | |

**SUMMARY OF THIRD MONTHLY STATEMENT OF CONWAY MACKENZIE, LLC FOR PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | | |
|---|---|---|
| **Name of Applicant:** | Conway MacKenzie, LLC | |
| **Applicant's Role in Case:** | Financial Advisor to Official Committee of Unsecured Creditors | |
| **Date Order of Employment Signed:** | October 16, 2020 (Retroactive to August 20, 2020) [Docket No. 472] | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 10/1/2020 | 10/31/2020 |
| **Time period covered by prior Applications:** | 8/20/2020 | 9/30/2020 |
| **Total amounts requested in all prior Applications:** | | $864,413.60 (80% of $1,080,517.00) |
| **Total fees requested in this Application:** | | $508,230.80 (80% of $635,288.50) |
| **Total professional fees requested in this Application:** | | $634,658.50 |
| **Total actual professional hours covered by this Application:** | | 948.5 |
| **Average hourly rate for professionals:** | | $669.12 |
| **Total paraprofessional fees requested in this Application:** | | $630.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 2.8 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| **Average hourly rate for paraprofessionals:** | $225.00 |
| **Reimbursable expenses sought in this application:** | $3,223.75 |
| **Indicate whether plan has been confirmed:** | No |

This is a __X__ monthly _____ interim _____ final application.

The Conway MacKenzie, LLC professionals who rendered services in these cases during the Third Application Period are:

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,285.00 | 48.3 | $62,065.50 |
| Paul F. Jansen | Managing Director | $1,025.00 | 70.1 | $71,852.50 |
| Dan W. Johnson | Managing Director | $845.00 | 24.6 | $20,787.00 |
| Elena V. Ippolitova | Managing Director | $745.00 | 47.2 | $35,164.00 |
| Elizabeth B. Curry | Director | $750.00 | 9.7 | $7,275.00 |
| Seth M. Barron | Director | $725.00 | 71.7 | $51,982.50 |
| Benjamin J. Slusarchuk | Director | $725.00 | 80.2 | $58,145.00 |
| Andrew J. Bekker | Director | $725.00 | 113.2 | $82,070.00 |
| Brandon A. Thrasher | Director | $725.00 | 39.4 | $28,565.00 |
| Chase G. Hood | Senior Associate | $570.00 | 38.8 | $22,116.00 |
| Andrew B. Blanchard | Senior Associate | $570.00 | 4.0 | $2,280.00 |
| Arjun N. Patel | Senior Associate | $570.00 | 86.7 | $49,419.00 |
| Mary V. Ward | Senior Associate | $520.00 | 155.3 | $80,756.00 |
| Matthew A. Sonnier | Associate | $420.00 | 1.8 | $756.00 |
| Christopher A. Winter | Associate | $390.00 | 157.5 | $61,425.00 |
| Natalie J. Klein | Administrative Assistant | $225.00 | 2.8 | $630.00 |
| | | | | |
| **Subtotal Hours & Fees** | | | | **$635,288.50** |
| | | | | |
| **Total Hours and Fees** | | | **951.3** | **$635,288.50** |
| **Blended Rate** | | **$667.81** | | |

The total hours and fees incurred, by Task Code, during the Third Application Period are:

| Task Code | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 238.1 | $154,557.50 |
| Business Analysis | 384.8 | $262,633.50 |
| Case Administration | 20.5 | $13,451.00 |
| Cash Flow Analysis/Reporting | 122.2 | $80,671.00 |
| Claims Analysis | 24.1 | $16,764.00 |
| Employee Matters | 3.3 | $2,392.50 |
| Fee/Employment Applications | 41.6 | $22,440.00 |
| Fee/Employment Objections | 42.5 | $32,209.00 |
| Lien Challenge | 6.1 | $4,810.00 |
| Meetings and Communications | 5.1 | $3,700.50 |
| Monthly Operating Reports | 16.3 | $10,340.00 |
| Plan and Disclosure Statement | 14.6 | $10,305.00 |
| Schedules and Statement of Financial Affairs | 32.1 | $21,014.50 |
| **Total Fees** | **951.3** | **$635,288.50** |

The total amounts of expenses, by expense category, during the Third Application Period are:

| Expense Category | Amount |
|---|---|
| Legal | $1,260.00 |
| Research | $1,963.75 |
| **Total Expenses** | **$3,223.75** |

Expense detail by professional during the Third Application Period are:

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 10/27/2020 | Legal | Services provided by Laura J. Eisele, PLC | $1,260.00 |
| 10/31/2020 | Research | Research Software Subscription | $1,963.75 |
| **Total Expenses** | | | **$3,223.75** |

Time detail by professional during the Third Application Period are:

