MOR - 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
Houston Division

[1] Case Name: FIELDWOOD ENERGY LLC, et al.
Case Number: 20-33948
Month: October 2020

Petition Date: August 3 and August 4, 2020

*in $ thousands*   **MONTHLY OPERATING REPORT SUMMARY FOR OCTOBER 2020**

| Month | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ 36,633 | $ 41,577 | $ 24,699 | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | (6,701) | (1,294) | (22,026) | | | | [2] |
| NET INCOME (LOSS) (MOR-6) | (39,032) | (1,539,253) | (6,778) | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 154 | 330 | 294 | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 180 | 1,798 | 2,841 | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | $ 25,562 | $ 35,699 | $ 68,954 | | | | |

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | |
|---|---|---|
| **Type of Insurance** | **Check Yes/No** | **Exp. Date** |
| Named Windstorm and Operational Risk | Yes (X) No ( ) | 5/31/2021 |
| Workers Compensation | Yes (X) No ( ) | 6/30/2021 |
| Automobile Liability | Yes (X) No ( ) | 6/30/2021 |
| Non-Owned Aircraft Liability | Yes (X) No ( ) | 6/30/2021 |
| General Liability | Yes (X) No ( ) | 6/30/2021 |
| Umbrella and Excess Liability | Yes (X) No ( ) | 6/30/2021 |
| Oil Spill Financial Liability | Yes (X) No ( ) | 6/30/2021 |
| Commercial Crime Insurance | Yes (X) No ( ) | 1/1/2021 |
| Directors and Officers Liability (D&O) | Yes (X) No ( ) | 6/30/2021 |
| Kidnap and Ransom Insurance | Yes (X) No ( ) | 12/17/2021 |
| Cyber Risk | Yes (X) No ( ) | 5/31/2021 |
| Office Contents and Equipment | Yes (X) No ( ) | 9/30/2021 |
| ATTORNEY NAME: | Alfredo Perez | |
| FIRM: | Weil, Gotshal & Manges LLP | |
| ADDRESS: | 700 Louisiana Street | |
| ADDRESS: | Suite 1700 | |
| CITY, STATE ZIP: | Houston, TX 77002-2755 | |
| TELEPHONE: | (713) 546 - 5040 | |

Circle One

| Question | Yes | No |
|---|---|---|
| Are all accounts receivable being collected within terms? [3] | Yes | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| Have any prepetition liabilities been paid? | Yes | No |
| If so, describe: Payments made in accordance with First Day Orders | | |
| Are all funds received being deposited into DIP bank accounts? | Yes | No |
| Were any assets disposed of outside the normal course of business? | Yes | No |
| If so, describe: | | |
| Are all U. S. Trustee Quarterly Fee Payments current? | Yes | No |

What is the status of your Plan of Reorganization ?
   Plan discussions ongoing between the Company and various constituents

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

Signed: _____
(Original Signature)

Title: Chief Financial Officer

**Notes:**
[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).
[2] This figure represents income from operations plus depreciation, depletion and amortization
[3] The Company has commenced collection efforts for approximately $21.4 million of past due joint operating agreement related receivables

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

[1] Case Name: FIELDWOOD ENERGY LLC, et al.  Petition Date: August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

## MONTHLY OPERATING REPORT NOTES FOR OCTOBER 2020

**INTRODUCTION:**
This monthly operating report ("MOR") is unaudited and does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), and it is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Information contained in this MOR has been derived from the Debtors' books and records, but does not reflect in all circumstances presentation for GAAP or SEC reporting purposes. Therefore, in order to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently-available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than full calendar month-ending October 31, 2020, or for the full year, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position.

**RESERVATION OF RIGHTS:**
This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. The unaudited financial statements have been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information presented in accordance with GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with GAAP.

**GLOBAL NOTES:**
Given the complexity of the Debtors' business, inadvertent errors or omissions may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR, if necessary, but shall be under no obligation to do so.

**NOTES TO MOR 2 - 3:**
Liabilities Subject to Compromise ("LSTC"): LSTC represent the Debtors' estimate of pre-petition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of pre-petition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how such liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

Values in the consolidated balance sheet represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

**NOTES TO MOR-5:**
The accounts payable and accounts receivable agings are presented on a consolidated basis for the Debtors.

**NOTES TO MOR-6:**
The income statement is presented on a consolidated basis for the Debtors. The information provided in the income statements reflect activity for the full calendar month-ending October 31, 2020.

Values in the consolidated income statement represent rounded numbers. Accordingly, subtotals may not agree to the summation of the rounded numbers presented.

