UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: FIELDWOOD ENERGY, LLC, et al.      CHAPTER 11
       Debtors                                                      CASE NO. 20-33948
                                                   (JOINTLY ADMINISTERED)
*************************************************************************

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

      PLEASE TAKE NOTICE, that the undersigned requests that all notices given or required to be served in this case and any case consolidated herewith, relating to the captioned case, upon creditor, Universal Equipment, Inc., be given to and served upon the following attorney, its counsel of record in these proceedings:

DAVIDSON, MEAUX, SONNIER, McELLIGOTT,
FONTENOT, GIDEON & EDWARDS
ATTN: CHRISTOPHER J. PIASECKI
810 South Buchanan Street (70501)
Post Office Box 2908
Lafayette LA 70502-2908
cpiasecki@davidsonmeaux.com

      PLEASE TAKE FURTHER NOTICE, that pursuant to 11 U.S.C. 1109(b), the foregoing request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any order, pleadings, motions, applications, complaints, hearings, disclosure statements, memoranda or briefs in support of the foregoing and any other documents brought before the Court, whether formal or informal, transmitted by mail, delivery, telephone, email, or otherwise, with respect to these proceedings.

                                      Respectfully submitted,

                                      DAVIDSON, MEAUX, SONNIER & McELLIGOTT,
                                      FONTENOT, GIDEON & EDWARDS

                                      BY:  */s/Christopher J. Piasecki*
                                      CHRISTOPHER J. PIASECKI (La. Bar No. 25827)
                                      cpiasecki@davidsonmeaux.com
                                      810 South Buchanan Street
                                      Post Office Box 2908
                                      Lafayette LA 70502-2908
                                      Telephone: (337) 237-1660
                                      Facsimile: (337) 237-3676
                                      **Attorney for Universal Equipment, Inc.**

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been filed electronically on December 1, 2020 with the Clerk of Court using the CM-ECF system, which will provide notice of the filing of same to all parties registered or otherwise entitled to receive electronic notices..

                                                                */s/ Christopher J. Piasecki*
                                                                CHRISTOPHER J. PIASECKI