Inst. # 2020049479 Pages: 1 of 32  I certify this instrument filed on:  8/17/2020 1:57 PM
Doc: LIEN Don Davis, Judge of Probate-Mobile County, AL Rec: $5.00  Case 20-33948 Document 623-1 Filed in TXSB on 12/01/20  Page 1 of 81
Clerk: JHANCOCK ERecorded

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Fieldwood Energy, LLC – Mississippi Canyon Area/Block 519                                    OCS-G 27278

---

## STATEMENT OF LIEN
ALA. CODE § 35-11-213, et seq.

| | | |
|---|---|---|
| THE STATE OF ALABAMA | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF MOBILE | § | |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| OUTER CONTINENTAL SHELF | § | |
| GULF OF MEXICO | § | |

    1.  THAT, the undersigned agent of **TETRA TECHNOLOGIES, INC.** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

    2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Work |
|---|---|---|
| **$3,314,642.27** | **Invoice No.:** 1193427RI 1193422RI | From January 31, 2020 to April 9, 2020 |

    3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S.
Houston, Texas  77042

**RED WILLOW OFFSHORE, LLC**
1415 Louisiana St., Suite 4000
Houston, Texas  77002

EXHIBIT A

**HOUSTON ENERGY**
**DEEPWATER VENTURES I, LLC**
1200 Smith St., Suite 2400
Houston, Texas  77002

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.  The name of Claimant is **TETRA TECHNOLOGIES, INC.,** whose address is 24955 Interstate 45, The Woodlands, Texas 77380.

5.  Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas  77042.

6.  The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC**.

7.  A description of the operating interest this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE  MOBILE County, Alabama, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.0** acres of land, more or less, being all of BLOCK 519, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH16-10, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 27278**, dated effective July 1, 2005.

8.  The true and correct amount claimed by Claimant is **$3,314,642.27**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon.  This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Alabama Code § 35-11-213, et seq.

9.  Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the property owner described herein, in accordance with applicable law.

10. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 14 day of August, 2020.

**TETRA TECHNOLOGIES, INC.**

By: _Lisa Rothberg_____

Lisa Rothberg, Attorney-in-fact

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Tetra Technologies, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

14 SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the ___ day of August, 2020.

By: _H. Denise Kleypas_____

Notary Public in and for the State of Texas

> H. DENISE KLEYPAS
> Notary Public, State of Texas
> Comm. Expires 04-12-2024
> Notary ID 10408258



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193427RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **04/14/20** | **1156** |
| DUE DATE | **06/13/20** | |
| CUSTOMER ORDER NUMBER | **FW202001** | |
| DELIVERY TICKET NUMBER | **120486** | **SF** |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/05/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 5.0000 | DY | Sr Completion Fluid Specialist<br>S DRAKE 4/1 - 4/5 | 1,125.0000 | 5,625.00 |
| 5.0000 | DY | Sr Completion Fluid Specialist<br>J BRADLEY 4/1 - 4/5 | 1,125.0000 | 5,625.00 |

**EXHIBIT**

A

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **11,250.00** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **11,250.00** |

**PAGE 1 OF 1**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12.0000 | DY | Sr Completion Fluid Specialist C DUFRENE 2/1 - 2/12 | 1,125.0000 | 13,500.00 |
| 7.0000 | DY | Sr Completion Fluid Specialist J AUTHEMENT 2/3 - 2/9 | 1,125.0000 | 7,875.00 |
| 9.0000 | DY | Sr Completion Fluid Specialist D TURNER 2/5 - 2/13 | 1,125.0000 | 10,125.00 |
| 9.0000 | DY | Sr Completion Fluid Specialist J BRADLEY 2/1-5, 2/26-29 | 1,125.0000 | 10,125.00 |
| 7.0000 | DY | Sr Completion Fluid Specialist S DRAKE 2/12 - 2/18 | 1,125.0000 | 7,875.00 |
| 12.0000 | DY | Sr Completion Fluid Specialist J BENOIT 2/18 - 2/29 | 1,125.0000 | 13,500.00 |
| 7.0000 | DY | Sr Completion Fluid Specialist N NEWSOM 2/19 - 2/25 | 1,125.0000 | 7,875.00 |
| 4.0000 | DY | Sr Completion Fluid Specialist K ELLITHORP 2/19 - 2/22 | 1,125.0000 | 4,500.00 |
| 140.0000 | MI | MILEAGE | 1.7500 | 245.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 1 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 2.5000 | DY | Sr Completion Fluid Specialist<br>C DUFRENE 1/29 - 1/31 | 1,125.0000 | 2,812.50 |
| 2.0000 | DY | Sr Completion Fluid Specialist<br>C DUFRENE CWOP 1/27-1/28 | 1,125.0000 | 2,250.00 |
| 2.5000 | DY | Sr Completion Fluid Specialist<br>J BRADLEY 1/29 - 1/31 | 1,125.0000 | 2,812.50 |
| 35.0000 | MI | MILEAGE<br>R/T - HOUMA/PHI | 1.7500 | 61.25 |
| 4.0000 | DY | Sr Completion Fluid Specialist<br>J BENOIT 3/1 - 3/4 | 1,125.0000 | 4,500.00 |
| 11.0000 | DY | Sr Completion Fluid Specialist<br>J BRADLEY 3/1 - 3/11 | 1,125.0000 | 12,375.00 |
| 14.0000 | DY | Sr Completion Fluid Specialist<br>S DRAKE 3/4 - 3/17 | 1,125.0000 | 15,750.00 |
| 7.0000 | DY | Sr Completion Fluid Specialist<br>S DRAKE 3/25 - 3/31 | 1,125.0000 | 7,875.00 |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 14.0000 | DY | Sr Completion Fluid Specialist C KINGRY 3/11 - 3/24 | 1,125.0000 | 15,750.00 |
| 14.0000 | DY | Sr Completion Fluid Specialist J BRADLEY 3/18 - 3/31 | 1,125.0000 | 15,750.00 |
| 80.0000 | MI | MILEAGE 4 R/T HOUMA/PHI | 1.7500 | 140.00 |
| 10.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper 2/1 - 2/10 | 3,385.0000 | 33,850.00 |
| 10.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper 2/1 - 2/10 | 3,385.0000 | 33,850.00 |
| | EA | . | .0000 | |
| 10.0000 | DY | 6 x 8 PUMP - TETRA 2/1 - 2/10 | 275.0000 | 2,750.00 |
| 10.0000 | EA | Stack Platform 2/1 - 2/10 | 150.0000 | 1,500.00 |
| 10.0000 | EA | Stack Platform 2/1 - 2/10 | 150.0000 | 1,500.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 10.0000 | EA | UDW Hose Basket<br>2/1 - 2/10 | 85.0000 | 850.00 |
| 10.0000 | EA | UDW Hose Basket<br>2/1 - 2/10 | 85.0000 | 850.00 |
| 20.0000 | DY | M-8 PUMP&HOSES-x 2<br>2/1 - 2/10 | 110.0000 | 2,200.00 |
| 20.0000 | DY | M-15 PUMP - x2<br>2/1 - 2/10 | 150.0000 | 3,000.00 |
| 150.0000 | EA | Slings x 15 Unit<br>2/1 - 2/10 | 3.7500 | 562.50 |
| 160.0000 | EA | Slings x 16<br>2/1 - 2/10 | 3.7500 | 600.00 |
| 120.0000 | EA | OPERATOR TRANSP (FILT) /mile | 1.7500 | 210.00 |
| | EA | . | .0000 | |
| 9.0000 | DY | Initial Filtration Operator<br>M Gauthier 2/2 - 2/10 | .0000 | |
| 9.0000 | DY | Initial Filtration Operator<br>R Hawkins 2/2 - 2/10 | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 4 OF  27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 9.0000 | DY | Initial Filtration Operator<br>C Martin 2/2 - 2/10 | .0000 | |
| 9.0000 | DY | Initial Filtration Operator<br>C LaCoste 2/2 - 2/10 | .0000 | |
| 9.0000 | DY | Initial Filtration Operator<br>D Martinez 2/2 - 2/10 | .0000 | |
| 7.0000 | DY | Initial Filtration Operator<br>L Evans 2/4 - 2/10 | .0000 | |
| 600.0000 | DY | HOSES-Extra 1" x60'<br>2/1 - 1/10 | 1.0000 | 600.00 |
| 2,700.0000 | DY | HOSES-Extra 2" & 3" x 270'<br>2/1 - 1/10 | 1.0000 | 2,700.00 |
| 50.0000 | EA | Extra 2" Con. x 5<br>2/1 - 1/10 | 20.0000 | 1,000.00 |
| 60.0000 | EA | Extra 3" Con. x 6<br>2/1 - 1/10 | 30.0000 | 1,800.00 |
| 10.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>2/1 - 1/10 | 110.0000 | 1,100.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 5 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10.0000 | DY | M-15 PUMP - TETRA  SVC<br>2/1 - 1/10 | 150.0000 | 1,500.00 |
| 10.0000 | EA | NTU Meter x 1<br>2/1 - 1/10 | 10.0000 | 100.00 |
| 10.0000 | EA | Spin Out x 1<br>2/1 - 1/10 | 10.0000 | 100.00 |
| 12.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>2/18 - 2/29 | 3,385.0000 | 40,620.00 |
| 7.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>2/18 - 2/24 | 3,385.0000 | 23,695.00 |
| 7.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>2/11 - 2/17 | 1,500.0000 | 10,500.00 |
| 5.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>2/25 - 2/29 | 110.0000 | 550.00 |
| 12.0000 | DY | 6 x 8 PUMP - TETRA<br>2/18 - 2/29 | 275.0000 | 3,300.00 |
| 12.0000 | EA | Stack Platform<br>2/18 - 2/29 | 150.0000 | 1,800.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 6 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 7.0000 | EA | Stack Platform<br>2/18 - 2/24 | 150.0000 | 1,050.00 |
| 12.0000 | EA | UDW Hose Basket<br>2/18 - 2/29 | 85.0000 | 1,020.00 |
| 7.0000 | EA | UDW Hose Basket<br>2/18 - 2/24 | 85.0000 | 595.00 |
| 14.0000 | DY | M-8 PUMP&HOSES-(2)<br>2/18 - 2/24 | 110.0000 | 1,540.00 |
| 24.0000 | DY | M-15 PUMP - (2)<br>2/18 - 2/29 | 150.0000 | 3,600.00 |
| 192.0000 | EA | Slings<br>2/18 - 2/29 | 3.7500 | 720.00 |
| 105.0000 | EA | Slings<br>2/18 - 2/24 | 3.7500 | 393.75 |
| | EA | . | .0000 | |
| 120.0000 | EA | OPERATOR TRANSP (FILT) /mile | 1.7500 | 210.00 |
| 5.0000 | DY | Initial Filtration Operator<br>L Evans 2/25 - 2/29 | 695.0000 | 3,475.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 7 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 12.0000 | DY | Initial Filtration Operator<br>M Gauthier 2/19 - 2/29 | .0000 | |
| 5.0000 | DY | Initial Filtration Operator<br>R Hawkins 2/18 - 2/22 | .0000 | |
| 5.0000 | DY | Initial Filtration Operator<br>C Martin 2/18 - 2/22 | .0000 | |
| 12.0000 | DY | Initial Filtration Operator<br>C LaCoste 2/18 - 2/29 | .0000 | |
| 12.0000 | DY | Initial Filtration Operator<br>D Martinez 2/18 - 2/29 | .0000 | |
| 7.0000 | DY | Initial Filtration Operator<br>L Evans 2/18 - 2/24 | .0000 | |
| 1,140.0000 | DY | HOSES-TETRA-SERVICE<br>2/11 - 2/29 | 1.0000 | 1,140.00 |
| 5,130.0000 | DY | HOSES-TETRA-SERVICE<br>2/11 - 2/29 | 1.0000 | 5,130.00 |
| 95.0000 | EA | Extra 2" Con.<br>2/11 - 2/29 | 20.0000 | 1,900.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 8 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 114.0000 | EA | Extra 3" Con.<br>2/11 - 2/29 | 30.0000 | 3,420.00 |
| 19.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>2/11 - 2/29 | 110.0000 | 2,090.00 |
| 19.0000 | DY | M-15 PUMP - TETRA  SVC<br>2/11 - 2/29 | 150.0000 | 2,850.00 |
| 19.0000 | EA | NTU Meter<br>2/11 - 2/29 | 10.0000 | 190.00 |
| 19.0000 | EA | Spin Out<br>2/11 - 2/29 | 10.0000 | 190.00 |
| 6.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>3/1 - 3/6 | 3,385.0000 | 20,310.00 |
| 6.0000 | DY | 6 x 8 PUMP - TETRA<br>3/1 - 3/6 | 275.0000 | 1,650.00 |
| 6.0000 | EA | Stack Platform<br>3/1 - 3/6 | 150.0000 | 900.00 |
| 6.0000 | EA | UDW Hose Basket<br>3/1 - 3/6 | 85.0000 | 510.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 9 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 6.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>3/1 - 3/6 | 110.0000 | 660.00 |
| 96.0000 | EA | Slings<br>3/1 - 3/6 | 3.7500 | 360.00 |
| 12.0000 | DY | M-15 PUMP - TETRA SVC<br>3/1 - 3/6 | 150.0000 | 1,800.00 |
| | EA | . | .0000 | |
| 6.0000 | DY | Initial Filtration Operator<br>M Gauthier 3/1 - 3/6 | .0000 | |
| 6.0000 | DY | Initial Filtration Operator<br>C LaCoste 3/1 - 3/6 | .0000 | |
| 6.0000 | DY | Initial Filtration Operator<br>D Martinez 3/1 - 3/6 | .0000 | |
| 6.0000 | DY | Initial Filtration Operator<br>L Evans 3/1 - 3/6 | 695.0000 | 4,170.00 |
| 360.0000 | DY | HOSES-EXTRA 1" Hoses x 60"<br>3/1 - 3/6 | 1.0000 | 360.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1,620.0000 | DY | HOSES- Extra 2"&3" Hoses x 270<br>3/1 - 3/6 | 1.0000 | 1,620.00 |
| 30.0000 | EA | Extra 3" Con. x 5<br>3/1 - 3/6 | 20.0000 | 600.00 |
| 36.0000 | EA | Extra 2" Con. x 6<br>3/1 - 3/6 | 30.0000 | 1,080.00 |
| 6.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>3/1 - 3/6 | 110.0000 | 660.00 |
| 6.0000 | DY | M-15 PUMP - TETRA  SVC<br>3/1 - 3/6 | 150.0000 | 900.00 |
| 6.0000 | EA | NTU Meter<br>3/1 - 3/6 | 10.0000 | 60.00 |
| 6.0000 | EA | Spin Out<br>3/1 - 3/6 | 10.0000 | 60.00 |
| 16.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>3/10 - 3/25 | 3,385.0000 | 54,160.00 |
| 16.0000 | DY | 6 x 8 PUMP - TETRA<br>3/10 - 3/25 | 275.0000 | 4,400.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 11  OF  27**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |
| | . |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16.0000 | EA | Stack Platform<br>3/10 - 3/25 | 150.0000 | 2,400.00 |
| 16.0000 | EA | UDW Hose basket<br>3/10 - 3/25 | 85.0000 | 1,360.00 |
| 16.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>3/10 - 3/25 | 110.0000 | 1,760.00 |
| 32.0000 | DY | M-15 PUMP - TETRA  SVC<br>3/10 - 3/25 | 150.0000 | 4,800.00 |
| 256.0000 | EA | Slings x 16<br>3/10 - 3/25 | 3.7500 | 960.00 |
| 3.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>3/7 - 3/9 | 1,500.0000 | 4,500.00 |
| 80.0000 | EA | OPERATOR TRANSP (FILT) /mile | 1.7500 | 140.00 |
| 1,100.0000 | EA | IBC'S Slings<br>2/20 - 3/25 | 3.7500 | 4,125.00 |
| | EA | . | .0000 | |
| 16.0000 | DY | Initial Filtration Operator<br>M Gauthier 3/10 - 3/25 | .0000 | |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Case 20-33948    Document 623-1    Filed in TXSB on 12/01/20    Page 18 of 81



