UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | CASE NO. 20-33948 (MI) |
| Debtors. | § § | (Jointly Administered) |

## NOTICE OF PERFECTION OF § 546 INTERESTS IN PROPERTY OF THE ESTATE OF FIELDWOOD ENERGY LLC BY REPUBLIC HELICOPTERS, INC.

REPUBLIC HELICOPTERS, INC. ("Lien Claimant"), through undersigned counsel, hereby gives notice, pursuant to 11 U.S.C. § 546(b), of its perfection of interests in certain property of the estate of FIELDWOOD ENERGY LLC (the "Estate"), and in the proceeds, products, offspring, rents, or profits of such property, and in support thereof respectfully represents:

Lien Claimant hereby perfects or maintains or continues the perfection of interests of the type described in 11 U.S.C. § 546(b)(1) (hereinafter "546 Interests") in property of the Estate, in property of the Debtor, or in property of third parties who are in privity with the Debtor. The 546 Interests perfected or maintained or continued herein extend in and to the proceeds, products, offspring, rents, or profits of such property. The property in which Lien Claimant hereby gives notice of such perfection or maintenance or continuation of the perfection of its 546 Interests is described in the attached **Exhibits "A"** and **"B"**. Lien Claimant has perfected its 546 Interests in the property identified by the filing of a lien affidavit, file-stamped copies of which are attached hereto as **Exhibits "A"** and **"B"**.

Lien Claimant asserts a secured interest as set forth above in the property identified and described above to the fullest extent allowed by law, including interest and attorneys' fees.

>Respectfully Submitted:
>
>CRADY JEWETT McCULLEY & HOUREN LLP
>
>By: /s/ *Shelley B. Marmon*
>William R. Sudela
>State Bar No. 19463300
>Email: wsudela@cjmhlaw.com
>Shelley B. Marmon
>State Bar No. 03497050
>Email: samarmon@cjmhlaw.com
>2727 Allen Parkway, Suite 1700
>Houston, Texas 77019-2125
>Phone: (713) 739-7007
>Fax:  (713) 739-8403

*Attorneys for Republic Helicopter, Inc.*

### CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of December, 2020, a true and correct copy of the above and foregoing ***Notice of Perfection of § 546 Interests in Property of the Estate of Hoactzin Partners, L.P.*** was served upon all parties of record via United States regular mail, postage prepaid and/or the court's electronic case filing system (ECF).

>/s/ *Shelley B. Marmon*
>Shelley B. Marmon