# EXHIBIT "A"

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: WILLIAM SUDELA
CJM LAW
2929 ALLEN PARKWAY, SUITE 2600
HOUSTON, TX 77019

**First MORTGAGOR**
HOACTZIN PARTNERS L P

**First MORTGAGEE**
REPUBLIC HELICOPTERS INC

**Index Type :** MORTGAGES

**Type of Document :** LIEN

**Recording Pages :** 116

**File # :** 1562635

**Book :** 3013   **Page :** 158

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 07/17/2018

At (Recorded Time) : 10:01:21AM

Doc ID - 014368240116

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 07/17/2018 at 10:01:21
Recorded in Book 3013   Page   158
File Number   1562635

Deputy Clerk

**Return To :**  Attn: WILLIAM SUDELA
CJM LAW
2929 ALLEN PARKWAY, SUITE 2600
HOUSTON, TX 77019

Do not Detach this Recording Page from Original Document

| | |
|---|---|
| CLAIMANT: | Republic Helicopters, Inc. |
| CONTRACTOR: | Prime 8 Offshore, LLC |
| LEASE: | Federal Lease No. OCS-G11984 located in the Outer Continental Shelf, Ship Shoal Area, OCS Leasing Map, Louisiana Map No. 5, at Block #159, and all wells, easements, and platforms associated with same (see the attached Exhibits "B" and "C") |
| ADJACENT PARISH | Terrebonne Parish, Louisiana (offshore waters) |
| AREA/FIELD: | Ship Shoal |
| BLOCK: | Block #159 |
| WELLS: | Well No. 0001 and all other wells associated with this Well and the Lease described herein |
| PLATFORM: | Platform 001 (Complex ID 1601) in Ship Shoal (SS) Block 144 (See attached Exhibit "C") |
| OPERATORS OF RECORD: | Hoactzin Partners, L.P.; McMoRan Oil & Gas LLC; |

1

|  |  |
|---|---|
|  | Continental Land & Fur Co., LLC; Milagro Producing, LLC; and Fieldwood Energy LLC |
| RECORD TITLE OWNERS: | Hoactzin Partners, L.P.; Fidelity Oil Co. McMoRan Oil & Gas LLC; Continental Land & Fur Co., LLC: Milagro Producing LLC; and any person or entity asserting a working interest in the Lease and other property described in this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege |
| PRINCIPAL AMOUNT OF CLAIM: | $240,491.50 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

STATE OF TEXAS § 
§
COUNTY OF GALVESTON §

**BEFORE ME,** the undersigned authority, personally came and appeared:

### KJIRSTIN LARSON

who, after being duly sworn, did depose and say:

1. My name is **Kjirstin Larson.** I am the **President and Authorized Agent** of **Republic Helicopters, Inc., a Texas corporation, ("Republic")**. I am duly authorized to make, and am making, this affidavit for and on behalf of Republic.

2

431860v.1 R293/00001

2.    Republic is in the business of furnishing transportation and related services in support of the development, exploration, maintenance and operations, including drilling, completion, testing and production, of oil and gas wells.

3.    In connection with its business, Republic contracted to supply transportation and related services used in well operation, production and drilling to **Prime 8 Offshore, LLC, a Texas limited liability company, ("Prime 8") with mailing addresses of:  Prime 8 Offshore, LLC, PO Box 131954, The Woodlands, Texas 77393; Prime 8 Offshore, LLC, c/o Norman F. Ackerman, Registered Agent, 18 Augusta Pines Drive, Suite 147W, Spring, Texas  77369.**

4.    During that period **from October 2, 2015 through January 23, 2018**, Republic supplied transportation and related services for and in connection with the drilling, development, and/or operation of oil and gas wells, including the Wells described and/or referred to on pages 1 and 2 hereof and in Exhibits "A", "B", and "C" to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege, and including, specifically, Well No. 001 in Ship Shoals Area, at Block #159 and all wells associated with same, located in **Ship Shoals, Block #159, Lease No OCS-G11984, in federal offshore waters, off the coast of Terrebonne Parish, Louisiana**, in the total principal amount of **$240,491.50**, together with accruing contracted interest, plus attorney's fees and costs, which remains due and owing, pursuant to **Republic Invoice Nos. 25402, 25538, 26471, 26737, 26603, 26865, 26975, 27084, 27204, 27334, 27454, 27548, 27652, 27731, 27833, 27914, 28047, 28196, and 28550**, copies of which are

3

attached hereto, *in globo*, as **Exhibit "A"** to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege.

5. The Wells described herein are further described on pages 1 and 2 hereof and in the exhibits hereto, including, particularly, the attached **Exhibits "B" and "C"** to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege.

6. The transportation and related services furnished by Republic as described herein include, but are not necessarily limited to, those described in the invoices, flight manifests, and other related documents, copies of which are attached hereto, in globo, as **Exhibit "A"** to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege.

