# EXHIBIT "B"

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: HOLLY C HAMM
SNOW SPENCE GREEN LLP
2929 ALLEN PKWY, STE 2800
HOUSTON, TX 77019

**First MORTGAGOR**
HOACTZIN PARTNERS L P

**First MORTGAGEE**
PRIME 8 OFFSHORE L L C

**Index Type :** MORTGAGES **File # :** 1559968

**Type of Document :** LIEN

**Book :** 3003  **Page :** 82

**Recording Pages :** 37

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 06/11/2018

At (Recorded Time) : 1:42:49PM

Doc ID - 014335850037

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 06/11/2018 at 1:42:49
Recorded in Book 3003 Page 82
File Number, 1559968

Deputy Clerk

**Return To :** Attn: HOLLY C HAMM
SNOW SPENCE GREEN LLP
2929 ALLEN PKWY, STE 2800
HOUSTON, TX 77019

Do not Detach this Recording Page from Original Document

**AFFIDAVIT AND SWORN STATEMENT
IN SUPPORT OF LIEN ON MINERAL PROPERTY
<u>NOTICE OF LIEN CLAIM AND STATEMENT OF PRIVILEGE</u>**

| | |
|---|---|
| **STATE OF LOUISIANA** | § |
| | § |
| **PARISH OF TERREBONNE** | § |

| | |
|---|---|
| Claimant: | Prime 8 Offshore, LLC |
| Contractor: | Hoactzin Partners, L.P. |
| Operator of Record: | Hoactzin Partners, L.P.; Apache Shelf, Inc. f/k/a Mariner Gulf of Mexico LLC.; McMoRan Oil & Gas LLC; Continental Land & Fur Co., LLC; Milagro Producing, LLC; and Omimex Petroleum, Inc. |
| Record Title Owners: | Hoactzin Partners, L.P.; Omimex Petroleum, Inc.; Apache Shelf, Inc. f/k/a Mariner Gulf of Mexico LLC.; and any person or entity asserting a working interest in the Subject Property |
| Lease(s): | Federal Lease No. OCS-G26064 located in Ship Shoal Area, at Block #144 and all wells associated with same |
| Area/Field: | Ship Shoal |
| Adjacent Parish: | Terrebonne |
| Principal Amount Due: | $45,957.38 |
| TO RECORDING OFFICER: for your Parish. | This instrument must be filed in the appropriate Lien Records |

## Claimant

Prime 8 Offshore, LLC (hereinafter referred to as "Claimant") has, under contract, furnished materials and equipment and/or performed labor and services for and in connection with the digging, drilling, torpedoing, operating, completing, maintaining, testing, producing, reworking, abandoning or repairing of an oil and/or gas well on the oil, gas, and mineral leasehold hereinafter described. Such leasehold hereinafter described is located on the Outer Continental Shelf – Gulf of Mexico Region and is subject to the laws and regulations pursuant to 43 U.S.C.S. §1331 *et seq.* Claimant's above-described contractual obligations concerns the exploration, development and/or production of the leasehold under § 43 U.S.C.S. §1331 *et seq.*

Claimant's mailing address is as follows:

> Norman F. Ackermann, Jr.
> Prime 8 Offshore, LLC
> P.O. Box 131954
> The Woodlands, TX 77393

## Property Description

This lien claim, or privilege, is upon the following:

(i) The operating interest under which the operations giving rise to the claimant's privilege are conducted together with the interest of the lessee of such interest in the following:
  a. All wells associated with Federal Lease No. OCS-G26064 located in Ship Shoal Area, at Block 144, the location of which is described in Exhibit A (the "Lease");
  b. Tank(s), leasehold pipelines, and other construction or facility on any well site on the Lease;
  c. Movable(s) on the above-described well sites that is used in operations, other than a movable that is only transiently on any well site on the Lease for repair, testing, or other temporary use;
  d. The tract of land, servitude and lease covering the well sites of the operating interest upon Federal Lease OCS-G26064 located in Ship Shoal Area at Block #144 and further described in Exhibit A.

(ii) The drilling or other rig (drilling platform) located at any well site of the operating interest in the Lease if the rig is owned by the operator or by a contractor from whom the activities giving rise to the privilege emanate.

(iii) The interest of the operator and participating lessee(s) in hydrocarbons produced from the operating interest and the interest of non-participating lessee(s) in hydrocarbons produced from that part of the operating interest subject to the privilege.

2

(iv) The proceeds received by, and the obligations owed to, a lessee from the disposition of hydrocarbons subject to the privilege.

(v) And upon any other property provided for in La. R.S. 9:4863.

The wells, Lease and all other property described under the heading Property Description above is collectively hereinafter referred to as the "Subject Property".

