## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code, Bonds Ellis Eppich Schafer Jones LLP hereby gives notice of its representation of EOG Resources, Inc. in the above styled and numbered cause, and requests that copies of all notices of meetings, hearings, motions, notices to file claims, pleadings, etc., be provided to the undersigned at the address below.

> Joshua N. Eppich
> Texas State Bar No. 24050567
> J. Robertson Clarke
> Texas State Bar No. 24108098
> BONDS ELLIS EPPICH SCHAFER JONES LLP
> 420 Throckmorton Street, Suite 1000
> Fort Worth, Texas 76102
> (817) 405-6900 telephone
> (817) 405-6902 facsimile
> Email: joshua@bondsellis.com
> Email: robbie.clarke@bondsellis.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

requests, complaints, demands, replies, answers, schedule of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery, telephone, facsimile, telegraph, telex, telefax or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver or consent by EOG Resources, Inc. (1) to the jurisdiction of the Bankruptcy Court, (2) to trial by jury in any proceedings in this case or any case, controversy, or proceeding related to these cases, or (3) of any other rights, claims, actions, setoffs, or recoupments to which EOG Resources, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments EOG Resources, Inc. expressly reserves.

Dated: December 8, 2020

Respectfully submitted,

*/s/ Joshua N. Eppich*
Joshua N. Eppich
Texas State Bar No. 24050567
J. Robertson Clarke
Texas State Bar No. 24108098
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: joshua@bondsellis.com
Email: robbie.clarke@bondsellis.com

**ATTORNEYS FOR EOG RESOURCES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2020, a copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

*/s/ J. Robertson Clarke*
J. Robertson Clarke