UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>**FIELDWOOD ENERGY LLC, *et al.*** [1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>**(Jointly Administered)** |

## WITNESS AND EXHIBIT LIST
**[Relates to Docket Nos. 401]**

The Official Committee of Unsecured Creditors (the "Committee") submits the following Witness and Exhibit List for the hearing scheduled on December 14, 2020 at 2:00 p.m. (CT), in the above-styled, jointly administered bankruptcy cases (the "Bankruptcy Cases") before the Honorable Marvin Isgur, Chief United States Bankruptcy Judge, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Committee may call the following witnesses:

1. Any witness listed, offered, or called by any other party, including the Debtors.

2. Any witness required for rebuttal or impeachment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

61542/0001-21828984v1

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | *Motion of the Official Committee of Unsecured creditors for Entry of an Order (I) Clarifying its Disclosure Obligations, (II) Approving Protocol for Providing Access to Information to Unsecured Creditors and (III) Retaining Prime Clerk LLC as Information Agent, Effective as of September 1, 2020* [Docket No. 401] | | | | |
| 2. | *Affidavits of Service of Mailings for the Period from September 27, 2020 through October 3, 2020* [Docket No. 417] | | | | |
| 3. | *Affidavits of Service for Mailings for the Period from November 1, 2020 through November 7, 2020* [Docket No. 545-1] | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | |

The Committee reserves the right to modify, amend, or supplement this Exhibit and Witness List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the December 14, 2020 Hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

61542/0001-21828984v1

Dated: December 9, 2020

Respectfully submitted,

*/s/ Michael D. Warner*
COLE SCHOTZ P.C.
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile:  (817) 810-5255
Email:    mwarner@coleschotz.com
              bwallen@coleschotz.com

- and -

**STROOCK & STROOCK & LAVAN LLP**
Kristopher M. Hansen, Esq. (admitted *pro hac vice*)
Kenneth Pasquale, Esq. (admitted *pro hac vice*)
Sherry J. Millman, Esq. (admitted *pro hac vice*)
John F. Iaffaldano, Esq. (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006
Email: khansen@stroock.com
            kpasquale@stroock.com
            smillman@stroock.com
            jiaffaldano@stroock.com

*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I certify that on December 9, 2020 I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF noticing system on all parties registered to receive electronic notices in the above cases.

*/s/ Michael D. Warner*
Michael D. Warner

61542/0001-21828984v1