UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

---

| | ) | |
|---|---|---|
| In re: FIELDWOOD ENERGY, LLC | ) | Chapter 7 |
| | ) | |
| | ) | Case No: 20-33948 |
| Debtor(s) | ) | |
| | ) | |

---

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002(i)

TO:  ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 2002(i), I hereby request that I be placed on the Court's mailing list in the above-captioned matter and that all notices given or required to be given, orders and other papers issued or served or required to be served in this case, to any creditors or other parties in interest, be also give to and served whether electronically or otherwise, upon the following person:

Robert L. Marrero
**Robert L. Marrero, LLC**
401 Whitney Avenue
Suite 126
Gretna, LA 70056
Telephone: (504) 366-8025
office@bobmarrero.com
Attorney for Precision Rental Services

Dated:  December 9, 2020                     Respectfully submitted,

 /s/ Robert L. Marrero
**Robert L. Marrero, LSBA #8947**
**ROBERT L. MARRERO, LLC**
401 Whitney Avenue
Suite 126
Gretna, LA 70056-2577
Telephone: (504) 366-8025
Fax: (504) 366-8026
Email: office@bobmarrero.comt

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

---

In re: FIELDWOOD ENERGY, LLC ) Chapter 7
)
) Case No: 20-33948
Debtor(s) )

---

**CERTIFICATE**

  I hereby certify that on December 9, 2020, I caused the attached Request For Notice Under Bankruptcy Rule 2002(i) to be filed with the Clerk, United States Bankruptcy Court, Southern District of Texas by ECF and one copy of the aforementioned document by ECF to those persons listed who have signed up to receive notices via ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

  I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ Robert L. Marrero
      Robert L. Marrero

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

---

In re: FIELDWOOD ENERGY, LLC ) Chapter 7
) 
) Case No: 20-33948
Debtor(s) )

---

**Service List – Attachment to Certificate of Service**

    Prime Clerk, LLC
    One Grand Central Place
    60 East 42nd Street, Suite 1440
    New York, NY 10165
    Attn: Shai Waisman

    Stroock & Stroock & Lavan, LLP
    180 Maiden Lane
    New York, NY 10038
    Attn: Kristopher M. Hansen

    Fieldwood Energy, LLC
    2000 W. Sam Houston Pkwy South
    Suite 1200
    Houston, TX 77042
    Attn: Michael T. Dane, Senior VP & CFO

    Weil, Gotshal & Manges, LLC
    767 Fifth Avenue
    New York, NY 10153
    Attn: Jessica Liou, Esq.