

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
12/10/2020

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | | Fieldwood Energy LLC, et al. |

This lawyer, who is admitted to the State Bar of _____New York and New Jersey_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Christopher R. Belmonte<br>Duane Morris LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>212-818-9200<br>NY-1249291; NJ-046911995 |

Seeks to appear as the attorney for this party:

| Moody's Investors Service, Inc. | |
|---|---|
| Dated: December 9, 2020 | Signed: /s/ Christopher R. Belmonte |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: December 10, 2020

Marvin Isgur
United States Bankruptcy Judge