

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
12/10/2020

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Pamela A. Bosswick |
| Firm | Duane Morris LLP |
| Street | 230 Park Avenue, Suite 1130 |
| City & Zip Code | New York, NY 10169 |
| Telephone | 212-818-9200 |
| Licensed: State & Number | NY- 2327542 |

Seeks to appear as the attorney for this party:

Moody's Investors Service, Inc.

Dated: December 9, 2020         Signed: /s/ Pamela A. Bosswick

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:        Signed: _____
                    Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: December 10, 2020

_____
Marvin Isgur
United States Bankruptcy Judge