# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, December 14, 2020

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs, as first lien first out agent |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities as DIP Agent |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Cole Schotz P.C. | The Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co. |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |