IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § § § § | CHAPTER 11 |
| **FIELDWOOD ENERGY LLC,** *et al* | | Case No. 20-33948-MI |
| Debtors. | | Jointly Administered |

### REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

Pursuant to Federal Rule of Bankruptcy Procedure 2002, Valero Marketing and Supply Company ("Valero"), without consenting to or waiving any rights with respect to jurisdiction under Title 11 of the United States Code, hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtors be served on it at the following address:

> Deborah D. Williamson
> Danielle N. Rushing
> **DYKEMA GOSSETT PLLC**
> 112 East Pecan Street, Suite 1800
> San Antonio, Texas 78205
> Telephone: (210) 554-5500
> Facsimile: (210) 226-8395
> dwilliamson@dykema.com
> drushing@dykema.com

Further, pursuant to Rule 2002 of the Bankruptcy Rules, Valero's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated:  December 17, 2020         Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

**ATTORNEYS FOR**
**VALERO MARKETING**
**AND SUPPLY COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system on this 17th day of December , 2020.

                                                */s/  Deborah D. Williamson*
                                                Deborah D. Williamson