IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § § | Case No. 20-33948 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF RATE INCREASE PURSUANT TO
ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
STROOCK & STROOCK & LAVAN LLC AS ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 1, 2021**

**PLEASE TAKE NOTICE THAT:**

1. On September 18, 2020, the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* filed the *Application of the Official Committee of Unsecured Creditors fir Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel, Effective as of August 19, 2020* [Docket No. 375] (the "Stroock Retention Application").

2. On October 16, 2020, the Court entered the *Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of August 19, 2020* [Docket No. 471] (the "Stroock Retention Order"). As disclosed in the Stroock Retention Application in the normal course of its business, Stroock & Stroock & Lavan LLP ("Stroock") adjusts its billing rates annually.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. Pursuant to paragraph 10 of the Stroock Retention Order, Stroock is required to notify the Debtors and the U.S. Trustee before any increase in the rates set forth in the Stroock Retention Application and file such notice with the Court. Effective January 1, 2021, Stroock will increase its hourly rates and adopt the following revised standard billing structure:

| **Stroock Professional** | **Original Rate Range** | **Revised Rate Range** |
|---|---|---|
| Partners | $1,150 – $1,650 per hour | $1,195 – $1,800 per hour |
| Associates/Special Counsel | $550 – $1,095 per hour | $685 – $1,195 per hour |
| Paraprofessionals | $340 – $510 per hour | $400 – $495 per hour |

Dated:  December 17, 2020           Respectfully submitted,
       New York, New York

                                      */s/  Kenneth Pasquale*
                                      Kenneth Pasquale
                                      Stroock & Stroock & Lavan LLP
                                      180 Maiden Lane
                                      New York, NY 10038-4982
                                      (212) 806-5562
                                      Fax No. (212) 806-6006
                                      kpasquale@stroock.com