**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIELDWOOD ENERGY LLC, *et al.*, | ) Case No. 20-33948 (MI) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

**SECOND SUPPLEMENTAL DECLARATION OF JOHN T. YOUNG JR. IN
SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' APPLICATION FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, LLC
AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 20, 2020**

I, John T. Young Jr., under penalty of perjury, declare as follows:

1. I am a Senior Managing Director at Conway MacKenzie, LLC ("Conway MacKenzie"). I make and submit this supplemental declaration (this "Second Supplemental Declaration") on behalf of Conway MacKenzie to supplement the disclosures contained in the *Declaration of John T. Young Jr. in Support of the Official Committee of Unsecured Creditors' Application for an Order Authorizing the Retention and Employment of Conway MacKenzie, LLC, as Financial Advisor Effective as of August 20, 2020* (the "Original Declaration") attached as Exhibit B to the *Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Authorization to Retain and Employ Conway MacKenzie, LLC as Financial Advisor Effective as of August 20, 2020.* [Docket No. 376] (the "<u>Application</u>")[2] and the *First Supplemental Declaration of John T. Young Jr. in Support of the Official Committee of Unsecured Creditors' Application for an order Authorizing the Retention and Employment of Conway MacKenzie, LLC as Financial Advisor Effective as of August 20, 2020* [Docket No. 461] (the "Supplemental Declaration").

2.     I am duly authorized to make and submit this Second Supplemental Declaration on behalf of Conway MacKenzie in accordance with section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a).

3.     Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge, upon information and belief, and upon records kept in the ordinary course of business that were reviewed by me or other employees of Conway MacKenzie under my supervision and direction, of the facts set forth herein. Conway MacKenzie, along with Conway MacKenzie Management Services and each of their respective subsidiaries, will be referred to as the "<u>Conway Entities</u>".

4.     On October 30, 2020, Winter Harbor LLC ("<u>Winter Harbor</u>") was purchased by a subsidiary of Riveron Parent Holdings, LP ("<u>Holdco</u>", and collectively with its subsidiaries other than the Conway Entities and Winter Harbor LLC, "<u>Riveron</u>"). Holdco is controlled by an investment vehicle that is majority owned by H.I.G. Capital Partners V, L.P. ("<u>LBO Fund V</u>") and H.I.G. Growth Buyouts & Equity Fund III, L.P. ("<u>Growth Fund III</u>"), investment funds managed by H.I.G. Capital, LLC (together with its affiliates other than Riveron, the Conway Entities, and Winter Harbor, "<u>H.I.G.</u>"). Riveron Consulting, LLC, the Conway Entities, and Winter Harbor are business advisory firms. As a result of the transaction, Conway MacKenzie, Riveron, Winter

---

[2] Capitalized terms used but not defined herein shall having the meanings ascribed to such terms in the Application, the Original Declaration, or the Supplemental Declaration as applicable.

Harbor, and H.I.G. are affiliates under applicable law. The following disclosure is made out of an abundance of caution in an effort to comply with the Bankruptcy Code and Bankruptcy Rules.

5.        In connection with the combination of the Conway Entities, Winter Harbor, and Riveron and in addition to the procedures set forth in the Original Declaration, Winter Harbor conducted its standard review process of Winter Harbor's contacts with the Debtors and the Potential Parties-in-Interest that were made known to Conway MacKenzie by the Debtors. This process entailed the partners of Winter Harbor reviewing the list of Potential Parties-in-Interest for connections to such Potential Parties-in-Interest and an email being sent to all Winter Harbor professionals instructing them to review the Potential Parties-in-Interest list for connections.

6.        In addition, Conway MacKenzie conducted a review of the Potential Parties-in-Interest against a list of Winter Harbor's clients, referral sources, and vendors.  A listing of the Potential Parties-in-Interest reviewed is reflected on **Schedule A** attached to this Second Supplemental Declaration. Based on the results of this review, as communicated to me by Winter Harbor and Conway MacKenzie personnel, the Conway Entities do not have a relationship with the Debtors or any of the Potential Parties-in-Interest as a result of Riveron's acquisition of Winter Harbor, except as disclosed on **Schedule B** hereto.

7.        Designees of LBO Fund V and Growth Fund III are members of the Board of Managers of the general partner of Holdco ("Holdco Board Designees"). Holdco wholly owns Riveron Intermediate Holdings, Inc. ("Intermediate Co"), which wholly owns Riveron Acquisition Holdings, Inc. ("Acquisition Co"), which wholly owns Riveron Consulting, LLC, the Conway Entities, and Winter Harbor. No H.I.G. designees are Board members of Riveron Consulting, LLC, Conway MacKenzie, Intermediate Co, Acquisition Co, or Winter Harbor.

8.      Further, the Conway Entities, Riveron, Winter Harbor, LBO Fund V, and Growth Fund III have the following precautionary restrictions in place designed to prevent confidential client information, including the names of clients reasonably likely to be involved in reorganization proceedings under the Bankruptcy Code, from being shared with H.I.G. or their Holdco Board Designees (collectively, the "Barrier"): (a) the Conway Entities will not furnish any material nonpublic information about the Debtors or the Committee to LBO Fund V and Growth Fund III, the Holdco Board Designees, or any H.I.G. entity or personnel; (b) no LBO Fund V and Growth Fund III personnel nor any other H.I.G. personnel work on Conway Entities client matters or have access to Conway Entities client information, client files, or client personnel; (c) Riveron and Winter Harbor personnel who are not staffed on this engagement do not have access to the Committee's client information or client files; (d) all H.I.G. personnel, Riveron personnel, Winter Harbor personnel, and Conway Entities personnel have been or will be provided a written description of this Barrier and the importance thereof; (e) no LBO Fund V and Growth Fund III personnel nor any other H.I.G. personnel work in the Conway Entities' offices, Riveron's offices, or Winter Harbor's offices; (f) other than the Holdco Board Designees, the Conway Entities, Riveron, and Winter Harbor operate independently from H.I.G., including that they do not share any employees, officers, or other management with H.I.G., have separate offices in separate buildings, have separate email addresses, and have separate IT systems; and (g) no Conway Entities, Riveron, or Winter Harbor executive or employee is a director, officer, or employee of H.I.G. Capital, LLC or the Funds (or vice versa other than the Holdco Board Designees).

9.      Based on the process set forth in the Original Declaration, the Supplemental Declaration, and this Second Supplemental Declaration it is my understanding that the overall

design and implementation of Conway MacKenzie's current procedures provide a reasonable level of comfort that relationships and potential conflicts will be identified.

10.     Notwithstanding the foregoing, given the large number of Potential Parties-in-Interest and Fund investments, despite the efforts described  in the Original Declaration, the Supplemental Declaration, and this Second Supplemental Declaration to identify and disclose the Conway Entities' relationships with Potential Parties-in-Interest in these Chapter 11 Cases, there may be client relationships or other connections that have not been disclosed. In particular, among other things, the Conway Entities, Riveron, Winter Harbor, or H.I.G. may have relationships with persons who are beneficial owners of Potential Parties-in-Interest and persons whose beneficial owners include Potential Parties-in-Interest or persons who otherwise have relationships with Potential Parties-in-Interest. Moreover, the Conway Entities, Riveron, Winter Harbor, or H.I.G. employees may have relationships with Potential Parties-in-Interest, persons that may become Potential Parties-in-Interest in these cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors, or that are customers of the Debtors. Continued inquiry will be made following the filing of this Second Supplemental Declaration by undertaking the same procedures described herein, in the Original Declaration, and in the Supplemental Declaration on a periodic basis, except where otherwise specified, with additional disclosures to be filed in this Court if necessary or otherwise appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my information, knowledge, and belief.

Dated: December 18, 2020

By:   */s/ John T. Young Jr.*
      John T. Young Jr.
      Senior Managing Director

**Schedule A**

**Parties in Interest**

(Certain parties on this list fall under numerous categories herein but are listed one time only)

**<u>Debtors</u>**
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Dynamic Offshore Resources NS, LLC
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
FW GOM Pipeline, Inc.
Galveston Bay Pipeline LLC
Galveston Bay Processing LLC
GOM Shelf LLC

**<u>Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)</u>**
Apache GOM Pipeline, Inc.
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Dynamic Offshore Resources, LLC
Fieldwood Managing Member LLC
Galveston Bay Pipeline Company
Galveston Bay Processing Corporation
National Offshore LP
National Onshore LP
Northstar GOM, LLC
Northstar Gulfsands, LLC
SandRidge Energy Offshore, LLC
SandRidge Offshore, LLC
SandRidge Onshore, LLC
SPN Resources, LLC

**<u>Bankruptcy Judges and Staff (for the Southern District of Texas)</u>**
Chief Judge David R. Jones
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Albert Alonzo
Ana Castro

Jeannie Andresen
Jeannie Chavez
Kimberly Picota
LinhThu Do
Mario Rios
Rosario Sfproaldana
Tracey Conrfproad
Tyler Laws
Vriana Portillo
Eduardo V. Rodriguez

**Clerk of the Court**
David J. Bradley (Clerk of the Court)
Darlene Hansen (Clerk of the Court)

**U.S. Attorney's Office (for the Southern District of Texas)**
Ryan Patrick

**Banks**
ABN AMRO Bank N.V.
American Express
BBVA Bancomer, S.A.
Capital One, N.A.
Deutsche Bank AG
J.P. Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A
US Bank N.A.
Wilmington Trust, N.A.

