IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.¹ | § § § | (Jointly Administered) |

**NOTICE OF RATE INCREASE PURSUANT TO ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, LLC, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 4, 2021**

PLEASE TAKE NOTICE THAT:

1. On September 18, 2020, the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al.* filed the *Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103 of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authorization to Retain and Employ Conway MacKenzie, LLC as Financial Advisor Effective as of August 20, 2020* [Docket No. 376] ("Conway MacKenzie Retention Application").

2. On October 16, 2020, the Court entered the *Order Authorizing the Retention and Employment of Conway MacKenzie, LLC as Financial Advisor for the Official Committee of Unsecured Creditors Retroactive to August 20, 2020* [Docket No. 472] ("Conway MacKenzie Retention Order"). As disclosed in the Conway MacKenzie Application, Conway MacKenzie periodically reviews and revises billing rates.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. Pursuant to the Conway MacKenzie Retention Order, Conway MacKenzie is required to provide ten-business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in hourly rates set forth in the Conway MacKenzie Retention Application are implemented.

**PLEASE TAKE FURTHER NOTICE** that as of January 4, 2021, Conway MacKenzie's billing rates for professionals shall range as set forth below:

| Professional | Hourly Rate Range |
| --- | --- |
| Senior Managing Directors | $955 - $1,350 |
| Managing Directors | $825 - $1,095 |
| Directors | $640 - $790 |
| Senior Associates | $490 - $625 |
| Analysts | $235 - $490 |

*[Remainder of page intentionally left blank]*

Dated: December 18, 2020          **CONWAY MACKENZIE, LLC**

*/s/ John T. Young Jr.*
John T. Young Jr.
Senior Managing Director