IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| **DEBTORS** | § | |
| | § | (Jointly Administered) |

## ORDER GRANTING EDWARD RANDALL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER TODD RANDALL, DECEASED'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

CAME ON FOR CONSIDERATION that Motion for Relief from the Automatic Stay (the "Motion")[2], filed by Edward Randall, Individually and as a Representative of Christopher Todd Randall (the "Movant"), a creditor in the above styled and numbered jointly administered Chapter 11 case of Fieldwood Energy LLC and its affiliated debtors and debtors-in-possession (the "Debtors"). Having considered the Motion, finding that service and notice thereof was sufficient and appropriate, and finding that cause for granting said relief exists, it is hereby:

ORDERED that that the automatic stay is modified so as to permit the Movant to liquidate his claims against the Debtors to finality in any court of appropriate jurisdiction; it is further

ORDERED that, notwithstanding the foregoing, the automatic stay shall remain in place with respect to any collection on any judgment or claim by the Movant as against the Debtors or their estates, but not as against any insurance carrier or third party; it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2390); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Terms not defined herein have the meaning ascribed to them in the Motion.

ORDERED that to the extent that any judgment or settlement is not satisfied from any available proceeds of insurance policies, the balance of such judgment or settlement shall be treated as a general unsecured claim in the Debtors' chapter 11 cases, and subject to treatment as such under any confirmed plan.

SIGNED:

_____

Marvin Isgur
United States Bankruptcy Judge