IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-33948-11 |
| | § | HOUSTON, TEXAS |
| FIELDWOOD ENERGY, LLC, | § | TUESDAY, |
| ET AL, | § | NOVEMBER 24, 2020 |
| DEBTORS. | § | 10:25 A.M. TO 10:30 A.M. |

<u>HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY</u>
(VIA ZOOM)

BEFORE THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:                    SEE NEXT PAGE

RECORDED VIA COURTSPEAK; NO LOG NOTES

<u>TRANSCRIPTION SERVICE BY:</u>

JUDICIAL TRANSCRIBERS OF TEXAS, LLC
935 Eldridge Road, #144
Sugar Land, TX  77478
281-277-5325
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

JUDICIAL TRANSCRIBERS OF TEXAS, LLC

```
 1                      APPEARANCES VIA ZOOM:

 2

 3  FOR THE DEBTORS:              WEIL GOTSHAL & MANGES, LLP
                                  Alfredo Perez, Esq.
 4                                700 Louisiana, Ste. 1700
                                  Houston, TX  77002
 5                                713-546-5040

 6  FOR ATLANTIC MARITIME
    SERVICES, LLC:                RANKING & HUBBARD
 7                                Stewart F. Peck, Esq.
                                  601 Poydras St., Ste. 2775
 8                                New Orleans, LA  70130
                                  504-568-1990
 9
                                  JACKSON WALKER, LLP
10                                Matthew D. Cavenaugh, Esq.
                                  1401 McKinney St., Ste. 1900
11                                Houston, TX  77010
                                  713-752-4200
12

13  FOR ECOPETROL
    AMERICA, LLC:                 SQUIRE PATTON BOGGS, LLP
14                                Kelly E. Singer, Esq.
                                  1 E. Washington St., Ste. 2700
15                                Phoenix, AZ  85004
                                  602-528-4099
16

17  FOR RIDGEWOOD KATMAI, LLC
    AND ILX PROSPECT KATMAI,
18  LLC:                          SIDLEY AUSTIN, LLP
                                  Michael Fishel, Esq.
19                                1000 Louisiana St., Ste. 6000
                                  Houston, TX  77002
20                                713-495-4645

21  FOR THE OFFICIAL COMMITTEE
    OF UNSECURED CREDITORS:       STROOCK & STROOCK & LAVAN, LLP
22                                Kenneth Pasquale, Esq.
                                  Kris Hansen, Esq.
23                                180 Maiden Lane
                                  New York, NY  10038-4982
24                                212-806-5562

25
```

```
 1      HOUSTON, TEXAS; TUESDAY, NOVEMBER 24, 2020; 10:25 A.M.
 2        (Audio begins abruptly.)
 3            THE COURT:  And anyone else who wishes to make
 4  one.
 5            All right.  From 713-221-1990?
 6            MR. PECK:  Good morning, Your Honor.  Stewart Peck
 7  for Atlantic Maritime.
 8            THE COURT:  Good morning, Mr. Peck.
 9            From 602-528-4000?
10            MR. SINGER:  Good morning, Your Honor.  Kelly
11  Singer on behalf of Ecopetrol America, LLC, a secured
12  creditor under the ultimate (indiscernible).  My pro hac is
13  pending, Your Honor, but if I may be allowed to speak at
14  this hearing, that would be much appreciated.
15            THE COURT:  You're welcome to fully participate.
16  Thank you.
17            MR. SINGER:  Thank you, Your Honor.
18            THE COURT:  From 713-495-4645?
19        (No audible response.)
20            THE COURT:  I may need to do that again.  Hold on.
21            4645, who do we have?
22            MR. FISHEL:  Good morning, Your Honor.  This is
23  Michael Fishel representing Richwood Katmai, LLC and ILX
24  Prospect Katmai, LLC.
25            THE COURT:  Good morning, Mr. Fishel.
```

1             All right, Mr. Perez?

2             MR. PEREZ:  Good morning, Your Honor.  I think I
3 was probably on mute before, I apologize.  Alfredo Perez on
4 behalf of the Debtors, Your Honor.

