10/19/2020

Direct Access - Filing Details

**EXHIBIT C**

## Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 10/14/2020 are subject to change or removal.**

**Original File#:**   55-1434772

**Filed:**   8/16/2013 at 9:38 AM

**Parish:**   TERREBONNE

**Debtors: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C. <br> Tax ID: #####0000 <br> 1001 OCHSNER BLVD., SUITE 200 <br> COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P. <br> Tax ID: #####0000 <br> 1330 POST OAK BLVD., SUITE 600 <br> HOUSTON, TX 77056 |

**Original Secured Parties: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C. <br> Tax ID#: ####0000 <br> 1001 OCHSNER BLVD., SUITE 200 <br> COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P. <br> Tax ID#: #####0000 <br> 1330 POST OAK BLVD., SUITE 600 <br> HOUSTON, TX 77056 |

**Property: FIX/MIN FILING**

| |
|---|
| SEE ATTACHED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) AND ATTACHED CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA). ETC. SEE ORIGINAL |

**Subsequent Filings: (5)**

| Type | Details |
|---|---|
| **Assignment:** | 55-1473361 filed on 2/3/2015 at 10:15 AM <br><br> Assignees: (2) <br>     LLOG EXPLORATION OFFSHORE, L.L.C. <br>     Tax ID: #####0000 <br>     1001 OCHSNER BLVD., SUITE 200 <br>     COVINGTON, LA 70433 <br><br>     FIELDWOOD ENERGY OFFSHORE LLC <br>     Tax ID: #####0000 <br>     2000 W SAM HOUSTON PKWY S, SUITE 1200 <br>     HOUSTON, TX 77042 |
| **Amendment:** | 55-1473362 filed on 2/3/2015 at 10:15 AM <br> AMENDED TO ADD SECURED PARTY - LLOG ENERGY, L.L.C.; 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 |
| **Amendment:** | 55-1473363 filed on 2/3/2015 at 10:17 AM <br> AMENDED TO ADD DEBTORS: LLOG ENERGY, L.L.C., 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 AND FIELDWOOD ENERGY OFFSHORE LLC, 2000 W SAM HOUSTON PKWAY S, SUITE 1200, HOUSTON, TX 77042 |

**EXHIBIT E**

Direct Access - Filing Details

| | |
|---|---|
| **Amendment:** | 55-1473364 filed on 2/3/2015 at 10:18 AM |
| | AMENDED TO DELETE DEBTOR: DAVIS OFFSHORE, L.P. |

Debtors: (3)
LLOG EXPLORATION OFFSHORE, L.L.C.
Tax ID: #####0000Tax ID:     1001 OCHSNER BLVD., SUITE 200
COVINGTON, LA 70433

LLOG ENERGY, L.L.C.
Tax ID: #####0000Tax ID:     1001 OCHSNER BOULEVARD, SUITE 200
COVINGTON, LA 70433

FIELDWOOD ENERGY OFFSHORE LLC
Tax ID: #####0000Tax ID:     2000 W SAM HOUSTON PKWY S, SUITE 1200
HOUSTON, TX 77042

| | |
|---|---|
| **Continuation:** | 55-1552263 filed on 2/20/2018 at 12:46 PM |

Print