UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

ORDER GRANTING LLOG EXPLORATION OFFSHORE, L.L.C.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

**UPON CONSIDERATION** of LLOG Exploration Offshore, L.L.C.'s Motion for Relief from Automatic Stay (the "Motion"):[2]

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The automatic stay is lifted pursuant to 11 U.S.C. § 362(d) as requested in the Motion. LLOG may exercise its rights under the OOA to provide notice of Fieldwood Energy Offshore LLC's default to the first purchaser of production for the GC 201 ORRI Proceeds, and LLOG may undertake any additional efforts necessary to work with the first purchaser to escrow the GG 201 ORRI Proceeds pending further order of this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

277241v1

3. The 14-day stay found in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

SIGNED this ____ day of _____, 2020.

                                                                         _____
                                                                         THE HONORABLE MARVIN ISGUR
                                                                         UNITED STATES BANKRUPTCY JUDGE