10/19/2020

Direct Access - Filing Details

**EXHIBIT C**

## Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 10/14/2020 are subject to change or removal.**

**Original File#:**   55-1434772

**Filed:**   8/16/2013 at 9:38 AM

**Parish:**   TERREBONNE

**Debtors: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>1001 OCHSNER BLVD., SUITE 200<br>COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P.<br>Tax ID: #####0000<br>1330 POST OAK BLVD., SUITE 600<br>HOUSTON, TX 77056 |

**Original Secured Parties: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C.<br>Tax ID#: #####0000<br>1001 OCHSNER BLVD., SUITE 200<br>COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P.<br>Tax ID#: #####0000<br>1330 POST OAK BLVD., SUITE 600<br>HOUSTON, TX 77056 |

**Property: FIX/MIN FILING**

| |
|---|
| SEE ATTACHED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) AND ATTACHED CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA). ETC. SEE ORIGINAL |

**Subsequent Filings: (5)**

| Type | Details |
|---|---|
| **Assignment:** | 55-1473361 filed on 2/3/2015 at 10:15 AM<br><br>Assignees: (2)<br>    LLOG EXPLORATION OFFSHORE, L.L.C.<br>    Tax ID: #####0000<br>    1001 OCHSNER BLVD., SUITE 200<br>    COVINGTON, LA 70433<br><br>    FIELDWOOD ENERGY OFFSHORE LLC<br>    Tax ID: #####0000<br>    2000 W SAM HOUSTON PKWY S, SUITE 1200<br>    HOUSTON, TX 77042 |
| **Amendment:** | 55-1473362 filed on 2/3/2015 at 10:15 AM<br>AMENDED TO ADD SECURED PARTY - LLOG ENERGY, L.L.C.; 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 |
| **Amendment:** | 55-1473363 filed on 2/3/2015 at 10:17 AM<br>AMENDED TO ADD DEBTORS: LLOG ENERGY, L.L.C., 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 AND FIELDWOOD ENERGY OFFSHORE LLC, 2000 W SAM HOUSTON PKWAY S, SUITE 1200, HOUSTON, TX 77042 |

**EXHIBIT E**

10/19/2020                                    Direct Access - Filing Details

**Amendment:**    55-1473364 filed on 2/3/2015 at 10:18 AM
               AMENDED TO DELETE DEBTOR: DAVIS OFFSHORE, L.P.

               Debtors: (3)
                    LLOG EXPLORATION OFFSHORE, L.L.C.
                    Tax ID: #####0000Tax ID:     1001 OCHSNER BLVD., SUITE 200
                    COVINGTON, LA 70433

                    LLOG ENERGY, L.L.C.
                    Tax ID: #####0000Tax ID:     1001 OCHSNER BOULEVARD, SUITE 200
                    COVINGTON, LA 70433

                    FIELDWOOD ENERGY OFFSHORE LLC
                    Tax ID: #####0000Tax ID:     2000 W SAM HOUSTON PKWY S, SUITE 1200
                    HOUSTON, TX 77042

**Continuation:**    55-1552263 filed on 2/20/2018 at 12:46 PM

Print