UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § § § Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § Case No. 20-33948 (MI) |
| Debtors.[1] | § § (Jointly Administered) |

ORDER GRANTING LLOG EXPLORATION OFFSHORE, L.L.C.'S
MOTION FOR ADEQUATE PROTECTION

**UPON CONSIDERATION** of LLOG Exploration Offshore, L.L.C.'s Motion for Adequate Protection (the "Motion"): [2]

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. As a form of adequate protection, Fieldwood Energy Offshore LLC is hereby ordered to authorize the first purchaser of production for GC 201 ORRI Proceeds to escrow or otherwise segregate the GC 201 ORRI Proceeds during the pendency of these jointly administered bankruptcy cases pending further order of this Court.

SIGNED this ____ day of _____, 2020.

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

277242v1