# Exhibit A

**Exhibit D**

**List of Surety Bonds**

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| **Governmental Bonds** | | | |
| Bandon Oil and Gas LP | 869156 | Willis - Evergreen | US Bureau of Ocean Energy Management |
| Bandon Oil and Gas LP | B008940 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Bandon Oil and Gas LP | B008941 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Bandon Oil and Gas, LP | 7000000414 | Alliant - Sirius | US Bureau of Ocean Energy Management |
| Davis Offshore, L.P. | RLB0002985 | RLI | US Bureau of Ocean Energy Management |
| Dynamic Offshore Resources NS, LLC | B008942 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Dynamic Offshore Resources NS, LLC | B008943 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 179867 | Alliant - Berkley | Louisiana Office of Conservation |
| Fieldwood Energy LLC | 1136896 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 2196703 | IndemCo - Swiss Re | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 0179846 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 0179849 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 0179850 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 0179854 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 1070297 | Alliant - Hanover | US Bureau of Ocean Energy Management & Marathon Oil Company |
| Fieldwood Energy LLC | 1136930 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 1137020 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 46-132677800 | Alliant - Berkley | Department of Homeland Security |
| Fieldwood Energy LLC | 7000000407 | Alliant - Sirius | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | 7000000425 | Alliant - Sirius | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | B008963 | IndemCo - HCC | US Bureau of Ocean Energy Management |

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| Fieldwood Energy LLC | B009064 | IndemCo - HCC | US Army Corp. of Engineers |
| Fieldwood Energy LLC | B009183 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | B010590 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | B010618 | IndemCo - HCC | Manta Ray Offshore Gathering & US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | ES00001442 | Alliant - Everest Re | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | ES00001443 | Alliant - Everest Re | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | ES00001445 | Alliant - Everest Re | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | ES00001446 | Alliant - Everest Re | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015298 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015299 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015327 | RLI | State of Texas, Railroad Commission |
| Fieldwood Energy LLC | RLB0015465 | RLI | Louisiana Office of Conservation |
| Fieldwood Energy LLC | RLB0015513 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015517 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015605 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | RLB0015609 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy LLC | SU46455 | Alliant - Aspen | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 179868 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 869157 | Willis - Evergreen | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 869158 | Willis - Evergreen | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 869159 | Willis - Evergreen | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136890 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136933 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 7000000436 | Alliant - Sirius | US Bureau of Ocean Energy Management & Marathon Oil Company |
| Fieldwood Energy Offshore LLC | 7000000437 | Alliant - Sirius | US Bureau of Ocean Energy Management |

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| | | | & Marathon Oil Company |
| Fieldwood Energy Offshore LLC | 0179852 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 0179853 | Alliant - Berkley | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136891 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136892 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136893 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136894 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136895 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136897 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136898 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136899 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136900 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136901 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136902 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136904 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136905 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136906 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136915 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136916 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136917 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136918 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136919 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136932 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136934 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136935 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136936 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | 1136938 | IndemCo - Lexon | US Bureau of Ocean Energy Management |

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| Fieldwood Energy Offshore LLC | 1136940 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | B008781 | IndemCo - HCC | State of Texas, Railroad Commission |
| Fieldwood Energy Offshore LLC | B009075 | IndemCo - HCC | Louisiana Office of Conservation |
| Fieldwood Energy Offshore LLC | B009076 | IndemCo - HCC | Louisiana Office of Conservation |
| Fieldwood Energy Offshore LLC | RLB0012977 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | RLB0013334 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | SUR24000026 | IndemCo - Ironshore | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | SUR24000027 | IndemCo - Ironshore | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | SUR24000030 | IndemCo - Ironshore | US Bureau of Ocean Energy Management |
| Fieldwood Energy Offshore LLC | SUR24000031 | IndemCo - Ironshore | US Bureau of Ocean Energy Management |
| Fieldwood Energy SP LLC | RLB0006669 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Energy SP LLC | RLB0006670 | RLI | US Bureau of Ocean Energy Management |
| Fieldwood Onshore LLC | B005992 | IndemCo - HCC | State of Texas, Railroad Commission |
| Fieldwood Onshore LLC | B007994 | IndemCo - HCC | State of Texas, Railroad Commission |
| Fieldwood Onshore LLC | B008899 | IndemCo - HCC | The City of Texas City |
| Fieldwood Onshore LLC | RLB0015468 | RLI | Louisiana Office of Conservation |
| Fieldwood SD Offshore LLC | B005990 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| Fieldwood SD Offshore LLC | B005994 | IndemCo - HCC | State of Texas, Railroad Commission |
| Fieldwood SSD Offshore LLC | B005991 | IndemCo - HCC | US Bureau of Ocean Energy Management |
| FW GOM Pipeline, Inc. | RLB0015626 | RLI | US Bureau of Ocean Energy Management |
| Galveston Bay Pipeline LLC | B005993 | IndemCo - HCC | State of Texas, Railroad Commission |
| GOM Shelf LLC | 179865 | Alliant - Berkley | US Office of Natural Resources Revenue |
| GOM Shelf LLC | 1137021 | IndemCo - Lexon | US Bureau of Ocean Energy Management |
| GOM Shelf LLC | ES00001444 | Alliant - Everest Re | US Bureau of Ocean Energy Management |
| GOM Shelf LLC | RLB0015532 | RLI | US Bureau of Ocean Energy Management |
| GOM Shelf LLC | RLB0015533 | RLI | US Bureau of Ocean Energy Management |

