# Exhibit B

# Brown, Jase A.

| | |
|---|---|
| **From:** | Brown, Jase A. |
| **Sent:** | Monday, November 02, 2020 4:35 PM |
| **To:** | Brown, Jase A. |
| **Subject:** | FW: Fieldwood - Protective Order |

**From:** Carlson, Clifford [mailto:Clifford.Carlson@weil.com]
**Sent:** Thursday, October 29, 2020 11:24 AM
**To:** Brandon Bains ; 'Eisenberg, Philip' ; Elliot Scharfenberg ; Grzyb, Darren ; Perez, Alfredo ; Liou, Jessica ; Marzocca, Anthony ; Swenson, Robert
**Cc:** 'Brescia, Duane J.' ; Zuber, Scott A. ; ''*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' ; Shahinian, Armen ; 'Ward, Christopher R.' ; 'Michael Collins' ; 'rmiller@manierherod.com' ; Freedman, Terri Jane
**Subject:** RE: Fieldwood - Protective Order

\* External Message \*

Brandon,

Below (in red) are the Company's notes related to each request. Note that the Company added the associated files to the "Fieldwood Due Diligence -- Surety Document Request" box site under the folder "10-21-2020 Surety Requests."

- Complete copy of the Company's 12/31/19 Third-Party Reserve Report (only summary pages were provided, and our clients would like to review field level data as well); Uploaded excel file with YE'19 and MY'20 onelines by field. Our YE'19 reserve report is audited by Ryder Scott. We do not have full 3rd party report. The oneline represents the field detail that was audited by Ryder Scott.
- If completed, a copy of the Mid-Year Reserve Report with update pricing assumptions; Uploaded excel file with YE'19 and MY'20 onelines by field.
- Updated Decommissioning Trust Overview noting go-forward projections (current document only shows historical revenues, expense, net profits, and trust contributions); Our deficit is on the Trust A NPI is >$50 MM. In the current commodity price environment, we do not anticipate any significant contributions over the next 1-2 years.
- Trust A Agreement (this was requested in the initial demands but not received); Uploaded NPI conveyance agreement and Trust agreement.
- A list of the properties that have been P&A'd, and specifically the amount of P&A that has taken place at each property. This information is not readily available. We have uploaded a P&A overview that includes historical activity summaries.
- Well-level cash flow statements, estimates, and summaries for all GOM operations for each of the Fieldwood entities Please see the field level LOS that has been uploaded.

Please let us know if you have any questions.

Thanks,



1

**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** Brandon Bains <bbains@l-llp.com>
**Sent:** Thursday, October 29, 2020 8:49 AM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>; 'Eisenberg, Philip' <peisenberg@lockelord.com>; Elliot Scharfenberg <escharfenberg@krebsfarley.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; ''*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

Huh? See the e-mail at the very bottom below – when will those documents be provided?

Brandon Bains
214-722-7171

---

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Thursday, October 29, 2020 8:47 AM
**To:** Brandon Bains <bbains@l-llp.com>; 'Eisenberg, Philip' <peisenberg@lockelord.com>; Elliot Scharfenberg <escharfenberg@krebsfarley.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; ''*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

Hi Brandon,

I don't think we have answers for you on any of the below questions at this time - the parties to the RSA and Apache Term Sheet continue to work through these issues. We will get back to you as soon as we can.

Best,
Cliff



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** Brandon Bains <bbains@l-llp.com>
**Sent:** Thursday, October 29, 2020 8:20 AM
**To:** 'Eisenberg, Philip' <peisenberg@lockelord.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Elliot Scharfenberg <escharfenberg@krebsfarley.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; '*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

Cliff:

When will the documentation/information detailed in the thread below be available?

Brandon Bains
214-722-7171

---

**From:** Eisenberg, Philip <peisenberg@lockelord.com>
**Sent:** Wednesday, October 21, 2020 1:42 PM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>; Elliot Scharfenberg <escharfenberg@krebsfarley.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Brandon Bains <bbains@l-llp.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; '*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

Cliff ,

In addition with regard to the information requests can you provide separate lists of all properties to be in Fieldwood I and separately for Fieldwood II. Also The Term Sheet required within 45 days for Fieldwood ,with Apache consent, to identify any further Retained Properties for Fieldwood II even if they were legacy Apache properties, can you let us know if there are such other properties now agreed. Further what is the plan on properties which are legacy Apache properties operated by Fieldwood where Fieldwood acquired nonoperating interests in such properties from some one other than Apache. Will these properties be in Fieldwood I entirely or will the ownership be split in some fashion?

Philip Eisenberg
Locke Lord LLP
713-226-1304

**From:** Carlson, Clifford <Clifford.Carlson@weil.com>
**Sent:** Wednesday, October 21, 2020 10:43 AM
**To:** Elliot Scharfenberg <escharfenberg@krebsfarley.com>; Grzyb, Darren <dgrzyb@csglaw.com>; Brandon Bains <bbains@l-llp.com>; Eisenberg, Philip <peisenberg@lockelord.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; ''*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

**\*\* External email \*\***
Thanks Elliot and Darren. We will coordinate with the Company and get back to you as soon as possible.



