# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 54

NOW INTO COURT, through undersigned counsel, comes C-Dive, L.L.C. which hereby files this Notice of Withdrawal of Proof of Claim No. 54 in Case No. 20-33948 to withdraw its proof of claim previously filed on November 20, 2020.

Dated:  December 22, 2020

                                                          Respectfully submitted,
                                                          Leann Opotowsky Moses (TX # 15291750)
                                                          Peter J. Segrist (LA # 35314)
                                                          Carver, Darden, Koretzky, Tessier,
                                                          Finn, Blossman & Areaux  L. L. C.
                                                          1100 Poydras Street, Suite 3100
                                                          New Orleans, Louisiana  70163
                                                          Telephone: (504) 585-3800
                                                          Telecopier: (504) 585-3801
                                                          moses@carverdarden.com

                                                            /s/  Leann O. Moses
                                                          Attorneys for C-Dive, L.L.C.

## CERTIFICATE OF SERVICE

I, Leann O. Moses, do hereby certify that I caused the foregoing pleading to be served on those parties receiving electronic notification via the Court's CM/ECF System on December 22, 2020.

                                                            /s/  Leann O. Moses