IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtor. | § | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Cortex Business Solutions USA LLC ("Cortex"), a creditor in the above-referenced cases, directs the Debtors and their representatives (including the claims and distribution agent appointed in the cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the service of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the new address:

Cortex Business Solutions USA LLC
205 Fifth Ave. SW, Suite 400
Calgary, Alberta T2P 2V7

Dated: December 23, 2020

Respectfully submitted,

**SPROUSE LAW FIRM**
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746
(512) 658-1915 -- Telephone
*/s/ Marvin E. Sprouse III*
Marvin E. Sprouse III
State Bar No. 24008067
Email: msprouse@sprousepllc.com

**COUNSEL CORTEX BUSINESS SOLUTIONS USA LLC**

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of December 2020, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF Electronic notification system upon all parties registered for same.

              /s/ *Marvin E. Sprouse III*
              Marvin E. Sprouse III