IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, *et al*. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtor. | § | Jointly Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cortex Business Solutions USA LLC requests that all pleadings filed and notices given in the above-captioned case be given and served upon the following:

Marvin E. Sprouse III
Sprouse Law Firm
901 Mopac Expressway South,
Building 1, Suite 300
Austin, TX 78746
(512) 658-1915
Email: msprouse@sprousepllc.com

PLEASE TAKE FURTHER notice that the foregoing demand includes not only notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

Dated: December 23, 2020

Respectfully submitted,

**SPROUSE LAW FIRM**
901 Mopac Expressway South
Building 1, Suite 300
Austin, TX 78746
(512) 658-1915 -- Telephone
/s/ *Marvin E. Sprouse III*
Marvin E. Sprouse III
State Bar No. 24008067
Email: msprouse@sprousepllc.com

**COUNSEL FOR CORTEX BUSINESS SOLUTIONS USA LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of December 2020, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF Electronic notification system upon all parties registered for same.

                                         /s/ *Marvin E. Sprouse III*
                                         Marvin E. Sprouse III