IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On December 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Charley M Sellman, (MMLID: 11541558), at an address that is being redacted in the interest of privacy:

- Notice of Chapter 11 Bankruptcy Cases (and Meeting of Creditors to be held telephonically on September 24, 2020 at 10:30 a.m. (CT)) [Docket No. 167]

On December 16, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Cambelyn Consulting, LLC (MMLID: 11539752), Attn: Gayle Cheatham, 14 Wineberry Pl, Spring, TX 77382-1709**:**

- Motion of the Official Committee of Unsecured Creditors For Entry of an Order (I) Clarifying its Disclosure Obligations, (II) Approving Protocol For Providing Access to Information to Unsecured Creditors and (III) Retaining Prime Clerk LLC as Information Agent, Effective as of September 1, 2020 [Docket No. 401]

- Notice of Hearing (Scheduled for December 14, 2020 at 2:00 PM (CT)) [Docket No. 514]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: December 18, 2020

/s/ Xavi Flores
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 18, 2020, by Xavi Flores, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022