UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC et al. | |

This lawyer, who is admitted to the State Bar of ___Alabama and Florida___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Richard M. Gaal<br>McDowell Knight Roedder & Sledge, LLC<br>PO Box 350<br>Mobile, Alabama 36601<br>251-432-5300<br>Alabama: ASB-3999-A58R; Florida #64827 |

Seeks to appear as the attorney for this party:

| Core Industries, Inc. | |
|---|---|
| Dated: December 28, 2020 | Signed: /s/ Richard M. Gaal |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                          United States Bankruptcy Judge