

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
12/29/2020

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC et al. | |

This lawyer, who is admitted to the State Bar of __Alabama and Florida__ :

| | |
|---|---|
| Name | Richard M. Gaal |
| Firm | McDowell Knight Roedder & Sledge, LLC |
| Street | PO Box 350 |
| City & Zip Code | Mobile, Alabama 36601 |
| Telephone | 251-432-5300 |
| Licensed: State & Number | Alabama: ASB-3999-A58R; Florida #64827 |

Seeks to appear as the attorney for this party:

| Core Industries, Inc. | |
|---|---|
| Dated: December 28, 2020 | Signed: /s/ Richard M. Gaal |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__ .

| Dated: | Signed: _____ Deputy Clerk |
|---|---|

Order

This lawyer is admitted *pro hac vice*.

Signed: December 29, 2020

Marvin Isgur
United States Bankruptcy Judge