IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket No. 665 |

## CERTIFICATE OF NO OBJECTION TO FIRST INTERIM FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, ATTORNEYS FOR DEBTORS FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD AUGUST 3, 2020 THROUGH OCTOBER 31, 2020

1.  On December 15, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *First Interim Fee Application of Weil, Gotshal & Manges LLP, Attorneys for Debtors for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period August 3, 2020 Through October 31, 2020* (Docket No. 665) (the "**Application**"). Objections to the Application were required to be filed and served by December 29, 2020 (the "**Objection Deadline**").

2.  In accordance with paragraph 40 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than twenty-four hours have passed since the Objection Deadline, (ii) the undersigned counsel is unaware of any unresolved objections to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Application, and (iii) the undersigned counsel has reviewed the Court's docket and no objection to the Application appears thereon.

   3. Therefore, the Debtors respectfully request entry of the proposed order filed with the Application, attached hereto as **<u>Exhibit A</u>**.

Dated: December 31, 2020
   Houston, Texas

            Respectfully submitted,

             /s/ Alfredo R. Pérez
            WEIL, GOTSHAL & MANGES LLP
            Alfredo R. Pérez (15776275)
            700 Louisiana Street, Suite 1700
            Houston, Texas 77002
            Telephone: (713) 546-5000
            Facsimile: (713) 224-9511
            Email: Alfredo.Perez@weil.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Matthew S. Barr (admitted *pro hac vice*)
            Jessica Liou (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007
            Email: Matt.Barr@weil.com
               Jessica.Liou@weil.com

            *Attorneys for Debtors*
            *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on December 31, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                       */s/ Alfredo R. Pérez*
                                                                                                      Alfredo R. Pérez