IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## DEBTORS' SECOND AMENDED WITNESS AND EXHIBIT LIST
## FOR HEARING ON JANUARY 4, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this second amended witness and exhibit list (the "**Second Amended Witness and Exhibit List**") for the hearing scheduled for **January 4, 2021 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

# EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Debtors' Motion for Entry of an Order Extending Exclusive Periods Pursuant to Section 1121(D) of Bankruptcy Code* (ECF No. 625) | | | | |
| 2. | *Declaration of Michael Dane in Support of Debtors' Chapter 11 Petition and First Day Relief* (ECF No. 29) | | | | |
| 3. | *Transcript RE: Telephonic Motion Hearing Held on September 14, 2020* (ECF No. 371) | | | | |
| 4. | *Debtor-in-Possession Monthly Operating Report for Reporting Period of October 1, 2020 through October 31, 2020* (ECF No. 621) | | | | |
| 5. | *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105,. 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. §§ 363, and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b)* (ECF No. 346) | | | | |
| 6. | *Schedules of Assets and Liabilities and Statements of Financial Affairs* (ECF Nos. 429-456) | | | | |
| 7. | *Affidavits of Service for Mailings for the Period from November 29, 2020 through December 5, 2020* (ECF No. 652) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | *Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (ECF No. 722) | | | | |
| 9. | *Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (ECF No. 723) | | | | |
| 10. | Any exhibit designated by any other party | | | | |
| 11. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 12. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to further amend or supplement the Second Amended Witness and Exhibit List at any time prior to the Hearing.

3

Dated: January 3, 2021
Houston, Texas

Respectfully submitted,

_/s/  Alfredo R. Pérez_
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
             Jessica.Liou@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that on January 3, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez