# FIELDWOOD ENERGY LLC

## 20-33948

## SCHEDULES OF ASSETS AND LIABILITIES AND STATEMNTS OF FINANCIAL AFFAIRS

# ECF NOS. 429-456