# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, January 4, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Brandon | Bains | Langley LLP | Liberty; Hanover; Travelers; and XL |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Insurance Company |
| Clifford | Carlson | Weil | Debtors |
| philip | eisenberg | locke lord llp | HCCI/ USSIC |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs, as first lien first out agent |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen, Berkley, Everest and Sirius |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company Plc |
| Kris | Hansen | Strook & Strook & Lavan | The official committee of unsecured |
| Kristopher | Hansen | Stroock LLP | Official Committee of Unsecured Creditors |
| Benjamin | Kadden | Lugenbuhl | Superior Energy Services, L.L.C., Workstrings International, LLC, HB Rentals, LC, Wild Well Control, Inc., and Warrior Energy Services Corporation |
| Tom | Kirkendall | Law Office of Tom Kirkendall | Geophysical Pursuit, Inc. and Fairfield Industries Incorporated |
| Buffey | Klein | Husch Blackwell | 2M Oilfield Group |
| Buffey | Klein | Husch Blackwell LLP | 2M oilfield Services |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities as DIP Agent |
| Jessica | Liou | Weil | Debtors |
| Kevin | Maraist | Anderson Lehrman Barre & Maraist LLP | Archrock Services LP |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Leann | Moses | Carver Darden Koretzky Tessier Finn Blossman and Areaux, LLC | JX Nippon Oil Exploration (U.S.A.) Limited |
| Kenneth | Pasquale | Strook & Strook & Lavan | The official committee of unsecured |
| Alfredo | Perez | Weil | Debtors |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Jones LLP | Marathon Oil |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Cole Schotz PC | The Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Martha | Wyrick | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |