**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **FIELDWOOD ENERGY, LLC, et al.,** | § | **CASE NO. 20-33948 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**MOTION TO SUBSTITUTE COUNSEL AND**
**REQUEST FOR NOTICES AND PLEADINGS**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER THE EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

NOW INTO COURT, through undersigned counsel, comes JX Nippon Oil Exploration (U.S.A.) Limited, which respectfully moves the Court for entry of an Order withdrawing Andrew A. Braun as counsel of record for JX Nippon Oil Exploration (U.S.A.) Limited and substituting Leann Opotowsky Moses and Peter J. Segrist of the law firm of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC as co-counsel of record for JX Nippon Oil Exploration (U.S.A.) Limited with Lambert M. Laperouse of the law firm of Gieger, Laborde & Laperouse,

1

L.L.C.  The moving party also requests that all notices, pleadings, motions, schedules and papers

filed in this matter be sent to:

**Leann Opotowsky Moses**
**Peter J. Segrist**
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, L.L.C.
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
Email: moses@carverdarden.com

Dated:  January 4, 2021

    Respectfully submitted,

    CARVER, DARDEN, KORETZKY, TESSIER,
    FINN, BLOSSMAN & AREAUX  L. L. C.

    By:   /s/  Leann O. Moses
    Leann Opotowsky Moses (TX # 15291750)
    Peter J. Segrist (LA # 35314)
    1100 Poydras Street, Suite 3100
    New Orleans, Louisiana  70163
    Telephone: (504) 585-3800
    Telecopier: (504) 585-3801
    moses@carverdarden.com

    **Substituting Counsel for**
    **JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED**

**Approved by:**

*/s/ Andrew A. Braun*
Andrew A. Braun (TX # 24061558)
Gieger, Laborde & Laperouse, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
abraun@glllaw.com

**Withdrawing Counsel for**
**JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED**

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing Motion to Substitute Counsel and Request for Notices and Pleadings has been served on those parties receiving electronic notification via the Court's CM/ECF System on January 4, 2021.


_/s/  Leann O. Moses_