IN THE UNITED STATES BANKEUPRCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JAN 04 2021

David J. Bradley, Clerk of Court

| | |
|---|---|
| In re: | Chapter 11 |
| Fieldwood Energy LLC, *et al*, | Case No. 20-33948 |
| Debtor[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Darryl T. Landwehr and the Landwehr Law Firm have been retained as attorneys for Aubrey Wild in connection with the above-referenced proceeding and, pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

**DARRYL T. LANDWEHR**
**LANDWEHR LAW FIRM**
935 Gravier Street, Suite 835
New Orleans, Louisiana 70112
Telephone: (504) 561-8086
Facsimile: (504) 561-8088
Email: dtlandwehr@att.net

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Bankruptcy Rules 2002, 3017 and 9007, including section 1109(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, any orders, pleadings, notices of any hearings, motions, applications, complaints, responses, memoranda or briefs in support of the foregoing, and any other document brought

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

before the court with respect to these proceedings, whether transmitted or conveyed by mail, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, by filing this Notice of Appearance and Request for Service of Papers, Aubrey Wild does not intend to waive any rights nor does he consent to the jurisdiction of the U. S. Bankruptcy Court for the Southern District of Texas in this case or in any other action or adversary proceeding in this case.

DATED: December 29, 2020.

Respectfully submitted,

/s/ Darryl T. Landwehr

DARRYL T. LANDWEHR (La. Bar. No.17677)
LANDWEHR LAW FIRM
935 Gravier Street, Suite 835
New Orleans, Louisiana 70112
Telephone: (504) 561-8086
Attorneys for Aubrey Wild

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, a true and correct copy of the foregoing document was served the following parties via electronic mail, to-wit:

**Jason George**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
2112-310-8021
Email: jason.george@weil.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Email: Jessica.Liou@weil.com

**Alfredo R Perez**
Weil Gotshal et al
700 Louisiana
Ste 1700
Houston, TX 77002
713-546-5040
Email: alfredo.perez@weil.com

**Hector Duran, Jr**
U.S. Trustee
515 Rusk
Ste 3516
Houston, Tx 77002
7137184650
Email: Hector.Duran.Jr@usdoj.gov

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002
713-718-4650 Ext 252
Fax : 713-718-4670
Email: stephen.statham@usdoj.gov

**The Official Committee of Unsecured Creditors**
represented by:
**Michael D Warner**
Cole Schotz P.C.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
817-810-5250
Fax : 817-810-5255
Email: mwarner@coleschotz.com

DARRYL T. LANDWEHR