IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33948 |
| | § | |
| Fieldwood Energy LLC, *et al* [1] | § | Chapter 11 (MI) |
| | § | |
| Debtors | § | Jointly Administered |

## NOTICE OF RECONSTITUTION OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and gives notice of the reconstitution of the Official Committee of Unsecured Creditors previously appointed in this case on August 18, 2020, reflecting the resignation of Subsea 7, Oceaneering International, Inc, and Halliburton Energy Services, Inc and the addition of Partco. LLC.  The official committee consists of the following creditors:

| | |
|---|---|
| TETRA Technologies. Inc.<br>24955 I-45 North<br>The Woodlands, TX 77380 | Kristy Woolsey<br>281-364-2201<br>kwoolsey@tetratec.com |
| Workstrings International, L.L.C.<br>1001 Louisiana, Suite 2900<br>Houston, TX 77002 | Jean Paul Overton<br>713-654-2276<br>jeanpaul.overton@superiorenergy.com |
| Partco, LLC<br>1605 Commercial Dr.<br>Port Allen, LA 70767 | Tim Fox<br>225-272-3767<br>tfox@capcongrp.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: January 5, 2020

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE, REGION 7

By: */s/Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 232
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Reconstitution of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on January 5, 2020.

/s/ Stephen D. Statham
Stephen D. Statham
Trial Attorney