IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Danielle Harris, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On December 30, 2020 at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 712]

- Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors effective as of the Petition Date [Docket No. 714]

- Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application under Seal [Docket No. 716]

Additionally, on December 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- Order Granting First Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Debtors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the period August 3, 2020 through October 31, 2020 [Docket No. 711]

Additionally, on December 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Affected Landlords Service List attached hereto as **Exhibit C**:

- Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 712]

Dated: January 6, 2021

*/s/ Danielle Harris*
Danielle Harris

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 6, 2021, by Danielle Harris, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

# **Exhibit B**

# **Exhibit C**