IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |
|---|---|
| In re: § <br> § <br> FIELDWOOD ENERGY LLC, *et al.,* § <br> § <br> Debtors.[1] § <br> § | Chapter 11 <br><br> Case No. 20-33948 (MI) <br><br> (Jointly Administered) <br> Re: Docket No. 625 |

## ORDER PURSUANT TO SECTION 1121(d)
## OF THE BANKRUPTCY CODE EXTENDING EXCLUSIVE PERIODS

Upon the motion, dated December 1, 2020 (the "**Motion**"),[2] of Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order extending the Debtors' exclusive periods in which to file a chapter 11 plan (the "**Exclusive Filing Period**") and solicit acceptances thereof (the "**Exclusive Solicitation Period**" and, together with the Exclusive Filing Period, the "**Exclusive Periods**"), pursuant to section 1121(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and all objections

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to the Motion having been withdrawn, resolved, or overruled; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period in which to file a chapter 11 plan is extended from December 1, 2020, through and including March 1, 2021.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period in which to solicit acceptances of its chapter 11 plan is extended from January 30, 2021, through and including April 30, 2021.

3. The extensions of the Exclusive Periods granted herein are without prejudice the Debtors' rights to seek from this Court further extensions of time pursuant to 1121(d) of the Bankruptcy Code.

4. Any of the Debtors' surety providers (collectively, the "**Sureties**") may, but shall not be required to, commence an adversary proceeding on or before January 20, 2021 (the "**Adversary Proceeding Deadline**") requesting that this Court determine whether the Sureties hold administrative expense claims pursuant to section 503(b) of the Bankruptcy Code against any of the Debtors for surety bond premiums on account of surety bonds that were issued prior to the Petition Date.

5. If any of the Sureties elect to file an adversary proceeding as described in paragraph 4 above and that adversary proceeding is commenced on or before the Adversary Proceeding Deadline, the following dates and deadlines shall apply:

a) Cross motions for summary judgment limited to legal arguments only shall be due no later than February 10, 2021 and any responses thereto shall be due no later than February 19, 2021.

b) If the official committee of unsecured creditors (the "**Committee**") is not a named party in the adversary proceeding, the Committee's deadline for filing a motion to intervene in such adversary proceeding shall be due within seven days after the date of the filing of such adversary proceeding.

c) Oral arguments on the motions for summary judgment will be heard on February 24, 2021 at 9:00 am (prevailing Central Time).

6. For the avoidance of doubt, (i) nothing herein waives, alters, or amends any of the Sureties' rights, claims or defenses in this case or otherwise, including any right to file a motion for allowance and payment of administrative expense claim pursuant to section 503(b) of the Bankruptcy Code; (ii) the establishment of the Adversary Proceeding Deadline does not prevent or alter any of the Sureties' rights to object to plan confirmation on any grounds or to apply to this Court for any form of relief; (iii) nothing herein waives, alters, or amends any of the Sureties' rights, claims or defenses with respect to any collateral; and (iv) nothing herein waives, alters, or amends any of the Debtors' rights, claims or defenses.

7. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2021
      Houston, Texas

                                          THE HONORABLE MARVIN ISGUR
                                          UNITED STATES BANKRUPTCY JUDGE