IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| DEBTORS | § | |
| | § | (Jointly Administered) |

### EDWARD RANDALL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER TODD RANDALL, DECEASED'S NOTICE OF WITHDRAWAL OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY
[RELATED TO DOC. #675]

Edward Randall, Individually and as Representative of the Estate of Christopher Todd Randall, Deceased files this Withdrawal of the Motion for Relief from Stay filed at Docket No. 675. The relief requested through the Motion has been resolved by the proposed Stipulation and Agreed Order Granting Limited Relief from the Automatic Stay filed at Docket No. 750.

Respectfully submitted

ANDREWS MYERS P.C.

*/s/ T. Josh Judd*
T. JOSH JUDD
SBN: 24036866
jjudd@andrewsmyers.com
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211

*Attorney for Edward Randall, Individually and as Representative of the Estate of Christopher Todd Randall, Deceased*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2390); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2021, a true and correct copy of the foregoing Notice of Withdrawal of the Motion for Relief was served via the Court's ECF notification system to all parties requesting notice.

                                     */s/ T. Josh Judd*
                                     T. Josh Judd