IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket No. 683 |

## STIPULATION EXTENDING DEBTORS' DEADLINE TO RESPOND TO LLOG'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The above-captioned debtors and debtors in possession (the "**Debtors**") and LLOG Exploration Offshore, L.L.C. ("**LLOG**" and, together with the Debtors, the "**Parties**") hereby enter into this stipulation (the "**Stipulation**"):

WHEREAS, on December 21, 2020, LLOG filed the *LLOG Exploration Offshore, L.L.C.'s Motion for Relief from the Automatic Stay* [ECF No. 683] (the "**Motion**"), which provides that a hearing to consider the Motion is scheduled for January 15, 2021 at 9:00 a.m. (prevailing Central Time) and sets January 8, 2021 as the deadline to respond to the Motion;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:**

1. The Debtors' deadline to respond to the Motion is extended through and including January 11, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Date: January 8, 2021
Houston, Texas

 /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
   Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
   Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

 /s/ Paul J. Goodwine
LOOPER GOODWINE P.C.
Paul J. Goodwine (La. Bar No. 23757)
SDTX Federal ID No. 437800
Lindsey M. Johnson (La. Bar No. 34610)
SDTX Federal ID No. 2127344
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile: (504) 503-1501
Email: pgoodwine@loopergoodwine.com
   ljohnson@loopergoodwine.com

*Attorneys for LLOG Exploration Offshore, L.L.C.*