IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | Re: Docket No. 683 & 684 |
| | § | |

**STIPULATION TO CONTINUE HEARING ON
LLOG'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
LLOG'S MOTION FOR ADEQUATE PROTECTION**

This stipulation and order (the "**Stipulation**") is entered into by and among the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") and LLOG Exploration Offshore, L.L.C. ("**LLOG**" and, together with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A.  WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), each of the Debtors filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

B.  WHEREAS, on December 21, 2020, LLOG filed *LLOG Exploration Offshore, L.L.C.'s Motion for Relief from the Automatic Stay* [ECF No. 683] and *LLOG Exploration*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Offshore, L.L.C.'s Motion for Adequate Protection* [ECF No. 684] (collectively, the "**Motions**"), which provide that hearings to consider the Motions are scheduled for January 15, 2021 at 9:00 a.m. (prevailing Central Time) (the "**Hearings**");

      C.      WHEREAS, the Parties have agreed, subject to the approval of the Bankruptcy Court, to continue the Hearings, as set forth below.

      It is hereby **ORDERED** that:

      1.      The Hearings are continued to January 25, 2021 at 9:00 a.m. (prevailing Central Time).

      2.      The automatic stay pursuant to Section 362 of the Bankruptcy Code shall remain in effect.

      3.      The undersigned who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

      4.      The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: _____, 2021

                                      _____
                                      THE HONORABLE MARVIN ISGUR
                                      UNITED STATES BANKRUPTCY JUDGE

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

| | |
|---|---|
| Dated: January 14, 2021 | Dated: January 14, 2021 |
| /s/ *Alfredo R. Pérez* | /s/ *Paul J. Goodwine* |
| WEIL, GOTSHAL & MANGES LLP | LOOPER GOODWINE P.C. |
| Alfredo R. Pérez (15776275) | Paul J. Goodwine (La. Bar No. 23757) |
| Clifford W. Carlson (24090024) | SDTX Federal ID No. 437800 |
| 700 Louisiana Street, Suite 1700 | Lindsey M. Johnson (La. Bar No. 34610) |
| Houston, Texas 77002 | SDTX Federal ID No. 2127344 |
| Telephone: (713) 546-5000 | 650 Poydras Street, Suite 2400 |
| Facsimile: (713) 224-9511 | New Orleans, Louisiana 70130 |
| Email: Alfredo.Perez@weil.com | Telephone: (504) 503-1500 |
| Clifford.Carlson@weil.com | Facsimile: (504) 503-1501 |
| | Email: pgoodwine@loopergoodwine.com |
| – and – | ljohnson@loopergoodwine.com |
| WEIL, GOTSHAL & MANGES LLP | |
| Matthew S. Barr (admitted *pro hac vice*) | |
| Jessica Liou (admitted *pro hac vice*) | |
| 767 Fifth Avenue | |
| New York, New York 10153 | |
| Telephone: (212) 310-8000 | |
| Facsimile: (212) 310-8007 | |
| Email: Matt.Barr@weil.com | |
| Jessica.Liou@weil.com | |
| | |
| *Attorneys for Debtors* | *Attorneys for LLOG Exploration Offshore,* |
| *and Debtors in Possession* | *L.L.C.* |