UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 20-33948 (MI) |
| | § | |
| FIELDWOOD ENERY, LLC., *et al.,*[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICES LP'S NOTICE OF THE WITHDRAWAL OF PROOFS OF CLAIM NOS. 2, 89 and 123**

Notice if hereby given that Archrock Partners Operating LLC and Archrock Services, LP, through the undersigned counsel, hereby withdraw Proofs of Claim Nos. 2, 89 and 123 (collectively, the "Archrock Prepetition Claims"). The Archrock Prepetition Claims have been settled by execution of an Ongoing Trade Agreement.

Dated:  January 15, 2021.

                                          Respectfully submitted,

                                          */s/ Kevin M. Maraist*
                                          Kevin M. Maraist
                                          State Bar No. 12962020
                                          ANDERSON, LEHRMAN, BARRE & MARAIST, LLP
                                          Gaslight Square
                                          1001 Third Street, Ste. 1
                                          Corpus Christi, Texas  78404
                                          (361) 884-4981
                                          (361) 884-1286 Fax

                                          *Attorneys for Archrock Partners Operating LLC and Archrock Services LP*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LLP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## CERTIFICATE OF SERVICE

      I certify that on January 15, 2021, a true and correct photocopy of the foregoing document was forwarded by electronic transmission to all parties authorized to receive notice through the ECF notice system in this case.

                                          */s/ Kevin M. Maraist*
                                          Kevin M. Maraist

N:\Kevin\Archrock\Fieldwood Energy and GOM Shelf 2020\Pleadings\Not WD of POCs.wpd