**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re** | * | **Chapter 11** |
| | * | |
| **FIELDWOOD ENERGY, LLC, et al** | * | **Case No. 20-33948 (MI)** |
| | * | |
| Debtors | * | (Jointly Administered) |

## WITHDRAWAL OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

COMES NOW Creditor Core Industries, Inc. ("Core") and hereby respectfully withdraws, without prejudice, its request for payment of administrative expenses pursuant to 11 U.S.C. § 503 (Core's request at Doc. 707). The Debtor Fieldwood Energy, LLC ("Debtor") has agreed to pay the past due amount for Core's post-petition storage services (*see* Doc. 707, ¶ 3) and has agreed to pay Core in the ordinary course of business for Core's continued post-petition storage services. Given the Debtor's agreement to pay Core for past due invoices and to pay Core in the ordinary course of business for continued post-petition services, Core withdraws its request for payment of administrative expenses without prejudice to make additional requests in the future should Debtor fail to make timely payments to Core as agreed.

Respectfully submitted,

*/s/ Richard M. Gaal*
RICHARD M. GAAL
rgaal@mcdowellknight.com
Alabama Bar No.: ASB-3999-A58R
Admitted Pro Hac Vice

***Attorney for Core Industries, Inc.***

1

**OF COUNSEL:**

MCDOWELL KNIGHT
ROEDDER & SLEDGE, LLC
Post Office Box 350
Mobile, Alabama 36601
Telephone: (251) 432-5300
Fax: (251) 432-5303

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the court using the CM-ECF system, which will send electronic notification of such filing to all registered users in this case.

/s/ Richard M. Gaal
RICHARD M. GAAL