IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### XL SYSTEMS, L.P.'S WITHDRAWAL OF PROOF OF CLAIM

XL Systems, L.P. hereby withdraws its proof of claim filed against Debtor Fieldwood Energy LLC on November 23, 2020 — identified as Proof of Claim No. 62 in the Court's claims registry and Proof of Claim No. 591 in the claims noticing agent's registry — together with any accompanying exhibits and attachments thereto. XL Systems reserves the right to refile such proof of claim as permitted by its agreement with the Debtor and/or as otherwise provided for under applicable law.

DATED: January 20, 2021.

Respectfully submitted,

**STACY & BAKER, P.C.**

By: _____
    Brian A. Baker
    State Bar No. 24082648
    brian.baker@stacybakerlaw.com
1010 Lamar Street, Suite 550
Houston, Texas 77002
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR XL SYSTEMS, L.P.**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 20, 2021, a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to all parties and counsel entitled to receive notice in this case.

                                      Brian A. Baker