**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**LLOG EXPLORATION OFFSHORE, L.L.C.'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR 9:00 A.M. ON JANUARY 25, 2021**

LLOG Exploration Offshore, L.L.C. ("LLOG") hereby submits the following Witness and Exhibit List for hearing on (1) LLOG's Motion for Relief from Stay (Docket No. 683); and (2) LLOG's Motion for Adequate Protection (Docket No. 684), scheduled for 9:00 A.M. (Prevailing Central Time) on January 25, 2021 (the "Hearing"), in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Case") before the Honorable Marvin Isgur, United States Bankruptcy Judge:

**WITNESSES**

LLOG may call one or more of the following witnesses:

1. Any witness necessary to authenticate a document, either through witness testimony or custodial affidavit;

2. Any witness called or listed by Debtors; and

3. Any rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

279397v1

**EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| L1 | Offshore Operating Agreement, dated December 12, 2002, covering Lease Nos. OCS-G 24154/GC 157 & OCS-G 12210/GC 201 | | | | |
| L2 | Ratification and First Amendment to Operating Agreement | | | | |
| L3 | LLOG Exploration Offshore, L.L.C. Limited Encumbrance Certificate dated January 12, 2021 | | | | |
| L4 | 1328132 MOB 2201-579 COB 2161-634 | | | | |
| L5 | 1331138 MOB 2212-640 COB 2166-668 | | | | |
| L6 | 1331665 MOB 2215-126 COB 2167-593 | | | | |
| L7 | 1339006 MOB 2243-1 COB 2180-166 | | | | |
| L8 | UCC 26310704 | | | | |
| L9 | UCC 26310705 | | | | |
| L10 | 1340226 MOB 2247-715 COB 2182-505 | | | | |
| L11 | UCC 1434772 | | | | |
| L12 | 1450879 MOB 2645-470 | | | | |
| L13 | 1473360 MOB 2716-268 COB 2412-270 | | | | |
| L14 | UCC 1473361 | | | | |
| L15 | UCC 1473362 | | | | |
| L16 | UCC 1473363 | | | | |
| L17 | UCC 1473364 | | | | |
| L18 | UCC 1552263 | | | | |
| L19 | LLOG Proof of Claim (Case No. 20-33948) | | | | |
| L20 | LLOG Proof of Claim (Case No. 20-33950) | | | | |
| L21 | Prime Clerk Schedule #4884833 | | | | |
| L22 | BOEM/BSEE Decommissioning Cost Estimates (Lease No. OCS-G 24154) | | | | |

279397v1

| | | | | | | |
|---|---|---|---|---|---|---|
| L23 | BOEM/BSEE Decommissioning Cost Estimates (Lease No. OCS-G 12210) | | | | | |
| L24 | LLOG May 18, 2020 Notice of Default | | | | | |
| L25 | Fieldwood June 18, 2020 Response to Notice of Default | | | | | |
| L26 | Statement of Outstanding P&A JIBs | | | | | |
| L27 | JIB Invoice February 2020 | | | | | |
| L28 | JIB Invoice March 2020 | | | | | |
| L29 | JIB Invoice April 2020 | | | | | |
| L30 | JIB Invoice May 2020 | | | | | |
| L31 | JIB Invoice June 2020 | | | | | |
| L32 | JIB Invoice July 2020 | | | | | |
| L33 | JIB Invoice August 2020 | | | | | |
| L34 | JIB Invoice September 2020 | | | | | |
| L35 | JIB Invoice October 2020 | | | | | |
| L36 | Daily Production Reports (GC 201) | | | | | |
| L37 | Assignment, Bill of Sale and Conveyance between Davis Offshore Partners LLC, Davis Offshore, L.P., and Fieldwood Energy Offshore, LLC, effective June 1, 2014 | | | | | |
| L38 | Memorandum of Operating and Financing Statement (Louisiana) between LLOG Exploration Offshore, Inc. and Davis Offshore, L.P. made effective as of December 12, 2002 | | | | | |
| L39 | Correction to Memorandum of Operating and Financing Statement (Louisiana) between LLOG Exploration Offshore, Inc. and Davis Offshore, L.P. | | | | | |
| L40 | Debtors' Chapter 11 Plan of Reorganization filed at Docket No. 722 | | | | | |
| L41 | Debtors' Disclosure Statement filed at Docket No. 723 | | | | | |
| L42 | Any exhibits listed, designated, or offered by any other Party | | | | | |
| L43 | Any exhibits necessary for rebuttal | | | | | |
| L44 | Any affidavit, declaration, and/or other document necessary to authenticate an exhibit | | | | | |

279397v1

| L45 | Any pleadings, exhibits thereto, or documents filed into the record of this proceeding, whether by the parties hereto or any other person or entity | | | | |

LLOG reserves any and all rights to amend and/or supplement the Witness and Exhibit List prior to the Hearing, to call or introduce one or more, or none, of the witnesses and exhibits listed above, to call any witnesses designated by any other party, and to use any other exhibit designated by any other party to the Hearing.  LLOG further reserves the right to rely upon, or ask this Court to take judicial notice of, any pleadings, transcripts, and/or other documents filed in connection with this Bankruptcy Case.

Dated: January 21, 2021.

Respectfully Submitted,

**LOOPER GOODWINE P.C.**

*/s/ Paul J. Goodwine*
Paul J. Goodwine (La. Bar No. 23757)
SDTX Federal ID No. 437800
Lindsey M. Johnson (La. Bar No. 34610)
SDTX Federal ID No. 2127344
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile:  (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: ljohnson@loopergoodwine.com

**Attorneys for LLOG Exploration Offshore, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January 21, 2021, a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

*/s/ Paul J. Goodwine*
Paul J. Goodwine

279397v1