# ROBERT A. SCHROEDER

*Certified Professional Landman*
POST OFFICE BOX 681
MANDEVILLE, LOUISIANA 70470-0681
*rob@kexploration.com*
*Telephone: (985) 626-7843*
*Facsimile: (800) 738-7143*
*Cellular: (504) 723-7143*

*Physical Address:*
151 Brookside Drive
Mandeville, Louisiana 70471-3201

January 12, 2021

*Via Email: pgoodwine@loopergoodwine.com*
*and*
*Federal Express*

Mr. Paul J. Goodwine
Looper Goodwine P.C.
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130

        Re:    ***LLOG EXPLORATION OFFSHORE, L.L.C.***
               ***LIMITED ENCUMBRANCE CERTIFICATE***
               ***(RECORDS OF TERREBONNE PARISH, LOUISIANA,***
               ***AND STATEWIDE LOUISIANA UCC INDICES)***

               ***OCS-G 12210***
               ***ALL OF BLOCK 201 – GREEN CANYON***

               ***OCS-G 24154***
               ***ALL OF BLOCK 157 – GREEN CANYON***

               ***OFFSHORE TERREBONNE PARISH, LOUISIANA***

Dear Mr. Goodwine:

        In compliance with your request of January 11, 2021, the undersigned has made a careful examination of the online Public Records Search for the Mortgage (Mortgagor only) indices maintained by the Clerk of Court of Terrebonne Parish, Louisiana, as well as the online Direct Access Search of the Statewide Louisiana Uniform Commercial Code (UCC-Debtor only) indices maintained by the Secretary of State of the State of Louisiana, under the below recited names for the dates indicated, in order to disclose any and all instruments encumbering the following described United States of America Outer Continental Shelf – Gulf (OCS-G) oil and gas leases, to-wit:

Mr. Paul J. Goodwine
Looper Goodwine P.C.
January 12, 2021
Page 2

*Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act*, Serial Number OCS-G 12210, dated effective May 1, 1990, from the United States of America, as Lessor, to and in favor of BP Exploration Inc., as Lessee, affecting All of Block 201, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing approximately 5,760.00 acres; and

*Oil and Gas Lease of Submerged Lands Under the Outer Continental Shelf Lands Act*, Serial Number OCS-G 24154, dated effective June 1, 2002, from the United States of America, as Lessor, to and in favor of LLOG Exploration Offshore, Inc. (50%) and Davis Offshore, L.P. (50%), as Lessee, affecting All of Block 157, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing approximately 5,760.00 acres.

The following names were researched in the below recited indices for the periods indicated, to-wit:

### RECORDS OF THE CLERK OF COURT OF TERREBONNE PARISH, LOUISIANA

#### MORTGAGES (Mortgagor only)

| NAMES RESEARCHED | DATES RESEARCHED |
|---|---|
| LLOG Exploration Offshore, Inc. | 07/01/2009 – 01/06/2021 |
| LLOG Exploration Offshore, L.L.C. | 07/01/2009 – 01/06/2021 |
| Fieldwood Energy Offshore LLC | 07/01/2009 – 01/06/2021 |

### RECORDS OF THE SECRETARY OF STATE OF THE STATE OF LOUISIANA

#### LOUISIANA UNIFORM COMMERCIAL CODE (UCC-Debtor only)

**NAMES RESEARCHED**                                    **DATES RESEARCHED**

Mr. Paul J. Goodwine
Looper Goodwine P.C.
January 12, 2021
Page 3


| | |
|---|---|
| LLOG Exploration Offshore, Inc. | 07/01/2009 – 01/06/2021 |
| LLOG Exploration Offshore, L.L.C. | 07/01/2009 – 01/06/2021 |
| Fieldwood Energy Offshore LLC | 07/01/2009 – 01/06/2021 |

      I hereby certify that in my search of said indices, necessarily limited to the names and dates set forth above and further subject to any other limitations set forth herein, I was referred to no such acts except as follows, to-wit:

## RECORDS OF THE CLERK OF COURT OF TERREBONNE PARISH, LOUISIANA,
## and
## RECORDS OF THE LOUISIANA SECRETARY OF STATE UCC INDICES

### MORTGAGES (Mortgagor only)
### and
### LOUISIANA UNIFORM COMMERCIAL CODE (UCC-Debtor only)

**NOTE:**    Any fully cancelled and released lien or mortgage is not being presented in connection with this *Limited Encumbance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*.

