# Prime Clerk

## Creditor Information - Schedule # 4884833

**Creditor**
LLOG EXPLORATION COMPANY
1001 OCHSNER BLVD
SUITE100
COVINGTON, LA 70433

**Debtor Name**
Fieldwood Energy LLC

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
4884833

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | $1,092,720.59 |
| C* | C |
| U* | |
| D* | D |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $0.00 |
| Claim Status | Scheduled |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Claim Nature | Total |
| Schedule Amount | $1,092,720.59 |
| Asserted Claim Amount | |
| Current Claim Value | $0.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Prime Clerk

## Creditor Information - Schedule # 4884833

**Creditor**
LLOG EXPLORATION COMPANY
1001 OCHSNER BLVD
SUITE100
COVINGTON, LA 70433

**Debtor Name**
Fieldwood Energy LLC

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
4884833

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | $1,092,720.59 |
| C* | C |
| U* | |
| D* | D |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $0.00 |
| Claim Status | Scheduled |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Secured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |