Data Center>>Leasing>>
# Decommissioning Cost Estimates Online Query
data last updated: 01-21-2021 04:00 AM(CST)


Tutorial

*Disclaimer: The name of this site has been changed from Lease Liabilities Online Query to Decommissioning Cost Estimates in order to better reflect its content.*

The GOM decommissioning cost estimates by BSEE are now shown as a distribution (P50, P70, P90) based on actual decommissioning expenditure data received from OCS operators since mid-2016. This information is shown on a lease, right-of-way, or right of use and easement basis and also contains detail on a well, platform, pipeline, and site clearance level. This data does not indicate which companies are jointly and severally liable for meeting decommissioning obligations nor the amount of financial assurance that may be required, both of which fall under BOEM's area of responsibility.

Note that the total decommissioning cost estimate for any Lease, RUE, or ROW can be found by adding the sum of the deterministic estimate column to the sum of the distribution estimate column of interest (i.e., P50, P70, or P90). Contact GOMRDecommCost@bsee.gov for additional information.

## Query Options

| Area: | [ ] | Block Number: | [ ] | | |
|---|---|---|---|---|---|
| Lease Number: | G24154 | Or ROW Number: | [ ] | Or | RUE Number: [ ] |

[Submit Query]  [Clear Query]  [Reset Grid Layout]

## Data Grid

Populate the Data Grid when no Query Options are chosen? [ ]

Customization: [Show Column Chooser Window] [Hide All Columns]   Export Current Grid: [PDF] [XLS] [XLSX] [RTF] [CSV]

[Decom Cost Est (1)] [Spud Wells (1)] [Prop. Wells (0)] [Inst. Plats (0)] [Prop. Plats (0)] [Inst. Pipes (1)] [Prop. Pipes (0)] [Totals (2)]

Current Lease/ROW/RUE Selected: G24154
Clear selection

Page 1 of 1 (2 items)   [1]                                                                 Page size: 20

Drag a column header here to group by that column

| Authority Type Code | Authority Number | Type | Assets | P50 | P70 | P90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| LSE | G24154 | Pipelines Decom Cost | 1 | $0.00 | $0.00 | $0.00 |
| LSE | G24154 | Wells Decom Cost | 1 | $18,553,800.00 | $22,916,458.00 | $29,303,454.00 |
|  |  |  |  | Sum=$18,553,800.00 | Sum=$22,916,458.00 | Sum=$29,303,454.00 |

Page 1 of 1 (2 items)   [1]                                                                 Page size: 20

Download the Decommissioning Cost Estimates Raw Data

View the Field Definitions for the Decommissioning Cost Estimates Online Query

1/21/2021   Case 20-33948   Document 774-22   Filed in TXSB on 01/21/21   Page 2 of 2
Decommissioning Cost Estimates Online Query

Skip to Main Content

Data Center>>Leasing>>
# Decommissioning Cost Estimates Online Query
data last updated: 01-21-2021 04:00 AM(CST)


Tutorial

*Disclaimer: The name of this site has been changed from Lease Liabilities Online Query to Decommissioning Cost Estimates in order to better reflect its content.*

The GOM decommissioning cost estimates by BSEE are now shown as a distribution (P50, P70, P90) based on actual decommissioning expenditure data received from OCS operators since mid-2016. This information is shown on a lease, right-of-way, or right of use and easement basis and also contains detail on a well, platform, pipeline, and site clearance level. This data does not indicate which companies are jointly and severally liable for meeting decommissioning obligations nor the amount of financial assurance that may be required, both of which fall under BOEM's area of responsibility.

Note that the total decommissioning cost estimate for any Lease, RUE, or ROW can be found by adding the sum of the deterministic estimate column to the sum of the distribution estimate column of interest (i.e., P50, P70, or P90). Contact GOMRDecommCost@bsee.gov for additional information.

### Query Options

| | | | | | |
|---|---|---|---|---|---|
| Area: | | Block Number: | | | |
| Lease Number: | G24154 | Or ROW Number: | | Or RUE Number: | |

Submit Query    Clear Query    Reset Grid Layout

### Data Grid

Populate the Data Grid when no Query Options are chosen?

Customization:  Show Column Chooser Window   Hide All Columns    Export Current Grid:  PDF  XLS  XLSX  RTF  CSV

Decom Cost Est (1) | Spud Wells (1) | Prop. Wells (0) | Inst. Plats (0) | Prop. Plats (0) | Inst. Pipes (1) | Prop. Pipes (0) | Totals (2)

**Current Lease/ROW/RUE Selected:** G24154
Clear selection

Page 1 of 1 (2 items)  [1]                                                                                Page size: 20

Drag a column header here to group by that column

| Type | Assets | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|
| | | | | | |
| Pipelines Decom Cost | 1 | $0.00 | $0.00 | $0.00 | $1,593,985.00 |
| Wells Decom Cost | 1 | $18,553,800.00 | $22,916,458.00 | $29,303,454.00 | $0.00 |
| | | Sum=$18,553,800.00 | Sum=$22,916,458.00 | Sum=$29,303,454.00 | Sum=$1,593,985.00 |

Page 1 of 1 (2 items)  [1]                                                                                Page size: 20

**Download the Decommissioning Cost Estimates Raw Data**

View the Field Definitions for the Decommissioning Cost Estimates Online Query