Data Center>>Leasing>>
# Decommissioning Cost Estimates Online Query
data last updated: 01-21-2021 04:00 AM(CST)


Tutorial

Disclaimer: The name of this site has been changed from Lease Liabilities Online Query to Decommissioning Cost Estimates in order to better reflect its content.

The GOM decommissioning cost estimates by BSEE are now shown as a distribution (P50, P70, P90) based on actual decommissioning expenditure data received from OCS operators since mid-2016. This information is shown on a lease, right-of-way, or right of use and easement basis and also contains detail on a well, platform, pipeline, and site clearance level. This data does not indicate which companies are jointly and severally liable for meeting decommissioning obligations nor the amount of financial assurance that may be required, both of which fall under BOEM's area of responsibility.

Note that the total decommissioning cost estimate for any Lease, RUE, or ROW can be found by adding the sum of the deterministic estimate column to the sum of the distribution estimate column of interest (i.e., P50, P70, or P90). Contact GOMRDecommCost@bsee.gov for additional information.

## Query Options

| Area: | | Block Number: | |
|---|---|---|---|
| Lease Number: | G12210 | Or ROW Number: | Or RUE Number: |

Submit Query  Clear Query  Reset Grid Layout

## Data Grid

Populate the Data Grid when no Query Options are chosen?

Customization: Show Column Chooser Window  Hide All Columns   Export Current Grid: PDF  XLS  XLSX  RTF  CSV

Decom Cost Est (1) | Spud Wells (3) | Prop. Wells (0) | Inst. Plats (0) | Prop. Plats (0) | Inst. Pipes (0) | Prop. Pipes (0) | Totals (1)

Current Lease/ROW/RUE Selected: G12210
Clear selection

Page 1 of 1 (1 items)   [1]                                                           Page size: 20

Drag a column header here to group by that column

| Authority Type Code | Authority Number | Type | Assets | P50 | P70 | P90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| LSE | G12210 | Wells Decom Cost | 3 | $62,893,336.00 | $75,981,310.00 | $95,142,298.00 |
| | | | | Sum=$62,893,336.00 | Sum=$75,981,310.00 | Sum=$95,142,298.00 |

Page 1 of 1 (1 items)   [1]                                                           Page size: 20

Download the Decommissioning Cost Estimates Raw Data
View the Field Definitions for the Decommissioning Cost Estimates Online Query

Skip to Main Content

Data Center>>Leasing>>
# Decommissioning Cost Estimates Online Query
data last updated: 01-21-2021 04:00 AM(CST)


Tutorial

**Disclaimer: The name of this site has been changed from Lease Liabilities Online Query to Decommissioning Cost Estimates in order to better reflect its content.**

The GOM decommissioning cost estimates by BSEE are now shown as a distribution (P50, P70, P90) based on actual decommissioning expenditure data received from OCS operators since mid-2016. This information is shown on a lease, right-of-way, or right of use and easement basis and also contains detail on a well, platform, pipeline, and site clearance level. This data does not indicate which companies are jointly and severally liable for meeting decommissioning obligations nor the amount of financial assurance that may be required, both of which fall under BOEM's area of responsibility.

Note that the total decommissioning cost estimate for any Lease, RUE, or ROW can be found by adding the sum of the deterministic estimate column to the sum of the distribution estimate column of interest (i.e., P50, P70, or P90). Contact GOMRDecommCost@bsee.gov for additional information.

## Query Options

| Area: | | Block Number: | |
|---|---|---|---|
| Lease Number: | G12210 | Or ROW Number: | Or RUE Number: |

[Submit Query] [Clear Query] [Reset Grid Layout]

## Data Grid

Populate the Data Grid when no Query Options are chosen?

Customization: [Show Column Chooser Window] [Hide All Columns]   Export Current Grid: [PDF] [XLS] [XLSX] [RTF] [CSV]

[Decom Cost Est (1)] [Spud Wells (3)] [Prop. Wells (0)] [Inst. Plats (0)] [Prop. Plats (0)] [Inst. Pipes (0)] [Prop. Pipes (0)] [Totals (1)]

Current Lease/ROW/RUE Selected: G12210
Clear selection

Page 1 of 1 (1 items)  [1]                                                                 Page size: 20

Drag a column header here to group by that column

| Type | Assets | P50 | P70 | P90 | Deterministic |
|---|---|---|---|---|---|
| | | | | | |
| Wells Decom Cost | 3 | $62,893,336.00 | $75,981,310.00 | $95,142,298.00 | $0.00 |
| | | Sum=$62,893,336.00 | Sum=$75,981,310.00 | Sum=$95,142,298.00 | Sum=$0.00 |

Page 1 of 1 (1 items)  [1]                                                                 Page size: 20

Download the Decommissioning Cost Estimates Raw Data

View the Field Definitions for the Decommissioning Cost Estimates Online Query