**Fieldwood Energy, LLC - Owner 34876**
**Outstanding AR through 11/04/2020**

| Well | Property No. | Description | JIB Month | | | | | | | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Feb 2020 | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 | Oct 2020 | |
| OCS-G 12210 # 1 ST3 (GC201) | 85233008 | A/R FROM JOINT OPERATIONS | 109,243.54 | 22,611.82 | 1,758.32 | 147,764.62 | 14,282.22 | | 4,537.78 | | (447.45) | 299,750.85 |
| OCS-G 12210 #2ST01 FKA 24154#1 | 85233002 | A/R FROM JOINT OPERATIONS | | 553,828.20 | 628,819.30 | (1,173,655.25)* | 2.31 | | | (9,616.96) | | (622.40) |
| OCS-G 24154 #3 STK1 | 85233009 | A/R FROM JOINT OPERATIONS | 485,778.94 | (3,218.66) | (67,225.69) | 59,706.01 | 64,872.37 | 41,231.35 | 6,753.07 | (1,167.90) | 126.91 | 586,856.40 |
| | | APPLY CASH CALL TO 0420 JIB | | | (964.61) | | | | | | | (964.61) |
| | | INTEREST CHARGED ON A/R | | | 2,002.75 | 3,943.06 | 2,629.04 | 1,982.81 | 2,238.35 | 2,362.80 | 2,311.87 | 17,470.68 |
| **Grand Total** | | | **595,022.48** | **573,221.36** | **564,390.07** | **(962,241.56)** | **81,785.94** | **43,214.16** | **13,529.20** | **(8,422.06)** | **1,991.33** | **902,490.92** |