

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | April 2020<br>20040085<br>30-Apr-2020<br>565,354.68<br>632,580.36<br>(67,225.68) |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233002 | P18233002-1 | GC 157 #1 - PLUGBACK  << Statement 20040085 >> | 628,819.30 | | 628,819.30 | 628,819.30 | |
| 85233008 | 1 | DUMMY AFE  << Statement 20040085 >> | 1,758.32 | | 1,758.32 | | 1,758.32 |
| 85233009 | 1 | DUMMY AFE  << Statement 20040085 >> | 1,758.31 | | 1,758.31 | 1,758.31 | |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20040085 >> | (71,735.24) | | (71,735.24) | | (71,735.24) |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF  << Statement 20040085 >> | 2,751.24 | | 2,751.24 | | 2,751.24 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED  << Statement 20040085 >> | 2,002.75 | | 2,002.75 | 2,002.75 | |
| Report Total | | | 565,354.68 | | 565,354.68 | 632,580.36 | (67,225.68) |

# Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W. SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>628,819.30<br>628,819.30 |

|  | Operator | |
|---|---|---|
| **AFE** | P18233002-1 | GC 157 #1 - PLUGBACK |
| **Cost Center** | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 |

|  |  |  |  | Amounts | | | |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |

**Expense**

**LEASE OPERATING EXPENSES**

| 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Jan 20 | 346,701.82 | 52,005.29 | 52,005.29 | |

($52,005.29) AFE P18233002-1 VENDOR C & G BOATS INC. INVOICE 30813JH amt 1088.44 INVOICE 30912JH amt 5274.75 INVOICE 30913JH amt 5491.53 VENDOR L & M BOTRUC RENTAL LLC INVOICE 508830AJH amt 34.02 INVOICE 508830JH amt 1215.00 INVOICE 508846AJH amt 30.00, INVOICE 508846JH2 amt 14242.50, VENDOR CANDY FLEET L L C INVOICE 15171JH amt 5166.67, VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001606JH amt 2165.59 INVOICE 1800001615JH amt 11.30, INVOICE 1800001623JH amt 337.50; INVOICE 1800001627JH amt 1868.97, VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0120FUELMBJH amt 2107.88, INVOICE 0220FUELMBJH amt 12971.04

| 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Jan 20 | 3,527,236.53 | 529,085.51 | 529,085.51 | |

($529,085.51) AFE P18233002-1 VENDOR HALLIBURTON ENERGY SRVCS, INC INVOICE 9505252503JH amt 26760.17 INVOICE 9505257321JH amt 16420.94 INVOICE 9505320854JH amt 45653.60, VENDOR SCHLUMBERGER TECHNOLOGY CORP INVOICE 900351439JH amt 12946.10 VENDOR TETRA TECHNOLOGIES INC. INVOICE 1193356RI amt 261.35 VENDOR TANKS-A-LOT, INC. INVOICE M84578 amt 1056.60. VENDOR INTERMOOR INC INVOICE 45840 amt 700.20, VENDOR SEADRILL GULF OPERATIONS INVOICE 113007033JH amt 525.00 INVOICE 113007037JH amt 15781.24 INVOICE 113007105JH amt 10395.00 INVOICE 113007109JH amt 384241.88 INVOICE 113007113JH amt 1094.35 VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001634JH amt 7.88, VENDOR AQUILA SYSTEMS LLC INVOICE 1002019513JH2 amt .00 INVOICE 1002019513JH3 amt .00 INVOICE 1002019513JH4 amt .00 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE OFFSHORE-1025-2020/2 amt 4046.60 INVOICE OFFSHORE-1026-2020/2 amt 4032.12 INVOICE OFFSHORE-1030-2020/2 amt 342.72 INVOICE OFFSHORE-1031-2020/2 amt 2121.91 INVOICE OFFSHORE-425-2020/2 amt 2707.85

| 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | 7,661.92 | 1,149.29 | 1,149.29 | |

($1,149.29) AFE P18233002-1 VENDOR DEEPWATER SUBSEA LLC INVOICE 1609JH amt 735.74 VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001634JH amt 413.55

| 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 20 | 310,528.02 | 46,579.21 | 46,579.21 | |

($46,579.21) AFE P18233002-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0420OHJESG amt 46579.21

| | | | **Total LEASE OPERATING EXPENSES** | 4,192,128.29 | 628,819.30 | 628,819.30 | |
| | | | **Total Expense** | 4,192,128.29 | 628,819.30 | 628,819.30 | |
| | | | **Total Statement** | 4,192,128.29 | 628,819.30 | 628,819.30 | |

**Property Dispute** 📌 2020-05-06 10:13:07 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Our records indicate that we have not approved this AFE to date.

# Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>1,758.32<br><br>1,758.32 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST2 (GC201) |

|  | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
|  | 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Jan 20 | 11,722.10 | 1,758.32 |  | 1,758.32 |
| ($1,758.32) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004032000 amt 1758.32 | | | | | | | | |
|  | | | **Total LEASE OPERATING EXPENSES** | | 11,722.10 | 1,758.32 |  | 1,758.32 |
|  | | | | **Total Expense** | 11,722.10 | 1,758.32 |  | 1,758.32 |
|  | | | | **Total Statement** | 11,722.10 | 1,758.32 |  | 1,758.32 |

**Property Dispute**  2020-06-24 12:46:34 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood has agreed to pay on this property.

**Property Dispute**  2020-05-13 2:16:38 PM - From LLOG EXPLORATION CO (Shelly Gisevius) to Kandyce Hunt (FIELDWOOD ENERGY LLC).
JIBs NON-OP (FIELDWOOD ENERGY LLC)
Fieldwood went non-consent as of 01/15/20, therefore the charges invoiced are correct and should be paid by Fieldwood as the service dates were prior to 01/15/20.

