

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | May 2020<br>20050086<br>29-May-2020<br>(962,241.56)<br>(1,044,647.04)<br>82,405.48 |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233002 | P18233002-1 | GC 157 #1 - PLUGBACK << Statement 20050086 >> | (1,173,655.25) | | (1,173,655.25) | (1,173,655.25) | |
| 85233008 | 1 | DUMMY AFE << Statement 20050086 >> | 147,764.62 | | 147,764.62 | 147,466.54 | 298.08 |
| 85233009 | 1 | DUMMY AFE << Statement 20050086 >> | (22,103.31) | | (22,103.31) | (22,401.39) | 298.08 |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL << Statement 20050086 >> | 6,511.04 | | 6,511.04 | | 6,511.04 |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF << Statement 20050086 >> | 75,298.28 | | 75,298.28 | | 75,298.28 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED << Statement 20050086 >> | 3,943.06 | | 3,943.06 | 3,943.06 | |
| Report Total | | | (962,241.56) | | (962,241.56) | (1,044,647.04) | 82,405.48 |

# Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>(1,173,655.25)<br>(1,173,655.25) |

| | Operator | |
|---|---|---|
| AFE | P18233002-1 | GC 157 #1 - PLUGBACK, |
| Cost Center | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |

**Expense**

LEASE OPERATING EXPENSES

| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Jan 20 | (875,787.22) | (131,368.16) | (131,368.16) | |

(-$131,358.16) AFE: P18233002-1 VENDOR PACKARD TRUCK LINES LLC. INVOICE 117454JHR2 amt 846.90-, INVOICE 117471JHR2 amt 730.59- VENDOR HANCOCK WHITNEY BANK INVOICE 1391012720JH3R2 amt 48.66- VENDOR C & G BOATS INC INVOICE 30813JHR2 amt 1083.44-; INVOICE 30912JHR2 amt 5274.75-; INVOICE 30913JHR2 amt 5491.53-; VENDOR RIGNET, INC. INVOICE 201100251JHR2 amt 10.33-, VENDOR L & M BOTRUC RENTAL LLC INVOICE 508830AJHR2 amt 34.02- INVOICE 508830JHR2 amt 1215.00-, INVOICE 508846AJHR2 amt 30.00-, INVOICE 508846JH2R2 amt 14242.50-; VENDOR NAUTICAL SOLUTIONS LLC INVOICE 2600009166JHR2 amt 2307.34-; INVOICE 2600009205JHR2 amt 337.50- INVOICE 2600009208JH3R2 amt 31003.35- VENDOR CANDY FLEET, L L C INVOICE 15171JHR2 amt 5166.67-, VENDOR BRISTOW U S LLC INVOICE 90024195JH3R2 amt 35649.54-, VENDOR VISION COMMUNICATIONS LLC INVOICE 1507010120JHR2 amt 49- INVOICE 7001020120JH3R2 amt 58.78-, VENDOR UNITED VISION LOGISTICS INVOICE 2633552JHR2 amt 161.02- INVOICE 2636103JHR2 amt 71.45-; INVOICE 2636128JHR2 amt 49.59- INVOICE 2637061JHR2 amt 134.89- INVOICE 263773JHR2 amt 143.54-, INVOICE 2642365JHR2 amt 116.93-, INVOICE 2642374JHR2 amt 64.40- INVOICE 2642375JHR2 amt 140.59- INVOICE 2643148JHR2 amt 573.15- VENDOR AMERICAN EAGLE LOGISTICS LLC INVOICE 1364311JHR2 amt 25.23-; INVOICE 1368546RJHR2 amt 59.66-, INVOICE 1368793JHR2 amt 157.93- INVOICE 1369874JHR2 amt 66.79-, INVOICE 1370054JHR2 amt 34.93-, INVOICE 1370325JHR2 amt 80.56- INVOICE 1370720JHR2 amt 121.89-, INVOI

| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Jan 20 | (6,065,789.79) | (909,868.54) | (909,868.54) | |

