

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | June 2020<br>20060086<br>30-Jun-2020<br>81,785.94<br>3,701.70<br>78,084.24 |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233002 | 1 | DUMMY AFE << Statement 20060086 >> | 2.31 | | 2.31 | | 2.31 |
| 85233008 | 1 | DUMMY AFE << Statement 20060086 >> | 14,282.22 | | 14,282.22 | 1,070.35 | 13,211.87 |
| 85233009 | 1 | DUMMY AFE << Statement 20060086 >> | 1,041.55 | | 1,041.55 | | 1,041.55 |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL << Statement 20060086 >> | (14,634.53) | | (14,634.53) | | (14,634.53) |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF << Statement 20060086 >> | 78,465.35 | | 78,465.35 | | 78,465.35 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED << Statement 20060086 >> | 2,629.04 | | 2,629.04 | 2,629.04 | |
| Report Total | | | 81,785.94 | | 81,785.94 | 3,701.70 | 78,084.24 |

# Statement 20060086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>2.31<br>2.31 |

| | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE | |
| Cost Center | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 | |

| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | |
| **LEASE OPERATING EXPENSES** | | | | | | | |
| 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Jan 20 | 14.29 | 2.14 | 2.14 | |
| {$2.14} AFE 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 110525 amt 2.14 | | | | | | | |
| 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Jan 20 | 1.14 | 0.17 | 0.17 | |
| {$0.17} AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0620OHJESG amt 17 | | | | | | | |
| | | **Total LEASE OPERATING EXPENSES** | | 15.43 | 2.31 | 2.31 | |
| | | **Total Expense** | | 15.43 | 2.31 | 2.31 | |
| | | **Total Statement** | | 15.43 | 2.31 | 2.31 | |

Property Dispute    2020-08-10 7:35:46 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)
This AFE has gone Penalty and the details include Fieldwood went non-consent 12/3/2019

# Statement 20060086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>14,282.22<br>1,070.35<br>13,211.87 |

| | Operator | | |
|---|---|---|---|
| AFE | 1 | DUMMY AFE, | |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST2 (GC201) | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Jan 20 | 14.29 | 2.14 | | 2.14 |
| ($2.14) AFE 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 110625 amt 2.14 | | | | | | | | |
| | 10.400102040000 | GEN HANDLNG/PROC FEES/TRANSPTN | 15.00000000 | Nov 19 | 89,196.15 | 13,379.42 | 1,070.35 | 12,309.07 |
| ($13,379.42) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE 0218GC157A amt 3614.03 INVOICE 0219GC157A amt 3436.53, INVOICE 0220GC157A amt 2258.68 INVOICE 0418GC157A amt 373.55, INVOICE 0419GC157A amt 765.81 INVOICE 0618GC157A amt 533.48<br>INVOICE 0619GC157A amt 24.06, INVOICE 0918GC157A amt 531.20, INVOICE 0919GC157A amt 607.54 INVOICE 1118GC157A amt 362.38 INVOICE 1119GC157A amt 772.16 | | | | | | | | |
| | 10.400102250000 | LEASE FUEL AND METERS | 15.00000000 | Jan 20 | (1,048.39) | (157.26) | | (157.26) |
| (-$157.26) AFE 1 VENDOR WILLIAMS FIELD SERVICES CO INVOICE 4118892809R amt 157.26- | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Feb 20 | 7,052.95 | 1,057.92 | | 1,057.92 |
| ($1,057.92) AFE 1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0620OHJESG amt 1057.92 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 95,215.00 | 14,282.22 | 1,070.35 | 13,211.87 |
| | | | | **Total Expense** | 95,215.00 | 14,282.22 | 1,070.35 | 13,211.87 |
| | | | | **Total Statement** | 95,215.00 | 14,282.22 | 1,070.35 | 13,211.87 |

Property Dispute  2020-08-24 11:20:38 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO (Shelly Gisevius)
Enven PHA overhead at 8%

