

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month | July 2020 |
| | | Invoice Number | 20070084 |
| | | Invoice Date | 3-Aug-2020 |
| | | Invoiced | 43,214.16 |
| | | Disputed | 1,982.81 |
| | | Accepted | 41,231.35 |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL << Statement 20070084 >> | 24,496.96 | | 24,496.96 | | 24,496.96 |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF << Statement 20070084 >> | 16,734.39 | | 16,734.39 | | 16,734.39 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED << Statement 20070084 >> | 1,982.81 | | 1,982.81 | 1,982.81 | |
| Report Total | | | 43,214.16 | | 43,214.16 | 1,982.81 | 41,231.35 |

# Statement 20070084

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20070084<br>July 2020<br>24,496.96<br><br>24,496.96 |

| | Operator | |
|---|---|---|
| **AFE** | P19233009-1 | GC 157 #3 ST01 - P&A WELL |
| **Cost Center** | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Apr 20 | 1,223.55 | 183.53 | | 183.53 |
| ($183.53) AFE P19233009-1 VENDOR UNITED VISION LOGISTICS INVOICE 2692958 amt 183.53 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Nov 19 | 58,452.56 | 8,767.88 | | 8,767.88 |
| ($8,767.88) AFE P19233009-1 VENDOR INTERMOOR INC INVOICE 45840R amt 864.86 VENDOR SEADRILL GULF OPERATIONS INVOICE 113007348R amt 202.38- INVOICE 113007422 amt 8105.40 | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Dec 19 | 91,539.77 | 13,730.96 | | 13,730.96 |
| ($13,730.96) AFE P19233009-1 VENDOR PINNACLE ENGINEERING INC INVOICE 20111101R amt 1908.68- VENDOR HWCG HOLDINGS LLC INVOICE 614JH amt 15639.64 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Apr 20 | 12,097.27 | 1,814.59 | | 1,814.59 |
| ($1,814.59) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0720OHJESG amt 1814.59 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 163,313.15 | 24,496.96 | | 24,496.96 |
| | | | | **Total Expense** | 163,313.15 | 24,496.96 | | 24,496.96 |
| | | | | **Total Statement** | 163,313.15 | 24,496.96 | | 24,496.96 |

# Statement 20070084

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20070084<br>July 2020<br>16,734.39<br><br>16,734.39 |

| | Operator | | |
|---|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, | |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 | |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Apr 20 | 9,770.21 | 1,465.53 | | 1,465.53 |
| ($1,465.53) AFE P19233009-2 VENDOR FMC TECHNOLOGIES INC. INVOICE 92474304 amt 924.65 INVOICE 92474311 amt 215.84 VENDOR UNITED VISION LOGISTICS INVOICE 2692087 amt 110.44, INVOICE 2692130 amt 110.44 INVOICE 2703301 amt 104.16 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Mar 20 | 15,200.00 | 2,280.00 | | 2,280.00 |
| ($2,280.00) AFE P19233009-2 VENDOR THOMAS TOOLS INVOICE 20200128601 amt 2280.00. | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Apr 20 | 78,328.50 | 11,749.28 | | 11,749.28 |
| ($11,749.28) AFE P19233009-2 VENDOR PINNACLE ENGINEERING INC. INVOICE 20111101R amt 1908.68 INVOICE 20111108 amt 30.00 VENDOR FMC TECHNOLOGIES INC. INVOICE 92474350 amt 2452.65 INVOICE 92474759 amt 7357.95. | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Jun 20 | 8,263.90 | 1,239.58 | | 1,239.58 |
| ($1,239.58) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0720OHJESG amt 1239.58. | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 111,562.61 | 16,734.39 | | 16,734.39 |
| | | | | **Total Expense** | 111,562.61 | 16,734.39 | | 16,734.39 |
| | | | | **Total Statement** | 111,562.61 | 16,734.39 | | 16,734.39 |

# Statement 20070084

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20070084<br>July 2020<br>1,982.81<br>1,982.81 |

**AFE**     Operator

**Cost Center**     INTEREST ON PAST DUE BALANCE     NO PROPERTY ASSIGNED

| | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |

**Expense**
**MISCELLANEOUS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MISC 202001820000 | MISCELLANEOUS CHARGES | 100.00000000 | | 1,982.81 | 1,982.81 | 1,982.81 | |

($1,982.81) VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE 20070084 amt 1982.81 INTEREST ON PAST DUE BALANCE 3.14% APR

| | | | | | |
|---|---|---|---|---|---|
| | **Total MISCELLANEOUS** | 1,982.81 | 1,982.81 | 1,982.81 | |
| | **Total Expense** | 1,982.81 | 1,982.81 | 1,982.81 | |
| | **Total Statement** | 1,982.81 | 1,982.81 | 1,982.81 | |

**Property Dispute**    2020-08-10 8:06:04 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid balances