

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX  77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA  70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | August 2020<br>20080091<br>31-Aug-2020<br>13,529.20<br>2,238.35<br>11,290.85 |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233008 | 1 | DUMMY AFE  << Statement 20080091 >> | 4,537.78 | | 4,537.78 | | 4,537.78 |
| 85233009 | 1 | DUMMY AFE  << Statement 20080091 >> | 4,537.78 | | 4,537.78 | | 4,537.78 |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20080091 >> | 2,000.24 | | 2,000.24 | | 2,000.24 |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF  << Statement 20080091 >> | 215.05 | | 215.05 | | 215.05 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED  << Statement 20080091 >> | 2,238.35 | | 2,238.35 | 2,238.35 | |
| **Report Total** | | | **13,529.20** | | **13,529.20** | **2,238.35** | **11,290.85** |

# Statement 20080091

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20080091<br>August 2020<br>4,537.78<br><br>4,537.78 |

|  | Operator |  |  |
|---|---|---|---|
| AFE | 1 | DUMMY AFE |  |
| Cost Center | 85233008 | OCS-G 12210 # 1 ST3 (GC201) |  |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Oct 19 | 30,251.87 | 4,537.78 | | 4,537.78 |
| ($4,537.78) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004052000 amt 4537.78 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 30,251.87 | 4,537.78 | | 4,537.78 |
| | | | | **Total Expense** | 30,251.87 | 4,537.78 | | 4,537.78 |
| | | | | **Total Statement** | 30,251.87 | 4,537.78 | | 4,537.78 |

# Statement 20080091

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20080091<br>August 2020<br>4,537.78<br><br>4,537.78 |

|  | Operator |  |
|---|---|---|
| AFE | 1 | DUMMY AFE |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | |
| 10.400101000000 | LOE-FROM JIB'S | 15.00000000 | Oct 19 | 30,251.87 | 4,537.78 | | 4,537.78 |
| ($4,537.78) AFE 1 VENDOR ENVEN ENERGY VENTURES LLC INVOICE LL0004052000 amt 4537.78 | | | | | | | |
| | | **Total LEASE OPERATING EXPENSES** | | 30,251.87 | 4,537.78 | | 4,537.78 |
| | | | **Total Expense** | 30,251.87 | 4,537.78 | | 4,537.78 |
| | | | **Total Statement** | 30,251.87 | 4,537.78 | | 4,537.78 |

# Statement 20080091

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20080091<br>August 2020<br>2,000.24<br><br>2,000.24 |

|  | Operator | |
|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | 12,347.10 | 1,852.07 | | 1,852.07 |
| ($1,852.07) AFE P19233009-1 VENDOR SEADRILL GULF OPERATIONS INVOICE 113007537 amt 1852.07 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Dec 19 | 987.77 | 148.17 | | 148.17 |
| ($148.17) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0820OHJESG amt 148.17 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 13,334.87 | 2,000.24 | | 2,000.24 |
| | | | | **Total Expense** | 13,334.87 | 2,000.24 | | 2,000.24 |
| | | | | **Total Statement** | 13,334.87 | 2,000.24 | | 2,000.24 |

# Statement 20080091

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD, SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20080091<br>August 2020<br>215.05<br><br>215.05 |

| | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | OP Account | Minor Account Description | Partner Percent | Activity Month | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202410000 | P&A TRANSPORTATION & STAGING | 15.00000000 | Apr 20 | 2.27 | 0.34 | | 0.34 |
| ($0.34) AFE P19233009-2 VENDOR LA DEPT OF REVENUE INVOICE 16619170028202020 amt .34 | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Mar 20 | 1,325.20 | 198.78 | | 198.78 |
| ($198.78) AFE P19233009-2 VENDOR GRAND ISLE SHIPYARD INC INVOICE 10384663 amt 198.78 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Apr 20 | 106.20 | 15.93 | | 15.93 |
| ($15.93) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0820OHJESG amt 15.93 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 1,433.67 | 215.05 | | 215.05 |
| | | | | **Total Expense** | 1,433.67 | 215.05 | | 215.05 |
| | | | | **Total Statement** | 1,433.67 | 215.05 | | 215.05 |

# Statement 20080091

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20080091<br>August 2020<br>2,238.35<br>2,238.35 |

**AFE** Operator
**Cost Center** INTEREST ON PAST DUE BALANCE    NO PROPERTY ASSIGNED

|  |  |  |  | Amounts |  |  |  |
|---|---|---|---|---|---|---|---|
| OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | |
| **MISCELLANEOUS** | | | | | | | |
| MISC.202002130000 | MISCELLANEOUS CHARGES | 100.00000000 | | 2,238.35 | 2,238.35 | 2,238.35 | |
| ($2,238.35) VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 20080091 amt 2238.35 INTEREST ON PAST DUE BALANCE 3.14% APR | | | | | | | |
| | | **Total MISCELLANEOUS** | | 2,238.35 | 2,238.35 | 2,238.35 | |
| | | **Total Expense** | | 2,238.35 | 2,238.35 | 2,238.35 | |
| | | **Total Statement** | | 2,238.35 | 2,238.35 | 2,238.35 | |

**Property Dispute**   2020-09-16 5:43:34 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid JIB's