

# Operator Invoice - JIB

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Op Accounting Month<br>Invoice Number<br>Invoice Date<br>Invoiced<br>Disputed<br>Accepted | September 2020<br>20090085<br>30-Sep-2020<br>(8,422.06)<br>(7,254.16)<br>(1,167.90) |

| Cost Center | AFE | Description | Amount | Cash Call | Invoiced | Disputed | Accepted |
|---|---|---|---|---|---|---|---|
| 85233002 | P18233002-1 | GC 157 #1 - PLUGBACK  << Statement 20090085 >> | (9,616.96) | | (9,616.96) | (9,616.96) | |
| 85233009 | P19233009-1 | GC 157 #3 ST01 - P&A WELL  << Statement 20090085 >> | (3,047.10) | | (3,047.10) | | (3,047.10) |
| 85233009 | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF  << Statement 20090085 >> | 1,879.20 | | 1,879.20 | | 1,879.20 |
| INTEREST ON PAST DUE BALANCE | | NO PROPERTY ASSIGNED  << Statement 20090085 >> | 2,362.80 | | 2,362.80 | 2,362.80 | |
| Report Total | | | (8,422.06) | | (8,422.06) | (7,254.16) | (1,167.90) |

# Statement 20090085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20090085<br>September 2020<br>(9,616.96)<br>(9,616.96) |

| | Operator | |
|---|---|---|
| AFE | P18233002-1 | GC 157 #1 - PLUGBACK |
| Cost Center | 85233002 | OCS-G 12210 #2ST01 FKA 24154#1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202430000 | P&A CONTRACT SRVCS/LIFT/DIVE | 15.00000000 | Dec 19 | (6,630.00) | (994.50) | (994.50) | |
| {-$994.50} AFE P18233002-1 VENDOR DEEP TREND INC. INVOICE 7108R amt 175.50- INVOICE 7128R amt 819.00-. | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Jan 20 | (57,483.04) | (8,622.46) | (8,622.46) | |
| {-$8,622.46} AFE P18233002-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0520OHJESGC amt 7910.09-; INVOICE 0920OHJEMB amt 712.37-. | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | **(64,113.04)** | **(9,616.96)** | **(9,616.96)** | |
| | | | | **Total Expense** | **(64,113.04)** | **(9,616.96)** | **(9,616.96)** | |
| | | | | **Total Statement** | **(64,113.04)** | **(9,616.96)** | **(9,616.96)** | |

**Property Dispute**  2020-10-27 2:20:06 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Our records indicate that we have not approved this AFE to date.

## Statement 20090085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20090085<br>September 2020<br>(3,047.10)<br><br>(3,047.10) |

|  | Operator |  |
|---|---|---|
| AFE | P19233009-1 | GC 157 #3 ST01 - P&A WELL |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Feb 20 | (18,809.28) | (2,821.39) | | (2,821.39) |
| (-$2,821.39) AFE P19233009-1 VENDOR COASTAL PIPE OF LA INC INVOICE 021820-ScrapSale amt 2821.39- | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Feb 20 | (1,504.74) | (225.71) | | (225.71) |
| (-$225.71) AFE P19233009-1 VENDOR LLOG EXPLORATION COMPANY LLC INVOICE 0920OHJEMB amt 225.71 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | **(20,314.02)** | **(3,047.10)** | | **(3,047.10)** |
| | | | | **Total Expense** | **(20,314.02)** | **(3,047.10)** | | **(3,047.10)** |
| | | | | **Total Statement** | **(20,314.02)** | **(3,047.10)** | | **(3,047.10)** |

## Statement 20090085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20090085<br>September 2020<br>1,879.20<br><br>1,879.20 |

|  | Operator | |
|---|---|---|
| AFE | P19233009-2 | GC 157 #3 (J. BELLIS #3) ABANDONMENT OF, |
| Cost Center | 85233009 | OCS-G 24154 #3 STK1 |

| | | | | | Amounts | | | |
|---|---|---|---|---|---|---|---|---|
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| LEASE OPERATING EXPENSES | | | | | | | | |
| | 10.400202440000 | P&A OTHER DECOMM COSTS | 15.00000000 | Jul 20 | 11,600.00 | 1,740.00 | | 1,740.00 |
| ($1,740.00) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE MT-FAC-134 amt 525.00  INVOICE MT-FAC-135 amt 1215.00 | | | | | | | | |
| | 10.400202450000 | P&A OVERHEAD | 15.00000000 | Jul 20 | 928.00 | 139.20 | | 139.20 |
| ($139.20) AFE P19233009-2 VENDOR LLOG EXPLORATION COMPANY LLC  INVOICE 0920OHJEMB amt 139.20 | | | | | | | | |
| | | | **Total LEASE OPERATING EXPENSES** | | 12,528.00 | 1,879.20 | | 1,879.20 |
| | | | | **Total Expense** | 12,528.00 | 1,879.20 | | 1,879.20 |
| | | | | **Total Statement** | 12,528.00 | 1,879.20 | | 1,879.20 |

# Statement 20090085

| Partner | Operator | Invoice | |
|---|---|---|---|
| 34876<br>FIELDWOOD ENERGY LLC<br>2000 W.SAM HOUSTON PARKWAY<br>SUITE 1200<br>HOUSTON, TX 77042-0000 | LLOG EXPLORATION COMPANY LLC<br>1001 OCHSNER BLVD., SUITE 100<br>COVINGTON, LA 70433-0000<br>(985) 801-4300 | Invoice Number<br>Op Accounting Month<br>Invoiced<br>Disputed<br>Accepted | 20090085<br>September 2020<br>2,362.80<br>2,362.80 |

| | Operator | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **AFE** | | | | | | | | |
| **Cost Center** | INTEREST ON PAST DUE BALANCE | NO PROPERTY ASSIGNED | | | | | | |
| | | | | | | **Amounts** | | |
| | OP Account | Minor Account Description | Partner Percent | Activity Month | Gross | Invoiced | Disputed | Accepted |
| **Expense** | | | | | | | | |
| MISCELLANEOUS | | | | | | | | |
| | MISC 202002440000 | MISCELLANEOUS CHARGES | 100.00000000 | | 2,362.80 | 2,362.80 | 2,362.80 | |
| *($2,362.80) VENDOR LLOG EXPLORATION COMPANY LLC  IINVOICE 20090085 amt 2362.80 INTEREST ON PAST DUE BALANCE 3.14% APR* | | | | | | | | |
| | | | **Total MISCELLANEOUS** | | 2,362.80 | 2,362.80 | 2,362.80 | |
| | | | **Total Expense** | | 2,362.80 | 2,362.80 | 2,362.80 | |
| | | | **Total Statement** | | 2,362.80 | 2,362.80 | 2,362.80 | |

**Property Dispute**   2020-10-27 2:21:10 PM - From FIELDWOOD ENERGY LLC (Kandyce Hunt) to LLOG EXPLORATION CO
Fieldwood does not pay interest on unpaid balances