# Daily Well Production Report



Year/Month: Dec-2020

**Field:** Green Canyon Block 201
**Well Name:** OCS-G 12210 SS001 ST03BP00 (LB-2)  **MID #:** 574
**Sand:** (S-10A sd)
**Perfs:** 16,830'-16,894'

**API Code:** 608114043803

### Cumulative Production Summary

|  | Gas* | Oil | Water |
|---|---|---|---|
| Interval Cumulative: | 133,489 | 182,752 | 57,106 |
| Monthly Cumulative: | 18,717 | 26,635 | 9,625 |
| Monthly Average: | 604 | 859 | 310 |
| Production Day Average: | 611 | 870 | 314 |

**Notes:**
* Gas Cumulative includes Gas Sales, Fuel, Flare, and Vent

| Date | Hours | Gas Sales | Oil | Water | BSW% | GOR | FTP | SI-TP | CP | LP | Choke | Flare | Fuel | Vent | Cum Gas* | Cum Oil | Cum Water | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2020 | 19.0 | 425 | 715 | 124 | 0.1 | 697 | 1,801 | 3,000 | 2,370 | 0 | 79 | 0 | 73 | 0.0 | 115,270 | 156,831 | 47,605 | Facility: Unsch - Process Upset |
| 12/2/2020 | 24.0 | 594 | 951 | 163 | 0.1 | 713 | 1,780 | 3,000 | 2,364 | 0 | 79 | 0 | 84 | 0.0 | 115,949 | 157,782 | 47,768 | |
| 12/3/2020 | 24.0 | 597 | 906 | 326 | 0.3 | 745 | 1,772 | 3,000 | 2,312 | 0 | 79 | 0 | 77 | 0.0 | 116,623 | 158,687 | 48,094 | |
| 12/4/2020 | 24.0 | 593 | 941 | 323 | 0.3 | 719 | 1,766 | 3,000 | 2,267 | 0 | 79 | 0 | 83 | 0.0 | 117,299 | 159,628 | 48,417 | |
| 12/5/2020 | 24.0 | 587 | 949 | 320 | 0.3 | 708 | 1,760 | 3,000 | 2,212 | 0 | 79 | 0 | 85 | 0.0 | 117,971 | 160,578 | 48,737 | |
| 12/6/2020 | 24.0 | 508 | 920 | 319 | 0.3 | 673 | 1,756 | 3,000 | 2,167 | 0 | 79 | 0 | 111 | 0.0 | 118,590 | 161,497 | 49,056 | |
| 12/7/2020 | 24.0 | 528 | 912 | 320 | 0.3 | 717 | 1,756 | 3,000 | 2,167 | 0 | 79 | 0 | 126 | 0.0 | 119,244 | 162,409 | 49,377 | |
| 12/8/2020 | 24.0 | 522 | 942 | 321 | 0.3 | 695 | 1,747 | 3,000 | 2,106 | 0 | 79 | 0 | 133 | 0.0 | 119,898 | 163,351 | 49,698 | |
| 12/9/2020 | 24.0 | 600 | 972 | 315 | 0.2 | 707 | 1,743 | 3,000 | 2,074 | 0 | 79 | 0 | 87 | 0.0 | 120,586 | 164,323 | 50,013 | |
| 12/10/2020 | 24.0 | 605 | 942 | 315 | 0.3 | 733 | 1,738 | 3,000 | 2,048 | 0 | 79 | 0 | 85 | 0.0 | 121,276 | 165,265 | 50,328 | |
| 12/11/2020 | 24.0 | 596 | 933 | 314 | 0.3 | 716 | 1,736 | 3,000 | 2,031 | 0 | 79 | 0 | 72 | 0.0 | 121,944 | 166,198 | 50,642 | |
| 12/12/2020 | 24.0 | 592 | 918 | 315 | 0.3 | 723 | 1,734 | 3,000 | 2,009 | 0 | 79 | 0 | 72 | 0.0 | 122,608 | 167,116 | 50,957 | |
| 12/13/2020 | 24.0 | 552 | 920 | 312 | 0.3 | 695 | 1,730 | 3,000 | 1,986 | 0 | 79 | 0 | 88 | 0.0 | 123,247 | 168,036 | 51,269 | |
