**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON JANUARY 25, 2021**

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11

cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and

exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **January 25, 2021 at**

**9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing:

1.   Michael T. Dane, Senior Vice President and Chief Financial Officer,

     Fieldwood Energy LLC;

2.   Gary Janik, Senior Vice President, Reservoir Engineering;

3.   Scott Schmidt, Corporate Reserves Manager;

4.   Any witness called or listed by any other party; and

5.   Any rebuttal witnesses.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* | | | | |
| 2. | *Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* | | | | |
| 3. | Offshore Operating Agreement dated December 12, 2002 ("**OOA**") | | | | |
| 4. | Farmout Agreement | | | | |
| 5. | First Assignment of Operating Rights | | | | |
| 6. | Shell/Marathon ORRI Assignment | | | | |
| 7. | Davis Equity Purchase Agreement | | | | |
| 8. | Ratification and First Amendment to Operating Agreement ("**OOA Amendment**") | | | | |
| 9. | Fieldwood ORRI Assignment | | | | |
| 10. | Hickory Unit Asset Purchase Agreement [*filed under seal*] | | | | |
| 11. | Troika Asset Purchase Agreement [*filed under seal*] | | | | |
| 12. | LLOG's Proof of Claim 6-1 ("**Proof of Claim**"); *In Re: Fieldwood Energy Offshore LLC*, 4:20-BK-33950 | | | | |
| 13. | Original MOA (Proof of Claim at 205) | | | | |
| 14. | Correction MOA (Proof of Claim at 219) | | | | |
| 15. | Fieldwood Ratification (Proof of Claim at 224) | | | | |
| 16. | 2009 UCC-1 Financing Statement (Proof of Claim at 202) | | | | |
| 17. | 2009 UCC-3 Financing Statement Amendment (Proof of Claim at 216) | | | | |
| 18. | 2014 Reinscription (Proof of Claim at 222) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 19. | 2015 Ratification (Proof of Claim at 224) | | | | |
| 20. | LLOG UCC Filing 1434772 | | | | |
| 21. | LLOG UCC Filing 1473361 | | | | |
| 22. | LLOG UCC Filing 1473362 | | | | |
| 23. | LLOG UCC Filing 1473363 | | | | |
| 24. | LLOG UCC Filing 1473364 | | | | |
| 25. | LLOG UCC Filing 1552263 | | | | |
| 26. | Any exhibit designated by any other party | | | | |
| 27. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 28. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: January 21, 2021
      Houston, Texas

Respectfully submitted,


  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com


-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com


*Attorneys for Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I hereby certify that on January 21, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez