Federal Serial No:     OCS-G 12210
Effective Date:        May 1, 1990
Lessor:                United States of America
Original Lessee:       BP Exploration Inc.
Covering:              Block 201, Green Canyon, OCS Official Protraction Diagram, NG 15-3, containing 5,760.00 acres, more or less, insofar and only insofar as to the Northeast One-Quarter (NE/4), covering those depths from surface down to 17,000 feet true vertical depth subsea.

Davis Ownership:       <u>Operating Rights Ownership</u>:

                       WI:   15.00%
                       NRI:  11.2125%

Lease Status:          Held By Production

**Condor Field**
Federal Serial No:     OCS-G 28077
Effective Date:        July 1, 2006
Lessor:                United States of America
Original Lessee:       LLOG Exploration Offshore, Inc.
Covering:              All of Block 448, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing 5,760.00 acres, more or less, covering all depths.

Davis Ownership:       ORRI:   4.50%

Lease Status:          Held by Production

**Talon Prospects**
Federal Serial No:     OCS-G 31702
Effective Date:        March 1, 2008
Lessor:                United States of America
Original Lessee:       Energy Partners, Ltd. (15%)
                       Stephens Production Company, LLC (15%)
                       Davis Offshore, L.P. (70%)

Covering:              All of Block 198, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing 5,760.00 acres, more or less.

Debtors' Exhibit D
Page 58 of 115

| Davis Ownership: | Record Title Ownership: |
|---|---|
| | West & South Talon Prospects: Insofar and only insofar as to the West One-Half and the South One-Half of the Southeast One-Quarter (W/2, S/2 SE/4), covering all depths. |

WI:   70.00%
NRI:  56.23%
*ORRI:  0.75%

Northeast (NE) "Talon Shallow" Prospect:  Insofar and only insofar as to the Northeast One-Quarter and the North One-Half of the Southeast One-Quarter (NE/4, N/2 SE/4), Insofar and only insofar as to the surface to 23,000 feet subsea true vertical depth.

WI:   10.00%
NRI:  8.033%

Northeast (NE) "Talon Deep":  Insofar and only insofar as to the North One-Half of the Southeast One-Quarter (N/2 SE/4) below 23,000 feet subsea true vertical depth.

WI:   10.00%
NRI:  8.033%

Operating Rights Ownership:
Northeast (NE) "Talon Deep":  Insofar and only insofar as to the Northeast One-Quarter (NE/4) below 23,000 feet subsea true vertical depth.

WI:   7.00%
NRI:  5.6233%

| Lease Status: | Expires - February 28, 2018 |
|---|---|
| Remarks: | *The ORRI is held by Davis Offshore Partners LLC |

**Skyhawk Prospect**

| Federal Serial No: | OCS-G 33700 |
|---|---|
| Effective Date: | July 1, 2010 |
| Lessor: | United States of America |
| Original Lessee: | Davis Offshore, L.P. |
| Covering: | All of Block 993, Viosca Knoll, OCS Official Protraction Diagram, NH 16-07, containing 5,760.00 acres, more or less, covering all depths. |
| Davis Ownership: | ORRI: 3.20% |
| Lease Status: | Expires - June 30, 2017 |

**Simba Prospect**

| Federal Serial No: | OCS-G 33834 |
|---|---|
| Effective Date: | June 1, 2010 |
| Lessor: | United States of America |
| Original Lessee: | Davis Offshore, L.P. |

| | |
|---|---|
| Covering: | All of Block 296, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing 5,760.00 acres, more or less, covering all depths. |
| Davis Ownership: | Record Title Ownership: |
| | WI:   100.00% |
| | NRI:  80.45% |
| Lease Status: | Expires - May 31, 2017 |

**Cutter Prospect**

| | |
|---|---|
| Federal Serial No: | OCS-G 33246 |
| Effective Date: | July 1, 2009 |
| Lessor: | United States of America |
| Original Lessee: | ATP Oil & Gas Corporation |
| Covering: | All of Block 344, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing 5,760.00 acres, more or less, covering all depths. |
| Davis Ownership: | Record Title Ownership: |
| | WI:   26.6875% |
| | NRI:  20.8829687% |
| Lease Status: | Expires - June 30, 2019 |

**Roan Prospect**

| | |
|---|---|
| Federal Serial No: | OCS-G 32488 |
| Effective Date: | August 1, 2008 |
| Lessor: | United States of America |
| Original Lessee: | Davis Offshore, L.P. |
| Covering: | All of Block 289, Green Canyon, OCS Official Protraction Diagram, NG 15-03, containing 5,760.00 acres, more or less. |
| Davis Ownership: | Record Title Ownership: |
| | WI:   100.00% |
| | NRI:  78.25% |
| | *ORRI:  1.00% |
| Lease Status: | Expires - July 31, 2018 |
| Remarks: | *The ORRI is held by Davis Offshore Partners LLC |

## SCHEDULE 2.1(b)

## SUBJECT WELLS

| Field Name | Well Name / No. | API No. | Status |
|------------|-----------------|---------|--------|
| Lorien | GC/199 001 ST02 BP00 | 60-811-40366-04 | Producing |
| Lorien | GC/199 SS002 ST02 BP00 | 60-811-40441-02 | Shut-In |
| J. Bellis | GC/157 001 | 60-811-40371 | Producing |
| J. Bellis | GC/201 001 ST 2 | 60-811-40438-01 | Producing |
| J. Bellis | GC/157 003 ST 1 | 60-811-40439-01 | Producing |
| Condor | GC/448 001 ST02 | 60-811-40504-02 | Producing |

All other well penetrations and sidetracks in common with these wells which have been previously plugged and abandoned.

## SCHEDULE 2.1(d)

## SUBJECT UNITS

*NONE*

## SCHEDULE 2.1(f)

## EASEMENTS

**Lorien Field (ROW's)**

| | |
|---|---|
| Federal Serial No. | OCS-G 29172 (Segment 18725) |
| Effective Date: | October 7, 2005 |
| Lessor: | United States of America |
| Lessee: | Noble Energy Inc. |
| Covering: | A 6 5/8 inch pipeline, 11.54 miles in length, to serve as a service line from a PLEM in Block 199, through Blocks 155, 154, 110, 109, to Platform A in Block 65, all located in Green Canyon Area. |
| Davis Ownership: | 40% |

| | |
|---|---|
| Federal Serial No. | OCS-G 26916 (Segment 15259) |
| Effective Date: | October 7, 2005 |
| Lessor: | United States of America |
| Lessee: | Noble Energy Inc. |
| Covering: | A 6 5/8 inch bidirectional pipeline, Lorien 1) 60,786 feet in length (11.51 miles) to transport bulk oil from a pipeline end manifold (PLEM) located in Block 199, and will continue through Blocks 155, 154, 110, 109, to the "A" Platform in Block 65, all of which are located in Green Canyon Area. |
| Davis Ownership: | 40% |

SCHEDULE 2.2(b)

