Case 20-33948  Document 775/25/2  Filed in TXSB on 01/26/21  Page 129 of 236

## CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT
## AND FINANCING STATEMENT
## (LOUISIANA)

This Correction to Memorandum of Operating Agreement and Financing Statement (Louisiana) entered into by and between LLOG Exploration Offshore, Inc. as Operator, and Davis Offshore, L.P., as Non-Operating Party:

### WITNESSETH: THAT,

WHEREAS, Operator and Non-Operating Party, entered into that certain Memorandum of Operating Agreement and Financing Statement (Louisiana) effective December 12, 2002 and recorded in Conveyance Book No. 2161, Page 634, File # 1328132, in Mortgage Book No. 2201, Page 579, File # 1328132 and in Uniform Commercial Code Book under File # 1328132 of the records of Terrebonne Parish, Louisiana; and

WHEREAS, it has come to the attention of Operator and Non-Operating Party that an error exists in the Contract Area of Attachment "1" to said Memorandum; and

WHEREAS, Operator and Non-Operating Party mutually desire to correct this error to the extent delineated hereinafter and only to such extent.

NOW, THEREFORE, Operator and Non-Operating Party hereby agree to correct said Attachment "1" to Memorandum of Operating Agreement and Financing Statement as follows:

THAT the entire Contract Area of Attachment "1" and reading:

**I.     Contract Area:**

**Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.**

**Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as Garden Banks, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.**

1

596

shall be and is hereby corrected to read:

I.  **Contract Area:**

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as **Green Canyon**, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.

 Further, Operator and Non-Operating Party agree that, except as herein corrected, the herein above Memorandum of Operating Agreement and Financing Statement shall remain unchanged and as originally written. Insofar as may be necessary, Operator and Non-Operating Party acknowledge said Memorandum, as corrected, is presently a valid, subsisting, and continuing Memorandum of Operating Agreement and Financing Statement.

**OPERATOR:**

**WITNESSES:**                          **LLOG Exploration Offshore, Inc.**

_Kay Bonura_                            By: _Gerald P. Whitman_
Printed Name of Witness: Kay Bonura     Printed Name: Gerald P. Whitman
_Alisha Viger_                          Title: Vice President - Land
Printed Name of Witness: Alisha Viger   Date: 9/9/09


**NON-OPERATING PARTY:**

**WITNESSES:**                          **Davis Offshore, L.P.**

_Earl Strangel_                         By: _Michael S. Reddin_
Printed Name of Witness: Earl Strangel  Printed Name:  Michael S. Reddin
_J.A. Sansbury_                         Title:   President and Chief Executive Officer
Printed Name of Witness:  J.A. Sansbury Date:   September 1, 2009

2

**ACKNOWLEDGMENT**

                                    **OPERATOR:**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    On this 9ᵗʰ day of *September* 2009, before me, appeared **Gerald P. Whitman**, to me personally known, who, being by me duly sworn, did say that he is the Vice President - Land of **LLOG Exploration Offshore, Inc.**, a Louisiana corporation, and that the foregoing instrument was signed on behalf of the corporation by authority of its Board of Directors and that he acknowledged the instrument to be the free act and deed of the corporation.

Judy Reimel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

_____
NOTARY PUBLIC

**ACKNOWLEDGMENT**

                                **NON-OPERATING PARTY:**

**STATE OF TEXAS**

**COUNTY OF HARRIS**

On this 1ˢᵗ day of September, 2009, before me, appeared Michael S. Reddin, to me personally known, who, bein me duly sworn, did say that he is the President and Chief Executive Officer of **Davis Offshore, L.P.**, a Lim Partnership, and that the foregoing instrument was signed on behalf of the partnership and that he acknowledge instrument to be the free act and deed of the partnership.



JEANETTE MCKINZIE
Notary Public, State of Texas
My Commission Expires
July 07, 2013

Notary Public

3