# STATE OF LOUISIANA
## UNIFORM COMMERCIAL CODE - FINANCING STATEMENT
### UCC-1
Important - Read Instructions before filing out form.

**Follow instructions carefully.**

1. Debtor's exact full legal name - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names.

| | |
|---|---|
| 1a Organization's Name | LLOG Exploration Offshore, Inc. |
| OR 1b Individual's Last Name (and Title of Lineage e.g. Jr. Sr., III, if applicable) | First Name / Middle Name |

| 1c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 1001 Ochsner Blvd., Suite 200 | Covington | LA | 70433 | USA |

| 1d Tax ID #: SSN or EIN | Add'l info re Organization Debtor: | 1e Type of Organization | 1f Jurisdiction of Organization | 1g Organizational ID # if any |
|---|---|---|---|---|
| 72-1322580 | | corporation | Louisiana | LA34525211D ☐ None |

2. Additional debtor's exact full legal name - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names.

| | |
|---|---|
| 2a Organization's Name | See attached Sheet "A" for additional debtors |
| OR 2b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr. III), if applicable) | First Name / Middle Name |

| 2c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| | | | | |

| 2d Tax ID #: SSN or EIN | Add'l info re Organization Debtor: | 2e Type of Organization | 2f Jurisdiction of Organization | 2g Organizational ID #, if any ☐ None |
|---|---|---|---|---|

3. Secured Party's Name (or Name of Total Assignee of Assignor S/P) - insert only <u>one</u> secured party name (3a or 3b)

| | |
|---|---|
| 3a Organization's Name | LLOG Exploration Offshore, Inc. |
| OR 3b Individual's Last Name (and Title of Lineage (e.g. Jr., Sr., III), if applicable) | First Name / Middle Name |

| 3c Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 1001 Ochsner Blvd, Suite 200 | Covington | LA | 70433 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See attached Memorandum of Operating Agreement and Financing Statement

5a Check if applicable and attach legal description of real property: ☒ Fixture filing ☒ As-extracted collateral ☐ Standing timber constituting goods
   ☐ The debtor(s) do not have an interest of record in the real property (Enter name of an owner of record in 5b)

5b Owner of real property (if other than named debtor)

6a Check <u>only</u> if applicable and check <u>only</u> one box
   ☐ Debtor is a Transmitting Utility. Filing is Effective Until Terminated
   ☐ Filed in connection with a public finance transaction. Filing is effective for 30 years

6b Check <u>only</u> if applicable and check <u>only</u> one box
   Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

10. The space below is for Filing Office Use Only

7. ALTERNATIVE DESIGNATION (If applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC-FILING

8. Name and Phone Number to contact filer
   Kay Bonura   985-801-4300

9. Send Acknowledgment To: (Name and Address)
   Attention: Kay Bonura
   LLOG Exploration Company, L.L.C.
   1001 Ochsner Blvd, Suite 200
   Covington, LA 70433

11. ☐ CHECK TO REQUEST SEARCH REPORT(S) ON DEBTORS (ADDITIONAL FEE REQUIRED) ☐ ALL DEBTORS ☐ DEBTOR1 ☐ DEBTOR2

## INSTRUCTIONS FOR LOUISIANA UCC FINANCING STATEMENT (FORM UCC 1)

Please type or laser print this form. Be sure it is completely legible. Read all instructions, especially instruction 1; correct Debtor name is crucial. Follow instructions completely.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. Filing office cannot give legal advice.

If you need to use attachments, use 8-1/2 x 11 inch sheets of paper and put at the top of each sheet the name of the first Debtor, formatted exactly as it appears in Item 1 of this form.

If an Acknowledgment copy is to be returned to other than the Secured Party, please indicate the name and mailing address of the person or firm to whom the copy is to be returned in Item No. 9.

If filer desires (at filer's option), check appropriate box in Item No. 11 to request Search Reports(s) on all or some of the Debtors named in this Financing Statement. The report will list all Financing Statements on file against the designated Debtor on the date of the Report: including this Financing Statement. There is an additional fee for each Report. If you have checked a box in Item No. 11, file Search Request Copy together with the Filing Officer Copy (and Acknowledgment Copy).

1. **Debtor Name** - Enter only one Debtor name in Item 1, (organization's name (1a) or individual's name (1b)). Enter Debtor's exact full legal name. Do not abbreviate.

