# Terrebonne Parish Recording Page

**I. Robert "Bobby" Boudreaux**
**Clerk Of Court**
P.O. Box 1569
Houma, La 70361-1569
(985) 868-5660

**Received From :**
LLOG EXPLORATION COMPANY LLC
1001 OSCHNER BLVD SUITE 200
COVINGTON, LA 70433

**First VENDOR**
LLOG EXPLORATION OFFSHORE INC

**First VENDEE**
DAVIS OFFSHORE L P

**Index Type :** Conveyances
**Type of Document :** Amendments
**Recording Pages :** 6

**File # :** 1331665
**Book :** 2167   **Page :** 593

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana


Clerk of Court

On (Recorded Date) : 09/16/2009

At (Recorded Time) : 9:47:05:000 AM

Doc ID - 010851390006

| Additional Index Recordings | | | |
|---|---|---|---|
| Index Type | Book | Page | File # |
| MTG | 2215 | 126 | 1331665 |
| UCC | | | 1331665 |

**Return To :**
LLOG EXPLORATION COMPANY LLC
1001 OSCHNER BLVD SUITE 200
COVINGTON, LA 70433

126

593

Do not Detach this Recording Page from Original Document

# STATE OF LOUISIANA

## UNIFORM COMMERCIAL CODE - AMENDMENT
### UCC-3
*Important - Read instructions Before Completing Form*

**FOLLOW INSTRUCTIONS (FRONT AND BACK CAREFULLY)**

1. Initial Financing Statement File # 55-1328132

2. ☐ Termination -Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ Continuation- Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ Assignment (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION) This amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

   Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
   ☐ CHANGE name and/or address ☐ DELETE name ☐ ADD name

**6. CURRENT RECORD INFORMATION:**

6a Organization's Name: LLOG Exploration Offshore, Inc.

6b Individual's Last Name | First Name | Middle Name

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a Organization's Name:

7b Individual's Last Name | First Name | Middle Name

7c Mailing Address | City | State | Postal Code | Country

7d Tax ID #: SSN or EIN | Add'l info re Organization: | 7e Type of Organization | 7f Jurisdiction of Organization | 7g Organization ID if any ☐ None

**8. AMENDMENT (Collateral Change):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

See Amendment Addendum Attached for Full Collateral Description

**9. NAME or SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of Debtor authorizing this Amendment

9a Organization's Name: LLOG Exploration Offshore, Inc.

9b Individual's Last Name | First Name | Middle Name

10. OPTIONAL FILER REFERENCE DATA

11. NAME AND PHONE OF CONTACT AT FILER (optional)
    Kay Bonura  985-801-4347

12. SEND ACKNOWLEDGMENT TO: (Name and Address)
    LLOG Exploration Offshore, Inc.
    Attention : Kay Bonura
    1001 Ochsner Blvd, Suite 200
    Covington, LA 70433

127

594

The above space is for filing office use only

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
**55-1328132**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
**LLOG Exploration Offshore, Inc.**

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

I. Contract Area:

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03.

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, and BP Exploration Inc., as Lessee, covering and affecting lands described as Green Canyon, Block 201, OCS Official Protraction Diagram, NG 15-3, insofar and only insofar as lease covers the northeast quarter (NE/4) from the surface down to 17,000 feet true vertical depth subsea.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)