Attn: KAY BONURA
LLOG EXPLORATION COMPANY LLC
1001 OSCHNER BLVD SUITE 200
COVINGTON, LA 70433

**First MORTGAGOR**

LLOG EXPLORATION OFFSHORE INC

**First MORTGAGEE**

DAVIS OFFSHORE L P

**Index Type :** Mortgages

**Type of Document :** Reinscription

**Recording Pages :** 2

**File # :** 1450879

**Book :** 2645     **Page :** 470

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana

_Theresa A. Robichaux_
Clerk of Court

On (Recorded Date) : 04/08/2014

At (Recorded Time) : 10:31:16AM

Doc ID - 012413600002

**Return To :**
LLOG EXPLORATION COMPANY LLC
1001 OSCHNER BLVD SUITE 200
COVINGTON, LA 70433

470

Do not Detach this Recording Page from Original Document

**State of Louisiana**

**Parish of Terrebonne**

There is of record in the Mortgage Records of Terrebonne Parish, Louisiana, a document entitled Memorandum of Operating Agreement and Financing Statement, which contains a mortgage and/or privilege recorded on July 27, 2009 in **Mortgage Book 2201, Page 579, under File # 1328132**, amended by that certain correction instrument recorded on September 16, 2009 in **Mortgage Book 2215, Page 126, File # 1331665**, both dated effective December 12, 2002, granted by and in favor of LLOG Exploration Offshore, Inc. (now known as LLOG Exploration Offshore, L.L.C. as a result of business conversion effective December 31, 2009) and Davis Offshore, L.P., both as a mortgagor and both as a mortgagee.

Please accept this as NOTICE AND REQUEST that the above described mortgage and/or privilege be reinscribed after the effect of recordation ceased, in accordance with La C.C. Article 3365.

Thus done and signed in St. Tammany Parish, Louisiana on the 3rd day of April, 2014.

**WITNESSES:**

_____
Print Name: Kay Bonura

_____
Print Name: Eileen Coffey

**LLOG Exploration Offshore, L.L.C.**

By: _____
Kemberlia Ducote
Secretary

**ACKNOWLEDGEMENT**

**STATE OF LOUISIANA**
**PARISH OF ST. TAMMANY**

    **BEFORE ME**, the undersigned authority, on this day personally appeared Kemberlia Ducote, known to me to be the person whose name is subscribed to the foregoing instrument as Secretary of LLOG Exploration Offshore, L.L.C., a Louisiana limited liability company, and she acknowledged that she executed the same for and on behalf of said company, for the purposes and consideration therein expressed, and in the capacity therein stated.
    **GIVEN**, under my hand and seal of office this 3rd day of April, 2014.

_____
Notary Public – State of Louisiana
Notary Name: _____
My Commission expires is for Judy Reimel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

471

GC157/201