Direct Access - Filing Details

**Louisiana Secretary of State**
**UCC Filing Detail**
**(Not a Certified Copy)**

Notice: All Filings after 1/6/2021 are subject to change or removal.

**Original File#:** 55-1434772
**Filed:** 8/16/2013 at 9:38 AM
**Parish:** TERREBONNE
**Debtors: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>1001 OCHSNER BLVD., SUITE 200<br>COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P.<br>Tax ID: #####0000<br>1330 POST OAK BLVD., SUITE 600<br>HOUSTON, TX 77056 |

**Original Secured Parties: (2)**

| |
|---|
| LLOG EXPLORATION OFFSHORE, L.L.C.<br>Tax ID#: #####0000<br>1001 OCHSNER BLVD., SUITE 200<br>COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P.<br>Tax ID#: #####0000<br>1330 POST OAK BLVD., SUITE 600<br>HOUSTON, TX 77056 |

**Property:** FIX/MIN FILING

SEE ATTACHED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) AND ATTACHED CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA). ETC. SEE ORIGINAL

**Subsequent Filings: (5)**

| Type | Details |
|---|---|
| Assignment: | 55-1473361 filed on 2/3/2015 at 10:15 AM<br><br>Assignees: (2)<br>LLOG EXPLORATION OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>1001 OCHSNER BLVD., SUITE 200<br>COVINGTON, LA 70433<br><br>FIELDWOOD ENERGY OFFSHORE LLC<br>Tax ID: #####0000<br>2000 W SAM HOUSTON PKWY S, SUITE 1200<br>HOUSTON, TX 77042 |
| Amendment: | 55-1473362 filed on 2/3/2015 at 10:15 AM<br>AMENDED TO ADD SECURED PARTY - LLOG ENERGY, L.L.C.; 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 |
| Amendment: | 55-1473363 filed on 2/3/2015 at 10:17 AM<br>AMENDED TO ADD DEBTORS: LLOG ENERGY, L.L.C., 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 AND FIELDWOOD ENERGY OFFSHORE LLC, 2000 W SAM HOUSTON PKWAY S, SUITE 1200, HOUSTON, TX 77042 |
| Amendment: | 55-1473364 filed on 2/3/2015 at 10:18 AM |

# Terrebonne Parish Recording Page

Theresa A. Robichaux
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: KAY BONURA
LLOG EXPLORATION COMPANY  LLC
1001 OCHSNER BLVD SUITE 100
COVINGTON, LA 70433

**First DEBTOR**
LLOG EXPLORATION OFFSHORE LLC

**First SECURED PARTY**
LLOG ENERGY LLC

Index Type :   UCC                                   File Number : 1473362
Type of Document : UCC-3 AMENDMENT

Recording Pages :         9

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 02/03/2015 at 10:15:42
File Number   1473362

Deputy Clerk

On (Recorded Date) : 02/03/2015

At (Recorded Time) : 10:15:42AM



Doc ID - 013025730009

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Kay Bonura, 985-801-4300

**B. E-MAIL CONTACT AT FILER (optional)**
kayb@llog.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Attention: Kay Bonura
LLOG Exploration Offshore, L.L.C.
1001 Ochsner Blvd., Suite 200
Covington, Louisiana 70433

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
55-1434772

**1b.** [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** [ ] **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** [✓] **PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects [ ] Debtor or [✓] Secured Party of record
AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[✓] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
**7a. ORGANIZATION'S NAME**
LLOG Energy, L.L.C.

OR **7b. INDIVIDUAL'S SURNAME**
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7c. MAILING ADDRESS:** 1001 Ochsner Boulevard., Suite 200 | **CITY:** Covington | **STATE:** La | **POSTAL CODE:** 70433 | **COUNTRY:** USA

**8.** [ ] **COLLATERAL CHANGE:** Also check one of these four boxes: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [ ] ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor
**9a. ORGANIZATION'S NAME**
LLOG Exploration Offshore, L.L.C.

OR **9b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
GC 157

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
55-1434772

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

**12a. ORGANIZATION'S NAME**
LLOG Exploration Offshore, L.L.C.

OR

**12b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**        **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

**13a. ORGANIZATION'S NAME**
LLOG Exploration Offshore, L.L.C.

OR

**13b. INDIVIDUAL'S SURNAME**   **FIRST PERSONAL NAME**   **ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**

Additional Secured Party authorizing this amendment:   Fieldwood Energy Offshore, LLC

New Secured Party, LLOG Energy, L.L.C., has entered into that certain Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana), a copy of which is attached hereto.

