Direct Access - Filing Details                                                                 Page 1 of 2

## Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

Notice: All Filings after 1/6/2021 are subject to change or removal.

**Original File#:** 55-1434772
**Filed:** 8/16/2013 at 9:38 AM
**Parish:** TERREBONNE
**Debtors: (2)**

> LLOG EXPLORATION OFFSHORE, L.L.C.
> Tax ID: #####0000
> 1001 OCHSNER BLVD., SUITE 200
> COVINGTON, LA 70433
>
> DAVIS OFFSHORE, L.P.
> Tax ID: #####0000
> 1330 POST OAK BLVD., SUITE 600
> HOUSTON, TX 77056

**Original Secured Parties: (2)**

> LLOG EXPLORATION OFFSHORE, L.L.C.
> Tax ID#: #####0000
> 1001 OCHSNER BLVD., SUITE 200
> COVINGTON, LA 70433
>
> DAVIS OFFSHORE, L.P.
> Tax ID#: #####0000
> 1330 POST OAK BLVD., SUITE 600
> HOUSTON, TX 77056

**Property:** FIX/MIN FILING

> SEE ATTACHED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) AND ATTACHED CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA). ETC. SEE ORIGINAL

**Subsequent Filings: (5)**

| Type | Details |
|---|---|
| Assignment: | 55-1473361 filed on 2/3/2015 at 10:15 AM |
| | Assignees: (2) |
| | LLOG EXPLORATION OFFSHORE, L.L.C. |
| | Tax ID: #####0000 |
| | 1001 OCHSNER BLVD., SUITE 200 |
| | COVINGTON, LA 70433 |
| | |
| | FIELDWOOD ENERGY OFFSHORE LLC |
| | Tax ID: #####0000 |
| | 2000 W SAM HOUSTON PKWY S, SUITE 1200 |
| | HOUSTON, TX 77042 |
| Amendment: | 55-1473362 filed on 2/3/2015 at 10:15 AM |
| | AMENDED TO ADD SECURED PARTY - LLOG ENERGY, L.L.C.; 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 |
| Amendment: | 55-1473363 filed on 2/3/2015 at 10:17 AM |
| | AMENDED TO ADD DEBTORS: LLOG ENERGY, L.L.C., 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 AND FIELDWOOD ENERGY OFFSHORE LLC, 2000 W SAM HOUSTON PKWAY S, SUITE 1200, HOUSTON, TX 77042 |
| Amendment: | 55-1473364 filed on 2/3/2015 at 10:18 AM |

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: KAY BONURA
LLOG EXPLORATION COMPANY LLC
1001 OCHSNER BLVD SUITE 100
COVINGTON, LA 70433

**First DEBTOR**
DAVIS OFFSHORE LP

**First SECURED PARTY**
LLOG EXPLORATION OFFSHORE LLC

Index Type : UCC
Type of Document : UCC-3 AMENDMENT

File Number : 1473364

Recording Pages : 3

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 02/03/2015 at 10:18:14
File Number    1473364

Deputy Clerk

On (Recorded Date) : 02/03/2015

At (Recorded Time) : 10:18:14AM

Doc ID - 013025750003

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Kay Bonura, 985-801-4300

**B. E-MAIL CONTACT AT FILER (optional)**
kayb@llog.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Attention: Kay Bonura
LLOG Exploration Offshore, L.L.C.
1001 Ochsner Blvd., Suite 200
Covington, Louisiana 70433

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER:** 55-1434772

**1b.** [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** [ ] ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** [ ] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** [✓] PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects [✓] Debtor or [ ] Secured Party of record
AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[✓] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME:** Davis Offshore, L.P.

**6b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**

**7b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**8.** [ ] COLLATERAL CHANGE: Also check one of these four boxes: [ ] ADD collateral [ ] DELETE collateral [ ] RESTATE covered collateral [ ] ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME:** LLOG Exploration Offshore, L.L.C.

**9b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA:** GC 157

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**55-1434772**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form
12a. ORGANIZATION'S NAME
**LLOG Exploration Offshore, L.L.C.**

OR
12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see instructions if name does not fit

13a. ORGANIZATION'S NAME
**LLOG Exploration Offshore, L.L.C.**

OR
13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

Additional Secured Parties authorizing this amendment are: LLOG Energy, L.L.C. and Fieldwood Energy Offshore LLC.

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut   ☑ covers as-extracted collateral   ☑ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

All of Block 157, Green Canyon, as to all depths, (OCS-G 24154) AND the Northeast Quarter (NE/4) of Block 201, Green Canyon, limited in depth from the surface down to 17,000' TVD subsea (OCS-G 12210), Offshore Federal Waters.

18. MISCELLANEOUS:
**GC 157**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)