Direct Access - Filing Details

## Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

Notice: All Filings after 1/6/2021 are subject to change or removal.

**Original File#:** 55-1434772
**Filed:** 8/16/2013 at 9:38 AM
**Parish:** TERREBONNE

**Debtors: (2)**

| LLOG EXPLORATION OFFSHORE, L.L.C. |
| Tax ID: #####0000 |
| 1001 OCHSNER BLVD., SUITE 200 |
| COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P. |
| Tax ID: #####0000 |
| 1330 POST OAK BLVD., SUITE 600 |
| HOUSTON, TX 77056 |

**Original Secured Parties: (2)**

| LLOG EXPLORATION OFFSHORE, L.L.C. |
| Tax ID#: #####0000 |
| 1001 OCHSNER BLVD., SUITE 200 |
| COVINGTON, LA 70433 |
| DAVIS OFFSHORE, L.P. |
| Tax ID#: #####0000 |
| 1330 POST OAK BLVD., SUITE 600 |
| HOUSTON, TX 77056 |

**Property:** FIX/MIN FILING

SEE ATTACHED MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA) AND ATTACHED CORRECTION TO MEMORANDUM OF OPERATING AGREEMENT AND FINANCING STATEMENT (LOUISIANA). ETC. SEE ORIGINAL

**Subsequent Filings: (5)**

| Type | Details |
|---|---|
| Assignment: | 55-1473361 filed on 2/3/2015 at 10:15 AM |
| | Assignees: (2) |
| | LLOG EXPLORATION OFFSHORE, L.L.C. |
| | Tax ID: #####0000 |
| | 1001 OCHSNER BLVD., SUITE 200 |
| | COVINGTON, LA 70433 |
| | |
| | FIELDWOOD ENERGY OFFSHORE LLC |
| | Tax ID: #####0000 |
| | 2000 W SAM HOUSTON PKWY S, SUITE 1200 |
| | HOUSTON, TX 77042 |
| Amendment: | 55-1473362 filed on 2/3/2015 at 10:15 AM |
| | AMENDED TO ADD SECURED PARTY - LLOG ENERGY, L.L.C.; 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 |
| Amendment: | 55-1473363 filed on 2/3/2015 at 10:17 AM |
| | AMENDED TO ADD DEBTORS: LLOG ENERGY, L.L.C., 1001 OCHSNER BOULEVARD, SUITE 200, COVINGTON, LA 70433 AND FIELDWOOD ENERGY OFFSHORE LLC, 2000 W SAM HOUSTON PKWY S, SUITE 1200, HOUSTON, TX 77042 |
| Amendment: | 55-1473364 filed on 2/3/2015 at 10:18 AM |

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: APRIL PERTUIT
LLOG EXPLORATION COMPANY  LLC
1001 OCHSNER BLVD SUITE 100
COVINGTON, LA 70433

**First DEBTOR**
LLOG ENERGY L L C

**First SECURED PARTY**
LLOG EXPLORATION OFFSHORE LLC

**Index Type :** UCC
**Type of Document :** UCC-3 CONTINUATION

**File Number :** 1552263

**Recording Pages :**   3

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 02/20/2018 at 12:46:59
File Number    1552263

Deputy Clerk



On (Recorded Date) : 02/20/2018

At (Recorded Time) : 12:46:59PM

Doc ID - 014239540003

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**April Pertuit - (985) 801-4300**

B. E-MAIL CONTACT AT FILER (optional)
**aprilp@llog.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**LLOG Exploration Offshore, L.L.C.
ATTN: April Pertuit
1001 Ochsner Boulevard, Suite 100
Covington, LA 70433**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**55-1434772**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**LLOG Exploration Offshore, L.L.C.**

9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**GC 157/201 (Citrine) Prospect**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
**55-1434772**

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME: **LLOG Exploration Offshore, L.L.C.**

OR

12b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME: **LLOG Exploration Offshore, L.L.C.**

OR

13b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**

The following Secured Parties hereby authorize the filing of the attached Form UCC3 - UCC Financing Statement Amendment:

LLOG Energy, L.L.C.
Fieldwood Energy Offshore LLC

The following Debtors hereby authorize the filing of the attached Form UCC3 - UCC Financing Statement Amendment:

LLOG Energy, L.L.C.
Fieldwood Energy Offshore LLC

**15.** This FINANCING STATEMENT AMENDMENT
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**16.** Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

**17.** Description of real estate:

**18. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)