UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: FIELDWOOD ENERGY, et al.   CASE NO. 20-33948 (MI)

CHAPTER 11

## ORDER

CONSIDERING THE FORGOING:

IT IS ORDERED, AJUDGED, and DECREED that movant, TOYS O'NEIL's, Motion for Relief from Automatic Stay be and is hereby GRANTED; and

IT IS HEREBY FURTHER ORDERED, AJUDGED, and DECREED that said stay be and is hereby LIFTED to the extent necessary to allow movant, TOYS O'NEIL to liquidate his personal injury claim against Fieldwood Energy, LLC in the pending matter entitled *Toys O'Neil v. Fieldwood Energy, LLC, et al,* No. 6:20-cv-912, currently pending in the United States District Court for the Western District of Louisiana.

Thus, done and signed, this _____ day of _____ 2021, in Houston, Texas.

_____
JUDGE

1