UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Fieldwood Energy LLC
Dynamic Offshore Resources NS, LLC

Case No.: 20–33948

Debtor(s)

Chapter: 11

## NOTICE OF HEARING ON RELIEF FROM STAY

On 1/22/21, a motion was filed seeking relief from the automatic stay of 11 U.S.C. 362. The court has set the preliminary hearing on the motion for:

DATE:

TIME:

LOCATION:

If you object to the lifting of the stay, no later than seven days before the hearing you must:

1. File with the Clerk and affidavit stating that:
   a. You have conferred with the movant in a good faith effort to reach an agreement with the dates and times of the conferences,
   b. The efforts were unsuccessful, and
   c. A hearing is required.

2. File with the Clerk your written answer opposing the motion; include:
   a. The particular grounds for the opposition under Federal Rules 8(b) and 11;
   b. The identity of the interest in the property;
   c. The provable value of the property and the equity after deduction of all encumbrances; and
   d. Attach copies of your affidavit of conferences and the motion to your answer.

3. Serve a copy of the written answer on the movant.

Your written answer will be your request for hearing. No hearing will be held on the request of movant or on an answer received within seven days before the hearing.

Date Issued: 1/22/21

David J. Bradley
Clerk, U.S. Bankruptcy Court

*To the Movant:* A copy of this notice with a copy of your motion must be served within 24 hours of receipt from the Clerk. A proof of service form is attached.

### Federal Rule of Civil Procedure 8(b)

**Defenses: Admissions and Denials.** (1) In responding to a pleading, a party must (A) state in short and plain terms its defenses to each claim asserted against it; and (B) admit or deny the allegations asserted against it by an opposing party. (2) A denial must fairly respond to the substance of the allegation. (3) A party that intends in good faith to deny all the allegations of a pleading – including the jurisditional grounds – may do so by general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted. (4) A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Fieldwood Energy LLC
Dynamic Offshore Resources NS, LLC     Case No.: 20–33948

Debtor(s)

PROOF OF SERVICE
Motion for Relief from Stay and Notice of Hearing

On behalf of the movant, I certify that I am more than 18 years of age, and I served a copy of the motion for relief from stay with the notice of hearing.

(a) on this date:     _____

(b) by this method:   _____
                      _____

(c) on these entities:  _____
                        _____
                        _____
                        _____

I certify under penalty of perjury that this is true.

_____        _____
Date Signed                           Signature

                                      _____
                                      Counsel (typed)

                                      _____
                                      For Party