IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## DEBTORS' AMENDED WITNESS AND EXHIBIT LIST
## FOR HEARING ON JANUARY 25, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this amended witness and exhibit list (the "**Witness and Exhibit List**")[2] for the hearing scheduled for **January 25, 2021 at 9:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] *Exhibit in bold and italicized text (No. 26) was added to the Witness and Exhibit List filed previously on January 21, 2021 [ECF No. 775]. It is the only exhibit attached to this amended witness and exhibit list.*

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* | | | | |
| 2. | *Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* | | | | |
| 3. | Offshore Operating Agreement dated December 12, 2002 ("**OOA**") | | | | |
| 4. | Farmout Agreement | | | | |
| 5. | First Assignment of Operating Rights | | | | |
| 6. | Shell/Marathon ORRI Assignment | | | | |
| 7. | Davis Equity Purchase Agreement | | | | |
| 8. | Ratification and First Amendment to Operating Agreement ("**OOA Amendment**") | | | | |
| 9. | Fieldwood ORRI Assignment | | | | |
| 10. | Hickory Unit Asset Purchase Agreement | | | | |
| 11. | Troika Asset Purchase Agreement | | | | |
| 12. | LLOG's Proof of Claim 6-1 ("**Proof of Claim**"); *In Re: Fieldwood Energy Offshore LLC*, 4:20-BK-33950 | | | | |
| 13. | Original MOA (Proof of Claim at 205) | | | | |
| 14. | Correction MOA (Proof of Claim at 219) | | | | |
| 15. | Fieldwood Ratification (Proof of Claim at 224) | | | | |
| 16. | 2009 UCC-1 Financing Statement (Proof of Claim at 202) | | | | |
| 17. | 2009 UCC-3 Financing Statement Amendment (Proof of Claim at 216) | | | | |
| 18. | 2014 Reinscription (Proof of Claim at 222) | | | | |
| 19. | 2015 Ratification (Proof of Claim at 224) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 20. | LLOG UCC Filing 1434772 | | | | |
| 21. | LLOG UCC Filing 1473361 | | | | |
| 22. | LLOG UCC Filing 1473362 | | | | |
| 23. | LLOG UCC Filing 1473363 | | | | |
| 24. | LLOG UCC Filing 1473364 | | | | |
| 25. | LLOG UCC Filing 1552263 | | | | |
| **26.** | **Fieldwood Statement of Outstanding Amounts Owed to LLOG** | | | | |
| 27. | Any exhibit designated by any other party | | | | |
| 28. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 29. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: January 24, 2021
       Houston, Texas

                              Respectfully submitted,

                              _/s/ Alfredo R. Pérez_
                              WEIL, GOTSHAL & MANGES LLP
                              Alfredo R. Pérez (15776275)
                              700 Louisiana Street, Suite 1700
                              Houston, Texas 77002
                              Telephone: (713) 546-5000
                              Facsimile: (713) 224-9511
                              Email: Alfredo.Perez@weil.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Matthew S. Barr (admitted _pro hac vice_)
                              Jessica Liou (admitted _pro hac vice_)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007
                              Email: Matt.Barr@weil.com
                                           Jessica.Liou@weil.com

                              _Attorneys for Debtors and Debtors in Possession_

**Certificate of Service**

    I hereby certify that on January 24, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                           */s/ Alfredo R. Pérez*
                                                                           Alfredo R. Pérez