IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON JANUARY 25, 2021 AT 9:00 A.M. (CST)**

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file their Agenda of Matters Set for Hearing on **January 25, 2021 at 9:00 a.m. (CST)** before the Honorable Marvin Isgur.

1. **LLOG Exploration Offshore, L.L.C.'S Motion For Relief From Automatic Stay (ECF No. 683)**

    Status:   This matter is going forward on a contested basis.

    Related Documents:

    A.   *Stipulation Extending Debtors' Deadline to Respond to LLOG's Motion for Relief from the Automatic Stay* (ECF No. 753)

    B.   *Debtors' Objection to LLOG Exploration Offshore, L.L.C.'S Motion for Relief from the Automatic Stay* (ECF No. 757)

    C.   *Stipulation to Continue Hearing on LLOG's Motion for Relief from the Automatic Stay and LLOG's Motion for Adequate Protection* (ECF No. 763)

    D.   *LLOG Exploration Offshore, L.L.C.'S Witness and Exhibit List for Hearing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

 

       *Scheduled For 9:00 A.M. on January 25, 2021* (ECF No. 774)

E. *Debtors' Witness and Exhibit List for Hearing on January 25, 2021* (ECF No. 775)

F. *Reply in Support of Motion for Relief from Automatic Stay and Motion for Adequate Protection* (ECF No. 780)

G. *Debtors'* ***Amended*** *Witness and Exhibit List for Hearing on January 25, 2021* (ECF No. 782)

2. **LLOG Exploration Offshore, L.L.C.'S Motion For Adequate Protection (ECF No. 684)**

Status: This matter is going forward on a contested basis.

Related Documents:

A. *Debtors' Objection to LLOG Exploration Offshore, L.L.C.'S Motion for Adequate Protection* (ECF No. 758)

B. *Stipulation to Continue Hearing on LLOG's Motion for Relief from the Automatic Stay and LLOG's Motion for Adequate Protection* (ECF No. 763)

C. *LLOG Exploration Offshore, L.L.C.'S Witness and Exhibit List for Hearing Scheduled For 9:00 A.M. on January 25, 2021* (ECF No. 774)

D. *Debtors' Witness and Exhibit List for Hearing on January 25, 2021* (ECF No. 775)

E. *Reply in Support of Motion for Relief from Automatic Stay and Motion for Adequate Protection* (ECF No. 780)

F. Debtors' ***Amended*** Witness and Exhibit List for Hearing on January 25, 2021 (ECF No. 782)

Dated: January 24, 2021
      Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that, on January 24, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                                          /s/ Alfredo R. Pérez
                                                                                                          Alfredo R. Pérez