# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, January 25, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Matt | Barr | Weil | Debtors |
| Charles | Beckham | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Clifford | Carlson | Weil | Debtors |
| Erin | Choi | Weil | Debtors |
| Paul J. | Goodwine | Looper Goodwine P.C. | LLOG Exploration Offshore, L.L.C. |
| Lindsey | Johnson | Looper Goodwine P.C. | LLOG Exploration Offshore, L.L.C. |
| Alfredo | Perez | Weil | Debtors |
| Joshua | Sturm | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk and Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |