United States Courts
Southern District of Texas
FILED
*January 25, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC | |

This lawyer, who is admitted to the State Bar of   Illinois   :

| | |
|---|---|
| Name | Thomas Scott Leo |
| Firm | The Law Offices of T. Scott Leo, P.C. |
| Street | 100 N. LaSalle St., Suite # 514 |
| City & Zip Code | Chicago, IL 60602 |
| Telephone | 312-857-0910 |
| Licensed: State & Number | Illinois & 3127352 |

Seeks to appear as the attorney for this party:

| North American Specialty Insurance Company |
|---|
| Dated: 1/22/2021     Signed: /s/ T. Scott Leo |

COURT USE ONLY: The applicant's state bar reports their status as: Authorized to Practice .

Dated: 1/25/2021     Signed: s| M. Mapps
                                                Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____                 _____
                                                           United States Bankruptcy Judge