

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/26/2021

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

On this day, the Court considering the motion of JX Nippon Oil Exploration (U.S.A.) Limited ("NOEX") to substitute Andrew A. Braun with Leann Opotowsky Moses and Peter J. Segrist of the law firm of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC as co-counsel of record in this Chapter 11 proceeding (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED and Leann Opotowsky Moses and Peter J. Segrist of the law firm of Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC be, and the same is hereby substituted as co-counsel of record with Lambert M. Laperouse of the law firm of Gieger, Laborde & Laperouse, L.L.C. for NOEX in the above-styled Chapter 11 proceeding, and that further service of documents upon this entity be made accordingly, and

IT IS FURTHER ORDERED that Andrew A. Braun is hereby discharged from further responsibility as counsel of record in this matter for NOEX.

Entered: Houston, Texas.

Signed: January 26, 2021

_____
Marvin Isgur
United States Bankruptcy Judge