IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 741 & 743 |

**STIPULATION EXTENDING DEADLINE OF DEBTORS TO OBJECT
TO MOTION OF MARATHON OIL COMPANY TO ALLOW A LATE
PROOF OF CLAIM WITHOUT PENALTY PURSUANT TO RULES 3003(C)(3)
AND 9006(B)(1) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The above-captioned debtors and debtors in possession (the "**Debtors**") and the Marathon Oil Company (the "**Marathon**") hereby enter into this stipulation (the "**Stipulation**") as follows:

WHEREAS, commencing on August 3, 2020, the Debtors each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code;

WHEREAS, on January 5, 2021, Marathon filed the *Motion of Marathon Oil Company to Allow a Late Filed Proof of Claim Without Penalty Pursuant to Rules 3003(C)(3) and 9006(B)(1) of the Federal Rules of Bankruptcy Procedure* (Docket No. 741);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

WHEREAS, on January 5, 2021, Marathon filed the *Amended Motion of Marathon Oil Company to Allow a Late Filed Proof of Claim Without Penalty Pursuant to Rules 3003(C)(3) and 9006(B)(1) of the Federal Rules of Bankruptcy Procedure* (Docket No. 743) (the "**Motion**"), which provides that the deadline to object to the Motion shall be January 26, 2021.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The Debtors' deadline to file an objection to the Motion is extended through and including February 16, 2021.

Date:   January 26, 2021
        Houston, Texas

 /s/ Jessica Liou
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

 /s/ Jermaine Watson
BONDS ELLIS EPPICH SCHAFER JONES LLP
Clay M. Taylor (24033261)
M. Jermaine Watson (24063055)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas  76102
Telephone:    (817) 405-6900
Facsimile:     (817) 405-6902
Email: Clay.Taylor@bondsellis.com
       Jermaine.Watson@bondsellis.com

*Attorneys for Marathon*