## **Exhibit A**

**LSPS OA**

*Confidential — Filed Under Seal*