**Exhibit B**

**PHA**

*Confidential — Filed Under Seal*