**<u>Exhibit G</u>**

**Debtors' Letter to BP, Dated November 3, 2020**

*Confidential — Filed Under Seal*