## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on January 28, 2021, notice of the status conference set to take place on January 28, 2021 at 2:30pm CT related to the *Debtors' Emergency Motion to Compel BP Exploration & Production Inc. to Perform Pre-Petition Contracts* [ECF No. 792] was provided by electronic mail to the parties listed on **Exhibit A** attached hereto. In addition, the Debtors filed the *Notice of Status Conference on Emergency Motion* [ECF No. 796], which was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: January 28, 2021

    /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
            Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
            Erin.Choi@weil.com

*Attorneys for Debtors and Debtors in Possession*

<u>**Exhibit A**</u>

| | |
|---|---|
| **Attorneys for BP Exploration & Production Inc.:** | **Attorneys for the Creditors' Committee:** |
| **Bill Stark**<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>starkb@gtlaw.com | **Sherry Millman**<br>**Frank Merola**<br>**Ken Pasquale**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038<br>smillman@stroock.com<br>fmerola@stroock.com<br>kpasquale@stroock.com |
| - and - | |
| **Shari Heyen**<br>**Karl Burrer**<br>**Katie Tipper-McWhorter**<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>heyens@gtlaw.com<br>burrerk@gtlaw.com<br>tipperk@gtlaw.com | **Attorneys for the Ad Hoc Group of Secured Lenders:**<br>**Damian S. Schaible**<br>**Natasha Tsiouris**<br>**Elliot Moskowitz**<br>**Michael Pera**<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>damian.schaible@davispolk.com<br>natasha.tsiouris@davispolk.com<br>elliot.moskowitz@davispolk.com<br>michael.pera@davispolk.com |
| **Office of the United States Trustee for the Southern District of Texas:** | |
| **Hector Duran**<br>**Stephen Statham**<br>Office of the United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>hector.duran.jr@usdoj.gov<br>stephen.statham@usdoj.gov | |