# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, January 28, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US DOJ | US Dept. of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production |
| Paul | Genender | Weil | Debtors |
| Shari | Heyen | Greenberg Traurig | BP Exploration & Production Inc. |
| Andrew | Kollaer | None | Overriding Royalty Owner |
| Kenneth | Pasquale | Stroock & Stroock | The Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC |
| Stephen | Statham | U. S. Department of Justice | U. S. Trustee |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | The Official Committee of Unsecured Creditors |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |