## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) Re: Docket Nos. 714, 716, 747 & 771 |

### STIPULATION EXTENDING DEADLINES OF UNITED STATES TRUSTEE TO OBJECT TO APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY RYAN, LLC AS TAX CONSULTANT TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE AND MOTION OF DEBTORS FOR ORDER AUTHORIZING DEBTORS TO FILE RYAN LLC RETENTION APPLICATION UNDER SEAL

The above-captioned debtors and debtors in possession (the "**Debtors**") and the United States Trustee for Region 7 (the "**U.S. Trustee**") hereby enter into this stipulation (the "**Stipulation**") as follows:

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), the Debtors each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

WHEREAS, on December 30, 2020, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* (Docket No. 714);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

WHEREAS, on December 30, 2020, the Debtors filed the *Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application under Seal* (Docket No. 716) (the "**Motion**"), which provides that the deadline to object to the Motion shall be January 20, 2021;

WHEREAS, on January 7, 2021, the Debtors filed the *Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* (Docket No. 747) (the "**Application**"), which provides that the deadline to object to the Application shall be January 28, 2021.

WHEREAS, on January 20, 2021, the Debtors and the U.S. Trustee entered into the *Stipulation Extending Deadline of United States Trustee to Object to Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application under Seal* (Docket No. 771), which extended the U.S. Trustee's deadline to file an objection to the Motion through and including January 28, 2021.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1. The U.S. Trustee's deadline to file an objection to the Application is extended through and including February 4, 2021.

2. The U.S. Trustee's deadline to file an objection to the Motion is further extended through and including February 4, 2021.

Date: January 29, 2021
       Houston, Texas

| | |
|---|---|
| /s/ Jessica Liou | /s/ Stephen Statham |
| WEIL, GOTSHAL & MANGES LLP | OFFICE OF THE UNITED STATES TRUSTEE |
| Alfredo R. Pérez (15776275) | Hector Duran |
| Clifford W. Carlson (24090024) | Stephen Statham |
| 700 Louisiana Street, Suite 1700 | 515 Rusk Street, Suite 3516 |
| Houston, Texas 77002 | Houston, Texas  77002 |
| Telephone: (713) 546-5000 | Telephone:    (713) 718-4650 |
| Facsimile:  (713) 224-9511 | Facsimile:    (713) 718-4670 |
| Email: Alfredo.Perez@weil.com | Email: Hector Duran@usdoj.gov |
|       Clifford.Carlson@weil.com |       Stephen.Statham@usdoj.gov |

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
      Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*