IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS  HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PLEADINGS

1.  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for BP Exploration & Production Inc. ("BP") in the jointly administered chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases be transmitted to:

> Shari L. Heyen (SBN 09564750)
> HeyenS@gtlaw.com
> Karl D. Burrer (SBN 24043584)
> BurrerK@gtlaw.com
> Katie Tipper-McWhorter (SBN 24083974) *Pro Hac Vice* Pending
> TipperK@gtlaw.com
> Kristen M. Jacobsen (SBN 24101381)
> JacobsenK@gtlaw.com
> **GREENBERG TRAURIG, LLP**
> 1000 Louisiana St., Suite 1700
> Houston, Texas 77002
> Telephone:   (713) 374-3500
> Facsimile:    (713) 374-3505

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

– and –

P. William Stark (SBN 24046902) *Pro Hac Vice* Pending
StarkB@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone:   (214) 665-3600
Facsimile:   (214) 665-3601

2. **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes, without limitation, the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to these cases and any proceeding related thereto as well as the property of the Debtors.

3. **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of BP to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or

defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Date: January 29, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: ___/s/ Shari L. Heyen_____
Shari L. Heyen (SBN 09564750)
HeyenS@gtlaw.com
Karl D. Burrer (SBN 24043584)
BurrerK@gtlaw.com
Katie Tipper-McWhorter (SBN 24083974)
(*pro hac vice* pending)
TipperK@gtlaw.com
Kristen M. Jacobsen (SBN 24101381)
JacobsenK@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

– and –

P. William Stark  (SBN 24046902)
(*pro hac vice* pending)
StarkB@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

*Counsel for BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2021, I caused a copy of the foregoing *Notice of Appearance and Request for Service of All Pleadings* to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

By: ___/s/ Shari L. Heyen_____
Shari L. Heyen