UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | P. William Stark<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>214-665-3600; email: StarkB@gtlaw.com<br>Texas State Bar No. 24046902 |

Seeks to appear as the attorney for this party:

BP Products North America, Inc.

Dated: January 29, 2021        Signed: /s/ P. William Stark

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge