UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of    Texas    :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Katie Tipper-McWhorter<br>Greenberg Traurig, LLP<br>1000 Louisiana Street, Suite 5200<br>Houston, Texas 77002<br>713-374-3500; email: TipperK@gtlaw.com<br>Texas State Bar No. 24083974 |
|---|---|

Seeks to appear as the attorney for this party:

BP Products North America, Inc.

Dated: January 29, 2021     Signed: /s/ Katie Tipper-McWhorter

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                     United States Bankruptcy Judge