IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### VERIFIED STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO F.R. BANKR. P. 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC ("Carver Darden") hereby makes the following disclosures:

1. Set forth below is a general, preliminary statement of the interests of the parties represented by Carver Darden in this proceeding, subject to further investigation and without waiver of any claims, remedies and/or rights of such parties. This statement does not constitute an exhaustive or complete statement of all claims, interests, liens, agreements, rights and/or remedies of such parties or at issue herein, and this statement may be amended, supplemented or otherwise modified as necessary.

2. Carver Darden has been employed to represent the parties listed below in this matter:

| Party Represented | Address | Nature and amount of each disclosable economic interest held in relation to the Debtors |
|---|---|---|
| C-Dive, L.L.C. | 10001 Richmond Ave., Houston, TX 77042 | Prepetition claim of trade creditor. |

1

| JX Nippon Oil Exploration (U.S.A.) Limited | 3040 Post Oak Boulevard, Suite 1600, Houston, Texas 77056 | Current and former owner of various interests in offshore oil and gas properties located in the Gulf of Mexico as well as related assets. Claim is presently unliquidated in whole or part, and is at least partially secured by performance bonds. |
|---|---|---|

3. The foregoing parties have retained Carver Darden as their legal counsel with respect to matters arising in this case and/or for the purpose of asserting claims and/or protecting other rights and interests in relation to the Debtors. Carver Darden has fully advised each of the parties with respect to their concurrent representation, and each of the parties has consented to such representation.

4. Carver Darden does not hold a claim against or interest in any of the Debtors at this time and has not filed a proof of claim on its own behalf in this case.

I, Leann Opotowsky Moses, certify that I am authorized to make and execute this statement on behalf of Carver Darden, that I have read the foregoing statement, and that it is true and correct, to the best of my knowledge, information and belief, based upon the information provided to me after reasonable inquiry.

Respectfully submitted,

Leann Opotowsky Moses (TX # 15291750)
Peter J. Segrist (LA # 35314)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com

  /s/ Leann O. Moses
Attorneys for C-DIVE, L.L.C. and JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Verified Statement of Multiple Representation Pursuant to F.R. Bankr. P. 2019* has been served on those parties receiving electronic notification via the Court's CM/ECF System on January 29, 2021.

      /s/  Leann O. Moses