

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
02/01/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Texas___:

| | |
|---|---|
| Name | P. William Stark |
| Firm | Greenberg Traurig, LLP |
| Street | 2200 Ross Avenue, Suite 5200 |
| City & Zip Code | Dallas, Texas 75201 |
| Telephone | 214-665-3600; email: StarkB@gtlaw.com |
| Licensed: State & Number | Texas State Bar No. 24046902 |

Seeks to appear as the attorney for this party:

BP Products North America, Inc.

Dated: January 29, 2021    Signed: /s/ P. William Stark

COURT USE ONLY: The applicant's state bar reports their status as:  ___Active___.

Dated:    Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 01, 2021

_____
Marvin Isgur
United States Bankruptcy Judge