

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
02/01/2021

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____ :

| | |
|---|---|
| Name | Katie Tipper-McWhorter |
| Firm | Greenberg Traurig, LLP |
| Street | 1000 Louisiana Street, Suite 5200 |
| City & Zip Code | Houston, Texas 77002 |
| Telephone | 713-374-3500; email: TipperK@gtlaw.com |
| Licensed: State & Number | Texas State Bar No. 24083974 |

Seeks to appear as the attorney for this party:

BP Products North America, Inc.

Dated: January 29, 2021     Signed: /s/ Katie Tipper-McWhorter

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

Dated:     Signed: _____
Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 01, 2021

_____
Marvin Isgur
United States Bankruptcy Judge