**Exhibit L**

| | |
|---|---|
| **From:** | Richardson, Rex |
| **To:** | Scott, Danielle |
| **Cc:** | kamil.gurses@bp.com; Greaser, Daniel; Mosby, Ashley; Heath Suire; Nathan Vaughn |
| **Subject:** | Genovesa Single Flowline AFE (Temp) - Sole Benefit |
| **Date:** | Friday, January 29, 2021 4:50:36 PM |
| **Attachments:** | Temporary Genovesa Single Flowline AFE (003)-signed.pdf |

**External:** This Email is from an external sender. Be alert for Phishing. Do not click links if you do not know the sender.

Danielle:

I've attached Red Willow's approval of the subject AFE.

We're also ready to execute a corrected AFE on the removal of the SA Jumper.

Please confirm receipt of this email at your earliest convenience.

Best regards,

**Rex H. Richardson**
Land Manager
Red Willow Offshore, LLC
1415 Louisiana Street, Suite 4000
Houston, Texas 77002
D: 281.822.7509
F: 281.822.7501
C: 713.897.1152
E: rrichard@rwpc.us





# BP GOM AUTHORIZATION FOR EXPENDITURE
**External AFE**

| | | | | |
|---|---|---|---|---|
| DATE PREPARED: | January-21 | FINANCIAL MEMO KEY ID: | 72021 | |
| OPERATOR: | BP | AFE NO: | NKO | |
| LEASE/UNIT/FACILITY: | Na Kika | START DATE: | January-21 | AFE Type: Co-Owner Approval Required |
| WELL NAME/NO: | N/A | END DATE: | December-22 | SAP NO: |
| BUSINESS UNIT: | GOM | OPERATING FIELD: | Na Kika | COPAS Overhead - Required: Operating / Expense |
| BP WORKING INTEREST: | 0.00% | SURFACE LOCATION: | N/A | WELL TYPE - If Applicable |
| JOINT VENTURE NO: | 100023 | BOTTOM HOLE LOC: | N/A | [ Select One ] |
| SAP COST CENTER: | 16NKG01A00 | PRPSD TOTAL DEPTH: | N/A | [ Select One ] |

**PROJECT DESCRIPTION/COMMENTS**   **Project Name:** NK - GALAPAGOS LSPS - Temporary Genovesa Single Flowline

This AFE covers costs associated with reconfiguring the Genovesa tie-in from SA PLEM1 to PLEM2 as temporary single flowline condition prior to LSPS loop reinstatement.
Scope: The scope includes the removal of existing tie-in jumper between Genovesa PLIS and Santiago PLEM1, the installation of temporary jumper between Genovesa PLIS and Santiago PLEM2; and later flushing/removal of temporary jumper between Genovesa PLIS and Santiago PLEM2 in preparation for LSPS construction to enable loop repairs and reinstatement and Re-installation of permanent jumper to restore prior operational configuration of LSPS. The AFE includes operations technical services to manage Genovesa project documentation and assurance to support well startup associated with this change.
Cost: Costs include technical services, engineering, procurement, logistics and offshore installation support.
Schedule: The installation and well startup support is planned to be completed by end of Q2 2021, with jumper flushing and removal, and reinstallation of permanent jumper expected at the time of LSPS loop remediation.
Project Justification: Fieldwood, Red Willow and HEDV requested BP, in its capacity as LSPS Operator, to conduct this scope of work for their sole benefit.

| WORKING INTEREST OWNERS | Final WI % | WI COST | NOTES |
|---|---|---|---|
| BP | 0.0% | $0 | |
| Fieldwood | 65.0% | $6,500,000 | |
| Red Willow | 30.0% | $3,000,000 | |
| Houston Energy Deepwater | 5.0% | $500,000 | |
| Total | 100% | Total Costs $10,000,000 | |

| DESCRIPTION | ESTIMATED COST | |
|---|---|---|
| | Gross | Net |
| Technical Services | $1,585,022 | $0 |
| Procurement | $2,393,526 | $0 |
| Installation | $5,891,452 | $0 |
| Logistics | $130,000 | $0 |
| **TOTAL PROJECT COST*** | **$10,000,000** | **$0** |

**PROJECT CONTACTS:**
BRO

| NAME | TITLE |
|---|---|
| Craig Redding | Subsea OPS Project Manager |
| Justin Hermeston | Subsea OPS Project Engineer |

*NOTICE TO NONOPERATOR: Costs shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint Operating Agreement.

**CO-OWNER APPROVAL:** YES __X__   NO ____   DATE: 1/29/2021
COMPANY NAME / NONOPERATOR: Red Willow Offshore, LLC
PRINT NAME: Jason Hooten   TITLE: President and COO
SIGNATURE: _(signed)_

**BP APPROVALS:**

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| PROJECT SPA: | Craig Redding | | |
| BUSINESS MANAGER: | Kamil Gurses | | |
| FINANCIAL DELEGATION: | Christa Lawson | | |
| GOM CONTROLLER: | Ellie Teed | | |

Confidential