IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## MASTER SERVICE LIST AS OF FEBRUARY 1, 2021

Pursuant to the *Order Granting Complex Chapter 11 Case Treatment* [Docket No. 18], attached hereto is the consolidated Master Service List, as of February 1, 2021, for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing and solicitation agent, Prime Clerk LLC, at https://cases.primeclerk.com/FieldwoodEnergy/.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: February 1, 2021
       Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on February 1, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              */s/  Alfredo R. Pérez*
                                                            Alfredo R. Pérez

**In re: Fieldwood Energy LLC, *et al.***
Master Service List
Case No. 20-33948 (MI)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ENERGY TRANSFER OPERATING, L.P., SEA ROBIN PIPELINE COMPANY, LLC, TRUNKLINE GAS COMPANY, LLC, FLORIDA GAS TRANSMISSION, COMPANY, LLC, AND STINGRAY PIPELINE COMPANY, LLC | AKERMAN LLP | ATTN: JOHN E. MITCHELL | 2001 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201 | | 214-720-4300 | 214-981-9339 | |
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE& JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE | 1844 HARVARD STREET | | HOUSTON | TX | 77008 | | 713-523-2358 | 713-522-4553 | BBOYCE@ADJTLAW.COM<br>KDUBOSE@ADJTLAW.COM |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR. | 2000 KALISTE SALOOM ROAD, SUITE 400 | P.O. BOX 81129 | LAFAYETTE | LA | 70598-1129 | | 337-291-1310 | 337-291-1315 | EMILEJOSEPH@ALLENGOOCH.COM |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST | GASLIGHT SQUARE | 1001 THIRD STREET, STE 1 | CORPUS CHRISTI | TX | 78404 | | 361-884-4891 | 361-884-1286 | KMARAIST@ALBMLAW.COM |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY | 1885 SAINT JAMES PLACE | 15TH FLOOR | HOUSTON | TX | 77056 | | 713-850-4200; 713-850-8218 | 713-850-4211; 832-786-4877 | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 | | 504-566-5200 | 504-636-4000 | JHAYDEN@BAKERDONELSON.COM |
| COUNSEL TO ITC GLOBAL, INC. | BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA | 811 LOUISIANA STREET | SUITE 1010 | HOUSTON | TX | 77002 | | 713-362-2550 | | LLIM@BALCH.COM<br>RKUBANDA@BALCH.COM |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR. | 815 WALKER, SUITE 1502 | | HOUSTON | TX | 77002 | | 713-516-7450 | | BARNETBJR@MSN.COM |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA | PO BOX 3001 | | MALVERN | PA | 19355-0701 | | | | |
| COUNSEL TO MARATHON OIL COMPANY AND EOG RESOURCES, INC. | BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR, J. ROBERTSON CLARKE, JOSHUA N. EPPICH | 420 THROCKMORTON STREET, SUITE 1000 | | FORT WORTH | TX | 76102 | | 817-405-6900 | 817-405-6902 | CLAY.TAYLOR@BONDSELLIS.COM<br>ROBBIE.CLARKE@BONDSELLIS.COM<br>JOSHUA@BONDSELLIS.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: MARK E. DENDINGER | 185 ASYLUM STREET | CITYPLACE I, 34TH FLOOR | HARTFORD | CT | 06103 | | 860-947-9000 | 860-404-3970 | MARK.DENDINGER@BRACEWELL.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN | 711 LOUISIANA STREET | SUITE 2300 | HOUSTON | TX | 77002 | | 713-221-1166 | 800-404-3970 | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM |
| BRIAN CLOYD | CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE, CHELSEA L. SCHELL | 400 W. 15TH STREET, SUITE 900 | | AUSTIN | TX | 78701 | | 512-477-5000 | 512-477-5011 | RCHAPPLE@CSTRIAL.COM<br>CSCHELL@CSTRIAL.COM |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST | 1100 POYDRAS STREET | SUITE 3100 | NEW ORLEANS | LA | 70163 | | 504-585-3800 | 504-585-3801 | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM |
