UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **FIELDWOOD ENERGY LLC, et al.** | * | **Case No. 20-33948 (MI)** |
| | * | |
| Debtors. | * | **(Jointly Administered)** |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Magnum Mud Equipment Co., Inc. ("Magnum") hereby appears by its proposed counsel, Duval, Funderburk, Sundbery, Richard & Watkins and Stanwood R. Duval ("Counsel"). Counsel hereby enter their appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"*)* and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")*,* and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned Chapter 11 cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given

-2-

and served upon the Committee through service upon Counsel, at the address, telephone number, and email address set forth below:

>Stanwood R. Duval
>Duval, Funderburk, Sundbery, Richard & Watkins
>101 Wilson Avenue (70364)
>Post Office Box 3017
>Houma, Louisiana 70361
>Telephone:  (985) 876-6410
>Facsimile:  (985) 851-1490
>E-mail:  stan@duvallawfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned Chapter 11 cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Magnum, including, without limitation, to (i) request that final orders in non-core proceedings be entered only after *de novo* review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Magnum may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Respectfully submitted,

/s/ Stanwood R. Duval
Stanwood R. Duval (La. Bar No. 27732)
DUVAL, FUNDERBURK, SUNDBERY,
  RICHARD & WATKINS
101 Wilson Avenue (70364)
Post Office Box 3017
Houma, Louisiana 70361
Telephone:  (985) 876-6410
Facsimile:  (985) 851-1490
Counsel for Magnum Mud Equipment Co., Inc.

## CERTIFICATE OF SERVICE

I, Stanwood R. Duval, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 1, 2021

/s/ Stanwood R. Duval
STANWOOD R. DUVAL