IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **FIELDWOOD ENERGY LLC,** *et al* | § | **CASE NO: 20-33948** |
| | § | |
| **DYNAMIC OFFSHORE RESOURCES NS, LLC** | § | **CASE NO: 20-33947** |
| | § | |
| **FIELDWOOD ENERGY INC.** | § | **CASE NO: 20-33949** |
| | § | |
| **FIELDWOOD ENERGY OFFSHORE LLC** | § | **CASE NO: 20-33950** |
| | § | |
| **FIELDWOOD ONSHORE LLC** | § | **CASE NO: 20-33951** |
| | § | |
| **FIELDWOOD SD OFFSHORE LLC** | § | **CASE NO: 20-33952** |
| | § | |
| **FW GOM PIPELINE, INC.** | § | **CASE NO: 20-33953** |
| | § | |
| **GOM SHELF LLC** | § | **CASE NO: 20-33954** |
| | § | |
| **BANDON OIL AND GAS GP, LLC** | § | **CASE NO: 20-33955** |
| | § | |
| **BANDON OIL AND GAS, LP** | § | **CASE NO: 20-33956** |
| | § | |
| **FIELDWOOD ENERGY SP LLC** | § | **CASE NO: 20-33958** |
| | § | |
| **GALVESTON BAY PIPELINE LLC** | § | **CASE NO: 20-33959** |
| | § | |
| **GALVESTON BAY PROCESSING LLC** | § | **CASE NO: 20-33960** |
| | § | |
| **FIELDWOOD OFFSHORE LLC,** | § | **CASE NO: 20-33961** |
| | § | **Jointly Administered** |
| Debtors. | § | |
| | § | **CHAPTER 11** |

**COURT'S NOTICE OF DRAFT OF POSSIBLE
ORDER COMPELLING PERFORMANCE**

For the reasons set forth on the record on this date, the Court orders:

1. BP Exploration & Production Inc. and Fieldwood are ordered to perform its prepetition contract with the Debtors pertaining to the Production Handling Agreement effective as of September 21, 2010 and last amended effective May 1, 2019, and the Galapagos

      Area Loop Subsea Production System Construction and Operating Agreement, effective December 1, 2011 and last amended effective May 1, 2019.

2. Performance must conform to all obligations imposed by any governmental agency with respect to the health, safety and welfare of workers and of the environment. Nothing in this Order compels BP or Fieldwood to violate any applicable safety protocols.

3. Fieldwood must attempt to obtain a suspension of production or operations from the United States. BP must fully cooperate with those attempts.

4. Until an extension that is granted by the United States that will allow the Genovesa well to come online after April 5, 2021 without adverse consequences to the Debtors, BP must perform all necessary steps to cause the Genovesa well to come online by April 5, 2021.

5. To the extent that the Debtors make or have made a bona fide offer to cause the Genovesa well to come online by April 5, 2021, BP must either accept the offer or commit in writing to cause the Genovesa well to come online by April 5, 2021.

6. Not later than February 3, 2021 at 4:00 p.m., BP must file critical path charts demonstrating how the Genovesa well will be brought online by April 5, 2021, and then must comply in all respects with the critical path charts.

7. To the extent that there are incremental loop restoration costs incurred as a consequence of this Order, those incremental costs must be borne by Fieldwood and the other co-interest owners.