**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## BP EXPLORATION & PRODUCTION INC.'S WITNESS AND EXHIBIT LIST

BP Exploration & Production Inc. ("BP") files this Witness and Exhibit List identifying those individuals that may be called as witnesses and exhibits that may be introduced at the emergency hearing on the Debtors' *Emergency Motion to Compel BP Exploration & Production Inc. to Perform Pre-Petition Contracts* [Docket No. 792], scheduled for February 2, 2021, at 3:00 p.m. (prevailing Central Time) (the "Hearing").

A.   **WITNESSES**

In connection with the Hearing, BP may call any one or more of the following individuals to provide testimony:

1. Kamil Gurses, Senior Finance Manager – Na Kika/OBO, BP Americas Inc.;

2. Craig Redding, Project Manager, BP;

3. Danielle Scott, CPL, Business Partner-Land, BP Exploration and Production Inc.;

4. Luis Aguilar, Area Production Manager, BP;

5. Any witness necessary to authenticate a document;

6. Any witness designated or called by any other party; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

ACTIVE 55022110v1

7. Any impeachment or rebuttal witness.

B. **EXHIBITS**

In connection with the Hearing, BP may seek to introduce into evidence any one or more of the following documents:

| Ex. # | Description | Offered | Obj. | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Loop Subsea Production System Construction and Operating Agreement dated December 21, 2011 **[Filed Under Seal]** | | | | |
| 2. | Production Handling and Operating Services Agreement dated September 21, 2010 **[Filed Under Seal]** | | | | |
| 3. | Tieback Letter Agreement dated October 3, 2019 **[Filed Under Seal]** | | | | |
| 4. | Satellite Well System Letter Agreement dated January 28, 2020 | | | | |
| 5. | LSPS Update October 2020 **[Filed Under Seal]** | | | | |
| 6. | BP Letter dated November 6, 2020 | | | | |
| 7. | Email string dated December 3, 2020 | | | | |
| 8. | BP's Letter dated December 10, 2020 | | | | |
| 9. | BP's Letter dated December 15, 2020 | | | | |
| 10. | Department of the Interior Submittal ID 187447650 Report dated December 17, 2020 | | | | |
| 11. | LSPS Update December 2020 **[Filed Under Seal]** | | | | |
| 12. | Fieldwood Letter dated December 24, 2020 | | | | |
| 13. | BP's Letter dated June 12, 2020 | | | | |
| 14. | BP's Response dated January 11, 2021 | | | | |

| Ex. # | Description | Offered | Obj. | Admitted | Disposition |
|---|---|---|---|---|---|
| 15. | Draft Sole Benefit and LSPS Loop Reinstatement Agreement **[Filed Under Seal]** | | | | |
| 16. | LSPS Update January 2021 **[Filed Under Seal]** | | | | |
| 17. | Email string dated January 5, 2021 | | | | |
| 18. | January 20, 2021 DOI Order | | | | |
| 19. | Revision 4 of Galapagos LSPS Response Corrective Action Plan **[Filed Under Seal]** | | | | |
| 20. | Email string, "MC 519 – SOP Activity Schedule," dated January 29, 2021 and attachment | | | | |
| 21. | Department of the Interior Submittal ID 196843060 Report dated February 1, 2021 | | | | |
| 22. | Department of the Interior Submittal ID 196848967 Report dated February 1, 2021 | | | | |
| 23. | Not used at this time | | | | |
| 24. | Biden Admin Issues 30+ Drilling Permits dated February 1, 2021 | | | | |
| 25. | Any exhibit designated by any other party; | | | | |
| 26. | Any pleadings, reports, or other documents filed in the Debtors' bankruptcy case; and | | | | |
| 27. | Any impeachment or rebuttal exhibits. | | | | |

BP reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. BP also reserves the right to rely upon and use as evidence additional documents produced by the Debtors or any other party in interest.

Dated: February 2, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Shari L. Heyen
Shari L. Heyen (SBN 09564750)
HeyenS@gtlaw.com
Karl D. Burrer (SBN 24043584)
BurrerK@gtlaw.com
Katie Tipper-McWhorter (SBN 24083974)
(admitted *pro hac vice*)
TipperK@gtlaw.com
Kristen M. Jacobsen (SBN 24101381)
JacobsenK@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

– and –

P. William Stark (SBN 24046902)
Admitte*d pro hac vice*
StarkB@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

*Counsel for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2021, a true and correct copy of the foregoing Witness and Exhibit List was served by electronic mail via the Court's ECF system to all parties authorized to receive notice in this case.

By: /s/ Shari L. Heyen
Shari L. Heyen

ACTIVE 55022110v1