| | |
|---|---|
| **Sent:** | Thursday, December 3, 2020 2:24 PM |
| **To:** | Janik, Jourdan R |
| **Cc:** | NaKika_Information_Request; Gurses, Kamil |
| **Subject:** | Re: Misc.  Items |

Jourdan- I am checking with my colleagues on the technician contract, but re SOP, my experience is that it is good to start "warming BSEE up" to the situation sooner than later so that they not only have time to work it on their end, but we have a chance to make changes should BSEE signal issues.

My hope is that we don't need it, but given the expiration date in early April, I would rather have everything lined up well before just in case. As such, i think we would want to engage BSEE in mid to late January like we have previously discussed..

Nathan

Sent from my iPhone

On Dec 3, 2020, at 13:46, Janik, Jourdan R <Jourdan.Janik@bp.com> wrote:

**External:** This Email is from an external sender. Be alert for Phishing. Do not click links if you do not know the sender.

Nathan,

A few things I wanted to flag:

1. Agenda Item for LSPS Meeting – One item we're having on the agenda for tomorrow is around getting an idea of the support Fieldwood will need to engage with BSEE in the event an SOP (or other suspension) is needed for MC 519.  Goes without being said BP will obviously have to provide the the activity schedule of any remediation, but I think key question to be answered is when (if necessary) is the soonest that Fieldwood would like to reach out to BSEE?  As for the slides, I will pass those along as soon as they're ready.
2. TAR AFEs – I've passed along your note again to the team.  Will revert as soon as I have something there
3. Production Technician Agreement – As you're aware, this expires as the end of this month.  I have reached out to our team to ensure they want to renew, but I would assume Fieldwood is supportive of the renewal as well?

Thanks,

**Jourdan Janik**
Land Negotiator - GoM
BP Exploration & Production Inc.

1



BP Exhibit 7
20-33948 (MI)

direct: (832) 772-5325
mobile: (713) 309-5961

This e-mail may contain confidential or proprietary information belonging to the BP group and is intended only for the use of the recipients named above. If you are not the intended recipient, please immediately notify the sender and either delete this email or return to the sender immediately. You may not review, copy or distribute this email. Within the bounds of law, this part of BP retains all emails and IMs and may monitor them to ensure compliance with BP's internal policies and for other legitimate business purposes.