# BP EXHIBIT 11

FILED UNDER SEAL