# BP EXHIBIT 15

FILED UNDER SEAL