# BP EXHIBIT 16

FILED UNDER SEAL