# BP EXHIBIT 19

## FILED UNDER SEAL