

| | UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT SUBMITTAL REPORT | Created on 01-FEB-2021 13:59:43 |
|---|---|---|

## Submittal Overview

| | |
|---|---|
| Operator: | BP Exploration & Production Inc. (02481) |
| Business Process: | Pipeline Permits and Reports |
| Submittal Type: | Lease Term Decommissioning Application |
| Project Name: | |
| Submittal Coordinator: | |
| Submittal Status: | Submitted |
| Submittal ID: | 196843060 |
| Status Date: | 01-FEB-2021 |
| Submittal Description: | |
| Remarks: | |

## Metadata

| | |
|---|---|
| Segment Number(s): | |
| ROW Number: | |
| Regulatory Authority: | |
| Departing Area-Block: | |
| Terminating Area/Block: | |
| Departing Facility/Well/PPL: | |
| Terminating Facility/Well/PPL: | |
| ROW Permitee Name: | |
| ROW Permitee Code: | |

## Submittal Statuses

| Status | Creator | Created | Modifier | Last Modified |
|---|---|---|---|---|
| Submitted | o-garciaa | 01-FEB-2021 13:59:42 | | |
| **Remark** | | | | |
| Status | Creator | Created | Modifier | Last Modified |
| Draft | o-garciaa | 01-FEB-2021 09:32:18 | o-garciaa | 01-FEB-2021 13:59:42 |
| **Remark** | | | | |

## Variances

| Title: | 250.1752 (b) - Regional Supervisor determines that pigging is not practical | Type: | OTHER | Operation Type: | Other |
|---|---|---|---|---|---|
| Expiration Date: | | | Status: Pending | | |





**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT**
**SUBMITTAL REPORT**

Created on
01-FEB-2021
13:59:43

| Authority: | 30 CFR 250.1752(b) |
|---|---|
| Regulation Text | (b) Pig the pipeline, unless the Regional Supervisor determines that pigging is not practical; and |
| Justification: | The flowline jumper will not be pigged prior to removal as the existing egress issue on the SC PLEM2 prevents the pigging the loop without risking loss of production containment.<br>The flowline jumper has operated without any known asphaltene or paraffin issues.<br>The flowline has been flushed with dead oil multiple times using dead oil for<br>diagnostics to identify the location of the egress at SLDV1-3874 located on SC PLEM2. |

| Title: | 250.1752 (c) -Alternate compliance request for flushing the pipeline | Type: | ALTERNATIVE | Operation Type: | Other |
|---|---|---|---|---|---|
| Expiration Date: | | | Status: Pending | | |
| Authority: | 30 CFR 250.1752(c) | | | | |
| Regulation Text | (c) Flush the pipeline. | | | | |
| Justification: | The flowline jumper will be displaced with methanol & MEG to remove approximately 14 barrels of dead oil prior to flowline jumper removal and retrieval.<br>Prior to removal, the flowline jumper will be displaced alternating methanol & MEG to increase the efficacy of dead oil removal. Displacement fluids have been selected that have densities that are both above and below the existing dead oil, essentially bracketing the existing fluid enabling displacement of entire jumper. | | | | |

## Contacts

| **Garcia, Adalberto** | | Phone: | | Email: | Adalberto.Garcia@bp.com |
|---|---|---|---|---|---|
| | Contact Type: | Regulatory Contact 1 | | | |
| | Address: | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Verbal Authorization

**NO VERBAL AUTHORIZATIONS**

## Payments

| | **Assign ID** | **Pay Date** | **Amount** | **TX Code** | **Status** |
|---|---|---|---|---|---|
| 1) | 26R57EM1 | | 0.00 | | |

## Checklist

| | **Question** | **Resp** | **Follow-up** | **Remark** |
|---|---|---|---|---|
| 1) | Do any segments traverse though a Sand Sediment Resource Area? | N/A | | |
| 2) | Do any segments cross through a fairway or anchorage area? | N/A | | |
| 3) | Will all segments be pigged? | N | Please provide justification | See variance request |



**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT**
**SUBMITTAL REPORT**

Created on
01-FEB-2021
13:59:43

| | | | | |
|---|---|---|---|---|
| | | | for this departure. | |
| 4) | Will all segments be flushed and filled with uninhibited seawater? | N | Please provide justification for this departure. | See variance request |
| 5) | Will all segments be decommissioned by a complete removal? | Y | | |

# Requests for Information

**NO RFIS**

# Associated Submittals

**NO Associated Submittals**

January 29, 2021

U.S. Department of the Interior
Bureau of Safety and Environmental Enforcement 1201
Elmwood Park Blvd.
New Orleans, LA  70123-2394

Attention:    Ms. Angie Gobert
                 Pipeline Section Chief

Reference:    **Application to Modify Lease Term Pipeline – PL Segment No. 16286**
                 BP Galapagos Field,
                 Mississippi Canyon Area Block 519 OCS-G 27278
                 **Removal of Santiago Flowline Jumper (FAY 3875)**

Ladies and Gentlemen:

In accordance with Title 30 CFR Part 250, Subpart J, BP Exploration & Production Inc. (BP) hereby requests approval for the:

> Modification to remove Santiago Flowline Jumper (FAY 3875) of the PL Segment No. 16286 located in the Mississippi Canyon Area Block (MC) 519.

