Attachment 3
SOP Schedule

| Activity | Deadline | Description |
|---|---|---|
| Genovesa jumper recovery | 2/28/21 | Complete the recovery of the Genovesa tie-in jumper |
| Host Facility updates and commissioning | 2/28/21 | Topside control systems and subsea tree commissioning |
| Jumper recovery Santiago flowline | 3/15/21 | Santiago flowline jumper de-oil recovery |
| Genovesa jumper re-installation | 4/15/21 | Complete the Genovesa jumper installation |
| Host Facility readiness and well start-up | 5/15/21 | Complete operational procedures and hazard assessments, and operator training in preparation for production from MC 519 #3 ("Genovesa") Well |
| Commence production from Genovesa Well (Lease OCS-G 27278 MC 519) | 5/31/21 | Start-up of production from the Genovesa Well in May 2021 |



BP Exhibit 24
20-33948 (MI)