**<u>Exhibit F</u>**

**BP's Letter to Debtors, Dated January 26, 2021**

**GT GreenbergTraurig**

Shari L. Heyen
Tel 713.374.3564
Fax 713.754.7564
heyens@gtlaw.com

January 26, 2021

**VIA EMAIL**

Paul R. Genender
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
214-746-7877
Paul.Genender@weil.com

    Re: January 20, 2021 Department of Interior Order No. 3395, Lease OCS-G 27278, and Genovesa Well

    *In re Fieldwood Energy LLC*, et al., Case No. 20-33948 (MI) (Jointly Administered), United States Bankruptcy Court for the Southern District of Texas

Dear Paul:

    Please be advised that Greenberg Traurig was recently retained by BP Exploration & Production Inc. ("BP") in connection with the above-referenced matter. We are in receipt of your letter to BP dated January 24, 2021 and are discussing it with our client. We will provide you with a response as soon as possible.

Sincerely,

Shari L. Heyen

cc:   Thomas R. Lamme
       Nathan Vaughn
       Alfredo R. Perez
       Matthew S. Barr
       Erin M. Choi

**Greenberg Traurig, LLP | Attorneys at Law**
1000 Louisiana Street | Suite 1700 | Houston, Texas 77002 | T +1 713.374.3500 | F +1 713.374.3505

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; †Greenberg Traurig, S.C.; ªGreenberg Traurig Santa Maria; ᴬᴰGreenberg Traurig LLP Foreign Legal Consultant Office; ᴬA branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ¬Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com