**Exhibit H**

**GT GreenbergTraurig**

Shari L. Heyen
Tel 713.374.3564
Fax 713.754.7564
heyens@gtlaw.com

January 31, 2021

**VIA EMAIL**

Paul R. Genender
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
214-746-7877
Paul.Genender@weil.com

   Re: January 20, 2021 Department of Interior Order No. 3395, Lease OCS-G 27278, and Genovesa Well

   *In re Fieldwood Energy LLC*, et al., Case No. 20-33948 (MI) (Jointly Administered), United States Bankruptcy Court for the Southern District of Texas

Dear Paul:

As you are aware, we represent BP Exploration & Production Inc. ("BP") in connection with the above-referenced matters. As you may also be aware, Nathan Vaughn, Fieldwood Energy's Deepwater Land Advisor, Rex Richardson, Red Willow Land Manager, and Heath Suire with Houston Energy Deepwater Partners ("HEDV") recently have sent a series of emails to Kamil Gurses, BP's Senior Finance Manager – Na Kika/OBO, and Danielle Scott, BP's Business Partner – Land, pertaining to issues associated with the connection of the Genovesa well. On behalf of BP, we respond to each of these emails as follows.

In a January 28, 2021 email, Mr. Vaughn provided a list of items he thought should be competed while a permit to commence connection activities is pending. In Mr. Vaughn's opinion, these activities could allow the Genovesa well to commence production by April 5, 2021. For convenience of reference, Mr. Vaughn opines as follows:

1. Secure installation contractor vessel for Campaign 1 and Campaign 2 and finalize boarding agreements for Fieldwood representatives;
2. Perform XT and PLIS valve commissioning as planned on February 14, 2021;
3. Submit decommissioning permit and procedure for LSPS jumper;
4. Ensure DOCD and commingling permits readiness for the Temporary Single Flowline;

**Greenberg Traurig, LLP | Attorneys at Law**
1000 Louisiana Street | Suite 1700 | Houston, Texas 77002 | T +1 713.374.3500 | F +1 713.374.3505

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: "Greenberg Traurig Germany, LLP; ^A separate UK registered legal entity; ºGreenberg Traurig, S.C.; ªGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ~Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

January 31, 2021
Page 2

5. Agree on all scheduling with Fieldwood;
6. Review and approve flow assurance, jumper design basis documents, P&ID's, and controls documentation;
7. Confirm, by February 25, 2021, all software readiness for Genovesa well (MC519 #3);
8. Review and approve Fieldwood jumper rigging arrangements and sea-fastening during transportation and installation;
9. Identify POB requirements and secure the capacity for relevant time periods;
10. Secure equipment and personnel with One Subsea and Trendsetter;
11. Finish procedures for Campaign 1 and Campaign 2 including risk assessments;
12. Confirm Na Kika support for Campaign 1 and Campaign 2;
13. Ensure Management of Change documents, work packages, consumables and procedures are in place for startup commissioning support;
14. Replace the current obsolete design of the Santiago riser boarding valve (FCV-2010A) to the redesigned style;
15. Replace the SEM cards to enable replacement of the subsea Production Choke Valve (PCV) on the Santiago well (MC-519 #2);
16. Initiate plans to install LDHI injection to the Genovesa well (MC-519 #3);
17. Expedite reestablishing riser base gas-lift injection to the Santiago riser;
18. Approve request to have Fieldwood CROs back at Na Kika for Genovesa well commissioning and startup; and
19. Complete the review of operational procedures (SOPs), HAZOPs and operator training requirements by the end of February 2021.

At the outset, please note that pursuant to the SOP Schedule counsel to BP provided to Fieldwood on January 28, 2021, production from the Genovesa well will not commence until on or about May 31, 2021. BP will be performing in a commercially reasonable and safe manner to achieve this deadline in accordance with the SOP Schedule milestones and within the scope of the AFEs. BP will endeavor to expedite the schedule but cannot commit or guarantee performance beyond the schedule.

