**Exhibit J**

| | |
|---|---|
| **From:** | Nathan Vaughn <Nathan.Vaughn@Fwellc.com> |
| **Sent:** | Thursday, January 28, 2021 7:59 PM |
| **To:** | Gurses, Kamil; Scott, Danielle |
| **Cc:** | Rocky Robbins; Venkatesh Bhat; Craig.Redding@bp.com |
| **Subject:** | Genovesa - Single Flowline Actions |

Kamil / Danielle:

We understand that there was a status conference today with BP concerning Genovesa and scheduling for the Single Flowline Project. It sounds like the clear direction for our respective Operations teams is to work together to move the project forward as soon as possible, including filing the necessary permit and taking other actions that can be done while that permit is pending approval, which should include locking in the vessel to perform the project. We view all of this is a positive development that can ensure that we bring Genovesa on line in advance of the lease expiration date.

We want to be as helpful as we can in this process. From our perspective, the following list of items can be progressed while the permit is pending and, if done, will help us stay on schedule to begin Genovesa production before 5 April 2021. We stand ready to assist or take the lead with any of the below action items and any other action items that your team believes are needed to guarantee a safe project and Genovesa production before the lease expiration date (with an appropriate cushion built in to account for unplanned delays). Our entire team is standing by and available 24/7, so do not hesitate to call on us as needed.

We look forward to working collaboratively to achieve this very attainable goal.

**SUBSEA PROJECT ACTION ITEMS:**
- Secure installation contractor vessel for Campaign 1 and Campaign 2 and finalize boarding agreements for Fieldwood Reps
- Perform XT & PLIS valve commissioning as planned on 14 February 2021
- Submit Decommissioning permit and procedure for LSPS jumper
- Ensure DOCD and commingling permits readiness for the Temporary Single Flowline
- Agree all scheduling with Fieldwood
- Review and approve flow assurance, jumper design basis documents, P&ID's, controls documentation
- Confirm, by 25 February 2021, all software readiness for Genovesa (MC519 #3)
- Review and approve Fieldwood jumper rigging arrangements, sea-fastening during transportation and installation
- Identify POB requirements and secure the capacity for relevant time periods
- Secure equipment and personnel with One Subsea and Trendsetter.
- Finish procedures for Campaign 1 and Campaign 2 including risk assessments
- Confirm Na Kika support for Campaign 1 and Campaign 2.
- Ensure Management of Change documents, work package, consumables and procedures are in place for startup commissioning support

Notes:
Campaign 1 = LSPS jumper recovery, Genovesa PLIS jumper recovery, Metrology.
Campaign 2 = Installation of Genovesa jumper including leak test and start up support. Start support includes MEG flushing new PLIS jumper, Alignment of Genovesa PLEM valve.

**HOST FACILITY UPDATES/COMISSIONING/READINESS**
- Replace the current obsolete design of the Santiago riser boarding valve (FCV-2010A) to the re-designed style (that is much more robust and efficient at handling solids)
- Replace the SEM cards to enable replacement of the subsea Production Choke Valve (PCV) on the Santiago (MC-519#2)well

1

**DEBTORS' EX. NO. 10**
**Page 2 of 3**

- Initiate plans to install LDHI injection to Genovesa (MC-519#3)
- Expedite re-stablishing riser base gas-lift injection to the Santiago riser
- Approve request to have Fieldwood CROs back at Na Kika for Genovesa well commissioning and start-up
- Complete review of operational procedures (SOP's), HAZOPs and operator training requirements by end of February 2021

Best,

Nathan

**Nathan Vaughn** | **Deepwater Land Advisor**



2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
nathan.vaughn@fwellc.com
Office: 713.969.1085
Cell: 832.904.3581