**Exhibit K**

| | |
|---|---|
| **From:** | Nathan Vaughn <Nathan.Vaughn@Fwellc.com> |
| **Sent:** | Friday, January 29, 2021 4:35 PM |
| **To:** | Gurses, Kamil; Scott, Danielle |
| **Cc:** | Greaser, Daniel; Rex Richardson; Heath Suire |
| **Subject:** | Genovesa Single Flow Line - Sole Benefit AFE - Fieldwood Execution |
| **Attachments:** | Temporary Genovesa Single Flow Line (Sole Benefit) AFE - FW (29 Jan 21).pdf |

Kamil / Danielle:

Please find attached Fieldwood's signed Sole Benefit AFE for the Temporary Genovesa Single Flowline.

We are prepared to promptly sign an AFE for the SA Jumper Removal pending BP revising it to reflect the LSPS WI at which the operation will be carried out.

Please confirm your receipt of the Sole Benefit AFE for the Temporary Genovesa Single Flowline and advise timing on submission of the revised SA Jumper AFE.

Best

Nathan

**Nathan Vaughn** | **Deepwater Land Advisor**



2000 W. Sam Houston Pkwy S., Suite 1200
Houston, Texas 77042
nathan.vaughn@fwellc.com
Office: 713.969.1085
Cell: 832.904.3581

**DEBTORS' EX. NO. 11**
**Page 2 of 3**

**bp**

## BP GOM AUTHORIZATION FOR EXPENDITURE

External AFE

| | | | |
|---|---|---|---|
| DATE PREPARED: | January-21 | FINANCIAL MEMO KEY ID: | 72021 |
| OPERATOR: | BP | AFE NO: | NKO |
| LEASE/UNIT/FACILITY: | Na Kika | START DATE: | January-21 |
| WELL NAME/NO: | N/A | END DATE: | December-22 |
| BUSINESS UNIT: | GOM | OPERATING FIELD: | Na Kika |
| BP WORKING INTEREST: | 0.00% | SURFACE LOCATION: | N/A |
| JOINT VENTURE NO: | 100023 | BOTTOM HOLE LOC: | N/A |
| SAP COST CENTER: | 16NKG01A00 | PRPSD TOTAL DEPTH: | N/A |

| | |
|---|---|
| AFE Type: | Co-Owner Approval Required |
| SAP NO: | |
| COPAS Overhead - Required | |
| Operating / Expense | |
| WELL TYPE - if Applicable | |
| | [Select One ] |
| | [Select One ] |
| | [Select One ] |

| PROJECT DESCRIPTION/COMMENTS | Project Name:  NK - GALAPAGOS LSPS - Temporary Genovesa Single Flowline |
|---|---|

This AFE covers costs associated with reconfiguring the Genovesa tie-in from SA PLEM1 to PLEM2 as temporary single flowline condition prior to LSPS loop reinstatement.
Scope:  The scope includes the removal of existing tie-in jumper between Genovesa PLIS and Santiago PLEM1, the installation of temporary jumper between Genovesa PLIS and Santiago PLEM2; and later flushing/removal of temporary jumper between Genovesa PLIS and Santiago PLEM2 in preparation for LSPS construction to enable loop repairs and reinstatement and Re-installation of permanent jumper to restore prior operational configuration of LSPS. The AFE includes operations technical services to manage Genovesa project documentation and assurance to support well startup associated with this change.
Cost:  Costs include technical services, engineering, procurement, logistics and offshore installation support.
Schedule:  The installation and well startup support is planned to be completed by end of Q2 2021, with jumper flushing and removal, and reinstallation of permanent jumper expected at the time of LSPS loop remediation.
Project Justification: Fieldwood, Red Willow and HEDV requested BP, in its capacity as LSPS Operator, to conduct this scope of work for their sole benefit.

| WORKING INTEREST OWNERS | | Final WI % | WI COST | NOTES |
|---|---|---|---|---|
| BP | | 0.0% | $0 | |
| Fieldwood | | 65.0% | $6,500,000 | |
| Red Willow | | 30.0% | $3,000,000 | |
| Houston Energy Deepwater | | 5.0% | $500,000 | |
| | Total | 100% | Total Costs | $10,000,000 | |

| DESCRIPTION | | ESTIMATED COST | |
|---|---|---|---|
| | | Gross | Net |
| Technical Services | | $1,585,022 | $0 |
| Procurement | | $2,393,526 | $0 |
| Installation | | $5,891,452 | $0 |
| Logistics | | $130,000 | $0 |
| | TOTAL PROJECT COST* | $10,000,000 | $0 |

| PROJECT CONTACTS: | NAME | TITLE |
|---|---|---|
| BRO | Craig Redding | Subsea OPS Project Manager |
| | Justin Harmeston | Subsea OPS Project Engineer |

*NOTICE TO NONOPERATOR:  Costs shown are estimates only.  Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation.  Overhead will be charged in accordance with the Joint Operating Agreement.

CO-OWNER APPROVAL:   YES  X   NO ____ DATE: 29 Jnry 21

COMPANY NAME / NONOPERATOR:  Fieldwood Energy LLC

PRINT NAME: Mike Dane   TITLE: SVP & CFO

SIGNATURE: _____

| BP APPROVALS: | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| PROJECT SPA: | Craig Redding | | |
| BUSINESS MANAGER: | Kamil Gurses | | |
| FINANCIAL DELEGATION: | Christa Lawson | | |
| GOM CONTROLLER: | Elle Teed | | |

Confidential

**DEBTORS' EX. NO. 11**
**Page 3 of 3**