

# Santa Cruz PLEM 2 Remediation

# Suggested Temporary Genovesa Tie-in & Galapagos Loop Modifications

10.29.20

# Proposed Temporary Flow Diagram



1 x existing Flowline Jumper and 1x existing Genovesa PLIS jumper parked subsea. SA PLEM 1 will not be recovered/relocated so no change to metrology or the jumpers following pipeline repair.



# Proposed Santiago Layout

| Before | After |
|--------|-------|







# Genovesa Tie in Steps

1. FWE and BP to jointly develop and agree on engineering design, flow assurance, operating procedures, regulatory plans and subsea operations as part of this project

2. BP to flush the SA PLEM-1 to SA PLEM-2 jumper with methanol from the Santiago tree

3. BP to remove the SA PLEM-1 to SA PLEM-2 jumper and install pressure caps

4. FWE to remove the Genovesa PLIS to SA PLEM-1 jumper

5. FWE to install new Genovesa PLIS to SA PLEM-2 jumper, flush and test

6. FWE Start production from Genovesa and/or Santiago

7. BP and FWE teams to develop future plans for LSPS recovery, repair and/or reinstatement

4



# Genovesa Tie in Steps

1. BP & FWE timing for disconnecting SA PLEM jumper to enable GEN production

2. Approval of BP & FWE BOD, AFE and Schedule

3. Control system modifications, Honeywell/OSS Engagement.

4. Engineering documents: Jumper Design, P&ID's, PFD's, GA drawings

5. BP Flow Assurance Review and Endorsement

6. BSEE Engagement (FWE & BP)

7. Nakika Schedule break-in, 6-8 weeks of notice

8. Regulatory Submittals (flowline modification, commingling agreement, DWOP)

9. Offshore Jumper Recovery & Installation Procedure



5

# Suggested Decommissioning Strategy – Slide 1



DEBTORS' EX. NO. 16
Page 6 of 8

# Suggested Decommissioning Strategy – Slide 2



# Suggested Decommissioning Strategy – Slide 3



FIELDWOOD ENERGY

**DEBTORS' EX. NO. 16**
**Page 8 of 8**