## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | **Chapter 11** |
| | * | |
| **FIELDWOOD ENERGY LLC, et al.** | * | **Case No. 20-33948 (MI)** |
| | * | |
| Debtors. | * | **(Jointly Administered)** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONTINUATION AND PERFECTION OF LIEN IN CERTAIN PROPERTY OF THE DEBTOR'S ESTATE PURSUANT TO 11 U.S.C. § 546(b)

Magnum Mud Equipment Co., Inc. ("Magnum"), appearing herein through undersigned counsel, hereby provides written notice pursuant to 11 U.S.C. § 546(b) of the continuation and perfection of interests in certain property of the estate of Fieldwood Energy LLC (the "Debtor") and in the proceeds, products, offspring, rents, or profits of such property, and in support thereof respectfully represents:

1. Prior to the filing of the Debtor's non-voluntary bankruptcy case on August 3, 2020 (the "Petition Date"), Magnum provided services and/or equipment, materials, or supplies for the production and operation of these certain oil and/or gas wells more fully described as follows:

| | | |
|---|---|---|
| 1. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $451.50 |
| 2. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $620.00 |
| 3. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $466.55 |
| 4. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $481.60 |
| 5. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $797.65 |
| 6. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $45.15 |

| 7.  | Grand Isle 47 A, Jefferson Parish, Louisiana   | $165.55     |
| 8.  | Grand Isle 47, Jefferson Parish, Louisiana     | $45.15      |
| 9.  | Green Canyon 40, Jefferson Parish, Louisiana   | $22,812.50  |
| 10. | Green Canyon 40, Jefferson Parish, Louisiana   | $29,674.05  |
| 11. | Green Canyon 40, Jefferson Parish, Louisiana   | $26,782.05  |
| 12. | West Delta 68 U, Jefferson Parish, Louisiana   | $559.55     |
| 13. | West Delta 68 U, Jefferson Parish, Louisiana   | $541.50     |

2.  In accordance with applicable law, La. R.S. 9:4861, *et seq.* (the "LOWLA"), Magnum timely perfected its lien by filing the lien affidavit attached hereto as **Exhibit 1** ("Magnum Lien Affidavit").

3.  In accordance with 11 U.S.C. § 546(b)(1), Magnum hereby perfects, maintains, or continues the perfection of, and provides notice of intention to enforce its lien (the "546 Interests") in the above-described oil and/or gas wells, together with such other property described in the Magnum Lien Affidavit, and/or set forth under the LOWLA, and provides notice of its intention to enforce such lien with respect to such property. The 546 Interests perfected or maintained or continued hereby extend in, and to, the proceeds, products, offspring, rents, or profits of such property.

4.  Magnum asserts a secured interest as set forth in the oil and/or gas wells identified above and in the Magnum Lien Affidavit to the full extent allowed by applicable law, including interest

and attorney's fees.  Magnum further reserves the right to supplement and/or amend this Notice, and reserves any and all other rights under applicable law.

Respectfully submitted,

/s/ Stanwood R. Duval
Stanwood R. Duval (La. Bar No. 27732)
DUVAL, FUNDERBURK, SUNDBERY,
  RICHARD & WATKINS
101 Wilson Avenue (70364)
Post Office Box 3017
Houma, Louisiana 70361
Telephone:  (985) 876-6410
Facsimile:  (985) 851-1490
Counsel for Magnum Mud Equipment Co., Inc.

## CERTIFICATE OF SERVICE

I, Stanwood R. Duval, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 2, 2021

/s/ Stanwood R. Duval
STANWOOD R. DUVAL

FILED AND RECORDED, JEFFERSON PARISH, LOUISIANA
17059055  DATE 11/23/2020 1:55.23 PM
JON A. GEGENHEIMER CLERK OF COURT & RECORDER
CERTIFIED TRUE COPY

BY
DEPUTY CLERK & RECORDER
MB BOOK 4906  PAGE 300

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

### LIEN

BEFORE ME, through undersigned authority, duly commissioned and qualified in and for the Parish of Terrebonne, State of Louisiana, and in the presence of the two undersigned competent witnesses, therein residing:

PERSONALLY CAME AND APPEARED:

**MAGNUM MUD EQUIPMENT CO., INC.**, a Louisiana corporation domiciled and doing business in the Parish of Terrebonne, State of Louisiana, and represented herein by its duly authorized president, Gary Daigle.

who, being first duly sworn, did depose and state:

**FIELDWOOD ENERGY, LLC**, on information and belief a Texas corporation domiciled and doing business in the State of Texas.

is justly, truly and legally indebted to and unto appearer in the full sum of **EIGHTY-THREE THOUSAND FOUR HUNDRED FORTY-TWO and 80/100 ($83,442.80) DOLLARS**, as will appear from the itemized statement of account and supporting invoices hereto attached, incorporated herein and made a part hereof.

