## EXHIBIT B

### Confidential Exhibits

| Exhibit No. | Description |
|---|---|
| A | Authorization for Expenditure |
| B | LSPS Owners Presentation (PowerPoint), dated January 14, 2021 |
| C | Letter Agreement for the Connection of a Satellite Well System to the LSPS, dated January 28, 2020 |

*ADMIN 38227713v1*