# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, February 2, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Matt | Barr | Weil | Debtors |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Clifford | Carlson | Weil | Debtors |
| Erin | Choi | Weil | Debtors |
| Paul | Genender | Weil | Debtors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | The Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | The Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Barnet | Skelton | Barnet B. Skelton, Jr., Attorney at Law | Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC |
| Bill | Stark | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Katie | Tipper-McWhorter | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Creditors |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Benjamin | Wallen | Pachulski Stang Ziehl & Jones LLP | The Official Committee of Unsecured Creditors |