United States Courts
Southern District of Texas
FILED

*February 03, 2021*

Nathan Ochsner, Clerk of Court

ENTERED
02/04/2021



## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | FIELDWOOD ENERGY, LLC ET AL |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Joseph Lomax Jordan, Jr.<br>dba Max Jordan Lawyer<br>1817 West University Avenue<br>Lafayette, Louisiana 70506<br>337.233.9984 and maxjordanlaw@lusfiber.net and maxjordan@cox.net<br>Louisiana State Bar No. 07518 |
|---|---|

| Name of party applicant seeks to appear for: | AGI INDUSTRIES, INC. AND AGI PACKAGED PUMP SYSTEMS |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/2/2021 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: | Eligible |
|---|---|
| Dated: 2/3/2021 | Clerk's signature: s| M. Mapps |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: February 04, 2021

_____
Marvin Isgur
United States Bankruptcy Judge