**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Danielle Harris, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On January 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via email on the Master Email Service List attached hereto as **Exhibit A**; and (2) via email on BP Exploration & Production Inc., Greenberg Traurig, LLP, Bill Stark, starkb@gtlaw.com:

- Notice of Status Conference on Emergency Motion. (Hearing Scheduled for January 28, 2021 at 2:30 p.m. (CT)) [Docket No. 796]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: January 29, 2021

/s/ Danielle Harris
Danielle Harris

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on January 29, 2021, by Danielle Harris, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 50487

**<u>Exhibit A</u>**

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO MILORAD RAICEVIC | ALEXANDER DUBOSE& JEFFERSON LLP | BBOYCE@ADJTLAW.COM KDUBOSE@ADJTLAW.COM |
| COUNSEL TO FACILITIES CONSULTING GROUP, LLC | ALLEN & GOOCH, A LAW CORPORATION | EMILEJOSEPH@ALLENGOOCH.COM |
| COUNSEL TO ARCHROCK PARTNERS OPERATING LLC AND ARCHROCK SERVICE LP | ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | KMARAIST@ALBMLAW.COM |
| COUNSEL TO CHEVRON U.S.A. INC. | ANDREWS MYERS, P.C | ERIPLEY@ANDREWSMYERS.COM PKELLY@ANDREWSMYERS.COM |
| COUNSEL TO SAMSON OFFSHORE MAPLELEAF, LLC & SAMSON CONTOUR ENERGY E & P, LLC | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | JHAYDEN@BAKERDONELSON.COM |
| COUNSEL TO ITC GLOBAL, INC. | BALCH & BINGHAM LLP | LLIM@BALCH.COM RKUBANDA@BALCH.COM |
| COUNSEL TO RED WILLOW OFFSHORE, LLC | BARNET B. SKELTON, JR. | BARNETBJR@MSN.COM |
| COUNSEL TO MARATHON OIL COMPANY AND EOG RESOURCES, INC. | BONDS ELLIS EPPICH SCHAFER JONES LLP | CLAY.TAYLOR@BONDSELLIS.COM ROBBIE.CLARKE@BONDSELLIS.COM JOSHUA@BONDSELLIS.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | MARK.DENDINGER@BRACEWELL.COM |
| COUNSEL TO ENI PETROLEUM UC LLN & ENI US OPERATING CO. INC. | BRACEWELL LLP | TREY.WOOD@BRACEWELL.COM BOB.GRATTAN@BRACEWELL.COM |
| BRIAN CLOYD | CAIN & SKARNULIS PLLC | RCHAPPLE@CSTRIAL.COM CSCHELL@CSTRIAL.COM |
| COUNSEL TO C-DIVE, L.L.C. | CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | MOSES@CARVERDARDEN.COM SEGRIST@CARVERDARDEN.COM |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI | ASHAHINIAN@CSGLAW.COM TFREEDMAN@CSGLAW.COM SZUBER@CSGLAW.COM |
| COUNSEL TO SEITEL DATA, LTD., AND ZURICH AMERICAN INSURANCE COMPANY | CLARK HILL STRASBURGER | DBRESCIA@CLARKHILL.COM |
| COUNSEL TO MARTIN ENERGY SERVICES, LLC | CLARK HILL STRASBURGER | BFRANKE@CLARKHILL.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | COLE SCHOTZ P.C. | MWARNER@COLESCHOTZ.COM BWALLEN@COLESCHOTZ.COM |
| COUNSEL TO REPUBLIC HELICOPTERS, INC. | CRADY JEWETT MCCULLEY & HOUREN LLP | SMARMON@CJMHLAW.COM WSUDELA@CJMHLAW.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO UNIVERSAL EQUIPMENT, INC. | DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT,GIDEON & EDWARDS | CPIASECKI@DAVIDSONMEAUX.COM |
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS | DAVIS POLK & WARDWELL LLP | DAMIAN.SCHAIBLE@DAVISPOLK.COM NATASHA.TSIOURIS@DAVISPOLK.COM MICHAEL.PERA@DAVISPOLK.COM JOSHUA.STURM@DAVISPOLK.COM |
| COUNSEL TO DLS, LLC | DLS, LLC | KENT@AGUILLARDLAW.COM |
| COUNSEL TO TETRA APPLIED TECHNOLOGIES, INC. | DORE ROTHBERG MCKAY, P.C. | MBARTLETT@DORELAW.COM ZMCKAY@DORELAW.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | CRBELMONTE@DUANEMORRIS.COM PABOSSWICK@DUANEMORRIS.COM |
| MOODY'S INVESTORS SERVICE, INC. | DUANE MORRIS LLP | NJZULLI@DUANEMORRIS.COM |
