**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>(Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On January 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Tampnet Inc., (MMLID: 12138792), 330 Apollo Road, Suite 420, Scott, LA 70583:

- Certificate of No Objection to Motion of Debtors for Authority to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 703]

On January 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Hearing to Consider Approval of Disclosure Statement for Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Docket No. 733]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

Dated: February 3, 2021

/s/ *Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on February 3, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

2

SRF 50436

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 12410898 | ADRIAN DAWN LIMBRECK SAVOY | ADDRESS ON FILE | | | | | |
| 12408072 | ALBERT GILLIAM | ADDRESS ON FILE | | | | | |
| 12406974 | ALFRED LOVELACE DOUCET | ADDRESS ON FILE | | | | | |
| 12408738 | ALTON C SCHULTZ JR | ADDRESS ON FILE | | | | | |
| 12138364 | American Panther, LLC | PO Box 1227 | | | Houston | TX | 77251-1227 |
| 12414123 | ANDREW L PEABODY | ADDRESS ON FILE | | | | | |
| 12407046 | ANNE LEBOURGEOIS SLOTWINER | ADDRESS ON FILE | | | | | |
| 12407104 | ASHLEY HAYNES | ADDRESS ON FILE | | | | | |
| 12409507 | AYCO ENERGY LLC | ADDRESS ON FILE | | | | | |
| 12412468 | BARRON BULLOCK | ADDRESS ON FILE | | | | | |
| 12410795 | BOB R WHITEWING | ADDRESS ON FILE | | | | | |
| 12147386 | BONRAY,INC. | 1313 E 45TH ST | | | SHAWNEE | OK | 74804-2214 |
| 11539681 | BRIAN TERRY MITCHELL | ADDRESS ON FILE | | | | | |
| 12413031 | CAMBELYN CONSULTING, LLC. | 14 WINEBERRY PL | | | SPRING | TX | 77382-1709 |
| 12412533 | CARDINAL COIL TUBING LLC | 7514 HIGHWAY 90 W | | | NEW IBERIA | LA | 70560-7808 |
| 12412534 | CARDINAL SLICKLINE LLC | 7514 HIGHWAY 90 W | | | NEW IBERIA | LA | 70560-7808 |
| 12411946 | CARLOS MONROE WELCH | ADDRESS ON FILE | | | | | |
| 12415510 | CARLOS MONROE WELCH | ADDRESS ON FILE | | | | | |
| 12410182 | CAROLYN C LOFTIN | ADDRESS ON FILE | | | | | |
| 12408707 | CHERYL ANNE DROSCHE KARAM | ADDRESS ON FILE | | | | | |
| 12411089 | CHESLEY WYNNE WALTERS | ADDRESS ON FILE | | | | | |
| 12412638 | CHRISTOPHER EDWARD KRENEK | ADDRESS ON FILE | | | | | |
| 12410643 | CLARE B. CONWAY | ADDRESS ON FILE | | | | | |
| 12410849 | CLAY J CALHOUN JR | ADDRESS ON FILE | | | | | |
| 12415241 | COGENCY GLOBAL INC. | 122 E 42ND ST FL 18 | | | NEW YORK | NY | 10168-1899 |
| 12408624 | CUNNINGHAM ART SERVICES INC | 4141 ROCKWOOD DR | | | LAGO VISTA | TX | 78645-6430 |
| 12409075 | DARRELL JAMES BOUDOIN TRUST | ADDRESS ON FILE | | | | | |
| 12410073 | DAVID J WEBER | ADDRESS ON FILE | | | | | |
| 12410785 | DAVID L JORDAN | ADDRESS ON FILE | | | | | |
| 12414848 | DAVID L KINGCAID | ADDRESS ON FILE | | | | | |
| 12411215 | DORIS NEWTON HARRINGTON | ADDRESS ON FILE | | | | | |
| 12407605 | E JANE VANTREASE | ADDRESS ON FILE | | | | | |
| 12413268 | EDWARDS & FLOOM LP | 7743 SOUTHDOWN RD | | | ALEXANDRIA | VA | 22308-1357 |

In re: Fieldwood Energy LLC, *et al.*
Case No. 20-33948 (MI)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 12406900 | ELLORINE EMILY KNAPE | ADDRESS ON FILE | | | | | |
| 11533795 | ENTECH ENTERPRISES, INC | 6000 STONES THROW RD | | | HOUSTON | TX | 77057-1446 |
| 11533796 | ENVEN ENERGY VENTURES LLC | 609 MAIN ST STE 3200 | | | HOUSTON | TX | 77002-3276 |
| 12411737 | ERIC PREVOST | ADDRESS ON FILE | | | | | |
| 11537434 | FELICIMA REEDUS | ADDRESS ON FILE | | | | | |
| 12412996 | FELICIMA REEDUS | ADDRESS ON FILE | | | | | |
| 12410214 | FENELLA CLARE ROBERTS | ADDRESS ON FILE | | | | | |
| 12406914 | GARY STEPHEN MEAUX | ADDRESS ON FILE | | | | | |
| 12414183 | GLADYS BERTRAND FAULK | ADDRESS ON FILE | | | | | |
| 11540978 | GOPHER INVESTMENTS LP | 6000 STONES THROW RD | | | HOUSTON | TX | 77057-1446 |
| 12410544 | ISABEL FREEMAN | ADDRESS ON FILE | | | | | |
| 12410852 | J D SANDEFER III | ADDRESS ON FILE | | | | | |
| 12409336 | JACK NORTHINGTON SHWAB | ADDRESS ON FILE | | | | | |
| 12406047 | JACOBS, PAUL & BETTY | ADDRESS ON FILE | | | | | |
| 12407816 | JAMES L COLLINS | ADDRESS ON FILE | | | | | |
| 11541159 | JANIS BARNARD | ADDRESS ON FILE | | | | | |
| 11536063 | JLT SPECIALTY INSURANCE SERVICES INC | 12421 MEREDITH DR | SUITE 102 (ACCOUNTING OFFICE) | | MRRANDALF | IA | 50398-0087 |
| 12411037 | JOSEPH C. BACCIGALOPI | ADDRESS ON FILE | | | | | |
| 12414479 | JUDY A MORVANT ROBICHEAUX | ADDRESS ON FILE | | | | | |
| 12411450 | KALISA JUNICE PERKINS | ADDRESS ON FILE | | | | | |
| 12408445 | KAREN MARIE TRAHAN ABSHIRE | ADDRESS ON FILE | | | | | |
| 12410730 | KARL CASTILLE JR. | ADDRESS ON FILE | | | | | |
| 12413313 | KIRA DEBUS | ADDRESS ON FILE | | | | | |
| 12409533 | LESLIE MARIE THOMSON | ADDRESS ON FILE | | | | | |
| 12407061 | MARK J RICHARD | ADDRESS ON FILE | | | | | |
| 12407937 | MARSHALL BRANTLEY IV | ADDRESS ON FILE | | | | | |
| 12409994 | MICHAEL C. HARRIS | ADDRESS ON FILE | | | | | |
| 11540145 | MICHAEL J PELTIER | ADDRESS ON FILE | | | | | |
| 12409065 | MICHAEL TROY JEWETT | ADDRESS ON FILE | | | | | |
| 12410872 | MICULYN JOAN BERRY | ADDRESS ON FILE | | | | | |
| 12409717 | NEAL F SCHIFFBAUER | ADDRESS ON FILE | | | | | |
| 12409459 | PAMELA VUOSO | ADDRESS ON FILE | | | | | |
| 12414700 | PARTIN PETROLEUM INC | 9831 WHITHORN DR | | | HOUSTON | TX | 77095-5027 |
| 12407940 | PATRICK WADE LINZER | ADDRESS ON FILE | | | | | |

In re: Fieldwood Energy LLC, *et al.*
Case No. 20-33948 (MI)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 12410526 | PAUL & BETTY JACOBS | ADDRESS ON FILE | | | | | |
| 12411759 | PAUL J BROWN | ADDRESS ON FILE | | | | | |
| 12409843 | PAULA LYNN PRESTON | ADDRESS ON FILE | | | | | |
| 11533759 | PETROBRAS AMERICA INC | 200 WESTLAKE PARK BLVD STE 1000 | | | HOUSTON | TX | 77079-2612 |
| 12409576 | PETSEC ENERGY INC | PO BOX 52671 | | | LAFAYETTE | LA | 70505-2671 |
| 11537950 | PICCOLO, FRANK | ADDRESS ON FILE | | | | | |
| 11537866 | PRESTON, PAULA LYNN | ADDRESS ON FILE | | | | | |
| 12409302 | REBECCA PELTIER FINNAN | ADDRESS ON FILE | | | | | |
| 12411122 | RENEE BORIN | ADDRESS ON FILE | | | | | |
| 12413719 | RJ & CS ST GERMAIN PTRSHP LTD | ADDRESS ON FILE | | | | | |
| 12408827 | ROBERT G TAYLOR | ADDRESS ON FILE | | | | | |
| 11536737 | RUBY NELL FONTENETTE GREEN | ADDRESS ON FILE | | | | | |
| 12409742 | RUFUS K BARTON III | ADDRESS ON FILE | | | | | |
| 12412115 | SARAH C ROONEY | ADDRESS ON FILE | | | | | |
| 12415278 | SHAYNE AVANT | ADDRESS ON FILE | | | | | |
| 12412108 | SHELTON G DOWELL JR | ADDRESS ON FILE | | | | | |
| 12408372 | SHERIDEN HARFST | ADDRESS ON FILE | | | | | |
| 12409060 | SHIRLEY KILLINGSWORTH | ADDRESS ON FILE | | | | | |
| 11536918 | SKINNER LAW FIRM LLC | ATTN: MIKE SKINNER | 600 JEFFERSON STREET | SUITE 516 | LAFAYETTE | LA | 70501-8916 |
| 12408918 | STURCO INVESTMENTS LLC | ADDRESS ON FILE | | | | | |
| 11536322 | TODD AVERY LITTLE | ADDRESS ON FILE | | | | | |
| 12415392 | TONY CRAVEN JR | ADDRESS ON FILE | | | | | |
| 12412149 | TOPCO OFFSHORE LLC | ADDRESS ON FILE | | | | | |
| 12407478 | TRACY ANN TRIPULAS | ADDRESS ON FILE | | | | | |
| 11536384 | TTL SUBSEA, INC. | 12600 EXCHANGE DR STE 202 | | | STAFFORD | TX | 77477-3609 |
| 12415099 | VENARI OFFSHORE | ADDRESS ON FILE | | | | | |
| 12415463 | VENKATESH BHAT | ADDRESS ON FILE | | | | | |
| 12414142 | WADE WILLIE CLARK JR. | ADDRESS ON FILE | | | | | |
| 11532974 | WASHINGTON, VANESSA | ADDRESS ON FILE | | | | | |
| 12408350 | WEST LAND AND MINERALS LLC | ADDRESS ON FILE | | | | | |
| 12411236 | WILLIAM DEAN HALL ALLEN | ADDRESS ON FILE | | | | | |

In re: Fieldwood Energy LLC, *et al.*
Case No. 20-33948 (MI)