**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On January 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Amended Witness and Exhibit List for Hearing on January 25, 2021
 [Docket No. 782]

- Notice of Agenda of Matters for Hearing on January 25, 2021 at 9:00 A.M. (CST)
 [Docket No. 783]

*[Remainer of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: January 26, 2021

*/s/ Seth Botos*
Seth Botos

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on January 26, 2021, by Seth Botos, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 50336

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALEXANDER DUBOSE& JEFFERSON LLP | ATTN: WILLIAM J. BOYCE, KEVIN DUBOSE | BBOYCE@ADJTLAW.COM<br>KDUBOSE@ADJTLAW.COM |
| ALLEN & GOOCH, A LAW CORPORATION | ATTN: EMILE JOSEPH, JR. | EMILEJOSEPH@ALLENGOOCH.COM |
| ANDERSON, LEHRMAN, BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST | KMARAIST@ALBMLAW.COM |
| ANDREWS MYERS, P.C | ATTN: EDWARD L. RIPLEY & PATRICK A. KELLY | ERIPLEY@ANDREWSMYERS.COM<br>PKELLY@ANDREWSMYERS.COM |
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC | ATTN: JAN M. HAYDEN | JHAYDEN@BAKERDONELSON.COM |
| BALCH & BINGHAM LLP | ATTN: LLOYD A. KIM & RACHEL T. KUBANDA | LLIM@BALCH.COM<br>RKUBANDA@BALCH.COM |
| BARNET B. SKELTON, JR. | BARNET B. SKELTON, JR. | BARNETBJR@MSN.COM |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR, J. ROBERTSON CLARKE, JOSHUA N. EPPICH | CLAY.TAYLOR@BONDSELLIS.COM<br>ROBBIE.CLARKE@BONDSELLIS.COM<br>JOSHUA@BONDSELLIS.COM |
| BRACEWELL LLP | ATTN: MARK E. DENDINGER | MARK.DENDINGER@BRACEWELL.COM |
| BRACEWELL LLP | ATTN: WILLIAM A. (TREY) WOOD III & BOB P. GRATTAN | TREY.WOOD@BRACEWELL.COM<br>BOB.GRATTAN@BRACEWELL.COM |
| CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE, CHELSEA L. SCHELL | RCHAPPLE@CSTRIAL.COM<br>CSCHELL@CSTRIAL.COM |
| CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX L. L. C. | ATTN: LEANN OPOTOWSKY MOSES & PETER J. SEGRIST | MOSES@CARVERDARDEN.COM<br>SEGRIST@CARVERDARDEN.COM |
| CHIESA SHAHINIAN & GIANTOMASI | ATTN: DARREN M. GRZYB, ARMEN SHAHINIAN, TERRI JANE FREEDMAN & SCOTT ZUBER | ASHAHINIAN@CSGLAW.COM<br>TFREEDMAN@CSGLAW.COM<br>SZUBER@CSGLAW.COM |
| CLARK HILL STRASBURGER | ATTN: DUANE J. BRESCIA | DBRESCIA@CLARKHILL.COM |
| CLARK HILL STRASBURGER | ATTN: ROBERT P. FRANKE & AUDREY L. HORNISHER | BFRANKE@CLARKHILL.COM<br>AHORNISHER@CLARKHILL.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | MWARNER@COLESCHOTZ.COM<br>BWALLEN@COLESCHOTZ.COM |
| CRADY JEWETT MCCULLEY & HOUREN LLP | ATTN: SHELLEY BUSH MARMON & WILLIAM SUDELA | SMARMON@CJMHLAW.COM<br>WSUDELA@CJMHLAW.COM |
| DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT,GIDEON & EDWARDS | ATTN: CHRISTOPHER J. PIASECKI | CPIASECKI@DAVIDSONMEAUX.COM |
| DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>NATASHA.TSIOURIS@DAVISPOLK.COM<br>MICHAEL.PERA@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM |
| DLS, LLC | ATTN: H. KENT AGUILLARD | KENT@AGUILLARDLAW.COM |
| DORE ROTHBERG MCKAY, P.C. | ATTN: ZACHARY S. MCKAY | MBARTLETT@DORELAW.COM<br>ZMCKAY@DORELAW.COM |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER R. BELMONTE, PAMELA A. BOSSWICK | CRBELMONTE@DUANEMORRIS.COM<br>PABOSSWICK@DUANEMORRIS.COM |
| DUANE MORRIS LLP | ATTN: NICOLETTE J. ZULLI | NJZULLI@DUANEMORRIS.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.US |



Exhibit A
Master Service List
Served via email

| | | |
|---|---|---|
| FARRIMOND CASTILLO & BRESNAHAN, PC | ATTN: JOHN M. CASTILLO | JCASTILLO@FCBTXLAW.COM |
| FISHERBROYLES, LLP | ATTN: LISA A. POWELL | LISA.POWELL@FISHERBROYLES.COM |
| FOLEY & LARDNER LLP | ATTN: DAVID S. ELDER | DSELDER@FOLEY.COM |
| FORSHEY & PROSTOCK, LLP | ATTN: J. ROBERT FORSHEY & LYNDA L. LANKFORD | BFORSHEY@FORSHEYPROSTOK.COM LLANKFORD@FORSHEYPROSTOK.COM |
| FROST BROWN TODD LLC | ATTN: MARK A. PLATT | MPLATT@FBTLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: ANDREW A. BRAUN | ABRAUN@GLLLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: JOHN E. W. BAAY II | JBAAY@GLLLAW.COM |
| GIEGER, LABORDE & LAPEROUSE, L.L.C. | ATTN: LAMBERT M. LAPEROUSE | LAPEROUSE@GLLLAW.COM |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULÉ | SSOULE@HALLESTILL.COM |
| HARRIS BEACH LLC | ATTN: LEE E. WOODARD | BKEMAIL@HARRISBEACH.COM |
| HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | CHARLES.BECKHAM@HAYNESBOONE.COM MARTHA.WYRICK@HAYNESBOONE.COM |
| HOLLAND & KNIGHT LLP | ATTN:  JOSHUA SPENCER, ESQ. AND ANASTASIA SOTIROPOLOUS, ESQ. | JOSHUA.SPENCER@HKLAW.COM ANASTASIA.SOTIROPOULOS@HKLAW.COM |
| HOLLAND & KNIGHT LLP | ATTN: PHILLIP W. NELSON | PHILLIP.NELSON@HKLAW.COM |
| HOWLEY LAW PLLC | ATTN: TOM A. HOWLEY & ERIC TERRY | TOM@HOWLEY-LAW.COM ERIC@HOWLEY-LAW.COM |
| HUGHES WATTERS ASKANASE, L.L.P. | ATTN: WAYNE KITCHENS & ALEXANDER PEREZ | WKITCHENS@HWA.COM APEREZ@HWA.COM |
| HUNTON ANDREWS KURTH LLP | ATTN: ROBIN RUSSELL, TIMOTHY A. ("TAD") DAVIDSON II, CATHERINE A. DIKTABAN | RRUSSELL@HUNTONAK.COM TADDAVIDSON@HUNTONAK.COM CDIKTABAN@HUNTONAK.COM |
| HUSCH BLACKWELL LLP | ATTN: BUFFEY E. KLEIN | BUFFEY.KLEIN@HUSCHBLACKWELL.COM |
| HUSCH BLACKWELL LLP | ATTN: JAMESON J. WATTS | JAMESON.WATTS@HUSCHBLACKWELL.COM |
| HUSCH BLACKWELL LLP | ATTN: RANDALL A. RIOS | RANDY.RIOS@HUSCHBLACKWELL.COM |
| JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & VICTORIA N. ARGEROPLOS | BRUZINSKY@JW.COM VARGEROPLOS@JW.COM |
| JENNINGS HAUG CUNNINGHAM | ATTN: CHAD L. SCHEXNAYDER | CLS@JHC.LAW |
| KANE RUSSELL COLEMAN LOGAN PC | ATTN: MICHAEL P. RIDULFO | MRIDULFO@KRCL.COM |
| KREBS FARLEY & DRY, PLLC | ATTN: ELLIOT SCHARFENBERG & JON ORD | ESCHARFENBERG@KREBSFARLEY.COM JORD@KREBSFARLEY.COM |
| KREBS FARLEY & DRY, PLLC | ATTN: RYAN D. DRY | RDRY@KREBSFARLEY.COM |
| LANDWEHR LAW FIRM | ATTN: DARRYL T. LANDWEHR | DTLANDWEHR@ATT.NET |
| LANGLEY LLP | ATTN: BRANDON K. BAINS | BBAINS@L-LLP.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | PWP@PATTIPREWITTLAW.COM |
| LAW OFFICES OF JOHN A. MOUTON, III | ATTN: JOHN A. MOUTON, III | JOHN@JMOUTONLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LOCKE LORD LLP | ATTN: OMER F. KUEBEL, III & BRADLEY C. KNAPP | RKUEBEL@LOCKELORD.COM BKNAPP@LOCKELORD.COM |

Exhibit A
Master Service List
Served via email

| | | |
|---|---|---|
| LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH GUFFY, SIMON MAYER & ERIC BOYLAN | PEISENBERG@LOCKELORD.COM EGUFFY@LOCKELORD.COM SIMON.MAYER@LOCKELORD.COM ERIC.BOYLAN@LOCKELORD.COM |
| LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, TAYLOR P. MOULEDOUX, LINDSEY M. JOHNSON, TAYLOR P. GAY & ADDIE L. DANOS | PGOODWINE@LOOPERGOODWINE.COM TMOULEDOUX@LOOPERGOODWINE.COM LJOHNSON@LOOPERGOODWINE.COM TGAY@LOOPERGOODWINE.COM ADANOS@LOOPERGOODWINE.COM |
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: STEWART F. PECK | SPECK@LAWLA.COM |
| MAHTOOK & LAFLEUR, LLC | ATTN: WARD LAFLEUR | WLAFLEUR@MANDLLAW.COM |
| MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS & ROBERT W. MILLER | MCOLLINS@MANIERHEROD.COM RMILLER@MANIERHEROD.COM |
| MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C. | ATTN: RICHARD M. GAAL | RGAAL@MCDOWELLKNIGHT.COM |
| MORROW SHEPPARD LLP | ATTN: JOHN D. SHEPPARD | JSHEPPARD@MORROWSHEPPARD.COM |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON B. BINFORD & J. CASEY ROY | JASON.BINFORD@OAG.TEXAS.GOV CASEY.ROY@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | STEPHEN.STATHAM@USDOJ.GOV HECTOR.DURAN.JR@USDOJ.GOV USTPREGION07.HU.ECF@USDOJ.GOV |
| PAMELA H. WALTERS | ATTN: PAMELA H. WALTERS | BNKATTY@ALDINEISD.ORG |
| PARKINS LEE & RUBIO LLP | ATTN: CHARLES M. RUBIO | CRUBIO@PARKINSLEE.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS | JBANKS@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ & OWEN M. SONIK | MVALDEZ@PBFCM.COM OSONIK@PBFCM.COM |
| PHELPS DUNBAR LLP | ATTN: PATRICK "RICK" M. SHELBY | RICK.SHELBY@PHELPS.COM |
| PORTER & POWERS, PLLC | ATTN: J. ROBERT MACNAUGHTON | ROBERT@PORTERPOWERS.COM |
| PORTER HEDGES LLP | ATTN: ERIC M. ENGLISH | EENGLISH@PORTERHEDGES.COM |
| PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON, MEGAN N. YOUNG-JOHN & AARON J. POWER | JHIGGINS@PORTERHEDGES.COM SJOHNSON@PORTERHEDGES.COM MYOUNG-JOHN@PORTERHEDGES.COM APOWER@PORTERHEDGES.COM |
| REED SMITH LLP | ATTN: OMAR J. ALANIZ | OALANIZ@REEDSMITH.COM |
| ROBERT L. MARRERO, LLC | ATTN: ROBERT L. MARRERO | OFFICE@BOBMARRERO.COM |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | ATTN: JOHN MAYER | JMAYER@ROSSBANKS.COM |
| RUSH, RUSH & CALOGERO | ATTN: CHARLES M. RUSH | CMRUSH@CHARLESMRUSHESQ.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |

Exhibit A
Master Service List
Served via email

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SENIOR COUNSEL - GENESIS ENERGY, L.P. | ATTN: ANTHONY SHIH | TONY.SHIH@GENLP.COM |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | ATTN: J. DAVID FORSYTH | JDF@SESSIONS-LAW.COM |
| SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C. | ATTN: MARK S. FINKELSTEIN, REGAN S. JONES | MFINKELSTEIN@SMFADLAW.COM<br>RJONES@SMFADLAW.COM |
| SHIPMAN & GOODWIN LLP | ATTN:  NATHAN PLOTKIN, ESQ. | NPLOTKIN@GOODWIN.COM |
| SHIPMAN & GOODWIN LLP | ATTN: KATHLEEN LAMANNA, KIMBERLY COHEN | KLAMANNA@GOODWIN.COM<br>KCOHEN@GOODWIN.COM |
| SIDLEY AUSTIN LLP | ATTN: DUSTON K. MCFAUL & MICHAEL FISCHEL | DMCFAUL@SIDLEY.COM<br>MFISHEL@SIDLEY.COM |
| SNOW SPENCE GREEN LLP | ATTN: KENNETH P. GREEN | KGREEN@SNOWSPENCELAW.COM |
| SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE; HENRY W KNIGHT | ROSS@SDLLAW.COM<br>HENRY@SDLLAW.COM |
| SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III | MSPROUSE@SPROUSEPLLC.COM |
| STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER, DOUGLAS S. FRIEDMAN, CYNTHIA CASTANON | BRIAN.BAKER@STACYBAKERLAW.COM<br>DOUG.FRIEDMAN@STACYBAKERLAW.COM<br>CYNTHIA.CASTANON@STACYBAKERLAW.COM |
| STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | PERMITSMAIL@ADEM.STATE.AL.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT | AC@TCEQ.TEXAS.GOV |
| STEWART ROBBINS BROWN & ALTAZAN, LLC | ATTN: WILLIAM S. ROBBINS & PAUL DOUGLAS STEWART, JR. | WROBBINS@STEWARTROBBINS.COM<br>DSTEWART@STEWARTROBBINS.COM |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE | KHANSEN@STROOCK.COM<br>FMEROLA@STROOCK.COM<br>JCANFIELD@STROOCK.COM<br>SMILLMAN@STROOCK.COM<br>KPASQUALE@STROOCK.COM |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C. | ATTN: PETER C. D'APICE | DAPICE@SBEP-LAW.COM |
| TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C. | ATTN: RAFAEL RODRIGUEZ | RRODRIGUEZ@TODDLAWFIRM.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: SERAJUL F. ALI | SERAJUL.ALI@USDOJ.GOV |
| VICTORIA V. THERIOT | ATTN: VICTORIA V. THERIOT | TTHERIOT@ACADIANCONTRACTORS.COM<br>TORIET@BROUSSARDBROTHERS.COM |
| VINSON & ELKINS LLP | ATTN:  CHRISTOPHER J. DEWAR, ESQ. WILLIAM L. WALLANDER, ESQ. BRADLEY R. FOXMAN, ESQ. | CDEWAR@VELAW.COM<br>BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM |
| VINSON & ELKINS LLP | ATTN:  WILLIAM L. WALLANDER, BRADLEY R. FOXMAN & MATTHEW J. PYEATT | BWALLANDER@VELAW.COM<br>BFOXMAN@VELAW.COM<br>MPYEATT@VELAW.COM |

Exhibit A
Master Service List
Served via email

| | | |
|---|---|---|
| WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ | ALFREDO.PEREZ@WEIL.COM<br>BRENDA.FUNK@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM<br>JUSTIN.PITCHER@WEIL.COM<br>RENE.OLVERA@WEIL.COM<br>CHRISTOPHER.JALOMO@WEIL.COM<br>ERIN.CHOI@WEIL.COM<br>JAKE.RUTHERFORD@WEIL.COM |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | MATT.BARR@WEIL.COM<br>JESSICA.LIOU@WEIL.COM |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | JCARRUTH@WKPZ.COM |
| WICK PHILLIPS GOULD & MARTIN, LLP | ATTN: JASON M. RUDD, SCOTT LAWRENCE | JASON.RUDD@WICKPHILLIPS.COM<br>SCOTT.LAWRENCE@WICKPHILLIPS.COM |