**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | Re: Docket Nos. 714, 716, 747, 771 & 809 |

**STIPULATION EXTENDING DEADLINES OF**
**UNITED STATES TRUSTEE TO OBJECT TO APPLICATION**
**OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY RYAN,**
**LLC AS TAX CONSULTANT TO THE DEBTORS EFFECTIVE AS OF THE**
**PETITION DATE AND MOTION OF DEBTORS FOR ORDER AUTHORIZING**
<u>**DEBTORS TO FILE RYAN LLC RETENTION APPLICATION UNDER SEAL**</u>

The above-captioned debtors and debtors in possession (the "**Debtors**") and the

United States Trustee for Region 7 (the "**U.S. Trustee**") hereby enter into this stipulation (the

"**Stipulation**") as follows:

WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), the Debtors

each filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**");

WHEREAS, on December 30, 2020, the Debtors filed the *Application of Debtors*

*for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of*

*the Petition Date* (Docket No. 714);

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

WHEREAS, on December 30, 2020, the Debtors filed the *Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application under Seal* (Docket No. 716) (the "**Motion**"), which provides that the deadline to object to the Motion shall be January 20, 2021;

WHEREAS, on January 7, 2021, the Debtors filed the *Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* (Docket No. 747) (the "**Application**"), which provides that the deadline to object to the Application shall be January 28, 2021;

WHEREAS, on January 20, 2021, the Debtors and the U.S. Trustee entered into the *Stipulation Extending Deadline of United States Trustee to Object to Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application under Seal* (Docket No. 771), which extended the U.S. Trustee's deadline to file an objection to the Motion through and including January 28, 2021;

WHEREAS, on January 29, 2021, the Debtors and the U.S. Trustee entered into the *Stipulation Extending Deadlines of United States Trustee to Object to Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date and Motion of Debtors for Order Authorizing  Debtors to File Ryan LLC Retention Application under Seal* (Docket No. 809), which extended the U.S. Trustee's deadline to file an objection to the Application through and including February 4, 2021 and which further extended the U.S. Trustee's deadline to file an objection to the Motion through and including February 4, 2021.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:**

1.      The U.S. Trustee's deadline to file an objection to the Application is further extended through and including February 11, 2021.

2.      The U.S. Trustee's deadline to file an objection to the Motion is further extended through and including February 11, 2021.

Date:   February 4, 2021
Houston, Texas

_/s/ Jessica Liou_
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
            Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted _pro hac vice_)
Jessica Liou (admitted _pro hac vice_)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
            Jessica.Liou@weil.com

_Attorneys for Debtors_
_and Debtors in Possession_

_/s/  Stephen Statham_
OFFICE OF THE UNITED STATES TRUSTEE
Hector Duran
Stephen Statham
515 Rusk Street, Suite 3516
Houston, Texas  77002
Telephone:     (713) 718-4650
Facsimile:      (713) 718-4670
Email: Hector Duran@usdoj.gov
            Stephen.Statham@usdoj.gov