

Diane Meaux Broussard Clerk Of Court Vermilion Parish LA
100 N. State Street, Suite 101
Abbeville LA 70510
Phone: 337-898-1992  Fax: 337-898-9803

Page 1

Customer:

TF HUDGINS VALVE SERVICES LLC
20212 HEMPSTEAD RD BLDG 8

Tran: 134253 - 36533306
Receipt # 202013894
Receipt Date    10/13/2020

Account No: WC

Account Balance:   0.00

1  **MO LIEN**
   Inst# 2020007190 MO          MO LIEN #2020007190                              $105.00
   GRANTOR: DELIGANS VALVES INC
   GRANTEE: FIELDWOOD ENERGY LLC
   Receipt Total:                                                                 105.00

Paid By:
   CHECK  006715                                                                  105.00
Total Tendered                                                                    105.00

RECEIVED
OCT 2 0 2020
By _____

Please Save Receipt
For Your Records
----------------
Hours 8:30am-4:30pm

Printed: 10/13/2020  10:20 am

**EXHIBIT 2**

MO - 2020007190 4 PG/S
RCD: 10/13/2020 @ 10:21:15 AM
Vermilion Parish, LA
Diane Meaux Broussard, Clerk Of Court

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | INVOICE NO: 88433 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 4/27/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 11386
LOCATION: SMI 128 B
DELIVERY TICK: 79973
UNIT NUMBER: CP #2

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: NA | | |
| | | | SHOP REPAIRS | | |
| 8 | 8 | 0 | 6.5 CP Discharge 2DMT Compressor Valve (W/ NEW SEATS & GUARDS) -R&R- | 702.45 | 5619.63 |
| 7 | 7 | 0 | 6.625 CP Suction 2SN Compressor Valve -R&R- | 294.86 | 2064.02 |
| 1 | 1 | 0 | 6.625 CP Suction 2SN Compressor Valve W/ NEW SEAT -R&R- | 604.84 | 604.84 |
| 10 | 10 | 0 | 4 CP Discharge 3DS Compressor Valve -R&R- | 244.11 | 2441.07 |
| 10 | 10 | 0 | 4 CP Suction 3SS Compressor Valve -R&R- | 320.34 | 3203.40 |
| | | | DELIVERED ON DROP TICKET 041320RPG1 | | |

1% Environmental Fee: $139.34
Non-Taxable Freight: $0.00
Non-Taxable Sub Total: $0.00
Taxable Sub Total: $13,932.96
Louisiana: 4.45% $620.02
Terrrebonne Parish: 5.5% $766.34

Total Order: $15,458.66

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes: Terms Net 30 Days

ENTERED

Your Business is Appreciated

|  |  |
|---|---|
| FILED: | Vermilion Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-02587 |
| AREA/BLOCK: | SM 128 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Energy XXI GOM, LLC; GOM Shelf LLC |
| AMOUNT: | $15,458.66 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas [~~STATE OF LOUISIANA~~]
County of Harris [~~PARISH OF TERREBONNE~~]

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about April 21, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-02587, South Marsh Island, Block 128, off the coast of Vermilion Parish, State of Louisiana (the "Lease").

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Energy XXI GOM, LLC and GOM Shelf LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Vermilion Parish, State of Louisiana and with

|          |                                                    |
|----------|----------------------------------------------------|
| FILED:   | Vermilion Parish,                                  |
|          | Bureau of Ocean Energy Management                  |
| LEASE NO.: | OCS-G-02587                                      |
| AREA/BLOCK: | SM 128                                          |
| OPERATOR: | Fieldwood Energy, LLC                             |
| LESSEE:  | Fieldwood Energy, LLC; Energy XXI GOM, LLC; GOM Shelf LLC |
| AMOUNT:  | $15,458.66                                         |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas ~~STATE OF LOUISIANA~~

County of Harris ~~PARISH OF TERREBONNE~~

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about April 21, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-02587, South Marsh Island, Block 128, off the coast of Vermilion Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $15,458.66 is due and

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Energy XXI GOM, LLC and GOM Shelf LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Vermilion Parish, State of Louisiana and with the BOEM.

77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Energy XXI GOM, LLC, 1021 Main, Suite 2626, Houston, TX 77002; (d) Energy XXI GOM, LLC through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (f) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12m day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE ME THIS 12m DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022