**Iberia Parish, LA**
**David Ditch Clerk of Court Iberia Parish**
P. O. Drawer 12010
New Iberia, LA 70562-2010
Phone Number : (337) 365-7282
Fax Number : (337) 365-0737
E-Mail : dditch@Iberiaclerk.com

**Official Receipt :** 2020-00013087

**Printed On :** 10/13/2020 at 4:01:27 PM  **By :** 191  **on** IPCC-163

**Customer :**
T F HUDGINS VALVE SERVICES LLC
1013 EAST STREET
HOUMA, LA 70363

**Date Recorded :** October 13, 2020

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| Book : 1924  Page : 270 | 4:01:26 PM | $105.00 |
| Transaction : LIEN & PRIVILEGE | | |
| Name(s) : FIELDWOOD ENERGY LLC | | |
| To : DELIGANS VALVES INC | | |

| Accounts | Amount |
|---|---|
| Lien | $100.00 |
| Certified Copies | $0.00 |
| Iberia Parish Government | $0.00 |
| Lcraa Fee | $2.50 |
| Clerks Portal | $2.50 |
| Conformed Copies | $0.00 |

**Itemized Check Listing**

| | |
|---|---|
| Check Number : 6714 | $105.00 |

|  |  |
|---|---|
| Total Due : | $105.00 |
| Paid by Check : | $105.00 |
| Change Tendered : | $0.00 |


RECEIVED OCT 1 9 2020 By____

HAVE A NICE DAY!

**EXHIBIT 3**

Page 1 of 1



1013 East Street
Houma, LA  70363

October 12, 2020

**VIA UPS**

Iberia Parish Clerk of Court
300 Iberia Street, Suite 100
New Iberia, LA 70560

Re:   *Deligans Valves, Inc. v. Field Energy, LLC*
      Our File No.: 37625.200556

Dear Clerk:

Enclosed please find two originals of the following in the above referenced matter:

1. Oil Well Lien Affidavit, Notice of Claim of Lien and Statement of Privilege
   (Lease No. OCS-G-02587)

I would appreciate your office filing an original of each in the Iberia Parish Mortgage records and return a certified copy of each in the enclosed self-addressed, prepaid envelope.

Per my conversation with your office, I have enclosed our firm check in the amount of $105.00 to be applied towards the recordation fees. Should this amount prove insufficient, please contact the undersigned for additional funds.

If you have any questions or concerns, please do not hesitate to contact me.

With kind regards, I remain,

Sincerely,

Enclosures

**Iberia Parish Certified Copy**

David Ditch Clerk of Court
Iberia Parish
P. O. Drawer 12010
New Iberia, LA 70562-2010
(337) 365-7282

**Received From :**
T F HUDGINS VALVE SERVICES LLC
1013 EAST STREET
HOUMA, LA 70363

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
DELIGANS VALVES INC

Index Type : MORTGAGES
Type of Document : LIEN & PRIVILEGE
Recording Pages : 5

File Number : 2020-00008380
Book : 1924    Page : 270

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberia Parish, Louisiana.

_____
Clerk of Court

On (Recorded Date) : 10/13/2020
At (Recorded Time) : 4:01:26PM

Doc ID - 010520530005

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/13/2020 at 4:01:26
Recorded in Book 1924 Page 270
File Number 2020-00008380

A TRUE COPY
FILED
ATTEST: _____
DEPUTY CLERK OF COURT
IBERIA PARISH, LA

Return To :

Do not Detach this Recording Page from Original Document

|  |  |
|---|---|
| FILED: | Iberia Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-02587 |
| AREA/BLOCK: | SM 128 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC; Energy XXI GOM, LLC; GOM Shelf LLC |
| AMOUNT: | $15,458.66 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas ~~STATE OF LOUISIANA~~

County of Harris ~~PARISH OF TERREBONNE~~

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about April 21, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-02587, South Marsh Island, Block 128, off the coast of Iberia Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $15,458.66 is due and

contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood, Energy XXI GOM, LLC and GOM Shelf LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Iberia Parish, State of Louisiana and with the BOEM

77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) Energy XXI GOM, LLC, 1021 Main, Suite 2626, Houston, TX 77002; (d) Energy XXI GOM, LLC through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (f) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_Fallon Hopper_
NOTARY PUBLIC



FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

# Deligans Valves, Inc.
*EST. 1976*

1013 East Street  
HOUMA, LA. 70363  
(985) 872-4939  
FAX (985) 879-2359  

Shreveport, La. 71103  
(318) 670-7544  

**Original Invoice**  
INVOICE NO: 88433  
DATE: 4/27/2020  

TO: FIELDWOOD ENERGY LLC (0785)  
SUITE 1200  
2000 W. SAM HOUSTON PKWY SOUTH  
HOUSTON, TX 77042  

ORDER NO: 11386  
LOCATION: SMI 128 B  
DELIVERY TICK: 79973  
UNIT NUMBER: CP #2  

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: NA | | |
| | | | SHOP REPAIRS | | |
| 8 | 8 | 0 | 6.5 CP Discharge 2DMT Compressor Valve (W/ NEW SEATS & GUARDS) -R&R- | 702.45 | 5619.63 |
| 7 | 7 | 0 | 6.625 CP Suction 2SN Compressor Valve -R&R- | 294.86 | 2064.02 |
| 1 | 1 | 0 | 6.625 CP Suction 2SN Compressor Valve W/ NEW SEAT -R&R- | 604.84 | 604.84 |
| 10 | 10 | 0 | 4 CP Discharge 3DS Compressor Valve -R&R- | 244.11 | 2441.07 |
| 10 | 10 | 0 | 4 CP Suction 3SS Compressor Valve -R&R- | 320.34 | 3203.40 |
| | | | DELIVERED ON DROP TICKET 041320RPG1 | | |

| | |
|---|---|
| 1% Environmental Fee: | $139.34 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $13,932.96 |
| Louisiana: 4.45% | $620.02 |
| Terrrebonne Parish: 5.5% | $766.34 |
| **Total Order:** | **$15,458.66** |

Remit To:  
Deligans Valves, Inc.  
1013 East Street  
Houma, La. 70363  

Notes: Terms Net 30 Days

**ENTERED**  
APR 28 2020  
RECEIVED BY: [signature]

Your Business is Appreciated

DATE: