Jon A. Gegenheimer

# JEFFERSON PARISH CLERK OF COURT



## Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942

**www.jpclerkofcourt.us**

## NOTICE OF RECORDATION

---

ADDITIONAL INFORMATION

INSTRUMENT NO 12057395
TYPE OF ACT LIEN MB
DATE   11/16/2020

PARTIES
 FIELDWOOD ENERGY LLC                  TO  FIELDWOOD ENERGY LLC

PROPERTY

SEE

MORTGAGE          BOOK  4905        FOLIO   42

---

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

CLERK OF COURT

INQUIRIES?  CALL:
General Information - (504) 364-2943 or 2944

12057395

*Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient.  Read about JeffNet at www.jpclerkofcourt.us.  Log on...sign up...gain access—today!*

LUGENBUHL
601 POYDRAS ST STE 2775
NEW ORLEANS LA 70130

**EXHIBIT
6**

11/16/2020 10:00:31 AM JEFF PAR 6519955 aam $205.00
INST. 12057395  MORTGAGE BOOK 4905  PAGE 42

FILED:        Jefferson Parish
              Bureau of Ocean Energy Management
LEASE NO.:    OCS-G-01497
AREA/BLOCK: WD 95
OPERATOR:     GOM Shelf, LLC
LESSEE:       GOM Shelf LLC; Fieldwood Energy
              Offshore LLC
AMOUNT:       $11,251.63

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**HARRIS COUNTY**

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1.     He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2.     Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.     In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.     Between approximately April 28, 2020 through May 19, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-01497, West Delta, Block 95, off the coast of Jefferson Parish, State of Louisiana (the "Lease").

5.     As of the present date, a remaining principal amount of $11,251.63 is due and owing on Invoice Nos. 88453, 88469, 88470, 88500 and 88503 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs.

- 1 -

True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

      6.     At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

      7.     As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), GOM Shelf, LLC ("GOM"), BOEM Company Number 02451, was at all relevant times and remains the operator of the above-referenced Lease.

      8.     This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq*., and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, GOM, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, GOM; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, GOM, and the operating interest of any participating lessee(s) therein without limitation, GOM and Fieldwood Energy Offshore LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

      9.     That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson Parish, State of Louisiana and with the BOEM.

      10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200,

Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (d) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (e) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (f) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12ᵗʰ day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President


SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12ᵗʰ DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

*Deligans*

*Valves, Inc.*

*EST. 1976*

*Original Invoice*

INVOICE NO: 88470

DATE:        5/11/2020

TO: FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W. SAM HOUSTON PKWY SOUTH
    HOUSTON, TX 77042

| | | ORDER NO: | 249707 |
| --- | --- | --- | --- |
| | | LOCATION: | WD 95 X |
| | | DELIVERY TICK | 80010 |
| | | UNIT NUMBER: | OILWELL |

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- |
| | | | ID: 573029 | | |
| | | | PARTS FOR OFFSHORE | | |
| 3 | 3 | 0 | PVOW127 - OILWELL NEW PLUNGERS | 944.16 | 2832.48 |
| 1 | 1 | 0 | Freight-In | 99.94 | 99.94 |

|  |  |
| --- | --- |
| 1% Environmental Fee: | $0.00 |
| Non-Taxable Freight: | $99.94 |
| Non-Taxable Sub Total: | $2,832.48 |
| Taxable Sub Total: | $0.00 |
| State Tax: | $0.00 |
| Parish Tax: | $0.00 |
| Total Order: | $2,932.42 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

EXHIBIT

tabbies

_H_

ENTERED

MAY 1 1 2020

Your Business is Appreciated

RECEIVED BY: _____

DATE: _____

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

*Deligans*

*Valves, Inc.*

*EST. 1976*

*Original Invoice*

INVOICE NO: 88500

DATE:      5/25/2020

TO: FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W. SAM HOUSTON PKWY SOUTH
    HOUSTON, TX  77042

ORDER NO:        250494
LOCATION:        WD 95 X
DELIVERY TICK    80033
UNIT NUMBER:     DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR SER# 171 1 11.5" P & 2.125" R PMI, COATED ROD, NEW RINGS -R&R- | 3139.07 | 3139.07 |
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | ENTERING SLEEVE | 189.06 | 189.06 |
| 1 | 1 | 0 | PISTON TURNING TOOL | 261.69 | 261.69 |
| | | | DELIVERED ON DROP TICKET 050520RPG1 | | |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

1% Environmental Fee:                $31.40
Non-Taxable Freight:                 $0.00
Non-Taxable Sub Total:               $450.75
Taxable Sub Total:                   $3,139.07
Louisiana: 4.45%                     $139.68
Terrrebonne Parish: 5.5%             $172.66

Total Order:                         $3,933.56

Notes:    Terms Net 30 Days

Your Business is Appreciated

ENTERED

MAY 2 5 2020

RECEIVED BY:_____                    DATE:_____

1013 East Street · 1621 Lakeshore Dr
HOUMA, LA. 70363 · Shreveport, La. 71103
(985) 872-4939 · (318) 670-7544
FAX (985) 879-2359

# *Deligans*
# *Valves, Inc.*
### *EST. 1976*

**Original Invoice**

INVOICE NO: 88503

DATE: 5/25/2020

TO: FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W. SAM HOUSTON PKWY SOUTH
    HOUSTON, TX 77042

ORDER NO: 251029
LOCATION: WD 95 X
DELIVERY TICK 80039
UNIT NUMBER: DR #1

| Receive Order | Return Ship | B/O | Description | | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | | ID: 573029 | | | |
| | | | SHOP REPAIRS | | | |
| 1 | 1 | 0 | 6.75 DR Discharge 2DS Compressor Valve w/ new guard -R&R- | | 682.36 | 682.36 |
| 2 | 2 | 0 | 6.75 DR Suction 2SMT Compressor Valve -R&R- | | 265.71 | 531.41 |
| 1 | 1 | 0 | EXLINES -R&R- | | 183.26 | 183.26 |
| | 1 | | EXR310.5 | 310 DEGREE EXLINE SENSOR RELOADED | 91.6300 | $91.63 |
| | 1 | | EXR310.4 | 310 DEGREE EXLINE SENSOR RELOADED | 91.6300 | $91.63 |

| | |
|---|---|
| 1% Environmental Fee: | $13.97 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,397.03 |
| Louisiana: 4.45% | $62.18 |
| Terrrebonne Parish: 5.5% | $76.82 |
| Total Order: | $1,550.00 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

ENTERED

MAY 2 5 2020       Your Business is Appreciated

RECEIVED BY

DATE:

1013 East Street    1621 Lakeshore Dr
HOUMA, LA. 70363   Shreveport, La. 71103
(985) 872-4939    (318) 670-7544
FAX (985) 879-2359

# *Deligans*
# *Valves, Inc.*
*EST. 1976*

*Original Invoice*

INVOICE NO: 88453

DATE: 5/5/2020

#12510

TO: FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W. SAM HOUSTON PKWY SOUTH
    HOUSTON, TX 77042

ORDER NO: 250496
LOCATION: WD 95 X
DELIVERY TICK 79991
UNIT NUMBER: DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR Lubed Packing Case SER# 45865 -R&R- | 1047.66 | 1047.66 |
| 1 | 1 | 0 | DR Lubed Packing Case SER# 459802 -R&R- | 798.70 | 798.70 |
| 1 | 1 | 0 | DR Lubed Wiper Case -R&R- | 240.95 | 240.95 |
| 5 | 0 | 5 | EXLINE SENSOR | .00 | .00 |

| | |
|---|---|
| 1% Environmental Fee: | $20.84 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $2,087.31 |
| Louisiana: 4.45% | $92.88 |
| Terrrebonne Parish: 5.5% | $114.77 |
| Total Order: | $2,315.80 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes: Terms Net 30 Days

ENTERED
MAY 05 2020

Your Business is Appreciated

RECEIVED BY: _____

DATE: _____

1013 East Street  1621 Lakeshore Dr

HOUMA, LA. 70363  Shreveport, La. 71103

(985) 872-4939  (318) 670-7544

FAX (985) 879-2359

# *Deligans*

# *Valves, Inc.*

*EST. 1976*

*Original Invoice*

INVOICE NO: 88453

DATE:  5/5/2020

#12510

TO:  FIELDWOOD ENERGY LLC (0785)

SUITE 1200

2000 W. SAM HOUSTON PKWY SOUTH

HOUSTON, TX  77042

ORDER NO:  250496

LOCATION:  WD 95 X

DELIVERY TICK  79991

UNIT NUMBER:  DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR Lubed Packing Case SER# 45865 -R&R- | 1047.66 | 1047.66 |
| 1 | 1 | 0 | DR Lubed Packing Case SER# 459802 -R&R- | 798.70 | 798.70 |
| 1 | 1 | 0 | DR Lubed Wiper Case -R&R- | 240.95 | 240.95 |
| 5 | 0 | 5 | EXLINE SENSOR | .00 | .00 |

| | |
|---|---|
| 1% Environmental Fee: | $20.84 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $2,087.31 |
| Louisiana: 4.45% | $92.88 |
| Terrrebonne Parish: 5.5% | $114.77 |
| Total Order: | $2,315.80 |

Remit To:

Deligans Valves, Inc.

1013 East Street

Houma, La. 70363

Notes:    Terms Net 30 Days

ENTERED

MAY 0 5 2020

Your Business is Appreciated

RECEIVED BY:

DATE: