# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: ARMAND E. SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA  70130-6041

**First MORTGAGOR**

| FIELDWOOD ENERGY LLC |
|---|

**First MORTGAGEE**

| DELIGANS VALVES INC |
|---|

| | |
|---|---|
| **Index Type :**  MORTGAGE | **File # :** 2020-00004812 |
| **Type of Document :** MATERIALMANS LIEN | |
| | **Book :**  781      **Page :**  949 |
| **Recording Pages :**             10 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 11/16/2020

At (Recorded Time) : 12:58:30PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 11/16/2020 at 12:58:30
Recorded in Book  781  Page  949
File Number 2020-00004812

Deputy Clerk

Doc ID - 005356110010

**Return To :**   Attn: ARMAND E. SAMUELS

FILED:        Plaquemines Parish
                    Bureau of Ocean Energy Management
LEASE NO.:   OCS-G-00133
AREA/BLOCK:GI 47
OPERATOR:  BP Exploration & Production Inc.; GOM
                    Shelf LLC
LESSEE:     Fieldwood Energy Offshore LLC; GOM
                    Shelf LLC
AMOUNT:    $7,201.87

## OIL WELL LIEN AFFIDAVIT, NOTICE OF
## CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1.     He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2.     Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3.     In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4.     Between approximately February 11, 2020 through May 19, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00133, Grand Isle, Block 47, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5.     As of the present date, a remaining principal amount of $7,201.87 is due and owing on Invoice Nos. 87011, 88431, 88432, 88471 and 88504 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the

Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6.      At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.      As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), BP Exploration & Production Inc. ("BP"), BOEM Company Number 02481, and GOM Shelf LLC ("GOM"), BOEM Company Number 02451, were at all relevant times and remain the operators of the above-referenced Lease.

8.      This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, BP and GOM; (4) all hydrocarbons produced from the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood Energy Offshore LLC and GOM; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.      That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) BP Exploration & Production Inc. 17220 Katy Freeway, Suite 100 Houston, TX 77094; (d) BP Exploration & Production Inc., through its registered agent C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (f) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (g) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (h) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: 

Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

# *Deligans*
# *Valves, Inc.*

*EST. 1976*

**ORIGINAL CREDIT INVOICE**

| | |
|---|---|
| 1013 EAST STREET | 1621 LAKESHORE DR. |
| HOUMA, LA 70363 | SHREVEPORT, LA 71103 |
| 985-872-4939 | 318 670-7544 |
| 985-879-2359 (FAX) | |

NO: 87011

DATE: 4/2/2019

TO: FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W SAM HOUSTON POKWY SOUTH
    HOUSTON, TX 77042

ORDER NUMBER: 236728
LOCATION: GI 47 A
DELIVERY TICKET: N/A
UNIT NUMBER: ARIEL #5

Credit for over-payment on ACH reference number – 044664 with reference date – 03/28/2019    ($379.97)
Customer paid Delivery Ticket 78369 which was the same as Invoice 86831

| | |
|---|---|
| 1% ENVIRONMENTAL FEE: | ($3.81) |
| NON-TAXABLE FREIGHT: | |
| NON-TAXABLE SUB TOTAL: | |
| TAXABLE SUB TOTAL: | ($379.97) |
| LOUISIANA TAX: | ($16.90) |
| PARISH TAX: | ($20.92) |
| TOTAL ORDER: | ($421.60) |

**EMAILED**

APR 0 2 2019

*EMAILED*

NOV 2 7 2019   again to Nichole

EXHIBIT

A

FROM : FIELDWOOD ENERGY LLC

The following invoices will be paid with an automatic deposit to your account

Vendor DELIGANS VALVES INC (502628)  Date  03/28/19

| Invoice | Date | Description | Discount | Amount | |
|---------|------|-------------|----------|--------|---|
| 78369 | 02/01/19 | | $0.00 | $421.60 | ✕ |
| 86830 | 02/11/19 | | $0.00 | $73.60 | |
| 86831 | 02/11/19 | | $0.00 | $421.60 | ✕ |
| 86832 | 02/11/19 | | $0.00 | $945.99 | |
| 86833 | 02/11/19 | | $0.00 | $4,481.02 | |
| | | Total: | $0.00 | $6,343.81 | |

The amount of $6,343.81 will be credited to WHITNEY BANK Acct XXXX5121

ACH Reference Number - 044664    Reference Date - 03/28/19

*Credit is in Bank Account Manager — $421.60*

1013 East Street    1621 Lakeshore Dr
HOUMA, LA. 70363    Shreveport, La. 71103
(985) 872-4939    (318) 670-7544
FAX (985) 879-2359

# *Deligans*
# *Valves, Inc.*
*EST. 1976*

*Original Invoice*

INVOICE NO: 88431

DATE:    4/27/2020

TO: FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX 77042

| | |
|---|---|
| ORDER NO: | 250554 |
| LOCATION: | GI 47 A |
| DELIVERY TICK | 79966 |
| UNIT NUMBER: | ARIEL #4 |

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.5 ARIEL Suction 1SP Compressor Valve -R&R- | 350.98 | 701.96 |

| | |
|---|---|
| 1% Environmental Fee: | $7.01 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $701.96 |
| Louisiana: 4.45% | $31.22 |
| Terrrebonne Parish: 5.5% | $38.61 |
| Total Order: | $778.80 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

Your Business is Appreciated

ENTERED

RECEIVED BY _Coupa_    APR 28 2020

DATE: _____

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

# *Deligans*

# *Valves, Inc.*

*EST. 1976*

*Original Invoice*

INVOICE NO: 88432

DATE:        4/27/2020

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO:          250309
LOCATION:          Gl 47 A
DELIVERY TICK      79972
UNIT NUMBER:       WS #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 5.625 WS Discharge 2DP Compressor Valve (1-W/ NEW SEAT) -R&R- | 472.72 | 945.44 |
| 1 | 1 | 0 | 5.625 WS Suction 2SP Compressor Valve -R&R- | 299.29 | 299.29 |

| | |
|---|---|
| 1% Environmental Fee: | $12.45 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,244.73 |
| Louisiana: 4.45% | $55.38 |
| Terrrebonne Parish: 5.5% | $68.46 |
| Total Order: | $1,381.02 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED

APR 28 2020

Your Business is Appreciated

RECEIVED BY: _____

DATE:_____

1013 East Street          1621 Lakeshore Dr
HOUMA, LA. 70363          Shreveport, La. 71103
(985) 872-4939            (318) 670-7544
FAX (985) 879-2359

# *Deligans Valves, Inc.*
### *EST. 1976*

*Original Invoice*

INVOICE NO: 88471

DATE:          5/11/2020

TO:  FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX  77042

ORDER NO:        250145
LOCATION:        GI 47 A
DELIVERY TICK    80012
UNIT NUMBER:     WS #3

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | WS Lubed Packing Case/ Wiper Combo -R&R- | 1233.24 | 1233.24 |
| 1 | 1 | 0 | WS SER# 164 3 5.750" P X 2.0" R PMI, COATED ROD, NEW RINGS - R&R- | 3482.86 | 3482.86 |
| | | | DELIVERED ON DROP TICKET 042820JPL1 | | |

|  |  |
|---|---|
| 1% Environmental Fee: | $47.16 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $4,716.10 |
| Louisiana:  4.45% | $209.87 |
| Terrrebonne Parish:  5.5% | $259.40 |
| Total Order: | $5,232.53 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

## ENTERED

MAY 1 1 2020

Your Business is Appreciated

RECEIVED BY: _____                    DATE: _____

1013 East Street    1621 Lakeshore Dr
HOUMA, LA. 70363   Shreveport, La. 71103
(985) 872-4939     (318) 670-7544
FAX (985) 879-2359

# *Deligans Valves, Inc.*
### *EST. 1976*

*Original Invoice*

INVOICE NO: 88504

DATE:     5/25/2020

TO: FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX 77042

ORDER NO:     251097
LOCATION:     GI 47 A
DELIVERY TICK    80040
UNIT NUMBER:    ARIEL #4

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | 6.5 ARIEL Suction 1SP Compressor Valve -R&R- | 208.32 | 208.32 |

|  |  |
|---|---|
| 1% Environmental Fee: | $2.08 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $208.32 |
| Louisiana: 4.45% | $9.27 |
| Terrrebonne Parish: 5.5% | $11.45 |
| Total Order: | $231.12 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

**ENTERED**

MAY 2 5 2020

Coupa

RECEIVED BY:_____

Your Business is Appreciated

DATE:_____