

## Stephanie Wurtz

Matagorda County Clerk
1700 7th Street, Room 202
Bay City, TX 77414

**Main:** (979) 244-7680 **Fax:** (979) 244-7688

**Receipt:** 20201214000030
**Date:** 12/14/2020
**Time:** 11:45AM
**By:** Christa F
**Station:** Christa Fuselier
**Status:** ORIGINAL COPY

| Seq | Item | Document Description | Number | Number Of | Amount | Serial Number |
|---|---|---|---|---|---|---|
| 1 | Real Property Recordings | SSL | 7541 | 12 | $66.00 | |
| | | | **Order Total** | (1) | $66.00 | |

| Seq | Payment Method | Transaction Id | Comment | | Total |
|---|---|---|---|---|---|
| 1 | Check | 100496 | | | $66.00 |
| | | | **Total Payments** | (1) | $66.00 |
| | | | **Change Due** | | $0.00 |

LUGENBUHL
601 POYDRAS ST STE 2775
NEW ORLEANS, LA 70130

For more information about the County Clerk's office and to search property records online, please visit http://www.co.matagorda.tx.us/default.aspx?
Matagorda_County/County.Clerk

1 of 1

Matagorda County
Stephanie Wurtz
Matagorda County Clerk

*VG-1426-2020-7541*

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| File Information: | | Record and Return To: |
|---|---|---|
| Document Number: | 7541 | LUGENBUHL |
| Receipt Number: | 20201214000030 | 601 POYDRAS ST STE 2775 |
| Recorded Date/Time: | December 14, 2020 11:45 AM | |
| User: | Christa F | NEW ORLEANS LA 70130 |
| Station: | Christa Fuselier | |
| Number of Pages: | 12 | |

STATE OF TEXAS
COUNTY OF MATAGORDA

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Matagorda County, Texas.

Stephanie Wurtz
Matagorda County Clerk
Matagorda County, TX



## STATEMENT SECURING LIEN AGAINST
## OIL AND MINERAL PROPERTY BY
## DELIGANS VALVES, INC.

**NOTICE OF CONFIDENTIALTY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**STATE OF TEXAS** §
§
**COUNTY OF MATAGORDA** §

1. **DELIGANS VALVES, INC., a Louisiana corporation**, duly authorized to conduct business in the State of Texas, hereinafter called "Claimant", acting herein, by and through **Jeffrey Duplantix, President** of **Deligans Valves, Inc.**, Claimant's duly authorized agent, claims a lien, pursuant to Chapter 56 of the Texas Property Code, for providing services, material, machinery, and/or supplies for digging, drilling, torpedoing, operating, completing, maintaining or repairing oil and/or gas wells.

2. The amount claimed by Claimant is **THREE THOUSAND FIVE HUNDRED SEVENTY-NINE AND 57/100 DOLLARS ($3,579.57)**. The material, machinery, supplies, and services were furnished on or about **June 17, 2020**, for the herein described leasehold estate and land at the special instance and request of **Fieldwood Energy, LLC**, and on behalf of the owners of the leasehold estate and land against which this lien is claimed, which owners are identified in item 3 of this statement. The aforementioned services, material, machinery and/or supplies include, but are not necessarily limited to, those items specified in the **invoices, field service orders, sales and service tickets, and related document(s)**, true and correct copies of which are attached as Exhibit "B" to that letter attached hereto as **Attachment "A"**.

The attached documents of Claimant represent systematic records kept by Claimant in the normal course of its business. This claim is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.

3. The names of the owners of the leasehold estate and land against which the lien is claimed are: (i) **Fieldwood Energy LLC: 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc. 206 E. 9th Street, Suite 1300, Austin, TX 78701-4411**; (ii) **Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042**; and, **c/o Capitol Corporate Services, Inc. 206 E. 9th Street, Suite 1300, Austin, TX 78701-4411 USA**; and (iii) possibly agents, joint venturers, partners and co-owners thereof who are unknown to Claimant.

4. The name of the Claimant is **DELIGANS VALVES, INC.,** which provided the services, material, machinery, and/or supplies for which this lien is claimed. The Claimant is a Louisiana corporation authorized to do business in the State of Texas with offices in Houma, Louisiana, and whose mailing address in **1013 East Street, Houma, Louisiana 70363**.

5. The leasehold estate and land for which the aforementioned material, machinery, supplies and/or services were provided, and against which the lien is hereby established, is described in the letter attached hereto as **Attachment "A"**, including Exhibit "A" to said letter.

6. Claimant has given to the owners of the leasehold estate and land against which the lien is hereby claimed, or their respective agents, representatives, or receivers, notice in writing of the lien claimed hereby. A copy of such notice is attached hereto as **Attachment "A"**.

7. The undersigned affiant swears that the above and foregoing statements and every part thereof are true and correct, that he personally knows that they are true and correct, and that he is authorized to make this statement on behalf of Claimant.

DELIGANS VALVES, INC., a Louisiana corporation.

By: _____
Name: Jeffery Duplantis,
Its: President

SUBSCRIBED AND SWORN TO BEFORE ME by Jeffery Duplantis on this the 12th day of October, 2020.



Notary Public, State of ~~Louisiana~~ Texas

**Acknowledgment**

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

§
§
§
§

This instrument was acknowledged before me on this the 12th day of October, 2020 by JEFFERY DUPLANTIS, President of DELGANS VALVES, INC., a Louisiana corporation, Authorized Agent of DELGANS VALVES, INC., a Louisiana corporation, on behalf of said corporation.



Notary Public, State of ~~Louisiana~~ Texas

**AFTER RECORDING, RETURN TO:**
Armand E. Samuels
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras, Suite 2775
New Orleans, Louisiana 70130

Statement Securing Lien Against Oil and Mineral Property
178088\1 (B075-00)

Page 3 of 4

# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2275 | NEW ORLEANS, LA 70130
TEL: 504.568.1990 | FAX: 504.310.9195

Armand E. Samuels
asamuels@lawla.com

November 30, 2020

Certified Mail Return Receipt
**7015 0920 0001 7224 4529**
Fieldwood Energy, LLC
2000 West Same Houston Parkway South,
Suite 1200
Houston, TX 77042

Certified Mail Return Receipt
**7015 0920 0001 7224 0118**
Fieldwood Energy, LLC
Through its registered agent
Capital Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

Certified Mail Return Receipt
**7015 0920 0001 7224 4666**
Fieldwood Energy Offshore LLC,
2000 West Sam Houston Parkway South
Suite 1200
Houston, TX 77042

Certified Mail Return Receipt
**7015 0920 0001 7224 4673**
Fieldwood Energy Offshore, LLC,
through its registered agent,
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305,
Baton Rouge, LA 70809

Re: Oilfield services, materials, and/or equipment provided by Deligans Valves, Inc.

Ladies and Gentlemen:

This letter is to advise you that between approximately June 17, 2020, *Deligans Valves, Inc.*, (*"Deligans"*) provided certain material at the request of *Fieldwood Energy, LLC,* a Delaware Limited Liability Company authorized to do business in Texas (*"Fieldwood"*), in connection with certain mineral activities on tracts of land in *Matagorda County, Texas*, of which you appear to be the owner of all or a portion of the mineral leasehold estate (the "Leasehold Estate").[1]

The Leasehold Estate is generally described as the well (the "*Well*") commonly known as the *Brazos 105A*; (ii) that lease (the "*Lease*") (including the land (the "Land") over, under, and/or through which the Lease runs), commonly known as *BA 105A*, and, (iii) all properties operated with the *Well* as part of a joint operation, regardless of whether part of a formal unit. The material furnished by *Deligans* which materials were used in developing the Leasehold Estate, including drilling and/or maintaining the *Well*, are described in the attached **Exhibit "A"**.

---

[1] The addressees of this letter either appear to have been the working interest owners of record of the Leasehold Estate at the time the lien described herein had its inception; appear to currently be working interest owners of record of the Leasehold Estate; or, hold of record an equitable or future interest in the Leasehold Estate.

EXHIBIT A

This letter is forwarded to you pursuant to §§ 56.021 and 56.023 of the Texas Property Code, and is to formally give notice that *Deligans* claims a lien (the "Lien") on: the foregoing Leasehold Estate; the Land;[2] any oil or gas pipelines, rights-of-ways, leases, buildings and appurtenances, materials, machinery and all other facilities situated upon or under the foregoing Leasehold Estate or Land; all other properties operated as part of a joint operation with any of the foregoing; and, all other property as provided by Chapter 56 of the Texas Property Code.

The claim asserted by *Deligans* herein is as a mineral contractor and/or a mineral subcontractor, all in accordance with the provisions of Chapter 56 of the Texas Property Code and applicable case law. Without limiting the foregoing, *Deligans*, as a mineral subcontractor lien claimant, asserts a fund trapping claim. In this regard, *Deligans* has a claim against the non-operating working interest owners in the Leasehold Estate described herein to the extent of amounts owing, or hereafter coming to be owed, by the non-operating working interest owners to *Fieldwood* in connection with the development of the foregoing Leasehold Estate, up to the amount claimed herein.

The amount of the Lien claimed by *Deligans*, and the amount of the *Deligans* trapping claim, is *$3,579.57*, which is the sum due and owing to *Deligans* by *Fieldwood* in connection with the aforementioned material provided by *Deligans*, all as indicated by the foregoing summary. *Deligans* acknowledges that *Fieldwood* is a debtor in a bankruptcy proceeding. As such, this letter is not a demand for payment. Rather, by this letter *Deligans* gives notice of its intent to assert its right to perfect an oil and gas lien. *Deligans* claims a lien against the subject lease in the amount of is *$3,579.57* plus interest and attorney's fees and will file a claim for lien against the subject lease and your interest therein for the amount due. By virtue of this notice and applicable law *Deligans* asserts a lien against any sum which you as a property owner owe *Fieldwood* in connection with operations on the subject lease. In order for you as a property owner to minimize your potential liability in connection with the claim of *Deligans* you are authorized to withhold payment to *Fieldwood* in the amount claimed until the debt on which the lien is based is settled or determined to be not owed. Withholding payment pursuant to this notice is authorized by Tex. Prop. Code §56.043.

Very truly yours,

Armand Samuels,
*Attorney for Deligans Valves, Inc.*

AES
Enclosures

cc: Client, *via email*

---

[2] The Lien is asserted against the Land to the extent provided by Chapter 56 of the Texas Property Code.

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | ***Valves, Inc.*** | INVOICE NO: 88557 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 6/22/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)  
SUITE 1200  
2000 W. SAM HOUSTON PKWY SOUTH  
HOUSTON, TX 77042

ORDER NO: 18573  
LOCATION: BA:105 A  
DELIVERY TICK: 80100  
UNIT NUMBER: NA

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | 6" MUFFLER MSA-1 | 2069.43 | 2069.43 |
| 1 | 1 | 0 | HotShot- AMERICAN EAGLE - WAYBILL #01188661 | 1510.14 | 1510.14 |

|  |  |
|---|---|
| 1% Environmental Fee: | $0.00 |
| Non-Taxable Freight: | $1,510.14 |
| Non-Taxable Sub Total: | $2,069.43 |
| Taxable Sub Total: | $0.00 |
| State Tax: | $0.00 |
| Parish Tax: | $0.00 |
| Total Order: | $3,579.57 |

Remit To:  
Deligans Valves, Inc.  
1013 East Street  
Houma, La. 70363

Notes: Terms Net 30 Days

ENTERED  
JUN 24 2020

Your Business is Appreciated

RECEIVED BY: _____  DATE: _____

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Delivery Ticket* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | NO: 80100 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 6/18/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 18573
LOCATION: BA 105 A
UNIT NO: NA
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: ARANSAS PASS, TX
Transportation By: HOTSHOT

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | 6" MUFFLER MSA-1 | 2069.43 | 2069.43 |
| 1 | 1 | 0 | HotShot- AMERICAN EAGLE - WAYBILL #01188661 | 1510.14 | 1510.14 |
| | | | 1% Environmental Fee: | | $0.00 |
| | | | Non-Taxable Freight: | | $1,510.14 |
| | | | Non-Taxable Sub Total: | | $2,069.43 |
| | | | Taxable Sub Total: | | $0.00 |
| | | | State Tax: | | $0.00 |
| | | | Parish Tax: | | $0.00 |
| | | | **Total Order:** | | **$3,579.57** |

Notes:

RECEIVED BY:_____  DATE:_____

Case 20-33948   Document 859-12   Filed in TXSB on 02/05/21   Page 11 of 13

1013 EAST STREET
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

# Deligans Valves, Inc.
EST. 1976

**DROP TICKET**

NO: 061720KM
DATE: 6/17/20

TO:
FIELDWOOD ENERGY
ATTN: MATT MANN

P.O.# 18573
LOCATION: BA 165 A
UNIT:
DELIVERLY LOCATION: ARANSAS PASS, TX

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 1 | 1 | | 6" MSA-1 MUFFLER | | |

*DELIVER TO: FIELDWOOD ENERGY LLC
1 HARBOR ISLAND
ARANSAS PASS, TX 78336

Your Business is Appreciated
REMIT TO:
1013 EAST STREET
HOUMA, LA. 70363

RECEIVED BY: _[signature]_        DATE _____

# UNIFORM STRAIGHT BILL OF LADING

Remit to Address:
P.O. Box 3307
Lafayette, LA 70502

 **American Eagle LOGISTICS**



Term # **3**   Waybill No: **01188661**   USDOT 2179913   MC 756945   MC 756948

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Pro #: **1422085**

- Bill to: **Delirians Valves**   Account No. _____   Ship Date **6-17-2020**
- Shipper: **Deligans Valves**, Street _____
- City **Houma**   State **LA**   Zip/Postal Code _____   Plus Miles _____
- Ship To: **Fieldwood/Martin Midstream**, Street **1 Harbor Island Rd.**
- City **Port Aransas**   State **TX**   Zip/Postal Code _____   Plus Miles _____

Truck No **10535**   Trailer No. _____   Driver No. **3823**   Driver Name **Terry P. Hendry**
Beginning Odometer **93718**   Ending Odometer _____   Total Miles _____   Dispatched By **Nickey**

Requested Truck Type: ☑ Hotshot ☐ One Ton ☐ Minifloat ☐ Two Ton ☐ Single Axle ☐ Tandem ☐ SUV ☐ Van ☐ Other (specify) _____

Special: ☐ Haz Mat ☐ Explosives ☐ Drop Deck ☐ Double Drop ☐ Stretch Float ☐ Stops in Transit ____ ☐ Return Trip/Backhaul _____

Detention: ☐ Origin / Destination   Arrival Time _____   Departure Time _____   Hours _____   Signature Required Below

Hourly: ☐ Winch Hours _____ Pole Time Hours _____ Swamper Hours _____ Swamper No/Name _____

Well Charges **BA 105A**   AFE _____   PO # _____   Rig Name / # _____

Other _____   Ordered By: _____   With/: _____   Agent # _____   Rate Basis: _____

\* Mark "X" to designate Hazardous Material as defined in DOT Regulations.

| Packages No. Type | HM (*) | Kind of Package, Description of Articles, Special Marks and Exceptions (Subject to Corrections) | Weight (Subject to Correction) | Rate | Estimated Amount |
|---|---|---|---|---|---|
| 1 | | Muffler | | | 1510 ¹⁴ |
| S/O | | Archrock, ~~Houston~~ Broussard PAAS for Muffler | | | |

Safety First...
Whose Life are you saving?

The liability of the carrier for loss or damage to the above property is limited to the lesser of the declared value of such property or $2.50 per pound for each article of such property or $100,000.00
DECLARED VALUE: $ _____

The consignee acknowledges and agrees that the above property was received in apparent good order, except as noted on this bill of lading, and unless specified in a written contract between the carrier and the shipper, this shipment is subject to the rates, classification, rules and tariffs that have been established by carrier that are available to the shipper on request. See ADDITIONAL TERMS AND CONDITIONS on reverse side of this form.

***** SIGNATURE / PRINTED NAME REQUIRED *****

Shipper: **Kitty Moore** (Signature)   **Kitty Moore** (Printed Name)   Date _____

Received By _____ Signature _____ Printed Name _____ Date _____

Detention Approval _____ Signature _____ Printed Name _____ Date _____

| State | Route | Loaded Miles | Empty Miles | Miles by State | Gal | State | Route | Loaded Miles | Empty Miles | Miles by State | Gal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SHIPPER



# Fieldwood Energy LLC
# PURCHASE ORDER

PO NUMBER
18573

DATE
06/16/20

SHIPPING TERMS
CPT

CONTRACT

CONTACT
Matthew Mann

matthew.mann@fwellc.com

**DELIGANS VALVES INC**
1013 EAST STREET
HOUMA, LA 70363
Attn: Spring Gros
springg@deligans.com

Ship To
Fieldwood Energy LLC
1 Harbor Island
Aransas Pass, TX 78336
Attn: Matthew Mann

Bill To
Fieldwood Energy LLC
2000 W Sam Houston Pkwy S
Suite 1200
Houston, Texas 77042
Attn:

| Line | Description | Need By Date | AFE # | Platform | Qty | Unit | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 6" MSA-1 MUFFLER | | _NA_ | BAA105A | 1 | Each | 2,069.43 | 2,069.43 |

2,069.43 USD