**Iberia Parish, LA**
**David Ditch Clerk of Court Iberia Parish**

P. O. Drawer 12010
New Iberia, LA  70562-2010
Phone Number : (337) 365-7282
Fax Number : (337) 365-0737
E-Mail : dditch@Iberiaclerk.com

**Official Receipt :** 2020-00016211

**Printed On :** 12/14/2020   at  1:27:19 PM                              **By :** 191    **on** IPCC-163

**Customer :**
Attn: ARMAND E SAMUELS
LUGENBUHL WHEATON PECK
601 POYDRAS ST, STE 2775
NEW ORLEANS, LA  70130

**Date Recorded :** December 14, 2020

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| **Book :** 1932    **Page :** 521 | 1:27:15 PM | $110.00 |
| **Transaction :**  LIEN & PRIVILEGE | | |
| **Name(s) :**  FIELDWOOD ENERGY LLC | | |
| To : DELIGANS VALVES INC | | |

| Accounts | Amount |
|---|---|
| Lien | $100.00 |
| Certified Copies | $0.00 |
| Iberia Parish Government | $5.00 |
| Lcraa Fee | $2.50 |
| Clerks Portal | $2.50 |
| Conformed Copies | $0.00 |

**Itemized Check Listing**

| Check Number : 100494 | $110.00 |
|---|---|
| **Total Due :** | $110.00 |
| **Paid by Check :** | $110.00 |
| **Change Tendered :** | $0.00 |

HAVE A NICE DAY!

# Iberia Parish Certified Copy

**David Ditch Clerk of Court**
**Iberia Parish**
P. O. Drawer 12010
New Iberia, LA 70562-2010
(337) 365-7282

**Received From :**
Attn: ARMAND E SAMUELS
LUGENBUHL WHEATON PECK
601 POYDRAS ST, STE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
DELIGANS VALVES INC

**Index Type :** MORTGAGES
**Type of Document :** LIEN & PRIVILEGE
**Recording Pages :** 5

**File Number :** 2020-00010049
**Book :** 1932    **Page :** 521

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberia Parish, Louisiana.

On (Recorded Date) : 12/14/2020
At (Recorded Time) : 1:27:15PM

Doc ID - 010550010005

IBERIA PARISH
DAVID DITCH CLERK OF COURT
Parish of Iberia
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 12/14/2020 at 1:27:15
Recorded in Book 1932 Page 521
File Number 2020-00010049

Deputy Clerk

**Return To :**
Attn: ARMAND E SAMUELS

Do not Detach this Recording Page from Original Document

FILED:          Iberia Parish,
                Bureau of Ocean Energy Management
LEASE NO.:      OCS-G-03776
AREA/BLOCK:     SM 106
OPERATOR:       Fieldwood Energy, LLC
LESSEE:         Fieldwood Energy, LLC
AMOUNT:         $1,978.05

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about June 30, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-03776, South Marsh Island, Block 106, off the coast of Iberia Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $1,978.05 is due and owing on Invoice No. 88585 (the "Invoice") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Iberia Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

> Deligans Valves, Inc.
>
> By: _____
> Name: Jeffrey Duplantis
> Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

| 1013 East Street | 1621 Lakeshore Dr |  **Deligans** | Original Invoice |
| --- | --- | --- | --- |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | INVOICE NO: 88585 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 7/6/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 20506
LOCATION: SMI 106 A NORTH
DELIVERY TICK 80119
UNIT NUMBER: NA

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- | --- |
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | ARIEL OIL COOLER FOR A JGK-4 | 1750.00 | 1750.00 |
| 1 | 1 | 0 | INCOMING FREIGHT CHARGE | 228.50 | 228.50 |
| | | | DELIVERED BY HOTSHOT ON DROP TICKET 63020BE3 - WAYBILL #01188668 | | |

| | |
| --- | --- |
| 1% Environmental Fee: | $0.00 |
| Non-Taxable Freight: | $228.50 |
| Non-Taxable Sub Total: | $1,750.00 |
| Taxable Sub Total: | $0.00 |
| State Tax: | $0.00 |
| Parish Tax: | $0.00 |
| Total Order: | $1,978.50 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 0 6 2020

RECEIVED BY: _Coupa_

Your Business is Appreciated

EXHIBIT A

DATE:_____