

Diane Meaux Broussard Clerk Of Court Vermilion Parish LA
100 N. State Street, Suite 101
Abbeville LA 70510
Phone: 337-898-1992  Fax: 337-898-9803

Customer:                                                                 Page                    1

LUGENBUHL WHEATON PECK RANKIN & HUB
27TH FL PANAMERICAN LIFE CNTR                    Tran: 138766 - 1100
601 POYDRAS STREET                                         Receipt # 202017233
NEW ORLEANS LA 70130-6027                          Receipt Date     12/14/2020

**Account No: 439**                                            **Account Balance:   0.00**

1  **MO LIEN**
   Inst# 2020008828 MO         MO LIEN #2020008828
                                                                                  $105.00
   GRANTOR: FIELDWOOD ENERGY LLC
   GRANTEE: DELIGANS VALVES INC

   **Receipt Total:**                                                     105.00

Paid By:
   CHECK  100497
                                                                              105.00
**Total Tendered**                                                    **105.00**

Please Save Receipt
For Your Records

----------------
Hours 8:30am-4:30pm

Printed: 12/14/2020  10:53 am

MO - 2020008828 4 PG/S
RCD: 12/14/2020 @ 10:50:59 AM
Vermilion Parish, LA
Diane Meaux Broussard, Clerk Of Court

FILED: Vermilion Parish,
Bureau of Ocean Energy Management
LEASE NO.: OCS-G-03776
AREA/BLOCK: SM 106
OPERATOR: Fieldwood Energy, LLC
LESSEE: Fieldwood Energy, LLC
AMOUNT: $1,978.05

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

**STATE OF TEXAS**

**COUNTY OF HARRIS**

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about June 30, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-03776, South Marsh Island, Block 106, off the coast of Vermilion Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $1,978.05 is due and owing on Invoice No. 88585 (the "Invoice") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Vermilion Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

- 2 -

Houston, Texas
Thus done and signed in ~~Houma, Louisiana~~ on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | INVOICE NO: 88585 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 7/6/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 20506
LOCATION: SMI 106 A NORTH
DELIVERY TICK 80119
UNIT NUMBER: NA

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | ARIEL OIL COOLER FOR A JGK-4 | 1750.00 | 1750.00 |
| 1 | 1 | 0 | INCOMING FREIGHT CHARGE | 228.50 | 228.50 |
| | | | DELIVERED BY HOTSHOT ON DROP TICKET 63020BE3 - WAYBILL #01188668 | | |

1% Environmental Fee: $0.00
Non-Taxable Freight: $228.50
Non-Taxable Sub Total: $1,750.00
Taxable Sub Total: $0.00
State Tax: $0.00
Parish Tax: $0.00

Total Order: $1,978.50

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes: Terms Net 30 Days

CLERK OF COURT
DIANE MEAUX BROUSSARD
I CERTIFY THAT THIS IS A TRUE COPY OF THE ATTACHED DOCUMENT THAT WAS FILED FOR REGISTRY AND RECORDED 12/14/2020 10:50:59 AM (4 PAGES)
FILE NUMBER MO - 2020008828 BK/PG 0/0

DEPUTY CLERK, VERMILION PARISH, LA
Monday, December 14, 2020

ENTERED
JUL 06 2020
RECEIVED BY: Coupa

Your Business is Appreciated

EXHIBIT A

DATE: