# Lafourche Parish Recording Page

**Annette M. Fontana**
**CLERK OF COURT**
PO BOX 818
303 W 3rd St
Thibodaux, LA 70302
(985) 447-4841

**First MORTGAGOR**

FIELDWOOD ENERGY LLC

**First MORTGAGEE**

DELIGANS VALVES INC

| | |
|---|---|
| Index Type : MORTGAGE | Inst Number : 1309117 |
| Type of Document : STATEMENT CLAIM | Book : 2103    Page : 395 |
| Recording Pages : 16 | |

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafourche Parish, Louisiana.

On (Recorded Date) : 01/12/2021
At (Recorded Time) : 12:20:36PM
Certified On : 01/12/2021

Doc ID - 033641880016

CLERK OF COURT
ANNETTE M. FONTANA
Parish of Lafourche
I certify that this is a true copy of the attached document that was filed for registry and Recorded 01/12/2021 at 12:20:36
Recorded in Book 2103 Page 395
File Number  1309117

*Domanique Dunbar*
Deputy Clerk

Do not Detach this Recording Page from Original Document

|  |  |
|---|---|
| FILED: | Lafourche Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-00129 |
| AREA/BLOCK: | GI 41 |
| OPERATOR: | BP Exploration & Production Inc.; GOM Shelf LLC |
| LESSEE: | Fieldwood Energy Offshore LLC; GOM Shelf LLC |
| AMOUNT: | $14,520.72 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately May 19, 2020 through July 21, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00129, Grand Isle, Block 41, off the coast of Lafourche Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $14,520.72 is due and owing on Invoice Nos. 88502, 88597, 88598, 88633, 88656 and 88454 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys'

- 1 -

fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6.    At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7.    As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), BP Exploration & Production Inc. ("BP"), BOEM Company Number 02481, and GOM Shelf LLC ("GOM"), BOEM Company Number 02451, were at all relevant times and remain the operators of the above-referenced Lease.

8.    This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, BP and GOM; (4) all hydrocarbons produced from the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood Energy Offshore LLC and GOM; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9.    That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Lafourche Parish, State of Louisiana and with the BOEM.

10.    That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the

- 2 -

following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) BP Exploration & Production Inc. 17220 Katy Freeway, Suite 100 Houston, TX 77094; (d) BP Exploration & Production Inc., through its registered agent C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (f) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (g) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (h) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_Fallon Hopper_
NOTARY PUBLIC

- 3 -

| | | | | |
|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans**<br>**Valves, Inc.**<br>*EST. 1976* | *Original Invoice*<br>INVOICE NO: 88597<br>DATE: 7/13/2020 | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251628
LOCATION: GI 41 B
DELIVERY TICK 80134
UNIT NUMBER: DR #2

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.125 DR Discharge 1DS Compressor Valve (1 - NEW SEAT AND 1 - NEW GUARD) -R&R- | 645.93 | 1291.85 |

|  |  |
|---|---|
| 1% Environmental Fee: | $12.93 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,291.85 |
| Louisiana: 4.45% | $57.48 |
| Terrrebonne Parish: 5.5% | $71.06 |
| Total Order: | $1,433.32 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:  Terms Net 30 Days

**ENTERED**
JUL 1 3 2020

Your Business is Appreciated

RECEIVED BY: Coupa         DATE:



| | | |
|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | *Deligans<br>Valves, Inc.*<br>*EST. 1976* |

*Delivery Ticket*

NO: 80134

DATE: 7/7/2020

22195

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251628
LOCATION: GI 41 B
UNIT NO: DR #2
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.125 DR Discharge 1DS Compressor Valve (1 - NEW SEAT AND 1 - NEW GUARD) -R&R- | 645.93 | 1291.85 |

| | |
|---|---|
| 1% Environmental Fee: | $12.93 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total : | $0.00 |
| Taxable Sub Total: | $1,291.85 |
| Louisiana:  4.45% | $57.48 |
| Terrrebonne Parish:  5.5% | $71.06 |
| Total Order: | $1,433.32 |

Notes:

2-Boxes

RECEIVED BY: Matt Bell

DATE: 7-8-20

| 1013 East Street | 1621 Lakeshore Dr | | *Deligans* | *Original Invoice* |
|---|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | | INVOICE NO: 88598 |
| (985) 872-4939 | (318) 670-7544 | | *Valves, Inc.* | DATE:       7/13/2020 |
| FAX (985) 879-2359 | | | *EST. 1976* | |

TO:  FIELDWOOD ENERGY LLC (0785)
    SUITE 1200
    2000 W. SAM HOUSTON PKWY SOUTH
    HOUSTON, TX 77042

ORDER NO:       241704
LOCATION:       GI 41 B
DELIVERY TICK   80135
UNIT NUMBER:    DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve (1-W/ NEW SEAT) -R&R- | 460.93 | 921.86 |

|  |  |
|---|---|
| 1% Environmental Fee: | $9.21 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $921.86 |
| Louisiana: 4.45% | $41.03 |
| Terrrebonne Parish: 5.5% | $50.70 |
| Total Order: | $1,022.80 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 1 3 2020

Your Business is Appreciated

RECEIVED BY: Couper                    DATE:

**Deligans Valves, Inc.**
*EST. 1976*

**Delivery Ticket**

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

NO: 80135
DATE: 7/7/2020

22196

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 24704
LOCATION: GI 41 B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve (1-W/ NEW SEAT) -R&R- | 460.93 | 921.86 |
| | | | 1% Environmental Fee: | | $9.21 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $921.86 |
| | | | Louisiana: 4.45% | | $41.03 |
| | | | Terrrebonne Parish: 5.5% | | $50.70 |
| | | | Total Order: | | $1,022.80 |

Notes:

2- Boxes

RECEIVED BY: [signature]

DATE: 7-8-20

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans<br>Valves, Inc.**<br>EST. 1976 | | **Original Invoice**<br>INVOICE NO: 88633<br>DATE:   7/27/2020 | |

TO:  FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX  77042

ORDER NO:       251763
LOCATION:       Gl 41 B
DELIVERY TICK   80162
UNIT NUMBER:    DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 205.38 | 410.76 |

|   |   |
|---|---|
| 1% Environmental Fee: | $4.11 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $410.76 |
| Louisiana: 4.45% | $18.28 |
| Terrrebonne Parish: 5.5% | $22.59 |
| Total Order: | $455.74 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

**ENTERED**
JUL 2 8 2020

Your Business is Appreciated

RECEIVED BY: Coupa                     DATE:

## Deligans Valves, Inc.
*EST. 1976*

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

**Delivery Ticket**

NO: 80162
DATE: 7/17/2020

*0-20-101*

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 2501769
LOCATION: GI41B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 205.38 | 410.76 |
| | | | 1% Environmental Fee: | | $4.11 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $410.76 |
| | | | Louisiana: 4.45% | | $18.28 |
| | | | Terrrebonne Parish: 5.5% | | $22.59 |
| | | | Total Order: | | $455.74 |

Notes:

2-Boxes

RECEIVED BY: _____  DATE: 7-22-20

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | *Deligans*<br>*Valves, Inc.*<br>*EST. 1976* | | *Original Invoice*<br>INVOICE NO: 88656<br>DATE: 7/31/2020 | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251764
LOCATION: Gl 41 B
DELIVERY TICK: 80173
UNIT NUMBER: NA

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 300230 EXLINE RELOAD @ 310 -R&R- | 91.63 | 366.52 |
| 7 | 7 | 0 | 300228 EXLINE RELOAD @ 310 -R&R- | 91.63 | 641.41 |

| | |
|---|---|
| 1% Environmental Fee: | $10.08 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,007.93 |
| Louisiana: 4.45% | $44.85 |
| Terrrebonne Parish: 5.5% | $55.44 |
| Total Order: | $1,118.30 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 31 2020

RECEIVED BY: _____

Your Business is Appreciated

DATE:_____

| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans**<br>**Valves, Inc.**<br>*EST. 1976* | *Delivery Ticket*<br>NO: 80173<br>DATE: 7/21/2020<br>05745 |
|---|---|---|---|

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251764
LOCATION: GI 41 B
UNIT NO: NA
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 300230 EXLINE RELOAD @ 310 -R&R- | 91.63 | 366.52 |
| 7 | 7 | 0 | 300228 EXLINE RELOAD @ 310 -R&R- | 91.63 | 641.41 |

| | |
|---|---|
| 1% Environmental Fee: | $10.08 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,007.93 |
| Louisiana: 4.45% | $44.85 |
| Terrrebonne Parish: 5.5% | $55.44 |
| Total Order: | $1,118.30 |

Notes:

1-Bot

RECEIVED BY: _____  DATE: 7-22-20

| 1013 East Street | 1621 Lakeshore Dr | *Deligans* | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | *Valves, Inc.* | INVOICE NO: 88454 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 5/5/2020 |
| FAX (985) 879-2359 | | | |

#12518

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 249804
LOCATION: GI 41 B
DELIVERY TICK 79992
UNIT NUMBER: DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR SER# 163 1 11.5" P X 2.125" R PMI, COATED ROD -R&R- | 7773.30 | 7773.30 |
| | | | COMPLETES BACKORDER FROM DELIVERY TICKET 79925 | | |

|  |  |
|---|---|
| 1% Environmental Fee: | $77.73 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $7,773.30 |
| Louisiana: 4.45% | $345.91 |
| Terrrebonne Parish: 5.5% | $427.54 |
| Total Order: | $8,624.48 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes: Terms Net 30 Days

**ENTERED**
MAY 05 2020

Your Business is Appreciated

RECEIVED BY: _____    DATE: _____

| | | | | |
|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr.<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans**<br>***Valves, Inc.***<br>*EST. 1976* | | *Delivery Ticket*<br>NO: 79992<br>DATE: 4/28/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 249804
LOCATION: GI 41 B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR SER# 163 1 11.5" P X 2.125" R PMI, COATED ROD -R&R- | 7773.30 | 7773.30 |
| | | | COMPLETES BACKORDER FROM DELIVERY TICKET 79925 | | |

1% Environmental Fee: $77.73
Non-Taxable Freight: $0.00
Non-Taxable Sub Total: $0.00
Taxable Sub Total: $7,773.30
Louisiana: 4.45% $345.91
Terrrebonne Parish: 5.5% $427.54

Total Order: $8,624.48

Notes:

1-Box

RECEIVED BY: _Matt Bell_   DATE: 4/29/20

| | | | | |
|---|---|---|---|---|
| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | **Original Invoice** | |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | INVOICE NO: 88502 | |
| (985) 872-4939 | (318) 670-7544 | **Valves, Inc.** | DATE: | 5/25/2020 |
| FAX (985) 879-2359 | | *EST. 1976* | | |

TO: FIELDWOOD ENERGY LLC (0785)
   SUITE 1200
   2000 W. SAM HOUSTON PKWY SOUTH
   HOUSTON, TX 77042

ORDER NO: 250681
LOCATION: GI 41 B
DELIVERY TICK 80038
UNIT NUMBER: DR #2

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 648.21 | 1296.41 |
| 2 | 2 | 0 | 4.625 DR Suction 3SS Compressor Valve -R&R- | 192.75 | 385.49 |

|  |  |
|---|---|
| 1% Environmental Fee: | $16.82 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,681.90 |
| Louisiana: 4.45% | $74.85 |
| Terrrebonne Parish: 5.5% | $92.51 |
| Total Order: | $1,866.08 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED

MAY 25 2020

Your Business is Appreciated

RECEIVED BY: _Coupa_           DATE:_____

1013 East Street    1621 Lakeshore Dr    **Deligans**    *Delivery Ticket*
HOUMA, LA. 70363    Shreveport, La. 71103
(985) 872-4939    (318) 670-7544    ***Valves, Inc.***    NO: 80038
FAX (985) 879-2359                     *EST. 1976*    DATE: 5/19/2020

#15618

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 250681
LOCATION: GI 41 B
UNIT NO: DR #2
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 648.21 | 1296.41 |
| 2 | 2 | 0 | 4.625 DR Suction 3SS Compressor Valve -R&R- | 192.75 | 385.49 |
| | | | 1% Environmental Fee: | | $16.82 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $1,681.90 |
| | | | Louisiana: 4.45% | | $74.85 |
| | | | Terrrebonne Parish: 5.5% | | $92.51 |
| | | | **Total Order:** | | **$1,866.08** |

Notes:

4-Boxes

RECEIVED BY: Trace Pite      DATE: 5-20-20