# Jon A. Gegenheimer
# JEFFERSON PARISH CLERK OF COURT



# Mortgage & Conveyance Office

P.O. Box 10
Gretna LA 70054-0010
Ph.: (504) 364-2943 or (504) 364-2944  FAX: (504) 364-2942
www.jpclerkofcourt.us

## NOTICE OF RECORDATION

| | |
|---|---|
| INSTRUMENT NO 12102157 | ADDITIONAL INFORMATION |
| TYPE OF ACT LIEN BUILDING MATERIAL | |
| DATE   01/12/2021 | |
| PARTIES | |
| FIELDWOOD ENERGY LLC       TO | |
| PROPERTY | |
| SEE | |
| MORTGAGE       BOOK  4913       FOLIO  850 | |

I HEREBY CERTIFY THAT THIS ACT HAS BEEN FILED WITH THIS OFFICE AND RECORDED AS SET FORTH ABOVE.

CLERK OF COURT

INQUIRIES? CALL:
General Information - (504) 364-2943 or 2944

12102157

Gaining access to the records of the Jefferson Parish Clerk of Court's Office has never been easier or more convenient. Read about JeffNet at www.jpclerkofcourt.us. Log on…sign up…gain access—today!

LUGENBUHL
601 POYDRAS ST STE 2775
NEW ORLEANS LA 70130

01/12/2021 03:47:48 PM JEFF PAR 6583871 aam $205.00
INST. 12102157 MORTGAGE BOOK 4913 PAGE 850

| | |
|---|---|
| FILED: | Jefferson Parish, Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-00129 |
| AREA/BLOCK: | GI 41 |
| OPERATOR: | BP Exploration & Production Inc.; GOM Shelf LLC |
| LESSEE: | Fieldwood Energy Offshore LLC; GOM Shelf LLC |
| AMOUNT: | $14,520.72 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately May 19, 2020 through July 21, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00129, Grand Isle, Block 41, off the coast of Jefferson Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $14,520.72 is due and owing on Invoice Nos. 88502, 88597, 88598, 88633, 88656 and 88454 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys'

fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), BP Exploration & Production Inc. ("BP"), BOEM Company Number 02481, and GOM Shelf LLC ("GOM"), BOEM Company Number 02451, were at all relevant times and remain the operators of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, BP and GOM; (4) all hydrocarbons produced from the operating interest of the operators of the Lease, BP and GOM, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood Energy Offshore LLC and GOM; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Jefferson Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the

following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) BP Exploration & Production Inc. 17220 Katy Freeway, Suite 100 Houston, TX 77094; (d) BP Exploration & Production Inc., through its registered agent C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816; (e) GOM Shelf, LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (f) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (g) Fieldwood Energy Offshore LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; and (h) Fieldwood Energy Offshore, LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

| | | | | Original Invoice |
|---|---|---|---|---|
| 1013 East Street | 1621 Lakeshore Dr | | *Deligans* | INVOICE NO: 88597 |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | *Valves, Inc.* | DATE: 7/13/2020 |
| (985) 872-4939 | (318) 670-7544 | | *EST. 1976* | |
| FAX (985) 879-2359 | | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251628
LOCATION: GI 41 B
DELIVERY TICK 80134
UNIT NUMBER: DR #2

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.125 DR Discharge 1DS Compressor Valve (1 - NEW SEAT AND 1 - NEW GUARD) -R&R- | 645.93 | 1291.85 |

|  |  |
|---|---|
| 1% Environmental Fee: | $12.93 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,291.85 |
| Louisiana: 4.45% | $57.48 |
| Terrebonne Parish: 5.5% | $71.06 |
| Total Order: | $1,433.32 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:  Terms Net 30 Days

**ENTERED**
JUL 1 3 2020

Your Business is Appreciated

RECEIVED BY: _Coupa_       DATE: _____


EXHIBIT A

| 1013 East Street | 1621 Lakeshore Dr | *Deligans* | *Delivery Ticket* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | NO: 80134 |
| (985) 872-4939 | (318) 670-7544 | *Valves, Inc.* | DATE: 7/7/2020 |
| FAX (985) 879-2359 | | EST. 1976 | 22195 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251628
LOCATION: GI 41 B
UNIT NO: DR #2
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.125 DR Discharge 1DS Compressor Valve (1 - NEW SEAT AND 1 - NEW GUARD) -R&R- | 645.93 | 1291.85 |
| | | | 1% Environmental Fee: | | $12.93 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $1,291.85 |
| | | | Louisiana: 4.45% | | $57.48 |
| | | | Terrebonne Parish: 5.5% | | $71.06 |
| | | | Total Order: | | $1,433.32 |

Notes:

2-Boxes

RECEIVED BY: _____  DATE: 7-8-20

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | INVOICE NO: 88598 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 7/13/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 241704
LOCATION: GI 41 B
DELIVERY TICK 80135
UNIT NUMBER: DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve (1-W/ NEW SEAT) -R&R- | 460.93 | 921.86 |

| | |
|---|---|
| 1% Environmental Fee: | $9.21 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $921.86 |
| Louisiana: 4.45% | $41.03 |
| Terrrebonne Parish: 5.5% | $50.70 |
| Total Order: | $1,022.80 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes: Terms Net 30 Days

ENTERED
JUL 1 3 2020

Your Business is Appreciated

RECEIVED BY: Couper                    DATE:

# Deligans Valves, Inc.
*EST. 1976*

**Delivery Ticket**

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

NO: 80135
DATE: 7/7/2020

2-21-96

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 240704
LOCATION: GI 41 B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve (1-W/ NEW SEAT) -R&R- | 460.93 | 921.86 |
| | | | 1% Environmental Fee: | | $9.21 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $921.86 |
| | | | Louisiana: 4.45% | | $41.03 |
| | | | Terrrebonne Parish: 5.5% | | $50.70 |
| | | | Total Order: | | $1,022.80 |

Notes:

2-BOXES

RECEIVED BY: [signature]

DATE: 7-8-20

| 1013 East Street | 1621 Lakeshore Dr | **_Deligans_** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **_Valves, Inc._** | INVOICE NO: 88633 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 7/27/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251763
LOCATION: GI 41 B
DELIVERY TICK: 80162
UNIT NUMBER: DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 205.38 | 410.76 |

|  |  |
|---|---|
| 1% Environmental Fee: | $4.11 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $410.76 |
| Louisiana: 4.45% | $18.28 |
| Terrrebonne Parish: 5.5% | $22.59 |
| Total Order: | $455.74 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 28 2020

Your Business is Appreciated

RECEIVED BY: Coupa                    DATE:

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | *Deligans*<br>*Valves, Inc.*<br>*EST. 1976* | | | *Delivery Ticket*<br>NO: 80162<br>DATE: 7/17/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 250768 / 0-20101
LOCATION: GI 41 B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 205.38 | 410.76 |
| | | | 1% Environmental Fee: | | $4.11 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $410.76 |
| | | | Louisiana: 4.45% | | $18.28 |
| | | | Terrrebonne Parish: 5.5% | | $22.59 |
| | | | Total Order: | | $455.74 |

Notes:

2-Boxes

RECEIVED BY: [signature]   DATE: 7-22-20

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans**<br>**Valves, Inc.**<br>*EST. 1976* | | *Original Invoice*<br>INVOICE NO: 88656<br>DATE:       7/31/2020 | |

TO:  FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX   77042

ORDER NO:          251764
LOCATION:          GI 41 B
DELIVERY TICK      80173
UNIT NUMBER:       NA

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 300230 EXLINE RELOAD @ 310 -R&R- | 91.63 | 366.52 |
| 7 | 7 | 0 | 300228 EXLINE RELOAD @ 310 -R&R- | 91.63 | 641.41 |

|  |  |
|---|---|
| 1% Environmental Fee: | $10.08 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,007.93 |
| Louisiana:  4.45% | $44.85 |
| Terrrebonne Parish:  5.5% | $55.44 |
| Total Order: | $1,118.30 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

ENTERED
JUL 3 1 2020

RECEIVED BY: _____

Your Business is Appreciated

DATE:_____

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans<br>Valves, Inc.**<br>*EST. 1976* | | | *Delivery Ticket*<br>NO: 80173<br>DATE: 7/21/2020<br>05745 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251764
LOCATION: GI 41 B
UNIT NO: NA
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 300230 EXLINE RELOAD @ 310 -R&R- | 91.63 | 366.52 |
| 7 | 7 | 0 | 300228 EXLINE RELOAD @ 310 -R&R- | 91.63 | 641.41 |

1% Environmental Fee: $10.08
Non-Taxable Freight: $0.00
Non-Taxable Sub Total: $0.00
Taxable Sub Total: $1,007.93
Louisiana: 4.45% $44.85
Terrrebonne Parish: 5.5% $55.44

Total Order: $1,118.30

Notes:

1-Bot

RECEIVED BY: _____ DATE: 7-22-20

| | | | | |
|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | ***Deligans***<br>***Valves, Inc.***<br>*EST. 1976* | | *Original Invoice*<br>INVOICE NO: 88454<br>DATE:   5/5/2020 |

#12510

TO:  FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO:          249804
LOCATION:          GI 41 B
DELIVERY TICK    79992
UNIT NUMBER:    DR #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR SER# 163 1 11.5" P X 2.125" R PMI, COATED ROD -R&R- | 7773.30 | 7773.30 |
| | | | COMPLETES BACKORDER FROM DELIVERY TICKET 79925 | | |

|  |  |
|---|---|
| 1% Environmental Fee: | $77.73 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $7,773.30 |
| Louisiana: 4.45% | $345.91 |
| Terrrebonne Parish: 5.5% | $427.54 |
| Total Order: | $8,624.48 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
MAY 0 5 2020

Your Business is Appreciated

RECEIVED BY: _____                                 DATE: _____

| | | | | |
|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr.<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans**<br>***Valves, Inc.***<br>*EST. 1976* | | ***Delivery Ticket***<br>NO: 79992<br>DATE: 4/28/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX   77042

ORDER NO: 249804
LOCATION: GI 41 B
UNIT NO: DR #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | DR SER# 163 1 11.5" P X 2.125" R PMI, COATED ROD -R&R- | 7773.30 | 7773.30 |
| | | | COMPLETES BACKORDER FROM DELIVERY TICKET 79925 | | |

1% Environmental Fee: $77.73
Non-Taxable Freight: $0.00
Non-Taxable Sub Total: $0.00
Taxable Sub Total: $7,773.30
Louisiana: 4.45%  $345.91
Terrrebonne Parish: 5.5%  $427.54

Total Order: $8,624.48

Notes:

1-Box

RECEIVED BY: /s/ Matt Bell     DATE: 4/29/20

| | 1013 East Street | 1621 Lakeshore Dr | | | |
|---|---|---|---|---|---|
| | HOUMA, LA. 70363 | Shreveport, La. 71103 | **Deligans** | **Original Invoice** | |
| | (985) 872-4939 | (318) 670-7544 | **Valves, Inc.** | INVOICE NO: 88502 | |
| | FAX (985) 879-2359 | | *EST. 1976* | DATE: | 5/25/2020 |

TO: FIELDWOOD ENERGY LLC (0785)  
SUITE 1200  
2000 W. SAM HOUSTON PKWY SOUTH  
HOUSTON, TX 77042

ORDER NO: 250681  
LOCATION: GI 41 B  
DELIVERY TICK: 80038  
UNIT NUMBER: DR #2

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 648.21 | 1296.41 |
| 2 | 2 | 0 | 4.625 DR Suction 3SS Compressor Valve -R&R- | 192.75 | 385.49 |

|  |  |
|---|---|
| 1% Environmental Fee: | $16.82 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,681.90 |
| Louisiana: 4.45% | $74.85 |
| Terrrebonne Parish: 5.5% | $92.51 |
| Total Order: | $1,866.08 |

Remit To:  
Deligans Valves, Inc.  
1013 East Street  
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED  
MAY 2 5 2020

Your Business is Appreciated

RECEIVED BY: Coupa                DATE:

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | | *Deligans*<br>*Valves, Inc.*<br>EST. 1976 | | *Delivery Ticket*<br>NO: 80038<br>DATE: 5/19/2020 |

# 15618

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 250681
LOCATION: GI 41 B
UNIT NO: DR #2
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 4.625 DR Discharge 3DS Compressor Valve -R&R- | 648.21 | 1296.41 |
| 2 | 2 | 0 | 4.625 DR Suction 3SS Compressor Valve -R&R- | 192.75 | 385.49 |
| | | | 1% Environmental Fee: | | $16.82 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $1,681.90 |
| | | | Louisiana: 4.45% | | $74.85 |
| | | | Terrrebonne Parish: 5.5% | | $92.51 |
| | | | Total Order: | | $1,866.08 |

Notes:

4-Boxes

RECEIVED BY: Trace Pike

DATE: 5-20-20