# Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA 70037
(504) 934-6610

**Received From :**
Attn: ARMAND SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
DELIGANS VALVES INC

**Index Type :** MORTGAGE          **File # :** 2021-00000162
**Type of Document :** MATERIALMANS LIEN
                                  **Book :** 786     **Page :** 489
**Recording Pages :** 12

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 01/12/2021

At (Recorded Time) : 4:24:25PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 01/12/2021 at 4:24:25
Recorded in Book 786 Page 489
File Number 2021-00000162

Deputy Clerk



Doc ID - 005374070012

**Return To :** Attn: ARMAND SAMUELS

|         |                                   |
|---------|-----------------------------------|
| FILED:  | Plaquemines Parish,               |
|         | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-02213                    |
| AREA/BLOCK: | MP 311                        |
| OPERATOR: | GOM Shelf, LLC                  |
| LESSEE: | GOM Shelf, LLC; EPL Oil & Gas, LLC |
| AMOUNT: | $7,695.81                         |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME,** the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately June 30, 2020 through July 17, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-02213, Main Pass, Block 311, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $7,695.81 is due and owing on Invoice Nos. 88584, 88634, 88595 and 88596 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as Exhibit A.

- 1 -

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), GOM Shelf, LLC ("GOM"), BOEM Company Number 02451, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, GOM, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, GOM; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, GOM, and the operating interest of any participating lessee(s) therein without limitation, GOM and EPL Oil & Gas, LLC; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered to Fieldwood, the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809; (c) GOM Shelf,

LLC, 2000 West Sam Houston Parkway South Suite 1200, Houston, TX 77042; (d) GOM Shelf LLC, through its registered agent, Capitol Corporate Services, Inc., 8550 United Plaza Building II, Suite 305, Baton Rouge, LA 70809; (e) EPL Oil & Gas, LLC, 1021 Main Street Suite 2626, Houston, TX 77002; and (f) EPL Oil & Gas, LLC, through its registered agent, C T Corporation Systems, 3867 Plaza Tower Drive, Baton Rouge, LA 70816

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **_Deligans_**<br>**_Valves, Inc._**<br>_EST. 1976_ | | *Original Invoice*<br>INVOICE NO: 88634<br>DATE:    7/27/2020 | |

TO:  FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX  77042

ORDER NO:       251777
LOCATION:       MP 311 A
DELIVERY TICK   80163
UNIT NUMBER:    JOY

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 5.25 JOY Discharge 1DS Compressor Valve (1-W/NEW SEAT & 2-GUARDS) -R&R- | 373.37 | 1493.48 |
| 4 | 4 | 0 | 5.25 JOY Suction 1SS Compressor Valve (2-W/NEW SEATS & 2 GUARDS) -R&R- | 433.50 | 1733.98 |

|  |  |
|---|---|
| 1% Environmental Fee: | $32.25 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $3,227.46 |
| Louisiana: 4.45% | $143.63 |
| Terrebonne Parish: 5.5% | $177.53 |
| Total Order: | $3,580.87 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

**ENTERED**
JUL 2 8 2020

Your Business is Appreciated

RECEIVED BY: _Coupa_                    DATE:_____



| 1013 East Street | 1621 Lakeshore Dr | **_Deligans_** | *Delivery Ticket* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | NO:  80163 |
| (985) 872-4939 | (318) 670-7544 | **_Valves, Inc._** | DATE: 7/17/2020 |
| FAX (985) 879-2359 | | *EST. 1976* | |

TO: FIELDWOOD ENERGY LLC (0785)  
SUITE 1200  
2000 W. SAM HOUSTON PKWY SOUTH  
HOUSTON, TX  77042  

ORDER NO: 251777  
LOCATION: MP 311 A  
UNIT NO: JOY  
Partial / Complete: COMPLETE  
Part Waiting On: NA  
Job Should Be Complete By: NA  
Deliver To: GRAND ISLE  
Transportation By: DELIGANS  

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 4 | 4 | 0 | 5.25 JOY Discharge 1DS Compressor Valve (1-W/NEW SEAT & 2-GUARDS) -R&R- | 373.37 | 1493.48 |
| 4 | 4 | 0 | 5.25 JOY Suction 1SS Compressor Valve (2-W/NEW SEATS & 2 GUARDS) -R&R- | 433.50 | 1733.98 |

| | |
|---|---|
| 1% Environmental Fee: | $32.25 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $3,227.46 |
| Louisiana: 4.45% | $143.63 |
| Terrrebonne Parish: 5.5% | $177.53 |
| Total Order: | $3,580.87 |

Notes:

8-Boxes

RECEIVED BY: _____ 7-22-20      DATE: 7-22-20

| 1013 East Street | 1621 Lakeshore Dr | ***Deligans*** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | | INVOICE NO: 88584 |
| (985) 872-4939 | (318) 670-7544 | ***Valves, Inc.*** | DATE:     7/6/2020 |
| FAX (985) 879-2359 | | *EST. 1976* | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO:        251634
LOCATION:        MP 311 A
DELIVERY TICK    80116
UNIT NUMBER:     JOY

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 5.25 JOY Discharge 1DS Compressor Valve -R&R- | 221.69 | 443.38 |
| 2 | 2 | 0 | 4.375 JOY Discharge 2DS Compressor Valve (2 - NEW GUARDS) - R&R- | 438.62 | 877.24 |
| 2 | 2 | 0 | 4.375 JOY Suction 2SS Compressor Valve (1 - NEW GUARD) -R&R- | 333.02 | 666.04 |
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | 5.25 JOY Suction 1SS Compressor Valve (NEW ASSY) | 557.05 | 557.05 |

| | |
|---|---|
| 1% Environmental Fee: | $19.88 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $557.05 |
| Taxable Sub Total: | $1,986.66 |
| Louisiana: 4.45% | $88.41 |
| Terrrebonne Parish: 5.5% | $109.27 |
| Total Order: | $2,761.27 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

**ENTERED**

JUL 0 6 2020

RECEIVED BY: Coupa

Your Business is Appreciated

DATE:

| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | **Deligans<br>Valves, Inc.**<br>*EST. 1976* | *Delivery Ticket*<br>NO: 80116<br>DATE: 6/30/2020 |

20776

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251634
LOCATION: MP 311 A
UNIT NO: JOY
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 5.25 JOY Discharge 1DS Compressor Valve -R&R- | 221.69 | 443.38 |
| 2 | 2 | 0 | 4.375 JOY Discharge 2DS Compressor Valve (2 - NEW GUARDS) - R&R- | 438.62 | 877.24 |
| 2 | 2 | 0 | 4.375 JOY Suction 2SS Compressor Valve (1 - NEW GUARD) -R&R- | 333.02 | 666.04 |
| | | | PARTS FOR OFFSHORE | | |
| 1 | 1 | 0 | 5.25 JOY Suction 1SS Compressor Valve (NEW ASSY) | 557.05 | 557.05 |

|  |  |
|---|---|
| 1% Environmental Fee: | $19.88 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $557.05 |
| Taxable Sub Total: | $1,986.66 |
| Louisiana: 4.45% | $88.41 |
| Terrrebonne Parish: 5.5% | $109.27 |
| Total Order: | $2,761.27 |

Notes:

7-Boxes

RECEIVED BY: Matt Bell

09:45 AM
DATE: 7/1/20

1013 East Street  1621 Lakeshore Dr
HOUMA, LA. 70363  Shreveport, La. 71103
(985) 872-4939  (318) 670-7544
FAX (985) 879-2359

# Deligans Valves, Inc.
*EST. 1976*

*Original Invoice*

INVOICE NO: 88595

DATE:   7/13/2020

TO:  FIELDWOOD ENERGY LLC (0785)
     SUITE 1200
     2000 W. SAM HOUSTON PKWY SOUTH
     HOUSTON, TX  77042

ORDER NO:       251698
LOCATION:       MP 311 B
DELIVERY TICK   80132
UNIT NUMBER:    JOY

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.5 JOY Discharge 1DMT Compressor Valve (1-W/ NEW SEAT) -R&R- | 358.42 | 716.84 |
| | | | 1% Environmental Fee: | | $7.17 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $716.84 |
| | | | Louisiana: 4.45% | | $31.89 |
| | | | Terrrebonne Parish: 5.5% | | $39.43 |
| | | | Total Order: | | $795.33 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 1 3 2020

RECEIVED BY: Couper

Your Business is Appreciated

DATE:

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | | *Deligans*<br>*Valves, Inc.*<br>*EST. 1976* | | *Delivery Ticket*<br>NO: 80132<br>DATE: 7/7/2020<br>22300 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251698
LOCATION: MP 311 B
UNIT NO: JOY
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 2 | 2 | 0 | 6.5 JOY Discharge 1DMT Compressor Valve (1-W/ NEW SEAT) -R&R- | 358.42 | 716.84 |
| | | | 1% Environmental Fee: | | $7.17 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $716.84 |
| | | | Louisiana: 4.45% | | $31.89 |
| | | | Terrrebonne Parish: 5.5% | | $39.43 |
| | | | Total Order: | | $795.33 |

Notes:

2-Boxes

RECEIVED BY: [signature]   DATE: 7-8-20

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* |
|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Valves, Inc.** | INVOICE NO: 88596 |
| (985) 872-4939 | (318) 670-7544 | *EST. 1976* | DATE: 7/13/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251672
LOCATION: MP 311 B
DELIVERY TICK 80133
UNIT NUMBER: JOY

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | 6.5 JOY Suction 1SMT Compressor Valve -R&R- | 199.69 | 199.69 |
| 1 | 1 | 0 | 6.5 JOY Suction 1SS Compressor Valve -R&R- | 303.55 | 303.55 |

|  |  |
|---|---|
| 1% Environmental Fee: | $5.02 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $503.24 |
| Louisiana: 4.45% | $22.40 |
| Terrrebonne Parish: 5.5% | $27.68 |
| **Total Order:** | **$558.34** |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

ENTERED
JUL 13 2020

Your Business is Appreciated

RECEIVED BY: Couper

DATE: _____

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street | 1621 Lakeshore Dr | | | | Delivery Ticket |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | **Deligans** | | NO: 80133 | |
| (985) 872-4939 | (318) 670-7544 | **Valves, Inc.** | | DATE: 7/7/2020 | |
| FAX (985) 879-2359 | | EST. 1976 | | | |

TO: FIELDWOOD ENERGY LLC (0785)  
SUITE 1200  
2000 W. SAM HOUSTON PKWY SOUTH  
HOUSTON, TX 77042

ORDER NO: 251692  
LOCATION: MP 311 B  
UNIT NO: JOY  
Partial / Complete: COMPLETE  
Part Waiting On: NA  
Job Should Be Complete By: NA  
Deliver To: GRAND ISLE  
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573030 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | 6.5 JOY Suction 1SMT Compressor Valve -R&R- | 199.69 | 199.69 |
| 1 | 1 | 0 | 6.5 JOY Suction 1SS Compressor Valve -R&R- | 303.55 | 303.55 |
| | | | 1% Environmental Fee: | | $5.02 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $503.24 |
| | | | Louisiana: 4.45% | | $22.40 |
| | | | Terrrebonne Parish: 5.5% | | $27.68 |
| | | | Total Order: | | $558.34 |

Notes:

2-BOXES

RECEIVED BY: Matt Bu    DATE: 7-8-20