## Terrebonne Parish Recording Page

Theresa A. Robichaux
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From:**
Attn: MARGARET S GIBSON
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

**First MORTGAGOR**
FIELDWOOD ENERGY L L C

**First MORTGAGEE**
DELIGANS VALVES INC

Index Type: MORTGAGES
Type of Document: LIEN
Recording Pages: 10

File #: 1618190
Book: 3212   Page: 68

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date): 01/12/2021
At (Recorded Time): 11:02:10AM

Doc ID - 015208420010

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and Recorded 01/12/2021 at 11:02:10
Recorded in Book 3212 Page 68
File Number 1618190

*Lisa B Joseph*
Deputy Clerk

**Return To:** Attn: MARGARET S GIBSON
LUGENBUHL, WHEATON, PECK, RANKIN, HUBBARD
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LA 70130

Do not Detach this Recording Page from Original Document

|  |  |
|---|---|
| FILED: | Terrebonne Parish |
|  | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-13917 |
| AREA/BLOCK: | SS 193 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC |
| AMOUNT: | $3,225.85 |

## OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. Between approximately July 5, 2020 through July 28, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-13917, Ship Shoal, Block 193, off the coast of Terrebonne Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $3,225.85 is due and owing on Invoice Nos. 88594 and 88657 (collectively, the "Invoices") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. True and correct copies of the Invoices are attached hereto and incorporated herein, *in globo*, as <u>Exhibit A</u>.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Terrebonne Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

Deligans Valves, Inc.

By: _____
Name: Jeffrey Duplantis
Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

# Deligans Valves, Inc.
### EST. 1976

1013 East Street
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

1621 Lakeshore Dr
Shreveport, La. 71103
(318) 670-7544

**Original Invoice**
INVOICE NO: 88657
DATE:   7/31/2020

---

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO:       252090
LOCATION:       SS 193 A
DELIVERY TICK   80189
UNIT NUMBER:    ARIEL #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
|  |  |  | ID: 573028 |  |  |
|  |  |  | SHOP REPAIRS |  |  |
| 3 | 3 | 0 | 6.625 ARIEL Discharge 1DMT Compressor Valve -R&R- | 322.09 | 966.26 |
|  |  |  | 1% Environmental Fee: |  | $9.65 |
|  |  |  | Non-Taxable Freight: |  | $0.00 |
|  |  |  | Non-Taxable Sub Total: |  | $0.00 |
|  |  |  | Taxable Sub Total: |  | $966.26 |
|  |  |  | Louisiana: 4.45% |  | $43.00 |
|  |  |  | Terrrebonne Parish: 5.5% |  | $53.15 |
|  |  |  | Total Order: |  | $1,072.06 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

**ENTERED**
JUL 3 1 2020

RECEIVED BY: _Crupe_

Your Business is Appreciated

DATE: _____



| | | 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | *Déligans*<br>*Valves, Inc.*<br>*EST. 1976* | | *Delivery Ticket*<br>NO: 80189<br>DATE: 7/28/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 252090
LOCATION: SS 193 A
UNIT NO: ARIEL #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573028 | | |
| | | | SHOP REPAIRS | | |
| 3 | 3 | 0 | 6.625 ARIEL Discharge 1DMT Compressor Valve -R&R- | 322.09 | 966.26 |
| | | | 1% Environmental Fee: | | $9.65 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $966.26 |
| | | | Louisiana: 4.45% | | $43.00 |
| | | | Terrrebonne Parish: 5.5% | | $53.15 |
| | | | Total Order: | | $1,072.06 |

Notes:

3-Boxes

RECEIVED BY: /s/ Matt B_____    DATE: 7-22-20

| 1013 East Street | 1621 Lakeshore Dr | **Deligans** | *Original Invoice* | |
|---|---|---|---|---|
| HOUMA, LA. 70363 | Shreveport, La. 71103 | ***Valves, Inc.*** | INVOICE NO: 88594 | |
| (985) 872-4939 | (318) 670-7544 | | DATE: | 7/13/2020 |
| FAX (985) 879-2359 | | *EST. 1976* | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251898
LOCATION: SS 193 A
DELIVERY TICK 80126
UNIT NUMBER: ARIEL #1

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573028 | | |
| | | | PARTS FOR OFFSHORE | | |
| 8 | 8 | 0 | ARIEL 1ST STAGE DISCHARGE REPAIR KITS | 154.32 | 1234.56 |
| 8 | 8 | 0 | ARIEL 1ST STAGE SUCTION REPAIR KITS | 101.16 | 809.28 |
| 1 | 1 | 0 | CALL OUT CHARGE | 100.00 | 100.00 |
| | | | DELIVERED ON DROP TICKET 705020BE | | |

| | |
|---|---|
| 1% Environmental Fee: | $0.00 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $2,043.84 |
| Taxable Sub Total: | $100.00 |
| Louisiana: 4.45% | $4.45 |
| Terrrebonne Parish: 5.5% | $5.50 |
| Total Order: | $2,153.79 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:    Terms Net 30 Days

Your Business is Appreciated

**ENTERED**
JUL 13 2020    Coupa

RECEIVED BY:_____    DATE:_____

| | | | | | |
|---|---|---|---|---|---|
| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | | **Deligans<br>Valves, Inc.**<br>*EST. 1976* | | **Delivery Ticket**<br>NO: 80126<br>DATE: 7/6/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251898
LOCATION: SS 193 A
UNIT NO: ARIEL #1
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: PHI HOUMA
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573028 | | |
| | | | PARTS FOR OFFSHORE | | |
| 8 | 8 | 0 | ARIEL 1ST STAGE DISCHARGE REPAIR KITS | 154.32 | 1234.56 |
| 8 | 8 | 0 | ARIEL 1ST STAGE SUCTION REPAIR KITS | 101.16 | 809.28 |
| 1 | 1 | 0 | CALL OUT CHARGE | 100.00 | 100.00 |
| | | | DELIVERED ON DROP TICKET 705020BE | | |

|  |  |
|---|---|
| 1% Environmental Fee: | $0.00 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $2,043.84 |
| Taxable Sub Total: | $100.00 |
| Louisiana: 4.45% | $4.45 |
| Terrrebonne Parish: 5.5% | $5.50 |
| Total Order: | $2,153.79 |

Notes:

RECEIVED BY:_____    DATE:_____

1013 EAST STREET
HOUMA, LA. 70363
(985) 872-4939
FAX (985) 879-2359

**Deligans Valves, Inc.**
EST. 1976

DROP TICKET
NO: 705020BE
DATE: 07/05/20

TO: FIELDWOOD

P.O. #
LOCATION: SS 193 A
UNIT: ARIEL #1
DELIVERY LOCATION: PHI HOUMA

| Receive Order | Return Ship | BIO | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 8 – ARIEL 1ST STAGE DISCHARGE VALVE REPAIR KITS | | | | | |
| 8 – ARIEL 1ST STAGE SUCTION VALVE REPAIR KITS | | | | | |

Your Business is Appreciated
REMIT TO:
1013 EAST STREET
HOUMA, LA. 70363

RECEIVED BY: _[signature]_

DATE: 7-5-20

# FIELDWOOD ENERGY Equipment Management System

Parts Requisition Report #251898

7/5/2020 3:34:52 PM

## Requisition Information

| Facility | SS-193A | Area | Area 4 | Platform Phone | (337) 210-8408 | Repair Log # | |
|---|---|---|---|---|---|---|---|
| Order Status | Submitted for Purchase | Order Type | Parts Order | GL Code | 720065 | Routing ID | 573028 |
| Order Priority | Next Available Truck | Vendor | Deligans | Completed By | | Ordered By | Phillip Bergeron |
| AFE | | | | Created By | Phillip Bergeron | Created Date | 07/05/2020 |
| Date Request Received By vendor | | Request received By vendor | | Submitted By | | Submitted Date | |
| Special Instruction | Deliver to PHI Heliport in Houma. | | | Approved By | | Approved Date | |

## Vendor and Asset Information

| Vendor Contact | | Vendor Phone | 985-872-4939 | Vendor Email | coryp@deligans.com;kllyne@deligans.com;springs@deligans.com | | |
|---|---|---|---|---|---|---|---|
| Asset Number | SS193A-C1 | Asset Type | Compressor | Arrange # | ARRANGE NUMBER | Spec # | SPEC NUMBER |
| Component | Compressor Cylinder Information 2 - Compressor Cylinder Information 1 | Manufacturer | | Model | | Serial Number | C-33327 |
| Component | Compressor Cylinder Information 3 - Compressor Cylinder Information 1 | Manufacturer | | Model | | Serial Number | C-33328 |
| Component | Compressor Cylinder Information 4 - Compressor Cylinder Information 1 | Manufacturer | | Model | | Serial Number | C-33329 |
| Component | MAIN - Compressor Cylinder Information 1 | Manufacturer | | Model | | Serial Number | C-33326 |
| Component | MAIN - Compressor Frame Information | Manufacturer | ARIEL | Model | JGK4 | Serial Number | F-11695 |
| Component | MAIN - Engine / Driver Information | Manufacturer | Wauk. | Model | L7042GSI | Serial Number | WPI 317 |

## Item List

| Qty | UOM | Price | Tax Amount | Part # | | Freight | | Req Total: | Line Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Sub Total: | | $0.00 | | | $0.00 | | $0.00 | | $0.00 |
| 8 | Each | $0.00 | Ariel | | 1st stage suction valve rebuild kits | | | | $0.00 |
| 8 | Each | $0.00 | Ariel Discharge | | 1st stage discharge valve rebuild kits | | | | $0.00 |