## Plaquemines Parish Recording Page

**Kim Turlich-Vaughan**
**Clerk of Court**
PO Box 40
Belle Chasse, LA  70037
(504) 934-6610

**Received From :**
Attn: ARMAND SAMUELS
LUGENBUHL, WHEATON, PECK
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA  70130-6041

**First MORTGAGOR**
FIELDWOOD ENERGY LLC

**First MORTGAGEE**
DELIGANS VALVES INC

Index Type :   MORTGAGE                        File # : 2021-00000163
Type of Document : MATERIALMANS LIEN
                                                Book : 786         Page : 501
Recording Pages :       6

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Plaquemines Parish, Louisiana.

On (Recorded Date) : 01/12/2021

At (Recorded Time) :  4:25:39PM

CLERK OF COURT
KIM TURLICH-VAUGHAN
Parish of Plaquemines
I certify that this is a true copy of the attached document that was filed for registry and Recorded 01/12/2021 at 4:25:39
Recorded in Book  786  Page  501
File Number 2021-00000163



Deputy Clerk

Doc ID - 005374080006

Return To :   Attn: ARMAND SAMUELS

Do not Detach this Recording Page from Original Document

|  |  |
|---|---|
| FILED: | Plaquemines Parish |
|  | Bureau of Ocean Energy Management |
| LEASE NO.: | OCS-G-00840 |
| AREA/BLOCK: | WD 103 |
| OPERATOR: | Fieldwood Energy, LLC |
| LESSEE: | Fieldwood Energy, LLC |
| AMOUNT: | $1,739.78 |

### OIL WELL LIEN AFFIDAVIT, NOTICE OF CLAIM OF LIEN AND STATEMENT OF PRIVILEGE

State of Texas
~~STATE OF LOUISIANA~~
County of Harris
~~PARISH OF TERREBONNE~~

**BEFORE ME**, the undersigned authority, personally came and appeared:

### JEFFREY DUPLANTIS

who, after being duly sworn, did depose and say:

1. He is the President of Deligans Valves, Inc. ("Deligans"), 1013 East Street, Houma, Louisiana 70363 and he is duly authorized to make and is making this affidavit for and on behalf of Deligans.

2. Deligans is in the business of furnishing labor, equipment, machinery, and materials, and related services in support of the development, exploration, maintenance, operation, and abandonment of oil and gas well(s).

3. In connection with its business, Deligans contracted to supply services, labor, equipment, materials and supplies and related services used in well operation, production, drilling and abandonment to Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042 ("Fieldwood").

4. On or about July 28, 2020 (the "Applicable Period"), Deligans supplied goods, equipment, supplies, services, materials and related services to Fieldwood in connection with the operation, including drilling, completing, testing, production, reworking or abandoning of certain wells located in Lease No. OCS-G-00840, West Delta, Block 103, off the coast of Plaquemines Parish, State of Louisiana (the "Lease").

5. As of the present date, a remaining principal amount of $1,739.78 is due and owing on Invoice No. 88658 (the "Invoice") for those certain goods, equipment, supplies and services provided by Deligans to the Lease during the Applicable Period, together with accruing contractual interest, plus attorneys' fees and costs. A true and correct copy of the Invoice is attached hereto and incorporated herein, *in globo*, as Exhibit A.

6. At all relevant times hereto, the labor, equipment, supplies and services provided by Deligans were used for or in connection with the drilling, exploration, development, operation, and/or abandonment of the Lease.

7. As evidenced by the records of the United States Department of Interior, Bureau of Ocean Energy Management (the "BOEM"), Fieldwood, BOEM Company Number 03295, was at all relevant times and remains the operator of the above-referenced Lease.

8. This Oil Well Lien Affidavit is made for the purpose of securing payment of the debt owed by Fieldwood to Deligans as described herein and is made in accordance with La. R.S. 9:4861, *et seq.*, and all other applicable laws for the purposes of preserving the liens and privileges granted by law to Deligans on the following: (1) the Lease described above, and any wells located on the Lease; (2) the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein, together with such parties' interest in any (a) well(s), building, tank, leasehold pipeline, platforms, machinery, flowlines, gathering lines, and other related equipment and other construction or facility located thereon, (b) all movables used in the operation of the well attached thereto or located on the Lease and/or well site, including, but not limited to, monitoring, measuring, metering and control equipment, appurtenances, appliances, equipment and other structures, and (c) tract of land, servitude or other lease described in La. R.S. 9:4861(12)(c) covering the Lease; (3) a drilling or other rig located at the Lease, if the rig is owned by the operator of the Lease, Fieldwood; (4) all hydrocarbons produced from the operating interest of the operator of the Lease, Fieldwood, and the operating interest of any participating lessee(s) therein without limitation, Fieldwood; and (5) the proceeds received by, and the obligations owed to, any lessee or operating interest from the disposition of hydrocarbons subject to the privilege for the amount due for the labor, supplies, and services, in principal and interest, and for the cost of preparing and recording the privilege, or any notice of *lis pendens* and contractual or statutory attorneys' fees.

9. That this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being filed in the Mortgage Records of Plaquemines Parish, State of Louisiana and with the BOEM.

10. That a copy of this Oil Well Lien Affidavit, Notice of Claim of Lien, and Statement of Privilege is being delivered the lessee(s) and Operator(s) of the Lease at the following: (a) Fieldwood Energy, LLC, 2000 West Sam Houston Parkway South, Suite 1200, Houston, TX 77042; and (b) Fieldwood Energy, LLC, through its registered agent, Capital Corporate Services, Inc., 8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809.

Thus done and signed in ~~Houma, Louisiana~~ Houston, Texas on this 12th day of October, 2020.

                Deligans Valves, Inc.

                By: _____
                Name: Jeffrey Duplantis
                Its: President

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 12th DAY OF OCTOBER 2020.

_____
NOTARY PUBLIC

FALLON HOPPER
Notary ID #129875697
My Commission Expires
July 3, 2022

- 3 -

| 1013 East Street | 1621 Lakeshore Dr | *Deligans* | Original Invoice |
| HOUMA, LA. 70363 | Shreveport, La. 71103 | ***Valves, Inc.*** | INVOICE NO: 88658 |
| (985) 872-4939 | (318) 670-7544 | EST. 1976 | DATE: 7/31/2020 |
| FAX (985) 879-2359 | | | |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX  77042

ORDER NO: 251957
LOCATION: WD 103 F
DELIVERY TICK 80192
UNIT NUMBER: ARIEL

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | 6.625 ARIEL Discharge 1DMT Compressor Valve W/ NEW GUARD -R&R- | 719.42 | 719.42 |
| 1 | 1 | 0 | 6.625 ARIEL Suction 1SN Compressor Valve -R&R- | 267.00 | 267.00 |
| 1 | 1 | 0 | 5.875 ARIEL Discharge 2DMT Compressor Valve W/ NEW GUARD -R&R- | 581.65 | 581.65 |

|  |  |
|---|---|
| 1% Environmental Fee: | $15.71 |
| Non-Taxable Freight: | $0.00 |
| Non-Taxable Sub Total: | $0.00 |
| Taxable Sub Total: | $1,568.07 |
| Louisiana: 4.45% | $69.77 |
| Terrrebonne Parish: 5.5% | $86.23 |
| Total Order: | $1,739.78 |

Remit To:
Deligans Valves, Inc.
1013 East Street
Houma, La. 70363

Notes:   Terms Net 30 Days

Your Business is Appreciated

ENTERED
JUL 31 2020    Coupe

RECEIVED BY:_____    DATE:_____



| 1013 East Street<br>HOUMA, LA. 70363<br>(985) 872-4939<br>FAX (985) 879-2359 | 1621 Lakeshore Dr<br>Shreveport, La. 71103<br>(318) 670-7544 | *Deligans*<br>*Valves, Inc.*<br>*EST. 1976* | *Delivery Ticket*<br>NO: 80192<br>DATE: 7/28/2020 |

TO: FIELDWOOD ENERGY LLC (0785)
SUITE 1200
2000 W. SAM HOUSTON PKWY SOUTH
HOUSTON, TX 77042

ORDER NO: 251957
LOCATION: WD 103 F
UNIT NO: ARIEL
Partial / Complete: COMPLETE
Part Waiting On: NA
Job Should Be Complete By: NA
Deliver To: GRAND ISLE
Transportation By: DELIGANS

| Receive Order | Return Ship | B/O | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| | | | ID: 573029 | | |
| | | | SHOP REPAIRS | | |
| 1 | 1 | 0 | 6.625 ARIEL Discharge 1DMT Compressor Valve W/ NEW GUARD -R&R- | 719.42 | 719.42 |
| 1 | 1 | 0 | 6.625 ARIEL Suction 1SN Compressor Valve -R&R- | 267.00 | 267.00 |
| 1 | 1 | 0 | 5.875 ARIEL Discharge 2DMT Compressor Valve W/ NEW GUARD -R&R- | 581.65 | 581.65 |
| | | | 1% Environmental Fee: | | $15.71 |
| | | | Non-Taxable Freight: | | $0.00 |
| | | | Non-Taxable Sub Total: | | $0.00 |
| | | | Taxable Sub Total: | | $1,568.07 |
| | | | Louisiana: 4.45% | | $69.77 |
| | | | Terrrebonne Parish: 5.5% | | $86.23 |
| | | | Total Order: | | $1,739.78 |

Notes:

3-BOXES

RECEIVED BY: _____   DATE: 7-22-20