UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Illinois__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Phillip W. Nelson<br>Holland & Knight LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, Illinois 60606<br>312-578-6584 |

Seeks to appear as the attorney for this party:

| Cortland Capital Market Services LLC ||
|---|---|
| Dated: 2/8/2021 | Signed: /s/Phillip W. Nelson |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____  Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                        United States Bankruptcy Judge