

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

ENTERED
02/09/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Illinois_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Phillip W. Nelson<br>Holland & Knight LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, Illinois 60606<br>312-578-6584 |
|---|---|

Seeks to appear as the attorney for this party:

| Cortland Capital Market Services LLC | |
|---|---|
| Dated: 2/8/2021 | Signed: /s/Phillip W. Nelson |

| COURT USE ONLY: The applicant's state bar reports their status as: ___Active___. |
|---|
| Dated:    Signed: _____<br>                              Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: February 09, 2021

_____
Marvin Isgur
United States Bankruptcy Judge