IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | Re: Docket Nos. 793, 794 |

### NOTICE OF FILING OF (I) REPLACEMENT EXHIBITS TO CHOI DECLARATION AND (II) REVISED PROPOSED ORDER

1. On January 24, 2021, Fieldwood Energy LLC ("**FWE**") and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**") filed with this Court the *Declaration of Erin M. Choi in Support of Debtors' Emergency Motion to Compel BP Exploration & Production Inc. to Perform Pre-Petition Contracts* (Docket No. 793) (the "**Declaration**") and the *Emergency Motion of Debtors for Entry of an Order Authorizing Debtors to File Confidential Documents Under Seal* (Docket No. 794) (the "**Motion**"), requesting Exhibits A, B, and G to the Declaration be filed under seal.

2. After filing the Motion and Declaration, the Debtors and the U.S. Trustee conferred regarding the Motion. Based on those discussions, the parties agreed to file a revised proposed order, and to file two of the documents that were the subject of the Motion without any redactions and the third document with limited redactions.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

3. Accordingly, the Debtors hereby submit a clean and redlined revised proposed order to the Motion, to which the U.S. Trustee has no objection, as set forth in Attachments 1 and 2 hereto. Additionally, the Debtors hereby refile Exhibits A and G to the Declaration publically and without redaction, as set forth in replacement exhibits in Attachments 3 and 4 hereto. The Debtors also hereby refile Exhibit B to the Declaration with limited redactions, to which the U.S. Trustee has no objection, as set forth in the replacement exhibit in Attachment 5 hereto.

Dated: February 11, 2021
       Houston, Texas

                          ***/s/ Alfredo R. Pérez***
                          WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
          Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email: Paul.Genender@weil.com
        Erin.Choi@weil.com

*Attorneys for Debtors and Debtors in Possession*

3

**Certificate of Service**

I hereby certify that, on February 11, 2021, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Alfredo R. Pérez*
Alfredo R. Pérez