IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

**ORDER AUTHORIZING DEBTORS TO
FILE DOCUMENT REDACTED FOR CONFIDENTIALITY**

Upon the emergency motion, dated January 27, 2021 (the "**Motion**")[2] of Fieldwood Energy LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1 (i) authorizing the Debtors to file with redactions a confidential document listed as Exhibit B in Appendix A of the Motion ("**Confidential Document**"), consistent with the agreement reached by the Debtors and the U.S. Trustee following the Debtors' filing of the Motion, and (ii) directing the Confidential Document remain redacted and not be made available to anyone without the prior written consent of the Debtors, all as more fully set forth in the Motion, and consistent with the agreement reached by the Debtors and the U.S. Trustee following the Debtors' filing of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

to 28 U.S.C. §1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and after negotiations between Debtors and the U.S. Trustee on the requested relief; and after the Debtors filed unredacted versions of Exhibits A and G, and a redacted version of Exhibit B, of Appendix A of the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion, as modified herein, is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. To the extent it has not already done so, the Debtors are authorized, but not directed, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1, to file an unredacted version of the Confidential Document with the Court and a redacted version of the Confidential Document on the public docket.

2. The Confidential Document is confidential and the unredacted text therein shall not be made available to anyone, except with prior written consent of the Debtors, or Court order.

3. Any party who receives the unredacted version of the Confidential Document in accordance with this Order shall not disclose or otherwise disseminate it, or the information contained therein, to any other person or entity without the prior written consent of the Debtors.

4. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2021
Houston, Texas

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE