**<u>Attachment 4</u>**

**Replacement Declaration Exhibit G – Debtors' Letter to BP, Dated November 3, 2020**

# FIELDWOOD ENERGY

November 3, 2020

BP Exploration & Production Inc.
200 Westlake Park Boulevard
Houston, Texas 77079
Attn: Mr. Jourdan Janik

Re: Genovesa Single Flowline Plan to mitigate impact from ongoing diagnosis and potential remediation on the Loop

Dear Jourdan:

Reference is made to that certain:

- Production Handling and Operating Services Agreement effective September 21, 2010, as amended, (the "Na Kika PHA") by and between Noble Energy, Inc., as predecessor in interest to Fieldwood Energy LLC ("Fieldwood") BP Exploration and Production Inc. ("BP"), Red Willow Offshore, LLC ("Red Willow") and Houston Energy Deepwater Ventures I, LLC ("HEDV") covering production handling services at the Na Kika FPS ("Na Kika");
- Loop Subsea Production System Construction and Operating Agreement ("Loop OA") dated effective 1 December 2011, as amended, by and between Noble Energy, Inc, as predecessor in interest to Fieldwood, BP, Red Willow and HEDV covering the construction and operation of the Galapagos Area Loop Subsea Production System ("Loop");
- Letter Agreement for the Galapagos Genovesa Tieback Project – Appraise and Execution Stage AFE's dated October 3, 2019 by and between BP and Fieldwood, (the "AFE Letter Agreement"); and the
- Letter Agreement for the Connection of a Satellite Well System to the Loop dated January 28, 2020 by and between BP and Fieldwood (the "Connection Letter Agreement").

## **Background**

Since its successful drilling in July 2019, Fieldwood has been progressing tieback of the MC 519 #3 Well (the "Genovesa Development") into the Loop for transport back to Na Kika for further handling, as provided for in the Loop OA and the Na Kika PHA. As BP is the Operator for both the Loop and Na Kika, many activities related to the Genovesa Development have required BP's coordination, input and approval, which has been carried out under the Loop OA and Na Kika PHA generally and the AFE Letter Agreement specifically.

On April 14, 2020, during the execution of the LSPS Work (as defined in the Connection Letter Agreement), an abnormal condition was observed that may indicate the presence of very small leak on the Loop. Since that time, BP has conducted several diagnostic campaigns to confirm the presence of a leak, if any, but at this time, the results have been inconclusive. BP plans to continue the investigation and diagnosis of the Loop.

As BP is aware, not only is the Genovesa Development, which will be ready to commence production in mid-November 2020, critical for Fieldwood and its co-venturers Red Willow and HEDV, but also the return to production of the MC 519 #1 ("Santa Cruz") and MC 519 #2 ("Santiago"), both of which have been unable to produce since April 2020 due to the ongoing diagnostics on the Loop.

**Minimizing Impact from Loop Diagnosis / Repair on MC 519 Production**

In addition to the significant planning and execution on the Genovesa Development, since July 2019, Fieldwood has ensured, via its engagement with BP, that the Genovesa Development was compatible with both the Loop and Na Kika, including paying BP ~$4.4 MM for its costs spent in support of the Genovesa Development thus far. As a result, and notwithstanding the inability for the Loop to receive production due to ongoing diagnosis and possible remediation operations occurring well into 2021, the Genovesa Development is nearly complete, only requiring final EFL hookup and commissioning, and is expected to be capable of production in mid/late November 2020.

On October 22, 2020 at a previously scheduled Loop MCM, BP shared its preliminary options for the long term repair of the Loop should the results of the diagnostics campaign(s) indicate the need for same. If required, the time frame contemplated for such long term repair, depending on the strategy that is agreed amongst the Loop co-venturers, may take up to two (2) years to complete, thus severely impacting the full, unrestricted production from MC 519 during that time.

While Fieldwood is hopeful that the ongoing diagnosis campaign indicates that there is, in fact, no leak in the Loop or if a leak is identified, remediation can be achieved with an in-situ solution such as Seal-Tite or an adjustment to the operating parameters, given the uncertainty of the status of the Loop at this time and the critical nature of the Genovesa Development to Fieldwood and its co-venturers, Fieldwood must plan to accommodate production from MC 519 in the event the Loop requires long term repair.

As a result of such planning, Fieldwood, as Operator of the Genovesa Development, has prepared the attached Genovesa Single Flowline Plan which outlines the changes that need to be made to the previously approved Genovesa Development in order to minimize the impact of the ongoing Loop diagnosis and any remediation work that may be required.

The Genovesa Single Flowline Plan, which largely aligns with similar plans that BP has presented, will require ongoing coordination amongst BP and Fieldwood as it impacts both the Genovesa Development and the Loop. Such coordination, as further detailed in the attached, will include, but not be limited to:

1. Fieldwood and BP jointly developing and agreeing on engineering design, flow assurance, operating procedures, regulatory plans and subsea operations;

2. BP flushing the jumper between Santiago PLEM-1 and Santiago PLEM-2 with methanol from the Santiago tree;

3. Fieldwood removing the jumper between Santiago PLEM-1 and Santiago PLEM-2 and installation of pressure caps;

4. Fieldwood removing the jumper between the Genovesa PLIS and Santiago PLEM-1;

5. Fieldwood installing a new jumper between the Genovesa PLIS and Santiago PLEM-2, including flushing and testing and startup of Genovesa and/or Santiago; and

6.  Fieldwood and BP ongoing joint development and implementation of plans for Loop remediation (including recovery, repair and/or reinstatement)

Given the advanced stage of the Genovesa Development and engagement with BP since July 2019, plus the ongoing work BP has already done in support of a similar single flowline plan for the production from MC 562 ("Isabela"), the Genovesa Single Flowline Plan requires minimal engineering, design or topsides work. Any costs that BP incurs in supporting implementation of the Genovesa Single Flowline Plan, which Fieldwood has estimated in the Cost / Time / Resource ("CTR"), will be governed by the AFE Letter Agreement, including the supplementation, if necessary, of the previously approved execution AFE. Furthermore, future LSPS Work (as defined in the Connection Letter Agreement) that needs to be carried out may be governed by the Connection Letter Agreement. Where appropriate, an agreement permitting Fieldwood to act as substitute Operator of the Loop for a specific jumper removal operation, may be required.

**Fieldwood and BP alignment on Genovesa Single Flowline Plan and Timing**
Successful implementation of the Genovesa Single Flowline Plan, and indeed, the diagnosis and, if necessary, remediation of the Loop, cannot occur if BP and Fieldwood are not closely aligned on the plan and timing. While BP has indicated a 1Q 2021 timeline for Genovesa and Santiago production, Fieldwood believes that with the prompt alignment on the items listed below, production for Genovesa and Santiago will be achieved in early/mid-February 2021.

Critically, as no production or well operations have occurred on the block since April 5, 2020, the current lease for MC 519 (OCS-G27278) will expire on April 4, 2021 unless production is restored prior to that time. In the event production is unable to be restored by that time, Fieldwood must apply for a Suspension of Production ("SOP") with BSEE to hold the Lease, which among other things, requires submission of a detailed "Activity Schedule" complete with milestone dates from the ultimate plan and timings agreed amongst Fieldwood and BP that, once approved by BSEE, represent a commitment by Fieldwood to carry out in return for BSEE preventing the lease from expiration.

To that end, Fieldwood seeks firm and binding alignment with BP, not later than November 30, 2020, on the following:

1.  BP approval, in its capacity as Operator of the Loop and Na Kika, of the changes made to the Genovesa Development that impact the Loop and Na Kika outlined in the Genovesa Single Flowline Plan, including the timing for such approval, and commitment that the Genovesa Development, Santa Cruz and Santiago will receive same level of support that is provided to Isabela.

2.  BP input and ultimate approval on the draft CTR document in the attachment prepared by Fieldwood, for costs expected to be incurred by BP, in its capacity as Operator of the Loop and Na Kika, in the implementation of the Genovesa Single Flowline Plan.

3.  Immediate submission by BP to Fieldwood of a supplemental AFE, if necessary, based on the CTR, to ensure BP support remains uninterrupted.

4.  Fieldwood and BP adoption of a schedule based on the timeline attached for the implementation of the Genovesa Single Flowline Plan and submission as part of an SOP,

5. BP approval, in its capacity as Operator of the Loop and Na Kika, for Fieldwood to remove the jumper between the Genovesa PLIS and Santiago PLEM-1 and Fieldwood to install a new jumper between the Genovesa PLIS and Santiago PLEM-2 jumper.

6. BP approval, in its capacity as Operator of the Loop and Na Kika, for Fieldwood to act as substitute Operator for the Loop for the sole purpose of removing the jumper between Santiago PLEM-1 and Santiago PLEM-2 and installation of pressure caps.

7. Commitment between BP and Fieldwood to continue the weekly project team meetings to ensure timely progress on the Genovesa Single Flowline Plan, including permitting and other regulatory matters.


Fieldwood looks forward to working with BP to reach alignment not later than November 30, 2020. Nothing in this letter or in the documents attached hereto prejudices or waives any rights Fieldwood may have under the applicable agreements, at law or in equity and Fieldwood specifically reserves all such rights.


Sincerely,

Nathan M. Vaughn
Deepwater Land Advisor
Fieldwood Energy LLC


CC:   Rex Richardson, Red Willow Offshore, LLC
       David Amend, Houston Energy Deepwater Ventures I, LLC

# Genovesa Single Flowline Plan
Prepared by Fieldwood Energy LLC (October 30, 2020)

**Genovesa Development Overview & Status:**

The MC 519 # 3 well and tieback ("Genovesa Development") was designed, proposed, engineered and sanctioned by Fieldwood Energy LLC ("Fieldwood"), as Operator of the relevant contract area on MC 519, which is dedicated to the Loop and Na Kika Host ("Na Kika"), as an "add on" to the existing MC 519 #1 ("Santa Cruz") and MC 519 #2 ("Santiago") developments, all of which are dedicated to the Na Kika Host ("Na Kika"). The production from MC 519 is transported the Na Kika for processing via the LSPS ("Loop").

At the current time, the Genovesa Development is tied back to the Santiago subsea system, approximately two (2) miles to the west, via a new dedicated, pipe-in-pipe flowline. Rigid jumpers are used to connect to a 15,000 psi tree and to the existing Santiago Pipeline End Manifold 1 ("SA PLEM 1"), with the intermediate Pipeline Isolation Skid ("PLIS") connecting to PLEMs on each end of the new flowline Production chemicals required for the Genovesa Development are to be supplied from the existing Galapagos System, via the existing Santiago umbilical and a new 10,940' infield umbilical from the Santiago Subsea Umbilical Termination Assembly ("Santiago SUTA") to a new SUTA at the Genovesa well.



*Figure 1- Genovesa Field Schematics*

After two years of planning, engineering and execution across all phases, the Genovesa Development is nearly 100% complete, with the final hook ups and commissioning planned to occur in mid to late November 2020. The completed major milestones in the Genovesa Development are as follows:

- The Genovesa well has been drilled and completed with OneSubsea 15,000 psi Subsea HXT.

- A 6" x 10" pipe-in pipe ("PIP") single flowline system installed with a design pressure of 11,000 psi and has been tested, commissioned and filled with diesel and is <u>ready to accept production from the Genovesa well.</u>

- The Genovesa well jumper, PLIS jumper, flowline jumper are all fully connected, tested, established connectivity to NaKika and the jumpers at each have been filed with diesel. <u>All jumpers are ready to accept production from the Genovesa Well</u>

- A 14-tube infield umbilical is installed and connected from Santiago to the Genovesa well site. The infield umbilical measures 8 x ¾" and 6 x ½" (all super duplex) with 3-quads for power and communications. <u>All tubes are commissioned and ready to support production from the Genovesa well.</u>

- Steel Flying Leads ("SFL's") and Electrical Flying Leads ("EFL's") are hooked up at the Genovesa and Santiago well sites.

- The OneSubsea ("OSS") software at Na Kika has been upgraded to support the Genovesa Development

The only outstanding milestones prior to the Genovesa Development become capable of commencing production are:

- Upgrade of the Honeywell DCS system to support the Genovesa Development (Expected completion date: November 15, 2020. *See Figure 1*).

- Final EFL hook-up at the Galapagos Field CDU to Santiago SUTA and XT (Expected completion date: November 6, 2020. *See Figure 2*).

<u>With the completion of the above, the Genovesa Development will be ready for production commencement on November 30, 2020</u>.



*Figure 2 – Tentative Vessel Schedule for remaining scope*

**Loop Diagnostics and Status:**

On April 14, 2020, the M/V Cade Candies was undertaking LSPS Work (as that term is defined in the Connection Letter Agreement dated January 28, 2020) in support of the Genovesa Development and was preparing to relocate the SFL between the Subsea Chemical and Accumulation Module ("SCAM") and Santiago UTA-2. This involved disconnecting the SCAM end of the SFL (in the event of a vessel drift/drive off), relocating the Santiago UTA-2 end of the SFL to the GV1 SUTA, and reconnecting the SCAM end of the SFL. Upon disconnection of the SCAM end of the SFL, it was discovered that hydraulic fluid was bleeding from the HP & LP control lines on the SCAM. The SCAM end of the SFL was immediately re-installed to stop further hydraulic fluid loss. As a result of the hydraulic fluid loss, the two PLEM valves shifted to their fail safe positions - from closed to open - on both Santiago PLEM-1 & Santiago PLEM-2. The hydraulic system was then re-pressurized and the two PLEM valves were closed within minutes. It was at this time, that an abnormal condition was observed that may indicate the presence of a very small leak on the Loop.

While the diagnosis remains ongoing, initial analysis showed that the SCAM LP and HP connection couplers were actually "vented" instead of "poppeted", which the as-built drawings indicated should have been present.

In response to the abnormal condition that was observed, BP, as Operator of the Loop, has carried out seven ROV campaigns since April 14, 2020, to attempt to diagnose any issues, confirm and locate any leak and plan for remediation, if necessary. The campaigns have focused on following potential areas:

- **Visual Monitoring** – In the initial campaign on April 17, 2020, an initial inspection was conducted and no evidence of a leak was detected. On July 6, 2020, the Loop was circulated and what appeared as a potential bubble leak was observed. The upcoming campaign at end of November 2020 will seek to recreate and confirm if leak is present.

- **Grease Plug** -  Using historical experience with grease plug venting at Santiago PLEM-2 SLDV -1 during installation in 2011, focus was initially on Santiago PLEM-2 and Santiago PLEM-1, including engineering and development of plans to recover insulation from Santiago PLEM's and tighten the valve's grease port, which occurred during the September 6, 2020 campaign.

- **PLEM Valves**- Pressure testing diagnostics on the valves located on Santiago PLEM-1, Santiago PLEM-2 and Santa Cruz PLEM-2 were conducted. This testing indicated greater possibilities of a possible leak location at Santa Cruz PLEM-2 SLDV-1 and insulation removal and recovery options were evaluated, including coiled tubing, but recovery was ultimately performed using water blaster on ROV during the September 26, 2020 campaign.

- **Santa Cruz PLEM-2 SLDV Bonnet** – Santa Cruz PLEM-2 insulation damage was observed from video footage collected the during 2018 IMR campaign. Further, during the insulation recovery campaign, black stains on the insulation surrounding the SLDV bonnet connection along with suspected hydrates below the top plates of the PLEM were observed. During the October 13, 2020 campaign, pressure testing was performed at 5,500 psi and then 8,500 psi, where a small pressure loss of 2.5 psi/hr to 5 psi/hr were noted, however, no indications of leak or loss of integrity at SLDV1 valve bonnet connection were observed.



*Figure 3 – Santa Cruz PLEM SLDV-1 Valve*

**Loop Diagnosis**

The results of the diagnosis campaigns thus far have been inconclusive as BP has been unable to confirm the presence and/or location of a leak, if any, on the Loop. At the Loop MCM held on October 22, 2020, BP showed the following slide to outline its plans for next steps on the diagnosis and, if necessary, remediation of the Loop:



## Path Forward - Diagnostics

- Review ROV Video and Pressure trends

- Dead Oil Circulation (increase temperature)

- Develop accurate 3D model by using HD Video from Campaign 3

- Develop clamp or pressure containment device designs once egress points are known

- Continue to engage BSEE on new CAPs

- LSPS AFE – Diagnostic costs will be charged to the joint account until root cause and liability are determined which may result in an adjustment to the Genovesa operator being the sole responsible party.

*Figure4a – BP Diagnosis Plans (October 22, 2020 MCM)*

The Dead Oil Circulation in Figure 4a, which is expected to take place in late November 2020, will be key for the purpose of recreating the conditions when a potential bubble leak was observed during the July 6, 2020 campaign.

**Loop Remediation**



*Figure 4b – BP Repair Options (October 22, 2020 MCM)*

Parallel with the ongoing diagnosis campaigns and the potential in-situ solutions, Fieldwood supports the immediate joint BP and Fieldwood evaluation of the following:

- The installation of a bypass around possibly leaking segment to allow for Loop dead oil circulation (Option 2 in Figure 4b)

- The recovery, repair, and reinstallation of the possibly leaking segment (Option 3 in Figure 3)

- Investigate potential in-situ solutions including, analysis of seal-tite or other injectable solutions and the initiation of the design and fabrication of clamp or pressure containment devices so that if/when a leak is identified in the future, remediation time will be minimized

Given the timing and constraint on production caused by ongoing diagnosis and possible remediation, it is critical that concept selection decision and funding approvals are obtained by the end of 2020 and the execution of the procurement with suppliers in early 1Q21.

**Genovesa Single Flowline Plan**
In the "LSPS Repair Options Summary" above, should the results of the diagnostics campaign(s) indicate the need for long term remediation, the timeframe for same may take up to two (2) years to complete, thus severely impacting the full, unrestricted production from MC 519 during that time.

Given this impact, Fieldwood proposes that itself and BP, in their capacities as Operators of MC 519 and MC 562 respective, should prepare to flow the MC 519 wells (Santiago, Santa Cruz and Genovesa) and MC 562 Wells (Isabela 1 and Isabela 2) up wells up independent single-leg flowlines on the Loop to Na Kika.

In an effort to minimize any impact, in October 2020, Fieldwood, as Operator of the Genovesa Development and Santiago and Santa Cruz Wells, commenced work towards a single flowline solution while longer-term repair solutions are considered for the Loop. In the event a short-term Loop integrity solution is accomplished (such as the in-situ options mentioned above), efforts towards the single line option will be suspended.

The results of that work is the Genovesa Single Flowline Plan which outlines the changes that need to be made to the previously approved Genovesa Development. The Genovesa Single Flowline Plan will require ongoing coordination amongst BP and Fieldwood as it impacts both the Genovesa Development and the Loop.

1. Fieldwood and BP jointly develop and agree on engineering design, flow assurance, operating procedures, regulatory plans and subsea operations;

2. BP flushing the jumper between Santiago PLEM-1 and Santiago PLEM-2 with methanol from the Santiago tree;

3. Fieldwood removing the jumper between Santiago PLEM-1 and Santiago PLEM-2 and installation of pressure caps and the jumper between the Genovesa PLIS and Santiago PLEM-1;

4. Fieldwood installing a new jumper between the Genovesa PLIS and Santiago PLEM-2 jumper, including flushing and testing and startup of Genovesa and/or Santiago; and

5. Fieldwood and BP ongoing joint development and implementation of plans for Loop remediation (including recovery, repair and/or reinstatement)



*Figure 5 – As built Jumper Configuration*          *Figure 6 – New Jumper Configuration*

The Genovesa Single Flowline Pan will require no changes to the original flow assurance strategy, except for a review of the hydrate management strategy. Operating procedures will identify the Genovesa well in the normal operations, system start up, and planned and unplanned shutdown sequences.

Fieldwood will provide a schedule showing key milestones, engineering, installation and regulatory activities. BP and FWE will have front-end agreement on scope, schedule and master document register ("MDR"). Weekly team meeting will help to track the progress and discuss opportunities among the project teams. A PDF copy of the released project schedule will be provided along with MDR.

Key activities identified for the project to enable Q1 2021 startup of the project:

- BP & FWE Decision, timing to disconnect SA PLEM to enable GEN production

- Agree BP & FWE BOD, AFE and Schedule

- BSEE KOM (FWE & BP)

- Control system C&S update

- OSS HMI update

- Nakika Schedule break-in and notifications

- BP Flow Assurance Review and Endorsement

- Engineering documents: Jumper Design, P&ID's, PFD's, GA drawings

- Regulatory submittals

- Offshore Recovery & Installation Procedure

A detailed schedule of the Genovesa Single Flowline Plan is attached hereto.

## Genovesa Single Flowline Plan – Detailed Schedule

| ID | Task Mode | Task Name | Start | Finish |
|---|---|---|---|---|
| 1 | | BP - Leak Detection - Dead Oil Circulation w/ Gas Slipstream | Mon 11/16/20 | Mon 11/23/20 |
| 2 | | **Milestones** | **Mon 11/23/20** | **Fri 12/18/20** |
| 3 | | BP & FWE Decision to disconnect SA PLEM to enable GEN production | Mon 11/23/20 | Tue 12/1/20 |
| 4 | | Agree BP & FWE BOD, AFE and Schedule | Tue 11/24/20 | Tue 12/1/20 |
| 5 | | Agree R&R's with BP | Tue 11/24/20 | Fri 11/27/20 |
| 6 | | BSEE KOM (FWE & BP) | Tue 11/24/20 | Sat 11/28/20 |
| 7 | | Agreement vessel contract with BP | Thu 12/17/20 | Fri 12/18/20 |
| 8 | | **Single Leg Tie-back Activities with BP** | **Thu 12/17/20** | **Thu 2/11/21** |
| 9 | | **BP/FW Joint Activities** | **Thu 10/1/20** | **Tue 1/26/21** |
| 10 | | Nakika window notifications | Thu 10/1/20 | Thu 11/12/20 |
| 11 | | BP Flow Assurance Review and Endorsement | Fri 10/30/20 | Fri 12/4/20 |
| 12 | | SA PLEM 1 to PLEM2 FJ removal PO and Procedures | Tue 11/24/20 | Tue 12/22/20 |
| 13 | | STPC purchase/refurb for SA PLEM 1 | Sat 11/28/20 | Mon 12/28/20 |
| 14 | | Regulatory - Decomm, Commingling permit | Fri 11/27/20 | Fri 11/27/20 |
| 15 | | Mobilization | Fri 1/8/21 | Mon 1/11/21 |
| 16 | | Flush flowline jumper at Santiago with MeOH from SA XT | Mon 1/11/21 | Mon 1/11/21 |
| 17 | | Cut and remove flowline jumper at Santiago | Mon 1/11/21 | Fri 1/15/21 |
| 18 | | LIDAR check for new FWE GEN jumper | Fri 1/15/21 | Sat 1/16/21 |
| 19 | | Control system modifications | Fri 11/27/20 | Tue 1/26/21 |
| 20 | | **Fieldwood led Activities** | **Fri 11/27/20** | **Mon 1/11/21** |
| 21 | | **Jumper Design, Procurement & Fab (Buoyancy/bridge)** | **Thu 10/22/20** | **Sat 1/30/21** |
| 22 | | Revised P&ID's, PFD's, GA drawings for approval by BP | Thu 10/22/20 | Mon 12/14/20 |
| 23 | | Revised Jumper Design review by BP | Mon 11/30/20 | Mon 12/14/20 |
| 24 | | Flow assurance review FWE | Thu 10/22/20 | Thu 11/26/20 |
| 25 | | BP Review of Existing GEN Tie-in Jumper Recovery Procedure | Tue 12/29/20 | Tue 1/12/21 |
| 26 | | BP Review of New Jumper Installation Procedure | Tue 1/5/21 | Tue 1/19/21 |
| 27 | | Final Jumper Fabrication | Sat 1/16/21 | Sat 1/30/21 |
| 28 | | **Regulatory New Jumper** | **Mon 12/14/20** | **Thu 1/21/21** |
| 29 | | Generate new Lease Term, DOCD, DWOP Permit | Mon 12/14/20 | Mon 1/11/21 |
| 30 | | Jumper Permit Review & Approval BSEE | Tue 12/22/20 | Thu 1/21/21 |
| 31 | | **Offshore Activities** | **Sat 1/30/21** | **Thu 2/11/21** |
| 32 | | Remove existing Genovesa Tie-in Jumper | Sat 1/30/21 | Tue 2/2/21 |
| 33 | | Install new Genovesa Tie-in Jumper | Tue 2/2/21 | Fri 2/5/21 |
| 34 | | Leak test new Genovesa Tie-in Jumper and Commission with MEG | Fri 2/5/21 | Sun 2/7/21 |
| 35 | | Genovesa startup | Wed 2/10/21 | Thu 2/11/21 |

Project: Genovesa Schedule Op
Date: Tue 11/3/20

| | | | | | | |
|---|---|---|---|---|---|---|
| Task | | Milestone | ◆ | Summary | | |
| Split | | | | | | |

Task | Project Summary | Inactive Task | Inactive Milestone | Inactive Summary | Manual Task | Duration-only | Manual Summary Rollup | Manual Summary | Start-only | Finish-only | External Tasks | External Milestone | Deadline | Progress | Manual Progress

Genovesa Single Flowline Plan – Fieldwood prepared CTR

**Project:** Genovesa Single Flowline Plan
**AFE No** FWI93006 / BPNKO392392

**SCOPE:**

1. Fieldwood and BP jointly develop and agree on engineering design, flow assurance, operating procedures, regulatory plans and subsea operations;

2. BP flushing the jumper between Santiago PLEM-1 and Santiago PLEM-2 with methanol from the Santiago tree;

3. Fieldwood removing the jumper between Santiago PLEM-1 and Santiago PLEM-2 and installation of pressure caps and the jumper between the Genovesa PLS and Santiago PLEM-1;

4. Fieldwood installing a new jumper between the Genovesa PLS and Santiago PLEM-2 jumper, including flushing and testing and startup of Genovesa and/or Santiago; and

5. Fieldwood and BP ongoing joint development and implementation of plans for Loop remediation (including recovery, repair and/or reinstatement)

**COST / TIME / RESOURCES**

| | Hours | $/Hr | Est. Cost |
|---|---|---|---|
| PM&E | 720 | $250 | $180,000 |
| PM,Systems Engineering Review | 540 | $250 | $135,000 |
| Flow Assurance | 320 | $250 | $80,000 |
| Controls | 320 | $250 | $80,000 |
| Jumper Design Basis | 320 | $250 | $80,000 |
| Installation procedures | 480 | $250 | $120,000 |
| Operations support | 320 | $250 | $80,000 |
| Readiness Review | 160 | $250 | $40,000 |
| Regulatory | 160 | $250 | $40,000 |
| | | | |
| **Total Estimated Hours** | 3340 | | |
| **Total Est. Eng Cost** | $795,000 | | |



# Genovesa Master Document Register (MDR)

## BP Doc # MC474-58-SB-LIS-000022

Highlighted yellow means new document required for Modified Loop arranagement



GENOVESA

| REV | DATE | BY | Description | CHKD | APPVD |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | Michael Kinzel | | Tony Craven Jr. | Nathan Tewapse |
| 0 | 18-May-20 | MK | Issued for Use | TC | NS |
| A | 6-May-20 | MK | Issued for Review | TC | NS |
| REV | DATE | BY | Description | CHKD | APPVD |



| Fieldwood Energy, LLC |
|---|
| Genovesa Master Document Register (MDR) |
| Doc. No. GEN-OP-FWE-OPS-LST-0001 |

Fieldwood Energy                            Record of Amendment

|  | **Genovesa Master Document Register (MDR)** | |  |
|---|---|---|---|
| FIELDWOOD ENERGY | Doc. GEN-OP-FWE-OPS-LST-0001 | Rev. 0 | Page 2 of 5 |

**Change Log**

| Rev | Section | Change Description |
|---|---|---|
| A | | Issued for review. |
| 0 | | Incorporated BP comments.  Changes in Red Text. |
| | | |
| | | |
| | | |

**Document Hold Record**

| Rev | Section | Hold Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Introduction |
|---|
| This Master Document Register (MDR) is intended to aid in the Genovesa handover.  As such, only the specific documents required to be on-hand are identified.<br><br>Only the approved version received directly from Document Control should be used.<br><br>Revision and transmittal history for each document is also available from Document Control, if required. |

Fieldwood Energy

**Highlighted yellow means new document required for Modified Loop arrangement**

| PWE Document Number | Contractor Document Number | BP Document Number | Document Title | Notes |
|---|---|---|---|---|
| **Operations** | | | | |
| GEN-SS-BP-I-LA-PLN-0001 | N/A | MC674-S0-TEC-000011 | Genovesa Hazard, Risk and Chemical Management Philosophy Technical Note | |
| GEN-SS-BP-I-SU-LT-0001 | N/A | MC674-S0-HS-LC-000019 | Genovesa HC OS9 FPJ Safe Operating Limits (SOL) Table | |
| FWE-GEN-641-FOSM-OP-0001 | N/A | MC674-S0-HS-LC-000000 | Genovesa [HC OS9 FPJ] Turnover and Completion Package Logic Chart | Was GEN-SS-BP-OP-CHK-0001 |
| GEN-OP-FWE-OPS-LST-0001 | N/A | MC674-S0-LC-000002 | Genovesa [HC OS9 FPJ] Design Hazard Management Plan | |
| GEN-SS-BP-I-SU-PLN-0001 | N/A | MC674-S0-OP-PD-000013 | Genovesa [HC OS9 FPJ] Design Hazard Management Plan | |
| GEN-SS-BP-OPS-PRO-0001 | N/A | MC674-S0-PTG-000001 | Procedure Progress Scorecard | |
| GEN-SS-BP-OPS-PRO-0002 | N/A | MC674-S0-HU-PR-000000 | Genovesa [HC OS9 FPJ] Initial Startup Procedure and Guideline | |
| GEN-OP-FWE-OPS-PRO-0002 | N/A | MC674-S0-PTG-000002 | Genovesa [HC OS9 FPJ] Turnover and Completion Package Logic Chart | |
| GEN-SS-BP-OPS-SAL-0001 | N/A | MC674-S0-OP-000001 | Genovesa Subsea Project Mississippi Canyon 510 Wet Storage / Santa Cruz Genovesa Subsea Operating Procedure | |
| GEN-SS-BP-OPS-JALA-0001 | N/A | MC674-S0-OP-000000 | Training Needs Analysis | |
| **Subsea Controls** | | | | |
| GEN-SS-VXF-SYS-LST-0001 | N/A | MC674-S0-DS-LC-000011 | Genovesa Subsea I/O List | BP generated document |
| GEN-SS-VXF-015-CM-0001 | N/A | MC674-S0-DS-LC-000012 | Genovesa Subsea Cause and Effects Register | |
| GEN-SS-VXF-015-CM-0002 | N/A | MC674-S0-DS-000001 | Genovesa Subsea Cause and Effects Chart | |
| GEN-SS-VXF-015-JPC-0002 | N/A | MC674-S0-DP-000004 | Subsea Interlock Specification | Double Check - MK  Double Check - MK |
| GEN-SS-VXF-TCS-CM-0001 | N/A | MC674-S0-600-000000 | Genovesa Subsea Software Basis of Design | |
| GEN-SS-VXF-TCS-CM-0002 | N/A | MC674-S0-DP-000001 | Genovesa MCS Software Requirements | Document obsolete and no longer required. Refer to this document instead (GEN-OP-FWE-OPS-LST-0001 | MC674-S0-HS-LC-000002) |
| GEN-SS-VXF-TCS-JPC-0001 | N/A | MC674-S0-DP-LC-000000 | Software Interlock Document Register | |
| N/A | N/A | MC674-S0-SB-DC-000000 | Subsea Shutdown Specification | Document number pulled but not used. Refer to GEN-SO-FWE-SYS-CHK-0001 (MC674-S0-SB-DC-000011). Genovesa Subsea Cause and Effect Chart. |
| **Subsea Production System Drawing Package** | | | | |
| GEN-SS-EXX-PRS-PID-0001 | MC674-N0-076-95-001 | MC674-S0-DC-000001 | Overall Field Schematic & Scope of Supply | |
| GEN-SS-EXX-PRS-PID-0000 | MC674-N0-076-95-001 | MC674-S0-SB-DC-000001 | Overall Field Block Diagram | |
| GEN-SS-EXX-PRS-PID-0001 | MC674-N0-076-10-001 | MC674-S0-PN-000010 | Piping and Instrument Diagram – Genovesa Subsea Well | |
| GEN-SS-EXX-PRS-PID-0002 | MC674-N0-076-05-002 | MC674-S0-PN-000012 | Piping and Instrument Diagram – Genovesa Pipeline | |
| GEN-SS-EXX-PRS-PID-0003 | MC674-N0-076-05-001 | MC674-S0-PN-000011 | Subsea Process Safety Flow Diagram | |
| GEN-SS-EXX-PRS-PID-0004 | MC674-N0-076-10-001 | MC674-S0-PP-000001 | Subsea Electrical Loop Diagram (Sheet 1 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-001 | MC674-N0-076-10-100 | MC674-S0-DC-000004 | Subsea Electrical Loop Diagram (Sheet 2 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-002 | MC674-N0-076-60-101 | MC674-S0-EL-000004 | Subsea Electrical Loop Diagram (Sheet 3 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-003 | MC674-N0-076-60-101 | MC674-S0-EL-000005 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 1 of 6) | |
| GEN-SS-EXX-PRS-PID-0000-001 | MC674-N0-076-60-102 | MC674-S0-PN-000005 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 2 of 6) | |
| GEN-SS-EXX-PRS-PID-0000-002 | MC674-N0-076-10-003 | MC674-S0-PN-000006 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 3 of 6) | |
| GEN-SS-EXX-PRS-PID-0000-003 | MC674-N0-076-10-004 | MC674-S0-PN-000007 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 4 of 6) | New drawing set + update sh2 of 3 Elec and hyd for Gen Tie-in |
| GEN-SS-EXX-PRS-PID-0000-004 | MC674-N0-076-10-005 | MC674-S0-PN-000008 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 5 of 6) | |
| GEN-SS-EXX-PRS-PID-0000-004 | MC674-N0-076-10-006 | MC674-S0-PN-000009 | Hydraulic & Chemical Injection Subsea Distribution (Sheet 6 of 6) | |
| GEN-SS-EXX-PRS-PID-0000-000 | MC674-N0-076-60-001 | MC674-S0-DC-LC-000001 | Electrical & Communication – Distribution Schematic (Sheet 1 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-000 | MC674-N0-076-10-007 | MC674-S0-DC-LC-000002 | Electrical & Communication – Distribution Schematic (Sheet 2 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-000 | MC674-N0-076-60-000 | MC674-S0-EL-000001 | Electrical & Communication – Distribution Schematic (Sheet 3 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-000 | MC674-N0-076-60-000 | MC674-S0-PN-000015 | Genovesa Hydraulic/Chemical Injection Distribution Schematic (Sheet 1 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-001 | MC674-N0-076-60-000 | MC674-S0-PN-000014 | Genovesa Hydraulic/Chemical Injection Distribution Schematic (Sheet 2 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-002 | MC674-N0-076-41-000 | MC674-S0-PN-000013 | Genovesa Hydraulic/Chemical Injection Distribution Schematic (Sheet 3 of 3) | |
| GEN-SS-EXX-PRS-PID-0000-003 | MC674-N0-076-41-001 | MC674-S0-PN-000000 | Piping and Instrumentation Diagram – Subsea Symbols and Legend | |
| GEN-SS-EXX-020-SOD-0000-001 | MC674-N0-076-41-002 | | | |
| GEN-SS-EXX-020-SOD-0000-002 | MC674-N0-076-41-003 | | | |
| GEN-SS-EXX-SSS-DWG-0001 | MC674-N0-076-10-001A | MC674-S0-SB-PD-000012 | Piping and Instrumentation Diagram – Subsea Symbols and Legend | |

MDR

Fieldwood Energy

| FWE Document Number | Contractor Document Number | BP Document Number | Document Title | Notes |
|---|---|---|---|---|
| **Subsea Controls Instrumentation/Devices** | | | | |
| N/A | N/A | MC42-54-30-B-00-000018 | ~~CIS Drawing (Skid to PLEM)~~ | |
| | | | ~~Specification (Genovesa Umbilical Termination)~~ | |
| | | | ~~Specification (Genovesa Umbilical Assembly)~~ | |
| | | | ~~Specification (Genovesa Umbilical for Riser)~~ | |
| | | | ~~Specification (Genovesa Umbilical for Flow)~~ | |
| | | | ~~Umbilical Assembly Data Sheet (UTA to Umbilical)~~ | |
| | | | ~~Umbilical Assembly Data Sheet (UTA to Flowline)~~ | |
| GEN-SC-SSP-SSC-PRO-0001 | DOC-00017S1 | MC42-54-SEC-00-INF-00000A | Chemical Injection Valve (CIMV) with Analog Pressure Sensors | Superseded MC42-54-50-CE-000005A |
| GEN-SC-SSP-SSC-SPC-0001 | DOC-00098-004 | MC42-54-50-EF-000006 | User Manual, SSCI Chemical Injection Valve (CIMV) DOC-00175-1) | Superseded MC42-54-50-CE-000018 |
| GEN-SC-SSP-SSC-SPC-0001 | 12946-SPEC | MC42-54-50-CT-00000015 | Configuration and Specification Sheet CIMV Dual U-Gen 1 | Superseded MC42-54-50-CE-000005 |
| Hold | Hold | MC42-54-50-EM-000021 | User Manual, SSCI Chemical Injection Valve (CIMV) with Analog Pressure Sensors | |
| GEN-SC-SSP-SSC-DAT-0001 | DOC-00093547 | MC42-54-50-EF-000007 | Data Sheet PIV to SS Type F 100S | Superseded MC42-54-50-CE-000007 |
| GEN-SC-SSP-SSC-SPC-0001 | DOC-01217970 | MC42-54-50-EF-000009 | PIV Final Inspection Procedure for PIV to SS Type F | Superseded MC42-54-50-CE-000010 |
| GEN-SC-SSP-SSC-SPC-0001 | DOC-01217972 | MC42-54-50-EF-000011 | PIV Final Inspection Procedure for PIV to SS Type F | Superseded MC42-54-50-CE-000010 |
| GEN-SC-SSP-SSC-SPC-0001 | DOC-01218494 | MC42-54-50-CD-000001 | Medium Interface In Meter | Superseded MC42-54-50-CE-000007 |
| GEN-SC-SSP-SSC-PRO-0001 | DOC-01197S1 | MC42-54-50-EF-000005 | Commissioning Procedure PIV to SS | Superseded MC42-54-50-CE-000007 |
| GEN-SC-SSP-SSC-DAT-0001 | DPR-00000135 | MC42-54-50-EF-000004 | Data Sheet PIV to SS Type F | Superseded MC42-54-50-CE-000007 |
| Hold | Hold | MC42-54-50-EM-000041 | ~~Glenn/BeckerGenovesa Data Sheet Genovesa SSPI Regulator Instrumentation Operation Manual~~ | Document submitted in error at the request of BP. Do not use. Refer to KAT-SC-SSS-SSC-DAT-0001 |
| KAT-SC-SSS-SSC-PRO-0013 | 1085430-08-00 | MC42-54-50-CH-000005 | Installation - Operating Instructions - Subsea Particle Monitor | Superseded MC42-54-50-BAAA-000011 |
| KAT-SC-SSS-SSC-PRO-0002 | 8-047500-19-53-051 | MC42-54-50-EM-000004 | Communication and Water Cut Meter BETCUV with SW installed | Superseded MC42-54-50-BAAA-000011 |
| KAT-SC-SSS-SSC-SPC-0002 | 5-076006-45 | MC42-54-50-EF-000010 | Functional Design Specification: Low Flow Chemical Injection Metering Valve - Receptacle - Dummy Insert and Simulator | Karma standard product. Duplicate submittal of MC42-54-50-EF-000007 |
| GEN-SC-SSP-SSC-DAT-0001 | 5-076006-45 | MC42-54-50-EF-000015 | Functional Design Specification: Low Flow Chemical Injection Metering Valve - Receptacle - Dummy Insert and Simulator | Karma standard product. Duplicate submittal of MC42-54-50-EF-000007 |
| KAT-SC-SSS-SSC-DAT-0001 | 12-C0-0051 | MC42-54-50-EM-000015 | Data Sheet for PIV Next Generation IWS Frequency Shift Keying Interface Card | Karma Universal SDK |
| KAT-SC-SSS-SSC-SPC-0002 | 1-078796-40-45 | MC42-54-50-EM-000006 | Data Sheet - Low Flow Chemical Injection Metering Valve and Receptacle | Karma standard product. |
| KAT-SC-SSS-SSC-DAT-0001 | 1-078796-49 | MC42-54-50-EM-000007 | Data Sheet - Low Flow Chemical Injection Metering Valve and Receptacle | Karma standard product. |
| Hold | 5K-047500-11-49 | MC42-54-50-EM-000021 | General Arrangement Drawing - Pressure Temperature Transmitter - PTT | Karma standard product. |
| **Installation/Commissioning** | | | | |
| GEN-SC-SST-MWM-PRO-0005 | TC1105-140001759J-M50-0003 | MC42-54-50-BEC-000004 | New Industries - Genovesa Field Development - FAT Procedure - Jumpers (PLEM 1 to PLS) | |
| GEN-SC-SST-MWM-PRO-0006 | TC1105-140001759J-M50-0003 | MC42-54-50-BEC-000005 | New Industries - Genovesa Field Development - FAT Procedure - Jumpers (PLS to SA-M-EM-1) | |
| GEN-SC-SPP-FWE-PRO-0001 | N/A | MC42-54-50-INF-000004 | Genovesa Pressure Cap Removal Tool Method Statement | |
| GEN-SC-SPP-FWE-PRO-0001 | N/A | MC42-54-50-HI-INF-000004 | Genovesa Tree Static Commissioning Procedure | |
| GEN-SC-SPP-FWE-OPS-PRO-0002 | N/A | MC42-54-50-BF-000123 | ~~Genovesa Commissioning & Pre-Comm ROV Support Procedure~~ | |
| GEN-SC-SO-SSP-PRO-0002 | 00107547S | MC42-54-50-A-INF-000116 | Genovesa Jumper & Piping Lead Installation Procedure Manual | |
| GEN-SC-SO-SSP-PRO-0002 | 00107547S | MC42-54-50-INF-000011 | Genovesa Well Jumper Installation Work Package #4 | |
| GEN-SC-SO-SSP-PRO-0003 | 00107567T | MC42-54-50-INF-000005 | Fieldwood Sanitago SFL Relocation & Installation Work Package #2 | |
| GEN-SC-SO-SSP-PRO-0004 | 00107567S | MC42-54-50-INF-000005 | Fieldwood Sanitago SFL & Spitter Box Installation Work Package #6 | |
| GEN-SC-SO-SSP-PRO-0005 | 00107547S | MC42-54-50-INF-000005 | Fieldwood Genovesa SPL Installation Work Package #3 | |
| GEN-SC-SO-SSP-PRO-0006 | 00107140J | MC42-54-50-INF-000006 | Fieldwood Genovesa Well EFL Installation Work Package #5 | |
| GEN-SC-SO-SSP-PRO-0007 | 00107048J1 | MC42-54-50-INF-000006 | Fieldwood SDU EFL Installation Work Package #8 | |
| GEN-SC-SO-SSP-PRO-0008 | 00107062J | MC42-54-50-INF-000007 | Santiago Manor Cordal PFL Installation Work Package #7 | |
| GEN-SC-SO-SSP-PRO-0008 | 00108762 | MC42-54-50-CDV-000023 | Fieldwood Genovesa Dewatering and Umbilical Commissioning Scopes - Procedure Manual | |
| GEN-SC-SST-CGI-PRO-0002 | TC1105-EN-000082 | MC42-54-50-BF-000115 | UCVI Precom Support Procedure | |
| GEN-SC-SST-TFP-ALA-0010 | TC1105-END-000005 | MC42-54-50-BF-000005 | Structures and Concrete Materials Installation MRA Report | |
| GEN-SC-SST-GT-ARA-0001 | TC1105-END-000007 | MC42-54-50-BF-000006 | Installation Analysis Report - Rigid Pipe | |
| GEN-SC-SST-GT-PRO-0002 | TC1105-END-000001 | MC42-54-50-BF-000111 | Structural Installation Procedure | |
| GEN-SC-SST-SSU-PRO-0013 | TC1105-END-000019 | MC42-54-50-BF-000117 | Static Umbilical - Installation Procedure | |
| GEN-SC-SST-SSU-PRO-0016 | TC1105-END-00075 | MC42-54-50-BF-000110 | Jumpers Installation Procedure | |

MDR

Fieldwood Energy

MDR

| FWE Document Number | Contractor Document Number | BP Document Number | Document Title | Notes |
|---|---|---|---|---|
| GEN-PFX-FWE-PMM-DWG-0006 | N/A | MC4T4-50-8L-D-000047 | Genovesa Subsea Tie-Back Proposed Pipeline and Umbilical at Santa Cruz PLEM | Document superseded by GEN-SS-SST-SUB-DWG-0006 | MC4T4-50-8L-D-000053 |

**SUBF / Hardware**

| FWE Document Number | Contractor Document Number | BP Document Number | Document Title | Notes |
|---|---|---|---|---|
| GEN-PFX-FWE-PMM-DWG-0002 | TC1105-OP-CP-00015 | MC4T4-50-OP-PR-00015 | Survey and Positioning Procedure - Construction | |
| GEN-SS-SST-SUB-PRO-0002 | TC1105-OP-PP-00003 | MC4T4-50-OP-PR-00113 | Survey and Positioning Procedure - Umbilical | |
| GEN-SS-SST-SUB-PRO-0003 | TC1105-OP-PP-00003 | MC4T4-50-OP-PR-00114 | Survey and Positioning Procedure - Umbilical | |
| GEN-SS-SST-SUB-PRO-0004 | TC1105-SRV-00004 | MC4T4-50-OP-PR-00112 | Survey and Positioning Procedure - Flowline | |
| GEN-PFX-FWE-PMM-DWG-0007 | N/A | MC4T4-50-8L-D-000054 | Mississippi Canyon Area Block 519 Proposed Pipeline and Umbilical at Genovesa Well | Document cancelled and not reused. Document superseded by GEN-SS-SST-SUB-DWG-0006 | MC4T4-50-8L-D-000054 |
| GEN-SS-SST-SUB-DWG-0006 | TC1105-OP-DC-50001 | MC4T4-50-8L-D-000053 | Damaged Drill Centre As-Built | Replaces GEN-PFX-FWE-PMM-DWG-0006 | MC4T4-50-8L-D-000057 |
| GEN-SS-SST-SUB-DWG-0005 | TC1105-OP-DC-50000 | MC4T4-50-8L-D-000054 | Drill Centre Genovesa Well, As-Built | Replaces placeholder document number - GEN-PFX-FWE-PMM-DWG-0007 | MC4T4-50-8L-D-000052 |
| GEN-SS-SST-SGC-GCD-0001 | TC1105-4J00011912-C12-0001 | MC4T4-50-SDC-000005 | Schematic, Hydraulic, Control Distribution Equipment Genovesa | |
| GEN-SS-SST-SSF-GAB-0002 | TC1105-OP-PR-11100 | MC4T4-50-58-GA-000013 | General Arrangement 6" Production Dual Hub PLEM 2 | |
| GEN-SS-SST-SSF-GAB-0003 | TC1105-OP-PR-11302 | MC4T4-50-58-GA-000025 | Piping Arrangement and Details 6" Production Dual Hub PLEM 2 | |
| GEN-SS-SST-SSF-GAB-0012 | TC1105-OP-PS-47201 | MC4T4-50-58-GA-000013 | Arrangement and Details 6 inch Well Jumper - Skid thru 2e | |
| GEN-SS-SST-SSF-GAB-0013 | TC1105-OP-PS-47202 | MC4T4-50-58-GA-000013 | Arrangement and Details 6 ft Flowline Jumper PLUS to SA-PLEM 1 | |
| GEN-SS-SST-SSF-GAB-0014 | TC1105-OP-PS-47203 | MC4T4-50-58-GA-000024 | Arrangement and Details 6 inch Pipeline Jumper PLEM-1 to PLUS | |
| GEN-SS-SST-SSF-GAB-0015 | TC1105-OP-PR-11101 | MC4T4-50-58-GA-000026 | General Arrangement 6" Production Dual Hub PLEM 1 | |
| GEN-SS-SST-SSF-GAB-0016 | TC1105-OP-PR-11501 | MC4T4-50-58-GA-000027 | Piping Arrangement and Details 6" Production Dual Hub PLEM 1 | |
| GEN-SS-SST-SSF-GAB-0018 | TC1105-OP-PR-11108 | MC4T4-50-58-GA-000023 | General Arrangement and Details 6" Production Dual Hub PLUS | |
| GEN-SS-SST-SSF-GAB-0021 | TC1105-OP-PR-11109 | MC4T4-50-58-GA-000022 | Detailed design 6" Production Dual Hub PLUS | |
| GEN-SS-SST-SSF-GAB-0022 | TC1105-OP-PR-61113 | MC4T4-50-58-GA-000035 | ARRANGEMENT & DETAILS - 6" PRODUCTION DUAL HUB PLUS INSULATION | |
| GEN-SS-SST-SSF-GAB-0023 | TC1105-OP-PR-61103 | MC4T4-50-58-GA-000036 | ARRANGEMENT & DETAILS - 6" PRODUCTION DUAL HUB PLUS ANODES | |
| GEN-SS-SST-SSF-PRM-0001 | TC1105-ENG-00010 | MC4T4-50-AAA-000010 | Pipeline Erection Manual | |
| GEN-SS-SST-SSF-RPT-0009 | TC1105-ENG-00072 | MC4T4-50-EN-000050 | Pipeline Structure - PLG Design Report | <span style="color:red">New report rather than updating</span> |
| GEN-SS-SST-SPT-0011 | TC1105-OP-00075 | MC4T4-50-8P-000006L | Pipeline Structure - PLG Design Report | |
| GEN-SS-SST-SSU-DWG-0001 | TC1105-OP-007-0001 | MC4T4-50-58-GA-000090 | Umbilical Cross Section Genovesa Umbilical | |
| GEN-SS-SST-SSU-GAB-0004 | TC1105-4J00011912-001-0001 | MC4T4-50-58-GA-000031 | General Arrangement GV-1 UTA (Type A) Genovesa | |
| GEN-SS-SST-SSU-GAB-0005 | TC1105-4J00011912-B01-0002 | MC4T4-50-58-GA-000032 | General Arrangement GV-1 UTA (Type A) Genovesa | |
| GEN-SS-SST-SSU-GAB-0005 | TC1105-4J00011912-B01-0004 | MC4T4-50-58-GA-000021 | General Arrangement GV-1 (Type B) Genovesa | |
| GEN-SS-TTI-SSF-GAB-0002 | 1390-G4-01 | MC4T4-50-58-GA-000029 | General Assembly Drawing - 5.1/8" 15k Size Gate Valve, MTD FSC + RDV | |