

ENTERED
02/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

## JOINT STIPULATION AND ORDER

Chevron U.S.A. Inc. ("CUSA") and Noble Energy, Inc. (collectively "Chevron"), and Debtor Fieldwood Energy LLC and its Debtor Affiliates (collectively, the "Debtors" or "Fieldwood"), pursuant to Bankruptcy Code section 107(b) and Bankruptcy Rule 9018, enter into this Joint Stipulation and Order as follows:

1. CUSA and Fieldwood Energy LLC are parties to an existing Confidentiality and Non-Disclosure Agreement ("Confidentiality Agreement") dated November 24, 2020 that governs access to and use of potentially confidential information.

2. Chevron has requested certain information from Debtors in connection with the disclosure statement and plan that may potentially be confidential and Debtors have requested that Chevron execute a pre-existing Stipulated Protective Order ("Protective Order") entered in these cases on September 15, 2020 (Dkt. 354). The Protective Order contains language that appears to govern circumstances where a party, like Chevron, already has an existing confidentiality agreement.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

4810-5140-9883, v. 1

3. For purposes of both the Confidentiality Agreement and Protective Order, notwithstanding the terms of either document, to the extent that Chevron is provided Designated Material (as defined in the Protective Order) by the Debtors that arguably falls within the scope of both the Confidentiality Agreement and the Protective Order, Chevron and Debtors hereby agree and stipulate that the terms of the Protective Order shall govern.

Signed: February 12, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**IT IS SO STIPULATED:**

Dated February 11, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **ANDREWS MYERS P.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| */s / Lisa M. Norman* <br> Edward L. Ripley <br> SBN: 16935950 <br> Lisa M. Norman <br> SBN: 24137190 <br> 1885 Saint James Place, 15th Floor <br> Houston, TX 77056 <br> Tel: 713-850-4200 <br> Fax: 713-850-4211 <br> eripley@andrewsmyers.com <br> lnorman@andrewsmyers.com <br><br> **ATTORNEYS FOR CHEVRON U.S.A. INC. AND NOBLE ENERGY, INC.** | */s / Jessica Liou (by permission)* <br> Alfredo R. Pérez <br> SBN: 15776275 <br> 700 Louisiana Street, Suite 1700 <br> Houston, Texas 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br> Alfredo.Perez@weil.com <br><br> -and- <br><br> WEIL, GOTSHAL & MANGES LLP <br> Matthew S. Barr (admitted *pro hac vice*) <br> Jessica Liou (admitted *pro hac vice*) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Matt.Barr@weil.com <br> Jessica.Liou@weil.com <br><br> **ATTORNEYS FOR THE DEBTORS** |

4810-5140-9883, v. 1