IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 20-33948 (MI) |
| FIELDWOOD ENERGY LLC, *et al.*, § | |
| § | CHAPTER 11 |
| DEBTORS. § | |
| § | |
| § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM AND NOTICE OF
CONTINUATION AND PERFECTION OF LIENS AND PRIVILEGES IN CERTAIN
PROPERTY OF THE DEBTORS' ESTATES PURSUANT TO 11 U.S.C. § 546(b)**

**NOW HERE COMES** Wild Well Control, Inc. ("***Wild Well***"), creditor in the above styled and numbered cases (the "***Bankruptcy Cases***"), and hereby withdraws its *Proof of Claim* and any amendments thereto (Claim No. 46-2) (the "***Proof of Claim***") and the *Notice of Continuation and Perfection of Liens and Privileges in Certain Property of the Debtors' Estates Pursuant to 11 U.S.C.* (Docket No. 543), (the "***546 Notice***"), and provides notice of such withdrawals, reserving any and all available rights to assert, file or amend the Proof of Claim and/or reassert continuation and/or perfection of the liens and privileges referenced in the 546 Notice, in accordance with applicable law.

Dated February 17, 2021.

                                                                   Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,      */s/ Benjamin W. Kadden*
   RANKIN & HUBBARD                   BENJAMIN W. KADDEN
                                              Texas Bar No. 24077542
                                              601 Poydras Street, Suite 2775
                                              New Orleans, LA 70130
                                              Telephone: (504) 568-1990
                                              Facsimile: (504) 310-9195
                                              Email: bkadden@lawla.com

                                              *Counsel for Wild Well Control, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021 I served a true and correct copy of the above and foregoing *Notice of Withdrawal of Proof of Claim and Notice of Continuation and Perfection of Liens and Privileges in Certain Property of the Debtors' Estates Pursuant to 11 U.S.C § 546(b)* via the Court's CM/ECF system upon all parties receiving electronic notice in the Bankruptcy Cases.

                                                                             /s/ Benjamin W. Kadden