IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **Case No. 20-33948 (MI)** |
| **FIELDWOOD ENERGY LLC, *et al.*,** § | |
| § | **CHAPTER 11** |
| DEBTORS. § | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM AND NOTICE OF CONTINUATION AND PERFECTION OF LIENS AND PRIVILEGES IN CERTAIN PROPERTY OF THE DEBTORS' ESTATES PURSUANT TO 11 U.S.C. § 546(b)**

**NOW HERE COMES** Workstrings International, L.L.C. ("**Workstrings**"), creditor in the above styled and numbered cases (the "**Bankruptcy Cases**"), and hereby withdraws its *Proof of Claim* and any amendments thereto (Claim No. 55-1) (the "**Proof of Claim**") and the *Notice of Continuation and Perfection of Liens and Privileges in Certain Property of the Debtors' Estates Pursuant to 11 U.S.C.* (Docket No. 544), (the "**546 Notice**"), and provides notice of such withdrawals, reserving any and all available rights to assert, file or amend the Proof of Claim and/or reassert continuation and/or perfection of the liens and privileges referenced in the 546 Notice, in accordance with applicable law.

Dated February 17, 2021.

                                                  Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,    */s/ Benjamin W. Kadden*
   RANKIN & HUBBARD                  BENJAMIN W. KADDEN
                                               Texas Bar No. 24077542
                                               601 Poydras Street, Suite 2775
                                               New Orleans, LA 70130
                                               Telephone: (504) 568-1990
                                               Facsimile: (504) 310-9195
                                               Email: bkadden@lawla.com

                                               *Counsel for Workstrings International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021 I served a true and correct copy of the above and foregoing *Notice of Withdrawal of Proof of Claim and Notice of Continuation and Perfection of Liens and Privileges in Certain Property of the Debtors' Estates Pursuant to 11 U.S.C § 546(b)* via the Court's CM/ECF system upon all parties receiving electronic notice in the Bankruptcy Cases.

                                                     /s/ Benjamin W. Kadden