IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On February 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the El Paso Production Oil and Gas Company (MMLID: 12563377), 1001 Louisiana Street, Suite 2731B, Houston, TX 77002; EP Operating Company LP (MMLID: 12563378), 6 Desta Drive, Suite 5250, Midland, TX 79705; Hunt Chieftain Development, L.P. (MMLID: 12563374), 1900 North Akard Street, Dallas, TX 75201, Petrobas America Inc (MMLID: 12563381), 10350 Richmond Ave., Houston, TX 77042:

- Notice of Hearing to Consider Approval of Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 733]

- Notice of Adjournment of Hearing to Approve Disclosure Statement [Docket No. 815]

*[Rest of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

Dated: February 16, 2021

*/s/ Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on February 16, 2021, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022