## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.* [1] | **Case No. 20-33948 (MI)** |
| | **(Jointly Administered)** |

### APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JANUARY 20, 2021

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned cases (the "**Chapter 11 Cases**") of Fieldwood Energy LLC and the affiliated jointly administered debtors and debtors in possession (collectively, the "**Debtors**") submits this application  (the "**Application**") for the entry of an Order substantially in the form attached hereto as **Exhibit A** authorizing the employment and retention of Pachulski Stang Ziehl & Jones LLP ("**Pachulski Stang**") as  co-counsel to the Committee, effective as of January 20, 2021, pursuant to Sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Bankruptcy Rules**").   In support of the Application, the Committee submits the Declaration of Michael D. Warner, a member of Pachulski Stang (the "**Warner Declaration**"), attached hereto as **Exhibit B,** and the Declaration of Tim Fox, on behalf of Committee member Partco, LLC*,* attached hereto as **Exhibit C**.  In further support of the Application, the Committee respectfully represents as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.  § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief sought herein are Sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Bankruptcy Rules 2014-1 and 2016-1.

**BACKGROUND**

4.     On August 3, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these Chapter 11 Cases.

5.     On August 18, 2020, the Office of the United States Trustee filed that certain *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 183], appointing a Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee, as reconstituted, consists of the following committee members:  (i) TETRA Technologies, Inc., (ii) Workstrings International, L.L.C., and (iii) Partco, LLC.

6.     On August 19, 2020, the Committee held a meeting and, among other things, selected Stroock & Stroock & Lavan LLP ("**Stroock**") as lead counsel, subject to Court approval.  The following day, August 20, 2020, the Committee selected Conway Mackenzie, LLC as the Committee's financial advisor and Cole Schotz P.C. ("**Cole Schotz**") to serve as co-counsel to the Committee in these cases, both subject to Court approval.

7.     On September 18, 2020, Cole Schotz filed its *Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 20, 2020* [Docket No. 374].  The Court entered the order approving the application on October 16, 2020 as docket number 470.

8.     Michael D. Warner, a former member of Cole Schotz, was a lead counsel providing services in these Chapter 11 Cases on behalf of Cole Schotz.  On January 20, 2021, Mr. Warner left Cole Schotz and became employed by Pachulski Stang. On January 12, 2021,

the Committee held a meeting and, among other things, voted to retain the firm of Pachulski Stang as its counsel, in place of Cole Schotz.

## RETENTION OF PACHULSKI STANG

9.      By this Application, the Committee seeks authority to retain Pachulski Stang as co-counsel to represent its interests regarding all matters related to the Debtors' Chapter 11 Cases pursuant to Sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1.

10.      The Committee selected Pachulski Stang because the members and associates of Pachulski Stang possess extensive knowledge and considerable expertise in the fields of bankruptcy, insolvency, reorganizations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, among other qualifications.  In addition, the attorneys at Pachulski Stang have substantial experience appearing before the Courts in this District and are familiar with local practice and procedure.  The Committee believes that Pachulski Stang is well qualified to serve as its co-counsel in these Chapter 11 Cases.

11.      The Committee submits that it is necessary and appropriate for it to employ and retain Pachulski Stang to provide, among other things, the following services, to the extent not provided by Stroock, or to the extent that Stroock has a specific conflict with such matter:

i.      advise the Committee with respect to its rights, duties, and powers in these Chapter 11 cases;

ii.      assist and advise the Committee in its consultations with the Debtors relative to the administration of these Chapter 11 cases;

iii.      assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims;

iv.      assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' business;

4

v.      assist the Committee in its investigation of the liens and claims of the Debtors' lenders and the prosecution of any claims or causes of action revealed by such investigation;

vi.     assist the Committee in its analysis of, and negotiations with, the Debtors or any third-party concerning matters related to, among other things, the assumption or rejection of leases of nonresidential real property and executory contracts, asset dispositions, financing or other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

vii.    assist and advise the Committee in communicating with unsecured creditors regarding significant matters in these Chapter 11 cases;

viii.   represent the Committee at hearings and other proceedings;

ix.     review and analyze applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

x.      assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

xi.     prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with any of the foregoing;

xii.    handle matters that are not appropriately handled by Stroock because of actual and potential conflict of interest issues; and

xiii.   perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

12.    As noted, Stroock is the Committee's lead counsel and, thus, Pachulski Stang will use best efforts to coordinate and divide responsibilities with Stroock to avoid unnecessary duplication of services.  Pachulski Stang has addressed with Stroock the need to avoid repetitious professional services and both firms are keenly aware of this issue.

13.    The Committee understands and agrees that Pachulski Stang will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in

effect on the date such services are rendered and for out-of-pocket expenses, all as set forth in the Warner Declaration. Notwithstanding the forgoing sentence, Pachulski Stang has agreed with the Committee, as provided in the Warner Declaration to continue the hourly rate charged by Mr. Warner while employed by Cole Schotz. The Committee requests that all legal fees and related costs and expenses incurred by the Committee on account of services rendered by Pachulski Stang in these cases be paid as administrative expenses of the estate pursuant to Sections 328, 330(a), 331, 503(b) and 507(a)(2) of the Bankruptcy Code. The Committee understands that Pachulski Stang will be submitting detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses. The Committee also understands that Pachulski Stang will be applying to the Court for authority to be paid its fees and expenses pursuant to its obligations under the Bankruptcy Code and any administrative fee orders entered in these cases, and the Committee consents to same.

14. Based upon the Warner Declaration, the Committee is satisfied that Pachulski Stang (i) does not represent any other entity having an adverse interest to the Committee, the Debtors, their estates, or any other party-in-interest in connection with these cases, (ii) has no connection with the U.S. Trustee or any other person employed in the office of the U.S. Trustee, and (iii) Pachulski Stang has not been paid any retainer against which to bill fees and expenses. To the best of the Committee's knowledge, Pachulski Stang has no connection with creditors or any other party-in-interest except as otherwise noted in the Warner Declaration.

15. The Committee requests approval of the employment of Pachulski Stang, effective January 20, 2021. The Committee's selection of Pachulski Stang as its co-counsel on January 20, 2021 necessitated that Pachulski Stang immediately commence work on time-sensitive matters and promptly devote substantial resources to the Debtors' cases, pending

submission and approval of this Application.   Such relief is warranted pursuant to Local Bankruptcy Rule 2014-1(b) because this Application is made within 30 days of the commencement of services by Pachulski Stang.

### SUPPORTING AUTHORITY

16.     The Committee seeks to appoint Pachulski Stang as its co-counsel in accordance with sections 328(a) and 1103 of the Bankruptcy Code.   Section 328(a) authorizes a committee appointed under section 1102 of the Bankruptcy Code, with the court's approval, to employ "a professional person under section 327 or 1103 of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."   11 U.S.C. § 328(a).   Section 1103, in turn, requires that an attorney employed to represent a committee "may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case."   11 U.S.C. § 1103.

17.     The Committee submits that for all the reasons stated above and in the Warner Declaration, the retention and employment of Pachulski Stang as co-counsel to the Committee is warranted under sections 328(a) and 1103.

18.     No prior application for the relief requested herein has been presented to this or any other Court.

### NOTICE

19.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List.   The Committee submits that such notice is sufficient and that no other or further notice be provided.

**WHEREFORE**, the Committee requests that an Order be entered authorizing it to retain Pachulski Stang as its co-counsel in these cases, effective January 20, 2021, and granting the Committee such other relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *et al*.

Dated: February *19*, 2021

By: _____

Partco, LLC, solely in its capacity as member of the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, *et al*.

8

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, *et al.*** [1] | **Case No. 20-33948 (MI)** |
| | **(Jointly Administered)** |

**ORDER APPROVING APPLICATION FOR APPROVAL OF THE EMPLOYMENT
OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
EFFECTIVE AS OF JANUARY 20, 2021**

Upon the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") of Fieldwood Energy LLC, and the affiliated jointly administered debtors and debtors-in-possession (the "**Debtors**"), appointed pursuant to section 1102 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**") for entry of an order authorizing the employment and retention of Pachulski Stang Ziehl & Jones LLP ("**Pachulski Stang**") as co-counsel for the Committee, effective January 20, 2021, pursuant to sections 328 and 1103 of the Bankruptcy Code, Rule 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Local Bankruptcy Rules**"); and upon the Declarations of Michael D. Warner (the "**Warner Declaration**") and Tim Fox filed in Support of the Application; and the Court having jurisdiction to consider the Application and the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and having found based on the representations made in the Application and the Warner Declaration that (i) Pachulski Stang does not hold or represent any interest adverse to the Committee with respect to the matters for which it is being retained; (ii) Pachulski Stang is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code (as modified by section 1103(b) of the Bankruptcy Code); (iii) neither Pachulski Stang nor its professionals have any connection with the Debtors, their estates, or creditors, except as disclosed in the Warner Declaration; and (iv) Pachulski Stang's employment and retention is necessary and in the best interest of the Debtors' estates, their creditors and other parties in interest; and good and adequate notice of the Application having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.     Pachulski Stang's employment and retention is necessary and in the best interest of the creditors of the Debtors and their estates, and Pachulski Stang is authorized to provide the Committee with the professional services as described in the Application.

2.     The Committee is authorized to retain Pachulski Stang as its co-counsel effective as of January 20, 2021, pursuant to 11 U.S.C. § 328 and 1103 under the terms and conditions set forth in the Application and the Warner Declaration.  Pachulski Stang's services will be different than those provided by the Committee's lead counsel, Stroock.  Pachulski Stang and Stroock

shall not overlap services and billing; provided however, Pachulski Stang shall address issues as requested by the Committee or Stroock to complement or support the efforts of Stroock.

3.      Pachulski Stang shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with section 330 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Pachulski Stang intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosure as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases effective as of November 1, 2013*, both in connection with the Application and the interim and final fee applications to be filed by Pachulski Stang in these Chapter 11 Cases.

4.      Ten business days' notice shall be provided by Pachulski Stang to the Debtors, the United States Trustee and any official committee prior to any increases in the rates set forth in the Application, and such notice must be filed with the Court.

5.      The United States Trustee may object to Pachulski Stang's expenses on any grounds.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.  To the extent this Order conflicts with the Application and/or the Warner Declaration, the terms of this Order control.

61542/0001-21228817v1

7.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2021          _____
                                        The Honorable Marvin Isgur
                                        United States Bankruptcy Judge

4

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re | **Chapter 11** |
| **FIELDWOOD ENERGY LLC, *et al.*** [1] | **Case No. 20-33948 (MI)** |
| | **(Jointly Administered)** |

**DECLARATION OF MICHAEL D. WARNER, ESQ., IN SUPPORT OF THE
APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF
PACHULKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE JANUARY 20, 2021**

I, Michael D. Warner, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and

belief, and after reasonable inquiry, declare as follows:

1.      I am a member of the law firm of Pachulski Stang Ziehl & Jones LLP

("**Pachulski Stang**"), which maintains offices for the practice of law at 440 Louisiana Street,

Suite 900, Houston, Texas 77002, with other offices in California, New York, and Delaware.

2.      I am a member in good standing of the bars of the States of Texas and California.

3.      This Declaration is submitted pursuant to sections 328 and 1103 of Title 11 of the

United States Code (the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Texas (the

"**Local Bankruptcy Rules**") in support of the Application  (the "**Application**") for the Entry of

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

an Order Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), effective January 20, 2021.

4.      I am familiar with the matters set forth herein and make this Declaration in support of the Application.

5.      On August 3, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court (the "**Chapter 11 Cases**").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these Chapter 11 Cases.

6.      On August 18, 2020, the Office of the United States Trustee filed that certain *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 183], appointing a Committee pursuant to section 1102 of the Bankruptcy Code. The Committee, as reconstituted, consists of the following committee members:  (i) TETRA Technologies, Inc., (ii) Workstrings International, L.L.C., and (iii) Partco, LLC.

7.      On August 19, 2020, the Committee held a meeting and, among other things, selected Stroock & Stroock & Lavan LLP ("**Stroock**") as lead counsel, subject to Court approval.  The following day, August 20, 2020, the Committee selected Conway Mackenzie, LLC as the Committee's financial advisor and Cole Schotz P.C. ("**Cole Schotz**") to serve as co-counsel to the Committee in these Chapter 11 Cases, both subject to Court approval.

8.      On September 18, 2020, Cole Schotz filed its *Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 20, 2020* (the "**Cole Schotz Employment Application**")

2

[Docket No. 374]. The Court entered the order approving the application on October 16, 2020 as docket number 470.

9.    I am a former member of Cole Schotz, and was previously a lead counsel providing services to the Committee in these Chapter 11 Cases on behalf of Cole Schotz. On January 20, 2021, I left the firm of Cole Schotz and became employed by Pachulski Stang. On January 12, 2021, the Committee held a meeting and, among other things, voted to retain the firm of Pachulski Stang as its counsel, in place of Cole Schotz.

10.   Pachulski Stang has made the following investigation of its connections prior to submitting this Declaration. Pachulski Stang has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties in interest in particular matters. Pachulski Stang requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the firm's database and to enter conflict information regarding new clients or new matters into that database. Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of Pachulski Stang, under my supervision, entered the names of parties provided by the Debtors through the firm's database. The parties entered in Pachulski Stang's database with respect to the firm's conflicts check in these Chapter 11 Cases are set forth on Exhibit 1 annexed hereto.

11.   Based on Pachulski Stang's conflict check within its database, the firm has not encountered any creditors of the Debtors in which an actual conflict exists between the firm and such creditors. However, in an abundance of caution, Pachulski Stang discloses the following:

   a.   I am informed and believe that Highland Capital Management, L.P. ("**Highland**"), is an interested party in these Chapter 11 Cases. Highland is a Debtor in a Chapter 11

case pending in the United States Bankruptcy Court, Northern District of Texas, Dallas Division. Pachulski Stang is counsel to Highland in its Chapter 11 case. Further, as noted above, Michael D. Warner and Benjamin Wallen of Pachulski Stang, were formerly with the firm of Cole Schotz, P.C.  While at Cole Schotz, but prior to the filing of the Highland Chapter 11 case, such professionals represented Highland, and various affiliates.  Such representation ceased prior to the filing of Highland's Chapter 11 case.  Following the filing of the Highland Chapter 11 case, such professionals represented NexBank, SSB, an affiliate of Highland, but did not represent Highland.  Pachulski Stang's current representation of Highland is wholly unrelated to the firm's representation of the Committee in these Chapter 11 Cases. Further, should issues arise in these Chapter 11 Cases which involve Highland, Pachulski Stang will not participate in such matters, and instead, the Committee's other counsel, Stroock, will address such issues.

b. Pachulski Stang represents affiliates of Wagner Oil Company in a matter wholly unrelated to these Chapter 11 Cases.  Pachulski Stang does not represent Wagner Oil Company or any affiliate thereof in connection with these Chapter 11 Cases.

12.     If, at any time during the course of this proceeding, Pachulski Stang learns of any representation which may give rise to a conflict, the firm will promptly file with the Court an amended declaration identifying and specifying such involvement.

13.     Pachulski Stang and certain of its attorneys have represented and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these Chapter 11 Cases.

14.     Pachulski Stang represented, represents, and in the future will likely represent committees in matters unrelated to the Debtors and these Chapter 11 Cases, whose members may be creditors and/or committee members in these cases.

15.     Based on the results of the search described above, and by making general and, when applicable, specific inquiries of Pachulski Stang personnel, insofar as I have been able to ascertain after diligent inquiry, Pachulski Stang (i) does not represent any entity having an adverse interest in connection with these Chapter 11 Cases and (ii) does not represent or hold an interest adverse to the interest of the Debtors or their estates with respect to the matters on which

4

Pachulski Stang is to be employed.  Moreover, Pachulski Stang is disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, Pachulski Stang, nor any of its members, counsel or associates:

      a.   are creditors, equity security holders or insiders of the Debtors;

      b.   are or were within two years before the Petition Date, a director, officer or employee of the Debtors; or

      c.   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

16.    As a part of Pachulski Stang's bankruptcy and corporate restructuring practice, Pachulski Stang's clientele includes: debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers.  The Debtors have numerous creditors and other parties-in-interest.  Pachulski Stang may have in the past represented, and may presently or in the future represent or be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed **above** in matters unrelated to these Chapter 11 cases.  Pachulski Stang believes that its representation of such creditors or other parties in such other matters has not affected and will not affect its representation of the Committee in these proceedings.  To the extent that Pachulski Stang's representation of the Committee would require it to be adverse to any entity that it currently represents as identified **above** with respect to any issue and Pachulski Stang does not have an advance conflicts waiver, Pachulski Stang's co-counsel, Stroock, will address and pursue such issues against any such entity without Pachulski Stang's participation.

17.     In addition to its bankruptcy and corporate restructuring practice, Pachulski Stang is a full service law firm with active corporate, finance, and business, insurance, and employment litigation. Pachulski Stang appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of whom now or may in the future represent or be deemed adverse to claimants or parties-in-interest in these cases.

18.     Except as otherwise set forth herein, insofar as I have been able to ascertain, the shareholders, counsel, associates and staff members of Pachulski Stang do not have any connection with the Debtors, the Debtors' officers and directors, the Debtors' creditors, the Debtors' equity security holders and other known parties-in-interests or their respective professionals.

19.     To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any shareholder, special counsel, associate or staff member of Pachulski Stang, insofar as I have been able to ascertain, is related to the bankruptcy judge assigned to the above-captioned Chapter 11 cases.

20.     To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any shareholder, special counsel, associate or staff member of Pachulski Stang, insofar as I have been able to ascertain, has a connection to the United States Trustee or any person employed in the office of the United States Trustee.

21.     Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in these cases, neither I nor Pachulski Stang is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Pachulski Stang has been disclosed.  To the extent

6

Pachulski Stang discovers any facts or additional information during the period of Pachulski Stang's retention that requires disclosure, Pachulski Stang will supplement this Declaration to disclose such information.

22.     Pachulski Stang intends to apply for compensation for professional services rendered in connection with these Chapter 11 cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Federal and Local Bankruptcy Rules, and Orders of the Court entered in these cases concerning compensation of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the firm.  Pachulski Stang has not been paid any retainer against which to bill fees and expenses.

23.     The attorneys and paralegals primarily responsible for representing the Committee, and their current standard hourly rates are:

| **Name** | **Title** | **Hourly Rate** |
|---|---|---|
| Michael D. Warner | Member | $900[2] |
| Ayala A. Hassell | Of Counsel | $725 |
| Benjamin L. Wallen | Associate | $750 |
| Kerri L. LaBrada | Paralegal | $460 |

Other attorneys, paralegals, and case management clerks may assist in representing the Committee.  The range of hourly rates for such professionals are, at this time, as follows:

| **Title** | **Rates** |
|---|---|
| Members | $845 - $1,695 |
| Of Counsel | $695 - $1,275 |
| Associates | $695 - $750 |
| Paralegals | $425 - $460 |

---

[2] Pachulski Stang has agreed with the Committee that, with respect to the hourly rate of Michael Warner for the balance of 2021, such rate will remain at $900, as such was the hourly rate at the time Michael Warner left Cole Schotz and became employed by Pachulski Stang. Other attorneys providing services in this case will be charging their current hourly rates.

24.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Any such adjustments will be reflected in Pachulski Stang's fee requests.   There are no alternative fee arrangements from customary billing.   Further, no professional varies his or her rate based on geographic location.

25.     It is Pachulski Stang's policy to charge its clients in all areas of practice for out-of-pocket expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mail and express mail, special or hand delivery, outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which shall not be more than the actual cost incurred by Pachulski Stang in performing such research), travel, "working meals," transcription, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Pachulski Stang will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

26.     Furthermore, Pachulski Stang shall use reasonable efforts to coordinate and divide responsibilities with Stroock to avoid unnecessary duplication of services. Pachulski Stang has addressed with Stroock the need to avoid repetitious professional services and both firms are keenly aware of this issue. I have spoken with representatives from Stroock, and we agree to use our best efforts under the circumstances presented to ensure there is a very low likelihood of duplication of effort.

27.     The following is provided in response to the request for additional information set forth in ¶  D.1 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "**Revised Guidelines**"):

**Question**:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

8

Response:        No.

**<u>Question</u>**:        Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:        No.

**<u>Question:</u>**        If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response:        Pachulski Stang did not represent the Committee before its formation.

**<u>Question:</u>**        Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response:        As Committee counsel, Pachulski Stang anticipates that the budget for Committee professionals will be governed by the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 346], subject to any rights that the Committee may have with respect thereto. The Committee and its professionals reserve all rights to seek approval of Committee professional fees.

28.        Pachulski Stang intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B of the Revised Guidelines, both in connection with the Application and the interim and final fee application to be filed by Pachulski Stang in these Chapter 11 Cases.

29.        No promises have been received by Pachulski Stang nor any member, counselor or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

30.     No agreement exists, nor will any be made, to share any compensation received by Pachulski Stang for its services with any other person or firm.

31.     Pachulski Stang will abide by the terms of any administrative order establishing procedures for professional compensation and reimbursement entered in these cases.

I hereby declare under the penalty of perjury that the foregoing is true and correct.


Executed on February 19, 2021                              */s/ Michael D. Warner*
                                                           Michael D. Warner

10

# **EXHIBIT 1**

**NEW Fieldwood 2020 Chapter 11**

Debtors
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Bankruptcy Judges and Staff (for the Southern District of Texas)
Clerk of the Court
U.S. Attorney's Office (for the Southern District of Texas)
Banks
Bondholders/Noteholders/ Indenture Trustees
Bonding and Permitting Authorities
Contract & Joint Venture Counterparties
Current Directors
Current Officers
Known Affiliations of Board Members
Debtors Professionals (law firms, accountants and other professionals)
Former Officers and Directors (include senior management) and Affiliations
Insurance/Insurance Provider
Surety Bonds
Landlords and parties to leases
Lenders (Term/Revolver/Administrative and Collateral Agents)
Administrative and Collateral Agents
Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
Official Committee of Unsecured Creditors (Members and Professionals)
Material Royalties in Suspense (Greater than $100,000)
Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)
Members of Any Ad Hoc Committee
Non- Debtor Affiliates/Parent/Subsidiaries
Non-Debtors Professionals (law firms, accountants, and other professionals)
Notice of Interested Parties/Notices of Appearance
Ordinary Course Professionals
Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
Other Potential Parties in Interest
Parties to Material Contracts with the Debtors (>$1 Million in value remaining)
Parties to Material Unexpired Leases with the Debtors (Landlords)
Partnerships (if debtors is a partnership, its general and limited partners)
Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)
Regulatory and Government (Federal, State, and Local)
Significant Competitors
Significant Customers
Significant Shareholders (more than 5% of equity)
Shareholders/Equity Holders
Sponsors
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Third Party Benefits Provider
Top 50 Unsecured Creditors
UCC (Lien Search Results)
Unions (none)
United States Trustee and Staff (Southern District of Texas)
Utility Providers/Utility Brokers
Vendors/Suppliers

WEIL 2/18/21

**Debtors**
Bandon Oil and Gas GP, LLC
Bandon Oil and Gas, LP
Dynamic Offshore Resources NS, LLC
Fieldwood Energy Inc.
Fieldwood Energy LLC
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
Fieldwood Offshore LLC
Fieldwood Onshore LLC
Fieldwood SD Offshore LLC
FW GOM Pipeline, Inc.
Galveston Bay Pipeline LLC
Galveston Bay Processing LLC
GOM Shelf LLC

**Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**
Apache GOM Pipeline, Inc.
Beryl Oil & Gas GP LLC
Beryl Oil and Gas LP
Coldren Resources GP LLC
Coldren Resources LP
ColdrenSPN Resources GP, LLC
ColdrenSPN Resources, L.P.
Dynamic Offshore Resources, LLC
Fieldwood Managing Member LLC
Galveston Bay Pipeline Company
Galveston Bay Processing Corporation
National Offshore LP
National Onshore LP
Northstar GOM, LLC
Northstar Gulfsands, LLC
SandRidge Energy Offshore, LLC
SandRidge Offshore, LLC
SandRidge Onshore, LLC
SPN Resources, LLC

**Bankruptcy Judges and Staff (for the Southern District of Texas)**
Chief Judge David R. Jones
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Albert Alonzo
Ana Castro
Jeannie Andresen
Jeannie Chavez
Kimberly Picota
LinhThu Do
Mario Rios
Rosario Sfproaldana

Tracey Conrfproad
Tyler Laws
Vriana Portillo
Eduardo V. Rodriguez

**Clerk of the Court**
David J. Bradley (Clerk of the Court)
Darlene Hansen (Clerk of the Court)

**U.S. Attorney's Office (for the Southern District of Texas)**
Ryan Patrick

**Banks**
ABN AMRO Bank N.V.
American Express
BBVA Bancomer, S.A.
Capital One, N.A.
Deutsche Bank AG
J.P. Morgan Chase Bank, N.A.
JPMorgan Chase Bank, N.A
US Bank N.A.
Wilmington Trust, N.A.

**Bondholders/Noteholders/ Indenture Trustees**
None – N/A

**Bonding and Permitting Authorities**
Alabama Department of Conservation and Natural Resources
Bureau of Ocean Energy Management
Bureau of Safety and Environmental Enforcement
Department of Transportation - Pipeline and Hazardous Materials Safety Administration
Florida Department of Environmental Protection
Louisiana Department of Natural Resources
Louisiana Office of Conservation
Mississippi Department of Marine Resources
National Marine Fisheries Services
National Oceanic and Atmospheric Administration
Railroad Commission of Texas
State of Texas, Railroad Commission
Texas General Land Office
The City of Texas City
United States Army Corps of Engineers
United States Coast Guard
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Homeland Security
US Office of Natural Resources Revenue

**Contract & Joint Venture Counterparties**
Acadian Contractors, Inc.
Amerada Hess

WEIL:\97551093\33\45327.0005

American Eagle Logistics, LLC
Anadarko Petroleum Corporation
Apache Corporation
Apache Corporation Co
Apache Deepwater LLC
Apache GOM Pipeline, Inc.
Apache Shelf Exploration LLC
Apache Shelf, Inc.
A-Port LLC
Black Elk Energy Offshore Operations
Black Elk Energy Offshore Operations, LLC
BNP Paribas Trading
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.
Cardinal Services, LLC
Catapult Exploration, L.L.C
Catapult Exploration, LLC
Chevron Corporation
Chevron U.S.A. Inc.
Coastal Chemical Co., LLC
Comision Nacional de Hidrocarburos (National Hydrocarbons Committee)
ConocoPhillips Company
Cypress Point Marine
Davis Offshore Partners, LLC
Davis Offshore, L.P.
Davis Petroleum Acquisition Corp.
Deutsche Bank AG New York Branch
Deutsche Bank Commodities
Dynamic Industries, Inc.
Dynamic Offshore Resources, LLC
Energy XXI GOM, LLC
Energy XXI Onshore, LLC
ENI Petroleum US LLC
Ensco Offshore Company
Enterprise Gas Processing, LLC
Exterran Energy Solutions, L.P.
Fluid Crane & Construction, Inc.
Foothill Capital Corporation
Gulf Crane Services
HCC International Insurance Company PLC
Hunt Oil Company.
Intertek USA, Inc.
Island Operating Co., Inc.
J. Aron & Company
Jerel Exploration, Inc.
JX Nippon Oil Exploration
Kilgore Marine Services, LLC
Lime Rock Resources
Linear Controls, Inc.
Louisiana Safety Systems, Inc.

4

LRR Energy, LP
Magnum Hunter Resources
Marathon Oil Company
Martin Energy Services LLC
Matthew Dundrea (Trustee)
Monson Gulf, L.L.C.
Multiklient Invest AS
Noble Energy, Inc.
Noble Energy, Inc.
Noble Energy, Inc.
Northwestern Mutual Life Insurance Company
Offshore Services of Acadiana, LLC
Olympic Seismic Ltd.
ORX Exploration, Inc.
ORX Resources, L.L.C.
Pacific Enterprises
Palace Exploration Company
Panaco, Inc.
Petrobal (subsidiary of Grupo Bal)
Petrobal Upstream Delta 1, S.A. de C.V.
PHI, Inc.
Quality Energy Services, Inc.
Riverstone Holdings LLC
Riverstone Holdings LLC
Riverstone Sparta Cooperatief U.A.
RLI Insurance Company
Sandridge Energy, Inc.
SEI
Seismic Exchange, Inc. ("SEI")
Seital Data Corp.
Seital Data, Ltd.
Seital Offshore Corp
Shamrock Management LLC (d/b/a Shamrock Energy Solutions)
Shell Consolidated Energy Resources Inc.
Shell Deepwater Development Inc.
Shell Energy North American (US), L.P.
Shell Exploration & Production Company
Shell Frontier Oil & Gas Inc.
Shell Gulf of Mexico Inc.
Shell Land & Energy Company
Shell Land & Energy Company
Shell Offshore Inc.
Shell Oil Company
Shell Trading Risk Management, LLC
Solar Turbines Incorporated
Stone Energy Offshore, L.L.C.
Targa Resources
TDC/Petrobas
Texaco
TGS-NOPEC Geophysical Company
Total Safety U.S., Inc.

5

U.S. Recovery Systems, Inc.
WesternGeco L.L.C.
Wood Group PSN, Inc.
XTO Energy Inc.
Zenergy, Inc.
Zurich American Insurance Company

**<u>Current Directors</u>**
Bartow Jones
James LaChance
James Painter
Jason Dillow
Jason Mudrick
Mark S. Boyadjian
N. John Lancaster, Jr.

**<u>Current Officers</u>**
Bart Neighbors
Brandon DeWolfe
Gary G. Janik
Gary Mitchell
James P. Brysch
John Deck
John Dwyer
John H. Smith
John Pritchett
John Seeger
Kelly Frazier
Mark Mozell
Michael T. Dane
Patrick Eiland
Thomas R. Lamme
William "Bill" Swingle

**<u>Known Affiliations of Board Members</u>**
4Gas BV
A. Hak inTANK Services LLC
Abaco Energy Technologies LLC
AG Global Canada, L.P.
Apache
aPriori Capital Partners L.P.
Atlas Barnett, LLC
Belden & Blake Corp.
Bounty Minerals II LLC
Bounty Minerals LLC
Buckeye GP Holdings L.P.
Buckeye Partners, L.P.
Capital C Energy, LLC
Carlyle/Riverstone Global Energy and Power Fund I, L.P.
Carlyle/Riverstone Global Energy and Power Fund II, L.P.
Carlyle/Riverstone Global Energy and Power Fund III, L.P.

WEIL:\97551093\33\45327.0005

CDM Resource Management LLC
Centennial Resource Development, Inc.
Cobalt International Energy, Inc.
Credit Suisse
DLJ Merchant Banking Partners
Dresser, Inc.
Dynamic Energy Services International LLC
Dynamic Offshore Resources, LLC
Enduro Resource Partners LLC
EP Energy Corporation
EP Energy LLC
Frontier Drilling ASA
Goldman Sachs & Co. LLC
Green Earth Fuels, LLC
Hudson Products Corp.
Kerogen Exploration LLC
Kinder Morgan Kansas, Inc.
Legend Natural Gas II, L.P.
Legend Natural Gas III, LP
Legend Natural Gas, LP
Liberty Oilfield Services Holdings LLC
Liberty Oilfield Services LLC
Liberty Resources II
Liberty Resources LLC
Magellan GP, LLC
Magellan Midstream Partners, L.P.
MainLine Management LLC
Mariner Energy, Inc.
Maritech Resources
Niska Gas Storage Ltd.
Northstar Offshore Group LLC
Permian Tank & Manufacturing, Inc.
Plains Gas Solutions, LLC
Plains Resource
Quorum Business Solutions, Inc.
Red Technology Alliance, LLC
Riverstone Energy Limited
Riverstone Holdings LLC
Riverstone/Carlyle Global Energy and Power Fund IV, L.P.
Seabulk International, Inc.
Shelter Bay Energy, Inc.
Stallion Oilfield Services Ltd.
Targe Energy LLC
The Carlyle Group L.P.
The Goldman Sachs Group, Inc.
Titan Specialties, Ltd.
Topaz Power Group LLC
Trinity River Energy, LLC
Tuck School of Business at Dartmouth
UTEX Industries
Vantage Energy Inc.

WEIL:\97551093\33\45327.0005

Ward Lake Drilling Inc.
Wayne Fueling Systems
XTO Energy Inc.

**Debtors Professionals (law firms, accountants and other professionals)**
AlixPartners, LLP
Houlihan Lokey Capital, Inc.
Jones Walker LLP
Prime Clerk LLC
Simpson Thacher & Bartlett LLP
Thompson & Knight LLP
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management) and Affiliations**
David M. Leuschen
David McBride
Doug MacAfee
G.M. McCarroll
Howard Tate
James P. Ulm
Jill Curry
Joel Plauche
John Nicholson
Michael T. Dane
Paul Gluth
Pierre F. Lapeyre Jr.
R. Cris Sherman
Richard Black
Shannon Savoy

**Insurance/Insurance Provider**
AEGIS
AIG OIL Rig
Aliant, Inc.
Alliance Global Corporate and Specialty SE
Alliant, Inc. CAC Specialty
American International Group UK Ltd.
Anco Insurance Services of Houston, Inc.
Antares
Apollo Marine & Energy Consortium
Appollo Syndicate Management
Arch Insurance (UK) Limited
Arch Insurance Company
Arch Insurance International
Argo
Ark
Ascot Syndicate 1414 at Lloyd
AXA XL
AXIS
Berkley Offshore Underwriting
Berkley Offshore Underwriting (StarNet Insurance Company)

Berkshire Hathaway
Berkshire Hathaway Specialty Insurance Company
Bishopsgate Insurance Brokers
CAC Specialty
Canopius Managing Agents Limited
Chubb
Chubb Limited
CNA Hardy
Convex Insurance UK Limited
CV Starr
Europe SE
European Company Operations
Great American Insurance Group
Hamilton / Hamilton Insurance DAC
HCC International Insurance Company PLC
HDI Global Specialty SE
Hiscox
Houston Casualty Company (UK Branch)
Ironshore
Kersey Specialty Limited
Liberty Mutual Insurance Europe SE
Liberty Specialty Markets
Lloyd's of London
Lloyd's Syndicates & Companies
Lloyd's Syndicates & Companies (including Starstone)
Lloyd's Syndicates and Companies
Markel Insurance International Limited
Markel International Insurance Company Limited
Markel International Limited
MRS
MS Amlin Underwriting Limited
Munich Re Syndicate Limited
National Union Fire Ins. Co. of PA (through AIG Oil Rig)
Navigators Underwriting Agency Ltd
NOA
OIL Casualty Insurance
Old Republic
Old Republic Insurance Company
Price Forbes & Partners Ltd
QBE
SOMPO International
Starr Aviation
Starr Indemnity & Liability Company
Swiss Re International
Swiss Re International SE UK Branch
Talbot Underwriting Ltd
The Chaucer Group
The Great American Insurance Company
Thomas Miller Specialty
Tokio Marine
Traveler's Lloyd's Insurance Company

9

Travelers Lloyd's Insurance Company
U.S. Specialty Insurance Company
USI Southwest
Willis Towers Watson
Willis Towers Watson US, LLC
XL Catlin
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich American Insurance Company of Illinois

**Surety Bonds**
Alliant     Aspen
Alliant     Berkley
Alliant - Everest Re
Alliant     Everest Re /HCCI
Alliant - Hanover
Alliant - Liberty Mutual
Alliant - Philadelphia
Alliant - Sirius
Alliant - Tokio
Alliant - Tokio Marine HCC
Alliant - Travelers
Alliant – XL Specialty Ins. Co
Alliant- Everest Re /HCCI
Anadarko
Apache Corporation
Apache Shelf, Inc.
Aspen
AXA
Berkley Insurance Company
Berkley Offshore
Berkshire Hathaway Specialty Insurance
BP Exploration & Oil Inc.
Chevron U.S.A. Inc.
ConocoPhillips Company
Department of Homeland Security
Deutsche Bank AG
Deutsche Bank AG New York Branch
Endurance American Insurance
ENI
ENI Petroleum US LLC
EOG Resources, Inc.
Everest Re
Evergreen National Indemnity Company
Hanover Insurance Company
Houston Casualty Company
IndemCo     HCC
IndemCo     Ironshore
IndemCo     Lexon
IndemCo     Swiss Re
Ironshore Europe Limited

10

Ironshore Indemnity Company
Ironshore Specialty Insurance Company
JX Nippon Oil Exploration (USA) Limited
Lexon Insurance Company
Liberty
Liberty Mutual Europe
Liberty Mutual Insurance Company
Louisiana Office of Conservation
Manta Ray Offshore Gathering Company, L.L.C.
Marathon Oil Company
McMoran Oil & Gas, LLC
Noble Energy
Noble Energy, Inc.
Petrobas Americas Inc.
Philadelphia Indemnity Insurance Company
RLI
Shell Offshore Inc.
Sirius Americas Insurance Co.
SOMPO International
State of Texas, Railroad Commission
TDC Energy LLC
The City of Texas City
Tokio Marine
Travelers
Travelers Casualty & Surety Co.
Union Oil Company
Union Oil Company
US Army Corp. of Engineers
US Bureau of Ocean Energy Management
US Dept. of Interior Bureau of Ocean Energy Management
US Office of Natural Resources Revenue
Williams Companies (Gulfstar One LLC)
Willis - Evergreen
Willis - Zurich
XL Catlin
XL Specialty Insurance Company
XTO Offshore Inc.
Zurich American

**Landlords and parties to leases**
Apache Corporation
Behringer Harvard Briarlake Plaza Owner, LLC
Cheyenne Services, LLC
The Lubrizol Corporation
One BriarLake Plaza Owner, LLC
Ronnie White Custom Homes, L.L.C.

**Lenders (Term/Revolver/Administrative and Collateral Agents)**
Aegon Asset Management
Apex Credit Partners LLC
Babson (Barings)

Bank of America, N.A.
Bardin Hill
Bardin Hill Loan Management LLC
Blackrock Financial
Bluebay Asset Management
Brown University
Canaras Capital
Cantor Fitzgerald
CIFC Asset Management
Citibank, N.A.
Cohanzick Management, LLC
Columbia Management Inv.
Continental Casualty Co.
Eaton Vance Management
Ellington Management Group LLC
Federated Investment
Franklin
Goldman
Graham Capital Management
Highland Capital / Highland Capital Management, L.P.
Hotchkis N Wiley Cap Mgt.
Invesco Senior Secured
Invesco Senior Secured Management, Inc.
Jefferies Holdings
JPMorgan Chase Bank, N.A.
Monroe Capital Management LLC
Morgan Stanley
Mudrick Capital /Mudrick Capital Management, L.P.
Newfleet * Hartford
Nexbank
Oaktree Capital
P.Schoenfeld Asset Management
Pretium Credit Mgmt., LLC
SI Capital LLC
Silvermine Capital Management LLC
Stifel Financial Corp.
Swiss Life Asset Management
Symphony Asset Management
Symphony Asset Management LLC
THL Credit Advisors LLC
Thrivent Financial
Wellington Management
Z Capital Group L.L.C.
Zais Group LLC

**Administrative and Collateral Agents**
Cantor Fitzgerald Securities
Citibank, N.A.
Cortland Capital Market Services LLC

**Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

WEIL\97551093\33\45327.0005

Antonio Smith, Jr.
Arnulfo Garcia
Aspen American Insurance Company
Bowie Lumber
Bowie Lumber Associates
Calvin Abshire
Clayborne Lewis
Contango Operators, Inc.
Derrick Daniels
Edward Randall
Gilberto Gomez Rojas
Glenn Gibson
Gulf Resource Management, Inc.
Hoactzin Partners, L.P.
JamesDerrick, III
Kevin Gray
Knight Energy Holdings, LLC
Lee Bob Rose
Lionel Every and Shawn Philbeck
Nicholas Verdin
Northstar Offshore Group, LLC
Peregrine Oil & Gas II, LLC
Peregrine Oil & Gas, LP
Ray Sam
Regis Southern
Rodi Marine, LLC
Ronald Williams
Tana Exploration Company
The Bureau of Safety and Environmental Enforcement (BSEE)
The Parish of Cameron
Timothy Tores
Tomas Arce Perez
Tomas Perez
Toys O'Neil
Travelers Casualty and Surety Company of America
U.S. Department of the Interior
U.S. Department of the Interior - Office of Inspector General
U.S. Department of the Interior - Office of Inspector General, Energy Investigations Unit
U.S. Department of the Interior- Office of the Solicitor
US Attorney's Office Eastern District of Louisiana
US Attorney's Office Western District of Louisiana
US Department of Interior - Office of Inspector General
US Department of Interior - Office of Inspector General - Energy Investigations Unit
US Trustee (Texas)
Valero Corporation
Valero Marketing and Supply Company
Valero Marketing and Supply Company

**Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)**
Ecopetrol America LLC
Houston Energy Deepwater Ventures I

Office of Natural Resources Revenue
Red Willow Offshore LLC
State of Louisiana
Talos Energy Offshore, LLC
TGS-Nopec Geophysical Co LP
Wild Well Control Inc.

**Material Royalties in Suspense (Greater than $100,000)**
Diverse Operating Company
Hal G Kuntz Estate
Office of Natural Resources Revenue
Sybil Maria Calhoun

**Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)**
Duplicative = See Vendors/Suppliers

**Members of Any Ad Hoc Committee**
Not available at this time

**Non- Debtor Affiliates/Parent/Subsidiaries**
Fieldwood Coöperatief U.A. (Non-debtor subsidiary)
Fieldwood Energy de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy E&P Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Energy Services de Mexico, S. de R.L. de C.V. (Not a subsidiary or affiliate; controlled by Riverstone)
Fieldwood Management LLC (Not an affiliate or parent; holds immaterial number of shares of Fieldwood Energy Inc. stock)
Fieldwood Managing Member LLC (Converted to Fieldwood Energy Inc. and is a debtor)
Fieldwood Mexico B.V. (Not a subsidiary or affiliate; controlled by Riverstone)
GOM P&A Services LLC
REP Management Company V, LLC (Riverstone Management)
Riverstone Credit Opportunities
Riverstone Fund V
Riverstone Holdings, LLC
Riverstone Investment Group LLC
Riverstone Sparta Coöperatief U.A.
Riverstone V FW Holdings, LLC
SP 49 Pipeline LLC

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Davis Polk & Wardwell LLP
Dykema Gossett PLLC
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
Haynes and Boone, LLP
Holland & Knight LLP
Intrepid Partners, LLC
Opportune LLP
Rothschild & Co US Inc.
Shipman & Goodwin LLP
Vinson & Elkins LLP

**Official Committee of Unsecured Creditors (Members and Professionals)**
Stroock & Stroock & Lavan LLP
Cole Schotz P.C.
Conway MacKenzie, LLC
Partco, LLC
TETRA Technologies. Inc.
Workstrings International, L.L.C.
Halliburton Energy Services, Inc. (resigned)
Oceaneering International, Inc. (resigned)
Subsea 7 US LLC (resigned)

**Ordinary Course Professionals [ parties not listed on OCP Motion indicated with*]**
Adams and Reese LLP
Alston & Bird LLP
Barker, Donelson, Bearman, Caldwell, Berkowit & Taft LLP *
Beck Redden LLP
Blank Rome LLP
BRI Consulting Group, Inc.
Buck Keenan LP
C.H. Fenstermaker & Associates*
Cadwalader, Wickersham & Taft LLP
Capitelli & Wicker
Capitol Services, Inc.
Chaffe McCall LLP
Corbett & Schreck, PC
Davis Graham & Stubbs LLP *
Deloitte Tax LLP *
Donato, Minx, Brown & Pool, P.C.*
Edwards & Floom LP*
Ernst & Young LLP
Ernst & Young Product Sales LLC
Floom Energy Law PLLC
Gieger Laborde & Laperouse LLC
Hartline Barger LLP
Hill and Knowlton Strategies LLC*
Holman Fenwick Willan USA LLP
Imagenet Consulting LLC*
Jackson Lewis, P.C.
John & Hengerer
Jones Walker LLP*
Kilmer Crosby & Quadros PLLC
Kilmer Crosby & Walker PLLC*
King & Jurgens LLC
King Krebs & Jurgens*
KPMG LLP*
Law Office of Kevin M Sweeney
Liskow & Lewis
Loyens & Loeff
Matthew Schreck*
Mayer Brown, LLP

McGuire Woods LLP
Miller & Chevalier Chartered
Mobius Risk Group, LLC*
N Darlene Walker & Associates*
Opportune LLP
Opportune Technologies LLC*
Post & Schell PC
Pricewaterhousecoopers LLP
Ryan, LLC*
Ryder Scott Company LP
Schiffer Odom Hicks & Johnson PLLC
Simpson Thacher & Bartlett LLP
Sirius Solutions, LLP*
Skinner Law Firm LLC
Squire Patton Boggs (US) LLP*
Stancil & Co. (Stancil Property Tax, LLC)
Stonebridge Consulting, LLC*
Susman Godfrey LLP
Thompson & Knight LLP
Thompson & Knight LLP*
Thompson Coburn LLP
Vistra Management Services*
Watkins & Eager PLLC.
Willis Towers Watson US LLC
Willis Towers Watson US LLC
Wood Mackenzie Inc.*
Yetter Coleman LLP*

**Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)**
Atlantic Maritime Services LLC
Deutsche Bank AG
Diverse Safety & Scaffolding LLC
Goldman Sachs Bank USA

**Other Potential Parties in Interest**
Adobe Resources Corporation, et al.
Alfred Wagner, Jr.
Alliance Operating Corporation
Amerada Hess Corporation
Amoco Production Company
Anadarko Petroleum Corporation
Apache Corporation
Arkansas Fuel Oil Corp.
Ashland Oil, Inc., et al.
Atlantic Richfield Company
Barrett Resources Corporation
BP Exploration & Oil Inc.
BP Exploration & Production Inc.
C.A. Black, Jr.
Cabot Corporation, et al.
Cabot Oil & Gas Corporation

WEIL:\97551093\33\45327.0005

California Oil Company
Callon Petroleum Operating Company, et al.
Case-Pomeroy Oil Corporation
Castex Offshore, Inc.
Castex Offshore, LLC
Chevron Oil Company
Chevron U.S.A. Inc.
Chieftain International (U.S.) Inc., et al.
Cities Service Company, et al.
Cities Service Oil Company, et al.
City Services Oil Company, et al.
CNG Producing Company
Coastal Oil & Gas Corporation, et al.
Conoco Inc.
Continental Oil Company
Corpus Christi Exploration Company
Crown Central Petroleum Corporation, et al.
Devon Energy Production Company, L.P.
Diamond Shamrock Offshore Partners Limited Partnership
Dominion Exploration & Production, Inc., et al.
Elf Aquitaine Operating, Inc.
Elf Exploration, Inc., et al.
Energy Development Corporation, et al.
EPL of Louisiana, L.L.C.
Exxon Corporation
Flores & Rucks, Inc.
Forcenergy Gas Exploration, Inc.
Forcenergy Inc.
Forest Oil Corporation
General Crude Oil Company, et al.
Getty Oil Company, et al.
Gulf Coast Oil Properties,
Gulf Oil Corporation
Gulf Refining Company
Hall-Houston Exploration III, L.P.
Hall-Houston Oil Company
Hamilton Brothers Oil Company, et al.
Harbert Energy Corporation
Hardy Oil & Gas USA Inc., et al.
Helis Oil & Gas Company, L.L.C., et al.
Howell Petroleum Corporation
Humble Oil & Refining Company
Hunt Oil Co.
IP Petroleum Company, Inc., et al.
Kerr-McGee Corporation, et al.
Kerr-McGee Oil Industries, Inc.
LLOG Exploration Offshore, Inc.
Macquarie Group
Magnolia Petroleum Company
Magnum Hunter Production, Inc.
Marathon Oil Company, et al.

17

WEIL:\97551093\33\45327.0005

Mariner Energy, Inc.
Mark Producing, Inc., et al.
Mesa Petroleum Co., et al.
Mobil Oil Corporation
Mobil Oil Exploration & Producing Southeast, Inc.
Mobil Oil Exploration & Producing Southwest, Inc.
Murphy Oil USA, Inc., et al.
Myrna McLeroy
Newfield Exploration Company
Norcen Explorer, Inc.
Odeco Oil & Gas Company, et al.
OEDC Exploration & Production, L.P.
Pan American Petroleum Corporation
Pelto Oil Company
Pennzoil Exploration and Production Company
Pennzoil Louisiana and Texas Offshore, Inc.
Pennzoil Offshore Gas Operators, Inc., et al.
Pennzoil Oil & Gas, Inc., et al.
Pennzoil Producing Co.
Petsec Energy Inc.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Exploration Company LP
Pogo Producing Company
Prisma Capital Partners LP
Ranger Oil Limited
Remington Oil and Gas Corporation, et al.
Saltex Exploration Inc.
Samedan Oil Corporation
Seneca Resources Corporation
Shell Offshore, Inc.
Shell Oil Company
Signal Oil & Gas Company, et al.
Signal Oil and Gas Company
Sinclair Oil & Gas Co., et al.
Skelly Oil Company, et al.
Sohio Petroleum Company
Sonat Exploration Company, et al.
Spinnaker Exploration Co. LLC
Spinnaker Exploration Company, L.L.C.
Standard Oil Company of Texas
Stone Energy Corporation
Sun Oil Company
Superior Oil Company, et al.
Tenneco Oil Company
Tennessee Gas Transmission Company
Texaco Exploration and Production Inc.
Texaco, Inc.
Texasgulf Inc., et al.
Texoma Production Company, et al.
The British-American Oil Producing Company

WEIL:\97551093\33\45327.0005

The Houston Exploration Company
The Louisiana Land and Exploration Company
The Superior Oil Company
The William G. Helis Company, L.L.C., et al.
Trade & Development Corporation
Transco Exploration Company, et al.
TransOcean Oil, Inc., et al.
TXP Operating Co.
TXP Operating Company
Union Exploration Partners, Ltd.
Union Oil Company of California
Union Oil Company, et al.
Union Pacific Resources Company
Union Production Company
Vastar Resources, Inc.
Vastar Resources, Inc., et al.
William T. Burton

**Parties to Material Contracts with the Debtors (>$1 Million in value remaining)**
Duplicative See Contract & Joint Venture Counterparties; Partnerships; Significant Customers

**Parties to Material Unexpired Leases with the Debtors (Landlords)**
Duplicative See Landlords and Parties to Leases

**Partnerships (if debtors is a partnership, its general and limited partners)**
Energy XXI GOM, LLC
Stone Energy Offshore, L.L.C.

**Regulatory and Government (Federal, State, and Local)**
Alabama Department of Conservation & Natural Resources
Alabama Dept. of Environmental Mgmt.
American Bureau of Shipping
American Petroleum Institute
Bonnie R Higgins
Bureau of Land Management ("BLM")
Bureau of Ocean Energy Management ("BOEM")
Bureau of Safety and Environmental Enforcement ("BSEE")
Cameron Parish Clerk Of Court
Cameron Parish Water District #9
City of Texas City, Texas
Delaware Secretary of State
Department of Finance State Comptroller's Office
Department of Interior
Department of Justice
Dolphin Land and Sea
U.S. Environmental Protection Agency ("EPA")
Environmental Protection Agency- Region 7
Federal Energy Regulatory Commission ("FERC")
Federal Trade Commission
Federal Wage and Labor Law Institute Ltd
FINRA

WEIL:\97551093\33\45327.0005

Ground Water Protection Council
Gulf of Mexico Outer Continental Shelf (OCS) Region
Independent Petroleum Association of America
Internal Revenue Service
International Association of Defense Counsel
U.S. Internal Revenue Service ("IRS")
Interstate Oil and Gas Compact Commission (IOGCC)
Jefferson Davis Parish
Jefferson Parish Department of Water
Jefferson Parish Pooled Cash
Jerry J. Larpenter Sheriff and Tax Collector
Lafourche Parish Clerk
Leland Falcon
Louisiana Department of Environmental Quality
Louisiana Department of Natural Resources
Louisiana Department of Revenue
Louisiana Department of Wildlife and Fisheries
Louisiana Dept. of Natural Resources Office of Conservation
Louisiana Environmental Monitoring, Inc.
Louisiana Income and Franchise tax
Louisiana Mid-Continent Oil & Gas Association
Louisiana Office of Conservation
Louisiana Office of Mineral Resources
Louisiana Property Tax
Louisiana State Land Office
Louisiana State Police
MARPOL
Minerals Management Service (MMS)
National Ocean Industries Association
Occupational Safety and Health Administration ("OSHA")
Office of Natural Resources Revenue ("ONRR")
Pipeline and Hazardous Materials Safety Administration ("PHMSA")
Plaquemines Parish Clerk of Court
Plaquemines Parish Government
Plaquemines Parish Sheriff Office
Railroad Commission of Texas
Roma Independent School District
Secretary of State for Texas
Southwest Louisiana Elect Membership Corp
St. Bernard Parish Clerk of Court
St. Martin Parish Sheriff's Office
St. Mary Parish Government
State Bar of Texas
Texas A&M Research Foundation
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Franchise Tax
Texas General Land Office
Texas local property taxes
Texas Parks & Wildlife
The Bureau of Ocean Energy Management

The Federal Water Pollution Control Act or the Clean Water Act (the "CWA")
The International Convention for the Prevention of Pollution from Ships
The International Maritime Organization (IMO)
The National Transportation Safety Board
The Outer Continental Shelf Advisory Board
The Railroad Commission of Texas (RRC)
The Secretary of Transportation
U.S. Department of Energy (DOE)
U.S. Department of the Interior
U.S. Office of Natural Resources Revenue
U.S. Securities and Exchange Commission
United States Coast Guard
United States Custom and Border Protection (CBP),
United States Department of Justice Civil Division - Bureau of Land Management
U.S. Army Corp. of Engineers
U.S. Dept. of Interior / BOEM
U.S. Office of Natural Resources Revenue
United States Department of The Treasury
Us Dept. of Commerce     NOAA
Vermilion Parish Police Jury
Vermillion Parish Clerk of Court
World Affairs Council of Greater Houston

**Significant Competitors**
Amerada Hess
Anadarko Petroleum Corporation
Antero Resources
Arena Energy
BHP
BP Energy Company
Bridge
Bridger Trading LLC
Buckeye Partner LP
CanEra
Chevron Corporation
Chevron U.S.A. Inc.
Cobalt International Energy
Consol Energy
Davis Offshore Partners LLC
Davis Petroleum Acquisition Corp
Dresser
Dynamic Offshore Resources
Energy XXI
ENI Petroleum US LLC
EnVen
EP Energy
EQT
Equinor
ExxonMobil
ExxonMobil Corporation
Foresight Energy LLC

WEIL:\97551093\33\45327.0005

Freeport-McMoRan
Gibsons
Gulfport Energy Corporation
Kinder Morgan
LLOG Exploration Company
Murphy Oil Company
Noble Energy, Inc.
Northern Resources Inc.
Northwestern Mutual Life Insurance Company
Phillips 66
Phoenix Exploration
Ridgewood Energy ILX Holdings
SandRidge Energy Inc
Shell Exploration & Production Company
Shell Trading (US) Company
Stone Energy Offshore, L.L.C.
Talos Energy LLC
Three Rivers Operating Company LLC
UTEX
Vantage Energy
W&T Offshore Inc.
Walter Oil & Gas Corporation

**<u>Significant Customers</u>**
Air Liquide Large Industries U.S. LP
Ankor Energy LLC
Apache Corporation
Arena Energy
BP America Production Company
BP Energy Company
BP Exploration & Oil Inc.,
Catapult Exploration, LLC
Chaparral Energy Inc.
Chevron USA Inc.
Cimarex Energy Co
Cintas Corporation No 2
ConocoPhillips Company
DTE Energy Trading, Inc.
Dugas Oil Co.
Duke Energy Carolinas, LLC
Encino Operating, LLC
Energy XXI
ENI Petroleum US LLC
ENI US Operating Co.
EOG Resources
ExxonMobil Corporation
Freeport McMoran Oil & Gas LLC
GOM Offshore Exploration I LLC
Helis Oil & Gas Company LLC
Hilcorp Energy Company
Linder Oil Co, A Partnership

LLOG Exploration Company
Marathon Oil Company
Maritech Resources Inc.
Monforte Exploration LLC
Montco Oilfield Contractors LLC
NJR Energy Services Co.
Noble Energy, Inc.
Osprey Petroleum Partners LP
Petsec Energy Inc.
Placid Refining Company
Plains Marketing LP
Probe Resources Us Ltd
Renaissance Offshore, LLC
Rooster Petroleum LLC
Scana Energy Marketing Inc.
South Jersey Resources Group, LLC
Southern Natural Gas Co. LLC
Statoil Gulf Services LLC
Stone Energy Corporation
Talos Energy LLC
Tana Exploration Company LLC
Tenaska
Tenkay Resources Inc.
Texla Energy Management, Inc.
The Energy Authority
TMR Exploration Inc.
TR Offshore LLC
Venice Energy Services Company LLC
Venice Energy Services Company LLC
Vitol, Inc.
W&T Offshore Inc.
Walter Oil & Gas Corporation
WGL Midstream, Inc.
Williams Energy Marketing
Williams Energy Services Company
Williams Gas Pipeline

**Shareholders/Equity Holders:**
ACIS CLO 2013-1, Ltd.
ACIS CLO 2014-3, Ltd.
ACIS CLO 2014-4, Ltd.
ACIS CLO 2014-5, Ltd.
AGF Floating Rate Income Fund c/o Eaton Vance Management
Arrowood Indemnity Company
Arrowood Indemnity Company as Admin for the Pension Plan of Arrowood Indemnity Company
Ascension Alpha Fund LLC
Ascension Alpha Fund LLC c/o Halcyon Loan Management LLC
Ascension Alpha Fund, LLC c/o Halcyon Loan Management LLC
Ascension Health Master Pension Trust c/o Halcyon Loan Management LLC
AZL Blackrock Global Allocation Fund
Baloise Senior Secured Loan Fund I

Barclays Capital Inc.
Bardin Hill
Barings Corporate Investors
Barings Global Credit Income Opp. Fund A Series of Barings Funds Tr.
Barings Global Credit Income Opportunities Fund
Barings Global Floating Rate Fund
Barings Global Floating Rate Fund, A Series Of Barings Funds Trust
Barings Global High Yield Credit Strategies Limited
Barings Global Loan and High Yield Bond Fund
Barings Global Loan and High Yield Bond Limited
Barings Global Loan Limited
Barings Global Multi-Credit Strategy 2 Limited
Barings Global Short Duration High Yield Fund
Barings Global Special Situations Credit 3 S A R L
Barings Global Special Situations Credit 3 S.A.R.L.
Barings U.S. High Yield Bond Fund
Barings U.S. High Yield Fund, A Series of Barings Funds Trust
Barings US High Yield Fund
Barings US Loan Fund
Baycity Alternative Investment Funds
Baycity Alternative Investment Funds SICAV-SIF-Baycity US Senior Loan Fund
Baycity Senior Loan Master Fund, Ltd.
Baycity Senior Loan Master Fund, Ltd. B c/o Intertrust Corp Serv. (Cayman) Ltd
Baycity Senior Loan Master Fund, Ltd. c/o Intertrust Corp Serv. (Cayman) Ltd
BCGSS 2 S.A.R.L.
BCGSS 2 SARL
BCM 2014-I ETB, Inc. c/o Barings LLC
BCM 2014-II ETB, Inc. c/o Barings LLC
BCM 2015-I ETB, Inc. c/o Barings LLC
Blackrock Global Allocation Collective Fund
Blackrock Global Allocation Fund Aust
Blackrock Global Allocation Fund Aust. Level 26
Blackrock Global Allocation Fund, Inc.
Blackrock Global Allocation Port of The Blackrock Series Fund. Inc.
Blackrock Global Allocation Portfolio of The Blackrock Series Fund Inc.
Blackrock Global Allocation V.I. Fund of The Blackrock VAR Series FD Inc.
Blackrock Global Allocation VI Fund of Blackrock Variable Series Funds Inc.
Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP
Blackwell Partners, LLC - Series A
BLLC 2013-I ETB, Inc. c/o Barings LLC
BOC Pension Investment Fund
BOC Pension Investment Fund c/o Invesco Senior Secured Management Inc.
BofA Securities Inc.
Boston Patriot Battery March St. LLC
Boston Patriot Batterymarch St LLC B c/o Mudrick Capital Management LP
Brandon Dewolfe
Brian Logan
Brighthouse Funds Trust I
Brighthouse Funds Trust I c/o Eaton Vance Management
Brown University
Brown University - Sound Point

WEIL\97551093\33\45327.0005

C.M. Life Insurance Company
California Street CLO IX Limited Partnership LP
California Street CLO IX Tax Subsidiary Ltd.
California Street CLO XII Tax Subsidiary Ltd
California Street CLO XII, Ltd.
CENT CLO 19 Limited c/o Columbia Mgmt. Invest. Advise LLC
Citigroup Global Markets Inc.
City of New York Group Trust
CM Life Insurance Co
Columbia Floating Rate Fund, A Series of Columbia Funds Trust II
Columbia Strategic Income Fund, A Series of Columbia Funds
Columbia Strategic Income Fund, A Series of Columbia Funds Series TR I
Columbia VAR Portfolio Strat Income FD A Series of Columbia Funds VAR INS TR
Columbia Var Portfolio Strat Income FD Series Tr I A Series Of Columbia Funds Var Ins Tr
Crown Managed Accounts SPC Acting for and on Behalf of Crown /BA SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Managed Accounts SPC Acting for and on behalf of Crown/BA 2 SP
Crown Point CLO III, Ltd.
David B. Buddrus
David Richard Pfister
DB TR Co. Americas as Cust. for HLAF 2014-1 Blocker Subsidiary IV Ltd.
Diversified Credit Portfolio Ltd
Diversified Credit Portfolio Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Diversified Income Fund
Diversified Real Asset CIT
Douglas MaCafee
Eaton Vance CLO 2013-1 Ltd. c/o Eaton Vance Management
Eaton Vance Floating Rate Income Plus Fund
Eaton Vance Floating Rate Portfolio
Eaton Vance Floating Rate Portfolio c/o Eaton Vance Management
Eaton Vance Floating-Rate Income Plus Fund
Eaton Vance Floating-Rate Income Trust
Eaton Vance Floating-Rate Income Trust c/o Eaton Vance Management
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Flt Rate Income Port
Eaton Vance International Cayman Islands Floating Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Floating-Rate Trust c/o Eaton Vance Management
Eaton Vance Senior Income Trust
Eaton Vance Senior Income Trust c/o Eaton Vance Management
Eaton Vance Voting Floating-Rate Income Fund
Eaton Vance VT Floating-Rate Income E Fund
Eaton Vance VT Floating-Rate Income Fund
Eugene S. Wissinger
Eversource Retirement Plan Master
Eversource Retirement Plan Master c/o Halcyon Loan Management LLC
Eversource Retirement Plan Master Tr.
Fieldwood Energy Inc.
Fieldwood Management LLC
First Trust Senior Floating Rate Income Fund II

WEIL:\97551093\33\45327.0005

Florida Power & Light Company
Florida Power & Light Company c/o Eaton Vance Management
Franciscan Alliance Inc. c/o Halcyon Loan Mngmt. LLC
Franciscan Alliance, Inc.
G. M. McCarroll
Gary G. Janik
Gary Mitchell
General Organization for Social Insurance
General Organization for Social Insurance Oaktree
Government of Guam Retirement Fund
Government of Guam Retirement Fund c/o Hotchkis &Wiley Capital Management
Halcyon Asset Management LP
Halcyon Energy Loan Series
Halcyon FWE DE LLC
Halcyon FWE DE LLC c/o Halcyon Loan Management LLC
Halcyon FWE LLC
Halcyon FWE LLC c/o Halcyon Asset Management LP
Halcyon FWE LLC c/o Halcyon Loan Management LLC
Halcyon Loan Trading Fund LLC
Halcyon Loan Trading Fund LLC c/o Halcyon Loan Management LLC
HFRO Sub, LLC
Highland CLO Funding, Ltd
Highland Floating Rate Opportunities Fund
Hotchkis and Wiley Capital Income Fund
Hotchkis and Wiley Capital Income Fund c/o Hotchkis and Wiley Capital Mgmt.
Hotchkis and Wiley High Yield Fund
Hotchkis and Wiley High Yield Fund c/o Hotchkis and Wiley Capital Mgmt.
Invesco BL Fund, Ltd
Invesco BL Fund, Ltd. c/o Invesco Senior Secured Mgmt. Inc.
Invesco Credit Partners Fund A LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund LP c/o Invesco Private Capital Inc.
Invesco Credit Partners Fund-A LP
Invesco Dynamic Credit Opportunities Fund
Invesco Dynamic Credit Opportunity Fund
Invesco European Senior Loan Fund
Invesco Floating Rate Fund
Invesco Floating Rate Income Fund
Invesco Gemini US Loan Fund LLC
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Loan Fund c/o Estera Trust (Cayman) Limited
Invesco SSL Fund LLC
Invesco SSL Fund LLC c/o Invesco Private Capital Inc.
Invesco US Invesco Credit Partners Fund LP
Invesco US Senior Loan Fund
Invesco WLR Credit Partners Fund, L.P.
Invesco WLR Credit Partners Fund, LP
Invesco WLR Credit Partners Fund-A L.P.
Invesco WLR Credit Partners Fund-A, LP
Invesco WLR Credit Partners Fund-A, LP c/o Estera Trust (Cayman) Limited
Invesco Zodiac Funds

WEIL\97551093\33\45327.0005

Invesco Zodiac Funds - Invesco European Senior Loan Fund
Invesco Zodiac Funds - Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco European Senior Loan Fund
Invesco Zodiac Funds Invesco Global Senior Loan Fund
Invesco Zodiac Funds Invesco US Senior Loan Fund
Invesco Zodiac Funds-I Senior Loan Fund
Invesco Zodiac Funds-Invesco US Senior Loan Fund
James Brysch
James Patrick Eiland
Jefferies LLC
JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P.
JLP Credit Opportunity IDF Series Interests of The Sali Multi-Series Fund, L.P
JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC
JLP Credit Opportunity Master Fund Ltd.
JLP Credit Opportunity Master Fund Ltd. c/o Phoenix Investment Adviser LLC
JNL Blackrock Global Allocation Fund
JNL/ Blackrock Global
John H. Smith
John P. Seeger
John Pritchett
John W. Deck
Kaiser Foundation Hospitals
Kaiser Foundation Hospitals c/o Invesco Senior Secured Mgmt. Inc.
Kaiser Permanente Group
Kaiser Permanente Group Trust c/o Invesco Senior Secured Mgmt. Inc.
Kapitalforeningen Investin Pro. US Leveraged Loans I
Kelly Frazier
Kenneth W. Bramlett
LP Credit Opportunity Master Fund Ltd.
LVIP Blackrock Global Allocation Fund c/o Blackrock Advisors LLC
Mark Magner
Mark R. Mozell
Mary L. Kaiser
Massachusetts Mutual Life Insurance Company
MassMutual Premier Funds on Behalf of MassMutual Premier High Yield Fund
MassMutual Premier High Yield Fund
MassMutual Select Blackrock Global Allocation Fund
Menard Inc.
Menard, Inc.
Mercer
Mercer MFP Partners, L.P.
Mercer QIF Fund PLC
Mercer QIF Fund PLC – Investment Fund I
Mercer QIF Fund Plc – Mercer Investment Fund I
Mercer QIF Fund PLC Investment Fund 1
Mercer QIF Fund PLC
MFP Partners, L.P.
Michael Clark
Michael Dane
Michael Greenspoon
MJX Asset Management LLC

MML Series Investment Fund II
MML Series Investment Fund II on Behalf of MML High Yield Fund
Mudrick
Mudrick Distressed Opportunity Drawdown Fund, LP
Mudrick Distressed Opportunity Fund Global LP
Mudrick Distressed Opportunity Specialty Fund, L.P.
Municipal Employees Annuity and Benefit Fund of Chicago
Municipal Employees' Annuity and Benefit Plan of Chicago
National Elevator Industry Pension Fund
National Elevator Industry Pension Plan
Nexpoint Credit Strategies Fund
Nuveen Credit Strategies Income Fund
Nuveen Diversified Dividend and Income Fund
Nuveen Diversified Dividend and Income Plan
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Opportunities Fund
Nuveen Floating Rate Income Opportunity Fund
Nuveen Senior Income Fund
Nuveen Short Duration Credit Opportunities Fund
Nuveen Symphony Credit Opportunities Fund
Nuveen Symphony Floating Rate Income Fund
Nuveen Tax-Advantaged Total Return Strategy Fund
Oaktree
Partners Capital Osprey Fund, L.P. Halcyon Energy Loan Series
Partners Capital Phoenix Fund II Ltd Diversified Income Fund
Partners Capital Phoenix Fund II Ltd.
Paul Gluth
Paul Wilen
Pensiondanmark
Pensiondanmark Pensionsforsikringsaktieselskab
Phoenix Fund II Ltd. Pensionsforsikringsaktieselskab
Principal Diversified Real Asset CIT c/o Principal Global Investors Tr. Co.
Principal Diversified Real Asset IT c/o Principal Global Investors TR Co.
Principal Funds Inc. - Diversified Real Asset Fund
REL Batavia Partnership LP
REL US Partnership LLC
Richard H. Gartner
Richard Haralson
Brighthouse Funds Trust I C/O Eaton Vance Management
Riverstone
Riverstone Energy V FW II Holdings-D LP
Riverstone Energy V FW Partnership (Cayman) LP
Riverstone Energy V RCO Investment Partnership LP
Riverstone Energy VFW II Holdings, LP
Riverstone Energy VFW II Holdings-D LP
Riverstone Fieldwood Partners -B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT) LP
Riverstone Global Energy and Power Fund V AIV-A LP
Riverstone Global Energy and Power Fund V AIV-B LP
Riverstone V FW Coinvest Holdings LP

Riverstone V FW Holdings Sub LLC
Robert Moore
Robert Sergesketter
Roche U.S. Retirement Plan Master Trust
Rock Bluff Strategic Fixed Income Partnership LP
San Diego County Employees Retirement Association
San Diego County Employees Retirement Association c/o Hotchkis & Wiley Capital Mgmt. LLC
Santa Barbara County Employees' Retirement System LLC
SCOF-2 Ltd.
SCOF-2 Tax Subsidiary, Ltd. P.
Scott Schmidt
Senior Debt Portfolio c/o Eaton Vance Management
Sentry Insurance A Mutual Company
Sentry Insurance a Mutual Company c/o Invesco Senior Secured Mgmt. Inc.
SICAV-SIF- Baycity US Senior Loan Fund
SICAV-SIF-BAYCITY US Senior Loan Fund
Simon Charitable Private LLC
Simon Marketable LP
Simon Marketable, L.P.
South Carolina Retirement Systems Group Trust
Stuart Douglas Lunn
Symphony CLO V, Ltd.
Symphony CLO XIV Tax Subsidiary Ltd.
Symphony CLO XIV, Ltd.
Symphony CLO XV Tax Subsidiary Ltd.
Symphony CLO XV, Ltd.
Symphony CLO XVI Tax Subsidiary Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XVII Tax Subsidiary Ltd.
Symphony CLO XVII, Ltd
Symphony Floating Rate Senior Loan Fund
Teachers' Retirement Allowances Fund
Texas County and District Retirement System
The BNY Mellon Tr. Co., NA as Cust for HLAF 2012-1 Blocker Subsidiary IV Ltd.
The BNY Mellon Tr. Co., NA as Cust. for HLAF 2012-2 Blocker Subsidiary IV Ltd.
The Event Driven Credit (Master) Fund Ltd. c/o Blue Boy Asset Management LLP
Thomas R. Lamme
Transam Blackrock Global Alloc VP of Transam Series Tr.
Transam Blackrock Global Alloc.
Transamerica Blackrock Global Allocation VP
U.S. Bank NA as Cust for HLAF 2014-3 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-1 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. For HLAF 2013-2 Blocker Subsidiary IV Ltd.
U.S. Bank NA as Cust. for HLAF 2014-2 Blocker Subsidiary IV Ltd.
University of Dayton
University of Dayton c/o Hotchkis & Wiley Capital Mgmt. LLC
Valcour Credit Income Partners Master Fund Ltd.
Venture VII CDO Limited
Venture XII CLO, Limited
Venture XIII CLO, Limited
Venture XIV CLO Limited

Venture XVI CLO, Limited
Venture XVII CLO Limited
Versource Retirement Plan Master c/o Halcyon Loan Management LLC
Virtu Americas LLC
William B. Swingle


**Sponsors**
REL US Partnership LLC
Riverstone Energy Coinvestment V (Cayman), L.P.
Riverstone Energy V FW Partnership LP
Riverstone Fieldwood Internal Coinvest, LP
Riverstone Fieldwood Internal Coinvest-B, LP
Riverstone Fieldwood Partners - B, L.P.
Riverstone Fieldwood Partners LP
Riverstone Global Energy and Power Fund V (FT), LP
Riverstone V FW Holdings Sub, LLC
Riverstone V RCO Loan Investment AIV, LLC

**Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**
Aldine I.S.D (TX)
Alabama Department of Revenue
Ann Harris Bennett Harris County Tax Assessor
Atascosa County
Baldwin County Judge of Probate (AL)
Brazoria County (TX)
Brazoria County Tax Assessor (TX)
Bureau of Revenue and Taxation (LA)
Burleson Tax Collector
Calhoun County Clerk (TX)
Cameron Parish (LA)
Chambers County (TX)
Charterwood MUD
City of Corpus Christi/Nueces County (TX)
City of Lafayette (LA)
City of New Iberia
Colorado County Central Appraisal District (TX)
Colorado County Clerk
County of Galveston, Texas
County of Morton (KS)
Cypress Fairbanks Independent School District
Daniel Hutter, Tax Assessor/Collector
Denton County
Galveston County Clerk of Courts (TX)
Galveston County Tax Assessor   Collector (TX)
Generation Park Mgmt. Dist.
Greater Houston Women's Chamber of Commerce
Greens Parkway M.U.D.
Harris County
Harris County Tax Assessor-Collector (TX)
Iberia Parish Clerk of Court (LA)

WEIL:\97551093\33\45327.0005

Iberia Parish Tax Collector (LA)
Internal Revenue Service
Jefferson County Clerk (TX)
Jefferson County Tax Office (TX)
Jefferson Parish (LA)
Kenedy County Tax Collector (TX)
Klein ISD
LA Department of Motor Vehicles (LA)
Lafayette Parish LA
Lafayette Parish Sheriff's Office (LA)
Lafourche Parish Sheriff's Office (LA)
Lavaca County (TX)
Lee County Tax Collector
Leland Falcon, Sheriff & Ex Officio Tax Collector
Live Oak County Appraisal District
Live Oak County TX
Louisiana Department of Revenue
Louisiana Dept. of Natural Resources
Matagorda County Clerk (TX)
Matagorda County Tax Assessor    Collector (TX)
Mike Sullivan, Tax Assessor    Collector (TX)
Mississippi Department of Revenue
Mississippi Secretary of State
MS Department of Revenue
Nueces County Clerk (TX)
Office Pavilion- Houston (TX)
Offshore Operators Committee
Oscar Vasquez, RTA
Palacios ISD Tax Assessor   Collector (TX)
Plaquemines Parish (LA)
Probate Court of Mobile County
Refugio County Tax Assessor    Collector (TX)
Rio Grande City CISD Tax Office (TX)
Sheldon Independent School District (TX)
Sheriff & Ex-Officio Tax Collector
Spring Branch I.S.D (TX)
St Mary Parish Clerk of Court (LA)
St. Bernard Parish (LA)
St. Landry's Parish (LA)
St. Mary Parish (LA)
Starr County (TX)
State of Alabama
State of Louisiana
State of Louisiana, Department of Natural Resources
State of Texas
Terrebonne Parish Clerk of Court (LA)
Texas Comptroller of Public Accounts
Texas Department of Revenue
Town of Grand Isle (LA)
Vermilion Parish (LA)
West Harris County Mud# 1 (TX)

31

Wharton County Clerk (TX)
Wharton County Tax Assessor     Collector (TX)

**<u>Third Party Benefits Provider</u>**
ADP, LLC
AHS Walk in Clinic, Inc.
BlueCross BlueShield of Texas
Center for Work Rehabilitation, Inc.
CVS Caremark
Delta Dental
Disa Inc.
Fidelity Investments
Kronos, International
Symetra Life Insurance Company
Taxsaver Plan Flexible Benefit Plan
Teladoc, Inc.
The Guardian Life Insurance Company
Vision Service Plan Insurance Company
Zurich American Insurance Company

**<u>Top 50 Unsecured Creditors</u>**
Acadian Contractors Inc.
AGI Industries Inc.
Aker Solutions Inc.
Alliant Insurance Services, Inc.
American Eagle Logistics LLC
Anadarko US Offshore LLC
A-Port LLC
Atlantic Maritime Services Inc.
Baker Hughes Oilfield Operations Inc.
Chevron USA Inc.
Clariant Corporation
Coastal Chemical Co. LLC
Cox Operating LLC
Davis Polk & Wardwell LLP
Diverse Safety and Scaffolding LLC
Dynamic Industries Inc.
E&C Finfan, Inc.
Fluid Crane & Construction Inc.
FMC Technologies Inc.
Gate
Gulf Crane Services, Inc.
Halliburton Energy Services, Inc.
Hunting Energy Services, LLC
Island Operating Company Inc.
Kilgore Marine Services Inc.
Linear Controls Inc.
LLOG Exploration Company
Long View Systems Corp
Louisiana Safety Systems Inc.
Oceaneering International Inc.

WEIL:\97551093\33\45327.0005

Offshore Energy Services, Inc.
Onesubsea LLC
Petroleum Helicopters Inc.
Petrophysical Solutions Inc.
Pharmasafe Industrial Services Inc.
Prime Tank LLC
Professional Rental Tools LLC
<u>Rignet Inc.</u>
Schlumberger Technology Corporation
Solar Turbines Incorporated
Subsea 7 US LLC
Superior Energy Services LLC
Tana Exploration Company LLC
Tetra Applied Technologies, Inc.
Trendsetter Engineering Inc.
W&T Offshore Inc.
Warrior Energy Services Corporation
Wood Group PSN Inc.
Workstrings International, LLC
XTO Energy Inc.


**UCC (Lien Search Results)**
Anadarko Petroleum Corporation
Ankor E&P Holdings Corporation
Apache Corporation
Apache Offshore Investment GP
Apache Shelf Exploration
Apache Shelf Exploration LLC
Arena Energy LP
Arena Offshore LP
Badger Oil Corporation
Bandon Oil and Gas LP
Bennu Oil & Gas LLC
Bennu Oil & Gas, LLC
BP America Production Company
Calypso Exploration, LLC
Calypso Exploration, LLC
Canon Financial Services, Inc.
Cantor Fitzgerald Securities
Castex Offshore, Inc.
Castex Offshore, Inc.
Castex Offshore, Inc.
Challenger Minerals Inc.
Chevron U.S.A. Inc.
Citibank, N.A
CL&F Resources LP
Corporation Service Company, as Representative
Cortland Capital Market Services LLC
Cortland Capital Market Services, LLC
Davis Offshore, L.P.

Davis Offshore, L.P.
Dorado Deep GP, LLC
Dynamic Offshore Resources LP
Dynamic Offshore Resources NS, LC
Dynamic Offshore Resources NS, LLC
El Paso Production Company
Energy Resource Technology GOM Inc.
Energy XXI GOM LLC
Entech Enterprises, Inc.
Enven Energy Ventures LLC
Field Energy LLC
Fieldwood Energy LLC
Fieldwood Energy Offshore
Fieldwood Energy Offshore
Fieldwood Energy Offshore LLC
Fieldwood Energy SP LLC
FW Finco LLC
GOM Shelf LLC
Gome 1271 LLC
Gulfsands Petroleum
HE&D Offshore LP
HEDV King Cake, LLC
Helis Oil & Gas Company LLC
Hillcrest GOM, Inc
Houston Energy LP
ILX Prospect King Cake, LLC
Imagenet Consulting, LLC
Knight Resources, LLC
Lamar Hunt Trust Estate
LLOG Bluewater Holdings LLC
LLOG Bluewater Holdings, L.L.C.
LLOG Bluewater Holdings, LLC
LLOG Energy L.L.C.
LLOG Energy, L.L.C.
LLOG Exploration Company
LLOG Exploration Company, L.L.C.
LLOG Exploration Offshore, L.L.C.
M21K LLC
Macquarie Corporate and Asset Funding Inc.
Maritech Resources Inc.
Monforte Exploration LLC
Murphy Exploration & Production Company – USA
Northstar Offshore Group LLC
Northwestern Mutual Life
Online Resources Inc.
Palm Energy Offshore LLC
Peregrine Oil and Gas LP
Petrobras America Inc.
Petroquest Energy LLC
Pisces Energy LLC
Red Willow Offshore, LLC

34

Ridgewood King Cake, LLC
SCL Resources LLC
STX Energy E&P Offshore Mgmt LLC
Talos Energy Offshore LLC
Talos Energy Offshore, LLC
Talos Resources LLC
Tammany Oil & Gas LLC
Tana Exploration Company LLC
TC Oil Louisiana LLC
The Louisiana Land & Exploration Co LLC
W & T Energy VI
W & T Offshore Inc.
W&T Energy VI, LLC
W&T Offshore, Inc.
W&T Offshore, LLC
Walter Oil & Gas Corporation

**Unions**
None – N/A

**United States Trustee and Staff (Southern District of Texas)**
Henry G. Hobbs, Jr., US Trustee
Alicia McCullar, Trial Attorney
Barbara Griffin (Bankruptcy Analyst)
Christine March, Trial Attorney
Christy Simmons (Bankruptcy Analyst)
Clarissa Waxton (Bankruptcy Analyst)
Diane Livingstone, Assistant U.S. Trustee
Glenn Otto (Bankruptcy Analyst)
Gwen Smith (Legal Assistant (Bankruptcy/OA)
Gwen Smith (Legal Assistant (Bankruptcy/OA))
Hector Duran, Trial Attorney
Jacqueline Boykin (Legal Data Technician)
Jayson B. Ruff, Trial Attorney
Linda Motton (Paralegal Specialist)
Luci Johnson-Davis (Paralegal Specialist)
Patricia Schmidt (Legal Assistant (Bankruptcy/OA))
Stephen Statham, Trial Attorney

**Utility Providers/Utility Brokers**
Answering Bureau Inc.
AT&T Corp.
AT&T Mobility
Cameron Telephone Company
Coastal Environmental Services, LLC
Datavox, Inc.
Elite Communication Services Inc.
Entergy Louisiana LLC
Granite Telecommunications
Jackson Electric Coop Inc.
Jefferson Davis Electric Cooperative Inc.

Knight Security Systems LLC
Logix Fiber Networks
Long View Systems Corp.
Reliant Energy Retail Services, LLC
Rig Net Inc.
San Leon Municipal Utility District
Solex
Southwest Louisiana Elect Membership Corp.
Texas Excavation Safety Systems, Inc.
Total Waste Solutions, LLC
Town of Grand Isle
Verizon Wireless
Waste Connections Bayou, Inc.
Waste Management, Inc.

**Vendors/Suppliers**
1 Diamond, LLC
2M Oilfield Group Inc.
3D At Depth, Inc.
3D International Custom Sign & Design Inc.
3GIG LP
5Aimes LLC
A & E Engine and Compression Inc.
A Fare Extraordinaire Inc.
A&A Graphics Supply Inc.
A2D Technologies Inc.
Aaron Oil Company Inc.
AB Trafton Inc.
Abrado Inc.
ABSG Consulting Inc.
Acadian Ambulance Service
Acadiana Oil & Environmental Corporation
Acadiana Valve Services & Supply LLC
Accountemps
Accurate Measurement Controls Inc.
Accurate N.D.E & Inspection
Acme Truck Line Inc.
ACS Flooring Group Inc.
ACS Maintenance Solutions, Inc.
Action Specialties LLC
Adapt Concepts, LLC
Add Energy LLC
Adrian Dawn Limbreck Savoy
Adrienne Schexnayder Madise
Adroit Partners LLC
Advanced E-Line Solutions
Advanced Graphic Engraving LLC
Advanced Logistics LLC
Advantage Resourcing
Aggreko LLC
Agilink Technologies Inc.

Agnes Mae Lee
AHS Walk in Clinic, Inc.
Aida G Medrano
Aire Technologies, Compressed Air Systems
Airgas USA LLC
Alabama Dept. of Environmental Mgmt.
Alan C. McClure Associates, Inc.
Albert Gilliam
Albert Hebert
Aldine ISD
Alert Weather Services Inc.
Alex Saburov
Alexander Falls
Alexander Ryan Marine and Safety LLC
Alexander/Ryan Marine & Safety Co of LA
Alexander's Mobility Services
Alexandra Ferguson
Alfred Archon Jr.
Ali Ghazi Alsalmani
Alice Faye Sabine
All Fabrications, Inc.
All Industrial Medical Services
Allen Berlin
Alliance Offshore LLC
Alliant Insurance Services, Inc.
Allocation Specialist, LLC
Alltec Lifting Systems, LLC
Alonti Cafe & Catering
Alpheus Data Services
Alston & Bird LLP
Altec, Inc.
Alvin Archon Jr.
Amberjack Pipeline Company LLC
Ambius
Amega West Services, LLC
Amelia Gilliam Watts
American Erecting Co
American Pollution Control, Corp. (AMPOL)
American Recovery LLC
American Stock Transfer & Trust Company LLC
American Tank Co, Inc.
Amy Marie Gray-Filer
Andre Bernard
Andre Falls
Andrews Kurth Kenyon LLP
Angel Marie Mitchell-Kimble
Angela Chaumont
Angela Tuttle
Angelia Marie Berry Myles
Anne Shannon Spiller
Annette Moore Moss

WEIL:\97551093\33\45327.0005

Annette Washington Davies
Annie Berard Rideaux
ANR Pipeline Company
Answering Bureau Inc.
Anthony James Johnson
Aok Windshields, Inc.
Aon Risk Services
Apex Oil & Gas, Inc.
A-PORT LLC
Appsmiths Ventures LP
Aqua-Zyme Services Inc.
Aqueos Corporation
Ara Thersa Gray
Arachiel Dannyell Hamilton Williams
Arc Energy Equipment LLC
Archer Oiltools, LLC
Archrock Partners Operating LP
Archrock Services, LP
Arctic Pipe Inspection Inc. - Houston
Ardell Marie Lee Bruno
Arena Offshore LLC
Argus Media, Inc.
Aries Marine Corporation
Arkos Field Services, LP
Arlanda Marie Owens
Aro Solutions, LLC
Arrow Magnolia International, Inc.
Arthur Derouen III
Arthur J. Gallagher Risk Management Svc, Inc.
Ascende Inc.
Ash Limited
Ashley Haynes
Ashley Wennerstrom
Ashutosh Sapru
Asrc Energy Services Omega, LLC
Assai Software Services BV
Assured Flow Solutions, LLC
AT & T Corp.
Atchafalaya Measurement, Inc.
Athena Consulting Inc.
At-Tech
Aubrey "Alan" Matthews
Audrey Mae Archon Francis
Auto - Comm Engineering Corp.
Automatic Access Gates LLC
Avtech Capital, LLC
Axio Global, Inc.
Axip Energy Services LP
Axis Compressor Services
Axis Oilfield Rentals LLC
Ayana Eyvette Lee

WEIL:\97551093\33\45327.0005

B & B Oilfield Services LLC
B & B Services
B & J Martin Inc.
B&B Rentals & Mfg., Inc.
B&L Pipeco Services Inc.
B&T Oilfield Products
Baker, Donelson, Bearman, Caldwell, Berkowit
Bankdirect Capital Finance
Barbara J. Perkins
Barbara Jean Richard Lemaire
Barbara Sabine Thomas
Barracuda Oil Tools, LLC
Barron Bullock
Barron Keith Davison
Barry Gabourie
Barry Neal Davison
Bart Meredith
Bart Neighbors
Bartlett Engineering LLC
Baudoin Family Trust
Bayou Star Energy, LLC
Baywater Drilling LLC
Beacon Rental & Supply Inc.
Beck Redden LLP
Becnel Rental Tools, LLC
Bedrock Petroleum Consultants LLC
Belinda H Harris
Belinda Joyce Preston Kendrick
Belzona Houston / Offshore
Ben Aris LLC
Ben Golson
Ben Rhoden
Benjamin C. Welch Sr. and Linda Gale Welch
Benjamin Kirkland
Benjilina Claire Johnson Guidry
Bennu Oil & Gas, LLC
Benny Mora
Benoit Premium Threading LLC
Benton Completion Services, Inc.
Berger Geosciences, LLC
Bernard J Patout
Bernard Rochon & Sons
Betty Gray Dugas
Beverly Mitchell Hills
Beverly Sabine Mitchell
BG Strategic Services LLC
BHP Billiton Petroleum (Deepwater) Inc.
Bico Drilling Tools Inc.
Bill Horne Jr.
Bill J. Horne Trust
Bill Swingle

Billie Neuhaus
Billy Greig & Deborah DeLee Nicholson
Black Elk Energy Offshore Operation, LLC
Blackhawk Datacom
Blackhawk Specialty Tool, LLC
Blade Energy Partners, Ltd.
Blaine Lejeune
Blaine Schexnayder
Blake International Rigs, LLC.
Blake Istre
Blake Jude Landry Trust
Blanchard Contractors, Inc.
Blue Fin Services LLC
Blue Latitudes, LLC
Blue Marble Geographics
Blue Water Solutions, LLC
Bluewater Rubber & Gasket Co
BMT Commercial USA, Inc.
Bobbie Gotte
Bobby J. Cotton II
Bobcat Metering-Calibration Services, LLC
Bodie Marion
Bois D'Arc Exploration, LLC
Bolttech Mannings Inc.
Boots & Coots
Bosarge Boats Inc.
Bosarge Diving Inc.
Bosco Oilfield Services LLC
Boulet Family, L.L.C.
Bourbon St
Bradley Arant Boult Cummings LLP
Bradley Wachsmuth
Brandon Vacek
Brandon Wall
Brandsafway LLC
Brandy Ware
Brenda Marie Mitchell Allen
Brenda Montalvo
Brent Bryant
Bret Stucker
Brett Willmon
Brian Hester
Brian Keith Moncriffe
Brian Logan
Brian P Richard Sr
Brian Saltzman
Brian Terry Mitchell
Brian Wolf
Bridget Harris
Bristow Us LLC
Broussard Brothers Inc.

WEIL:\97551093\33\45327.0005

BRS Consulting
Bruce Carolton Suggs
Bruce Cornelson
Bruce Suggs Decendants Trust
Brunita Flores
Bryan Cave Leighton Paisner LLP
Bryan East
Bryan Mack
Bryan Molaison
Bryan Sumpter
Bryson Mayronne
Buddy Arton
Bugware, Inc.
Bureau of Ocean Energy Management
Bureau Veritas North America, Inc.
Buren Gray
Burke Demaret Inc.
Burnard Sims
Burner Fire Control Inc.
Butch Properties LLC
Butcher Air Conditioning
BWB Controls, Inc.
Byrdene M. Tucker Life Estate
Byron Energy Inc.
Byron Sigler
C Dive LLC
C Innovation LLC
C&B Pumps and Compressors LLC
C&D Wireline
Cactus Pipe & Supply, LLC
Cadwalader, Wickersham & Taft LLP
Cajun Breakers Inc.
Cal Dive International
Calvin Jerome Grant
Cambelyn Consulting, LLC.
Camejo LLC
Cameron Highway Oil Pipeline Co.
Cameron International Corporation
Cameron Pilot
Cameron Solutions Inc.
Camors Family LLC
Canal Diesel Service, Inc.
Canon Business Solution, Inc.
Canon Financial Services, Inc.
Cantium LLC
Capital Corporate Services, Inc.
Capital One N.A.
Caprock Communications
Carber Holdings Inc.
Cardinal Coil Tubing LLC
Cardinal Slickline LLC

Cardno PPI LLC
Carey International Inc.
Carl Gene Linzer
Carl N Reynolds Jr.
Carlisle Energy Group, Inc.
Carliss Nadene Fontenette
Carlos A. Buenrostro Gutierrez
Carlos Cerna
Carlos Monroe Welch
Carmen Gordon Williams
Carol Ann Richards
Carol Hills Jr
Carol Spiller Gros
Carolyn Harper
Carolyn Parker Fontenette
Carolyn R. Dansby
Carrier Corporation
Cartodyne
Cased Hole Well Services LLC
Casey Foreman
Castex Energy, Inc.
Catherine Dietlein
Catherine Grant Alexis
Cecile Honore Villere Colhoun
Cederick Schexnayder
CEI
Center for Work Rehabilitation, Inc.
Central Power & Light Co
Century Exploration New Orleans, LLC
Century Technical Services LLC
Certex USA, Inc.
Cesar Alanis
Cetco Energy Services Company LLC
CGG Services (U.S.) Inc.
Cgnmb LLP.
Chad Mudd
Chalmers, Collins & Alwell Inc.
Champagne'S Supermarket
Champions Pipe & Supply Co
Championx LLC
Chandeleur Pipeline LLC
Chandeleur Pipeline LLC
Chantal Brown
Chantal Renee Alexander
Chante Nichole Williams
Chapman Consulting Inc.
Charles Holston Inc.
Charles Hotard
Charles J Provost Jr
Charles Randall Nicholson
Charles Ray Moncriffe Jr.

WEIL:\97551093\33\45327.0005

Charles Ryan
Charter Supply Company
Checkpoint Pumps & Systems
Chemtrec
Cherrenonda Orelia Lee
Cheryl Harris
Chester Crawford
Chet Morrison Contractors, LLC
Chevron Natural Gas
Chevron Natural Gas Pipe Line LLC
Chevron North America E & P Co
Chevron Pipe Line Company
Chevron USA Inc.
Cheyenne Petroleum Company
Cheyenne Services LLC
Chondia Renee Young
Chris Ledoux
Chris Mata
Chris Mullins
Christina Claire Londo
Christina Marie Gordon
Christine Marie Charles Johnson
Christine Renee' Archon
Christine Sabine Willis
Christopher Charles
Christopher Claeys
Christopher Jouban
Chuan Yin
Chuntel Mcclought
Church Point Wholesale
Churchill Drilling Tools US, Inc.
Cics Americas Inc.
Cima Energy, LP
Cindy M. Turner Trustee
Cintas Corporation No.2
City Central Courier Co
City Club at River Ranch, LLC
CJC Enterprises LLC
C-K Associates LLC
CL&F Resources LP
Clariant Corporation
Clarivate Analytics (US) LLC
Clarus Subsea Integrity Inc.
Classic Business Products, Inc.
Claude A Thomas
Claudia Porter Morgan
Clay's Glass Service Inc.
Clayton Belanger
Clean Gulf Associates
Clean Gulf Associates Services LLC
Clifford Alan Wilson

WEIL:\97551093\33\45327.0005

C-Logistics LLC
Coastal Chemical Co LLC
Cobbs Allen Capital, LLC
Coby Griffin
Cody Contreras
Cody Global Consulting Inc.
Cody Turner
Cogency Global Inc.
Cokinos Energy LLC
Colleen Armstrong
Community Coffee Company
Comp of Public Accts-Fran Tax
Comp of Public Accts-Royalty
Complete Occupational Health Services, LLC
Complete Turf Care
Compliance Technology Group, LLC
Compressed Air System LLC
Concentric Pipe and Tool Rentals
Congressional Leadership Fund, Inc.
Contango Operators Inc.
Controlworx LLC
Copy & Camera Technologies Inc.
Cora Lee Crain Byrd
Corbett & Schreck, P.C.
Core Industries, Inc.
Core Laboratories Inc.
Core Mineralogy, Inc.
Corey Fontenette
Corita Vaughns
Cornelius Schexnayder Sr.
Corporate Catering Concierge, Inc.
Corporate Outfitters Ltd
Corporate Relocation International
Cortec LLC
Cortex Business Solutions USA, LLC
Coupa Software, Inc.
Courtland M. Porter
C-Port/Stone LLC
Craig Strickland
Crain Brothers Inc
Cranford Equipment Co.
Credera Enterprises Company LLC
Creel & Associates, Inc.
Creig Charles
Crescent Energy Services LLC
Crested Butte Petrophysical Consultants
Crimson Gulf LLC
Cristo Rey Work Study Program, Inc.
Cronus Technology Inc.
Crosby Dredging LLC
Crosby Tugs Inc.

Cross Border Transactions LLC
Crumpton Group LLC
Csi Compressco Sub, Inc.
Csi Technologies LLC
Cunningham Art Services Inc.
Curri Loupe
Curtis Blackmon
Curtis Mccurry
Cusip Global Services
Custom Compression Systems, LLC
Custom Process Equipment LLC
CVS/Caremark
Cynthia D Fisher
Cynthia Grant Harrison
Cynthia Provost Adams
Cynthia R. Reynolds
Cynthia Robinson Tremblay
Cynthia Sabine Gregoire
Cypress Engine Accessories LLC
Cypress Pipline and Process Service, LLC
Cypress Point Fresh Market
Cyrus J Guidry & Associates
D.E. Bourgeois Family LLC
D'Andrea Coleman Hubbard
D'Anna Mcneil, LLC
Dagen Personnel
DAI Engineering Management Group Inc.
Daley Tower Service, Inc.
Dallas Pryor
Damel McKinnely Wilson
Dane Motty
Daniel Cowan
Daniel Manship Spiller
Daniel Wesley III
Dannay Christopher Gray
Danny Spreafico
Darell Washington
Darla B Steagall
Darlene Fontenette Rodriguez
Darrell Thomas Mitchell
Darryl L. Johnson Sr.
Dart Energy Services LLC
Datavox, Inc.
Datawatch Corporation
Dauphin Island Gathering Partners
David (Blaine) Marcantel
David Dean
David Dugas
David Guillory
David Mitchell-Ryhmes
David P Thomas

David Trahan
David Viviano
David Wayne Grant
Davis Graham & Stubbs LLP
Davis Petroleum Corp
DCP Midstream LP
DCP Mobile Bay Processing LLC
Dean Omar & Branham LLP
Dean Paul Rexer
Debbie Shaw
Deborah Duncan
Debra Ann Bouie
Debra Leona Drake Ambroise
Debra Mitchell
Deep Down Inc.
Deep Sea Development Services, Inc.
Deep South Chemical Inc.
Deep South Equipment Company
Deepsea Quality Consulting Inc.
Deeptrend, Inc.
Deepwater Abandonment Alternatives Inc.
Deepwater Corrosion Services Inc.
Deepwell Rentals Inc.
Deidre Carrier
Delena Cahee Chavis
Delge
Deligans Valves Inc.
Delmar Systems, Inc.
Deloitte Tax LLP
Deloitte Transactions Business Analytics LLP
Delores Garrett Christopher
Delreize Edwards
Delta Dental Insurance Company
Delta Rigging & Tools
Delta Screens
Delta Subsea, LLC
Delta World Tire
Demex International Inc.
Denise Marie Roman Thomas
Denise Moneaux Gage
Denise Ray Drake Turner
Dennis Sims
Denton C Vincent
Department of Natural Resources
Department of The Army
Department of The Interior-Plans Unit
Department of The Treasury
Derek Crusan
Derek Fuller
Derrick Corp.
Destin Pipeline Company, LLC

WEIL:\97551093\33\45327.0005

Detechtion Technologies
Deutsche Bank AG - Global Trade Finance Oper.
Deutsche Bank Trust Company Americas
Devall Diesel Services, LLC
Devin M Mccomb
Devon Energy Production Company LP
Dewayne Gaught
Dexter Dickey
Diamond Oilfield Supply Inc.
Diamond Petroleum Ventures LLC
Diamond Service Corporation
Diann Marie Drake Foster
Dinetta Derouen
Dipuma
Directv
Dirk Dailey
Disa Inc.
Discovery Gas Transmission LLC
Discovery Land Group
Discovery Producer Services
Discovery Producer Services LLC
Dishman & Bennet Specialty Co
Distribution Now
Diversified Well Logging, LLC
DLS LLC
DNV GL Noble Denton USA LLC
Docherty Consulting LLC
Docvue LLC
Dof Subsea USA Inc.
Dolphin Energy Equipment LLC
Dominic Mitchell
Don Bertrand
Donald Breaux
Donald Duplantis
Donald Edward Johnson
Donald James Young
Donato, Minx, Brown & Pool, P.C.
Donna Hunt
Donnelley Financial Solutions
Donovan Controls LLC
Dorothy Fontenette
Dorothy Sims Crawford
Doubletree by Hilton - Lafayette
Douglas Coon
Douglas Dornak
Douglas Seal
Doveco LLC
Downhole Solutions, Inc.
Dragon Deepwater Development, Inc.
Dresser-Rand Co.
Drill Cuttings Disposal Company LLC

WEIL:\97551093\33\45327.0005

DriLLChem Drilling Solutions
Drilling Info, Inc.
Drilling Services of America
Dril-Quip Inc.
Drinkwater Products LLC
Drivetrain Advisors Ltd
Ds Services of America, Inc.
DTN LLC
DTN LLC
Dudley Phelps Spiller Jr.
Dugas Oil Company, Inc.
Durham's Inspection Services, Inc.
Dustin Besson
Dustin Broussard
Dustin Lalonde
Dustin Stracener
Dwain Michael Johnson
Dwayne Archangel
Dwight W Andrus Insurance Co.
DXP Enterprises, Inc.
Dynaenergetics US, Inc.
Dynamics Search Partners
Dynell Jones
E&C Finfan, Inc.
Eagle Consulting LLC
Eagle Pipe, LLC
Earl Vigne
Earth Science Associates
East Bayside LLC
East Cameron Gathering LLC
Easy Money / Hugh A. Winfree
Eaton Oil Tools Inc.
EBI Liftboats LLC
Ecad, Inc.
Echo Offshore, LLC
Ecopetrol America LLC
Ecoserv, LLC
Edgen Murray Corporation
Edmund A Weinheimer Jr.
Edwanda Kaye Rogers
Edward Flanagan
Edward Gilliam Sr.
Edward P. Labruyere Jr.
Edwards & Floom LP
Efax Corporate
Effective Compensation Inc.
EKM, L.L.C.
Element Materials Technology Lafayette LLC
Eliis Inc.
Elise Dietlein Hays
Elite Communication Services Inc.

WEIL:\97551093\33\45327.0005

Elizabeth Dietlein
Ellen Smith Walker
Elnora Ann Wiltz
Embarque
Eminent Oilfield Services, LLC
Emission Advisors Inc
Emma Derouen Harding
Emma Mae Fontenette Leon
Enchantra Latrelle Verrett
Encino Operating, LLC
Encore Food Services, LLC
Encore Wellhead Systems LLC
Endymion Oil Pipeline Company LLC
Enercom Inc.
Enerflex Energy Systems Inc.
Energage, LLC
Energy Completion Services LP
Energy Data Solutions
Energy Fishing & Rental Services
Energy Graphics Inc.
Energy Information Inc.
Energy Intelligence
Energy Resource Technology GOM Inc.
Energy Risk Consulting
Energy XXI Gulf Coast Inc.
Energy XXI Pipeline II LLC
Energy XXI Pipeline LLC
Energylink Holdings, LLC
Enerjetex Technology LLC
Enervest Ltd.
Enginuity Global LLC
Engrave It Houston
ENI BB Petroleum Inc.
ENI US Operating Co Inc.
Enlink Processing Services, LLP
Enpro Subsea Limited
Enrique Rivera
Entech
Entergy Gulf States Louisiana LLC
Enterprise Crude Pipeline, LLC
Enterprise Field Services LLC
Enterprise Field Services LLC
Enterprise Gas Processing
Enterprise GC LLC
Enterprise Intrastate LLC
Enterprise Offshore Drilling LLC
Enterprise Products Operating, LLC
Enterprise Texas Pipeline LP
Enven Energy Ventures, LLC
Enventure Global Technology, Inc.
Environmental Enterprises

49

Environmental Safety & Health
Environmental Science Services, Inc.
Environmental Systems Research Institute, Inc.
Enviro-Tech Systems Inc.
Epic Companies, LLC
Epic Insurance Brokers & Consultants
EPL Oil & Gas, Inc.
Era Helicopters LLC
Eric Dwayne Villere
Eric Jones Lee
Eric Kubera
Eric Lanza
Eric Moore
Eric Prevost
Ermis Vacuum Service, LLC
Ernest Mitchell Andrews
Errol Lucien Moncriffe
Es&H Production Group LLC
Esau Velazquez
Esbee Sign Systems
Eseis, Inc.
Essi Corporation
Essie L. Leslie
Estate of Lucille Doxey Crosby
Ethel Gilliam Haynes
Ethel Marie Wesley
Ethos Energy Light Turbines LLC
Etrade Financial Corporate Services, Inc.
Evans Equipment & Environmental Inc.
Evans Rentals, Inc.
Evelyn Gilliam
Evercore Group LLC
Everythingbenefits
Evo Incorporated
Exline Inc.
Expeditors & Production Services Co., Inc.
Expert E&P Consultants LLC
Exploitation Technologies LLC
Explore Enterprises of America, LLC
Explosive Service International
Express Supply & Steel LLC
Express Weld LLC
Expro Americas LLC
Expro Midstream Service, Inc.
Exterran Energy Solutions, L.P.
Extreme Energy Services LLC
Exxon Mobil Corporation
Exxonmobil Pipeline Company
F.A.D. Flange Acciaio E Derivati S.P.A.
F.A.S. Environmental Services LLC
Facilities Consulting Group LLC

WEIL:\97551093\33\45327.0005

Factset Research Systems Inc.
Fairfield Industries Inc.
Fastorq LLC
FDF Energy Services
FDF Energy Services, LLC
Federal Energy Regulatory Commission
Federal Express Corporation
Felicia Archangel
Felicia Faye Linzer Cleary
Felicia Marie Samuel
Felicima Reedus
Felix Rhymes
Ferrellgas LP
Fidelity Investments Institutional
File Trail Inc.
Filemaker
Filetrail Inc.
Fire & Safety Specialists, Inc.
Firetron, Inc.
First Choice Coffee Services
First Insurance Funding Corp
Fitch Ratings, Inc.
Fitzgerald Inspection, Inc.
Fleet Supply Warehouse Inc.
Flexlife Limited
Floom Energy Law PLLC
Floquip Inc.
Florence Patrice Schilder
Flow Control Equipment LLC
Flow Control Services LLC
Floyd Guidry Jr.
Fluid Technology Service International LLC
FMC Technologies Surface Integrated Services
Folds of Honor Foundation
Foley & Lardner LLP
Foley Engineering LLC
Force Power Systems
Ford Peters
Forefront Emergency Management LP
Forrest Shrader
Forum US Inc.
Forum Us Inc.
Foster Davison Johnson
Frances L. Welch Perry and Charles Perry
Francheska Marie Lee
Francis A Fortier
Francis Janitorial Services Inc.
Francis Lejeune
Francis Torque Service
Frank Beaullieu Sr. LLC
Frank Cornay

51

Frank Munsey
Frank Wesley
Frank'S International LLC
Fred Ludwig Rexer Jr.
Freddy J. Moore
Freepor Oil & Gas LLC
Fritz D. Farrar
Fugro Geoservices, Inc.
Fugro Geospatial Inc.
Fugro Marine Geoservices, Inc.
Fugro USA Marine, Inc.
G. Matt Mccarroll
Gabriel A Fortier III
Gaia Earth Sciences Limited
Gail Marie Young Hutchison
Gallant Builders LLC
Galveston County Tax Assessor-Collector
Galvotec Corrosion Svcs.
Gardere Wynne Sewell LLP
Gary Crone
Gary Hearn
Gary Janik
Gary Wayne Conley
Gary'S Body and Paint Shop
Gator Equipment Rentals LLC
Gaugings Unlimited LLC
Gavin Fontenot
Gayle Easton Landry
GB Premium Octg Services
GE Oil & Gas Compression Systems, LLC
GE Oil & Gas Logging Services Inc.
GE Oil & Gas Pressure Control LP
Gel Offshore Pipeline LLC
Gemini Insurance Company
Gemini Solutions, Inc.
Gena Felice Davison
Gene Bays
Gene Hitter Jefferson
General Office Supply Co, Inc.
General Power Limited, Inc.
Generation Park Management District
Genesis Offshore Holdings, LLC
Geneva Moneaux Gray
Geneva Williams Hagger
Gensler Houston
Geo Heat Exchangers LLC
Geocomputing Group LLC
Geological & Geophysical Intergrated Modeling
Geologix Limited
George Fucik
George Hitter II

WEIL:\97551093\33\45327.0005

George Morris Kirby
Georgia Muniza Krenek Kincer
Geoscience Earth & Marine Services
Gerald Cosse Jr.
Gerard Patrick Krenek
GHX Industrial LLC
Gibson Applied Technology & Engineering, LLC
Gir Solutions LLC
Girl Scouts of San Jacinto Council
Gl Noble Denton International Inc.
Gladys Ozenne Lowry Estate
Glassdoor. Inc.
Glen Dale Linzer
Glen Oskin Memorial Foundation
Global Compressor LP
Global Vessel & Tank, LLC
Gloria Washington Blount
Gloster Lee Jr.
Glytech Services Inc.
Golden Nugget Lake Charles
Goldman Sachs Specialty Lending Holdings
Governor Control System, Inc.
Grainger
Grand Isle Shipyard  LLC (f/k/a Grand Isle S)
Grant M Gremillion
Gravcap Inc.
Greene's Energy Group, LLC
Greenes Holding Corporation
Greg Kaldis
Gregory Andrew Davison
Gregory Chustz
Gregory Labove
Gregory Monte
Groquip
Gulf Coast Chemical Inc.
Gulf Coast Manufacturing LLC
Gulf Coast Training Technologies, LLC
Gulf Island Services, LLC
Gulf Land Structures LLC
Gulf Offshore Rentals LLC
Gulf South Pipeline Co.
Gulf South Services Inc.
Gulf-Pro Services
Gulfstar One LLC
Gulfstream Services Inc.
Gurrola Reprographics, Inc.
Gyrodata, Inc.
H. Dewayne Corley Registered Professional Geo
H.O.I.S.T.
H2Wr
Hadley Energy Services LLC

WEIL:\97551093\33\45327.0005

Hall-Houston Exploration Iv, L.P.
Hamilton Engineering Inc.
Hannah Alexander
Hapl
Hardy Oilfield Service LLC
Harold C Dietein
Harold Willard Parker
Harrison Edelman
Harry Bernard III
Harry Goudeau Family Partnership
Hart Energy Publishing, LLP
Hartline Dacus Barger Dreyer LLP
Harvest Pipeline Co.
Harvey Hebert
Hazeltine Advisors, LLC
HB Rentals LC
HCC International Insurance Company, Plc
HCL Mechanical Services. LLC
Health Care Service Corp.
Heartland Compression Services
Heat Transfer System, Inc.
Heather Elizabeth Delcambre
Helen Johnson Smith
Helen Thompson Watkins Childs
Helix Energy Solutions Group Inc.
Helmerich & Payne Int'l Drilling Co.
Henrietta Rae Richard
Henry Andrew Griffen
Henry Matulich
Herbert Albert Wilson
Herbert Wiltz Jr.
Herman  Mitchell Sr.
Herman Ray Bouie
Hess Trading Corporation
HGC Consulting
HGI Consulting LLC
Hicks Davis Wynn, P.C.
High Island Offshore System LLC
High Point Gas Gathering LLC
High Point Gas Transmission LLC
Hilda Mae Villere Martin
Hilton Houston Westchase
Hilton Lafayette
Hi-Tech Electric Inc.
HLP Engineering Inc.
Hoactzin Partners LP
Hole Opener Corp
Holland & Knight LLP
Holloway Houston
Homewood Suites by Hilton
Hongliu H Zeng

WEIL:\97551093\33\45327.0005

Hoover Offshore, LLC
Hortense Garrett
Hose Specialty & Supply
Hot Shot Delivery Inc.
Houlihan Lokey Capital Inc.
Houma Armature Works & Supply
Houston Association of Professional Landmen
Houston Delyea
Houston Energy Deepwater Ventures V, LLC
Houston Energy LP
Houston Methodist Hospital
Howard Risk Advisors LLC
Hoya Optical Labs of America Inc.
Hub International Gulf South Limited
Hudson Services Inc.
Hugo Rodriguez
Hunt Oil Company
Hunting Titan, Inc.
HWCG LLC
Hyatt Regency Lost Pines Resort and Spa
Hydrocarbon Data Systems, Inc.
Iberia Parish School Board
Ice Data LP
Icims, Inc.
Ideal Energy Solutions LLC
Ignacio Rodon
Ignition System & Controls Inc.
IHS Global Inc.
Imagenet Consulting LLC
Immi Turbines Inc.
Impact Selector Inc.
Indemco LP
In-Depth Geophysical Inc.
Industrial & Oilfield Services, Inc.
Industrial Welding Supply Co. of Harvey Inc.
Industrial Welding Supply of Houma Ltd.
Infinity Valve & Supply
Innovex Downhole Solutions, Inc.
Instanext Inc.
Insulation Technologies, Inc.
Integeos, LLC
International Paint LLC
International Snubbing Services LLC
Intertek Asset Integrity Management Inc.
Intertek Technical Services Inc.
Interwell US LLC
Intracoastal Liquid Mud Inc.
Intrado Enterprise Collaboration, Inc.
Ipreo Data Inc.
IPT Global LLC
Irma Jan Villere Bourgeois

WEIL:\97551093\33\45327.0005

Iron Mountain
Irongate Rental Services LLC
Irongate Tubular Services, LLC
iSIMS LLC
Ismael Alcaraz Jr.
ISN Software Corporation
ITC Global
ITT C'Treat LLC
IWS Gas & Supply of Texas Ltd.
J & J Marine Pest Solutions, LLC
J Aron & Company LLC
J Carlyle Bourgeois Jr 2 LLC
J Connor Consulting Inc.
J Rynd Consulting LLC
J Schneider and Associates Ltd.
J. Boone Koonce
J. Clay Rivers & Giuliana C. Rivers
J. Paulin Duhe L.L.C.
Jab Energy Solutions II LLC
Jace Baddock
Jack Shelledy
Jackson Electric Coop Inc.
Jackson Spencer Law, PLLC
Jackson Walker LLP
Jacqueline Griffen Keyes
Jacquelyn Francis Malone
Jacquelyn Schexnayder Bastian
James "Mike" Hill
James A Crocker
James Adams
James Bruyninckx
James Brysch
James Conner
James Crocker III
James Dinkins Robinson Jr Trust
James Dinkins Robinson Trust
James Dobbs
James Donald Richard
James Dwight Mitchell
James Fisher Subsea Excavation Inc.
James Galloway
James Gray Jr.
James H. Painter
James Henry
James Kyzar
James Pena
James Pratt Jr.
James R. Hamby
James Sonnier
James Vines
James Zeringue

WEIL:\97551093\33\45327.0005

Jamey Seaward
Jamie Lafaye Bouie
Jamila Rinetta Bouie
Janet Donell Morgan
Janet Lovett August
Janet Marie P Cornay
Janic Directional Survey Inc.
Jared Bergeron
Jarrett Levesh
Jarrod Boudreaux
Jason Brantley
Jason Jinright
Jason P. Fruge
Jason Tarver
Javeler Marine Services, LLC
Jay Horne
JD Rush Corporation
Jean Philippe Kouassi
Jeana Berry
Jeane D Mceachern Ind Exe
Jeanerette Minerals LLC
Jeanette M Dietlein
Jeanne Carlyle Bourgeois Roane
Jeanne Mithcell Lopez
Jeff Lowe
Jeff Nelson
Jeff Nutter
Jefferson Davis Electric Cooperative Inc.
Jeffery Washington
Jenero Monica Monique Delcambre Milton
Jennifer Vincent
Jerad Bloom
Jeremiah Kendale Washington
Jeremy Dugas
Jeremy Jack Sanders
Jeremy King
Jeremy Swanzy
Jerolyn Fontenette
Jerome Thomas Mackey
Jerrie Lee Jacobs
Jesse Lyons
Jesse Shaw
Jessica Desiree Johnson
Jet Linx Aviation LLC
Jewelene Fayette Gordon-Crawford
Jim Camel Sales
Jim Churches
Jimmie Jones Jr.
JLT Specialty Insurance Services Inc.
JMS Consultants LP
Jo Ann Harris

WEIL:\97551093\33\45327.0005

Jo Anna Bouie Declouet
Joan Yvette Moore Thomas
Jocelyn Perroux
Jodi Braham
Joe Bruce Hancock Jr.
Joe Hamilton Koonce
Joel Davenport
Joes Septic Contractors Inc.
John Allen Mitchell Jr.
John Andrew Loomis
John C Healy Jr Consulting LLC
John Chance Land Surveys Inc.
John Deck
John Fitzgerald Wiltz
John Gilliam Sr.
John H Carter Co., Inc.
John Hocutt
John L. Broussard III
John Lafleur
John Marler
John P Crain Qtip Trust FBO Neil R Crain
John Penton
John Poole
John Pouncy
John Price
John Qualia
John R Sanford (Jack)
John Raney Mitchell
John Riley
John Smith
John W Stone Oil Distributor LLC
Johnaton James Mczeal
Johnithan Cook
Johnny Gray
Joncade Thomas Clemons
Joseph Anthony Jefferson
Joseph Anthony Moore
Joseph Bronson
Joseph Craig Sanders
Joseph Gilliam
Joseph Granger
Joseph Porche
Joshua Benoit
Joshua Hunsucker
Joshua Mitchell
Joshua Ryan Hancock
Joyce Elaine Conley Sloan
JP Morgan Chase Bank NA
Juliet Delcambre Cowan
June Broussard Richard
Jurlean Garrett Hill

WEIL:\97551093\33\45327.0005

Justin Romero
Juston Tucker
JX Nippon Oil Exploration (U.S.A.) Limited
K Camp & Associates Inc.
K&B Industries
Kaitlyn Smith
Kalisa Junice Perkins
Karin Ann Johnson
Karl Castille Jr.
Karsten Interior Services
Kasey Sonnier
Kathryn Mangum
Kathryn Sue Dozier
Kathy Marie Derouen Key
Katina Young
Katten Muchin Rosenman LLP
Kayla Janae Washington
Kayla Marshall Eschete
Kayla Renee' Johnson
Kaylyb Jones
KBC Advanced Technologies, Inc.
Keith A Provost
Keith Sims
Keller and Heckman LLP
Kelly Beatty
Kelly J Vincent
Kelly Morris Kirby Sr.
Kelsey Paulk
Ken Bramlett
Kenan Aviation, LLC
Kendall Harlan Johnson
Kenneth Faulk
Kenneth Gray
Kenneth James Sabine
Kenneth Michael John Spiller
Kenneth Young
Kenny Lane Fontenette
Kerney Hammond Johnson
Keven Lee Smith
Kevin Bruce
Kevin Fontenot
Kevin Guillot
Kevin Linier Johnson
Kevin Racca
Kevin Troy Thompson
Key Operating and Production Company LLC
Kharuma Youngblood
Kilmer Crosby & Quadros PLLC
Kim Bernard
Kim Marella Linzer Johnson
Kim Mettes

Kimberley Michelle Villere Eugene
Kimberly Denise Johnson
Kimberly Joyce Young
Kinder Morgan Operating LP "A"
Kinetica Deepwater Express , LLC
Kinetica Energy Express LLC
Kinetica Gator Energy LLC
Kinetica Midstream Energy LLC
Kinetica Partners LLC
Kira Debus
Kirk Morris Kirby
K-Jon, Inc
Knight Oil Tools
Knighten Industries
Kosmos Energy Gulf of Mexico Operations, LLC
Kramer-Shows Oilfield Services, LLC
Krauter & Company LLC
Krenek Family Trust
Kristen Janea Jones
Kronos
Kronos Saashr, Inc.
Kurt Anthony Bouie Sr.
Kurtis Melcher
Kyle "James" Lafleur
Kyle Gray
Kyle Miller
L & M Botruc Rental Inc.
L&J Technologies d/b/a Shand and Jurs
La 1 Coalition, Inc.
La Energy Services of Iberia, LLC
Lacy Clark
Lafayette Delivery Systems
Lafayette Parish Sheriff's Office
Lafayette Utilities System
Lafleur's Florist & Gifts
Lafourche Parish School Board
Lafourche Parish Sheriff's Office
Lagcoe
Lakeyta Charell Moore
Lana Sabine
Landa Mobile Systems
Landmark Graphics Corp.
Landon "Sam" O'Pry
Langlinais Tractor Inc.
Language Direct Inc.
LaQuinta Inn by Wyndham #0687-53303
Laredo Construction, Inc.
Laredo Offshore Services, Inc.
Larissa Brown
Larry C Teter
Larry Clark

WEIL:\97551093\33\45327.0005

Larry Doiron, LLC
Larry James Fontenette Sr.
Larry Lougon
Larry Nichols
Larson Software Technology, Inc.
Latham & Watkins LLP
Latonya Falls
Latrice Rose McNeil
Laura Ann Derouen
Laura Kay Ethetton
Lauren Jones
Laurence Taylor Vannier
Law 360
Lawana Marie Johnson Stokes
Lawrence Edward Hutchin
Lawrence R Bourgeois 5 LLC
Leasequery, LLC
Lebil Investments
Lee Graphics
Lee Hecht Harrison LLC
Lee Lemaire
Lei Inc.
Leiser Silva
Lejeune Brothers LLC
Lennet Marie Johnson Darby
Leonard Mitchell
Leroyal Tillman
Lester Francis
Letha Gray
Levick Strategic Communications
Lexco Data Systems, LP
Lexy Sanford
Liberty Commercial Finance LLC
Life Saving Equipment Repair Co., LLC
Lillian L. Arceneaux
Lillian Patout Holleman
Linda Faubion
Linda Landreth
Linden Interests LLC
Lindsey Hodson
Lionel Gilliam
Lisa Bonin
Lisa K Bone
Lisa Patout Morris
Little Prairie Properties, LLC
Llox, LLC
Lloyd Warwick International (Houston) Inc.
Lloyd Willard Lee
LLP Property Management Inc.
LMK Resources Inc.
Loadmaster Industries

WEIL:\97551093\33\45327.0005

Lobo Operating Inc.
Localjobnetwork.Com
Lockton Companies LLC
Locust Street Group
Lofton Security Services
Lognormal Solutions Inc.
Loise Marie Conley Owens
Lone Star NGL LLC
Longnecker & Associates, Inc.
Lonie Johnson Jr.
Lonnie Glenn Harper
Loraine Morris Kirby Seales
Loren Brown
Lori Mauzy
Loriel Brown
Louis D Muniza Jr.
Louis Gilbert & Associates Inc.
Louise Labruyere
Louisiana Cat
Louisiana Citizens for Job Creators, Inc.
Louisiana Dept. of Natural Resources
Louisiana Dept. of Wildlife and Fisheries
Louisiana Environmental Monitoring, Inc.
Louisiana Explosive Training LLC
Louisiana Jordan Oil Company, Inc.
Louisiana Legacy Policy Solutions, Inc.
Louisiana Oil & Gas Association
Louisiana One Call System, Inc.
Louisiana Scrap Processors
Louisiana Valve Source, LLC
Louvenia Kirby McGriff
Loyens & Loeff
LQ Management LLC
LQT Industries, LLC
LSE Crane and Transportation
LSU Foundation
Lubriport Laboratories, Inc.
Lucile B Randol Heirs LLC
Luther D. Copeland
Luther Hano
Lutricia Lynette Davis
Lydia Alexander Matthews
Lynn Vincent
M & A Safety Services, LLC
M & H Enterprises Inc.
M & J Valve Services Inc.
M&R Management, LLC
M.R. Harlan, Inc.
M21K, LLC
Mac Nett Environmental Service
Macdermid Offshore Solutions

Macquarie Corporate & Asset Funding, Inc.
Madcon Corporation
Maddens Cable Service Inc.
Madeline Washington
Madison Tigers LLC
Maersk Training, Inc.
Magdalene Johnson Armstead
Magellan Marine International LLC
Magnolia Torque & Testing Inc.
Magnum Mud Equipment Co. Inc.
Main Pass Oil Gathering LLC
Major Equipment & Remediation Services
Majorie N. Wallace Mgmnt. Trust
Makisicha Lee
Manson Construction Co.
Manson Gulf
Manta Ray Offshore Gathering Company, LLC
Marcus J Spacek & Eleanor Spacek
Marcus Keith Lee
Marcus Meaux
Marian Elizabeth Turner Davis
Maricela Vazquez-Cano
Marie Diane Miller, L.L.C.
Marine Chemist of Louisiana, LLC
Marine Corps Scholarship Foundation
Marine Preservation Association
Mark Anthony Krenek
Mark Boyadjian
Mark Gray Sr.
Mark J Richard
Mark Magner
Mark Pleasant
Mark Wilson
Markeith Sterling
Marla Begnaud
Marlin Oilfield Divers Inc.
Mars Offshore Technology Inc.
Marsh USA Inc.
Marshall Brantley IV
Marshall W Guidry
Martin Holdings, LLC
Martin International Inc. of Louisiana
Martin Noel
Martin O. Miller II, L.L.C.
Martin Trahan
Martin'S Airboat Pipeline Patrol, Inc.
Marubeni Oil & Gas (USA) Inc.
Marvenda Lee Sengal
Mary Ann Conques
Mary Ann Gant
Mary Ann Gordon Narcisse

WEIL:\97551093\33\45327.0005

Mary Ann Wilson
Mary Dudley Roger Alfonso
Mary Fran Comer
Mary Frances Gilbert Kelly
Mary Hancock Post
Mary Joan Spiller Wilson
Mary Kaiser
Mary Louise Krenek
Mary Odessa Johnson Butler
Masco Operators Inc.
Master Flo Valve (USA) Inc.
Master Valve and Wellhead Service, Inc.
Matagorda County Tax Assessor - Collector
Matherne Instrumentation Specialists, Inc.
Matthew Alan Newport
Matthew Ford
Matthew Foret
Matthew Gatlin
Matthew Mann
Matthews-Daniel Company
Maverick Energy Solutions, LLC
Maxie Baronaske
McDermott Inc.
McGinnis Lochridge LLP
McGriff Insurance Services
McGriff, Seibels & Williams of Texas, Inc.
McKinsey & Company Inc.
McMoran Oil & Gas LLC
MD Anderson Cancer Center
Measurement Technologies Inc.
Mechanical & Performance Analysis
Mech-Tech Engineering, LLC
Melancon's Welding & Repair, LLC
Melanie Banks Burnett
Melanie Naquin Mayberry
Melba Moneaux Edwards
Melba Trahan
Melissa Ann Gray
Melissa Guidry
Melissa Jinks
Melissa Marie Jacquet-Olivier
Melton Young Jr.
Mercer (US) Inc.
Meridian Compensation Partners, LLC
M-I Swaco
Micah Fabacher
Michael Barre
Michael Breaux
Michael Grant
Michael Gray Jr.
Michael Greenspoon

WEIL:\97551093\33\45327.0005

Michael Hart
Michael Jadick
Michael James Lee
Michael King
Michael Kinzel
Michael L Provost
Michael Louis Conley
Michael Pham
Michael Reeves
Michael Sean Leblanc
Michael Seghers
Michael Wayne Roman
Michael Wombacher
Michael Yearick
Michel A Fortier
Michelle R Reppond
Michion Denise Schexnayder Bynum
Microsoft Licensing, GP
Miculyn Joan Berry
Mid-South Control Line, LLC
Mike and Marie Johnston
Mike Sullivan
Mikell Windham
Millard Harlan Spiller
Miller & Chevalier Chartered
Miller Consulting Inc.
Miller-Green Limited Partnership
Mineral Tech LLC
Minuteman Press Northwest
Minuteman Press Westchase
Miquela Rhymes
Miranda Jay Moncriffe Sr.
Miranda Lewis
Mirex Aquapure Solutions
Missouri Fox Trot Minerals, LLC
Mistras Group, Inc.
MIT International of LA, Inc.
Mitchel Kelley
Mitchell Veh Jr.
MJ Systems, LLC
Mobius Risk Group, LLC
Modern American Recycling Services Inc.
Modspace
Mohammad Masalmah
Moncla Workover & Drilling Operations, LLC
Monica Ramirez
Monique Mitchell Young
Montco Offshore Inc.
Moodys Investors Service
Moores Pump & Services, Inc.
Morgan City Rentals

WEIL:\97551093\33\45327.0005

Moses & Singer
MP Gulf of Mexico LLC
MPS Group, Inc.
MSAM LLC
Mudrick Capital Management, LP
Murphy Exploration & Production Company - USA
Murphy Oil Corporation
Myers Namie, LLC
Myra Mitchell Zeno
Myriam Sue Robinson
Myrna Faye Mitchell Pennington
Myrtle Ruth Mitchell Batiste
Nabors Offshore Corporation
Nalco Champion
Nalco Company
Nancy Cornelson Ryan
Nancy Hancock Sanders
Narciso Jesus Aguilar
Natasha Prevost
Nathan Ray Preston
Nathan Sinyangwe
Nathan Vaughn
Nathaniel Johnson
National Assoc. of Lease and Title Analysts
National Oilwell Varco, LP
National Response Corporation
Nautilus Pipeline Company, LLC
Nemo Gathering Company LLC
Neo Products
Neuralog LP
New Century Fabricators Inc.
New Orleans Airport Lessee, LLC
New Tech Global Ventures LLC
Newlin Rental-Repair & Supplies Inc.
Newman Crane Service Inc.
Newpark Drilling Fluids LLC
Ni Welding Supply LLC
Nichole Simon
Nicolle Patout
Nikolaus M Hilder 2011 Trust
Nolan Power Group LLC
Nondestructive & Visual Inspect
Nord-Sud Shipping, Inc.
Norsafe Marine & Offshore Services LLC
Northern Natural Gas Company
Northwestern Pipeline, Inc.
Nov Process & Flow Technologies US, Inc.
Nov Rigsystems
NS Lifting America Inc.
NSI Fracturing LLC
Nutec, Inc.

66

NW Pipeline, Inc.
NYSE Market Inc.
O'Melveny & Myers LLP
O'Brien's Response Management
OCC-Med of Lafayette
Ocean Edge Services Inc.
Ocean Flow International LLC
Oceanweather, Inc.
OCS Advisory Board
OEG Offshore, Inc.
Office Depot Inc.
Offshore Air & Refrigeration, Inc.
Offshore Cleaning Systems
Offshore Equipment Solutions
Offshore Liftboats, LLC
Offshore Oil Scouts Association
fOffshore Process Services, Co.
Offshore Services of Acadiana LLC
Offshore Staffing Svcs. of Acadiana
Offshore Support Services, LLC
Offshore Technical Compliance, LLC
Offshore Technical Solutions LLC
Offshore Technology Conference, Inc.
OGCS Americas, Inc.
Oil & Gas Evaluations and Consulting LLC
Oil & Gas Informations Systems, Inc.
Oil Center Research
Oil Distribution Services Inc.
Oil Price Information Service, LLC
Oil States Energy Services
Oil States QCS
Oil States Skagit Smatco
Oilfield Instrumentation USA
Oilfield Pipe of Texas LLC
Okeanos Gas Gathering Co LLC
Ola Mae Lee Hennings
Oliver Theriot Jr.
Olivier International, LLC
Ollie Gray
OMI Environmental Solutions
Omimex Resources Inc.
One Call Now
Opal Faye Johnson Lee
Optimized Process Furnaces Inc.
OQSCG
Orkin LLC
Orlando Gomez
Osisoft LLC
Owen Oil Tools LP
P & M USA LLC
P2 Energy Solutions

Paintmire LLC
Palacios ISD Tax Assessor-Collector
Paleo Data
Palfinger Marine USA Inc.
Paloma Energy Consultants
Pamela Anderson
Pamela Bernard Davis
Pandell Technology USA Corporation
Panther Interstate Pipeline Energy LLC
Panther Operating Company, LLC (Hips)
Panther Pipeline LLC
Paradigm
Parker Hannifin Corporation
Parkman Whaling LLC
Partco Inc.
Party Central
Passco Raveneaux LLC
Pat McDonald
Patrice Roslyn McNeil
Patricia Ann Gordon
Patricia Anne L. Crail
Patricia G. Duncan
Patricia Power Koonce Family Trust
Patrick Burch
Patrick Huse
Patrick Wade Linzer
Patterson Rental Tools, Patterson Fishing Too
Patti Drisko
Paul J Patout
Paul Landry
Paul Washington
Paul Washington
Paul's Insurance Services LLC
Paula Lynn Preston
Paws Energy Services Inc.
PDI Solutions, LLC
Pelican Oilfield Rentals, LLC
Pellerin Energy Rentals, LLC
Pelstar LLC
Peninsula Marine Inc.
Penroc Oil Corporation
Perc Engineering LLC
Percy Jones
Percy Lougon
Peregrine Oil & Gas, LP
Peregrine Oil and Gas II, LLC
Pernell Williams McKee
Peter Gray
Peter Ortego
Petra Consultants, Inc.
Petram Consulting, LLC.

WEIL:\97551093\33\45327.0005

Petricore
Petro Amigos Supply Inc.
Petro Pull LLC
Petroflow, Inc.
Petroleum Accountants Society of OKC-Tulsa Ch
Petroleum Club of Houston
Petroleum Co-Ordinators
Petroleum Equipment & Services Association
Petroleum Experts, Inc.
Petroleum Geo Services Inc.
Petroleum Laboratories Inc.
Petroleum Solutions International LLC
Petrolink Data Services, Inc.
Petrophysical Applications International, Inc.
Petroplan USA LLC
Petroquest Energy LLC
Petroquip
Petroquip Energy Services LLC
Petroseismic Software
Petrostar Services, LLC
Petrostream LP
PHI Helipass, LLC
Philip Shane Koonce
Philomenia Roberta Johnson
Phoenix International Holding, Inc.
Phyllis Labruyere Toledano
Pierre Blaise Villere II
Pinhook Tower
Pinnacle Engineering Inc.
Pinnacle Project Services LLC
Pioneer Coiled Tubing Services, LLC
Pioneer Contract Services Inc.
Pioneer Wireline Services
Pipeco Services
Pipeline and Hazardous Materials Safety Admin
Piracle Inc.
Pisces Energy LLC
Pitney Bowes Global Financial
Pitney Bowes Postage by Phone
PJT Partners LP
Plains Gas Solutions
Planning Thru Completion, LLC
Plant Machinery, Inc.
PLS Inc./Pls Inc.
Plus Signs Inc.
PMB Safety and Regulatory, Inc.
PNK (Lake Charles), LLC
Pogne Family Trust
Point Eight Power Inc.
Politico LLC
Poseidon Oil Pipeline Co LLC

WEIL:\97551093\33\45327.0005

Post & Schell PC
Powell Electrical Systems, Inc.
Power Performance Inc.
Powerpro Texas
PPI Quality & Engineering, LLC
Precision Energy Services, Inc.
Precision Pump & Valve II, Inc.
Precision Rental Services, LLC
Premiere, Inc.
Premium Oilfield Services, Premium Wireline
Preng & Associates LLC
Preston Thomas Lively
Price Forbes & Partners Limited
Pride Oil & Gas Properties
Prime Capital Investment Advisors LLC
Priority Artificial Lift Services, LLC
Pro Unlimited Inc.
Process Level Technology, Ltd
Process Piping Materials Inc.
Process Solutions & Products LLC
Procor Chemicals Inc.
Produced Water Solutions, LLC
Production Management Industries LLC
Production Technology & Services, Inc.
Professional Fluid Services, LLC
Professional Landemens Association of New Orleans
Professional Rental Tools LLC
Professional Wireline Rentals
Progress Machine Inc.
Prompt Inc.
Proserv Operations Inc.
Prosper Operators, Inc.
Proteus Oil Pipeline Company LLC
Provisions Energy & Marine Support
Pruet Offshore Company
PSC Industrial Outsourcing LP
Puffer Sweiven LP
Pyramid Tubular Products LP
Quail Tools LP
Quality Construction & Production L
Quality Energy Services, Inc.
Quality Preheat & Pressure Washers Inc.
Quality Process Services LLC
Quality Production Mgmt. LLC
Quality Rental Tools Inc.
Quality Wireline & Cable Inc.
Quanta Energy Services LLC
Quanta Marine Service, LLC
Quest Integrity USA LLC
Questor Pipeline Venture
Quorum Business Solutions (USA), Inc.

WEIL:\97551093\33\45327.0005

R & R Rig Service, Inc.
R&R Energy Services LLC
R360 Environmental Solutions LLC
Rachel Demmer
Rachel Deseanne Mitchell
Rae-Dorcas Schexnayder Mays-Stoglin
Ramona Lynn Sims Taylor
Randal Granger
Randall Benson
Randall Lewald Bouie Sr.
Rapid Drilling LLC
Ray Allen Fueche
Ray Cornelson
Ray Oil Tool Co. Inc.
Rayford Anthony Gordon
Raymond Albert Muniza
Raymond Mitchell
Raymond Sabine Jr.
RCI Consultants Inc.
Reagan Power & Compression LLC
Rebecca Guess
Red Dog Systems Inc.
Red Fox Environmental Service Inc.
Red Paw Technologies, Inc.
Red Willow Offshore LLC
Redfish Rental of Orange
Refinitiv US LLC
Refugio County Tax Assessor-Collector
Reginald Keith Berard
Reginald Paul Green
Reginald Quinn
Regions Insurance, Inc.
Regulatory Economics Group LLC
Relevant Industrial, LLC
Reliable Machine Services Inc.
Reliable Packer Sales & Services Tools LLC
Relyon Nutec USA, LLC
Renardo Gray
Rentier Inc.
Reorg Research Limited
Republic Services Inc.
Republic Title of Texas, Inc.
Reservoir Data Systems LLC
Resman AS
Resource Rental Tools LLC
Retif Oil & Fuel
Revenew International LLC
Revolutionary Security LLC
Reynolds Frizzell LLP
Richard A Lee & Nancy J Lee
Richard Berard

WEIL:\97551093\33\45327.0005

Richard Crain
Richard Ducote
Richard Haralson
Richard Johnson
Richard Louis Gant
Richard Perkins
Richard's Restaurant Supply
Richards Layton & Finger
Ricky Chapman
Ricky Deville
Ridgelake Energy, Inc.
Ridgewood Energy Corporation
Rig Qa International Inc.
Right Hand Oilfield Associates, LLC
Rino-K&K Compression, Inc.
Rio Fuel & Supply
Risher Land Services Inc.
Risk Management & Engineering, Ltd
Ritter Forest Products
River Rental Tools Inc.
Rivers Lee Jr Agent & Aif Rivers Lee III
Riverstone Capital Services LLC
RLC, LLC
RLI Insurance Co.
Rob Pearce
Robert A Schroeder Inc.
Robert D Reynolds Trust
Robert D. Abell
Robert Half Technology
Robert L. Broussard
Robert Lance Mudd
Robert McQurter
Robert Norman Caballero
Robert Ray Young
Robert Selby Jr.
Robert Sergesketter
Robert Sinclair
Robert Voorhies Spiller
Robert W. Krenek
Robert Wayne Mitchell Sr.
Roberta Thomas Bienvenu
Robin Girouard
Robin Instrument & Specialty Inc.
Robin Marie Johnson
Rock Solid Images, Inc.
Rocky Robbins
Roger Lynn Fontenette Sr.
Rogue Industrial Group LLC
Roland Matthew Johnson
Ron Kirk Berard
Ron Landry

WEIL:\97551093\33\45327.0005

Ronald Bonin
Ronald E Dauterive
Ronald James Perry
Ronald Washington
Ronald Wayne Young
Rosa Thompson Gray
Rosalind Ann Wesley
Rose & Associates LLP
Rose G Patout Usufruct
Rose Marie Johnson Obrien
Rosita Rhymes Stanczak
Rosita Rhymes Stanzak
Rothschild & Co US Inc.
Rowan Companies, Inc.
Roy Conley Johnson Jr.
Roy J Patout Jr.
Royal Fontenette III
Royal Service and Rentals Inc.
Royce Anderson
Rpa Advisors LLC
RPS
Ruby Nell Fontenette Green
Rusco Operating, LLC
Russell Coats
Rustic
Ryan Broussard
Ryan Minick
S & N Pump Company Inc.
S&P Global Inc.
S.O.S Survival-Craft Offshore Servi
Sabine Environmental Services, LLC
Sabine Hub Services Company
Sabine Oil and Gas Corporation
Safety & Training Consultants, LLC
Safety Management Systems LLC
Safezone Safety Systems, LLC
Saia Motor Freight Line Inc.
Salazar Express
Sam Boyar
Sam Young
Samantha M Hilder 2011 Trust
Samel Bradford
Samson Offshore Mapleleaf, LLC
Sanare Energy Partners, LLC
Sandra Bricker
Sandra Jean Moore Carr
Sandra Musachio
Sandra Sabine
Sandridge Energy Offshore LLC
Sandy Nadine Johnson Thomas
Sarita Lee Gunter

SBM Gulf Production LLC
SBS Energy Services, LLC.
Schambo Manufacturing LLC
Schiffer Hicks Johnson PLLC
Scientific Drilling International, Inc.
Scott Armature Sales & Storage LLC
Scott Saunders
Scott Stringer
Scott Trahan
Sea Robin Pipeline Company LLC
Sea Robin Pipeline Company, LLC
Seacor Liftboats LLC
Seacor Marine LLC
Seahorse Energy
Seal Legacy Foundation
Seal-Tite International
Sean Bernard
Seatrax Inc.
Secon Inc.
Securance Corporation Agency
Seismic Exchange Inc.
Select Oilfield Services LLC
Send Word Now
Sentoria Staffing Solutions LLC
Service Fasteners
Service Rigging
Setpoint Integrated Solutions Inc.
Settoon Towing LLC
Seven C'S Properties, L.L.C.
SGS North America, Inc.
Shamrock Energy Solutions
Shannon Chavez
Shannon Mouton
Shannon Soudelier
Shannon Travelle Thompson Robinson
Sharika Gray
Sharon Ann Wilson Whitehead
Sharon Gardner
Sharon Welch Jeffers Conner and Warren Conner
Sharon White Robinson
Shawn Fontenot
Shawn Lee Davison
Shawn Rushton
Shayne Avant
Shelby Burton
Shelia Faye Washington Connor
Shelia Linzer Davis
Shelia Marie Grant Williams
Shell Exploration and Production Company
Shell GOM Pipeline Company LLC
Shell Offshore Inc.

WEIL:\97551093\33\45327.0005

Shell Pipeline Company LP
Shelving Exchange Inc.
Sheraton North Houston
Sherri Ali Perkins
Sherril Fontenette
Sherry Lynn Perkins Brown
Shivishie Lashauna Wilson
Shore Offshore Service LLC
Shoreline Southeast, LLC
Shred-It USA LLC
Sidney Charles Sims III
Siemens Energy Inc.
Signa Engineering Corp
Sikica D. Crosby
Simone Patout Palmer
Simpson Thacher & Bartlett LLP
Sinor Engine Company Inc.
Skinner Law Firm LLC
Skoflo Industries, Inc.
Sky High
Skyspring Oil & Gas Services, Inc.
Smartzoft Decision Tools, LLC
Smith International Inc.
Smith Mason & Company LLC
Sojitz Energy Venture Inc.
Solex
Solstice Consulting Group LLC
Sonia Conner
Sonja Leblanc
Sonoco
Sooner Pipe Inc.
Soreap LLC
Southcross Energy
Southern Couture Weddings
Southern Gas and Supply Inc.
Southern Natural Gas Company LLC
Southfield LC
Southwest Energy, L.P.
SP Plus Corporation
Sparrows Offshore LLC
Spartan Offshore Drilling, LLC
Specialty Equipment Sales
Specialty RTP LLC
Spectro Scientific, Inc.
Spectro-Scan Inc.
Spiller Coates & Company LLC
SPL - Southern Petroleum Labs, Inc.
Spring Branch ISD
Squire Patton Boggs (US) LLP
Squires & Company
St. Bernard Parish Sheriff's Department

WEIL:\97551093\33\45327.0005

St. Landry's Parish Sheriff
St. Mary Parish Clerk of Court
St. Mary Parish Sheriff
Stabil Drill
Stacey Nguyen
Stacy Fontenot
Stacy Granger
Stacy M Miller
Stalanad Inc.
Stallion Oilfield Services Ltd.
Stancil Property Tax, LLC.
Stanley Cudarry Linzer
Star Measurement
Starlet Bathsheba Perkins
Starr County Tax Office
State of Alabama Department
State of Louisiana Department of Environ. Qua
State of Louisiana Dept. of Natural Resources
State of Louisiana Dept. Natural Resources
State of Louisiana State Land Office
State Police
Steel Service Oilfield Tubular Inc.
Stella Faye Mitchell Johnson
Stella Maris
Stenning Murphy
Stephani Mitchell
Stephanie Moneaux Allen
Stephen Griesbach
Stephen Sprague
Stephen W Curry
Sterling First Aid & Safety
Sterling Linzer Jr.
Sterling Relocation
Sterling Sugars LLC
Steve Fontenette Jr.
Steve Horne
Steve Pellegrin
Steve Stagg
Steven Gray
Steven Walter & Lori Lynn Nicholson
Stewart Robbins & Brown LLC
Stewart Tubular Products Inc.
Stingray Pipeline Co LLC
Stingray Pipeline Company, LLC
Stoebner Enterprises, L.L.C.
Stokes & Spiehler Offshore Inc.
Stokes & Spiehler Regulatory Services, Inc.
Strategic Business Communications
Strategy Engineering & Consulting LLC
Stratum Reservoir Isotech LLC
Stratum Reservoir, LLC

WEIL:\97551093\33\45327.0005

Stress Engineering Services, Inc.
Subsea Development Solutions, Inc.
Subsea Solutions, LLC
Sullexis, LLC
Sulzer Turbo Services New Orleans
Sun Drilling Products Corp
Superior Energy Services LLC
Superior Natural Gas Corporation
Superior Performance Inc.
Superior Rack & Shelving, Inc.
Superior Supply & Steel
Supreme Service & Specialty Co Inc.
Surface Systems Cameron
Susman Godfrey LLP
Svoboda Family Trust
Swagelok Louisiana
Sweet Lake Land & Oil Co, L.L.C.
Swiftwater Consultants LLC
Swire Oilfield Services LLC
Swivel Rental & Supply LLC
Sybil Kelly Boseman
Sylvia Marie Rose
T&B Repairs Inc.
T. Baker Smith, LLC
T.T. & Associates Inc.
Tab Products Co LLC
Tad Little
Talos ERT LLC
Talos Production LLC
Talus Technologies Inc.
Tam International
Tammany Oil & Gas LLC
Tammi A. Schenk and Fred W. Schenk
Tammy Bernard
Tampnet Inc.
Tananna Baldwin
Targa Gas Marketing LLC
Targa Midstream Services LP
Tave Peruzzi
Tawona Marie Archon Londo
Taylors International Services Inc.
TC Offshore LLC
TCB Fabrication, Inc.
Tech Oil Products Inc.
Technical and Quality Solutions Inc.
Technical Engineering Consulting LLC
Tejas Office Products, Inc.
Telesis Geophysical Services, LLC
Temple Gordon Koonce
Tenaris Global Services USA Corp
Tennessee Gas Pipeline

WEIL:\97551093\33\45327.0005

Terri Latonya Perkins
Terry Guidry
Terry Maxwell
Terry Teague
Terry Thibodeaux
Tetra Technologies, Inc.
Texas Eastern Transmission LP
Texas Gas Transmission, LLC
Texas Lehigh Cement Company LP
Texas Marine Shipyard LLC
Texas Tickids
Texflow Oilfield Specialty, Inc.
Tex-Isle Supply Inc.
Texla Energy Management
TH1, LLC
The Bank of New York Mellon
The Bolton Group, LLC
The Cavins Corporation
The Chateau Hotel
The L Group Inc.
The Lubrizol Corporation
The Response Group LLC
The University of Texas at Austin
Thelma Gordon
Theopolis Baldwin Jr.
Theresa L. Beam Doucet and Roland Doucet Jr.
Theresa Moore Glover
Thomas Church Farnsworth III
Thomas Energy Services LLC
Thomas Lamme
Thomas Moses Jr.
Thomas Poncik
Thomas Tools
Thomas Trammell
Thomas W. Rivers
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters-West
Thru-Tubing Systems
Tibco Software, Inc.
Tierra Lease Service, LLC
Tiffani Nycole Hughes
Tiffany Williams Jones
Tiffanye Brooks
Tiger Safety
Tiger Tanks
Timbalier Sales & Rental Inc.
Timken Gears & Services Inc.
Timothy John Ryhmes
Timothy Morgan
Timothy Ray Krenek
Timothy Smith

WEIL:\97551093\33\45327.0005

Tioram Subsea Inc.
Tish Coleman
TMR Exploration Inc.
Toby McCullough
Todd Avery Little
Todd Dragulski
Todd Duet
Todd's Car Wash LLC
Tom Young Jr.
Tomeka Reshea Wilson
Tommy Combs
Tony Craven Jr.
Toshiba Financial Services
Total Production Supply, LLC
Total System Integrators
Touchet Contractors
Towers Watson Delaware Inc.
Tracy Lynn Bourque
Tracy Marion
Transcontinental Gas Pipeline Co, LLC
Travis Cantrell
Travis Hough
Travis Mire
Trejour Hurst
Tremichael Hurst
Trend Services Inc.
Trey O'Neal Thompson
Trey Sandoz
Trinity Consultants Inc.
Trinity Tool Rentals LLC
Tripoint
Trisha Hackett
Tri-Star Protector Svc. Co.
Tri-Star Protectors
Triton Diving Services Inc.
Troy Allen
Troy Clark
Troy Dequincy Linzer
Troy Gant
Troy Lee Mitchell
Troy Racca
Troy Wayne Brashear
Troylond Malon Wise
Truitt Smith
Trunkline Field Services LLC
Trunkline Gas Company LLC
Trussco, Inc.
Trustee for Ester &William Grady Trust
TSB Offshore Inc.
Ttl Subsea, Inc.
Tuboscope

79

Tubular Solutions, Inc.
Tumi Agboola
Turbo Power System Inc.
Turnkey Environment Management Services LLC
Tw Telecom Holdings LLC
Tyler Maris Lewis
Tylor Fontenot
Tymara Gray
Tyrone C. Moncriffe
Tyrone Morris Kirby
U S Coast Guard
U.S. Army Corp of Engineers
U.S. Environmental Protection Agency
U.S. Trustee
UBS Financial Services, Inc.
Uceta Lanay Derouen Bogan
Uline, Inc.
Ultra Sales Association, Inc.
Unisource Supply, Inc.
United Energy Trading, LLC
United Fire & Safety LLC
United States K-9 Unlimited, LLC
United States Treasury
Universal Equipment Inc.
Universal Glass
University of Houston Law Foundation
Unocal Pipeline Co.
Ups Midstream Service Inc.
Upstream
Upstream Exploration LLC
US Bank Corporate Trust Services
US Bank National Association
US Dept. of Commerce - NOAA
Valerie Ann Moncriffe Simon
Valerie Walker
Vallourec Tube Alloy, LLC
Vam USA LLC
Van Raynard Preston
Vanessa Ann Linzer Davis
Vanessa Ann Sims Bailey
Vanessa Mendez
Variable Bore Rams Inc.
Vashon Evette Archon
Vegetation Mgt. Specialists Inc.
Velocity Databank Inc.
Venice Gathering System LLC
Venkatesh Bhat
Verified Controls, LLC
Veriforce LLC
Veris Global, LLC
Vermilion Abstract Co

WEIL:\97551093\33\45327.0005

Vermilion Corporation
Vermilion Parish Sheriff's Office
Versa Integrity Group Inc.
Versabar Inc.
Versabuild LLC
Versalis Americas Inc.
Versamarine, LLC
Versatech Automation Services LLC
Vesco Rental & Pressure Control LLC
Vetco Gray Inc.
Victoria Rhymes Potts
Viking Engineering LC
Viking Fabricators LLC
Viking Life Saving Equipment America, Inc.
Vision Service Plan Insurance Company
Vistra Management Services
Viviana Bravo-Rojas
Vme Process, Inc.
Von Magee
Voorhies Supply Co.
Vwp Jr Inc.
Wade "Don" Ballard
Wade Bruce Cornelson
Wade Willie Clark Jr.
Wageworks Inc.
Wagner Oil Company
Walbert G. Levy Revocable Trust
Wallace John Francis
Walter C English Jr Estate
Walter Jones Jr.
Walter Jones, Jr.
Walter Mark Dietlein
Walter Prevost
Ward Leonard
Waste Auditors Inc.
Waste Connections Bayou, Inc.
Waste Corporation of Texas
Waveland Services, Inc.
Weatherford Artificial Lift Systems
Weatherford Gemoco
Weatherford International
Weatherford U.S., L.P.
Weaver
Weeks Family LLC
Weir Seaboard
Weiser-Brown Operating Company
Well Control School
Wellbore Fishing & Rental Tools LLC
Wellez Information Management, LLC
Wellhead & Valve Services, LLC
Wells Fargo Financial Leasing Inc.

81

Welltec Inc.
Wendy Fontenette Gambles
West Cameron Dehydration Co LLC
West Harris County Mud # 1
West Jefferson Industrial Medicine LLC
Westchase Fairfield Inn & Suites
Westerngeco, LLC
Wet Tech Energy Inc.
Wharton County Tax A/C
Whitco Pump & Equipment LLC
Whitco Supply LLC
White Oak Operating Co., LLC
White Oak Resources VI, LLC
White Rock Oil & Gas LLC
Whitecap Pipeline Company LLC
Whitley Penn LLP
Whitney Fontenette
Whitney Oil & Gas, LLC
Wilbert Dale Gant
Wild Well Control Inc.
Wilkens Weather Technologies Inc.
Wilkerson Transportation, Inc.
Wilkinson Technologies, Ltd
Will Paulsen
Willard James Thompson
William L Welch and Patricia Cogley Welch
William Moore
William Pickett
William Pogue
William R Suggs Jr.
Williams Field Services Company
Williams Oil Gathering, LLC
Willie Mitchell III
Willis of Tennessee, Inc.
Willkie Farr and Gallagher LLP
Wilmer J Baudoin Jr.
Wilson Rodriguez
Wilton Mitchell
W-Industries Inc. - Texas
W-Industries of Louisiana, LLC
Winnie Antoinette Johnson Dupree
Winnifred Joyce Bouie
Wireline Control Systems, LLC
Wireline Repair Services Inc.
WME IMG Holdings
Wolfepak Software, LLC
Wonderware West
Wood Group Kenny Inc.
Wood Group USA Inc.
Woods Hole Group, Inc.
Woody Hunt

Work Designs LLC
Workover Equipment Rental
Worldwide Energy Services Inc.
Worldwide Express Investment Holdings, LLC
Wren Lemmon
Wright Wade Adams III
WTS Well Test Solution Inc.
Wyatt Steen
XL Systems LP
X-Pro LLC
Yetter Coleman LLP
Youngsville Sports Complex
Yvonda Lynn Young Randolph
Zachry Exploration LLC
Zee Medical Service Co.
Zelma Thompson Gabriel
Zenergy Offshore Operating Co., LLC
Zenetta Kyung Lee
Zeno Digital Solutions, LLC
Zetaware Inc.
Zinc Consultants Ltd.

**Notice of Appearance Party/Interested Party [849]**
2M Oilfield Group Inc.
A2D Technologies, Inc. d/b/a TGS Geological Products and Services
Acadian Contractors, Inc.
Aldine ISD
American Express National Bank
Anahuac Independent School District
Ankor E&P Holdings Corporation
Ankor Energy LLC
Apache Corporation
A-Port LLC
Archrock Partners Operating, LLC
Archrock Service LP
Atlantic Maritime Services, LLC
Aubrey Wild
Bay City Independent School District
BP Exploration & Production Inc.
Brian Cloyd
Cantor Fitzgerald Securities
CCG Services (U.S.) Inc.
C-Dive, L.L.C.
CETCO Energy Services Company, LLC
Chambers County
Chevron U.S.A. Inc.
CNOOC Petroleum Offshore U.S.A. Inc.
Colorado County

WEIL:\97551093\33\45327.0005

Core Industries
Cortex Business Solutions USA LLC
Cortland Capital Market Services LLC
Cypress-Fairbanks ISD
Diamond Oil Field Supply Inc.
Dickinson Independent School District
Discovery Gas Transmission LLC
DLS, LLC
Endurance American Insurance Company
ENI Petroleum US LLC
ENI US Operating Co. Inc.
EOG Resources, Inc.
ExxonMobil Corporation (in other category)
Facilities Consulting Group, LLC
Florida Gas Transmission Company, LLC
Galveston County
Genesis Energy, L.P.
Gibson Applied Technology & Engineering
Goldman Sachs Bank USA
Gulfstar One LLC
Halliburton Energy Services, Inc.
Harris County
Helis Oil & Gas Company, LLC
Hess Corporation
Ignition Systems & Controls, Inc.
Intracoastal Liquid Mud, Inc.
Island Operating Company Inc.
ITC Global, Inc.
Jefferson County
JX Nippon Oil Exploration (U.S.A.) Limited
Lavaca County
Lexon Insurance Company
Liberty Mutual Insurance Company
Linear Controls, Inc.
Live Oak CAD,
LLOG Exploration Company, LLC
Macquarie Corporate and Asset Funding Inc.
Magnum Mud Equipment Co. Inc.
Marathon Oil Company
Martin Energy Services LLC
Matagorda County
Milorad Raicevic
Moodys Investors Service, Inc.
Multiklient Invest AS
National Oilwell Varco, L.P.
NOV Process & Flow Technologies US, Inc.,
Oceaneering International Inc.

WEIL\97551093\33\45327.0005

Oil States Energy Services, LLC
Partco, LLC
Petro Amigos Supply, Inc.
Philadelphia Indemnity Insurance Company
Process Piping Materials, Inc.
Railroad Commission of Texas
Red Willow Offshore, LLC
Renaissance Offshore, LLC
Ridgewood Energy Corporation
Rio Grande City CISD,
RLI Insurance Company
Robert L. Marrero, LLC
Samson Contour Energy E & P, LLC
Samson Offshore Mapleleaf, LLC
SBM Gulf Production LLC
Sea Robin Pipeline Company, LLC
Seitel Data, Ltd.
Sheldon Independent School District
Solar Turbines Incorporated
Starr County,
State of Louisiana, Department of Natural Resources
Stingray Pipeline Company, LLC
Subsea 7 LLC
Supreme Service & Specialty Co. Inc.
Talos Energy Inc.
Talos Energy LLC
Tana Exploration Company, LLC
TC Oil Louisiana, LLC
Tetra Applied Technologies, Inc.
Texas General Land Office
TGS AP Investments AS
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company ASA
The Hanover Insurance Company
Transcontinental Gas Pipe Line Company, LLC
Trendsetter Engineering
Trinity Bay Conservation District
Trunkline Gas Company, LLC
U.S. Department of the Interior
U.S. Department of the Interior
U.S. Specialty Insurance Company
Universal Equipment, Inc.
Valero Marketing and Supply Company
Westerngeco LLC
WFS Liquids LLC
Williams Field Services-Gulf Coast Company LLC

WEIL:\97551093\33\45327.0005

XL Systems, L.P.,
XTO Energy, Inc.
XTO Energy, Inc./ XTO Energy Inc.
Zurich American Insurance Company

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| **FIELDWOOD ENERGY LLC, *et al*.** [1] | Case No. 20-33948 (MI) |
| | (Jointly Administered) |

DECLARATION OF TIM FOX IN SUPPORT OF
APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF PACHULSKI
STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, EFFECTIVE JANUARY 20, 2021

I, Tim Fox, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare under penalty of perjury as follows:

1.      I, Tim Fox, am an employee of Partco LLC ("**Partco**").  I am a member of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned debtors (collectively the "**Debtors**").  I am authorized to submit this declaration (the "**Declaration**") in support of the *Application for Approval of the Employment of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective January 20, 2021* (the "**Application**") on behalf of the Committee. [2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

### The Committee's Selection of Pachulski Stang as Counsel

2.      Pachulski Stang Ziehl & Jones LLP ("**Pachulski Stang**" or the "**Firm**") is proposed to serve as co-counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

3.      On August 18, 2020, the Office of the United States Trustee filed that certain *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 183], appointing a Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee, as reconstituted, consists of the following committee members:  (i) TETRA Technologies, Inc., (ii) Workstrings International, L.L.C., and (iii) Partco, LLC.

4.      On August 19, 2020, the Committee held a meeting and, among other things, selected Stroock & Stroock & Lavan LLP as lead counsel, subject to Court approval.  The following day, August 20, 2020, the Committee selected Conway Mackenzie, LLC as the Committee's financial advisor and Cole Schotz P.C. ("**Cole Schotz**") to serve as co-counsel to the Committee in these cases, both subject to Court approval.

5.      On September 18, 2020, Cole Schotz filed its *Application for Approval of the Employment of Cole Schotz P.C. as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of August 20, 2020* [Docket No. 374] (the "**Cole Schotz Employment Application**").  The Court entered the order approving the application on October 16, 2020 as docket number 470.

6.      Michael D. Warner ("**Mr. Warner**"), a former member of Cole Schotz, was a lead counsel providing services in these Chapter 11 Cases on behalf of the Firm.  On January 20, 2021, Mr. Warner left Cole Schotz and became employed by Pachulski Stang. On January 12, 2021, the Committee voted to retain the firm of Pachulski Stang as its counsel, in place of Cole Schotz.

## RATE STRUCTURE

7.      In my capacity as Committee member, I am responsible for supervising counsel. Pachulski Stang informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services.  Pachulski Stang also informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.  Pachulski Stang has agreed with the Committee, that with respect to Mr. Warner's hourly rate for the balance of 2021, such rate will remain the same as it was at the time he left Cole Schotz and became employed by Pachulski Stang.  Other Pachulski Stang professionals will charge their customary and standard rates.

## COST SUPERVISION

8.      The Committee will approve any prospective budget and staffing plan that may be filed by Pachulski Stang prior to it being filed, recognizing that, in the course of large chapter 11 cases like these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and Pachulski Stang.  I further recognize that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases.  The Committee

3

will continue to review the invoices that Pachulski Stang regularly submits, and, together with Pachulski Stang, periodically amend any budget and staffing plans, as the case develops.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February _19_ 2021

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC,** _et al._

By: Partco, LLC., solely in its capacity as Member of the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, et al.