# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, February 22, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Clifford | Carlson | Weil | Debtors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Jessica | Liou | Weil | Debtor |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Fieldwood |
| Alfredo | Perez | Weil | Debtors |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |