UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Elliot Moskowitz<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>New York, 4039160 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders |
|---|
| Dated: February 23, 2021    Signed: /s/ Elliot Moskowitz |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                         United States Bankruptcy Judge