UNITED STATES BANKRUPTCY COURT　　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Louisiana___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Cynthia A. Nicholson<br>Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170<br>504-569-1658<br>Louisiana, 09995 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders |
|---|
| Dated: February 23, 2021　　Signed: /s/ Cynthia A. Nicholson |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____　Signed: _____
　　　　　　　　　　　　　　Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　United States Bankruptcy Judge