| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jase Brown<br>Chiesa Shahinian & Giantomasi, P.C.<br>One Boland Drive<br>West Orange, New Jersey 07052<br>973-530-2182<br>New Jersey 225202018 |

| Name of party applicant seeks to appear for: | Aspen American Insurance Company, Sirius America Insurance Company, Everest Reinsurance Company and Berkley Insurance Company |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/23/2021 | Signed: | /s/ Jase A. Brown |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                     United States Bankruptcy Judge