

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
02/24/2021

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of ____New York____:

| | |
|---|---|
| Name | Elliot Moskowitz |
| Firm | Davis Polk & Wardwell LLP |
| Street | 450 Lexington Avenue |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212-450-4000 |
| Licensed: State & Number | New York, 4039160 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders |
|---|
| Dated: February 23, 2021    Signed: /s/ Elliot Moskowitz |

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

Dated:    Signed: _____
Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: February 24, 2021

Marvin Isgur
United States Bankruptcy Judge