

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
02/24/2021

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____ :

| | |
|---|---|
| Name | Cynthia A. Nicholson |
| Firm | Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC |
| Street | 201 St. Charles Avenue, 40th Floor |
| City & Zip Code | New Orleans, LA 70170 |
| Telephone | 504-569-1658 |
| Licensed: State & Number | Louisiana, 09995 |

Seeks to appear as the attorney for this party:

| Ad Hoc Group of Secured Lenders |
|---|
| Dated: February 23, 2021     Signed: /s/ Cynthia A. Nicholson |

COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____ .

Dated:         Signed: _____
                        Deputy Clerk

## Order

This lawyer is admitted *pro hac vice*.

Signed: February 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge