

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

ENTERED
02/25/2021

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy, LLC, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jase Brown<br>Chiesa Shahinian & Giantomasi, P.C.<br>One Boland Drive<br>West Orange, New Jersey 07052<br>973-530-2182<br>New Jersey 225202018 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Aspen American Insurance Company, Sirius America Insurance Company, Everest Reinsurance Company and Berkley Insurance Company |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| | | |
|---|---|---|
| Dated: 2/23/2021 | Signed: | /s/ Jase A. Brown |

| | | |
|---|---|---|
| The state bar reports that the applicant's status is: | | Active |
| Dated: | Clerk's signature: | |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Signed: February 25, 2021

_____
Marvin Isgur
United States Bankruptcy Judge