IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | Re: Docket No. 779 |
| | § | |

**STIPULATION TO CONTINUE HEARING ON**
**TOYS O'NEIL'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

This stipulation and order (the "**Stipulation**") is entered into by and among the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") and Toys O'Neil ("**O'Neil**" and, together with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A. WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), each of the Debtors filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

B. WHEREAS, on January 22, 2021, O'Neil filed the *Motion for Relief from Automatic Stay* [Dkt. No. 779] (the "**Motion**");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

C. WHEREAS, a hearing on the Motion was continued to February 26, 2021 at 9:00 a.m. (prevailing Central Time) (the "**Hearing**");

D. WHEREAS, the Parties have agreed, subject to the approval of the Bankruptcy Court, to continue the Hearing, as set forth below.

It is hereby **ORDERED** that:

1. The Hearing is further continued to a date to be agreed by the parties subject to the Court's availability.

2. The automatic stay pursuant to Section 362 of the Bankruptcy Code shall remain in effect.

3. The undersigned who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: _____, 2021

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  February 26, 2021

/s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:     (713) 546-5000
Facsimile:      (713) 224-9511
Email:  Alfredo.Perez@weil.com
           Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted pro hac vice)
Jessica Liou (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
           Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

Dated: February 26, 2021

/s/ *Robert Brahan*
BROUSSARD & DAVID, LLC
Robert Brahan (La. Bar No. 31390)

557 Jefferson Street
Lafayette, Louisiana 70502
Telephone:     (337) 233-2323
Facsimile:      (337) 233-2323
Email:  robert@broussard-david.com

*Attorney for Movant, Toys O'Neil*

3