# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Friday, February 26, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |