**IN THE UNITED STATES BANKEUPRCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **FIELDWOOD ENERGY,** *et al.* | **CASE NO.** <br> **20-33948 (MI)** |
| **DEBTORS¹** | **(Jointly Administered)** |

## ORDER ON MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY

This matter came on for hearing on _____, 2021, on the Motion for Partial Relief from the Automatic Stay filed by Aubrey Wild (Doc. ___).

The Court, after considering the Motion for Partial Relief from the Automatic Stay filed by Aubrey Wild, any responses thereto, and the arguments of counsel, finds that the said motion should be granted and, accordingly, now enters as follows:

**IT IS ORDERED** that the Motion for Partial Relief from the Automatic Stay filed by Aubrey Wild be, and it is hereby, granted as set forth hereinbelow;

**IT IS FURTHER ORDERED** that the automatic stay under section 362(a) of the Bankruptcy Code currently in effect as to the debtor Fieldwood Energy, LLC is hereby modified and lifted in order to permit Aubrey Wild to adjudicate his claims for personal injuries currently pending in the U. S. District Court of the Middle District of Louisiana in proceedings entitled "Aubrey Wild vs. Fieldwood Energy, LLC, ABC Insurance Company, Acadian Contractors, Inc.,

---

¹  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

XYZ Insurance Company and Harold Lirette", bearing Civil Action Number 3:20-cv-00656-BAJ-EWD (the "Litigation"), against the debtor Fieldwood Energy, LLC any and all companies providing insurance coverage to the debtor Fieldwood Energy, LLC for the claims and damages of Aubrey Wild asserted against the debtor in that pending litigation;

**IT IS FURTHER ORDERED** that the automatic stay under section 362(a) of the Bankruptcy Code currently in effect as to the debtor Fieldwood Energy, LLC is hereby modified and lifted in order to permit Aubrey Wild to seek, enforce and recover on any judgment rendered in the Litigation from or against any company providing insurance coverage to the debtor Fieldwood Energy, LLC; and

**IT IS FURTHER ORDERED** that the automatic stay under section 362(a) of the Bankruptcy Code currently in effect as to the debtor Fieldwood Energy, LLC is hereby modified and lifted as to Aubrey Wild in order to permit Aubrey Wild to conduct and undertake discovery from the debtor Fieldwood Energy, LLC and its officers and/or employees in connection with the Litigation.

Houston, Texas, this ____ day of _____, 2021.

_____
Marvin Isgur
United States Bankruptcy Judge

2