IN THE UNITED STATES BANKEUPRCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| **FIELDWOOD ENERGY,** *et al*. | CASE NO. 20-33948 (MI) |
| **DEBTORS**[1] | (Jointly Administered) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Aubrey Wild for Partial Relief from the Automatic Stay (Doc. 917) was served by U. S. mail to the debtor at Fieldwood Energy, 2000 W. Houston, BKWY South, Suite 1200, Houston, Texas 77042, and the parties listed on the attached service list, all on the 1st day of March, 2021.

Respectfully submitted,

*/s/ James H. Hall*
James H. Hall
Tex. Bar. No. 24041040
S.D. Tex. I.D. No. 36,904
CABELLO HALL ZINDA, PLLC
801 Travis Suite 1610
Houston, Texas 77002
Telephone: (832) 631-9993
Facsimile: (832) 631-9991
e-mail: james@chzfirm.com
Attorneys for Aubrey Wild

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Darryl T. Landwehr (17677)
LANDWEHR LAW FIRM
935 Gravier Street, Suite 835
New Orleans, Louisiana 70112
Telephone: (504) 561-8086
Email: dtlandwehr@att.net
Attorneys for Aubrey Wild

| | | |
|---|---|---|
| AKERMAN LLP<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201 | ALEXANDER DUBOSE &<br>JEFFERSON LLP<br>1844 HARVARD STREET<br>HOUSTON, TX 77008 | ALLEN & GOOCH, A LAW<br>CORPORATION<br>2000 KALISTE SALOOM ROAD,<br>SUITE 400<br>P.O. BOX 81129<br>LAFAYETTE, LA 70598-1129 |
| ANDERSON, LEHRMAN, BARRE &<br>MARAIST, LLP<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404 | ANDREWS MYERS, P.C<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON, TX 77056 | BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, PC<br>201 ST. CHARLES AVENUE<br>SUITE 3600<br>NEW ORLEANS, LA 70170 |
| BALCH & BINGHAM LLP<br>811 LOUISIANA STREET<br>SUITE 1010<br>HOUSTON, TX 77002 | BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON, TX 77002 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| BRACEWELL LLP<br>185 ASYLUM STREET<br>CITYPLACE I, 34TH FLOOR<br>HARTFORD, CT 06103 | BRACEWELL LLP<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON, TX 77002 | CARVER, DARDEN, KORETZKY,<br>TESSIER, FINN, BLOSSMAN &<br>AREAUX L. L. C.<br>1100 POYDRAS STREET<br>SUITE 3100<br>NEW ORLEANS, LA 70163 |
| CHIESA SHAHINIAN &<br>GIANTOMASI<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | CLARK HILL STRASBURGER<br>720 BRAZOS<br>SUITE 700<br>AUSTIN, TX 78701 | CLARK HILL STRASBURGER<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202-3794 |
| COLE SCHOTZ P.C.<br>301 COMMERCE STREET<br>SUITE 1700<br>FORT WORTH, TX 76102 | CONTROLLER<br>204 INDUSTRIAL AVE C<br>HOUMA, LA 70363 | CRADY JEWETT MCCULLEY &<br>HOUREN LLP<br>2727 ALLEN PARKWAY<br>SUITE 1700<br>HOUSTON, TX 77019 |
| DAVIDSON, MEAUX, SONNIER,<br>McELLIGOTT, FONTENOT, GIDEON<br>& EDWARDS<br>810 SOUTH BUCHANAN STREET<br>PO BOX 2908<br>LAFAYETTE, LA 70502-2908 | DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY  10017 | DLS, LLC<br>141 S. 6TH STREET<br>EUNICE, LA 70535 |
| DORE ROTHBERG MCKAY, P.C.<br>17171 PARK ROW<br>SUITE 160<br>HOUSTON, TX 77084 | ENVIRONMENTAL PROTECTION<br>AGENCY - REGION 4 (AL, FL, GA,<br>KY, MS, NC, SC, TN)<br>ATLANTA FEDERAL CENTER, 61<br>FORSYTH STREET<br>ATLANTA, GA 30303-3104 | ENVIRONMENTAL PROTECTION<br>AGENCY - REGION 6 (AR, LA, NM,<br>OK, TX)<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS, TX 75202-2733 |
| EVERSHEDS SUTHERLAND (US)<br>LLP<br>1001 FANNIN STREET<br>SUITE 3700<br>HOUSTON, TX 77002 | FARRIMOND CASTILLO &<br>BRESNAHAN, PC<br>130 E. TRAVIS ST<br>SUITE 350<br>SAN ANTONIO, TX 78205 | FIELDWOOD ENERGY LLC<br>2000 W. SAM HOUSTON PKWY<br>SOUTH<br>SUITE 1200<br>HOUSTON, TEXAS 77042 |
| FISHERBROYLES, LLP<br>2925 RICHMOND AVE.<br>SUITE 1200<br>HOUSTON, TX 77098 | FOLEY & LARDNER LLP<br>1000 LOUISIANA STREET, SUITE 2000<br>HOUSTON, TX 77002-2099 | FORSHEY & PROSTOCK, LLP<br>777 MAIN STREET<br>SUITE 1550<br>FORT WORTH, TX 76102 |

| | | |
|---|---|---|
| FROST BROWN TODD LLC<br>900 ROSEWOOD COURT<br>2101 CEDAR SPRINGS ROAD<br>DALLAS, TX 75201 | GIEGER, LABORDE &<br>LAPEROUSE, L.L.C.<br>701 POYDRAS STREET<br>SUITE 4800<br>NEW ORLEANS, LA 70139-4800 | GIEGER, LABORDE &<br>LAPEROUSE, L.L.C.<br>701 POYDRAS STREET, SUITE 4800<br>NEW ORLEANS, LA 70139-4800 |
| GIEGER, LABORDE &<br>LAPEROUSE, L.L.C.<br>5151 SAN FELIPE<br>SUITE 750<br>HOUSTON, TX 77056 | HALL, ESTILL, HARDWICK,<br>GABLE, GOLDEN & NELSON, P.C.<br>320 SOUTH BOSTON AVENUE,<br>SUITE 200<br>TULSA, OK 74103-3706 | HARRIS BEACH LLC<br>333 W. WASHINGTON STREET,<br>SUITE 200<br>SYRACUSE, NY 13202 |
| HAYNES AND BOONE, LLP<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON, TX 77010 | HOLLAND & KNIGHT LLP<br>150 N. RIVERSIDE PLAZA<br>CHICAGO, IL 60606 | HOLLAND & KNIGHT LLP<br>150 N. RIVERSIDE PLAZA, SUITE 2700<br>CHICAGO, IL 60606 |
| HOWLEY LAW PLLC<br>PENNZOIL PLACE – SOUTH TOWER<br>711 LOUISIANA ST, SUITE 1850<br>HOUSTON, TX 77002 | HUGHES WATTERS ASKANASE, L.L.P.<br>TOTAL PLAZA<br>1201 LOUISIANA, 28TH FLOOR<br>HOUSTON, TX 77002 | HUNTON ANDREWS KURTH LLP<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON, TX 77002 |
| HUSCH BLACKWELL LLP<br>1900 N. PEARL, SUITE 1800<br>DALLAS, TX 75201 | HUSCH BLACKWELL LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701 | HUSCH BLACKWELL LLP<br>600 TRAVIS STREET<br>SUITE 2350<br>HOUSTON, TX 77002 |
| INTERNAL REVENUE SERVICE<br>2970 MARKET ST.<br>PHILADELPHIA, PA 19104-5016 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JACKSON WALKER LLP<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 |
| JENNINGS HAUG CUNNINGHAM<br>2800 NORTH CENTRAL AVENUE<br>SUITE 1800<br>PHOENIX, AZ 85004 | KANE RUSSELL COLEMAN LOGAN PC<br>5051 WESTHEIMER RD., 10TH FLOOR<br>HOUSTON, TX 77056 | KREBS FARLEY & DRY, PLLC<br>400 POYDRAS STREET<br>SUITE 250<br>NEW ORLEANS, LA 70130 |
| KREBS FARLEY & DRY, PLLC<br>909 18TH STREET<br>PLANO, TX 75074 | LANGLEY LLP<br>P.O. BOX 94075<br>SOUTHLAKE, TX 76092 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 |
| LAW OFFICES OF JOHN A. MOUTON, III<br>P.O. BOX 82438<br>LAFAYETTE, LA 70598 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| LOCKE LORD LLP<br>601 POYDRAS ST<br>SUITE 2660<br>NEW ORLEANS, LA 70130 | LOCKE LORD LLP<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON, TX 77002 | LOOPER GOODWINE P.C.<br>650 POYDRAS STREET, SUITE 2400<br>NEW ORLEANS, LA 70130 |

| | | |
|---|---|---|
| LOUISIANA DEPARTMENT OF JUSTICE<br>CIVIL DIVISION/LANDS & NATURAL RESOURCES<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804-9005 | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., SUITE 2775<br>NEW ORLEANS, LA 70130 | MACQUARIE CORPORATE AND ASSET FUNDING INC<br>3100 WEST END AVE<br>SUITE 325<br>NASHVILLE, TN 37203 |
| MAHTOOK & LAFLEUR, LLC<br>600 JEFFERSON ST., 10TH FLOOR<br>LAFAYETTE, LA 70501 | MANIER & HEROD, P.C.<br>1201 DEMONBREUN ST<br>SUITE 900<br>NASHVILLE, TN 37203 | MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.<br>11 NORTH WATER STREET (36602), SUITE 13290<br>P.O. BOX 350<br>MOBILE, AL 36601 |
| MORROW SHEPPARD LLP<br>3701 KIRBY DRIVE<br>SUITE 1000<br>HOUSTON, TX 77098 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548 MC008<br>AUSTIN, TX 78711-2548 | OFFICE OF THE UNITED STATES TRUSTEE<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON, TX 77002 |
| PAMELA H. WALTERS<br>2520 W.W. THORNE DRIVE<br>HOUSTON, TX 77073 | PARKINS LEE & RUBIO LLP<br>PENNZOIL PLACE<br>700 MILAM STREET, SUITE 1300<br>HOUSTON, TX 77002 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>3301 NORTHLAND DRIVE<br>SUITE 505<br>AUSTIN, TX 78731 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON, TX 77008 | PHELPS DUNBAR LLP<br>365 CANAL STREET<br>SUITE 2000<br>NEW ORLEANS, LA 70130-6534 | PORTER & POWERS, PLLC<br>1776 YORKTOWN SUITE 300<br>HOUSTON, TX 77056 |
| PORTER HEDGES LLP<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 | PORTER HEDGES LLP<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 | PRIME CLERK, LLC<br>ONE GRAND CENTRAL PLACE<br>60 EAST 42ND STREET, SUITE 1440<br>NEW YORK, NY 10165 |
| REED SMITH LLP<br>2850 N. HARWOOD STREET<br>DALLAS, TX 75201 | ROSS, BANKS, MAY, CRON & CAVIN, P.C.<br>7700 SAN FELIPE<br>SUITE 550<br>HOUSTON, TX 77063 | RUDY URBAN, CREDIT MANAGER<br>635 BRAKE RIDGE COURT<br>SEYMOUR, TN 37865 |
| RUSH, RUSH & CALOGERO<br>202 MAGNATE DRIVE<br>LAFAYETTE, LA 70508 | SECURITIES & EXCHANGE COMMISSION<br>100 F ST NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18 |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK, NY 10281-1022 | SENIOR COUNSEL - GENESIS ENERGY, L.P.<br>919 MILAM<br>STE. 2100<br>HOUSTON, TX 77002 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.<br>400 POYDRAS STREET<br>SUITE 2550<br>NEW ORLEANS, LA 70130 |
| SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.<br>1001 MCKINNEY STREET, SUITE 1100<br>HOUSTON, TX 77002-6424 | SHIPMAN & GOODWIN LLP<br>400 PARK AVE, 5TH FLOOR<br>NEW YORK, NY 10022 | SHIPMAN & GOODWIN LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |

| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>1000 LOUISIANA ST., SUITE 5900<br>HOUSTON, TX 77002 | SNOW SPENCE GREEN LLP<br>P. O. BOX 549<br>HOCKLEY, TX 77447 | SPENCE, DESENBERG & LEE, PLLC<br>1770 SAINT JAMES PLACE<br>SUITE 625<br>HOUSTON, TX 77056 |
| STACY & BAKER, P.C.<br>1010 LAMAR STREET<br>SUITE 550<br>HOUSTON, TX 77002 | STATE OF ALABAMA ATTORNEY GENERAL<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130-0152 | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY, AL 36110-2400 |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>P.O. BOX 94095<br>BATON ROUGE, LA 70804-4095 | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ)<br>602 N. FIFTH STREET<br>BATON ROUGE, LA 70802 | STATE OF MISSISSIPPI ATTORNEY GENERAL<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200,<br>P.O. BOX 220<br>JACKSON, MS 39201 |
| STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ)<br>P.O. BOX 2261<br>JACKSON, MS 39225 | STATE OF TEXAS ATTORNEY GENERAL<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN, TX 78711-3087 |
| STEWART ROBBINS BROWN & ALTAZAN, LLC<br>301 MAIN STREET, SUITE 1640<br>P. O. BOX 2348<br>BATON ROUGE, LA 70821-2348 | STROOCK & STROOCK & LAVAN LLP<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 |
| TODD, BARRON, THOMASON, HUDMAN & BEBOUT, P.C.<br>3800 E. 42ND STREET, SUITE 409<br>ODESSA, TX 79762 | U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 875-BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS<br>1000 LOUISIANA, STE 2300<br>HOUSTON, TX 77002 |
| VICTORIA V. THERIOT<br>P.O. BOX 1740<br>ABBEVILLE, LA 70511 | VINSON & ELKINS LLP<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE SUITE 3700<br>DALLAS, TX 75201 | VINSON & ELKINS LLP<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE, SUITE 3900<br>DALLAS, TX 75201 |
| WEIL, GOTSHAL & MANGES LLP<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON, TX 77002 | WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>11 GREENWAY PLAZA<br>SUITE 1400<br>HOUSTON, TX 77046 |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>3131 MCKINNEY AVENUE, SUITE 100<br>DALLAS, TX 75204 | Fieldwood Energy<br>2000 w. Sam Houston Pkwy.<br>Suite 1200<br>Houston, TX 77042 | |