IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 293 & 413 |

**NOTICE OF PAYMENTS TO ORDINARY COURSE
PROFESSIONALS DURING QUARTER ENDING JANUARY 31, 2021**

**PLEASE TAKE NOTICE THAT**, on September 3, 2020, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 293) (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE THAT**, on October 6, 2020, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business Effective as of the Petition Date* (Docket No. 413) (the "**Order**") granting the Motion. Pursuant to the Order, at three-month intervals during the pendency of their chapter 11 cases (each, a "**Quarter**") beginning with the Quarter ending October 31, 2020, the Debtors are required to file with the Court and serve on the Reviewing Parties[2] no later than 30 days after the conclusion of a Quarter a statement including the following information for each Ordinary Course Professional: (a) the name of the Ordinary Course Professional; (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the reported Quarter; (c) the aggregate amount of postpetition payments made to that Ordinary Course Professional to date; and (d) a general description of the services rendered by that Ordinary Course Professional (each such statement, a "**Quarterly Report**").

**PLEASE TAKE FURTHER NOTICE THAT**, annexed hereto as **Exhibit A** is the Quarterly Report for the quarter ending January 31, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Dated: March 1, 2021
      Houston, Texas

                Respectfully submitted,

                */s/ Jessica Liou*
                WEIL, GOTSHAL & MANGES LLP
                Alfredo R. Pérez (15776275)
                700 Louisiana Street, Suite 1700
                Houston, Texas 77002
                Telephone: (713) 546-5000
                Facsimile: (713) 224-9511
                Email: Alfredo.Perez@weil.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Matthew S. Barr (admitted *pro hac vice*)
                Jessica Liou (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007
                Email: Matt.Barr@weil.com
                          Jessica.Liou@weil.com

                *Attorneys for Debtors*
                *and Debtors in Possession*

## Certificate of Service

I hereby certify that on March 1, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                            */s/ Jessica Liou*
                                                            Jessica Liou

**Exhibit A**

**Fieldwood Energy LLC**
Ordinary Course Professional Payments (11/1/20 - 1/31/21)

| Ordinary Course Professional | Aggregate Amount Paid during Reported Quarter | Aggregate Amount Paid to Date | Service |
|---|---|---|---|
| BECK REDDEN LLP | 2,809.06 | 2,809.06 | Legal services related to ongoing litigation |
| BUCK KEENAN LP | 15,576.04 | 15,576.04 | Legal services related to various contracts and joint operating agreements |
| CAPITELLI & WICKER | 585.00 | 585.00 | Legal services related to ongoing litigation |
| CHAFFE MCCALL, LLP | 28,430.19 | 28,430.19 | Representing Fieldwood employees in government investigation |
| ERNST & YOUNG LLP | 450,000.00 | 450,000.00 | Services related to 2020 Fieldwood Energy Inc. audit |
| FLOOM ENERGY LAW PLLC | 424.75 | 424.75 | Legal services related to negotiated rate agreements and monitoring memos |
| HARTLINE DACUS BARGER DREYER LLP | 2,135.00 | 2,135.00 | Legal services related to ongoing litigation |
| HOLMAN FENWICK WILLAN USA LLP | 11,420.18 | 11,420.18 | Legal services related to regulatory investigation |
| JACKSON LEWIS P.C. | 401.80 | 401.80 | Legal services related to employment issues |
| JOHN & HENGERER | 1,394.91 | 1,394.91 | Professional services related to drafting monitoring reports |
| LAW OFFICE OF KEVIN M SWEENEY | 109.99 | 109.99 | Prepare memo to Monitoring Group |
| LISKOW & LEWIS APLC | 6,725.00 | 6,725.00 | Legal services related to consideration of objections to proof of claims |
| LOYENS & LOEFF | 16,898.91 | 16,898.91 | Specified services based on article 44/59 sub c. of the VAT Directive |
| PRICEWATERHOUSECOOPERS LLP | 26,800.00 | 26,800.00 | Services related to 2019 tax return filing |
| SCHIFFER HICKS JOHNSON PLLC | 2,262.16 | 2,262.16 | Legal services related to drafting Notice of Bankruptcy |
| STANCIL PROPERTY TAX, LLC. | 12,228.26 | 12,228.26 | Property tax services |
| SUSMAN GODFREY LLP | 95,429.29 | 95,429.29 | Legal services related to ongoing litigation |
| THOMPSON & KNIGHT LLP | 7,315.61 | 7,315.61 | Legal services related to various tax matters |
| THOMPSON COBURN LLP | 348.00 | 348.00 | Legal services related to Five-Year Review of Oil Pipeline Index |