**BSEE DECOMMISSIONING CHART**
**Fieldwood Abandoned Properties**

|  | BSEE P90 ESTIMATE P&A | BSEE Deterministic Cost Estimate | Total BSEE Estimate | NET TO ENI INTEREST |
|---|---|---|---|---|
| GA 151 | $183,730.00 | $0.00 | $183,730.00 | $61,243.33 |
| SS 246 | $26,350,880.00 | $576,742.00 | $26,927,622.00 | $26,927,622.00 |
| SS 247 | $20,237,927.00 | $294,659.00 | $20,532,586.00 | $6,500,616.73 |
| SS 248 | $16,212,256.00 | $1,343,346.00 | $17,555,602.00 | $4,388,900.50 |
| SS 249 | $10,201,317.00 | $0.00 | $10,201,317.00 | $2,550,329.25 |
| WC 72 | $6,413,727.00 | $218,356.00 | $6,632,083.00 | $4,974,062.25 |
| VR 313 | $28,746,353.00 | $321,506.00 | $29,067,859.00 | $14,533,929.50 |
| **TOTAL:** | $108,346,190.00 | $2,754,609.00 | $111,100,799.00 | $59,936,703.56 |

| | |
|---|---|
| = | Total BSEE Decommissioning Obligation |
| = | Total Eni portion of liability based on % of prior Lease ownership |