**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.*[1] | § | Case No. 20-33948 (MI) |
| | § | |
| **Debtor.** | § | **JOINTLY ADMINISTERED** |

**WITHDRAWAL OF PROOF OF CLAIM FILED BY**
**TETRA TECHNOLOGIES, INC.**

COMES NOW TETRA Technologies, Inc., Creditor in the above-captioned and numbered case, and hereby WITHDRAWS the proof of claim filed November 20, 2020, as Claim No. 50. TETRA Technologies, Inc. reserves the right to assert, file or amend its proof of claim by prior agreement with the Debtors.

DATED:  March 5, 2021

Respectfully submitted,

**DORÉ ROTHBER MCKAY, P.C.**

By:    */s/ Zachary McKay*
        Zachary McKay
        Texas Bar No. 24073600
        Email: zmckay@dorelawgroup.net
        17171 Park Row, Suite 160
        Houston, Texas 77084
        (281) 829-1555
        (281) 829-0751Fax
        *Attorney for TETRA Technologies, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2021, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

<u>/s/ Zachary S. McKay</u>
Zachary S. McKay