

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
03/05/2021

|  |  |
|---|---|
| In re | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

**STIPULATION AND AGREED ORDER**
**BY AND AMONG THE DEBTORS, THE PREPETITION**
**AGENTS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**EXTENDING THE CHALLENGE PERIOD AS  TO PRESERVED CLAIMS**

The above-captioned debtors and debtors in possession (the "***Debtors***"), Goldman Sachs

Bank USA, Cortland Capital Markets Services LLC, and Cantor Fitzgerald Securities, as

Prepetition Agents[2] (collectively, the "***Prepetition Agents***"), and the Official Committee of

Unsecured Creditors (the "***Committee***," and together with the Debtors and Prepetition Agents, the

"***Parties***") hereby stipulate and agree (this "***Stipulation and Agreed Order***") by and through their

respective undersigned counsel to the following:

**RECITALS**

WHEREAS, on August 3, 2020 and August 4, 2020 (the "***Petition Dates***"), the Debtors

filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Final DIP Order (as defined below) or the Second Stipulation (as defined below), as applicable.

"**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**");

WHEREAS, on August 5, 2020, the Court entered the *Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* [Docket No. 58];

WHEREAS, on August 18, 2020, the United States Trustee filed the *Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 183] establishing the Committee pursuant to section 1102 of the Bankruptcy Code;

WHEREAS, on September 15, 2020, the Court entered the *Final Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Docket No. 346] (the "**Final DIP Order**");

WHEREAS, the Final DIP Order approved and made binding on the Debtors certain stipulations regarding, among other things, the validity, perfection, and priority of the Prepetition Liens (collectively, the "**Debtors' Stipulations**");

WHEREAS, paragraph 23 of the Final DIP Order requires, among other things, that any party in interest wishing to challenge the Debtors' Stipulations, including the Committee, must commence a contested matter or adversary proceeding within the seventy-five day period following entry of the Final DIP Order;

WHEREAS, on November 25, 2020, the Court entered the *Stipulation and Agreed Order Extending the Official Committee of Unsecured Creditors' Challenge Period Under the Final DIP Order* [Docket No. 603] (the "**First Stipulation**"), which extended the Challenge Period for the Committee to and including December 18, 2020;

WHEREAS, on December 21, 2020, the Court entered the *Stipulation and Agreed Order Extending the Official Committee of Unsecured Creditors' Challenge Period Under the Final DIP Order* [Docket No. 680] (the "***Second Stipulation***"), which extended the Challenge Period for the Committee solely in respect of Preserved Claims (as set forth in the Second Stipulation) to and including February 8, 2021;

WHEREAS, on February 8, 2021, the Court entered *Stipulation and Agreed Order Extending the Official Committee of Unsecured Creditors' Challenge Period Under the Final DIP Order* [Docket No. 867] (the "***Third Stipulation***"), which extended the Challenge Period for the Committee solely in respect of Preserved Claims (as set forth in the Second Stipulation) to and including February 26, 2021

WHEREAS, the Debtors, Prepetition Agents, on behalf of themselves and the other Prepetition Secured Parties, and the Committee have agreed to stipulate that the Challenge Period, for the Committee only, shall be extended solely with respect to the Preserved Claims, as more fully set forth herein; and

WHEREAS, this Stipulation and Agreed Order has been negotiated in good faith and at arm's length between the Parties, each of which has been represented by counsel.

NOW, THEREFORE, the Parties stipulate, acknowledge and agree as follows:

1.      <u>Committee Challenge Period</u>.   Upon execution of this Stipulation and Agreed Order, the Challenge Period for the matters designated as Preserved Claims in Paragraph

1 of the Second Stipulation, shall be extended to March 12, 2021 solely for the Committee.  The Challenge Period for the Preserved Claims with respect to the Committee may be further extended to such later date (i) as has been agreed to in writing by the Prepetition Agents (with the consent of the DIP Lenders), or (ii) as has been ordered by the Bankruptcy Court for cause upon a motion filed and served prior to the expiration of the Challenge Period.  Notwithstanding anything otherwise set forth herein or in the Second Stipulation, (i) the Committee reserves the right to assert that one or more of the Preserved Claims or any other potential claims against the Prepetition Secured Parties or their Representatives are not the subject of stipulations, admissions, agreements and releases of the Debtors contained in the Final DIP Order and (ii) the Debtors and the Prepetition Secured Parties reserve the right to object to or oppose any such assertion.

2.     <u>Prepetition Secured Parties' Rights, Claims, and Defenses Preserved</u>. This Stipulation and Agreed Order shall have no effect or bearing on any of the Prepetition Secured Parties' rights, claims, or defenses with respect to (i) any of the Preserved Claims or any other potential claims against the Prepetition Secured Parties or their Representatives (the "***Potential Claims***") or (ii) contesting the Preserved Claims or the Potential Claims, including without limitation whether any of the Prepetition Liens are avoidable, which rights, claims, and defenses are preserved in all respects.

3.     <u>Adequate Protection</u>.  This Stipulation and Agreed Order shall have no effect or bearing on the scope of any liens or claims of the Prepetition Secured Parties with respect to the adequate protection liens or claims arising in connection with these Cases, all of which shall be governed by the Final DIP Order.

4.     <u>Debtor-in Possession Financing</u>.  This Stipulation and Agreed Order shall have no effect or bearing on the DIP Collateral, DIP Liens or the DIP Obligations, all of which shall be governed by the Final DIP Order.

5.     <u>DIP Order and Second Stipulation Otherwise Unmodified</u>. Except as expressly set forth herein, this Stipulation and Agreed Order shall not modify or have any effect upon the Final DIP Order or the Second Stipulation. Notwithstanding anything to the contrary herein, this Stipulation and Agreed Order shall not extend the Challenge Period for any party other than the Committee and, with respect to the Committee, will extend the Challenge Period only for the Preserved Claims.

6.     <u>Applicable Law</u>.  This Stipulation and Agreed Order shall be interpreted and construed in accordance with the provisions of the Bankruptcy Code, and, where not inconsistent, the laws of the State of New York.

7.     <u>Entire Agreement</u>.  This Stipulation and Agreed Order constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous written or oral communications, understandings, and agreements with respect to the subject matter hereof and this Stipulation and Agreed Order cannot be amended except by an authorized agreement in writing between the Parties.

8.     <u>Representations and Warranties</u>.  The undersigned hereby represent and warrant that they have full authority to execute this Stipulation and Agreed Order on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation and Agreed Order.

9.     <u>Construction</u>.  This Stipulation and Agreed Order shall be construed without regard to any presumption or other rule requiring construction against the party causing the document to

be drafted.  Each Party warrants that it has been represented and advised by counsel in connection with the negotiation, preparation, and execution of this Stipulation and Agreed Order and all matters covered by it.

10.    Jurisdiction.  The Bankruptcy Court shall retain exclusive jurisdiction over the implementation of this Stipulation and Agreed Order and the determination of any matters relating to or arising from this Stipulation and Agreed Order or the implementation thereof.

11.    Manner of Execution.  This Stipulation and Agreed Order may be executed in counterparts, each of which shall constitute an original, and such counterparts shall be construed together as one instrument.  Facsimile or pdf signatures shall be deemed original signatures.

Signed: March 05, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

APPROVED AS TO FORM AND SUBSTANCE BY:


*/s/ Bradley Foxman*

Bill Wallander, Esq. (TX Bar No. 20780750)
Bradley Foxman, Esq. (TX Bar No. 24065243)
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile:  (214) 999-7844
Email: bwallander@velaw.com
         bfoxman@velaw.com

*Counsel to the Prepetition FLFO Agents*

*/s/ Charles A. Beckham, Jr.*

Charles A. Beckham, Jr., Esq. (TX Bar No. 02016600)
Martha Wyrick, Esq. (TX Bar No. 24101606)
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile:  (713) 547-2600
Email: charles.beckham@haynesboone.com
          martha.wyrick@haynesboone.com

- and –

Kathleen M. LaManna, Esq. (admitted *pro hac vice*)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Facsimile:  (860) 251-5212
Email: klamanna@goodwin.com

*Counsel to the Prepetition FLTL Agent*

*/s/ Phillip W. Nelson*

Phillip W. Nelson, Esq. (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600
Facsimile:  (312) 578-6666
Email: Phillip.Nelson@hklaw.com

*Counsel to the Prepetition SLTL Agent*

*/s/ Alfredo R. Pérez*
_____

Alfredo R. Pérez (15776275)
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

– and –

Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

*/s/ Michael D. Warner*

Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
**PACHULSKI STANG ZIEHL & JONES**
440 Louisiana Street
Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9401
Email: mwarner@pszjlaw.com
      bwallen@pszjlaw.com

- and –

Kristopher M. Hansen, Esq. (admitted *pro hac vice*)
Kenneth Pasquale, Esq. (admitted *pro hac vice*)
Sherry J. Millman, Esq. (admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile:  (212) 806-6006
Email: khansen@stroock.com
      kpasquale@stroock.com
      smillman@stroock.com
      gsasson@stroock.com

*Counsel for the Official Committee of Unsecured Creditors*

United States Bankruptcy Court
Southern District of Texas

In re:

Fieldwood Energy LLC

The Official Committee of Unsecured Cred

    Debtors

Case No. 20-33948-mi

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4
Date Rcvd: Mar 05, 2021

User: TylerLaws
Form ID: pdf002

Page 1 of 15
Total Noticed: 104

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 935 Gravier Street, Suite 835, New Orleans, LA 70112-1727 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US 70510-6508 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit Manager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |
| cr | | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |

| | | |
|---|---|---|
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | #+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | + | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| op | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| intp | | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Sheldon Independent School District, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

District/off: 0541-4                     User: TylerLaws                          Page 3 of 15
Date Rcvd: Mar 05, 2021                  Form ID: pdf002                          Total Noticed: 104
TOTAL: 92

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Mar 05 2021 20:32:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Mar 05 2021 20:31:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 05 2021 20:30:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Mar 05 2021 20:31:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 05 2021 20:30:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 05 2021 20:30:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Mar 05 2021 20:31:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | + | Email/Text: bankruptcy@islandoperating.com | Mar 05 2021 20:31:00 | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 05 2021 20:30:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 05 2021 20:30:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: pwp@pattiprewittlaw.com | Mar 05 2021 20:30:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868, UNITED STATES 77868-6981 |
| cr | | Email/Text: ar@supremeservices.com | Mar 05 2021 20:28:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 2M Oilfield Group Inc. |
| cr | | A-Port LLC |
| cr | | AGGREKO, LLC |
| cr | | AGI Industries Inc |
| cr | | AGI Packaged Pump Systems |
| cr | | Acadian Contractors, Inc |
| cr | | Ad Hoc Group of Secured Lenders |
| cr | | Archrock Partners Operating, LLC and Archrock Serv |
| cr | | Aubrey Wild |
| cr | | Berkley Insurance Company |

| | |
|---|---|
| cr | CCG Services (U.S.) Inc. |
| cr | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | CTD Legacy LLC |
| intp | Cantor Fitzgerald Securities, as DIP Agent |
| cr | Chevron U.S.A. Inc. |
| cr | Cortland Capital Market Services LLC |
| cr | Derrick Daniels |
| cr | Diamond Oil Field Supply Inc |
| cr | Diverse Safety & Scaffolding, LLC |
| intp | Ecopetrol America LLC |
| cr | Ecopetrol America LLC |
| cr | Edward Randall, Individually and as Representative |
| intp | Eni Petroleum US LLC |
| intp | Eni US Operating Co. Inc. |
| cr | ExxonMobil Corporation |
| intp | Facilities Consulting Group, LLC |
| cr | Florida Gas Transmission Company, LLC |
| cr | Goldman Sachs Bank USA |
| cr | HB Rentals, LC |
| cr | HCC International Insurance Company PLC |
| cr | HHE Energy Company |
| cr | Halliburton Energy Services, Inc. |
| cr | Hess Corporation |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| intp | Kilgore Marine |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |
| cr | Rio Grande City CISD |
| cr | SM Energy Company |
| cr | Samson Contour Energy E & P, LLC |
| cr | Samson Offshore Mapleleaf, LLC |
| cr | Sea Robin Pipeline Company, LLC |
| cr | Sirius America Insurance Company |
| cr | Starr County |
| cr | State of Louisiana, Department of Natural Resource |
| cr | Stingray Pipeline Company, LLC |
| intp | Subsea 7 LLC |
| cr | Superior Energy Services, L.L.C. |
| cr | Talos Energy Inc. |
| cr | Talos Energy LLC |
| cr | The Hanover Insurance Company |

| District/off: 0541-4 | User: TylerLaws | Page 5 of 15 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf002 | Total Noticed: 104 |

| crcm | | The Official Committee of Unsecured Creditors |
|---|---|---|
| cr | | Toys O'Neil |
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |

TOTAL: 89 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com |
| Alfredo R Perez | on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com<br>alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com<br>alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com<br>alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com<br>alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com<br>alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |

District/off: 0541-4 User: TylerLaws Page 6 of 15
Date Rcvd: Mar 05, 2021 Form ID: pdf002 Total Noticed: 104

Alfredo R Perez

on behalf of Plaintiff Fieldwood Energy LLC  et al. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor FW GOM Pipeline  Inc. alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas  LP alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Dynamic Offshore Resources NS  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Bandon Oil and Gas GP  LLC alfredo.perez@weil.com,
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Alfredo R Perez

on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com
alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@we
il.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@

Andrew A Braun

on behalf of Creditor Westerngeco LLC abraun@glllaw.com

Andrew A Braun

on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com

Andrew A Braun

on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Audrey Lorene Hornisher

on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr

on behalf of Creditor Red Willow Offshore  LLC barnetbjr@msn.com

Ben L Aderholt

on behalf of Creditor DeepSea Quality Consulting  Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin W Kadden

on behalf of Creditor Deligans Valves  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Superior Energy Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Workstrings International  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor HB Rentals  LC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Wild Well Control  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Heartland Compression Services  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp

on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Kevin Bains

on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains

on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains

on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains

on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker

on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor Renaissance Offshore  LLC brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor XL Systems  L.P. brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker

on behalf of Creditor NOV Process & Flow Technologies US  Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky

on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Bruce J Ruzinsky

on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein

on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Catherine Diktaban

on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr

on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent beckhamc@haynesboone.com,
kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr

on behalf of Creditor Ad Hoc Group of Secured Lenders beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Charles M Rubio

on behalf of Creditor Island Operating Company Inc crubio@parkinslee.com
7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Christopher Joseph Piasecki

on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor

on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

Cynthia Castanon

on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon

on behalf of Creditor Renaissance Offshore  LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing

on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing

on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David S Elder

on behalf of Creditor Oceaneering International Inc. dselder@foley.com  rdiep@foley.com

Deborah Daywood Williamson

on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson

on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson

on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown, pllc

on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Deirdre Carey Brown, pllc

on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtd
rive.com,dcb@dcbfirm.com

Diane Wade Sanders

on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Donna T Parkinson

on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman

on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman

on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Duane J Brescia

on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com,
djaenike@clarkhill.com;KAlexander@clarkhill.com;mshradley@clarkhill.com

Duane J Brescia

on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
djaenike@clarkhill.com;KAlexander@clarkhill.com;mshradley@clarkhill.com

Duane J Brescia

on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com
djaenike@clarkhill.com;KAlexander@clarkhill.com;mshradley@clarkhill.com

Edward L Ripley

on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala

on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English

on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com

emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

H Kent Aguillard

on behalf of Creditor DLS  LLC kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Hector Duran, Jr

on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin

on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

J Robert Forshey

on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.c
om;bforshey@ecf.courtdrive.com

J Robert Forshey

on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.c
om;bforshey@ecf.courtdrive.com

J Robert Forshey

on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.c
om;bforshey@ecf.courtdrive.com

J Robert Forshey

on behalf of Creditor XH LLC bforshey@forsheyprostok.com
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.c
om;bforshey@ecf.courtdrive.com

J Robert Forshey

on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.c
om;bforshey@ecf.courtdrive.com

J. David Forsyth

on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com

James B. Bailey

on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Harmon Hall

on behalf of Creditor Aubrey Wild James@chzfirm.com

James Robert MacNaughton

on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com

James W Walker

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com
ahickey@coleschotz.com;amacias@coleschotz.com

Jameson Joseph Watts

on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com
penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Jan M Hayden

on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden

on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com,
gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jason George

on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com

Jason Bradley Binford

on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov

Jason Bradley Binford

on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov

Jason M Rudd

    on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd

    on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jeffrey D. Carruth

    on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jessica Liou

    on behalf of Plaintiff Fieldwood Energy LLC Jessica.Liou@weil.com

Jessica Liou

    on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com

Joel Cameron Simon

    on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

Joel Cameron Simon

    on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com

John A Mouton, III

    on behalf of Creditor Process Piping Materials  Inc. john@jmoutonlaw.com

John A Mouton, III

    on behalf of Creditor Derrick Daniels john@jmoutonlaw.com

John A Mouton, III

    on behalf of Creditor Intracoastal Liquid Mud  Inc. john@jmoutonlaw.com

John E Mitchell

    on behalf of Creditor Stingray Pipeline Company  LLC john.mitchell@katten.com

John E Mitchell

    on behalf of Creditor Florida Gas Transmission Company  LLC john.mitchell@katten.com

John E Mitchell

    on behalf of Creditor Trunkline Gas Company  LLC john.mitchell@katten.com

John E Mitchell

    on behalf of Creditor Sea Robin Pipeline Company  LLC john.mitchell@katten.com

John E.W. Baay, II

    on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com

John E.W. Baay, II

    on behalf of Creditor Westerngeco LLC jbaay@glllaw.com

John E.W. Baay, II

    on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com

John E.W. Baay, II

    on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com

John E.W. Baay, II

    on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES
jbaay@glllaw.com

John F Higgins, IV

    on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John P Dillman

    on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P Dillman

    on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com

John P Dillman
on behalf of Creditor Starr County houston_bankruptcy@publicans.com

John P Dillman
on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John S Mayer
on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com

John T Banks
on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com

John Zachary Balasko
on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov

Joseph Lomax Jordan, Jr
on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr
on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joshua Nielson Eppich
on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Joshua W. Wolfshohl
on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo
on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  anichols@fcbtxlaw.com

Karl Daniel Burrer
on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kenneth P. Green
on behalf of Creditor SBM Gulf Production LLC ken@snow-green.com  janis@snow-green.com;laura@snow-green.com

Kevin M Maraist
on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Kevin M Maraist
on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Leann Opotowsky Moses
on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com,
Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses
on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com
Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard
on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com
efilings@harrisbeach.com

Lisa Ann Powell
on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
on behalf of Creditor ITC Global  Inc. llim@balch.com, rkubanda@balch.com;nmata@balch.com;smckitt@balch.com

Lynda Lee Lankford
on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.co
m

Lynda Lee Lankford
on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.co
m

Mark Alan Platt
on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  aortiz@fbtlaw.com

Mark D Sherrill
on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill

on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S Finkelstein

on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com, rjones@smfadlaw.com

Marvin E Sprouse, III

on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh

on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

on behalf of Creditor Valaris plc mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew J. Pyeatt

on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez

on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com
osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@pbfcm.com;courtdrive.com

Michael Fishel

on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel

on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel

on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner

on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Edward Collins

on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael P Ridulfo

on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com  rcoles@krcl.com

Nicolette Zulli

on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com,
mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz

on behalf of Creditor Hess Corporation oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;jkrasnic@reedsmith.com;srhea@reedsmith.com

Owen Mark Sonik

on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Bay City Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Chambers County osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik

on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patricia Williams Prewitt

on behalf of Creditor Plains Gas Solutions pwp@pattiprewittlaw.com  pattiprewittlaw@gmail.com

Patrick Andrew Kelly

on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com

Patrick M. Shelby

on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com

Patrick M. Shelby

on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com

Paul Joseph Goodwine

on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine

on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Peter C D'Apice

on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com

Philip G Eisenberg

on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com

Philip G Eisenberg

on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com

Philip T DeBaillon

on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com

Phillip W Nelson

on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com

Rafael Rodriguez

on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com

Randall A Rios

on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com
randy-rios-2903@ecf.pacerpro.com

Randall A Rios

on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com  randy-rios-2903@ecf.pacerpro.com

Reese W Baker

on behalf of Creditor Regis Southern courtdocs@bakerassociates.net
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@g
mail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Richard A. Kincheloe

on behalf of Creditor U.S. Department of the Interior Richard.Kincheloe@usdoj.gov
caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.g
ov;USATXS.Bankruptcy-ECF@usdoj.gov

Richard Andrew Howell

on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com
mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com

Richard M Gaal

on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com,
pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock

on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L. Marrero

office@bobmarrero.com

Robert P Franke

on behalf of Creditor Martin Energy Services LLC robert.franke@clarkhillstrasburger.com
mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com

Ryan Dodson Dry

on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com  khaley@krebsfarley.com

Ryan E Chapple

on behalf of Creditor Patrick Burnett rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Brian Cloyd rchapple@cstrial.com  aprentice@cstrial.com

Ryan E Chapple

on behalf of Creditor Lewis Andrews rchapple@cstrial.com  aprentice@cstrial.com

Ryan Michael Seidemann

on behalf of Creditor State of Louisiana  Department of Natural Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Sean B Davis

on behalf of Creditor SM Energy Company sbdavis@winstead.com  mmingo@winstead.com

Serajul F Ali

on behalf of Creditor U.S. Department of the Interior serajul.ali@usdoj.gov

Shari L Heyen

on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com  jamrokg@gtlaw.com

Shelley B Marmon

on behalf of Creditor Republic Helicopters  Inc. samarmon@cjmhlaw.com

Simon Richard Mayer

on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer

on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com  Autodocket@lockelord.com

Stanwood R Duval

on behalf of Creditor Magnum Mud Equipment Co.  Inc. stan@duvallawfirm.com

Stephen Douglas Statham

on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Steven W Soule

on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com

Steven W Soule

on behalf of Creditor Transcontinental Gas Pipe Line Company  LLC ssoule@hallestill.com

Steven W Soule

on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com

Steven W Soule

on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com

Steven W Soule

on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com

Stewart F Peck

on behalf of Creditor Atlantic Maritime Services  LLC speck@lawla.com

Stewart F Peck

on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Suzanne K. Rosen

on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen

on behalf of Creditor XTO Energy  Inc. srosen@forsheyprostok.com,
calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer

on behalf of Creditor Louisiana Safety Systems  Inc. smayer@smayerlaw.com

Sylvia Ann Mayer

on behalf of Creditor Superior Performance  Inc. smayer@smayerlaw.com

T. Josh Judd
on behalf of Creditor Edward Randall  Individually and as Representative of the Estate of Christopher Todd Randall, Deceased
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Thomas A Howley
on behalf of Creditor Genesis Energy  L.P. tom@howley-law.com, roland@howley-law.com

Thomas G Gruenert
on behalf of Creditor AGGREKO  LLC tgruenert@gruenertlawgroup.com

Thomas Scott Leo
on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com  emartinez@leolawpc.com

Travis McRoberts
on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

Travis McRoberts
on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot
on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com

Victoria V Theriot
on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Wayne Kitchens
on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com

William Alfred Wood, III
on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III
on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Ross Spence
on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com
brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

William Shanler Robbins
on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ec
f.courtdrive.com

Zachary S McKay
on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net


TOTAL: 242