IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC., *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | Jointly Administered |

## CERTIFICATE OF SERVICE

Katharine H. Fahey, being duly sworn, deposes and says that she resides in the City of Syracuse, County of Onondaga, State of New York, that she is over the age of eighteen years, and is employed by the Law Firm of Harris Beach, PLLC., attorneys for Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company, and hereby certify under penalty of perjury that on the 2nd day of March, 2021, I electronically filed *the Objection of Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company to the Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief*, with the Clerk of the Bankruptcy Court for the Southern District of Texas, using the CM/ECF system, **with sent notification to the following:** and it was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case:

Ben L Aderholt on behalf of Creditor DeepSea Quality Consulting, Inc.
baderholt@coatsrose.com, vhernandez@coatsrose.com

H Kent Aguillard on behalf of Creditor DLS, LLC
kaguillard@yhalaw.com, gneumeyer@yhalaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Omar Jesus Alaniz on behalf of Creditor Hess Corporation
oalaniz@reedsmith.com, omar-alaniz-
2648@ecf.pacerpro.com;jkrasnic@reedsmith.com;srhea@reedsmith.com

Serajul F Ali on behalf of Creditor U.S. Department of the Interior
serajul.ali@usdoj.gov

John E.W. Baay, II on behalf of Creditor A2D TECHNOLOGIES, INC. D/B/A TGS
GEOLOGICAL PRODUCTS AND SERVICES
jbaay@glllaw.com

John E.W. Baay, II on behalf of Creditor TGS AP Investments AS
jbaay@glllaw.com

John E.W. Baay, II on behalf of Creditor TGS-NOPEC Geophysical Company
jbaay@glllaw.com

John E.W. Baay, II on behalf of Creditor TGS-NOPEC Geophysical Company ASA
jbaay@glllaw.com

John E.W. Baay, II on behalf of Creditor Westerngeco LLC
jbaay@glllaw.com

James B. Bailey on behalf of Creditor Bedrock Petroleum Consultants, LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Brandon Kevin Bains on behalf of Creditor Liberty Mutual Insurance Company
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains on behalf of Creditor The Hanover Insurance Company
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains on behalf of Creditor Travelers Casualty and Surety Company of America
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains on behalf of Creditor XL Specialty Insurance Co
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker on behalf of Creditor NOV Process & Flow Technologies US, Inc.
brian.baker@stacybakerlaw.com

Brian A. Baker on behalf of Creditor National Oilwell Varco, L.P.
brian.baker@stacybakerlaw.com

Brian A. Baker on behalf of Creditor Renaissance Offshore, LLC
brian.baker@stacybakerlaw.com

Brian A. Baker on behalf of Creditor XL Systems, L.P.
brian.baker@stacybakerlaw.com

Brian A Baker on behalf of Defendant Renaissance Offshore LLC
brian.baker@stacybakerlaw.com

Reese W Baker on behalf of Creditor Regis Southern
courtdocs@bakerassociates.net,
i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@ba
kerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociat
es.net;bakerassociates@jubileebk.net

John Zachary Balasko on behalf of Creditor U.S. Department of Interior
john.z.balasko@usdoj.gov

John T Banks on behalf of Creditor Colorado County
jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com

Charles A Beckham, Jr on behalf of Creditor Ad Hoc Group of Secured Lenders
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr on behalf of Interested Party Cantor Fitzgerald Securities, as DIP Agent
beckhamc@haynesboone.com, kenneth.rusinko@haynesboone.com

Jason Bradley Binford on behalf of Interested Party Railroad Commission of Texas
Jason.binford@oag.texas.gov

Jason Bradley Binford on behalf of Interested Party Texas General Land Office
Jason.binford@oag.texas.gov

Andrew A Braun on behalf of Creditor A2D TECHNOLOGIES, INC. D/B/A TGS
GEOLOGICAL PRODUCTS AND SERVICES
abraun@glllaw.com

Andrew A Braun on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS AP Investments AS
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS-NOPEC Geophysical Company
abraun@glllaw.com

Andrew A Braun on behalf of Creditor TGS-NOPEC Geophysical Company ASA
abraun@glllaw.com

Andrew A Braun on behalf of Creditor Westerngeco LLC
abraun@glllaw.com

Duane J Brescia on behalf of Attorney Clark Hill Strasburger
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynoti
ces@strasburger.com

Duane J Brescia on behalf of Creditor Seitel Data, Ltd.
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynoti
ces@strasburger.com

Duane J Brescia on behalf of Creditor Zurich American Insurance Company
duane.brescia@clarkhillstrasburger.com,
donna.krupa@clarkhillstrasburger.com;Kathryn.Alexander@clarkhillstrasburger.com;bkrtcynoti
ces@strasburger.com

Deirde Carey Brown, pllc on behalf of Creditor Exxon/Mobil
dbrown@forsheyprooostok.com, dcbfirm@gmail.com, deirdrecbrown@yahoo.com,
calendar@forsheyprostok.com; lbreadlove@forsheyprostek.com, dcb@ecf.courtdirve.com;
dcb@dcbfirm.com

Deirde Carey Brown, pllc on behalf of Creditor XTO Energy, Inc.
dbrown@forsheyprooostok.com, dcbfirm@gmail.com, deirdrecbrown@yahoo.com,
calendar@forsheyprostok.com; lbreadlove@forsheyprostek.com, dcb@ecf.courtdirve.com;
dcb@dcbfirm.com

Karl Daniel Burrer on behalf of Interested Party BP Exploration & Production Inc.
burrerk@gtlaw.com.jamrokg@gtlaw.com

Jeffrey D. Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Cynthia Castanon on behalf of Creditor Renaissance Offshore, LLC
Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon on behalf of Defendant Renaissance Offshore LLC
Cynthia.castanon@stacybakerlaw.com

Juan M Castillo on behalf of Creditor Macquarie Corporate and Asset Funding Inc.
jcastillo@fcbtxlaw.com, anichols@fcbtxlaw.com

Matthew D Cavenaugh on behalf of Creditor Atlantic Maritime Services, LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh on behalf of Creditor Valaris plc
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh on behalf of Defendant Atlantic Maritime Services LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Ryan E Chapple on behalf of Creditor Brian Cloyd
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Lewis Andrews
rchapple@cstrial.com, aprentice@cstrial.com

Ryan E Chapple on behalf of Creditor Patrick Burnett
rchapple@cstrial.com, aprentice@cstrial.com

Michael Edward Collins on behalf of Creditor Philadelphia Indemnity Insurance Company
mcollins@manierherod.com, rmiller@manierherod.com

Peter C D'Apice on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc.
dapice@sbep-law.com

Sean B. Davis on behalf of Creditor SM Energy Company
sbdavis@winstead.com, mmingo@winstead.com

Emilio Fernando DeAyala on behalf of Plaintiff Fieldwood Energy LLC
DeAyala@buckkeenan.com, myers@buckkeenan.com

Emilio Fernando DeAyala on behalf of Plaintiff Fieldwood Energy Offshore LLC
DeAyala@buckkeenan.com, myers@buckkeenan.com

Emilio Fernando DeAyala on behalf of Plaintiff Fieldwood SD Offshore LLC
DeAyala@buckkeenan.com, myers@buckkeenan.com

Philip T DeBaillon on behalf of Creditor Infinity Valve & Supply LLC
phil@philyourlawyer.com

Catherine Diktaban on behalf of Interested Party Apache Corporation
cdiktaban@huntonak.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Jefferson County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Lavaca County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Live Oak CAD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Matagorda County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Matagorda County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Rio Grande City CISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Starr County
houston_bankruptcy@publicans.com

Ryan Dodson Dry on behalf of Interested Party RLI Insurance Company
rdry@krebsfarley.com, khaley@krebsfarley.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Stanwood R Duval on behalf of Creditor Magnum Mud Equipment Co., Inc.
stan@duvallawfirm.com

Philip G Eisenberg on behalf of Creditor U.S. Specialty Insurance Company
peisenberg@lockelord.com

Philip G Eisenberg on behalf of Creditor W&T Offshore, Inc.
peisenberg@lockelord.com

David S Elder on behalf of Creditor Oceaneering International Inc.
dselder@foley.com, rdiep@foley.com

Eric Michael English on behalf of Creditor Talos Energy Inc.
eenglish@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Talos Energy LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua Nielson Eppich on behalf of Creditor EOG Resources, Inc.
Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Mark S Finkelstein on behalf of Creditor Trendsetter Engineering, Inc.
mfinkelstein@smfadlaw.com, rjones@smfadlaw.com

Michael Fishel on behalf of Creditor Ridgewood Energy Corporation
mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel on behalf of Interested Party ILX Prospect Katmai, LLC
mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel on behalf of Interested Party Ridgewood Katmai, LLC
mfishel@sidley.com, michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

J Robert Forshey on behalf of Creditor ExxonMobil Corporation
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey on behalf of Creditor HHE Energy Company
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey on behalf of Creditor XH LLC
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey on behalf of Creditor XTO Energy, Inc.
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey on behalf of Creditor XTO Offshore, Inc.
bforshey@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;
calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J. David Forsyth on behalf of Interested Party Helis Oil & Gas Company, LLC
jdf@sessions-law.com

Robert P Franke on behalf of Creditor Martin Energy Services LLC
robert.franke@clarkhillstrasburger.com,
mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com

Douglas Saul Friedman on behalf of Creditor Renaissance Offshore, LLC
doug.friedman@stacybakerlaw.com

Douglas Saul Friedman on behalf of Defendant Renaissance Offshore LLC
doug.friedman@stacybakerlaw.com

Richard M Gaal on behalf of Creditor Core Industries, Inc.
rgaal@mcdowellknight.com,
pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoin
er@mcdowellknight.com

Jason George on behalf of Debtor Fieldwood Energy LLC
jason.george@weil.com

Paul Joseph Goodwine on behalf of Creditor Ankor E&P Holdings Corporation
pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.
com

Paul Joseph Goodwine on behalf of Creditor Ankor Energy LLC
pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.
com

Paul Joseph Goodwine on behalf of Creditor LLOG Exploration Company, LLC
pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.
com

Paul Joseph Goodwine on behalf of Interested Party Apache Corporation
pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.
com

Kenneth P. Green on behalf of Creditor SBM Gulf Production LLC
ken@snow-green.com, janis@snow-green.com;theresa@snow-green.com;laura@snow-
green.com

Thomas G Gruenert on behalf of Creditor AGGREKO, LLC
tgruenert@gruenertlawgroup.com

James Harmon Hall on behalf of Creditor Aubrey Wild
James@chzfirm.com

Jan M Hayden on behalf of Creditor Samson Contour Energy E & P, LLC
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Jan M Hayden on behalf of Creditor Samson Offshore Mapleleaf, LLC
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com

Shari L. Heyen on behalf of Interested Party BP Exploration & Production Inc.
heyens@gtlaw.com, jamrokg@gtlaw.com

John F Higgins, IV on behalf of Interested Party Kilgore Marine
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com;mwebb@porterhedges.com

Audrey Lorene Hornisher on behalf of Creditor Martin Energy Services LLC
audrey.hornisher@clarkhillstrasburger.com, mina.alvarez@clarkhillstrasburger.com

Richard Andrew Howell on behalf of Defendant Sanare Energy Partners LLC
RAHowell@JW.com, mmcclenathen@jw.com, dtrevino@jw.com

Thomas A Howley on behalf of Creditor Genesis Energy, L.P.
tom@howley-law.com, roland@howley-law.com

Joseph Lomax Jordan, Jr. on behalf of Creditor AGI Industries Inc.
maxjordanlaw@lusfiber.net, maxjordan@cox.net

Joseph Lomax Jordan, Jr. on behalf of Creditor AGI Packaged Pump Systems
maxjordanlaw@lusfiber.net, maxjordan@cox.net

T. Josh Judd on behalf of Creditor Edward Randall, Individually and as Representative of the
Estate of Christopher Todd Randall, Deceased
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Benjamin W Kadden on behalf of Creditor Deligans Valves, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor HB Rentals, LC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Heartland Compression Services, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Superior Energy Services, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Warrior Energy Services Corporation
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Wild Well Control, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Workstrings International, LLC
bkadden@lawla.com, mnguyen@lawla.com

Patrick Andrew Kelly on behalf of Creditor Chevron U.S.A. Inc.
pkelly@andrewsmyers.com

Richard A. Kincheloe on behalf of Creditor U.S. Department of the Interior
Richard.Kincheloe@usdoj.gov,
caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@u
sdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov

Wayne Kitchens on behalf of Attorney Petro Amigos Supply, Inc.
jwk@hwallp.com, dkokenes@hwallp.com

Buffey E Klein on behalf of Creditor 2M Oilfield Group Inc.
buffey.klein@huschblackwell.com, tanya.adams@huschblackwell.com;buffey-klein-
8494@ecf.pacerpro.com

Bradley Clay Knapp on behalf of Creditor U.S. Specialty Insurance Company
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Lynda Lee Lankford on behalf of Creditor ExxonMobil Corporation
llankford@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.

com;llankford@ecf.courtdrive.com

Lynda Lee Lankford on behalf of Creditor XTO Energy, Inc.
llankford@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Thomas Scott Leo on behalf of Creditor North American Specialty Insurance Company
sleo@leolawpc.com, emartinez@leolawpc.com

Lloyd A. Lim on behalf of Creditor ITC Global, Inc.
llim@balch.com, rkubanda@balch.com;nmata@balch.com

Jessica Liou on behalf of Debtor Fieldwood Energy LLC
Jessica.Liou@weil.com

Jessica Liou on behalf of Plaintiff Fieldwood Energy LLC
Jessica.Liou@weil.com

James Robert MacNaughton on behalf of Creditor Gibson Applied Technology & Enginnering
robert@porterpowers.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating, LLC and Archrock Service LP
kmaraist@albmlaw.com

Kevin M Maraist on behalf of Creditor Archrock Services, LP
kmaraist@albmlaw.com

Shelley B Marmon on behalf of Creditor Republic Helicopters, Inc.
samarmon@cjmhlaw.com

Robert L. Marrero
office@bobmarrero.com

John S Mayer on behalf of Creditor Solar Turbines Incorporated
jmayer@rossbanks.com

Simon Richard Mayer on behalf of Creditor HCC International Insurance Company PLC
Simon.mayer@lockelord.com, autodocket@lockelord.com

Simon Richard Mayer on behalf of Creditor U.S. Specialty Insurance Company
Simon.mayer@lockelord.com, autodocket@lockelord.com

Sylvia Ann Mayer on behalf of Creditor Louisiana Safety Systems, Inc.
smayer@smayerlaw.com

Sylvia Ann Mayer on behalf of Creditor Superior Performance, Inc.
smayer@smayerlaw.com

Zachary S McKay on behalf of Creditor Diversified Well Logging, LLC
zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay on behalf of Creditor TETRA Technologies, Inc.
zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay on behalf of Creditor Tetra Applied Technologies, Inc.
zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Helen Hemingway McLaughlin on behalf of Plaintiff Fieldwood Energy LLC
hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin on behalf of Plaintiff Fieldwood Energy Offshore LLC
hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin on behalf of Plaintiff Fieldwood SD Offshore LLC
hmclaughlin@buckkeenan.com

Travis McRoberts on behalf of Creditor Ecopetrol America LLC
travis.mcroberts@squirepb.com, sarah.conley@squirepb.com

Travis McRoberts on behalf of Interested Party Ecopetrol America LLC
travis.mcroberts@squirepb.com, sarah.conley@squirepb.com

John E Mitchell on behalf of Creditor Florida Gas Transmission Company, LLC
john.mitchell@katten.com

John E Mitchell on behalf of Creditor Sea Robin Pipeline Company, LLC
john.mitchell@katten.com

John E Mitchell on behalf of Creditor Stingray Pipeline Company, LLC
john.mitchell@katten.com

John E Mitchell on behalf of Creditor Trunkline Gas Company, LLC
john.mitchell@katten.com

Leann Opotowsky Moses on behalf of Creditor C-Dive, L.L.C.
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

John A Mouton, III on behalf of Creditor Intracoastal Liquid Mud, Inc.
john@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Process Piping Materials, Inc.
john@jmoutonlaw.com

John A Mouton, III on behalf of Creditor Derrick Daniels
john@jmoutonlaw.com

Phillip W Nelson on behalf of Creditor Cortland Capital Market Services LLC
phillip.nelson@hklaw.com

Lisa M. Norman on behalf of Creditor Chevron U.S.A. Inc.
lnorman@andrewsmyers.co, kbocco@andrewsmyers.com

Lisa M. Norman on behalf of Creditor Noble Energy, Inc.
lnorman@andrewsmyers.co, kbocco@andrewsmyers.com

Robert L Paddock on behalf of Counter-Defendant Fieldwood Energy LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Plaintiff Fieldwood Energy LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Plaintiff Fieldwood Energy Offshore LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Plaintiff Fieldwood SD Offshore LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Donna T Parkinson on behalf of Creditor R360 Environmental Solutions, LLC
donna@parkinsonphinney.com

Stewart F Peck on behalf of Creditor Atlantic Maritime Services, LLC
speck@lawla.com

Stewart F Peck on behalf of Defendant Atlantic Maritime Services LLC
speck@lawla.com

Alfredo R Perez on behalf of Debtor Bandon Oil and Gas GP, LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Bandon Oil and Gas, LP
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Dynamic Offshore Resources NS, LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor FW GOM Pipeline, Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Energy Inc.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Energy LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Energy Offshore LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Energy SP LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Offshore LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.

com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood Onshore LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Fieldwood SD Offshore LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor GOM Shelf LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Galveston Bay Pipeline LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Debtor Galveston Bay Processing LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Plaintiff Fieldwood Energy LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Alfredo R Perez on behalf of Plaintiff Fieldwood Energy LLC, et al.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com
;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.
com;jake.rutherford@

Christopher Joseph Piasecki on behalf of Creditor Universal Equipment, Inc.
cpiasecki@davidsonmeaux.com

Mark Alan Platt on behalf of Creditor CCG Services (U.S.) Inc.
mplatt@fbtlaw.com, aortiz@fbtlaw.com

Lisa Ann Powell on behalf of Creditor Oil States Energy Services, LLC
Lisa.Powell@fisherbroyles.com

Aaron James Power on behalf of Interested Party Subsea 7 LLC
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Patricia Williams Prewitt on behalf of Creditor Plains Gas Solutions
pwp@pattiprewittlaw.com, pattiprewittlaw@gmail.com

Matthew J. Pyeatt on behalf of Creditor Goldman Sachs Bank USA
mpyeatt@velaw.com

Michael P Ridulfo on behalf of Creditor Multiklient Invest AS
mridulfo@krcl.com, rcoles@krcl.com

Randall A Rios on behalf of Creditor Aspen American Insurance Company
Randy.Rios@huschblackwell.com, randy-rios-2903@ecf.pacerpro.com

Randall A Rios on behalf of Creditor Berkley Insurance Company
Randy.Rios@huschblackwell.com, randy-rios-2903@ecf.pacerpro.com

Randall A Rios on behalf of Creditor Everest Reinsurance Company
Randy.Rios@huschblackwell.com, randy-rios-2903@ecf.pacerpro.com

Randall A Rios on behalf of Creditor Sirius America Insurance Company
Randy.Rios@huschblackwell.com, randy-rios-2903@ecf.pacerpro.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
eripley@andrewsmyers.com

William Shanler Robbins on behalf of Creditor Partco, LLC
wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Rafael Rodriguez on behalf of Creditor Ignition Systems & Controls, Inc.
rrodriguez@toddlawfirm.com

Suzanne K. Rosen on behalf of Creditor ExxonMobil Corporation
srosen@forsheyprostok.com. calendar@forsheyprostok.com,
srosen@ecf.courtdrive.com_0573@ect.courtdrive.co, lbreedlove@forsheyprostok.com

Charles M Rubio on behalf of Creditor Island Operating Company Inc.
crubio@parkinslee.com, 7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Jason M Rudd on behalf of Interested Party TC Oil Louisiana, LLC
Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Jason M Rudd on behalf of Interested Party Tana Exploration Company, LLC
Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com

Danielle Rushing on behalf of Counter-Claimant Valero Marketing and Supply Company
drushing@dykema.com

Danielle Rushing on behalf of Creditor Valero Marketing and Supply Company
drushing@dykema.com

Bruce J Ruzinsky on behalf of Creditor Aker Solutions Inc.
bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Bruce J Ruzinsky on behalf of Interested Party Jackson Walker LLP
bruzinsky@jw.com, ygalvin@jw.com;msalinas@jw.com

Diane Wade Sanders on behalf of Creditor Lavaca County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Live Oak CAD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Rio Grande City CISD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Starr County
austin.bankruptcy@publicans.com

Ryan Michael Seidemann on behalf of Creditor State of Louisiana, Department of Natural
Resources
seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Patrick M. Shelby on behalf of Creditor A-Port LLC
rick.shelby@phelps.com, trisha.crombie@phelps.com

Patrick M. Shelby on behalf of Creditor Linear Controls, Inc.
rick.shelby@phelps.com, trisha.crombie@phelps.com

Mark D Sherrill on behalf of Interested Party Manta Ray Offshore Gathering Company, L.L.C.
marksherrill@eversheds-sutherland.com

Mark D Sherrill on behalf of Interested Party Nautilus Pipeline Company, L.L.C.
marksherrill@eversheds-sutherland.com

Joel Cameron Simon on behalf of Counter-Claimant Valero Marketing and Supply Company
joel.simon@trialattorneytx.com

Barnet B Skelton, Jr on behalf of Creditor Red Willow Offshore, LLC
barnetbjr@msn.com

Owen Mark Sonik on behalf of Creditor Anahuac Independent School District
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik on behalf of Creditor Bay City Independent School District
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik on behalf of Creditor Chambers County
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik on behalf of Creditor Dickinson Independent School District
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik on behalf of Creditor Sheldon Independent School District, et al
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik on behalf of Creditor Trinity Bay Conservation District
osonik@pbfcm.com, osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Steven W Soule on behalf of Creditor Discovery Gas Transmission LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Gulfstar One LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Transcontinental Gas Pipe Line Company, LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor WFS Liquids LLC
ssoule@hallestill.com

Steven W Soule on behalf of Creditor Williams Field Services-Gulf Coast Company LLC
ssoule@hallestill.com

William Ross Spence on behalf of Creditor Supreme Service & Specialty Co. Inc.
ross@sdllaw.com, brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

Marvin E. Sprouse, III on behalf of Creditor Cortex Business Solutions USA LLC
msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Clay Marshall Taylor on behalf of Creditor Marathon Oil Company
clay.taylor@bondsellis.com

Victoria V Theriot on behalf of Creditor Acadian Contractors, Inc
ttheriot@acadiancontractors.com

Victoria V Theriot on behalf of Creditor Broussard Brothers, Inc.
ttheriot@acadiancontractors.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Sheldon Independent School District
mvaldez@pbfcm.com, osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael D Warner on behalf of Creditor Committee The Official Committee of Unsecured
Creditors
mwarner@coleschotz.com, klabrada@coleschotz.com

Michael D Warner on behalf of Interested Party The Official Committee of Unsecured Creditors
mwarner@coleschotz.com, klabrada@coleschotz.com

Jameson Joseph Watts on behalf of Creditor 2M Oilfield Group Inc.
jameson.watts@huschblackwell.com, penny.keller@huschblackwell.com;jameson-watts-
4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com

Deborah Daywood Williamson on behalf of Counter-claimant Valero Marketing and Supply
Company
dwilliamson@dykema.com, maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson on behalf of Creditor Valero Marketing and Supply Company
dwilliamson@dykema.com, maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson on behalf of Debtor Valero Marketing and Supply Company
dwilliamson@dykema.com, maraiza@dykema.com;lvasquez@dykema.com

Joshua W. Wolfshohl on behalf of Creditor Diverse Safety & Scaffolding, LLC
jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-
garfias-8561@ecf.pacerpro.com

William Alfred Wood, III on behalf of Interested Party Eni Petroleum US LLC
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

William Alfred Wood, III on behalf of Interested Party Eni US Operating Co. Inc.
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

Lee E Woodard on behalf of Creditor Lexon Insurance Company and Endurance American
Insurance Company
LWoodard@HarrisBeach.com, efilings@harrisbeach.com

Nicolette Zulli on behalf of Creditor Moodys Investors Service, Inc.
njzulli@duanemorris.com

     And I hereby certify that on March 2, 2021, I mailed, via first class mail using the United

States Postal Service in the State of New York, a copy of the above Objection to the following:

**Dynamic Offshore Resources NS, LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood Energy Inc.**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood Energy Offshore LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood Onshore LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood SD Offshore LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**FW GOM Pipeline, Inc.**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**GOM Shelf LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Bandon Oil and Gas GP, LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Bandon Oil and Gas, LP**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood Energy SP LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Galveston Bay Pipeline LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Galveston Bay Processing LLC**
2000 W Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

**Fieldwood Offshore LLC**
2000 W. Sam Houston Pkwy S
Suite 1200
Houston, TX 77042

Dated:  March 8, 2021

                                                          */s/ Katharine H. Fahey*
                                                          Katharine H. Fahey