IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS**

**PLEASE TAKE NOTICE** that Larry P. Walton appears on behalf of Deep Sea Development Services, Inc. ("DSDS") and hereby submits this notice of appearance in the above-captioned proceedings and requests notice of all hearings and conferences herein and makes a demand for services of papers herein, including all papers and notices pursuant to Rules 2002, 3011, 3017, 5009, 9007 and 9010 (if applicable) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §§342 and 1109(b) (if applicable) of title 11 of the U.S. Code (the "Bankruptcy Code").

All notices given or required to be given in these Chapter 11 Cases shall be given to and served upon the undersigned counsel for DSDS as follows:

Larry P. Walton
Law Offices of Larry P. Walton
4001 North Shepherd Drive, Suite 109
Houston, Texas 77018-5510
Tel.: (713) 699-0545;  Fax: (713) 699-4732
Email: larrypwalton@larrypwalton.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs,

operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced Chapter 11 case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that DSDS intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) the right of DSDS to object and/or not consent to entry of final orders by a Bankruptcy Judge in non-core matters and request the final orders in non-core matters be entered only after de novo review by a District Judge; (ii) the right of DSDS to a trial by jury in any proceedings so triable in these Chapter 11 cases or any case, controversy or proceeding related to theses Chapter 11 cases; (iii) the right of DSDS to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which DSDS is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of DSDS.

**DATED:  March 8, 2021**

Respectfully submitted,

**LAW OFFICES OF LARRY P. WALTON**

By: /s/ Larry P. Walton
Larry P. Walton
State Bar No. 20826600
Federal ID No. 18590
4001 North Shepherd Drive, Suite 109
Houston, Texas 77018-5510
Telephone: (713) 699-0545
Facsimile: (713) 699-4732
Email: larrypwalton@larrypwalton.com

**ATTORNEY FOR DEEP SEA DEVELOPMENT SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021 a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and/or United State Mail, to all parties and counsel entitled to receive notice in this case.

/s/ *Larry P. Walton*
Larry P. Walton