# EXHIBIT A

## Fieldwood BSEE Decommissioning Estimates

**Fieldwood BSEE Decommissioning Estimates**

| Lease | Type | P50 | P70 | P90 | Deterministic |
|---|---|---:|---:|---:|---:|
| **OCS 479** | Pipelines Decom | $0 | $0 | $0 | $1,271,700 |
|  | Platforms Decom | $2,404,324 | $4,233,714 | $6,901,706 | $0 |
|  | Platforms Site Clear | $601,868 | $1,070,350 | $2,076,224 | $0 |
|  | Wells Decom | $2,539,456 | $3,850,214 | $5,748,429 | $0 |
|  | **Subtotal for Lease** | **$5,545,648** | **$9,154,278** | **$14,726,359** | **$1,271,700** |
| **G15740** | Wells Decom | $65,052 | $113,464 | $183,730 | $0 |
|  | **Subtotal for Lease** | **$65,052** | **$113,464** | **$183,730** | **$0** |
| **G16455** | Platforms Decom | $4,438,665 | $4,889,277 | $5,545,956 | $0 |
|  | Platforms Site Clear | $141,388 | $229,808 | $452,872 | $0 |
|  | Wells Decom | $0 | $0 | $0 | $582,669 |
|  | **Subtotal for Lease** | **$4,580,053** | **$5,119,085** | **$5,998,828** | **$582,669** |
|  | **TOTALS:** | **$10,190,753** | **$14,386,827** | **$20,908,917** | **$1,854,369** |