# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re:                                          CHAPTER 11

**FIELDWOOD ENERGY, LLC, et al,**              CASE NO. 20-33948 (MI)

*Debtors*

## ORDER

CONSIDERING THE FORGOING:

IT IS ORDERED, AJUDGED, and DECREED that movant, CLABORYAN LEWIS'S, Motion for Relief from Automatic Stay be and is hereby GRANTED; and

IT IS HEREBY FURTHER ORDERED, AJUDGED, and DECREED that said stay be and is hereby LIFTED to the extent necessary to allow movant, CLABORYAN LEWIS to liquidate his personal injury claim against Fieldwood Energy, LLC in the pending matter entitled *Claboryan Lewis v. Fieldwood Energy, LLC et al.*, Case 6:20-cv-00720, currently pending in the United States District Court for the Western District of Louisiana.

Thus, done and signed, this _____ day of _____ 2021, in Houston, Texas.

_____
JUDGE