# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CLABORYAN LEWIS**<br>     Plaintiff | CIVIL ACTION NO. _____ |
| -vs- | JUDGE _____ |
| **ABC INSURANCE COMPANY,**<br>**FIELDWOOD ENERGY, L.L.C.,**<br>**XYZ INSURANCECOMPANY,**<br>**RIVERTEC ENTERPRISES, INC.,**<br>**PQR INSURANCECOMPANY,**<br>**ISLAND OPERATING COMPANY, INC.,**<br>**AND THE SPEEDY P**<br>     **Defendants** | MAGISTRATE JUDGE |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes petitioner, CLABORYAN LEWIS, a person of the full age of majority who is a resident of and domiciled in the State of Louisiana, Parish of Vermilion, who respectfully files the following Complaint and now represents:

Made defendants herein are:

- A. ABC INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the state of Louisiana, which at all times relevant herein provided coverage for the faults of FIELDWOOD ENERGY, LLC;

- B. FIELDWOOD ENERGY, L.L.C. (hereinafter "Fieldwood"), a Delaware corporation, with its principal place of business in Texas, has substantial and ongoing business contacts within the Western District of Louisiana to be amenable to suit in this district court;

- C. XYZ INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the state of Louisiana, which at all times relevant herein provided coverage for the faults of RIVERTEC ENTERPRISES, INC.;

1

    D.    RIVERTEC ENTERPRISES, INC., a Florida corporation, with its principal place of business in Florida, has substantial and ongoing business contacts within the Western District of Louisiana to be amenable to suit in this district court;

    E.    PQR INSURNACE COMPANY, a foreign insurer licensed to do and doing business within the state of Louisiana, which at all times relevant herein provided coverage for the faults of ISLAND OPERATING COMPANY, INC.;

    F.    ISLAND OPERATING COMPANY, INC., upon information and belief is a domestic corporation registered to do and doing business in the state of Louisiana and domiciled in Baton Rouge, Louisiana,

    G.    THE SPEEDY P, upon information and belief is a vessel registered to do and doing business in the state of Louisiana and within the jurisdiction of this Court

1.

It is alleged upon information and belief that defendant, RIVERTEC ENTERPRISES, INC., was at all material times the owner pro hac vice and/or the manager of the vessel *SPEEDY P*.

2.

It is further alleged that defendant, RIVERTEC ENTERPRISES, INC. was at all times material the operator of the vessel *SPEEDY P*.

3.

The accident that is the subject of this lawsuit occurred on navigable water of the U.S.A. and/or abord the vessel, *SPEEDY P*.

4.

It is further alleged that defendant, FIELDWOOD ENERGY, LLC, and/or ISLAND OPERATING COMPANY, INC., was at all times material the operator of the crane and or platform.

2

5.

On or around June 8, 2019, petitioner CLABORYAN LEWIS was working in the course and scope of his employment as a seaman abord the platform owned by FIELDWOOD ENERGY, LLC, and or ISLAND OPERATING COMPANY, INC., in navigable waters off the coast of Louisiana, when he was caused personal injuries as a result of the negligence of FIELDWOOD ENERGY, LLC and ISLAND OPERATING, INC., and/or the defective, unseaworthy, and hazardous condition of the *SPEEDY P* in the following nonexclusive particulars.

6.

On June 8, 2019, petitioner CLABORYAN LEWIS, was being transferred via a crane located on the platform owned and/or operated by FIELDWOOD ENERGY, LLC and/or ISLAND OPERATING COMPANY, INC., onto the vessel *SPEEDY P*, which was owned by RIVERTEC ENTERPRISES, INC., on which a deckhand was manning a tagline as part of the transfer. LEWIS's injury arose as a result of the unseaworthiness of the *SPEEDY P*, the failure of defendants to safely perform the crane operation, as well as their failure to warn the petitioner; as well as the negligence of defendants which, because of industry, regulatory, and statutory violations, constitutes negligence per se.

7.

This case is one of admiralty and/or general maritime jurisdiction, and as such this Court has original jurisdiction over this action under the "saving to suitors" clause of 28 USCA § 1333, including but not limited to any other legal regime and remedy—including, but not limited to, punitive damages—available to Petitioner based on the facts submitted herein and those discovered during the pendency of the litigation, including but not limited to any and all federal and state law remedies available to plaintiff.

8.

The above described incident resulted from the fault and/or negligence of defendant FIELDWOOD ENERGY, LLC, and its employees in the following non-exclusive particulars:

A. In creating an unsafe condition;

B. In ordering and directing the improper and unsafe transfer to a vessel;

C. In improperly loading a vessel;

D. In disregarding rules and regulations created for the safety of employees working on its rig.

9.

The above described incident resulted from the fault and/or negligence of defendant ISLAND OPERATING COMPANY, INC., and its employees in the following non-exclusive particulars:

A. In creating an unsafe condition;

B. In ordering and directing the improper and unsafe transfer to a vessel;

C. In improperly loading a vessel;

D. In disregarding rules and regulations created for the safety of employees working on its rig.

10.

The above described incident resulted from the fault and/or negligence of defendant RIVERTEC ENTERPRISES, INC. AND/OR the *SPEEDY P* and its employees in the following non-exclusive particulars:

A. In creating an unsafe condition;

B. In ordering and directing the improper and unsafe transfer to its vessel;

C. In improperly loading the *SPEEDY P*;

D. In failing to oversee its employee and/or borrowed employee; and

E. In disregarding rules and regulations created for the safety of employees working on its rig.

11.

As a result of the above, petitioner, CLABORYAN LEWIS, sustained serious and painful injuries that have caused general and special damages, including but not limited to the following: physical and mental suffering and disability, both past and future, loss of earning capacity, both past and future, and that required him to incur medical expenses, both past and future, all of which have entitled him to recover a sum reasonable in the premises.

12.

Petitioner, CLABORYAN LEWIS, prays for any and all punitive damages available under state, federal, and/or maritime law in this matter for the wanton and reckless disregard for the safety of others.

13.

At this time, plaintiff's damages are in excess of $50,000.00, exclusive of interest and costs. Petitioner reserves the right to amend this petition.

WHEREFORE, petition, CLABORYAN LEWIS, prays that a certified copy of this complaint be served upon defendants ABC INSURANCE COMPANY, FIELDWOOD ENERGY, LLC, XYZ INSURANCE COMPANY, ISLAND OPERATING COMPANY, INC., PRQ INSURANCE COMPANY, RIVERTEC ENTERPRISES, INC., and the *SPEEDY P*, and that after due proceedings are had that there be judgment herein in favor of petitioner, CLABORYAN LEWIS, and against defendants, ABC INSURANCE COMPANY, FIELDWOOD ENERGY, LLC, XYZ INSURANCE COMPANY, ISLAND OPERATING COMPANY, INC., PRQ INSURANCE COMPANY, RIVERTEC ENTERPRISES, INC., and the *SPEEDY P*, jointly,

severally, and in solido in a sum reasonable in the premises together with legal interest from the date of this incident until paid and for all costs of these proceedings.

Respectfully submitted,

BROUSSARD & DAVID, LLC

*/s/ Jerome H. Moroux*

JEROME H. MOROUX (#32666)
SCOTT M. RICHARD (#36643)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@broussard-david.com
ATTORNEY FOR PLAINTIFF

**PLEASE SERVE:**

FIELDWOOD ENERGY, LCC
 *Through Registered Agent of Service*
Capitol Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809

RIVERTEC ENTERPRISES, INC.
  *Through Long Arm Service*
Jimenez & Jimenez, LLC
9827 NW 32nd Street
Doral, FL 33172

ISLAND OPERATING COMPANY, INC.
  *Through Registered Agent of Service*
CT Corporation Stystem
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

SPEEDY P
  *Through Long Arm Service*
Jimenez & Jimenez, LLC
9827 NW 32nd Street
Doral, FL 33172

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Claboryan Lewis

### DEFENDANTS
ABC Insurance Company, Fieldwood Energy, LLC, XYZ Insurance Company, Rivertec Enterprises, LLC, PQR Insurance Company, Island Operating Company, Inc., and The Speedy P

**(b)** County of Residence of First Listed Plaintiff: Vermilion
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jerome H. Moroux, Broussard & David, LLC
557 Jefferson St., Lafayette, LA 70502

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☒ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1331
Brief description of cause:
Complainant injured on vessel

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/05/2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____