# Fieldwood Energy

**BILL TO:** Valero Marketing & Supply Company
Attn: Jill Trowbridge

Email  Jill.Trowbridge@valero.com
Phone  (210) 345-5812

INVOICE: FW-70-042020
INVOICE DATE: 5/15/2020
Purchaser Code: Valero

| LEASE | Production Month | Shelf BARRELS | PRICE | AMOUNT |
|---|---|---|---|---|
| Thunderhawk MC 698/MC782 | 04/20 | 195,000 | $15.8490 | $ 3,090,564.29 |
| | | Total Due Fieldwood Energy, LLC | | $ 3,090,564.29 |

**TERMS:**
PAY BY WIRE TRANSFER ON OR BEFORE THE 20TH OF THE MONTH
PLEASE INDICATE THE INVOICE REFERENCE ON THE PAYMENT

NEW BANKING INSTRUCTIONS
SEND PAYMENT TO:
Account Name: Fieldwood Engy/FWFinco-DBNYSTEFFS
ABA: 021001033
SWIFT: BKTRUS33
Account #: 01482558
Financial Institution Name: Deutsche Bank Trust Company Americas
Reference: Finco Invoice No.
Attention: Commercial Loans Division

REVENUE ACCOUNTING CONTACT:
Linda Cobb
Phone: (713) 969-1273
linda.cobb@fwellc.com

Exhibit 2