IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIELDWOOD ENERGY LLC, et al., | Chapter 11 |
| Debtors, | Case No. 20-33948 (MI) |
| | (Jointly Administered) |
| FIELDWOOD ENERGY LLC, | |
| Plaintiff, | Adversary No. 20-03497 |
| V. | |
| VALERO MARKETING AND SUPPLY COMPANY, | |
| Defendant and Counter-Plaintiff. | |

**ORDER ON
VALERO MARKETING AND SUPPLY COMPANY'S ("VALERO")
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Before the Court is Valero Marketing and Supply Company's Motion for Partial Summary Judgment. The Court has reviewed the pleadings, the evidence, the case law, and heard oral argument. The motion is GRANTED. The Court finds, as a matter of law, that Fieldwood breached the Purchase Contract by failing to delivery any crude oil to Valero in May of 2020. The Court reserves its ruling on damages. The Parties are ORDERED to confer and submit a proposed scheduling order on damage discovery within seven (7) days of their receipt of this order.

SIGNED ON _____, 2021.

_____
PRESIDING JUDGE