UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of  D.C. and New York  :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jason B. Hutt<br>Bracewell LLP<br>2001 M Street NW, Ste 900<br>Washington, D.C. 20036<br>(202) 828-5800<br>jason.hutt@bracewell.com<br>D.C. 465497 and NY 2965127 |
|---|---|

Seeks to appear as the attorney for this party:

Eni Petroleum US LLC and Eni US Operating Co. Inc.

Dated: 03/09/2021        Signed: /s/ Jason B. Hutt

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                      Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                         United States Bankruptcy Judge