

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
03/10/2021

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**ORDER GRANTING AMENDED MOTION OF MARATHON OIL COMPANY**
**TO ALLOW A LATE FILED PROOF OF CLAIM WITHOUT PENALTY**
**PURSUANT TO RULES 3003(c)(3) AND 9006(b)(1)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the *Amended Motion of Marathon Oil Company to Allow a Late Filed Proof of Claim Without Penalty Pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure* (the "Motion"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and in consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided and that no objection had been filed to the Motion, this Court having reviewed the Motion, and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.    ~~The Motion is **GRANTED**.~~

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2.      Marathon Oil Company ("Marathon") is authorized to file a late proof of claim pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

3.      Marathon's proof of claim shall be deemed timely filed on the date it is submitted into the claim registry without penalty provided that the claim is submitted within 21 days of the date of entry of this Order.

Signed: March 10, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

---

Counsel is requested to review the Court's complex procedures.  Future Certificates of No Objection should be filed in compliance with those procedures.

---

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, et al.,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.¹** | § | |

**ORDER GRANTING AMENDED MOTION OF MARATHON OIL COMPANY**
**TO ALLOW A LATE FILED PROOF OF CLAIM WITHOUT PENALTY**
**PURSUANT TO RULES 3003(c)(3) AND 9006(b)(1)**
<u>**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**</u>

Upon the *Amended Motion of Marathon Oil Company to Allow a Late Filed Proof of Claim Without Penalty Pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure* (the "<u>Motion</u>"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and in consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided and <u>that no objection had been filed to the Motion,</u> this Court having reviewed the Motion, and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED**.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Holdings LLC (9264); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

**Deleted: ;**

**Deleted: ;**

2.      Marathon Oil Company ("Marathon") is authorized to file a late proof of claim pursuant to Rules 3003(c)(3) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

3.      Marathon's proof of claim shall be deemed timely filed on the date it is submitted into the claim registry without penalty provided that the claim is submitted within 21 days of the date of entry of this Order.

Dated: _____        _____
                                     THE HONORABLE MARVIN ISGUR
                                     UNITED STATES BANKRUPTCY JUDGE

2