

ENTERED
03/10/2021

UNITED STATES BANKRUPTCY COURT   SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of   D.C. and New York   :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jason B. Hutt<br>Bracewell LLP<br>2001 M Street NW, Ste 900<br>Washington, D.C. 20036<br>(202) 828-5800<br>jason.hutt@bracewell.com<br>D.C. 465497 and NY 2965127 |
|---|---|

Seeks to appear as the attorney for this party:

Eni Petroleum US LLC and Eni US Operating Co. Inc.

Dated: 03/09/2021     Signed: /s/ Jason B. Hutt

COURT USE ONLY: The applicant's state bar reports their status as:   Active   .

Dated:     Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: March 10, 2021

Marvin Isgur
United States Bankruptcy Judge