UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY, et al. | |

This lawyer, who is admitted to the State Bar of __Louisiana__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Darryl T. Landwehr<br>LANDWEHR LAW FIRM<br>935 Gravier Street, Suite 835<br>New Orleans, LA 70112<br>(504) 561-8086<br>State of Louisiana Bar Number: La Bar No. 17677 |
|---|---|

Seeks to appear as the attorney for this party:

| Aubrey Wild | |
|---|---|
| Dated: March 10, 2021 | Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>                         Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                               United States Bankruptcy Judge