| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emanuel C. Grillo<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112-4498<br>(212) 408-2519<br>New York 2480317 |

Seeks to appear as the attorney for this party:

| EnVen Energy Ventures, LLC |
|---|
| Dated: 3/10/2021    Signed: /s/ Emanuel C. Grillo |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                        Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                            United States Bankruptcy Judge