UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

ENTERED
03/11/2021

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | FIELDWOOD ENERGY, et al. | |

This lawyer, who is admitted to the State Bar of _____ Louisiana _____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number |
|---|
| Darryl T. Landwehr<br>LANDWEHR LAW FIRM<br>935 Gravier Street, Suite 835<br>New Orleans, LA 70112<br>(504) 561-8086<br>State of Louisiana Bar Number: La Bar No. 17677 |

Seeks to appear as the attorney for this party:

Aubrey Wild

Dated: March 10, 2021      Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:      Signed: _____
                   Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: March 11, 2021

_____
Marvin Isgur
United States Bankruptcy Judge