

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF

ENTERED
03/11/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Emanuel C. Grillo<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112-4498<br>(212) 408-2519<br>New York 2480317 |
|---|---|

Seeks to appear as the attorney for this party:

| EnVen Energy Ventures, LLC | |
|---|---|
| Dated: 3/10/2021 | Signed: /s/ Emanuel C. Grillo |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: March 11, 2021

Marvin Isgur
United States Bankruptcy Judge