IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.   20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC. *et al* | * | Chapter 11 |
| | * | |
| Debtors. | * | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOW COMES LLOG Exploration Offshore, L.L.C., a creditor and party-in-interest herein, and hereby gives notice of its appearance in the captioned matter by and through:

>JOHN E. W. BAAY II
>GIEGER, LABORDE & LAPEROUSE, L.L.C.
>701 Poydras Street, Suite 4800
>New Orleans, Louisiana   70139-4800
>Telephone:  (504) 561-0400
>Facsimile: (504) 561-0100
>Email: jbaay@glllaw.com

FURTHER, the undersigned, on behalf of LLOG Exploration Offshore, L.L.C., hereby requests that all motions, complaints, applications, petitions, pleadings, notices, orders, and judgments filed or issued in the above-captioned matter be served upon the undersigned pursuant to the provisions of Federal Rules of Bankruptcy Procedure Rule 2002.

>Respectfully submitted,
>
>/s/ John E. W. Baay II
>JOHN E. W. BAAY, II
>Texas State Bar No. 798042
>GIEGER, LABORDE & LAPEROUSE, L.L.C.
>Suite 4800, 701 Poydras Street
>New Orleans, Louisiana   70139-4800
>Telephone:  (504) 561-0400
>Facsimile: (504) 561-0100
>Email: jbaay@glllaw.com
>*Counsel for* LLOG Exploration Offshore, L.L.C.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice was served via electronic mail on the 11th day of March, 2021, upon all parties in interest listed on the ECF service list.

/s/ John E. W. Baay II