IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date:  March 15, 2021 |
| | § | Hearing Time:  11:00 a.m. (CT) |
| | § | Hearing Location:  Electronic (Audio & Video) |
| | § | Judge Presiding:  Marvin Isgur |

**U.S. SPECIALTY INSURANCE COMPANY'S
COMBINED WITNESS AND EXHIBIT LIST**

The U.S. Specialty Insurance Company (the "*USSIC*") submits the following combined Witness and Exhibit List for the hearing scheduled on March 15, 2021 at 11:00 a.m. (CT), before the Honorable Marvin Isgur, United States Bankruptcy Judge.  Such hearing will be held electronically.

**WITNESS LIST**

1. Any witness designated or called by any party; and

2. Any witness required for rebuttal.

1

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |
| | Any demonstrative exhibits necessary for the Hearing. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

USSIC reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing in this matter.

*[THE REMINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email: peisenberg@lockelord.com
           eguffy@lockelord.com
           simon.mayer@lockelord.com

*Attorneys for*
*U.S. Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I certify that, on March 11, 2021, a true and correct copy of the foregoing Witness and Exhibit List and the associated exhibits was served on all parties who receive service in the above-captioned adversary proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon R. Mayer*
Simon R. Mayer