**Exhibit C**
**Leases Related to Purchased Oil & Gas Lease Interests**

## Purchased Oil & Gas Lease Interests[1]

| Lease | Type | Rights |
|---|---|---|
| G36544 | Federal | WI |
| G36545 | Federal | WI |
| G21176 | Federal | WI |
| G16727 | Federal | WI |
| SL19718 | SL- LA | WI |
| G31442 | Federal | WI |
| SL15683 | SL- LA | WI |
| SL17675 | SL- LA | WI |
| SL17860 | SL- LA | WI |
| G21811 | Federal | WI |
| G15156 | Federal | ORRI |
| G36401 | Federal | WI |
| G33140 | Federal | WI |
| G33177 | Federal | ORRI |
| G33707 | Federal | ORRI |
| G35805 | Federal | ORRI |
| G33140 | Federal | ORRI |
| G27982 | Federal | ORRI |
| G34434 | Federal | WI |
| G27278 | Federal | WI |
| G13943 | Federal | WI |
| G13944 | Federal | WI |
| 00127 | Federal | WI |
| 00128 | Federal | WI |
| 00129 | Federal | WI |
| 00130 | Federal | WI |
| 00131 | Federal | WI |
| 00132 | Federal | WI |
| 00133 | Federal | WI |
| 00134 | Federal | WI |
| 00174 | Federal | WI |
| 00175 | Federal | WI |
| 00176 | Federal | WI |
| 00177 | Federal | WI |
| 00179 | Federal | WI |
| 00180 | Federal | WI |
| 00181 | Federal | WI |
| 00182 | Federal | WI |
| 00838 | Federal | WI |

---

[1] The Debtors and the Consenting FLTL Lenders reserve the right to amend, modify, or supplement this schedule subject to any consent rights under the Restructuring Support Agreement.

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

WEIL:\97756696\5\45327.0007

| Lease | Type | Rights |
|---|---|---|
| 00839 | Federal | WI |
| G01497 | Federal | WI |
| G01498 | Federal | WI |
| G16727 | Federal | ORRI |
| G26302 | Federal | ORRI |
| G12210 | Federal | ORRI |
| G12209 | Federal | WI |
| G11043 | Federal | WI |
| G12210 | Federal | WI |
| G34536 | Federal | WI |
| G34537 | Federal | WI |
| G34878 | Federal | WI |
| G34879 | Federal | WI |
| G34880 | Federal | WI |
| G34966 | Federal | WI |
| G20051 | Federal | ORRI |
| G05889 | Federal | WI |
| G05900 | Federal | WI |
| G14668 | Federal | WI |
| G34539 | Federal | WI |
| G36405 | Federal | WI |
| G36566 | Federal | WI |
| G36557 | Federal | WI |
| G27509 | Federal | ORRI |
| G35825 | Federal | WI |
| G35828 | Federal | WI |
| G36476 | Federal | WI |
| G35015 | Federal | WI |
| G26302 | Federal | WI |
| G21176 | Federal | ORRI |
| G18192 | Federal | WI |
| G19966 | Federal | WI |
| G28021 | Federal | WI |
| G28022 | Federal | WI |
| G32343 | Federal | WI |
| G33757 | Federal | WI |
| G24133 | Federal | WI |
| G24134 | Federal | WI |
| G28030 | Federal | WI |
| G32363 | Federal | WI |
| G36400 | Federal | WI |
| G35963 | Federal | WI |
| G36537 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G36538 | Federal | WI |
| G36540 | Federal | WI |
| G36880 | Federal | WI |
| 13002 | SL-IN | ORRI |
| SL17009 | SL-LA | ORRI |
| SL19051 | SL-LA | WI |
| 23017 | SL-MS | ORRI |
| 42091 | SL-TX | ORRI |
| 47000 | SL-WV | ORRI |
| 170650 | SL-MS | ORRI |
| 230140 | SL-MS | ORRI |
| 230150 | SL-MS | ORRI |
| 231240 | SL-MS | ORRI |
| G34428 | Federal | WI |
| G34429 | Federal | WI |
| G36772 | Federal | WI |
| G36773 | Federal | WI |
| G10794 | Federal | WI |
| G15277 | Federal | WI |
| G02592 | Federal | WI |
| 00786 | Federal | ORRI |
| G01192 | Federal | WI |
| 00020 | Federal | WI |
| G04000 | Federal | WI |
| G21685 | Federal | WI |
| G24987 | Federal | WI |
| G36814 | Federal | WI |
| G36021 | Federal | WI |
| G35806 | Federal | WI |
| G21817 | Federal | WI |
| G27070 | Federal | WI |
| G09522 | Federal | WI |
| G09524 | Federal | WI |
| G10687 | Federal | WI |
| G04421 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

WEIL:\97756696\5\45327.0007