**Exhibit D**
**Leases Related to FWE I Oil & Gas Lease Interests**

# FWE I Oil & Gas Lease Interests[1]

| Lease | Type | Rights |
|---|---|---|
| G06069 | Federal | WI |
| G01757 | Federal | WI |
| G02665 | Federal | WI |
| G21142 | Federal | WI |
| G32267 | Federal | WI |
| G32268 | Federal | WI |
| G01440 | Federal | WI |
| SL16473 | SL - LA | WI |
| SL16475 | SL - LA | WI |
| SL18121 | SL - LA | WI |
| G00972 | Federal | WI |
| G00974 | Federal | WI |
| G02063 | Federal | WI |
| G25933 | Federal | WI |
| G13572 | Federal | WI |
| 00049 | Federal | WI |
| 00050 | Federal | WI |
| 00051 | Federal | WI |
| 00052 | Federal | WI |
| G01220 | Federal | WI |
| G03152 | Federal | WI |
| 00438 | Federal | WI |
| G03782 | Federal | WI |
| G13622 | Federal | WI |
| G10736 | Federal | WI |
| G05502 | Federal | WI |
| G05503 | Federal | WI |
| G05550 | Federal | WI |
| G33646 | Federal | WI |
| G05504 | Federal | ORRI |
| G05504 | Federal | WI |
| G02110 | Federal | WI |
| G02112 | Federal | WI |
| G02912 | Federal | WI |
| G05040 | Federal | WI |
| G24912 | Federal | WI |
| G02115 | Federal | WI |
| G02317 | Federal | WI |
| G15263 | Federal | WI |

---

[1] The Debtors reserve the right to amend, modify, or supplement this schedule in accordance with the terms of the Plan and subject to any consent rights under the Restructuring Support Agreement.

**KEY**:  ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G03332 | Federal | WI |
| G10752 | Federal | WI |
| G3332 | Federal | ORRI |
| G02319 | Federal | WI |
| G14482 | Federal | WI |
| G21647 | Federal | WI |
| G02324 | Federal | WI |
| G03783 | Federal | WI |
| 00479 | Federal | WI |
| G23851 | Federal | WI |
| G17966 | Federal | WI |
| 00423 | Federal | WI |
| 00443 | Federal | WI |
| 00809 | Federal | WI |
| G00978 | Federal | WI |
| G36745 | Federal | ORRI |
| 00810 | Federal | WI |
| 00810 | Federal | ORRI |
| G01958 | Federal | WI |
| G02601 | Federal | WI |
| 00044 | Federal | WI |
| G05800 | Federal | WI |
| G16454 | Federal | WI |
| G16455 | Federal | WI |
| G31470 | Federal | WI |
| G02310 | Federal | WI |
| G02698 | Federal | WI |
| G15740 | Federal | WI |
| G25524 | Federal | WI |
| G13943 | Federal | WI |
| G13944 | Federal | WI |
| 00127 | Federal | WI |
| 00128 | Federal | WI |
| 00129 | Federal | WI |
| 00130 | Federal | WI |
| 00131 | Federal | WI |
| 00132 | Federal | WI |
| 00133 | Federal | WI |
| 00134 | Federal | WI |
| 00174 | Federal | WI |
| 00175 | Federal | WI |
| 00176 | Federal | WI |
| 00177 | Federal | WI |
| 00179 | Federal | WI |

**KEY:** ORRI = Overriding Royalty Interest; WI = Working Interest

WEIL:\97756692\5\45327.0005

| Lease | Type | Rights |
|---|---|---|
| 00180 | Federal | WI |
| 00181 | Federal | WI |
| 00182 | Federal | WI |
| 00838 | Federal | WI |
| 00839 | Federal | WI |
| G01497 | Federal | WI |
| G01498 | Federal | WI |
| G02161 | Federal | WI |
| G02163 | Federal | WI |
| G02353 | Federal | WI |
| G02354 | Federal | WI |
| G06156 | Federal | WI |
| G01848 | Federal | WI |
| G03228 | Federal | WI |
| G03236 | Federal | WI |
| G20660 | Federal | WI |
| G02423 | Federal | WI |
| G25605 | Federal | WI |
| G02750 | Federal | WI |
| G02754 | Federal | WI |
| G02754 | Federal | ORRI |
| G02366 | Federal | WI |
| G02372 | Federal | WI |
| G17199 | Federal | WI |
| G02719 | Federal | WI |
| G18959 | Federal | WI |
| G02392 | Federal | WI |
| G02393 | Federal | WI |
| G02721 | Federal | WI |
| G02722 | Federal | WI |
| G02757 | Federal | WI |
| G06164 | Federal | WI |
| G03229 | Federal | WI |
| G03237 | Federal | WI |
| G12564 | Federal | WI |
| G11383 | Federal | WI |
| G02367 | Federal | WI |
| SL06618 | SL- LA | ORRI |
| SL12503 | SL- LA | ORRI |
| G02193 | Federal | WI |
| G07827 | Federal | WI |
| G07828 | Federal | WI |
| G07898 | Federal | WI |
| G13055 | Federal | WI |

3

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G22812 | Federal | ORRI |
| G01666 | Federal | WI |
| G15395 | Federal | WI |
| G15395 | Federal | ORRI |
| G01667 | Federal | WI |
| G32263 | Federal | WI |
| G01673 | Federal | WI |
| G04253 | Federal | WI |
| G01317 | Federal | WI |
| G04486 | Federal | WI |
| G03339 | Federal | WI |
| G04126 | Federal | WI |
| G08467 | Federal | WI |
| G08760 | Federal | WI |
| G32265 | Federal | WI |
| G02213 | Federal | WI |
| G16520 | Federal | WI |
| G32264 | Federal | WI |
| G33693 | Federal | WI |
| G03194 | Federal | WI |
| G08461 | Federal | WI |
| G14576 | Federal | WI |
| G04909 | Federal | ORRI |
| G04481 | Federal | WI |
| G03088 | Federal | WI |
| G05000 | Federal | WI |
| G06043 | Federal | WI |
| G05169 | Federal | WI |
| MF-79413 | SL - TX | WI |
| MF80522 | SL - TX | WI |
| MF88560 | SL - TX | WI |
| MF-88562 | SL - TX | WI |
| G09777 | Federal | WI |
| G18192 | Federal | WI |
| G18192 | Federal | ORRI |
| G21742 | Federal | WI |
| G21742 | Federal | ORRI |
| G28351 | Federal | ORRI |
| G02968 | Federal | WI |
| G26176 | Federal | WI |
| G03068 | Federal | WI |
| G03061 | Federal | WI |
| 00046 | Federal | WI |
| 00126 | Federal | WI |

4

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| 00228 | Federal | WI |
| 00297 | Federal | WI |
| 00508 | Federal | WI |
| 00509 | Federal | WI |
| 00511 | Federal | WI |
| 00513 | Federal | WI |
| 00518 | Federal | WI |
| 00526 | Federal | WI |
| 00548 | Federal | WI |
| 00549 | Federal | WI |
| 00594 | Federal | WI |
| 00740 | Federal | WI |
| 00758 | Federal | WI |
| 00797 | Federal | WI |
| 00802 | Federal | WI |
| 00811 | Federal | WI |
| 00812 | Federal | WI |
| 00813 | Federal | WI |
| G00900 | Federal | WI |
| G00971 | Federal | WI |
| G01038 | Federal | WI |
| G01073 | Federal | WI |
| G01252 | Federal | WI |
| G01261 | Federal | WI |
| G01269 | Federal | WI |
| G01329 | Federal | WI |
| G01356 | Federal | WI |
| G01357 | Federal | WI |
| G01580 | Federal | WI |
| G01880 | Federal | WI |
| G01972 | Federal | WI |
| G01998 | Federal | WI |
| G02037 | Federal | WI |
| G02045 | Federal | WI |
| G02278 | Federal | WI |
| G02428 | Federal | WI |
| G02608 | Federal | WI |
| G02628 | Federal | WI |
| G03414 | Federal | WI |
| G03587 | Federal | WI |
| G03733 | Federal | WI |
| G03811 | Federal | WI |
| G03940 | Federal | WI |
| G03958 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G04001 | Federal | WI |
| G04002 | Federal | WI |
| G04003 | Federal | WI |
| G04098 | Federal | WI |
| G04397 | Federal | WI |
| G04548 | Federal | WI |
| G04703 | Federal | WI |
| G05058 | Federal | WI |
| G05292 | Federal | WI |
| G05488 | Federal | WI |
| G05560 | Federal | WI |
| G05610 | Federal | WI |
| G06105 | Federal | WI |
| G06166 | Federal | WI |
| G06390 | Federal | WI |
| G07619 | Federal | WI |
| G07825 | Federal | WI |
| G07901 | Federal | WI |
| G08361 | Federal | WI |
| G08362 | Federal | WI |
| G08363 | Federal | WI |
| G08364 | Federal | WI |
| G08365 | Federal | WI |
| G08366 | Federal | WI |
| G08367 | Federal | WI |
| G08368 | Federal | WI |
| G08753 | Federal | WI |
| G09591 | Federal | WI |
| G09592 | Federal | WI |
| G09651 | Federal | WI |
| G10426 | Federal | WI |
| G10427 | Federal | WI |
| G10721 | Federal | WI |
| G12020 | Federal | WI |
| G12761 | Federal | WI |
| G13821 | Federal | WI |
| G13897 | Federal | WI |
| G13987 | Federal | WI |
| G15078 | Federal | WI |
| G15241 | Federal | WI |
| G16353 | Federal | WI |
| G16470 | Federal | WI |
| G16541 | Federal | WI |
| G17789 | Federal | WI |

6

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

WEIL:\97756692\5\45327.0005

| Lease | Type | Rights |
|---|---|---|
| G17858 | Federal | WI |
| G18011 | Federal | WI |
| G22236 | Federal | WI |
| G22772 | Federal | WI |
| G23199 | Federal | WI |
| G23840 | Federal | WI |
| G23876 | Federal | WI |
| G26152 | Federal | WI |
| G27173 | Federal | WI |
| G30679 | Federal | WI |
| G31404 | Federal | WI |
| G31431 | Federal | WI |
| G32114 | Federal | WI |
| G32153 | Federal | WI |
| G32159 | Federal | WI |
| G32206 | Federal | WI |
| G32217 | Federal | WI |
| G32232 | Federal | WI |
| G32272 | Federal | WI |
| G32724 | Federal | WI |
| G32733 | Federal | WI |
| G32747 | Federal | WI |
| G32748 | Federal | WI |
| G32760 | Federal | WI |
| G32761 | Federal | WI |
| G32762 | Federal | WI |
| G32763 | Federal | WI |
| G32764 | Federal | WI |
| G32767 | Federal | WI |
| G32769 | Federal | WI |
| G32770 | Federal | WI |
| G32777 | Federal | WI |
| G33046 | Federal | WI |
| G33061 | Federal | WI |
| G33064 | Federal | WI |
| G33072 | Federal | WI |
| G33073 | Federal | WI |
| G33084 | Federal | WI |
| G33106 | Federal | WI |
| G33110 | Federal | WI |
| G33131 | Federal | WI |
| G33132 | Federal | WI |
| G33134 | Federal | WI |
| G33137 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G33139 | Federal | WI |
| G33392 | Federal | WI |
| G33399 | Federal | WI |
| G33412 | Federal | WI |
| G33413 | Federal | WI |
| G33558 | Federal | WI |
| G33593 | Federal | WI |
| G33594 | Federal | WI |
| G33610 | Federal | WI |
| G33625 | Federal | WI |
| G33626 | Federal | WI |
| G33650 | Federal | WI |
| G33652 | Federal | WI |
| G33671 | Federal | WI |
| G33683 | Federal | WI |
| G33684 | Federal | WI |
| G33691 | Federal | WI |
| G33697 | Federal | WI |
| G33704 | Federal | WI |
| G33708 | Federal | WI |
| G33709 | Federal | WI |
| G34022 | Federal | WI |
| G34034 | Federal | WI |
| G34035 | Federal | WI |
| G34213 | Federal | WI |
| G34216 | Federal | WI |
| G34217 | Federal | WI |
| G34218 | Federal | WI |
| G34219 | Federal | WI |
| G34220 | Federal | WI |
| G34228 | Federal | WI |
| G34229 | Federal | WI |
| G34230 | Federal | WI |
| G34232 | Federal | WI |
| G34233 | Federal | WI |
| G34234 | Federal | WI |
| G34235 | Federal | WI |
| G34237 | Federal | WI |
| G34238 | Federal | WI |
| G34239 | Federal | WI |
| G34240 | Federal | WI |
| G34251 | Federal | WI |
| G34252 | Federal | WI |
| G34253 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G34273 | Federal | WI |
| G34274 | Federal | WI |
| G34275 | Federal | WI |
| G34276 | Federal | WI |
| G34277 | Federal | WI |
| G34278 | Federal | WI |
| G34279 | Federal | WI |
| G34284 | Federal | WI |
| G34286 | Federal | WI |
| G34287 | Federal | WI |
| G34292 | Federal | WI |
| G34293 | Federal | WI |
| G34294 | Federal | WI |
| G34296 | Federal | WI |
| G34301 | Federal | WI |
| G34303 | Federal | WI |
| G34331 | Federal | WI |
| G34341 | Federal | WI |
| G34354 | Federal | WI |
| G34365 | Federal | WI |
| G34366 | Federal | WI |
| G34367 | Federal | WI |
| G34375 | Federal | WI |
| G34376 | Federal | WI |
| G34377 | Federal | WI |
| G34378 | Federal | WI |
| G34380 | Federal | WI |
| G34381 | Federal | WI |
| G34382 | Federal | WI |
| G34388 | Federal | WI |
| G34391 | Federal | WI |
| G34392 | Federal | WI |
| G34393 | Federal | WI |
| G34394 | Federal | WI |
| G34395 | Federal | WI |
| G34396 | Federal | WI |
| G34403 | Federal | WI |
| G34408 | Federal | WI |
| G34415 | Federal | WI |
| G34515 | Federal | WI |
| G34670 | Federal | WI |
| G34677 | Federal | WI |
| G34678 | Federal | WI |
| G34796 | Federal | WI |

**KEY**:   ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G34857 | Federal | WI |
| G34860 | Federal | WI |
| G34861 | Federal | WI |
| G34862 | Federal | WI |
| G34865 | Federal | WI |
| G34866 | Federal | WI |
| G34872 | Federal | WI |
| G34877 | Federal | WI |
| G05953 | Federal | WI |
| G05954 | Federal | WI |
| G02274 | Federal | WI |
| G04143 | Federal | WI |
| G09614 | Federal | WI |
| G12940 | Federal | WI |
| G12941 | Federal | WI |
| G12941 | Federal | ORRI |
| 00453 | Federal | ORRI |
| G34831 | Federal | WI |
| 00419 | Federal | ORRI |
| G15282 | Federal | WI |
| G11984 | Federal | WI |
| 00820 | Federal | WI |
| G03998 | Federal | WI |
| G13917 | Federal | WI |
| G15288 | Federal | WI |
| G05551 | Federal | WI |
| G04232 | Federal | WI |
| G05203 | Federal | WI |
| G05204 | Federal | WI |
| G4232 | Federal | ORRI |
| G10775 | Federal | WI |
| G01522 | Federal | WI |
| G01523 | Federal | WI |
| G01524 | Federal | WI |
| 00593 | Federal | WI |
| G12355 | Federal | WI |
| G12358 | Federal | WI |
| G01520 | Federal | WI |
| G10780 | Federal | WI |
| G10780 | Federal | ORRI |
| G01030 | Federal | WI |
| G1030 | Federal | ORRI |
| G05044 | Federal | WI |
| G01039 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G09627 | Federal | WI |
| G10785 | Federal | WI |
| 00333 | Federal | WI |
| 00334 | Federal | WI |
| 00335 | Federal | WI |
| 00336 | Federal | WI |
| 00336 | Federal | ORRI |
| G02923 | Federal | WI |
| G26074 | Federal | WI |
| G26074 | Federal | ORRI |
| G15312 | Federal | WI |
| G07746 | Federal | ORRI |
| G12349 | Federal | ORRI |
| G02919 | Federal | WI |
| G01181 | Federal | WI |
| G01182 | Federal | WI |
| G08680 | Federal | WI |
| G02279 | Federal | WI |
| G03776 | Federal | WI |
| G17938 | Federal | WI |
| G02587 | Federal | WI |
| G02883 | Federal | WI |
| G02282 | Federal | WI |
| G02588 | Federal | WI |
| G02589 | Federal | WI |
| G02592 | Federal | WI |
| G16325 | Federal | WI |
| G19776 | Federal | WI |
| G22679 | Federal | WI |
| G22679 | Federal | ORRI |
| 00310 | Federal | WI |
| G02311 | Federal | WI |
| G02600 | Federal | WI |
| G14456 | Federal | WI |
| 00786 | Federal | WI |
| G01192 | Federal | WI |
| G01198 | Federal | WI |
| G01208 | Federal | WI |
| G21618 | Federal | WI |
| 00792 | Federal | WI |
| G02885 | Federal | WI |
| G04809 | Federal | WI |
| G01194 | Federal | WI |
| G01609 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G01614 | Federal | WI |
| G01294 | Federal | WI |
| G01610 | Federal | WI |
| G01901 | Federal | WI |
| G01966 | Federal | WI |
| G01967 | Federal | WI |
| G1611 | Federal | ORRI |
| G05051 | Federal | WI |
| G05052 | Federal | ORRI |
| G10894 | Federal | WI |
| G01618 | Federal | WI |
| G07799 | Federal | WI |
| G10883 | Federal | WI |
| 00071 | Federal | WI |
| G02917 | Federal | WI |
| G02924 | Federal | WI |
| G02925 | Federal | WI |
| G04234 | Federal | WI |
| G14535 | Federal | WI |
| G24956 | Federal | WI |
| 00020 | Federal | WI |
| G04000 | Federal | WI |
| G01960 | Federal | WI |
| G01248 | Federal | WI |
| G05612 | Federal | WI |
| G05613 | Federal | WI |
| G13938 | Federal | WI |
| G05646 | Federal | WI |
| G07780 | Federal | WI |
| G12981 | Federal | WI |
| G24990 | Federal | WI |
| G31418 | Federal | WI |
| G22762 | Federal | WI |
| G05431 | Federal | ORRI |
| G17912 | Federal | ORRI |
| G03328 | Federal | WI |
| G03328 | Federal | ORRI |
| G34257 | Federal | WI |
| G01955 | Federal | WI |
| G04800 | Federal | WI |
| G21096 | Federal | WI |
| G17921 | Federal | ORRI |
| G02580 | Federal | WI |
| G16314 | Federal | WI |

12

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G15212 | Federal | WI |
| G04921 | Federal | WI |
| G07890 | Federal | WI |
| G10930 | Federal | WI |
| G10933 | Federal | WI |
| G06884 | Federal | WI |
| G15436 | Federal | WI |
| 00081 | Federal | WI |
| 00082 | Federal | WI |
| G01953 | Federal | WI |
| G05299 | Federal | WI |
| G13563 | Federal | WI |
| G04818 | Federal | WI |
| G24730 | Federal | WI |
| G15050 | Federal | WI |
| 00244 | Federal | WI |
| G01860 | Federal | WI |
| G02819 | Federal | WI |
| G02825 | Federal | WI |
| G02826 | Federal | WI |
| G03251 | Federal | WI |
| G03256 | Federal | WI |
| 00247 | Federal | WI |
| G23735 | Federal | WI |
| 00841 | Federal | WI |
| 00842 | Federal | WI |
| G13645 | Federal | WI |
| G19843 | Federal | WI |
| G01106 | Federal | WI |
| G01106 | Federal | ORRI |
| G01085 | Federal | WI |
| 00840 | Federal | WI |
| G01089 | Federal | WI |
| G12360 | Federal | WI |
| 00420 | Federal | ORRI |
| G03197 | Federal | ORRI |
| G09514 | Federal | WI |
| G10794 | Federal | ORRI |
| G10910 | Federal | ORRI |
| G21108 | Federal | ORRI |
| G3197 | Federal | ORRI |
| G4437 | Federal | ORRI |
| MF100410 | SL - TX | WI |
| MF100411 | SL - TX | WI |

13

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| MF100412 | SL - TX | WI |
| MF100413 | SL - TX | WI |
| MF100414 | SL - TX | WI |
| MF101898 | SL - TX | WI |
| MF93351 | SL - TX | WI |
| MF96146 | SL - TX | WI |
| MF96147 | SL - TX | WI |
| MF98761 | SL - TX | WI |
| SL03771 | SL - LA | WI |
| SL03773 | SL - LA | WI |
| SL13580 | SL - LA | WI |
| SL13890 | SL - LA | WI |
| SL13891 | SL - LA | WI |
| SL13892 | SL - LA | WI |
| SL96146 | SL - TX | WI |
| STATE OF ALABAMA 627 | SL - AL | WI |
| 00229 | Federal | WI |
| 00577 | Federal | WI |
| 00680 | Federal | WI |
| G02439 | Federal | WI |
| G03959 | Federal | WI |
| G10910 | Federal | WI |
| G12027 | Federal | WI |
| G13576 | Federal | WI |
| G23736 | Federal | WI |
| 00775 | Federal | WI |
| G01361 | Federal | WI |
| G01870 | Federal | WI |
| G02620 | Federal | WI |
| G10638 | Federal | WI |
| G33690 | Federal | WI |

**KEY**: ORRI = Overriding Royalty Interest; WI = Working Interest

WEIL:\97756692\5\45327.0005