**Exhibit E**
**Leases Related to FWE III Oil & Gas Lease Interests**

## FWE III Oil & Gas Lease Interests[1]

| Lease | Type | Rights |
|---|---|---|
| G21580 | Federal | WI |
| G21142 | Federal | WI |
| G01772 | Federal | WI |
| G01773 | Federal | WI |
| G01777 | Federal | WI |
| G03793 | Federal | WI |
| G02359 | Federal | WI |
| G09707 | Federal | WI |
| G10902 | Federal | WI |
| G16320 | Federal | WI |
| G23933 | Federal | WI |
| G16535 | Federal | WI |
| G10930 | Federal | WI |
| G10933 | Federal | WI |
| G05438 | Federal | WI |
| G04215 | Federal | WI |
| G09514 | Federal | WI |
| G14417 | Federal | WI |
| G22510 | Federal | WI |
| G04818 | Federal | WI |
| G02360 | Federal | WI |

---

[1] The Debtors reserve the right to amend, modify, or supplement this schedule in accordance with the terms of the Plan and subject to any consent rights under the Restructuring Support Agreement.

**KEY**: WI = Working Interest