**Exhibit F**
**Leases Related to Abandoned Properties**

## Abandoned Properties[1]

| Lease | Type | Rights |
|---|---|---|
| G01754 | Federal | WI |
| G01757 | Federal | WI |
| G02665 | Federal | WI |
| SL03770 | SL- LA | WI |
| G02645 | Federal | WI |
| G02646 | Federal | WI |
| G02647 | Federal | WI |
| G02648 | Federal | WI |
| G06280 | Federal | WI |
| G07397 | Federal | WI |
| G03540 | Federal | WI |
| G08658 | Federal | WI |
| G09478 | Federal | WI |
| G13592 | Federal | WI |
| G14385 | Federal | WI |
| G15157 | Federal | WI |
| 00438 | Federal | WI |
| G02110 | Federal | WI |
| 00196 | Federal | WI |
| G02319 | Federal | WI |
| 00479 | Federal | WI |
| 00425 | Federal | WI |
| SL19152 | SL- LA | WI |
| SL19154 | SL- LA | WI |
| SL19266 | SL- LA | WI |
| SL19269 | SL- LA | WI |
| Caroline Baker Trust No 1 | Onshore | WI |
| JMB Partnership | Onshore | WI |
| Richardson A Caffery et al | Onshore | WI |
| G15740 | Federal | WI |
| G25524 | Federal | WI |
| G30654 | Federal | WI |
| G24154 | Federal | WI |
| G12210 | Federal | WI |
| G25605 | Federal | WI |
| G02750 | Federal | WI |
| G02754 | Federal | WI |
| G02366 | Federal | WI |

[1] The Debtors reserve the right to amend, modify, or supplement this schedule in accordance with the terms of the Plan and subject to any consent rights under the Restructuring Support Agreement.

Case 20-33948 Document 1974-7 Filed in TXSB on 03/12/21 Page 2 of 6

**KEY**: WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G02372 | Federal | WI |
| G04081 | Federal | WI |
| G02388 | Federal | WI |
| G02389 | Federal | WI |
| G02719 | Federal | WI |
| G18959 | Federal | WI |
| G02392 | Federal | WI |
| G02393 | Federal | WI |
| G02721 | Federal | WI |
| G02722 | Federal | WI |
| G02757 | Federal | WI |
| 106158 | SL - TX | WI |
| 106159 | SL - TX | WI |
| 114921 | SL - TX | WI |
| G02696 | Federal | WI |
| G22792 | Federal | WI |
| G22794 | Federal | WI |
| G04481 | Federal | WI |
| G05062 | Federal | WI |
| 14519 | SL - TX | WI |
| 14520 | SL - TX | WI |
| 14914 | SL - TX | WI |
| 00434 | Federal | WI |
| 00820 | Federal | WI |
| 00590 | Federal | WI |
| G04232 | Federal | WI |
| G01522 | Federal | WI |
| G01523 | Federal | WI |
| G01524 | Federal | WI |
| G01520 | Federal | WI |
| 00828 | Federal | WI |
| G01528 | Federal | WI |
| G03169 | Federal | WI |
| G15293 | Federal | WI |
| G01027 | Federal | WI |
| G01028 | Federal | WI |
| G01029 | Federal | WI |
| G01030 | Federal | WI |
| G01037 | Federal | WI |
| G01038 | Federal | WI |
| G01031 | Federal | WI |
| G01529 | Federal | WI |
| G02923 | Federal | WI |

**KEY:** WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G07760 | Federal | WI |
| G09631 | Federal | WI |
| G02282 | Federal | WI |
| G02588 | Federal | WI |
| G02589 | Federal | WI |
| G16325 | Federal | WI |
| G19776 | Federal | WI |
| G01216 | Federal | WI |
| G22679 | Federal | WI |
| G27918 | Federal | WI |
| G06693 | Federal | WI |
| G09546 | Federal | WI |
| G21106 | Federal | WI |
| G02310 | Federal | WI |
| G02311 | Federal | WI |
| G02600 | Federal | WI |
| G14456 | Federal | WI |
| G13607 | Federal | WI |
| G01198 | Federal | WI |
| 00697 | Federal | WI |
| SL03011 | SL- LA | WI |
| SL16869 | SL- LA | WI |
| G01608 | Federal | WI |
| G01609 | Federal | WI |
| G01611 | Federal | WI |
| G01612 | Federal | WI |
| G02137 | Federal | WI |
| G02938 | Federal | WI |
| G02942 | Federal | WI |
| G02943 | Federal | WI |
| G03171 | Federal | WI |
| G03593 | Federal | WI |
| G22762 | Federal | WI |
| G23946 | Federal | WI |
| 111650 | SL - TX | WI |
| 114988 | SL - TX | WI |
| 115727 | SL - TX | WI |
| G19760 | Federal | WI |
| G19761 | Federal | WI |
| G03328 | Federal | WI |
| G34257 | Federal | WI |
| G14412 | Federal | WI |
| G23829 | Federal | WI |

3

**KEY:** WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| G24870 | Federal | WI |
| G24872 | Federal | WI |
| G11881 | Federal | WI |
| G01172 | Federal | WI |
| G06888 | Federal | WI |
| G15445 | Federal | WI |
| G15441 | Federal | WI |
| SL18287 | SL- LA | WI |
| G01997 | Federal | WI |
| G24730 | Federal | WI |
| G02825 | Federal | WI |
| G02826 | Federal | WI |
| G02220 | Federal | WI |
| G02549 | Federal | WI |
| G10594 | Federal | WI |
| G03520 | Federal | WI |
| G23735 | Federal | WI |
| G13645 | Federal | WI |
| G19843 | Federal | WI |
| G04473 | Federal | WI |
| G19839 | Federal | WI |
| G25008 | Federal | WI |
| G01083 | Federal | WI |
| G01084 | Federal | WI |
| G01449 | Federal | WI |
| G01874 | Federal | WI |
| G01989 | Federal | WI |
| G02136 | Federal | WI |
| G02934 | Federal | WI |
| G04243 | Federal | WI |
| G04895 | Federal | WI |
| G01089 | Federal | WI |
| G12360 | Federal | WI |
| 5749 | SL-TX | WI |
| 5797 | SL-TX | WI |
| 09061 | SL-TX | WI |
| 10772 | SL-TX | WI |
| SL17072 | SL-LA | WI |
| 19334 | SL-TX | WI |
| 20599 | SL-TX | WI |
| 23729 | SL-TX | WI |
| 24318 | SL-TX | WI |
| 42141 | SL-TX | WI |

4

**KEY:** WI = Working Interest

| Lease | Type | Rights |
|---|---|---|
| 42450 | SL-LA | WI |
| 136449 | SL-TX | WI |
| 168986 | SL-TX | WI |
| 172915 | SL-TX | WI |
| 172916 | SL-TX | WI |
| 178537 | SL-TX | WI |
| 183756 | SL-TX | WI |
| 185633 | SL-TX | WI |
| 186891 | SL-TX | WI |
| 189098 | SL-TX | WI |
| 191681 | SL-TX | WI |
| 206882 | SL-TX | WI |
| 207398 | SL-TX | WI |
| 227360 | SL-TX | WI |
| 234082 | SL-TX | WI |
| 242116 | SL-TX | WI |
| 255675 | SL-TX | WI |
| 490100 | Louisiana | WI |
| G01253 | Federal | WI |
| G23740 | Federal | WI |

**KEY:** WI = Working Interest