IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, L.L.C. *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |
| | § | |

**CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND & EXPLORATION COMPANY, AND BURLINGTON RESOURCES OFFSHORE'S JOINDER IN THE DISCLOSURE STATEMENT OBJECTION OF FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC**

ConocoPhillips Company, The Louisiana Land & Exploration Company and Burlington Resources Offshore (collectively, "COPC") file this joinder to the Disclosure Statement Objection of Freeport-McMoRan Oil & Gas LLC ("FMOG") and McMoRan Oil & Gas LLC ("MMR") (collectively, "McMoRan"), *Objection To Disclosure Statement For Joint Chapter 11 Plan Of Fieldwood Energy LLC And Its Affiliated Debtors* ("Objection") (Doc. No. 978 ). COPC is a predecessor in title or working interest owner in a significant set of leases involving Fieldwood and its debtor affiliates, including leases in the purchased assets, FWE I, FWE III, and abandoned property lists and one lease which appears on multiple lists. COPC reserves the right to join additional Disclosure Statement objections and to object to any amended Disclosure Statement.

WHEREFORE COPC prays that its rights be reserved and grant such other and further relief as may be just and proper.

91239633v.1

Dated: March 11, 2021

Respectfully submitted,

*/s/ Bradley C. Knapp*
**Omer F. "Rick" Kuebel**
    Federal Bar No. 32595
**Bradley C. Knapp**
    Texas Bar No. 24060101
**LOCKE LORD, LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
bknapp@lockelord.com

**COUNSEL FOR CONOCOPHILLIPS COMPANY, THE LOUISIANA LAND & EXPLORATION COMPANY AND BURLINGTON RESOURCES OFFSHORE**

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on March 11, 2021.

*/s/ Bradley C. Knapp*
Bradley C. Knapp

PAGE 2

91239633v.1