## EXHIBIT B

### Confidential Exhibit

| Exhibit No. | Description |
|---|---|
| 832-2 | Production Handling and Operating Services Agreement |