IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket Nos. 722, 723, 724, 733, 815, 885, 933 & 949 |

### NOTICE OF ADJOURNMENT OF
### HEARING TO APPROVE DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that on January 1, 2021, Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* [Docket No. 722] (as may be amended, modified, or supplemented, the "**Plan**"),[2] the *Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and its Debtor Affiliates* [Docket No. 723] (as may be amended, modified, or supplemented, the "**Disclosure Statement**"), and the *Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief* [Docket No. 724] (the "**Disclosure Statement Approval Motion**").

**PLEASE TAKE FURTHER NOTICE** that on January 2, 2021, the Debtors filed the *Notice of Hearing to Consider Approval of Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 733], scheduling the hearing on the Disclosure Statement Approval Motion for February 3, 2021 at 2:30 p.m. (prevailing Central Time) (the "**Hearing**") and establishing the deadline to object to the Disclosure Statement Approval Motion as February 1, 2021 at 4:00 p.m. (prevailing Central Time) (the "**Objection Deadline**").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on January 29, 2021, the Debtors filed the *Notice of Adjournment of Hearing to Approve Disclosure Statement* [Docket No. 815], adjourning the Hearing to February 22, 2021 at 2:30 p.m. (prevailing Central Time) and the Objection Deadline to February 17, 2021 at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on February 16, 2021, the Debtors filed the *Notice of Adjournment of Hearing to Approve Disclosure Statement* [Docket No. 885], further adjourning the Hearing to March 8, 2021 at 11:00 a.m. (prevailing Central Time) and the Objection Deadline to March 3, 2021 at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on March 2, 2021, the Debtors filed the *Notice of Adjournment of Hearing to Approve Disclosure Statement* [Docket No. 933], adjourning the Hearing to March 15, 2021 at 11:00 a.m. (prevailing Central Time) and the Objection Deadline to March 10, 2021 at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on March 8, 2021, the Debtors filed the *Notice of Adjournment of Hearing to Approve Disclosure Statement* [Docket No. 949], further adjourning the Objection Deadline to March 12, 2021 at 4:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2021, the Debtors and the Official Committee of Unsecured Creditors reached an agreement in principle with respect to the treatment under the Plan of general unsecured creditors and certain other related terms, which the Debtors are in the process of incorporating into the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been further adjourned to **March 18, 2021 at 1:30 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline has been further extended to **March 16, 2021 at 4:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. It is anticipated that all persons will appear telephonically and also may appear via video at the Disclosure Statement Hearing. Audio communication will be by use of the court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Bankruptcy Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "judgeisgur" in the GoToMeeting app or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

2. Any party in interest wishing to obtain a copy of the Disclosure Statement and the Plan should contact Prime Clerk LLC by email at fieldwoodinfo@primeclerk.com or via telephone, toll-free, at 1-855-631-5346 (domestic) or 1-917-460-0913 (international). Interested

parties may also review the Disclosure Statement and the Plan free of charge at https://cases.primeclerk.com/FieldwoodEnergy/.

3. Objections, if any, to approval of the Disclosure Statement must: (i) be in writing; (ii) conform to the Bankruptcy Rules and the Local Rules; (iii) set forth the name of the objecting party and the nature and amount of Claims or Interests held or asserted by such party against the Debtors' estates or property; (iv) provide the basis for objection and specific grounds thereof; and (v) be filed with the Bankruptcy Court via the Electronic Case Filing System or by mailing to the Bankruptcy Court at United States Bankruptcy Court Clerk's Office, 515 Rusk Avenue, Courtroom 404, 4th Floor, Houston, Texas 77002, so as to be actually received by March 16, 2021 at 4:00 p.m. (prevailing Central Time).

4. **IF AN OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT OR THE ADEQUACY THEREOF AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. Upon approval of the Disclosure Statement by the Bankruptcy Court, any party in interest that is entitled to vote on the Plan, will receive a copy of the Disclosure Statement, the Plan, one or more Ballots, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

6. The Disclosure Statement Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Disclosure Statement Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

Dated: March 11, 2021
       Houston, Texas

                                  Respectfully submitted,

                                  */s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
          Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I hereby certify that, on March 11, 2021, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez