IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY, LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### NOTICE OF FILING OF REPLACEMENT EXHIBITS OF
### BP EXPLORATION & PRODUCTION INC.

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc. ("BP") hereby files the attached replacement exhibits related to *BP Exploration and Production Inc.'s Witness and Exhibit List* (the "Witness and Exhibit List"), filed at **Docket No. 832** and to the *Emergency Motion of BP Exploration & Production Inc. to File Confidential Exhibits Under Seal* (the "Emergency Motion"), filed at **Docket No. 836**, with respect to the documents initially sought by BP to be sealed in connection with the Witness and Exhibit List and Emergency Motion.

**PLEASE TAKE FURTHER NOTICE** that BP has consulted with the Office of the United States Trustee ("U.S. Trustee") and Debtors' counsel and, consistent with those discussions, BP has filed a separate motion for an order authorizing BP to file, with redactions, a confidential exhibit introduced at trial under seal on February 2, 2021. This exhibit is the same confidential document, containing the same redactions, that the Debtors filed with the Court on February 11, 2021 at Docket No. 872 as part of their replacement exhibits.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Date: March 11, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Karl D. Burrer*
Shari L. Heyen (SBN 09564750)
HeyenS@gtlaw.com
Karl D. Burrer (SBN 24043584)
BurrerK@gtlaw.com
Katie Tipper-McWhorter (admitted *pro hac vice*)
TipperK@gtlaw.com
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

– and –

P. William Stark (admitted *pro hac vice*)
StarkB@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

***Counsel for BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2021, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

By: */s/ Karl D. Burrer*
Karl D. Burrer