

**Jourdan Janik**
Offshore Land Negotiator
Telephone: 832.772-5325
Email: Jourdan.Janik@bp.com

**BP Exploration & Production Inc.**
Gulf of Mexico Region
501 Westlake Park Boulevard
Houston, Texas 77079
17th Floor WL1

December 10, 2020                                       *via E-mail*

Fieldwood Energy, LLC.                                  Houston Energy Deepwater Ventures I, LLC
2000 W. Sam Houston Pkwy. South                         1415 Louisiana Street, Suite 2400
Houston, TX 77042                                       Houston, TX 77002
Attn: Mr. Nathan Vaughn                                 Attn: Mr. David Amend

Red Willow Offshore, LLC
1415 Louisiana Street, Suite 3650
Houston, TX 77002
Attn: Mr. Rex Richardson

RE: Galapagos LSPS In-Situ Repair
    AFE No. NKO393390
    Mississippi Canyon Area
    Gulf of Mexico

Gentlemen:

Reference is hereby made to that certain Galapagos Area Loop Subsea Production System Construction and Operating Agreement dated effective December 1, 2011 (as amended) by and between BP Exploration & Production Inc. ("BP"), Fieldwood Energy, LLC., Red Willow Offshore, LLC and Houston Energy Deepwater Ventures I, LLC, (the "LSPS COA"). Capitalized terms not defined herein shall have the meaning set forth in the LSPS COA.

As the Parties are aware, on April 14, 2020, an abnormality (intrusion of sea water into the LSPS) was observed in the Santiago and Santa Cruz PLEMS during the execution of certain tie in work related to the Genovesa well in the MC 519 Satellite Lease. Since this time, BP has diligently conducted investigations to understand the cause of this abnormality via the execution of multiple campaigns. In the most recent campaign conducted in November 2020, it is believed that source of the leak was identified to be present on the SLDV1 at SC PLEM #2.

In furtherance of the discussions held in the December 4, 2020 co-owner meeting, please be advised BP (in its capacity as Operator of the LSPS) plans to execute an operation on the SC PLEM #2 wherein it will tighten all bolts on the SLDV1 valve gasket seal in an effort to remediate the leak observed. In accordance with Article 8.02 of the LSPS COA, BP hereby submits the subject informational AFE to the Parties in the gross amount of $843,900 for costs associated with the aforementioned operation. Further details surrounding the costs associated with this activity are provided in the attached AFE. Any further remediation work beyond the scope contained herein will be the subject of additional AFE(s).

Should you have any questions or concerns, please contact the undersigned at (832) 772 – 5325.

Regards,

Jourdan Janik

Enclosures



# BP GOM AUTHORIZATION FOR EXPENDITURE

**External AFE**

| | | | |
|---|---|---|---|
| DATE PREPARED: | December-20 | FINANCIAL MEMO KEY ID: | 72021 |
| OPERATOR: | BP | AFE NO: | NKO3 |
| LEASE/UNIT/FACILITY: | Na Kika | START DATE: | December-20 |
| WELL NAME/NO: | N/A | END DATE: | January-21 |
| BUSINESS UNIT: | GOM | OPERATING FIELD: | Na Kika |
| BP WORKING INTEREST: | | SURFACE LOCATION: | N/A |
| JOINT VENTURE NO: | 100023 | BOTTOM HOLE LOC: | N/A |
| SAP COST CENTER: | 16NKG01020 | PRPSD TOTAL DEPTH: | N/A |

NKO393390

AFE Type: Co-Owner Information Only
SAP NO: H-S1PM0NKNBB
COPAS Overhead - Required: Operating / Expense
WELL TYPE - If Applicable: [ Select One ]
[ Select One ]
[ Select One ]

**PROJECT DESCRIPTION/COMMENTS**   Project Name: NK - GALAPAGOS LSPS In-Situ Repair

This AFE covers costs associated with BP's in-situ repair efforts to mitigate the SC2 PLEM egress from the SLDV1 valve gasket seal located at the interface of the valve bonnet and body.
<u>Scope</u>: The flange bolt tightening project scope is described in detail below:
- Offshore Execution of tightening/re-torqueing of all Valve Bonnet Flange Bolts (qty 16) on SLDV1 to the OEM supplied torque values. Additional insulation removal will be required to allow subsea torque wrench engagement
<u>Cost</u>: Cost estimate is based on Vendor Quotes, ROV vessel day rates, and Technical Services support to complete the scope of work.
<u>Schedule</u>: Flange bolt tightening is currently planned to occur in Mid to Late December 2020, depending on equipment readiness & vessel availability.
<u>Project Justification</u>: Following the identification of the leak origination point, an in-situ repair attempt to restore the pressure containment integrity of the bonnet gasket seal at the SLDV to allow the re-instatement of the Galapagos LSPS loop.

| WORKING INTEREST OWNERS | Final WI % | WI COST | NOTES |
|---|---|---|---|
| BP | 64.03157% | $540,362 | |
| Fieldwood | 21.00144% | $177,231 | |
| Red Willow | 12.31699% | $103,943 | |
| HED | 2.65000% | $22,363 | |
| Total | 100.00% | Total Costs $843,900 | |

| DESCRIPTION | ESTIMATED COST | |
|---|---|---|
| | Gross | Net |
| Technical Services | $93,000 | |
| Procurement | $129,000 | |
| Installation | $609,900 | |
| Logistics | $12,000 | |
| TOTAL PROJECT COST* | $843,900 | $0 |

| PROJECT CONTACTS: | NAME | TITLE |
|---|---|---|
| | Madhav Parimi | Subsea OPS Project Manager |
| | Justin Hermeston | Subsea OPS Project Engineer |

**\*NOTICE TO NONOPERATOR:** Costs shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint Operating Agreement.

**CO-OWNER APPROVAL:**   YES _____   NO _____   DATE: _____
COMPANY NAME / NONOPERATOR: _____
PRINT NAME: _____   TITLE: _____
SIGNATURE: _____

**BP APPROVALS:**

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| PROJECT SPA: | Justin Hermeston | DocuSigned by: Justin Hermeston (F258F8FE5224492...) | 12/9/2020 |
| BUSINESS MANAGER: | Kamil Gurses | DocuSigned by: Kamil Gurses (AAF6F7E14C8BA0F...) | 12/9/2020 |
| FINANCIAL DELEGATION: | Madhav Parimi | DocuSigned by: Madhav Parimi (0E0DB2B9402940F...) | 12/9/2020 |
| GOM CONTROLLER: | Ellie Teed | DocuSigned by: Ellie Teed (323C4AEDE8C9431...) | 12/9/2020 |