

LSPS Update

December 2020

BP Exhibit 11
20-33948 (MI)

# Legal Disclaimer



*Information contained in this presentation is considered Confidential Information pursuant to the Production Handling and Operating Services Agreement effective December 1, 2011 (as amended) and the Galapagos Loop Subsea Production System and Operating Agreement effective December 1, 2011 (as amended), as applicable. Information regarding production forecasts or other future events, costs, or conditions are only estimates. Each Party must rely on its own independent evaluation and analysis of the information when making decisions. bp makes no representations or warranties, express or implied, with respect to the accuracy of the information provided hereunder or to the fitness of such information for any particular purpose. bp expressly disclaims any and all liability and responsibility for and associated with the accuracy of the information provided hereunder or the use of such information.*

# Agenda



| Time | Topic | Owner |
|------|-------|-------|
| 13:00 – 13:05 | Introductions | All |
| 13:05 – 13:25 | Hot Oil Diagnostic Results | Parimi |
| 13:25 – 13:50 | Remediation Forward Plan | Redding |
| 13:50 – 14:00 | MC519 requirements for potential suspension | Fieldwood |

# November Campaign Summary



- BSEE Approval of Updated CAP on 11/3, mobilization planned for 10th
- Weather Delays + Vessel availability led to a bit of delay
- Task Plan summary below:

| Task Plan Description | Task Plan Number |
|---|---|
| General Risk Mitigation | TP 01 |
| Field Arrival, ROV Setup | TP 02 |
| Remove Insulation at SC2 SLDV1-3874 | TP03 |
| Preparation of LSPS Flow Loop for Oil Circulation Diagnostic | TP04 |
| Dead Oil Circulation and Monitoring | TP05 |
| Recover Equipment and Perform Field Clean-up | TP06 |
| OPTION:  Remove Additional Insulation at SC2 to Find Egress Source | TP07 |
| OPTION:  Pressurize SC2 PLEM using PQ Methanol System | TP 08 |
| OPTION:  Install and Test LOT at SC2 SLDV4-3874 as Alternative to SLDV1-3873 | TP 09 |
| OPTION:  Grease Port Tightening | TP 10 |
| OPTION:  SC1 Well Regulatory Testing Support | TP 11 |
| Project Close-out | TP 12 |

P&O – production

# TP 04- Activities and Results



- Insulation removal authorized on SLDV1 at SC2 PLEM prior to start of hot/dead oil circulation
- Target/Focus: Insulation removal from around SLDV1 Bonnet/Valve body interface for increased visibility/probability of leak detection

TP 04 Target/Focus: Additional Insulation removal to allow ROV GVI during Hot Oil Circulation

MC-519
SLDV1-3874 INSULATION REMOVAL
BPG-01-INT-2005

P&O – production



# TP 06- Results

- Leak detected after ~ 36 hours circulation at 14:40.

- SC2 PLEM @ ~ 4ksi and temp @ ~ 135° F

- Egress continued at consistent rate until SC2 PLEM pressure reduced to sub-ambient

- ROV collected sample from under containment dome for testing of egress fluids

Egress rate consistent with July 7th egress, with one peas size bubble occuring every 1-2 minutes

Egress source origination point identified between valve bonnet and valve body, indicating failure of the gasket seal.

Valve Bonnet
(Flanged connection to body)

Ring Gasket Seal Located at interface between valve bonnet and valve body

Valve Body
(Square Section)

MC-519
SLDV1-3874 OIL CIRCULATION MONITORING
BPG-01-INT-2005

P&O – production

# Discussion of Egress



- Leak detected after ~ 36 hours
- Identified Leak location consistent with assumed origination point based on as found insulation condition (campaign 2 target 4, 4a)
- Leak rate consistent with observations during July 7 event



P&O – production

# LSPS Remediation Forward Plan



- Near-term remediation – In-situ repair to valve bonnet flange
  - Attempt remediation and reinstatement under CAP
  - Success case could enable loop reinstatement in Jan 2021
  - Potential to startup Genovesa & restore LSPS ops to other IS/SA/SC wells in 1Q21

- Long-term strategy – Segment replacement to reinstate LSPS loop
  - Assess feasibility of reconfiguration for GEN temporary tie-in at SA PLEM 2
  - Develop decommissioning plan for existing SC-SA segments (1Q21).
  - Develop project plan to cover procurement & offshore construction (1Q-2Q)
  - Outlining key front-end engineering to mitigate risks to proposed delivery plan

# SLDV1 3874 In Situ Repair – ROV to tighten the flange bolts



- Tested two off-the-shelf torque tools (11/20)
- Agreed on Torque values with OSS (11/23)
- Submit new CAP to BSEE (12/1)
- Risk Assessment (12/2)
- Offshore Readiness (12/10)
- Vessel Availability (12/25)*

- Insulation Removal and Torqueing – 3 days
- Leak test – 3 days
- Dead Oil Circulation test – 4 days

- Total Duration of 10 days
- Estimated Cost = $850k



Option 1- Spintorq



Option 2 - Hytorc Stealth 4



ROV to apply OEM torque values to restore integrity of pressure containment of ring gasket seal

Ring gasket seal is allowing egress

Egress Source Location witnessed on 11/15

Valve Components
Item 1: Valve Bonnet
Item 2: Valve Block/Body
Item 3: Ring Gasket Seal

To SC-SA Flowline

To SC1 Pfem

SLDV1 3874 Cross Section

P&O – production

# Evaluation of MC519 Temp Reconfiguration



- Weekly technical engagements between FWE and BP engineers continue to identify scope/risks if reconfiguration for temporary tie-in is deemed feasible
- BP has conducted preliminary internal reviews for assessing single leg option risks/opportunity
  - Regulatory
  - Subsea schematic (chemical delivery)
  - Topsides scope (only necessary for LDHI)
  - Offshore execution (jumper removal and reinstallation)
  - Startup/shutdown Operations
- Previously BP progressed contingency de-oiling scope of the SC-SA segment. Additional costs will be incurred to accelerate these decomm scopes to preserve 1Q execution opportunity.
- Key information from MC519 to enable feasibility assessment
  - Updated flow assurance strategy (without continuous LDHI injection)
  - Other redlined schematics and jumper design reports

# AFEs – Current and next steps



**Current AFEs**

| AFE | Description | AFE Amt $m | Actuals ITD $m | VOWD ITD $m thru Nov 2020 |
|---|---|---|---|---|
| NKO393343 *LSPS Co-Owners* | Expenditures encompassing bp's work as operator in support of the **LSPS emergency response and diagnostic campaigns** | 4.2 | 3.5 | 3.6 |
| NKO392392 *Supplemented Genovesa Partners* | Expenditures encompassing bp's work in support of the **Genovesa Project**, up to 1st oil | 5.2 | 4.0 | 4.6 |

**Next Steps**

- Bolt tightening AFE in early December.  Estimated cost ~$850k gross to LSPS partnership.

- Evaluation of the single flowline option (including operations for Jumper removal and installation) can be progressed in parallel.  Need for this work depends on the outcome of the bolt tightening operation.
    - Feasibility study scope including flowline jumper and de-oil preparation ~$500k
    - BP can propose as a sole benefit operation under the LSPS agreement for the account of MC519 SA/SC/GEN partners.  Work can be further progressed in parallel with bolt operations or subsequently.
- If the single flowline option is feasible, a separate proposal will be submitted pursuant to the LSPS Agreement.

# MC519 requirements for potential suspension



- Discussion -