IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON MARCH 15, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **March 15, 2021 at 11:00 a.m. (Prevailing Central Time)** (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Jonathan Travis, Principal, Ryan, LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Declaration of Jonathan Travis in Support of Application of Debtors for Authority to Employ and Retain Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* | | | | |
| 2. | Ryan, LLC Engagement Letter | | | | |
| 3. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 4. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

2

Dated: March 12, 2021
       Houston, Texas

                                      Respectfully submitted,

                                          */s/ Alfredo R. Pérez*
                                        WEIL, GOTSHAL & MANGES LLP
                                        Alfredo R. Pérez (15776275)
                                        700 Louisiana Street, Suite 1700
                                        Houston, Texas 77002
                                        Telephone: (713) 546-5000
                                        Facsimile: (713) 224-9511
                                        Email: Alfredo.Perez@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Matthew S. Barr (admitted *pro hac vice*)
                                        Jessica Liou (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        Email: Matt.Barr@weil.com
                                                        Jessica.Liou@weil.com

                                        *Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on March 12, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                         */s/ Alfredo R. Pérez*
                                                                                        Alfredo R. Pérez