Exhibit A
BSEE Decommissioning Estimates

BSEE Decommissioning Estimates

| Lease | Type | P50 | P70 | P90 | Deterministic |
|---|---|---:|---:|---:|---:|
| G24870 | Wells Decom | $2,795,623.00 | $3,689,312.00 | $4,983,032.00 | $0.00 |
| | **Subtotal for Lease** | **$2,795,623.00** | **$3,689,312.00** | **$4,983,032.00** | **$0.00** |
| G24782 | Pipelines Decom Cost | $0.00 | $0.00 | $0.00 | $668,247.00 |
| | Wells Decom Cost | $1,291,307.00 | $1,738,151.00 | $2,385,011.00 | $0.00 |
| | Platforms Site Clear Cost | $141,388.00 | $229,808.00 | $452,872.00 | $0.00 |
| | Platforms Decom Cost | $2,148,663.00 | $2,599,275.00 | $3,255,954.00 | $0.00 |
| | **Subtotal for Lease** | **$3,581,358.00** | **$4,567,234.00** | **$6,093,837.00** | **$668,247.00** |
| G24154 | Pipelines Decom Cost | $0.00 | $0.00 | $0.00 | $1,593,985.00 |
| | Wells Decom Cost | $18,553,800.00 | $22,916,458.00 | $29,303,454.00 | $0.00 |
| | **Subtotal for Lease** | **$18,553,800.00** | **$22,916,458.00** | **$29,303,454.00** | **$1,593,985.00** |
| G12210 | Wells Decom Cost | $62,893,336.00 | $75,981,310.00 | $95,142,298.00 | $0.00 |
| | **Subtotal for Lease** | **$62,893,336.00** | **$75,981,310.00** | **$95,142,298.00** | **$0.00** |
| G23829 | Pipelines Decom Cost | $0.00 | $0.00 | $0.00 | $1,153,227.00 |
| | Wells Decom Cost | $6,474,106.00 | $8,708,326.00 | $11,942,629.00 | $0.00 |
| | Platforms Site Clear Cost | $335,958.00 | $561,405.00 | $1,100,824.00 | $0.00 |
| | Platforms Decom Cost | $4,886,336.00 | $5,794,986.00 | $7,123,873.00 | $0.00 |
| | **Subtotal for Lease** | **$11,696,400.00** | **$15,064,717.00** | **$20,167,326.00** | **$1,153,227.00** |
| G14412 | Wells Decom Cost | $215,172.00 | $263,584.00 | $333,850.00 | $0.00 |
| | **Subtotal for Lease** | **$215,172.00** | **$263,584.00** | **$333,850.00** | **$0.00** |
| | **TOTALS:** | **$99,735,689.00** | **$122,482,615.00** | **$156,023,797.00** | **$3,415,459.00** |

SOURCE: https://www.data.bsee.gov/Leasing/DecomCostEst/Default.aspx