**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| OCS-G01874 | | | Serial Register Page | | 18-Dec-2020 |
| | | | | | Page 1 of 3 |

**OCS-** G01874

| **Current Status** | UNIT | Central Gulf of Mexico | | **Sale#** 19 | **Sale Date** 11/19/1968 |
|---|---|---|---|---|---|
| **Bonus Bid** | **Initial Acreage** | **Current Acreage** | **Per Acre Amt.** | **Royalty Rate** | **Rental** |
| 94190009.380 | 3437.000000 | 3437.500000 | 27404.72 | 16.666667 | 3.00 |

**Original Lessee(s):**
SEE LEASE FILE

**Description:**

S1/2 of Block 79, West Delta Area, as shown on OCS Louisiana Leasing Map, LA8.

| | LINE/INTERSECTIONS | | TANGENT/ARC CENTERS | |
|---|---|---|---|---|
| | X | Y | X | Y |
| 1 | 2584577.930 | 113413.150 | | |
| 2 | 2584577.930 | 102992.100 | | |
| 3 | 2574127.930 | 102992.100 | | |
| 4 | 2574127.930 | 113413.150 | | |

W1/2SW1/4; SW1/4NW1/4 of Block 80, West Delta Area, as shown on OCS Louisiana Leasing Map, LA8.

| | LINE/INTERSECTIONS | | TANGENT/ARC CENTERS | |
|---|---|---|---|---|
| | X | Y | X | Y |
| 1 | 2584577.930 | 102992.100 | | |
| 2 | 2584577.930 | 118623.675 | | |
| 3 | 2587190.430 | 118623.675 | | |
| 4 | 2587190.430 | 102992.100 | | |

| | |
|---|---|
| 01-Dec-1968 | Date of lease: 12/1/1968. Expected expiration date: 11/30/1973 |
| 25-Aug-1969 | Hess Oil & Chemical Corporation merged with and into Amerada Petroleum Corporation, effective 6/20/69. The name of the surviving corporation is Amerada Hess Corporation. |
| 10-May-1974 | Amerada Hess Corporation designates Marathon Oil Company as operator. |
| 10-May-1974 | The Louisiana Land and Exploration Company designates Marathon Oil Company as operator. |
| 10-May-1974 | Signal Oil and Gas Company designates Marathon Oil Company as operator. |
| 06-Jun-1974 | Signal Oil and Gas Company changed its name to Burmah Oil and Gas Company, effective 6/1/64. |
| 01-Jan-1975 | Unit Contract #13841, effective 1/1/75. |
| 10-Mar-1975 | Burmah Oil and Gas Company merged into BOAG Oil and Gas Company and simultaneously changed its name to Burmah Oil and Gas Company, effective 1/2/75. |
| 29-Oct-1976 | Burmah Oil and Gas Company changed its name to Aminoil USA, Inc., effective 7/1/76. |
| 12-May-1977 | Aminoil USA, Inc. merged into Aminoil Resources, Inc. and, as of the date of the merger, Aminoil Resources, Inc. changed its name to Aminoil USA, Inc., effective 1/1/77. The name of the surviving corporation is Aminoil USA, Inc. (N. O. Misc. No. 418). |
| 20-Sep-1982 | Marathon Petroleum Company, an unqualified Delaware corporation merged into Marathon Oil Company, and Ohio corporation (N. O. Misc. No. 115), and, as of the date of the merger, Marathon Oil Company changed its name to Marathon Petroleum Company, effective 7/9/82. The name of the surviving corporation is Marathon Petroleum Company (N. O. Misc. No. 115). |
| 20-Oct-1982 | Record title interest is now held as follows, effective 7/10/1982: |
| | Amerada Hess Corporation                       28.20000% |
| | The Louisiana Land and Exploration Company     28.20000% |
| | Aminoil USA, Inc.                              19.00000% |
| | Marathon Oil Company                           24.60000% |
| 11-Aug-1983 | Aminoil USA, Inc. changed its name to Aminoil Inc., effective 8/1/83. |
| 01-Mar-1985 | Record title interest is now held as follows, effective 1/1/1985: |
| | Amerada Hess Corporation                       28.20000% |
| | The Louisiana Land and Exploration Company     28.20000% |
| | Marathon Oil Company                           24.60000% |
| | Phillips Oil Company                           19.00000% |
| 01-Mar-1985 | Aminoil Inc. merged with and into Phillips Oil Company, effective 1/1/85. The name of the surviving corporation is Phillips Oil Company (N. O. Misc. No. 788). |
| 25-Oct-1985 | The Louisiana Land and Exploration Company designates Marathon Oil Company as operator. |
| 25-Oct-1985 | Phillips Petroleum Company designates Marathon Oil Company as operator. |
| 25-Oct-1985 | Amerada Hess Corporation designates Marathon Oil Company as operator. |

| Date | Entry |
|---|---|
| 06-Dec-1985 | Record title interest is now held as follows, effective 8/1/1985:<br>Phillips Petroleum Company — 19.00000%<br>Amerada Hess Corporation — 28.20000%<br>The Louisiana Land and Exploration Company — 28.20000%<br>Marathon Oil Company — 24.60000% |
| 06-Dec-1985 | Phillips Oil Company merged with and into Phillips Petroleum Company, effective 8/1/85. |
| 24-Mar-1992 | Unit Contract No. 754392002 approved, effective 10/1/90. Unit consists of Leases OCS-G 1449, 1874, 1989. |
| 06-Oct-1999 | Record title interest is now held as follows, effective 1/1/1999:<br>Amerada Hess Corporation — 28.20000%<br>The Louisiana Land and Exploration Company — 28.20000%<br>Marathon Oil Company — 24.60000%<br>Newfield Exploration Company — 19.00000% |
| 06-Oct-1999 | Newfield Exploration Company designates Marathon Oil Company as operator. |
| 12-Oct-2000 | Record title interest is now held as follows, effective 6/1/2000:<br>Amerada Hess Corporation — 56.40000%<br>Marathon Oil Company — 24.60000%<br>Newfield Exploration Company — 19.00000% |
| 12-Oct-2000 | Record title interest is now held as follows, effective 6/1/2000:<br>Amerada Hess Corporation — 75.40000%<br>Marathon Oil Company — 24.60000% |
| 31-Oct-2000 | Marathon Oil Company designates Amerada Hess Corporation as operator. of the S1/2 of Block 79, West Delta Area; of the W1/2SW1/4, SW1/4NW1/4 of Block 80, West Delta Area. |
| 07-Dec-2000 | Record title interest is now held as follows, effective 12/1/1999:<br>Amerada Hess Corporation — 75.40000%<br>PLAYA Minerals and Energy, Inc. — 24.60000% |
| 07-Dec-2000 | PLAYA Minerals and Energy, Inc. designates Amerada Hess Corporation as operator. of the S1/2 of Block 79, West Delta Area; W1/2SW1/4; SW1/4NW1/4 of Block 80, West Delta Area. |
| 13-Aug-2001 | Record title interest is now held as follows, effective 11/14/2000:<br>Amerada Hess Corporation — 75.40000%<br>PLAYA Minerals and Energy, Inc. — 22.14000%<br>Parawon Corporation — 02.46000% |
| 13-Aug-2001 | Parawon Corporation designates Amerada Hess Corporation as operator. of the S1/2 of Block 79, West Delta Area; and of the W1/2SW1/4; SW1/4NW1/4 of Block 80, West Delta Area |
| 13-Aug-2001 | Mobile Mineral Corporation designates Amerada Hess Corporation as operator. of the S1/2 of Block 79, West Delta Area; and of the W1/2SW1/4; SW1/4NW1/4 of Block 80, West Delta Area |
| 13-Aug-2001 | Record title interest is now held as follows, effective 11/14/2000:<br>Amerada Hess Corporation — 75.40000%<br>PLAYA Minerals and Energy, Inc. — 20.91000%<br>Mobile Mineral Corporation — 01.23000%<br>Parawon Corporation — 02.46000% |
| 15-Nov-2004 | Record title interest is now held as follows, effective 11/1/2004:<br>Amerada Hess Corporation — 100.00000% |
| 28-Dec-2004 | Amerada Hess Corporation designates SPN Resources, LLC as operator. All of Block 79 (S/2), West Delta Area, and All of Block 80 (W/2SW/4;SW/4NW/4), West Delta Area. |
| 18-Feb-2005 | Record title interest is now held as follows, effective 11/1/2004:<br>SPN Resources, LLC — 100.00000% |
| 18-Nov-2005 | Held by prior production, production ceased on 08/29/2005. |
| 20-Jan-2006 | Production resumed on 12/08/2005. |
| 13-Oct-2010 | SPN Resources, LLC designates Dynamic Offshore Resources, LLC as operator. S/2 of Block 79, West Delta Area, and W/2SW/4; SW/4NW/4 of Block 80, West Delta Area. |
| 13-Sep-2013 | Dynamic Offshore Resources, LLC changed its name to SandRidge Energy Offshore, LLC, effective 6/25/2013. |
| 03-Feb-2014 | Unit Contract No. 14-08-001-13841 terminated, effective 9/12/2013. The unit consisted of G01449, G01874, G01989. |
| 17-May-2016 | SPN Resources, LLC changed its name to Fieldwood Energy SP LLC effective on 2/24/2016 |
| 19-Jul-2019 | Held by prior production, production ceased on 05/28/2019. |
| 21-Aug-2019 | Held by prior production, production ceased on 05/28/2019. |

**Serial Register Page**

| | |
|---|---|
| **20-Sep-2019** | Held by prior production, production ceased on 05/28/2019. |
| **21-Oct-2019** | Held by prior production, production ceased on 05/28/2019. |
| **21-Nov-2019** | Held by prior production, production ceased on 05/28/2019. |
| **19-Dec-2019** | Held by prior production, production ceased on 05/28/2019. |
| **21-Jan-2020** | Held by prior production, production ceased on 05/28/2019. |
| **20-Feb-2020** | Production resumed on 11/24/2019. |
| **20-Aug-2020** | Held by prior production, production ceased on 04/23/2020. |
| **21-Sep-2020** | Held by prior production, production ceased on 04/23/2020. |
| **21-Oct-2020** | Held by prior production, production ceased on 04/23/2020. |
| **18-Nov-2020** | Production resumed on 08/04/2020. |