**EXHIBIT B**

## OCS-G01449



## OCS-G04243



## OCS-G01989



## OCS-G02136



## OCS-G02934



## OCS-G04895

