**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**NOTICE OF FILING OF AMENDED EXHIBIT A TO OBJECTION OF XTO OFFSHORE, INC., HHE ENERGY COMPANY, AND XH LLC TO THE DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF FIELDWOOD ENERGY, LLC AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**, on February 22, 2021, XTO Offshore, Inc., HHE Energy Company, and XH LLC (collectively, "XTO") filed their Objection (the "XTO Objection") [Docket No. 900] to the *Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors* (the "Disclosure Statement") [Docket No. 723] with respect to the *Joint Chapter 11 Plan of Fieldwood Energy, LLC and its Affiliated Debtors* (the "Joint Plan") [Docket No. 722]. Attached as Exhibit A to the XTO Objection was a copy of a schedule reflecting the P50, P70 and P90 estimates from BSEE to decommission certain of the XTO Leases (as those terms are defined in the Objection) sought to be abandoned by the Debtors.

After filing its Objection, XTO identified certain additional leases among the Abandoned Properties for which XTO may appear in the chain of title. XTO also identified an error in the calculation formula in its original Exhibit A. As a result, XTO hereby files the attached Amended Exhibit A, which replaces the Exhibit A originally attached to the XTO Objection.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

DATED: March 12, 2021

Respectfully Submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
srosen@forsheyprostok.com
llankford@forsheyprostok.com

ATTORNEYS FOR XTO OFFSHORE, INC., HHE ENERGY COMPANY, AND XH LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties receiving electronic notice via the Court's CM/ECF system on March 12, 2021.

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\XTO - Fieldwood Energy (CrR) #6145\Pleadings 20-33948 (MI)\Notice of Filing Amended Ex A to XTO Objection to Disclosure Statement 3.12.2021.docx

# Amended Exhibit "A"

**Fieldwood BSEE Decommissioning Estimates**

| Lease | Type | P50 | P70 | P90 | Deterministic |
|---|---|---:|---:|---:|---:|
| G01027 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $576,742.00 |
|  | Platform Decom | $6,756,294.00 | $7,930,346.00 | $9,666,575.00 | $0.00 |
|  | Platforms Site Clear Cost | $424,164.00 | $689,424.00 | $1,358,616.00 | $0.00 |
|  | Wells Decom | $9,191,637.00 | $11,697,692.00 | $15,325,689.00 | $0.00 |
|  | Subtotal for Lease | $16,372,095.00 | $20,317,462.00 | $26,350,880.00 | $576,742.00 |
| G01028 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $294,659.00 |
|  | Platform Decom | $4,351,509.00 | $4,801,059.00 | $5,476,222.00 | $0.00 |
|  | Platforms Site Clear Cost | $141,388.00 | $229,808.00 | $452,872.00 | $0.00 |
|  | Wells Decom | $8,484,275.00 | $10,863,733.00 | $14,308,833.00 | $0.00 |
|  | Subtotal for Lease | $12,977,172.00 | $15,894,600.00 | $20,237,927.00 | $294,659.00 |
| G01029 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $1,343,346.00 |
|  | Platform Decom | $5,933,847.00 | $6,834,009.00 | $8,165,851.00 | $0.00 |
|  | Platforms Site Clear Cost | $282,776.00 | $459,616.00 | $905,744.00 | $0.00 |
|  | Wells Decom | $3,931,686.00 | $5,242,446.00 | $7,140,661.00 | $0.00 |
|  | Subtotal for Lease | $10,148,309.00 | $12,536,071.00 | $16,212,256.00 | $1,343,346.00 |
| G01172 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $321,506.00 |
|  | Platform Decom | $7,585,809.00 | $8,937,645.00 | $10,907,682.00 | $0.00 |
|  | Platforms Site Clear Cost | $424,164.00 | $689,424.00 | $1,358,616.00 | $0.00 |
|  | Wells Decom | $9,943,428.00 | $12,613,358.00 | $16,480,055.00 | $0.00 |
|  | Subtotal for Lease | $17,953,401.00 | $22,240,427.00 | $28,746,353.00 | $321,506.00 |
| G01216 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $1,101,083.00 |
|  | Platform Decom | $7,294,628.00 | $8,194,790.00 | $9,526,632.00 | $0.00 |
|  | Platforms Site Clear Cost | $282,776.00 | $459,616.00 | $905,744.00 | $0.00 |
|  | Wells Decom | $8,825,961.00 | $11,157,006.00 | $14,531,839.00 | $0.00 |
|  | Subtotal for Lease | $16,403,365.00 | $19,811,412.00 | $24,964,215.00 | $1,101,083.00 |
| G01522 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $677,806.00 |
|  | Platform Decom | $1,392,237.00 | $1,842,849.00 | $2,499,528.00 | $0.00 |
|  | Platforms Site Clear Cost | $141,388.00 | $229,808.00 | $452,872.00 | $0.00 |
|  | Wells Decom | $2,537,554.00 | $3,431,244.00 | $4,724,964.00 | $0.00 |
|  | Subtotal for Lease | $4,071,179.00 | $5,503,901.00 | $7,677,364.00 | $677,806.00 |
| G01523 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $1,238,526.00 |
|  | Platform Decom | $7,979,040.00 | $9,963,512.00 | $12,895,017.00 | $0.00 |
|  | Platforms Site Clear Cost | $618,734.00 | $1,021,021.00 | $2,006,568.00 | $0.00 |
|  | Wells Decom | $12,912,207.00 | $17,309,965.00 | $23,679,368.00 | $0.00 |
|  | Subtotal for Lease | $21,509,981.00 | $28,294,498.00 | $38,580,953.00 | $1,238,526.00 |
| G01997 | Platform Decom | $2,260,415.00 | $3,160,577.00 | $4,492,419.00 | $0.00 |
|  | Platforms Site Clear Cost | $335,958.00 | $561,405.00 | $1,100,824.00 | $0.00 |
|  | Subtotal for Lease | $2,596,373.00 | $3,721,982.00 | $5,593,243.00 | $0.00 |
| G02220 | Platform Decom | $3,116,506.00 | $3,566,056.00 | $4,241,219.00 | $0.00 |
|  | Platforms Site Clear Cost | $141,388.00 | $229,808.00 | $452,872.00 | $0.00 |
|  | Wells Decom | $2,878,978.00 | $3,772,667.00 | $5,066,387.00 | $0.00 |
|  | Subtotal for Lease | $6,136,872.00 | $7,568,531.00 | $9,760,478.00 | $0.00 |
| G02311 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $251,905.00 |
|  | Platform Decom | $1,563,518.00 | $2,197,216.00 | $3,140,200.00 | $0.00 |

## Fieldwood BSEE Decommissioning Estimates

| Lease | Type | P50 | P70 | P90 | Deterministic |
|---|---|---:|---:|---:|---:|
| | Platforms Site Clear Cost | $194,570.00 | $331,597.00 | $647,952.00 | $0.00 |
| | Wells Decom | $936,948.00 | $1,529,029.00 | $2,386,688.00 | $0.00 |
| | Subtotal for Lease | $2,695,036.00 | $4,057,842.00 | $6,174,840.00 | $251,905.00 |
| G02549 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $696,808.00 |
| | Platform Decom | $2,418,370.00 | $2,966,150.00 | $3,774,924.00 | $0.00 |
| | Platforms Site Clear Cost | $282,776.00 | $459,616.00 | $905,744.00 | $0.00 |
| | Wells Decom | $9,470,231.00 | $12,199,711.00 | $16,151,139.00 | $0.00 |
| | Subtotal for Lease | $12,171,377.00 | $15,625,477.00 | $20,831,807.00 | $696,808.00 |
| G02600 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $507,946.00 |
| | Platform Decom | $2,447,808.00 | $3,346,908.00 | $4,697,234.00 | $0.00 |
| | Platforms Site Clear Cost | $282,776.00 | $459,616.00 | $905,744.00 | $0.00 |
| | Wells Decom | $14,957,288.00 | $21,734,505.00 | $31,549,007.00 | $0.00 |
| | Subtotal for Lease | $17,687,872.00 | $25,541,029.00 | $37,151,985.00 | $507,946.00 |
| G02750 | Wells Decom Cost | $12,907,613.00 | $15,637,089.00 | $19,588,515.00 | $0.00 |
| | Subtotal for Lease | $12,907,613.00 | $15,637,089.00 | $19,588,515.00 | $0.00 |
| G02754 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $4,784,400.00 |
| | Platform Decom | $12,099,732.00 | $13,273,784.00 | $15,010,013.00 | $0.00 |
| | Platforms Site Clear Cost | $424,164.00 | $689,424.00 | $1,358,616.00 | $0.00 |
| | Wells Decom | $19,320,946.00 | $23,439,367.00 | $29,401,644.00 | $0.00 |
| | Subtotal for Lease | $31,844,842.00 | $37,402,575.00 | $45,770,273.00 | $4,784,400.00 |
| G22679 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $683,045.00 |
| | Platform Decom | $1,614,779.00 | $1,888,669.00 | $2,293,056.00 | $0.00 |
| | Platforms Site Clear Cost | $282,776.00 | $459,616.00 | $905,744.00 | $0.00 |
| | Wells Decom | $1,592,679.00 | $2,039,523.00 | $2,686,383.00 | $0.00 |
| | Subtotal for Lease | $3,490,234.00 | $4,387,808.00 | $5,885,183.00 | $683,045.00 |
| G22792 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $2,084,400.00 |
| | Subtotal for Lease | $0.00 | $0.00 | $0.00 | $2,084,400.00 |
| G02267 | Wells Decom | $0.00 | $0.00 | $0.00 | $575,158.00 |
| | Subtotal for Lease | $0.00 | $0.00 | $0.00 | $575,158.00 |
| G01524 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $679,882.00 |
| | Platform Decom | $3,760,536.00 | $4,434,860.00 | $5,447,605.00 | $0.00 |
| | Platforms Site Clear Cost | $141,388.00 | $229,808.00 | $452,872.00 | $0.00 |
| | Wells Decom | $2,912,078.00 | $3,891,454.00 | $5,311,240.00 | $0.00 |
| | Subtotal for Lease | $6,814,002.00 | $8,556,122.00 | $11,211,717.00 | $679,882.00 |
| G01520 | Platform Decom | $5,925,119.00 | $7,275,361.00 | $9,273,124.00 | $0.00 |
| | Platforms Site Clear Cost | $424,164.00 | $689,424.00 | $1,358,616.00 | $0.00 |
| | Wells Decom | $5,903,429.00 | $8,011,054.00 | $11,062,456.00 | $0.00 |
| | Subtotal for Lease | $12,252,712.00 | $15,975,839.00 | $21,694,196.00 | $0.00 |
| G01030 | Wells Decom | $6,135,997.00 | $7,796,775.00 | $10,201,317.00 | $0.00 |
| | Subtotal for Lease | $6,135,997.00 | $7,796,775.00 | $10,201,317.00 | $0.00 |
| G27918 | Wells Decom | $879,918.00 | $1,103,340.00 | $1,426,770.00 | $0.00 |
| | Subtotal for Lease | $879,918.00 | $1,103,340.00 | $1,426,770.00 | $0.00 |
| G01217 | Wells Decom | $1,711,590.00 | $2,080,249.00 | $2,614,477.00 | $0.00 |
| | Subtotal for Lease | $1,711,590.00 | $2,080,249.00 | $2,614,477.00 | $0.00 |

## Fieldwood BSEE Decommissioning Estimates

| Lease | Type | P50 | P70 | P90 | Deterministic |
|---|---|---:|---:|---:|---:|
| G21106 | Wells Decom | $1,808,817.00 | $2,255,662.00 | $2,902,522.00 | $0.00 |
| | Subtotal for Lease | $1,808,817.00 | $2,255,662.00 | $2,902,522.00 | $0.00 |
| G10594 | Wells Decom | $862,587.00 | $1,086,009.00 | $1,409,440.00 | $0.00 |
| | Subtotal for Lease | $862,587.00 | $1,086,009.00 | $1,409,440.00 | $0.00 |
| G14456 | Pipeline Decom | $0.00 | $0.00 | $0.00 | $1,117,178.00 |
| | Platform Decom | $1,411,313.00 | $2,053,499.00 | $2,993,528.00 | $0.00 |
| | Platforms Site Clear Cost | $247,752.00 | $433,386.00 | $843,032.00 | $0.00 |
| | Wells Decom | $2,380,779.00 | $3,274,468.00 | $4,568,189.00 | $0.00 |
| | Subtotal for Lease | $4,039,844.00 | $5,761,353.00 | $8,404,749.00 | $1,117,178.00 |
| | **TOTALS:** | $223,471,188.00 | $283,156,053.00 | $373,391,460.00 | $16,934,390.00 |