IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON MARCH 15, 2021 AT 11:00 A.M. (CST)**

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file their Agenda of Matters Set for Hearing on **March 15, 2021 at 11:00 a.m. (CST)** before the Honorable Marvin Isgur.

1. **Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 716)**

    Status:   This matter is going forward on an uncontested basis.

    Related Documents:

    A.   Stipulation Extending Deadline of United States Trustee to Object to Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 771)

    B.   Stipulation Extending Deadlines of United States Trustee to Object to Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date and Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 809)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

    C.    Stipulation Extending Deadlines of United States Trustee to Object to Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date and Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 856)

    D.    Certificate of No Objection to (I) Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal, and (II) Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date (ECF No. 901)

    E.    Notice of Hearing on (I) Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal and (II) Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date (ECF No. 938)

2. **Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date (ECF No. 747)**

    Status:    This matter is going forward on an uncontested basis.

    Related Documents:

    A.    Stipulation Extending Deadlines of United States Trustee to Object to Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date and Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 809)

    B.    Stipulation Extending Deadlines of United States Trustee to Object to Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date and Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal (ECF No. 856)

    C.    Certificate of No Objection to (I) Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal, and (II) Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date (ECF No. 901)

    D.    Notice of Hearing on (I) Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal and (II) Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date (ECF No. 938)

Dated: March 14, 2021
      Houston, Texas

Respectfully submitted,

_/s/ Alfredo R. Pérez_
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

I hereby certify that, on March 14, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       _/s/  Alfredo R. Pérez_
                                                       Alfredo R. Pérez