# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| | Jointly Administered |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), EnVen Energy Ventures, LLC hereby enters its appearance by and through its counsel, Baker Botts L.L.P.; and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

Kevin Chiu
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: (214) 953-6417
Facsimile:  (214) 661-4417
Email:  kevin.chiu@bakerbotts.com

-and-

Emanuel C. Grillo *(admitted pro hac vice)*
Baker Botts L.L.P.
30 Rockefeller Plaza

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

New York, NY 10112-4498<br>
Telephone:  (212) 408-2519<br>
Facsimile:  (212) 259-2519<br>
Email:  emanuel.grillo@bakerbotts.com

PLEASE TAKE FURTHER NOTICE that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtors or their estates or creditors thereof, or any property or proceeds in which the Debtors or their estates may claim an interest.

Dated:   March 15, 2021            **BAKER BOTTS L.L.P.**

*/s/ Kevin Chiu*
Kevin Chiu
State Bar No. 24109723
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6417
Facsimile:  (214) 661-4417
Email:  kevin.chiu@bakerbotts.com

Emanuel C. Grillo, *(admitted pro hac vice)*
NY State Bar No. 2480317
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:  (212) 408-2519
Facsimile:   (212) 259-2519
Email:  emanuel.grillo@bakerbotts.com

***Counsel to EnVen Energy Ventures, LLC***