IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |
| | § | Re: Docket No. 747 & 901 |

## NOTICE OF FILING REVISED PROPOSED ORDER FOR CORRECTED APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY RYAN, LLC AS TAX CONSULTANT TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

**PLEASE TAKE NOTICE THAT**, On January 7, 2021, the Debtors filed the *Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* (Docket No. 747) (the "**Application**").

**PLEASE TAKE FURTHER NOTICE THAT**, on February 22, 2021, the Debtors filed the *Certificate of No Objection to (I) Motion of Debtors for Order Authorizing Debtors to File Ryan LLC Retention Application Under Seal, and (II) Corrected Application of Debtors for Authority to Retain and Employ Ryan, LLC as Tax Consultant to the Debtors Effective as of the Petition Date* (Docket No. 901) (the "**CNO**"). Annexed to the CNO as Exhibit E is a revised proposed order for the Application (the "**Initial Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE THAT**, on March 15, 2021 at 11 am CT, this Court held a hearing on the Application (the "**Hearing**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a further revised proposed order (the "**Further Revised Proposed Order**"), which addresses certain issues raised by the Court at the Hearing.  Prior to filing this Notice, the Debtors provided a copy of the Further Revised Proposed Order to the U.S. Trustee and Creditors' Committee, and both have signed off on Further Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE THAT**, the Further Revised Proposed Order is attached hereto as **Exhibit A**, and a blackline of the Further Revised Proposed Order marked against the Initial Revised Proposed Order is attached hereto as **Exhibit B** (the "**Blackline**").

Dated:  March 15, 2021
       Houston, Texas

                                        Respectfully submitted,

                                         /s/ *Alfredo R. Pérez*
                                        WEIL, GOTSHAL & MANGES LLP
                                        Alfredo R. Pérez (15776275)
                                        700 Louisiana Street, Suite 1700
                                        Houston, Texas 77002
                                        Telephone:  (713) 546-5000
                                        Facsimile:  (713) 224-9511
                                        Email:   Alfredo.Perez@weil.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Matthew S. Barr (admitted *pro hac vice*)
                                        Jessica Liou (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Email:   Matt.Barr@weil.com
                                                           Jessica.Liou@weil.com

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on March 15, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                             */s/ Alfredo R. Pérez*
                                             Alfredo R. Pérez