### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | **CHAPTER 11** |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § § § | **Case No. 20-33948 (MI)** |
| Debtors. | § § | **(Jointly Administered)** |

### EXHIBIT LIST FOR HEARING
### ON MARCH 18, 2021 AT 1:30 P.M. CENTRAL

Valero Marketing and Supply Company ("Valero"), as a party-in-interest and creditor in the above-referenced jointly-administered bankruptcy case (the "Bankruptcy Case") and as Defendant and Counter-Plaintiff in Adversary No. 20-03497, hereby files this *Exhibit List for Hearing on March 18, 2021 at 1:30 p.m. Central*.

### EXHIBITS

Valero designates the following exhibits that may be admitted:

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT ED | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Valero Marketing and Supply Company's Proof of Claim [Claim No. 709] | | | | | | |
| 2. | *Adversary Complaint* [Adv. No. 20-03497, ECF No. 1] | | | | | | |
| 3. | *Valero Marketing and Supply Company's Original Answer, Affirmative Defenses, and Counterclaim* [Adv. No. 20-03497, ECF No. 4] | | | | | | |
| 4. | *Joint Discovery/Case Management Plan Under Rule 26(F) of the Federal Rules of Civil Procedure* [Adv. No. 20-03497, ECF No. 6] | | | | | | |
| 5. | *Plaintiff's Answer to Counterclaim* [Adv. No. 20-03497, ECF No. 10] | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 6. | *Agreed Motion to Extend Deadlines in Case Management Order* [Adv. No. 20-03497, ECF No. 11] | | | | | | |
| 7. | *Order Granting Agreed Motion to Extend Deadlines in Case Management Order* [Adv. No. 20-03497, ECF No. 12] | | | | | | |
| 8. | *Plaintiff's Unopposed Motion for Leave to File Amended Answer to Counterclaim* [Adv. No. 20-03497, ECF No. 14] | | | | | | |
| 9. | *Plaintiff Fieldwood Energy LLC's Motion for Partial Summary Judgment and Brief in Support Thereof* [Adv. No. 20-03497, ECF No. 15] | | | | | | |
| 10. | *Plaintiff's First Amended Answer to Counterclaim* [Adv. No. 20-03497, ECF No. 16] | | | | | | |
| 11. | *Valero Marketing and Supply Company's Motion for Partial Summary Judgment* [Adv. No. 20-03497, ECF No. 17] | | | | | | |

Valero reserves the right to use any exhibits presented by any other party.  Valero also reserves the right to use and/or present demonstratives for any purpose.  Valero also reserves the right to use exhibits and/or demonstratives not listed here for impeachment or rebuttal purposes at the hearing.

Valero reserves the right to further supplement or amend this Exhibit List any time prior to the hearing.  Any party wishing to receive a copy of any of the foregoing exhibits should email Danielle N. Rushing at drushing@dykema.com.  Requested exhibits will be provided by electronic transmission.

Dated:  March 15, 2021          Respectfully submitted,

By:  */s/ Deborah D. Williamson*

**FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC**

C. Robert Mace
State Bar No. 12771300
Southern District No. 1415
BMace@trialattorneytx.com
C. Brannon Robertson
State Bar No. 24002852
S.D. Tex No. 22131
Brannon.robertson@trialattorneytx.com
4119 Montrose Blvd., Suite 500
Houston, Texas 77006
Telephone: (713) 654-1200
Facsimile: (713) 654-4039

and

**DYKEMA GOSSETT PLLC**

Deborah D. Williamson
State Bar No. 21617500
dwilliamson@dykema.com
Danielle N. Rushing
State Bar No. 24086961
drushing@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**ATTORNEYS FOR
VALERO MARKETING AND
SUPPLY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2021, a true and correct copy of the foregoing has been served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ Danielle N. Rushing*
Danielle N. Rushing