UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIELDWOOD ENERGY LLC, | § § § | |
| PLAINTIFFS, | § § | ADVERSARY NO. 20-03497 |
| v. | § § | |
| | § | Related to bankruptcy case no. 20-33948 |
| VALERO MARKETING AND SUPPLY COMPANYLLC | § § § | pending before the U.S. Bankruptcy Court, Southern District of Texas. |
| DEFENDANT. | § | |

**AGREED MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER**

The Court entered a comprehensive Case Management Order ("Order") on February 3, 2021. *Dkt. No.* 8. The Court's Order includes a February 25, 2021 deadline for the parties to file cross summary judgment briefs. The Court's Order includes a March 12, 2021 deadline for the parties to file responsive brief and sets oral arguments on the summary judgments for March 24, 2021.

The ice/snowstorm of the past week has caused counsel for both parties, like nearly everyone else in Houston, significant challenges associated with loss of power and water. As consequence, the parties have effectively lost a week of preparation time on this matter and all other cases. Thus, Plaintiffs and Defendant ask for an extension of the deadlines in the Case Management Order. The Parties propose the following revised schedule:

(i) March 9, 2021 – deadline for parties to file cross motions for summary judgment.

(ii) March 26, 2021 – deadline for parties to file response briefs.

With respect to oral arguments, the parties ask that the Court set the summary judgment motions for oral arguments not less than 10 days after March 26, 2021.

For the reasons stated herein, the parties ask that the Court enter a revised Case Management Order to accommodate the deadlines proposed herein.

**Agreed:**

Respectfully submitted,

FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC

By: */s/C. Robert Mace*
    C. Robert Mace
    State Bar No. 12771300
    Southern District No. 1415
    bmace@trialattorneytx.com
    C. Brannon Robertson
    State Bar No. 24002852
    S.D. Tex No. 22131
    brannon.robertson@trialattorneytx.com
    Joel C. Simon
    State Bar No. 24046850
    joel.simon@trialattorneytx.com
    4119 Montrose Blvd., Suite 500
    Houston, Texas 77006
    Telephone: 713-654-1200/ Fax: 713-654-4039

**DYKEMA GOSSETT PLLC**

By: */s/Deborah D. Williamson*
    Deborah D. Williamson
    State Bar No. 21617500
    dwilliamson@dykema.com
    Danielle N. Rushing
    State Bar No. 24086961
    drushing@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: 210.554.5500/ Fax: 210.226.8395

**ATTORNEYS FOR VALERO MARKETING AND SUPPLY COMPANY**

**BUCK KEENAN LLP**

By: */s/Robert L. Paddock*
    ROBERT L. PADDOCK
    State Bar No. 24002723
    E. F. MANO DEAYALA
    State Bar No.00785946
    HELEN H. MCLAUGHLIN
    State Bar No. 24087706
    2229 San Felipe, Suite 1000
    Houston, Texas 77019
    (713) 225-4500 (main)
    (713) 546-2447 (direct)
    (713) 225-3719 – Facsimile
    rpaddock@buckkeenan.com
    deayala@buckkeenan.com
    hmclaughlin@buckkeenan.com

**ATTORNEYS FOR PLAINTIFF**
**FIELDWOOD ENERGY, LLC**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this Stipulation was filed with the Court's ECF filing system, which will serve copies on all counsel. I also certify that a courtesy copy of this Stipulation was sent via email to all counsel on February 19, 2021.

                                        */s/Robert L. Paddock*
                                        ROBERT L. PADDOCK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIELDWOOD ENERGY LLC, | § § § | |
| PLAINTIFFS, | § | ADVERSARY NO. 20-03497 |
| v. | § § | |
| | § | Related to bankruptcy case no. 20-33948 |
| VALERO MARKETING AND SUPPLY COMPANY LLC | § § § | pending before the U.S. Bankruptcy Court, Southern District of Texas. |
| DEFENDANT. | § | |

## ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER

On this day came to be heard the Agreed Motion to Extend Deadlines in Case Management Order [*Dkt. No.* 8.] For the reasons cited in the Agreed Motion, the Court modifies the February 3, 2021 Case Management Order as follows:

(i) March 9, 2021 – deadline for parties to file cross motions for summary judgment, which should incorporate briefing.

(ii) March 26, 2021 – deadline for parties to file response briefs.

(iii) April ___, 2021 at _____ -- oral arguments on the cross motions for summary judgment will be heard.

_____
PRESIDING JUDGE