UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/23/2021

| | | |
|---|---|---|
| FIELDWOOD ENERGY LLC, | § § § | |
| PLAINTIFFS, | § § | ADVERSARY NO. 20-03497 |
| v. | § § | Related to bankruptcy case no. 20-33948 |
| VALERO MARKETING AND SUPPLY COMPANY LLC | § § § | pending before the U.S. Bankruptcy Court, Southern District of Texas. |
| DEFENDANT. | § § | |

## ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER

On this day came to be heard the Agreed Motion to Extend Deadlines in Case Management Order [*Dkt. No.* 8.] For the reasons cited in the Agreed Motion, the Court modifies the February 3, 2021 Case Management Order as follows:

(i) March 9, 2021 – deadline for parties to file cross motions for summary judgment, which should incorporate briefing.

(ii) March 26, 2021 – deadline for parties to file response briefs.

(iii) April 15, 2021 at 9:00 a.m. -- oral arguments on the cross motions for summary judgment will be heard.

Signed: February 23, 2021

_____
Marvin Isgur
United States Bankruptcy Judge