**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Locke Lord LLP hereby appears as counsel for Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC and EPL Oil & Gas, Inc., on behalf of themselves and their applicable affiliates (collectively, the "***Cox Entities***"), creditors and parties in interest in the above-captioned bankruptcy cases, and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, requests that copies of any and all notices, papers, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, and all other documents filed or entered in this case be transmitted to:


Jonathan W. Young
LOCKE LORD LLP
111 Huntington Ave.
Boston, MA 02199
Telephone: (617) 239-0367
Facsimile: (855) 595-1190
jonathan.young@lockelord.com

Michael B. Kind
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
michael.kind@lockelord.com


[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Stephen J. Humeniuk
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800
stephen.humeniuk@lockelord.com

Chelsey Rosenbloom
LOCKE LORD LLP
200 Vesey Street
New York, NY 10281
Telephone: (212) 912-2824
Facsimile: (212) 812-8394
chelsey.rosenbloom@lockelord.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Title 11 of the United States Code, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests for pleadings, disclosure statements, plans, letters, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, facsimile, or otherwise filed or delivered to the clerk, court, or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers*, including any prior or subsequent appearance, pleading, claim, or suit shall waive any right to (i) have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (ii) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of the Court for any purpose, (v) any election or remedy, or (vi) any right, claim, action, defense, or setoff or recoupment, in law, in equity, or otherwise, all of which are hereby reserved.

**DATED:** March 15, 2021

Respectfully Submitted,

*/s/ Stephen J. Humeniuk*

Jonathan W. Young (*pro hac vice* pending)
LOCKE LORD LLP
111 Huntington Ave.
Boston, MA 02199
(617) 239-0367 (Telephone)
(855) 595-1190 (Facsimile)
jonathan.young@lockelord.com

Michael B. Kind (*pro hac vice* pending)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
michael.kind@lockelord.com

Stephen J. Humeniuk
Tex. Bar No. 24087770
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701
(512) 305-4838 (Telephone)
(512) 305-4800 (Facsimile)
stephen.humeniuk@lockelord.com

Chelsey Rosenbloom (*pro hac vice* pending)
LOCKE LORD LLP
200 Vesey Street
New York, NY 10281
Telephone: (212) 912-2824
Facsimile: (212) 812-8394
chelsey.rosenbloom@lockelord.com

**ATTORNEYS FOR COX OIL, LLC, COX OPERATING LLC, ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, INC., ENERGY XXI ONSHORE, LLC, ENERGY XXI PIPELINE, LLC, ENERGY XXI PIPELINE I, LLC, ENERGY XXI PIPELINE II, LLC, M21K, LLC AND EPL OIL & GAS, INC., ON BEHALF OF THEMSELVES AND THEIR APPLICABLE AFFILIATES (COLLECTIVELY, THE "COX ENTITIES")**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 15, 2021, true and correct copies of the foregoing were forwarded to all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system.

*/s/ Stephen J. Humeniuk*
Stephen J. Humeniuk