# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, March 15, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| Jason | George | Weil | Debtors |
| Heather | Jobe | Bell Nunnally | Ryan, LLC |
| Jessica | Liou | Weil | Debtors |
| Alfredo | Perez | Weil | Debtors |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Paul | Turkevich | AZA Law | Ryan, LLC |
| Deborah | Williamson | Dykema Gossett | Valero Marketing and Supply Company |