## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No: 20-33948 (MI) | Debtor: Fieldwood Energy LLC, et al. |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| Any witness called by any other party | Judge: Marvin Isgur |
| Any witness needed for rebuttal | Courtroom Deputy: Tyler Laws |
| | Hearing Date: March 18, 2021 |
| | Hearing Time: 1:30 p.m. (CT) |
| | Party's Name: Zurich American Insurance Company ("Zurich") |
| | Attorney's Name: Duane J. Brescia |
| | Attorney's Phone: 512-499-3647 |
| | Nature of Proceeding: Plan and Disclosure Statement |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Proof of Claim #787 of Zurich American Insurance Company filed in Fieldwood Energy, LLC on 11/25/2020, with exhibits (listed below) | | | | |
| 2. | Proof of Claim #791 of Zurich American Insurance Company filed in Fieldwood SD Offshore, LLC on 11/25/2020, with exhibits (listed below) | | | | |
| 3. | Proof of Claim #793 of Zurich American Insurance Company filed in Fieldwood Energy Offshore, LLC on 11/25/2020, with exhibits (listed below) | | | | |
| 4. | Proof of Claim #834 of Zurich American Insurance Company filed in GOM Shelf, LLC on 11/25/2020, with exhibits (listed below) | | | | |

      Zurich reserves the right to use any exhibit identified by any other party, any exhibit necessary for impeachment or rebuttal purposes and any pleadings or exhibits previously filed on the Court's docket.

      Parties who wish to receive copies of Exhibits 1 – 4 may do so for free at www.cases.primeclerk.com/fieldwoodenergy/claims