

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF

# Motion and Order for Admission *Pro Hac Vice*

ENTERED
03/16/2021

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor |  | In Re: | Fieldwood Energy LLC, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan W. Young<br>Locke Lord LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: 617-239-0367<br>Email: jonathan.young@lockelord.com<br>Illinois 06204590 |
|---|---|

| Name of party applicant seeks to appear for: | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC and EPL Oil & Gas, Inc., on behalf of themselves and their applicable affiliates (collectively, the "Cox Entities") |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 3/15/2021 | Signed: | /s/ Jonathan W. Young |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature: |

**Order**   This lawyer is admitted *pro hac vice*.

Signed: March 16, 2021

_____
Marvin Isgur
United States Bankruptcy Judge