IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**RLI INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST
FOR HEARING ON MARCH 18, 2021
[Relates to Docket Nos. 723, 724, 1022]**

RLI Insurance Company ("RLI"), by and through undersigned counsel, hereby offers this witness and exhibit list ("Witness and Exhibit List") for the hearing on Debtors' Motion to Approve [Docket No. 724] the Disclosure Statement [Docket Nos. 723, 1022] scheduled for March 18, at 1:30 p.m. (CST) before the Honorable Marvin Isgur, United States Bankruptcy Court for the Southern District of Texas ("Hearing").

**<u>WITNESSES</u>**

RLI may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party;

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2. Any witness necessary to authenticate or lay of the foundation for the admission of any exhibits; and

3. Any rebuttal and/or impeachment witnesses.

## EXHIBITS

RLI may offer into evidence any of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Any pleading or other document filed with the Court by any party in the above-captioned Chapter 11 proceeding | | | | | | |
| 2. | Any exhibit identified or offered by any other party | | | | | | |
| 3. | Any demonstrative exhibits necessary for the Hearing | | | | | | |
| 4. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |

Respectfully submitted,

*/s/ Elliot Scharfenberg*

**KREBS FARLEY & DRY, PLLC**
RYAN D. DRY (TX No. 24050532)
ELLIOT SCHARFENBERG (LA No. 35304)
JONATHAN ORD (La. No. 35274)
KREBS FARLEY & DRY, PLLC
400 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
Email: rdry@krebsfarley.com
         escharfenberg@krebsfarley.com
         jord@krebsfarley.com

*Counsel for RLI INSURANCE COMPANY*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of March 2021, a true and correct copy of the foregoing *Witness and Exhibit List* was sent via ECF Noticing to all parties registered to receive CM/ECF Notices in these chapter 11 cases.

                                              */s/ Elliot Scharfenberg*