# EXHIBIT A

| Surety | Bond Number | Penal Sum | Principal | Obligee | Bonded Obligation |
|---|---|---|---|---|---|
| Aspen | SU46474 | $10,000,000 | Fieldwood Energy, LLC | Noble Energy, Inc. | All assets under 2018 Purchase and Sale Agmt except for the Neptune assets set forth in Exhibit E to Agmt. |
| Aspen | SU46455 | $9,197,079 | Fieldwood Energy, LLC | BOEM | OCS Mineral Lessee's and Operator's Supplemental Bond iro covering OCS-G 02115 Eugene Island Area Block 330 (All of Block 330m, Eugene Island Area, South Addition, OCS Leasing Map, Louisiana Map No. LA4A) |
| Sirius | 7000000301 | $15,000,000 | Fieldwood Energy, LLC | Marathon Oil Co. | FWE acquired 31.4% of Noble Energy's interest in Gunflint field in February 2018. Subsequent to that, FWE acquired an additional 18% interest in Gunflint field from Marathon Oil Company. This bond covers the Marathon transaction and associated P&A obligations. |
| Sirius | 7000000302 | $27,500,000 | Fieldwood Energy, LLC | Marathon Oil Co. | This bond covers FWE's acquiring of Marathon's 50% interest in the Troika field and associated P&A obligations. |
| Sirius | 7000000407 | $503,684 | Fieldwood Energy, LLC | BOEM | This bond covers P&A obligations associated with "ROW OCS G28788 Ship Shoal Block 168 (PSN 20050) a 6 5/8 gas right of way pipeline"  Associated Lease per Debtors is G05646. |
| Sirius | 7000000409 | $10,000 | Fieldwood Energy, LLC | Iberia, Parish of, Public Works Dept. | This bond covers transportation of heavy equipment on Parish roads.  This appears to somehow be related to P&A obligations. |
| Sirius | 7000000410 | $1,000,000 | Fieldwood Energy, LLC | Williams Oil Gathering, LLC, Williams Field Services-Gulf Coast Co. LLC and Williams Mobil Bay Producer Services LLC | Performance Bond related to Gunflint Oil Gathering Agreement, Gunflint Gas Gathering Agreement and the Gunflint Gas Processing Agreement, all dated December 10, 2013 |
| Sirius | 7000000414 | $450,000 | Bandon Oil & Gas, LP | BOEM | This bond is for P&A obligations associated with "OCS-G04081 - All of Block A-550, High Island Area, South Additiona, as shown on OCS Texas Leasing Map, TX7B." - G04081 |
| Sirius | 7000000425 | $267,500 | Fieldwood Energy, LLC | BOEM | This is an appeal bond for Civil Penalty Case G-2018-017 for South Timbalier 67.  This is related to P&A obligations.  Associated lease is G04000. |

| Surety | Bond Number | Penal Sum | Principal | Obligee | Bonded Obligation |
|---|---|---|---|---|---|
| Sirius | 7000000437 | $1,745,185 | Fieldwood Energy Offshore, LLC | BOEM and Marathon Oil Co. | Bond covers P&A obligations associated with "OCS ROW No. OCS-G 29417 - Described as a 200' wide & approx 18.29 mi (96') long corridor associated w/8" Pipeline Segment No. (PSN) 20155. Purpose is to maintain/operate PSN 20155 & transport bulk oil from Midline PLET A-2 in Block 156 thru Blocks 112, 111, 110 and 66 to Platform A in Block 65, all in Green Canyon Area." |
| Everest | ES00001441 | $25,000,000 | Fieldwood Energy, LLC | Apache Corp. | Bond covers P&A obligations associated with 2013 Apache transaction |
| Everest | ES00001442 | $506,661 | Fieldwood Energy, LLC | BOEM | Bond covers P&A obligations associated with OCS Mineral lessee's bond OCS -G07890 all of block 203 Viosca Knoll |
| Everest | ES00001443 | $501,661 | Fieldwood Energy, LLC | BOEM | Bond covers P&A obligations associated with OCS Mineral lessee's bond OCS -G04921 all of block 204 Viosca Knoll |
| Everest | ES00001444 | $2,040,000 | GOM Shelf LLC | BOEM | Bond covers P&A obligations associated with OCS Mineral lessee's bond OCS -00593 all of block 198 Ship Shoal |
| Everest | ES00001445 | $2,450,000 | Fieldwood Energy, LLC | BOEM | Bond covers "OCS-G00972 - All of Block 265, East Cameron Area, South Addition, as shown on OCS Louisiana Leasing Map No, LA2A" |
| Everest | ES00001446 | $3,072,500 | Fieldwood Energy, LLC | BOEM | Bond covers P&A obligations associated with OCS -G00974 all of block 278 East Cameron Area South Addition |
| Everest | ES00001447 | $12,000,000 | Fieldwood Energy, LLC | Gulfstar One LLC | Performance Bond related to Gunflint Producing Handling Agreement and Gunflint Gas Export Agreement, all dated 12-10-13 |
| Berkley | 0179846 | $1,565,000 | Fieldwood Energy, LLC | BOEM | Platform 'A' at South Timbalier Block 206 - OCS G30291 --- Underwriter says that G30291 is a right-of-use and easement that is tied to G05612.  Confirmed by Debtors. |
| Berkley | 0179849 | $2,086,466.17 | Fieldwood Energy, LLC | BOEM | Mississippi Canyon Block 108 - Lease number G09777 |
| Berkley | 0179850 | $3,260,000 | Fieldwood Energy, LLC | BOEM | Matagorda Island Block 623 - Lease number G03088 |
| Berkley | 0179852 | $5,600,000 | Fieldwood Energy Offshore, LLC | BOEM | All of Ship Shoal Area Block 207 - Lease G01523 |
| Berkley | 0179853 | $4,795,000 | Fieldwood Energy Offshore, LLC | BOEM | All of West Delta Area Block 94 - Lease number OCS-00839 |

| Surety | Bond Number | Penal Sum | Principal | Obligee | Bonded Obligation |
|---|---|---|---|---|---|
| Berkley | 0179854 | $3,353,501 | Fieldwood Energy, LLC | BOEM | All of Block 87, South Pass Area, South and East Addition, as shown on OCS Louisiana Leasing Map No. LA9A. - Lease number G077990 |
| Berkley | 0179856 | $40,000,000 | Fieldwood Energy, LLC | Noble Energy, Inc. | All assets under 2018 Purchase and Sale Agmt except for the Neptune assets set forth in Exhibit E to Agmt. |
| Berkley | 0179865 | $42,704 | GOM Shelf LLC | BOEM | Appeal Bond - Civil Penalty Case No. G-2017-013 (Lease No. OCS-G 00133, Grand Isle 47, Platform AP) |
| Berkley | 0179867 | $21,440 | Fieldwood Energy, LLC | State of Louisiana - Dept of Nat. Rsrcs. - Injection and Mining Division | P&A Bond, Grand Chenier Separation Station Salt Water Disposal Well No. 001, Serial #971081 and Grand Chenier Separation Station Salt Water Disposal Well, No. 002, Serial #971088, Grand Cheniere, South Field, Cameron Parish, Louisiana |
| Berkley | 0179868 | $13,249,500 | Fieldwood Energy Offshore, LLC | BOEM | OCS Mineral Lessee's and Operator's Supplemental Bond covering OCS-G 12209, Block 200, Green Canyon Area |
| Berkley | 0206223 | $50,000 | Fieldwood Energy, LLC | Bureau of Customs and Border | Importing Goods |