**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.* [1] | **Case No. 20-33948 (MI)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF NO OBJECTION TO APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF <u>UNSECURED CREDITORS, EFFECTIVE AS OF JANUARY 20, 2021</u>**
(Related Docket No. 894)

Pachulski Stang Ziehl & Jones LLP, as co-counsel to the Official Committee of Unsecured Creditors ("<u>PSZJ</u>"), hereby certifies as follows:

1. On February 19, 2021, the *Application for Approval of the Employment of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors, Effective as of January 20, 2021* [Docket No. 894] (the "<u>Application</u>") was filed with the Court. Objections to the Application were required to be filed and served by March 12, 2021.

2. After the filing of the Application, PSZJ received informal comments to the proposed order approving the Application from the United States Trustee (the "**U.S. Trustee**"), which informal comments were addressed and resolved through revisions reflected in the attached revised proposed order submitted herewith as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

61542/0001-21439415v1

3.  The undersigned counsel hereby certifies that the revised proposed order attached hereto resolves all known formal and informal comments that PSZJ received. A redline reflecting changes to the proposed order is attached as **Exhibit B**.

4.  PSZJ respectfully request that the Court enter the attached revised proposed order at the earliest convenience of the Court.

Dated:   March 16, 2021

*/s/ Michael D. Warner*
PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
Email:   mwarner@pszjlaw.com
             bwallen@pszjlaw.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner