IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### SUPPLEMENTAL DECLARATION OF
### JOHN CASTELLANO OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, John Castellano, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated September 2, 2020 [ECF No. 291].

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- Baker Hughes Oilfield Operations Inc. ("**Baker Hughes**"), a vendor to the Debtors, is a member of the UCC represented by AP in Chesapeake Energy Corporation, a bankruptcy matter unrelated to the Debtors. Baker Hughes is a current AP client in matters unrelated to the Debtors.

- BlueCross and BlueShield of Texas, a third-party benefit provider to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- Cairn Energy USA Inc. c/o Meridian Res/Alta Mesa Svc, a party in interest to the Debtors, and affiliates ("**Alta Mesa**") are affiliates to current AP clients in matters unrelated to the Debtors. Alta Mesa is a current AP client in matters unrelated to the Debtors.

- Colorado County, a party in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- Department of Homeland Security, a bonding and permitting authority to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Dykema Gossett PLLC ("**Dykema Gossett**"), a professional in this bankruptcy matter, is an adverse litigation party, professional and counsel to current and former AP clients in matters unrelated to the Debtors. Dykema Gossett is a current and former AP client in matters unrelated to the Debtors. Dykema Gossett is a former employer of a current AP employee. Dykema Gossett is a current legal services provider to AP.

- Great American Insurance Group, an insurance provider to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Gulfport Energy Corporation, a significant competitor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Intrado Enterprise Collaboration, Inc., a vendor/supplier to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Jackson Lewis LLP, an ordinary course professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Louisiana Land & Exploration Co., a party in interest to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- McGuire Woods LLP ("**McGuire Woods**"), an ordinary course professional in this bankruptcy matter, is a professional to current AP clients in matters unrelated to the Debtors. McGuire Woods is a former AP client in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, an ordinary course professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Simpson Thacher & Bartlett LLP, an ordinary course professional in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- SM Energy Company, a party in interest to the Debtors, is a joint venture party and adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Total E & P USA Inc., a party in interest to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Vitol, Inc., a significant customer to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Yetter Coleman LLP, an ordinary course professional in this bankruptcy matter and vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- York Capital Management ("**York Capital**"), a potential bid party to the Debtors, is a bondholder and shareholder to current and former AP clients in matters unrelated to the Debtors. York Capital is a current and former AP client in matters unrelated to the Debtors. York Capital is a noteholder represented by AP in LBI Media, Inc., a former bankruptcy matter unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: March 15, 2021  
      Chicago, Illinois

AlixPartners, LLP

*/s/ John Castellano*  
John Castellano  
Managing Director