| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Georgia and New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David B. Kurzweil<br>Greenberg Traurig, LLP<br>Terminus 200, 3333 Piedmont Road, Suite 2500<br>Atlanta, Georgia 30305<br>678-553-2680; email: kurzweild@gtlaw.com<br>Georgia Bar No. 430492; NY Bar No. 847428 |
|---|---|

Seeks to appear as the attorney for this party:

| BP Exploration & Production, Inc. |
|---|
| Dated: March 17, 2021    Signed: /s/ David B. Kurzweil |

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

Dated:       Signed: _____
                           Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                                    United States Bankruptcy Judge