IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANK. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANK. P. 3017(a)**

PLEASE TAKE NOTICE THAT Shell Offshore, Inc. ("Shell Offshore"), Shell Oil Company ("Shell Oil"), Shell GOM Pipeline Company, LLC ("Shell GOM") and Shell Pipeline, LLC ("Shell Pipeline") (collectively, "Shell"), party in interest in the above-captioned case, hereby appears by its counsel Norton Rose Fulbright US, LLP. Counsel hereby enters their appearance pursuant to section 1109(b) of Title 11, United States Code, and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Shell by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> Ryan E. Manns (SBT 24041391)
> Emma L. Persson (SBT 24110219)
> 2200 Ross Avenue, Suite 3600
> Dallas, Texas  75201
> Telephone: (214) 855-7166
> Facsimile: (214) 855-8200
> ryan.manns@nortonrosefulbright.com
> emma.persson@nortonrosefulbright.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of Shell (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Shell is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

Dated: March 18, 2021

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: */s/ Ryan E. Manns*
Ryan E. Manns (SBT 24041391)
Emma L. Persson (SBT 24110219)
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201
Telephone: (214) 855-7166
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com
emma.persson@nortonrosefulbright.com

Shell Offshore, Inc., Shell Oil Company, Shell GOM Pipeline Company, LLC and Shell Pipeline, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service, on the 18th day of March, 2021.

*/s/ Ryan E. Manns*
Ryan E. Manns