

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF

ENTERED
03/16/2021

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | | In Re: | Fieldwood Energy LLC, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan W. Young<br>Locke Lord LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: 617-239-0367<br>Email: jonathan.young@lockelord.com<br>Illinois 06204590 |
|---|---|

| Name of party applicant seeks to appear for: | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC and EPL Oil & Gas, Inc., on behalf of themselves and their applicable affiliates (collectively, the "Cox Entities") |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | 3/15/2021 | Signed: | /s/ Jonathan W. Young |
|---|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:    Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: March 16, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-33948-mi |
| Fieldwood Energy LLC | Chapter 11 |
| The Official Committee of Unsecured Cred | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 1 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bandon Oil and Gas GP, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Bandon Oil and Gas, LP, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Dynamic Offshore Resources NS, LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Energy SP LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Offshore LLC, 2000 W. Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood Onshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Fieldwood SD Offshore LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | GOM Shelf LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Pipeline LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| db | + | Galveston Bay Processing LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| aty | + | Charles M Rush, 202 Magnate Drive, Lafayette, LA 70508-3830 |
| aty | + | Clark Hill Strasburger, Attn: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Darryl T. Landwehr, 935 Gravier Street, Suite 835, New Orleans, LA 70112-1727 |
| aty | + | Emile Joseph, Jr., Allen & Gooch, P O Box 81129, Lafayette, LA 70598-1129 |
| aty | + | Peter J. Segrist, Carver Darden et al, 1100 Poydras St., Ste 3100, New Orleans, LA 70163-1102 |
| aty | + | Petro Amigos Supply, Inc., c/o Wayne Kitchens, Total Plaza, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| aty | + | Ronald Savoie, Jackson & Jackson, P.L.L.C., 111 Founders Drive, Suite 400, Baton Rouge, LA 70810-8959 |
| cr | + | A2D TECHNOLOGIES, INC. D/B/A TGS GEOLOGICAL PRODUC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Aker Solutions Inc., Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Anahuac Independent School District, c/o Owen M. Sonik, 1235 North Loop West, Houston, TX 77008-1758 |
| cr | + | Ankor E&P Holdings Corporation, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| cr | + | Ankor Energy LLC, c/o Looper Goodwine P.C., Attn: Paul J. Goodwine, 650 Poydras Street, Suite 2400, New Orleans, LA 70130-6171 |
| intp | + | Apache Corporation, Hunton Andrews Kurth LLP, Attn: Robin Russell, 600 Travis Street, Suite 4200 Houston, TX 77002-2929 |
| cr | + | Archrock Services, LP, 16666 North Chase Dr., Houston, TX 77060-6014 |
| cr | + | Aspen American Insurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| intp | + | BP Exploration & Production Inc., c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Bay City Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Bedrock Petroleum Consultants, LLC, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Brian Cloyd, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Broussard Brothers, Inc., 501 S. Main St., Abbeville, LA 70510, US 70510-6508 |
| cr | + | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | CETCO Energy Services Company, LLC, c/o Rudy Urban, Credit TXManager, Cetco Energy Services., LLC, 635 Brake Ridge Court, Seymour, TN 37865 |
| cr | + | Chambers County, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Claboryan Lewis, Broussard & David, 557 Jefferson street, Lafayette, LA 70501-6905 |
| cr | + | Colorado County, c/o John T. Banks, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| cr | + | ConocoPhillips Company, c/o Locke Lord LLP, c/o Bradley C. Knapp, 601 Poydras Street, Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Core Industries, Inc., PO Box 350, Mobile, AL 36601-0350 |

| District/off: 0541-4 | User: TylerLaws | Page 2 of 16 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

| | | |
|---|---|---|
| cr | | Cortex Business Solutions USA LLC, c/o Sprouse Law Firm, 901 Mopac Expressway South, Building 1, Suite 300 Austin, TX 78746 |
| cr | + | DLS, LLC, P.O. Box 309, Lydia, LA 70569-0309 |
| cr | + | DeepSea Quality Consulting, Inc., c/o Ben L. Aderholt, Coats Rose, P.C., 9 Greenway, Suite 1000 Houston, TX 77046-0900 |
| cr | + | Dickinson Independent School District, c/o Owen M. Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Discovery Gas Transmission LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Diversified Well Logging, LLC, C/O Dore Rothberg McKay, PC, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | EOG Resources, Inc., c/o Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton St., Ste 1000, Fort Worth, TX 76102-3727 |
| cr | + | EnVen Energy Ventures, LLC, 609 Main Street, Suite 3200, Houston, TX 77002-3276 |
| cr | + | Everest Reinsurance Company, c/o Randall A. Rios, Husch Blackwell LLP, 600 Travis Street, Suite 2350, Houston, TX 77002-2629 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | | Gibson Applied Technology & Enginnering, 1630 Park Ten Place, Suite 206, Houston, TX 77084 |
| cr | + | Gulfstar One LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| intp | + | Helis Oil & Gas Company, LLC, c/o J. David Forsyth, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| cr | + | Ignition Systems & Controls, Inc., c/o Todd Barron Thomason Hudman & Bebout, Attn: Rafael Rodriguez, 3800 E. 42nd Street, Suite 409, Odessa, TX 79762-5928 |
| cr | + | JX Nippon Oil Exploration (U.S.A.) Limited, c/o GIEGER, LABORDE & LAPEROUSE, L.L.C., 5151 SAN FELIPE, SUITE 750, Houston, TX 77056-3646 |
| intp | + | Jackson Walker LLP, c/o Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| cr | + | LLOG Exploration Company, LLC, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J. Goodwine, New Orleans, LA 70130-6171 |
| cr | + | Lewis Andrews, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| cr | + | Lexon Insurance Company and Endurance American Ins, Harris Beach PLLC, c/o Lee E. Woodard, Esq., 333 West Washing St., Ste. 200, Syracuse, NY 13202-5202 |
| cr | + | Macquarie Corporate and Asset Funding Inc., c/o John M. Castillo, 130 E Travis Street, Suite 350, San Antonio, TX 78205-1784 |
| cr | + | Magnum Mud Equipment Co., Inc., Post Office Box 4258, Houma, LA 70361, UNITED STATES 70361-4258 |
| cr | + | Marathon Oil Company, c/o Clay M. Taylor, Bonds Ellis Eppich Schafer Jones LLP, 420 Throckmorton Street, Suite 1000, Fort Worth, TX 76102-3727 |
| cr | + | Martin Energy Services LLC, c/o Robert P. Franke, Clark Hill Strasburger, 901 Main St., Suite 6000, Dallas, TX 75202-3748 |
| cr | + | McMoran Oil & Gas LLC, 1615 Poydras Street, Suite 600, New Orleans, LA 70112-1238 |
| cr | + | Merit Energy Company, Locke Lord Bissell & Liddell LLP, Attn: Philip Eisenberg, 600 Travis Street, Suite 3400 Houston, TX 77002-2926 |
| cr | #+ | Milorad Raicevic, 3701 Kirby Drive, Suite 1000, Houston, TX 77098-3928 |
| cr | + | Noble Energy, Inc., c/o Andrews Myers, PC, 1885 Saint James Place, 15th Floor, Houston, Tx 77056-4175 |
| cr | + | Patrick Burnett, c/o Cain & Skarnulis LLP, 400 W. 15th Street, Suite 900, Austin, TX 78701-1659 |
| op | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| intp | | Railroad Commission of Texas, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Red Willow Offshore, LLC, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Regis Southern, c/o Reese Baker, 950 Echo Lane Ste 300, Houston, TX 77024-2824 |
| cr | + | SBM Gulf Production LLC, c/o Ken Green, Snow Spence Green LLP, P O Box 549, Hockley, TX 77447-0549 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Sheldon Independent School District, c/o Owen M. Sonk, PBFCM, LLP, 1235 N. Loop W., Suite 600, Houston, TX 77008-1772 |
| cr | + | Sheldon Independent School District, et al, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | + | Solar Turbines Incorporated, 100 N.E. Adams, Peoria, IL 61629-0001 |
| cr | + | Superior Performance, Inc., c/o S. Mayer Law, P.O. Box 6542, Houston, TX 77265, UNITED STATES 77265-6542 |
| intp | + | TC Oil Louisiana, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | TETRA Technologies, Inc., Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, c/o Zachary McKay, Houston, TX 77084-4927 |
| cr | + | TGS AP Investments AS, c/o Andrew A Braun, Geiger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company, c/o Andrew A Braun, Gieger, Laborde & Laperouse, LLC, Suite 4800, 701 Poydras St., New Orleans, LA 70139 US 70139-7756 |
| cr | + | TGS-NOPEC Geophysical Company ASA, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| intp | + | Tana Exploration Company, LLC, c/o Wick Phillips Attn: Jason Rudd, 3131 McKinney Ave., Suite 100, Dallas, TX 75204-2430 |
| cr | + | Tetra Applied Technologies, Inc., c/o Zachary S. McKay, Dore Rothberg McKay, P.C., 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| intp | | Texas General Land Office, c/o Office of the Attorney General, Bankruptcy & Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | + | Transcontinental Gas Pipe Line Company, LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Trendsetter Engineering, Inc., 10430 Rodgers Road, Houston, TX 77070, UNITED STATES 77070-1642 |
| cr | + | Trinity Bay Conservation District, c/o Owen M.Sonik, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| cr | + | Trunkline Field Services LLC, 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | U.S. Specialty Insurance Company, c/o Locke Lord LLP, ATTN: Philip Eisenberg, 600 Travis Street, Suite 2800, Houston, TX 77002-2914 |
| cr | | Universal Equipment, Inc., c/o Christopher J. Piasecki, Davidson Meaux, Post Office Box 2908, Lafayette, La 70502-2908 |

| | | |
|---|---|---|
| cr | + | Valaris plc, Matthew D. Cavenaugh, Jackson Walker LLP, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| cr | + | WFS Liquids LLC, c/o Steven W. Soule', Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | West Cameron Dehydration Company, L.L.C., 1300 Main Street, Houston, TX 77002-6803 |
| cr | + | Westerngeco LLC, c/o Andrew A Braun, Gieger Laborde & Laperouse, LLC, Suite 4800, 701 Poydras Street, New Orleans, LA 70139 US 70139-7756 |
| cr | + | Williams Field Services-Gulf Coast Company LLC, c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200 Tulsa, OK 74103-3705 |
| cr | + | Zurich American Insurance Company, c/o Duane Brescia, 720 Brazos Street, Suite 700, Austin, TX 78701-2531 |

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnkatty@aldineisd.org | Mar 16 2021 20:31:00 | Aldine ISD, Legal Department, 2520 WWThorne Dr., Houston, TX 77073-3406 |
| cr | + | Email/Text: SPECK@LAWLA.COM | Mar 16 2021 20:31:00 | Atlantic Maritime Services, LLC, c/o Stewart F. Peck, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130, UNITED STATES 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 16 2021 20:30:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Mar 16 2021 20:31:00 | Deligans Valves, Inc., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 16 2021 20:30:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 16 2021 20:30:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O John P. Dillman, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: BKADDEN@LAWLA.COM | Mar 16 2021 20:31:00 | Heartland Compression Services, L.L.C., c/o Benjamin W. Kadden, Lugenbuhl Wheaton Peck Rankin & Hubbard, 601 Poydras Street, Suite 2775, New Orleans, LA 70130-6041 |
| cr | + | Email/Text: bankruptcy@islandoperating.com | Mar 16 2021 20:31:00 | Island Operating Company Inc, 770 S Post Oak Lane, Suite 400, Houston, TX 77056-6666 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 16 2021 20:30:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 16 2021 20:30:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: pwp@pattiprewittlaw.com | Mar 16 2021 20:29:00 | Plains Gas Solutions, c/o Law Ofc Patricia Williams Prewitt, 10953 Vista Lake Ct., Navasota, TX 77868, UNITED STATES 77868-6981 |
| cr | | Email/Text: ar@supremeservices.com | Mar 16 2021 20:28:00 | Supreme Service & Specialty Co. Inc., Attn: Freddy Bourgeois, 204 Industrial Ave. C, Houma, LA 70363 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 2M Oilfield Group Inc. |

Case 20-33948   Document 1057   Filed in TXSB on 03/18/21   Page 5 of 17

| District/off: 0541-4 | User: TylerLaws | Page 4 of 16 |
| --- | --- | --- |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

| | |
| --- | --- |
| cr | A-Port LLC |
| cr | AGGREKO, LLC |
| cr | AGI Industries Inc |
| cr | AGI Packaged Pump Systems |
| cr | Acadian Contractors, Inc |
| cr | Ad Hoc Group of Secured Lenders |
| cr | Archrock Partners Operating, LLC and Archrock Serv |
| cr | Aubrey Wild |
| cr | Berkley Insurance Company |
| cr | CCG Services (U.S.) Inc. |
| cr | CNOOC Petroleum Offshore U.S.A. Inc. |
| cr | CTD Legacy LLC |
| intp | Cantor Fitzgerald Securities, as DIP Agent |
| cr | Chevron U.S.A. Inc. |
| cr | Cortland Capital Market Services LLC |
| cr | Cox Oil, LLC, Cox Operating LLC, Energy XXI GOM, L |
| cr | Deep Sea Development Services, Inc., 19219Katy Freeway, Suite 260, Houston, UNITED STATES |
| cr | Derrick Daniels |
| cr | Diamond Oil Field Supply Inc |
| cr | Diverse Safety & Scaffolding, LLC |
| intp | Ecopetrol America LLC |
| cr | Ecopetrol America LLC |
| cr | Edward Randall, Individually and as Representative |
| intp | Eni Petroleum US LLC |
| intp | Eni US Operating Co. Inc. |
| cr | ExxonMobil Corporation |
| intp | Facilities Consulting Group, LLC |
| cr | Florida Gas Transmission Company, LLC |
| cr | Goldman Sachs Bank USA |
| cr | HB Rentals, LC |
| cr | HCC International Insurance Company PLC |
| cr | HHE Energy Company |
| cr | Halliburton Energy Services, Inc. |
| cr | Hess Corporation |
| cr | Hunt Oil Company, Chieftain International (U.S.) L |
| cr | ITC Global, Inc. |
| cr | Infinity Valve & Supply LLC |
| cr | Intracoastal Liquid Mud, Inc., UNITED STATES |
| intp | Kilgore Marine |
| cr | LLOG Energy, L.L.C. |
| cr | LLOG Exploration Offshore, L.L.C. |
| cr | Lavaca County |
| cr | Liberty Mutual Insurance Company |
| cr | Linear Controls, Inc. |
| cr | Live Oak CAD |
| cr | Louisiana Safety Systems, Inc. |
| intp | Manta Ray Offshore Gathering Company, L.L.C. |
| cr | Moodys Investors Service, Inc. |
| cr | Multiklient Invest AS |
| cr | NOV Process & Flow Technologies US, Inc. |
| cr | National Oilwell Varco, L.P. |
| intp | Nautilus Pipeline Company, L.L.C. |
| cr | North American Specialty Insurance Company |
| cr | Oceaneering International Inc. |
| cr | Oil States Energy Services, LLC |
| cr | Partco, LLC |
| cr | Philadelphia Indemnity Insurance Company |
| cr | Process Piping Materials, Inc. |
| cr | R360 Environmental Solutions, LLC |
| intp | RLI Insurance Company |
| cr | Renaissance Offshore, LLC |
| cr | Republic Helicopters, Inc. |
| cr | Ridgewood Energy Corporation |

| District/off: 0541-4 | User: TylerLaws | Page 5 of 16 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

| | | |
|---|---|---|
| cr | | Rio Grande City CISD |
| cr | | SM Energy Company |
| cr | | Samson Contour Energy E & P, LLC |
| cr | | Samson Offshore Mapleleaf, LLC |
| cr | | Sea Robin Pipeline Company, LLC |
| cr | | Sirius America Insurance Company |
| cr | | Starr County |
| cr | | State of Louisiana, Department of Natural Resource |
| cr | | Stingray Pipeline Company, LLC |
| intp | | Subsea 7 LLC |
| cr | | Superior Energy Services, L.L.C. |
| cr | | Talos Energy Inc. |
| cr | | Talos Energy LLC |
| cr | | The Hanover Insurance Company |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Toys O'Neil |
| cr | | Travelers Casualty and Surety Company of America |
| cr | | Trunkline Gas Company, LLC |
| cr | | U.S. Department of the Interior |
| cr | | Valero Marketing and Supply Company |
| cc | | Valero Marketing and Supply Company |
| cr | | W&T Offshore, Inc. |
| cr | | Warrior Energy Services Corporation |
| cr | | Wild Well Control, Inc. |
| cr | | Workstrings International, LLC |
| cr | | XH LLC |
| cr | | XL Specialty Insurance Co |
| cr | | XL Systems, L.P. |
| cr | | XTO Energy, Inc. |
| cr | | XTO Offshore, Inc. |
| db | *+ | Fieldwood Energy Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cd | *+ | Fieldwood Energy LLC, 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |

TOTAL: 94 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron James Power | |
| | on behalf of Interested Party Subsea 7 LLC apower@porterhedges.com  egarfias@porterhedges.com;ysanders@porterhedges.com |
| Alfredo R Perez | |
| | on behalf of Debtor Fieldwood Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com;erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |

District/off: 0541-4 | User: TylerLaws | Page 6 of 16
Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111

| | |
|---|---|
| Alfredo R Perez | on behalf of Plaintiff Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy SP LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Onshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood SD Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Bandon Oil and Gas GP LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy Inc. alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy Offshore LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Galveston Bay Processing LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Plaintiff Fieldwood Energy LLC et al. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Fieldwood Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Galveston Bay Pipeline LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor FW GOM Pipeline Inc. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Bandon Oil and Gas LP alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor GOM Shelf LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Alfredo R Perez | on behalf of Debtor Dynamic Offshore Resources NS LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;brenda.funk@weil.com,erin.choi@weil.com;clifford.carlson@weil.com;justin.pitcher@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;erin.choi@weil.com;jake.rutherford@ |
| Andrew A Braun | on behalf of Creditor Westerngeco LLC abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor TGS-NOPEC Geophysical Company ASA abraun@glllaw.com |
| Andrew A Braun | on behalf of Creditor TGS-NOPEC Geophysical Company abraun@glllaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 7 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Andrew A Braun
    on behalf of Creditor A2D TECHNOLOGIES INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES abraun@glllaw.com

Andrew A Braun
    on behalf of Creditor TGS AP Investments AS abraun@glllaw.com

Audrey Lorene Hornisher
    on behalf of Creditor Martin Energy Services LLC audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com

Barnet B Skelton, Jr
    on behalf of Creditor Red Willow Offshore LLC barnetbjr@msn.com

Ben L Aderholt
    on behalf of Creditor DeepSea Quality Consulting Inc. baderholt@coatsrose.com, vhernandez@coatsrose.com

Benjamin W Kadden
    on behalf of Creditor Deligans Valves Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Superior Energy Services L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Workstrings International LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor HB Rentals LC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Heartland Compression Services L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Warrior Energy Services Corporation bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Creditor Wild Well Control Inc. bkadden@lawla.com, mnguyen@lawla.com

Bradley Clay Knapp
    on behalf of Creditor ConocoPhillips Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor Merit Energy Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor McMoran Oil & Gas LLC bknapp@lockelord.com Yamille.Harrison@lockelord.com

Bradley Clay Knapp
    on behalf of Creditor U.S. Specialty Insurance Company bknapp@lockelord.com Yamille.Harrison@lockelord.com

Brandon Kevin Bains
    on behalf of Creditor The Hanover Insurance Company bbains@l-llp.com langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor Liberty Mutual Insurance Company bbains@l-llp.com langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor Travelers Casualty and Surety Company of America bbains@l-llp.com langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Kevin Bains
    on behalf of Creditor XL Specialty Insurance Co bbains@l-llp.com langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker
    on behalf of Creditor Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Creditor XL Systems L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Creditor National Oilwell Varco L.P. brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Defendant Renaissance Offshore LLC brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Creditor NOV Process & Flow Technologies US Inc. brian.baker@stacybakerlaw.com

Bruce J Ruzinsky
    on behalf of Creditor Aker Solutions Inc. bruzinsky@jw.com msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 8 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Bruce J Ruzinsky
    on behalf of Interested Party Jackson Walker LLP bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Buffey E Klein
    on behalf of Creditor 2M Oilfield Group Inc. buffey.klein@huschblackwell.com
    tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

C Brannon Robertson
    on behalf of Defendant Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
    gabrielle.martinez@trialattorneytx.com

C Brannon Robertson
    on behalf of Creditor Valero Marketing and Supply Company brannon.robertson@trialattorneytx.com
    gabrielle.martinez@trialattorneytx.com

Catherine Diktaban
    on behalf of Interested Party Apache Corporation cdiktaban@huntonak.com

Charles A Beckham, Jr
    on behalf of Creditor Ad Hoc Group of Secured Lenders beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr
    on behalf of Interested Party Cantor Fitzgerald Securities  as DIP Agent beckhamc@haynesboone.com,
    kenneth.rusinko@haynesboone.com

Charles M Rubio
    on behalf of Creditor Island Operating Company Inc crubio@parkinslee.com
    7485062420@filings.docketbird.com;arodriguez@parkinslee.com

Christopher Joseph Piasecki
    on behalf of Creditor Universal Equipment  Inc. cpiasecki@davidsonmeaux.com

Clay Marshall Taylor
    on behalf of Creditor Marathon Oil Company clay.taylor@bondsellis.com  krista.hillman@bondsellis.com

Cynthia Castanon
    on behalf of Defendant Renaissance Offshore LLC Cynthia.castanon@stacybakerlaw.com

Cynthia Castanon
    on behalf of Creditor Renaissance Offshore  LLC Cynthia.castanon@stacybakerlaw.com

Danielle Rushing
    on behalf of Creditor Valero Marketing and Supply Company drushing@dykema.com

Danielle Rushing
    on behalf of Counter-Claimant Valero Marketing and Supply Company drushing@dykema.com

David S Elder
    on behalf of Creditor Oceaneering International Inc. dselder@foley.com  rdiep@foley.com

Deborah Daywood Williamson
    on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com
    maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Counter-Claimant Valero Marketing and Supply Company dwilliamson@dykema.com
    maraiza@dykema.com;lvasquez@dykema.com

Deborah Daywood Williamson
    on behalf of Defendant Valero Marketing and Supply Company dwilliamson@dykema.com
    maraiza@dykema.com;lvasquez@dykema.com

Deirdre Carey Brown, pllc
    on behalf of Creditor XTO Energy  Inc. dbrown@forsheyprostok.com,
    dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Deirdre Carey Brown, pllc
    on behalf of Creditor ExxonMobil Corporation dbrown@forsheyprostok.com
    dcbfirm@gmail.com;deirdrecbrown@yahoo.com;calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;dcb@ecf.courtdrive.com,dcb@dcbfirm.com

Diane Wade Sanders
    on behalf of Creditor Rio Grande City CISD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Lavaca County austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Live Oak CAD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Starr County austin.bankruptcy@publicans.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 9 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Donna T Parkinson
    on behalf of Creditor R360 Environmental Solutions  LLC donna@parkinsonphinney.com

Douglas Saul Friedman
    on behalf of Creditor Renaissance Offshore  LLC doug.friedman@stacybakerlaw.com

Douglas Saul Friedman
    on behalf of Defendant Renaissance Offshore LLC doug.friedman@stacybakerlaw.com

Duane J Brescia
    on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com,
    djaenike@clarkhill.com;ckclark@clarkhill.com;mshradley@clarkhill.com

Duane J Brescia
    on behalf of Creditor Zurich American Insurance Company dbrescia@clarkhill.com
    djaenike@clarkhill.com;ckclark@clarkhill.com;mshradley@clarkhill.com

Duane J Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com
    djaenike@clarkhill.com;ckclark@clarkhill.com;mshradley@clarkhill.com

Edward L Ripley
    on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood Energy Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood Energy LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Emilio Fernando DeAyala
    on behalf of Plaintiff Fieldwood SD Offshore LLC DeAyala@buckkeenan.com  myers@buckkeenan.com

Eric Michael English
    on behalf of Creditor Talos Energy Inc. eenglish@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English
    on behalf of Creditor Talos Energy LLC eenglish@porterhedges.com
    emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

H Kent Aguillard
    on behalf of Creditor DLS  LLC kaguillard@yhalaw.com, gneumeyer@yhalaw.com

Hector Duran, Jr
    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood SD Offshore LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood Energy LLC hmclaughlin@buckkeenan.com

Helen Hemingway McLaughlin
    on behalf of Plaintiff Fieldwood Energy Offshore LLC hmclaughlin@buckkeenan.com

J Robert Forshey
    on behalf of Creditor HHE Energy Company bforshey@forsheyprostok.com
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey
    on behalf of Creditor XH LLC bforshey@forsheyprostok.com
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey
    on behalf of Creditor XTO Offshore  Inc. bforshey@forsheyprostok.com,
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey
    on behalf of Creditor ExxonMobil Corporation bforshey@forsheyprostok.com
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J Robert Forshey
    on behalf of Creditor XTO Energy  Inc. bforshey@forsheyprostok.com,
    calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;jgonzalez@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;bforshey@ecf.courtdrive.com

J. David Forsyth
    on behalf of Interested Party Helis Oil & Gas Company  LLC jdf@sessions-law.com

| | |
|---|---|
| James B. Bailey | on behalf of Creditor Bedrock Petroleum Consultants  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com |
| James Harmon Hall | on behalf of Creditor Aubrey Wild James@chzfirm.com |
| James R Prince | on behalf of Creditor Hunt Oil Company  Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P. jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com |
| James Robert MacNaughton | on behalf of Creditor Gibson Applied Technology & Enginnering robert@porterpowers.com |
| James W Walker | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jwalker@coleschotz.com ahickey@coleschotz.com;amacias@coleschotz.com |
| Jameson Joseph Watts | on behalf of Creditor 2M Oilfield Group Inc. jameson.watts@huschblackwell.com penny.keller@huschblackwell.com;jameson-watts-4163@ecf.pacerpro.com;Christine.deacon@huschblackwell.com |
| Jan M Hayden | on behalf of Creditor Samson Contour Energy E & P  LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com |
| Jan M Hayden | on behalf of Creditor Samson Offshore Mapleleaf  LLC jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com;cbretz@bakerdonelson.com |
| Jason George | on behalf of Debtor Fieldwood Energy LLC jason.george@weil.com |
| Jason B. Binford | on behalf of Interested Party Railroad Commission of Texas Jason.binford@oag.texas.gov |
| Jason B. Binford | on behalf of Interested Party Texas General Land Office Jason.binford@oag.texas.gov |
| Jason M Rudd | on behalf of Interested Party Tana Exploration Company  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jason M Rudd | on behalf of Interested Party TC Oil Louisiana  LLC Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com |
| Jeffrey D. Carruth | on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jerome Harold Moroux | on behalf of Creditor Claboryan Lewis jerome@broussard-david.com |
| Jessica Liou | on behalf of Plaintiff Fieldwood Energy LLC Jessica.Liou@weil.com |
| Jessica Liou | on behalf of Debtor Fieldwood Energy LLC Jessica.Liou@weil.com |
| Joel Cameron Simon | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| Joel Cameron Simon | on behalf of Counter-Claimant Valero Marketing and Supply Company joel.simon@trialattorneytx.com |
| John A Mouton, III | on behalf of Creditor Process Piping Materials  Inc. john@jmoutonlaw.com |
| John A Mouton, III | on behalf of Creditor Derrick Daniels john@jmoutonlaw.com |
| John A Mouton, III | on behalf of Creditor Intracoastal Liquid Mud  Inc. john@jmoutonlaw.com |
| John E Mitchell | on behalf of Creditor Stingray Pipeline Company  LLC john.mitchell@katten.com |
| John E Mitchell | on behalf of Creditor Sea Robin Pipeline Company  LLC john.mitchell@katten.com |
| John E Mitchell | on behalf of Creditor Florida Gas Transmission Company  LLC john.mitchell@katten.com |
| John E Mitchell | on behalf of Creditor Trunkline Gas Company  LLC john.mitchell@katten.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 11 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

John E.W. Baay, II
    on behalf of Creditor LLOG Energy  L.L.C. jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor Westerngeco LLC jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS-NOPEC Geophysical Company jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor LLOG Exploration Offshore  L.L.C. jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS AP Investments AS jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor A2D TECHNOLOGIES  INC. D/B/A TGS GEOLOGICAL PRODUCTS AND SERVICES jbaay@glllaw.com

John E.W. Baay, II
    on behalf of Creditor TGS-NOPEC Geophysical Company ASA jbaay@glllaw.com

John F Higgins, IV
    on behalf of Interested Party Kilgore Marine jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John P Dillman
    on behalf of Creditor Galveston County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Rio Grande City CISD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Starr County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Live Oak CAD houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Lavaca County houston_bankruptcy@publicans.com

John P Dillman
    on behalf of Creditor Matagorda County houston_bankruptcy@publicans.com

John S Mayer
    on behalf of Creditor Solar Turbines Incorporated jmayer@rossbanks.com

John T Banks
    on behalf of Creditor Colorado County jbanks@pbfcm.com  jbanks@ecf.inforuptcy.com

John Zachary Balasko
    on behalf of Creditor U.S. Department of the Interior john.z.balasko@usdoj.gov

Joseph Lomax Jordan, Jr
    on behalf of Creditor AGI Industries Inc maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joseph Lomax Jordan, Jr
    on behalf of Creditor AGI Packaged Pump Systems maxjordanlaw@lusfiber.net  maxjordan@cox.net

Joshua Nielson Eppich
    on behalf of Creditor EOG Resources  Inc. Joshua@BondsEllis.com, Joyce.Rehill@BondsEllis.com

Joshua W. Wolfshohl
    on behalf of Creditor Diverse Safety & Scaffolding  LLC jwolfshohl@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Juan M Castillo
    on behalf of Creditor Macquarie Corporate and Asset Funding Inc. jcastillo@fcbtxlaw.com  anichols@fcbtxlaw.com

Karl Daniel Burrer
    on behalf of Interested Party BP Exploration & Production Inc. burrerk@gtlaw.com  jamrokg@gtlaw.com,

Kenneth P. Green
    on behalf of Creditor SBM Gulf Production LLC ken@snow-green.com  janis@snow-green.com;laura@snow-green.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 12 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Kevin Chiu
    on behalf of Creditor EnVen Energy Ventures  LLC kevin.chiu@bakerbotts.com

Kevin M Maraist
    on behalf of Creditor Archrock Services  LP kmaraist@albmlaw.com

Kevin M Maraist
    on behalf of Creditor Archrock Partners Operating  LLC and Archrock Service LP kmaraist@albmlaw.com

Lambert M Laperouse
    on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited laperouse@glllaw.com  hherrick@glllaw.com

Larry Preston Walton
    on behalf of Creditor Deep Sea Development Services  Inc. larrypwalton@larrypwalton.com

Leann Opotowsky Moses
    on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com
Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses
    on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com,
Langley@carverdarden.com;8167471420@filings.docketbird.com

Lee E Woodard
    on behalf of Creditor Lexon Insurance Company and Endurance American Insurance Company LWoodard@HarrisBeach.com
efilings@harrisbeach.com

Lisa Ann Powell
    on behalf of Creditor Oil States Energy Services  LLC Lisa.Powell@fisherbroyles.com

Lisa M. Norman
    on behalf of Creditor Noble Energy  Inc. lnorman@andrewsmyers.com, kbocco@andrewsmyers.com

Lisa M. Norman
    on behalf of Creditor Chevron U.S.A. Inc. lnorman@andrewsmyers.com  kbocco@andrewsmyers.com

Lloyd A. Lim
    on behalf of Creditor ITC Global  Inc. llim@balch.com, rkubanda@balch.com;nmata@balch.com;smckitt@balch.com

Lynda Lee Lankford
    on behalf of Creditor XTO Energy  Inc. llankford@forsheyprostok.com,
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Lynda Lee Lankford
    on behalf of Creditor ExxonMobil Corporation llankford@forsheyprostok.com
calendar@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com

Mark Alan Platt
    on behalf of Creditor CCG Services (U.S.) Inc. mplatt@fbtlaw.com  aortiz@fbtlaw.com

Mark D Sherrill
    on behalf of Interested Party Nautilus Pipeline Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark D Sherrill
    on behalf of Interested Party Manta Ray Offshore Gathering Company  L.L.C. marksherrill@eversheds-sutherland.com

Mark S Finkelstein
    on behalf of Creditor Trendsetter Engineering  Inc. mfinkelstein@smfadlaw.com, rjones@smfadlaw.com

Marvin E Sprouse, III
    on behalf of Creditor Cortex Business Solutions USA LLC msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Matthew D Cavenaugh
    on behalf of Defendant Atlantic Maritime Services LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
    on behalf of Creditor Atlantic Maritime Services  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh
    on behalf of Creditor Valaris plc mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew J. Pyeatt
    on behalf of Creditor Goldman Sachs Bank USA mpyeatt@velaw.com

Melissa E Valdez
    on behalf of Creditor Sheldon Independent School District mvaldez@pbfcm.com
osonik@pbfcm.com,tpope@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Fishel
    on behalf of Interested Party Ridgewood Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Case 20-33948   Document 1057   Filed in TXSB on 03/18/21   Page 14 of 17

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 13 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Michael Fishel
    on behalf of Interested Party ILX Prospect Katmai  LLC mfishel@sidley.com,
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael Fishel
    on behalf of Creditor Ridgewood Energy Corporation mfishel@sidley.com
michael-fishel-4347@ecf.pacerpro.com;txefilingnotice@sidley.com

Michael D Warner
    on behalf of Interested Party The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael Edward Collins
    on behalf of Creditor Philadelphia Indemnity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com

Michael P Ridulfo
    on behalf of Creditor Multiklient Invest AS mridulfo@krcl.com  rcoles@krcl.com

Nicolette Zulli
    on behalf of Creditor Moodys Investors Service  Inc. njzulli@duanemorris.com,
mlara@duanemorris.com;ANieto@duanemorris.com

Omar Jesus Alaniz
    on behalf of Creditor Hess Corporation oalaniz@reedsmith.com
omar-alaniz-2648@ecf.pacerpro.com;jkrasnic@reedsmith.com;srhea@reedsmith.com

Owen Mark Sonik
    on behalf of Creditor Anahuac Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
    on behalf of Creditor Bay City Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
    on behalf of Creditor Chambers County osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
    on behalf of Creditor Trinity Bay Conservation District osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
    on behalf of Creditor Dickinson Independent School District osonik@pbfcm.com
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Owen Mark Sonik
    on behalf of Creditor Sheldon Independent School District  et al osonik@pbfcm.com,
osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Patricia Williams Prewitt
    on behalf of Creditor Plains Gas Solutions pwp@pattiprewittlaw.com  pattiprewittlaw@gmail.com

Patrick Andrew Kelly
    on behalf of Creditor Chevron U.S.A. Inc. pkelly@andrewsmyers.com

Patrick M. Shelby
    on behalf of Creditor A-Port LLC rick.shelby@phelps.com  trisha.crombie@phelps.com

Patrick M. Shelby
    on behalf of Creditor Linear Controls  Inc. rick.shelby@phelps.com, trisha.crombie@phelps.com

Paul Joseph Goodwine
    on behalf of Creditor Ankor Energy LLC pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine
    on behalf of Creditor Ankor E&P Holdings Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine
    on behalf of Interested Party Apache Corporation pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Paul Joseph Goodwine
    on behalf of Creditor LLOG Exploration Company  LLC pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;smarrone@loopergoodwine.com

Peter C D'Apice
    on behalf of Creditor CNOOC Petroleum Offshore U.S.A. Inc. dapice@sbep-law.com

Philip G Eisenberg
    on behalf of Creditor W&T Offshore  Inc. peisenberg@lockelord.com

| | |
|---|---|
| Philip G Eisenberg | on behalf of Creditor HCC International Insurance Company PLC peisenberg@lockelord.com |
| Philip G Eisenberg | on behalf of Creditor U.S. Specialty Insurance Company peisenberg@lockelord.com |
| Philip T DeBaillon | on behalf of Creditor Infinity Valve & Supply LLC phil@philyourlawyer.com |
| Phillip W Nelson | on behalf of Creditor Cortland Capital Market Services LLC phillip.nelson@hklaw.com |
| Rafael Rodriguez | on behalf of Creditor Ignition Systems & Controls  Inc. rrodriguez@toddlawfirm.com |
| Randall A Rios | on behalf of Creditor Aspen American Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Sirius America Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Berkley Insurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randall A Rios | on behalf of Creditor Everest Reinsurance Company Randy.Rios@huschblackwell.com randy-rios-2903@ecf.pacerpro.com |
| Randy W Williams | on behalf of Creditor Patrick Burnett rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | on behalf of Creditor Brian Cloyd rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Randy W Williams | on behalf of Creditor Lewis Andrews rww@bymanlaw.com rww.trustee1@gmail.com;Bymanassociatespllc@jubileebk.net |
| Reese W Baker | on behalf of Creditor Regis Southern courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Richard A. Kincheloe | on behalf of Creditor U.S. Department of the Interior Richard.Kincheloe@usdoj.gov caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov |
| Richard Andrew Howell | on behalf of Defendant Sanare Energy Partners LLC RAHowell@JW.com mmcclenathen@jw.com;kgradney@jw.com;dtrevino@jw.com |
| Richard M Gaal | on behalf of Creditor Core Industries  Inc. rgaal@mcdowellknight.com, pholder@mcdowellknight.com;mkrscourtdocs@gmail.com;ctiblier@mcdowellknight.com;cjoiner@mcdowellknight.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood SD Offshore LLC rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy Offshore LLC rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Plaintiff Fieldwood Energy LLC rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Counter-Defendant Fieldwood Energy LLC rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L. Marrero | office@bobmarrero.com |
| Robert P Franke | on behalf of Creditor Martin Energy Services LLC robert.franke@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com;audrey.hornisher@clarkhillstrasburger.com |
| Ryan Dodson Dry | on behalf of Interested Party RLI Insurance Company rdry@krebsfarley.com khaley@krebsfarley.com |
| Ryan E Chapple | on behalf of Creditor Patrick Burnett rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Creditor Brian Cloyd rchapple@cstrial.com aprentice@cstrial.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: TylerLaws | Page 15 of 16 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111 |

Ryan E Chapple
    on behalf of Creditor Lewis Andrews rchapple@cstrial.com aprentice@cstrial.com

Ryan Michael Seidemann
    on behalf of Creditor State of Louisiana Department of Natural Resources seidemannr@ag.state.la.us, lentoc@ag.state.la.us

Sean B Davis
    on behalf of Creditor SM Energy Company sbdavis@winstead.com mmingo@winstead.com

Serajul F Ali
    on behalf of Creditor U.S. Department of the Interior serajul.ali@usdoj.gov

Shari L Heyen
    on behalf of Interested Party BP Exploration & Production Inc. heyens@gtlaw.com jamrokg@gtlaw.com

Shelley B Marmon
    on behalf of Creditor Republic Helicopters Inc. samarmon@cjmhlaw.com

Simon Richard Mayer
    on behalf of Creditor U.S. Specialty Insurance Company simon.mayer@lockelord.com Autodocket@lockelord.com

Simon Richard Mayer
    on behalf of Creditor HCC International Insurance Company PLC simon.mayer@lockelord.com Autodocket@lockelord.com

Stanwood R Duval
    on behalf of Creditor Magnum Mud Equipment Co. Inc. stan@duvallawfirm.com

Stephen Douglas Statham
    on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Stephen Jacob Humeniuk
    on behalf of Creditor Cox Oil LLC, Cox Operating LLC, Energy XXI GOM, LLC, Energy XXI Gulf Coast, Inc., Energy XXI Onshore, LLC, Energy XXI Pipeline, LLC, Energy XXI Pipeline I, LLC, Energy XXI Pipeline II, LLC, M21K, LLC Stephen.humeniuk@lockelord.com, molly.batiste-debose@lockelord.com;Autodocket@lockelord.com

Steven W Soule
    on behalf of Creditor Discovery Gas Transmission LLC ssoule@hallestill.com

Steven W Soule
    on behalf of Creditor Transcontinental Gas Pipe Line Company LLC ssoule@hallestill.com

Steven W Soule
    on behalf of Creditor WFS Liquids LLC ssoule@hallestill.com

Steven W Soule
    on behalf of Creditor Gulfstar One LLC ssoule@hallestill.com

Steven W Soule
    on behalf of Creditor Williams Field Services-Gulf Coast Company LLC ssoule@hallestill.com

Stewart F Peck
    on behalf of Defendant Atlantic Maritime Services LLC speck@lawla.com

Stewart F Peck
    on behalf of Creditor Atlantic Maritime Services LLC speck@lawla.com

Suzanne K. Rosen
    on behalf of Creditor ExxonMobil Corporation srosen@forsheyprostok.com calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Suzanne K. Rosen
    on behalf of Creditor XTO Energy Inc. srosen@forsheyprostok.com, calendar@forsheyprostok.com;srosen@ecf.courtdrive.com;calendar_0573@ecf.courtdrive.com;lbreedlove@forsheyprostok.com

Sylvia Ann Mayer
    on behalf of Creditor Superior Performance Inc. smayer@smayerlaw.com

Sylvia Ann Mayer
    on behalf of Creditor Louisiana Safety Systems Inc. smayer@smayerlaw.com

T. Josh Judd
    on behalf of Creditor Edward Randall Individually and as Representative of the Estate of Christopher Todd Randall, Deceased jjudd@andrewsmyers.com, sray@andrewsmyers.com

Thomas A Howley
    on behalf of Creditor Genesis Energy L.P. tom@howley-law.com, roland@howley-law.com

Thomas G Gruenert
    on behalf of Creditor AGGREKO LLC tgruenert@gruenertlawgroup.com

Thomas Scott Leo
    on behalf of Creditor North American Specialty Insurance Company sleo@leolawpc.com emartinez@leolawpc.com

District/off: 0541-4 | User: TylerLaws | Page 16 of 16
Date Rcvd: Mar 16, 2021 | Form ID: pdf002 | Total Noticed: 111

Timothy Aaron Million
    on behalf of Creditor Sirius America Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
    on behalf of Creditor Aspen American Insurance Company tim.million@huschblackwell.com
    tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
    on behalf of Creditor Everest Reinsurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Timothy Aaron Million
    on behalf of Creditor Berkley Insurance Company tim.million@huschblackwell.com  tim-million-3360@ecf.pacerpro.com

Travis McRoberts
    on behalf of Interested Party Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

Travis McRoberts
    on behalf of Creditor Ecopetrol America LLC travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot
    on behalf of Creditor Acadian Contractors  Inc ttheriot@acadiancontractors.com

Victoria V Theriot
    on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Wayne Kitchens
    on behalf of Attorney Petro Amigos Supply  Inc. jwk@hwallp.com, dkokenes@hwallp.com

William Alfred Wood, III
    on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III
    on behalf of Interested Party Eni US Operating Co. Inc. Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Ross Spence
    on behalf of Creditor Supreme Service & Specialty Co. Inc. ross@sdllaw.com
    brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

William Shanler Robbins
    on behalf of Creditor Partco  LLC wrobbins@stewartrobbins.com,
    wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Yelena Archiyan
    on behalf of Creditor Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan
    on behalf of Creditor Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
    on behalf of Creditor West Cameron Dehydration Company  L.L.C. yelena.archiyan@katten.com

Yelena Archiyan
    on behalf of Creditor Florida Gas Transmission Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
    on behalf of Creditor Stingray Pipeline Company  LLC yelena.archiyan@katten.com

Yelena Archiyan
    on behalf of Creditor Trunkline Gas Company  LLC yelena.archiyan@katten.com

Zachary S McKay
    on behalf of Creditor Tetra Applied Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
    on behalf of Creditor TETRA Technologies  Inc. zmckay@dorelawgroup.net, chymel@dorelawgroup.net

Zachary S McKay
    on behalf of Creditor Diversified Well Logging  LLC zmckay@dorelawgroup.net, chymel@dorelawgroup.net

TOTAL: 269