

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
03/19/2021

# Motion and Order for Admission *Pro Hac Vice*

| Division | Marvin Isgur | Main Case Number | 20-33948 |
|---|---|---|---|
| | Debtor | In Re: | Fieldwood Energy LLC, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kelly E. Singer<br>Squire Patton Boggs (US) LLP<br>1 East Washington Street, Suite 2700<br>Phoenix, AZ 85004<br>Telephone: 602-528-4000<br>Email: kelly.singer@squirepb.com<br>Arizona, 022024<br>U.S. District Court, District of Arizona, Admitted 10/22/02 |
|---|---|

| Name of party applicant seeks to appear for: | Ecopetrol America LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | 3/18/2021 | Signed: | /s/ Kelly E. Singer |
|---|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:   Clerk's signature: |

**Order**     **This lawyer is admitted *pro hac vice*.**

Signed: March 19, 2021

Marvin Isgur
United States Bankruptcy Judge