IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY'S COLLECTIVE AMENDED WITNESS AND EXHIBIT LIST FOR MARCH 24, 2021 VIDEO/TELEPHONIC HEARING**
(Relates to Docket Nos. 723, 724, and 1022)

Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company (the "Sureties"), by and through their undersigned counsel, hereby file this amended witness and exhibit list (the "Witness and Exhibit List") for the video/telephonic hearing scheduled for March 24, 2021 at 1:30 p.m. (CST) (the "Hearing"):

**WITNESSES**

The Sureties may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any witness required for rebuttal.

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

## **EXHIBITS**

The Sureties may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| A. | Spreadsheet of the Sureties' surety bonds (demonstrative) | | | | |
| B. | Copies of each of the Sureties' surety bonds | | | | |
| C. | Copies of each of the Sureties' indemnity agreements | | | | |
| | Any exhibit designated by any other party | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Sureties reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

*[Remainder of page intentionally left blank]*

Dated: March 19, 2021

        HUSCH BLACKWELL LLP

        By: _/s/ Randall A. Rios_
        Randall A. Rios
        State Bar No. 16935865
        Timothy A. Million
        State Bar No. 24051055
        600 Travis, Suite 2350
        Houston, Texas 77002
        Tel: 713-525-6226
        Fax: 713-647-6884
        Email: randy.rios@huschblackwell.com
        Email: tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Jase A. Brown, Esq. (admitted *pro hac vice*)
(jbrown@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2021, a true and correct copy of the foregoing document was served as provided by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              /s/ *Timothy A. Million*
                                                              Timothy A. Million