# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, L.L.C. *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | |
| | § | |

## MERIT ENERGY COMPANY, LLC'S JOINDER IN THE DISCLOSURE STATEMENT OBJECTION OF FREEPORT-MCMORAN OIL & GAS LLC AND MCMORAN OIL & GAS LLC

Merit Energy Company, LLC ("Merit") files this joinder to the Disclosure Statement Objection of Freeport-McMoRan Oil & Gas LLC ("FMOG") and McMoRan Oil & Gas LLC ("MMR") (collectively, "McMoRan"), *Objection To Disclosure Statement For Joint Chapter 11 Plan Of Fieldwood Energy LLC And Its Affiliated Debtors* ("Objection") (Doc. No. 978 ). Merit is a predecessor in title or working interest owner in a number of leases involving Fieldwood and its debtor affiliates, including leases in the purchased assets, FWE I, and abandoned property lists. Merit reserves the right to join additional Disclosure Statement objections and object to any amended Disclosure Statement.

WHEREFORE Merit prays that its rights be reserved and grant such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully submitted, |
| | |
| | */s/ Bradley C. Knapp* |
| | Bradley C. Knapp (Tex. Bar No. 24060101) |
| | **LOCKE LORD, LLP** |
| | 601 Poydras Street, Suite 2660 |
| | New Orleans, Louisiana 70130 |
| | Telephone: (504) 558-5210 |

91239900v.1

Facsimile: (504) 910-6847
bknapp@lockelord.com

-and-

Philip G. Eisenberg  (La Bar No. 14250)
**LOCKE LORD, LLP**
2800 JP Morgan Chase Tower
600 Travis Street
Houston, Texas  77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email: peisenberg@lockelord.com

**COUNSEL FOR MERIT ENERGY COMPANY, LLC**

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on those parties consenting to service through same on March 11, 2021.

*/s/ Bradley C. Knapp*
Bradley C. Knapp (Tex. Bar No. 24060101)