IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | Re: Docket No. 917 |
| | § | |

## STIPULATION TO CONTINUE HEARING ON
## AUBREY WILD'S MOTION FOR RELIEF FROM AUTOMATIC STAY

This stipulation and order (the "**Stipulation**") is entered into by and among the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") and Aubrey Wild ("**Wild**" and, together with the Debtors, the "**Parties**"). The Parties hereby stipulate and agree as follows:

### RECITALS

A.  WHEREAS, commencing on August 3, 2020 (the "**Petition Date**"), each of the Debtors filed with this Court a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**");

B.  WHEREAS, on February 26, 2021, Wild filed the *Motion of Aubrey Wild for Partial Relief from the Automatic Stay* [Dkt. No. 917] (the "**Motion**");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

C. WHEREAS, a hearing on the Motion is set for March 26, 2021 at 9:00 a.m. (prevailing Central Time) (the "**Hearing**");

C. WHEREAS, the Parties have agreed, subject to the approval of the Bankruptcy Court, to continue the Hearing, as set forth below.

It is hereby **ORDERED** that:

1. The Hearing is continued to Friday, April 16, 2021, at 9:00 a.m., subject to the Court's availability.

2. The automatic stay pursuant to Section 362 of the Bankruptcy Code shall remain in effect.

3. The undersigned who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: _____, 2021

                                                                                                                 _____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  March 20, 2021

/s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:     (713) 546-5000
Facsimile:     (713) 224-9511
Email:  Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

– and –

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted pro hac vice)
Jessica Liou (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

Dated: March 20, 2021

/s/ *Darryl T. Landwehr*
LANDWEHR LAW FIRM
Darryl T. Landwehr (17677)
935 Gravier Street, Suite 835
New Orleans, Louisiana 70112
Telephone: (504) 561-8086
Email: dtlandwehr@att.net
(admitted pro hac vice)

*Attorney for Movant, Aubrey Wild*