United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEWIS ANDREWS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-4009 |
| § | |
| FIELDWOOD ENERGY OFFSHORE, § | |
| INC.; dba FIELDWOOD ENERGY § | |
| (TEXAS), INC., *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

Defendants Fieldwood Energy LLC and Fieldwood Energy Offshore LLC (collectively, the "Defendants") have consented to the lifting of the bankruptcy stay previously entered by the Court on December 11, 2020, on the grounds that the personal injury claims asserted by Plaintiffs are alleged to have arisen on or about October 28, 2020, which is after the Defendants' Petition Date. (Dkt. 13) Accordingly, the stay is **LIFTED** and this case is administratively **REOPENED**.

SIGNED at Houston, Texas, this 17th day of December, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE