IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, e*t al.*, | § | |
| | § | Case No. 20-33948 (MI) |
| Debtors | § | |

## BRIAN CLOYD'S AMENDED
## WITNESS AND EXHIBIT LIST FOR DISCLOSURE STATEMENT HEARING

| Judge | Hon. Marvin Isgur |
|---|---|
| Hearing Date | Wednesday, March 24, 2021 |
| Hearing Time | 1:30 p.m. (CST) |
| Party's Name | Brian Cloyd |
| Attorney's Name | Randy Williams, Ryan Chapple |
| Attorney's Phone | 512-477-5000 |
| Nature of Proceeding | Disclosure Statement |

## WITNESS AND EXHIBIT LIST

Brian Cloyd (Cloyd) hereby submits this Amended Witness and Exhibit List in connection with the disclosure statement hearing to be held on Wednesday, March 24, 2021 at 1:30 p.m. (central standard time):

Counsel for Cloyd reserves the right to supplement, amend, or delete any witnesses or exhibits prior to the hearing. Counsel for Cloyd reserves the right to supplement the Witness and Exhibit List with new witnesses and additional exhibits. Further, counsel reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Counsel for Cloyd further reserves the right to introduce exhibits previously admitted.

### WITNESS LIST

- Any witness listed or called by any other party.

EXHIBIT LIST

IF YOU SEEK A COPY OF THE EXHIBITS, YOU CAN ACCESS THEM BY SUBMITTING A WRITTEN REQUEST TO ARLANA PRENTICE AT APRENTICE@CSTRIAL.COM.

Counsel for Cloyd may offer for admission into evidence any of the following exhibits at the hearing:

| No. | Description | Offer | Obj | Date Admit | Disposition after trial |
|---|---|---|---|---|---|
| 1. | Plaintiff's Original Petition | | | | |
| 2. | Debtors' Notice of Consent to Withdraw Bankruptcy Stay and Re-Open Case | | | | |
| | Any exhibits designated by other parties | | | | |
| | Any exhibits necessary for rebuttal | | | | |

Respectfully submitted this 22nd day of March 2021.

/s/ Ryan E. Chapple
Ryan E. Chapple
State Bar No. 24036354
Email: rchapple@cstrial.com
Randy W. Williams
State Bar No. 21566850
Email: rwilliams@cstrial.com
Chelsea L. Schell
State Bar No. 24113410
Email: cschell@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEY FOR CLAIMANT BRIAN CLOYD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Claimants' Witness and Exhibit List has been served on counsel for Debtor, Debtor, the U.S. Trustee, and all parties receiving or entitled to notice through CM/ECF on this 22nd day of March 2021.

                                             */s/ Ryan E. Chapple*
                                             Ryan E. Chapple