UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIELDWOOD ENERGY LLC, *et al.*, | ) | Case No. 20-33948 (MI) |
| | ) | |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**
**FOR THE MARCH 24, 2021 HEARING**

EnVen Energy Ventures, LLC ("EnVen") by and through its undersigned counsel hereby submits the following witnesses and exhibits list (the "Witness and Exhibit List") in respect of the hearing scheduled for **Wednesday, March 24, 2021, at 1:30 p.m. (CDT)** before the Honorable Marvin Isgur, United States Courthouse, Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

**A.   WITNESSES**

1. Any rebuttal and/or impeachment witnesses; and
2. All persons listed on the witness list of any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**B.    EXHIBITS**

| Ex. No. | Description[2] | Witness | Object | Admit | Disposition |
|---|---|---|---|---|---|
| 1. | Any exhibit identified or admitted by any other party | | | | |
| 2. | Any rebuttal or impeachment exhibits | | | | |
| 3. | Any document or pleading filed in the above-captioned main cases | | | | |

EnVen reserves its rights to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing and to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate.  EnVen also reserves its rights to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

---

[2] Each exhibit to be offered includes without limitation each schedule or other exhibit thereto.

Dated: March 22, 2021

                                           **BAKER BOTTS L.L.P.**

                                  */s/ Kevin Chiu*

Kevin Chiu, State Bar No. 24109723
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
Telephone:	214.953.6417
Facsimile:	214.661.4417

- and -

Emanuel C. Grillo (*admitted pro hac vice*)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:	212.408.2519
Facsimile:	212.259.2519

*Counsel for EnVen Energy Ventures, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2021, a true and correct copy of the foregoing pleading was served by electronic means via the Court's ECF system on all parties authorized to receive electronic notice in these chapter 11 cases.

      */s/ Kevin Chiu*
      Kevin Chiu