IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] ) | CASE NO. 20-33948 (MI) |
| ) | |
| DEBTORS. ) | JOINTLY ADMINISTERED |
| ) | |

**PHILADELPHIA INDEMNITY INSURANCE COMPANY'S WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED FOR MARCH 24, 2021 AT 1:30 P.M.**

| | |
|---|---|
| **Bankruptcy Case No.** 20-33948 | **Debtor:** Fieldwood Energy LLC and Its Affiliated Debtors |
| **Witness(es):** | |
| 1. Any Witness called or designated by any other party.<br>2. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party | **Judge:** Honorable Marvin Isgur |
| | **Hearing Date:** March 24, 2021 |
| | **Hearing Time:** 1:30 P.M. |
| | **Location:** Courtroom 400, 4th Fl.<br>515 Rusk Ave.<br>Houston, TX 77002 |
| | **Party's Name:** Philadelphia Indemnity Insurance Company |
| | **Attorney's Name:** Robert W. Miller |
| | **Attorney's Phone:** (615) 742-9320 |
| | **Nature of Proceeding:** Disclosure Statement Hearing (Doc. No. 724) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

1

**EXHIBITS**

| Movants Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above captioned case | | | | |
| 2. | Any exhibit designated by any other party | | | | |
| 3. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Philadelphia Indemnity Insurance Company reserves any and all rights to amend the *Exhibit and Witness List*, to call any witnesses designated by any other party and use any other Exhibit designated by any other party to the hearing

    Respectfully submitted,

    MANIER & HEROD, P.C.

    /s/ Michael E. Collins
    Michael E. Collins (TX Bar No. 24029006)
    Robert W. Miller (admitted *pro hac vice*)
    1201 Demonbreun St., Suite 900
    Nashville, TN  37203
    Telephone:   (615) 742-9350
    Facsimile:   (615) 242-4203
    E-mail:   mcollins@manierherod.com
                 rmiller@manierherod.com

    *Attorneys for Philadelphia Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties receiving notice pursuant to the CM/ECF system on March 22, 2021.

/s/ Michael E. Collins
Michael E. Collins