# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33948 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | (Chapter 11) |
| | § | |
| | § | (Joint Administration) |
| | § | |
| Debtors.[1] | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Callon Petroleum Company, by and through its counsel, Onebane Law Firm, APC, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> ROGER E. ISHEE (#14397)
> CRAIG A. RYAN (#20354)
> 1200 Camellia Boulevard, Suite 300 (70508)
> Post Office Box 3507
> Lafayette, LA  70502-3507
> Telephone:  (337) 237-2660
> Facsimile:  (337) 266-1232
> E-mail:  isheer@onebane.com
> E-mail:  ryanc@onebane.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are:. Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated: March 23, 2021

        Respectfully submitted,

        ONEBANE LAW FIRM

        BY:/s/ *CRAIG A. RYAN*
        ROGER E. ISHEE (#14397)
        CRAIG A. RYAN (#20354)
        1200 Camellia Boulevard, Suite 300 (70508)
        Post Office Box 3507
        Lafayette, LA  70502-3507
        Telephone:  (337) 237-2660
        Facsimile:  (337) 266-1232
        E-mail:  isheer@onebane.com
        E-mail:  ryanc@onebane.com

        ATTORNEYS FOR CALLON PETROLEUM COMPANY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-33948 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § § § § | (Chapter 11) |
| | | (Joint Administration) |
| Debtors.[1] | § | |

## CERTIFICATE OF SERVICE

I, CRAIG A. RYAN, hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on March 23, 2021 by ELECTRONIC FILING through the attached Notice of Electronic Filing by the Court's electronic filing system.

Lafayette, Louisiana, this 23rd day of March, 2021.

      /s/ CRAIG A. RYAN
ROGER E. ISHEE (#14397)
CRAIG A. RYAN  (#20354)
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA  70502-3507
Telephone:  (337) 237-2660
Facsimile:  (337) 266-1232
E-mail:  isheer@onebane.com
E-mail:  ryanc@onebane.com

ATTORNEYS FOR CALLON PETROLEUM COMPANY

3560002.v1