# UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al, Debtors | |

This lawyer, who is admitted to the State Bar of __Louisiana__:

| | |
|---|---|
| Name | Craig A. Ryan |
| Firm | Onebane Law Firm |
| Street | 1200 Camellia Boulevard, Suite 300 (70508) |
| City & Zip Code | Post Office Box 3507 |
| | Lafayette, LA 70502-3507 |
| Telephone | Telephone: (337) 237-2660 |
| Licensed: State & Number | Louisiana Bar Roll No. 20354 |

Seeks to appear as the attorney for this party:

**Callon Petroleum Company**

Dated: 3/23/2021       Signed: /s/ Craig A. Ryan

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____    Signed: _____
                              Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                          United States Bankruptcy Judge