UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| FIELDWOOD ENERGY LLC, et al.[1] | § § | Chapter 11 |
| Debtors. | § § | Case No. 20-33948 (MI) |
| | § § § | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Kasowitz Benson Torres LLP appears as counsel for Bardin Hill Investment Partners LP, Barings LLC, Ellington Management Group LLC and Mudrick Capital Management L.P. (collectively, the "SLTL Ad Hoc Committee"), in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (87867); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

NOTICE OF APPEARANCE

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | KASOWITZ BENSON TORRES LLP |
| Constantine Z. Pamphilis | David S. Rosner (*Pro Hac Vice Forthcoming*) |
| 1415 Louisiana, Suite 2100 | Matthew B. Stein (*Pro Hac Vice Forthcoming*) |
| Houston, TX 77002 | 1633 Broadway |
| Telephone: (713) 220-8800 | New York, NY 10019 |
| Facsimile: (713) 222-0843 | Telephone: (212) 506-1700 |
| Email: DPamphilis@kasowitz.com | Facsimile: (212) 506-1800 |
| | Email: DRosner@kasowitz.com |
| | Email: MStein@kasowitz.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notice of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the SLTL Ad Hoc Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 23, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP

　　　　　　　　　　　　　　　　　　　By:  /s/  Constantine Z. Pamphilis
　　　　　　　　　　　　　　　　　　　　　　Constantine Z. Pamphilis
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00794419
　　　　　　　　　　　　　　　　　　　　　　DPamphilis@kasowitz.com
　　　　　　　　　　　　　　　　　　　　　　1415 Louisiana-Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 220-8851
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 583-6006

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP
　　　　　　　　　　　　　　　　　　　David S. Rosner (*Pro Hac Vice Forthcoming*)
　　　　　　　　　　　　　　　　　　　DRosner@kasowitz.com
　　　　　　　　　　　　　　　　　　　Matthew B. Stein (*Pro Hac Vice Forthcoming*)
　　　　　　　　　　　　　　　　　　　MStein@kasowitz.com
　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　Telephone: (212) 506-1700
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 506-1800

　　　　　　　　　　　　　　　　　　　**COUNSEL FOR SLTL AD HOC COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2021, a true and correct copy of the foregoing document was served via this Court's CM/ECF system upon all parties authorized to receive electronic notice in this case.

　　　　　　　　　　　　　　　　　　　/s/ Constantine Z. Pamphilis
　　　　　　　　　　　　　　　　　　　Constantine Z. Pamphilis