| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of  New York and New Jersey  .

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew B. Stein (MStein@kasowitz.com)<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>212-506-1700<br><br>NY 4179479: NJ 032532008 |
|---|---|

Seeks to appear as the attorney for this party:

| SLTL Ad Hoc Committee |
|---|
| Dated: 3/23/2021     Signed: /s/ Matthew B. Stein |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                      Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                         United States Bankruptcy Judge