UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | David S. Rosner (DRosner@kasowitz.com)<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>212-506-1700<br><br>NY 2333755 |

Seeks to appear as the attorney for this party:

| SLTL Ad Hoc Committee |
|---|
| Dated: 3/23/2021    Signed: /s/ David S. Rosner |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:        Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                         United States Bankruptcy Judge