UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al, Debtors | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Roger E. Ishee<br>Onebane Law Firm<br>1200 Camellia Boulevard, Suite 300 (70508)<br>Post Office Box 3507<br>Lafayette, LA  70502-3507<br>Telephone:  (337) 237-2660<br>Louisiana Bar Roll No. 14397 |
|---|---|

Seeks to appear as the attorney for this party:

| Callon Petroleum Company |
|---|
| Dated: 3/23/21        Signed: /s/ Roger E. Ishee |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:          Signed: _____<br>                                   Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge