UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | MI | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | J. David Forsyth |
| Firm | Sessions, Fishman & Nathan, L.L.C. |
| Street | 400 Poydras Street, Suite 2550 |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone | (504)582-1521 |
| Licensed: State & Number | LA Bar No. 5719 |

Seeks to appear as the attorney for this party:

| Helis Oil & Gas Company, L.L.C. ||
|---|---|
| Dated: March 23, 2021 | Signed: /s/J. David Forsyth |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                    United States Bankruptcy Judge