IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*[1] | § | CASE NO.  20-33948 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**CHEVRON U.S.A. INC. AND NOBLE ENERGY, INC.'S NOTICE
OF WITHDRAWAL OF THEIR OBJECTIONS TO
APPROVAL OF DEBTORS' DISCLOSURE STATEMENT**
[Related to Dkt. Nos. 880, 723, 724 and 1022]

Chevron U.S.A. Inc. and Noble Energy, Inc. (collectively "Chevron"), file this Withdrawal

of their Objections to Approval of Debtors' Disclosure Statement.   Chevron's withdrawal is

limited to objections to approval of the Disclosure Statement and Chevron otherwise reserves all

rights, remedies and objections under the Bankruptcy Code and/or applicable law, including but

not limited to, the amount of their claims for voting purposes and objections to plan confirmation.

Further, Chevron's withdrawal is expressly conditioned upon entry of a separate Stipulation and

Order for Access to Information.

March 23, 2021.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/   Edward L. Ripley*
EDWARD L. RIPLEY
Texas Bar No. 16935950
LISA M. NORMAN
Texas Bar No. 24037190
PATRICK A. KELLY
Texas Bar No. 24105273
1885 St. James Place, 15th Floor
Houston, Texas  77056
713-850-4200 – Telephone
713-850-4211 – Facsimile
eripley@andrewsmyers.com
lnorman@andrewsmyers.com
pkelly@andrewsmyers.com

**ATTORNEYS FOR CHEVRON U.S.A. INC.
AND NOBLE ENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, a true and correct copy of the foregoing document was served via the Court's Electronic Notification System on all parties entitled to such notice.

By: */s/ Edward L. Ripley*
Edward L. Ripley