IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | Case No. 20-33948 (MI) |
| Debtors. | Jointly Administered |

---

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the special committee (the "**Special Committee**") of the board of directors of the Debtor Fieldwood Energy Inc., a party in interest in the above-captioned chapter 11 case, as attorney for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of copies all pleadings, filings, notices, and other actions and papers pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2002 of the Bankruptcy Local Rules for the Southern District of Texas. All such notices should be addressed as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**Daniel S. Shamah**
**Adam P. Haberkorn**
**Kai Zhu**
**Times Square Tower**
**Seven Times Square**
**New York, New York 10036**
**Telephone: (212) 326-2000**
**Facsimile: (212) 326-2061**
**dshamah@omm.com**
**ahaberkorn@omm.com**
**kaizhu@omm.com**

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11, United States Code or in Bankruptcy Rules 2002, 3017 or 9007, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of the Special Committee (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Special Committee may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 24, 2021

Respectfully submitted,

  /s/ Alfredo R. Pérez
**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

-and-

**O'MELVENY & MYERS LLP**
Daniel S. Shamah (*pro hac vice* admission pending)
Adam P. Haberkorn (*pro hac vice* admission pending)
Kai Zhu (*pro hac vice* admission pending)
Times Square Tower
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Proposed Attorneys for the
Special Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices was served via the Court's Electronic Notification System on all parties entitled to such notice.

                                                */s/ Alfredo R. Pérez*
                                                Alfredo R. Pérez