UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FIELDWOOD ENERGY LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-33948 (MI)<br><br>Jointly Administered |

## VERIFIED RULE 2019 STATEMENT OF MULTIPLE PARTY REPRESENTATION

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Kasowitz Benson Torres LLP ("Kasowitz"), files this Verified Rule 2019 Statement of Multiple Representation ("Verified Statement") to provide the following information:

1. Kasowitz represents Bardin Hill Investment Partners LP, Barings LLC, Ellington Management Group LLC, and Mudrick Capital Management L.P. (collectively, the "SLTL Ad Hoc Committee").

2. The members of the SLTL Ad Hoc Committee named in paragraph 1 and on **Exhibit A** are creditors of the Debtors or are parties-in-interest, and the nature and total principal amount of each of their economic interests is described on **Exhibit A** attached hereto.

3. Each of the parties listed on **Exhibit A** has consented to this multiple representation by Kasowitz in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (87867); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

4. Nothing contained in this Verified Statement, including **Exhibit A** hereto, should be construed as (i) a waiver or release of any claims against or interests in the Debtors by any member of the SLTL Ad Hoc Committee, (ii) an admission with respect to any fact or legal theory, or (iii) a limitation, or waiver of, any member of the SLTL Ad Hoc Committee's rights to file and/or amend a proof of claim or interest in accordance with applicable law and any orders entered in the chapter 11 cases establishing procedures for filing proofs of claim or interests.

5. Kasowitz reserves the right to amend this Verified Statement as necessary and in accordance with the requirements set forth in Bankruptcy Rule 2019.

6. The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

[*Remainder of page intentionally left blank*]

Dated:  March 24, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: */s/  Constantine Z. Pamphilis*
Constantine Z. Pamphilis
Texas Bar No. 00794419
DPamphilis@kasowitz.com
1415 Louisiana-Suite 2100
Houston, TX 77002
Telephone: (713) 220-8851
Facsimile: (713) 583-8765

-and-

KASOWITZ BENSON TORRES LLP
David S. Rosner (*Pro Hac Vice Forthcoming*)
DRosner@kasowitz.com
Matthew B. Stein (*Pro Hac Vice Forthcoming*)
MStein@kasowitz.com
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**COUNSEL FOR SLTL AD HOC COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2021, a true and correct copy of the foregoing document was served via this Court's CM/ECF system upon all parties authorized to receive electronic notice in this case.

*/s/ Constantine Z. Pamphilis*
Constantine Z. Pamphilis

## **EXHIBIT A**

| Name and Address | Nature of Claim against the Debtors | Principal Amount of Claim (Exclusive of Interest, Costs and Attorneys' Fees) |
|---|---|---|
| **Bardin Hill Investment Partners LP**<br>299 Park Avenue, 24th Floor<br>New York, NY 10171 | Aggregate principal amount of loans under the Prepetition SLTL Credit Agreement | $55,605,683.29 |
| **Barings LLC**<br>300 South Tryon Street<br>Suite 2500<br>Charlotte, NC 28202 | Aggregate principal amount of loans under the Prepetition SLTL Credit Agreement | $66,218,674.59 |
| **Ellington Management Group LLC**<br>53 Forest Avenue, 3rd Floor<br>Old Greenwich, CT 06870 | Aggregate principal amount of loans under the Prepetition SLTL Credit Agreement | $20,550,000.00 |
| **Mudrick Capital Management L.P.**<br>527 Madison Avenue<br>6th Floor<br>New York, NY 10022 | Aggregate principal amount of loans under the Prepetition FLTL Credit Agreement | $37,541,497.46 |
| | Aggregate principal amount of loans under the Prepetition SLTL Credit Agreement | $136,720,906.35 |
| | Shares of Stock | 3,700,082 |