

UNITED STATES BANKRUPTCY COURT　　　SOUTHERN DISTRICT OF

ENTERED
03/24/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York and New Jersey__.

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Matthew B. Stein (MStein@kasowitz.com)<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>212-506-1700<br><br>NY 4179479: NJ 032532008 |

Seeks to appear as the attorney for this party:

| SLTL Ad Hoc Committee |
|---|
| Dated: 3/23/2021　　Signed: /s/ Matthew B. Stein |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:　　Signed: _____<br>　　　　　　　　　　　　Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: March 24, 2021

Marvin Isgur
United States Bankruptcy Judge