

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

ENTERED
03/24/2021

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 (MI) |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | David S. Rosner (DRosner@kasowitz.com) |
| Firm | Kasowitz Benson Torres LLP |
| Street | 1633 Broadway |
| City & Zip Code | New York, NY 10019-6708 |
| Telephone | 212-506-1700 |
| Licensed: State & Number | NY 2333755 |

Seeks to appear as the attorney for this party:

| SLTL Ad Hoc Committee |
|---|
| Dated: 3/23/2021     Signed: /s/ David S. Rosner |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated:     Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge