

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
03/24/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al, Debtors | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| | |
|---|---|
| Name | Roger E. Ishee |
| Firm | Onebane Law Firm |
| Street | 1200 Camellia Boulevard, Suite 300 (70508) |
| City & Zip Code | Post Office Box 3507 |
| Telephone | Lafayette, LA  70502-3507 |
| | Telephone:  (337) 237-2660 |
| Licensed: State & Number | Louisiana Bar Roll No. 14397 |

Seeks to appear as the attorney for this party:

Callon Petroleum Company

Dated: 3/23/21          Signed: Roger E. Ishee

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge