

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
03/24/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | MI | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | J. David Forsyth<br>Sessions, Fishman & Nathan, L.L.C.<br>400 Poydras Street, Suite 2550<br>New Orleans, LA 70130<br>(504)582-1521<br>LA Bar No. 5719 |
|---|---|

Seeks to appear as the attorney for this party:

| Helis Oil & Gas Company, L.L.C. | |
|---|---|
| Dated: March 23, 2021 | Signed: /s/J. David Forsyth |

| COURT USE ONLY: The applicant's state bar reports their status as: _____Active_____. |
|---|
| Dated:                  Signed: _____<br>                                    Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 24, 2021

Marvin Isgur
United States Bankruptcy Judge