IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC., *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | Jointly Administered |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, Lee E. Woodard, and Harris Beach PLLC, appear in the above-captioned cases on behalf of Lexon Insurance Company, Ironshore Indemnity Inc. Endurance American Insurance Company and Ironshore Specialty Insurance Company (collectively, "Lexon"), and pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures, as well as 1109(b) of the Bankruptcy Code, request that all notice given or required to be given, and all papers served in these Chapter 11 cases, be delivered to, and served upon, the parties identified below at the following address:

> Lee E. Woodard, Esq.
> Harris Beach PLLC
> 333 W. Washington Street, Suite 200
> Syracuse, New York 13202
> Telephone: (315) 423-7100
> Email: bkemail@harrisbeach.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referenced in the aforementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service shall not be deemed to be a waiver of Lexon's right (1) to have final orders in no-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these bankruptcy cases or any case, controversy, or proceeding related to these bankruptcy cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Lexon is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Lexon expressly reserves.

Dated: March 24, 2021

Respectfully submitted,

*/s/ Lee E. Woodard*
Lee E. Woodard, Esq.
HARRIS BEACH PLLC
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Email: bkemail@harrisbeach.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2021, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

*/s/ Lee E. Woodard*
Lee E. Woodard