IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' AMENDED WITNESS AND EXHIBIT LIST
### FOR HEARING ON MARCH 24, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **March 24, 2021 at 1:30 p.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. John-Paul Hanson, Managing Director, Houlihan Lokey Capital, Inc.;

3. Any witness called or listed by any other party; and

4. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## **EXHIBITS**

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of The Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief Filed by Debtor Fieldwood Energy LLC (Docket No. 724) | | | | |
| 2. | Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief Filed by Debtor Fieldwood Energy LLC (Docket No. 1023) | | | | |
| 3. | Declaration re: / Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief (Docket No. 1024) | | | | |
| 4. | Notice of Adjournment of Hearing to Approve Disclosure Statement (Docket No. 1038) | | | | |
| 5. | Third Amended Chapter 11 Plan Filed by Fieldwood Energy LLC (Docket No. 1115) | | | | |
| 6. | Notice of Filing of Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors (Docket No. 1116) | | | | |
| 7. | Disclosure Statement for Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors (ECF No. 1117) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Notice of Filing of Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors (ECF No. 1118) | | | | |
| 9. | Notice of Filing of Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; and (VII) Granting Related Relief (ECF No. 1123) | | | | |
| 10. | Affidavit Re: Mailings for the Period from January 3, 2021 through January 9, 2021 (Docket No. 761) | | | | |
| 11. | Affidavit Re: Mailings for the Period from January 24, 2021 through January 30, 2021 (Docket No. 855) | | | | |
| 12. | Affidavit Re: Mailings for the Period from February 7, 2021 through February 13, 2021 (Docket No. 891) | | | | |
| 13. | Affidavit Re: Mailings for the Period from February 21, 2021 through February 27, 2021 (Docket No. 940) | | | | |
| 14. | Affidavit Re: Mailings for the Period from February 28, 2021 through March 6, 2021 (Docket No. 975) | | | | |
| 15. | Affidavit Re: Mailings for the Period from March 7, 2021 through March 13, 2021 (Docket No. 1052) | | | | |
| 16. | Any exhibit designated by any other party | | | | |
| 17. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 18. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

3

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: March 24, 2021
       Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com

*Attorneys for Debtors and Debtors in Possession*

**Certificate of Service**

    I hereby certify that on March 24, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                 */s/ Alfredo R. Pérez*
                                                                                 Alfredo R. Pérez