

ENTERED
03/24/2021

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of   New York   :

| | |
|---|---|
| Name | Adam P. Haberkorn |
| Firm | O'Melveny & Myers LLP |
| Street | 7 Times Square |
| City & Zip Code | New York, NY 10036 |
| Telephone/Email | +1-212-728-5862 / ahaberkorn@omm.com |
| Licensed: State & Number | New York, #5386511 |

Seeks to appear as the attorney for this party:

| Special Committee |
|---|
| Dated: March 24, 2021    Signed: /s/ Adam P. Haberkorn |

COURT USE ONLY: The applicant's state bar reports their status as:   Active   .

Dated:    Signed:
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: March 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge