

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
03/24/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone/Email<br>Licensed: State & Number | Kai Zhu<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>+1-212-728-5832 / kaizhu@omm.com<br>New York, #5656657 |
|---|---|

Seeks to appear as the attorney for this party:

| Special Committee | |
|---|---|
| Dated: March 24, 2021 | Signed: /s/ Kai Zhu |

| COURT USE ONLY: The applicant's state bar reports their status as: ____ Active ____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed:  March 24, 2021

_____
Marvin Isgur
United States Bankruptcy Judge