IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.[1], | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED'S JOINDER IN OBJECTION OF ENI US OPERATING CO., INC. AND ENI PETROLEUM US LLC TO APPROVAL OF EMERGENCY MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING ENTRY INTO BACKSTOP COMMITMENT LETTER, (II) APPROVING OBLIGATIONS THEREUNDER, AND (III) GRANTING RELATED RELIEF (P-1110)**

JX Nippon Oil Exploration (U.S.A.) Limited ("Nippon") joins in the following objection:

*Objection of Eni US Operating Co., Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* (P-1110).

For the reasons set forth in the objections set forth above, which Nippon joins in and adopts, the *Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* (P-1023) should be denied.

Dated: March 24, 2021

        Respectfully submitted,

        CARVER, DARDEN, KORETZKY, TESSIER,
        FINN, BLOSSMAN & AREAUX L. L. C.

        By:   /s/ Leann O. Moses
        Leann Opotowsky Moses (TX # 15291750)
        Peter J. Segrist (LA # 35314)
        1100 Poydras Street, Suite 3100
        New Orleans, Louisiana 70163
        Telephone: (504) 585-3800
        Telecopier: (504) 585-3801
        moses@carverdarden.com

        And

        GIEGER, LABORDE & LAPEROUSE, L.L.C.

        By:   /s/ Lambert M. Laperouse
        Lambert M. Laperouse (TX # 24082214)
        5151 San Felipe, Suite 750
        Telephone: (832) 255-6002
        Facsimile: (832) 255-6001
        laperouse@glllaw.com

        **Counsel for**
        **JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on those parties receiving electronic notification via the Court's CM/ECF System on March 24, 2021.

          /s/ Leann O. Moses