# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, March 24, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Yelena | Archiyan | Katten Muchin Rosenman LLP | Energy Transfer |
| John | Baay | Gieger, Laborde & Laperouse | LLOG Exploration |
| Brandon | Bains | Langley LLP | Hanover; Liberty; Travelers; and XL Specialty |
| Matt | Barr | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Insurance Company |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production, Inc. |
| Clifford | Carlson | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| John | Castillo | Farrimond Castillo & Bresnahan, P.C. | Macquarie Corporate and Asset Funding Inc. |
| Matthew | Cavenaugh | Jackson Walker | Atlantic Maritime (Valaris) |
| Kevin | Chiu | Baker Botts L.L.P | EnVen Energy Ventures, LLC |
| Erin | Choi | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, P.C. | CNOOC Petroleum Offshore U.S.A. Inc. |
| Mark | Dendinger | Bracewell LLP | ENI US Operating Co, Inc. and ENI Petroleum US LLC |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| philip | eisenberg | locke lord llp | USSIC, HCCI |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Energy Corporation |
| Bobby | Forshey | Forshey & Prostok, LLP | XTO Offshore |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs, as First Lien First Out Agent |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Emanuel | Grillo | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Sirius America Insurance Company and Everest Reinsurance Company |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Kristopher | Hansen | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production, Inc. |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Audrey | Hornisher | Clark Hill Strasburger | Zurich American Insurance Company |
| Tom | Howley | HOWLEY LAW PLLC | Genesis Energy LP and its affiliates |
| Stephen | Humeniuk | Locke Lord LLP | Cox Oil, LLC and certain affiliates |
| Omer (Rick) | Kuebel, III | LockeLord LLP | ConocoPhillips Company (and affiliates Burlington Resources) and Freeport McMoran Inc and affiliates |
| David | Kurzweil | Greenberg Traurig, LLP | BP Exploration & Production, Inc. |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Keith | Langley | Langley LLP | Liberty, Travelers, Hanover, XL sureties |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Pérez | Weil, Gotshal & Manges LLP | Debtors' Counsel |
| Jim | Prince | Baker Botts | Hunt Oil Company |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, March 24, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company. |
| Edward | Ripley | Andrews Myers, PC | Chevron U.S.A. Inc; & Noble Energy, Inc. |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Kelly | Singer | Squire Patton Boggs | Ecopetrol America, LLC |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| Victoria | Theriot | General Counsel | Acadian Contractors, Inc. and Broussard Brothers, Inc. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson & Elkins LLP | Goldman Sachs Bank USA |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Deborah | Williamson | Dykema Gossett | Valero Marketing and Supply Company |
| Trey | Wood | Bracewell LLP | Eni Petroleum US LLC and Eni Petroleum Operating Co LLC |
| Jonathan | Young | Locke Lord LLP | Cox Oil, LLC and certain affiliates |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |