IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| FIELDWOOD ENERGY LLC, e*t al.*, | § | |
| | § | Case No. 20-33948 (MI) |
| Debtors | § | |

### NOTICE OF WITHDRAWAL OF
### LEWIS ANDREWS AND PATRICK BURNETT'S OBJECTION TO
### DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF
### FIELDWOOD ENERGY AND ITS AFFILIATED DEBTORS
### [Docket 884]

PLEASE TAKE NOTICE that Lewis Andrews and Patrick Burnett's Objection to the Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy and its Affiliated Debtors is hereby WITHDRAWN, without prejudice.

Respectfully submitted this 25th day of March 2021.

                                         */s/ Ryan E. Chapple*
                                   Ryan E. Chapple
                                   State Bar No. 24036354
                                   Email: rchapple@cstrial.com
                                   Randy W. Williams
                                   State Bar No. 21566850
                                   Email: rwilliams@cstrial.com
                                   **CAIN & SKARNULIS PLLC**
                                   400 W. 15th Street, Suite 900
                                   Austin, Texas 78701
                                   512-477-5000
                                   512-477-5011—Facsimile
                                   **ATTORNEYS FOR LEWIS ANDREWS**
                                   **AND PATRICK BURNETT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on counsel for Debtors, Debtors, and all parties receiving or entitled to notice through CM/ECF on this 25th day of March 2021.

               */s/ Ryan E. Chapple*
               Ryan E. Chapple