UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: FIELDWOOD ENERGY LLC          CASE NO. 20-33948

                                     CHAPTER 11

ORDER

CONSIDERING THE FORGOING:

IT IS ORDERED, AJUDGED, and DECREED that movant, Duane Landry's, Motion for Relief from Automatic Stay be and is hereby GRANTED; and

IT IS HEREBY FURTHER ORDERED, AJUDGED, and DECREED that said stay be and is hereby LIFTED to the extent necessary to allow movant, Duane Landry to liquidate his personal injury claim against Fieldwood Energy, LLC in the pending matter entitled *Duane Landry v. ABC Insurance Company, et al.*, Case 6:20-cv-01009, currently pending in the United States District Court for the Western District of Louisiana.

Thus, done and signed, this _____ day of _____ 2021, in Houston, Texas.

_____
JUDGE