UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re** | **Chapter 11** |
| **FIELDWOOD ENERGY LLC,** *et al.*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, ET AL., FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH AND INCLUDING JANUARY 31, 2021**
(Related Docket No. 925)

The undersigned hereby certifies as follows:

1. On March 1, 2021, the *Second Interim Fee Application of Stroock & Stroock & Lavan LLP, as Counsel to the Official Committee of Unsecured Creditors of Fieldwood Energy LLC, et al., for the Period From November 1, 2020 Through and Including January 31, 2021* [Docket No. 925] (the "Application") was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served by no later than March 15, 2021 (the "Objection Deadline").

3. The Objection Deadline has passed and no answer, objection or other responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or were served upon the undersigned counsel. Accordingly, the undersigned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- 2 -

respectfully requests that the form of Order granting the Application attached hereto as **Exhibit A** be entered at the earliest convenience of the Court.

Dated: March 26, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, TX 77002
(817) 810-5250
(817) 810-5255 (fax)
mwarner@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Warner*
Michael D. Warner