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/1/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Edited non-APA business plan analysis | 0.70 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Initial compilation of Apache assets analysis and materials | 1.00 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session between B. Slusarchuk, A. Blanchard, and C. Winter to review the asset analysis deck | 0.30 |
| 10/1/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Internal working session between B. Slusarchuk, A. Blanchard, and C. Winter to review the asset analysis presentation | 0.30 |
| 10/1/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session between B. Slusarchuk, A. Blanchard, and C. Winter to review the asset summary presentation | 0.30 |
| 10/1/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Prepare list of diligence items in order to analyze Debtors' lien analysis | 0.80 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review and edit for supervisory comments asset analysis presentation prior to internal meeting | 0.50 |
| 10/1/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and prepare edits to Deepwater asset analysis presentation | 1.90 |
| 10/1/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Review non-APA business plan analysis | 0.50 |
| 10/1/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review reserve data in order to assess integrity of asset analysis models | 0.90 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised asset analysis presentation metrics and tables | 1.80 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised timeline chart to provide daily enterprise values as compared to annual for asset analysis | 1.00 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to operating metrics data to assess additional reserve information | 0.70 |
| 10/1/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Updates to M&A process and storm impact update slides for committee presentation | 0.70 |
| 10/1/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Updates to UCC meeting materials on Deepwater asset analysis based on internal comments. | 0.40 |
| 10/1/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Chase G. Hood | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Christopher A. Winter | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Paul F. Jansen | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A obligations, 13-week budget and variance, and other diligence items | 0.40 |
| 10/1/2020 | Seth M. Barron | Asset Analysis and Recovery | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss an update on the sales process, P&A | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| | | | obligations, 13-week budget and variance, and other diligence items | |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Analysis by rescat of the oneline reserves for addition to the asset analysis model | 1.40 |
| 10/2/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Call with Cole Schotz to discuss Lien Testing | 0.50 |
| 10/2/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Call with Debtors (Weil, AlixPartners) and Committee counsel (Stroock and Cole Schotz) to discuss lien perfection issues | 0.40 |
| 10/2/2020 | Chase G. Hood | Asset Analysis and Recovery | Draft analysis of asset and liability overview related to non-APA assets | 2.20 |
| 10/2/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of updates to non-APA analysis and deck to incorporate senior review comments from B. Thrasher | 1.80 |
| 10/2/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Edited non-APA business plan analysis | 0.40 |
| 10/2/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Paul F. Jansen | Asset Analysis and Recovery | Follow up working session among P. Jansen, E. Ippolitova, A. Bekker, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the asset analysis presentation | 0.50 |
| 10/2/2020 | Brandon A. Thrasher | Asset Analysis and Recovery | Internal CM call (B. Thrasher, C. Hood) regarding non-APA assets analysis | 0.10 |
| 10/2/2020 | Chase G. Hood | Asset Analysis and Recovery | Internal CM call (B. Thrasher, C. Hood) regarding non-APA assets analysis | 0.10 |
| 10/2/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Dan W. Johnson | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Paul F. Jansen | Asset Analysis and Recovery | Internal working session among P. Jansen, E. Ippolitova, A. Bekker, D. Johnson, B. Slusarchuk, A. Blanchard, and C. Winter to discuss the revisions to the asset analysis presentation | 0.50 |
| 10/2/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session between B. Slusarchuk and E. Ippolitova to discuss the asset analysis presentation | 0.30 |
| 10/2/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Internal working session between B. Slusarchuk and E. Ippolitova to discuss the asset analysis presentation | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/2/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session with C. Winter and B. Slusarchuk to discuss additions to NAV analysis in the asset analysis model | 0.30 |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Internal working session with C. Winter and B. Slusarchuk to discuss additions to NAV analysis in the asset analysis model | 0.30 |
| 10/2/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Prepare communications to AlixPartners re: diligence asks for the Debtors' lien testing analysis | 0.50 |
| 10/2/2020 | Chase G. Hood | Asset Analysis and Recovery | Review asset detail in Mid-Year Reserve Reports | 0.30 |
| 10/2/2020 | Paul F. Jansen | Asset Analysis and Recovery | Review non-APA business plan analysis | 0.50 |
| 10/2/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of 2019 YE Ryder Scott reserve database and onelines as part of asset analysis | 2.10 |
| 10/2/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Review of reserve report data and other documents with focus on P&A liabilities | 1.10 |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised asset analysis model to include the analysis from the oneline findings into the RAF Analysis | 1.20 |
| 10/2/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised asset analysis presentation from initial remarks and comments from supervisory review | 1.20 |
| 10/3/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Review of the DW asset analysis presentation draft | 1.40 |
| 10/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of Mid-Year 2020 oneline reserve report to the asset analysis model and revised NAV calculations to include new reserve report in place of YE2019 report | 0.70 |
| 10/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of oneline reserve analysis to the asset analysis model | 1.60 |
| 10/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Audit of the 2019YE reserves database, management presentation totals, and the updated mid-year 2020 reserves database to note all differences in reserve categories | 0.50 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with D Crawley (HL) related to reserves | 0.20 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with J Bloom (Fieldwood) related to reserves | 0.10 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Continued revisions and commentary on changes to asset analysis methodology | 1.30 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of commentary on the asset analysis deck | 1.40 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of email with changes to asset analysis methodology | 1.50 |
| 10/4/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Drafting of supervisory comments and revisions to the asset analysis methodology and summary overview | 1.40 |
| 10/4/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Initial review of the MY'2020 reserve report data | 1.60 |
| 10/4/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of updated reserve database and oneline summary data | 0.90 |
| 10/4/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to G&A calculation as it relates to NAV analysis | 0.90 |
| 10/4/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary Deepwater assets observations presentation slides | 1.90 |
| 10/4/2020 | Paul F. Jansen | Asset Analysis and Recovery | Review of asset analysis deck | 1.60 |
| 10/4/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of midyear reserves summary analysis provided by the Debtor | 1.00 |
| 10/4/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of revised NAV analysis based on new midyear reserves summary provided by the Debtor | 1.10 |
| 10/4/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Review of the draft presentation on analysis of proposed Apache restructuring agreement | 1.80 |
| 10/4/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Review of the MY'2020 reserve report data | 1.10 |
| 10/4/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review team's analysis of Debtors'' midyear reserve reports vs. 2019YE report | 1.50 |
| 10/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to asset analysis presentation from supervisory review and commentary by B. Slusarchuk | 2.10 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/4/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic working session with C. Winter and A. Blanchard to analyze additional reserve data to be used to update the Net Asset Value analysis for the Deepwater assets | 1.60 |
| 10/4/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic working session with C. Winter and A. Blanchard to analyze additional reserve data to be used to update the Net Asset Value analysis for the Deepwater assets | 1.60 |
| 10/5/2020 | Andrew J. Bekker | Asset Analysis and Recovery | External telephonic meeting (P. Jansen, A Bekker, D Johnson, B Slusarchuk) with HL to discuss sales process, discussions with FLTLs and reserve database | 0.40 |
| 10/5/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | External telephonic meeting (P. Jansen, A Bekker, D Johnson, B Slusarchuk) with HL to discuss sales process, discussions with FLTLs and reserve database | 0.40 |
| 10/5/2020 | Dan W. Johnson | Asset Analysis and Recovery | External telephonic meeting (P. Jansen, A Bekker, D Johnson, B Slusarchuk) with HL to discuss sales process, discussions with FLTLs and reserve database | 0.40 |
| 10/5/2020 | Paul F. Jansen | Asset Analysis and Recovery | External telephonic meeting (P. Jansen, A Bekker, D Johnson, B Slusarchuk) with HL to discuss sales process, discussions with FLTLs and reserve database | 0.40 |
| 10/5/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of midyear reserves summary analysis provided by the Debtor by entity and comparison to onelines received | 1.80 |
| 10/6/2020 | Christopher A. Winter | Asset Analysis and Recovery | Compiled new slides on the addition of the NAV analysis and revisions to summary charts | 1.40 |
| 10/6/2020 | Christopher A. Winter | Asset Analysis and Recovery | Continued revisions to the asset analysis presentation to mirror the consistent metrics in MMBoe, MBoe, and Boe as changed in the asset analysis model | 1.00 |
| 10/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of analysis related to Non-APA predecessor and non-operator P&A obligation responsibility | 2.20 |
| 10/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Research and analysis related to market cap and credit rating to determine creditworthiness of Non-APA predecessor and non-operator P&A parties | 1.40 |
| 10/6/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review and analysis of the Apache decommissioning agreements and amendments in relation to ongoing P&A analysis | 1.40 |
| 10/6/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of preliminary Deepwater NAV analysis based on new midyear reserve database | 1.30 |
| 10/6/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised asset analysis model to create consistent metrics in MMBoe, MBoe, and Boe as well as per day metrics | 2.00 |
| 10/6/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revised the language based on new source documentation and approach to the NAV analysis | 1.10 |
| 10/6/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to summary chart of all asset analysis analyses with the addition of the NAV analysis | 1.30 |
| 10/6/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review and drafting of edits to the stress tested P&A obligation estimates and historical and forecasted cash costs in the business plan analysis deck | 1.60 |
| 10/6/2020 | Chase G. Hood | Asset Analysis and Recovery | Update Non-APA business plan and P&A obligation presentation based on review comments from B. Thrasher | 1.60 |
| 10/7/2020 | Christopher A. Winter | Asset Analysis and Recovery | Continued revisions to the asset analysis model and presentation from supervisory changes and remarks | 1.20 |
| 10/7/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of summary analysis related to P&A analysis for shelf assets | 1.40 |
| 10/7/2020 | Christopher A. Winter | Asset Analysis and Recovery | Initial compilation of 1P information for addition to the asset analysis presentation | 1.60 |
| 10/7/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to analysis of historical operating metrics for Deepwater assets summary | 1.60 |
| 10/7/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to outline for preliminary asset summary materials for remaining FWE assets in addition to Deepwater | 1.70 |
| 10/7/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to precedent transactions section of Deepwater assets summary | 1.20 |
| 10/7/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary Deepwater asset presentation | 1.80 |
| 10/7/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of formatting and grammar in asset analysis presentation | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/7/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review updated asset analysis presentation for Committee | 1.90 |
| 10/7/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to the asset analysis model and presentation from supervisory remarks | 1.80 |
| 10/7/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review and drafting of comments related to the production and EBITDA multiple ranges utilized in the peer group and transaction analysis in the consolidated asset analysis deck; additional commentary regarding the addition of indexed historical TEV in the industry overview | 2.20 |
| 10/7/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review and drafting of edits to RAF & RADR reserve analyses to analyze the database calculations of P&A against the internal estimates and drafting of commentary in the business plan deck | 1.50 |
| 10/7/2020 | Andrew B. Blanchard | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/7/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/7/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/7/2020 | Chase G. Hood | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/7/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/7/2020 | Dan W. Johnson | Asset Analysis and Recovery | Telephonic meeting among A. Bekker, B. Slusarchuk, D. Johnson, C. Hood, A. Blanchard, and C. Winter to discuss work streams and progress on the asset analysis model and presentation | 0.70 |
| 10/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of 1P metrics and formatting the asset analysis presentation | 1.30 |
| 10/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of 1P ranges to asset analysis model | 1.20 |
| 10/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Adjustments to asset analysis model and presentation for Deepwater entity to update all current pricing to 10/7 | 1.70 |
| 10/8/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of analysis related to business plan for FWE I and FWE II assets | 1.40 |
| 10/8/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of edits to commentary in shell deck for FWE I and FWE II assets analysis | 1.30 |
| 10/8/2020 | Christopher A. Winter | Asset Analysis and Recovery | Edit to reserve calculations for FWE I asset analysis model | 1.00 |
| 10/8/2020 | Chase G. Hood | Asset Analysis and Recovery | Research related to GOM P&A obligations | 1.40 |
| 10/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary Deepwater asset presentation | 1.30 |
| 10/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Energy XXI public disclosure/filings for shelf business analysis and impact asset analysis | 1.70 |
| 10/8/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of midyear reserve database onelines and reconciliation of potential discrepancies in working interest for certain assets | 1.90 |
| 10/9/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Commentary on the Deepwater asset analysis model with the addition of the revised reserve reports analysis and suggestions regarding the multiple and production ranges and results | 1.70 |
| 10/9/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of precedent transactions related to shelf assets | 2.10 |
| 10/9/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of preliminary NAV of shelf assets | 1.90 |
| 10/9/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review of the Shelf and Remaining asset analysis models with revised reserve reports analysis and commentary regarding applicable benchmarks and peer comparisons relative to the resulting EBITDA calculations | 1.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/11/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of G&A buildup in various company and asset models for analysis of other non-Deepwater assets | 1.80 |
| 10/11/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of public disclosure on non-Deepwater assets | 1.00 |
| 10/12/2020 | Christopher A. Winter | Asset Analysis and Recovery | Building out RAF NAV remaining properties in asset analysis model | 1.20 |
| 10/12/2020 | Christopher A. Winter | Asset Analysis and Recovery | Building out RAF NAV slides for FWE I and FWE II in asset analysis presentation | 1.30 |
| 10/12/2020 | Christopher A. Winter | Asset Analysis and Recovery | Compiled remaining assets RAF NAV analysis in the asset analysis presentation | 1.40 |
| 10/12/2020 | Chase G. Hood | Asset Analysis and Recovery | Drafting of analysis related to Deepwater assets and P&A obligations | 1.70 |
| 10/12/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to asset analysis presentation from supervisory review and commentary by C. Hood | 0.50 |
| 10/13/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to operating asset analysis | 1.90 |
| 10/13/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Arena Energy Disclosure Statement in order to obtain detail on comparable offshore assets | 2.00 |
| 10/13/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of Arena Energy Plan and liquidation analysis to obtain detail on comparable offshore assets | 2.10 |
| 10/14/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Attention to SOFA/SOAL filings | 0.70 |
| 10/14/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal telephonic meeting (B. Slusarchuk, D. Johnson) to review asset analysis methodologies, preliminary findings and remaining required deliverables and information required | 1.40 |
| 10/14/2020 | Dan W. Johnson | Asset Analysis and Recovery | Internal telephonic meeting (B. Slusarchuk, D. Johnson) to review asset analysis methodologies, preliminary findings and remaining required deliverables and information required | 1.40 |
| 10/14/2020 | Dan W. Johnson | Asset Analysis and Recovery | Review presentation on asset analysis and provide comments | 1.10 |
| 10/14/2020 | Paul F. Jansen | Asset Analysis and Recovery | Review updates to Apache asset analysis | 0.20 |
| 10/14/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Supervisory review of FWE Deepwater draft presentation with focus on the NAV analysis | 1.70 |
| 10/15/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal CM call (E. Ippolitova, B. Slusarchuk, C. Hood) to discuss P&A liabilities | 0.60 |
| 10/15/2020 | Chase G. Hood | Asset Analysis and Recovery | Internal CM call (E. Ippolitova, B. Slusarchuk, C. Hood) to discuss P&A liabilities | 0.60 |
| 10/15/2020 | Elena V. Ippolitova | Asset Analysis and Recovery | Internal CM call (E. Ippolitova, B. Slusarchuk, C. Hood) to discuss P&A liabilities | 0.60 |
| 10/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Research related to comparable offshore assets | 1.80 |
| 10/15/2020 | Chase G. Hood | Asset Analysis and Recovery | Research related to risk adjustment factors for reserve categories and methodology | 1.10 |
| 10/15/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to Deepwater analysis presentation | 2.10 |
| 10/15/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to NAV analysis and RAF and RADR ranges | 2.10 |
| 10/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to asset analysis presentation and model ranges from supervisory comments by B. Slusarchuk | 2.00 |
| 10/15/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to RAF NAV metrics and removal of 2P calculations and P&A for Deepwater assets | 0.80 |
| 10/16/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to asset metrics analysis | 2.20 |
| 10/18/2020 | Christopher A. Winter | Asset Analysis and Recovery | Calculated Fieldwood's reserves analysis and cost metrics | 2.00 |
| 10/18/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of asset analysis presentation slides for formatting and footnotes | 1.70 |
| 10/18/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review of the all Deepwater and Shelf asset analysis models with the required capital to present value analysis and commentary regarding the potential inclusion of PV-0 P&A ranges and specific exclusion of particular reserves | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/19/2020 | Paul F. Jansen | Asset Analysis and Recovery | Call with A Keel (Argonne) related to sales process | 0.40 |
| 10/19/2020 | Paul F. Jansen | Asset Analysis and Recovery | Drafting of email with BSEE analysis | 1.40 |
| 10/19/2020 | Christopher A. Winter | Asset Analysis and Recovery | Pre-meeting review of the asset analysis presentation with addition of commentary and review of calculations | 1.30 |
| 10/19/2020 | Christopher A. Winter | Asset Analysis and Recovery | Research related to the considered public reserve information as of mid-year 2020 | 1.50 |
| 10/19/2020 | Paul F. Jansen | Asset Analysis and Recovery | Review of draft presentation to UCC | 1.10 |
| 10/19/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, C. Hood, and C. Winter to discuss current status of the asset analysis deck and supervisory comments | 0.50 |
| 10/19/2020 | Chase G. Hood | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, C. Hood, and C. Winter to discuss current status of the asset analysis deck and supervisory comments | 0.50 |
| 10/19/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between B. Slusarchuk, C. Hood, and C. Winter to discuss current status of the asset analysis deck and supervisory comments | 0.50 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of Undiscounted P&A analysis to asset analysis models and asset analysis deck | 1.90 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Building out the RADR NAV model with the inclusion of the re-run ARIES Deepwater database | 1.70 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Continued building out the RADR NAV model and adjusting assumption ranges to guidance from B. Slusarchuk | 1.60 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Reorganization and shell of whole company asset analysis to include FWE I and II and Remaining assets | 1.70 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of asset analysis presentation and added commentary for next steps | 0.70 |
| 10/20/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to the FWE I asset analysis model and formulas to include SpinCo annual estimates | 2.00 |
| 10/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Adjustments to Deepwater asset analysis model charts and addition to the asset analysis presentation | 0.70 |
| 10/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Calculated the PV-10 and PV-0 values and included the adjustments to the RADR model and added the asset analysis to the slides for Deepwater | 1.40 |
| 10/21/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Review and analysis of the proposed BOEM criteria in the decommissioning analysis relative to the potential costs associated with the P&A of certain Shelf assets | 1.60 |
| 10/21/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to RADR section of NAV analysis | 1.10 |
| 10/21/2020 | Christopher A. Winter | Asset Analysis and Recovery | Review of previous versions of asset analysis models for calculation methodology of NAVs | 0.60 |
| 10/22/2020 | Christopher A. Winter | Asset Analysis and Recovery | Building out additional RADR NAV language for description slide | 0.30 |
| 10/22/2020 | Christopher A. Winter | Asset Analysis and Recovery | Building out formulas to annual forecasts provided by the Debtors in each of the four asset analysis models | 2.00 |
| 10/22/2020 | Christopher A. Winter | Asset Analysis and Recovery | Exported transaction reports from Enverus for compilation into asset analysis | 1.00 |
| 10/22/2020 | Paul F. Jansen | Asset Analysis and Recovery | Preparation for call with lender advisors | 1.40 |
| 10/22/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to preliminary NAVs for FWE I, FWE II and Remaining Assets | 1.20 |
| 10/22/2020 | John T. Young, Jr. | Asset Analysis and Recovery | Supervisory review and commentary on the revised consolidated asset analysis deck regarding the weighting of various methodologies to each of the four entities | 1.80 |
| 10/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Addition of all entities' RADR NAVs to the asset analysis presentation | 1.00 |
| 10/23/2020 | Chase G. Hood | Asset Analysis and Recovery | Review and analysis of updated P&A detail received from the Debtors | 0.60 |
| 10/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to appendix detail on slides in asset presentation | 0.80 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 10/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to G&A buildups for each entity for NAV | 1.70 |
| 10/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review and edits to slides relating to offshore industry trends over time | 1.00 |
| 10/23/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of preliminary RADR NAV analysis of FWE I, FWE II and Remaining Assets and ranges for SPEE discount rates | 1.90 |
| 10/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to Deepwater asset analysis model and RADR NAV with the addition of revised mid-year reserve report and guidance on G&A from Debtors | 1.80 |
| 10/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to FWE I asset analysis model and RADR NAV with the addition of revised mid-year reserve report and guidance on G&A from Debtors | 1.80 |
| 10/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to FWE II asset analysis model and RADR NAV with the addition of revised mid-year reserve report and guidance on G&A from Debtors | 1.70 |
| 10/23/2020 | Christopher A. Winter | Asset Analysis and Recovery | Revisions to Remaining assets asset analysis model and RADR NAV with the addition of revised mid-year reserve report | 1.50 |
| 10/25/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of offshore shelf industry asset consideration issues | 1.80 |
| 10/25/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of preliminary RAF NAV analysis of FWE I, FWE II and Remaining Assets and ranges for SPEE RAFs | 1.40 |
| 10/26/2020 | Christopher A. Winter | Asset Analysis and Recovery | Analysis around operating expenses under the Deepwater entity | 1.70 |
| 10/26/2020 | Christopher A. Winter | Asset Analysis and Recovery | Analysis around operating expenses under the FWE I entity | 1.40 |
| 10/26/2020 | Christopher A. Winter | Asset Analysis and Recovery | Analysis around operating expenses under the FWE II entity | 1.40 |
| 10/26/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Internal working session between B. Slusarchuk, D. Johnson, C. Hood, and C. Winter to discuss the asset summary deck progress and additional revisions | 1.00 |
| 10/26/2020 | Christopher A. Winter | Asset Analysis and Recovery | Summarize for internal team the asset analysis deck progress and additional revisions | 1.00 |
| 10/26/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Update lender analysis diligence items | 0.20 |
| 10/27/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Analysis of predecessor operators and working interest percentages | 0.70 |
| 10/27/2020 | Mary V. Ward | Asset Analysis and Recovery | Assessment of wells in green canyon for asset analysis purposes | 1.30 |
| 10/27/2020 | Matthew A. Sonnier | Asset Analysis and Recovery | Research surrounding Cox Operating and Energy XXI | 0.80 |
| 10/28/2020 | Christopher A. Winter | Asset Analysis and Recovery | Research related to offshore drilling production and timelines | 1.90 |
| 10/28/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review build to asset retirement obligations projections in reserve report | 1.10 |
| 10/28/2020 | Andrew J. Bekker | Asset Analysis and Recovery | Review draft business plan analysis of reserve report data by property | 1.50 |
| 10/28/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of updated analysis based on MY reserve production and EBITDA metrics incorporating new G&A projections | 1.60 |
| 10/29/2020 | Dan W. Johnson | Asset Analysis and Recovery | Correspondence with C. Winter (CM) regarding P&L and reserve report reconciliation matters | 0.80 |
| 10/29/2020 | Christopher A. Winter | Asset Analysis and Recovery | Evaluating reserve report annual production and daily production with analysis on EBITDA ratios from reserve reports with effective dates as of January 1, 2020 and July 1, 2020 | 2.10 |
| 10/29/2020 | Dan W. Johnson | Asset Analysis and Recovery | Perform review and draft comments related to business plan analyses and presentation | 0.90 |
| 10/29/2020 | Christopher A. Winter | Asset Analysis and Recovery | Telephonic meeting between C. Winter and D. Johnson to discuss EBITDA metrics and asset analysis deck | 0.40 |
| 10/29/2020 | Dan W. Johnson | Asset Analysis and Recovery | Telephonic meeting between C. Winter and D. Johnson to discuss EBITDA metrics and asset analysis deck | 0.40 |
| 10/30/2020 | Dan W. Johnson | Asset Analysis and Recovery | Perform review and analysis related to sum of the parts entity economics and benchmarking | 1.20 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 10/30/2020 | Benjamin J. Slusarchuk | Asset Analysis and Recovery | Review of industry operational profiles and metrics | 1.30 |
| 10/1/2020 | Mary V. Ward | Business Analysis | Analyze covenant compliance certificate | 0.50 |
| 10/1/2020 | Seth M. Barron | Business Analysis | Attention to various emails concerning variance analysis questions with HL | 0.10 |
| 10/1/2020 | Seth M. Barron | Business Analysis | Begin work on outline of P&A analysis presentation | 0.70 |
| 10/1/2020 | Seth M. Barron | Business Analysis | Continue research of multiple estimates of asset retirement obligations information provided by the Debtor and work with M. Ward to develop an initial follow-on diligence request | 1.60 |
| 10/1/2020 | Mary V. Ward | Business Analysis | Develop P&A analysis and related diligence requests | 1.00 |
| 10/1/2020 | Christopher A. Winter | Business Analysis | Drafting emails and meetings for disbursement to the Stroock, Cole Schotz, and Houlihan Lokey teams | 0.40 |
| 10/1/2020 | Arjun N. Patel | Business Analysis | Drafting of amended flow of funds incorporation, the Trust B termination for business plan presentation | 1.70 |
| 10/1/2020 | Arjun N. Patel | Business Analysis | Drafting of the 2018 collateral package and layers of protection for Apache for business plan presentation | 1.80 |
| 10/1/2020 | Andrew J. Bekker | Business Analysis | Internal working session (C. Winter, A Bekker) to discuss due diligence updates | 0.80 |
| 10/1/2020 | Christopher A. Winter | Business Analysis | Internal working session (C. Winter, A Bekker) to discuss due diligence updates | 0.80 |
| 10/1/2020 | Andrew J. Bekker | Business Analysis | Prepare diligence information on decommission obligations | 0.60 |
| 10/1/2020 | Mary V. Ward | Business Analysis | Recalculate net operating disbursements presented in compliance certificate | 1.20 |
| 10/1/2020 | Seth M. Barron | Business Analysis | Research existing deliverables purportedly responsive to multiple P&A data requests for sufficiency and draft email to CM teammates concerning additional information needed for diligence | 0.30 |
| 10/1/2020 | Seth M. Barron | Business Analysis | Research existing internal presentations concerning asset retirement obligations to save time in preparing the same for Fieldwood | 1.00 |
| 10/1/2020 | Arjun N. Patel | Business Analysis | Review amendments to decommissioning agreement and impact on trust | 1.40 |
| 10/1/2020 | Brandon A. Thrasher | Business Analysis | Review of bar date motion in relation to timing of workstreams and deliverables | 0.80 |
| 10/1/2020 | Arjun N. Patel | Business Analysis | Review of the 2018 Trust A-1 NPI and impact for funding shortfalls | 1.60 |
| 10/1/2020 | Mary V. Ward | Business Analysis | Review storm impact and detail for UCC presentation | 0.60 |
| 10/1/2020 | Andrew J. Bekker | Business Analysis | Review updates to due diligence list | 0.50 |
| 10/1/2020 | Christopher A. Winter | Business Analysis | Revisions to the diligence request tracker with items provided by A. Bekker, S. Barron, and A. Patel | 0.80 |
| 10/1/2020 | Mary V. Ward | Business Analysis | Summarize change in permitted carryforward for UCC presentation | 1.50 |
| 10/1/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.30 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Compile an outline for an initial draft of a P&A analysis deck | 1.30 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Continue work on P&A analysis work plan and deck outline | 0.30 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Continued review of multiple data room due diligence items for existing information related to asset retirement obligations | 1.10 |
| 10/2/2020 | Arjun N. Patel | Business Analysis | Drafting of forecasted Apache financials visuals for business plan presentation | 1.60 |
| 10/2/2020 | Arjun N. Patel | Business Analysis | Drafting of P&A estimates and P&A coverage visuals for business plan presentation | 2.00 |
| 10/2/2020 | Dan W. Johnson | Business Analysis | Email correspondence with B. Slusarchuk (CM) regarding reserve database and comments regarding benchmarking analysis | 0.80 |
| 10/2/2020 | Dan W. Johnson | Business Analysis | Emails correspondence with P. Jansen (CM) and E. Ippolitova (CM) regarding reserve report matters | 0.30 |
| 10/2/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and A. Patel to discuss the Apache presentation and open items. | 0.30 |
| 10/2/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between A. Bekker and A. Patel to discuss the Apache presentation and open items. | 0.30 |
| 10/2/2020 | Mary V. Ward | Business Analysis | Internal working session between S. Barron and M. Ward to discuss P&A analysis | 0.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/2/2020 | Seth M. Barron | Business Analysis | Internal working session between S. Barron and M. Ward to discuss P&A analysis | 0.80 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Make additional modifications to the UCC slide deck | 0.20 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Provide supervisory review and comments to the weekly UCC slide deck | 0.60 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Reconcile 2017 Apache P&A plan details to soft copy of the same in support of P&A analysis | 1.00 |
| 10/2/2020 | Mary V. Ward | Business Analysis | Review Governmental Agencies presentation for overview of P&A liability | 1.60 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Review hedging program deliverables provided by the Debtors | 0.10 |
| 10/2/2020 | Andrew J. Bekker | Business Analysis | Review issues related to analysis of Apache 2013 transaction and develop outline for presentation to the Committee | 0.50 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Review motion for setting certain bar dates and update case calendar with the same | 0.20 |
| 10/2/2020 | Arjun N. Patel | Business Analysis | Review of Apache P&A obligations | 0.50 |
| 10/2/2020 | Seth M. Barron | Business Analysis | Review of multiple data room due diligence items for existing information related to asset retirement obligations | 0.50 |
| 10/2/2020 | Christopher A. Winter | Business Analysis | Reviewed the Debtors' current hedge portfolio | 0.60 |
| 10/2/2020 | Christopher A. Winter | Business Analysis | Revisions to due diligence requests based on feedback from Cole Schotz team | 0.40 |
| 10/2/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.30 |
| 10/3/2020 | Arjun N. Patel | Business Analysis | Updates to business plan presentation to incorporate senior review comments from A. Bekker. | 2.30 |
| 10/4/2020 | Dan W. Johnson | Business Analysis | Correspondence with B. Slusarchuk (CM) regarding reserve report analysis and reconciliation | 0.20 |
| 10/4/2020 | Andrew J. Bekker | Business Analysis | Draft executive summary for presentation on Apache agreement restructuring plan for presentation to the Committee | 1.20 |
| 10/4/2020 | Dan W. Johnson | Business Analysis | Email correspondence to P. Jansen (CM) regarding reserve database matters and issues in connection with analysis of Deepwater assets | 0.50 |
| 10/4/2020 | Andrew J. Bekker | Business Analysis | Prepare summary of APA Collateral in order to assess proposed Apache restructuring term sheet | 0.90 |
| 10/4/2020 | Andrew J. Bekker | Business Analysis | Prepare summary of Trust asset structure in order to assess proposed Apache restructuring term sheet | 0.80 |
| 10/4/2020 | Andrew J. Bekker | Business Analysis | Review 2018 Fieldwood Disclosure Statement in order to assess amendments to Apache agreement | 0.90 |
| 10/4/2020 | Mary V. Ward | Business Analysis | Review emergency motion to establish bar date and update UCC communications | 1.10 |
| 10/4/2020 | Andrew J. Bekker | Business Analysis | Supervisory Review summary of Apache Decommissioning Agreement for presentation on Apache restructuring to the Committee | 1.90 |
| 10/4/2020 | Christopher A. Winter | Business Analysis | Updated commodity pricing slides for weekly UCC update presentation | 1.00 |
| 10/4/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.20 |
| 10/5/2020 | Mary V. Ward | Business Analysis | Analyze Legacy APA, Non-APA, and Deepwater assets for P&A liabilities | 1.60 |
| 10/5/2020 | Seth M. Barron | Business Analysis | Attention to preparation work to speed up the analysis of P&A related diligence items | 1.40 |
| 10/5/2020 | Mary V. Ward | Business Analysis | Build out presentation of P&A obligation overview | 1.60 |
| 10/5/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to UCC matters | 0.20 |
| 10/5/2020 | Christopher A. Winter | Business Analysis | Compiled request by A. Bekker to build out document indicating specific received documents by category with document list and dates requested | 1.20 |
| 10/5/2020 | Seth M. Barron | Business Analysis | Continued preparation work for the analysis of P&A related diligence items | 1.00 |
| 10/5/2020 | Arjun N. Patel | Business Analysis | Drafting executive summary of the proposed restructuring for business plan presentation | 1.50 |
| 10/5/2020 | Paul F. Jansen | Business Analysis | Drafting of email to HL related to Apache | 1.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/5/2020 | Arjun N. Patel | Business Analysis | Drafting of key observations and analysis of Apache term sheet for business plan presentation | 2.00 |
| 10/5/2020 | Elena V. Ippolitova | Business Analysis | Initial research re: entity level FWE P&A information available via BSEE/BOEM. | 1.80 |
| 10/5/2020 | Elena V. Ippolitova | Business Analysis | Initial Review of the Apache business plan presentation and reserve data | 0.60 |
| 10/5/2020 | Andrew J. Bekker | Business Analysis | Internal call with B. Thrasher and A. Bekker coordinating upcoming workstreams | 0.40 |
| 10/5/2020 | Brandon A. Thrasher | Business Analysis | Internal call with B. Thrasher and A. Bekker coordinating upcoming workstreams | 0.40 |
| 10/5/2020 | Andrew J. Bekker | Business Analysis | Prepare document request list to assess PEO issues for Stroock | 1.50 |
| 10/5/2020 | Paul F. Jansen | Business Analysis | Research related to reorganized structure | 2.10 |
| 10/5/2020 | Seth M. Barron | Business Analysis | Review and analysis of mid-year reserve data and build splitting tables for inclusion in P&A analysis | 1.60 |
| 10/5/2020 | Seth M. Barron | Business Analysis | Review and comment on UCC slide deck in light of newly released lender updates | 0.30 |
| 10/5/2020 | Arjun N. Patel | Business Analysis | Review and summarization of Apache term sheet for business plan presentation | 1.60 |
| 10/5/2020 | Paul F. Jansen | Business Analysis | Review asset analysis of non-apache assets | 1.80 |
| 10/5/2020 | John T. Young, Jr. | Business Analysis | Review asset evaluation methodology and issues in order to discuss with asset analysis teams | 1.70 |
| 10/5/2020 | Andrew J. Bekker | Business Analysis | Review Debtors' materials on forecasted P&A obligations in order to assess Apache restructuring plan | 0.90 |
| 10/5/2020 | Seth M. Barron | Business Analysis | Review newly released updates to virtual data room for information in support of P&A analysis | 0.40 |
| 10/5/2020 | Arjun N. Patel | Business Analysis | Review of assumptions driving forecasted financials and drafting of summary for business plan presentation | 1.40 |
| 10/5/2020 | Brandon A. Thrasher | Business Analysis | Review of UCC update materials in relation to preparation for weekly UCC call | 0.30 |
| 10/5/2020 | Andrew J. Bekker | Business Analysis | Review status of non-APA shelf asset business plan development | 0.40 |
| 10/5/2020 | Christopher A. Winter | Business Analysis | Revisions to WTI price by removing current contract price and replacing it with historical generic price in the asset analysis presentation | 0.60 |
| 10/5/2020 | Christopher A. Winter | Business Analysis | Revisions to WTI price in the weekly UCC update presentation to portray historical generic price rather than historical price of the current futures contract | 0.60 |
| 10/5/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of non-APA business plan | 0.40 |
| 10/5/2020 | John T. Young, Jr. | Business Analysis | Telephonic call with creditor regarding case status | 0.50 |
| 10/5/2020 | Mary V. Ward | Business Analysis | Tie out onelines to P&A cost assumptions | 1.20 |
| 10/5/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.30 |
| 10/5/2020 | Andrew J. Bekker | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (P. Jansen, A. Bekker) and Stroock to review diligence status, PEO issues, bar date motion and prep for Committee call | 0.40 |
| 10/5/2020 | Paul F. Jansen | Business Analysis | Weekly telephonic meeting UCC professionals meeting between CM (P. Jansen, A. Bekker) and Stroock to review diligence status, PEO issues, bar date motion and prep for Committee call | 0.40 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Benchmark peer companies investment banking fee | 1.20 |
| 10/6/2020 | Paul F. Jansen | Business Analysis | Call with M Haney (HL) related to engagement letter | 0.40 |
| 10/6/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to case matters | 0.30 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Continued review of the company's alterations to versions of the Debtors reserve reporting | 1.30 |
| 10/6/2020 | Elena V. Ippolitova | Business Analysis | Continued review of the P&A liabilities and key regulatory data on DW, Apache and non-APA asset packages | 1.20 |
| 10/6/2020 | Dan W. Johnson | Business Analysis | Correspondence with B. Slusarchuk (CM) regarding reserve database and plan structure | 0.50 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Create benchmarking charts for FWE, peer companies and mean | 1.20 |
| 10/6/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/6/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.60 |
| 10/6/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Creditor Committee and Committee counsel for weekly update call | 0.60 |
| 10/6/2020 | John T. Young, Jr. | Business Analysis | External telephonic meeting with Creditor Committee and Committee counsel for weekly update call | 0.60 |
| 10/6/2020 | Elena V. Ippolitova | Business Analysis | Follow-on conference call with M. Ward and E. Ippolitova (CM) concerning refinements to P&A diligence requests | 0.80 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Follow-on conference call with M. Ward and E. Ippolitova (CM) concerning refinements to P&A diligence requests | 0.80 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Follow-on conference call with M. Ward and E. Ippolitova (CM) concerning refinements to P&A diligence requests | 0.80 |
| 10/6/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron (CM) concerning asset retirement obligations work and preparations for weekly professional's call | 0.20 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between A. Bekker and S. Barron (CM) concerning asset retirement obligations work and preparations for weekly professional's call | 0.20 |
| 10/6/2020 | Elena V. Ippolitova | Business Analysis | Internal working session between E. Ippolitova, S. Barron, and M. Ward to discuss P&A analysis and related request items | 1.50 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Internal working session between E. Ippolitova, S. Barron, and M. Ward to discuss P&A analysis and related request items | 1.50 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Internal working session between E. Ippolitova, S. Barron, and M. Ward to discuss P&A analysis and related request items | 1.50 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Model asset sale scenario for estimated investment banking fees | 1.80 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Model restructuring scenario for estimated investment banking fees | 1.60 |
| 10/6/2020 | Andrew J. Bekker | Business Analysis | Prepare updates to Apache restructuring analysis presentation | 0.50 |
| 10/6/2020 | Andrew J. Bekker | Business Analysis | Review and prepare for weekly call with UCC | 1.00 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Review Houlihan Lokey fee application and related engagement letter | 1.60 |
| 10/6/2020 | Christopher A. Winter | Business Analysis | Review of internal conflict check based on newly filed interested parties list and drafting email to IT to start conflict check | 0.80 |
| 10/6/2020 | Paul F. Jansen | Business Analysis | Review of investment banking letter and fees | 2.10 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Review of matrices of amounts paid by the Debtors under the Wages, Taxes and Insurance Orders | 0.20 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Review of multiple internally sourced documents with background information on offshore regulatory and asset retirement obligations | 2.00 |
| 10/6/2020 | Elena V. Ippolitova | Business Analysis | Review of the P&A liabilities and key regulatory data on DW, Apache and non-APA asset packages | 1.20 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Review peer companies for comparable criteria/sale type/reasonability | 0.50 |
| 10/6/2020 | Seth M. Barron | Business Analysis | Review various FWE docket updates | 0.20 |
| 10/6/2020 | Mary V. Ward | Business Analysis | Summarize key terms and fees detailed in HL engagement letter | 0.90 |
| 10/6/2020 | Andrew J. Bekker | Business Analysis | Update workstream responsibilities and coordinate internally and with counsel | 0.80 |
| 10/6/2020 | Arjun N. Patel | Business Analysis | Updates to business plan presentation to incorporate senior review comments from A. Bekker. | 1.70 |
| 10/7/2020 | Brandon A. Thrasher | Business Analysis | Analysis investment banking fee estimate and related assumptions | 0.40 |
| 10/7/2020 | Mary V. Ward | Business Analysis | Analyze Investment banking fee benchmarking and create presentation | 1.10 |
| 10/7/2020 | Seth M. Barron | Business Analysis | Attention to various FWE docket updates | 0.10 |
| 10/7/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to Oceaneering | 0.20 |
| 10/7/2020 | Seth M. Barron | Business Analysis | Continue work on analysis of inconsistencies in asset bucketing between the outlined retained properties and the reserve reporting | 2.00 |
| 10/7/2020 | Chase G. Hood | Business Analysis | Continued research and analysis related to metrics for GOM shelf assets | 1.00 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/7/2020 | Dan W. Johnson | Business Analysis | Correspondence with B. Slusarchuk (CM) regarding FWE proposed structure concerning P&A and retained assets | 0.50 |
| 10/7/2020 | Andrew J. Bekker | Business Analysis | External call (P. Jansen, A Bekker) with Stroock to discuss removal of PEO label on selected documents | 0.60 |
| 10/7/2020 | Paul F. Jansen | Business Analysis | External call (P. Jansen, A Bekker) with Stroock to discuss removal of PEO label on selected documents | 0.60 |
| 10/7/2020 | Mary V. Ward | Business Analysis | Internal working session between B. Thrasher and M. Ward to discuss investment banking fee estimate and related assumptions | 0.40 |
| 10/7/2020 | Chase G. Hood | Business Analysis | Research and analysis related to metrics for GOM shelf assets | 1.70 |
| 10/7/2020 | Dan W. Johnson | Business Analysis | Review and analyze updated midyear reserve report and cash flow forecasting | 1.00 |
| 10/7/2020 | Seth M. Barron | Business Analysis | Review and comment on transmittal email for updated information request | 0.10 |
| 10/7/2020 | Andrew J. Bekker | Business Analysis | Review Debtors' investment banker fee retention application | 0.90 |
| 10/7/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of ARIES database questions for internal reserve engineer in relation to new midyear reserves database received by entity | 0.90 |
| 10/7/2020 | Paul F. Jansen | Business Analysis | Review of assets to evaluate P&A obligations | 1.70 |
| 10/7/2020 | Brandon A. Thrasher | Business Analysis | Review of HL engagement letter in relation to IB fee benchmarking analysis | 0.30 |
| 10/7/2020 | Brandon A. Thrasher | Business Analysis | Review of HL fee application in relation to IB fee benchmarking analysis | 0.40 |
| 10/7/2020 | Andrew J. Bekker | Business Analysis | Review updates to due diligence list in order to prepare for PEO discussion with counsel | 1.00 |
| 10/7/2020 | Christopher A. Winter | Business Analysis | Revisions to the data request tracker and drafting email to HL to send them the updated attachment | 1.10 |
| 10/7/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of IB fee benchmarking analysis | 1.10 |
| 10/7/2020 | Mary V. Ward | Business Analysis | Update investment fee slides for B. Thrasher comments | 0.90 |
| 10/7/2020 | Mary V. Ward | Business Analysis | Update relevant slides for UCC deck | 0.70 |
| 10/7/2020 | Arjun N. Patel | Business Analysis | Updates to business plan presentation to incorporate senior review comments from E. Ippolitova. | 2.10 |
| 10/7/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.40 |
| 10/8/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to creditor recoveries and sales process | 0.40 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Compile IB engagement letter comps methodology detail | 2.00 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Compile notes on methodology for IB fee comparison analysis | 2.10 |
| 10/8/2020 | Christopher A. Winter | Business Analysis | Compiled additional conflict check and prepared the supplemental declaration | 1.20 |
| 10/8/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, S. Barron, B. Slusarchuk) with Houlihan Lokey and AlixPartners re: Sale process updates, P&A diligence and PEO issues | 0.70 |
| 10/8/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, S. Barron, B. Slusarchuk) with Houlihan Lokey and AlixPartners re: Sale process updates, P&A diligence and PEO issues | 0.70 |
| 10/8/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, S. Barron, B. Slusarchuk) with Houlihan Lokey and AlixPartners re: Sale process updates, P&A diligence and PEO issues | 0.70 |
| 10/8/2020 | Seth M. Barron | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, S. Barron, B. Slusarchuk) with Houlihan Lokey and AlixPartners re: Sale process updates, P&A diligence and PEO issues | 0.70 |
| 10/8/2020 | Chase G. Hood | Business Analysis | Internal CM calls (C. Hood, C. Winter) to discuss business plan for Deepwater, FWE I and FWE II assets | 0.70 |
| 10/8/2020 | Christopher A. Winter | Business Analysis | Internal CM calls (C. Hood, C. Winter) to discuss business plan for Deepwater, FWE I and FWE II assets | 0.70 |
| 10/8/2020 | Andrew J. Bekker | Business Analysis | Internal working session between A. Bekker and C. Winter to discuss issues with the formatting of the newly updated parties of interest list to develop an internal conflict check | 0.70 |
| 10/8/2020 | Christopher A. Winter | Business Analysis | Internal working session between A. Bekker and C. Winter to discuss issues with the formatting of the newly updated parties of interest list to develop an internal conflict check | 0.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/8/2020 | Andrew J. Bekker | Business Analysis | Internal working session between B. Thrasher and A. Bekker to discuss revisions to IB fee benchmarking analysis | 0.30 |
| 10/8/2020 | Brandon A. Thrasher | Business Analysis | Internal working session between B. Thrasher and A. Bekker to discuss revisions to IB fee benchmarking analysis | 0.30 |
| 10/8/2020 | Dan W. Johnson | Business Analysis | Participate in weekly professionals teleconference call with representatives from HL, AP and CM to discuss case matters and updates | 0.70 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Pull additional comparable cases from public data repository | 0.80 |
| 10/8/2020 | Andrew J. Bekker | Business Analysis | Research peer group list for IB Fee comparable analysis | 1.40 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Research public comparable IB Engagement Letters | 2.10 |
| 10/8/2020 | Dan W. Johnson | Business Analysis | Review and research FWE bifurcation plan regarding P&A and retained assets | 1.00 |
| 10/8/2020 | Seth M. Barron | Business Analysis | Review of analyses concerning asset splitting by entity as indicated by the Debtors one line reserve report in support of P&A obligations | 0.60 |
| 10/8/2020 | Brandon A. Thrasher | Business Analysis | Review of comparable company fee applications in relation to drafting IB fee benchmarking analysis | 1.10 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Review public comparable IB Engagement Letter detail | 1.60 |
| 10/8/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of IB fee benchmarking analysis | 0.80 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Synthesize peer group data and normalize for FWE restructuring scenario | 1.20 |
| 10/8/2020 | Mary V. Ward | Business Analysis | Update peer group analysis criteria for investment banking fee benchmarking | 0.50 |
| 10/8/2020 | Christopher A. Winter | Business Analysis | Updated commodity pricing slides for weekly UCC update presentation | 0.60 |
| 10/9/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to hearing | 0.10 |
| 10/9/2020 | Andrew J. Bekker | Business Analysis | Call with Stroock to discuss Houlihan retention application terms | 0.30 |
| 10/9/2020 | Dan W. Johnson | Business Analysis | Correspondence with B. Slusarchuk (CM) regarding active workstreams and status of deliverables to UCC | 0.50 |
| 10/9/2020 | Arjun N. Patel | Business Analysis | Drafting of amended flow of funds with Apache term sheet in place for business plan presentation | 1.70 |
| 10/9/2020 | Arjun N. Patel | Business Analysis | Drafting of forecasted P&A and observations for business plan presentation | 1.50 |
| 10/9/2020 | Arjun N. Patel | Business Analysis | Drafting of the proposed collateral package and layers of protection for Apache in regard to 2020 Apache term sheet for business plan presentation | 1.60 |
| 10/9/2020 | Christopher A. Winter | Business Analysis | External telephonic meeting with A. Moussa (HL) to discuss updates data request items and progress on upload | 0.10 |
| 10/9/2020 | Chase G. Hood | Business Analysis | Internal CM call (B. Slusarchuk, C. Hood) to discuss asset analysis and workstreams and work plan | 0.30 |
| 10/9/2020 | Andrew J. Bekker | Business Analysis | Internal working session between A. Bekker, B. Thrasher, and M. Ward to finalize UCC presentation | 0.30 |
| 10/9/2020 | Brandon A. Thrasher | Business Analysis | Internal working session between A. Bekker, B. Thrasher, and M. Ward to finalize UCC presentation | 0.30 |
| 10/9/2020 | Mary V. Ward | Business Analysis | Internal working session between A. Bekker, B. Thrasher, and M. Ward to finalize UCC presentation | 0.30 |
| 10/9/2020 | Andrew J. Bekker | Business Analysis | Prepare communication to Houlihan in order to discuss and clarify language in retention application | 0.40 |
| 10/9/2020 | Andrew J. Bekker | Business Analysis | Prepare updates to case calendar with milestones for presentation to committee | 0.50 |
| 10/9/2020 | Paul F. Jansen | Business Analysis | Research related to BSEE correspondence | 1.60 |
| 10/9/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of Apache and non-Apache Shelf models | 1.20 |
| 10/9/2020 | Brandon A. Thrasher | Business Analysis | Review of mid-year 2020 reserve reports in relation to updating the non-APA business plan | 0.50 |
| 10/9/2020 | Andrew J. Bekker | Business Analysis | Review source documentation for peer group analysis of IB fee comps | 1.30 |
| 10/9/2020 | Christopher A. Winter | Business Analysis | Review updated diligence list for items indicated as received and checking with HL Box data room | 0.50 |
| 10/9/2020 | Brandon A. Thrasher | Business Analysis | Review weekly UCC materials | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 10/9/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of IB fee benchmarking analysis | 0.50 |
| 10/9/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of non-APA business plan | 0.80 |
| 10/9/2020 | Mary V. Ward | Business Analysis | Update restructuring/sale scenario estimating investment banking fee for UCC presentation | 1.30 |
| 10/9/2020 | Mary V. Ward | Business Analysis | Update UCC presentation for A. Bekker comments | 1.10 |
| 10/10/2020 | Dan W. Johnson | Business Analysis | Perform review and analysis of presentation materials and reserve data provided to regulatory authorities for purposes of analyzing reorganized structure | 1.40 |
| 10/11/2020 | Paul F. Jansen | Business Analysis | Review of UCC presentation | 1.50 |
| 10/12/2020 | Mary V. Ward | Business Analysis | Analyze methodology for benchmarking and summarize for presentation | 1.30 |
| 10/12/2020 | Chase G. Hood | Business Analysis | Continued supervisory review of Deepwater asset analysis presentation prepared by C. Winter | 0.50 |
| 10/12/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) with HL to discuss sales process update, discussions with lenders and midyear reserves | 0.30 |
| 10/12/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) with HL to discuss sales process update, discussions with lenders and midyear reserves | 0.30 |
| 10/12/2020 | Dan W. Johnson | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) with HL to discuss sales process update, discussions with lenders and midyear reserves | 0.30 |
| 10/12/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) with HL to discuss sales process update, discussions with lenders and midyear reserves | 0.30 |
| 10/12/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) to discuss Apache and P&A workstreams | 0.60 |
| 10/12/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) to discuss Apache and P&A workstreams | 0.60 |
| 10/12/2020 | Dan W. Johnson | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) to discuss Apache and P&A workstreams | 0.60 |
| 10/12/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson) to discuss Apache and P&A workstreams | 0.60 |
| 10/12/2020 | Andrew J. Bekker | Business Analysis | Prepare updates to workstream and coordinate internal diligence requirements | 0.50 |
| 10/12/2020 | Mary V. Ward | Business Analysis | Review Houlihan Lokey engagement letter and summarize for presentation | 1.20 |
| 10/12/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of midyear reserve summary by entity and corresponding P&A liabilities | 2.20 |
| 10/12/2020 | Christopher A. Winter | Business Analysis | Revisions to supplemental declaration from review and correspondence with outside counsel | 1.00 |
| 10/12/2020 | Chase G. Hood | Business Analysis | Supervisory review of Deepwater asset analysis presentation prepared by C. Winter | 2.00 |
| 10/12/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of weekly UCC materials | 1.10 |
| 10/12/2020 | Andrew J. Bekker | Business Analysis | Supervisory review of weekly update presentation to Committee on August MOR and IB fee benchmarking analysis | 1.80 |
| 10/12/2020 | Mary V. Ward | Business Analysis | Update investment banking fee benchmarking graphs | 0.80 |
| 10/12/2020 | Arjun N. Patel | Business Analysis | Update to business plan presentation graphics with new data provided by debtors. | 1.40 |
| 10/12/2020 | Mary V. Ward | Business Analysis | Update UCC presentation for A. Bekker comments | 1.50 |
| 10/13/2020 | Andrew J. Bekker | Business Analysis | Call with SSL to discuss Houlihan Lokey retention issues | 0.50 |
| 10/13/2020 | Chase G. Hood | Business Analysis | Continued research and analysis related to previous offshore bankruptcy cases and treatment of assets and P&A obligations | 0.60 |
| 10/13/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting with HL to discuss midyear reserves, P&A obligations and business plans for each pro forma FWE entity | 0.60 |
| 10/13/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal working session between B. Slusarchuk, C. Hood, and C. Winter to discuss presentation for UCC | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/13/2020 | Chase G. Hood | Business Analysis | Internal working session between B. Slusarchuk, C. Hood, and C. Winter to discuss presentation for UCC | 0.30 |
| 10/13/2020 | Christopher A. Winter | Business Analysis | Internal working session between B. Slusarchuk, C. Hood, and C. Winter to discuss presentation for UCC | 0.30 |
| 10/13/2020 | Chase G. Hood | Business Analysis | Research and analysis related to previous offshore bankruptcy cases and treatment of assets and P&A obligations | 2.00 |
| 10/13/2020 | Andrew J. Bekker | Business Analysis | Review Creditor Committee Confidentiality Motion | 0.40 |
| 10/14/2020 | Chase G. Hood | Business Analysis | Additional research and analysis of plans, disclosure statements and court filings in regard to offshore bankruptcy cases and treatment of assets and P&A obligations | 1.20 |
| 10/14/2020 | Paul F. Jansen | Business Analysis | Drafting of sensitivities related to capital raise | 1.80 |
| 10/14/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, B Slusarchuk, D Johnson) to discuss asset analysis, Apache and P&A workstreams | 0.20 |
| 10/14/2020 | Dan W. Johnson | Business Analysis | Internal telephonic meeting (P. Jansen, B Slusarchuk, D Johnson) to discuss asset analysis, Apache and P&A workstreams | 0.20 |
| 10/14/2020 | Mary V. Ward | Business Analysis | Review investment banking peer case outcome | 1.80 |
| 10/14/2020 | Christopher A. Winter | Business Analysis | Review of documentation for clarification of secured claims amounts | 1.10 |
| 10/14/2020 | Mary V. Ward | Business Analysis | Summarize investment banking peer case outcome | 1.60 |
| 10/14/2020 | Mary V. Ward | Business Analysis | Update FWE secured debt and related graphs | 1.20 |
| 10/15/2020 | Paul F. Jansen | Business Analysis | Drafting of email related to DIP milestones | 1.00 |
| 10/15/2020 | Chase G. Hood | Business Analysis | Internal CM call (C. Hood, C. Winter) to discuss updates to be made to the business plan analysis and deck | 0.20 |
| 10/15/2020 | Christopher A. Winter | Business Analysis | Internal CM call (C. Hood, C. Winter) to discuss updates to be made to the business plan analysis and deck | 0.20 |
| 10/15/2020 | Benjamin J. Slusarchuk | Business Analysis | Preparation and internal working session between B. Slusarchuk, C. Hood and E. Ippolitova to discuss FWE Deepwater draft. | 0.90 |
| 10/15/2020 | Chase G. Hood | Business Analysis | Preparation and internal working session between B. Slusarchuk, C. Hood and E. Ippolitova to discuss FWE Deepwater draft. | 0.90 |
| 10/15/2020 | Elena V. Ippolitova | Business Analysis | Preparation and internal working session between B. Slusarchuk, C. Hood and E. Ippolitova to discuss FWE Deepwater draft. | 0.90 |
| 10/15/2020 | Andrew J. Bekker | Business Analysis | Research and review recent high yield comps in order to assess notional sizing and yields on post-COVID high yield bonds | 1.80 |
| 10/15/2020 | Paul F. Jansen | Business Analysis | Review of P&A estimates in business plan presentation | 1.20 |
| 10/16/2020 | Andrew J. Bekker | Business Analysis | Analyze 2020 Midyear reserve report in order to assess P&A liabilities in Fieldwood I vs. Fieldwood II | 0.90 |
| 10/16/2020 | Paul F. Jansen | Business Analysis | Call with B Kadden (LALAW) | 0.10 |
| 10/16/2020 | Paul F. Jansen | Business Analysis | Call with S Millman (Stroock) related to meeting | 0.30 |
| 10/16/2020 | Paul F. Jansen | Business Analysis | Call with UCC member | 0.50 |
| 10/16/2020 | Andrew J. Bekker | Business Analysis | Develop analysis of Deepwater asset predecessor in interest in order to assess liability exposure | 1.30 |
| 10/16/2020 | Paul F. Jansen | Business Analysis | Drafting of email to UCC | 1.60 |
| 10/16/2020 | Paul F. Jansen | Business Analysis | Preparation for call with UCC members | 1.40 |
| 10/16/2020 | Andrew J. Bekker | Business Analysis | Prepare summary assessment of Deepwater assets P&A obligations | 1.20 |
| 10/16/2020 | Christopher A. Winter | Business Analysis | Research related to Green Canyon fields and all associated transactions through 2006 | 1.90 |
| 10/16/2020 | Christopher A. Winter | Business Analysis | Research related to Green Canyon fields and blocks for working interest insight | 1.70 |
| 10/16/2020 | Andrew J. Bekker | Business Analysis | Review roll up of reserves from 2020 Midyear oneline report to output P&A obligations by entity | 1.90 |
| 10/17/2020 | Paul F. Jansen | Business Analysis | Call with JP Hanson (HL) related to committee meeting | 0.40 |
| 10/17/2020 | Paul F. Jansen | Business Analysis | Call with M Dane (FWE) related to committee meeting | 0.40 |
| 10/19/2020 | Paul F. Jansen | Business Analysis | Call with D Crawley (HL) related to committee presentation | 0.40 |
| 10/19/2020 | Christopher A. Winter | Business Analysis | Continued diligence on public peer comparison reserve data through Enverus and published articles | 1.00 |
| 10/19/2020 | Benjamin J. Slusarchuk | Business Analysis | Diligence questions and P&A analysis in preparation for call with Debtor management | 0.90 |
| 10/19/2020 | Andrew J. Bekker | Business Analysis | External call with Stroock (S. Millman) re: case updates on sale process | 0.20 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/19/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A. Bekker, B. Slusarchuk) with Stroock to prepare for call with management, discuss restructuring negotiation updates and weekly deliverables | 0.30 |
| 10/19/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (P. Jansen, A. Bekker, B. Slusarchuk) with Stroock to prepare for call with management, discuss restructuring negotiation updates and weekly deliverables | 0.30 |
| 10/19/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A. Bekker, B. Slusarchuk) with Stroock to prepare for call with management, discuss restructuring negotiation updates and weekly deliverables | 0.30 |
| 10/19/2020 | Arjun N. Patel | Business Analysis | Initial review of Chevron motion | 1.30 |
| 10/19/2020 | Chase G. Hood | Business Analysis | Internal CM working session (C. Hood, C. Winter) regarding business plan presentation for UCC | 0.30 |
| 10/19/2020 | Christopher A. Winter | Business Analysis | Internal CM working session (C. Hood, C. Winter) regarding business plan presentation for UCC | 0.30 |
| 10/19/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Chase G. Hood | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Dan W. Johnson | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Paul F. Jansen | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting (P. Jansen, A Bekker, B Slusarchuk, D Johnson, C Hood, S Barron) to discuss sales process update, asset analysis, cash flow analysis, P&A analysis and agenda for call with Debtor management | 0.50 |
| 10/19/2020 | Andrew J. Bekker | Business Analysis | Review analysis of historical interests in current Deepwater properties | 0.30 |
| 10/19/2020 | Dan W. Johnson | Business Analysis | Review and edit updated request related to plan process and reorganization structure | 0.40 |
| 10/19/2020 | Chase G. Hood | Business Analysis | Review current status of the business plan deck for the UCC | 0.50 |
| 10/19/2020 | Seth M. Barron | Business Analysis | Review of management and committee call agenda and draft additional questions for the same | 0.30 |
| 10/19/2020 | Christopher A. Winter | Business Analysis | Revised metrics for unit clarification between MBoe and MMBoe in the asset analysis presentation | 0.80 |
| 10/19/2020 | Seth M. Barron | Business Analysis | Search historical files for SOAL analysis charting types | 0.30 |
| 10/19/2020 | Chase G. Hood | Business Analysis | Supervisory review of latest draft of business plan analysis and presentation | 1.20 |
| 10/19/2020 | Andrew J. Bekker | Business Analysis | Supervisory review of weekly update presentation to Committee | 1.20 |
| 10/20/2020 | Arjun N. Patel | Business Analysis | Analysis of plugging & abandonment projections and calculation of Apache obligations | 1.70 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Begin compilation of various field names provided from HL, the P&A plan details included in the financial model, the LOS and reserve report names | 1.40 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Continued APA financial model for P&A related information by field | 1.10 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Draft, review and send statement of limitations concerning the availability of data regarding ARO obligations | 2.00 |
| 10/20/2020 | Arjun N. Patel | Business Analysis | Drafting of updates to business plan presentation to account for updated October strip pricing | 1.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/20/2020 | Andrew J. Bekker | Business Analysis | External call (P. Jansen, A Bekker, B Slusarchuk) with Debtors' management, Houlihan, Stroock and UCC to discuss case updates and business plan | 1.20 |
| 10/20/2020 | Benjamin J. Slusarchuk | Business Analysis | External call (P. Jansen, A Bekker, B Slusarchuk) with Debtors' management, Houlihan, Stroock and UCC to discuss case updates and business plan | 1.20 |
| 10/20/2020 | Paul F. Jansen | Business Analysis | External call (P. Jansen, A Bekker, B Slusarchuk) with Debtors' management, Houlihan, Stroock and UCC to discuss case updates and business plan | 1.20 |
| 10/20/2020 | Chase G. Hood | Business Analysis | Internal CM call (C. Hood, C. Winter) to discuss business plan analysis and deck | 0.10 |
| 10/20/2020 | Christopher A. Winter | Business Analysis | Internal CM call (C. Hood, C. Winter) to discuss business plan analysis and deck | 0.10 |
| 10/20/2020 | Dan W. Johnson | Business Analysis | Internal correspondence regarding P&A liability analysis | 0.40 |
| 10/20/2020 | Brandon A. Thrasher | Business Analysis | Participation in the Weekly UCC committee meeting | 1.10 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Perform summary analysis of deficiencies in data provided by the Debtors with respect to ARO valuations | 0.30 |
| 10/20/2020 | Andrew J. Bekker | Business Analysis | Prepare draft language to revise Houlihan retention order | 0.90 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Review APA financial model for P&A related information by field | 1.20 |
| 10/20/2020 | Arjun N. Patel | Business Analysis | Review buildup of plugging & abandonment in debtor provided financial model | 1.30 |
| 10/20/2020 | Andrew J. Bekker | Business Analysis | Review Chevron Motion for Relief from Automatic Stay | 0.80 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Review team notes from management teleconference on sales process update | 0.30 |
| 10/20/2020 | Seth M. Barron | Business Analysis | Review various docket updates pertaining to multiple ordinary course professional declarations by the Debtors | 0.20 |
| 10/20/2020 | John T. Young, Jr. | Business Analysis | Supervisory review of the consolidated business plan and P&A and asset analysis deck and providing commentary regarding the Shelf P&A analysis, guideline company profiles and additional color to current P&A policy assurance | 1.80 |
| 10/21/2020 | Paul F. Jansen | Business Analysis | Call with D Crowley (HL) | 0.20 |
| 10/21/2020 | Paul F. Jansen | Business Analysis | Call with R Albergotti (Alix) | 0.30 |
| 10/21/2020 | Christopher A. Winter | Business Analysis | Correspondence with HL regarding diligence items | 0.20 |
| 10/21/2020 | Seth M. Barron | Business Analysis | Draft pages for asset retirement obligation presentation concerning the limitations of the analysis given the availability of information. | 1.00 |
| 10/21/2020 | Arjun N. Patel | Business Analysis | Drafting of football field graphics of P&A to show wide range of estimates | 1.20 |
| 10/21/2020 | Arjun N. Patel | Business Analysis | Drafting of undiscounted P&A obligations by entity | 1.00 |
| 10/21/2020 | Elena V. Ippolitova | Business Analysis | Initial review and comments re: data summary and outline of the P&A obligations | 1.40 |
| 10/21/2020 | Andrew J. Bekker | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, A. Bekker and A. Patel to discuss the P&A obligations and related presentation | 1.30 |
| 10/21/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, A. Bekker and A. Patel to discuss the P&A obligations and related presentation | 1.30 |
| 10/21/2020 | Elena V. Ippolitova | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, A. Bekker and A. Patel to discuss the P&A obligations and related presentation | 1.30 |
| 10/21/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, A. Bekker and A. Patel to discuss the P&A obligations and related presentation | 1.30 |
| 10/21/2020 | Dan W. Johnson | Business Analysis | Research and analyze comparable IB in connection with IB fee benchmarking analysis | 1.90 |
| 10/21/2020 | Seth M. Barron | Business Analysis | Review Debtor's P&A assumptions in SpinCo model to compile an estimate of the next five year spend for range comparison exercise | 1.80 |
| 10/21/2020 | Seth M. Barron | Business Analysis | Review issues related to coordination of upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/21/2020 | Andrew J. Bekker | Business Analysis | Update schedule of P&A analysis and variances between reserve reports and Debtors' forecast model | 1.90 |
| 10/22/2020 | Dan W. Johnson | Business Analysis | Correspondence with B. Slusarchuk (CM) regarding updated reserve report and G&A benchmarking | 0.40 |
| 10/22/2020 | Dan W. Johnson | Business Analysis | Correspondence with C. Winter (CM) regarding reserve report reconciliation matters | 0.40 |
| 10/22/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with Houlihan and AlixPartners to discuss case updates | 0.30 |
| 10/22/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with Houlihan and AlixPartners to discuss case updates | 0.30 |
| 10/22/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the P&A reserve report | 0.20 |
| 10/22/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the P&A reserve report | 0.20 |
| 10/22/2020 | Dan W. Johnson | Business Analysis | Perform review of revised reserve database output and reconcile to Debtor's reserve database | 1.10 |
| 10/22/2020 | Brandon A. Thrasher | Business Analysis | Review issues related to timing of restructuring calendar for milestone dates | 0.40 |
| 10/22/2020 | Arjun N. Patel | Business Analysis | Review of historical P&A spend and correlation to average price of oil | 1.30 |
| 10/22/2020 | Arjun N. Patel | Business Analysis | Review of reserve report and drafting of sensitized P&A obligations. | 1.20 |
| 10/22/2020 | Brandon A. Thrasher | Business Analysis | Review of UCC presentation materials in preparation for call with HL and AlixPartners | 0.80 |
| 10/22/2020 | Christopher A. Winter | Business Analysis | Updated commodity pricing slides for weekly UCC update presentation | 0.60 |
| 10/23/2020 | Seth M. Barron | Business Analysis | Begin review of regulatory and costing requirements guidance from BSEE in support of P&A diligence | 0.40 |
| 10/23/2020 | Arjun N. Patel | Business Analysis | Drafting of executive summary for P&A presentation | 1.50 |
| 10/23/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with Rothschild, Intrepid Advisors, Davis Polk and Stroock to discuss Plan negotiations | 0.30 |
| 10/23/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker) with Rothschild, Intrepid Advisors, Davis Polk and Stroock to discuss Plan negotiations | 0.30 |
| 10/23/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A reserve report and analysis | 0.70 |
| 10/23/2020 | Elena V. Ippolitova | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A reserve report and analysis | 0.70 |
| 10/23/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A reserve report and analysis | 0.70 |
| 10/23/2020 | Dan W. Johnson | Business Analysis | Perform review and draft comments in connection with financial benchmarking analysis | 1.20 |
| 10/23/2020 | Andrew J. Bekker | Business Analysis | Prepare communication with Stroock to provide update on business analysis of LEA Transaction with Chevron | 0.50 |
| 10/23/2020 | Seth M. Barron | Business Analysis | Review of diligence requests to the Debtors for unfulfilled items | 0.30 |
| 10/23/2020 | Christopher A. Winter | Business Analysis | Review of footnote language and formatting in the asset analysis deck | 0.50 |
| 10/23/2020 | John T. Young, Jr. | Business Analysis | Supervisory review and drafting of edits to UCC meeting presentation regarding Debtors' SOFAs and SOALs | 1.70 |
| 10/23/2020 | John T. Young, Jr. | Business Analysis | Telephonic responses to individual creditors in connection with case status | 1.00 |
| 10/24/2020 | Seth M. Barron | Business Analysis | Continued analysis of reserve reporting by asset number and back-split interest divisions to apply to 2019 SEC reserve report | 2.00 |
| 10/24/2020 | Seth M. Barron | Business Analysis | Continued reconciling 2019 year-end reserve report to mid-year 2020 release to support analysis of the cost and timing of asset retirement obligations | 1.00 |
| 10/24/2020 | Seth M. Barron | Business Analysis | Prepare summary level findings of reserve reporting differences and circulate to CM team members | 0.60 |
| 10/24/2020 | Seth M. Barron | Business Analysis | Reconcile 2019 year-end reserve report to mid-year 2020 release to support analysis of the cost and timing of asset retirement obligations | 1.50 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 10/25/2020 | Andrew J. Bekker | Business Analysis | Prepare communication to Debtors on Houlihan retention order revisions | 0.60 |
| 10/25/2020 | Arjun N. Patel | Business Analysis | Review of the 2019 reserve report to summarize the non-op P&A for the proposed entities. | 1.10 |
| 10/25/2020 | Andrew J. Bekker | Business Analysis | Review revisions to Houlihan retention order | 0.20 |
| 10/25/2020 | Andrew J. Bekker | Business Analysis | Review updates to SOFA / SOAL presentation to the Committee | 1.10 |
| 10/26/2020 | Christopher A. Winter | Business Analysis | Correspondence with HL regarding updated diligence tracker | 0.20 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | Develop outline for rights offering market comparable analysis | 0.30 |
| 10/26/2020 | Arjun N. Patel | Business Analysis | Drafting of consolidated business plan presentation and structure | 2.30 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan | 0.50 |
| 10/26/2020 | Benjamin J. Slusarchuk | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan | 0.50 |
| 10/26/2020 | Paul F. Jansen | Business Analysis | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan | 0.50 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | Internal call (B. Thrasher, A. Bekker and M. Ward) to discuss rights offering comp lender forensic analysis | 0.40 |
| 10/26/2020 | Brandon A. Thrasher | Business Analysis | Internal call (B. Thrasher, A. Bekker and M. Ward) to discuss rights offering comp lender forensic analysis | 0.40 |
| 10/26/2020 | Mary V. Ward | Business Analysis | Internal call (B. Thrasher, A. Bekker and M. Ward) to discuss rights offering comp lender forensic analysis | 0.40 |
| 10/26/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the Non-Op P&A calculations | 0.40 |
| 10/26/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the Non-Op P&A calculations | 0.40 |
| 10/26/2020 | Dan W. Johnson | Business Analysis | Internal working session between B. Slusarchuk, D. Johnson, C. Hood, and C. Winter to discuss the asset analysis deck progress and additional revisions | 1.00 |
| 10/26/2020 | Chase G. Hood | Business Analysis | Internal working session between B. Slusarchuk, D. Johnson, C. Hood, and C. Winter to discuss the business plan deck progress and additional revisions | 1.00 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | Prepare update communications for SSL on status of plan and global restructuring considerations | 0.50 |
| 10/26/2020 | Arjun N. Patel | Business Analysis | Reconcile P&A detail file to reserve reports to identify/understand differences | 1.60 |
| 10/26/2020 | Dan W. Johnson | Business Analysis | Research and analyze comparable transactions for purposes of evaluating a potential reorganization plan | 1.10 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | Review financial analysis on SOFA / SOAL for presentation to the UCC | 1.80 |
| 10/26/2020 | Arjun N. Patel | Business Analysis | Review new debtor provided 2019 P&A estimate file | 0.80 |
| 10/26/2020 | Arjun N. Patel | Business Analysis | Review new debtor provided P&A detail file | 1.20 |
| 10/26/2020 | Seth M. Barron | Business Analysis | Review of BSEE-Decommissioning Methodology and Cost Evaluation | 1.40 |
| 10/26/2020 | Christopher A. Winter | Business Analysis | Review of EBITDA growth analysis with addition of operating expense analysis under the Deepwater assets | 1.20 |
| 10/26/2020 | Christopher A. Winter | Business Analysis | Review of EBITDA growth analysis with addition of operating expense analysis under the FWE I and II assets | 1.30 |
| 10/26/2020 | Seth M. Barron | Business Analysis | Review of Idle Iron Decommissioning Guidance for Wells and Platforms | 1.70 |
| 10/26/2020 | Seth M. Barron | Business Analysis | Review of NTL No. 2016-N01 and draft summary notes for the same | 0.50 |
| 10/26/2020 | Benjamin J. Slusarchuk | Business Analysis | Review of P&A estimates in MY reserves relative to disclosure in other Debtor provided presentations and documents | 1.90 |
| 10/26/2020 | Brandon A. Thrasher | Business Analysis | Review of precedent chapter 11 transactions involving rights offerings in relation to drafting rights offering comps | 1.20 |
| 10/26/2020 | Brandon A. Thrasher | Business Analysis | Review of UCC materials in preparation for UCC pro call | 0.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/26/2020 | Arjun N. Patel | Business Analysis | Update ARO amounts from merged reserve report files, and summarize for presentation | 1.10 |
| 10/26/2020 | Andrew J. Bekker | Business Analysis | Update case milestones timeline for weekly presentation to the UCC | 0.30 |
| 10/27/2020 | Seth M. Barron | Business Analysis | Add updates to estimated PV10 values for ARO and P&A liabilities tables and draft correspondence to CM team members on the same | 0.20 |
| 10/27/2020 | Brandon A. Thrasher | Business Analysis | Attendance at the weekly UCC professionals call | 0.50 |
| 10/27/2020 | Seth M. Barron | Business Analysis | Continue review of regulatory and costing requirements guidance from BSSE in support of P&A diligence | 1.60 |
| 10/27/2020 | Seth M. Barron | Business Analysis | Continued preparation slides for regulatory overview and timelines of changes to BOEM and BSEE Notice to Leaseholders ("NTL") | 0.80 |
| 10/27/2020 | Brandon A. Thrasher | Business Analysis | Drafting of outline related to rights offering comp analysis | 1.40 |
| 10/27/2020 | Andrew J. Bekker | Business Analysis | External telephonic meeting with Stroock, Cole Schotz and UCC to discuss Schedules and Statements and case updates | 0.50 |
| 10/27/2020 | Benjamin J. Slusarchuk | Business Analysis | Internal CM call (D. Johnson, B. Slusarchuk, C. Hood, C. Winter) to discuss outstanding workstreams and workplan | 0.30 |
| 10/27/2020 | Chase G. Hood | Business Analysis | Internal CM call (D. Johnson, B. Slusarchuk, C. Hood, C. Winter) to discuss outstanding workstreams and workplan | 0.30 |
| 10/27/2020 | Christopher A. Winter | Business Analysis | Internal CM call (D. Johnson, B. Slusarchuk, C. Hood, C. Winter) to discuss outstanding workstreams and workplan | 0.30 |
| 10/27/2020 | Dan W. Johnson | Business Analysis | Internal CM call (D. Johnson, B. Slusarchuk, C. Hood, C. Winter) to discuss outstanding workstreams and workplan | 0.30 |
| 10/27/2020 | Seth M. Barron | Business Analysis | Prepare slides for regulatory overview and timelines of changes to BOEM and BSEE Notice to Leaseholders ("NTL") | 2.00 |
| 10/27/2020 | Seth M. Barron | Business Analysis | Review and comment on completed P&A cost comparison tables | 0.80 |
| 10/27/2020 | Mary V. Ward | Business Analysis | Review Fieldwood Energy corporate structure | 0.50 |
| 10/27/2020 | Arjun N. Patel | Business Analysis | Review of Apache 10Ks to determine ARO spend from 2013-2019. | 1.50 |
| 10/27/2020 | Arjun N. Patel | Business Analysis | Review PV-10 calculation of P&A obligations in reserve report and P&A detail | 1.00 |
| 10/27/2020 | Arjun N. Patel | Business Analysis | Updates to P&A presentation incorporating new data provided by debtors | 1.30 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Analysis of non-op calculations in summary P&A presentation | 0.60 |
| 10/28/2020 | Mary V. Ward | Business Analysis | Build out ad hoc group holdings table for UCC presentation | 1.20 |
| 10/28/2020 | Seth M. Barron | Business Analysis | Continue research on and drafting of regulatory slides for ARO summary | 2.00 |
| 10/28/2020 | Brandon A. Thrasher | Business Analysis | Editing of rights offering comp analysis | 1.10 |
| 10/28/2020 | Brandon A. Thrasher | Business Analysis | Internal call (B. Thrasher, M. Ward) in relation to drafting rights offering comp analysis | 0.50 |
| 10/28/2020 | Mary V. Ward | Business Analysis | Internal call (B. Thrasher, M. Ward) in relation to drafting rights offering comp analysis | 0.50 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the PV-10 P&A calculations | 0.60 |
| 10/28/2020 | Seth M. Barron | Business Analysis | Internal telephonic meeting between S. Barron and A. Patel to discuss the PV-10 P&A calculations | 0.60 |
| 10/28/2020 | Seth M. Barron | Business Analysis | Investigate non-matching field names found in P&A detail analysis but not listed on the Debtors' year end SEC reserve reporting | 1.10 |
| 10/28/2020 | Seth M. Barron | Business Analysis | Make corrections to P&A cost assumptions tables and confer with A. Patel (CM) regarding the same | 0.70 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Ratio analysis of non-op P&A in Debtor's P&A detail to use across other sources of P&A estimates | 0.90 |
| 10/28/2020 | Mary V. Ward | Business Analysis | Review Docket No. 158 for Ad Hoc Group | 1.90 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Review of payment matrix to identify resigning Committee members recovery | 0.20 |
| 10/28/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of rights offering comp analysis | 1.20 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/28/2020 | John T. Young, Jr. | Business Analysis | Supervisory review of the initial benchmarks pertaining to the rights offering analysis with additional commentary regarding the addition and exclusion of potential comparisons | 1.50 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Update to consolidated business plan presentation | 0.50 |
| 10/28/2020 | Christopher A. Winter | Business Analysis | Updated the commodity pricing slides for this week's UCC presentation deck | 0.70 |
| 10/28/2020 | Arjun N. Patel | Business Analysis | Updates to P&A presentation to incorporate senior review comments from E. Ippolitova. | 1.20 |
| 10/28/2020 | Christopher A. Winter | Business Analysis | Upload of new documents received from the Box virtual data room to CM's internal data room | 0.40 |
| 10/29/2020 | Seth M. Barron | Business Analysis | Adjusted computations supporting PV10 value estimates of non-op interest holders' portion of asset retirement obligations | 1.70 |
| 10/29/2020 | Andrew J. Bekker | Business Analysis | Call with Debtors management to discuss due diligence asks | 0.30 |
| 10/29/2020 | Arjun N. Patel | Business Analysis | Drafting of historical P&A spend incorporating Apache spend and historical WTI prices | 1.60 |
| 10/29/2020 | Brandon A. Thrasher | Business Analysis | Internal call (B. Thrasher, M. Ward) to discuss rights offering comp analysis | 0.10 |
| 10/29/2020 | Arjun N. Patel | Business Analysis | Review of Deepwater model to summarize financial projections | 1.50 |
| 10/29/2020 | Brandon A. Thrasher | Business Analysis | Review of new VDR items in relation to drafting lender forensic analysis | 1.10 |
| 10/29/2020 | Christopher A. Winter | Business Analysis | Revisions to commodity pricing update charts | 0.40 |
| 10/29/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of rights offering comp analysis | 1.00 |
| 10/29/2020 | Seth M. Barron | Business Analysis | Tie out all non-op interest holders' asset retirement obligations to P&A details provided by the Debtors | 0.50 |
| 10/29/2020 | Arjun N. Patel | Business Analysis | Updates to P&A presentation to incorporate senior review comments from E. Ippolitova. | 2.00 |
| 10/30/2020 | Arjun N. Patel | Business Analysis | Analysis of Apache and BSEE/BOEM estimates to derive datapoints not provided by the debtors | 1.50 |
| 10/30/2020 | Andrew J. Bekker | Business Analysis | Call with Stroock (S. Millman) re: plan negotiations | 0.30 |
| 10/30/2020 | Seth M. Barron | Business Analysis | Complete initial draft of P&A analysis and draft summary observations for internal review | 1.70 |
| 10/30/2020 | Andrew J. Bekker | Business Analysis | Develop outline of analysis of creditor classes | 1.20 |
| 10/30/2020 | Andrew J. Bekker | Business Analysis | Prepare analysis of Fieldwood II assets based on reserve reports | 0.30 |
| 10/30/2020 | Christopher A. Winter | Business Analysis | Review of Bloomberg for updated analyst consensus pricing | 0.30 |
| 10/30/2020 | Seth M. Barron | Business Analysis | Review of Federal Register/ Vol. 85, No. 20 concerning proposed changes to bonding requirements for offshore leases in support of P&A analysis | 2.00 |
| 10/30/2020 | Brandon A. Thrasher | Business Analysis | Supervisory review of rights offering comp analysis | 1.20 |
| 10/30/2020 | John T. Young, Jr. | Business Analysis | Supervisory review of the revisions made to the BOEM/BSEE financial assurance language and  proposed criteria with additional revisions | 1.10 |
| 10/30/2020 | Andrew J. Bekker | Business Analysis | Update analysis of global restructuring considerations | 0.60 |
| 10/1/2020 | Mary V. Ward | Case Administration | Create schedule detailing key milestones for UCC | 1.30 |
| 10/1/2020 | Mary V. Ward | Case Administration | Review key milestone dates in sales process and proposed bar date | 0.80 |
| 10/4/2020 | John T. Young, Jr. | Case Administration | Review team's workplan in order to determine outstanding workstreams and next steps. | 1.30 |
| 10/5/2020 | Mary V. Ward | Case Administration | Communicate PEO requests for designation to be lifted to Stroock/Weil team | 1.20 |
| 10/5/2020 | John T. Young, Jr. | Case Administration | Review team's workplan to update for next steps. | 1.90 |
| 10/5/2020 | Mary V. Ward | Case Administration | Track and summarize VDR data requests marked PEO | 0.80 |
| 10/13/2020 | Mary V. Ward | Case Administration | Review data room for updates to PEO data requests | 1.10 |
| 10/13/2020 | Mary V. Ward | Case Administration | Review PEO data request tracker | 0.90 |
| 10/13/2020 | Mary V. Ward | Case Administration | Summarize data requests no longer under PEO designation | 1.50 |
| 10/18/2020 | Andrew J. Bekker | Case Administration | Update internal staffing sheet in order to manage CM and workflow requirements | 1.00 |
| 10/19/2020 | Andrew J. Bekker | Case Administration | Review historical Gulf of Mexico transaction list from Enverus | 1.10 |
| 10/20/2020 | Mary V. Ward | Case Administration | Draft UCC presentation for weekly update | 1.70 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/21/2020 | Mary V. Ward | Case Administration | Review key case milestones | 1.10 |
| 10/21/2020 | Mary V. Ward | Case Administration | Summarize key case milestones/deadlines for UCC presentation | 1.40 |
| 10/23/2020 | Andrew J. Bekker | Case Administration | Coordinate and update internal staffing to flex team for new workstreams | 1.00 |
| 10/26/2020 | Mary V. Ward | Case Administration | Update UCC presentation for A. Bekker comments | 0.90 |
| 10/27/2020 | Seth M. Barron | Case Administration | Review various docket updates pertaining to multiple ordinary course professionals and disclosure statements | 0.10 |
| 10/29/2020 | Andrew J. Bekker | Case Administration | Coordinate agenda for call with Debtors | 0.20 |
| 10/31/2020 | Natalie J. Klein | Case Administration | Compilation of internal WIP for invoicing | 1.20 |
| 10/1/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze variances from 8/1 budget and detail questions to present to Debtors | 1.70 |
| 10/1/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create bridge to compare budget ending cash | 1.20 |
| 10/1/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Initial review of reserve reports and other documents with focus on P&A liabilities | 1.70 |
| 10/1/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss P&A analysis and related diligence requests | 1.00 |
| 10/1/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss variances from filed DIP budget as of 8/1 and new 13-week cash flow as of 9/30 | 0.80 |
| 10/1/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and M. Ward to discuss variances from filed DIP budget as of 8/1 and new 13-week cash flow as of 9/30 | 0.80 |
| 10/1/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review FWE management presentation on DIP budget variances | 1.30 |
| 10/1/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review next steps on analysis of vendor program | 0.40 |
| 10/1/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Review of reserve reports and other documents with focus on P&A liabilities | 1.00 |
| 10/1/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review updated DIP budget dated 9/30 | 1.60 |
| 10/1/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Reviewed latest 13-week cash flow budget in connection with variance to budget analysis | 0.90 |
| 10/2/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Internal working session between S. Barron and E. Ippolitova to review P&A diligence tasks | 0.60 |
| 10/2/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal working session between S. Barron and E. Ippolitova to review P&A diligence tasks | 0.60 |
| 10/2/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Multiple communications in connection with P&A liabilities review | 1.10 |
| 10/2/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Review analysis of 13-week cash flow in order to prepare weekly presentation for Committee | 0.70 |
| 10/2/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review presentation to the Committee covering 13-week cash flow reporting updates | 0.60 |
| 10/2/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update UCC presentation for S. Barron comments | 1.40 |
| 10/2/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update variance analysis for Debtors' comments | 1.80 |
| 10/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze Shelf/DW AP forecast and supporting detail | 1.50 |
| 10/4/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Drafting of changes to UCC presentation | 1.00 |
| 10/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review 9/30 budget DIP model for post-petition cash expenses buildup | 0.60 |
| 10/4/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review of new mid-year reserve data in relation to drafting non-APA business plan | 0.80 |
| 10/4/2020 | Paul F. Jansen | Cash Flow Analysis/Reporting | Review of UCC weekly presentation | 1.50 |
| 10/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review Vendor Payment Deferral supporting schedule in 9/30 DIP budget model | 0.70 |
| 10/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update UCC presentation for A. Bekker comments | 1.20 |

| Date | Professional | Task Code | Description | Hours |
|------|--------------|-----------|-------------|-------|
| 10/4/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update UCC presentation for P. Jansen comments | 1.30 |
| 10/5/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Initial review of an outline for a P&A presentation | 0.30 |
| 10/5/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Review of the P&A liabilities and key regulatory data on DW, Apache and non-APA asset packages | 2.20 |
| 10/5/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review of the budget to actual cash flow reporting and financial covenant test analysis and presentation for upcoming UCC meeting and review of the financial covenants included in the DIP agreement | 2.00 |
| 10/5/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Update UCC Presentation for P. Jansen comments | 1.30 |
| 10/6/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Download new data posted by Debtor and create match run | 0.80 |
| 10/6/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Initial review of the FWE's first day motion with focus on P&A liability management issues | 1.50 |
| 10/6/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Participate in conference call to discuss new Fieldwood database and other newly posted data | 0.50 |
| 10/6/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Refinements to P&A diligence requests | 0.60 |
| 10/6/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Review of the FWE's first day motion with focus on P&A liability management issues | 1.00 |
| 10/6/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Revisions to asset analysis model to distinguish P&A Liabilities as a separate line item in place of allocation to reserve categories | 0.50 |
| 10/6/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review and drafting of commentary regarding the P&A obligation ranges and limitations in the P&A cost analysis deck | 1.70 |
| 10/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze vendor payments by week | 1.20 |
| 10/7/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Building out CapIQ formulas for next 12-months EBITDA since multiple dates as well as building out charts for inclusion into asset analysis presentation | 1.70 |
| 10/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Create graphical representation of vendor payments | 1.30 |
| 10/7/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Format runs to include all pertinent data required by CM team | 0.50 |
| 10/7/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Generate summary run and oneline with new database | 1.00 |
| 10/7/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Review of asset analysis presentation and drafting email of all revisions to B. Slusarchuk | 0.80 |
| 10/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review vendor negotiations per payment matrix | 0.70 |
| 10/7/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review vendor payment detail per payment matrix update | 1.20 |
| 10/8/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Review operating expense and price differentials to determine if adjustments are required to database to match to provided historical data | 1.00 |
| 10/8/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Supervisory review  and commentary regarding adjusted business plan deck with revisions to the language and analysis of the P&A cash costs | 1.60 |
| 10/8/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Updated formatting in asset analysis presentation | 1.60 |
| 10/15/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Calculating operating metrics at pertinent dates in asset analysis presentation | 0.50 |
| 10/15/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Develop summary of P&A obligations by entity | 1.60 |
| 10/15/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review of forbearance agreements for FLFO, FLTL, SLTL debt. | 1.40 |
| 10/16/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Assess impact of capital requirements on liquidity and cash flow | 1.40 |
| 10/16/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Calculated Rates and Margins for asset analysis presentation | 1.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/18/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Calculated required capital for each rescats in Deepwater, FWE I, FWE II, and Remaining assets | 1.60 |
| 10/19/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Analysis of 13-week cash flow budget | 1.00 |
| 10/19/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Build out updates to sensitivity to Debtors' 13-week cash flow analysis | 1.10 |
| 10/20/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Assess liabilities by liquidity and summarize | 0.80 |
| 10/20/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal telephonic meeting between A. Bekker and A. Patel to discuss the P&A obligations and the historical cash balance workstream | 0.70 |
| 10/20/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting between A. Bekker and A. Patel to discuss the P&A obligations and the historical cash balance workstream | 0.70 |
| 10/21/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze intercompany receivable/payables | 1.20 |
| 10/21/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Build out P&A analysis model | 0.70 |
| 10/21/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Review and analysis of P&A forecast projections | 1.40 |
| 10/22/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Generate a new set of runs to match the company pdf for DW, FWE1, FWE2, and Remaining with the abandonment cases in a different category | 1.90 |
| 10/22/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Generate new set of runs to match to company pdf for DW, FWE1, FWE2, and Remaining | 1.90 |
| 10/22/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Review of the P&A obligations data made available to CM from various sources | 2.20 |
| 10/23/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Connecting representative levels of Deepwater model to Aries database reserve report | 1.50 |
| 10/23/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Connecting representative levels of FWE I model to Aries database reserve report | 1.20 |
| 10/23/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Connecting representative levels of FWE II model to Aries database reserve report | 1.20 |
| 10/23/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and supervisory commentary on CM's concluding remarks regarding the P&A analysis and next steps | 1.90 |
| 10/25/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Review and formatting revisions to the asset analysis deck; review of data room for historic operational expense items by entity | 1.60 |
| 10/26/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Drafting outline of the FWE P&A obligations presentation summary | 1.90 |
| 10/26/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Review and analysis of historic P&A cost and liability estimates for select public US GOM operators | 2.00 |
| 10/26/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review of relevant VDR data related to drafting lender forensic analysis | 1.10 |
| 10/26/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review of the insider payment made within one year of the petition date and commentary regarding the observations of the analysis | 1.10 |
| 10/26/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Supervisory review and comments re: data summary and outline of the P&A obligations | 1.80 |
| 10/27/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Analyze companies with rights offering exit strategy | 1.20 |
| 10/27/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Generate new set of runs for DW, FWE1, FWE2, and Remaining to roll them back to January 1 to account for full first year volumes and values | 1.90 |
| 10/27/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Review public data on rights offering comps | 0.20 |
| 10/27/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Synthesize peers comparable to Fieldwood | 1.20 |
| 10/27/2020 | Christopher A. Winter | Cash Flow Analysis/Reporting | Telephonic meeting with E. Curry and C. Winter to discuss full year volumes and values versus partial and how to evaluate properly | 0.20 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 10/27/2020 | Elizabeth B. Curry | Cash Flow Analysis/Reporting | Telephonic meeting with E. Curry and C. Winter to discuss full year volumes and values versus partial and how to evaluate properly | 0.20 |
| 10/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Drafting outline for lender forensic analysis | 0.70 |
| 10/28/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal working session between M. Ward and B. Thrasher to discuss potential rights offering and related benchmarking | 0.50 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Internal working session between M. Ward and B. Thrasher to discuss potential rights offering and related benchmarking | 0.50 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Prepare summary methodology on research for rights offering details | 2.20 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Recalculate net operating disbursements presented in compliance certificate | 1.20 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Research unsecured debt amounts for peer group | 1.40 |
| 10/28/2020 | John T. Young, Jr. | Cash Flow Analysis/Reporting | Review and analysis of the updated historical balance sheet and monthly results for 2019 and 2020 for analysis of retired asset obligations and additional variances | 0.90 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company rights offering details | 1.30 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review compliance certificate | 0.80 |
| 10/28/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comps plan and exit strategy for rights offering details | 1.50 |
| 10/28/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Supervisory review and comments re: FWE P&A obligations presentation re: overview section | 2.00 |
| 10/29/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Continued drafting of outline for lender forensic analysis | 1.20 |
| 10/29/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review comparable company plan and exit strategy for rights offering details | 2.00 |
| 10/29/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Review recent bankruptcy filings for rights offering details | 2.00 |
| 10/29/2020 | Mary V. Ward | Cash Flow Analysis/Reporting | Summarize key terms for comparable company rights offering analysis | 1.30 |
| 10/30/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Comments re: FWE P&A obligations overview and ranges of estimates sections | 1.70 |
| 10/30/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Drafting of lender forensic analysis | 0.80 |
| 10/30/2020 | Andrew J. Bekker | Cash Flow Analysis/Reporting | Internal call (B. Thrasher, A. Bekker) in relation to lender forensic analysis | 0.20 |
| 10/30/2020 | Brandon A. Thrasher | Cash Flow Analysis/Reporting | Internal call (B. Thrasher, A. Bekker) in relation to lender forensic analysis | 0.20 |
| 10/30/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A presentation and analysis | 0.30 |
| 10/30/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A presentation and analysis | 0.30 |
| 10/30/2020 | Seth M. Barron | Cash Flow Analysis/Reporting | Internal telephonic meeting between E. Ippolitova, S. Barron, and A. Patel to discuss the P&A presentation and analysis | 0.30 |
| 10/30/2020 | Elena V. Ippolitova | Cash Flow Analysis/Reporting | Supervisory review and comments re: FWE P&A obligations presentation re: regulatory environment | 2.20 |
| 10/30/2020 | Arjun N. Patel | Cash Flow Analysis/Reporting | Updates to P&A presentation to incorporate senior review comments from E. Ippolitova. | 1.80 |
| 10/13/2020 | Andrew J. Bekker | Claims Analysis | Participate in court hearing on claims bar date motion | 0.10 |
| 10/13/2020 | Seth M. Barron | Claims Analysis | Supervisory review of SOFA &SOALS analysis slide deck | 0.30 |
| 10/14/2020 | Seth M. Barron | Claims Analysis | Review bar date order | 0.10 |
| 10/16/2020 | Seth M. Barron | Claims Analysis | Analysis regarding the asset split between FWE I and FWE II | 0.40 |
| 10/16/2020 | Mary V. Ward | Claims Analysis | Analyze and summarize insider payments made on year pre-petition | 1.20 |
| 10/16/2020 | Mary V. Ward | Claims Analysis | Analyze and summarize insider payments made on year pre-petition | 1.10 |
| 10/16/2020 | Mary V. Ward | Claims Analysis | Analyze vendor payments made 90 days pre-petition | 1.00 |
| 10/16/2020 | Seth M. Barron | Claims Analysis | Investigate redacted schedule G contract information | 0.40 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/16/2020 | Seth M. Barron | Claims Analysis | Review Chevron motion for relief from automatic stay concerning lease exchange transaction | 0.20 |
| 10/16/2020 | Seth M. Barron | Claims Analysis | Review global notes to schedules and statements and flag relevant footnotes for UCC presentation of the same | 0.80 |
| 10/16/2020 | Benjamin J. Slusarchuk | Claims Analysis | Review of midyear reserve database, P&A detail and management presentation in relation to Bullwinkle facility and potential claims related to P&A obligations | 1.10 |
| 10/20/2020 | Andrew J. Bekker | Claims Analysis | Prepare summary of P&A liabilities in reserve reports vs. forecast models | 1.00 |
| 10/20/2020 | Andrew J. Bekker | Claims Analysis | Review Apache financial model in order to assess P&A liability forecast | 1.50 |
| 10/20/2020 | Mary V. Ward | Claims Analysis | Update for S. Barron comments on scheduled claims analysis | 1.20 |
| 10/21/2020 | Andrew J. Bekker | Claims Analysis | Review P&A analysis presentation for the Committee | 0.80 |
| 10/21/2020 | Mary V. Ward | Claims Analysis | Summarize observations of duplicate claims | 0.60 |
| 10/22/2020 | Andrew J. Bekker | Claims Analysis | Review analysis of P&A and next steps on building sensitivity model | 0.50 |
| 10/22/2020 | Andrew J. Bekker | Claims Analysis | Review SOFA / SOAL analysis presentation for the Committee | 0.40 |
| 10/22/2020 | Seth M. Barron | Claims Analysis | Supervisory review and comment to SOFA and SOALs presentation | 2.00 |
| 10/23/2020 | John T. Young, Jr. | Claims Analysis | Review and commentary of the scheduled claims analysis and intercompany matrix | 1.70 |
| 10/23/2020 | Andrew J. Bekker | Claims Analysis | Review public materials on P&A costs | 0.80 |
| 10/23/2020 | Andrew J. Bekker | Claims Analysis | Supervisory review of P&A analysis presentation to the UCC | 0.70 |
| 10/25/2020 | Andrew J. Bekker | Claims Analysis | Prepare communication to Debtors on P&A due diligence | 0.40 |
| 10/26/2020 | Mary V. Ward | Claims Analysis | Analyze claims by UCC member | 1.20 |
| 10/26/2020 | Mary V. Ward | Claims Analysis | Synthesize claims by UCC member and summarize for advisor reference | 1.80 |
| 10/31/2020 | Andrew J. Bekker | Claims Analysis | Prepare analysis of P&A obligations at Fieldwood II | 0.80 |
| 10/31/2020 | Andrew J. Bekker | Claims Analysis | Reconcile analysis of P&A obligations at financial model projections vs. reserve reports | 2.00 |
| 10/23/2020 | Brandon A. Thrasher | Employee Matters | Review of post-petition KERP payments in relation to KERP analysis | 0.60 |
| 10/23/2020 | Brandon A. Thrasher | Employee Matters | Review of precedent benchmark analysis in relation to drafting KERP analysis | 0.70 |
| 10/26/2020 | Brandon A. Thrasher | Employee Matters | Review of Longenecker presentation in relation to KERP analysis | 1.00 |
| 10/26/2020 | Brandon A. Thrasher | Employee Matters | Review of post-petition KERP payments in relation to KERP analysis | 1.00 |
| 10/5/2020 | Christopher A. Winter | Fee/Employment Applications | Initial compilation of team time detail for September | 0.30 |
| 10/6/2020 | Christopher A. Winter | Fee/Employment Applications | Review of Fieldwood monthly WIP | 0.30 |
| 10/7/2020 | Andrew J. Bekker | Fee/Employment Applications | Review additional parties in interest and coordinate review in order to prepare supplemental conflict check | 1.00 |
| 10/8/2020 | Christopher A. Winter | Fee/Employment Applications | Compilation of team time detail in fee application model | 1.00 |
| 10/8/2020 | Andrew J. Bekker | Fee/Employment Applications | Prepare firmwide communication on supplemental conflict check | 0.30 |
| 10/8/2020 | Andrew J. Bekker | Fee/Employment Applications | Prepare updates to list of parties in interest for supplemental conflict check | 1.20 |
| 10/8/2020 | Andrew J. Bekker | Fee/Employment Applications | Supervisory review of Young Supplemental declaration | 0.80 |
| 10/9/2020 | Christopher A. Winter | Fee/Employment Applications | Continued compilation of team time detail in the September monthly fee statement. | 2.10 |
| 10/9/2020 | Christopher A. Winter | Fee/Employment Applications | Continued review of team time detail and meeting matches | 1.70 |
| 10/9/2020 | Christopher A. Winter | Fee/Employment Applications | Initial review of team time detail and task code allocation | 1.80 |
| 10/9/2020 | Andrew J. Bekker | Fee/Employment Applications | Review August fee statement | 0.50 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/12/2020 | Christopher A. Winter | Fee/Employment Applications | Continued compilation of team member time detail and review of entries | 2.00 |
| 10/12/2020 | Christopher A. Winter | Fee/Employment Applications | Continued review of all time detail for meeting matches and professionals in attendance | 1.10 |
| 10/12/2020 | Christopher A. Winter | Fee/Employment Applications | Continued review of all time detail for meeting matches and professionals in attendance and revisions to formulas in fee model | 1.40 |
| 10/12/2020 | Christopher A. Winter | Fee/Employment Applications | Continued revisions to August monthly statement | 0.80 |
| 10/12/2020 | Andrew J. Bekker | Fee/Employment Applications | Prepare updates for August fee statement | 2.00 |
| 10/12/2020 | Christopher A. Winter | Fee/Employment Applications | Revisions to August monthly fee statement and calculations | 1.40 |
| 10/12/2020 | John T. Young, Jr. | Fee/Employment Applications | Supervisory review of the draft supplementary declaration for approval | 0.90 |
| 10/12/2020 | Andrew J. Bekker | Fee/Employment Applications | Update supplemental declaration for comments from counsel | 0.90 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Compilation of expense detail and time summaries into September fee statement with adjustments to statement summary table | 1.80 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Continued grammatical review of team time detail in monthly fee statement | 2.00 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Formatting and review of all time detail and expenses for compilation into September monthly fee statement | 0.80 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Review of all telephonic items and ensuing edits to ensure accuracy of participation | 2.00 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Review of certificate of no objection to CM retention | 0.40 |
| 10/13/2020 | Christopher A. Winter | Fee/Employment Applications | Revisions to August monthly fee statement based on the filing of the certificate of no objection | 0.60 |
| 10/14/2020 | Andrew J. Bekker | Fee/Employment Applications | Review September Monthly Fee Statement | 1.00 |
| 10/14/2020 | Andrew J. Bekker | Fee/Employment Applications | Update August supplemental declaration to conform with local rules | 0.90 |
| 10/16/2020 | Christopher A. Winter | Fee/Employment Applications | Revised time entry detail with comments from A. Bekker | 0.40 |
| 10/21/2020 | Andrew J. Bekker | Fee/Employment Applications | Review September Monthly Fee Statement detail | 2.00 |
| 10/22/2020 | Andrew J. Bekker | Fee/Employment Applications | Review September Fee Statement for billing corrections | 1.90 |
| 10/22/2020 | Christopher A. Winter | Fee/Employment Applications | Revisions to September fee statement in accordance with supervisory comments provided by A. Bekker | 1.60 |
| 10/26/2020 | Paul F. Jansen | Fee/Employment Applications | Review of CM fee statements | 1.80 |
| 10/27/2020 | Matthew A. Sonnier | Fee/Employment Applications | Communications with CM Team (A. Bekker, C. Hood) regarding August Fee Statement | 0.30 |
| 10/27/2020 | Andrew J. Bekker | Fee/Employment Applications | Finalize September fee statement and prepare related communication to counsel for distribution | 1.00 |
| 10/31/2020 | Natalie J. Klein | Fee/Employment Applications | Drafting of email for October WIP disbursement to team and building invoice for September statement | 1.60 |
| 10/6/2020 | Brandon A. Thrasher | Fee/Employment Objections | Internal call with B. Thrasher and A. Bekker to discuss IB fee benchmarking analysis | 0.20 |
| 10/6/2020 | Brandon A. Thrasher | Fee/Employment Objections | Internal call with B. Thrasher and A. Bekker to discuss IB fee benchmarking analysis | 0.20 |
| 10/8/2020 | Andrew J. Bekker | Fee/Employment Objections | Internal working session between A. Bekker and M. Ward to discuss investment banking fee estimate and related benchmarking | 0.70 |
| 10/8/2020 | Mary V. Ward | Fee/Employment Objections | Internal working session between A. Bekker and M. Ward to discuss investment banking fee estimate and related benchmarking | 0.70 |
| 10/8/2020 | Arjun N. Patel | Fee/Employment Objections | Review HL retention app and associated engagement letter | 1.20 |
| 10/8/2020 | Andrew J. Bekker | Fee/Employment Objections | Review IB Fee analysis for presentation to UCC | 1.30 |
| 10/9/2020 | Andrew J. Bekker | Fee/Employment Objections | Prepare analysis of Houlihan engagement letter to assess fee structure | 0.60 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/12/2020 | John T. Young, Jr. | Fee/Employment Objections | Supervisory review of the investment banking fee analysis, corresponding benchmarks and the updated monthly operating report included in the weekly UCC meeting presentation | 1.60 |
| 10/14/2020 | Paul F. Jansen | Fee/Employment Objections | Call with M Haney (HL) related to application to employ | 0.30 |
| 10/14/2020 | Paul F. Jansen | Fee/Employment Objections | Review of HL application to employ | 2.10 |
| 10/14/2020 | Andrew J. Bekker | Fee/Employment Objections | Update analysis of IB fee comps in order to assess peer group case outcome | 1.60 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Analyze additional financing fee impact for peer group IB fee analysis | 2.10 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Analyze additional financing fee impact of debt raise for FWE | 0.80 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Analyze additional financing fee impact of equity financing for comparable IB fee comps analysis | 2.00 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Analyze additional financing fee impact of equity financing for IB fee comps | 2.00 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Analyze additional financing fee impact of equity financing for public comps | 1.40 |
| 10/15/2020 | Andrew J. Bekker | Fee/Employment Objections | External call (P. Jansen, A Bekker, B. Thrasher) with Stroock to discuss IB fee peer group analysis and potential amendments to final order | 0.50 |
| 10/15/2020 | Brandon A. Thrasher | Fee/Employment Objections | External call (P. Jansen, A Bekker, B. Thrasher) with Stroock to discuss IB fee peer group analysis and potential amendments to final order | 0.50 |
| 10/15/2020 | Paul F. Jansen | Fee/Employment Objections | External call (P. Jansen, A Bekker, B. Thrasher) with Stroock to discuss IB fee peer group analysis and potential amendments to final order | 0.50 |
| 10/15/2020 | Brandon A. Thrasher | Fee/Employment Objections | Internal call (B. Thrasher, M. Ward) to discuss IB fee benchmarking analysis | 0.40 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Internal call (B. Thrasher, M. Ward) to discuss IB fee benchmarking analysis | 0.40 |
| 10/15/2020 | Andrew J. Bekker | Fee/Employment Objections | Internal working session between P. Jansen, A. Bekker, B. Thrasher, M. Ward to discuss investment banking fee impact of additional capital raise and benchmarking considerations | 0.40 |
| 10/15/2020 | Brandon A. Thrasher | Fee/Employment Objections | Internal working session between P. Jansen, A. Bekker, B. Thrasher, M. Ward to discuss investment banking fee impact of additional capital raise and benchmarking considerations | 0.40 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Internal working session between P. Jansen, A. Bekker, B. Thrasher, M. Ward to discuss investment banking fee impact of additional capital raise and benchmarking considerations | 0.40 |
| 10/15/2020 | Paul F. Jansen | Fee/Employment Objections | Internal working session between P. Jansen, A. Bekker, B. Thrasher, M. Ward to discuss investment banking fee impact of additional capital raise and benchmarking considerations | 0.40 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Prepare notes on methodology to IB fee analysis | 1.20 |
| 10/15/2020 | Mary V. Ward | Fee/Employment Objections | Reconcile financing fee detail for IB fee comps as part of peer group analysis | 1.80 |
| 10/15/2020 | Brandon A. Thrasher | Fee/Employment Objections | Review of HL fee application in relation to review of IB fee benchmarking analysis | 0.40 |
| 10/16/2020 | Mary V. Ward | Fee/Employment Objections | Adjust total fees for any credits established in relevant engagement letters | 1.20 |
| 10/16/2020 | Brandon A. Thrasher | Fee/Employment Objections | Review of comparable company fee applications in relation to drafting IB fee benchmarking analysis | 0.80 |
| 10/16/2020 | Mary V. Ward | Fee/Employment Objections | Summarize total fees and additional financing fee for presentation | 1.40 |
| 10/16/2020 | Brandon A. Thrasher | Fee/Employment Objections | Supervisory review of IB fee benchmarking analysis | 1.20 |
| 10/16/2020 | Mary V. Ward | Fee/Employment Objections | Update benchmarking graphs to reflect change in total investment banking fees | 0.90 |
| 10/19/2020 | Andrew J. Bekker | Fee/Employment Objections | Supervisory review of updated IB financing peer group analysis | 1.90 |

| Date | Professional | Task Code | Description | Hours |
|---|---|---|---|---|
| 10/19/2020 | John T. Young, Jr. | Fee/Employment Objections | Supervisory review of weekly UCC presentation and commentary on the scenario analysis additions to the IB fee analysis | 1.30 |
| 10/26/2020 | Paul F. Jansen | Fee/Employment Objections | Continued drafting changes to HL application | 0.90 |
| 10/26/2020 | Paul F. Jansen | Fee/Employment Objections | Continued review of CM committee presentation with commentary | 0.80 |
| 10/26/2020 | Paul F. Jansen | Fee/Employment Objections | Drafting of changes to HL application | 1.90 |
| 10/26/2020 | Paul F. Jansen | Fee/Employment Objections | Review of HL application to employ | 1.90 |
| 10/27/2020 | Paul F. Jansen | Fee/Employment Objections | Review of statements and schedules extracts and CM presentation | 2.20 |
| 10/2/2020 | Andrew J. Bekker | Lien Challenge | Telephonic meeting between CM (A. Bekker, C. Winter) and AP to discuss lien testing analysis | 0.60 |
| 10/2/2020 | Christopher A. Winter | Lien Challenge | Telephonic meeting between CM (A. Bekker, C. Winter) and AP to discuss lien testing analysis | 0.60 |
| 10/7/2020 | Andrew J. Bekker | Lien Challenge | Analyze Debtors' lien testing model | 1.70 |
| 10/12/2020 | Andrew J. Bekker | Lien Challenge | Weekly telephonic meeting between CM (A. Bekker, C. Hood, C. Winter), Cole Schotz and SSL to discuss the lien review process | 0.20 |
| 10/12/2020 | Chase G. Hood | Lien Challenge | Weekly telephonic meeting between CM (A. Bekker, C. Hood, C. Winter), Cole Schotz and SSL to discuss the lien review process | 0.20 |
| 10/12/2020 | Christopher A. Winter | Lien Challenge | Weekly telephonic meeting between CM (A. Bekker, C. Hood, C. Winter), Cole Schotz and SSL to discuss the lien review process | 0.20 |
| 10/19/2020 | Paul F. Jansen | Lien Challenge | Continued review of lien analysis | 1.00 |
| 10/19/2020 | Paul F. Jansen | Lien Challenge | Review of lien analysis | 1.40 |
| 10/19/2020 | Christopher A. Winter | Lien Challenge | Update workplan for the lien review process | 0.10 |
| 10/19/2020 | Andrew J. Bekker | Lien Challenge | Weekly Telephonic meeting between CM (A. Bekker, C. Winter), Cole Schotz, and Stroock discussing the lien review process | 0.10 |
| 10/1/2020 | Seth M. Barron | Meetings and Communications | Confer with A. Bekker regarding splitting up the weekly professionals call into subtopics to reduce the cost to the estate | 0.30 |
| 10/1/2020 | Andrew J. Bekker | Meetings and Communications | Confer with S. Barron regarding splitting up the weekly professionals call into subtopics to reduce the cost to the estate | 0.30 |
| 10/1/2020 | Andrew J. Bekker | Meetings and Communications | Prepare agenda for weekly call with Debtors' professionals | 0.60 |
| 10/2/2020 | Seth M. Barron | Meetings and Communications | Internal telephonic meeting between S. Barron and A. Patel to discuss Apache related P&A obligations | 0.50 |
| 10/15/2020 | Andrew J. Bekker | Meetings and Communications | External call (P. Jansen, A Bekker) with Stroock to discuss agenda for meeting with Debtors' management team | 0.50 |
| 10/15/2020 | Paul F. Jansen | Meetings and Communications | External call (P. Jansen, A Bekker) with Stroock to discuss agenda for meeting with Debtors' management team | 0.50 |
| 10/19/2020 | Andrew J. Bekker | Meetings and Communications | Develop question list in order to prepare for and guide discussion with management and Committee | 0.70 |
| 10/22/2020 | Andrew J. Bekker | Meetings and Communications | Attend 341 Meeting of creditors | 0.80 |
| 10/26/2020 | Brandon A. Thrasher | Meetings and Communications | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss the lender and company meetings | 0.30 |
| 10/26/2020 | Chase G. Hood | Meetings and Communications | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss the lender and company meetings | 0.30 |
| 10/26/2020 | Christopher A. Winter | Meetings and Communications | Weekly telephonic meeting of professionals including CM, HL, and Alix Partners to discuss the lender and company meetings | 0.30 |
| 10/6/2020 | Andrew J. Bekker | Monthly Operating Reports | Review August Monthly Operating Report | 0.50 |
| 10/7/2020 | Mary V. Ward | Monthly Operating Reports | Analyze MOR ending cash and summarize for presentation | 1.40 |
| 10/7/2020 | Mary V. Ward | Monthly Operating Reports | Review August Monthly Operating Report | 0.50 |
| 10/7/2020 | Mary V. Ward | Monthly Operating Reports | Review summarize current assets and liabilities per MOR report | 1.20 |
| 10/7/2020 | Mary V. Ward | Monthly Operating Reports | Summarize August MOR income statement and related schedules | 0.80 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/7/2020 | Mary V. Ward | Monthly Operating Reports | Summarize bank reconciliation within August MOR | 0.90 |
| 10/8/2020 | Arjun N. Patel | Monthly Operating Reports | Review of monthly operation report and reconciliation of cash balance to book. | 1.30 |
| 10/8/2020 | Andrew J. Bekker | Monthly Operating Reports | Supervisory review of August Monthly Operating Report analysis | 1.20 |
| 10/8/2020 | Mary V. Ward | Monthly Operating Reports | Updated for A. Bekker comments on MOR presentation | 0.80 |
| 10/9/2020 | Andrew J. Bekker | Monthly Operating Reports | Review updated August MOR analysis for presentation to the Committee | 0.50 |
| 10/19/2020 | Chase G. Hood | Monthly Operating Reports | Research related to depreciation & amortization and exploration expenses for the Debtors' Deepwater assets | 0.70 |
| 10/21/2020 | Mary V. Ward | Monthly Operating Reports | Review August monthly operating report | 1.30 |
| 10/21/2020 | Mary V. Ward | Monthly Operating Reports | Summarize observations surrounding August operating report | 1.50 |
| 10/26/2020 | Paul F. Jansen | Monthly Operating Reports | Review of August monthly operating report | 1.00 |
| 10/26/2020 | Paul F. Jansen | Monthly Operating Reports | Review of CM committee presentation on August MOR | 1.60 |
| 10/26/2020 | Mary V. Ward | Monthly Operating Reports | Update August MOR presentation for A. Bekker comments | 1.10 |
| 10/2/2020 | Andrew J. Bekker | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Rothschild, Davis Polk and Stroock to discuss lenders' debt restructuring proposal | 0.50 |
| 10/2/2020 | Benjamin J. Slusarchuk | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Rothschild, Davis Polk and Stroock to discuss lenders' debt restructuring proposal | 0.50 |
| 10/2/2020 | Paul F. Jansen | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with Rothschild, Davis Polk and Stroock to discuss lenders' debt restructuring proposal | 0.50 |
| 10/5/2020 | Brandon A. Thrasher | Plan and Disclosure Statement | Internal CM call (B. Thrasher, C. Hood) regarding non-APA business plan analysis | 0.40 |
| 10/5/2020 | Chase G. Hood | Plan and Disclosure Statement | Internal CM call (B. Thrasher, C. Hood) regarding non-APA business plan analysis | 0.40 |
| 10/5/2020 | Andrew J. Bekker | Plan and Disclosure Statement | Internal telephonic meeting between E. Ippolitova, A. Bekker, and A. Patel to discuss Apache business plan presentation and reserve data | 1.30 |
| 10/5/2020 | Arjun N. Patel | Plan and Disclosure Statement | Internal telephonic meeting between E. Ippolitova, A. Bekker, and A. Patel to discuss Apache business plan presentation and reserve data | 1.30 |
| 10/5/2020 | Elena V. Ippolitova | Plan and Disclosure Statement | Internal telephonic meeting between E. Ippolitova, A. Bekker, and A. Patel to discuss Apache business plan presentation and reserve data | 1.30 |
| 10/19/2020 | Andrew J. Bekker | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan, committee composition and chain of title concerns | 0.40 |
| 10/19/2020 | Benjamin J. Slusarchuk | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan, committee composition and chain of title concerns | 0.40 |
| 10/19/2020 | Paul F. Jansen | Plan and Disclosure Statement | External telephonic meeting (P. Jansen, A Bekker, B Slusarchuk) with HL to discuss sales process update, discussions with lenders, status of plan, committee composition and chain of title concerns | 0.40 |
| 10/21/2020 | Chase G. Hood | Plan and Disclosure Statement | Internal telephonic meeting (P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter) to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Andrew J. Bekker | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/21/2020 | Arjun N. Patel | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Benjamin J. Slusarchuk | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Brandon A. Thrasher | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Christopher A. Winter | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Mary V. Ward | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Paul F. Jansen | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/21/2020 | Paul F. Jansen | Plan and Disclosure Statement | Internal telephonic meeting among P. Jansen, E. Ippolitova, C. Hood, A. Bekker, S. Barron, B. Slusarchuk, A. Patel, M. Ward, B. Thrasher, and C. Winter to discuss upcoming workstreams in regard to the filing of the Debtors' plan | 0.30 |
| 10/22/2020 | Paul F. Jansen | Plan and Disclosure Statement | Drafting of email with plan constructs to K Pasquale and S Millan (PH) | 1.70 |
| 10/26/2020 | Paul F. Jansen | Plan and Disclosure Statement | Call with D Crowley (HL) related to plan | 0.30 |
| 10/30/2020 | Christopher A. Winter | Plan and Disclosure Statement | Review and formatting revisions to the business plan deck | 1.70 |
| 10/30/2020 | Christopher A. Winter | Plan and Disclosure Statement | Revisions to the Business Plan deck with addition of estimated EBITDA compounded annual growth rates for benchmark comparisons | 0.80 |
| 10/9/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Internal working session between A. Patel and M. Ward to discuss SOFA/SOAL analysis | 0.50 |
| 10/9/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Internal working session between A. Patel and M. Ward to discuss SOFA/SOAL analysis | 0.50 |
| 10/13/2020 | Seth M. Barron | Schedules and Statement of Financial Affairs | Add SOFA & SOAL filings to team data site for review | 0.30 |
| 10/13/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Review Fieldwood Energy LLC SOAL filing | 1.20 |
| 10/13/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Review Fieldwood Energy SP LLC SOAL filing | 0.60 |
| 10/13/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Review Fieldwood Energy SP LLC SOFA filing | 0.50 |
| 10/13/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Review of SOAL fillings on docket for all entities | 1.40 |
| 10/13/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Review of SOFA fillings on docket for all entities | 1.30 |

| Date | Professional | Task Code | Description | Hours |
|------|-------------|-----------|-------------|-------|
| 10/16/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Analyze assets per SOAL | 0.90 |
| 10/16/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Review intercompany matrix within SOAL | 1.10 |
| 10/16/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Review of debtors liabilities listed on SOAL data provided by debtors. | 1.00 |
| 10/16/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Review of vendor payments and insider payments of SOFA data provided by debtors. | 1.30 |
| 10/16/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Summarize revenues and key expenses in SOFA presentation | 0.60 |
| 10/16/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Summarize vendor payments made 90 days pre-petition for SOFA/SOAL presentation | 0.80 |
| 10/20/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Telephonic meeting between M. Ward and A. Patel to answer questions and discuss status of SOFA/SOAL presentation | 0.50 |
| 10/20/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Telephonic meeting between M. Ward and A. Patel to answer questions and discuss status of SOFA/SOAL presentation | 0.50 |
| 10/21/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Analyze unsecured claims as related to the UCC | 1.80 |
| 10/21/2020 | John T. Young, Jr. | Schedules and Statement of Financial Affairs | Prepare client responses to questions in connection with schedules and statements | 2.30 |
| 10/21/2020 | Andrew J. Bekker | Schedules and Statement of Financial Affairs | Review analysis of Debtors' Schedules and Statements | 1.80 |
| 10/21/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Review payments due to non-Debtor affiliate and summarize in SOFA/SOAL presentation | 0.80 |
| 10/21/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Supervisory review of SOFA/SOAL presentation and drafting of comments | 2.30 |
| 10/21/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Update for A. Patel comments on SOFA/SOAL presentation | 1.50 |
| 10/21/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Update SOFA/SOAL presentation for A. Bekker comments | 1.80 |
| 10/25/2020 | Arjun N. Patel | Schedules and Statement of Financial Affairs | Update to schedules and statements presentation for Committee based on feedback from S. Barron. | 2.00 |
| 10/26/2020 | Mary V. Ward | Schedules and Statement of Financial Affairs | Update SOFA/SOAL presentation for A. Bekker comments | 1.30 |
| 10/27/2020 | Paul F. Jansen | Schedules and Statement of Financial Affairs | Continued review of statements and schedules | 1.30 |
| 10/27/2020 | Andrew J. Bekker | Schedules and Statement of Financial Affairs | Prepare notes on Schedules and Statements for presentation to the UCC | 0.50 |
| 10/27/2020 | Paul F. Jansen | Schedules and Statement of Financial Affairs | Review of statements and schedules | 1.70 |

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 367] entered by the Court on September 17, 2020 (the "Interim Compensation Order"), Conway MacKenzie, LLC ("Conway MacKenzie"), submits the third monthly statement of services rendered and expenses incurred in this case for the period from October 1, 2020 through October 31, 2020 (the "Statement Period").

WHEREFORE, pursuant to the Interim Compensation Order, Conway MacKenzie respectfully requests payment of compensation for the Committee in the amount of (i) $508,230.80 (which equals 80% of $635,288.50) on account of actual, reasonable and necessary professional services Conway MacKenzie rendered to the Committee and (ii) reimbursement of the actual and necessary expenses in the amount of $3,223.75 incurred on behalf of the Committee by Conway MacKenzie, for the total amount of **$511,454.55.**

Dated: November 18, 2020

**CONWAY MACKENZIE, LLC**

/s/ *John T. Young, Jr.*
John T. Young, Jr.
909 Fannin Street, Suite 4000
Houston, TX. 77010
Telephone: (713) 650-0500
E-mail: JYoung@ConwayMacKenzie.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**Exhibit D**

**Time and Fee Summaries for August 20, 2020 through October 31, 2020**

**<u>Exhibit D</u>**

**Time and Fee Summaries for August 20, 2020 through October 31, 2020**

| Professional | Title | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| John T. Young, Jr. | Senior Managing Director | $1,285.00 | 157.2 | $202,002.00 |
| Paul F. Jansen | Managing Director | $1,025.00 | 231.7 | $237,492.50 |
| Dan W. Johnson | Managing Director | $845.00 | 37.6 | $31,772.00 |
| Elena V. Ippolitova | Managing Director | $745.00 | 47.2 | $35,164.00 |
| Elizabeth B. Curry | Director | $750.00 | 24.3 | $18,225.00 |
| Seth M. Barron | Director | $725.00 | 167.4 | $121,365.00 |
| Benjamin J. Slusarchuk | Director | $725.00 | 203.1 | $147,247.50 |
| Andrew J. Bekker | Director | $725.00 | 264.8 | $191,980.00 |
| Campbell C. Hughes | Director | $725.00 | 10.2 | $7,395.00 |
| Brandon A. Thrasher | Director | $725.00 | 124.3 | $90,117.50 |
| Chase G. Hood | Senior Associate | $570.00 | 143.4 | $81,738.00 |
| Andrew B. Blanchard | Senior Associate | $570.00 | 138.0 | $78,660.00 |
| Arjun N. Patel | Senior Associate | $570.00 | 215.5 | $122,835.00 |
| Mary V. Ward | Senior Associate | $520.00 | 385.5 | $200,460.00 |
| Matthew A. Sonnier | Associate | $420.00 | 44.0 | $18,480.00 |
| Christopher A. Winter | Associate | $390.00 | 332.5 | $129,675.00 |
| Kaleb A. Robling | Associate | $390.00 | 0.3 | $117.00 |
| Natalie J. Klein | Administrative Assistant | $225.00 | 4.8 | $1,080.00 |
| | | | | |
| **Subtotal Hours & Fees** | | | | **$1,715,805.50** |
| | | | | |
| **Total Hours and Fees** | | | **2,531.8** | **$1,715,805.50** |
| **Blended Rate** | | **$677.70** | | |

| Task Code | Hours | Amount |
|---|---|---|
| Asset Analysis and Recovery | 491.8 | $334,155.50 |
| Asset Disposition | 47.0 | $33,826.00 |
| Business Analysis | 984.4 | $665,771.50 |
| Case Administration | 47.2 | $30,026.00 |
| Cash Flow Analysis/Reporting | 639.4 | $441,480.00 |
| Claims Analysis | 27.2 | $19,097.50 |
| Employee Matters | 27.9 | $15,587.50 |
| Fee/Employment Applications | 119.3 | $65,930.00 |
| Fee/Employment Objections | 42.5 | $32,209.00 |
| Hearing Attendance/Preparation | 12.3 | $12,707.50 |
| Lien Challenge | 14.6 | $10,872.50 |
| Meetings and Communications | 15.2 | $12,483.00 |
| Monthly Operating Reports | 16.3 | $10,340.00 |
| Plan and Disclosure Statement | 14.6 | $10,305.00 |
| Schedules and Statement of Financial Affairs | 32.1 | $21,014.50 |
| **Total Fees** | **2,531.8** | **$1,715,805.50** |

**<u>Exhibit E</u>**

**Expense Summary and Detail from August 20, 2020 through October 31, 2020**

## Exhibit E

**Expense Summary and Detail from August 20, 2020 through October 31, 2020**

| Expense Category | Amount |
|---|---|
| Research | $5,891.25 |
| Legal | $1,435.00 |
| **Total Out-of-Pocket Expenses** | **$7,326.25** |

| Date | Expense Category | Description | Cost |
|---|---|---|---|
| 8/30/2020 | Research | Research Software Subscription | $1,963.75 |
| 9/1/2020 | Research | Research Software Subscription | $1,963.75 |
| 9/22/2020 | Legal | Services provided by Laura J. Eisele, PLC | $175.00 |
| 10/27/2020 | Legal | Services provided by Laura J. Eisele, PLC | $1,260.00 |
| 10/31/2020 | Research | Research Software Subscription | $1,963.75 |
| **Total Expenses** | | | **$7,326.25** |