**NOTES TO MOR-8:**
Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories. This relief generally was designed to preserve the value of the Debtors' business and assets. The Debtors have paid and continue to pay undisputed postpetition obligations in the ordinary course of business.

**NOTES TO MOR-9:**
The list of insiders is consistent with public disclosures and other filings associated with the Debtors' chapter 11 cases. The listing of any party as an "insider" is neither intended to be nor should be construed as a legal characterization of such party as an "insider," as such term is defined in section 101(31) of the Bankruptcy Code, and it does not act as an admission or waiver of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Notes:**
[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).

MOR - 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
<u>Houston</u>    Division

| | |
|---|---|
| Case Name: FIELDWOOD ENERGY LLC, et al. | Petition Date: August 3 and August 4, 2020 |
| Case Number: 20-33948 | |
| Month: October 2020 | |

**CONSOLIDATED BALANCE SHEET**
**Ending Balance at October 31, 2020**

*in $ thousands*

| | | |
|---|---:|---|
| **Current assets:** | | |
| Cash and cash equivalents | $ 170,462 | |
| Accounts receivable-operating revenues | 29,586 | |
| Accounts receivable - derivatives | 760 | |
| Accounts receivable-jib [1] | 28,947 | |
| Accounts receivable - other [2] | 7,090 | |
| Inventory | 36,049 | |
| Derivative assets - current | 7,689 | |
| Prepaids | 11,904 | |
| Other current assets | 29,262 | |
| **Total current assets** | **$ 321,749** | |
| | | |
| **Other assets:** | | |
| Property, plant and equipment | $ 4,322,646 | |
| Accumulated depreciation, depletion, amortization, and impairment | (3,278,593) | |
| Financing costs | 6,445 | |
| Restricted cash [3] | 253,916 | |
| Long-term contractual receivable | 53,226 | |
| Other assets | 70,845 | |
| **Total noncurrent assets** | **$ 1,428,485** | |
| | | |
| **Total assets** | **$ 1,750,234** | |

**Notes:**
[1] AR balance includes certain clearing accounts and is shown net of allowance for doubtful accounts
[2] Other accounts receivable includes operating expenses incurred by Fieldwood Energy LLC that have not yet been charged to expense or capital or billed to working interest parties
[3] Includes long-term deposits the Company has made with primarily pipeline companies as a requirement of conducting business with these companies

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF TEXAS  
Houston     Division

MOR - 3

Case Name: FIELDWOOD ENERGY LLC, et al.  
Case Number: 20-33948  
Month: October 2020

Petition Date:  August 3 and August 4, 2020

**CONSOLIDATED BALANCE SHEET**  
Ending Balance at October 31, 2020

*in $ thousands*

| | |
|---|---:|
| **Current liabilities:** | |
| Trade accounts payable | $ 24,573 |
| Trade accounts payable clearing [1] | 5,459 |
| Accounts payable | 30,032 |
| Accrued liabilities | 109,847 |
| Accrued interest | 31 |
| Derivative liabilities - current | 584 |
| Current portion of asset retirement obligations | 44,082 |
| DIP financing | 10,000 |
| Other current liabilities | 1,950 |
| **Total current liabilities** | **$ 196,526** |
| | |
| **Other liabilities:** | |
| Asset retirement obligations | $ 1,173,417 |
| Deferred income taxes [2] | 53,934 |
| Other long-term obligations | 7,047 |
| Liabilities subject to compromise | 2,069,171 |
| **Total liabilities** | **$ 3,500,096** |
| | |
| **Members' capital:** | |
| Contributions | $ 743,366 |
| Earnings | (2,550,285) |
| Other members' capital | (84) |
| Noncash stock compensation | 57,141 |
| **Total members' equity** | **(1,749,862)** |
| | |
| **Total liabilities and members' equity** | **$ 1,750,234** |

**Notes:**  
[1] Temporary clearing account for transactions that are to be transferred to another account. This account does not reflect true accounts payable liabilities.  
[2] Deferred income tax is net of a valuation allowance of $614.3 million

4

| | UNITED STATES BANKRUPTCY COURT | MOR - 4 |
| --- | --- | --- |
| | SOUTHERN DISTRICT OF TEXAS | |
| | Houston    Division | |

Case Name: FIELDWOOD ENERGY LLC, et al.                           Petition Date: August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

### SCHEDULE OF POST-PETITION LIABILITIES

*in $ thousands*

| | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
| --- | ---: | ---: | ---: | --- | --- | --- |
| **TRADE ACCOUNTS PAYABLE** | $ 1,253 | $ 10,845 | $ 24,573 | | | |
| TAXES PAYABLE: [1] | | | | | | |
|   Severance tax payable | 22 | 48 | 48 | | | |
|   State income tax payable | 213 | 213 | 213 | | | |
|   Other taxes payable | 133 | 150 | 167 | | | |
| | | | | | | |
| SECURED DEBT POST-PETITION | 10,000 | 10,000 | 10,000 | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
|   Accrued interest | 29 | 26 | 31 | | | |
|   Accrued transportation | 2,031 | 2,058 | 2,009 | | | |
|   Accrued LOE liability | 22,709 | 40,697 | 44,622 | | | |
|   Accrued R&M | 4,515 | 7,738 | 10,722 | | | |
|   Accrued P&A | 3,299 | 7,206 | 14,433 | | | |
|   Accrued Workover | 148 | 131 | 161 | | | |
|   Accrued capex liability | 1,222 | 2,029 | 2,589 | | | |
|   Accrued bonus payroll | 1,760 | 2,309 | 2,859 | | | |
|   Accrued payroll, benefits, and G&A | 6,162 | 5,282 | 4,506 | | | |
|   Operating lease liability | - | 8,031 | 7,896 | | | |
|   Owner advances payable | - | 45 | 928 | | | |
|   Accrued royalties | - | 4,490 | 6,095 | | | |
| OTHER LIABILITIES [2] | 1,891 | 1,425 | 1,420 | | | |
| **TOTAL POST-PETITION LIABILITIES [3]** | $ 55,387 | $ 102,723 | $ 133,273 | | | |

**Notes:**
[1] Excludes deferred income tax of $53.9 million. Deferred income tax is net of a valuation allowance of $614.3 million
[2] Includes unearned revenue, oil/gas imbalances, and other AP clearing account balances
[3] Excludes amounts in asset retirement obligations and trade accounts payable clearing accounts that accrued prepetition or are liabilities not subject to compromise

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF TEXAS**  
Houston Division

MOR - 5

Case Name: FIELDWOOD ENERGY LLC, et al.  
Case Number: 20-33948  
Month: October 2020

Petition Date: August 3 and August 4, 2020

### AGING OF POST-PETITION LIABILITIES [1]

*in $ thousands*

| | DAYS | TOTAL | TRADE ACCTS | SEVERANCE TAX | STATE INCOME TAX | OTHER TAXES |
|---|---|---|---|---|---|---|
| | 0-30 | $ 24,431 | $ 24,003 | 48 | 213 | 167 |
| [2] | 31-60 | 555 | 555 | | | |
| [3] | 61-90 | 3 | 3 | | | |
| [4] | 91+ | 12 | 12 | | | |
| | Total | $ 25,001 | $ 24,573 | $ 48 | $ 213 | $ 167 |

### AGING OF ACCOUNTS RECEIVABLE [5]

*in $ thousands*

| Month | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|
| 0-30 | $ 12,219 | $ 8,018 | $ 6,846 | | | |
| 31-60 | 5,821 | 4,896 | 5,249 | | | |
| 61-90 | 4,134 | 3,265 | 3,154 | | | |
| 91+ | 9,463 | 10,169 | 12,983 | | | |
| Total | $ 31,638 | $ 26,347 | $ 28,232 | | | |

**Notes:**  
[1] Excludes the Trade Accounts Payable Clearing Account  
[2] Primarily related to an annual software renewal for $267K currently in negotiation and $257K of gathering and transport invoices not yet reconciled. Aging date is based on invoice receipt date  
[3] Primarily related to a gathering and transport invoice not yet reconciled  
[4] The Company is in the process of evaluating this invoice related to an annual renewal for 8/31/2020 - 8/31/2021. Aging date is based on invoice receipt date.  
[5] Excludes operating revenues receivable and other accounts receivable. The operating revenues receivable account reflects 2 months of estimated accrued receivables for the Company's operating and non-operating interests. Other accounts receivable primarily includes operating expenses incurred by the Company that have not yet been charged to expense or capital, or billed to working interest parties.

| | | MOR - 6 |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | | |
| **SOUTHERN DISTRICT OF TEXAS** | | |
| Houston Division | | |

| Case Name: FIELDWOOD ENERGY LLC, et al. | Petition Date: | August 3 and August 4, 2020 |
|---|---|---|
| Case Number: 20-33948 | | |
| Month: October 2020 | | |

**CONSOLIDATED INCOME STATEMENT**
For the period of October 1, 2020 through October 31, 2020

*in $ thousands*

| | | |
|---|---:|---:|
| **Oil and gas revenues:** | | |
| Oil revenues | $ | 18,341 |
| Gas revenues | | 2,256 |
| Liquids revenues | | 588 |
| Other revenues | | 3,514 |
| **Total revenues** | $ | 24,699 |
| | | |
| **Costs and expenses:** | | |
| Lease operating expense | $ | 23,294 |
| Repairs and maintenance | | 3,140 |
| Severance Tax | | 23 |
| Transportation expense | | 1,575 |
| Workover expense | | 65 |
| Depreciation, depletion and amortization | | 8,861 |
| Accretion expense | | 7,935 |
| Other operating | | 363 |
| Insurance expense | | 3,053 |
| Restructuring charges | | 4,238 |
| General and administrative expense | | 3,039 |
| **Total costs and expenses** | $ | 55,586 |
| | | |
| **Income from operations** | $ | (30,887) |
| | | |
| **Other income (expense):** | | |
| Interest income | $ | 408 |
| Interest expense | | (2,956) |
| Derivative settlements - oil | | 761 |
| Commodity derivative income (expense) - unrealized | | 6,391 |
| Reorganization items | | 19,522 |
| Other | | - |
| Net income | $ | (6,761) |
| Income tax (expense) benefit | | (17) |
| **Net income** | $ | (6,778) |

UNITED STATES BANKRUPTCY COURT  MOR - 7
SOUTHERN DISTRICT OF TEXAS
<u>Houston</u>   Division

Case Name: FIELDWOOD ENERGY LLC, et al.  Petition Date: August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

**CONSOLIDATED CASH RECEIPTS AND DISBURSEMENTS**
For the Period Ending October 31, 2020

*in $ thousands*

***Operating Receipts:***

| | |
|---|---:|
| Receipts | $ 35,142 |
| **Total Operating Receipts** | **35,142** |

***Operating Disbursements:***

| | |
|---|---:|
| Payroll | 8,002 |
| Benefits | 1,370 |
| Independent Director / BOD Fees | 62 |
| Interest Owner | 1,701 |
| JIB Non-Operating | 2,370 |
| Capex | 13,822 |
| LOE | 31,558 |
| Transportation | 2,901 |
| Taxes | 72 |
| Insurance/Surety | 137 |
| G&A | 1,263 |
| Other | 5 |
| **Total Operating Disbursements** | **$ 63,263** |
| **Operating Cash Flow** | **$ (28,121)** |
| Interest & Fees | 751 |
| Hedging | - |
| Restructuring Professional Fees | 2,841 |
| Interest Earned | 1 |
| Cash Call | 2,117 |
| **Total Disbursements [1]** | **$ 68,972** |
| **Net Cash Flow** | **$ (33,831)** |
| **Beginning Book Cash Balance** | **$ 458,186** |
| Net Cash Flow Operating Account | (33,831) |
| Plus: Voided Checks | 23 |
| **Ending Book Cash Balance** | **$ 424,378** |

**Notes:**
[1] Includes voided checks

8

UNITED STATES BANKRUPTCY COURT  MOR - 7a
SOUTHERN DISTRICT OF TEXAS
_____ Division

Case Name: FIELDWOOD ENERGY LLC, et al.  August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

### CASH DISBURSEMENTS BY ENTITY

in $ actuals

| Debtor Entity | Case Number | Oct-20 |
|---|---|---|
| Fieldwood Energy LLC | 20-33948 | $ 68,954,155 |
| Dynamic Offshore Resources NS, LLC | 20-33947 | - |
| Fieldwood Energy Inc. | 20-33949 | - |
| Fieldwood Energy Offshore LLC | 20-33950 | - |
| Fieldwood Onshore LLC | 20-33951 | - |
| Fieldwood SD Offshore LLC | 20-33952 | - |
| Fieldwood Offshore LLC | 20-33961 | - |
| FW GOM Pipeline, Inc. | 20-33953 | - |
| GOM Shelf LLC | 20-33954 | - |
| Bandon Oil and Gas GP, LLC | 20-33955 | - |
| Bandon Oil and Gas, LP | 20-33956 | - |
| Fieldwood Energy SP LLC | 20-33958 | - |
| Galveston Bay Pipeline LLC | 20-33959 | - |
| Galveston Bay Processing LLC | 20-33960 | - |
| **Total** | | **$ 68,954,155** |

UNITED STATES BANKRUPTCY COURT     MOR - 8
SOUTHERN DISTRICT OF TEXAS
Houston Division

Case Name: FIELDWOOD ENERGY LLC, et al.     August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

**CASH ACCOUNT RECONCILIATION**

*In $ thousands*

| Account Type | Operating | Revenue | FSA | Bankruptcy-Related Utilities | Restricted Cash Trust "A" | Escrow Account – Fieldwood Energy LLC | Escrow Account – Fieldwood Energy LLC | FINCO Collections Account | Deposits - Long Term [1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Name | Capital One | Capital One | Capital One | Capital One | Wilmington Trust | US Bank | J.P. Morgan | Deutsche Bank | N/A | |
| Account Number | x2209 | x4666 | x2306 | x0534 | x5000 | x6000 | x5624 | x2558 | N/A | |
| Bank Balance | $ 37,787 | $ 132,868 | $ - | $ 342 | $ 238,466 | $ 787 | $ 8,249 | $ - | $ 6,414 | $ 424,913 |
| Plus: Deposits in Transit | 1 | - | - | - | - | - | - | - | - | 1 |
| Less: Outstanding Checks | (361) | (167) | (9) | - | - | - | - | - | - | (537) |
| Book Balance | $ 37,427 | $ 132,702 | $ (9) | $ 342 | $ 238,466 | $ 787 | $ 8,249 | $ - | $ 6,414 | $ 424,378 |
| | | | | | | | | | | |
| Beginning Cash Balance (Per Books) | $ 48,056 | $ 155,880 | $ (9) | $ 342 | $ 238,467 | $ 786 | $ 8,249 | $ - | $ 6,414 | $ 458,186 |
| Plus: Receipts | 6,722 | 28,420 | - | - | 3 | 1 | 0 | - | - | 35,146 |
| Transfers Between Accounts | (12) | - | 12 | - | - | - | - | - | - | - |
| Less: Disbursements | (17,338) | (51,598) | (12) | - | (5) | - | - | - | - | (68,954) |
| Ending Cash (Per Books) | $ 37,427 | $ 132,702 | $ (9) | $ 342 | $ 238,466 | $ 787 | $ 8,249 | $ - | $ 6,414 | $ 424,378 |

**Notes:**
[1] Reflects long-term deposits the Company has made with primarily pipeline companies as a requirement of conducting business with these companies

UNITED STATES BANKRUPTCY COURT MOR - 9
SOUTHERN DISTRICT OF TEXAS
Houston Division

Case Name: FIELDWOOD ENERGY LLC, et al. Petition Date: August 3 and August 4, 2020
Case Number: 20-33948
Month: October 2020

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals.
Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

*in $ thousands*

| INSIDERS | Type | 8/4/20 - 8/31/20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|---|
| Employee 1 | Salary | $ 31 | $ 31 | $ 47 | | | |
| Employee 2 | Salary | 28 | 28 | 42 | | | |
| Employee 3 | Salary | 23 | 23 | 34 | | | |
| Employee 4 | Salary | 26 | 26 | 36 | | | |
| Employee 5 | Salary | 23 | 23 | 39 | | | |
| Employee 6 | Salary | 24 | 24 | 34 | | | |
| Director 1 | BOD Fees | - | 126 | 62 | | | |
| Director 2 | BOD Fees | - | 25 | - | | | |
| Director 3 | BOD Fees | - | 25 | - | | | |
| **TOTAL INSIDERS (MOR-1)** | | **$ 154** | **$ 330** | **$ 294** | | | |

*in $ thousands*

| PROFESSIONAL | | 8/4/20 - 8/31/20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|---|
| Davis Polk & Wardwell LLP | | $ - | $ 987 | $ 382 | | | |
| Haynes And Boone, LLP | | - | 347 | - | | | |
| Hunton Andrews Kurth LLP | | - | - | 634 | | | |
| Looper Goodwine P.C. | | - | - | 88 | | | |
| Opportune LLP | | 180 | 73 | - | | | |
| Prime Clerk | | - | - | 242 | | | |
| Rothschild & Co Us Inc | | - | 175 | 175 | | | |
| Shipman & Goodwin LLP | | - | - | 42 | | | |
| Vinson & Elkins LLP | | - | 215 | 93 | | | |
| Weil, Gotshal & Manges LLP | | - | - | 1,186 | | | |
| **TOTAL PROFESSIONALS (MOR-1)** | | **$ 180** | **$ 1,798** | **$ 2,841** | | | |