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 16.0000 | DY | Initial Filtration Operator C LaCoste 3/10 - 3/25 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator R Hawkins 3/10 - 3/25 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator J Moore 3/10 - 3/25 | 695.0000 | 11,120.00 |
| 1,140.0000 | DY | Extra 1" Hoses x 60' 3/7 - 3/25 | 1.0000 | 1,140.00 |
| 5,130.0000 | DY | Extra 2" & 3" Hoses x 270' 3/7 - 3/25 | 1.0000 | 5,130.00 |
| 95.0000 | EA | Extra 2" Con x 5 3/7 - 3/25 | 20.0000 | 1,900.00 |
| 114.0000 | EA | Extra 3" Con x 6 3/7 - 3/25 | 30.0000 | 3,420.00 |
| 19.0000 | DY | M-8 PUMP&HOSES-TETRA SVC 3/7 - 3/25 | 110.0000 | 2,090.00 |
| 19.0000 | DY | M-15 PUMP - TETRA  SVC 3/7 - 3/25 | 150.0000 | 2,850.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

**SOLD TO:**

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

**WELL NAME / LOCATION:**

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 19.0000 | EA | NTU Meter<br>3/7 - 3/25 | 10.0000 | 190.00 |
| 19.0000 | EA | Spin Out<br>3/7 - 3/25 | 10.0000 | 190.00 |
| 1.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>3/26 | 3,385.0000 | 3,385.00 |
| 1.0000 | DY | 6 x 8 PUMP - TETRA<br>3/26 | 275.0000 | 275.00 |
| 1.0000 | EA | Stack Platform<br>3/26 | 150.0000 | 150.00 |
| 1.0000 | EA | UDW Hose Basket<br>3/26 | 85.0000 | 85.00 |
| 1.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>3/26 | 110.0000 | 110.00 |
| 2.0000 | DY | M-15 PUMP - TETRA  SVC<br>3/26 | 150.0000 | 300.00 |
| 16.0000 | EA | Slings x 16<br>3/26 | 3.7500 | 60.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 14 OF  27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | . | .0000 | |
| 8.0000 | EA | IBC'S Slings 3/26 | 3.7500 | 30.00 |
| | EA | . | .0000 | |
| 1.0000 | DY | Initial Filtration Operator M Gauthier 3/26 | .0000 | |
| 1.0000 | DY | Initial Filtration Operator C LaCoste 3/26 | .0000 | |
| 1.0000 | DY | Initial Filtration Operator R Hawkins 3/26 | .0000 | |
| 1.0000 | DY | Initial Filtration Operator J Moores 3/26 | 695.0000 | 695.00 |
| | EA | **BUYBACK CREDIT:** | .0000 | |
| | EA | Sold on DT 1143248 | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| :---: |
| **1193422RI** |

**SOLD TO:**

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| :--- | :--- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

**WELL NAME / LOCATION:**

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| :--- | :--- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| ---: | :---: | :--- | ---: | ---: |
| | EA | Buyback Fluid Returned: | .0000 | |
| (3,167.0000) | BL | 12.6 PPG CaBr2 | .0000 | |
| | EA | 3% Volume Adjustment: Adjusted Volume: 3071 bbls | .0000 | |
| | EA | Density Adjust:0.2 ppg per bbl Adjusted Density: 12.4 ppg | .0000 | |
| | EA | Sale Price of Adjusted Density $273.70 per bbl | .0000 | |
| | EA | Buyback Price: $218.96 per bbl 80% Buyback Price per bbl | .0000 | |
| (3,071.0000) | BL | 12.4 PPG CaBr2 | 218.9600 | 672,426.16- |
| 3,167.0000 | EA | Fluid Handling Charge per bbl | 8.0000 | 25,336.00 |
| | EA | BUYBACK CREDIT: | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| :--- | :--- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| :---: |
| **1193422RI** |

| | |
|---|---|
| SOLD TO: | |
| **FIELDWOOD ENERGY LLC**<br>**2000 W SAM HOUSTON PKWY SOUTH, STE.**<br>**1200**<br>**HOUSTON TX 77042** | |

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

| | |
|---|---|
| WELL NAME / LOCATION: | |
| **FIELDWOOD ENERGY LLC**<br>**OCSG 27278 #3 GENOVESA**<br>**M C 519 (COMPLETION)**<br>**ROWEN RESOLUTE**<br>**FW** | |

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | Sold on DT 1143248 | .0000 | |
| | EA | Buyback Fluid Returned: | .0000 | |
| (18.0000) | BL | 12.6 PPG CaBr2 | .0000 | |
| | EA | 3% Volume Adjustment:<br>Adjusted Volume: 17 bbls | .0000 | |
| | EA | Density Adjust:0.2 ppg per bbl<br>Adjusted Density: 12.4 ppg | .0000 | |
| | EA | Sale Price of Ajusted Density:<br>$273.70 per bbl | .0000 | |
| | EA | Buyback Price: $218.96 per bbl<br>80% Buyback Price: | .0000 | |
| (17.0000) | BL | 12.4 PPG CaBr2 | 218.9600 | 3,722.32- |
| 18.0000 | EA | Hydro Cabron Treatment Charge | 4.5000 | 81.00 |
| 18.0000 | EA | Fluid Handkoing Charge per bbl | 8.0000 | 144.00 |

| | | |
|---|---|---|
| SUB-TOTAL | | |
| SALES TAX | | |
| **PAY THIS AMOUNT** | | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

Case 20-33948   Document 623-1   Filed in TXSB on 12/01/20   Page 23 of 81



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 60.0000 | DY | Extra 1" Hoses x 60' 3/26 | 1.0000 | 60.00 |
| 270.0000 | DY | Extra 2" & 3" Hoses x 270' 3/26 | 1.0000 | 270.00 |
| 5.0000 | EA | Extra 2" Con. x 5 3/26 | 20.0000 | 100.00 |
| 6.0000 | EA | Extra 3" Con.  x 6 3/26 | 30.0000 | 180.00 |
| 1.0000 | DY | M-8 PUMP&HOSES-TETRA SVC 3/26 | 110.0000 | 110.00 |
| 1.0000 | DY | M-15 PUMP - TETRA  SVC 3/26 | 150.0000 | 150.00 |
| 1.0000 | EA | NTU Meter 3/26 | 10.0000 | 10.00 |
| 1.0000 | EA | Spin Out 3/26 | 10.0000 | 10.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6,850.0000 | BL | 12.3 PPG (SPECIAL BLEND) | 267.0200 | 1,829,087.00 |
| (6,850.0000) | BL | 12.3 PPG (SPECIAL BLEND) WRONG ITEM CODE | 267.0200 | 1,829,087.00- |
| 6,850.0000 | BL | 12.3 PPG CaBr2 | 267.0200 | 1,829,087.00 |
| 6,000.0000 | BL | 12.8 PPG CaBr2 | 300.4300 | 1,802,580.00 |
| 2,000.0000 | BL | 12.8 PPG CaBr2 | 300.4300 | 600,860.00 |
| 2,000.0000 | BL | 12.8 PPG CaBr2 | 300.4300 | 600,860.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 2,000.0000 | BL | 12.8 PPG CaBr2 | 300.4300 | 600,860.00 |
| 500.0000 | BL | 10.4 PPG CACL2 | 23.3300 | 11,665.00 |
| 100.0000 | BG | DE Material-FW-20(fine) 100# | .0000 | |
| 90.0000 | BG | DE Material-FW-60(med) 100# | .0000 | |
| 70.0000 | BG | TRANSCEND ND-50 100# | .0000 | |
| 128.0000 | EA | CARTRIDGE FILTER 40IN-C2 64 FREE PER UNIT | .0000 | |
| 736.0000 | EA | CARTRIDGE FILTER 40IN-C2 | 38.5000 | 28,336.00 |
| 14.0000 | BG | TETRA O-Lok C 20# | 445.5000 | 6,237.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | MATERIALS USED ON GENOVESA #3 WELL | .0000 | |
| 57.0000 | PA | TETRAVis L Plus - 5 gal | 362.0400 | 20,636.28 |
| 2.0000 | PA | SPEC-CIDE 50- 5 gal | 425.0000 | 850.00 |
| 11.0000 | PA | TETRA Defoam HB - 5 gal | 395.0000 | 4,345.00 |
| 4.0000 | PA | TETRAFlex PH Stay - 5gal | .0000 | |
| 124.0000 | PA | TETRAFlex 135 - 5 gal | 575.1500 | 71,318.60 |
| 100.0000 | EA | OxBan HB - 1 gal | 63.8600 | 6,386.00 |
| 1,074.0000 | GA | TETRAClean 107 - 1 gal | 48.0400 | 51,594.96 |
| 200.0000 | GA | CORSAF 16D - 1 gal | 37.9100 | 7,582.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 21 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193422RI**

| | |
|---|---|
| SOLD TO: | INVOICE DATE **04/13/20** |
| **FIELDWOOD ENERGY LLC** | DUE DATE **06/12/20** |
| **2000 W SAM HOUSTON PKWY SOUTH, STE. 1200** | CUSTOMER ORDER NUMBER **FW202001** |
| **HOUSTON TX 77042** | DELIVERY TICKET NUMBER |

| WELL NAME / LOCATION: | DATE SHIPPED **02/29/20** |
|---|---|
| **FIELDWOOD ENERGY LLC** | SHIPPED VIA |
| **OCSG 27278 #3 GENOVESA** | |
| **M C 519 (COMPLETION)** | FOB **HOUMA ENGINEERING** |
| **ROWEN RESOLUTE** | . |
| **FW** | |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 217.0000 | GA | TETRAClean 900 - 1 Gallon | 82.9500 | 18,000.15 |
| 49.0000 | GA | TETRAClean 901-1 Gallon | 93.8500 | 4,598.65 |
| 2.0000 | PA | TETRAFloc CB - 5 Gallon | .0000 | |
| 7.0000 | BL | 11.6 PPG CACL2 (STOCK) | 34.8000 | 243.60 |
| 118.0000 | BL | 14.2 PPG CABR2 (STOCK) | 393.9600 | 46,487.28 |
| | EA | END OF WELL BILLING: | .0000 | |
| 1.0000 | EA | Restocking Charge Material returned to Plant | 2,093.8500 | 2,093.85 |
| | EA | BUYBACK CREDIT: | .0000 | |
| | EA | Sold On DT 1143248 | .0000 | |

| | | |
|---|---|---|
| Please send remittance information to remit@tetratec.com and remit payment in USD to: | **Check Remittance:** P.O. BOX 841185 DALLAS, TX 75284-1185 **ACH Information:** BANK OF AMERICA, NEW YORK ABA# 111000025 Account: 004140282499 | **Wire Transfer Information:** BANK OF AMERICA, NEW YORK 100 West 33rd Street New York, NY 10001 ABA# 026009593 Account: 004140282499 Intl Swift Code: BOFA US 3N |

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 22 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | Buyback Fluid Returned: | .0000 | |
| (713.0000) | BL | 12.6 PPG CaBr2 | .0000 | |
| | EA | 3% Volume Adjustment:<br>Adjusted volume: 691 bbls | .0000 | |
| | EA | Density Adjust:0.2 ppg per bbl<br>Adjusted Density: 12.4 ppg | .0000 | |
| | EA | Sale Price of Adjusted Density<br>$273.70 per bbl | .0000 | |
| | EA | Buyback Price: $218.96 per bbl<br>80% Buyback Price: per bbl | .0000 | |
| (691.0000) | BL | 12.4 PPG CaBr2 | 218.9600 | 151,301.36- |
| 713.0000 | EA | Polymer Treatment Charge | 26.0000 | 18,538.00 |
| 713.0000 | EA | Fluid Handling Charge per bbl | 8.0000 | 5,704.00 |
| 713.0000 | EA | Reclamation Charge per bbl | 10.0000 | 7,130.00 |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | BUYBACK CREDIT: | .0000 | |
| | EA | SOLD ON DT 1143247 | .0000 | |
| | EA | Buyback Fluid Returned: | .0000 | |
| (6,320.0000) | BL | 12.3 PPG CaBr2 | .0000 | |
| | EA | Sale Price of Buyback Fluid: $267.02 per bbl | .0000 | |
| | EA | Buyback Price: $213.61 per bbl 80% Buyback Price | .0000 | |
| (6,320.0000) | BL | 12.3 PPG CaBr2 | 213.6100 | 1,350,015.20- |
| 6,320.0000 | EA | Fluid Handling Charge: $8.00 per bbl | 8.0000 | 50,560.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 24 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| | EA | BUYBACK CREDIT: | .0000 | |
| | EA | Sold on DT 1143248 | .0000 | |
| | EA | Buyback Fluid Returned: | .0000 | |
| (2,333.0000) | BL | 12.8 PPG CaBr2 | .0000 | |
| | EA | 3% Volume Adjustment: Adjusted Volume: 2263 bbls | .0000 | |
| | EA | Density Adjust:0.2 ppg per bbl Adjusted Density: 12.6 ppg | .0000 | |
| | EA | Sale Price of Adjusted Density $287.06 per bbl | .0000 | |
| | EA | Buyback Price $229.64 per bbl 80% Buyback Price | .0000 | |
| (2,263.0000) | BL | 12.6 PPG CaBr2 | 229.6400 | 519,675.32- |
| 2,333.0000 | EA | Fluid Handling Charge per bbl | 8.0000 | 18,664.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

| SOLD TO: | | |
|---|---|---|
| **FIELDWOOD ENERGY LLC** | INVOICE DATE | **04/13/20** |
| **2000 W SAM HOUSTON PKWY SOUTH, STE. 1200** | DUE DATE | **06/12/20** |
| **HOUSTON TX 77042** | CUSTOMER ORDER NUMBER | **FW202001** |
| | DELIVERY TICKET NUMBER | |

| WELL NAME / LOCATION: | | |
|---|---|---|
| **FIELDWOOD ENERGY LLC** | DATE SHIPPED | **02/29/20** |
| **OCSG 27278 #3 GENOVESA** | SHIPPED VIA | |
| **M C 519 (COMPLETION)** | | |
| **ROWEN RESOLUTE** | FOB | **HOUMA ENGINEERING** |
| **FW** | | |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | BUYBACK CREDIT: | .0000 | |
| | EA | Sold on DT 1143274 | .0000 | |
| | EA | Buyback Fluid Returned: | .0000 | |
| (252.0000) | BL | 12.4 PPG CaBr2 | .0000 | |
| | EA | 3% Volume Adjustment: Adjusted Volume: 244 bbls | .0000 | |
| | EA | Density Adjust:0.2 ppg per bbl Adjusted Density: 12.4 ppg | .0000 | |
| | EA | Sale Price of Adjusted Density $273.70 per bbl | .0000 | |
| | EA | Buyback Price: $218.96 per bbl 80% Buyback Price per bbl | .0000 | |
| (244.0000) | BL | 12.4 PPG CaBr2 | 218.9600 | 53,426.24- |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| SUB-TOTAL | |
|---|---|
| SALES TAX | |
| **PAY THIS AMOUNT** | |

**PAGE 26 OF 27**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193422RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **04/13/20** |
| DUE DATE | **06/12/20** |
| CUSTOMER ORDER NUMBER | **FW202001** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 27278 #3 GENOVESA**
**M C 519 (COMPLETION)**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **02/29/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 252.0000 | EA | Polymer Treatment Charge | 26.0000 | 6,552.00 |
| 252.0000 | EA | Fluid Handling Charge: | 8.0000 | 2,016.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **3,603,392.27** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **3,603,392.27** |

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

<u>AFTER RECORDING RETURN TO:</u>
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Fieldwood Energy, LLC – Green Canyon/Block 40                                   OCS-G 34536

## NOTICE OF LIEN CLAIM AND PRIVILEGE
### PURSUANT TO LSA - R.S. 9:4861 et seq.

| | |
|---|---|
| THE STATE OF LOUISIANA | § |
| | § |
| PARISH OF JEFFERSON | § |
| PARISH OF PLAQUEMINES | §   KNOW ALL MEN BY THESE PRESENTS THAT: |
| | § |
| UNITED STATES OF AMERICA | § |
| | § |
| OUTER CONTINENTAL SHELF | § |
| GULF OF MEXICO | § |

    1.  THAT, the undersigned agent of **TETRA TECHNOLOGIES, INC.** (Claimant") as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

    2.  The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$3,331,356.30** | **Invoice No.:**<br>598921RM; 598922RM<br>1193489RI, 1193540RI<br>1193569RI | From<br>April 26, 2020<br>to<br>June 30, 2020 |

    Pursuant to LSA – R.S. 9.4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of this claim.



08/17/2020 11:42:21 CERTIFIED TRUE COPY - Pg:1 of 20 - Jefferson Parish Clerk of Court - ID:2079040

3.   To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S.
Houston, Texas  77042.

**ILX PROSPECT KATMAI, LLC**
c/o Riverstone Holdings, LLC
712 5th Ave, Floor 36
New York, New York

**RIDGEWOOD KATMAI, LLC**
2711 Centerville Rd, Suite 400
Wilmington, Delaware 19808

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.   The name of Claimant is **TETRA TECHNOLOGIES, INC.,** whose address is 24955 Interstate 45, The Woodlands, Texas 77380.

5.   Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas  77042.

6.   The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC**

7.   A description of the operating interest this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE  JEFFERSON AND PLAQUEMINES Parish, Louisiana, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.0** acres of land, more or less, being all of BLOCK 40, GREEN CANYON AREA, OCS Official Protraction Diagram, NH 15-03, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 345326**, dated effective November 1, 2012.

8.   The true and correct amount claimed by Claimant is **$3,331,356.30**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.  Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon.  This lien claim for the amount stated above is upon the whole of said (i) operating interest under which the operations giving rise to Claimant's privilege are conducted together with the interest of the lessee of such interest in any well, building, tank, leasehold pipeline, and other construction or facility on the well site, any movable on a well site

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

-2-

that is used in operations, and any tract of land, servitude and lease covering the well site of the operating interest; (ii) drilling or other rig located at the well site of the operating interest; (iii) the interest of the operator and participating lessee in the hydrocarbons produced from the from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; (iv) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege; and (v) any other property or interest pursuant to LSA – R.S. 9:4863.

9.  Not more than one hundred eighty (180) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784



08/17/2020 11:42:21 CERTIFIED TRUE COPY - Pg:3 of 20 - Jefferson Parish Clerk of Court - ID:2079040

DATED this, the 14 day of August, 2020.

TETRA TECHNOLOGIES, INC.

By: _Lisa Rothberg_

Lisa Rothberg, Attorney-in-fact

THE STATE OF TEXAS              §
                               §
COUNTY OF HARRIS               §

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Tetra Technologies, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

14 SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the day of August, 2020.

By: _H. Denise Kleypas_

Notary Public in and for the State of Texas

H. DENISE KLEYPAS
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 10408258

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

-4-





**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598921RM**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW191515** | |
| DELIVERY TICKET NUMBER | **81142856   CN** | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 #1 KATMI**
**G C 40**
**ROWEN RESOLUTE**
**FW**

DATE SHIPPED     **06/20/20**

SHIPPED VIA

FOB     **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | BUYBACK CREDIT: | .0000 | |
| 1.0000 | EA | SOLD ON DT 1142856 | .0000 | |
| 1.0000 | EA | INVOICE # 1192882RI | .0000 | |
| 1.0000 | EA | BUYBACK FLUID RETURNED: | .0000 | |
| (1,611.0000) | BL | 16.5 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 1.0000 | EA | 3% VOLUME ADJUSTMENT: | .0000 | |
| 1.0000 | EA | ADJUSTED VOLUME: 1562 BBLS | .0000 | |
| 1.0000 | EA | DENISTY ADJUST:0.2 PPG PER BBL | .0000 | |
| 1.0000 | EA | ADJUSTED DENSITY: 16.3 PPG | .0000 | |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF 2**

EXHIBIT
A

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598921RM**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW191515** | |
| DELIVERY TICKET NUMBER | **81142856   CN** | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 #1 KATMI**
**G C 40**
**ROWEN RESOLUTE**
**FW**

DATE SHIPPED      06/20/20

SHIPPED VIA

FOB                        **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---:|---|---|---:|---:|
| 1.0000 | EA | SALE PRICE OF ADJUSTED DENSITY | .0000 | |
| 1.0000 | EA | $566.62 PER BBL | .0000 | |
| 1.0000 | EA | BUYBACK PRICE: $453.29 PER BBL | .0000 | |
| 1.0000 | EA | 80% BUYBACK PRICE PER BBL | .0000 | |
| 1,611.0000 | EA | RECLAMATION CHARGE PER BBL | 15.0000 | 24,165.00 |
| 1,611.0000 | EA | IRON TREATMENT CHARGE PER BBL | 185.0000 | 298,035.00 |
| 1,611.0000 | EA | FLUID HANDLING CHARGE PER BBL | 8.0000 | 12,888.00 |
| (1,562.0000) | BL | 16.3 PPG CaBr2/ZnBr2 -Cl Free | 453.2900 | 708,038.98- |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---:|
| SUB-TOTAL | **372,950.98-** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **372,950.98-** |

For all sales of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**

12038502 MORTGAGE BOOK 4890 PAGE 784

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

12038502



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598922RM**

SOLD TO:
FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY SOUTH, STE.
1200
HOUSTON TX 77042

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **81143330   CN** | |

WELL NAME / LOCATION:
FIELDWOOD ENERGY LLC
OCSG 34536 KATMAI SS1
G C 40
VALARIS RESOLUTE
FW

DATE SHIPPED    **06/20/20**

SHIPPED VIA

FOB      **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---:|---|---|---:|---|
| 1.0000 | EA | BUYBACK CREDIT: | .0000 | |
| 1.0000 | EA | SOLD ON DT 1143330 | .0000 | |
| 1.0000 | EA | INVOICE # 1193489RI | .0000 | |
| 1.0000 | EA | BUYBACK FLUID RETURNED: | .0000 | |
| (3,234.0000) | BL | 15.8 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 1.0000 | EA | 3% VOLUME ADJUSTMENT | .0000 | |
| 1.0000 | EA | ADJUSTED VOLUME: 3136 BBLS | .0000 | |
| 1.0000 | EA | DENSITY ADJUST:0.2 PPG PER BBL | .0000 | |
| 1.0000 | EA | SALE PRICE OF ADJUSTED DENISTY | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF 2**

*Right margin (rotated):* EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

JON A. GEGENHEIMER

**12038502**



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **598922RM** |

| | | |
| --- | --- | --- |
| SOLD TO: | INVOICE DATE | **06/30/20** **1172** |
| **FIELDWOOD ENERGY LLC** | DUE DATE | **08/29/20** |
| **2000 W SAM HOUSTON PKWY SOUTH, STE.** **1200** | CUSTOMER ORDER NUMBER | **FW202002** |
| **HOUSTON TX 77042** | DELIVERY TICKET NUMBER | **81143330   CN** |

| | | |
| --- | --- | --- |
| WELL NAME / LOCATION: | DATE SHIPPED | **06/20/20** |
| **FIELDWOOD ENERGY LLC** | SHIPPED VIA | |
| **OCSG 34536 KATMAI  SS1** | | |
| **G C 40** | | |
| **VALARIS RESOLUTE** | FOB | **FOURCHON FLUIDS PLANT** |
| **FW** | | . |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1.0000 | EA | $498.43 PER BBL | .0000 | |
| 1.0000 | EA | BUYBACK PRICE: $398.74 PER BBL | .0000 | |
| 1.0000 | EA | 80% BUYBACK PRICE PER BBL | .0000 | |
| (3,136.0000) | BL | 15.6 PPG CaBr2/ZnBr2 -Cl Free | 398.7400 | 1,250,448.64- |
| 3,234.0000 | EA | RECLAMATION CHARGE | 15.0000 | 48,510.00 |
| 3,234.0000 | EA | IRON TREATMENT CHARGE | 55.0000 | 177,870.00 |
| 3,234.0000 | EA | FLUID HANDLING CHARGE | 8.0000 | 25,872.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Please send remittance information to remit@tetratec.com and remit payment in USD to: | **Check Remittance:** P.O. BOX 841185 DALLAS, TX 75284-1185 | **Wire Transfer Information:** BANK OF AMERICA, NEW YORK 100 West 33rd Street New York, NY 10001 | SUB-TOTAL | **998,196.64-** |
| | **ACH Information:** BANK OF AMERICA, NEW YORK ABA# 111000025 Account: 004140282499 | ABA# 026009593 Account: 004140282499 Intl Swift Code: BOFA US 3N | SALES TAX | |
| | | | **PAY THIS AMOUNT** | **998,196.64-** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

08/17/2020 11:42:21 CERTIFIED TRUE COPY - Pg:8 of 20 - Jefferson Parish Clerk of Court - ID:2079040



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8.0000 | DY | Sr Completion Fluid Specialist<br>S DRAKE 4/6 - 4/13 | 900.0000 | 7,200.00 |
| 6.0000 | DY | Sr Completion Fluid Specialist<br>J BRADLEY 4/6 - 4/11 | 900.0000 | 5,400.00 |
| 18.0000 | DY | Sr Completion Fluid Specialist<br>C KINGRY 4/13 - 4/30 | 900.0000 | 16,200.00 |
| 14.0000 | DY | Sr Completion Fluid Specialist<br>E HEBERT 4/12 - 4/25 | 900.0000 | 12,600.00 |
| 40.0000 | MI | MILEAGE | 1.7500 | 70.00 |
| | EA | ROUTING CODE 580047 | .0000 | |
| 4.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>4/11 - 4/14 | 2,234.1000 | 8,936.40 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purpose of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF 7**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

# 12038502



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>4/11 - 4/14 | 2,234.1000 | 35,745.60 |
| 8.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>4/3 - 4/10 | 1,500.0000 | 12,000.00 |
| 11.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>3/31 - 4/10 | 1,500.0000 | 16,500.00 |
| 16.0000 | EA | Stack Platform 71665<br>4/11 - 4/26 | 150.0000 | 2,400.00 |
| 4.0000 | EA | Stack Platform 71666<br>4/11 - 4/14 | 150.0000 | 600.00 |
| 16.0000 | EA | UDW Hose Basket 162365<br>4/11 - 4/26 | 85.0000 | 1,360.00 |
| 4.0000 | EA | UDW Hose Basket 162366<br>4/11 - 4/14 | 85.0000 | 340.00 |
| 32.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>4/11 - 4/26 | 110.0000 | 3,520.00 |
| 32.0000 | DY | M-15 PUMP - TETRA  SVC<br>4/11 - 4/26 | 150.0000 | 4,800.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 7**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

**12038502**



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193489RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---:|---|---|---:|---:|
| 16.0000 | DY | 6 x 8 PUMP - TETRA<br>4/11 - 4/26 | 275.0000 | 4,400.00 |
| | EA | . | .0000 | |
| 521.0000 | EA | Slings<br>4/11 - 4/26 | 3.7500 | 1,953.75 |
| 120.0000 | EA | OPERATOR TRANSP (FILT) /mile | 1.7500 | 210.00 |
| | EA | . | .0000 | |
| 12.0000 | DY | Second Filtration Operator<br>S Thibodeaux 4/15 - 4/26 | 556.0000 | 6,672.00 |
| 16.0000 | DY | Initial Filtration Operator<br>M Gauthier 4/11 - 4/26 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator<br>R Hawkins 4/11 - 4/26 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator<br>C LaCoste 4/11 - 4/26 | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 3 OF 7**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

# 12038502



**TETRA TECHNOLOGIES INC.**
Please remit In USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY SOUTH, STE.
1200
HOUSTON TX 77042

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

FIELDWOOD ENERGY LLC
OCSG 34536 KATMAI  SS1
G C 40
VALARIS RESOLUTE
FW

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4.0000 | DY | Initial Filtration Operator S Thibodeaux 4/11 - 4/14 | .0000 | |
| 4.0000 | DY | Initial Filtration Operator J Moores 4/11 - 4/14 | .0000 | |
| 4.0000 | DY | Initial Filtration Operator C Martin 4/11 - 4/14 | .0000 | |
| 1,860.0000 | DY | HOSES-TETRA-SERVICE 3/27 - 4/26 | 1.0000 | 1,860.00 |
| 8,370.0000 | DY | HOSES-TETRA-SERVICE 3/27 - 4/26 | 1.0000 | 8,370.00 |
| 155.0000 | EA | EXTRA 2" CON 3/27 - 4/26 | 20.0000 | 3,100.00 |
| 186.0000 | EA | EXTRA 3" CON 3/27 - 4/26 | 30.0000 | 5,580.00 |
| 31.0000 | DY | M-8 PUMP&HOSES-TETRA SVC 3/27 - 4/26 | 110.0000 | 3,410.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 4 OF 7**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

**12038502**



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193489RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 31.0000 | DY | M-15 PUMP - TETRA  SVC<br>3/27 - 4/26 | 150.0000 | 4,650.00 |
| 31.0000 | EA | NTU Meter<br>3/27 - 4/26 | 10.0000 | 310.00 |
| 31.0000 | EA | Spin Out<br>3/27 - 4/26 | 10.0000 | 310.00 |
| 275.0000 | EA | Aqua Cure 690<br>TT #8976 | 10.5000 | 2,887.50 |
| | EA | FLUID SHIPPED: | .0000 | |
| 7,000.0000 | BL | 16.2 PPG CaBr2/ZnBr2 -Cl Free<br>w/NE 300 & CO2X adj PH | 578.0200 | 4,046,140.00 |
| | EA | Fluid Blended w/ additives: | .0000 | |

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

*(right margin, rotated)* EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

**PAGE 5 OF 7**

# 12038502



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |
| | . |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6,947.0000 | BL | 16.2 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 2,244.0000 | GA | PayZone NE 300 - per Gallon | .0000 | |
| 765.0000 | GA | CO2X Scavenger-1 gal | .0000 | |
| 300.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 5,706.00 |
| 26.0000 | BG | DE Material-FW-20(fine) 100# | .0000 | |
| 80.0000 | BG | TRANSCEND ND-50 100# | .0000 | |
| 128.0000 | EA | CARTRIDGE FILTER 40IN-C2 128 FREE FILTER/64 PER UNIT | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 6 OF 7**

*Right margin vertical text:* EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

**12038502**



**TETRA TECHNOLOGIES INC.**
Please remit In USD to:
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 144.0000 | EA | CARTRIDGE FILTER 40IN-C2 | 38.5000 | 5,544.00 |
| 64.0000 | EA | CARTRIDGE FILTER 40IN-PP2B100 | 38.5000 | 2,464.00 |
| | EA | MATERIALS USED ON THE KATMAI #1 WELL | .0000 | |
| 200.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 3,804.00 |
| | EA | MPT # 038,004,135,102, 018, 001, 015, 006 | .0000 | |
| 30.0000 | EA | Super Sand PLY 50# | 40.0000 | 1,200.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **4,236,243.25** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **4,236,243.25** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 7 OF 7**

*(right margin, rotated)* EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

JON A. GEGENHEIMER
SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193540RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **06/15/20** |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **05/31/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 21.0000 | DY | Sr Completion Fluid Specialist S DRAKE 5/6 - 5/26 | 900.0000 | 18,900.00 |
| 5.0000 | DY | Sr Completion Fluid Specialist C KINGRY 5/1 - 5/5 | 900.0000 | 4,500.00 |
| 21.0000 | DY | Sr Completion Fluid Specialist N HARDWICK 5/11 - 5/31 | 900.0000 | 18,900.00 |
| 5.0000 | DY | Sr Completion Fluid Specialist C KINGRY 5/27 - 5/31 | 900.0000 | 4,500.00 |
| 60.0000 | MI | MILEAGE | 1.7500 | 105.00 |
| 9.0000 | EA | NTU METER 5/23 - 5/31 | 10.0000 | 90.00 |

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF 3**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193540RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **06/15/20** |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **05/31/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4.0000 | DY | Sr Completion Fluid Specialist<br>C KINGRY 6/1 - 6/4 | 900.0000 | 3,600.00 |
| 3.0000 | DY | Sr Completion Fluid Specialist<br>N HARDWICK 6 1 - 6/3 | 900.0000 | 2,700.00 |
| 4.0000 | EA | NTU METER | 10.0000 | 40.00 |
| 275.0000 | EA | AQUA CURE 690 | 10.5000 | 2,887.50 |
| 500.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 9,510.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For Purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 3**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

**12038502**



**TETRA TECHNOLOGIES INC.**
Please remit In USD to:
P.O. BOX 841185
DALLAS, TX  75284-1185
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193540RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **06/15/20** |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **05/31/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| | EA | WELL TO WELL:<br>FR: OCSG 28030 SS004 | .0000 | |
| 312.0000 | BL | 11.0 CaBr2 PPG | 163.5300 | 51,021.36 |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | **116,753.86** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **116,753.86** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

08/17/2020 11:42:21 CERTIFIED TRUE COPY - Pg:18 of 20 - Jefferson Parish Clerk of Court - ID:2079040

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

# 12038502



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193569RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **07/08/20** | **1172** |
| DUE DATE | **09/06/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **1143413** | **SF** |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

DATE SHIPPED      06/30/20

SHIPPED VIA

FOB                       **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | END OF WELL BILLING | .0000 | |
| 3.0000 | PA | TETRA Defoam HB - 5 gal | 272.5500 | 817.65 |
| 62.0000 | PA | TETRAFlex 135 - 5 gal | 396.8500 | 24,604.70 |
| 2.0000 | PA | TETRAFlex PH Stay - 5gal | .0000 | |
| 6.0000 | PA | TETRAVis L Plus - 5 gal | 249.8100 | 1,498.86 |
| 179.0000 | GA | TETRAClean 107 - 1 gal | 33.1500 | 5,933.85 |
| 300.0000 | EA | OxBan HB - 1 gal | 44.0600 | 13,218.00 |
| 2.0000 | PA | TETRAFloc ZCB - 5 Gallon | 983.2500 | 1,966.50 |
| 1.0000 | PA | TETRAVis Extender - 5 gal | 338.7800 | 338.78 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

As part of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF 2**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193569RI** |

SOLD TO:

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY SOUTH, STE.
1200
HOUSTON TX 77042

| INVOICE DATE | **07/08/20** | 1172 |
|---|---|---|
| DUE DATE | **09/06/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **1143413**  SF | |

WELL NAME / LOCATION:

FIELDWOOD ENERGY LLC
OCSG 34536 KATMAI  SS1
G C 40
VALARIS RESOLUTE
FW

DATE SHIPPED       06/30/20

SHIPPED VIA

FOB          **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | 5% Restocking Charge on invent. returned $124644.46 | 6,232.2200 | 6,232.22 |
| 375.0000 | BL | 19.2 PPG ZNBR2/CABR2 (STOCK) | 786.3900 | 294,896.25 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **349,506.81** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **349,506.81** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services contract, or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**

EFILE: 08/17/2020 11:36 AM JEFF PAR 6414321 hrb $205.00 ::: 12038502 MORTGAGE BOOK 4890 PAGE 784

# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**

DORE' LAW GROUP, P.C.
17171 PARK ROW
SUITE 160
HOUSTON, TX  77084

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

TETRA TECHNOLOGIES INC

| | | |
|---|---|---|
| **Index Type :** MORTGAGE | **File # :** 2020-00003317 | |
| **Type of Document :** MATERIALMANS LIEN | | |
| | **Book :** 774 | **Page :** 832 |
| **Recording Pages :** 21 | | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

This instrument was eRecorded.

On (Recorded Date) : 08/17/2020

At (Recorded Time) : 11:57:20AM

*Kim Turlich-Vaughan*
Clerk of Court

**Return To :**   DORE' LAW GROUP, P.C.
17171 PARK ROW
SUITE 160
HOUSTON, TX  77084

Do not Detach this Recording Page from Original Document

<u>AFTER RECORDING RETURN TO</u>:
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

Fieldwood Energy, LLC – Green Canyon/Block 40                                      OCS-G 34536

## NOTICE OF LIEN CLAIM AND PRIVILEGE
### PURSUANT TO LSA - R.S. 9:4861 et seq.

| | |
|---|---|
| THE STATE OF LOUISIANA | § |
| | § |
| PARISH OF JEFFERSON | § |
| PARISH OF PLAQUEMINES | § KNOW ALL MEN BY THESE PRESENTS THAT: |
| | § |
| UNITED STATES OF AMERICA | § |
| | § |
| OUTER CONTINENTAL SHELF | § |
| GULF OF MEXICO | § |

     1.   THAT, the undersigned agent of **TETRA TECHNOLOGIES, INC.** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

     2.   The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$3,331,356.30** | **Invoice No.:**<br>598921RM; 598922RM<br>1193489RI, 1193540RI<br>1193569RI | From<br>April 26, 2020<br>to<br>June 30, 2020 |

     Pursuant to LSA – R.S. 9.4862(B), this claim includes the above-referenced amount, plus interest due thereon from the date due until paid, the costs of preparing and filing this Notice of Lien Claim and Privilege, together with reasonable attorney's fees not to exceed ten (10%) percent of this claim.

3.  To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**
2000 W. Sam Houston Pkwy. S.
Houston, Texas  77042.

**ILX PROSPECT KATMAI, LLC**
c/o Riverstone Holdings, LLC
712 5th Ave, Floor 36
New York, New York

**RIDGEWOOD KATMAI, LLC**
2711 Centerville Rd, Suite 400
Wilmington, Delaware 19808

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4.  The name of Claimant is **TETRA TECHNOLOGIES, INC.,** whose address is 24955 Interstate 45, The Woodlands, Texas 77380.

5.  Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas  77042.

6.  The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC**

7.  A description of the operating interest this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE JEFFERSON AND PLAQUEMINES Parish, Louisiana, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.0** acres of land, more or less, being all of BLOCK 40, GREEN CANYON AREA, OCS Official Protraction Diagram, NH 15-03, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 345326**, dated effective November 1, 2012.

8.  The true and correct amount claimed by Claimant is **$3,331,356.30**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed.  Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon.  This lien claim for the amount stated above is upon the whole of said (i) operating interest under which the operations giving rise to Claimant's privilege are conducted together with the interest of the lessee of such interest in any well, building, tank, leasehold pipeline, and other construction or facility on the well site, any movable on a well site

that is used in operations, and any tract of land, servitude and lease covering the well site of the operating interest; (ii) drilling or other rig located at the well site of the operating interest; (iii) the interest of the operator and participating lessee in the hydrocarbons produced from the from the operating interest and the interest of a non-participating lessee in hydrocarbons produced from that part of his operating interest subject to the privilege; (iv) the proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege; and (v) any other property or interest pursuant to LSA – R.S. 9:4863.

9.   Not more than one hundred eighty (180) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 14 day of August, 2020.

**TETRA TECHNOLOGIES, INC.**

By: _____
Lisa Rothberg, Attorney-in-fact

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Tetra Technologies, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 14 day of August, 2020.

By: _____
Notary Public in and for the State of Texas

H. DENISE KLEYPAS
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 10408258



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX  75284-1185
invoiceinquiry@tetratec.com

**TETRA**

**INVOICE NO:**

**598921RM**

| SOLD TO: | | | |
|---|---|---|---|
| FIELDWOOD ENERGY LLC | INVOICE DATE | **06/30/20** | **1172** |
| 2000 W SAM HOUSTON PKWY SOUTH, STE. 1200 | DUE DATE | **08/29/20** | |
| HOUSTON TX 77042 | CUSTOMER ORDER NUMBER | **FW191515** | |
| | DELIVERY TICKET NUMBER | **81142856   CN** | |

| WELL NAME / LOCATION: | | |
|---|---|---|
| FIELDWOOD ENERGY LLC | DATE SHIPPED | **06/20/20** |
| OCSG 34536 #1 KATMI | SHIPPED VIA | |
| G C 40 | | |
| ROWEN RESOLUTE | FOB | **FOURCHON FLUIDS PLANT** |
| FW | | |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | BUYBACK CREDIT: | .0000 | |
| 1.0000 | EA | SOLD ON DT 1142856 | .0000 | |
| 1.0000 | EA | INVOICE # 1192882RI | .0000 | |
| 1.0000 | EA | BUYBACK FLUID RETURNED: | .0000 | |
| (1,611.0000) | BL | 16.5 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 1.0000 | EA | 3% VOLUME ADJUSTMENT: | .0000 | |
| 1.0000 | EA | ADJUSTED VOLUME: 1562 BBLS | .0000 | |
| 1.0000 | EA | DENISTY ADJUST:0.2 PPG PER BBL | .0000 | |
| 1.0000 | EA | ADJUSTED DENSITY: 16.3 PPG | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| SUB-TOTAL | |
|---|---|
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services [...] provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**EXHIBIT**

**A**

tables



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598921RM**

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW191515** | |
| DELIVERY TICKET NUMBER | **81142856   CN** | |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 34536 #1 KATMI**
**G C 40**
**ROWEN RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 06/20/20 |
| SHIPPED VIA | |
| FOB | **FOURCHON FLUIDS PLANT** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | SALE PRICE OF ADJUSTED DENSITY | .0000 | |
| 1.0000 | EA | $566.62 PER BBL | .0000 | |
| 1.0000 | EA | BUYBACK PRICE: $453.29 PER BBL | .0000 | |
| 1.0000 | EA | 80% BUYBACK PRICE PER BBL | .0000 | |
| 1,611.0000 | EA | RECLAMATION CHARGE PER BBL | 15.0000 | 24,165.00 |
| 1,611.0000 | EA | IRON TREATMENT CHARGE PER BBL | 185.0000 | 298,035.00 |
| 1,611.0000 | EA | FLUID HANDLING CHARGE PER BBL | 8.0000 | 12,888.00 |
| (1,562.0000) | BL | 16.3 PPG CaBr2/ZnBr2 -Cl Free | 453.2900 | 708,038.98- |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **372,950.98-** |
| SALES TAX | |
| PAY THIS AMOUNT | **372,950.98-** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598922RM**

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **81143330   CN** | |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

DATE SHIPPED      **06/20/20**

SHIPPED VIA

FOB      **FOURCHON FLUIDS PLANT**
.

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | BUYBACK CREDIT: | .0000 | |
| 1.0000 | EA | SOLD ON DT 1143330 | .0000 | |
| 1.0000 | EA | INVOICE # 1193489RI | .0000 | |
| 1.0000 | EA | BUYBACK FLUID RETURNED: | .0000 | |
| (3,234.0000) | BL | 15.8 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 1.0000 | EA | 3% VOLUME ADJUSTMENT | .0000 | |
| 1.0000 | EA | ADJUSTED VOLUME: 3136 BBLS | .0000 | |
| 1.0000 | EA | DENSITY ADJUST:0.2 PPG PER BBL | .0000 | |
| 1.0000 | EA | SALE PRICE OF ADJUSTED DENISTY | .0000 | |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF  2**



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**598922RM**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **06/30/20** | **1172** |
| DUE DATE | **08/29/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **81143330   CN** | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

DATE SHIPPED     **06/20/20**

SHIPPED VIA

FOB     **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | $498.43 PER BBL | .0000 | |
| 1.0000 | EA | BUYBACK PRICE: $398.74 PER BBL | .0000 | |
| 1.0000 | EA | 80% BUYBACK PRICE PER BBL | .0000 | |
| (3,136.0000) | BL | 15.6 PPG CaBr2/ZnBr2 -Cl Free | 398.7400 | 1,250,448.64- |
| 3,234.0000 | EA | RECLAMATION CHARGE | 15.0000 | 48,510.00 |
| 3,234.0000 | EA | IRON TREATMENT CHARGE | 55.0000 | 177,870.00 |
| 3,234.0000 | EA | FLUID HANDLING CHARGE | 8.0000 | 25,872.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **998,196.64-** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **998,196.64-** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**



**TETRA TECHNOLOGIES INC.**
Please remit In USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

FIELDWOOD ENERGY LLC
2000 W SAM HOUSTON PKWY SOUTH, STE.
1200
HOUSTON TX 77042

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

FIELDWOOD ENERGY LLC
OCSG 34536 KATMAI  SS1
G C 40
VALARIS RESOLUTE
FW

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 8.0000 | DY | Sr Completion Fluid Specialist S DRAKE 4/6 - 4/13 | 900.0000 | 7,200.00 |
| 6.0000 | DY | Sr Completion Fluid Specialist J BRADLEY 4/6 - 4/11 | 900.0000 | 5,400.00 |
| 18.0000 | DY | Sr Completion Fluid Specialist C KINGRY 4/13 - 4/30 | 900.0000 | 16,200.00 |
| 14.0000 | DY | Sr Completion Fluid Specialist E HEBERT 4/12 - 4/25 | 900.0000 | 12,600.00 |
| 40.0000 | MI | MILEAGE | 1.7500 | 70.00 |
| | EA | ROUTING CODE 580047 | .0000 | |
| 4.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper 4/11 - 4/14 | 2,234.1000 | 8,936.40 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF  7**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 04/30/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16.0000 | DY | SafeDEflo 1800 Incl Pkg W/Oper<br>4/11 - 4/14 | 2,234.1000 | 35,745.60 |
| 8.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>4/3 - 4/10 | 1,500.0000 | 12,000.00 |
| 11.0000 | DY | Stdby SafeDEflo 1800 Incl w/Op<br>3/31 - 4/10 | 1,500.0000 | 16,500.00 |
| 16.0000 | EA | Stack Platform 71665<br>4/11 - 4/26 | 150.0000 | 2,400.00 |
| 4.0000 | EA | Stack Platform 71666<br>4/11 - 4/14 | 150.0000 | 600.00 |
| 16.0000 | EA | UDW Hose Basket 162365<br>4/11 - 4/26 | 85.0000 | 1,360.00 |
| 4.0000 | EA | UDW Hose Basket 162366<br>4/11 - 4/14 | 85.0000 | 340.00 |
| 32.0000 | DY | M-8 PUMP&HOSES-TETRA SVC<br>4/11 - 4/26 | 110.0000 | 3,520.00 |
| 32.0000 | DY | M-15 PUMP - TETRA  SVC<br>4/11 - 4/26 | 150.0000 | 4,800.00 |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 16.0000 | DY | 6 x 8 PUMP - TETRA<br>4/11 - 4/26 | 275.0000 | 4,400.00 |
| | EA | . | .0000 | |
| 521.0000 | EA | Slings<br>4/11 - 4/26 | 3.7500 | 1,953.75 |
| 120.0000 | EA | OPERATOR TRANSP (FILT) /mile | 1.7500 | 210.00 |
| | EA | . | .0000 | |
| 12.0000 | DY | Second Filtration Operator<br>S Thibodeaux 4/15 - 4/26 | 556.0000 | 6,672.00 |
| 16.0000 | DY | Initial Filtration Operator<br>M Gauthier 4/11 - 4/26 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator<br>R Hawkins 4/11 - 4/26 | .0000 | |
| 16.0000 | DY | Initial Filtration Operator<br>C LaCoste 4/11 - 4/26 | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 3 OF 7**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4.0000 | DY | Initial Filtration Operator S Thibodeaux 4/11 - 4/14 | .0000 | |
| 4.0000 | DY | Initial Filtration Operator J Moores 4/11 - 4/14 | .0000 | |
| 4.0000 | DY | Initial Filtration Operator C Martin 4/11 - 4/14 | .0000 | |
| 1,860.0000 | DY | HOSES-TETRA-SERVICE 3/27 - 4/26 | 1.0000 | 1,860.00 |
| 8,370.0000 | DY | HOSES-TETRA-SERVICE 3/27 - 4/26 | 1.0000 | 8,370.00 |
| 155.0000 | EA | EXTRA 2" CON 3/27 - 4/26 | 20.0000 | 3,100.00 |
| 186.0000 | EA | EXTRA 3" CON 3/27 - 4/26 | 30.0000 | 5,580.00 |
| 31.0000 | DY | M-8 PUMP&HOSES-TETRA SVC 3/27 - 4/26 | 110.0000 | 3,410.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 04/30/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 31.0000 | DY | M-15 PUMP - TETRA  SVC<br>3/27 - 4/26 | 150.0000 | 4,650.00 |
| 31.0000 | EA | NTU Meter<br>3/27 - 4/26 | 10.0000 | 310.00 |
| 31.0000 | EA | Spin Out<br>3/27 - 4/26 | 10.0000 | 310.00 |
| 275.0000 | EA | Aqua Cure 690<br>TT #8976 | 10.5000 | 2,887.50 |
| | EA | FLUID SHIPPED: | .0000 | |
| 7,000.0000 | BL | 16.2 PPG CaBr2/ZnBr2 -Cl Free<br>w/NE 300 & CO2X adj PH | 578.0200 | 4,046,140.00 |
| | EA | Fluid Blended w/ additives: | .0000 | |

Please send remittance
information to
remit@tetratec.com
and remit payment in
USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
**Please remit in USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**TETRA**

| INVOICE NO: |
| --- |
| **1193489RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **04/30/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 6,947.0000 | BL | 16.2 PPG CaBr2/ZnBr2 -Cl Free | .0000 | |
| 2,244.0000 | GA | PayZone NE 300 - per Gallon | .0000 | |
| 765.0000 | GA | CO2X Scavenger-1 gal | .0000 | |
| 300.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 5,706.00 |
| 26.0000 | BG | DE Material-FW-20(fine) 100# | .0000 | |
| 80.0000 | BG | TRANSCEND ND-50 100# | .0000 | |
| 128.0000 | EA | CARTRIDGE FILTER 40IN-C2 128 FREE FILTER/64 PER UNIT | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193489RI**

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **05/18/20** |
| DUE DATE | **07/17/20** |
| CUSTOMER ORDER NUMBER | **5397** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 04/30/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 144.0000 | EA | CARTRIDGE FILTER 40IN-C2 | 38.5000 | 5,544.00 |
| 64.0000 | EA | CARTRIDGE FILTER 40IN-PP2B100 | 38.5000 | 2,464.00 |
| | EA | MATERIALS USED ON THE KATMAI #1 WELL | .0000 | |
| 200.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 3,804.00 |
| | EA | MPT # 038,004,135,102, 018, 001, 015, 006 | .0000 | |
| 30.0000 | EA | Super Sand PLY 50# | 40.0000 | 1,200.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **4,236,243.25** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **4,236,243.25** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193540RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| INVOICE DATE | **06/15/20** |
| --- | --- |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| DATE SHIPPED | 05/31/20 |
| --- | --- |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 21.0000 | DY | Sr Completion Fluid Specialist<br>S DRAKE 5/6 - 5/26 | 900.0000 | 18,900.00 |
| 5.0000 | DY | Sr Completion Fluid Specialist<br>C KINGRY 5/1 - 5/5 | 900.0000 | 4,500.00 |
| 21.0000 | DY | Sr Completion Fluid Specialist<br>N HARDWICK 5/11 - 5/31 | 900.0000 | 18,900.00 |
| 5.0000 | DY | Sr Completion Fluid Specialist<br>C KINGRY 5/27 - 5/31 | 900.0000 | 4,500.00 |
| 60.0000 | MI | MILEAGE | 1.7500 | 105.00 |
| 9.0000 | EA | NTU METER<br>5/23 - 5/31 | 10.0000 | 90.00 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| SUB-TOTAL | |
| --- | --- |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
**P.O. BOX 841185**
**DALLAS, TX  75284-1185**
invoiceinquiry@tetratec.com

**TETRA**

| INVOICE NO: |
| --- |
| **1193540RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **06/15/20** |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | 05/31/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 4.0000 | DY | Sr Completion Fluid Specialist<br>C KINGRY 6/1 - 6/4 | 900.0000 | 3,600.00 |
| 3.0000 | DY | Sr Completion Fluid Specialist<br>N HARDWICK 6 1 - 6/3 | 900.0000 | 2,700.00 |
| 4.0000 | EA | NTU METER | 10.0000 | 40.00 |
| 275.0000 | EA | AQUA CURE 690 | 10.5000 | 2,887.50 |
| 500.0000 | BL | 10.4 PPG CACL2 | 19.0200 | 9,510.00 |

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 3**


**TETRA**

**TETRA TECHNOLOGIES INC.**
Please remit In USD to:
P.O. BOX 841185
DALLAS, TX  75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193540RI**

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | **06/15/20** |
| DUE DATE | **08/14/20** |
| CUSTOMER ORDER NUMBER | **FW202002** |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 05/31/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | WELL TO WELL:<br>FR: OCSG 28030 SS004 | .0000 | |
| 312.0000 | BL | 11.0 CaBr2 PPG | 163.5300 | 51,021.36 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **116,753.86** |
| SALES TAX | |
| PAY THIS AMOUNT | **116,753.86** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

| INVOICE NO: |
|---|
| **1193569RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **07/08/20** | **1172** |
| DUE DATE | **09/06/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **1143413    SF** | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 06/30/20 |
| SHIPPED VIA | |
| FOB | **FOURCHON FLUIDS PLANT** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | EA | END OF WELL BILLING | .0000 | |
| 3.0000 | PA | TETRA Defoam HB - 5 gal | 272.5500 | 817.65 |
| 62.0000 | PA | TETRAFlex 135 - 5 gal | 396.8500 | 24,604.70 |
| 2.0000 | PA | TETRAFlex PH Stay - 5gal | .0000 | |
| 6.0000 | PA | TETRAVis L Plus - 5 gal | 249.8100 | 1,498.86 |
| 179.0000 | GA | TETRAClean 107 - 1 gal | 33.1500 | 5,933.85 |
| 300.0000 | EA | OxBan HB - 1 gal | 44.0600 | 13,218.00 |
| 2.0000 | PA | TETRAFloc ZCB - 5 Gallon | 983.2500 | 1,966.50 |
| 1.0000 | PA | TETRAVis Extender - 5 gal | 338.7800 | 338.78 |

| | | |
|---|---|---|
| Please send remittance information to remit@tetratec.com and remit payment in USD to: | **Check Remittance:** P.O. BOX 841185 DALLAS, TX 75284-1185 **ACH Information:** BANK OF AMERICA, NEW YORK ABA# 111000025 Account: 004140282499 | **Wire Transfer Information:** BANK OF AMERICA, NEW YORK 100 West 33rd Street New York, NY 10001 ABA# 026009593 Account: 004140282499 Intl Swift Code: BOFA US 3N |

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 1 OF  2**



**TETRA TECHNOLOGIES INC.**
**Please remit In USD to:**
**P.O. BOX 841185**
**DALLAS, TX 75284-1185**
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193569RI**

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | | |
|---|---|---|
| INVOICE DATE | **07/08/20** | **1172** |
| DUE DATE | **09/06/20** | |
| CUSTOMER ORDER NUMBER | **FW202002** | |
| DELIVERY TICKET NUMBER | **1143413** | **SF** |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 34536 KATMAI  SS1**
**G C 40**
**VALARIS RESOLUTE**
**FW**

DATE SHIPPED     06/30/20

SHIPPED VIA

FOB          **FOURCHON FLUIDS PLANT**

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1.0000 | EA | 5% Restocking Charge on invent. returned $124644.46 | 6,232.2200 | 6,232.22 |
| 375.0000 | BL | 19.2 PPG ZNBR2/CABR2 (STOCK) | 786.3900 | 294,896.25 |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | **349,506.81** |
| SALES TAX | |
| **PAY THIS AMOUNT** | **349,506.81** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 2**

BEFORE JOSH ELDRIDGE IN JACKSON COUNTY, MS
Josh Eldridge, Chancery Clerk
Electronically Recorded
RECORDING FEE: $ 39.00
MINERAL TAX: $0.00
# 202019099
BK: 28      PG: 5 - 12
08/28/2020 08:31:02 AM    8 PG(S)
Receipt # 19341

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG MCKAY, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

Fieldwood Energy, LLC – Mississippi Canyon/Block 948                    OCS-G 28030

## CLAIM OF LIEN
MISS. CODE ANN. § 85-7-401, et seq.

| | | |
|---|---|---|
| THE STATE OF MISSISSIPPI | § | |
| | § | |
| COUNTY OF JACKSON | § | KNOW ALL MEN BY THESE PRESENTS: |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| OUTER CONTINENTAL SHELF | § | |
| GULF OF MEXICO | § | |

1. THAT, the undersigned agent of **TETRA TECHNOLOGIES, INC.** (Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and/or materials furnished as a contractor under express contract with the property owner, contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described property, oil or gas leasehold, or oil or gas pipeline,

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Unpaid Work |
|---|---|---|
| **$898,577.16** | **Invoice No.:** 1193574RI | June 26, 2020 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or property owner(s) of the land, oil or gas leasehold, or oil or gas pipeline, against which the lien is claimed is:

**FIELDWOOD ENERGY, LLC**          **ECOPETROL AMERICA, LLC**
2000 W. Sam Houston Pkwy. S.       2800 Post Oak Blvd., Suite 4500
Houston, Texas 77042.              Houston, Texas 77056

-1-

**TALOS ENERGY OFFSHORE LLC**
333 Clay Street, Suite 3300
Houston, Texas 77002

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **TETRA TECHNOLOGIES, INC.,** whose address is 24955 Interstate 45, The Woodlands, Texas 77380.

5. Claimant performed labor and/or furnished or hauled material at the request of **FIELDWOOD ENERGY, LLC**, whose address is 2000 W. Sam Houston Pkwy. S., Suite 1200, Houston, Texas 77042.

6. The name of the operator as shown by the records of the United States Department of the Interior, Bureau of Ocean Energy Management is: **FIELDWOOD ENERGY, LLC.**

7. A description of the property this lien claim is established over is as follows:

All that certain tract or parcel of land situated in OFFSHORE JACKSON COUNTY, Mississippi, OUTER CONTINENTAL SHELF, GULF OF MEXICO, containing approximately **5,760.00** acres, more or less, being all of BLOCK 948, MISSISSIPPI CANYON AREA, OCS Official Protraction Diagram, NH 16-10, and being the same land more particularly described by that certain Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act, **Serial No. OCS-G 28030**, dated effective July 1, 2006.

7. The true and correct amount claimed by Claimant is **$898,577.16**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

-2-

8.    Not more than ninety (90) days have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

-3-

DATED this, the 14 day of August, 2020.

TETRA TECHNOLOGIES, INC.

By: _____
Lisa Rothberg, Attorney-in-fact

THE STATE OF TEXAS          §
                            §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared Lisa Rothberg, Attorney-in-fact, for Tetra Technologies, Inc., known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office, this the 14 day of August, 2020.

H. DENISE KLEYPAS
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 10408258

By: _____
Notary Public in and for the State of Texas

-4-



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193574RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | **07/13/20** |
| DUE DATE | **09/11/20** |
| CUSTOMER ORDER NUMBER | **FW205014** |
| DELIVERY TICKET NUMBER | |

**EXHIBIT**
**A**

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 28030 SS #4**
**M C 948 (COILED TUBING INTERVENTION)**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | **06/26/20** |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 12.0000 | DY | Sr Completion Fluid Specialist C KINGRY 6/5-6/16 | 900.0000 | 10,800.00 |
| 17.0000 | DY | Sr Completion Fluid Specialist J BENOIT 6/10-6/26 | 900.0000 | 15,300.00 |
| 6.0000 | DY | Sr Completion Fluid Specialist S DRAKE 6/17-6/22 | 900.0000 | 5,400.00 |
| 4.0000 | DY | Sr Completion Fluid Specialist N HARDWICK 6/23-6/26 | 900.0000 | 3,600.00 |
| 60.0000 | MI | MILEAGE | 1.7500 | 105.00 |
| 1.0000 | EA | PER DIEM J BENOIT 6/10 | 341.2500 | 341.25 |
| 22.0000 | EA | NTU METER | 10.0000 | 220.00 |

| | | |
| --- | --- | --- |
| Please send remittance information to remit@tetratec.com and remit payment in USD to: | **Check Remittance:** P.O. BOX 841185 DALLAS, TX 75284-1185 **ACH Information:** BANK OF AMERICA, NEW YORK ABA# 111000025 Account: 004140282499 | **Wire Transfer Information:** BANK OF AMERICA, NEW YORK 100 West 33rd Street New York, NY 10001 ABA# 026009593 Account: 004140282499 Intl Swift Code: BOFA US 3N |

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193574RI** |

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | 07/13/20 |
| DUE DATE | 09/11/20 |
| CUSTOMER ORDER NUMBER | FW205014 |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 28030 SS #4**
**M C 948 (COILED TUBING INTERVENTION)**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | 06/26/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 5,300.0000 | BL | 11.0 CaBr2 PPG | 163.5300 | 866,709.00 |
| | EA | WELL TO WELL: TO: OCSG 34536 SS1 KATMAI | .0000 | |
| | EA | SOLD ON DT 1143392 | .0000 | |
| (312.0000) | BL | 11.0 CaBr2 PPG | 163.5300 | 51,021.36- |
| 671.0000 | BL | 11.0 CaBr2 PPG | 163.5300 | 109,728.63 |

Please send remittance information to remit@tetralec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001

ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
| --- | --- |
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/ttl-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 2 OF 4**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

**INVOICE NO:**

**1193574RI**

SOLD TO:

**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE.**
**1200**
**HOUSTON TX 77042**

| | |
|---|---|
| INVOICE DATE | 07/13/20 |
| DUE DATE | 09/11/20 |
| CUSTOMER ORDER NUMBER | FW205014 |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:

**FIELDWOOD ENERGY LLC**
**OCSG 28030 SS #4**
**M C 948 (COILED TUBING INTERVENTION)**
**VALARIS RESOLUTE**
**FW**

| | |
|---|---|
| DATE SHIPPED | 06/26/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 500.0000 | BL | 11.0 CaBr2 PPG | 163.5300 | 81,765.00 |
| | EA | END OF WELL BILLING: | .0000 | |
| 4.0000 | PA | TETRA Defoam HB - 5 gal | 272.5500 | 1,090.20 |
| 8.0000 | PA | BioPol L - 5 gal | .0000 | |
| 364.0000 | GA | TETRAClean 107 - 1 gal | 33.1500 | 12,066.60 |
| 1.0000 | EA | 5% Restocking Charge | 657.8400 | 657.84 |
| | EA | BUYBACK CREDIT: | .0000 | |

Please send remittance information to remit@tetratec.com and remit payment in USD to:

**Check Remittance:**
P.O. BOX 841185
DALLAS, TX 75284-1185

**ACH Information:**
BANK OF AMERICA, NEW YORK
ABA# 111000025
Account: 004140282499

**Wire Transfer Information:**
BANK OF AMERICA, NEW YORK
100 West 33rd Street
New York, NY 10001
ABA# 026009593
Account: 004140282499
Intl Swift Code: BOFA US 3N

| | |
|---|---|
| SUB-TOTAL | |
| SALES TAX | |
| **PAY THIS AMOUNT** | |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 3 OF 4**



**TETRA TECHNOLOGIES INC.**
Please remit in USD to:
P.O. BOX 841185
DALLAS, TX 75284-1185
invoiceinquiry@tetratec.com

| INVOICE NO: |
| --- |
| **1193574RI** |

SOLD TO:
**FIELDWOOD ENERGY LLC**
**2000 W SAM HOUSTON PKWY SOUTH, STE. 1200**
**HOUSTON TX 77042**

| | |
| --- | --- |
| INVOICE DATE | 07/13/20 |
| DUE DATE | 09/11/20 |
| CUSTOMER ORDER NUMBER | FW205014 |
| DELIVERY TICKET NUMBER | |

WELL NAME / LOCATION:
**FIELDWOOD ENERGY LLC**
**OCSG 28030 SS #4**
**M C 948 (COILED TUBING INTERVENTION)**
**VALARIS RESOLUTE**
**FW**

| | |
| --- | --- |
| DATE SHIPPED | 06/26/20 |
| SHIPPED VIA | |
| FOB | **HOUMA ENGINEERING** |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| | EA | Sold on dt 1143392 | .0000 | |
| | EA | Buyback Flid Returned: | .0000 | |
| (2,413.0000) | BL | 11.0 CaBr2 PPG | .0000 | |
| | EA | 3% Volume Adjustment<br>Adjusted Volume: 2340 bbls | .0000 | |
| | EA | Density Adjust 0.2 ppg per bbl<br>Adjusted Density: 10.8 ppg | .0000 | |
| | EA | Sale Price of Adjusted Density<br>$151.71 per bbl | .0000 | |
| | EA | Buyback Price: $75.85 per bbl<br>50% Buyback Price | .0000 | |
| (2,340.0000) | BL | 10.8 CaBr2 PPG | 75.8500 | 177,489.00- |
| 2,413.0000 | EA | Fluid Handling Charge per bbl | 8.0000 | 19,304.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| Please send remittance information to remit@tetratec.com and remit payment in USD to: | **Check Remittance:**<br>P.O. BOX 841185<br>DALLAS, TX 75284-1185<br><br>**ACH Information:**<br>BANK OF AMERICA, NEW YORK<br>ABA# 111000025<br>Account: 004140282499 | **Wire Transfer Information:**<br>BANK OF AMERICA, NEW YORK<br>100 West 33rd Street<br>New York, NY 10001<br><br>ABA# 026009593<br>Account: 004140282499<br>Intl Swift Code: BOFA US 3N | SUB-TOTAL | **898,577.16** |
| | | | SALES TAX | |
| | | | **PAY THIS AMOUNT** | **898,577.16** |

For purposes of this invoice, the Standard Terms For Provision Of ESG Products, Services & Rental Equipment ("Terms") shall apply, unless the Parties have entered into a separate master services agreement or similar contract for the provision of Work which has been signed by both Parties. Company/Customer shall access the Terms at: https://www.tetratec.com/tti-terms . If the Terms cannot be accessed for any reason, Company/Customer shall contact TETRA at contracts@tetratec.com to obtain a copy.

**PAGE 4 OF 4**