7. At all relevant times hereto, the foregoing transportation and related services furnished by Republic were used for or in connection with the drilling, exploration, development and/or operation of oil and/or gas Wells, as follows:

| | |
|---|---|
| CLAIMANT: | Republic Helicopters, Inc. |
| CONTRACTOR: | Prime 8 Offshore, LLC |
| LEASE: | Federal Lease No. OCS-G11984 located in the Outer Continental Shelf, Ship Shoal Area, OCS Leasing Map, Louisiana Map No. 5, at Block #159, and all wells, easements, and platforms associated with same (see the attached Exhibits "B" and "C") |
| ADJACENT PARISH | Terrebonne Parish, Louisiana (offshore waters) |
| AREA/FIELD: | Ship Shoal |
| BLOCK: | Block #159 |

4

| | |
|---|---|
| WELLS: | Well No. 0001 and all other wells associated with this Well and the Lease described herein |
| PLATFORM: | Platform 001 (Complex ID 1601) in Ship Shoal (SS) Block 144 (See attached Exhibit "C") |
| OPERATORS OF RECORD: | Hoactzin Partners, L.P.; McMoRan Oil & Gas LLC; Continental Land & Fur Co., LLC; Milagro Producing, LLC; and Fieldwood Energy LLC |
| RECORD TITLE OWNERS: | Hoactzin Partners, L.P.; Fidelity Oil Co. McMoRan Oil & Gas LLC; Continental Land & Fur Co., LLC: Milagro Producing LLC; and any person or entity asserting a working interest in the Lease and other property described in this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege |
| PRINCIPAL AMOUNT OF CLAIM: | $240,491.50 |

8. The operators of record of the above-referenced Wells are: (i) **Hoactzin Partners, L.P., a Delaware limited partnership, ("Hoactzin")**, who may be served with this Oil Well Lien Affidavit through its registered agent in the State of Louisiana, **C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70818**, as reflected in the records of the Louisiana Secretary of State; (ii) **McMoRan Oil & Gas, LLC, a Delaware limited liability company, ("McMoRan")**, who may be served with this Oil Well Lien Affidavit through its registered agent in the State of Louisiana, **Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana**

5

431860v.1 R293/00001

70802, as reflected in the records of the Louisiana Secretary of State; (iii) **Continental Land & Fur Co., Inc., a Delaware corporation, ("Continental"),** who may be served with this Oil Well Lien Affidavit through its registered agent in the State of Louisiana, **William T. Finn, 1100 Poydras Street, Suite 2700, New Orleans, Louisiana 70112,** as reflected in the records of the Louisiana Secretary of State; (iv) **Milagro Producing, LLC, a Delaware limited liability company, ("Milagro"),** who may be served with this Oil Well Lien Affidavit through its registered agent in the State of Louisiana, **Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802,** as reflected in the records of the Louisiana Secretary of State; and (v) **Fieldwood Energy LLC, a Delaware limited liability company, ("Fieldwood"),** who may be served with this Oil Well Lien Affidavit through its registered agent in the State of Louisiana, **Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton rouge, Louisiana 70809,** as reflected in the records of the Louisiana Secretary of State.

      9.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Prime 8 to Republic as described herein and is made in accordance with La. R.S. 9:4861, et seq.; 43 U.S.C.S. § 1331 et seq.; and, all other applicable laws for the purposes of preserving the liens and privileges granted by law to Republic on the following: (1) the Lease described above, and any Wells located thereon; (2) the operating interest of the operators of the Lease, **Hoactzin Partners, L.P., a Delaware limited partnership, McMoRan Oil & Gas LLC, a Delaware limited liability company, Continental Land & Fur Co., Inc., a Delaware corporation, Milagro**

6

Producing, LLC, a Delaware limited liability company, **Fieldwood Energy LLC, a Delaware limited liability company,** and the operating interest and working interest of any participating lessee(s) therein, including, but not necessarily limited to, **Hoactzin Partners, L.P.**, whose mailing addresses are **C T Corporation System, its Registered Agent, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70818, 4828 First Coast Highway, Suite 5, Fernandina Beach, Florida 32034, and Dolphin Advisors (Hoactzin), LLC, General Partner, Agent for Delaware Corporations, Inc., its Registered Agent, P. O. Box 841, Dover, Delaware 19904; Fidelity Oil Co.**, whose mailing addresses are **The Corporation Trust Company, its Registered Agent, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801; 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816**; and, **5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808**; **McMoRan Oil & Gas LLC,** whose mailing addresses are **Corporation Service Company, its Registered Agent, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802**; and, **1615 Poydras, New Orleans, Louisiana 70112; Continental Land & Fur Co., Inc.**, whose mailing addresses are **c/o Thomas Palmer, 16945 Northchase Drive, Suite 1500, Houston, Texas 77060**; and, **c/o William T. Finn, its Registered Agent, 1100 Poydras Street, Suite 2700, New Orleans, Louisiana 70163**; and, **Milagro Producing LLC,** whose mailing addresses are **Corporation Service Company, its Registered Agent, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802**; and, **1301 McKinney, Suite 500, Houston, Texas 77010** together with the Wells, buildings, tanks, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other

7

construction or facility located thereon and all movables used in the operation of the Wells attached thereto or located on the Lease and/or well sites, including, but not limited, to monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures; (3) all hydrocarbons produced from the operating interest; (4) all easements, rights-of-use, and other rights appurtenant to the foregoing Lease, Wells, and rights described hereinabove (see, in particular, **Exhibit "C"** to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege); and, (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of lis pendens, and ten percent (10%) attorney's fees. The foregoing properties and property rights against which the liens and privileges herein are asserted are further described in the documents attached as **Exhibits "A", "B", and "C"** to this Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege.

This done and signed in Galveston County, Texas on this \_\_\_2\_\_\_ day of \_\_\_July\_\_\_, 2018.

REPUBLIC HELICOPTERS, INC., a Texas corporation

By: _____
Kjirstin Larson, President

8

431860v.1 R293/00001

SWORN TO AND SUBSCRIBED BEFORE ME by Kjirstin Larson this 2nd day of July, 2018.



_____
Notary Public, State of Texas

## Acknowledgment

STATE OF TEXAS §
§
COUNTY OF GALVESTON §

This instrument was acknowledged before me on the 2nd day of July, 2018 by Kjirstin Larson, President of Republic Helicopters, Inc., a Texas corporation, on behalf of said corporation.



_____
Notary Public, State of Texas

9

431860v.1 R293/00001