### Owners

The names and addresses of the owners (or reputed owners) whose interest in the Subject Property is encumbered by this lien are as follows:

Operating Rights and Record Title Owners:

| Hoactzin Partners, L.P. <br> 4828 First Coast Highway, Suite 5 <br> Fernandina Beach, FL 32034 | Omimex Petroleum, Inc. <br> 7950 John T. White Rd. <br> Fort Worth, TX 76120 |
|---|---|
| Apache Shelf, Inc. f/k/a <br> Mariner Gulf of Mexico LLC <br> 2000 Post Oak Blvd., Suite 100 <br> Houston, TX 77056 | |

Operating Rights Owners Only

| McMoran Oil & Gas LLC <br> 1615 Poydras Street <br> New Orleans, LA 70112 | Continental Land & Fur Co., Inc. <br> 4 Greenspoint Place, Suite 1500 <br> 16945 Northchase Dr. <br> Houston, TX 77060-2153 |
|---|---|
| Milagro Producing, Inc. <br> 1301 McKinney, Suite 500 <br> Houston, TX 77010 | |

and any person or entity asserting a working interest in the Subject Property.

### Operator

The name of the designated operator of the well as shown by the records of the Bureau of Safety and Environmental Enforcement is Hoactzin Partners, L.P., whose address is P.O. Box 16867, Fernandina Beach, FL 32035.

3

## Statement of Claim

Hoactzin Partners, L.P. contracted with Claimant to furnish materials, machinery, or supplies and/or perform labor and services on behalf of itself and other owners of interests in the Subject Property.

Attached hereto as Exhibit B are outstanding invoices setting forth: (1) the materials furnished and labor performed by Claimant; (2) the dates on which the labor was performed and materials were furnished; (3) the prices charged in connection with the labor and materials; and (4) the lease(s) and well with respect to which the labor was performed and materials were furnished. The labor and materials described in Exhibit B were furnished in connection with the digging, drilling, torpedoing, operating, completing, maintaining, testing, producing, reworking, abandoning or repairing of the Subject Well located on the Subject Property.

Claimant commenced furnishing materials and/or services in connection with the outstanding invoices regarding Subject Property on or about July 5, 2017 and last furnished materials and/or services in connection with the outstanding invoices regarding the Subject Property on February 6, 2018. All materials and/or services furnished by claimant to the leasehold interest described in Exhibit A are, upon information and belief, secured under a single privilege under applicable law.

The amount of this claim is Forty-Five Thousand Nine Hundred Fifty-Seven and 38/100 Dollars ($45,957.38) principal, plus interest, costs of court and attorneys' fees equal to 10% of the principal amount claimed. Said amount is due and owing. All just and lawful offsets, payments, and credits, if any, have been made and allowed. The sum charged for the services and/or materials were at the time and place of performance, reasonable and were agreed upon by the parties prior to and/or at the time that the labor and materials were furnished.

## Statutory Lien Claim

This Affidavit and Sworn Statement in Support of Lien on Mineral Property Notice of Lien Claim and Statement of Privilege is filed pursuant to 43 U.S.C.S. §1331 *et seq*, and La. R.S. 9:4861 *et seq*. for the purpose of perfecting a lien upon 100% of the operating interest described above, including the interest of each working interest owner in the Subject Property, and their respective interest in all property thereon as provided in La. R.S. 9:4863, to secure the claim amount. Notice of and a copy of this Affidavit and Sworn Statement in Support of Lien on Mineral Property Notice of Lien Claim and Statement of Privilege was provided to the above-identified Owners and Operator by Certified Mail Return Receipt Requested.

Claimant reserves the right to file an Amended Lien.

******REST OF PAGE INTENTIONALLY LEFT BLANK******

**SIGNATURE PAGE TO FOLLOW**

4

Claimant:

**PRIME 8 OFFSHORE, LLC**

By: _/s/ Norman F. Ackermann, Jr._
Norman F. Ackermann, Jr., Member

**AFFIDAVIT**

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

I, Norman F. Ackermann, Jr., Member for Prime 8 Offshore, LLC, Affiant, do hereby state under oath that I have read the foregoing instrument and examined the Exhibits thereto, and that every statement contained therein, is based on matters within my personal knowledge, is true and correct, that the amounts claimed therein are due and owing, and that all just and lawful offsets, payments, and credits have been allowed.

By: _/s/ Norman F. Ackermann, Jr._
Norman F. Ackermann, Jr., Member

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, by Norman F. Ackermann, Jr., Member for Prime 8 Offshore, LLC, on this the 7th day of May June 2018.

_____
Notary Public in and for
the State of TEXAS

AITZA GISELLE WORLEY
Notary Public, State of Texas
Comm. Expires 01-04-2021
Notary ID 129252244

Printed Name: Aitza Giselle Worley
My Commission Expires: 01-04-2021

**ACKNOWLEDGEMENT**

This instrument was acknowledged before me on the 7th day of May June 2018, by Norman F. Ackermann, Jr., Member for Prime 8 Offshore, LLC, on behalf of said corporation.

_____
Notary Public in and for
the State of TEXAS

AITZA GISELLE WORLEY
Notary Public, State of Texas
Comm. Expires 01-04-2021
Notary ID 129252244

Printed Name: Aitza Giselle Worley
My Commission Expires: 01-04-2021

5