**Bondholders/Noteholders/ Indenture Trustees**
None – N/A

**Bonding and Permitting Authorities**
Alabama Department of Conservation and Natural Resources
Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Florida Department of Environmental Protection
Louisiana Department of Natural Resources
Louisiana Office of Conservation
Mississippi Department of Marine Resources
National Marine Fisheries Services
National Oceanic and Atmospheric Administration
Railroad Commission of Texas
State of Texas, Railroad Commission
Texas General Land Office
The City of Texas City
United States Army Corps of Engineers
United States Coast Guard
US Army Corp. of Engineers
US Bureau of Ocean Energy Management

US Dept. of Homeland Security
US Office of Natural Resources Revenue

**<u>Contract & Joint Venture Counterparties</u>**
Acadian Contractors, Inc.
Amerada Hess
American Eagle Logistics, LLC
Anadarko Petroleum Corporation
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Shelf Exploration LLC
Apache Shelf, Inc.
A-Port LLC
Black Elk Energy Offshore Operations
Black Elk Energy Offshore Operations, LLC
BNP Paribas Trading
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
Cardinal Services, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Chevron Corporation
Chevron U.S.A. Inc.
Coastal Chemical Co., LLC
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
ConocoPhillips Company
Cypress Point Marine
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Dynamic Industries, Inc.
Dynamic Offshore Resources, LLC
Energy XXI GOM, LLC
Energy XXI Onshore, LLC
ENI Petroleum US LLC
Ensco Offshore Company
Enterprise Gas Processing, LLC
Exterran Energy Solutions, L.P.
Fluid Crane & Construction, Inc.
Foothill Capital Corporation
Gulf Crane Services
HCC International Insurance Company PLC
Hunt Oil Company.
Intertek USA, Inc.
Island Operating Co., Inc.
J. Aron & Company

Jerel Exploration, Inc.
JX Nippon Oil Exploration
Kilgore Marine Services, LLC
Lime Rock Resources
Linear Controls, Inc.
Louisiana Safety Systems, Inc.
LRR Energy, LP
Magnum Hunter Resources
Marathon Oil Company
Martin Energy Services LLC
Matthew Dundrea (Trustee)
Monson Gulf, L.L.C.
Multiklient Invest AS
Noble Energy, Inc.
Noble Energy, Inc.
Noble Energy, Inc.
Northwestern Mutual Life Insurance Company
Offshore Services of Acadiana, LLC
Olympic Seismic Ltd.
ORX Exploration, Inc.
ORX Resources, L.L.C.
Pacific Enterprises
Palace Exploration Company
Panaco, Inc.
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
PHI, Inc.
Quality Energy Services, Inc.
Riverstone Holdings LLC
Riverstone Holdings LLC
Riverstone Sparta Cooperatief U.A.
RLI Insurance Company
Sandridge Energy, Inc.
SEI
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Frontier Oil & Gas Inc.
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Land & Energy Company
Shell Offshore Inc.
Shell Oil Company
Shell Trading Risk Management, LLC
Solar Turbines Incorporated

Stone Energy Offshore, L.L.C.
Targa Resources
TDC/Petrobas
Texaco
TGS-NOPEC Geophysical Company
Total Safety U.S., Inc.
U.S. Recovery Systems, Inc.
WesternGeco L.L.C.
Wood Group PSN, Inc.
XTO Energy Inc.
Zenergy, Inc.
Zurich American Insurance Company

**Current Directors**
Bartow Jones
James LaChance
James Painter
Jason Dillow
Jason Mudrick
Mark S. Boyadjian
N. John Lancaster, Jr.

**Current Officers**
Bart Neighbors
Brandon DeWolfe
Gary G. Janik
Gary Mitchell
James P. Brysch
John Deck
John Dwyer
John H. Smith
John Pritchett
John Seeger
Kelly Frazier
Mark Mozell
Michael T. Dane
Patrick Eiland
Thomas R. Lamme
William "Bill" Swingle

**Known Affiliations of Board Members**
4Gas BV
A. Hak inTANK Services LLC
Abaco Energy Technologies LLC
AG Global Canada, L.P.
Apache
aPriori Capital Partners L.P.
Atlas Barnett, LLC
Belden & Blake Corp.
Bounty Minerals II LLC
Bounty Minerals LLC

11

Buckeye GP Holdings L.P.
Buckeye Partners, L.P.
Capital C Energy, LLC
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.
CDM Resource Management LLC
Centennial Resource Development, Inc.
Cobalt International Energy, Inc.
Credit Suisse
DLJ Merchant Banking Partners
Dresser, Inc.
Dynamic Energy Services International LLC
Dynamic Offshore Resources, LLC
Enduro Resource Partners LLC
EP Energy Corporation
EP Energy LLC
Frontier Drilling ASA
Goldman Sachs & Co. LLC
Green Earth Fuels, LLC
Hudson Products Corp.
Kerogen Exploration LLC
Kinder Morgan Kansas, Inc.
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Magellan GP, LLC
Magellan Midstream Partners, L.P.
MainLine Management LLC
Mariner Energy, Inc.
Maritech Resources
Niska Gas Storage Ltd.
Northstar Offshore Group LLC
Permian Tank & Manufacturing, Inc.
Plains Gas Solutions, LLC
Plains Resource
Quorum Business Solutions, Inc.
Red Technology Alliance, LLC
Riverstone Energy Limited
Riverstone Holdings LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
Seabulk International, Inc.
Shelter Bay Energy, Inc.
Stallion Oilfield Services Ltd.
Targe Energy LLC
The Carlyle Group L.P.
The Goldman Sachs Group, Inc.

Titan Specialties, Ltd.
Topaz Power Group LLC
Trinity River Energy, LLC
Tuck School of Business at Dartmouth
UTEX Industries
Vantage Energy Inc.
Ward Lake Drilling Inc.
Wayne Fueling Systems
XTO Energy Inc.

**Debtors Professionals (law firms, accountants and other professionals)**
AlixPartners, LLP
Houlihan Lokey Capital, Inc.
Jones Walker LLP
Prime Clerk LLC
Simpson Thacher & Bartlett LLP
Thompson & Knight LLP
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management) and Affiliations**
David M. Leuschen
David McBride
Doug MacAfee
G.M. McCarroll
Howard Tate
James P. Ulm
Jill Curry
Joel Plauche
John Nicholson
Michael T. Dane
Paul Gluth
Pierre F. Lapeyre Jr.
R. Cris Sherman
Richard Black
Shannon Savoy

**Insurance/Insurance Provider**
AEGIS
AIG OIL Rig
Aliant, Inc.
Alliance Global Corporate and Specialty SE
Alliant, Inc. CAC Specialty
American International Group UK Ltd.
Anco Insurance Services of Houston, Inc.
Antares
Apollo Marine & Energy Consortium
Appollo Syndicate Management
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Argo

Ark
Ascot Syndicate 1414 at Lloyd
AXA XL
AXIS
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)
Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bishopsgate Insurance Brokers
CAC Specialty
Canopius Managing Agents Limited
Chubb
Chubb Limited
CNA Hardy
Convex Insurance UK Limited
CV Starr
Europe SE
European Company Operations
Great American Insurance Group
Hamilton / Hamilton Insurance DAC
HCC International Insurance Company PLC
HDI Global Specialty SE
Hiscox
Houston Casualty Company (UK Branch)
Ironshore
Kersey Specialty Limited
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
MRS
MS Amlin Underwriting Limited
Munich Re Syndicate Limited
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Navigators Underwriting Agency Ltd
NOA
OIL Casualty Insurance
Old Republic
Old Republic Insurance Company
Price Forbes & Partners Ltd
QBE
SOMPO International
Starr Aviation
Starr Indemnity & Liability Company
Swiss Re International
Swiss Re International SE UK Branch

Talbot Underwriting Ltd
The Chaucer Group
The Great American Insurance Company
Thomas Miller Specialty
Tokio Marine
Traveler's Lloyd's Insurance Company
Travelers Lloyd's Insurance Company
U.S. Specialty Insurance Company
USI Southwest
Willis Towers Watson
Willis Towers Watson US, LLC
XL Catlin
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company of Illinois

**Surety Bonds**
Alliant - Aspen
Alliant - Berkley
Alliant - Everest Re
Alliant - Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Anadarko
Apache Corporation
Apache Shelf, Inc.
Aspen
AXA
Berkley Insurance Company
Berkley Offshore
Berkshire Hathaway Specialty Insurance
BP Exploration & Oil Inc.
Chevron U.S.A. Inc.
ConocoPhillips Company
Department of Homeland Security
Deutsche Bank AG
Deutsche Bank AG New York Branch
Endurance American Insurance
ENI
ENI Petroleum US LLC
EOG Resources, Inc.
Everest Re
Evergreen National Indemnity Company
Hanover Insurance Company

Houston Casualty Company
IndemCo - HCC
IndemCo - Ironshore
IndemCo - Lexon
IndemCo - Swiss Re
Ironshore Europe Limited
Ironshore Indemnity Company
Ironshore Specialty Insurance Company
JX Nippon Oil Exploration (USA) Limited
Lexon Insurance Company
Liberty
Liberty Mutual Europe
Liberty Mutual Insurance Company
Louisiana Office of Conservation
Manta Ray Offshore Gathering Company, L.L.C.
Marathon Oil Company
McMoran Oil & Gas, LLC
Noble Energy
Noble Energy, Inc.
Petrobas Americas Inc.
Philadelphia Indemnity Insurance Company
RLI
Shell Offshore Inc.
Sirius Americas Insurance Co.
SOMPO International
State of Texas, Railroad Commission
TDC Energy LLC
The City of Texas City
Tokio Marine
Travelers
Travelers Casualty & Surety Co.
Union Oil Company
Union Oil Company
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
Williams Companies (Gulfstar One LLC)
Willis - Evergreen
Willis - Zurich
XL Catlin
XL Specialty Insurance Company
XTO Offshore Inc.
Zurich American

**Landlords and parties to leases**
Apache Corporation
Behringer Harvard Briarlake Plaza Owner, LLC
Cheyenne Services, LLC
The Lubrizol Corporation
One BriarLake Plaza Owner, LLC

Ronnie White Custom Homes, L.L.C.

**Lenders (Term/Revolver/Administrative and Collateral Agents)**
Aegon Asset Management
Apex Credit Partners LLC
Babson (Barings)
Bank of America, N.A.
Bardin Hill
Bardin Hill Loan Management LLC
Blackrock Financial
Bluebay Asset Management
Brown University
Canaras Capital
Cantor Fitzgerald
CIFC Asset Management
Citibank, N.A.
Cohanzick Management, LLC
Columbia Management Inv.
Continental Casualty Co.
Eaton Vance Management
Ellington Management Group LLC
Federated Investment
Franklin
Goldman
Graham Capital Management
Highland Capital / Highland Capital Management, L.P.
Hotchkis N Wiley Cap Mgt.
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Jefferies Holdings
JPMorgan Chase Bank, N.A.
Monroe Capital Management LLC
Morgan Stanley
Mudrick Capital /Mudrick Capital Management, L.P.
Newfleet * Hartford
Nexbank
Oaktree Capital
P.Schoenfeld Asset Management
Pretium Credit Mgmt., LLC
SI Capital LLC
Silvermine Capital Management LLC
Stifel Financial Corp.
Swiss Life Asset Management
Symphony Asset Management
Symphony Asset Management LLC
THL Credit Advisors LLC
Thrivent Financial
Wellington Management
Z Capital Group L.L.C.
Zais Group LLC

**Administrative and Collateral Agents**

Cantor Fitzgerald Securities
Citibank, N.A.
Cortland Capital Market Services LLC

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

Antonio Smith, Jr.
Arnulfo Garcia
Aspen American Insurance Company
Bowie Lumber
Bowie Lumber Associates
Calvin Abshire
Clayborne Lewis
Contango Operators, Inc.
Derrick Daniels
Edward Randall
Gilberto Gomez Rojas
Glenn Gibson
Gulf Resource Management, Inc.
Hoactzin Partners, L.P.
JamesDerrick, III
Kevin Gray
Knight Energy Holdings, LLC
Lee Bob Rose
Lionel Every and Shawn Philbeck
Nicholas Verdin
Northstar Offshore Group, LLC
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Ray Sam
Regis Southern
Rodi Marine, LLC
Ronald Williams
Tana Exploration Company
The Bureau of Safety and Environmental Enforcement (BSEE)
The Parish of Cameron
Timothy Tores
Tomas Arce Perez
Tomas Perez
Toys O'Neil
Travelers Casualty and Surety Company of America
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Trustee (Texas)
Valero Marketing and Supply Company

**Material Royalties in Suspense (Greater than $100,000)**
Diverse Operating Company
Hal G Kuntz Estate
Office of Natural Resources Revenue
Sybil Maria Calhoun

**Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)**
Duplicative = See Vendors/Suppliers

**Members of Any Ad Hoc Committee**
Not available at this time

**Non- Debtor Affiliates/Parent/Subsidiaries**
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
GOM P&A Services LLC
REP Management Company V, LLC (Riverstone Management)
Riverstone Credit Opportunities
Riverstone Fund V
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Holdings, LLC
SP 49 Pipeline LLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Davis Polk & Wardwell LLP
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Haynes and Boone, LLP
Holland & Knight LLP
Intrepid Partners, LLC
Opportune LLP
Rothschild & Co US Inc.
Shipman & Goodwin LLP
Vinson & Elkins LLP

**Ordinary Course Professionals**
Adams and Reese LLP
Beck Redden LLP
Blank Rome LLP
BRI Consulting Group, Inc.
Briney Foret Correy, LLP

Buck Keenan LP
C.H. Fenstermaker & Associates
Capitelli & Wicker
Capitol Services, Inc.
Corbett & Schreck, PC
Daigle Fisse & Kessenich, PLC
Deutser, LLC
Ernst & Young LLP
Ernst & Young Product Sales LLC
Gieger Laborde & Laperouse LLC
Hartline Barger LLP
Hill and Knowlton Strategies LLC
Holman Fenwick Willan USA LLP
Jackson Lewis P.C.
John & Hengerer
Johnson, Yacoubian & Paysse
Jones Walker LLP
King & Jurgens, LLC
King Krebs & Jurgens
KPMG LLP
Law Office of Kevin M Sweeney
Liskow & Lewis APLC
Matthew Schreck
Mayer Brown, LLP
Mouledoux Bland Legrand Brackett
N Darlene Walker & Associates
PricewaterhouseCoopers LLP
ROP Ventures LP
Ryan, LLC
Ryder Scott Company LP
Schiffer Odom Hicks & Johnson, PLLC
Sirius Solutions, LLP
Skinner Law Firm, LLC
Thompson Coburn LLP
Wood Mackenzie Inc.

**Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)**
Atlantic Maritime Services LLC
Deutsche Bank AG
Diverse Safety & Scaffolding LLC
Goldman Sachs Bank USA

**Other Potential Parties in Interest**
Adobe Resources Corporation, et al.
Alfred Wagner, Jr.
Alliance Operating Corporation
Amerada Hess Corporation
Amoco Production Company
Anadarko Petroleum Corporation
Apache Corporation
Arkansas Fuel Oil Corp.

Ashland Oil, Inc., et al.
Atlantic Richfield Company
Barrett Resources Corporation
BP Exploration & Oil Inc.
BP Exploration & Production Inc.
C.A. Black, Jr.
Cabot Corporation, et al.
Cabot Oil & Gas Corporation
California Oil Company
Callon Petroleum Operating Company, et al.
Case-Pomeroy Oil Corporation
Castex Offshore, Inc.
Castex Offshore, LLC
Chevron Oil Company
Chevron U.S.A. Inc.
Chieftain International (U.S.) Inc., et al.
Cities Service Company, et al.
Cities Service Oil Company, et al.
City Services Oil Company, et al.
CNG Producing Company
Coastal Oil & Gas Corporation, et al.
Conoco Inc.
Continental Oil Company
Corpus Christi Exploration Company
Crown Central Petroleum Corporation, et al.
Devon Energy Production Company, L.P.
Diamond Shamrock Offshore Partners Limited Partnership
Dominion Exploration & Production, Inc., et al.
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Energy Development Corporation, et al.
EPL of Louisiana, L.L.C.
Exxon Corporation
Flores & Rucks, Inc.
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Forest Oil Corporation
General Crude Oil Company, et al.
Getty Oil Company, et al.
Gulf Coast Oil Properties,
Gulf Oil Corporation
Gulf Refining Company
Hall-Houston Exploration III, L.P.
Hall-Houston Oil Company
Hamilton Brothers Oil Company, et al.
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Helis Oil & Gas Company, L.L.C., et al.
Howell Petroleum Corporation
Humble Oil & Refining Company
Hunt Oil Co.

IP Petroleum Company, Inc., et al.
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
LLOG Exploration Offshore, Inc.
Macquarie Group
Magnolia Petroleum Company
Magnum Hunter Production, Inc.
Marathon Oil Company, et al.
Mariner Energy, Inc.
Mark Producing, Inc., et al.
Mesa Petroleum Co., et al.
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Murphy Oil USA, Inc., et al.
Myrna McLeroy
Newfield Exploration Company
Norcen Explorer, Inc.
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
Pan American Petroleum Corporation
Pelto Oil Company
Pennzoil Exploration and Production Company
Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Petsec Energy Inc.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Exploration Company LP
Pogo Producing Company
Prisma Capital Partners LP
Ranger Oil Limited
Remington Oil and Gas Corporation, et al.
Saltex Exploration Inc.
Samedan Oil Corporation
Seneca Resources Corporation
Shell Offshore, Inc.
Shell Oil Company
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sinclair Oil & Gas Co., et al.
Skelly Oil Company, et al.
Sohio Petroleum Company
Sonat Exploration Company, et al.
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
Standard Oil Company of Texas
Stone Energy Corporation
Sun Oil Company

Superior Oil Company, et al.
Tenneco Oil Company
Tennessee Gas Transmission Company
Texaco Exploration and Production Inc.
Texaco, Inc.
Texasgulf Inc., et al.
Texoma Production Company, et al.
The British-American Oil Producing Company
The Houston Exploration Company
The Louisiana Land and Exploration Company
The Superior Oil Company
The William G. Helis Company, L.L.C., et al.
Trade & Development Corporation
Transco Exploration Company, et al.
TransOcean Oil, Inc., et al.
TXP Operating Co.
TXP Operating Company
Union Exploration Partners, Ltd.
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Vastar Resources, Inc.
Vastar Resources, Inc., et al.
William T. Burton

**Parties to Material Contracts with the Debtors (>$1 Million in value remaining)**
Duplicative See Contract & Joint Venture Counterparties; Partnerships; Significant Customers

**Parties to Material Unexpired Leases with the Debtors (Landlords)**
Duplicative See Landlords and Parties to Leases

**Partnerships (if debtors is a partnership, its general and limited partners)**
Energy XXI GOM, LLC
Stone Energy Offshore, L.L.C.

**Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)**
Ecopetrol America LLC
Houston Energy Deepwater Ventures I
Office of Natural Resources Revenue
Red Willow Offshore LLC
State of Louisiana
Talos Energy Offshore, LLC
TGS-Nopec Geophysical Co LP
Wild Well Control Inc.

**Regulatory and Government (Federal, State, and Local)**
Alabama Department of Conservation & Natural Resources
Alabama Dept. of Environmental Mgmt.
American Bureau of Shipping
American Petroleum Institute

Bonnie R Higgins
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Safety and Environmental Enforcement ("BSEE")
Cameron Parish Clerk Of Court
Cameron Parish Water District #9
City of Texas City, Texas
Delaware Secretary of State
Department of Finance State Comptroller's Office
Department of Interior
Department of Justice
Dolphin Land and Sea
U.S. Environmental Protection Agency ("EPA")
Environmental Protection Agency- Region 7
Federal Energy Regulatory Commission ("FERC")
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
FINRA
Ground Water Protection Council
Gulf of Mexico Outer Continental Shelf (OCS) Region
Independent Petroleum Association of America
Internal Revenue Service
International Association of Defense Counsel
U.S. Internal Revenue Service ("IRS")
Interstate Oil and Gas Compact Commission (IOGCC)
Jefferson Davis Parish
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jerry J. Larpenter Sheriff and Tax Collector
Lafourche Parish Clerk
Leland Falcon
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Income and Franchise tax
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Property Tax
Louisiana State Land Office
Louisiana State Police
MARPOL
Minerals Management Service (MMS)
National Ocean Industries Association
Occupational Safety and Health Administration ("OSHA")
Office of Natural Resources Revenue ("ONRR")
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Plaquemines Parish Clerk of Court

Plaquemines Parish Government
Plaquemines Parish Sheriff Office
Railroad Commission of Texas
Roma Independent School District
Secretary of State for Texas
Southwest Louisiana Elect Membership Corp
St. Bernard Parish Clerk of Court
St. Martin Parish Sheriff's Office
St. Mary Parish Government
State Bar of Texas
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Franchise Tax
Texas General Land Office
Texas local property taxes
Texas Parks & Wildlife
The Bureau of Ocean Energy Management
The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Railroad Commission of Texas (RRC)
The Secretary of Transportation
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Office of Natural Resources Revenue
U.S. Securities and Exchange Commission
United States Coast Guard
United States Custom and Border Protection (CBP),
United States Department of Justice Civil Division - Bureau of Land Management
U.S. Army Corp. of Engineers
U.S. Dept. of Interior / BOEM
U.S. Office of Natural Resources Revenue
United States Department of The Treasury
Us Dept. of Commerce - NOAA
Vermilion Parish Police Jury
Vermillion Parish Clerk of Court
World Affairs Council of Greater Houston

**Significant Competitors**
Amerada Hess
Anadarko Petroleum Corporation
Antero Resources
Arena Energy
BHP
BP Energy Company
Bridge
Bridger Trading LLC
Buckeye Partner LP

CanEra
Chevron Corporation
Chevron U.S.A. Inc.
Cobalt International Energy
Consol Energy
Davis Offshore Partners LLC
Davis Petroleum Acquisition Corp
Dresser
Dynamic Offshore Resources
Energy XXI
ENI Petroleum US LLC
EnVen
EP Energy
EQT
Equinor
ExxonMobil
ExxonMobil Corporation
Foresight Energy LLC
Freeport-McMoRan
Gibsons
Gulfport Energy Corporation
Kinder Morgan
LLOG Exploration Company
Murphy Oil Company
Noble Energy, Inc.
Northern Resources Inc.
Northwestern Mutual Life Insurance Company
Phillips 66
Phoenix Exploration
Ridgewood Energy ILX Holdings
SandRidge Energy Inc
Shell Exploration & Production Company
Shell Trading (US) Company
Stone Energy Offshore, L.L.C.
Talos Energy LLC
Three Rivers Operating Company LLC
UTEX
Vantage Energy
W&T Offshore Inc.
Walter Oil & Gas Corporation

**Significant Customers**
Air Liquide Large Industries U.S. LP
Ankor Energy LLC
Apache Corporation
Arena Energy
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.,
Catapult Exploration, LLC
Chaparral Energy Inc.

Chevron USA Inc.
Cimarex Energy Co
Cintas Corporation No 2
ConocoPhillips Company
DTE Energy Trading, Inc.
Dugas Oil Co.
Duke Energy Carolinas, LLC
Encino Operating, LLC
Energy XXI
ENI Petroleum US LLC
ENI US Operating Co.
EOG Resources
ExxonMobil Corporation
Freeport McMoran Oil & Gas LLC
GOM Offshore Exploration I LLC
Helis Oil & Gas Company LLC
Hilcorp Energy Company
Linder Oil Co, A Partnership
LLOG Exploration Company
Marathon Oil Company
Maritech Resources Inc.
Monforte Exploration LLC
Montco Oilfield Contractors LLC
NJR Energy Services Co.
Noble Energy, Inc.
Osprey Petroleum Partners LP
Petsec Energy Inc.
Placid Refining Company
Plains Marketing LP
Probe Resources Us Ltd
Renaissance Offshore, LLC
Rooster Petroleum LLC
Scana Energy Marketing Inc.
South Jersey Resources Group, LLC
Southern Natural Gas Co. LLC
Statoil Gulf Services LLC
Stone Energy Corporation
Talos Energy LLC
Tana Exploration Company LLC
Tenaska
Tenkay Resources Inc.
Texla Energy Management, Inc.
The Energy Authority
TMR Exploration Inc.
TR Offshore LLC
Venice Energy Services Company LLC
Venice Energy Services Company LLC
Vitol, Inc.
W&T Offshore Inc.
Walter Oil & Gas Corporation
WGL Midstream, Inc.

Williams Energy Marketing
Williams Energy Services Company
Williams Gas Pipeline

**<u>Shareholders/Equity Holders:</u>**
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Ascension Alpha Fund LLC
Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
AZL Blackrock Global Allocation Fund
Baloise Senior Secured Loan Fund I
Barclays Capital Inc.
Bardin Hill
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited
Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.

Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.
Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A
BLLC 2013-I ETB, Inc. c/o Barings LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
BofA Securities Inc.
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Brandon Dewolfe
Brian Logan
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Brown University
Brown University - Sound Point
C.M. Life Insurance Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Citigroup Global Markets Inc.
City of New York Group Trust
CM Life Insurance Co
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
David B. Buddrus
David Richard Pfister
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Douglas MaCafee
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management

Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
Eugene S. Wissinger
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Fieldwood Energy Inc.
Fieldwood Management LLC
First Trust Senior Floating Rate Income Fund II
Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
G. M. McCarroll
Gary G. Janik
Gary Mitchell
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
HFRO Sub, LLC
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund

Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund
Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds
Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
James Brysch
James Patrick Eiland
Jefferies LLC
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
John H. Smith
John P. Seeger
John Pritchett
John W. Deck
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kapitalforeningen Investin Pro. US Leveraged Loans I
Kelly Frazier
Kenneth W. Bramlett
LP Credit Opportunity Master Fund Ltd.
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Mark Magner
Mark R. Mozell
Mary L. Kaiser

Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund
MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund
Menard Inc.
Menard, Inc.
Mercer
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I
Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Mercer QIF Fund PLC
MFP Partners, L.P.
Michael Clark
Michael Dane
Michael Greenspoon
MJX Asset Management LLC
MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mudrick
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
Nexpoint Credit Strategies Fund
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Diversified Dividend and Income Plan
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
Oaktree
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Paul Gluth
Paul Wilen
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset IT c/o Principal Global Investors TR Co.

Principal Funds Inc. - Diversified Real Asset Fund
REL Batavia Partnership LP
REL US Partnership LLC
Richard H. Gartner
Richard Haralson
Brighthouse Funds Trust I C/O Eaton Vance Management
Riverstone
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Partners -B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V AIV-A LP
Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone V FW Coinvest Holdings LP
Riverstone V FW Holdings Sub LLC
Robert Moore
Robert Sergesketter
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
Santa Barbara County Employees' Retirement System LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Schmidt
Senior Debt Portfolio c/o Eaton Vance Management
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
South Carolina Retirement Systems Group Trust
Stuart Douglas Lunn
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
Teachers' Retirement Allowances Fund
Texas County and District Retirement System

The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
Thomas R. Lamme
Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
Valcour Credit Income Partners Master Fund Ltd.
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited
Venture XVI CLO, Limited
Venture XVII CLO Limited
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Virtu Americas LLC
William B. Swingle

**Sponsors**
REL US Partnership LLC
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy V FW Partnership LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone V FW Holdings Sub, LLC
Riverstone V RCO Loan Investment AIV, LLC

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Aldine I.S.D (TX)
Alabama Department of Revenue
Ann Harris Bennett Harris County Tax Assessor
Atascosa County
Baldwin County Judge of Probate (AL)
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Bureau of Revenue and Taxation (LA)
Burleson Tax Collector
Calhoun County Clerk (TX)
Cameron Parish (LA)
Chambers County (TX)
Charterwood MUD
City of Corpus Christi/Nueces County (TX)

City of Lafayette (LA)
City of New Iberia
Colorado County Central Appraisal District (TX)
Colorado County Clerk
County of Galveston, Texas
County of Morton (KS)
Cypress Fairbanks Independent School District
Daniel Hutter, Tax Assessor/Collector
Denton County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor- Collector (TX)
Generation Park Mgmt. Dist.
Greater Houston Women's Chamber of Commerce
Greens Parkway M.U.D.
Harris County
Harris County Tax Assessor-Collector (TX)
Iberia Parish Clerk of Court (LA)
Iberia Parish Tax Collector (LA)
Internal Revenue Service
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Parish (LA)
Kenedy County Tax Collector (TX)
Klein ISD
LA Department of Motor Vehicles (LA)
Lafayette Parish LA
Lafayette Parish Sheriff's Office (LA)
Lafourche Parish Sheriff's Office (LA)
Lavaca County (TX)
Lee County Tax Collector
Leland Falcon, Sheriff & Ex Officio Tax Collector
Live Oak County Appraisal District
Live Oak County TX
Louisiana Department of Revenue
Louisiana Dept. of Natural Resources
Matagorda County Clerk (TX)
Matagorda County Tax Assessor - Collector (TX)
Mike Sullivan, Tax Assessor- Collector (TX)
Mississippi Department of Revenue
Mississippi Secretary of State
MS Department of Revenue
Nueces County Clerk (TX)
Office Pavilion- Houston (TX)
Offshore Operators Committee
Oscar Vasquez, RTA
Palacios ISD Tax Assessor-Collector (TX)
Plaquemines Parish (LA)
Probate Court of Mobile County
Refugio County Tax Assessor- Collector (TX)
Rio Grande City CISD Tax Office (TX)
Sheldon Independent School District (TX)

Sheriff & Ex-Officio Tax Collector
Spring Branch I.S.D (TX)
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)
St. Landry's Parish (LA)
St. Mary Parish (LA)
Starr County (TX)
State of Alabama
State of Louisiana
State of Louisiana, Department of Natural Resources
State of Texas
Terrebonne Parish Clerk of Court (LA)
Texas Comptroller of Public Accounts
Texas Department of Revenue
Town of Grand Isle (LA)
Vermilion Parish (LA)
West Harris County Mud# 1 (TX)
Wharton County Clerk (TX)
Wharton County Tax Assessor- Collector (TX)

**<u>Third Party Benefits Provider</u>**
ADP, LLC
AHS Walk in Clinic, Inc.
BlueCross BlueShield of Texas
Center for Work Rehabilitation, Inc.
CVS Caremark
Delta Dental
Disa Inc.
Fidelity Investments
Kronos, International
Symetra Life Insurance Company
Taxsaver Plan Flexible Benefit Plan
Teladoc, Inc.
The Guardian Life Insurance Company
Vision Service Plan Insurance Company
Zurich American Insurance Company

**<u>Top 50 Unsecured Creditors</u>**
Acadian Contractors Inc.
AGI Industries Inc.
Aker Solutions Inc.
Alliant Insurance Services, Inc.
American Eagle Logistics LLC
Anadarko US Offshore LLC
A-Port LLC
Atlantic Maritime Services Inc.
Baker Hughes Oilfield Operations Inc.
Chevron USA Inc.
Clariant Corporation
Coastal Chemical Co. LLC
Cox Operating LLC

Davis Polk & Wardwell LLP
Diverse Safety and Scaffolding LLC
Dynamic Industries Inc.
E&C Finfan, Inc.
Fluid Crane & Construction Inc.
FMC Technologies Inc.
Gate
Gulf Crane Services, Inc.
Halliburton Energy Services, Inc.
Hunting Energy Services, LLC
Island Operating Company Inc.
Kilgore Marine Services Inc.
Linear Controls Inc.
LLOG Exploration Company
Long View Systems Corp
Louisiana Safety Systems Inc.
Oceaneering International Inc.
Offshore Energy Services, Inc.
Onesubsea LLC
Petroleum Helicopters Inc.
Petrophysical Solutions Inc.
Pharmasafe Industrial Services Inc.
Prime Tank LLC
Professional Rental Tools LLC
<u>Rignet Inc.</u>
Schlumberger Technology Corporation
Solar Turbines Incorporated
Subsea 7 US LLC
Superior Energy Services LLC
Tana Exploration Company LLC
Tetra Applied Technologies, Inc.
Trendsetter Engineering Inc.
W&T Offshore Inc.
Warrior Energy Services Corporation
Wood Group PSN Inc.
Workstrings International, LLC
XTO Energy Inc.

**UCC (Lien Search Results)**
Anadarko Petroleum Corporation
Ankor E&P Holdings Corporation
Apache Corporation
Apache Offshore Investment GP
Apache Shelf Exploration
Apache Shelf Exploration LLC
Arena Energy LP
Arena Offshore LP
Badger Oil Corporation
Bandon Oil and Gas LP
Bennu Oil & Gas LLC
Bennu Oil & Gas, LLC

BP America Production Company
Calypso Exploration, LLC
Calypso Exploration, LLC
Canon Financial Services, Inc.
Cantor Fitzgerald Securities
Castex Offshore, Inc.
Castex Offshore, Inc.
Castex Offshore, Inc.
Challenger Minerals Inc.
Chevron U.S.A. Inc.
Citibank, N.A
CL&F Resources LP
Corporation Service Company, as Representative
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
Davis Offshore, L.P.
Davis Offshore, L.P.
Dorado Deep GP, LLC
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LC
Dynamic Offshore Resources NS, LLC
El Paso Production Company
Energy Resource Technology GOM Inc.
Energy XXI GOM LLC
Entech Enterprises, Inc.
Enven Energy Ventures LLC
Field Energy LLC
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
FW Finco LLC
GOM Shelf LLC
Gome 1271 LLC
Gulfsands Petroleum
HE&D Offshore LP
HEDV King Cake, LLC
Helis Oil & Gas Company LLC
Hillcrest GOM, Inc
Houston Energy LP
ILX Prospect King Cake, LLC
Imagenet Consulting, LLC
Knight Resources, LLC
Lamar Hunt Trust Estate
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company

LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, L.L.C.
M21K LLC
Macquarie Corporate and Asset Funding Inc.
Maritech Resources Inc.
Monforte Exploration LLC
Murphy Exploration & Production Company – USA
Northstar Offshore Group LLC
Northwestern Mutual Life
Online Resources Inc.
Palm Energy Offshore LLC
Peregrine Oil and Gas LP
Petrobras America Inc.
Petroquest Energy LLC
Pisces Energy LLC
Red Willow Offshore, LLC
Ridgewood King Cake, LLC
SCL Resources LLC
STX Energy E&P Offshore Mgmt LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos Resources LLC
Tammany Oil & Gas LLC
Tana Exploration Company LLC
TC Oil Louisiana LLC
The Louisiana Land & Exploration Co LLC
W & T Energy VI
W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore, Inc.
W&T Offshore, LLC
Walter Oil & Gas Corporation

**Unions**
None – N/A

**United States Trustee and Staff (Southern District of Texas)**
Henry G. Hobbs, Jr., US Trustee
Alicia McCullar, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Christine March, Trial Attorney
Christy Simmons (Bankruptcy Analyst)
Clarissa Waxton (Bankruptcy Analyst)
Diane Livingstone, Assistant U.S. Trustee
Glenn Otto (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Hector Duran, Trial Attorney
Jacqueline Boykin (Legal Data Technician)
Jayson B. Ruff, Trial Attorney
Linda Motton (Paralegal Specialist)

Luci Johnson-Davis (Paralegal Specialist)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Stephen Statham, Trial Attorney

**Utility Providers/Utility Brokers**
AT&T Corp.
AT&T Mobility
Cameron Telephone Company
Coastal Environmental Services, LLC
Elite Communication Services Inc.
Entergy Louisiana LLC
Granite Telecommunications
Jackson Electric Coop Inc.
Jefferson Davis Electric Cooperative Inc.
Knight Security Systems LLC
Logix Fiber Networks
Long View Systems Corp.
Reliant Energy Retail Services, LLC
Rig Net Inc.
San Leon Municipal Utility District
Southwest Louisiana Elect Membership Corp.
Texas Excavation Safety Systems, Inc.
Total Waste Solutions, LLC
Town of Grand Isle
Verizon Wireless
 Waste Connections Bayou, Inc.
Waste Management, Inc.

**Vendors/Suppliers**
1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A2D Technologies Inc.
Aaron Oil Company Inc.
AB Trafton Inc.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
Acme Truck Line Inc.
ACS Flooring Group Inc.

ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adapt Concepts, LLC
Add Energy LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions
Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
Aggreko LLC
Agilink Technologies Inc.
Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Ali Ghazi Alsalmani
Alice Faye Sabine
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Offshore LLC
Alliant Insurance Services, Inc.
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
American Erecting Co
American Pollution Control, Corp. (AMPOL)

American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.
Amy Marie Gray-Filer
Andre Bernard
Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Anne Shannon Spiller
Annette Moore Moss
Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Anthony James Johnson
Aok Windshields, Inc.
Aon Risk Services
Apex Oil & Gas, Inc.
A-PORT LLC
Appsmiths Ventures LP
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Archer Oiltools, LLC
Archrock Partners Operating LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Offshore LLC
Argus Media, Inc.
Aries Marine Corporation
Arkos Field Services, LP
Arlanda Marie Owens
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ash Limited
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT & T Corp.

Atchafalaya Measurement, Inc.
Athena Consulting Inc.
At-Tech
Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
Axio Global, Inc.
Axip Energy Services LP
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee
B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Baker, Donelson, Bearman, Caldwell, Berkowit
Bankdirect Capital Finance
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barracuda Oil Tools, LLC
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Baudoin Family Trust
Bayou Star Energy, LLC
Baywater Drilling LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden
Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC

43

Benton Completion Services, Inc.
Berger Geosciences, LLC
Bernard J Patout
Bernard Rochon & Sons
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle
Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Black Elk Energy Offshore Operation, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
Bodie Marion
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boulet Family, L.L.C.
Bourbon St
Bradley Arant Boult Cummings LLP
Bradley Wachsmuth
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brenda Marie Mitchell Allen
Brenda Montalvo

Brent Bryant
Bret Stucker
Brett Willmon
Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridget Harris
Bristow Us LLC
Broussard Brothers Inc.
BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buddy Arton
Bugware, Inc.
Bureau of Ocean Energy Management
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calvin Jerome Grant
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation

Cameron Pilot
Cameron Solutions Inc.
Camors Family LLC
Canal Diesel Service, Inc.
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Cantium LLC
Capital Corporate Services, Inc.
Capital One N.A.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Slickline LLC
Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby
Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Casey Foreman
Castex Energy, Inc.
Catherine Dietlein
Catherine Grant Alexis
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Chalmers, Collins & Alwell Inc.
Champagne'S Supermarket

Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC
Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr
Charles Randall Nicholson
Charles Ray Moncriffe Jr.
Charles Ryan
Charter Supply Company
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Pipe Line Company
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Chuan Yin
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
Cima Energy, LP
Cindy M. Turner Trustee
Cintas Corporation No.2
City Central Courier Co
City Club at River Ranch, LLC
CJC Enterprises LLC

C-K Associates LLC
CL&F Resources LP
Clariant Corporation
Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson
C-Logistics LLC
Coastal Chemical Co LLC
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras
Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cokinos Energy LLC
Colleen Armstrong
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Contango Operators Inc.
Controlworx LLC
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.
Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Cortec LLC
Cortex Business Solutions USA, LLC
Coupa Software, Inc.
Courtland M. Porter
C-Port/Stone LLC

Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.
Credera Enterprises Company LLC
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.
Cross Border Transactions LLC
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC
Custom Process Equipment LLC
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall

Darlene Fontenette Rodriguez
Darrell Thomas Mitchell
Darryl L. Johnson Sr.
Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David Dean
David Dugas
David Guillory
David Mitchell-Ryhmes
David P Thomas
David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Petroleum Corp
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.

Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner
Dennis Sims
Denton C Vincent
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Derek Crusan
Derek Fuller
Derrick Corp.
Destin Pipeline Company, LLC
Detechtion Technologies
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diann Marie Drake Foster
Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diversified Well Logging, LLC
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dominic Mitchell
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt

Donnelley Financial Solutions
Donovan Controls LLC
Dorothy Fontenette
Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Douglas Coon
Douglas Dornak
Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC
DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTN LLC
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Company, Inc.
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC
East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation

Edmund A Weinheimer Jr.
Edwanda Kaye Rogers
Edward Flanagan
Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
Element Materials Technology Lafayette LLC
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.
Elizabeth Dietlein
Ellen Smith Walker
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI Gulf Coast Inc.
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI BB Petroleum Inc.
ENI US Operating Co Inc.
Enlink Processing Services, LLP
Enpro Subsea Limited
Enrique Rivera
Entech

Entergy Gulf States Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC
Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises
Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL Oil & Gas, Inc.
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC

Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC
Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Mobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.
F.A.S. Environmental Services LLC
Facilities Consulting Group LLC
Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission
Federal Express Corporation
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments Institutional
File Trail Inc.
Filemaker
Filetrail Inc.
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Technology Service International LLC
FMC Technologies Surface Integrated Services
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Force Power Systems
Ford Peters

Forefront Emergency Management LP
Forrest Shrader
Forum US Inc.
Forum Us Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune
Francis Torque Service
Frank Beaullieu Sr. LLC
Frank Cornay
Frank Munsey
Frank Wesley
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Fritz D. Farrar
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
G. Matt Mccarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary Hearn
Gary Janik
Gary Wayne Conley
Gary'S Body and Paint Shop
Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson

General Office Supply Co, Inc.
General Power Limited, Inc.
Generation Park Management District
Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II
George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate
Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman Sachs Specialty Lending Holdings
Governor Control System, Inc.
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Grant M Gremillion
Gravcap Inc.
Greene's Energy Group, LLC
Greenes Holding Corporation
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Training Technologies, LLC
Gulf Island Services, LLC

Gulf Land Structures LLC
Gulf Offshore Rentals LLC
Gulf South Pipeline Co.
Gulf South Services Inc.
Gulf-Pro Services
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC
Hall-Houston Exploration Iv, L.P.
Hamilton Engineering Inc.
Hannah Alexander
Hapl
Hardy Oilfield Service LLC
Harold C Dietein
Harold Willard Parker
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Helen Johnson Smith
Helen Thompson Watkins Childs
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC

High Point Gas Gathering LLC
High Point Gas Transmission LLC
Hilda Mae Villere Martin
Hilton Houston Westchase
Hilton Lafayette
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Homewood Suites by Hilton
Hongliu H Zeng
Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Houlihan Lokey Capital Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Delyea
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Hoya Optical Labs of America Inc.
Hub International Gulf South Limited
Hudson Services Inc.
Hugo Rodriguez
Hunt Oil Company
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish School Board
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
Imagenet Consulting LLC
Immi Turbines Inc.
Impact Selector Inc.
Indemco LP
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.

Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC
International Paint LLC
International Snubbing Services LLC
Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intrado Enterprise Collaboration, Inc.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois
Iron Mountain
Irongate Rental Services LLC
Irongate Tubular Services, LLC
iSIMS LLC
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs
James Donald Richard

James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway
James Gray Jr.
James H. Painter
James Henry
James Kyzar
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue
Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Jinright
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane
Jeanne Mithcell Lopez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferson Davis Electric Cooperative Inc.
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette

Jerome Thomas Mackey
Jerrie Lee Jacobs
Jesse Lyons
Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLT Specialty Insurance Services Inc.
JMS Consultants LP
Jo Ann Harris
Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joes Septic Contractors Inc.
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John P Crain Qtip Trust FBO Neil R Crain
John Penton
John Poole
John Pouncy
John Price
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Smith
John W Stone Oil Distributor LLC
Johnaton James Mczeal
Johnithan Cook
Johnny Gray
Joncade Thomas Clemons
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson

Joseph Craig Sanders
Joseph Gilliam
Joseph Granger
Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill
Justin Romero
Juston Tucker
JX Nippon Oil Exploration (U.S.A.) Limited
K Camp & Associates Inc.
K&B Industries
Kaitlyn Smith
Kalisa Junice Perkins
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young
Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson

Keven Lee Smith
Kevin Bruce
Kevin Fontenot
Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilmer Crosby & Quadros PLLC
Kim Bernard
Kim Marella Linzer Johnson
Kim Mettes
Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Knight Oil Tools
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish Sheriff's Office
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lagcoe

Lakeyta Charell Moore
Lana Sabine
Landa Mobile Systems
Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark
Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Law 360
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Graphics
Lee Hecht Harrison LLC
Lee Lemaire
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexy Sanford
Liberty Commercial Finance LLC
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Linda Faubion
Linda Landreth

Linden Interests LLC
Lindsey Hodson
Lionel Gilliam
Lisa Bonin
Lisa K Bone
Lisa Patout Morris
Little Prairie Properties, LLC
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries
Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere
Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Dept. of Natural Resources
Louisiana Dept. of Wildlife and Fisheries
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Scrap Processors
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LQ Management LLC
LQT Industries, LLC
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Lucile B Randol Heirs LLC

Luther D. Copeland
Luther Hano
Lutricia Lynette Davis
Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions
Macquarie Corporate & Asset Funding, Inc.
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan Marine International LLC
Magnolia Torque & Testing Inc.
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, LLC
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mark Anthony Krenek
Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Pleasant
Mark Wilson
Markeith Sterling
Marla Begnaud
Marlin Oilfield Divers Inc.
Mars Offshore Technology Inc.
Marsh USA Inc.

Marshall Brantley IV
Marshall W Guidry
Martin Holdings, LLC
Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse
Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County Tax Assessor - Collector
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray

Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier
Melton Young Jr.
Mercer (US) Inc.
Meridian Compensation Partners, LLC
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Grant
Michael Gray Jr.
Michael Greenspoon
Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley

Mitchell Veh Jr.
MJ Systems, LLC
Mobius Risk Group, LLC
Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monica Ramirez
Monique Mitchell Young
Montco Offshore Inc.
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals
Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MSAM LLC
Mudrick Capital Management, LP
Murphy Exploration & Production Company - USA
Murphy Oil Corporation
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrtle Ruth Mitchell Batiste
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Oilwell Varco, LP
National Response Corporation
Nautilus Pipeline Company, LLC
Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Ni Welding Supply LLC
Nichole Simon

Nicolle Patout
Nikolaus M Hilder 2011 Trust
Nolan Power Group LLC
Nondestructive & Visual Inspect
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nutec, Inc.
NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
O'Brien's Response Management
OCC-Med of Lafayette
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceanweather, Inc.
OCS Advisory Board
OEG Offshore, Inc.
Office Depot Inc.
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
fOffshore Process Services, Co.
Offshore Services of Acadiana LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
Oil Center Research
Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Oliver Theriot Jr.
Olivier International, LLC

Ollie Gray
OMI Environmental Solutions
Omimex Resources Inc.
One Call Now
Opal Faye Johnson Lee
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
Osisoft LLC
Owen Oil Tools LP
P & M USA LLC
P2 Energy Solutions
Paintmire LLC
Palacios ISD Tax Assessor-Collector
Paleo Data
Palfinger Marine USA Inc.
Paloma Energy Consultants
Pamela Anderson
Pamela Bernard Davis
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patrick Burch
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul J Patout
Paul Landry
Paul Washington
Paul Washington
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC

Pelstar LLC
Peninsula Marine Inc.
Penroc Oil Corporation
Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.
Petricore
Petro Amigos Supply Inc.
Petro Pull LLC
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software
Petrostar Services, LLC
Petrostream LP
PHI Helipass, LLC
Philip Shane Koonce
Philomenia Roberta Johnson
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial

Pitney Bowes Postage by Phone
PJT Partners LP
Plains Gas Solutions
Planning Thru Completion, LLC
Plant Machinery, Inc.
PLS Inc./Pls Inc.
Plus Signs Inc.
PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC
Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Price Forbes & Partners Limited
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Priority Artificial Lift Services, LLC
Pro Unlimited Inc.
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals
Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP

Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.
Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.
R & R Rig Service, Inc.
R&R Energy Services LLC
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell
Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Willow Offshore LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regulatory Economics Group LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Relyon Nutec USA, LLC
Renardo Gray

Rentier Inc.
Reorg Research Limited
Republic Services Inc.
Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard
Richard Crain
Richard Ducote
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone Capital Services LLC
RLC, LLC
RLI Insurance Co.
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller

Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu
Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Rock Solid Images, Inc.
Rocky Robbins
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Ron Kirk Berard
Ron Landry
Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Rosa Thompson Gray
Rosalind Ann Wesley
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express

Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust
Samel Bradford
Samson Offshore Mapleleaf, LLC
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
Sandridge Energy Offshore LLC
Sandy Nadine Johnson Thomas
Sarita Lee Gunter
SBM Gulf Production LLC
SBS Energy Services, LLC.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Scientific Drilling International, Inc.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seacor Liftboats LLC
Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Securance Corporation Agency
Seismic Exchange Inc.
Select Oilfield Services LLC
Send Word Now
Sentoria Staffing Solutions LLC
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shannon Chavez
Shannon Mouton
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner

Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot
Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Exploration and Production Company
Shell GOM Pipeline Company LLC
Shell Offshore Inc.
Shell Pipeline Company LP
Shelving Exchange Inc.
Sheraton North Houston
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Sikica D. Crosby
Simone Patout Palmer
Simpson Thacher & Bartlett LLP
Sinor Engine Company Inc.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sojitz Energy Venture Inc.
Solex
Solstice Consulting Group LLC
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.

SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC
Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
SPL - Southern Petroleum Labs, Inc.
Spring Branch ISD
Squire Patton Boggs (US) LLP
Squires & Company
St. Bernard Parish Sheriff's Department
St. Landry's Parish Sheriff
St. Mary Parish Clerk of Court
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil Property Tax, LLC.
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr County Tax Office
State of Alabama Department
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. of Natural Resources
State of Louisiana Dept. Natural Resources
State of Louisiana State Land Office
State Police
Steel Service Oilfield Tubular Inc.
Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg

Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC
Stewart Tubular Products Inc.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC
Stress Engineering Services, Inc.
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sylvia Marie Rose
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talos ERT LLC
Talos Production LLC
Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP

Tave Peruzzi
Tawona Marie Archon Londo
Taylors International Services Inc.
TC Offshore LLC
TCB Fabrication, Inc.
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tennessee Gas Pipeline
Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Technologies, Inc.
Texas Eastern Transmission LP
Texas Gas Transmission, LLC
Texas Lehigh Cement Company LP
Texas Marine Shipyard LLC
Texas Tickids
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
TH1, LLC
The Bank of New York Mellon
The Bolton Group, LLC
The Cavins Corporation
The Chateau Hotel
The L Group Inc.
The Lubrizol Corporation
The Response Group LLC
The University of Texas at Austin
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Moses Jr.
Thomas Poncik
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Thru-Tubing Systems

Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes
Tiffany Williams Jones
Tiffanye Brooks
Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith
Tioram Subsea Inc.
Tish Coleman
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tom Young Jr.
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Toshiba Financial Services
Total Production Supply, LLC
Total System Integrators
Touchet Contractors
Towers Watson Delaware Inc.
Tracy Lynn Bourque
Tracy Marion
Transcontinental Gas Pipeline Co, LLC
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer

Troy Gant
Troy Lee Mitchell
Troy Racca
Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope
Tubular Solutions, Inc.
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC
Tw Telecom Holdings LLC
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Environmental Protection Agency
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Bank Corporate Trust Services
US Bank National Association
US Dept. of Commerce - NOAA
Valerie Ann Moncriffe Simon
Valerie Walker
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston

Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez
Variable Bore Rams Inc.
Vashon Evette Archon
Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Gathering System LLC
Venkatesh Bhat
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Vermilion Abstract Co
Vermilion Corporation
Vermilion Parish Sheriff's Office
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vision Service Plan Insurance Company
Vistra Management Services
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vwp Jr Inc.
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Prevost
Ward Leonard
Waste Auditors Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waveland Services, Inc.

Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International
Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wells Fargo Financial Leasing Inc.
Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC
West Harris County Mud # 1
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
Westerngeco, LLC
Wet Tech Energy Inc.
Wharton County Tax A/C
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
Williams Field Services Company
Williams Oil Gathering, LLC
Willie Mitchell III
Willis of Tennessee, Inc.
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilson Rodriguez
Wilton Mitchell

W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree
Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group USA Inc.
Woods Hole Group, Inc.
Woody Hunt
Work Designs LLC
Workover Equipment Rental
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Systems LP
X-Pro LLC
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph
Zachry Exploration LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.

**Notice of Appearance Party/Interested Party**
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Acadian Contractors, Inc.
Apache Corporation
A-Port LLC
Archrock Partners Operating, LLC
Archrock Service LP
Cantor Fitzgerald Securities
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CETCO Energy Services Company, LLC
Chevron U.S.A. Inc.
Cypress-Fairbanks ISD
Discovery Gas Transmission LLC
Endurance American Insurance Company
ENI Petroleum US LLC

ENI US Operating Co. Inc.
Facilities Consulting Group, LLC
Goldman Sachs Bank USA
Gulfstar One LLC
Halliburton Energy Services, Inc.
Harris County
Helis Oil & Gas Company, LLC
Island Operating Company Inc.
Jefferson County
JX Nippon Oil Exploration (U.S.A.) Limited
Lavaca County
Lexon Insurance Company
Liberty Mutual Insurance Company
Linear Controls, Inc.
Live Oak CAD
Matagorda County
Partco, LLC
Petro Amigos Supply, Inc.
Philadelphia Indemnity Insurance Company
Railroad Commission of Texas
Red Willow Offshore, LLC
Renaissance Offshore, LLC
Rio Grande City CISD
RLI Insurance Company
SBM Gulf Production LLC
Seitel Data, Ltd.
Sheldon Independent School District
Starr County
State of Louisiana, Department of Natural Resources
Subsea 7 LLC
Tana Exploration Company, LLC
TC Oil Louisiana, LLC
Tetra Applied Technologies, Inc.
TGS AP Investments AS
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
The Hanover Insurance Company
Transcontinental Gas Pipe Line Company, LLC
U.S. Department of the Interior
U.S. Specialty Insurance Company
Westerngeco LLC
WFS Liquids LLC
Williams Field Services-Gulf Coast Company LLC
Zurich American Insurance Company

**Official Committee of Unsecured Creditors (Members and Professionals)**
Oceaneering International, Inc.
Subsea 7 US LLC
Halliburton Energy Services, Inc.
TETRA Technologies. Inc.
Workstrings International, L.L.C.

## Schedule B

**Winter Harbor, LLC Past and Present Representation of and Connections with Parties in Interest**

Winter Harbor, LLC has represented and/or had connections with the following Parties in Interest, in matters wholly unrelated to the Debtors and their bankruptcy cases:

| Party of Interest | Connection to Winter Harbor |
|---|---|
| Adobe Resources Corporation, et. Al. – Other Potential Parties of Interest | Adobe Resources is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Alliant Tokio Marine HCC Alliant Travelers – Interest Party | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Alliant Travelers – Surety Bonds | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Bank of America, N.A. – Lenders | Bank of America Business Capital is a current or former client and referral source to Winter Harbor in matters unrelated to the Debtors. |
| Bank of America, N.A. – Lenders | Bank of America SAG is a current or former referral source to Winter Harbor in matters unrelated to the Debtors |
| Blank Rome LLP – Ordinary Course Professionals | Blank Rome LLP is a current or former vendor for Winter Harbor in matters unrelated to the Debtors |
| Cole Schotz P.C. – Official Committee of Unsecured Creditors | From time to time we have retained or work on the other side of Cole Schotz in unrelated matters |
| Department of Justice – Regulatory and Governmental Authorities | A Winter Harbor employee has a family member who works for the Department of Justice in matters unrelated to the Debtors |
| Delta Dental – Interested Party | Delta Dental is a current or former service provider to Winter Harbor in matters unrelated to the Debtors |
| Ernst & Young LLP – Ordinary Course Professionals | Ernst & Young was retained by Winter Harbor in connection with Riveron transaction |
| Franklin – Lenders | 265 FRANKLIN STREET ASSOCIATES, LLC is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Haynes and Boone, LLP – Non-Debtors Professionals | Hayne and Boone is a current or former referral source and counsel to clients in matters unrelated to the Debtors |

| | |
|---|---|
| Highland Capital Management, L.P. - Lenders | Highland Capital is a current or former lender to clients in matters unrelated to the Debtors |
| Houlihan Lokey Capital, Inc. – Debtors Professionals / Vendors / Suppliers | Houlihan Lokey has been involved in matters with Winter Harbor unrelated to the Debtors. |
| Houlihan Lokey Capital Inc. Houlihan Lokey Capital, Inc. Houma Armature Works & Supply | From time to time Houlihan Lokey will be retained as investment banker for clients or represent other parties in cases we are involved |
| JPMorgan Chase Bank, N.A. – Banks, Lenders, and Vendors | JP Morgan Chase is a current or former referral source to Winter Harbor in matters unrelated to the Debtors |
| JP Morgan Chase Bank NA JAB Energy Solutions II  JACE BADDOCK – Interested Party | JP Morgan Chase is a current or former referral source to Winter Harbor in matters unrelated to the Debtors |
| Liberty Mutual Insurance Company – Interested Party | Liberty Mutual Insurance Company is a current or former vendor to clients of Winter Harbor in matters unrelated to the Debtors |
| Marsh USA Inc. – Vendors/Suppliers | Winter harbor has current or former clients who utilize Marsh USA services in matters unrelated to the Debtors |
| Mayer Brown, LLP – Ordinary Course Professionals | Mayer Brown, LLP is a current or former client to Winter Harbor in matters unrelated to the Debtors<br>One of WH's employees has a family member who is Corporate & Securities Partner & member on Fund Formation & Investment Management Group |
| Monroe Capital Management Monson Gulf – Interested Party | Monroe Capital is a current or former referral source to Winter Harbor in matters unrelated to the Debtors |
| Monroe Capital Management – Lenders | Monroe Capital is a current or former referral source to Winter Harbor in matters unrelated to the Debtors |
| PricewaterhouseCoopers LLP – Ordinary Course Professionals | PricewaterhouseCoopers was retained by Winter Harbor in connection with the Riveron transaction.<br>One of Winter Harbor's employees spouse works at PricewaterhouseCoopers in matters unrelated to bankruptcy or the Debtors |
| Shred-It USA LLC – Vendors | Shred-It is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Travelers – Surety Bonds | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |

| | |
|---|---|
| Travelers Casualty Surety Company America Travelers Lloyds Insurance Company – Interested Party | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Travelers Casualty & Surety – Interested Party, and Surety Bonds | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Travelers Casualty Surety Company America – Litigation Counterparties | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| Travelers Lloyds Insurance Company – Interested Party | Travelers is a current or former vendor to Winter Harbor in matters unrelated to the Debtors |
| US Bank N.A. - Banks | From time to time US Bank has been in bank groups of clients in matters unrelated to the Debtors |
| Weil, Gotshal & Manges LLP – Interested Party | From time to time we have retained or work on the other side of Wiel, Gotshal & Manges in matters unrelated to the Debtors |
| Wells Fargo Financial Leasing Inc. Welltec Inc. – Interested Party | Wells Fargo is a current or former lender of Winter Harbor in matters unrelated to the Debtors |