5             THE COURT:  Good morning.

6             Mr. Cavenaugh?

7             MR. CAVENAUGH:  Good morning, Your Honor.  Matt
8 Cavenaugh.

9             THE COURT:  Good morning.

10            MR. CAVENAUGH:  Thank you, Your Honor.  Good
11 morning.  Matthew Cavenaugh from Jackson Walker here on
12 behalf of Atlantic Maritime Services.  I'm joined by
13 Mr. Stewart Peck, who I believe has already made an
14 appearance.

15            THE COURT:  Thank you.

16            Mr. Pasquale?

17      (No audible response.)

18            THE COURT:  Mr. Pasquale?

19            MR. PASQUALE:  Good morning, Your Honor.  I just
20 wanted to appear.  Ken Pasquale from Stroock & Stroock &
21 Lavan for the Official Creditors Committee.  Kris Hansen is
22 on, as well.

23            THE COURT:  Thank you.  This is the Creditors
24 Committee in which case?

25            MR. PASQUALE:  It is this case, Your Honor.

1                THE COURT:  Thank you.
2                Mr. Perez?
3                MR. PEREZ:  Yes, Your Honor.  Good morning.  We're
4 here on our motion to extend the automatic stay with respect
5 to these two lawsuits and we're ready to proceed.  We have a
6 witness, Mr. Dane (phonetic), and we're ready to proceed to
7 make the argument and have the Court make a determination.
8                THE COURT:  So the response filed says you can
9 only get this through an adversary proceeding and insists on
10 those rights.  Why aren't they correct about that?
11               MR. PEREZ:  A couple of reasons, Your Honor, but
12 first of all, to the extent that the Court determines that
13 there should be an adversary proceeding, we would request
14 that you convert this to an adversary proceeding.
15               I find it a little bit peculiar that another
16 Debtor in your court would say, "I need the protections of
17 the Part 7 -- you know, the 7000 Rules in order to make sure
18 that I have the appropriate protections from this Court."
19 So that's a little odd, but more importantly, Your Honor,
20 we're asking for various limited relief.  We're asking for
21 basically relief that should not be in a timeline,
22 particularly controversial.
23               To the extent that the Court determines that this
24 should be done in terms of an adversary proceeding, I think
25 the Court can say that it's an adversary proceeding and

1  we'll file the appropriate papers.  But it really shouldn't
2  hang up the ability of my client, another Debtor in your
3  Court, to get the relief that it needs.
4          THE COURT:  I think I've seen enough and I'm going
5  to allow you to file an adversary proceeding.  I can give
6  you right now a hearing time, tomorrow morning at
7  9:00 o'clock.
8          MR. PEREZ:  All right.  We'll do that, Your Honor.
9          THE COURT:  I think the law is pretty clear about
10 this.  You're trying to extend injunctive relief and it may
11 be another Debtor, but I think that's what needs to be and
12 you're going to need to state for a TRO at that point.
13         MR. PEREZ:  And Your Honor, we're prepared to do
14 -- we're prepared to meet that, we're prepared to meet those
15 standards and we'll file the lawsuit and we'll be back at
16 9:00 o'clock tomorrow morning.
17         THE COURT:  Sorry to invite everybody here for
18 this today's hearing, but we'll see you-all at -- we'll see
19 all the same people tomorrow morning at 9:00 o'clock.
20         All right.  Thank you.
21      (The parties thank the Court.)
22      (Hearing adjourned at 10:30 a.m.)
23
24
25                       *  *  *  *  *

1    *I certify that the foregoing is a correct*
2    *transcript to the best of my ability from the electronic*
3    *sound recording of the proceedings in the above-entitled*
4    *matter.*
5    */S/ MARY D. HENRY*
6    *CERTIFIED BY THE AMERICAN ASSOCIATION OF*
7    *ELECTRONIC REPORTERS AND TRANSCRIBERS, CET\*\*337*
8    *JUDICIAL TRANSCRIBERS OF TEXAS, LLC*
9    *JTT TRANSCRIPT #63108*
10   *DATE FILED:  DECEMBER 20, 2020*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25