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| **Contracting Partners** ||||
| Dynamic Offshore Resources, LLC | RLB0014462 | RLI | TDC Energy LLC & Petrobras Americas Inc. |
| Fieldwood Energy LLC | 179856 | Alliant - Berkley | Noble Energy, Inc. |
| Fieldwood Energy LLC | 1038705 | Alliant - Hanover | Anadarko, ENI & Noble Energy |
| Fieldwood Energy LLC | 2222643 | Alliant - Liberty Mutual | XTO Offshore Inc. |
| Fieldwood Energy LLC | 22059149 | Alliant - Liberty Mutual | Anadarko, ENI & Noble Energy |
| Fieldwood Energy LLC | 22220669 | Alliant - Liberty Mutual | Marathon Oil Company |
| Fieldwood Energy LLC | 106854940 | Alliant - Travelers | Noble Energy, Inc. |
| Fieldwood Energy LLC | 106854941 | Alliant - Travelers | Anadarko, ENI & Noble Energy |
| Fieldwood Energy LLC | 7000000301 | Alliant - Sirius | Marathon Oil Company |
| Fieldwood Energy LLC | 7000000302 | Alliant - Sirius | Marathon Oil Company |
| Fieldwood Energy LLC | 7000000410 | Alliant - Sirius | Williams Companies (Gulfstar One LLC) |
| Fieldwood Energy LLC | B012528 | IndemCo - HCC | McMoran Oil & Gas, LLC |
| Fieldwood Energy LLC | BS/MA/00089 | Alliant - Tokio Marine HCC | Deutsche Bank AG |
| Fieldwood Energy LLC | ES00001441 | Alliant- Everest Re / HCCI | Apache Corporation |
| Fieldwood Energy LLC | ES00001447 | Alliant - Everest Re | Williams Companies (Gulfstar One LLC) |
| Fieldwood Energy LLC | LMP9181834 | Willis - Zurich | Deutsche Bank AG New York Branch |
| Fieldwood Energy LLC | LPM9181831 | Willis - Zurich | Deutsche Bank AG New York Branch |
| Fieldwood Energy LLC | LPM9181832 | Willis - Zurich | Deutsche Bank AG New York Branch |
| Fieldwood Energy LLC | LPM9181833 | Willis - Zurich | Deutsche Bank AG New York Branch |
| Fieldwood Energy LLC | PB03251500040 | Alliant - Philadelphia | Apache Corporation |
| Fieldwood Energy LLC | RLB00015432 | RLI | Chevron U.S.A. Inc. |
| Fieldwood Energy LLC | RLB0015309 | RLI | EOG Resources, Inc. |

5

| Obligor | Bond Number | Surety | Obligee |
|---|---|---|---|
| Fieldwood Energy LLC | RLB0015572 | RLI | Louisiana Office of Conservation |
| Fieldwood Energy LLC | SU46474 | Alliant - Aspen | Noble Energy, Inc. |
| Fieldwood Energy LLC | US00083678SU18A | Alliant - XL Specialty Ins. Co. | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | 1136945 | IndemCo - Lexon | Chevron U.S.A. Inc. |
| Fieldwood Energy Offshore LLC | 2196702 | IndemCo - Swiss Re | Chevron U.S.A. Inc. & Union Oil Company |
| Fieldwood Energy Offshore LLC | 2196705 | IndemCo - Swiss Re | ENI Petroleum US LLC |
| Fieldwood Energy Offshore LLC | B008837 | IndemCo - HCC | JX Nippon Oil Exploration (USA) Limited |
| Fieldwood Energy Offshore LLC | B008838 | IndemCo - HCC | JX Nippon Oil Exploration (USA) Limited |
| Fieldwood Energy Offshore LLC | B008839 | IndemCo - HCC | JX Nippon Oil Exploration (USA) Limited |
| Fieldwood Energy Offshore LLC | B008908 | IndemCo - HCC | Apache Corporation |
| Fieldwood Energy Offshore LLC | B009344 | IndemCo - HCC | Shell Offshore Inc. |
| Fieldwood Energy Offshore LLC | RLB0002369 | RLI | Chevron U.S.A. Inc. |
| Fieldwood Energy Offshore LLC | RLB0009112 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0009122 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0009134 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0009150 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0009156 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0013981 | RLI | XTO Offshore Inc. |
| Fieldwood Energy Offshore LLC | RLB0014014 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0014015 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0014017 | RLI | Noble Energy, Inc. |
| Fieldwood Energy Offshore LLC | RLB0014055 | RLI | Apache Shelf, Inc. |