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile (preferred)
+1 713 224 9511 Fax

---

**From:** Elliot Scharfenberg <escharfenberg@krebsfarley.com>
**Sent:** Wednesday, October 21, 2020 9:41 AM
**To:** Grzyb, Darren <dgrzyb@csglaw.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Brandon Bains <bbains@l-llp.com>; Eisenberg, Philip <peisenberg@lockelord.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; ''*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>
**Subject:** RE: Fieldwood - Protective Order

Cliff,

In addition to the documents referenced by Darren, please also produce:

- Well-level cash flow statements, estimates, and summaries for all GOM operations for each of the Fieldwood entities

Thank you,

Elliot



**Elliot Scharfenberg**
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 299-3583

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply email and destroy all copies of this communication. The sender's name and other information in this email are for informational purposes only and are not electronic signatures.

**From:** Grzyb, Darren <dgrzyb@csglaw.com>
**Sent:** Tuesday, October 20, 2020 4:55 PM
**To:** Carlson, Clifford <Clifford.Carlson@weil.com>; Brandon Bains <bbains@l-llp.com>; Eisenberg, Philip <peisenberg@lockelord.com>; Perez, Alfredo <alfredo.perez@weil.com>; Liou, Jessica <jessica.liou@weil.com>; Marzocca, Anthony <Anthony.Marzocca@weil.com>; Swenson, Robert <Robert.Swenson@weil.com>
**Cc:** 'Brescia, Duane J.' <DBrescia@ClarkHill.com>; Zuber, Scott A. <szuber@csglaw.com>; '*lwoodard@harrisbeach.com' (lwoodard@harrisbeach.com)' <lwoodard@harrisbeach.com>; Shahinian, Armen <AShahinian@csglaw.com>; 'Ward, Christopher R.' <CWard@ClarkHill.com>; 'Michael Collins' <mcollins@manierherod.com>; 'rmiller@manierherod.com' <rmiller@manierherod.com>; Freedman, Terri Jane <tfreedman@csglaw.com>; Elliot Scharfenberg <escharfenberg@krebsfarley.com>
**Subject:** RE: Fieldwood - Protective Order

Cliff:

By my calculation, the Disclosure Statement, Plan of Reorganization and/or bidding procedures motion should have been filed by now. Also, the Definitive Apache Documents should have been filed. Please advise when we can expect to see these filings.

We also request that the Debtor supplement its production with the following information:

- Complete copy of the Company's 12/31/19 Third-Party Reserve Report (only summary pages were provided, and our clients would like to review field level data as well);

- If completed, a copy of the Mid-Year Reserve Report with update pricing assumptions;

- Updated Decommissioning Trust Overview noting go-forward projections (current document only shows historical revenues, expense, net profits, and trust contributions);

- Trust A Agreement (this was requested in the initial demands but not received);

- A list of the properties that have been P&A'd, and specifically the amount of P&A that has taken place at each property.

Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

5

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**Brown, Jase A.**

| | |
|---|---|
| **From:** | Knapp, Bradley C. <bknapp@lockelord.com> |
| **Sent:** | Wednesday, December 16, 2020 10:44 AM |
| **To:** | clifford.carlson@weil.com; alfredo.perez@weil.com; Liou, Jessica; anthony.marzocca@weil.com; robert.swenson@weil.com |
| **Cc:** | Eisenberg, Philip; Grzyb, Darren; Brown, Jase A.; Zuber, Scott A.; Lee Woodard; Brescia, Duane J.; Robert Miller |
| **Subject:** | Fieldwood: surety production |

* External Message *

Counsel—

Our clients and their consultants have reviewed Fieldwood's surety productions. Based on the review of that production, we have additional document and information requests detailed below. Please let us know if we can set a call later this week to discuss these requests.

**Aries/PHDWin Database** – (Fieldwood internal or Ryder Scott) This database should contain all properties, and we believe can be produced as a pdf or Excel matching the database information:
- Updated production
- Updated reserves categories (ie. an undeveloped well drilled moved to producing)
- Ownership interest
- Capital expenditure (for future work and abandonment)
- Operating cost assumptions
- Price and other economic parameters including pricing differentials
- Timing of future behind pipes and drills

**Updated Lease operating statements** – at least last 12 months trailing operating costs by field

**Updated Revenue statements** – at least 12 months trailing by field

**Producing, Non-Producing, and undeveloped reserves dependent on a volumetric estimate** – If the reserves estimate relies on an volumetric estimate, we request all data necessary to support the reserve estimate including but not limited to:
- Structure map for the subject zone
- Amplitude/Attribute maps
- Well logs
- Isopach maps
- Seismic lines where appropriate
- Cross-sections where appropriate
- Bottom hole pressure data
- Material Balance where appropriate
- Fluid characteristics
- AFEs for near term work

**Shut in information**
- Information regarding hurricane shut-in, and other shut-in fields
- plans for return to production, cost associated with restoring production

1

**Lease schedules**
- A breakdown of which properties are in Fieldwood I, Fieldwood II, and the deepwater silo

Many thanks,
Brad

**Brad Knapp**
**Partner**
**Locke Lord LLP**
**601 Poydras Street**
**Suite 2660**
**New Orleans, Louisiana 70130**
**504-558-5210 Direct**
**504-910-6847 Fax**
**bknapp@lockelord.com**
**www.lockelord.com**



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.