    1.    *State of Louisiana Uniform Commercial Code - Financing Statement UCC-1*, from LLOG Exploration Offshore, Inc., and Davis Offshore, L.P., as debtors and secured parties, with attached *Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective December 12, 2002, from LLOG Exploration Offshore, Inc., as operator, and Davis Offshore, L.P., as non-operating party, recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2201, Page 579, Conveyance Book 2161, Page 634, and UCC Book, under File Number 1328132, on July 27, 2009 (as noted hereinbelow, State UCC File Number 55-1328132 has been purged from the Statewide Louisiana UCC indices).

**NOTE:**    The following *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing* appears to be active as of the certificate date hereof, and any subsequent amendments, assignments, restatements, etc., of said mortgage, or any partial release of said mortgage that does not affect the captioned OCS-G leases, are not being presented in connection with this *Limited Encumbance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*, but will be provided upon the examiner's request.

Mr. Paul J. Goodwine
Looper Goodwine P.C.
January 12, 2021
Page 4

       2.    *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing*, dated August 13, 2009, from LLOG Exploration Offshore, Inc., as mortgagor, to and in favor of Ronald Dierker, Trustee, and JPMorgan Chase Bank, N.A., Administrative Agent, as mortgagee, recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2212, Page 640, and Conveyance Book 2166, Page 668, under File Number 1331138, on September 8, 2009.

       3.    *State of Louisiana Uniform Commercial Code - Amendment UCC-3*, from LLOG Exploration Offshore, Inc., with attached *Correction to Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated September 9, 2009, effective December 12, 2002, from LLOG Exploration Offshore, Inc., as operator, and Davis Offshore, L.P., as non-operating party, recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2215, Page 126, Conveyance Book 2167, Page 593, and UCC Book, under File Number 1331665, on September 16, 2009 (as noted hereinbelow, State UCC File Number 55-1331665 has been purged from the Statewide Louisiana UCC indices).

**NOTE:**    The following *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing* appears to be active as of the certificate date hereof, and any subsequent amendments, assignments, restatements, etc., of said mortgage, or any partial release of said mortgage that does not affect the captioned OCS-G leases, are not being presented in connection with this *Limited Encumbrance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*, but will be provided upon the examiner's request.

       4.    *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing*, dated December 18, 2009, from LLOG Exploration Offshore, Inc., as mortgagor, to and in favor of Ronald Dierker, Trustee, and JPMorgan Chase Bank, N.A., Administrative Agent, as mortgagee, recorded among the record of Terrebonne Parish, Louisiana, in Mortgage Book 2243, Page 1, and Conveyance Book 2180, Page 166, under File Number 1339006, on January 8, 2010.

**NOTE:**    The following *UCC Financing Statement* (Form UCC1), with attached *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing* appears to be active as of the certificate date hereof, and any subsequent filings of said UCC instrument are not being presented in connection with this *Limited Encumbrance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*, but will be provided upon the examiner's request.

    5. *UCC Financing Statement* (Form UCC1), from LLOG Exploration Offshore, L.L.C., as debtor, and JPMorgan Chase Bank, N.A., Administrative Agent, as secured party, with attached *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing*, dated August 13, 2009, from LLOG Exploration Offshore, Inc., as mortgagor, to and in favor of Ronald Dierker, Trustee, and JPMorgan Chase Bank, N.A., Administrative Agent, as mortgagee, recorded among the records of Jefferson Parish, Louisiana, under File Number 26310704, on January 11, 2010 (State UCC File Number 26-310704).

**NOTE:** The following *UCC Financing Statement* (Form UCC1), with attached *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing* appears to be active as of the certificate date hereof, and any subsequent filings of said UCC instrument are not being presented in connection with this *Limited Encumbance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*, but will be provided upon the examiner's request.

    6. *UCC Financing Statement* (Form UCC1), from LLOG Exploration Offshore, L.L.C., as debtor, and JPMorgan Chase Bank, N.A., Administrative Agent, as secured party, with attached *Mortgage, Deed of Trust, Assignment, Security Agreement, Financing Statement and Fixture Filing*, dated December 18, 2009, from LLOG Exploration Offshore, Inc., as mortgagor, to and in favor of Ronald Dierker, Trustee, and JPMorgan Chase Bank, N.A., Administrative Agent, as mortgagee, recorded among the records of Jefferson Parish, Louisiana, under File Number 26310705, on January 11, 2010 (State UCC File Number 26-310705).

    7. *Certificate of the Secretary of State of the State of Louisiana*, dated January 22, 2010, certifying the attached *Conversion Application of LLOG Exploration Offshore, Inc. (A Louisiana Corporation) into LLOG Exploration Offshore, L.L.C. (A Louisiana Limited Liability Company)*, dated December 28, 2009, effective December 31, 2009, recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2247, Page 715, and Conveyance Book 2182, Page 505, under File Number 1340226, on January 29, 2010.

    8. *UCC Financing Statement* (Form UCC1), from LLOG Exploration Offshore, L.L.C., and Davis Offshore, L.P., as debtors and secured parties, with attached *Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective December 12, 2002, from LLOG Exploration Offshore, Inc., as operator, and Davis Offshore, L.P., as non-operating party, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1434772, on August 16, 2013 (State UCC File Number 55-1434772).

9. *Notice and Request of Reinscription*, dated April 3, 2014, from LLOG Exploration Offshore, L.L.C., recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2645, Page 470, under File Number 1450879, on April 8, 2014.

10. *Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective June 1, 2014, from LLOG Exploration Offshore, L.L.C., as operator, and LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as non-operators, recorded among the records of Terrebonne Parish, Louisiana, in Mortgage Book 2716, Page 268, and Conveyance Book 2412, Page 270, under File Number 1473360, on February 3, 2015.

11. *UCC Financing Statement Amendment* (Assignment - Form UCC3), from Davis Offshore, L.P., as debtor and secured party, to Fieldwood Energy Offshore LLC, as debtor and secured party, with attached *Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective June 1, 2014, from LLOG Exploration Offshore, L.L.C., as operator, and LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as non-operators, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1473361, on February 3, 2015 (State UCC File Number 55-1473361; subsequent filing to State UCC File Number 55-1434772).

12. *UCC Financing Statement Amendment* (Party Information Change - Form UCC3), from LLOG Exploration Offshore, L.L.C., and Fieldwood Energy Offshore LLC, as secured parties, adding LLOG Energy, L.L.C., as secured party, with attached *Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective June 1, 2014, from LLOG Exploration Offshore, L.L.C., as operator, and LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as non-operators, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1473362, on February 3, 2015 (State UCC File Number 55-1473362; subsequent filing to State UCC File Number 55-1434772).

13. *UCC Financing Statement Amendment* (Party Information Change - Form UCC3), from LLOG Exploration Offshore, L.L.C., as secured party, adding LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as debtors, with attached *Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana)*, dated effective June 1, 2014, from LLOG Exploration Offshore, L.L.C., as operator, and LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as non-operators, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1473363, on February 3, 2015 (State UCC File Number 55-1473363; subsequent filing to State UCC File Number 55-1434772).

14. *UCC Financing Statement Amendment* (Party Information Change - Form UCC3), from LLOG Exploration Offshore, L.L.C., as secured party, deleting Davis Offshore, L.P., as debtor, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1473364, on February 3, 2015 (State UCC File Number 55-1473364; subsequent filing to State UCC File Number 55-1434772).

15. *UCC Financing Statement Amendment* (Continuation - Form UCC3), from LLOG Exploration Offshore, L.L.C., LLOG Energy, L.L.C., and Fieldwood Energy Offshore LLC, as debtors and secured parties, recorded among the records of Terrebonne Parish, Louisiana, in UCC Book, under File Number 1552263, on February 20, 2018 (State UCC File Number 55-1552263; subsequent filing to State UCC File Number 55-1434772).

## RECORDS OF THE SECRETARY OF STATE OF THE STATE OF LOUISIANA

### LOUISIANA UNIFORM COMMERCIAL CODE (UCC-Debtor only)

State UCC File Number 55-1328132 – see instrument 1 above
(this filing was disclosed by researching the mortgage indices of Terrebonne Parish, but has been purged from the Statewide Louisiana UCC Indices)

State UCC File Number 55-1331665 – see instrument 3 above
(this filing was disclosed by researching the mortgage indices of Terrebonne Parish, but has been purged from the Statewide Louisiana UCC Indices)

State UCC File Number 26-310704 – see instrument 5 above

State UCC File Number 26-310705 – see instrument 6 above

State UCC File Number 55-1434772 – see instrument 8 above

State UCC File Number 55-1473361 – see instrument 11 above
(subsequent filing to State UCC File Number 55-1434772)

State UCC File Number 55-1473362 – see instrument 12 above
(subsequent filing to State UCC File Number 55-1434772)

State UCC File Number 55-1473363 – see instrument 13 above
(subsequent filing to State UCC File Number 55-1434772)

Mr. Paul J. Goodwine
Looper Goodwine P.C.
January 12, 2021
Page 8

        State UCC File Number 55-1473364 – see instrument 14 above
        (subsequent filing to State UCC File Number 55-1434772)

        State UCC File Number 55-1552263 – see instrument 15 above
        (subsequent filing to State UCC File Number 55-1434772)

**NOTE:** Research of the State of Louisiana Uniform Commercial Code records is necessarily subject to the laws of the State of Louisiana governing the rules and regulations followed by the Office of the Louisiana Secretary of State for the issuance and maintenance of said records that also includes the periodic purging of UCC filings. Consequently, instant *Limited Encumbrance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)* does not address those UCC filings already purged from the Statewide UCC indices that may otherwise affect the captioned OCS-G leases.

Please note that all Statewide UCC filings disclosed under the name Fieldwood Energy Offshore LLC were reviewed in all parishes and are presented hereinabove if affecting the captioned OCS-G leases.

UCC filings disclosed under the names LLOG Exploration Offshore, Inc., and LLOG Exploration Offshore, L.L.C., and archived in Cameron and St. Mary Parishes, have not been examined, but all Statewide UCC filings under those names archived in all remaining parishes were reviewed and are presented hereinabove if affecting the captioned OCS-G leases.

A printout of the index and informational sheets for all Statewide UCC filings disclosed by the research undertaken in connection with instant *Limited Encumbrance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)* are being provided hereunder.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A certified copy of each of the above instruments recorded in Terrebonne Parish, Louisiana, and a machine copy of each of the above instruments recorded in Jefferson Parish, Louisiana, along with the applicable printouts of the Statewide Louisiana UCC indices are being furnished herewith.

Mr. Paul J. Goodwine
Looper Goodwine P.C.
January 12, 2021
Page 9

       This now completes this *Limited Encumbrance Certificate (Records of Terrebonne Parish, Louisiana, and Statewide Louisiana UCC Indices)*. Should you require anything further in this regard or have questions concerning the above, please do not hesitate to call on me.

                                    Respectfully submitted,

                                    ROBERT A. SCHROEDER

RAS:wbc
enclosures