2020-05-12 10:51:09 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
This AFE has gone Penalty and the details include Fieldwood went Non-Consent 01/01/20

# Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>1,758.31<br>1,758.31 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Jan 20 | 11,722.09 | 1,758.31 | 1,758.31 | |
| ($1,758.31) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004032000 amt 1758.31 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 11,722.09 | 1,758.31 | 1,758.31 | |
| | | | | **Total Expense** | 11,722.09 | 1,758.31 | 1,758.31 | |
| | | | | **Total Statement** | 11,722.09 | 1,758.31 | 1,758.31 | |

| | | |
|---|---|---|
| Property Dispute | 📝 | 2020-06-24 12:47:37 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)<br>Fieldwood agreed to pay on well code 85233008 not 8523309 |
| Property Dispute | 📝 | 2020-06-23 12:11:50 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)<br>Fieldwood has agreed to pay |
| | 📝 | 2020-05-13 2:16:53 PM - From LLOG EXPLORATION CO (Shelly Gisevius) to Kandyce Hunt (FIELDWOOD ENERGY LLC), JIBs NON-OP (FIELDWOOD ENERGY LLC)<br>Fieldwood went non-consent as of 01/15/20, therefore the charges invoiced are correct and should be paid by Fieldwood as the service dates were prior to 01/15/20 |
| | 📝 | 2020-05-12 10:51:38 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO<br>This AFE has gone Penalty and the details include Fieldwood went Non-Consent 01/01/20 |
| Property Dispute | 📝 | 2020-06-23 12:00:06 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO<br>Fieldwood has agreed to pay |

# Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>(71,735.24)<br><br>(71,735.24) |

|  | Operator |  |
|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | | Amounts | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Dec 19 | (56,259.21) | (8,438.88) | | (8,438.88) |
| (-$8,438.88) AFE P19233009-1 VENDOR HALLIBURTON ENERGY SRVCS INC INVOICE 9505409542 amt 489.86-, INVOICE 9505424429 amt 7952.02- | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | (406,470.16) | (60,970.52) | | (60,970.52) |
| (-$60,970.52) AFE P19233009-1 VENDOR HALLIBURTON ENERGY SRVCS INC INVOICE 9505409543 amt 3222.41-, INVOICE 9505424430 amt 57748.11- | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | 1,725.23 | 258.78 | | 258.78 |
| ($258.78) AFE P19233009-1 VENDOR BSEE INVOICE 81604108 amt 18.75, VENDOR LLOG EXPLORATION COMPANY LLC INVOICE WNEPTUNEBOPALC2019 amt 240.03 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Apr 20 | (35,424.81) | (5,313.72) | | (5,313.72) |
| (-$5,313.72) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 04200HJESG amt 5313.72- | | | | | | | | |
| | 10.400203450000 | RIG ALLOCATIONS | 15.00000000 | Dec 19 | 18,193.99 | 2,729.10 | | 2,729.10 |
| ($2,729.10) AFE P19233009-1 VENDOR LLOG EXPLORATION OFFSHORE LLC INVOICE 20030045 amt 2729.10 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | (478,234.96) | (71,735.24) | | (71,735.24) |
| | | | | **Total Expense** | (478,234.96) | (71,735.24) | | (71,735.24) |
| | | | | **Total Statement** | (478,234.96) | (71,735.24) | | (71,735.24) |

## Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>2,751.24<br><br>2,751.24 |

| | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Nov 19 | 11,101.00 | 1,665.15 | | 1,665.15 |
| ($1,665.15) AFE P19233009-2 VENDOR PINNACLE PROJECT SERVICES INC INVOICE 20118101 amt 1134.00 VENDOR BSEE INVOICE 81604082JH amt 531.15 | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Mar 20 | 5,882.00 | 882.30 | | 882.30 |
| ($882.30) AFE P19233009-2 VENDOR PINNACLE ENGINEERING INC INVOICE 20111105 amt 882.30 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Mar 20 | 1,358.64 | 203.79 | | 203.79 |
| ($203.79) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0420OHJESG amt 203.79 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 18,341.64 | 2,751.24 | | 2,751.24 |
| | | | **Total Expense** | | 18,341.64 | 2,751.24 | | 2,751.24 |
| | | | **Total Statement** | | 18,341.64 | 2,751.24 | | 2,751.24 |

# Statement 20040085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20040085<br>April 2020<br>2,002.75<br>2,002.75 |

**Operator**
**AFE**
**Cost Center**  INTEREST ON PAST DUE BALANCE  NO PROPERTY ASSIGNED

| | | | | | | Amounts | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| MISCELLANEOUS | | | | | | | | |
| | MISC 201703040000 | MISCELLANEOUS CHARGES | 100.00000000 | | 2,002.75 | 2,002.75 | 2,002.75 | |
| ($2,002.75) VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE 20040085 amt 2002.75 INTEREST ON PAST DUE BALANCE 4.57% APR | | | | | | | | |
| | | | **Total MISCELLANEOUS** | | **2,002.75** | **2,002.75** | **2,002.75** | |
| | | | | **Total Expense** | **2,002.75** | **2,002.75** | **2,002.75** | |
| | | | | **Total Statement** | **2,002.75** | **2,002.75** | **2,002.75** | |

**Property Dispute**  2020-05-13 2:17:39 PM - From LLOG EXPLORATION CO (Shelly Gisevius) to Kandyce Hunt (FIELDWOOD ENERGY LLC), JIBs NON-OP (FIELDWOOD ENERGY LLC)
As per the COPAS interest is owed and due to LLOG Exploration Company, LLC for past due JIB balances.

2020-05-06 10:12:46 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid balances.