(-$909,868.54) AFE: P18233002-1 VENDOR DRILL-TECH ENVIRONMENTAL INVOICE DTE5152JHR2 amt 514.50- INVOICE DTE5162JHR2 amt 220.50-, VENDOR EXPEDITORS & PRODUCTION INVOICE 39591JHR2 amt 2030.47-, INVOICE 39696JH3R2 amt 4136.45- VENDOR GRAND ISLE SHIPYARD, INC.: INVOICE 10377434JHR2 amt 101.25-INVOICE 10377439JHR2 amt 137.53-, INVOICE 10377980JHR2 amt 113.81-, INVOICE 10378570JHR2 amt 58.56- INVOICE 10380746JHR2 amt 1548.50- INVOICE 10380967JHR2 amt 1140.00 INVOICE 641080JHR2 amt 2.34-, VENDOR HALLIBURTON ENERGY SRVCS, INC.: INVOICE 9505252503JHR2 amt 26780.17-, INVOICE 9505257321JHR2 amt 16420.94-, INVOICE 9505262897JHR2 amt 3163.87-, INVOICE 9505264975JHR2 amt 6565.62- INVOICE 9505265890JHR2 amt 24813.64- INVOICE 9505266085JHR2 amt 409.50- INVOICE 9505268710JHR2 amt 2013.03-, INVOICE 9505283599JHR2 amt 1808.48- INVOICE 9505283503JHR2 amt 1069.92-, INVOICE 9505320854JHR2 amt 45653.60- VENDOR MAGNUM MUD EQUIPMENT CO, INC. INVOICE 159103JHR2 amt 107.70-, INVOICE 159129JHR2 amt 1308.30- VENDOR M. M. INDUSTRIES, INC.; INVOICE 33236JHR2 amt 393.60-, VENDOR QUAIL TOOLS, LP INVOICE 420340JHR2 amt 21.00-, VENDOR QUALITY RENTAL TOOLS INC. INVOICE H41146JHR2 amt 5890.14- VENDOR SCHLUMBERGER TECHNOLOGY CORP. INVOICE 900351439JHR2 amt 12946.10-, VENDOR STABIL DRILL INVOICE 56287310RJHR2 amt 147.00-, VENDOR JOHN W STONE OIL DISTRIBUTOR INVOICE FOS1004INJHR2 amt 498.60- INVOICE FT06167INJHR2 amt 27.00- INVOICE FT06214INJHR2 amt 351.00- VENDOR MI SWACO, INVOICE 90034

| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | (352,035.02) | (52,805.29) | (52,805.29) | |

(-$52,805.29) AFE: P18233002-1 VENDOR COMMUNITY COFFEE CO., L.L.C.; INVOICE 1286500079SJHR2 amt 60.44- VENDOR EAGLE CONSULTING LLC INVOICE 20200005JHR2 amt 913.13- INVOICE 20200035JHR2 amt 3168.56- INVOICE 20200067JHR2 amt 1973.54- VENDOR EXPEDITORS & PRODUCTION INVOICE 39590JHR2 amt 512.10- INVOICE 39592JHR2 amt 3855.75-, VENDOR M M INDUSTRIES INC. INVOICE 33389JHR2 amt 246.00- VENDOR MI SWACO, INVOICE 900347407JHR2 amt 4739.22- VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 109619JHR2 amt 18.75-, INVOICE 109521JHR2 amt 3.75- VENDOR DAVID GUIDRY INVOICE 013120JH3R2 amt 64.80- VENDOR DC INTERNATIONAL INC. INVOICE 38394JHR2 amt 955.16- INVOICE 38433JHR2 amt 2831.25-, VENDOR HAMILTON ENGINEERING INC INVOICE 7010214JHR2 amt 3985.13-, VENDOR DRILLING SUPERVISORS INC INVOICE 3317JHR2 amt 1629.75-, VENDOR BSEE INVOICE 81604085JHR2 amt 18.75- VENDOR GARY WINSTEAD INVOICE 013120JH3R2 amt 79.46-, VENDOR CHRISTOPHER R SMITH INVOICE 021020JH3R2 amt 31.56-; VENDOR DEEPWATER SUBSEA LLC INVOICE 1609JHR2 amt 735.74- INVOICE 1639RJHR2 amt 2004.06- VENDOR BAKER HUGHES INVOICE 910742281JHR2 amt 13295.14- VENDOR BENCHMARK MARINE SERVICES LLC INVOICE 1800001634JHR2 amt 413.55- VENDOR PLANNING THRU COMPLETION LLC INVOICE 7565JHR2 amt 1843.13- INVOICE 7580JHR2 amt 1843.13- VENDOR RUSCO OPERATING LLC INVOICE INV121378JHR2 amt 299.85- INVOICE INV123167JHR2 amt 1794.30- INVOICE INV123549JHR2 amt 2271.31- INVOICE INV125003JHR2 amt 1146.75-, INVOICE INV12

| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Jan 20 | (530,755.03) | (79,613.26) | (79,613.26) | |

(-$79,613.26) AFE: P18233002-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0320OHJESGR2 amt 41023.70- INVOICE 0420OHJESGR2 amt 45579.21-, INVOICE 0520OHJESG amt 7939.65

| | | | Total LEASE OPERATING EXPENSES | | (7,824,367.06) | (1,173,655.25) | (1,173,655.25) | |
| | | | Total Expense | | (7,824,367.06) | (1,173,655.25) | (1,173,655.25) | |
| | | | Total Statement | | (7,824,367.06) | (1,173,655.25) | (1,173,655.25) | |

| Invoice Number | 20050086 | | Partner | 34876 FIELDWOOD ENERGY LLC | | Operator | LLOG EXPLORATION COMPANY LLC | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Operator | | | | | | | | |
| AFE | | P18233002-1 | | GC 157 #1 - PLUGBACK | | | | | | |
| Cost Center | | 85233002 | | OCS-G 12210 #2ST01 FKA 24154#1 | | | | | | |
| | | | | | | | | Amounts | | |
| | | OP Account | | Minor Account Description | | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| | | Property Dispute | | 2020-06-03 10:30:59 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO Our records indicate that we have not approved this AFE to date This AFE was rescinded by LLOG. | | | | | | | |

# Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>147,764.62<br>147,466.54<br>298.08 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST2 (GC201) |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Feb 20 | 30.50 | 4.58 | 4.58 | |
| ($4.58) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004042000 amt 4.58 | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Dec 19 | 1,987.18 | 298.08 | | 298.08 |
| ($298.08) AFE 1 VENDOR CLEAN GULF ASSOCIATES INC INVOICE 1941043SF amt 298.08, | | | | | | | | |
| | 10.400102020000 | MISC SERVICES/LABOR (OIL) | 15.00000000 | Feb 20 | 901,179.77 | 135,176.96 | 135,176.96 | |
| ($135,176.96) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157R amt 71665.69 INVOICE 0220GC157R amt 63511.27 | | | | | | | | |
| | 10.400102030000 | MISC SERVICES/LABOR (GAS) | 15.00000000 | Feb 20 | 81,900.00 | 12,285.00 | 12,285.00 | |
| ($12,285.00) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157R amt 6515.00 INVOICE 0220GC157R amt 5670.00 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 985,097.45 | 147,764.62 | 147,466.54 | 298.08 |
| | | | | **Total Expense** | 985,097.45 | 147,764.62 | 147,466.54 | 298.08 |
| | | | | **Total Statement** | 985,097.45 | 147,764.62 | 147,466.54 | 298.08 |

Property Dispute   2020-06-04 1:40:46 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)
This AFE has gone Penalty and the details include Fieldwood went Non-Consent 01/01/20.

# Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>(22,103.31)<br>(22,401.39)<br>298.08 |

|  | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Feb 20 | 30.50 | 4.58 | 4.58 | |
| ($4.58) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004042000 amt 4.58 | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Dec 19 | 1,987.18 | 298.08 | | 298.08 |
| ($298.08) AFE 1 VENDOR CLEAN GULF ASSOCIATES INC - INVOICE 1941043SF amt 298.08 | | | | | | | | |
| | 10.400102020000 | MISC SERVICES/LABOR (OIL) | 15.00000000 | Jan 20 | (126,755.65) | (19,013.35) | (19,013.35) | |
| (-$19,013.35) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157R amt 19013.35- | | | | | | | | |
| | 10.400102030000 | MISC SERVICES/LABOR (GAS) | 15.00000000 | Jan 20 | (11,700.00) | (1,755.00) | (1,755.00) | |
| (-$1,755.00) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0120GC157R amt 1755.00- | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Jan 20 | (10,917.48) | (1,637.62) | (1,637.62) | |
| (-$1,637.62) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 05200HJESG amt 1637.62- | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | (147,355.45) | (22,103.31) | (22,401.39) | 298.08 |
| | | | | **Total Expense** | (147,355.45) | (22,103.31) | (22,401.39) | 298.08 |
| | | | | **Total Statement** | (147,355.45) | (22,103.31) | (22,401.39) | 298.08 |

Property Dispute  2020-06-04 1:41:29 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)
This AFE has gone Penalty and the details include Fieldwood went Non-Consent 01/01/20

# Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>6,511.04<br><br>6,511.04 |

| | Operator | |
|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | 40,191.51 | 6,028.74 | | 6,028.74 |

($6,028.74) AFE: P19233009-1 VENDOR HALLIBURTON ENERGY SRVCS, INC  INVOICE 9505377065 amt 501.06- VENDOR TANKS-A-LOT INC  INVOICE M84234 amt 681.45, VENDOR FMC TECHNOLOGIES, INC  INVOICE 92407758 amt 2492.69 INVOICE 92411620 amt 7934.94 INVOICE 92430410 amt 479.20, VENDOR DEEP TREND INC  INVOICE 7194 amt 2309.54  VENDOR SEADRILL GULF OPERATIONS INVOICE 113007203 amt 2996.02 INVOICE 113007241 amt 4515.81  VENDOR THOMAS TOOLS INVOICE 20200037601 amt 14859.85-

| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Apr 20 | 3,215.31 | 482.30 | | 482.30 |

($482.30) AFE: P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE 0520OHJESG amt 482.30

| | | | Total LEASE OPERATING EXPENSES | | 43,406.82 | 6,511.04 | | 6,511.04 |
| | | | Total Expense | | 43,406.82 | 6,511.04 | | 6,511.04 |
| | | | Total Statement | | 43,406.82 | 6,511.04 | | 6,511.04 |

## Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>75,298.28<br><br>75,298.28 |

| | Operator | | |
|---|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF. | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Apr 20 | 29,485.17 | 4,422.78 | | 4,422.78 |

($4,422.78) AFE P19233009-2 VENDOR CYRUS J GUIDRY & ASSOC LLC INVOICE 14840 amt 32.25 INVOICE 14849 amt 41.50 INVOICE 14855 amt 26.50 VENDOR CANDY FLEET LLC INVOICE 15241 amt 3819.08 VENDOR UNITED VISION LOGISTICS INVOICE 265911? amt 16.37 VENDOR AMERICAN EAGLE LOGISTICS LLC INVOICE 1407302 amt 69.26 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0520FUELMB amt 417.82

| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Mar 20 | 364,442.38 | 54,666.36 | | 54,666.36 |
|---|---|---|---|---|---|---|---|---|

($54,666.36) AFE P19233009-2 VENDOR PINNACLE PROJECT SERVICES INC. INVOICE 20118102 amt 3608.93 VENDOR FMC TECHNOLOGIES, INC INVOICE 92456040 amt 12773.86 INVOICE 92456048 amt 3859.23 VENDOR SUBSEA 7 (US) LLC INVOICE 20001888 amt 34308.24 INVOICE 20001888R amt 34308.24- VENDOR CENTRAL DISPATCH INC. INVOICE IN000019473 amt 115.10 VENDOR SUBSEA 7 I-TECH US INC. INVOICE 20001888 amt 34308.24

| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Apr 20 | 70,876.56 | 10,631.49 | | 10,631.49 |
|---|---|---|---|---|---|---|---|---|

($10,631.49) AFE P19233009-2 VENDOR PINNACLE ENGINEERING INC INVOICE 20111106 amt 866.22 VENDOR FMC TECHNOLOGIES INC INVOICE 92453787 amt 3823.55 VENDOR MICRO MOTION INC INVOICE 40589761 amt 6141.72

| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Apr 20 | 37,184.33 | 5,577.65 | | 5,577.65 |
|---|---|---|---|---|---|---|---|---|

($5,577.65) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0520OHJESG amt 5577.65

| | | | Total LEASE OPERATING EXPENSES | | 501,988.44 | 75,298.28 | | 75,298.28 |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Expense | 501,988.44 | 75,298.28 | | 75,298.28 |
| | | | | Total Statement | 501,988.44 | 75,298.28 | | 75,298.28 |

# Statement 20050086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20050086<br>May 2020<br>3,943.06<br>3,943.06 |

| | Operator | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AFE | | | | | | | | |
| Cost Center | INTEREST ON PAST DUE BALANCE | NO PROPERTY ASSIGNED | | | | | | |
| | | | | | | Amounts | | |
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| MISCELLANEOUS | | | | | | | | |
| | MISC.202001210000 | MISCELLANEOUS CHARGES | 100.00000000 | | 3,943.06 | 3,943.06 | 3,943.06 | |
| ($3,943.06) VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 20050086 amt 3943.06 INTEREST ON PAST DUE BALANCE 4.57% AFR | | | | | | | | |
| | | | **Total MISCELLANEOUS** | | 3,943.06 | 3,943.06 | 3,943.06 | |
| | | | | **Total Expense** | 3,943.06 | 3,943.06 | 3,943.06 | |
| | | | | **Total Statement** | 3,943.06 | 3,943.06 | 3,943.06 | |

Property Dispute  2020-06-04 1:34:09 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid JIB's