# Statement 20060086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>1,041.55<br><br>1,041.55 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | | Amounts | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400102000000 | MISC SERVICES/LABOR | 15.00000000 | Jan 20 | 25.00 | 3.75 | | 3.75 |
| ($3.75) AFE: 1 VENDOR ENVIRONMENTAL ENTERPRISES USA INVOICE 110525 amt 3.75 | | | | | | | | |
| | 10.400102040000 | GEN HANDLNG/PROC FEES/TRANSPTN | 15.00000000 | Nov 18 | 7,452.75 | 1,117.91 | | 1,117.91 |
| ($1,117.91) AFE: 1 VENDOR ENVEN ENERGY VENTURES LLC: INVOICE 0218GC157A amt 282.22, INVOICE 0219GC157A amt 527.87, INVOICE 0418GC157A amt 84.92, INVOICE 0618GC157A amt 21.23, INVOICE 0619GC157A amt 18.04, INVOICE 1118GC157A amt 183.63 | | | | | | | | |
| | 10.400102250000 | LEASE FUEL AND METERS | 15.00000000 | Jan 20 | (1,048.39) | (157.26) | | (157.26) |
| (-$157.26) AFE: 1 VENDOR WILLIAMS FIELD SERVICES CO. INVOICE 411852809R amt 157.26 | | | | | | | | |
| | 10.400102500000 | ADMINISTRATIVE OVERHEAD | 15.00000000 | Jan 20 | 514.35 | 77.15 | | 77.15 |
| ($77.15) AFE: 1 VENDOR LLOG EXPLORATION COMPANY LLC: INVOICE 0620OHJESG amt 77.15 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 6,943.71 | 1,041.55 | | 1,041.55 |
| | | | | **Total Expense** | 6,943.71 | 1,041.55 | | 1,041.55 |
| | | | | **Total Statement** | 6,943.71 | 1,041.55 | | 1,041.55 |

**Statement 20060086**

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>(14,634.53)<br><br>(14,634.53) |

|  | Operator | | | | | | |
|---|---|---|---|---|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL. | | | | | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | | | | | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | (90,336.54) | (13,550.49) | | (13,550.49) |
| (-$13,550.49) AFE P19233009-1 VENDOR VERSABAR INC INVOICE B0420002 amt 1090.98 VENDOR FMC TECHNOLOGIES INC INVOICE 92456040R amt 12773.85 VENDOR SEADRILL GULF OPERATIONS INVOICE 113007203R amt 2996.02 INVOICE 113007279 amt 926.03 INVOICE 113007348 amt 202.38 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Mar 20 | (7,226.92) | (1,084.04) | | (1,084.04) |
| (-$1,084.04) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0520OHJESG amt 1084.04 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | **(97,563.46)** | **(14,634.53)** | | **(14,634.53)** |
| | | | | **Total Expense** | **(97,563.46)** | **(14,634.53)** | | **(14,634.53)** |
| | | | | **Total Statement** | **(97,563.46)** | **(14,634.53)** | | **(14,634.53)** |

# Statement 20060086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>78,465.35<br><br>78,465.35 |

| | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Apr 20 | 723.33 | 108.51 | | 108.51 |
| ($108.51) AFE P19233009-2 VENDOR RIGNET INC INVOICE 201104423 amt 7.64 VENDOR CYRUS J GUIDRY & ASSOC LLC INVOICE 14909 amt 4.88 VENDOR UNITED VISION LOGISTICS INVOICE 2694362 amt 95.99 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Apr 20 | 443,277.76 | 66,491.66 | | 66,491.66 |
| ($66,491.66) AFE P19233009-2 VENDOR OCEANEERING INT'L INC INVOICE G001000022843 amt 52911.31 VENDOR FMC TECHNOLOGIES INC INVOICE 92456040A amt 12650.26 VENDOR FOURCHON HEAVY LIFT LLC INVOICE 6400001057 amt 195.84 VENDOR INTERTEK ASSET INTEGRITY INVOICE 27419 amt 73425 | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Apr 20 | 40,352.87 | 6,052.93 | | 6,052.93 |
| ($6,052.93) AFE P19233009-2 VENDOR PINNACLE ENGINEERING INC INVOICE 20111107 amt 31.45 VENDOR FMC TECHNOLOGIES INC INVOICE 92465492 amt 3321.90 VENDOR NEW INDUSTRIES LLC INVOICE 12403 amt 2699.58. | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Jun 20 | 38,748.31 | 5,812.25 | | 5,812.25 |
| ($5,812.25) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 06200HJESG amt 5812.25. | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 523,102.27 | 78,465.35 | | 78,465.35 |
| | | | | **Total Expense** | 523,102.27 | 78,465.35 | | 78,465.35 |
| | | | | **Total Statement** | 523,102.27 | 78,465.35 | | 78,465.35 |

## Statement 20060086

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W. SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20060086<br>June 2020<br>2,629.04<br>2,629.04 |

**AFE** Operator

**Cost Center** INTEREST ON PAST DUE BALANCE   NO PROPERTY ASSIGNED

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| | MISC.202001500000 | MISCELLANEOUS CHARGES | 100.00000000 | | 2,629.04 | 2,629.04 | 2,629.04 | |
| ($2,629.04) VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 20060086 amt 2629.04 INTEREST ON PAST DUE BALANCE 4.57% APR | | | | | | | | |
| | | | **Total MISCELLANEOUS** | | **2,629.04** | **2,629.04** | **2,629.04** | |
| | | | | **Total Expense** | **2,629.04** | **2,629.04** | **2,629.04** | |
| | | | | **Total Statement** | **2,629.04** | **2,629.04** | **2,629.04** | |

**Property Dispute**  2020-07-07 2:58:25 AM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid balances