| 12/14/2020 | 24.0 | 422 | 904 | 305 | 0.3 | 564 | 1,772 | 3,000 | 1,909 | 0 | 79 | 0 | 88 | 0.0 | 123,757 | 168,940 | 51,574 | |
| 12/15/2020 | 24.0 | 519 | 839 | 289 | 0.3 | 704 | 1,773 | 3,000 | 1,877 | 0 | 79 | 0 | 73 | 0.0 | 124,348 | 169,779 | 51,864 | |
| 12/16/2020 | 24.0 | 425 | 845 | 291 | 0.3 | 611 | 1,775 | 3,000 | 1,861 | 0 | 79 | 0 | 91 | 0.0 | 124,864 | 170,624 | 52,155 | |
| 12/17/2020 | 24.0 | 493 | 842 | 290 | 0.3 | 677 | 1,774 | 3,000 | 1,861 | 0 | 79 | 0 | 77 | 0.0 | 125,435 | 171,466 | 52,445 | |
| 12/18/2020 | 20.0 | 352 | 698 | 241 | 0.3 | 589 | 1,784 | 3,000 | 1,567 | 0 | 79 | 0 | 59 | 0.0 | 125,846 | 172,164 | 52,685 | Compressor: Unsch-Problems |
| 12/19/2020 | 24.0 | 385 | 824 | 356 | 0.3 | 553 | 1,773 | 3,000 | 1,873 | 0 | 79 | 0 | 71 | 0.0 | 126,302 | 172,989 | 53,041 | |
| 12/20/2020 | 24.0 | 518 | 835 | 357 | 0.3 | 721 | 1,768 | 3,000 | 1,883 | 0 | 79 | 0 | 84 | 0.0 | 126,904 | 173,823 | 53,398 | |
| 12/21/2020 | 24.0 | 520 | 829 | 354 | 0.3 | 729 | 1,765 | 3,000 | 1,873 | 0 | 79 | 0 | 84 | 0.0 | 127,509 | 174,652 | 53,752 | |
| 12/22/2020 | 24.0 | 522 | 829 | 357 | 0.3 | 732 | 1,762 | 3,000 | 1,873 | 0 | 79 | 0 | 85 | 0.0 | 128,115 | 175,481 | 54,109 | |
| 12/23/2020 | 24.0 | 518 | 808 | 293 | 0.3 | 745 | 1,762 | 3,000 | 1,877 | 0 | 79 | 0 | 84 | 0.0 | 128,717 | 176,289 | 54,402 | |
| 12/24/2020 | 24.0 | 504 | 825 | 354 | 0.3 | 719 | 1,759 | 3,000 | 1,867 | 0 | 79 | 0 | 89 | 0.0 | 129,311 | 177,114 | 54,756 | |
| 12/25/2020 | 24.0 | 514 | 819 | 352 | 0.3 | 730 | 1,757 | 3,000 | 1,861 | 0 | 79 | 0 | 84 | 0.0 | 129,909 | 177,934 | 55,108 | |
| 12/26/2020 | 24.0 | 515 | 816 | 350 | 0.3 | 735 | 1,755 | 3,000 | 1,864 | 0 | 79 | 0 | 85 | 0.0 | 130,509 | 178,750 | 55,458 | |
| 12/27/2020 | 24.0 | 533 | 809 | 349 | 0.3 | 744 | 1,753 | 3,000 | 1,867 | 0 | 79 | 0 | 69 | 0.0 | 131,110 | 179,559 | 55,807 | |
| 12/28/2020 | 24.0 | 511 | 805 | 348 | 0.3 | 742 | 1,765 | 3,000 | 1,867 | 0 | 79 | 0 | 87 | 0.0 | 131,708 | 180,364 | 56,156 | |
| 12/29/2020 | 24.0 | 508 | 798 | 347 | 0.3 | 745 | 1,766 | 3,000 | 2,870 | 0 | 79 | 0 | 86 | 0.0 | 132,303 | 181,162 | 56,502 | |
| 12/30/2020 | 24.0 | 508 | 800 | 259 | 0.2 | 743 | 1,766 | 3,000 | 2,516 | 0 | 79 | 0 | 87 | 0.0 | 132,897 | 181,962 | 56,762 | |
| 12/31/2020 | 24.0 | 505 | 789 | 345 | 0.3 | 749 | 1,766 | 3,000 | 2,241 | 0 | 79 | 0 | 86 | 0.0 | 133,489 | 182,752 | 57,106 | |
| Totals: | 735.0 | 16,069 | 26,635 | 9,625 | | | | | | | | 0 | 2,648 | 0.0 | | | | |

# Daily Well Production Report



**Year/Month:** Jan-2021

**Field:** Green Canyon Block 201  
**Well Name:** OCS-G 12210 SS001 ST03BP00 (LB-2)  
**Sand:** (S-10A sd)  
**Perfs:** 16,830'-16,894'  
**MID #:** 574  
**API Code:** 608114043803

### Cumulative Production Summary

| | Gas* | Oil | Water |
|---|---|---|---|
| Interval Cumulative: | 145,012 | 198,815 | 63,151 |
| Monthly Cumulative: | 11,523 | 16,064 | 6,044 |
| Monthly Average: | 372 | 518 | 195 |
| Production Day Average: | 576 | 803 | 302 |

**Notes:** * Gas Cumulative includes Gas Sales, Fuel, Flare, and Vent

| Date | Hours | Gas Sales | Oil | Water | BSW% | GOR | FTP | SI-TP | CP | LP | Choke | Flare | Fuel | Vent | Cum Gas* | Cum Oil | Cum Water | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2021 | 24.0 | 503 | 781 | 345 | 0.3 | 755 | 1,766 | 3,000 | 2,064 | 0 | 79 | 0 | 88 | 0.0 | 134,079 | 183,533 | 57,451 | |
| 1/2/2021 | 24.0 | 444 | 793 | 316 | 0.3 | 680 | 1,763 | 3,000 | 1,954 | 0 | 79 | 0 | 95 | 0.0 | 134,618 | 184,326 | 57,767 | |
| 1/3/2021 | 24.0 | 519 | 790 | 287 | 0.3 | 753 | 1,763 | 3,000 | 1,944 | 0 | 79 | 0 | 76 | 0.0 | 135,213 | 185,116 | 58,054 | |
| 1/4/2021 | 24.0 | 518 | 791 | 287 | 0.3 | 752 | 1,760 | 3,000 | 1,932 | 0 | 79 | 0 | 76 | 0.0 | 135,807 | 185,907 | 58,341 | |
| 1/5/2021 | 24.0 | 522 | 814 | 286 | 0.3 | 732 | 1,758 | 3,000 | 1,919 | 0 | 79 | 0 | 74 | 0.0 | 136,403 | 186,720 | 58,627 | |
| 1/6/2021 | 24.0 | 513 | 798 | 286 | 0.3 | 737 | 1,756 | 3,000 | 1,912 | 0 | 79 | 0 | 76 | 0.0 | 136,992 | 187,519 | 58,913 | |
| 1/7/2021 | 24.0 | 511 | 796 | 286 | 0.3 | 739 | 1,756 | 3,000 | 1,915 | 0 | 79 | 0 | 77 | 0.0 | 137,580 | 188,314 | 59,199 | |
| 1/8/2021 | 24.0 | 501 | 802 | 286 | 0.3 | 720 | 1,754 | 3,000 | 1,915 | 0 | 79 | 0 | 76 | 0.0 | 138,157 | 189,116 | 59,485 | |
| 1/9/2021 | 24.0 | 503 | 800 | 286 | 0.3 | 726 | 1,753 | 3,000 | 1,915 | 0 | 79 | 0 | 78 | 0.0 | 138,738 | 189,916 | 59,770 | |
| 1/10/2021 | 24.0 | 509 | 794 | 285 | 0.3 | 738 | 1,751 | 3,000 | 1,919 | 0 | 79 | 0 | 78 | 0.0 | 139,325 | 190,710 | 60,056 | |
| 1/11/2021 | 24.0 | 505 | 789 | 286 | 0.3 | 740 | 1,750 | 3,000 | 1,915 | 0 | 79 | 0 | 79 | 0.0 | 139,908 | 191,500 | 60,342 | |
| 1/12/2021 | 24.0 | 502 | 793 | 313 | 0.3 | 735 | 1,748 | 3,000 | 1,912 | 0 | 79 | 0 | 81 | 0.0 | 140,491 | 192,293 | 60,655 | |
| 1/13/2021 | 24.0 | 504 | 821 | 313 | 0.3 | 711 | 1,749 | 3,000 | 1,909 | 0 | 79 | 0 | 80 | 0.0 | 141,075 | 193,113 | 60,967 | |
| 1/14/2021 | 24.0 | 501 | 813 | 312 | 0.3 | 708 | 1,747 | 3,000 | 1,896 | 0 | 79 | 0 | 75 | 0.0 | 141,650 | 193,926 | 61,279 | |
| 1/15/2021 | 24.0 | 492 | 820 | 314 | 0.3 | 696 | 1,745 | 3,000 | 1,877 | 0 | 79 | 0 | 78 | 0.0 | 142,221 | 194,746 | 61,593 | |
| 1/16/2021 | 24.0 | 494 | 817 | 312 | 0.3 | 701 | 1,743 | 3,000 | 1,851 | 0 | 79 | 0 | 79 | 0.0 | 142,794 | 195,563 | 61,905 | |
| 1/17/2021 | 24.0 | 486 | 808 | 311 | 0.3 | 704 | 1,741 | 3,000 | 1,838 | 0 | 79 | 0 | 82 | 0.0 | 143,362 | 196,371 | 62,215 | |
| 1/18/2021 | 24.0 | 494 | 814 | 311 | 0.3 | 707 | 1,715 | 3,000 | 1,841 | 0 | 79 | 0 | 81 | 0.0 | 143,938 | 197,185 | 62,526 | |
| 1/19/2021 | 24.0 | 492 | 816 | 313 | 0.3 | 701 | 1,717 | 3,000 | 1,832 | 0 | 79 | 0 | 81 | 0.0 | 144,511 | 198,001 | 62,839 | |
| 1/20/2021 | 24.0 | 427 | 814 | 312 | 0.3 | 615 | 1,726 | 3,000 | 4,596 | 0 | 79 | 0 | 74 | 0.0 | 145,012 | 198,815 | 63,151 | |
| **Totals:** | **480.0** | **9,940** | **16,064** | **6,044** | | | | | | | | **0** | **1,583** | **0.0** | | | | |

# Daily Well Production Report



**Year/Month:** Dec-2020

**Field:** Green Canyon Block 201
**Well Name:** OCS-G 12210 SS002 ST01BP00 (LB-1)      **MID #:** 575
**Sand:** (S-8A/S-8B)
**Perfs:** 17,874'-17,954' & 18,298'-18,350'

**API Code:** 608114037101

### Cumulative Production Summary

|  | Gas* | Oil | Water |
|---|---|---|---|
| Interval Cumulative: | 560,869 | 748,048 | 44,711 |
| Monthly Cumulative: | 78,474 | 111,643 | 8,673 |
| Monthly Average: | 2,531 | 3,601 | 280 |
| Production Day Average: | 2,562 | 3,645 | 283 |

**Notes:** * Gas Cumulative includes Gas Sales, Fuel, Flare, and Vent

| Date | Hours | Gas Sales | Oil | Water | BSW% | GOR | FTP | SI-TP | CP | LP | Choke | Flare | Fuel | Vent | Cum Gas* | Cum Oil | Cum Water | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2020 | 19.0 | 1,726 | 2,901 | 108 | 0.0 | 697 | 2,935 | 3,856 | 5,531 | 0 | 79 | 0 | 298 | 0.0 | 484,418 | 639,306 | 36,146 | Facility: Unsch - Process Upset |
| 12/2/2020 | 24.0 | 2,412 | 3,859 | 142 | 0.0 | 714 | 2,927 | 3,856 | 5,531 | 0 | 79 | 0 | 342 | 0.0 | 487,173 | 643,165 | 36,288 | |
| 12/3/2020 | 24.0 | 2,424 | 3,676 | 284 | 0.1 | 745 | 2,921 | 3,856 | 5,599 | 0 | 79 | 0 | 314 | 0.0 | 489,911 | 646,841 | 36,572 | |
| 12/4/2020 | 24.0 | 2,410 | 3,819 | 281 | 0.1 | 719 | 2,915 | 3,856 | 5,602 | 0 | 79 | 0 | 336 | 0.0 | 492,656 | 650,660 | 36,853 | |
| 12/5/2020 | 24.0 | 2,383 | 3,853 | 279 | 0.1 | 708 | 2,909 | 3,856 | 5,595 | 0 | 79 | 0 | 345 | 0.0 | 495,384 | 654,513 | 37,132 | |
| 12/6/2020 | 24.0 | 2,063 | 3,734 | 278 | 0.1 | 674 | 2,904 | 3,856 | 5,599 | 0 | 79 | 0 | 453 | 0.0 | 497,900 | 658,247 | 37,410 | |
| 12/7/2020 | 24.0 | 2,142 | 3,700 | 279 | 0.1 | 717 | 2,904 | 3,856 | 5,599 | 0 | 79 | 0 | 511 | 0.0 | 500,553 | 661,947 | 37,689 | |
| 12/8/2020 | 24.0 | 2,120 | 3,824 | 279 | 0.1 | 695 | 2,894 | 3,856 | 5,592 | 0 | 79 | 0 | 539 | 0.0 | 503,212 | 665,771 | 37,968 | |
| 12/9/2020 | 24.0 | 2,436 | 3,945 | 275 | 0.1 | 707 | 2,889 | 3,856 | 5,592 | 0 | 79 | 0 | 354 | 0.0 | 506,003 | 669,716 | 38,243 | |
| 12/10/2020 | 24.0 | 2,456 | 3,823 | 274 | 0.1 | 733 | 2,885 | 3,856 | 5,595 | 0 | 79 | 0 | 345 | 0.0 | 508,804 | 673,539 | 38,517 | |
| 12/11/2020 | 24.0 | 2,418 | 3,788 | 273 | 0.1 | 716 | 2,881 | 3,856 | 5,592 | 0 | 79 | 0 | 294 | 0.0 | 511,517 | 677,327 | 38,791 | |
| 12/12/2020 | 24.0 | 2,404 | 3,726 | 275 | 0.1 | 724 | 2,878 | 3,856 | 5,592 | 0 | 79 | 0 | 292 | 0.0 | 514,213 | 681,053 | 39,065 | |
| 12/13/2020 | 24.0 | 2,240 | 3,733 | 272 | 0.1 | 696 | 2,873 | 3,856 | 5,589 | 0 | 79 | 0 | 356 | 0.0 | 516,809 | 684,786 | 39,337 | |
| 12/14/2020 | 24.0 | 1,713 | 3,670 | 266 | 0.1 | 564 | 2,882 | 3,856 | 5,570 | 0 | 79 | 0 | 357 | 0.0 | 518,880 | 688,456 | 39,603 | |
| 12/15/2020 | 24.0 | 2,237 | 3,621 | 267 | 0.1 | 704 | 2,880 | 3,856 | 5,566 | 0 | 79 | 0 | 313 | 0.0 | 521,430 | 692,077 | 39,870 | |
| 12/16/2020 | 24.0 | 1,836 | 3,644 | 269 | 0.1 | 611 | 2,878 | 3,856 | 5,563 | 0 | 79 | 0 | 392 | 0.0 | 523,658 | 695,721 | 40,139 | |
| 12/17/2020 | 24.0 | 2,127 | 3,635 | 268 | 0.1 | 677 | 2,876 | 3,856 | 5,560 | 0 | 79 | 0 | 334 | 0.0 | 526,120 | 699,356 | 40,406 | |
| 12/18/2020 | 20.0 | 1,518 | 3,013 | 222 | 0.1 | 589 | 2,895 | 3,856 | 5,121 | 0 | 79 | 0 | 256 | 0.0 | 527,894 | 702,369 | 40,629 | Compressor: Unsch-Problems |
| 12/19/2020 | 24.0 | 1,660 | 3,556 | 329 | 0.1 | 553 | 2,872 | 3,856 | 5,544 | 0 | 79 | 0 | 308 | 0.0 | 529,862 | 705,925 | 40,957 | |
| 12/20/2020 | 24.0 | 2,234 | 3,602 | 329 | 0.1 | 721 | 2,867 | 3,856 | 5,563 | 0 | 79 | 0 | 364 | 0.0 | 532,460 | 709,527 | 41,287 | |
| 12/21/2020 | 24.0 | 2,244 | 3,576 | 327 | 0.1 | 729 | 2,861 | 3,856 | 5,566 | 0 | 79 | 0 | 363 | 0.0 | 535,067 | 713,103 | 41,613 | |
| 12/22/2020 | 24.0 | 2,253 | 3,576 | 330 | 0.1 | 732 | 2,859 | 3,856 | 5,563 | 0 | 79 | 0 | 366 | 0.0 | 537,686 | 716,679 | 41,943 | |
| 12/23/2020 | 24.0 | 2,234 | 3,485 | 271 | 0.1 | 745 | 2,855 | 3,856 | 5,566 | 0 | 79 | 0 | 362 | 0.0 | 540,281 | 720,164 | 42,214 | |
| 12/24/2020 | 24.0 | 2,175 | 3,562 | 327 | 0.1 | 719 | 2,852 | 3,856 | 5,563 | 0 | 79 | 0 | 386 | 0.0 | 542,842 | 723,726 | 42,540 | |
| 12/25/2020 | 24.0 | 2,216 | 3,535 | 325 | 0.1 | 730 | 2,848 | 3,856 | 5,563 | 0 | 79 | 0 | 363 | 0.0 | 545,422 | 727,261 | 42,866 | |
| 12/26/2020 | 24.0 | 2,221 | 3,523 | 323 | 0.1 | 735 | 2,845 | 3,856 | 5,560 | 0 | 79 | 0 | 369 | 0.0 | 548,011 | 730,783 | 43,189 | |
| 12/27/2020 | 24.0 | 2,298 | 3,489 | 323 | 0.1 | 744 | 2,841 | 3,856 | 5,557 | 0 | 79 | 0 | 298 | 0.0 | 550,607 | 734,272 | 43,511 | |
| 12/28/2020 | 24.0 | 2,205 | 3,475 | 322 | 0.1 | 742 | 2,838 | 3,856 | 5,560 | 0 | 79 | 0 | 374 | 0.0 | 553,186 | 737,747 | 43,833 | |
| 12/29/2020 | 24.0 | 2,194 | 3,443 | 320 | 0.1 | 745 | 2,835 | 3,856 | 5,560 | 0 | 79 | 0 | 373 | 0.0 | 555,753 | 741,190 | 44,153 | |
| 12/30/2020 | 24.0 | 2,190 | 3,452 | 239 | 0.1 | 743 | 2,832 | 3,856 | 5,554 | 0 | 79 | 0 | 373 | 0.0 | 558,316 | 744,642 | 44,392 | |
| 12/31/2020 | 24.0 | 2,180 | 3,406 | 318 | 0.1 | 749 | 2,828 | 3,856 | 5,560 | 0 | 79 | 0 | 373 | 0.0 | 560,869 | 748,048 | 44,711 | |
| **Totals:** | **735.0** | **67,371** | **111,643** | **8,673** | | | | | | | | **0** | **11,103** | **0.0** | | | | |

# Daily Well Production Report



**Year/Month**   Jan-2021

**Field:** Green Canyon Block 201
**Well Name:** OCS-G 12210 SS002 ST01BP00 (LB-1)   **MID #:** 575
**Sand:** (S-8A/S-8B)
**Perfs:** 17,874'-17,954' & 18,298'-18,350'

**API Code:** 608114037101

### Cumulative Production Summary

|  | Gas* | Oil | Water |
|---|---|---|---|
| Interval Cumulative: | 611,057 | 817,350 | 50,299 |
| Monthly Cumulative: | 50,189 | 69,302 | 5,588 |
| Monthly Average: | 1,619 | 2,236 | 180 |
| Production Day Average: | 2,509 | 3,465 | 279 |

**Notes:**
* Gas Cumulative includes Gas Sales, Fuel, Flare, and Vent

| Date | Hours | Gas Sales | Oil | Water | BSW% | GOR | FTP | SI-TP | CP | LP | Choke | Flare | Fuel | Vent | Cum Gas* | Cum Oil | Cum Water | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2021 | 24.0 | 2,169 | 3,371 | 318 | 0.1 | 755 | 2,826 | 3,856 | 5,557 | 0 | 79 | 0 | 378 | 0.0 | 563,416 | 751,419 | 45,029 | |
| 1/2/2021 | 24.0 | 1,917 | 3,420 | 292 | 0.1 | 680 | 2,824 | 3,856 | 5,557 | 0 | 79 | 0 | 408 | 0.0 | 565,740 | 754,840 | 45,321 | |
| 1/3/2021 | 24.0 | 2,238 | 3,410 | 265 | 0.1 | 753 | 2,821 | 3,856 | 5,550 | 0 | 79 | 0 | 329 | 0.0 | 568,308 | 758,250 | 45,586 | |
| 1/4/2021 | 24.0 | 2,237 | 3,412 | 265 | 0.1 | 752 | 2,818 | 3,856 | 5,550 | 0 | 79 | 0 | 328 | 0.0 | 570,872 | 761,662 | 45,850 | |
| 1/5/2021 | 24.0 | 2,252 | 3,510 | 264 | 0.1 | 732 | 2,816 | 3,856 | 5,550 | 0 | 79 | 0 | 318 | 0.0 | 573,443 | 765,172 | 46,115 | |
| 1/6/2021 | 24.0 | 2,214 | 3,444 | 264 | 0.1 | 737 | 2,814 | 3,856 | 5,547 | 0 | 79 | 0 | 326 | 0.0 | 575,983 | 768,616 | 46,378 | |
| 1/7/2021 | 24.0 | 2,205 | 3,432 | 264 | 0.1 | 739 | 2,811 | 3,856 | 5,544 | 0 | 79 | 0 | 333 | 0.0 | 578,521 | 772,049 | 46,643 | |
| 1/8/2021 | 24.0 | 2,163 | 3,459 | 264 | 0.1 | 720 | 2,808 | 3,856 | 5,547 | 0 | 79 | 0 | 328 | 0.0 | 581,012 | 775,507 | 46,907 | |
| 1/9/2021 | 24.0 | 2,172 | 3,453 | 264 | 0.1 | 726 | 2,807 | 3,856 | 5,544 | 0 | 79 | 0 | 335 | 0.0 | 583,518 | 778,960 | 47,170 | |
| 1/10/2021 | 24.0 | 2,195 | 3,426 | 263 | 0.1 | 738 | 2,804 | 3,856 | 5,544 | 0 | 79 | 0 | 336 | 0.0 | 586,048 | 782,387 | 47,434 | |
| 1/11/2021 | 24.0 | 2,177 | 3,406 | 264 | 0.1 | 740 | 2,801 | 3,856 | 5,541 | 0 | 79 | 0 | 342 | 0.0 | 588,567 | 785,792 | 47,698 | |
| 1/12/2021 | 24.0 | 2,165 | 3,421 | 289 | 0.1 | 735 | 2,799 | 3,856 | 5,541 | 0 | 79 | 0 | 349 | 0.0 | 591,081 | 789,214 | 47,987 | |
| 1/13/2021 | 24.0 | 2,174 | 3,541 | 289 | 0.1 | 711 | 2,797 | 3,856 | 5,541 | 0 | 79 | 0 | 344 | 0.0 | 593,599 | 792,755 | 48,276 | |
| 1/14/2021 | 24.0 | 2,220 | 3,508 | 289 | 0.1 | 728 | 2,794 | 3,856 | 5,541 | 0 | 79 | 0 | 334 | 0.0 | 596,152 | 796,263 | 48,564 | |
| 1/15/2021 | 24.0 | 2,184 | 3,536 | 291 | 0.1 | 715 | 2,792 | 3,856 | 5,538 | 0 | 79 | 0 | 346 | 0.0 | 598,682 | 799,799 | 48,856 | |
| 1/16/2021 | 24.0 | 2,190 | 3,525 | 289 | 0.1 | 721 | 2,790 | 3,856 | 5,538 | 0 | 79 | 0 | 352 | 0.0 | 601,223 | 803,323 | 49,145 | |
| 1/17/2021 | 24.0 | 2,155 | 3,484 | 288 | 0.1 | 724 | 2,788 | 3,856 | 5,535 | 0 | 79 | 0 | 366 | 0.0 | 603,744 | 806,807 | 49,432 | |
| 1/18/2021 | 24.0 | 2,192 | 3,512 | 288 | 0.1 | 727 | 2,784 | 3,856 | 5,535 | 0 | 79 | 0 | 361 | 0.0 | 606,298 | 810,319 | 49,721 | |
| 1/19/2021 | 24.0 | 2,181 | 3,520 | 290 | 0.1 | 721 | 2,783 | 3,856 | 5,535 | 0 | 79 | 0 | 357 | 0.0 | 608,836 | 813,840 | 50,010 | |
| 1/20/2021 | 24.0 | 1,893 | 3,510 | 289 | 0.1 | 633 | 2,783 | 3,856 | 5,531 | 0 | 79 | 0 | 328 | 0.0 | 611,057 | 817,350 | 50,299 | |
| Totals: | 480.0 | 43,292 | 69,302 | 5,588 | | | | | | | | 0 | 6,896 | 0.0 | | | | |