EXCLUDED CONTRACTS

| CLIPPER FIELD | | | | | |
|---|---|---|---|---|---|
| DAVIS CONTRACT # | AGREEMENT | PARTIES | DATE | RECORDING | DESC. |
| GC-0806-0002 | OGL - OCS G 22939 | MURPHY EXPLORATION & PRODUCTION COMPANY | 07/01/2001 | BOOK 1951, PAGE 31 | GC 300 |
| LAN-0002K | FARMOUT AGREEMENT | MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC AND SHELL GULF OF MEXICO INC TO PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY, LLC | 01/15/2005 | N/A | GC 299 |
| LAN-0001R | FARMOUT AGREEMENT | MURPHY EXPLORATION & PRODUCTION COMPANY TO PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P., AND STEPHENS PRODUCTION COMPANY, LLC. | 01/15/2005 | N/A | W/2 of GC 300 |
| LAND-0001U | FARMOUT AGREEMENT | MURPHY EXPLORATION & PRODUCTION COMPANY TO PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P., AND STEPHENS PRODUCTION COMPANY, LLC. | 2/1/2006 | N/A | E/2 of GC 300 |
| LAN-0001Q | OFFSHORE OPERATING AGREEMENT, ANY AND ALL AMENDMENTS THERETO | PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY, LLC | 9/17/2004 | UCC FILE #29-998758 FILED ON 3/6/2006 | GC 299/GC 300 (W/2) |
| LAN-0001Q | PARTICIPATION AGREEMENT, ANY AND ALL AMENDMENTS THERETO | PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY, LLC | 9/17/2004 | N/A | GC 299/GC 300 |

**CLIPPER FIELD**

| DAVIS CONTRACT # | AGREEMENT | PARTIES | DATE | RECORDING | DESC. |
|---|---|---|---|---|---|
| LAN-0001Q | AREA OF MUTUAL INTEREST AGREEMENT, ANY AND ALL AMENDMENTS THERETO | PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY, LLC | 11/1/2005 | N/A | GC 299, GC 343, GC 300, GC 344, GC 301, GC 345 |
| LAN-0001Q | ALL NOTICES OF PLANNED DISCLOSURE | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY LLC AND ATP OIL & GAS CORPORATION | 10/5/2009 | N/A | GC 299/GC 300 |
| LAND-0001V | PRODUCTION HANDLING AGREEMENT, ANY AND ALL AMENDMENTS THERETO | MURPHY EXPLORATION & PRODUCTION COMPANY, ENI PETROLEUM US LLC, STATOIL GULF OF MEXICO LLC AND PIONEER NATURAL RESOURCES USA, INC., DAVIS OFFSHORE, L.P., AND STEPHENS PRODUCTION COMPANY, LLC. | 12/19/2007 | N/A | GC 299/GC 300 |
| | PLAN OF DEVELOPMENT PROPOSED AND ACCEPTED BY ALL PARTIES | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY LLC AND ATP OIL & GAS CORPORATION | 1/7/2008 | N/A | GC 299/GC 300 (W/2) |
| LAN-0001Z | PURCHASE AND SALE AGREEMENT | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY LLC AND ATP OIL & GAS CORPORATION | 5/30/2008 | N/A | GC 299/GC 300 |
| | SETTLEMENT AGREEMENT, MUTUAL RELEASE AND INDEMNITY | ATP OIL & GAS CORPORATION AND DAVIS OFFSHORE, L.P. | 10/31/2011 | N/A | GC 299/GC 300 |

Debtors' Exhibit D
Page 65 of 115

## SCHEDULE 3.1

## WIRING INSTRUCTIONS

**To Seller**

At Closing, the Adjusted Purchase Price is to be paid to and on behalf of Seller, as follows:

$ 30,000,000.00 <u>Wire to</u>: Bank of America, N.A.
ABA:   026009593
ACCT: 1292000883
Reference: Davis Petroleum

$  3,483,113.00 <u>Wire to</u>: Davis Petroleum Acquisition Corp. *(DPAC)
Bank of America
ABA:   026009593
ACCT:  004602290939
Tax ID: 06-1766065

*Any and all other payments to Seller pursuant to this agreement
will be wired to this DPAC account.*

$ 33,483,113.00  Total Adjusted Purchase Price

**To Buyer**

Fieldwood Energy Offshore LLC

_____
_____
_____
_____

## SCHEDULE 4.1(b)

## NO CONFLICT OR VIOLATION

**<u>None</u>**

## SCHEDULE 4.1(c)

## ABSENCE OF CERTAIN CHANGES

**<u>None</u>**

## SCHEDULE 4.1(d)

## CONSENTS

**<u>None</u>**

## SCHEDULE 4.1(e)

## ACTIONS

**None**

## SCHEDULE 4.1(f)

## COMPLIANCE WITH LAWS

<u>**None**</u>

SCHEDULE 4.1(i)

APPLICABLE CONTRACTS

| DAVIS CONTRACT # | AGREEMENT | PARTIES | DATE | RECORDING | DESCRIPTION |
|---|---|---|---|---|---|
| **LORIEN FIELD, GREEN CANYON, BLOCK 199** | | | | | |
| ROW-0805-0002 | OCS G 29172 (Segment 18725) | NOBLE ENERGY, INC. | 10/7/2005 | Unrecorded | 6 5/8" Pipeline 11.54 miles in length |
| ROW-0805-0003 | OCS G 26916 (Segment 15259) | NOBLE ENERGY, INC. | 10/7/2005 | Unrecorded | 6 5/8" Pipeline 11.54 miles in length |
| LAN-0002M | WELL DATA TRADE AND CONFIDENTIALITY AGREEMENT | NOBLE ENERGY, INC, STATOIL HYDRO USA E&P INC AND DAVIS OFFSHORE L.P. AND MARATHON OIL COMPANY | 9/4/2008 | Unrecorded | GC 199 |
| GC-0805-A | PARTICIPATION AGREEMENT | CONOCOPHILLIPS COMPANY AND NOBLE ENERGY, INC AND DAVIS OFFSHORE, L.P. | 3/7/2003 | Unrecorded | GC 199 |
| GC-0805-A | OVERRIDING ROYALTY INTERESTS | NOBLE ENERGY, INC. AND DAVIS OFFSHORE, L.P. | 3/7/2003 | Unrecorded | GC 199 OCS G 24160 |
| GC-0805-A | AMENDMENT NUMBER ONE TO O/A DTD 03/07/03 | CONOCOPHILLIPS COMPANY AND NOBLE ENERGY, INC AND DAVIS OFFSHORE, L.P. AND NORSK HYDRO E&P AMERICAS AS, INC. | 5/23/2003 | Unrecorded | GC 199 #1 WELL |
| GC-0805-A | SECOND AMENDMENT TO JOINT OPERATING AGREEMENT | NOBLE NERGY, INC., NORSK HYRDO E&P AMERICAS AS, INC. AND DAVIS OFFSHORE, L.P. | 3/1/2004 | Unrecorded | GC 199 |
| GC-0805-A | AMENDMENT OF THE SECOND AMENDMENT OF JOINT OPERATING AGREEMENT | NOBLE ENERGY, INC. AND HYDRO GULF OF MEXICO, L.L.C. | 9/26/2007 | Unrecorded | AMI TO JOA |

| GC-0805-A | LETTER AGREEMENT TO EXTEND ELECTION PERIOD UNDER AMI PROVISION | NOBLE ENERGY, INC. , STATOILHYDRO USA E&P, INC. AND DAVIS OFFSHORE, L.P. | 4/2/2008 | Unrecorded | GC 199 |
|---|---|---|---|---|---|
| GC-0805-A | LETTER AGREEMENT TO EXTEND ELECTION PERIOD UNDER AMI PROVISION | NOBLE ENERGY, INC. , STATOILHYDRO USA E&P, INC. AND DAVIS OFFSHORE, L.P. | 5/8/2008 | Unrecorded | GC 199 |
| GC-0805-A | ESTABLISHMENT OF THE LORIEN SHALLOW JOA AN DTHE LORIEN DEEP JOA | NOBLE ENERGY, INC. , STATOIL USA E&P, INC. AND DAVIS OFFSHORE, L.P. | 1/1/2012 | Unrecorded | GC 199 |
| LAN-0001T | PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., NOBLE ENERGY, INC., HYDRO GULF OF MEXICO, L.L.C., AND DAVIS OFFSHORE, L.P. | 3/3/2005 | Unrecorded | GC 199 |
| LAN-0001T | AMENDMENT TO THE PRODUCTION HANDLING AGREEMENT FOR THE LORIEN AREA LOCATED ON GREEN CANYON BLOCK 199 | SHELL OFFSHORE INC., NOBLE ENERGY, INC., HYDRO GULF OF MEXICO, L.L.C., AND DAVIS OFFSHORE, L.P. | 12/6/2006 | Unrecorded | Effective upon initial production of GC Blk 199 - Production and Fuel Measurement and Allocation |
| LAN-0001T | LETTER OF INTENT | DYNAMIC OFFSHORE RESOURCES, LLC AND NOBLE ENERGY, INC. | 9/26/2012 | Unrecorded | Dedicated Capacity at Bullwinkle Platform |
| **J. BELLIS FIELD, GREEN CANYON, BLOCK 157 & NE/4 BLOCK 201** | | | | | |
| GC-0802-C | PARTICIPATION AGREEMENT | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 12/12/2002 | Unrecorded | GC 157 |

Debtors' Exhibit D
Page 73 of 115

| GC-0802-C | MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 12/12/2002 | Entry No. 55-1142265 Terrebonne Parish, La | GC 157 |
|---|---|---|---|---|---|
| GC-0802-C | AMENDED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 12/12/2002 | Conveyance Records Book 1865, Entry No. 1171844, Mortgage Book 1638, Entry 1171844 and UCC Entry 55 1171844 Terrebonne Parish, La | Filed 3/17/2003 Amends and Replaces UCC Entry #55-1142265 |
| GC-0802-C | LETTER AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 3/6/2009 | Unrecorded | OCS G 24154 |
| GC-0802-C | LETTER AGREEMENT | DAVIS OFFSHORE, L.P. AND LLOG EXPLORATION OFFSHORE, INC. | 2/17/2009 | Unrecorded | GC 201 - OCS G 12210 |
| GC-0802-C | MORTGAGES - UCC-1 - MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 12/12/2002 | Mortgage Book 2201, Page 579 | OCS G 24154 and OCS G 12210 |
| GC-0802-C | UCC - 1 | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | | File #55-1434772 | Filed 8/16/13 |

Schedule 4.1(i)
Page **3** of **16**

| GC-0802-C | UCC - 1 | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | | File #55-1328132 | Filed 7/27/2009 |
|---|---|---|---|---|---|
| GC-0802-C | UCC - 1 | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | | File #55-1331665 | Filed 2/13/2004 Restated Collateral Description |
| GC-0802-C | UCC - 1 | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | | File #55-1142696 | Filed on 03/21/2003 |
| GC-0802-C | UCC - 1 | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | | Mortgage Book 2215/Page 126 File #1331665; Conveyance Records: Book 2167/Page 593 File #1331665 UCC 55-1331665 | Filed on 09/16/2009 - Restate Collateral Description |
| GC-0802-D | PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 5/26/2004 | Unrecorded | GC 157 |
| GC-0802-D | TERM SHEET PRODUCTION HANDLING SERVICES FOR GC 157 AT GC 158 "A" (BRUTUS) TLP | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 5/26/2004 | Unrecorded | GC 157 |
| GC-0802-D | LETTER AGREEMENT TO PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 11/4/2004 | Unrecorded | GC 157 |

Debtors' Exhibit D
Page 75 of 115

| GC-0802-D | UTILIZATION AND BOARDING AGREEMENT FOR LLOG CONTRACTORS | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. | 2/15/2005 | Unrecorded | Shell GC 158 Exploration and Production Facility |
|---|---|---|---|---|---|
| GC-0802-D | AMENDMENT TO PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 6/27/2005 | Unrecorded | GC 157 |
| GC-0802-D | FORCE MAJEURE NOTICE RELATED TO HURRICAN KATRINA | SHELL OFFSHORE INC AND DAVIS OFFSHORE, L.P. | 9/12/2005 | Unrecorded | GC 157 |
| GC-0802-D | AMENDMENT TO PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 2/6/2006 | Unrecorded | GC 157 |
| GC-0802-D | LETTER AGREEMENT TO AMEND PRODUCTION HANDLING AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 1/30/2008 | Unrecorded | GC 157 |
| GC-0802-D | NOTIFICAITON OF DEDICATED CAPAPICTY FROM LLOG | SHELL OFFSHORE INC AND LLOG EXPLORAITON OFFSHORE, INC. | 8/12/2010 | Unrecorded | Request to approve reduction in Dedicated Capacity |
| GC-0802-D | LETTER AGREEMENT | SHELL OFFSHORE INC., LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 11/5/2010 | Unrecorded | Updated PSM with retroactive correction to allocations back to 12/2007 |
| GC-0802-D | AGREEMENT FOR GREENHOUSE GAS REPORTING AT THE BRUTUS FACILITY | SHELL OFFSHORE INC, NEWFIELD EXPLORATION COMPANY, LLOG EXPLORATION OFFSHORE | 1/24/2011 | Unrecorded | Greenhouse reporting for Brutus Facility, Glider and J. Bellis |

Debtors' Exhibit D
Page 76 of 115

| | | INC, DAVIS OFFSHORE., L.P., AND LLOG ENERGY L.L.C. | | | |
|---|---|---|---|---|---|
| GC-0802-D | NOTIFICATION OF DEDICATED CAPAPICTY FROM LLOG | SHELL OFFSHORE INC AND LLOG EXPLORAITON OFFSHORE, INC. | 5/31/2011 | Unrecorded | Request to approve reduction in Dedicated Capacity |
| GC-0802-D | TOLLING AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 11/11/2011 | Unrecorded | Production from J. Bellis since 02/2009 |
| GC-0802-D | RE-ALLOCATION OF LIQUID HYDROCARBONS FROM J BELLIS AT BRUTUS TLP | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 6/28/2012 | Unrecorded | GC 157 |
| GC-0802-D | EXTENSION OF TOLLING AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 6/30/2012 | Unrecorded | GC 157 |
| GC-0802-D | SECOND EXTENSION OF TOLLING AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 9/30/2012 | Unrecorded | GC 157 |
| GC-0802-D | LETTER AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 10/31/2012 | Unrecorded | Reallocation of Liquid Hydrocarbons from J. Bellis at Brutus TLP |

Debtors' Exhibit D
Page 77 of 115

| GC-0802-D | LETTER AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 2/6/2013 | Unrecorded | System Upgrade |
|---|---|---|---|---|---|
| GC-0802-D | LETTER AGREEMENT | SHELL OFFSHORE, INC., LLOG EXPLORATION OFFSHORE, L.L.C., LLOG ENERGY, L.L.C. AND DAVIS OFFSHORE, L.P. | 1/30/2014 | Unrecorded | Reallocation Settlement Agreement Liquid Hydrocarbons GC 157 |
| GC-0802-B | BIDDING AGREEMENT | DAVIS OFFSHORE, L.P. AND LLOG EXPLORATION OFFSHORE, INC. | 3/15/2002 | Unrecorded | Scope of Agreement and Participation |
| GC-0802-E | FARMOUT AGREEMENT | MARATHON OIL COMPANY, LLOG EXPLORATION OFFSHORE, INC AND DAVIS OFFSHORE, L.P. | 10/1/2008 | Unrecorded | FARMOUT OF NE/4 OF GC 201 |
| GC-0802-E | ASSIGNMENT AND CONVEYANCE OF ORRI | LLOG EXPLORATION OFFSHORE INC AND DAVIS OFFSHORE, L.P. TO SHELL OFFSHORE INC AND MARATHON OIL COMPANY | 10/1/2008 | | 6.5% ORRI IN FIRST 1MM BOE TO INCREASE TO 9.75% ORRI ON ALL PRODUCTION ABOVE 1MM BOE |
| GC-0802-E | LETTER AGREEMENT | DAVIS OFFSHORE, L.P. AND LLOG EXPLORATION OFFSHORE, INC. | 2/17/2009 | Unrecorded | NOTICE OF TAKING IN KIND BY DAVIS |
| **ROAN PROSPECT, GREEN CANYON, BLOCK 289** | | | | | |
| GC-1111-01 | LEASE SALE 206 | US DEPARTMENT OF INTERIOR | | | Leasing Activity Information |

Schedule 4.1(i)
Page **7** of **16**

Debtors' Exhibit D
Page 78 of 115

| SKYHAWK PROSPECT, VIOSCA KNOLL, BLOCK 993 | | | | | |
|---|---|---|---|---|---|
| VK-1117-0001 | LEASE SALE 213 | US DEPARTMENT OF INTERIOR | | | Leasing Activity Information |

| SIMBA PROSPECT, GREEN CANYON, BLOCK 296 | | | | | |
|---|---|---|---|---|---|
| GC-1116-0001 | LEASE SALE 213 | US DEPARTMENT OF INTERIOR | | | Leasing Activity Information |

| CONDOR FIELD, GREEN CANYON, BLOCK 448 | | | | | |
|---|---|---|---|---|---|
| GC-0808-A | LEASE PURCHASE AGREEMENT | LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, L.P. | 3/9/2006 | Unrecorded | GC 448 |

| TALON PROSPECTS, GREEN CANYON, BLOCK 198 [including Talon (NE) Shallow; Talon (NE) Deep and Talon (W & S)] | | | | | |
|---|---|---|---|---|---|
| LAN-0002-N | OPERATING AGREEMENT | NOBLE ENERGY, INC., STATOILHYDRO USA E&P INC, STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE, L.P. | 3/7/2003 | Unrecorded | GC 198 |
| LAN-0002-N | LETTER AGREEMENT | DAVIS OFFSHORE, L.P., NOBLE ENERGY, INC. AND STATOILHYDRO USA E&P INC. | 3/12/2009 | Unrecorded | GC 198 |
| LAN-0002-N | AMI ELECTION TO ACQUIRE A 42% RTI IN NE/4 BLK 198 | NOBLE ENERGY INC AND DAVIS OFFSHORE LP | 5/30/2008 | Unrecorded | NE/4 198 |
| LAN-0002-N | RATIFICATION AND JOINDER OF THE TALON OPERATING AGREEMENT | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC, ENERGY PARTNERS, LTD, NOBLE ENERGY INC., AND STATOILHYDRO USA E&P INC | 9/15/2009 | Unrecorded | NE/4 GC 198 |

Debtors' Exhibit D
Page 79 of 115

| LAN-0002-N | NON-BINDING LETTER OF INTENT | SHELL OFFSHORE, INC. DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC, ENERGY PARTNERS, LTD, NOBLE ENERGY INC., AND STATOILHYDRO USA E&P INC | 11/19/2008 | Unrecorded | NE/4 GC 198, depths above3 22,000 SSTVD |
|---|---|---|---|---|---|
| LAN-0002-N | LETTER OF UNDERSTANDING | NOBLE ENERGY, INC.,STEPHENS PRODUCTION COMPANY, ENERGY PARTNERS, LTD. AND DAVIS OFFSHORE, L.P. | 12/11/2008 | Unrecorded | NE/4 GC 198 |
| LAN-0002-N | NOTICE OF PROPOSED TRANSFER OF INTEREST | NOBLE ENERGY, INC.,STEPHENS PRODUCTION COMPANY AND DAVIS OFFSHORE, L.P. AND ENERGY PARTNERS LTD | 4/2/2012 | Unrecorded | NE/4 GC 198 |
| LAN-0002-N | LETTER AGREEMENT | DYNAMIC OFFSHORE RESOURCES AND NOBLE ENERGY INC | 9/26/2012 | Unrecorded | Utilization of Bullwinkle Platform for Talon Prospect |
| LAN-0002-N | ESTABLISHMENT OF TALON SHALLOW JOA AND TALON DEEP JOA | NOBLE ENERGY INC., STATOIL USA E&P INC, ENERGY PARTNERS LTD., CALYPSO EXPLORATION, LLC AND DAVIS OFFSHORE, L.P. | 1/1/2012 | Unrecorded | Supercedes and replaces Talon Shallow JOA and Talon Deep JOA dtd 04/01/2012 |

Debtors' Exhibit D
Page 80 of 115

| LAN-0002-N | FIRST AMENDMENT TO THE TALON SHALLON JOA | NOBLE ENERGY INC., STATOIL USA E&P INC, ENERGY PARTNERS LTD., CALYPSO EXPLORATION, LLC AND DAVIS OFFSHORE, L.P. | 7/1/2012 | Unrecorded | EXHIBIT "A" OF THE TALON SHALLOW JOA |
|---|---|---|---|---|---|
| LAN-0002-N | ESTABLISHMENT OF TALON SHALLOW JOA AND TALON DEEP JOA | NOBLE ENERGY INC., STATOIL USA E&P INC, ENERGY PARTNERS LTD., CALYPSO EXPLORATION, LLC AND DAVIS OFFSHORE, L.P. | 4/1/2012 | Unrecorded | SUPERCEDED BY JOA DTD 01/01/2012 |
| LAN-0002-N | LETTER AGREEMENT | NOBLE ENERGY INC, STATOIL, USA E&P INC., ENERGY PARTNERS LTD., CALYPSO EXPLORATION LLC AND DAVIS OFFSHORE, L.P. | 6/29/2012 | Unrecorded | Establishment of the Talon Shallow JOA and Talon Deep JOA Exhibit "A" Substitution page |
| LAN-0002-N | LEASE PURCHASE AGREEMENT | DAVIS OFFSHORE, L.P. AND LLOG EXPLORATION OFFSHORE, INC. | 3/9/2006 | Unrecorded | Data Secrecy Agreement |
| LAN-0002-L | LETTER AGREEMENT | DAVIS OFFSHORE, L.P. AND NOBLE ENERGY, INC. | 9/29/2008 | Unrecorded | PSDM Gather Set |
| LAN-0002-G | BIDDING AGREEMENT | DAVIS OFFSHORE, L.P., STEPHENS PRODUCTION COMPANY, LLC, ENERGY PARTNERS, LTD | 9/1/2007 | Unrecorded | GC 198 |
| GC-1109-0001 | THIRD PARTY INDEMNITY AGREEMENT | NOBLE ENERGY INC AND MINERALS MANAGEMENT SERVICE f/b/o UNITED | 2/3/2009 | Unrecorded | NOBLE ENERGY INC PERFORMANCE BOND |

| | | STATES DEPARTMENT OF THE INTERIOR | | | |
|---|---|---|---|---|---|
| GC-1109-0001 | LETTER OF UNDERSTANDING | NOBLE ENERGY INC, DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTD AND STEPHENS PRODUCTION COMPANY, LLC | 2/2/2009 | Unrecorded | NE/4 GC 198 |
| GC-1109-0001 | OPERATORSHIP AGREEMENT | NOBLE ENERGY INC., DAVIS OFFSHORE, L.P., ENERGY PARTNERS, LTDE AND STEPHENS PRODCUTION COMPANY, LLC | 10/22/2008 | Unrecorded | NE/4 GC 198 |
| GC-1109-0001 | LETTER AGREEMENT TO EXTEND ELECTION PERIOD UNDER AMI PROVISION | NOBLE ENERGY INC , DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | 4/2/2008 | Unrecorded | GC 198 |
| GC-1109-0001 | LETTER AGREEMENT TO EXTEND ELECTION PERIOD UNDER AMI PROVISION | NOBLE ENERGY INC , DAVIS OFFSHORE, L.P. AND STATOILHYDRO USA E&P INC | 5/8/2008 | Unrecorded | GC 198 |
| **CUTTER PROSPECT, GREEN CANYON, BLOCK 344** | | | | | |
| LAN-0001-Q | AREA OF MUTUAL INTEREST AGREEMENT | PIONEER NTAURAL RESOURCES USA INC, DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION COMPANY, LLC. | 11/1/2005 | Book 1773/Page 755 | GC 344 |
| LAN-0001-Q | AMENDMENT AND RATIFICATION OF AREA OF MUTUAL INTEREST AGREEMENT | PIONEER NTAURAL RESOURCES USA INC, DAVIS OFFSHORE, L.P. AND STEPHENS PRODUCTION | 5/30/2008 | Book 1773/Page 751 | GC 344 |

Debtors' Exhibit D
Page 82 of 115

| | | COMPANY, LLC. | | | |
|---|---|---|---|---|---|
| | PROPOSED (UNEXECUTED) MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT | BENNU OIL & GAS, LLC, DAVIS OFFSHORE, L.P. AND CALYPSO EXPLORATION LLC | 7/1/2009 | | GC 344 |

**MARKETING & PRODUCTION HANDLING AGREEMENTS (LORIEN & J. BELLIS)**

| PURCHASER CONTRACT# | AGREEMENT | PARTIES | DATE | RECORDING | DESCRIPTION |
|---|---|---|---|---|---|
| | TERM SHEET PRODUCTION HANDLING SERVICES FOR GC BLK 157 ("J BELLIS") PRODUCTION AT GC 158 "A" ("BRUTUS") TLP | SHELL OFFSHORE INC, LLOG EXPLORATION OFFSHORE, INC. AND DAVIS OFFSHORE, LP | 5/26/2004 | Unrecorded | GC Block 157 |
| NAESB | BASE CONTRACT FOR SALE AND PURCHASE OF NATURAL GAS | DAVIS OFFSHORE LP AND ENTERPRISE PRODUCTS OPERATING L.P. | 4/21/2005 | Unrecorded | Gas Purchase and Sale Transaction |
| DAG05(TP)0001 | TERM TO EVERGREEN PURCHASE CONTRACT | DAVIS OFFSHORE LP AND ENTERPRISE PRODUCTS OPERATING L.P. | 4/25/2005 | Unrecorded | Enterprise to purchase Davis' Neptune Gas Plant Y Grade production |
| | GAS PROCESSING AGREEMENT, THE NEPTUNE GAS PROCESSING PLANT, ST. MARY PARISH, LOUISIANA | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 5/1/2005 | Unrecorded | Exhibit A - GC 157 Citrine/J.Bellis wells. |
| DEA033797 | OIL PURCHASE AGREEMENT | SHELL TRADING (US) COMPANY AND DAVIS OFFSHORE LP | 5/1/2005 | Unrecorded | Shell Trading Contract No. DEA033797 |

Debtors' Exhibit D
Page 83 of 115

| 109180 | FIRM GAS GATHERING AGREEMENT | DAVIS OFFSHORE LP AND MANTA RAY OFFSHORE GATHERING COMPANY LLC | 6/1/2005 | Unrecorded | Contract No. 109180 GC 157 |
|---|---|---|---|---|---|
| 109180 | MEMORANDUM OF AGREEMENT RECORDABLE AGREEMENT | DAVIS OFFSHORE LP AND MANTA RAY OFFSHORE GATHERING COMPANY LLC | 6/1/2005 | Unrecorded | Contract No. 109180 GC 157 |
| 109180-IIWA | INTERACTIVE INTERNET WEBSITE AGREEMENT | MANTA RAY OFFSHORE GATHERING COMPANY LLC AND DAVIS OFFSHORE LP | 6/1/2005 | Unrecorded | Contract No. 109180-IIWA |
| 109180-AUTH | AUTHORIZATION AGREEMENT | DAVIS OFFSHORE LP, ENTERPRISE PRODUCTS OPERATING LP AND MANTA RAY OFFSHORE GATHERING COMPANY LLC | 6/1/2005 | Unrecorded | Contract No. 109180-AUTH |
| | FIRM GAS GATHERING AGREEMENT | NEMO GATHERING COMPANY LLC AND DAVIS OFFSHORE, LP | 6/1/2005 | Unrecorded | GC Block 157 |
| | AMENDATORY PROCESSING AGREEMENT | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 2/1/2006 | Unrecorded | Amendment to the Neptune Gas Processing Agmt 05/01/2005 - Exhibit A Amended to add GC 199, Lorien GC 199 as committed Lands/Leases |
| 109180-AMD | FIRST AMENDMENT TO FIRM GAS GATHERING AGREEMENT | DAVIS OFFSHORE LP AND MANTA RAY OFFSHORE GATHERING COMPANY LLC | 3/1/2006 | Unrecorded | Contract No. 109180-AMD Adding GC Block 199 |
| GC 3824-001 | BAYOU BLACK CONDENSATE ELECTION AGREEMENT | WFS - LIQUIDS COMPANY ("WILLIAMS") AND DAVIS OFFSHORE, LP | 5/1/2006 | Unrecorded | Contract No. GC 3824-001 |

Debtors' Exhibit D
Page 84 of 115

| GC 3824 | BAYOU BLACK TERMINAL - TERMINALLING AGREEMENT | WFS - LIQUIDS COMPANY ("WILLIAMS") AND DAVIS OFFSHORE, LP | 5/1/2006 | Unrecorded | Contract No. GC 3824 |
|---|---|---|---|---|---|
| #L815 (EGPLLC) | PRODUCTS PURCHASE AGREEMENT FOR DAVIS OFFSHORE LP VOLUMES CALUMET GAS PROCESSING PLANT - ST. MARY PARISH, LOUISIANA | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 3/1/2007 | Unrecorded | ANR Meter Number 512544; Station 1000970; Block Description:  SS 207/Manta Ray Pipeline; Contract #L815 Bellis and Lorien wells |
| #L928 (EGPLLC) | GAS PROCESSING, FRACTIONATION & PRODUCT PURCHASE AGREEMENT (TRANSCO AND/OR GULF SOUTH) NORTH TERREBONNE GAS PROCESSING PLANT, TEBONE FRACTIONATION PLANT | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 4/1/2008 | Unrecorded | Gas flowing from Manta Ray Pipeline via the Ship Shoal 332 interconnect to Transco (meter numbers 2750BT-02 and 2750LO-01.  Contract #L928 |
| | OIL PURCHASE AGREEMENT | MARATHON OIL COMPANY AND POSEIDON OIL PIPELINE COMPANY, L.L.C. | 11/21/2008 | Unrecorded | NE/4 Block 201 surface down to 17,000' tvd subsea only |
| 9050904 | NAME CHANGE | TRANSCONTINENTAL GAS PIPELINE CORPORATION TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC | 12/31/2008 | Unrecorded | Contract No. 9050904 effective 02/22/2007 |
| | ROYALTY IN KIND PROGRAM | MINERALS MANAGEMENT SERVICE AND LLOG EXPLORATION CO LLC | 1/29/2009 | Unrecorded | GC Block 201 |

| | DESIGNATION OF MARKETING AGENT | POSEIDON OIL PIPELINE COMPANY LLC AND DAVIS OFFSHORE, LP | 3/6/2009 | Unrecorded | GC Block 201 |
|---|---|---|---|---|---|
| #L1217 (EGPLLC) | LIQUID HYDROCARBON STABILIZATION AGREEMENT | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 2/1/2011 | Unrecorded | Neptune Plant Stabilizer Unit with attached Measurement and Allocation for Manta Ray / Nautilis System Agreement dated 01/01/2005 described as Exhibit "C" |
| 26 0517 000 | INJECTED AND RETROGRADE CONDENSATE TRANSPORTATION AND BTU REDUCTION MAKE-UP AGREEMENT - SOUTHEAST LATERAL (BAYOU BLACK PLANT) | DAVIS OFFSHORE, LP TRANSCONTINENTAL GAS PIPE LINE COMPANY LLC | 1/1/2012 | Unrecorded | Transco Agreement No. 26 0517 000 - Lorien wells |
| 13 0231 000 | AMENDMENT TO INJECTED AND RETROGRADE CONDENSATE TRANSPORTATION AND BTU REDUCTION MAKE-UP AGREEMENT - SOUTHEAST LATERAL | | 1/1/2012 | Unrecorded | Transco Agreement No. 13 0231 000 |
| C230LP0001 (DEA033797) | OIL PURCHASE AGREEMENT | SHELL TRADING (US) COMPANY AND DAVIS PETROLEUM OFFSHORE LP | 3/1/2012 | Unrecorded | Shell Trading Contract Ref No. C230LP0001 formerly DEA033797 - Amendment No. 003 |

Schedule 4.1(i)
Page **15** of **16**

| #L1426 (EGPLLC) | SECOND AMENDMENT TO GAS PROCESSING, FRACTIONATION & PRODUCT PURCHASE AGREEMENT | DAVIS OFFSHORE LP AND ENTERPRISE GAS PROCESSING LLC | 5/1/2012 | Unrecorded | North Terrebonne Gas Plant        1) All of Plat Supplier's production interest in the Lorien Field (GC 199) via Manta Ray Pipeline via Ship Shoal 332, Transco meter #2750LO-04 2) All of Plant Supplier's working interest in gas flowing from the Manta Ray Pipeline via the Ship Shoal 332 interconnect to Transco (meter #2750BT-02 (Brutus) and 2750LO-01 (Lorien/Angus). |
|---|---|---|---|---|---|
| 109180 | SECOND AMENDMENT TO FIRM GAS GATHERING AGREEMENT | DAVIS OFFSHORE LP AND MANTA RAY OFFSHORE GATHERING COMPANY LLC | 7/25/2012 | Unrecorded | Contract No. 109180 - GC 199 updated Davis interest |
| | CONSENT TO ASSIGN OF GAS PROCESSING AGREEMENT, NEPTUNE CRYOGENIC GAS PROCESSING PLANT, ST. MARY PARISH, LA | MARATHON OIL COMPANY AND DAVIS OFFSHORE, LP | 1/3/2013 | Unrecorded | Marathon Oil Company and Samchully Midstream 1 LLC entered into a PSA of Marathon's interest in Plant. |

Debtors' Exhibit D
Page 87 of 115

## SCHEDULE 4.1(j)

## COMPLIANCE WITH CONTRACTS

**None**

**SCHEDULE 4.1(k)**

**CONTESTED TAXES**

**<u>None</u>**

## SCHEDULE 4.1(l)

## PREFERENTIAL RIGHTS AND TRANSFER REQUIREMENTS

**None**

## SCHEDULE 4.1(m)

## TITLE

**Encumbrances**

1. The Lessor's royalty reserved pursuant to the Subject Leases.
2. All third party overriding royalty interests of record and burdening the Subject Leases, resulting in Davis Offshore's Net Revenue Interests (NRI) and/or overriding royalty interests (ORRI) being as set forth below.

**Title**

| Field / Prospect Name | Well Name / No. / Desc. | WI | NRI |
|---|---|---|---|
| Lorien | GC/199 001 ST00 BP00 | 40.0000% | 34.7000% |
| Lorien | GC/199 001 ST00 BP01 | 40.0000% | 34.7000% |
| Lorien | GC/199 001 ST00 BP02 | 40.0000% | 34.7000% |
| Lorien | GC/199 001 ST01 BP00 | 40.0000% | 34.7000% |
| Lorien | GC/199 001 ST02 BP00 | 40.0000% | 34.7000% |
| Lorien | GC/199 SS002 ST00 BP00 | 40.0000% | 34.7000% |
| Lorien | GC/199 SS002 ST01 BP00 | 40.0000% | 34.7000% |
| Lorien | GC/199 SS002 ST02 BP00 | 40.0000% | 34.7000% |
| J. Bellis | GC/157 001 | 15.0000% | 12.6750% |
| J. Bellis | GC/201 001 ST 2 | 15.0000% | 11.2125% |
| J. Bellis | GC/157 003 ST 1 | 15.0000% | 12.6750% |
| Condor | GC/448 001 ST02 | 0.0000% | 4.5000% (ORRI) |
| Talon (West & South) | GC/198 Insofar as (W/2 and S/2 SE/4), all depths | 70.0000% | 56.2333% Plus *0.75% (ORRI) |
| Talon (NE) Shallow | GC/198 Insofar as (NE/4 and N/2 SE/4), Insofar as surface to 23,000 feet subsea TVD | 10.0000% | 8.0333% |
| Talon (NE) Deep | GC/198 Insofar as (N/2 SE/4), Insofar as below 23,000 feet subsea TVD | 10.0000% | 8.0333% |
| Talon (NE) Deep | GC/198 Insofar as (NE/4), Insofar as below 23,000 feet subsea TVD | 7.0000% | 5.6233% |
| Skyhawk | VK/993, all depths | 0.0000% | 3.2000% (ORRI) |
| Simba | GC/296, all depths | 100.0000% | 80.4500% |
| Cutter | GC/344, all depths | 26.6875% | 20.8829% |
| Roan | GC/289, all depths | 100.0000% | 78.2500% Plus *1.0000% (ORRI) |

*The ORRI in Talon (West & South) & Roan Prospects are owned by **Davis Offshore Partners LLC**

**SCHEDULE 4.1(n)**

**SUSPENSE FUNDS**

**<u>None</u>**

## SCHEDULE 4.1(o)

### IMBALANCES

**None**

## SCHEDULE 4.1(p)

## PRODUCTION CALLS

**<u>None</u>**

## SCHEDULE 4.1(q)

## OUTSTANDING CAPITAL

**<u>None</u>**

## SCHEDULE 4.1(r)

## BONDS

1.  Bond No. RLB0002985 (Form MMS-2028) - Outer Continental Shelf Mineral Lessee's and Operator's Bond and Act of Suretyship from RLI Insurance Company (Surety) for Davis Offshore, L.P. (Principal) executed on March 13, 2001, in the amount of $300,000.

**SCHEDULE 4.1(s)**

**ENVIRONMENTAL MATTERS**

**<u>None</u>**

## SCHEDULE 4.1(v)

## IDLE IRON COMMUNICATIONS / OBLIGATIONS OUTSTANDING

From: "Kavanaugh, Casey" <casey.kavanaugh@bsee.gov>
To: <rwebb@nobleenergyinc.com>
Date: 01/31/2014 01:34 PM
Subject: EXTERNAL: Noble's 2014 Idle Iron List

Dear Mr. Webb,

This e-mail is being sent to you on an annual basis to inform you about the most up-to-date wells and structures on your company's idle iron list. Attached is a list of all your expired/idle wells that still need required action per 30 CFR 250.1715(a), 250.1710, 250.1703(c) and 250.1711(b).

BSEE requests that you submit the attached form outlining how you will meet your abandonment obligations by February 21, 2014. This form should include the estimated date for submitting the abandonment permit, an estimated date for commencing the abandonment work and an estimated date for completing the abandonment work for each individual well and platform. Also, please add to this list any other wells and structures that you plan on abandoning within the year that is not included on the attached lists. It would be helpful, when filling out the forms, to send back in the same format that it was sent and all the additional wells/structures be added under a different tab or attachment.

If you feel that a well does have some future utility or is capable of producing oil, gas, or sulphur in paying quantities, then you must include the following:

1.  Detailed discussion of the well's usefulness along with supporting documentation.
2.  Log section identifying the zone(s) to be produced.
3.  Recoverable reserve estimate.
4.  Reservoir parameters (e.g., porosity, ac-ft, water saturation, formation volume factor, etc.) including recovery factor.
5.  List of all wells penetrating the reservoir.
6.  Structure map showing penetration points and depths for each well penetrating the reservoir, fluid contacts and reservoir boundaries.
7.  Isopach map showing the net feet of pay for each well, identified at the penetration point.
8.  Any well test information acquired.
9.  Detailed economic analysis.
10.  A schedule of the well work.
11.  An estimated date of resuming production.

Submitting this form can act as your company's revised annual idle iron plan.  BSEE will review the details of your plan and make a determination if the plan is acceptable. If the plan is acceptable, two separate approval letters should be expected. One for the abandonment schedule and another for future utility will be granted under two separate approvals. If there are elements of the plan that are deemed unacceptable, then a meeting will be scheduled with the appropriate BSEE offices to address the concerns.

Please address any questions on the content of this e-mail to Mrs. Casey Kavanaugh with the BSEE, GOMR at the contact number below or by e-mail at casey.kavanaugh@bsee.gov.

Thanks,

*Casey Kavanaugh*
      Workover Coordinator
   District Operations Support Section
      GOMR Regional Office
         (504) 736-2701 (See attached file: Noble Energy, Inc.t02237)-Wells-140108.xls)

Schedule 4.1(v)
Page **2** of **2**

## SCHEDULE 4.1(w)

## PAYMENTS

<u>**None**</u>

## SCHEDULE 4.1(y)

### Davis Offshore - Partnership Interests

| ISSUER: DAVIS OFFSHORE L.P. | |
|---|---|
| **PARTNER** | **PARTNERSHIP INTEREST HELD** |
| DAVIS PETROLEUM ACQUISITION CORP., limited partner | 99% interest as a limited partner |
| DAVIS OFFSHORE PARTNERS LLC, general partner | 1% interest as a general partner |

SCHEDULE 4.1(cc)
FINANCIAL INFORMATION OF DAVIS OFFSHORE

Davis Offshore Partners, LLC
Davis Offshore, L.P.
Consolidated Balance Sheet

($ in thousands)

| | Ending Period: | May 31, 2014 | June 30, 2014 |
|---|---|---|---|
| ASSETS | | | |
| Current: | | | |
| Cash and cash equivalents | $ | (209) | $ (217) |
| Accounts receivable, net | | 2,290 | 2,058 |
| Intercompany | | 98,873 | 100,286 |
| Other current assets | | - | - |
| | | 100,954 | 102,127 |
| Property, plant, and equipment: | | | |
| Oil and gas properties (full cost method) | | | |
| Proved properties | | 188,299 | 188,360 |
| Unproved properties and properties under development, not being amortized | | 8,605 | 8,638 |
| Other | | 209 | 209 |
| Less: Accumulated depreciation, depletion, and amortization | | (8,426) | (8,997) |
| Total property, plant, and equipment, net | | 188,687 | 188,210 |
| Other assets | | - | - |
| TOTAL ASSETS | $ | 289,641 | $ 290,337 |
| | | | |
| LIABILITIES | | | |
| Current: | | | |
| Accounts payable and accrued expenses | $ | (739) | $ (810) |
| Oil and gas revenues and royalties payable | | (2,229) | (2,283) |
| | | (2,968) | (3,093) |
| Long-term debt | | | |
| Asset retirement obligations | | (20,622) | (20,701) |
| Other liabilities | | - | |
| | | | |
| STOCKHOLDERS' EQUITY | | | |
| Common stock, par value $0.01 per share | | - | - |
| Paid-in capital | | (93,020) | (93,024) |
| Retained earnings (accumulated deficit) | | (170,600) | (170,640) |
| YTD Income (Loss) | | (2,431) | (2,879) |
| Total Stockholders' Equity | | (266,051) | (266,543) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ | (289,641) | $ (290,337) |

| Accounts Payable | | |
|---|---|---|
| Trade Payables | 47,562 | Includes $59,820 related to Clipper to be retained by DPAC |
| Accrued LOE | 704,818 | |
| Other Accrued Liabilities | 57,375 | Accrued bonus to be retained by DPAC |
| | 809,755 | |

| Accounts Receivable | | |
|---|---|---|
| Joint Interest Receivable | 24,073 | (A) |
| Purchaser Receivable | (243,430) | (B) |
| Accrued Revenue Receivable | 2,491,899 | |
| A/R Clearing | 138,107 | |
| Cash Clearing | (354,632) | |
| | 2,056,017 | |

| (A) Joint Interest Receivable Aging | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|
| Energy Partners, LTD | 16,416 | - | - | - | - | 16,416 |
| Calypso Exploration | 7,657 | 7,657 | - | - | - | - |
| | 24,073 | 7,657 | - | - | - | 16,416 |

| (B) Purchaser Receivable | Balance | Current | 1 Month Old | 2 Months Old | 3 Months Old | 4+ Months Old |
|---|---|---|---|---|---|---|
| Transcontinental Gas Ppl. Cor | 1,697 | - | - | - | - | 1,697 |
| Williams Field Services | 45 | - | - | - | - | 45 |
| John Bellis | 21,066 | - | - | - | - | 21,066 |
| Llog Exploration offshore Inc | (287,545) | (7,915) | (23,686) | (9,693) | 2 | (246,253) |
| Noble Energy Inc. | 6,825 | - | - | - | - | 14,567 |
| Nemo Gathering Company LLC | 2,640 | 70 | - | - | (7,742) | 2,571 |
| Manta Ray offshore Gathering | 64,525 | (1,177) | - | (6,773) | (6,046) | 78,521 |
| Enterprise Gas Processing LLC | 311,418 | - | - | - | - | 311,418 |
| Davis Offshore LP | (364,098) | - | - | - | - | (364,098) |
| Deep Gulf Energy LP | (3) | - | - | - | - | (3) |
| | (243,430) | (9,022) | (23,686) | (16,466) | (13,786) | (180,470) |

## SCHEDULE 4.2(b)

## NO CONFLICT OR VIOLATION

**<u>None</u>**

## SCHEDULE 4.2(c)

## CONSENTS

**<u>None</u>**

## SCHEDULE 4.2(d)

## ACTIONS

**<u>None</u>**

### SCHEDULE 4.2(f)

### Davis Offshore Partners' Ownership of Partnership Interest in Davis Offshore

| ISSUER: DAVIS OFFSHORE L.P. | |
|---|---|
| PARTNER | PARTNERSHIP INTERESTS HELD |
| DAVIS OFFSHORE PARTNERS LLC, general partner | 1% General Partnership Interest |
| | OTHER INTERESTS HELD |
| DAVIS OFFSHORE PARTNERS LLC | 0.75% ORRI - Talon West & South Prospects<br><br>1.00% ORRI - Roan Prospect |

Note:  See Schedules 2.1(a) and 4.1(m) for a more detailed description of the Talon West & South and Roan prospects.

**SCHEDULE 4.2(h)**

**Davis Offshore Partners – Membership Interests**

| ISSUER: DAVIS OFFSHORE PARTNERS LLC | |
|---|---|
| **MEMBER** | **PERCENTAGE INTEREST HELD** |
| DAVIS PETROLEUM ACQUISITION CORP., managing member | 100% |

SCHEDULE 4.2(n)
FINANCIAL INFORMATION OF DAVIS OFFSHORE PARTNERS

Davis Offshore Partners, LLC
Davis Offshore, L.P.
Consolidated Balance Sheet

($ in thousands)

| | Ending Period: | May 31, 2014 | | June 30, 2014 |
|---|---|---|---|---|
| ASSETS | | | | |
| Current: | | | | |
| Cash and cash equivalents | | $ (209) | | $ (217) |
| Accounts receivable, net | | 2,290 | | 2,058 |
| Intercompany | | 98,873 | | 100,286 |
| Other current assets | | - | | - |
| | | 100,954 | | 102,127 |
| Property, plant, and equipment: | | | | |
| Oil and gas properties (full cost method) | | | | |
| Proved properties | | 188,299 | | 188,360 |
| Unproved properties and properties under development, not being amortized | | 8,605 | | 8,638 |
| Other | | 209 | | 209 |
| Less: Accumulated depreciation, depletion, and amortization | | (8,426) | | (8,997) |
| Total property, plant, and equipment, net | | 188,687 | | 188,210 |
| Other assets | | - | | - |
| TOTAL ASSETS | | $ 289,641 | | $ 290,337 |
| | | | | |
| LIABILITIES | | | | |
| Current: | | | | |
| Accounts payable and accrued expenses | | $ (739) | | $ (810) |
| Oil and gas revenues and royalties payable | | (2,229) | | (2,283) |
| | | (2,968) | | (3,093) |
| Long-term debt | | - | | |
| Asset retirement obligations | | (20,622) | | (20,701) |
| Other liabilities | | - | | |
| | | | | |
| STOCKHOLDERS' EQUITY | | | | |
| Common stock, par value $0.01 per share | | - | | - |
| Paid-in capital | | (93,020) | | (93,024) |
| Retained earnings (accumulated deficit) | | (170,600) | | (170,640) |
| YTD Income (Loss) | | (2,431) | | (2,879) |
| Total Stockholders' Equity | | (266,051) | | (266,543) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | | $ (289,641) | | $ (290,337) |
| | | - | | - |

| Accounts Payable | | |
|---|---|---|
| Trade Payables | 47,562 | Includes $59,820 related to Clipper to be retained by DPAC |
| Accrued LOE | 704,818 | |
| Other Accrued Liabilities | 57,375 | Accrued bonus to be retained by DPAC |
| | 809,755 | |

| Accounts Receivable | | |
|---|---|---|
| Joint Interest Receivable | 24,073 | (A) |
| Purchaser Receivable | (243,430) | (B) |
| Accrued Revenue Receivable | 2,491,899 | |
| A/R Clearing | 138,107 | |
| Cash Clearing | (354,632) | |
| | 2,056,017 | |

| (A) Joint Interest Receivable Aging | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|
| Energy Partners, LTD | 16,416 | - | - | - | - | 16,416 |
| Calypso Exploration | 7,657 | 7,657 | - | - | - | - |
| | 24,073 | 7,657 | - | - | - | 16,416 |

| (B) Purchaser Receivable | Balance | Current | 1 Month Old | 2 Months Old | 3 Months Old | 4+ Months Old |
|---|---|---|---|---|---|---|
| Transcontinental Gas Ppl. Cor | 1,697 | - | - | - | - | 1,697 |
| Williams Field Services | 45 | - | - | - | - | 45 |
| John Bellis | 21,066 | - | - | - | - | 21,066 |
| Ulog Exploration offshore Inc | (287,545) | (7,915) | (23,686) | (9,693) | 2 | (246,253) |
| Noble Energy Inc. | 6,825 | - | - | - | (7,742) | 14,567 |
| Nemo Gathering Company LLC | 2,640 | 70 | - | - | - | 2,571 |
| Manta Ray offshore Gathering | 64,525 | (1,177) | - | (6,773) | (6,046) | 78,521 |
| Enterprise Gas Processing LLC | 311,418 | - | - | - | - | 311,418 |
| Davis Offshore LP | (364,098) | - | - | - | - | (364,098) |
| Deep Gulf Energy LP | (3) | - | - | - | - | (3) |
| | (243,430) | (9,022) | (23,686) | (16,466) | (13,786) | (180,470) |

## SCHEDULE 4.2(p)

## ABSENCE OF CERTAIN CHANGES

**None**

## SCHEDULE 4.3(b)

## NO CONFLICT OR VIOLATION

**None**

**SCHEDULE 4.3(c)**

**CONSENTS**

**<u>None</u>**

**SCHEDULE 4.3(d)**

**ACTIONS**

**None**

## SCHEDULE 6.1

## CONDUCT OF BUSINESS

**<u>None</u>**

**SCHEDULE 6.11(a)**

**SEISMIC LICENSE TRANSFER**

1.  Seismic Data Licensed pursuant to (i) the General Non-Exclusive License Agreement for the Use of Proprietary Marine 3D Geophysical Data Agreement dated effective December 15, 2003, by and between CGG Americas Inc., a predecessor in interest to CGG Services (U.S.) Inc. and Davis Offshore L.P., and (ii) the Master Geophysical Data-use License dated effective May 25, 2006 by and between Veritas Geophysical Corporation, now known as CGG Services (U.S.) Inc. and Davis Offshore, L.P. (together "the Licenses"), including all data, derivatives, related contracts, agreements, amendment and schedules thereunder, including but not necessarily limited to such data more fully described on the schedules referenced below. It is understood that the Licenses and the below-referenced data Schedules will be replaced by a new master license agreement between Fieldwood Energy LLC and CGG Services (U.S.) Inc. and a supplement thereto, in accordance with the Consent to Transfer letter agreement dated July 30, 2014 between Davis, CGG, and Fieldwood:

| Schedules and Supplement (subject to the Licenses) | Dated |
|---|---|
| CGG-001 | 12/15/2003 |
| CGG-002 | 2/11/2004 |
| CGG-003 | 4/14/2004 |
| CGG-004 (if any – not located) | |
| CGG-005 | 9/29/2004 |
| CGG-006 | 12/7/2004 |
| CGG-007 | 12/13/2005 |
| CGG-008 | 12/16/2005 |
| CGG-009 | 1/3/2006 |
| CGG-010 | 5/9/2006 |
| CGG-011 | 5/9/2006 |
| CGG-012 | 5/9/2006 |
| CGG-013 | 5/9/2006 |
| CGG-014 | 5/9/2006 |
| CGG-015 | 6/15/2006 |
| CGG-016 | 9/1/2006 |
| CGG-017 | 11/16/2006 |
| CGG-018 | 2/7/2007 |
| CGG-019 | 2/7/2007 |
| CGG-020 | 4/9/2007 |
| CGG-021 | 6/8/2007 |
| CGG-022 | 4/21/2008 |
| CGG-023 | 6/12/2008 |
| CGG-024 (if any – not located) | |
| CGG-025 | 4/17/2009 |
| CGG-026 (as amended) | 4/26/2010 |
| VMS-001 | 5/26/2006 |

2.   The Seismic Data licensed by Davis Offshore, L.P. pursuant to that certain letter agreement dated March 15, 2012 between WesternGeco LLC  and Davis Offshore, L.P. covering the E-Octopus (WAZ) III and E-Wave, covering 11 OCS blocks all as more particularly described therein and further confirmed via Supplement Agreements No: 1000067-3D-J1203046 and 1000067-3D-J1203047, both dated March 16, 2012, between WesternGeco LLC and Davis Offshore, originally licensed pursuant to that certain Master License Agreement for Multiclient Seismic Data dated effective May 7, 2010, by and between WesternGeco L.L.C. and Davis Offshore (the "Western Data License") but which shall be transferred to Fieldwood Energy LLC under the Fieldwood Energy LLC Master Agreement for Licensing of Multiclient Seismic Data with WesternGeco dated July 1, 2013. None of the other Seismic Data licensed by Davis Offshore pursuant to the Western Data License is being transferred by Buyer.