1a. **Organization Debtor** - "Organization" means an identity having legal identity separate from its owner. A partnership is an organization; a sole proprietorship is not an organization, even if it does business under a trade name. If Debtor is a partnership enter exact full legal name of partnership; you need not enter names of partners as additional Debtors. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company, (it is advisable to examine Debtor's current filed charter documents to determine Debtor's correct name, organization type and jurisdiction.)

1b. **Individual Debtor** - "Individual" means a natural person; this includes a sole proprietorship, whether or not operating under a trade name. Don't use refixes (Mr., Mrs.) or titles (e.g., M.D.) Titles of lineage (e.g., Jr., Sr., III) are included in the last name field following the family name and preceded by a comma (Smith, Jr.). Use married woman's personal name (Mary Smith, not Mrs. John Smith). Enter individual Debtor's family name in the Last Name box (followed by a title of lineage, if applicable), first given name in First Name box and all additional given names in Middle Name box. Do not use Debtor's trade name, DBA, AKA, PKA, division names, etc. in place of or combined with Debtor's legal name; you may add such other names as additional Debtors if you wish (but this is neither required nor recommended).

1c. An address is always required for the Debtor(s) named in 1a or 1b.

1d. Louisiana law does not require Debtor's taxpayer identification number-social security or employer identification number, however, it may be required in some states.

1e,f,g. "Additional information re organization Debtor" is always required. Type of organization and jurisdiction of organization as well as Debtor's exact legal name can be determined from Debtor's current filed charter document. Organization ID#, if any, is assigned by the agency where the charter document was filed; this is different from tax ID#. This should be entered preceded by the 2-charter U.S. Postal identification of state of organization if one of the United States (e.g., CA 12345, for California Corporation whose organization ID# is 12345. If agency does not assign organizational #, check box in Item 1g indicating "none".

2. If an additional Debtor is included, complete Item 2, determined and formatted per instruction 1. To include further additional Debtors, or one or more additional Secured Parties, attach a 8-1/2 x 11 inch sheet of paper. Head each additional sheet with the Debtor's name. Follow instruction 1 for determining and formatting additional names or use of the National UCC Financing Statement Addendum (UCC1ad) is also acceptable.

3. Enter information for Secured Party or Total Assignee, determined and formatted per instruction 1. If there is more than one Secured Party, see instruction 2. If there has been a total assignment of the Secured Party's interest: prior to filing this form, you may enter Total Assignee's name and address in Item 3.

4. Use Item 4 to indicate the collateral covered by the Financing Statement. If space in Item 4 is insufficient, attach a 8 1/2 x 11 additional sheet of paper.

5. If collateral is timber to be cut or as-extracted collateral, or if this Financing Statement is filed as a fixture filing, check appropriate box in Item 5; attach a description of the real estate; and if Debtor is not a record owner of the described real estate, also provide in Item 5b, the name of the record owner. Note: Louisiana law does not require these financing statements to be filed in the real estate records even though the immovable property legal description is required to be attached; instead they are filed in the UCC records of any Louisiana filing office (see below).

6a. This applies if Debtor is a Transmitting Utility or if the Financing Statement relates to a Public Finance Transaction. Check only if applicable and check only one box.

6b. This applies if Debtor is a trust or Trustee acting with respect to property held in trust or is a decedent's estate. Check if applicable and check only one box.

7. If filer desires (at filer's option) to use titles of lessee and lessor, or consignee and consignor, or seller and buyer (in case of accounts or chattel paper) or bailee and bailor instead of Debtor and Secured Party, check appropriate box in Item 7. If this is an agricultural lien (as defined in applicable Commercial Code) filing or is otherwise not a UCC security interest filing (e.g., a tax lien, etc.) check appropriate box in Item 7.

8. **PROPER PLACE TO FILE:** UCC-1 Financing Statement and attachments may be filed with any Louisiana Parish Clerk of Court or with the Recorder of Mortgages in Orleans Parish (without regard to the debtor's address or the location of the collateral or of any related immovable).
**DO NOT FILE WITH THE SECRETARY OF STATE.**

582

# SHEET "A"

## FIRST DEBTOR: LLOG Exploration Offshore, Inc.

### ADDITIONAL DEBTOR

Davis Offshore, L.P.
1360 Post Oak Boulevard, Suite 2400
Houston, Texas 77056

### ADDITIONAL SECURED PARTY

Davis Offshore, L.P.
1360 Post Oak Boulevard, Suite 2400
Houston, Texas 77056

637