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut   ☑ covers as-extracted collateral   ☑ is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17** (if Debtor does not have a record interest):

**17. Description of real estate:**
See Exhibit A to the attached Amendment and Ratification of Memorandum of Operating Agreement and Financing Statement (Louisiana).

**18. MISCELLANEOUS:**
GC 157

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Amendment/Ratification of MOA- GC157/201

## AMENDMENT AND RATIFICATION OF MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT
### (LOUISIANA)

**WHEREAS** LLOG Exploration Offshore, L.L.C. ("**LLOG**"), as Operator, LLOG Energy, L.L.C. ("**LLOG Energy**") and Fieldwood Energy Offshore LLC ("**Fieldwood**"), as Non-Operators, hereby acknowledge receipt of an agreement entitled "**Memorandum of Operating Agreement and Financing Statement**" ("**MOA**"), which is filed in Conveyance Book 2161, Page 634, File No. 1328132, in Mortgage Book 2201, Page 579, File No. 1328132 and in UCC File No. 1328132 of the records of Terrebonne Parish, Louisiana; a **Correction of Memorandum of Operating Agreement and Financing Statement**, of which is filed in Conveyance Book 2167, Page 593, File No. 1331665, in Mortgage Book 2215, Page 126, File No. 1331665 and in UCC File No. 1331665 of the records of Terrebonne, and a **Notice and Request of Reinscription**, of which is filed in Mortgage Book 2645, Page 470, File No. 1450879 of the records of Terrebonne Parish, Louisiana;

**WHEREAS** the MOA provides for liens and security interests in lands and leases ("Contract Area"), and in tangible and intangible personal property related to the development of such Contract Area; and

**WHEREAS**, effective March 13, 2003, LLOG Energy acquired 1% of 8/8ths record title interest from LLOG in Federal Lease OCS-G 24154, located on Block 157, Green Canyon, being a portion of the Contract Area; and

**WHEREAS**, effective June 1, 2014, Fieldwood acquired the interest of Davis Offshore, L.P. in the assets and related rights and interests held by Davis in all of the Contract Area; and

**WHEREAS** it is the intent of LLOG, LLOG Energy, and Fieldwood, having an interest in portions of the Contract Area, to amend the Attachment "1" to such Memorandum;

**WHEREAS**, it is the desire and intent of LLOG Energy and Fieldwood to ratify the MOA and it is the desire and intent of LLOG, LLOG Energy and Fieldwood to amend the Attachment "1" to such MOA to include both LLOG Energy and Fieldwood as Working Interest Parties;

**NOW THEREFORE**, the undersigned, each of which has an interest in portions of the Contract Area, in consideration for the mutual covenants in the MOA, as amended and ratified, does hereby agree to the recitals stated above and does hereby, by amending the Attachment 1 thereto, as stated in Exhibit A hereto, and does hereby fully ratify the MOA, as hereby amended.

Page 1 of 6

Amendment/Ratification of MOA- GC157/201

The rights and obligations of the parties under the MOA and applicable operating agreement shall only apply to the extent of such parties' ownership interest in the Contract Area.

This amendment and ratification is to be recorded in the Conveyance Records and in the Mortgage Records of Terrebonne Parish, Louisiana, and in the Uniform Commercial Code records of the Louisiana Secretary of State, through the Terrebonne Parish Clerk of Court, thereby providing notice of the mutual liens and security interests now held by the parties to the MOA.

**IN WITNESS WHEREOF**, this agreement is effective this 1st day of June, 2014.

WITNESSES:

Kay Boura
Ray Boura

Susan B. Hooper
Susan B. Hooper

**OPERATOR:**

LLOG Exploration Offshore, L.L.C.

By: _____
Name: Kemberlia Ducote
Title: Secretary
Date: 12/16/14

### ACKNOWLEDGMENT
### OPERATOR

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

On this 16th day of December, 2014, before me, appeared Kemberlia Ducote, to me personally known, who, being by me duly sworn, did say that she is the Secretary of LLOG Exploration Offshore, L.L.C., a Louisiana limited liability company, and that the foregoing instrument was signed on behalf of the company and that she acknowledged the instrument to be the free act and deed of the company.

Judy Reimel
NOTARY PUBLIC in and for
the State of Louisiana

My Commission is for Life
Judy Reimel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

Page 2 of 6

Amendment/Ratification of MOA- GC157/201

WITNESSES:

_Kay Bynum_
Kay Bynum

_Susan B. Hooper_
Susan B. Hooper

**NON-OPERATORS:**

LLOG Energy, L.L.C.

By: _[signature]_
Name: Kemberlia Ducote
Title: Secretary
Date: 12/16/14

## ACKNOWLEDGMENT
## NON-OPERATOR

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

On this 16th day of December 2014, before me, appeared Kemberlia Ducote, to me personally known, who, being by me duly sworn, did say that she is the Secretary of LLOG Energy, L.L.C., a Louisiana limited liability company, and that the foregoing instrument was signed on behalf of the company and that she acknowledged the instrument to be the free act and deed of the company.

_Judy Reinel_
NOTARY PUBLIC in and for
the State of Louisiana

My Commission is for Life

Judy Reinel
Notary Public - St. Tammany Parish
My Commission Issued for Life
Notary No. 60007

Page 3 of 6

Amendment/Ratification of MOA- GC157/201

| | |
|---|---|
| WITNESSES: | Fieldwood Energy Offshore LLC |
| *Michelle Maa[...]* | By: *[signature]* |
| Michelle Maa[...] | Name: John H. Smith |
| | Title: Senior Vice President, Business Development |
| *Lauren Pate* | Date: 12/02/2014 |
| Lauren Pate | |

## ACKNOWLEDGMENT
## NON-OPERATOR

STATE OF TEXAS

COUNTY OF HARRIS

On this 2nd day of December, 2014, before me, appeared John H. Smith, to me personally known, who, being by me duly sworn, did say that he is the Senior Vice President, Business Development of Fieldwood Energy Offshore LLC, a Delaware limited liability company and that the foregoing instrument was signed on behalf of the company he acknowledged the instrument to be the free act and deed of the company.

LACY SHOWERS
Notary Public, State of Texas
My Commission Expires
March 12, 2017

*Lacy Showers*
NOTARY PUBLIC in and for
the State of Texas

My Commission expires:
March 12, 2017

Page 4 of 6

Amendment/Ratification of MOA- GC157/201

## Exhibit A

## AMENDMENT TO ATTACHMENT "1"

ATTACHED TO AND MADE A PART OF THAT CERTAIN AMENDMENT AND RATIFICATION OF MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) BY AND BETWEEN LLOG EXPLORATION OFFSHORE, L.L.C., AS OPERATOR, AND LLOG Energy, L.L.C. AND FIELDWOOD ENERGY OFFSHORE LLC, AS NON-OPERATORS

A. **OPERATOR:** LLOG EXPLORATION OFFSHORE, L.L.C.

B. **CONTRACT AREA**

All of Block 157, Green Canyon, as to all depths, and the Northeast Quarter (NE/4) of Block 201, Green Canyon, limited in depth from the surface down to 17,000' TVD subsea.

DESCRIPTION OF LEASE(S):

Oil and Gas Lease dated effective June 1, 2002, bearing Serial No. OCS-G 24154, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, LLOG Exploration Offshore, Inc. and Davis Offshore, L.P., as Lessee, covering and affecting lands described as Green Canyon, Block 157, Official Protraction Diagram, NG 15-03, and containing 5,760 acres, more or less. ("Lease 1")

Oil and Gas Lease dated effective May 1, 1990, bearing Serial No. OCS-G 12210, between the United States of America, acting through the Regional Director, Gulf of Mexico OCS Region, Minerals Management Service, as Lessor, BP Exploration Inc., as Lessee, covering and affecting lands described as Green Canyon, Block 201, Official Protraction Diagram, NG 15-03, INSOFAR AND ONLY INSOFAR AS the lease covers the NE/4 of Block 201, and covering only depths from the surface down to 17,000 TVD subsea. ("Lease 2")

C. **Working Interests Parties Lease 1:**

| | |
|---|---|
| LLOG Exploration Offshore, L.L.C. | 84% |
| LLOG Energy, L.L.C.. | 1% |
| Fieldwood Energy Offshore LLC | 15% |

Amendment/Ratification of MOA- GC157/201

### Working Interests Parties Lease 2:

| | |
|---|---|
| LLOG Exploration Offshore, L.L.C. | 85% |
| Fieldwood Energy Offshore LLC | 15% |

D. **Addresses/Names of Representatives**

LLOG Exploration Offshore, L.L.C.
LLOG Energy, L.L.C.
842 W Sam Houston Pkwy N, Ste. 600
Suite 1200
Houston, Texas 77024
Attention: Mr. Jay Ackal
Phone: (281)-752-1100
Fax: (281)-752-1199
Email: jay.ackal@llog.com

Fieldwood Energy Offshore LLC
2000 West Sam Houston
Parkway South, Suite 1200
Houston, Texas 77042
Attention: Ms. Michelle Mauzy
Phone: (713)-969-1264
Fax: (713)-969-1299
Email: michelle.mauzy@fwellc.com