| CETCO ENERGY SERVICES COMPANY, LLC | CETCO ENERGY SERVICES COMPANY, LLC | ATTN: RUDY URBAN, CREDIT MANAGER | 635 BRAKE RIDGE COURT | | SEYMOUR | TN | 37865 | | | | |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER | ONE BOLAND DRIVE | | WEST ORANGE | NJ | 07052 | | 973-530-2077; 973-530-2002; 973-530-2152; 973-530-2046 | 973-325-1501 | ASHAHINIAN@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM<br>SZUBER@CSGLAW.COM |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE | CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA | 720 BRAZOS | SUITE 700 | AUSTIN | TX | 78701 | | 512-499-3647 | 512-499-3660 | DBRESCIA@CLARKHILL.COM |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER | 901 MAIN STREET, SUITE 6000 | | DALLAS | TX | 75202-3794 | | 214-651-4300 | 214-651-4330 | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | 301 COMMERCE STREET | SUITE 1700 | FORT WORTH | TX | 76102 | | 817-810-5250 | 817-810-5255 | MWARNER@COLESCHOTZ.COM<br>BWALLEN@COLESCHOTZ.COM |
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA | 2727 ALLEN PARKWAY | SUITE 1700 | HOUSTON | TX | 77019 | | 713-739-7007 | 713-739-8403 | SMARMON@CJMHLAW.COM<br>WSUDELA@CJMHLAW.COM |
| COUNSEL TO UNIVERSAL EQUIPMENT, INC. | DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT,GIDEON & EDWARDS | ATTN: CHRISTOPHER J. PIASECKI | 810 SOUTH BUCHANAN STREET | PO BOX 2908 | LAFAYETTE | LA | 70502-2908 | | 337-237-1660 | 337-237-3676 | CPIASECKI@DAVIDSONMEAUX.COM |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | 212-450-4580; 212-450-4361; 212-450-4000 | 212-701-5800 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM |
| COUNSEL TO DLS, LLC | DLS, LLC | ATTN: H. KENT AGUILLARD | 141 S. 6TH STREET | | EUNICE | LA | 70535 | | 337-457-9331 | 337-457-2917 | KENT@AGUILLARDLAW.COM |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY | 17171 PARK ROW | SUITE 160 | HOUSTON | TX | 77084 | | 281-829-1555 | 281-200-0751 | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | 230 PARK AVENUE, SUITE 1130 | | NEW YORK | NY | 10169-0079 | | 212-818-9200 | 212-818-9606 | CRBELMONTE@DUANEMORRIS.COM<br>PABOSSWICK@DUANEMORRIS.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | ATTN: NICOLETTE J. ZULLI | 1330 POST OAK BOULEVARD, SUITE 800 | | HOUSTON | TX | 77056-3166 | | 713-402-3922 | 713-583-8892 | NJZULLI@DUANEMORRIS.COM |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT | ATLANTA FEDERAL CENTER, 61 FORSYTH STREET | | ATLANTA | GA | 30303-3104 | | 404-562-9900 | 404-562-8174 | |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT | 1445 ROSS AVENUE | SUITE 1200 | DALLAS | TX | 75202-2733 | | 214-665-2200 | | |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | 1001 FANNIN STREET | SUITE 3700 | HOUSTON | TX | 77002 | | 713-470-6100 | 713-654-1301; 713-637-3593 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | FARRIMOND CASTILLO & BRESNAHAN, PC | ATTN: JOHN M. CASTILLO | 130 E. TRAVIS ST | SUITE 350 | SAN ANTONIO | TX | 78205 | | 210-231-0919 | 210-231-0004 | JCASTILLO@FCBTXLAW.COM |
| DEBTORS | FIELDWOOD ENERGY LLC | ATTN: MIKE DANE & TOMMY LAMME | | | | | | | | | MDANE@FWELL<br>TLAMME@FWELLC.COM |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | ATTN: LISA A. POWELL | 2925 RICHMOND AVE. | SUITE 1200 | HOUSTON | TX | 77098 | | 713-955-3302 | 512-488-9412 | LISA.POWELL@FISHERBROYLES.COM |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER | 1000 LOUISIANA STREET, SUITE 2000 | | HOUSTON | TX | 77002-2099 | | 713-276-5500 | | DSELDER@FOLEY.COM |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY, LYNDA L. LANKFORD, SUZANNE K. ROSEN | 777 MAIN STREET | SUITE 1550 | FORT WORTH | TX | 76102 | | 817-877-8855 | 817-877-4151 | BFORSHEY@FORSHEYPROSTOK.COM<br>LLANKFORD@FORSHEYPROSTOK.COM<br>SROSEN@FORSHEYPROSTOK.COM |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOK, LLP | ATTN: DEIRDRE CAREY BROWN | 1990 POST OAK BLVD | SUITE 2400 | HOUSTON | TX | 77056 | | 832-536-6910 | 832-310-1172 | DBROWN@FORSHEYPROSTOK.COM |
| COUNSEL TO CGG SERVICES (US) | FROST BROWN TODD LLC | ATTN: MARK A. PLATT | 900 ROSEWOOD COURT | 2101 CEDAR SPRINGS ROAD | DALLAS | TX | 75201 | | 214-580-5852 | 214-545-3473 | MPLATT@FBTLAW.COM |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN | 701 POYDRAS STREET | SUITE 4800 | NEW ORLEANS | LA | 70139-4800 | | 504-561-0400 | 504-561-0100 | ABRAUN@GLLLAW.COM |
| COUNSEL TO WESTERNGECO LLC AND THE TGS ENTITIES | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | 701 POYDRAS STREET, SUITE 4800 | | NEW ORLEANS | LA | 70139-4800 | | 504-561-0400 | 504-561-0100 | JBAAY@GLLLAW.COM |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE | 5151 SAN FELIPE | SUITE 750 | HOUSTON | TX | 77056 | | 832-255-6002 | 832-255-6001 | LAPEROUSE@GLLLAW.COM |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION LLC, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ | 320 SOUTH BOSTON AVENUE, SUITE 200 | | TULSA | OK | 74103-3706 | | 918-594-0400 | 918-594-0505 | SSOULE@HALLESTILL.COM |
| COUNSEL TO LEXON INSURANCE COMPANY AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | ATTN: LEE E. WOODARD | 333 W. WASHINGTON STREET, SUITE 200 | | SYRACUSE | NY | 13202 | | 315-423-7100 | | BKEMAIL@HARRISBEACH.COM |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | 1221 MCKINNEY STREET, SUITE 4000 | | HOUSTON | TX | 77010 | | 713-547-2000 | 713-547-2600 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | ATTN: JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ. | 150 N. RIVERSIDE PLAZA | | CHICAGO | IL | 60606 | | 312-715-5709;312-928-6036 | 312-578-6666 | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC | HOLLAND & KNIGHT LLP | ATTN: PHILLIP W. NELSON | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | CHICAGO | IL | 60606 | | 312-263-3600 | 312-578-6666 | PHILLIP.NELSON@HKLAW.COM |
| COUNSEL TO GENESIS ENERGY, L.P. | HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY & ERIC TERRY | PENNZOIL PLACE – SOUTH TOWER | 711 LOUISIANA ST, SUITE 1850 | HOUSTON | TX | 77002 | | 713-333-9125 | 713-659-9601 | TOM@HOWLEY-LAW.COM<br>ERIC@HOWLEY-LAW.COM |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ | TOTAL PLAZA | 1201 LOUISIANA, 28TH FLOOR | HOUSTON | TX | 77002 | | 713-759-0818 | 713-759-6834 | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN | 600 TRAVIS STREET | SUITE 4200 | HOUSTON | TX | 77002 | | 713-220-4200 | 713-220-4285 | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: BUFFEY E. KLEIN | 1900 N. PEARL, SUITE 1800 | | DALLAS | TX | 75201 | | 214-999-6100 | 214-999-6170 | BUFFEY.KLEIN@HUSCHBLACKWELL.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | ATTN: JAMESON J. WATTS | 111 CONGRESS AVENUE, SUITE 1400 | | AUSTIN | TX | 78701 | | 512-479-1179 | 512-479-1101 | JAMESON.WATTS@HUSCHBLACKWELL.COM |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS | 600 TRAVIS STREET | SUITE 2350 | HOUSTON | TX | 77002 | | 713-525-6226 | 713-647-6884 | RANDY.RIOS@HUSCHBLACKWELL.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST. | | PHILADELPHIA | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS | 1401 MCKINNEY STREET, SUITE 1900 | | HOUSTON | TX | 77010 | | 713-752-4200 | 713-752-4221 | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER | 2800 NORTH CENTRAL AVENUE | SUITE 1800 | PHOENIX | AZ | 85004 | | 602-234-7800 | 602-277-5595 | CLS@JHC.LAW |
| COUNSEL TO MULTIKLIENT INVEST AS | KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO | 5051 WESTHEIMER RD., 10TH FLOOR | | HOUSTON | TX | 77056 | | 713-425-7400 | 713-425-7700 | MRIDULFO@KRCL.COM |

In re: Fieldwood Energy LLC, et al.
Master Service List
Case No. 20-33948 (MI)

| Description | Firm | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD | 400 POYDRAS STREET | SUITE 250 | NEW ORLEANS | LA | 70130 | 504-299-3570 | 504-299-3582 | ESCHARFENBERG@KREBSFARLEY.COM; JORD@KREBSFARLEY.COM |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY | 909 18TH STREET | | PLANO | TX | 75074 | 972-737-2530 | 972-737-2543 | RDRY@KREBSFARLEY.COM |
| COUNSEL TO AUBREY WILD | LANDWEHR LAW FIRM | ATTN: DARRYL T. LANDWEHR | 935 GRAVIER STREET | SUITE 835 | NEW ORLEANS | LA | 70112 | 504-561-8086 | | DTLANDWEHR@ATT.NET |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | ATTN: BRANDON K. BAINS | P.O. BOX 94075 | | SOUTHLAKE | TX | 76092 | 214-722-7171; 214-722-7160 | | BBAINS@L-LLP.COM |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | | NAVASOTA | TX | 77868 | 936-825-8705 | 713-583-2833 | PWP@PATTIPREWITTLAW.COM |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. AND PROCESSING PIPING | LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III | P.O. BOX 82438 | | LAFAYETTE | LA | 70598 | 337-988-6499 | | JOHN@JMOUTONLAW.COM |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760-7428 | 512-447-6675 | 512-443-5114 | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, MATAGORDA COUNTY AND GALVESTON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP | 601 POYDRAS ST | SUITE 2660 | NEW ORLEANS | LA | 70130 | 504-558-5210 | 504-558-5200 | RKUEBEL@LOCKELORD.COM; BKNAPP@LOCKELORD.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 | 713-226-1200 | 713-223-3717 | PEISENBERG@LOCKELORD.COM; EGUFFY@LOCKELORD.COM; SIMON.MAYER@LOCKELORD.COM; ERIC.BOYLAN@LOCKELORD.COM |
| COUNSEL TO LLOG EXPLORATION COMPANY, LLC, ANKOR ENERGY LLC AND ANKOR E&P HOLDINGS CORPORATION, AND APACHE CORPORATION | LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX, LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS | 650 POYDRAS STREET, SUITE 2400 | | NEW ORLEANS | LA | 70130 | 504-503-1500 | 504-503-1501 | PGOODWINE@LOOPERGOODWINE.COM; TMOULEDOUX@LOOPERGOODWINE.COM; LJOHNSON@LOOPERGOODWINE.COM; TGAY@LOOPERGOODWINE.COM; ADANOS@LOOPERGOODWINE.COM |
| COUNSEL TO THE STATE OF LOUISIANA, OFFICE OF MINERAL RESOURCES | LOUISIANA DEPARTMENT OF JUSTICE | ATTN: RYAN M. SEIDEMANN | CIVIL DIVISION/LANDS & NATURAL RESOURCES | P.O. BOX 94005 | BATON ROUGE | LA | 70804-9005 | 225-326-6000 | 225-326-6099 | |
| COUNSEL TO ATLANTIC MARITIME SERVICES, L.L.C. | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: STEWART F. PECK | 601 POYDRAS ST., SUITE 2775 | | NEW ORLEANS | LA | 70130 | 504-568-1990 | 504-310-9195 | SPECK@LAWLA.COM |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | MACQUARIE CORPORATE AND ASSET FUNDING INC | ATTN: KRYSTEN AUGELLO | 3100 WEST END AVE | SUITE 325 | NASHVILLE | TN | 37203 | | | |
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR | 600 JEFFERSON ST., 10TH FLOOR | | LAFAYETTE | LA | 70501 | 337-266-2189 | 337-226-2303 | WLAFLEUR@MANDLLAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER | 1201 DEMONBREUN ST | SUITE 900 | NASHVILLE | TN | 37203 | 615-742-9350 | 615-242-4203 | MCOLLINS@MANIERHEROD.COM; RMILLER@MANIERHEROD.COM |
| COUNSEL TO CORE INDUSTRIES, INC. | MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | ATTN: RICHARD M. GAAL | 11 NORTH WATER STREET (36602), SUITE 13290 | P.O. BOX 350 | MOBILE | AL | 36601 | 251-432-5300 | 251-432-5303 | RGAAL@MCDOWELLKNIGHT.COM |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD | 3701 KIRBY DRIVE | SUITE 1000 | HOUSTON | TX | 77098 | 713-489-1206 | 713-893-8370 | JSHEPPARD@MORROWSHEPPARD.COM |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY | P. O. BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | 512-463-2173 | 512-936-1409 | JASON.BINFORD@OAG.TEXAS.GOV; CASEY.ROY@OAG.TEXAS.GOV |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | 515 RUSK AVE. | STE. 3516 | HOUSTON | TX | 77002 | 713-718-4650 | 713-718-4670 | STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV; USTPREGION07.HU.ECF@USDOJ.GOV |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS | 2520 W.W. THORNE DRIVE | | HOUSTON | TX | 77073 | 281-985-6319 | 281-985-6321 | BNKATTY@ALDINEISD.ORG |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO | PENNZOIL PLACE | 700 MILAM STREET, SUITE 1300 | HOUSTON | TX | 77002 | | | CRUBIO@PARKINSLEE.COM |
| COUNSEL TO COLORADO COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS | 3301 NORTHLAND DRIVE | SUITE 505 | AUSTIN | TX | 78731 | 512-302-0190 | 512-302-1802 | JBANKS@PBFCM.COM |
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT AND ANAHUAC INDEPENDENT SCHOOL DISTRICT, BAY CITY INDEPENDENT SCHOOL DISTRICT, CHAMBERS COUNTY, DICKINSON INDEPENDENT SCHOOL DISTRICT AND TRINITY BAY CONSERVATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ & OWEN M. SONIK | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | 713-862-1860 | 713-862-1429 | MVALDEZ@PBFCM.COM; OSONIK@PBFCM.COM |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY | 365 CANAL STREET | SUITE 2000 | NEW ORLEANS | LA | 70130-6534 | 504-566-1311 | 504-568-9130 | RICK.SHELBY@PHELPS.COM |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC. | PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON | 1776 YORKTOWN SUITE 300 | | HOUSTON | TX | 77056 | 713-621-0700 | 713-621-0709 | ROBERT@PORTERPOWERS.COM |
| COUNSEL FOR TALOS ENERGY INC. AND TALOS ENERGY LLC | PORTER HEDGES LLP | ATTN: ERIC M. ENGLISH | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | 713-226-6000 | 713-226-6248 | EENGLISH@PORTERHEDGES.COM |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER | 1000 MAIN STREET, 36TH FLOOR | | HOUSTON | TX | 77002 | 713-226-6000 | 713-226-6248 | JHIGGINS@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM; APOWER@PORTERHEDGES.COM |
| CLAIMS AGENT | PRIME CLERK, LLC | ATTN: JORDAN SEARLES | ONE GRAND CENTRAL PLACE | 60 EAST 42ND STREET, SUITE 1440 | NEW YORK | NY | 10165 | 212-257-5450 | 646-328-2851 | JSEARLES@PRIMECLERK.COM; SERVICEQA@PRIMECLERK.COM; FIELDWOODTEAM@PRIMECLERK.COM |
| COUNSEL TO HESS CORPORATION | REED SMITH LLP | ATTN: OMAR J. ALANIZ | 2850 N. HARWOOD STREET | | DALLAS | TX | 75201 | 469-680-4299 | 469-680-4299 | OALANIZ@REEDSMITH.COM |
| COUNSEL TO PRECISION RENTAL SERVICES | ROBERT L. MARRERO, LLC | ATTN: ROBERT L. MARRERO | 401 WHITNEY AVENUE | SUITE 126 | GRETNA | LA | 70056 | 504-366-8025 | 504-366-8026 | OFFICE@BOBMARRERO.COM |
| COUNSEL TO SOLAR TURBINES INCORPORATED | ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: JOHN MAYER | 7700 SAN FELIPE | SUITE 550 | HOUSTON | TX | 77063 | 713-626-1200 | 713-623-6014 | JMAYER@ROSSBANKS.COM |
| COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC. | RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH | 202 MAGNATE DRIVE | | LAFAYETTE | LA | 70508 | 337-235-2425 | 337-235-4709 | CMRUSH@CHARLESMRUSHESQ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR | BURNETT PLAZA | 801 CHERRY ST., STE. 1900 UNIT 18 | FORT WORTH | TX | 76102 | 817-978-3821 | | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET STE 400 | NEW YORK | NY | 10281-1022 | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV |
| COUNSEL TO GENESIS ENERGY, L.P. | SENIOR COUNSEL - GENESIS ENERGY, L.P. | ATTN: ANTHONY SHIH | 919 MILAM | STE. 2100 | HOUSTON | TX | 77002 | 713-860-2659 | | TONY.SHIH@GENLP.COM |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH | 400 POYDRAS STREET | SUITE 2550 | NEW ORLEANS | LA | 70130 | 504-582-1521 | 504-582-1555 | JDF@SESSIONS-LAW.COM |
| COUNSEL TO TRENDSETTER ENGINEERING, INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES | 1001 MCKINNEY STREET, SUITE 1100 | | HOUSTON | TX | 77002-6424 | 713-646-5503; 713-646-5581 | 713.752.0337 | MFINKELSTEIN@SMFADLAW.COM; RJONES@SMFADLAW.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | ATTN: NATHAN PLOTKIN, ESQ. | 400 PARK AVE, 5TH FLOOR | | NEW YORK | NY | 10022 | 860-251-5320 | 860-251-5212 | NPLOTKIN@GOODWIN.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN | ONE CONSTITUTION PLAZA | | HARTFORD | CT | 06103-1919 | 860-251-5000 | 860-251-5099 | KLAMANNA@GOODWIN.COM; KCOHEN@GOODWIN.COM |
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL | 1000 LOUISIANA ST., SUITE 5900 | | HOUSTON | TX | 77002 | 713-495-4500 | 713-495-7799 | DMCFAUL@SIDLEY.COM; MFISHEL@SIDLEY.COM |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN | P. O. BOX 549 | | HOCKLEY | TX | 77447 | 713-335-4800; 713-335-4832 | 713-335-7878; 713-335-4848 | KGREEN@SNOWSPENCELAW.COM |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE; HENRY W KNIGHT | 1770 SAINT JAMES PLACE | SUITE 625 | HOUSTON | TX | 77056 | 713-275-8440; 713-275-8474 ; 713-275-8443 | 713-275-8445 | ROSS@SDLLAW.COM; HENRY@SDLLAW.COM |
| COUNSEL TO CORTEX BUSINESS SOLUTIONS USA LLC | SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III | 901 MOPAC EXPRESSWAY SOUTH | BUILDING 1, SUITE 300 | AUSTIN | TX | 78746 | 512-658-1915 | | MSPROUSE@SPROUSEPLLC.COM |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC AND NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P., AND NOV PROCESS & FLOW TECHNOLOGIES US, INC. | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN, CYNTHIA CASTANON | 1010 LAMAR STREET | SUITE 550 | HOUSTON | TX | 77002 | 713-527-9991 | 713-527-9992 | BRIAN.BAKER@STACYBAKERLAW.COM; DOUG.FRIEDMAN@STACYBAKERLAW.COM; CYNTHIA.CASTANON@STACYBAKERLAW.COM |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | 334-242-7300 | 334-242-2433 | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | 1400 COLISEUM BOULEVARD | | MONTGOMERY | AL | 36110-2400 | 334-271-7700 | | PERMITSMAIL@ADEM.STATE.AL.US |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | 225-326-6000 | 225-326-6499 | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 602 N. FIFTH STREET | | BATON ROUGE | LA | 70802 | | | |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 | 601-359-3680 | | |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 2261 | | JACKSON | MS | 39225 | 601-961-5171 | 601-961-5337 | |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT | BUILDING LETTER | P O BOX 13087 | AUSTIN | TX | 78711-3087 | 512-239-1000 | | AC@TCEQ.TEXAS.GOV |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR. | 301 MAIN STREET, SUITE 1640 | P. O. BOX 2348 | BATON ROUGE | LA | 70821-2348 | 225-231-9998 | 225-709-9467 | WROBBINS@STEWARTROBBINS.COM; DSTEWART@STEWARTROBBINS.COM |

In re: Fieldwood Energy LLC, *et al.*
Master Service List
Case No. 20-33948 (MI)

| Description | Firm | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE | 180 MAIDEN LANE | | NEW YORK | NY | 10038 | 212-806-5400 | 212-806-6006 | KHANSEN@STROOCK.COM FMEROLA@STROOCK.COM JCANFIELD@STROOCK.COM SMILLMAN@STROOCK.COM KPASQUALE@STROOCK.COM |
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE | 2323 BRYAN STREET, SUITE 2200 | | DALLAS | TX | 75201 | 214-969-4900 | 214-969-4999 | DAPICE@SBEP-LAW.COM |
| SUPREME SERVICE & SPECIALTY CO., INC. | SUPREME SERVICE & SPECIALTY CO., INC. | FREDDY BOURGEOIS, CONTROLLER | 204 INDUSTRIAL AVE C | | HOUMA | LA | 70363 | | | |
| COUNSEL TO IGNITION SYSTEMS & CONTROLS, INC. | TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | ATTN: RAFAEL RODRIGUEZ | 3800 E. 42ND STREET, SUITE 409 | | ODESSA | TX | 79762 | 432-363-2128 | 432-363-2158 | RRODRIGUEZ@TODDLAWFIRM.COM |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI | P.O. BOX 875-BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | 202-307-0488 | 202-514-9163 | SERAJUL.ALI@USDOJ.GOV |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK | 1000 LOUISIANA, STE 2300 | | HOUSTON | TX | 77002 | 361-888-3111 | 713-567-9000 | |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT | P.O. BOX 1740 | | ABBEVILLE | LA | 70511 | 337-892-4149 | 337-893-7148 | TTHERIOT@ACADIANCONTRACTORS.COM TORIET@BROUSSARDBROTHERS.COM |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: CHRISTOPHER J. DEWAR, ESQ, WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. | TRAMMELL CROW CENTER | 2001 ROSS AVENUE SUITE 3700 | DALLAS | TX | 75201 | 214-220-7965 | 214-999-7965 | CDEWAR@VELAW.COM BWALLANDER@VELAW.COM BFOXMAN@VELAW.COM |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | ATTN: WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT | TRAMMELL CROW CENTER | 2001 ROSS AVENUE, SUITE 3900 | DALLAS | TX | 75201 | 214-220-7700 | 214-220-7716 | BWALLANDER@VELAW.COM BFOXMAN@VELAW.COM MPYEATT@VELAW.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ | 700 LOUISIANA STREET | SUITE 1700 | HOUSTON | TX | 77002 | 713-546-5000 | 713-224-9511 | ALFREDO.PEREZ@WEIL.COM BRENDA.FUNK@WEIL.COM CLIFFORD.CARLSON@WEIL.COM JUSTIN.PITCHER@WEIL.COM RENE.OLVERA@WEIL.COM CHRISTOPHER.JALOMO@WEIL.COM ERIN.CHOI@WEIL.COM JAKE.RUTHERFORD@WEIL.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | 767 FIFTH AVENUE | | NEW YORK | NY | 10153 | 212-310-8000 | 212-310-8007 | MATT.BARR@WEIL.COM JESSICA.LIOU@WEIL.COM |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | 11 GREENWAY PLAZA | SUITE 1400 | HOUSTON | TX | 77046 | 713-341-1158 | 866-666-5322 | JCARRUTH@WKPZ.COM |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE | 3131 MCKINNEY AVENUE, SUITE 100 | | DALLAS | TX | 75204 | 214-692-6200 | 214-692-6255 | JASON.RUDD@WICKPHILLIPS.COM SCOTT.LAWRENCE@WICKPHILLIPS.COM |