BP is proposing the removal of PSN 16286, which consists of 10.75-inch OD flowline jumper connecting Santiago PLEM One (SA PLEM1) and Santiago PLEM Two (SA PLEM2) via flowline hubs. The flowline jumper connects Segment 16283 (SC-SA Infield Flowline) to Segment 16270 (Santiago Flowline/Riser), which connects to the Nakika Platform. BP proposes to decommission and remove the Santiago Flowline Jumper (PSN 16286) as per the attached application. The decommissioning and recovery of the segment will be performed by a dynamically positioned vessel and is estimated to begin operations in 1Q of 2021 with duration of approximately 5 days.

In support of our application and for your review and use, the following documents are enclosed:

- Procedural Narrative – Information per 30 CFR 250.1752
- Service Fee Receipt
- Galapagos Field Layout – Santiago Drill Center

*Application to Modify Lease Term Pipeline – PL Segment No. 16286*
*BP Galapagos Field, Mississippi Canyon Area Block 519 OCS-G 27278*
*Removal of Santiago Flowline Jumper (FAY 3875)*
*January 29th, 2021*
*Page 2 of 2*

The company's contact on <u>technical points</u> will be:

>Justin Hermeston
>Office: 832-630-4419
><u>Justin.Hermeston@bp.com</u>

The company's contact on <u>permitting inquiries</u> and all <u>approval documents</u> will be:

>Adalberto Garcia
>501 Westlake Park Blvd.
>Houston, TX 77079
>Cell: (281) 995 2815
><u>Adalberto.Garcia@bp.com</u>

If you have any questions or require additional information, please call Adalberto Garcia at (281)-995-2815

Sincerely,

*[signature]*

Adalberto Garcia
Regulatory Advisor

Enclosures
    Procedural Narrative – Information per 30 CFR 250.1752 Service
    Fee Receipt
    Galapagos Field Layout – Santiago Drill Center

### §250.1752(a) Submit a pipeline removal application in triplicate to the Regional Supervisor for approval. Your application must be accompanied by payment of the service fee listed in §250.125.

The Modification application for the decommissioning of a portion of Lease Term 16286 (Santiago Flowline Jumper) is being submitted via online ePermit TIMs system. The paygov fee receipt as per 30 CFR 250.1752 will be attached to this submittal online.

### §250.1752(a)(1) Proposed removal procedures;

BP proposes to remove Pipeline Segment Number (PSN) 16286, which consists of 10-inch OD flowline jumper connecting Santiago PLEM One (SA PLEM1) and Santiago PLEM Two (SA PLEM 2) via flowine hubs. The 10" flowline jumper connects PSN 16283 (SC-SA Infield Flowline) to PSN 16270 (Santiago Flowline/Riser), which connects to the Nakika Platform.

The segment is associated with the Corrective Action Plan (CA83P) submitted on February 1st of 2021, and the associated shore base is Port Fourchon. Removal operations shall follow the procedure listed below:

1. Ensure decommissioning of PSN 20292 (GVI PLIS TO SA PLEM1 Jumper) has been completed. A separate permit for decommissioning of PSN 20292 will be submitted for approval by Fieldwood Energy.
2. Verify barrier isolation at on SLDV1-3875 located at SA PLEM1.
3. Verify SLDV1-3876 located at SA PLEM2 is open to allow jumper fluid displacement to platform.
4. Flush with methanol & MEG to remove production fluids from the flowline jumper.
5. Cut Jumper Assembly into sections with ROV tooling and recover pipe sections to the surface using a subsea basket. Crane support may be required during cutting operations.
6. Remove Jumper end connections via OEM Tooling and recover to the surface.
7. Deploy Flowline Hub Caps with vessel crane and install on exposed flowline jumper hub(s)
8. Utilize ROV to Perform leak test to verify successful cap installation and barrier integrity.
9. Perform subsea survey as required of existing PLEM locations for new flowline jumper fabrication.
10. Demobilize decommissioning spread to Port Fourchon or Port of Iberia. Dispose of jumper assembly components.

### §250.1752(a)(2) If the Regional Supervisor requires it, a description, including anchor pattern(s), of the vessel(s) you will use to remove the pipeline;

Dynamically Positioned (DP) construction vessel will be used to remove the Santiago flowline jumper (PSN 16286).

### §250.1752(a)(3) Length (feet) to be removed;

The below table details the length of PSN 16286 to be removed:

**Table 1:** Length to be Removed

| Equipment Name | Tag Number | Length (ft) | Start | End |
|---|---|---|---|---|
| Santiago Flowline Jumper (PSN 16286) | FAY-3875 | 99'-11" | SA PLEM1 | SA PLEM2 |

### §250.1752(a)(4) Length (feet) of the segment that will remain in place;

The 99 feet of PSN 16286 will be removed. No length of the segment will remain in place.

### §250.1752(a)(5) Plans for transportation of the removed pipe for disposal or salvage;

The Santiago Flowline Jumper (PSN 16286) will be removed and then transported by marine vessel to Port Fourchon or Port of Iberia for disposal.

### §250.1752(a)(6) Plans to protect archaeological and sensitive biological features during removal operations, including a brief assessment of the environmental impacts of the removal operations and procedures and mitigation measures that you will take to minimize such impacts;

The Santiago Flowline Jumper (PSN 16286) will be removed from an area that has no known archaeological or sensitive biological features. The jumper is elevated from the seabed and will be lifted out of position without disturbance to the sea floor.  An ROV survey shall be conducted prior to the installation of temporary ROV baskets to support pipe section recovery to ensure bottom is free from archaeological, sensitive biological features and existing asset subsea equipment.

### §250.1752(a)(7) Projected removal schedule and duration.

The early decommissioning window is in February 2021, and it will require a duration of ~5 days.

### §250.1752(b) Pig the pipeline, unless the Regional Supervisor determines that pigging is not practical;

BP requests approval of alternate compliance per 30 CFR §250.141 to allow jumper removal without pigging. Please see below Alternate Compliance Request section for details.

### §250.1752(c) Flush the pipeline

BP requests approval of alternate compliance per 30 CFR §250.141 to allow the use of methanol & MEG to displace dead oil from the jumper. Please see below Alternate Compliance Request section for details



**Figure 1: Santiago Drill Center Layout**

Confidential



**Figure 2: Santiago Flowline Jumper Drawing Details**

Confidential

### Alternate Compliance Request
BP NaKika Galapagos PL Seg 16286
Application to Modify - Removal of Santiago Flowline Jumper (FAY-3875 )

### §250.1752(b) Pig the pipeline, unless the Regional Supervisor determines that pigging is not practical;

BP requests approval of alternate compliance per 30 CFR §250.141 to allow flowline jumper removal without pigging.

The flowline jumper will not be pigged prior to removal as the existing egress issue on the SC PLEM2 prevents the pigging the loop without risking loss of production containment.

The flowline jumper has operated without any known asphaltene or paraffin issues. The flowline has been flushed with dead oil multiple times using dead oil for diagnostics to identify the location of the egress at SLDV1-3874 located on SC PLEM2.

### §250.1752(c) Flush the pipeline

BP requests approval of alternate compliance per 30 CFR §250.141 to allow the use of methanol & MEG to displace dead oil from the flowline jumper.

The flowline jumper will be displaced with methanol & MEG to remove approximately 14 barrels of dead oil prior to flowline jumper removal and retrieval.

Prior to removal, the flowline jumper will be displaced alternating methanol & MEG to increase the efficacy of dead oil removal. Displacement fluids have been selected that have densities that are both above and below the existing dead oil, essentially bracketing the existing fluid enabling displacement of entire jumper.



**Figure 1: Santiago Drill Center Layout**



# Receipt

## Tracking Information

Pay.gov Tracking ID: 26R57EM1

Agency Tracking ID: 76073401198

Form Name: Application to Decommission a Pipeline - Lease Term

Application Name: BSEE Application to Decommission a Pipeline Lease Term - BV - HCP

## Payment Information

Payment Type: Debit or credit card

Payment Amount: $1,142.00

Transaction Date: 02/01/2021 02:53:22 PM EST

Payment Date: 02/01/2021

Region : Gulf of Mexico

Contact: Adalberto Garcia

Company Name/No: bp Exploration & Production Inc., 02481

Pipeline Segment No : 16286

Lease Number(s): 27278

Originating Area/Block: Mississippi Canyon MC, 519

Terminating Area/Block: Mississippi Canyon MC, 519

Email Address: adalberto.garcia@bp.com

## Account Information

Cardholder Name: Adalberto Garcia

Card Type: Master Card

Card Number: ************1978