As to items #1 and 10, BP will secure the vessel(s) and the referenced equipment/personnel once the letter agreement for the LSPS loop restoration is approved by the bankruptcy court and executed by the parties, and the sole benefit AFEs are approved.

As to items #2 and 7, BP agrees that this work needs to be performed, but cannot commit to these exact deadlines. BP is actively progressing these two key tasks within its near-term offshore activity integration planning process and will complete the work in a commercially reasonable timeframe. BP will continue to keep Fieldwood informed of changes, as item #2 will require Fieldwood to have a vessel in the field.

Items #14, 15, 16 and 17 are not required to implement the proposed Genovese temporary flowline plan by May 31, 2021. These activities will be scheduled in a commercially reasonable and safe manner in accordance with BP's standard activity planning and integration processes.

January 31, 2021
Page 3

As to item #18, BP agrees to allow a Fieldwood representative on the Na Kika platform during the period of the Genovesa well commissioning and startup at Fieldwood's sole cost, risk, liability and expense in accordance with BP's standard practices.

As to #19, BP agrees that these are important operational procedure and training matters, but they will progress in line with the project plan and not necessarily by the end of February.

As stated in item #5, BP has been meeting with Fieldwood during regular weekly calls between technical representatives to discuss scheduling amongst other issues. BP is willing to continue these discussions at reasonable intervals and meet with Fieldwood to discuss detailed activities and scheduling so the Genovesa well can begin production as soon as safe and reasonable.

In a January 29, 2021 series of emails from Mr. Vaughn, Mr. Richardson and Mr. Suire to Mr. Gurses and Ms. Scott, Mr. Vaughn, Mr. Richardson and Mr. Suire attached Fieldwood's, Red Willow's and HEDV's purported signed Sole Benefit AFE for the Temporary Genovesa Single Flowline.

This is not a valid approval of an existing AFE because a formal AFE proposal has not yet been made by BP. BP provided a draft AFE form as part of the negotiations regarding the draft LSPS loop restoration letter agreement. As BP discussed with Fieldwood during a January 14, 2021 co-owner meeting, the LSPS loop restoration letter agreement is required to address the adverse impact to the LSPS of the Genovesa temporary flowline plan. BP has received and reviewed Fieldwood's comments and will send a revised draft of this agreement to Fieldwood and other LSPS co-owners on or before February 1, 2021. BP hopes to finalize the draft on the 1st and will support Fieldwood in any efforts to seek expedited bankruptcy court approval thereof. The formal AFE will be executed simultaneously with the execution of the letter agreement following bankruptcy court approval.

Finally, Mr. Vaughn sent Mr. Gurses and Ms. Scott yet another email on January 29, 2021 questioning BP's proposed SOP Schedule dates, submitted an alternative schedule and, contrary to Fieldwood's statements at the January 28, 2021 status conference before the bankruptcy court at which it indicated that it would work to expeditiously seek an SOP, Mr. Vaughn stated that Fieldwood doesn't believe that an SOP is needed or necessary.

BP does not believe that Fieldwood's proposed SOP Activity Schedule is achievable. This previously was communicated to Fieldwood during the January 14, 2021 co-owners meeting. SOP activity schedule milestones must relate to safe and prudent operating standards. What BP has provided is commercially reasonable, safe and achievable. BP agrees that the mutual goal is to not have the Fieldwood lease expire and while BP will endeavor to expedite the schedule, it cannot commit or guarantee performance beyond the schedule. Under the circumstances we are facing, an application for an SOP is a clear path for a reasonably prudent operator to hold a lease beyond its expiration.

January 31, 2021
Page 4

Please contact me if you have any questions.

                                                    Sincerely,

                                                    */s/ Shari L. Heyen*
                                                    Shari L. Heyen

cc:    Alfredo R. Perez
        Matthew S. Barr
        Erin M. Choi
        Barnet Skelton
        William Garner