Said account represents the furnishing of services and/or the furnishing of equipment, materials, or supplies for the production and operation of these certain oil and/or gas wells more fully described as follows:

| | | |
|---|---|---|
| 1. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $451.50 |
| 2. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $620.00 |
| 3. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $466.55 |
| 4. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $481.60 |
| 5. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $797.65 |
| 6. | Grand Isle 43 AA, Jefferson Parish, Louisiana | $45.15 |
| 7. | Grand Isle 47 A, Jefferson Parish, Louisiana | $165.55 |
| 8. | Grand Isle 47, Jefferson Parish, Louisiana | $45.15 |
| 9. | Green Canyon 40, Jefferson Parish, Louisiana | $22,812.50 |
| 10. | Green Canyon 40, Jefferson Parish, Louisiana | $29,674.05 |
| 11. | Green Canyon 40, Jefferson Parish, Louisiana | $26,782.05 |



EXHIBIT

1

| 12. | West Delta 68 U, Jefferson Parish, Louisiana | $559.55 |
| 13. | West Delta 68 U, Jefferson Parish, Louisiana | $541.50 |

Appearer does, pursuant to the provisions of LSA-R.S. 9:4861, hereby claim a privilege on all the oil produced from the well or wells stored on the lease stated hereinabove, and on all the oil and gas leases whereon same are located, on all drilling rigs, standard rigs, machinery, appurtenances and appliances, equipment, buildings, tanks or other structures thereto attached to or located on the lease, and the proceeds thereof inuring to the working interest therein in the full amount of the indebtedness, hereinabove more fully referred to and described (and more specifically detailed in the itemized statement of account and the supporting invoices hereto attached), as well as the costs of preparing and recording this privilege and reasonable attorney's fees should it become necessary to employ an attorney to enforce collection, by suit or otherwise.

This affidavit is made for the purpose of preserving the lien and privilege granted by law to your appearer, MAGNUM MUD EQUIPMENT CO., INC., on the oil and gas wells located on the lease hereinabove descried as well as the equipment more fully describe hereinabove in the pursuance of the rights and privileges granted to appearer by virtue of the provisions of LSA-R.S. 9:4861, et seq., relative to privileges on oil, gas and water wells.

THUS DONE AND SIGNED in Houma, Louisiana, on this 23rd day of November, 2020 in the presence of the two undersigned competent witnesses and the undersigned Notary Public after a reading of the whole.

Witnesses:                                    MAGNUM MUD EQUIPMENT CO, INC.

_Jennifer A. Oncale_                          By: _Paul W Burguieres_
_Phyllis Champagne_                               Paul Burguieres, Vice President

Sworn to and Subscribed before me on this
23rd day of November, 2020.

_____
Notary Public

STANWOOD R. DUVAL
NOTARY PUBLIC
Bar No. 27732 / ID. No. 65281
STATE OF LOUISIANA



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160433

Invoice Date:   Thursday, April 30, 2020

| | |
|---|---|
| Ship Via | : GITB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 03283 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 43 AA |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : PRODUCTION |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   FIELDWOOD ENERGY, LLC.
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042

Ordered By : GPS
PO Number:

(H  DELIVERY TICKET  188880)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 04/01/20 — 04/30/20 | | | | | |
| 1 | MINI TRANSPORTER, OPEN TOP, GALVANIZED, STACKABLE, 4' X 5' DOOR OPENING, CARGO TIE-DOWNS, FORKLIFT SLOTS, 4-PART SLING, OVERALL DIMENSIONS: 5' 10"(L) X 5' 10"(W) X 5'(H), INSIDE DIM.: 5'(L) X 5'(W) X 4'(H), EMPTY WEIGHT: 2,400#, MAX. GROSS WEIGHT:10,000# Serial Number: MT-388 | $0.00 | 4/16/2020 4/19/2020 | 4 | $14.00 | $56.00 |
| 1 | 1/2" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-3208 | $0.00 | 4/16/2020 4/19/2020 | 4 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3094184 | $0.00 | 4/16/2020 4/19/2020 | 4 | $1.05 | $4.20 |
| | The following items were appended from Ticket 176458 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-94 | $0.00 | 4/1/2020 4/30/2020 | 30 | $14.00 | $420.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4189 | $0.00 | 4/1/2020 4/30/2020 | 30 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-626386 | $0.00 | 4/1/2020 4/30/2020 | 30 | $1.05 | $31.50 |

| | | |
|---|---|---|
| Total Rental Charges  $511.70 | SubTotal : | $511.70 |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $511.70 |
| | NET AMOUNT DUE... | $511.70 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO
USE TAX UNDER LOUISIANA LAW

PARTIAL BILLING

FLOYDE COOK RT# 573020

451.50

Page 1 of 1



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160282

**Invoice Date:  Tuesday, March 31, 2020**

| | |
|---|---|
| Ship Via | : GITB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 03283 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 43 AA |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : PRODUCTION |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042

Ordered By : GPS
PO Number:

(H  DELIVERY TICKET  188536)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 03/01/20 – 03/31/20 | | | | | |
| 1 | 6 X 6 DOUBLE DOOR CARGO CONTAINER, DOUBLE DOORS ON ONE SIDE, PRE-SLUNG, DOORS MUST BE LOCKED IN THE CLOSED POSITION WHEN LIFTING, DIMENSIONS:  6' 8" L, 6' 2" W, 6' 9 " H; INTERIOR DIMENSIONS:  6' 1" L, 5' 5" W, 5' 3" H, EMPTY WT. 1510, MGW 6610 Serial Number: CC-6-93 | $0.00 | 3/21/2020 3/25/2020 | 5 | $18.00 | $90.00 |
| 1 | 1/2" X 9' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-3779 | $0.00 | 3/21/2020 3/25/2020 | 5 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3178539 | $0.00 | 3/21/2020 3/25/2020 | 5 | $1.50 | $7.50 |
| | The following items were appended from Ticket 188075 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-61 | $0.00 | 3/1/2020 3/2/2020 | 2 | $20.00 | $40.00 |
| 1 | 5/8" X 9' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4918 | $0.00 | 3/1/2020 3/2/2020 | 2 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3117521 | $0.00 | 3/1/2020 3/2/2020 | 2 | $1.50 | $3.00 |
| | The following items were appended from Ticket 176458 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-94 | $0.00 | 3/1/2020 3/31/2020 | 31 | $20.00 | $620.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4189 | $0.00 | 3/1/2020 3/31/2020 | 31 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-626386 | $0.00 | 3/1/2020 3/31/2020 | 31 | $0.00 | $0.00 |



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160282

Invoice Date:  Tuesday, March 31, 2020

| QTY | DESCRIPTION | | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|
| | | Total Rental Charges | $760.50 | | SubTotal : | | $760.50 |
| | | OFFSHORE NO TAX 0.00 Tax: 0 | | | | | |
| | | THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | | | | $760.50 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO
USE TAX UNDER LOUISIANA LAW

NET AMOUNT DUE...    $760.50

PARTIAL BILLING

*620.00*

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160785

Invoice Date:  **Sunday, May 31, 2020**

| | |
|---|---|
| Ship Via | : GISB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 03283 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 43 AA |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : PRODUCTION |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :  **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042
Ordered By : MR. MARCUS LEMAIRE
PO Number:

(H  DELIVERY TICKET  176458)

| QTY | · DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period Is 05/01/20 -- 05/31/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-94 | $0.00 | 5/1/2020 5/31/2020 | 31 | $14.00 | $434.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4189 | $0.00 | 5/1/2020 5/31/2020 | 31 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-626386 | $0.00 | 5/1/2020 5/31/2020 | 31 | $1.05 | $32.55 |

Total Rental Charges  $466.55

SubTotal :  $466.55

OFFSHORE NO TAX 0.00 Tax: 0

**THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ...**  $466.55

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**  $466.55

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160992

Invoice Date:   Tuesday, June 30, 2020

| | |
|---|---|
| Ship Via | : GITB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 03283 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 43 AA |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : PRODUCTION |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   FIELDWOOD ENERGY, LLC.
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX 77042

Ordered By : GPS
PO Number:

(H DELIVERY TICKET 189739)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 06/01/20 — 06/30/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-107 | $0.00 | 6/29/2020 6/30/2020 | 2 | $14.00 | $28.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-5372 | $0.00 | 6/29/2020 6/30/2020 | 2 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3102528 | $0.00 | 6/29/2020 6/30/2020 | 2 | $1.05 | $2.10 |
| | The following items were appended from Ticket 176458 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-94 | $0.00 | 6/1/2020 6/30/2020 | 30 | $14.00 | $420.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4189 | $0.00 | 6/1/2020 6/30/2020 | 30 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-626386 | $0.00 | 6/1/2020 6/30/2020 | 30 | $1.05 | $31.50 |

| | | | |
|---|---|---|---|
| | Total Rental Charges  $481.60 | SubTotal : | $481.60 |
| | OFFSHORE NO TAX 0.00 Tax: 0 | | |
| | THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $481.60 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

NET AMOUNT DUE...   $481.60

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 161524

Invoice Date:  **Monday, August 10, 2020**

| | |
|---|---|
| Ship Via | : GITB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 03283 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 43 AA |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : PRODUCTION |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :  **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX 77042
Ordered By : GPS
PO Number:
(H DELIVERY TICKET 189739)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 07/01/20 – 07/31/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-107 | $0.00 | 7/1/2020 7/22/2020 | 22 | $14.00 | $308.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-5372 | $0.00 | 7/1/2020 7/22/2020 | 22 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3102528 | $0.00 | 7/1/2020 7/22/2020 | 22 | $1.05 | $23.10 |
| | The following items were appended from Ticket 176458 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-94 | $0.00 | 7/1/2020 7/31/2020 | 31 | $14.00 | $434.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4189 | $0.00 | 7/1/2020 7/31/2020 | 31 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-626386 | $0.00 | 7/1/2020 7/31/2020 | 31 | $1.05 | $32.55 |

| | | | |
|---|---|---|---|
| Total Rental Charges  $797.65 | | SubTotal : | $797.65 |

OFFSHORE NO TAX 0.00 Tax: 0

| | |
|---|---|
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | $797.65 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**  $797.65

· FINAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 162561

Invoice Date:  **Thursday, November 19, 2020**

Ship Via        : GITB
Ship To         : GRAND ISLE, LA.
Lease/OCSG      : OCS-G 03283
AFE Number      : LOE
Area/Block      : GRAND ISLE 43 AA
Rig Number      : AREA 5
State           : OFFSHORE NO TAX
Parish          :
Job Type        : PRODUCTION
Job Number      :
Contractor      :
Blanket Order   :

Cust No. FIELDWOOD
INVOICE TO :   FIELDWOOD ENERGY, LLC.
               2000 W SAM HOUSTON PKWY SOUTH
               STE. 1200
               HOUSTON, TX  77042

Ordered By : GPS
PO Number:

(H  DELIVERY TICKET  176458)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|-----|-------------|---------|----------------|-------|--------------|-------|
| | BILLING PERIOD IS 08/01/20 — 08/31/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS  Serial Number: CPS-94 | $0.00 | 8/1/2020 8/3/2020 | 3 | $14.00 | $42.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES  Serial Number: S-4189 | $0.00 | 8/1/2020 8/3/2020 | 3 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE  Serial Number: GPS-626386 | $0.00 | 8/1/2020 8/3/2020 | 3 | $1.05 | $3.15 |

Total Rental Charges  $45.15                     SubTotal :                 $45.15

OFFSHORE NO TAX 0.00 Tax: 0

THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ...                $45.15

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO
USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**          $45.15

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

**INVOICE:  160993**

Invoice Date:  **Tuesday, June 30, 2020**

| | |
|---|---|
| Ship Via | : GITB |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 00133 |
| AFE Number | : LOE |
| Area/Block | : GRAND ISLE 47 A |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042

Ordered By : GPS
PO Number:

(H  DELIVERY TICKET  189621)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 06/01/20 – 06/30/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZED COATING, WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWN LINKS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 10,000 POUNDS, EMPTY WEIGHT: 3,000 POUNDS Serial Number: CPS-144 | $0.00 | 6/19/2020 6/29/2020 | 11 | $14.00 | $154.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4409 | $0.00 | 6/19/2020 6/29/2020 | 11 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3179641 | $0.00 | 6/19/2020 6/29/2020 | 11 | $1.05 | $11.55 |

| | | |
|---|---|---|
| Total Rental Charges  $165.55 | SubTotal : | $165.55 |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $165.55 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**          $165.55

FINAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 162564

Invoice Date: Thursday, November 19, 2020

Cust No. FIELDWOOD
INVOICE TO : **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX 77042

Ordered By : GPS
PO Number:

(H DELIVERY TICKET 190148)

| | | |
|---|---|---|
| Ship Via | : GITB | |
| Ship To | : GRAND ISLE, LA. | |
| Lease/OCSG | : OCS-G 15540 | |
| AFE Number | : LOE | |
| Area/Block | : GRAND ISLE 47 | |
| Rig Number | : AREA 5 | |
| State | : OFFSHORE NO TAX | |
| Parish | : | |
| Job Type | : | |
| Job Number | : | |
| Contractor | : | |
| Blanket Order | : | |

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | BILLING PERIOD IS 08/01/20 -- 08/31/20 | | | | | |
| 1 | MAGNUM SINGLE PALLET-CARGO BOX, GALVANIZE COATING,WATER TIGHT DOOR, LOCKABLE DOOR, INTERNAL TIE DOWNS, FORKLIFT SLOTS, MAXIMUM GROSS WEIGHT: 11,000 POUNDS, APPROXIMATE EMPTY WEIGHT: 4,100 POUNDS Serial Number: CPS-22 | $0.00 | 8/1/2020 8/3/2020 | 3 | $14.00 | $42.00 |
| 1 | 5/8" X 7' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-4127 | $0.00 | 8/1/2020 8/3/2020 | 3 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3116617 | $0.00 | 8/1/2020 8/3/2020 | 3 | $1.05 | $3.15 |

Total Rental Charges $45.15     SubTotal :     $45.15

OFFSHORE NO TAX 0.00 Tax: 0

THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ...    $45.15

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**    $45.15

FINAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160397

Invoice Date:  Thursday, April 30, 2020

| | |
|---|---|
| Ship Via | : TRANSFERRED FROM DT # H187380 |
| Ship To | : FOURCHON, LA. |
| Lease/OCSG | : OCS-G 06888 |
| AFE Number | : FW202002 |
| Area/Block | : GREEN CANYON 40 |
| Rig Number | : KATMAI |
| Well Number | : # 1 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   FIELDWOOD ENERGY, LLC.
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX 77042
Ordered By : MR. KELTON BASS
PO Number:

(H DELIVERY TICKET 188716)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 04/01/20 – 04/30/20 | | | | | |
| 3 | 500 BBL. U.S.C.G.INDEPENDENT CARGO TANK, EPOXY LINER, CIRCULATING LINE, 4" FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, THREAD ON FILL, WING ON DISCHARGE.. SUITABLE FOR CLASS "A" THRU "E" FLUIDS. Serial Number: 500-92-4, 500-06-32, 500-06-34 | $0.00 | 4/6/2020 4/30/2020 | 25 | $200.00 | $15,000.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES (SENT TO REPLACE EXPIRED SLING # S-1251 ON 500 BBL. TANK # 500-92-4) Serial Number: S-4627 | $0.00 | 4/20/2020 4/30/2020 | 11 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES. (SENT TO REPLACE EXPIRED SLING # S-1208 ON 500 BBL. TANK # 500-06-32) Serial Number: S-1150 | $0.00 | 4/20/2020 4/30/2020 | 11 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES Serial Number: S-3590 | $0.00 | 4/23/2020 4/30/2020 | 8 | $0.00 | $0.00 |
| 2 | 1" X 15' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-1251, S-0144 | $0.00 | 4/6/2020 4/28/2020 | 23 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES Serial Number: S-1208 | $0.00 | 4/6/2020 4/28/2020 | 23 | $0.00 | $0.00 |
| 6 | RENTAL OF COMPLETE SETS OF FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, INSTALLED ON THE (3) LISTED 500 BBL. TANK'S FILL AND DISCHARGE LINES. Serial Number: MISC. FITTINGS | $0.00 | 4/6/2020 4/30/2020 | 25 | $3.50 | $525.00 |
| 3 | SET OF 3 KENCO SIGHT GLASSES INSTALLED ON THE LISTED 500 BBL. USCG TANKS. Serial Number: KENCO SIGHT GLASS | $0.00 | 4/6/2020 4/30/2020 | 25 | $14.00 | $1,050.00 |
| 1 | 4" FLAME ARRESTOR Serial Number: FA-07 | $0.00 | 4/6/2020 4/30/2020 | 25 | $35.00 | $875.00 |
| 1 | 4" INLINE FLAME ARRESTOR Serial Number: FA-11 | $0.00 | 4/6/2020 4/30/2020 | 25 | $60.00 | $1,500.00 |
| 3 | 3" - 20 PSIG FORT VALE VACUUM/PRESSURE VALVE MODEL # 400-8200 FOR 500 & 250 BBL. CGA APPROVED TANKS Serial Number: R000032, R000036, R000034 | $0.00 | 4/6/2020 4/30/2020 | 25 | $7.00 · | $525.00 |
| 3 | 3' X 3' DRIP PAN Serial Number: DP-1, DP-4, DP-21 | $0.00 | 4/6/2020 4/30/2020 | 25 | $7.00 | $525.00 |



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160397

Invoice Date:  **Thursday, April 30, 2020**

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | RENTAL OF (1) 4" TEE FITTED WITH (2) 4" FIGURE 206 UNIONS<br>Serial Number: MISC. FITTINGS | $0.00 | 4/6/2020 4/30/2020 | 25 | $7.00 | $175.00 |
| 1 | RENTAL OF (1) 4" ELBOW WITH 4" FIGURE 206 UNION<br>Serial Number: MISC. FITTINGS | $0.00 | 4/6/2020 4/30/2020 | 25 | $8.75 | $218.75 |
| 7 | 4" X 25' SUCTION HOSE (150 PSI WORKING PRESSURE) WITH MULCANROYED ENDS @ .60/FT./DAY<br>Serial Number: H-4-25-66, H-4-25-75, H-4-25-107, H-4-25-108, H-4-25-117, H-4-25-156, H-4-25-159 | $0.00 | 4/6/2020 4/30/2020 | 25 | $8.75 | $1,531.25 |
| 7 | RENTAL OF (7) COMPLETE SETS OF 4" FIGURE 206 HAMMER UNION CONNECTIONS FOR THE LISTED HOSE ENDS.  ($2.50 PER HALF)<br>Serial Number: MISC. FITTINGS | $0.00 | 4/6/2020 4/30/2020 | 25 | $3.50 | $612.50 |
| 1 | OFFSHORE TOOL BASKET, GALVANIZED, OVERALL DIMENSIONS:  8' 6" X 6' 2" 3' 9" EMPTY WEIGHT:  2,500 LBS. MAXIMUM GROSS WEIGHT:  15,000 LBS.<br>Serial Number: TB-6-8-04 | $0.00 | 4/6/2020 4/30/2020 | 25 | $11.00 | $275.00 |
| 1 | 5/8" X 9' 4-LEG SLING WITH SAFETY SHACKLES<br>Serial Number: S-4928 | $0.00 | 4/6/2020 4/30/2020 | 25 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total Rental Charges  **$22,812.50** | SubTotal : | **$22,812.50** |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | **$22,812.50** |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**      **$22,812.50**

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160759

Invoice Date: **Sunday, May 31, 2020**

| | |
|---|---|
| Ship Via | : TRANSFERRED FROM DT # H187380 |
| Ship To | : FOURCHON, LA. |
| Lease/OCSG | : OCS-G 06888 |
| AFE Number | : FW202002 |
| Area/Block | : GREEN CANYON 40 |
| Rig Number | : ROWAN RESOLUTE |
| Well Number | : KATMAI # 1 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO : **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX 77042

Ordered By : MR. KELTON BASS
PO Number:

(H  DELIVERY TICKET  188716)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 05/01/20 -- 05/31/20 | | | | | |
| 3 | 500 BBL. U.S.C.G.INDEPENDENT CARGO TANK, EPOXY LINER, CIRCULATING LINE, 4" FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, THREAD ON FILL, WING ON DISCHARGE..  SUITABLE FOR CLASS "A" THRU "E" FLUIDS. Serial Number: 500-92-4, 500-06-32, 500-06-34 | $0.00 | 5/1/2020 5/31/2020 | 31 | $200.00 | $18,600.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES (SENT TO REPLACE EXPIRED SLING # S-1251 ON 500 BBL. TANK # 500-92-4) Serial Number: S-4627 | $0.00 | 5/1/2020 5/31/2020 | 31 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES.  (SENT TO REPLACE EXPIRED SLING # S-1208 ON 500 BBL. TANK # 500-06-32) Serial Number: S-1150 | $0.00 | 5/1/2020 5/31/2020 | 31 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES Serial Number: S-3590 | $0.00 | 5/1/2020 5/31/2020 | 31 | $0.00 | $0.00 |
| 6 | RENTAL OF COMPLETE SETS OF FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, INSTALLED ON THE (3) LISTED  500 BBL. TANK'S FILL AND DISCHARGE LINES. Serial Number: MISC. FITTINGS | $0.00 | 5/1/2020 5/31/2020 | 31 | $3.50 | $651.00 |
| 3 | SET OF 3 KENCO SIGHT GLASSES INSTALLED ON THE LISTED 500 BBL. USCG TANKS. Serial Number: KENCO SIGHT GLASS | $0.00 | 5/1/2020 5/31/2020 | 31 | $14.00 | $1,302.00 |
| 1 | 4" FLAME ARRESTOR Serial Number: FA-07 | $0.00 | 5/1/2020 5/31/2020 | 31 | $35.00 | $1,085.00 |
| 1 | 4" INLINE FLAME ARRESTOR Serial Number: FA-11 | $0.00 | 5/1/2020 5/31/2020 | 31 | $60.00 | $1,860.00 |
| 3 | 3" - 20 PSIG FORT VALE VACUUM/PRESSURE VALVE MODEL # 400-8200 FOR 500 & 250 BBL. CGA APPROVED TANKS Serial Number: R000032, R000036, R000034 | $0.00 | 5/1/2020 5/31/2020 | 31 | $7.00 | $651.00 |
| 3 | 3' X 3' DRIP PAN Serial Number: DP-1, DP-4, DP-21 | $0.00 | 5/1/2020 5/31/2020 | 31 | $7.00 | $651.00 |
| 1 | RENTAL OF (1) 4" TEE FITTED WITH (2) 4" FIGURE 206 UNIONS Serial Number: MISC. FITTINGS | $0.00 | 5/1/2020 5/31/2020 | 31 | $7.00 | $217.00 |



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160759

Invoice Date:  **Sunday, May 31, 2020**

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | RENTAL OF (1) 4" ELBOW WITH 4" FIGURE 206 UNION<br>Serial Number: MISC. FITTINGS | $0.00 | 5/1/2020<br>5/31/2020 | 31 | $8.75 | $271.25 |
| 7 | 4" X 25' SUCTION HOSE (150 PSI WORKING PRESSURE) WITH MULCANROYED ENDS @ .60/FT./DAY<br>Serial Number: H-4-25-66, H-4-25-75, H-4-25-107, H-4-25-108, H-4-25-117, H-4-25-156, H-4-25-159 | $0.00 | 5/1/2020<br>5/31/2020 | 31 | $8.75 | $1,898.75 |
| 7 | RENTAL OF (7) COMPLETE SETS OF 4" FIGURE 206 HAMMER UNION CONNECTIONS FOR THE LISTED HOSE ENDS.  ($2.50 PER HALF)<br>Serial Number: MISC. FITTINGS | $0.00 | 5/1/2020<br>5/31/2020 | 31 | $3.50 | $759.50 |
| 1 | OFFSHORE TOOL BASKET, GALVANIZED, OVERALL DIMENSIONS:  8' 6" X 6' 2" 3' 9" EMPTY WEIGHT: 2,500 LBS. MAXIMUM GROSS WEIGHT:  15,000 LBS.<br>Serial Number: TB-6-8-04 | $0.00 | 5/1/2020<br>5/31/2020 | 31 | $11.00 | $341.00 |
| 1 | 5/8" X 9' 4-LEG SLING WITH SAFETY SHACKLES<br>Serial Number: S-4928 | $0.00 | 5/1/2020<br>5/31/2020 | 31 | $0.00 | $0.00 |
| | The following items were appended from Ticket 189282 | | | | | |
| 1 | DNV 2.7-1 OFFSHORE TOOL BASKET, TAG LINE RINGS, STACKABLE, GALVANIZED, 6 – TRUCK WINCHES, FORKLIFT TUBES, 4 POINT LIFT, OVERALL DIMENSIONS: 4'W X 76'L X 3' 5-3/4"H. TARE WEIGHT: 14,100 LBS, PAYLOAD:  25,900 LBS, MGW: 40,000 LBS<br>Serial Number: TB-4-76-03 | $0.00 | 5/21/2020<br>5/31/2020 | 11 | $125.00 | $1,375.00 |
| 1 | 1-1/8" X 29' 4-LEG BRIDLE WITH A CROSBY 1-9/16" A347 SUB-ASSEMBLY & THIMBLES TOP—THIMBLES & G414SL SHAKLE LOC THIMBLES & CROSBY 1-3/8" 13.5T BOLT TYPE ANCHOR SHACKLES WITH SHAKLE LOCKS BOTTOM<br>Serial Number: S-D7180 | $0.00 | 5/21/2020<br>5/31/2020 | 11 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE<br>Serial Number: GPS-2-3143226 | $0.00 | 5/21/2020<br>5/31/2020 | 11 | $1.05 | $11.55 |

| | | |
|---|---|---|
| Total Rental Charges  $29,674.05 | SubTotal : | $29,674.05 |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $29,674.05 |

**NET AMOUNT DUE...**   $29,674.05

Notes: RENTAL DOLLARS GENERATED ON  THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA Phone: (985) 872-1755 Fax: (985)872-1786
JENNINGS Phone: (337) 824-8890 Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE: 160969

Invoice Date:   **Tuesday, June 30, 2020**

| | |
|---|---|
| Ship Via | : TRANSFERRED FROM DT # H187380 |
| Ship To | : FOURCHON, LA. |
| Lease/OCSG | : OCS-G 06888 |
| AFE Number | : FW202002 |
| Area/Block | : GREEN CANYON 40 |
| Rig Number | : ROWAN RESOLUTE |
| Well Number | : KATMAI # 1 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :   **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042

Ordered By : MR. KELTON BASS
PO Number:

(H DELIVERY TICKET  188716)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 06/01/20 -- 06/30/20 | | | | | |
| 3 | 500 BBL. U.S.C.G.INDEPENDENT CARGO TANK, EPOXY LINER, CIRCULATING LINE, 4" FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, THREAD ON FILL, WING ON DISCHARGE.. SUITABLE FOR CLASS "A" THRU "E" FLUIDS. Serial Number: 500-92-4, 500-06-32, 500-06-34 | $0.00 | 6/1/2020 6/29/2020 | 29 | $200.00 | $17,400.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES (SENT TO REPLACE EXPIRED SLING # S-1251 ON 500 BBL TANK # 500-92-4) Serial Number: S-4627 | $0.00 | 6/1/2020 6/29/2020 | 29 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES.  (SENT TO REPLACE EXPIRED SLING # S-1208 ON 500 BBL TANK # 500-06-32) Serial Number: S-1150 | $0.00 | 6/1/2020 6/29/2020 | 29 | $0.00 | $0.00 |
| 1 | 1" X 15' 4-LEG SLING WITH MASTER LINK ASSEMBLY AND SAFETY SHACKLES Serial Number: S-3590 | $0.00 | 6/1/2020 6/29/2020 | 29 | $0.00 | $0.00 |
| 8 | RENTAL OF COMPLETE SETS OF FIGURE 602 HAMMER UNION CONNECTIONS WITH PLUGS, INSTALLED ON THE (3) LISTED  500 BBL. TANK'S FILL AND DISCHARGE LINES. Serial Number: MISC. FITTINGS | $0.00 | 6/1/2020 6/29/2020 | 29 | $3.50 | $609.00 |
| 3 | SET OF 3 KENCO SIGHT GLASSES INSTALLED ON THE LISTED 500 BBL. USCG TANKS. Serial Number: KENCO SIGHT GLASS | $0.00 | 6/1/2020 6/29/2020 | 29 | $14.00 | $1,218.00 |
| 1 | 4" FLAME ARRESTOR Serial Number: FA-07 | $0.00 | 6/1/2020 6/29/2020 | 29 | $35.00 | $1,015.00 |
| 1 | 4" INLINE FLAME ARRESTOR Serial Number: FA-11 | $0.00 | 6/1/2020 6/30/2020 | 30 | $60.00 | $1,800.00 |
| 3 | 3" - 20 PSIG FORT VALE VACUUM/PRESSURE VALVE MODEL # 400-8200 FOR 500 & 250 BBL. CGA APPROVED TANKS Serial Number: R000032, R000036, R000034 | $0.00 | 6/1/2020 6/29/2020 | 29 | $7.00 | $609.00 |
| 3 | 3' X 3' DRIP PAN Serial Number: DP-1, DP-4, DP-21 | $0.00 | 6/1/2020 6/30/2020 | 30 | $7.00 | $630.00 |
| 1 | RENTAL OF (1) 4" TEE FITTED WITH (2) 4" FIGURE 206 UNIONS Serial Number: MISC. FITTINGS | $0.00 | 6/1/2020 6/30/2020 | 30 | $7.00 | $210.00 |



## MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

### INVOICE: 160969

Invoice Date:   Tuesday, June 30, 2020

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 1 | RENTAL OF (1) 4" ELBOW WITH 4" FIGURE 206 UNION<br>Serial Number: MISC. FITTINGS | $0.00 | 6/1/2020 6/30/2020 | 30 | $8.75 | $262.50 |
| 7 | 4" X 25' SUCTION HOSE (150 PSI WORKING PRESSURE) WITH MULCANROYED ENDS @ .60/FT./DAY<br>Serial Number: H-4-25-66, H-4-25-75, H-4-25-107, H-4-25-108, H-4-25-117, H-4-25-156, H-4-25-159 | $0.00 | 6/1/2020 6/30/2020 | 30 | $8.75 | $1,837.50 |
| 7 | RENTAL OF (7) COMPLETE SETS OF 4" FIGURE 206 HAMMER UNION CONNECTIONS FOR THE LISTED HOSE ENDS. ($2.50 PER HALF)<br>Serial Number: MISC. FITTINGS | $0.00 | 6/1/2020 6/30/2020 | 30 | $3.50 | $735.00 |
| 1 | OFFSHORE TOOL BASKET, GALVANIZED, OVERALL DIMENSIONS:  8' 6" X 6' 2" 3' 9" EMPTY WEIGHT: 2,500 LBS. MAXIMUM GROSS WEIGHT:  15,000 LBS.<br>Serial Number: TB-6-8-04 | $0.00 | 6/1/2020 6/30/2020 | 30 | $11.00 | $330.00 |
| 1 | 5/8" X 9' 4-LEG SLING WITH SAFETY SHACKLES<br>Serial Number: S-4928 | $0.00 | 6/1/2020 6/30/2020 | 30 | $0.00 | $0.00 |
|  | The following items were appended from Ticket 189282 |  |  |  |  |  |
| 1 | DNV 2.7-1 OFFSHORE TOOL BASKET, TAG LINE RINGS, STACKABLE, GALVANIZED, 6 - TRUCK WINCHES, FORKLIFT TUBES, 4 POINT LIFT, OVERALL DIMENSIONS: 4'W X 76'L X 3' 5-3/4"H. TARE WEIGHT: 14,100 LBS, PAYLOAD:  25,900 LBS, MGW: 40,000 LBS<br>Serial Number: TB-4-76-03 | $0.00 | 6/1/2020 6/1/2020 | 1 | $125.00 | $125.00 |
| 1 | 1-1/8" X 29' 4-LEG BRIDLE WITH A CROSBY 1-9/16" A347 SUB-ASSEMBLY & THIMBLES TOP—THIMBLES & G414SL SHAKLE LOC THIMBLES & CROSBY 1-3/8" 13.5T BOLT TYPE ANCHOR SHACKLES WITH SHAKLE LOCKS BOTTOM<br>Serial Number: S-D7180 | $0.00 | 6/1/2020 6/1/2020 | 1 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE<br>Serial Number: GPS-2-3143226 | $0.00 | 6/1/2020 6/1/2020 | 1 | $1.05 | $1.05 |

| | | |
|---|---|---|
| Total Rental Charges  $26,782.05 | SubTotal : | $26,782.05 |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $26,782.05 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

### NET AMOUNT DUE...        $26,782.05

PARTIAL BILLING

FLOYDE COOK RT# 573020



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160787

Invoice Date:   Sunday, May 31, 2020

Ship Via        : TRANSFERRED FROM DT # H183175
Ship To         : GRAND ISLE, LA.
Lease/OCSG      : OCS-G 01028
AFE Number      : LOE
Area/Block      : WEST DELTA 68 U
Rig Number      : AREA 5
State           : OFFSHORE NO TAX
Parish          :
Job Type        :
Job Number      :
Contractor      :
Blanket Order   :

Cust No. FIELDWOOD
INVOICE TO :   FIELDWOOD ENERGY, LLC.
               2000 W SAM HOUSTON PKWY SOUTH
               STE. 1200
               HOUSTON, TX  77042

Ordered By : MR. MARCUS LEMAIRE
PO Number:

(H  DELIVERY TICKET  183176)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
|  | Billing Period is 05/01/20 -- 05/31/20 |  |  |  |  |  |
| 1 | OFFSHORE TOOL BASKET, GALVANIZED, OVERALL DIMENSIONS:  6' W X 12' L X 3' H, EW 3400 LBS., MGW 23800 LBS. Serial Number: TB-6-12-39 | $0.00 | 5/1/2020 5/31/2020 | 31 | $17.00 | $527.00 |
| 1 | 3/4" X 9' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-0964 | $0.00 | 5/5/2020 5/31/2020 | 27 | $0.00 | $0.00 |
| 1 | 3/4" X 9' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-0306 | $0.00 | 5/1/2020 5/5/2020 | 5 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3111927 | $0.00 | 5/1/2020 5/31/2020 | 31 | $1.05 | $32.55 |

| | Total Rental Charges  $559.55 | | SubTotal : | $559.55 |
|---|---|---|---|---|

OFFSHORE NO TAX 0.00 Tax: 0

| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | $559.55 |
|---|---|

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO
USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**        **$559.55**

PARTIAL BILLING

FLOYDE COOK RT# 573020

Page 1 of 1



# MAGNUM MUD EQUIPMENT CO., INC.

P.O. Box 4258, Houma, La 70361
HOUMA  Phone: (985) 872-1755  Fax: (985)872-1786
JENNINGS  Phone: (337) 824-8890  Fax: (337) 824-8892

Visit Our Website @
www.MAGNUMMUD.com

## INVOICE:  160994

Invoice Date:  **Tuesday, June 30, 2020**

| | |
|---|---|
| Ship Via | : TRANSFERRED FROM DT # H183175 |
| Ship To | : GRAND ISLE, LA. |
| Lease/OCSG | : OCS-G 01028 |
| AFE Number | : LOE |
| Area/Block | : WEST DELTA 68 U |
| Rig Number | : AREA 5 |
| State | : OFFSHORE NO TAX |
| Parish | : |
| Job Type | : |
| Job Number | : |
| Contractor | : |
| Blanket Order | : |

Cust No. FIELDWOOD
INVOICE TO :  **FIELDWOOD ENERGY, LLC.**
2000 W SAM HOUSTON PKWY SOUTH
STE. 1200
HOUSTON, TX  77042

Ordered By : MR. MARCUS LEMAIRE
PO Number:

(H  DELIVERY TICKET  183176)

| QTY | DESCRIPTION | MINIMUM | BILL FROM THRU | ADD'L | ADD'L AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Billing Period is 06/01/20 – 06/30/20 | | | | | |
| 1 | OFFSHORE TOOL BASKET, GALVANIZED, OVERALL DIMENSIONS:  6' W X 12' L X 3' H, EW 3400 LBS., MGW 23800 LBS. Serial Number: TB-6-12-39 | $0.00 | 6/1/2020 6/30/2020 | 30 | $17.00 | $510.00 |
| 1 | 3/4" X 9' 4-LEG SLING WITH SAFETY SHACKLES Serial Number: S-0964 | $0.00 | 6/1/2020 6/30/2020 | 30 | $0.00 | $0.00 |
| 1 | GPS TRACKING DEVICE Serial Number: GPS-2-3111927 | $0.00 | 6/1/2020 6/30/2020 | 30 | $1.05 | $31.50 |

| | | |
|---|---|---|
| Total Rental Charges  $541.50 | SubTotal : | $541.50 |
| OFFSHORE NO TAX 0.00 Tax: 0 | | |
| THANK YOU FOR YOUR BUSINESS ... INVOICE TOTAL ... | | $541.50 |

Notes: RENTAL DOLLARS GENERATED ON THE OCS MAY BE SUBJECT TO USE TAX UNDER LOUISIANA LAW

**NET AMOUNT DUE...**   $541.50

FINAL BILLING

FLOYDE COOK RT# 573020