| COUNSEL TO NAUTILUS PIPELINE COMPANY, L.L.C. AND  MANTA RAY OFFSHORE GATHERING COMPANY, L.L.C | EVERSHEDS SUTHERLAND (US) LLP | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US |
| COUNSEL TO MACQUARIE CORPORATE AND ASSET FUNDING INC | FARRIMOND CASTILLO & BRESNAHAN, PC | JCASTILLO@FCBTXLAW.COM |
| COUNSEL TO OIL STATES ENERGY SERVICES, LLC | FISHERBROYLES, LLP | LISA.POWELL@FISHERBROYLES.COM |
| COUNSEL TO OCEANEERING INTERNATIONAL INC. | FOLEY & LARDNER LLP | DSELDER@FOLEY.COM |
| COUNSEL TO XTO ENERGY INC., EXXONMOBIL CORPORATION AND ANY SUBS OR AFFILIATED COMPANIES | FORSHEY & PROSTOCK, LLP | BFORSHEY@FORSHEYPROSTOK.COM LLANKFORD@FORSHEYPROSTOK.COM |
| COUNSEL TO CGG SERVICES (US) | FROST BROWN TODD LLC | MPLATT@FBTLAW.COM |
| COUNSEL TO WESTERNGECO LLC, THE TGS ENTITIES, AND JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | ABRAUN@GLLLAW.COM |
| COUNSEL TO WESTERNGECO LLC AND THE TGS ENTITIES | GIEGER, LABORDE & LAPEROUSE, L.L.C. | JBAAY@GLLLAW.COM |
| COUNSEL TO JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED | GIEGER, LABORDE & LAPEROUSE, L.L.C. | LAPEROUSE@GLLLAW.COM |
| COUNSEL TO TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, DISCOVERY GAS TRANSMISSION, WFS LIQUIDS LLC, GULFSTAR ONE LLC AND WILLIAMS FIELD SERVICES-GULF COAST COMPANY LLC | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | SSOULE@HALLESTILL.COM |
| COUNSEL TO LEXON INSURANCE COMPANY AND ENDURANCE AMERICAN INSURANCE COMPANY | HARRIS BEACH LLC | BKEMAIL@HARRISBEACH.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO THE AD HOC GROUP OF SECURED LENDERS AND CANTOR FITZGERALD SECURITIES, AS DIP AGENT | HAYNES AND BOONE, LLP | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE SLTL CREDIT AGREEMENT | HOLLAND & KNIGHT LLP | JOSHUA.SPENCER@HKLAW.COM<br>ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| COUNSEL TO CORTLAND CAPITAL MARKET SERVICES LLC | HOLLAND & KNIGHT LLP | PHILLIP.NELSON@HKLAW.COM |
| COUNSEL TO GENESIS ENERGY, L.P. | HOWLEY LAW PLLC | TOM@HOWLEY-LAW.COM<br>ERIC@HOWLEY-LAW.COM |
| COUNSEL TO PETRO AMIGOS SUPPLY, INC. | HUGHES WATTERS ASKANASE, L.L.P. | WKITCHENS@HWA.COM<br>APEREZ@HWA.COM |
| COUNSEL TO APACHE CORPORATION | HUNTON ANDREWS KURTH LLP | RRUSSELL@HUNTONAK.COM<br>TADDAVIDSON@HUNTONAK.COM<br>CDIKTABAN@HUNTONAK.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | BUFFEY.KLEIN@HUSCHBLACKWELL.COM |
| COUNSEL TO 2M OILFIELD GROUP, INC. | HUSCH BLACKWELL LLP | JAMESON.WATTS@HUSCHBLACKWELL.COM |
| CO-COUNSEL TO ASPEN AMERICAN INSURANCE COMPANY AND EVEREST REINSURANCE COMPANY | HUSCH BLACKWELL LLP | RANDY.RIOS@HUSCHBLACKWELL.COM |
| COUNSEL TO AKER SOLUTIONS, INC. | JACKSON WALKER LLP | BRUZINSKY@JW.COM<br>VARGEROPLOS@JW.COM |
| COUNSEL TO RLI INSURANCE COMPANY | JENNINGS HAUG CUNNINGHAM | CLS@JHC.LAW |
| COUNSEL TO MULTIKLIENT INVEST AS | KANE RUSSELL COLEMAN LOGAN PC | MRIDULFO@KRCL.COM |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | ESCHARFENBERG@KREBSFARLEY.COM<br>JORD@KREBSFARLEY.COM |
| COUNSEL TO RLI INSURANCE COMPANY | KREBS FARLEY & DRY, PLLC | RDRY@KREBSFARLEY.COM |
| COUNSEL TO AUBREY WILD | LANDWEHR LAW FIRM | DTLANDWEHR@ATT.NET |
| COUNSEL TO THE HANOVER INSURANCE COMPANY AND LIBERTY MUTUAL INSURANCE COMPANY | LANGLEY LLP | BBAINS@L-LLP.COM |
| COUNSEL TO PLAINS GAS SOLUTIONS | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | PWP@PATTIPREWITTLAW.COM |
| COUNSEL TO INTRACOASTAL LIQUID MUD, INC. AND PROCESSING PIPING MATERIALS | LAW OFFICES OF JOHN A. MOUTON, III | JOHN@JMOUTONLAW.COM |
| COUNSEL TO LAVACA COUNTY, LIVE OAK CAD, STARR COUNTY, RIO GRANDE CITY CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | AUSTIN.BANKRUPTCY@PUBLICANS.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO HARRIS COUNTY, JEFFERSON COUNTY, CYPRESS-FAIRBANKS ISD, | LINEBARGER GOGGAN BLAIR & SAMPSON, | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | RKUEBEL@LOCKELORD.COM BKNAPP@LOCKELORD.COM |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | LOCKE LORD LLP | PEISENBERG@LOCKELORD.COM EGUFFY@LOCKELORD.COM SIMON.MAYER@LOCKELORD.COM ERIC.BOYLAN@LOCKELORD.COM |
| COUNSEL TO LLOG EXPLORATION COMPANY, LLC, ANKOR ENERGY LLC AND ANKOR E&P HOLDINGS CORPORATION, AND APACHE CORPORATION | LOOPER GOODWINE P.C. | PGOODWINE@LOOPERGOODWINE.COM TMOULEDOUX@LOOPERGOODWINE.COM LJOHNSON@LOOPERGOODWINE.COM TGAY@LOOPERGOODWINE.COM ADANOS@LOOPERGOODWINE.COM |
| COUNSEL TO ATLANTIC MARITIME SERVICES, L.L.C. | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | SPECK@LAWLA.COM |
| CO-COUNSEL TO KILGORE MARINE | MAHTOOK & LAFLEUR, LLC | WLAFLEUR@MANDLLAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER & HEROD, P.C. | MCOLLINS@MANIERHEROD.COM RMILLER@MANIERHEROD.COM |
| COUNSEL TO CORE INDUSTRIES, INC. | MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | RGAAL@MCDOWELLKNIGHT.COM |
| COUNSEL TO MILORAD RAICEVIC | MORROW SHEPPARD LLP | JSHEPPARD@MORROWSHEPPARD.COM |
| COUNSEL TO THE RAILROAD COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | JASON.BINFORD@OAG.TEXAS.GOV CASEY.ROY@OAG.TEXAS.GOV |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | STEPHEN.STATHAM@USDOJ.GOV HECTOR.DURAN.JR@USDOJ.GOV USTPREGION07.HU.ECF@USDOJ.GOV |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | PAMELA H. WALTERS | BNKATTY@ALDINEISD.ORG |
| COUNSEL TO ISLAND OPERATING COMPANY | PARKINS LEE & RUBIO LLP | CRUBIO@PARKINSLEE.COM |
| COUNSEL TO COLORADO COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | JBANKS@PBFCM.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO SHELDON INDEPENDENT SCHOOL DISTRICT AND ANAHUAC INDEPENDENT SCHOOL DISTRICT, BAY CITY INDEPENDENT SCHOOL DISTRICT, CHAMBERS COUNTY, DICKINSON INDEPENDENT SCHOOL DISTRICT AND TRINITY BAY CONSERVATION DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | MVALDEZ@PBFCM.COM OSONIK@PBFCM.COM |
| COUNSEL TO LINEAR CONTROLS, INC. & A-PORT LLC | PHELPS DUNBAR LLP | RICK.SHELBY@PHELPS.COM |
| COUNSEL TO GIBSON APPLIED TECHNOLOGY & ENGINEERING (TEXAS), LLC, AND VIKING ENGINEERING, LC. | PORTER & POWERS, PLLC | ROBERT@PORTERPOWERS.COM |
| COUNSEL FOR TALOS ENERGY INC. AND TALOS ENERGY LLC | PORTER HEDGES LLP | EENGLISH@PORTERHEDGES.COM |
| COUNSEL TO KILGORE MARINE AND SUBSEA 7 LLC | PORTER HEDGES LLP | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM APOWER@PORTERHEDGES.COM |
| COUNSEL TO HESS CORPORATION | REED SMITH LLP | OALANIZ@REEDSMITH.COM |
| COUNSEL TO PRECISION RENTAL SERVICES | ROBERT L. MARRERO, LLC | OFFICE@BOBMARRERO.COM |
| COUNSEL TO SOLAR TURBINES INCORPORATED | ROSS, BANKS, MAY, CRON & CAVIN, P.C. | JMAYER@ROSSBANKS.COM |
| COUNSEL TO DIAMOND OIL FIELD SUPPLY, INC. | RUSH, RUSH & CALOGERO | CMRUSH@CHARLESMRUSHESQ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV |
| COUNSEL TO GENESIS ENERGY, L.P. | SENIOR COUNSEL - GENESIS ENERGY, L.P. | TONY.SHIH@GENLP.COM |
| COUNSEL TO HELIS OIL & GAS COMPANY, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | JDF@SESSIONS-LAW.COM |
| COUNSEL TO TRENDSETTER ENGINEERING, INC. | SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | MFINKELSTEIN@SMFADLAW.COM RJONES@SMFADLAW.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, ADMINISTRATIVE AND COLLATERAL AGENT UNDER THE FLTL CREDIT AGREEMENT | SHIPMAN & GOODWIN LLP | NPLOTKIN@GOODWIN.COM |
| COUNSEL TO CANTOR FITZGERALD SECURITIES, AS DIP AGENT | SHIPMAN & GOODWIN LLP | KLAMANNA@GOODWIN.COM KCOHEN@GOODWIN.COM |

Exhibit A
Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO RIDGEWOOD ENERGY CORPORATION | SIDLEY AUSTIN LLP | DMCFAUL@SIDLEY.COM<br>MFISHEL@SIDLEY.COM |
| COUNSEL TO SBM GULF PRODUCTION, LLC | SNOW SPENCE GREEN LLP | KGREEN@SNOWSPENCELAW.COM |
| COUNSEL TO SUPREME SERVICE & SPECIALTY CO., INC. | SPENCE, DESENBERG & LEE, PLLC | ROSS@SDLLAW.COM<br>HENRY@SDLLAW.COM |
| COUNSEL TO CORTEX BUSINESS SOLUTIONS USA LLC | SPROUSE LAW FIRM | MSPROUSE@SPROUSEPLLC.COM |
| COUNSEL TO RENAISSANCE OFFSHORE, LLC AND NATIONAL OILWELL VARCO, L.P., XP SYSTEMS, L.P.,  AND NOV PROCESS & FLOW TECHNOLOGIES US, INC. | STACY & BAKER, P.C. | BRIAN.BAKER@STACYBAKERLAW.COM<br>DOUG.FRIEDMAN@STACYBAKERLAW.COM<br>CYNTHIA.CASTANON@STACYBAKERLAW.COM |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | PERMITSMAIL@ADEM.STATE.AL.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | AC@TCEQ.TEXAS.GOV |
| COUNSEL TO PARTCO, LLC | STEWART ROBBINS BROWN & ALTAZAN, LLC | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STROOCK & STROOCK & LAVAN LLP | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM<br>KPASQUALE@STROOCK.COM |
| COUNSEL TO CNOOC PETROLEUM OFFSHORE U.S.A. INC. | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | DAPICE@SBEP-LAW.COM |
| COUNSEL TO IGNITION SYSTEMS & CONTROLS, INC. | TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | RRODRIGUEZ@TODDLAWFIRM.COM |
| COUNSEL TO UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES DEPARTMENT OF THE INTERIOR | U.S. DEPARTMENT OF JUSTICE | SERAJUL.ALI@USDOJ.GOV |
| COUNSEL TO ACADIAN CONTRACTORS, INC. AND BROUSSARD BROTHERS, INC | VICTORIA V. THERIOT | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM |
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM |

Exhibit A

Master Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO GOLDMAN SACHS BANK USA, ADMINISTRATIVE AGENT UNDER THE FLFO CREDIT AGREEMENT | VINSON & ELKINS LLP | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM |
| COUNSEL TO HALLIBURTON ENERGY SERVICES, INC. | WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | JCARRUTH@WKPZ.COM |
| COUNSEL TO TANA EXPLORATION COMPANY, LLC AND TC OIL LOUISIANA, LLC | WICK PHILLIPS GOULD & MARTIN, LLP | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM |