**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION**
**DISCLOSURE DURING THE COMPENSATION PERIOD**
**(August 3, 2020 – October 31, 2020)**

| Category of Timekeeper | Total Hours | Total Fees | Blended Hourly Rate | |
|---|---|---|---|---|
| | | | Billed in this Application | Billed or Collected from Firm or Offices for Preceding Year (Excluding Bankruptcy) |
| Partner | 565.1 | $331,165.00 | $586.03 | $405.61 |
| Associate | 57.5 | $17,637.50 | $306.74 | $278.76 |
| Special Counsel | 42.5 | $23,461.00 | $552.02 | $343.55 |
| Paralegal | 299.1 | $38,667.00 | $129.28 | $168.58 |
| **AGGREGATED:** | **964.2** | **$410,930.50** | **$426.19** | **$356.43** |

{HD113407.1}

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS RENDERING SERVICES DURING THE COMPENSATION PERIOD**
**(August 3, 2020 – October 31, 2020)**

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Joseph E. Bain | Partner/Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 12.5 | $7,500.00 |
| Richard D Bertram | Partner/Maritime | La. 1986 | $565.00 | 67.2 | $37,968.00 |
| Sarah Y. Dicharry | Partner/Litigation | La. 2012 | $460.00 | 10.8 | $4,968.00 |
| Pauline F. Hardin | Partner/Litigation | La. 1974 | $625.00 | 99.1 | $61,937.50 |
| Marc. C. Hebert | Partner/Corporate | D.C. 1997 La. 1994 Va. 1996 | $700.00 | 2.3 | $1,610.00 |
| David M. Hunter | Partner/Corporate | La. 1982 | $555.00 | 24.2 | $13,431.00 |
| Jonathan A. Hunter | Partner/Litigation | La. 1988 | $625.00 | 87.2 | $54,500.00 |
| R. Scott Jenkins | Partner/ Government Relations | La. 1994 | $545.00 | 0.8 | $436.00 |
| R. Christian Johnsen | Partner/Maritime | D.C. 1991 La. 1985 | $625.00 | 0.2 | $125.00 |
| Kristina M. Johnson | Partner/Bankruptcy & Restructuring | Miss. 1992 | $450.00 | 45.8 | $20,610.00 |

{HD113409.1}

| Name | Position/ Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Douglas C. Longman, Jr. | Partner/Maritime | La. 1978 Tex. 1992 | $300.00 | 3.5 | $1,050.00 |
| Michael W. Magner | Partner/Litigation | La. 1982 Tex. 2012 | $500.00 | 16.0 | $8,000.00 |
| Stanley A. Millan | Special Counsel/Litigation | D.C. 2008 La. 1970 Tex. 2007 | $420.00 | 6.3 | $2,646.00 |
| Mark A. Mintz | Partner/Bankruptcy & Restructuring | La. 2008 | $400.00 | 0.4 | $160.00 |
| Cindy M. Muller | Partner/Maritime | La. 1991 Tex. 2007 | $495.00 | 23.6 | $11,682.00 |
| James Noe | Partner/Government Relations | La. 1997 Tex. 2003 | $625.00 | 171.5 | $107,187.50 |
| Robert G. Kenedy | Special Counsel/Corporate | Tex. 2020 Ill. 2006 | $575.00 | 36.2 | $20,815.00 |
| Caroline V. McCaffrey | Associate/Bankruptcy & Restructuring | La. 2020 | $260.00 | 12.2 | $3,172.00 |
| Gabrielle A. Ramirez | Associate/Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 34.6 | $10,553.00 |
| Madison M. Tucker | Associate/Bankruptcy & Restructuring | La. 2017 | $275.00 | 1.0 | $275.00 |
| Taylor K. Wimberly | Associate/Litigation | La. 2019 | $375.00 | 9.7 | $3,637.50 |

| Name | Position/Department | State and Year of Bar Admission and Year | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| Kilby M. Brabston | Paraprofessional | N/A | $185.00 | 4.4 | $814.00 |
| Tara C. Gorumba | Paraprofessional | N/A | $125.00 | 93.4 | $11,675.00 |
| Winter Randall | Paraprofessional | N/A | $125.00 | 175.6 | $21,012.50 |
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 20.4 | $4,080.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 5.1 | $1,045.50 |
| Daniel J. Vogel | Paraprofessional | N/A | $200.00 | 0.2 | $40.00 |
| **TOTAL:** | | | | **964.2** | **$410,930.50** |

**EXHIBIT C**

**SUMMARY OF COMPENSATION REQUESTED BY**
**PROJECT CATEGORY DURING THE COMPENSATION PERIOD**
**(August 3, 2020 – October 31, 2020)**

| Task Code | Task Category | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 217.3 | $122,410.50 |
| B120 | Asset Analysis and Recovery | 0.8 | $436.00 |
| B160 | Fee/Employment Applications | 355.5 | $65,977.00 |
| B180 | Avoidance Action Analysis | 162.2 | $101,375.00 |
| B190 | Other Contested Matters | 113.7 | $63,358.00 |
| B210 | Business Operations | 89.9 | $43,658.00 |
| B230 | Financing/Cash Collection | 24.2 | $13,431.00 |
| B310 | Claims/Admin/Objections | 0.4 | $160.00 |
| B420 | Restructuring | 0.2 | $125.00 |
| **TOTAL:** | | **964.2** | **$410,930.50** |

**<u>EXHIBIT D</u>**

**SUMMARY OF PRIOR FEE STATEMENTS AND THE BALANCE OF FEES AND EXPENSES**

| Period | Fees Incurred | Fees Requested | Fees Paid | Expenses Incurred | Expenses Paid | Balance (Fees & Expenses) |
|---|---|---|---|---|---|---|
| August 3, 2020 – August 31, 2020 | $116,915.50 | $93,532.40 | $93,532.40 | $410.94 | $410.94 | $22,972.16 |
| September 1, 2020 – September 30, 2020 | $162,289.00 | $129,831.20 | $129,831.20 | $455.02 | $455.02 | $32,002.78 |
| October 1, 2020 – October 31, 2020 | $131,726.00 | $105,380.80 | $105,380.80 | $134.78 | $134.78 | $26,210.42 |
| **TOTAL:** | **$410,930.50** | **$328,744.40** | **$328,744.40** | **$1,000.74** | **$1,000.74** | **$81,185.36** |

{HD113412.2}

## **EXHIBIT E**

**SUMMARY OF EXPENSES FOR THE COMPENSATION PERIOD**
**(August 3, 2020 – October 31, 2020)**

| Expense Category | Amount |
|---|---|
| Computer Legal Research | $676.80 |
| Court Fees | $21.60 |
| Delivery Services | $125.49 |
| Long Distance | $176.85 |
| **TOTAL:** | **$1,000.74** |

## EXHIBIT F

**FIRST FEE STATEMENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE PERIOD AUGUST 3, 2020 THROUGH AUGUST 31, 2020**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | August 3, 2020 through August 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $116,915.50 |
| Total expenses requested in this statement: | $410.94 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $117,326.44 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $115,637.50 |
| Total attorney hours covered by this statement: | 212.80 |
| Average hourly rate for attorneys: | $543.41 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $1,278.00 |
| Total paraprofessional hours covered by this statement: | 14.20 |
| Average hourly rate for paraprofessionals: | $90.00 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of August 3, 2020 through August 31, 2020 (the "**Statement Period**").

**I.     Itemization of Services Rendered by Jones Walker**

A.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State of Bar Admission, and Year | Hourly Rate | Hours | Total Compensation |
|------|---------------------|----------------------------------|-------------|-------|--------------------|
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 11.20 | $6,720.00 |
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 23.60 | $13,334.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 1.20 | $552.00 |

| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 11.40 | $7,125.00 |
|---|---|---|---|---|---|
| Marc. C. Hebert | Partner/ Corporate | D.C. 1997 La. 1994 Va. 1996 | $700.00 | 2.10 | $1,470.00 |
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $625.00 | 25.20 | $15,750.00 |
| R. Scott Jenkins | Partner/ Government Relations | La. 1994 | $545.00 | 0.80 | $436.00 |
| R. Christian Johnsen | Partner/ Maritime | D.C. 1991 La. 1985 | $625.00 | 0.20 | $125.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $450.00 | 42.20 | $18,990.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $495.00 | 15.90 | $7,870.50 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $625.00 | 60.00 | $37,500.00 |
| Madison M. Tucker | Associate/ Bankruptcy & Restructuring | La. 2017 | $275.00 | 1.00 | $275.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 18.00 | $5,490.00 |
| Kilby M. Brabston | Paraprofessional | N/A | $185.00 | 4.40 | $814.00 |
| Winter Randall | Paraprofessional | N/A | $0.00 | 7.50 | $0.00 |
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 1.50 | $300.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 0.80 | $164.00 |
| **TOTAL** | | | | **227.00** | **$116,915.50** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.     Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by Task Categories and provides a summary of disbursements incurred by category of disbursement.

A.      <u>Services Rendered</u>

The following services were rendered in the following Task Categories:

| Task Code | Task Category | Hours | Fees Earned |
|-----------|---------------|-------|-------------|
| B120 | Asset Analysis And Recovery | 0.80 | $436.00 |
| B180 | Avoidance Action Analysis | 53.00 | $33,125.00 |
| B210 | Business Operations | 27.20 | $15,104.00 |
| B110 | Case Administration | 70.80 | $36,256.00 |
| B160 | Fee/Employment Applications | 56.50 | $20,643.00 |
| B190 | Other Contested Matters | 18.50 | $11,226.50 |
| B420 | Restructuring | 0.20 | $125.00 |
| **TOTAL** | | **227.00** | **$116,915.50** |

A detailed itemization of the services rendered and resulting fees in each of the above Task Categories is set forth in **Exhibit A**.

B.    Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---|---|
| Computer Legal Research | $277.95 |
| Court Fees | $5.70 |
| Delivery Services | $78.33 |
| Long Distance | $48.96 |
| **TOTAL** | **$410.94** |

C.    Accordingly, the amount of fees and expenses payable for this Statement Period is $93,943.34, which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $116,915.50 |
| Twenty Percent (20%) Holdback | - $23,383.10 |
| Fees Minus Holdback | $93,532.40 |
| Total Expenses for Disbursements Incurred (100%) | $410.94 |
| **TOTAL** | **$93,943.34** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $93,532.40 (80% of $116,915.50) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $410.94 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $93,943.34 for the Statement Period.

Dated: October 18, 2020

Respectfully submitted,

*/s/ James Noe*
James Noe (TX Bar No. 24040178)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:   713-437-1800
Fax:   713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:   504-582-8368
Fax:   504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et. al.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2020, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

{HD112658.1}

7

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


FIELDWOOD ENERGY LLC                          OCTOBER 15, 2020
ATTN:  MATT MCCAROLL                          INVOICE NO. 1049284
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042



      RE:  FIELDWOOD RESTRUCTURING

            FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 08/03/20 | JAH | B110 | A104 | REVIEW DATA RE INCS AND PENDING CIVIL PENALTY MATTERS (.3); CORRESPONDENCE SOLICITOR'S OFFICE RE IBLA STATUS AND FILINGS (.2); CONFERENCE S. DICHARRY RE PROTECTIVE OHA FILING (.4); CONFERENCE J. NOE RE TIMING OF FILING AND REGULATORY DEFENSE ISSUES (.4). | 1.30 | 812.50 |
| 08/03/20 | JN | B180 | A104 | MEETING WITH PATRICK EILAND TO DISCUSS OUTSTANDING REPAIRS REQUIRED BY BSEE INCIDENT OF NON-COMPLIANCE AND STATUS OF ABANDONED PROPERTY AND HOW TO DELIVER DATA TO THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE  (1.6); MEETING WITH KEVIN BRUCE TO DISCUSS LEGAL WORKING COMMUNITY (.8); CONFERENCE CALL WITH RYAN LAMB (.8). | 3.20 | 2,000.00 |
| 08/03/20 | PFH | B110 | A107 | E MAIL FROM MR. CADE WHITE RE PRODUCTION RE GAS VENTING. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE    2
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


08/03/20 PFH   B110  A107   E MAIL FROM AUSA WITH FULLY      .10        62.50
                            EXECUTED SECOND TOLLING
                            AGREEMENT AND TO AUSA LATSIS.


08/04/20 JAH   B110  A107   MULTIPLE CORRESPONDENCE WITH     3.50     2,187.50
                            SOLICITOR'S OFFICE RE IBLA
                            FILINGS -- REVIEW AND COMMENT
                            ON DRAFTS OF SAME  (.4);
                            DRAFT AND FILE PROTECTIVE
                            LETTER WITH DOI OHA OFFICE IN
                            SALT LAKE CITY RE REFERENCE
                            TO 30 CFR 550.1453 PENALTIES
                            AND CORRESPONDENCE
                            SOLICITOR'S OFFICE RE SAME
                            (2.9); PLAN CALL WITH
                            SOLICITOR'S OFFICE RE
                            FINALIZING IBLA FILINGS (.2).


08/04/20 JN    B110  A109   PARTICIPATE IN FIRST DAY         3.60     2,250.00
                            MOTIONS WITH BANKRUPTCY COURT
                            (.9); REVIEW STATUS OF
                            ABANDONED PROPERTIES (1.4);
                            REVIEW MOTIONS TO STAY APPEAL
                            THAT WILL BE FILED BY THE
                            DEPARTMENT OF INTERIOR (.7);
                            DRAFTED AGENDA FOR LEGAL
                            WORKING GROUP (.6).


08/04/20 PFH   B110  A107   REVIEW VENTING SDT AND 2 E       .70        437.50
                            MAIL STRINGS TO DETERMINE IF
                            RESPONSIVE (.1); E MAIL TO
                            MR. SERGESKETTER RE WHICH E
                            MAILS ARE RESPONSIVE (.1); E
                            MAIL FROM MR. SERGESKETTER TO
                            AUSA LATSIS WITH FIELDWOOD
                            PRESS RELEASE RE BANKRUPTCY
                            (.1); EMAIL FROM MR.
                            SERGESKETTER TO AUSA FORREST
                            PHILLIPS WITH FIELDWOOD PRESS
                            RELEASE RE BANKRUPTCY (.1); E
                            MAIL FROM AUSA LATSIS TO MR.
                            SERGESKETTER (.1); E MAIL
                            FROM MR. SERGESKETTER RE
                            SUPPLEMENTING VENTING
                            PRODUCTION (.1); E MAIL TO
                            MR. CADE WHITE RE PRODUCTION
                            (.1).
```

```
FIELDWOOD ENERGY LLC                                    PAGE    3
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/04/20 | SYD | B110 | A103 | WORKED WITH JONATHAN LETTER ON LETTER TO HEARINGS DIVISION. | .90 | 414.00 |
| 08/05/20 | JAH | B110 | A107 | PREPARE FOR AND PARTICIPATE IN CALL WITH SOLICITOR'S OFFICE RE INC APPEALS (.7); CORRESPONDENCE FW LEGAL TEAM RE BOEM FILINGS WITH IBLA (.3). | 1.00 | 625.00 |
| 08/05/20 | JAH | B110 | A104 | REVIEW CORRESPONDENCE RE AR (.1); CHECK FILING DEADLINES (.1); CORRESPONDENCE B. SERGESKETTER (.1). | .30 | 187.50 |
| 08/05/20 | JN | B110 | A109 | PARTICIPATED IN FIRST DAY MOTIONS AT BANKRUPTCY COURT (.9); CONFERENCE CALL WITH LAWYERS FOR DEPARTMENT OF INTERIOR REGARDING FIELDWOOD'S APPEAL OF INCIDENTS OF NON-COMPLIANCE (.8); RESEARCH ABANDONMENT OF PROPERTIES IN REGULATIONS (1.4). | 3.10 | 1,937.50 |
| 08/05/20 | SYD | B110 | A104 | REVIEW STATUS OF APPEAL AND UPCOMING DEADLINES (.2); CORRESPONDED WITH JONATHAN HUNTER RE SAME (.1). | .30 | 138.00 |
| 08/06/20 | CMM | B160 | A105 | CALL WITH J. BAIN REGARDING APPLICATION TO RETAIN FIRM AS SPECIAL COUNSEL. | .20 | 99.00 |
| 08/06/20 | JN | B110 | A109 | CONFERENCE CALL WITH RYAN LAMB REGARDING LEGAL WORKING GROUP. | .30 | 187.50 |
| 08/06/20 | PFH | B110 | A106 | EMAIL TO MR. SERGESKETTER/MR. CADE WHITE WITH CORRESPONDENCE TO INVESTIGATOR LONGBRAKE. | .10 | 62.50 |
| 08/06/20 | PFH | B110 | A107 | E MAIL FROM MR. CADE WHITE WITH DOCUMENTS TO PRODUCE TO VENTING SDT (.1); LETTER TO SA LONGBRAKE WITH SUPPLEMENTAL DOCUMENTS | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | PRODUCED FOR VENTING SDT (.1); E MAIL TO INVESTIGATOR LONGBRAKE WITH SUPPLEMENTAL FLARING PRODUCTION (.1). | | |
| 08/06/20 | JEB | B160 | A105 | CONFER WITH J. NOE REGARDING STRUCTURE OF RETENTION. | 1.10 | 660.00 |
| 08/07/20 | JAH | B110 | A104 | REVIEW ADMINISTRATIVE RECORD (.7); CORRESPONDENCE BOB SERGESKETTER (.2). | .90 | 562.50 |
| 08/07/20 | JN | B180 | A104 | CONFERENCE CALL WITH WEIL TO DISCUSS REGULATORY UPDATES (.6); MEETING WITH JON SEEGER REGARDING STATUS OF DECOMMISSIONING (.5). | 1.10 | 687.50 |
| 08/07/20 | JEB | B160 | A104 | ANALYSIS OF RETENTION ISSUES ASSOCIATED WITH FIELDWOOD BANKRUPTCY CASE. | 3.10 | 1,860.00 |
| 08/08/20 | JEB | B160 | A105 | CONFER WITH J. NOE REGARDING RETENTION APPLICATION. | 1.00 | 600.00 |
| 08/10/20 | JAH | B190 | A104 | CORRESPONDENCE S. WIEGAND RE IBLA REQUIREMENTS RE BANKRUPTCY FILING (.1); CONFERENCE J. NOE RE INC/CIVIL PENALTY DEFENSE STRATEGY (.2); REVIEW SUPPLEMENTAL BONDING ISSUES (.1). | .40 | 250.00 |
| 08/10/20 | JAH | B190 | A101 | REVIEW NOTES AND ADMINISTRATIVE RECORD (.3); PLAN STATEMENT OF REASONS FOR MERITS BRIEFING (.4). | .70 | 437.50 |
| 08/10/20 | JN | B180 | A104 | REVIEW PROPERTY LISTINGS OF PROPERTIES THAT MAY BE ABANDONED BY FIELDWOOD AND PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT'S FINANCIAL ADVISOR AND CLIENT ON DATA BASE WITH PROPOSED ABANDONED PROPERTIES THAT WILL BE DISCLOSED TO THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | 1.60 | 1,000.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    5
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


08/11/20 JN    B180  A104  PREPARATION FOR AND              2.30    1,437.50
                           PARTICIPATION IN CLIENT'S
                           BOARD OF DIRECTORS CALL.

08/11/20 JN    B180  A104  PARTICIPATED IN CONFERENCE        .50      312.50
                           CALL WITH WEIL REGARDING
                           STATUS OF REGULATORY ISSUES.

08/11/20 KMJ   B110  A101  MULTIPLE CORRESPONDENCE AND      1.00      450.00
                           TELEPHONE CONFERENCE RELATING
                           TO EMPLOYMENT AS SPECIAL
                           COUNSEL IN PENDING BANKRUPTCY
                           AND ROLE FOR EMPLOYMENT
                           APPLICATIONS.

08/11/20 JEB   B160  A104  REVIEW CORRESPONDENCE             .80      480.00
                           REGARDING JONES WALKER
                           RETENTION APPLICATION.

08/12/20 CMM   B160  A105  CALL WITH K. JOHNSON              .20       99.00
                           REGARDING REGULATORY AND
                           DECOMMISSIONING WORK AND
                           REASON FOR RETENTION AS
                           SPECIAL COUNSEL RATHER THAN
                           OCP.

08/12/20 CMM   B160  A107  REVIEW EMAIL FROM WEIL            .20       99.00
                           AGREEING TO RETENTION AS
                           SPECIAL COUNSEL, NOT OCP.

08/12/20 JAH   B110  A104  REVIEW ADMINISTRATIVE RECORD.     .30      187.50

08/12/20 JAH   B190  A104  REVIEW AND CIRCULATE IBLA         .30      187.50
                           ORDER CONSOLIDATING APPEALS
                           AND STAYING SUPPLEMENTAL
                           BONDING INCS (.2); CALENDAR
                           DEADLINES ON SAME (.1).

08/12/20 JN    B180  A104  REVIEWED ORDER OF THE             .50      312.50
                           INTERIOR LAND BOARD GRANTING
                           STAY OF EFFECT OF ORDER FOR
                           FIELDWOOD TO POST
                           SUPPLEMENTAL BONDS TO COVER
                           DECOMMISSIONING LIABILITIES
                           (.2); CONFERENCE CALL WITH J.
                           HUNTER TO DISCUSS NEXT STEPS
                           WITH APPEAL (.3).
```

```
FIELDWOOD ENERGY LLC                                      PAGE    6
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/13/20 | CMM | B160 | A107 | CALL WITH WEIL ON COORDINATION AND RETENTION APPLICATION. | .30 | 148.50 |
| 08/13/20 | JN | B180 | A104 | REVIEWED AND RESPONDED TO VARIOUS EMAILS FROM CLIENT REGARDING PRESENTATION OF PROPOSED ABANDONED PROPERTIES. | .40 | 250.00 |
| 08/13/20 | JN | B180 | A104 | CONFERENCE CALL WITH THE CLIENT REGARDING RECENTLY RECEIVED GRAND JURY SUBPOENAS AND NEXT STEPS WITH DEPARTMENT OF JUSTICE. | .50 | 312.50 |
| 08/13/20 | JN | B180 | A104 | PARTICIPATED IN UPDATE CONFERENCE CALL WITH WEIL REGARDING STATUS OF REGULATORY DISCUSSIONS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | .50 | 312.50 |
| 08/13/20 | KMJ | B110 | A101 | TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL, J. NOE, AND C. MUELLER RE EMPLOYMENT OF JONES WALKER AS SPECIAL COUNSEL AND RELATED LOGISTICS OF SAME. | .50 | 225.00 |
| 08/13/20 | PFH | B110 | A106 | CALL WLITH J. NOE AND MR. SERGESKETTER RE STATUS OF RESTRUCTURING. | .50 | 312.50 |
| 08/13/20 | PFH | B110 | A107 | E MAIL FROM AUSA SPIRO LATSIS RE STATUS OF CASE. | .10 | 62.50 |
| 08/13/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH CORRESPONDENCE FROM AUSA (.1): E MAIL FROM MR. SERGESKETTER WITH POTENTIAL RESPONSE TO AUSA (.1). | .20 | 125.00 |
| 08/13/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH GRAND JURY SUBPOENA TO JD RILEY (.1); E MAIL FROM MR. SERGESKETTER WITH PETE JONES NOTICE OF CONTACT BY INVESTIGATORS (.1); E MAIL RESPONSES TO MR. SERGESKETTER RE DEALING WITH SUBPOENAS AND | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    7
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

                        REQUESTS FOR INTERVIEW (.2).

08/13/20 PFH   B110  A107   CALL WITH MR. BRIAN CAPITELLI     .20      125.00
                            RE POTENTIAL REPRESENTATION
                            OF EMPLOYEES AND UPDATE ON
                            HIS CONTACTS WITH GOVERNMENT.

08/13/20 PFH   B110  A107   CALL AND E MAILS WITH MR.         .10       62.50
                            MIKE SKINNER RE
                            REPRESENTATION OF EMPLOYEES.

08/14/20 JN    B180  A104   CONFERENCE CALL WITH CLIENT       .70      437.50
                            AND ITS FINANCIAL ADVISOR
                            REGARDING PRESENTATION TO THE
                            DEPARTMENT OF INTERIOR AND
                            DEPARTMENT OF JUSTICE
                            REGARDING PROPOSED ABANDONED
                            PROPERTIES.

08/14/20 JN    B180  A109   PARTICIPATED IN A CONFERENCE      .90      562.50
                            CALL WITH INTERIOR SOLICITOR
                            RYAN LAMB AND DRAFTED AND
                            REVIEWED VARIOUS TEXT
                            COMMUNICATIONS TO AND FROM
                            RYAN LAMB.

08/14/20 PFH   B110  A106   E MAIL FROM MR. SERGESKETTER      .10       62.50
                            TO MR. WHITE RE REQUEST FROM
                            DOJ FOR UPDATE ON PRODUCTION.

08/14/20 PFH   B110  A107   E MAIL FROM AUSA SPIRO LATSIS     .10       62.50
                            RE SUBPOENA PRODUCTION AND
                            DISCUSSION RE CASAE.

08/14/20 PFH   B110  A106   E MAIL TO MR. SERGESKETTER        .20      125.00
                            WITH CORRESPONDENCE FROM AUSA
                            (.1); E MAILS TO/FROM MR.
                            SERGESKETTER RE POTENTIAL
                            RESPONSE (.1).

08/14/20 PFH   B110  A106   E MAILS FROM/FROM MR. NOE TO      .20      125.00
                            MR. SERGESKETTER WITH REPORT
                            ON RESTRUCTURING PROGRESS
                            (.1); E MAIL FROM MR.
                            SERGESKETTER TO MR. NOE WITH
                            GRAND JURY SUBPOENA TO JD
                            RILEY (.1).
```

```
FIELDWOOD ENERGY LLC                                      PAGE   8
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/14/20 | PFH | B110 | A106 | E MAIL TO/FROM MR. PETE JONES TO MR. SERGESKETTER RE REQUEST FOR INTERVIEW BYDOJ. | .10 | 62.50 |
| 08/14/20 | PFH | B110 | A107 | E MAIL TO/FROM MR. MIKE SKINNER RE REPRESENTATION OF EMPLOYEES. | .10 | 62.50 |
| 08/14/20 | PFH | B110 | A107 | E MAIL TO AUSA SPIRO LATSIS RE OUTSTANDING DOCUMENT REQUEST AND MEETING. | .10 | 62.50 |
| 08/14/20 | PFH | B110 | A107 | E MAIL FROM MR. SERGESKETTER TO MR. BECKER RE REPRESENTATION OF EMPLOYEE IN GRAND JURY INVESTIGATION. | .10 | 62.50 |
| 08/17/20 | CMM | B160 | A105 | REVIEW EMAILS REGARDING PARTIES IN INTEREST LIST. | .20 | 99.00 |
| 08/17/20 | CMM | B160 | A107 | FOLLOW UP ON RETENTION APPLICATION AND PARTIES IN INTEREST LIST. | .20 | 99.00 |
| 08/17/20 | JN | B180 | A104 | REVIEWED CLIENT'S PRESENTATION SUMMARIZING THE VARIOUS OUTSTANDING CRIMINAL INVESTIGATIONS (.3); CONDUCTED LEGAL RESEARCH IN PREPARATION OF LEGAL WORKING GROUP CONFERENCE CALL WITH THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF THE INTERIOR (.4). | .70 | 437.50 |
| 08/17/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH DIP LENDER'S REGULATORY COUNSEL REGARDING DISCUSSIONS WITH DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE. | .60 | 375.00 |
| 08/17/20 | JN | B180 | A104 | REVIEWED DRAFT SLIDES TO BE USED IN CALL WITH THE DEPARTMENT OF THE INTERIOR AND DEPARTMENT OF JUSTICE REGARDING PROPERTIES PROPOSED TO BE ABANDONED (.3); DRAFTED COMMENTS TO SLIDES (.3). | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    9
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/17/20 JN | B180 | A104 | PARTICIPATED IN CONFERENCE CALL WITH CLIENT'S FINANCIAL ADVISOR AND THE CLIENT TO REVIEW AND REVISE SLIDES TO BE USED IN UPCOMING CALL WITH THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF INTERIOR. | 1.70 | 1,062.50 |
| 08/17/20 KMJ | B110 | A101 | TELEPHONE CONFERENCE WITH J. NOE AND RELATED FOLLOW-UP ENGAGEMENT AS SPECIAL COUNSEL. | .30 | 135.00 |
| 08/17/20 PFH | B110 | A106 | CALL WITH WALTER BECKER RE PETE JONES AND JD RILEY (.5); E MAIL TO MR. BECKER RE RILEY AND WD 68 U (.1). | .60 | 375.00 |
| 08/17/20 PFH | B110 | A107 | E MAIL TO AUSA SPIRO LATSIS WITH RESPONSE TO HIS E MAIL RE PRODUCTION AND RELATED ISSUES. | .20 | 125.00 |
| 08/17/20 RSJ | B120 | A104 | TELEPHONE CONFERENCE WITH JAMES NOE REGARDING HULL REPAIR PLAN FOR THE NEPTUNE (.6); RECEIPT AND REVIEW OF EMAIL FROM JAMES NOE WITH ATTACHED DOCUMENTATION REGARDING SAME (.2). | .80 | 436.00 |
| 08/17/20 JEB | B160 | A104 | CORRESPONDENCE WITH NOE REGARDING RETENTION APPLICATION. | .30 | 180.00 |
| 08/18/20 CMM | B160 | A104 | TEND TO PARTIES IN INTEREST LIST. | .80 | 396.00 |
| 08/18/20 JN | B180 | A109 | PREPARED FOR AND PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT TO DISCUSS UPCOMING LEGAL WORKING GROUP CALL WITH THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | 1.20 | 750.00 |
| 08/18/20 JN | B180 | A109 | PARTICIPATED IN CLIENT'S BOARD OF DIRECTORS CONFERENCE CALL. | 1.10 | 687.50 |

FIELDWOOD ENERGY LLC                                        PAGE  10
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 08/18/20 JN | B180 | A104 | REVIEWED AND DRAFTED COMMENTS ON PRESENTATION SLIDES THAT WILL BE USED IN UPCOMING CALL WITH THE DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE REGARDING ABANDONED PROPERTIES. | .60 | 375.00 |
| 08/18/20 JN | B180 | A104 | REVIEWED PLEADINGS FILED BY DEPARTMENT OF JUSTICE IN PRIOR BANKRUPTCIES OF OFFSHORE OIL AND GAS COMPANIES TO DETERMINE POTENTIAL STRATEGY THAT WILL BE TAKEN BY THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR IN CLIENT'S BANKRUPTCY CASE. | 2.30 | 1,437.50 |
| 08/18/20 KMJ | B110 | A101 | CORRESPONDENCE RE ENGAGEMENT AS SPECIAL COUNSEL AND RELATED TELEPHONE CONFERENCE WITH J. NOE. | .30 | 135.00 |
| 08/18/20 PFH | B110 | A107 | CALL FROM MR. WALTER BECKER RE HIS CALL WITH AUSA LATSIS RE GRAND JURY/WITNESS INTERVIEWS. | .20 | 125.00 |
| 08/18/20 PFH | B110 | A106 | E MAILS FROM/TO MR SERGESKETTER/MR. CADE WHITE RE GRAND JURY PRODUCTION. | .10 | 62.50 |
| 08/18/20 PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER RE CALLS F ROM RICHARD DUNHAM AND BLAINE MARCANTEL RE CONTACTS FROM DOJ FOR INTERVIEWS. | .10 | 62.50 |
| 08/18/20 JEB | B160 | A104 | ATTENTION TO STATUS OF RETENTION APPLICATION. | .20 | 120.00 |
| 08/19/20 CMM | B160 | A104 | LOCAL RULES REGARDING RETENTION APPLICATION DEADLINE. | .20 | 99.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   11
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

```
08/19/20 JAH   B190  A104   PARTICIPATE IN LEGAL WORKING      1.20        750.00
                            GROUP CALL WITH DOI AND DOJ
                            (.6); CONFERENCE J. NOE RE
                            SAME (.6).

08/19/20 JAH   B110  A105   CORRESPONDENCE B. DEWOLFE RE       .20        125.00
                            APPEAL FILINGS.

08/19/20 JN    B180  A109   REVIEWED AND COMMENTED ON NEW     1.20        750.00
                            VERSION OF SLIDES TO BE USED
                            IN UPCOMING CALL WITH THE
                            DEPARTMENT OF INTERIOR AND
                            DEPARTMENT OF JUSTICE
                            REGARDING PROPOSED ABANDONED
                            PROPERTIES AND PARTICIPATED
                            ON CONFERENCE CALL WITH THE
                            CLIENT AND ADVISORS REGARDING
                            THE SLIDES.

08/19/20 JN    B180  A109   PREPARED FOR AND PARTICIPATED     1.40        875.00
                            IN LEGAL WORKING GROUP CALL
                            WITH LAWYERS FROM THE
                            DEPARTMENT OF INTERIOR AND
                            THE DEPARTMENT OF JUSTICE.

08/19/20 JN    B180  A109   PARTICIPATED IN CONFERENCE         .50        312.50
                            CALLS WITH KEVIN BRUCE
                            REGARDING NEXT STEPS
                            FOLLOWING CONFERENCE CALL
                            WITH LAWYERS FROM DEPARTMENT
                            OF INTERIOR AND DEPARTMENT OF
                            JUSTICE.

08/19/20 JN    B180  A109   CONFERENCE CALL WITH THE           .50        312.50
                            CLIENT (JOHN SEEGER)
                            REGARDING PRESENTATION
                            MATERIALS ON ABANDONED
                            PROPERTIES TO BE PRESENTED TO
                            THE DEPARTMENT OF THE
                            INTERIOR AND THE DEPARTMENT
                            OF JUSTICE.

08/19/20 JN    B180  A109   RESEARCHED REGULATIONS             .60        375.00
                            REGARDING MECHANICS OF
                            RELINQUISHING PROPERTIES TO
                            THE GOVERNMENT.
```

FIELDWOOD ENERGY LLC                                    PAGE  12
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

08/19/20 KMJ   B110  A101   FOLLOW UP ON EMPLOYMENT AS        .40        180.00
                           SPECIAL COUNSEL AND ISSUES RE
                           SAME.

08/19/20 PFH   B110  A106   E MAIL TO/FROM MR.                .10         62.50
                           SERGESKETTER WITH QUESTION RE
                           WITNESS CONTACT.

08/19/20 JEB   B160  A111   CORRESPONDENCE REGARDING          .20        120.00
                           RETENTION APPLICATION.

08/19/20 MMT   B160  A102   RESEARCHED DEADLINE TO FILE       .50        137.50
                           RETENTION APPLICATION WITHOUT
                           NUNC PRO TUNC RELIEF.

08/19/20 GMS   B190  A107   COMMUNICATIONS WITH MS.           .20         41.00
                           HARDIN AND CLIENT CONCERNING
                           FORMAT FOR RECEIPT OF
                           PRODUCTION IN RESPONSE TO
                           REQUEST 15.

08/19/20 GMS   B190  A105   COMMUNICATIONS WITH PRACTICE      .10         20.50
                           SUPPORT GROUP COORDINATING
                           RECEIPT AND HANDLING OF
                           PRODUCTION IN RESPONSE TO
                           REQUEST 15.

08/20/20 CMM   B160  A105   REVIEW PARTIES IN INTEREST        .20         99.00
                           ISSUE FOR CONFLICTS PURPOSES
                           AND PREPARATION OF
                           APPLICATION FOR RETENTION.

08/20/20 CMM   B160  A104   REVIEW AND CALCULATE DEADLINE     .20         99.00
                           FOR FILING RETENTION
                           APPLICATION.

08/20/20 CMM   B160  A107   CALL WITH C. CARLSON              .20         99.00
                           REGARDING RETENTION
                           APPLICATION.

08/20/20 CMM   B160  A105   CALL WITH J. BAIN REGARDING       .40        198.00
                           CONFLICTS CHECK AND SECTION
                           327(E) APPLICATION.

08/20/20 JAH   B190  A104   CALLS AND CORRESPONDENCE J.      1.00        625.00
                           NOE RE CONSEQUENCES OF LEASE
                           "RELINQUISHMENT,"
                           JURISDICTIONAL ISSUES
                           AFFECTING CIVIL PENALTY
                           APPEALS, AND OUTREACH TO AUSA

```
FIELDWOOD ENERGY LLC                                          PAGE   13
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

                         RE PENDING INVESTIGATIONS
                         (.6); ANALYZE SAME (.4).

08/20/20 JN   B180  A105  PARTICIPATE IN CONFERENCE          .50      312.50
                          CALL WITH J. HUNTER TO
                          DISCUSS MECHANICS OF
                          ABANDONING PROPERTIES UNDER
                          APPLICABLE REGULATIONS AND
                          HOW TO HAVE BSEE TAKE
                          JURISDICTION OF ALL CIVIL
                          PENALTIES, INCLUDING APPEALS
                          OF CIVIL PENALTIES CURRENTLY
                          PENDING WITH THE INTERIOR
                          LAND BOARD COURT.

08/20/20 JN   B180  A103  DRAFT LETTER TO U.S. ATTORNEY      .80      500.00
                          FOR THE EASTERN DISTRICT OF
                          LOUISIANA REGARDING SUBSUMING
                          PENDING CRIMINAL
                          INVESTIGATIONS INTO THE
                          BANKRUPTCY PROCEEDING.

08/20/20 JN   B180  A105  CONFERENCE CALL WITH J. BAIN       .30      187.50
                          TO DISCUSS ISSUES RELATED TO
                          ENFORCEMENT PROCEEDINGS AND
                          POTENTIAL WAYS TO HAVE THEM
                          BROUGHT INTO THE
                          RESTRUCTURING NEGOTIATIONS
                          WITH THE DEPARTMENT OF
                          JUSTICE.

08/20/20 JN   B180  A109  CONFERENCE CALL WITH THE           .40      250.00
                          CLIENT (B. SERGESKETTER) AND
                          P. HARDIN TO DISCUSS ONGOING
                          ENFORCEMENT PROCEEDINGS
                          PENDING IN THE EASTERN
                          DISTRICT OF LOUISIANA.

08/20/20 JN   B180  A109  PREPARED FOR AND PARTICIPATED     1.50      937.50
                          IN CONFERENCE CALL WITH
                          DEPARTMENT OF INTERIOR AND
                          DEPARTMENT OF JUSTICE TO
                          PRESENT ABANDONED PROPERTIES.

08/20/20 JN   B180  A109  PARTICIPATED IN A                  .60      375.00
                          POST-GOVERNMENT CALL DEBRIEF
                          TO DISCUSS NEXT STEPS ON
                          ABANDONMENT OF PROPERTIES.
```

```
FIELDWOOD ENERGY LLC                                     PAGE  14
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/20/20 JN | B180 | A109 | CONDUCTED RESEARCH IN RELATIVITY DATABASE THAT CONTAINS DATA ON THE PROPERTIES THE CLIENT PROPOSES TO ABANDON. | .60 | 375.00 |
| 08/20/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. NOE RE MR. NOE'S CONVERSATIONS WITH DOJ CIVIL AND THE IMPACT OF CRIMINAL INDICTMENT ON RESTRUCTURING AND STRATEGY FOR HANDLING. | .50 | 312.50 |
| 08/20/20 PFH | B110 | A107 | E MAIL TO AUSA LATSIS RE MEETING FOR REVERSE PROFFER. | .10 | 62.50 |
| 08/20/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO ME LOWE RE DOCUMENTS FROM WD 68 U WITH RESPONSE FROM MR. LOWE TO MR. SERGESKETTER RE HIS SEARCH FOR DOCUMENTS. | .10 | 62.50 |
| 08/20/20 PFH | B110 | A106 | CALL FROM MR. SERGESKETTER RE INFORMATION PROVIDED BY MR. BECKER AND HOW IT COULD IMPACT RESTRUCTURING (.3); E MAIL TO MR. SERGESKETTER RE CONTACT TO AUSA (.1); EMAIL FROM MR. JIM NOE TO MR. SERGESKETTER RE RESTRUCTURING (.1); | .50 | 312.50 |
| 08/20/20 PFH | B110 | A107 | CALL WITH MR. BECKER RE HIS REPRESENTATION OF DUNHAM AND MARCANTEL AND DISCUSSIONS WITH AUSSA LATSIS RE THEM. | .30 | 187.50 |
| 08/20/20 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER REPORTING ON MY CALL WITH MR. BECKER AND ITS IMPACT ON RESTRUCTURING STRATEGY. | .10 | 62.50 |
| 08/20/20 RCJ | B420 | A105 | OFFICE CONFERENCE WITH MR. NOE REGARDING SPAR ISSUE. | .20 | 125.00 |
| 08/20/20 JEB | B110 | A105 | CONFER WITH J. NOE REGARDING STRATEGY. | .60 | 360.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  15
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/20/20 GMS | B190 | A105 | COMMUNICATIONS WITH MR. SMITH AND MS. BORCHGREVINK CONCERNING HANDLING OF PASSWORD PROTECTED FLASH DRIVE FROM CLIENT. | .30 | 61.50 |
| 08/20/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. HARDIN CONCERNING NEXT STEPS FOR HANDLING OF DATA POST-UPLOAD TO NETWORK. | .10 | 20.50 |
| 08/20/20 GMS | B190 | A105 | FOLLOW-UP COMMUNICATIONS WITH MR. BORCHGREVINK AND MR. SMITH CONCERNING STATUS OF TRANSFER OF DATA FROM FLASH DRIVE TO NETWORK. | .10 | 20.50 |
| 08/21/20 CMM | B160 | A104 | REVIEW RECENT RETENTION APPLICATIONS UNDER 327(E) FILED IN THE SD TX. | 1.30 | 643.50 |
| 08/21/20 JAH | B190 | A104 | CONFERENCE J. NOE RE DOI RESPONSE TO PROPOSED RESTRUCTURING PLAN AND INC/PENALTY ISSUES. | .50 | 312.50 |
| 08/21/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (B. SERGESKETTER) TO DISCUSS OUTREACH TO MAIN JUSTICE TO DISCUSS ONGOING ENFORCEMENT ACTIONS. | .30 | 187.50 |
| 08/21/20 JN | B180 | A103 | DRAFT EMAIL TO INTERIOR SOLICITOR RYAN LAMB REGARDING APPROACH TO MAIN JUSTICE TO DISCUSS ONGOING ENFORCEMENT ACTIONS. | .40 | 250.00 |
| 08/21/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (K. BRUCE) REGARDING NEXT STEPS FOLLOWING THE CALL WITH THE DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE REGARDING ABANDONMENT (.4); DISCUSSION OF REVISIONS TO MESSAGING WITH THE GOVERNMENT (.2). | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  16
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/21/20 JN | B180 | A104 | REVIEW OF U.S. COAST GUARD LIFE EXTENSION REGULATIONS REGARDING THE NEPTUNE SPAR AND REVIEW OF ABS REGULATIONS REGARDING SAME ISSUE (1.1); REVIEWED BSEE REGULATIONS REGARDING IMPACT OF DENIAL OF LIFE EXTENSION REQUEST (DECOMMISSIONING REGULATIONS) (1.1). | 2.20 | 1,375.00 |
| 08/21/20 JN | B180 | A105 | CONFERENCE CALLS WITH RICHARD BERTRAM TO DISCUSS COAST GUARD'S DENIAL OF LIFE EXTENSION FOR NEPTUNE SPAR AND NEXT STEPS WITH APPEAL FROM THAT DECISION. | .30 | 187.50 |
| 08/21/20 JN | B180 | A105 | CONFERENCE CALL WITH MARC HEBERT REGARDING OUTREACH TO COAST GUARD LEADERSHIP TO SOLICIT SUPPORT FOR APPEAL OF DENIAL OF LIFE EXTENSION REQUEST FOR NEPTUNE SPAR. | .20 | 125.00 |
| 08/21/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT (PATRICK EILAND) TO DISCUSS THE BACKGROUND AND HISTORY OF THE LIFE EXTENSION REQUEST FOR THE NEPTUNE SPAR. | .70 | 437.50 |
| 08/21/20 JN | B180 | A109 | REVIEW AND REVISE LETTER, AS MODIFIED BY THE CLIENT, TO ASSISTANT U.S. ATTORNEY REGARDING PENDING ENFORCEMENT ACTIONS AND THE ACTIONS SHOULD BE MADE A PART OF THE OVERALL RESTRUCTURING EFFORTS. | .50 | 312.50 |
| 08/21/20 PFH | B110 | A107 | FINALIZED AND E MAILED LETTER TO AUSA SPIRO LATSIS RE IMPACT OF RESTRUCTURING ON HIS CASE. | .10 | 62.50 |
| 08/21/20 PFH | B110 | A107 | E MAIL TO/FROM AUSA LATSIS WITH LETTER RE RESTRUCTURING. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  17
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/21/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH LATSIS CORRESPONDENCE RE RESTRUCTURING. | .10 | 62.50 |
| 08/21/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH EVIDENCE PROVIDED BY SHAMROCK FOR POWERPOINT. | .10 | 62.50 |
| 08/21/20 | PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER WITH DRAFTS OF LETTER TO AUSA LATSIS RE RESTRUCTURING PROCESS. | .10 | 62.50 |
| 08/21/20 | PFH | B110 | A106 | REVISED LETTER TO AUSA LATSIS RE RESTRUCTURING AND E MAILED TO MR. SERGESKETTER WITH EXPLANATION FOR REVISIONS (.4); E MAIL FROM MR. NOE RE LETTER (.1); EMAIL FROM MR. SERGESKETTER WITH FURTHER REVISIONS (.1). | .60 | 375.00 |
| 08/21/20 | PFH | B110 | A107 | E MAIL TO/FROM AUSA LATSIS RE MEETING FOR REVERSE PROFFER. | .10 | 62.50 |
| 08/21/20 | RDB | B210 | A104 | REVIEW AND ANALYSIS OF USCG REGULATIONS AT 33 CFR SUBCHAPTER N RELATED TO POSSIBLE OBJECTIONS AND REVIEW OF DETERMINATIONS MADE BY USCG OCMI REGARDING LIFE EXTENSION FOR NEPTUNE SPAR PRODUCTION PLATFORM. | 1.30 | 734.50 |
| 08/21/20 | RDB | B210 | A105 | MEMORANDUM TO AND TELEPHONE CALL FROM MR. NOE RELATED TO USCG LIFE EXTENSION FOR NEPTUNE SPAR PRODUCTION PLATFORM AND STATUS OF CURRENT REQUEST FOR LIFE EXTENSION. | .30 | 169.50 |
| 08/21/20 | RDB | B210 | A102 | RESEARCH FOR DECISIONS OF USCG AND OF USCG COMMANDANT RELATED TO LIFE EXTENSION AND ISSUES RELATED TO SUBCHAPTER N. | .80 | 452.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE  18
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| 08/21/20 RDB | B210 A102 | REVIEW OF PUBLICATIONS OF ABS AND DNV RELATED TO LIFE EXTENSION REQUESTS AND TECHNICAL ISSUES TO BE ADDRESSED IN LIFE EXTENSION. | .50 | 282.50 |
| --- | --- | --- | --- | --- |
| 08/21/20 RDB | B210 A102 | REVIEW CASELAW RELATED TO USCG REGULATIONS AND REVIEW OF ADMINISTRATIVE DETERMINATION BY OCMI. | .50 | 282.50 |
| 08/21/20 RDB | B210 A104 | ADDRESS CURRENT POSTURE AND STATUS OF MATTERS WITH USCG AND OUTLINE RECOMMENDED ACTION TO PURSUE RELATED TO LIFE EXTENSION. | .30 | 169.50 |
| 08/21/20 MMT | B160 A105 | CORRESPONDENCE WITH J. BAIN RE: RETENTION APPLICATION. | .10 | 27.50 |
| 08/22/20 JN | B180 A105 | DRAFT EMAIL TO RICHARD BERTRAM AND MARC HEBERT PROVIDING THE HISTORY AND BACKGROUND OF THE DENIAL OF THE LIFE EXTENSION REQUEST FOR THE NEPTUNE SPAR AND RAISED SEVERAL SUGGESTIONS ON NEXT STEPS. | .50 | 312.50 |
| 08/22/20 M H | B210 A107 | RECEIPT OF EMAIL CORRESPONDENCE FROM JIM NOE, REGARDING ASSISTANCE WITH APPEAL TO D8 FOR REPAIRS TO NEPTUNE SPAR AND RESPOND WITH QUESTIONS ABOUT THE SPAR, TECHNICAL MATTERS, AND REQUEST FOR ADDITIONAL INFORMATION FOR REVIEW. | .40 | 280.00 |
| 08/22/20 M H | B210 A107 | CALL FROM JIM NOE, REGARDING ADVISE AND ASSISTANCE WITH RESPONSE TO USCG DENIAL OF APPEAL FOR NEPTUNE SPAR REPAIRS. | .20 | 140.00 |
| 08/22/20 RDB | B210 A101 | MEMORANDUM TO MR. HEBERT AND MR. NOE RELATED TO FUTURE ACTION AND RECOMMENDED ACTION TO BE TAKEN WITH OCMI AND USCG DISTRICT 8 COMMANDER, | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   19
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
                         ADM. NADEAU.

08/24/20 CMM   B160  A105  COMMUNICATE WITH TEAM           .30      148.50
                           REGARDING NEED FOR FULL
                           CONFLICTS CHECK TO MEET
                           DISCLOSURE REQUIREMENTS OF
                           RULE 2014.

08/24/20 CMM   B160  A105  REGARDING EMPLOYMENT            .40      198.00
                           APPLICATION AND SCOPE OF
                           CONFLICTS REVIEW.

08/24/20 CMM   B160  A104  BREADTH OF CONFLICT CHECK FOR   .50      247.50
                           RETENTION APPLICATION UNDER
                           327(E) AND REQUIREMENTS OF
                           RULE 2014 AND LOCAL RULES
                           REQUIRING DESCRIPTION OF ALL
                           OF APPLICANT'S CONNECTIONS
                           WITH THE DEBTOR, CREDITOR,
                           PARTIES IN INTEREST AND
                           TRUSTEE

08/24/20 JN    B180  A105  CONFERENCE CALL WITH RICHARD    .60      375.00
                           BERTRAM AND MARC HEBERT TO
                           DISCUSS RECOMMENDED NEXT
                           STEPS IN LIGHT OF DENIAL OF
                           LIFE EXTENSION REQUEST FOR
                           THE NEPTUNE SPAR.

08/24/20 JN    B180  A109  CONFERENCE CALL WITH THE        .60      375.00
                           CLIENT (ROBERT SERGESKETTER)
                           AND PAULINE HARDIN TO DISCUSS
                           RESPONSE TO ASSISTANT U.S.
                           ATTORNEY'S REQUEST FOR
                           IDENTIFICATION OF DOJ
                           OFFICIALS WE ARE IN
                           DISCUSSIONS WITH REGARDING
                           RESTRUCTURING.

08/24/20 JN    B180  A109  CONFERENCE CALL WITH CLIENT     .50      312.50
                           (KEVIN BRUCE) TO DISCUSS
                           GOVERNMENT OUTREACH AND
                           NEPTUNE SPAR LIFE EXTENSION
                           DENIAL.

08/24/20 JN    B180  A104  REVIEW DENIAL ORDER FROM       1.30      812.50
                           COAST GUARD ON LIFE EXTENSION
                           REQUEST FOR NEPTUNE SPAR AND
                           THE FILE MATERIALS RELATED TO
                           THE EXTENSION REQUEST AND
```

```
FIELDWOOD ENERGY LLC                                        PAGE   20
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | SUBSEQUENT APPEALS. |  |  |
| 08/24/20 | KMJ | B110 | A101 | FOLLOW UP DEBTORS' COUNSEL ON EMPLOYMENT APPLICATION AND STATUS. | .50 | 225.00 |
| 08/24/20 | M H | B210 | A107 | EXTENDED CALL WITH RICHARD BERTRAM AND JIM NOE, REGARDING REVIEW OF USCG APPEAL COMMUNICATIONS BETWEEN USCG AND FIELDWOOD, ISSUES TO ADDRESS WITH USCG, BACKGROUND INFORMATION NEEDED TO SUPPORT AN APPEAL TO THE RADM AT D8. | .50 | 350.00 |
| 08/24/20 | M H | B210 | A104 | REVIEW AND ANALYZE FIELDWOOD ENERGY'S COMMUNICATIONS WITH USCG D8, CONCERNING APPEAL FOR HULL REPAIRS OF NEPTUNE SPAR. | .40 | 280.00 |
| 08/24/20 | M H | B210 | A108 | EXTENDED CALL WITH CAPTAIN WAYNE ARGUIN, CP5 USCG CHIEF OF PREVENTION, REGARDING MANAGING APPEAL TO DENIAL FOR NEPTUNE SPAR HULL REPAIRS. | .40 | 280.00 |
| 08/24/20 | PFH | B110 | A107 | E MAILS FROM AUSA LATSIS RE DOJ NAME TO CONTACT. | .10 | 62.50 |
| 08/24/20 | PFH | B110 | A106 | E MAIL TO MR SERGESKETTER WITH CORRESPONDENCE FROM AUSA LATSIS RE DOJ NAME TO CONTACT. | .10 | 62.50 |
| 08/24/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. NOE TO DISCUSS AUSA REQUEST. | .60 | 375.00 |
| 08/24/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH INFORMATION RE WD 68 U ISSUE. | .20 | 125.00 |
| 08/24/20 | RDB | B210 | A104 | RECEIVED AND REVIEWED USCG'S DENIAL OF FIELDWOOD'S REQUEST FOR RECONSIDERATION RELATED TO NEPTUNE SPAR AND SCOPE OF PROPOSED REPAIRS ISSUED BY CMDR DENNING, OCMI, USCG DISTRICT 8, OCS SECTION. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE  21
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


08/24/20 RDB   B210  A104   RECEIVED AND REVIEWED USCG         .30        169.50
                           835'S ISSUED TO FIELDWOOD FOR
                           NEPTUNE SPAR AS A RESULT OF
                           MARCH 6, 2020 INSPECTION AND
                           DAMAGE SURVEY.


08/24/20 RDB   B210  A104   REVIEW AND ANALYSIS OF COAST       .50        282.50
                           GUARD AND BSEE REGULATIONS
                           CITED BY USCG IN 835'S ISSUED
                           TO FIELDWOOD AND ADDRESS
                           CURRENT OPERATIONAL STATUS OF
                           NEPTUNE SPAR AND ISSUES
                           RELATED TO CERTIFICATION OF
                           INSPECTION.


08/24/20 RDB   B210  A104   RECEIVED AND REVIEWED             .30        169.50
                           CORRESPONDENCE FROM USCG
                           LTCDR DOUGHERTY, ACTING
                           OFFICER IN CHARGE OF OCMI,
                           RELATED TO NEPTUNE SPAR.


08/24/20 RDB   B210  A104   RECEIVED AND REVIEWED            1.00        565.00
                           FIELDWOOD'S REQUEST FOR
                           APPEAL RECONSIDERATION TO
                           LTCDR DOUGHERTY OF DISTRICT 8
                           USCG INSPECTIONS RELATED TO
                           COAST GUARD'S RESPONSE TO
                           REPAIR PROPOSAL AND
                           FIELDWOOD'S APPEAL PACKAGE
                           AND TECHNICAL PROPOSAL.


08/24/20 RDB   B210  A104   RECEIVED AND REVIEWED LTCDR       .30        169.50
                           DOUGHERTY'S CORRESPONDENCE TO
                           FIELDWOOD AND MR. JOHN SEEGER
                           DATED MAY 4, 2020 RELATED TO
                           835'S ISSUED BY USCG FOR
                           NEPTUNE SPAR.


08/24/20 RDB   B210  A104   RECEIVED AND REVIEWED            1.00        565.00
                           FIELDWOOD'S APPEAL TO USCG
                           OCMI RELATED TO HULL REPAIR
                           PLAN AND ADDRESSING USCG'S
                           AND ABS'S COMMENT REGARDING
                           PERMANENT VERSUS TECHNICAL
                           REPAIRS.
```

```
FIELDWOOD ENERGY LLC                                        PAGE   22
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/24/20 RDB | B210 | A104 | REVIEW DISTRICT 8 POLICY LETTERS RELATED TO INSPECTION OF FLOATING PRODUCTION INSTALLATIONS ON OCS. | .30 | 169.50 |
| 08/24/20 RDB | B210 | A104 | REVIEW PORTIONS OF ABS RULES FOR FLOATING PRODUCTION INSTALLATIONS AND LIFE EXTENSIONS AT SAME SITE. | .30 | 169.50 |
| 08/24/20 RDB | B210 | A104 | REVIEW NVIC NO. 7-68 ISSUED BY USCG RELATED TO INSPECTION AND REPAIR OF STEEL HULLS. | .30 | 169.50 |
| 08/24/20 RDB | B210 | A103 | OUTLINE TECHNICAL AND REGULATORY ISSUES TO ADDRESS FOR POSSIBLE APPEAL TO USCG EIGHTH DISTRICT COMMANDER OF USCG'S DENIAL OF FIELDWOOD'S REQUEST FOR RECONSIDERATION. | .30 | 169.50 |
| 08/24/20 RDB | B210 | A103 | DRAFT TIMELINE OF EVENTS AND NOTICES RECEIVED FROM USCG AND CALCULATE DEADLINE FOR APPEAL OF AUGUST 21, 2020 DENIAL LETTER TO COMMANDER OF EIGHTH COAST GUARD DISTRICT. | .30 | 169.50 |
| 08/24/20 RDB | B210 | A105 | MEMORANDUM TO MR. NOE RELATED TO USCG REGULATIONS, REVIEW OF USCG DOCUMENTATION AND RECOMMENDED FUTURE ACTION. | .30 | 169.50 |
| 08/24/20 JEB | B160 | A104 | ATTENTION TO STATUS OF RETENTION APPLICATION. | .20 | 120.00 |
| 08/24/20 GAR | B160 | A105 | DISCUSS SCOPE OF CONFLICTS FOR SPECIAL COUNSEL PURSUANT TO 327(E) OF THE BANKRUPTCY CODE WITH C. MULLER TO ENSURE COMPLIANCE WITH FEDERAL, BANKRUPTCY, AND LOCAL RULES. | .30 | 91.50 |
| 08/24/20 GAR | B160 | A102 | REVIEW ISSUES REGARDING THE SCOPE OF DISCLOSURE AND RELATED CONFLICTS FOR SPECIAL COUNSEL PURSUANT TO 327(E) OF THE BANKRUPTCY CODE TO ENSURE COMPLIANCE WITH FEDERAL, BANKRUPTCY, AND LOCAL RULES | .90 | 274.50 |

```
FIELDWOOD ENERGY LLC                                           PAGE   23
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | AND TO EFFECTUATE PROPER CONFLICTS CHECKS. | | |
| 08/25/20 | CMM | B160 | A105 | CALL WITH J. BAIN REGARDING CONFLICTS CHECK AND RETENTION APPLICATION. | .20 | 99.00 |
| 08/25/20 | CMM | B160 | A104 | CONFLICTS CHECK REQUIREMENTS AND REQUIRED FIRM AFFIDAVIT. | .50 | 247.50 |
| 08/25/20 | CMM | B160 | A104 | RESULTS OF FIRST TWO BATCHES OF CONFLICTS CHECK. | .40 | 198.00 |
| 08/25/20 | CMM | B160 | A104 | RESULTS OF CONFLICTS CHECK OF PARTIES IN INTEREST. | .30 | 148.50 |
| 08/25/20 | JAH | B190 | A104 | CONFERENCE J. NOE RE NEPTUNE SPAR CERTIFICATION ISSUES AND PLAN STRATEGY RE SAME (.3); REVIEW PLATFORM REGULATIONS AND DATA RE EXPERT CONSULTANTS/WITNESSES (.3); REVIEW NEPTUNE DOCUMENTS (.4). | 1.00 | 625.00 |
| 08/25/20 | JN | B180 | A104 | REVIEW APPLICABLE REGULATIONS, RULES OF THE AMERICAN BUREAU OF SHIPPING AND U.S. COAST GUARD GUIDANCE DOCUMENTS RELATED TO FLOATING PRODUCTION STRUCTURES AND LIFE EXTENSIONS TOGETHER WITH MEMORANDUM DRAFTED BY RICHARD BERTRAM IN PREPARATION WITH CALL FROM WITH THE CLIENT. | 2.70 | 1,687.50 |
| 08/25/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT (KEVIN BRUCE) TO DISCUSS GOVERNMENT OUTREACH REGARDING PENDING ENFORCEMENT INVESTIGATIONS IN THE EASTERN DISTRICT OF LOUISIANA. | .40 | 250.00 |
| 08/25/20 | JN | B180 | A105 | CONFERENCE CALL WITH RICHARD BERTRAM TO DISCUSS UPCOMING CALL WITH THE CLIENT ON THE LIFE EXTENSION APPLICATION FOR THE NEPTUNE SPAR (.2); DISCUSSED POTENTIAL REGULATORY ARGUMENTS FOR AN | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   24
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | APPEAL OF THE DENIAL OF THE EXTENSION (.1). |  |  |
| 08/25/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT ON THE DENIAL OF THE LIFE EXTENSION FOR THE NEPTUNE SPAR (.9); DISCUSSED POTENTIAL APPEAL AND IMPACT ON DECOMMISSIONING LIABILITY IN THE BANKRUPTCY PROCEEDING IF LIFE EXTENSION IS NOT GRANTED (.6). | 1.50 | 937.50 |
| 08/25/20 | JN | B180 | A109 | PARTICIPATED IN BOARD OF DIRECTORS CONFERENCE CALL TO DISCUSS THE STATUS OF THE BANKRUPTCY PROCEEDING AND DISCUSSIONS WITH THE GOVERNMENT. | 1.00 | 625.00 |
| 08/25/20 | JN | B180 | A105 | CONFERENCE CALL WITH RICHARD BERTRAM TO DISCUSS NEPTUNE SPAR LIFE EXTENSION. | .20 | 125.00 |
| 08/25/20 | JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS THE NEPTUNE SPAR AND POTENTIAL LEGAL CONSEQUENCES OF THE DENIAL OF LIFE EXTENSION. | .30 | 187.50 |
| 08/25/20 | KMJ | B110 | A101 | ANALYZE INFORMATION NEEDED FOR DECLARATION FOR EMPLOYMENT AS SPECIAL COUNSEL RETENTION AND RELATED CORRESPONDENCE WITH CLIENT TEAM RE PERIMETERS OF SAME (.4); TELEPHONE CONFERENCE WITH J. BAIN (.1); REVIEW LOCAL RULES REQUIREMENTS AND INSTRUCT G. RAMIREZ ON DRAFT OF APPLICATION AND SUPPORTING DECLARATION (.7). | 1.20 | 540.00 |
| 08/25/20 | RDB | B210 | A106 | TELEPHONE CONFERENCE WITH FIELDWOOD REPRESENTATIVES, PATRICK EILAND, JOHN SEEGER, BRANDON DEWOLFE, AND JIM NOE RELATED TO NEPTUNE SPAR, USCG ACTIONS AND APPEAL ACTIONS, PENDING 835'S, STATUS WITH | 1.50 | 847.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE  25
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | BSEE AND FUTURE ACTION WITH USCG. |  |  |
| 08/25/20 | RDB | B210 | A104 | REVIEW OF FIELDWOOD'S SUBMISSIONS TO USCG RELATED TO REPAIRS TO NEPTUNE SPAR AND ADDRESS FUTURE ACTION TO BE TAKEN WITH USCG. | .80 | 452.00 |
| 08/25/20 | RDB | B210 | A104 | REVIEW OF USCG NVICS AND ADDRESS FINDINGS OF USCG IN ITS DENIAL OF FIELDWOOD'S APPLICATION FOR REHEARING. | .80 | 452.00 |
| 08/25/20 | RDB | B210 | A104 | REVIEW FIELDWOOD'S INITIAL APPEAL TO USCG RELATED TO OCMI'S DENIAL OF PROPOSED HULL REPAIR PLANS. | .50 | 282.50 |
| 08/25/20 | RDB | B210 | A102 | RESEARCH RELATED TO POSSIBLE EXPERT WITNESSES/CONSULTANTS. | .30 | 169.50 |
| 08/25/20 | JEB | B160 | A104 | FURTHER CORRESPONDENCE REGARDING RETENTION APPLICATION. | .60 | 360.00 |
| 08/25/20 | GAR | B160 | A104 | REVIEW EXTENSIVE CONFLICTS LIST TO BE RUN BY CONFLICTS DEPARTMENT TO ENSURE COMPLIANCE WITH FEDERAL, BANKRUPTCY, AND LOCAL RULES. | .40 | 122.00 |
| 08/25/20 | GAR | B160 | A103 | BEGIN DRAFT OF JONES WALKER'S RETENTION APPLICATION AS SPECIAL COUNSEL FOR THE DEBTORS, INCLUDING SUMMARY OF REVIEW OF INFORMATION TO DATE AND EXISTING DOCUMENTATION TO SUPPORT APPLICATION. | 2.60 | 793.00 |
| 08/25/20 | K B | B110 | A104 | REVIEW EXTENSIVE E-MAIL CORRESPONDENCE RE CONFLICTS CHECK AND APPLICATION TO EMPLOY JONES WALKER. | .30 | 55.50 |
| 08/25/20 | K B | B110 | A105 | TELEPHONE CONFERENCE WITH K. JOHNSON RE CONFLICTS CHECK AND APPLICATION TO EMPLOY JONES WALKER. | .20 | 37.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  26
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/26/20 CMM | B160 | A104 | REVIEW THREE BATCHES OF CONFLICTS CHECK OF LIST OF SURETIES AND CONFLICTS CHECK ON SD OF TEXAS COURT OFFICIALS. | .80 | 396.00 |
| 08/26/20 CMM | B160 | A104 | LOCAL RULES REGARDING DISCLOSURE OF ENGAGEMENT LETTER AND HISTORY OF WORK FOR CLIENT. | .20 | 99.00 |
| 08/26/20 JAH | B190 | A104 | FOR NEPTUNE COMPLIANCE ISSUES:  REVIEW PRE-EXISTING RESEARCH RE REGULATORY STANDARDS FOR FLOATING PRODUCTION PLATFORMS AND DEVELOP WORKING TIMELINE OF SAME (.9); RESEARCH POTENTIAL EXPERT CONSULTANTS (1.3). | 2.20 | 1,375.00 |
| 08/26/20 JN | B180 | A103 | REVIEW U.S. COAST GUARD DECISIONS AND APPLICATION DOCUMENTATION SUBMITTED TO THE COAST GUARD FOR LIFE EXTENSION OF NEPTUNE SPAR TOGETHER WITH MEMORANDUM AND TIME LINE DRAFTED BY RICHARD BERTRAM. | .60 | 375.00 |
| 08/26/20 JN | B180 | A109 | CONFERENCE CALL WITH BSEE LEADERSHIP REGARDING HAVING CRIMINAL ENFORCEMENT PROCEEDINGS ADDRESSED IN THE OVERALL RESTRUCTURING DISCUSSIONS. | .60 | 375.00 |
| 08/26/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (BOB SERGESKETTER) AND PAULINE HARDIN REGARDING CONVERSATION WITH BSEE LEADERSHIP REGARDING HAVING CRIMINAL INVESTIGATIONS ADDRESSED IN THE OVERALL RESTRUCTURING NEGOTIATIONS. | .70 | 437.50 |
| 08/26/20 KMJ | B110 | A101 | BEGIN TO ANALYZE INFORMATION NEEDED FOR DECLARATION FOR EMPLOYMENT AS SPECIAL COUNSEL RETENTION AND RELATED CORRESPONDENCE WITH CLIENT | 1.50 | 675.00 |

```
FIELDWOOD ENERGY LLC                                         PAGE   27
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| | | | TEAM RE PERIMETERS OF SAME. | | |
| 08/26/20 M H | B210 | A104 | RECEIPT OF EMAIL CORRESPONDENCE AND ANALYZE EMAIL UPDATES FROM RICHARD BERTRAM AND JIM NOE, CONCERNING FOLLOW UP CALL WITH FIELDWOOD, REGARDING ASSISTANCE WITH APPEAL FOR NEPTUNE SPAR REPAIRS. | .20 | 140.00 |
| 08/26/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER/MR. NOE RE UPDATE CALL. | .10 | 62.50 |
| 08/26/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. NOE RE RESPONSE TO AUSA. | .50 | 312.50 |
| 08/26/20 PFH | B110 | A106 | EMAIL FROM MR. SERGESKETTER WITH DRAFT LANGUAGE FOR RESPONSE TO AUSA. | .10 | 62.50 |
| 08/26/20 RDB | B210 | A104 | REVIEW USCG DETERMINATIONS RELATED TO FIELDWOOD'S INITIAL SUBMISSION FOR REPAIRS TO NEPTUNE SPAR, FIELDWOOD'S REQUEST FOR RECONSIDERATION, AND FIELDWOOD'S APPEAL RELATED TO OCMI'S FINDINGS AND DETERMINATIONS. | .80 | 452.00 |
| 08/26/20 RDB | B210 | A104 | OUTLINE ISSUES FOR POSSIBLE APPEAL TO COMMANDER OF USCG DISTRICT 8. | .30 | 169.50 |
| 08/26/20 RDB | B210 | A104 | UPDATE TIME LINE AND CHECK LEGISLATIVE HISTORY OF COAST GUARD REGULATIONS REFERENCED AND RELIED UPON BY OCMI. | .50 | 282.50 |
| 08/26/20 GAR | B160 | A102 | REVIEW ISSUES REGARDING INTERPLAY BETWEEN NUNC PRO TUNC RELIEF AND DATE OF ENGAGEMENT LETTER TO ENSURE COMPLIANCE WITH RULE 2014 IN JONES WALKER'S SPECIAL COUNSEL RETENTION APPLICATION. | .90 | 274.50 |

FIELDWOOD ENERGY LLC                                          PAGE   28
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

| 08/26/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S RETENTION APPLICATION AS SPECIAL COUNSEL FOR THE DEBTORS, SPECIFICALLY BACKGROUND AND JURISDICTIONAL SECTIONS. | 2.10 | 640.50 |

08/26/20 GAR   B160   A102   REVIEW ISSUES REGARDING            .90        274.50
                             REQUIREMENTS OF SECTION 329
                             OF THE BANKRUPTCY CODE AND
                             LOCAL RULE2014-1 TO DETERMINE
                             INTERPLAY OF ENGAGEMENT
                             LETTER TO JONES WALKER'S
                             APPLICATION AS SPECIAL
                             COUNSEL (.6); PROVIDE UPDATE
                             TO CO-COUNSEL REGARDING SAME
                             (.3).

08/26/20 MMT   B160   A102   RESEARCHED NUNC PRO TUNC           .40        110.00
                             TREATMENT OF RETENTION
                             APPLICATION.

08/26/20 K B   B110   A104   REVIEW EXTENSIVE E-MAIL            .20         37.00
                             CORRESPONDENCE RE CONFLICTS
                             CHECK.

08/26/20 K B   B110   A105   TELEPHONE CONFERENCE AND           .20         37.00
                             E-MAIL CORRESPONDENCE WITH IT
                             RE CONFLICTS CHECK.

08/26/20 K B   B160   A104   DOCUMENT REVIEW RE                 .10         18.50
                             APPLICATION FOR EMPLOYMENT OF
                             JONES WALKER.

08/26/20 K B   B160   A103   SET UP PRELIMINARY                 .50         92.50
                             TABLE/CHART AS EXHIBIT TO M.
                             MINTZ'S DECLARATION IN
                             SUPPORT OF APPLICATION TO
                             EMPLOY JONES WALKER.

08/27/20 JAH   B190   A104   NEPTUNE-- CALLS AND               7.30      4,562.50
                             CORRESPONDENCE J. NOE AND R.
                             BERTRAM RE FACTS, RESEARCH,
                             AND LEGAL STRATEGY (1.9);
                             REVIEW BACKGROUND MATERIALS
                             (2.6); DEVELOP TIMELINE OF
                             REGULATORY HISTORY BASED ON
                             PRIOR RESEARCH MATERIALS
                             (1.1); CORRESPONDENCE J. NOE
                             AND R. BERTRAM RE STATUS AND

```
FIELDWOOD ENERGY LLC                                        PAGE   29
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

                        SUGGESTED NEXT STEPS (1.7).

08/27/20 JN    B180  A109  CONFERENCE CALL WITH VARIOUS       1.30        812.50
                           OPERATIONAL LEADERS WITH THE
                           CLIENT TO DISCUSS THE
                           BACKGROUND AND NEXT STEPS
                           WITH DENIAL OF LIFE EXTENSION
                           OF NEPTUNE SPAR.

08/27/20 JN    B180  A109  PARTICIPATED IN UPDATE CALL        1.10        687.50
                           WITH THE DEPARTMENT OF
                           INTERIOR AND THE DEPARTMENT
                           OF JUSTICE REGARDING
                           POTENTIALLY ABANDONED
                           PROPERTIES.

08/27/20 JN    B180  A104  REVIEW CONFLICTS CHECKS FOR        1.30        812.50
                           FIELDWOOD ENGAGEMENT (.5);
                           REVIEW AND REVISE EMPLOYMENT
                           APPLICATION FOR JONES WALKER
                           (.8).

08/27/20 JN    B180  A104  DRAFT EMAIL TO CLIENT               .30        187.50
                           REQUESTING DOCUMENTS FOR
                           NEPTUNE SPAR APPEAL OF DENIAL
                           OF LIFE EXTENSION.

08/27/20 KMJ   B110  A101  BEGIN TO ANALYZE INFORMATION       4.00      1,800.00
                           NEEDED FOR DECLARATION FOR
                           EMPLOYMENT AS SPECIAL COUNSEL
                           RETENTION AND RELATED
                           INSTRUCTIONS TO PARALEGAL AND
                           CORRESPONDENCE TO CLIENT TEAM.

08/27/20 PFH   B110  A107  E MAIL FROM MR. LATSIS WITH         .10         62.50
                           GOVERNMENT PLAN TO SPEAK WITH
                           DIRECTOR ANGELLE RE
                           RESTRUCTURING.

08/27/20 PFH   B110  A106  E MAIL TO/FROM MR. NOE WITH         .10         62.50
                           REQUEST FOR INFORMATION
                           NEEDED FOR AUSA RE
                           RESTRUCTURING.

08/27/20 PFH   B110  A107  E MAIL TO AUSA LATSIS WITH          .10         62.50
                           INFORMATION HE REQUESTED RE
                           RESTRUCTURING.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   30
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

```
08/27/20 PFH   B110  A106   E MAIL TO/FROM MR.                 .10         62.50
                            SERGESKETTER RE STATUS OF
                            PRODUCTION FOR GRAND JURY SDT.

08/27/20 RDB   B210  A106   CONFERENCE WITH MR. NOE AND        .30        169.50
                            MR. HUNTER RELATED TO USCG
                            AND BSEE MATTERS AND CURRENT
                            STATUS OF NEPTUNE SPAR.

08/27/20 RDB   B210  A102   REVIEW AND ANALYSIS OF USCG        .30        169.50
                            REGULATIONS RELATED TO REPAIR
                            SPECIFICATION ISSUES AT 33
                            CFR SUBCHAPTER M.

08/27/20 RDB   B210  A103   MEMORANDUM TO MR. NOE RELATED      .30        169.50
                            TO ADDITIONAL DOCUMENTS AND
                            REQUEST FOR TECHNICAL MEETING
                            WITH ABSG REGARDING RECENT
                            DECISION OF USCG.

08/27/20 RDB   B210  A104   REVIEW USCG VESSEL INSPECTION      .80        452.00
                            CIRCULARS OF U.S. COAST GUARD
                            AND ABS RULES RELATED TO
                            FLOATING PRODUCTION
                            INSTALLATIONS.

08/27/20 RDB   B210  A104   REVIEW BSEE REGULATIONS            .30        169.50
                            RELATED TO SHUT-IN ORDER.

08/27/20 RDB   B210  A104   REVIEW USCG REGULATIONS            .30        169.50
                            RELATED TO CERTIFICATE OF
                            INSPECTION.

08/27/20 RDB   B210  A104   REVIEW CORRESPONDENCE FROM         .30        169.50
                            STEPHEN DESSAUER, REGIONAL
                            SUPERVISOR BSEE, RELATED TO
                            NEPTUNE SPAR AND LIFE
                            EXTENSION ASSESSMENT.

08/27/20 JEB   B160  A104   ATTENTION TO STATUS OF             .30        180.00
                            RETENTION APPLICATION.

08/27/20 GAR   B160  A103   FINALIZE DRAFT OF JONES           1.40        427.00
                            WALKER'S APPLICATION AND
                            CORRESPONDING DECLARATION,
                            PROPOSED ORDER, AND OTHER
                            EXHIBITS FOR RETENTION AS
                            SPECIAL COUNSEL FOR THE
                            DEBTORS TO ENSURE COMPLIANCE
                            WITH LOCAL AND FEDERAL RULES.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   31
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/27/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S APPLICATION, INCLUDING SECTIONS REGARDING RELIEF REQUESTED AND NUNC PRO TUN RELIEF. | .80 | 244.00 |
| 08/27/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S APPLICATION, INCLUDING SECTIONS REGARDING JONES WALKER'S QUALIFICATIONS, SCOPE OF SERVICES, AND PROFESSIONAL COMPENSATION. | 2.90 | 884.50 |
| 08/27/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S APPLICATION, INCLUDING DRAFT OF MINTZ DECLARATION TO ACCOMPANY APPLICATION. | .90 | 274.50 |
| 08/27/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S APPLICATION, INCLUDING DRAFT OF PROPOSED ORDER TO ACCOMPANY APPLICATION. | .70 | 213.50 |
| 08/27/20 GAR | B160 | A103 | CONTINUE DRAFT OF JONES WALKER'S APPLICATION, INCLUDING DRAFT OF NOTICE, NO DUPLICATION OF SERVICES, RELIEF REQUESTED SHOULD BE GRANTED, AND NO PREVIOUS REQUEST SECTIONS. | .90 | 274.50 |
| 08/27/20 K B | B160 | A103 | DRAFT FACE PAGE OF EXHIBIT 1 TO M. MINTZ'S DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY JONES WALKER. | .20 | 37.00 |
| 08/27/20 K B | B160 | A104 | REVIEW EXTENSIVE E-MAIL CORRESPONDENCE RE INFORMATION FOR APPLICATION TO EMPLOY, DECLARATION IN SUPPORT OF APPLICATION, AND EXHIBITS TO DECLARATION. | .30 | 55.50 |
| 08/28/20 CMM | B160 | A104 | DRAFT RETENTION APPLICATION. | .60 | 297.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   32
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/28/20 JAH | B190 | A104 | CORRESPONDENCE B. DEWOLFE (FW) RE VERIFICATION REPORTS FOR ORIGINAL NEPTUNE PLATFORM PERMITS (.2); CORRESPONDENCE FW RE BSEE ORDER TO SHUT-IN NEPTUNE PLATFORM (.2); REVIEW FW SUBMISSIONS RE HULL WORK AND USCG DENIALS (.8). | 1.20 | 750.00 |
| 08/28/20 JN | B180 | A104 | REVIEW DOCUMENTS PROVIDED BY CLIENT REGARDING NEPTUNE SPAR LIFE EXTENSION. | 1.10 | 687.50 |
| 08/28/20 KMJ | B110 | A101 | REVIEW AND REVISE APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL AND RELATED DECLARATION AND ATTACHMENTS TO DECLARATION FOR EMPLOYMENT AS SPECIAL COUNSEL AND RELATED CORRESPONDENCE WITH J. BAIN, J. NOE, C. MUELLER AND M. MINTZ. | 10.00 | 4,500.00 |
| 08/28/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. WHITE RE PRODUCTION FOR GRAND JURY SDT | .10 | 62.50 |
| 08/28/20 RDB | B210 | A103 | DRAFT MEMORANDUM RELATED TO USCG'S DENIAL OF FIELDWOOD'S PROPOSED SCOPE OF REPAIRS. | 1.50 | 847.50 |
| 08/28/20 RDB | B210 | A104 | REVIEW AND ANALYSIS OF USCG'S DECISION DOCUMENTS AND ADDRESS AND OUTLINE LEGAL AND FACTUAL ARGUMENTS OF FIELDWOOD TO SUPPORT APPEAL TO USCG DISTRICT COMMANDER. | 1.00 | 565.00 |
| 08/28/20 RDB | B210 | A102 | REVIEW MEMORANDUM FROM MR. HUNTER RELATED TO BSEE ISSUES AND REGULATORY TIMELINE. | .30 | 169.50 |
| 08/28/20 RDB | B210 | A102 | REVIEW CORRESPONDENCE FROM MR. BRANDON DEWOLFE AND MR. ROCKY ROBBINS RELATED TO NEPTUNE SPAR DATA. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  33
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


08/28/20 RDB   B210  A104   OUTLINE ISSUES FOR POSSIBLE      .50       282.50
                            REVIEW AND APPEAL TO
                            COMMANDER OF USCG DISTRICT 8.


08/28/20 GAR   B160  A104   REVIEW ACCOUNTING INFORMATION    .40       122.00
                            REGARDING THE DEBTORS TO
                            SUPPLEMENT JONES WALKER'S
                            RETENTION APPLICATION WITH
                            THE APPROPRIATE FINANCIAL
                            INFORMATION.


08/28/20 GAR   B160  A103   INSERT SUMMARY OF FINANCIAL      .60       183.00
                            INFORMATION RELATING TO THE
                            DEBTORS TO UPDATE JONES
                            WALKER'S RETENTION
                            APPLICATION WITH THE
                            APPROPRIATE FINANCIAL
                            INFORMATION.


08/28/20 GAR   B160  A104   EDIT JONES WALKER'S RETENTION    .60       183.00
                            APPLICATION WITH THE
                            APPROPRIATE SCOPE OF SERVICES
                            INFORMATION TO ENSURE A
                            COMPREHENSIVE DISCLOSURE OF
                            SERVICES TO BE RENDERED BY
                            JONES WALKER TO DEBTORS.


08/28/20 K B   B160  A105   E-MAIL CORRESPONDENCE AND        .50        92.50
                            TELEPHONE CONFERENCE WITH K.
                            JOHNSON RE JONES WALKER
                            SPECIAL COUNSEL RETENTION
                            APPLICATION, DECLARATION IN
                            SUPPORT OF SAME, AND
                            COMPILING INFORMATION AS
                            ATTACHMENT TO SAME.


08/28/20 K B   B160  A104   REVIEW EXTENSIVE E-MAIL          .50        92.50
                            CORRESPONDENCE RE JONES
                            WALKER SPECIAL COUNSEL
                            RETENTION APPLICATION,
                            DECLARATION IN SUPPORT OF
                            SAME, AND COMPILING
                            INFORMATION AS ATTACHMENT TO
                            SAME.


08/29/20 CMM   B160  A105   FOLLOW UP ON OUTSTANDING         .60       297.00
                            REPRESENTATIONS IN MINTZ
                            DECLARATION IN SUPPORT OF
                            EMPLOYMENT APPLICATION.
```

```
FIELDWOOD ENERGY LLC                                      PAGE   34
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 08/29/20 KMJ | B110 | A101 | DRAFT, REVIEW, AND REVISE ATTACHMENTS TO DECLARATION FOR EMPLOYMENT AS SPECIAL COUNSEL. | 10.00 | 4,500.00 |
| 08/29/20 GAR | B160 | A102 | REVIEW ISSUES REGARDING CONNECTION BETWEEN DISINTERESTEDNESS STANDARD AND REQUIREMENT THAT PROPOSED SPECIAL COUNSEL NOT BE A CREDITOR OF THE DEBTORS TO ENSURE PROPER INCLUSION AND REVIEW FOR JONES WALKER'S RETENTION APPLICATION. | .40 | 122.00 |
| 08/29/20 K B | B160 | A105 | E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. JOHNSON RE JONES WALKER SPECIAL COUNSEL RETENTION APPLICATION, DECLARATION IN SUPPORT OF SAME, AND COMPILING INFORMATION AS ATTACHMENT TO SAME. | .50 | 92.50 |
| 08/30/20 CMM | B160 | A105 | CALL W K. JOHNSON REGARDING CONFLICTS CHECK (.2); REVISE RETENTION APPLICATION AND DRAFT EMAIL TO WORKING GROUP REGARDING SAME (1.1). | 1.30 | 643.50 |
| 08/30/20 JAH | B190 | A104 | CORRESPONDENCE RE NEPTUNE PERMITTING HISTORY (.1); REVIEW MATERIALS RE SAME (.3). | .40 | 250.00 |
| 08/30/20 KMJ | B110 | A101 | ANALYZE ISSUES RELATED TO ENGAGEMENT AS SPECIAL COUNSEL (1.0); RELATED CORRESPONDENCE WITH C. MUELLER AND CLIENT TEAM (1.0); DRAFT, REVIEW, AND REVISE ATTACHMENTS TO DECLARATION FOR EMPLOYMENT AS SPECIAL COUNSEL (10.0). | 12.00 | 5,400.00 |
| 08/30/20 PFH | B110 | A107 | E MAIL FROM/TO MR BECKER. | .10 | 62.50 |
| 08/30/20 K B | B160 | A105 | E-MAIL CORRESPONDENCE WITH K. JOHNSON RE JONES WALKER SPECIAL COUNSEL RETENTION APPLICATION, DECLARATION IN SUPPORT OF SAME, AND | .30 | 55.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   35
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|            |     |      |      |                                                                                                                                                                                                      |       |        |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     |      |      | COMPILING INFORMATION AS ATTACHMENT TO SAME.                                                                                                                                                          |       |        |
| 08/30/20 | K B | B160 | A103 | REVISE EXHIBIT 1 FACE PAGE TO M. MINTZ DECLARATION.                                                                                                                                                   | .20   | 37.00  |
| 08/30/20 | K B | B160 | A105 | E-MAIL CORRESPONDENCE FORWARDING REVISED EXHIBIT 1 FACE PAGE TO M. MINTZ DECLARATION TO TEAM.                                                                                                         | .10   | 18.50  |
| 08/31/20 | CMM | B160 | A105 | CALL WITH J. BAIN REGARDING EMPLOYMENT APPLICATION AND FOLLOW UP OUTSTANDING ISSUES.                                                                                                                  | .40   | 198.00 |
| 08/31/20 | CMM | B160 | A107 | COMMUNICATE WITH WEIL REGARDING RETENTION APPLICATION.                                                                                                                                                | .20   | 99.00  |
| 08/31/20 | CMM | B160 | A105 | CALL WITH M. SALINAS REGARDING DISCLOSURE SCHEDULE.                                                                                                                                                   | .40   | 198.00 |
| 08/31/20 | CMM | B160 | A104 | REVISE RETENTION APPLICATION AND RELATED DISCLOSURES.                                                                                                                                                 | 1.10  | 544.50 |
| 08/31/20 | CMM | B160 | A104 | REVIEW REVISED DISCLOSURE SCHEDULE.                                                                                                                                                                   | .20   | 99.00  |
| 08/31/20 | CMM | B160 | A104 | CONFLICTS CHECK ON COUNTERPARTIES.                                                                                                                                                                    | .60   | 297.00 |
| 08/31/20 | CMM | B160 | A104 | REVISE RETENTION APPLICATION AND DISCLOSURE SCHEDULES.                                                                                                                                                | 1.80  | 891.00 |
| 08/31/20 | CMM | B160 | A104 | CONFLICTS CHECK ON KNOWN AFFILIATES OF BOARD MEMBERS.                                                                                                                                                 | .20   | 99.00  |
| 08/31/20 | CMM | B160 | A107 | EMAIL TO WEIL ASSEMBLING PLEADINGS FOR RETENTION APPLICATION                                                                                                                                          | .30   | 148.50 |
| 08/31/20 | JAH | B190 | A104 | REVIEW FILE MATERIALS RE NEPTUNE SPAR (INCLUDING JAN. 2020 REPORT) AND DEVELOP LIST OF ADDITIONAL MATERIALS NEEDED TO FORMULATE LEGAL STRATEGY (1.1); CONFERENCES AND CORRESPONDENCE R. BERTRAM RE SAME (.4). | 1.50  | 937.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  36
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

```
08/31/20 JN    B180  A104   REVIEWED AND PROVIDED             .60      375.00
                            COMMENTS TO EMPLOYMENT
                            APPLICATION FOR FIELDWOOD'S
                            RETENTION OF JONES WALKER.

08/31/20 JN    B180  A109   PARTICIPATED IN CONFERENCE        .40      250.00
                            CALL WITH THE CLIENT (KEVIN
                            BRUCE) REGARDING OUTREACH TO
                            GOVERNMENT CONCERNING PENDING
                            ENFORCEMENT ACTIONS IN THE
                            EASTERN DISTRICT OF LOUISIANA.

08/31/20 KMJ   B110  A101   CONTINUE WORK ON ISSUES           .50      225.00
                            RELATED TO DECLARATION FOR
                            EMPLOYMENT AS SPECIAL COUNSEL
                            AND RELATED TELEPHONE
                            CONFERENCE AND CORRESPONDENCE
                            WITH C. MUELLER.

08/31/20 PFH   B110  A107   E MAILS TO/FROM MR. BECKER RE    1.10      687.50
                            MEETING (.4); PREPARE FOR
                            MEETING WITH MR. BECKER
                            (COUNSEL FOR 4 EMPLOYEES IN
                            GRAND JURY MATTER) (.7).

08/31/20 PFH   B110  A106   E MAIL TO MR. SERGESKETTER RE     .10       62.50
                            RESPONSE TO AUSA RE
                            OUTSTANDING GRAND JURY
                            PRODUCTION.

08/31/20 RDB   B210  A106   DRAFT MEMORANDUM TO FIELDWOOD     .30      169.50
                            RELATED TO USCG ISSUES AND
                            STATUS.

08/31/20 RDB   B210  A104   REVIEW AND ANALYSIS OF ABS       1.50      847.50
                            INSPECTION REPORT RELATED TO
                            NEPTUNE SPAR AND INSPECTIONS
                            AND AUT DATA ASSESSMENT
                            REPORT.

08/31/20 RDB   B210  A106   RECEIVED AND REVIEWED USCG        .30      169.50
                            CERTIFICATE OF INSPECTION FOR
                            NEPTUNE SPAR.

08/31/20 RDB   B210  A106   CORRESPONDENCE TO,                .30      169.50
                            CORRESPONDENCE FROM BRANDON
                            DEWOLFE, VICE PRESIDENT,
                            FIELDWOOD DECOMMISSIONING, TO
                            USCG CERTIFICATE OF
                            INSPECTION AND USCG'S IN
```

```
FIELDWOOD ENERGY LLC                                        PAGE   37
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00

                         SERVICE INSPECTION PLAN FOR
                         NEPTUNE SPAR.

08/31/20 JEB   B160  A103  WORK THROUGH MULTIPLE OPEN       2.80      1,680.00
                           ISSUES FOR PURPOSES OF
                           FINALIZING RETENTION
                           APPLICATION (2.0);
                           CORRESPONDENCE REGARDING
                           RETENTION APPLICATION (0.8).

08/31/20 GAR   B160  A102  REVIEW LOCAL RULES, FEDERAL       .30         91.50
                           RULES, AND BANKRUPTCY CODE TO
                           LOCATE REQUIREMENTS RELATED
                           TO DISCLOSING PARTIES IN
                           INTERESTS TO ENSURE
                           COMPLIANCE.

08/31/20 K B   B160  A104  REVIEW E-MAIL CORRESPONDENCE      .20         37.00
                           RE CHART AS EXHIBIT TO M.
                           MINTZ DECLARATION.

08/31/20 K B   B160  A105  E-MAIL CORRESPONDENCE TO C.       .10         18.50
                           MULLER AND J. BAIN RE CHART
                           AS EXHIBIT TO M. MINTZ
                           DECLARATION.

08/31/20 MBS   B210  A105  CONTINUED REVISION TO            1.00        200.00
                           APPLICATION FOR RETENTION AS
                           WELL AS EXHIBIT.

08/31/20 MBS   B210  A105  ASSIST IN ORGANIZING EXHIBIT      .50        100.00
                           FOR DISCLOSURE SCHEDULE.

08/31/20 WR    B160  A102  RESEARCH AND PROVIDE            7.50            .00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

                                                        --------    -----------
                             TOTALS                       227.00    $116,915.50
                                                        ========    ===========
```

```
FIELDWOOD ENERGY LLC                                      PAGE   38
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

|  | | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
|  |  | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|  | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| ADMINISTRATION | | | | | |
| B110 | CASE ADMINISTRATION | 70.80 | 36,256.00 | 70.80 | 36,256.00 |
| B120 | ASSET ANALYSIS/RECOVERY | .80 | 436.00 | .80 | 436.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 56.50 | 20,643.00 | 56.50 | 20,643.00 |
| B180 | AVOIDANCE ACTION ANALYS | 53.00 | 33,125.00 | 53.00 | 33,125.00 |
| B190 | OTHER CONTESTED MATTERS | 18.50 | 11,226.50 | 18.50 | 11,226.50 |
|  | TOTAL ADMINISTRATION | 199.60 | 101,686.50 | 199.60 | 101,686.50 |
| OPERATIONS | | | | | |
| B210 | BUSINESS OPERATIONS | 27.20 | 15,104.00 | 27.20 | 15,104.00 |
|  | TOTAL OPERATIONS | 27.20 | 15,104.00 | 27.20 | 15,104.00 |
| BANKRUPTCY-RELATED ADVICE | | | | | |
| B420 | RESTRUCTURING | .20 | 125.00 | .20 | 125.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | .20 | 125.00 | .20 | 125.00 |
|  | TOTALS | 227.00 | 116,915.50 | 665.30 | 361,271.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE   39
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | ----------THIS BILL---------- | | --CUMULATIVE TOTALS--- | |
|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES |
| CINDY M. MULLER | 495.00 | 15.90 | 7,870.50 | 15.90 | 7,870.50 |
| JONATHAN A. HUNTER, J. | 625.00 | 25.20 | 15,750.00 | 127.60 | 79,750.00 |
| JAMES NOE | 625.00 | 60.00 | 37,500.00 | 210.40 | 131,500.00 |
| KRISTINA M. JOHNSON, K. | 450.00 | 42.20 | 18,990.00 | 42.20 | 18,990.00 |
| MARC C. HEBERT, M. | 700.00 | 2.10 | 1,470.00 | 2.10 | 1,470.00 |
| PAULINE F. HARDIN, P. | 625.00 | 11.40 | 7,125.00 | 26.50 | 16,562.50 |
| R. CHRISTIAN JOHNSEN | 625.00 | .20 | 125.00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 23.60 | 13,334.00 | 23.60 | 13,334.00 |
| R. SCOTT JENKINS | 545.00 | .80 | 436.00 | .80 | 436.00 |
| JOSEPH E. BAIN | 600.00 | 11.20 | 6,720.00 | 25.20 | 15,120.00 |
| SARAH Y. DICHARRY | 460.00 | 1.20 | 552.00 | 105.30 | 48,438.00 |
| GABRIELLE A. RAMIREZ | 305.00 | 18.00 | 5,490.00 | 18.00 | 5,490.00 |
| MADISON M. TUCKER | 275.00 | 1.00 | 275.00 | 1.00 | 275.00 |
| TAYLOR K. WIMBERLY | .00 | .00 | .00 | 39.80 | 14,925.00 |
| ROBERT G. KENEDY | .00 | .00 | .00 | 10.60 | 5,235.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | 205.00 | .80 | 164.00 | 2.30 | 471.50 |
| KILBY M. BRABSTON | 185.00 | 4.40 | 814.00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 200.00 | 1.50 | 300.00 | 1.50 | 300.00 |
| WINTER RANDALL | .00 | 7.50 | .00 | 7.50 | .00 |
| TOTALS | | 227.00 | 116,915.50 | 665.30 | 361,271.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   40
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00




COSTS INCURRED:


08/20/20 COURT RECORD FEES /PACER JULY 2020                 5.70
08/05/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     6.44
         ORIGINATED BY JONATHAN A. HUNTER
08/05/20 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR           44.55
08/05/20 LEXIS LEGAL RESEARCH - WIMBERLY, TAYLOR           14.85
08/24/20 LEXIS LEGAL RESEARCH - MULLER, CINDY             14.85
08/27/20 LEXIS LEGAL RESEARCH - HUNTER, JONATHAN          29.70
08/27/20 LEXIS LEGAL RESEARCH - JOHNSON, KRISTINA        129.45
08/27/20 LEXIS LEGAL RESEARCH - RAMIREZ, GABRIELLE        44.55
08/04/20 DELIVERY SERVICES - FEDEX SENT BY JONATHAN A.     78.33
         HUNTER, ESQ., JONES TO US DOI OFFICE OF
         HEARINGS & APPEALS
08/18/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    19.02
         ORIGINATED BY JAMES W. NOE
08/24/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION     7.02
         ORIGINATED BY JAMES W. NOE
08/27/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION    16.48
         ORIGINATED BY JAMES W. NOE

                              TOTAL COSTS:              $410.94

                    COST SUMMARY

   E105   LONG DISTANCE                        48.96
   E106   COMPUTER LEGAL RESEARCH             277.95
   E107   DELIVERY SERVICES                    78.33
   E112   COURT FEES                            5.70
                                          --------------
           TOTAL DISBURSEMENTS              $410.94


                         TOTAL FEES AND COSTS:    $117,326.44
```

```
FIELDWOOD ENERGY LLC                                          PAGE   41
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *   R E M I T T A N C E   C O P Y   * * *


               TOTAL FEES:                    $116,915.50

               TOTAL COSTS:                       $410.94

               LESS CREDITS:                        $0.00
                                            -------------
          TOTAL CURRENT FEES AND COSTS DUE   $117,326.44

               TOTAL PRIOR INVOICES DUE:            $0.00
                                            -----------


               TOTAL AMOUNT DUE:             $117,326.44
                                            ============
```

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

**JONES WALKER LLP**
**201 St. Charles Ave. - 50th Floor**
**New Orleans, Louisiana 70170-5100**


IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
               Iberia Bank
               New Orleans, Louisiana
               ABA Number:  265270413
               Account Number:  20000247731
               Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   42
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00
```

```
WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL          OR OUR CREDIT MANAGER AT (504)582-8220.
                         ATLANTA, GA (404)870-7500
                      BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                        HOUSTON, TX (713)437-1800
                        JACKSON, MS (601)949-4900
                      LAFAYETTE, LA (337)593-7600
                         MIAMI, FL (305)679-5700
                        MOBILE, AL (251)432-1414
                      NEW ORLEANS, LA (504)582-8000
                        NEW YORK, NY (646)512-8101
                        PHOENIX, AZ (602)366-7889
                       TALLAHASSEE, FL (850)425-7800
                   WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                    WASHINGTON, DC (DOWNTOWN) (202)434-4660
                      THE WOODLANDS, TX (281)296-4400


     ****************************************************************
```

```
FIELDWOOD ENERGY LLC                                          PAGE   43
OCTOBER 15, 2020
INVOICE NO.: 1049284
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:      JAMES NOE
SUPERVISING ATTY:  JAMES NOE
```

           * * *   A C C O U N T I N G   C O P Y   * * *

```
              TOTAL FEES:                        $116,915.50

              TOTAL COSTS:                           $410.94

              LESS CREDITS:                            $0.00
                                                 ------------
          TOTAL CURRENT FEES AND COSTS DUE       $117,326.44

              TOTAL PRIOR INVOICES DUE:               $0.00
                                                 -----------

              TOTAL AMOUNT DUE:                  $117,326.44
                                                 ==========
```

**EXHIBIT G**

**SECOND FEE STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC, *et al.*,** | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**MONTHLY FEE STATEMENT OF JONES WALKER LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE
PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | September 1, 2020 through September 30, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $162,289.00 |
| Total expenses requested in this statement: | $455.02 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $162,744.02 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $135,688.00 |
| Total attorney hours covered by this statement: | 228.70 |
| Average hourly rate for attorneys: | $593.30 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $26,601.00 |
| Total paraprofessional hours covered by this statement: | 204.20 |
| Average hourly rate for paraprofessionals: | $130.27 |

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of September 1, 2020 through September 30, 2020 (the "**Statement Period**").

## I.    Itemization of Services Rendered by Jones Walker

A.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State of Bar Admission, and Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Joseph E. Bain | Partner/ Bankruptcy & Restructuring | N.Y. 2010 Tex. 2013 | $600.00 | 1.30 | $780.00 |
| Richard D Bertram | Partner/ Maritime | La. 1986 | $565.00 | 25.60 | $14,464.00 |

| | | | | | |
|---|---|---|---|---|---|
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 7.00 | $3,220.00 |
| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 62.40 | $39,000.00 |
| Marc. C. Hebert | Partner/ Corporate | D.C. 1996 La. 1994 Va. 1996 | $700.00 | 0.20 | $140.00 |
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $625.00 | 27.20 | $17,000.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $500.00 | 12.00 | $6,000.00 |
| Cindy M. Muller | Partner/ Maritime | La. 1991 Tex. 2007 | $495.00 | 7.70 | $3,811.50 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $625.00 | 55.30 | $34,562.50 |
| Robert G. Kenedy | Special Counsel/ Corporate | Tex. 2020 Ill. 2006 | $575.00 | 28.00 | $16,100.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 2.00 | $610.00 |
| Tara C. Gorumba | Paraprofessional | N/A | $125.00 | 64.60 | $8,075.00 |
| Winter Randall | Paraprofessional | N/A | $125.00 | 125.30 | $15,662.50 |
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 13.60 | $2,720.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 0.70 | $143.50 |
| **TOTAL** | | | | **432.90** | **$162,289.00** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.      Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by Task Categories, and provides a summary of disbursements incurred by category of disbursement.

A.      Services Rendered

The following services were rendered in the following Task Categories:

| Task Code | Task Category | Hours | Fees Earned |
|-----------|---------------|-------|-------------|
| B180 | Avoidance Action Analysis | 53.20 | $33,250.00 |
| B210 | Business Operations | 39.40 | $17,324.00 |
| B110 | Case Administration | 99.80 | $59,812.50 |
| B160 | Fee/Employment Applications | 200.60 | $28,759.00 |
| B190 | Other Contested Matters | 39.90 | $23,143.50 |
| **TOTAL** | | **432.90** | **$162,289.00** |

A detailed itemization of the services rendered and resulting fees in each of the above Task Categories is set forth in **Exhibit A**.

B.      Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---------|--------|
| Computer Legal Research | $398.85 |
| Court Fees | $15.90 |
| Long Distance | $40.27 |
| **TOTAL** | **$455.02** |

C.      Accordingly, the amount of fees and expenses <u>payable for this Statement Period</u> is $130,286.22 which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $162,289.00 |
| Twenty Percent (20%) Holdback | - $32,457.80 |
| Fees Minus Holdback | $129,831.20 |
| Total Expenses for Disbursements Incurred (100%) | $455.02 |
| **TOTAL** | **$130,286.22** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $129,831.20 (80% of $162,289.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $455.02 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $130,286.22 for the Statement Period.

Dated: October 18, 2020

Respectfully submitted,

 */s/ James Noe*
James Noe (TX Bar No. 24040178)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

**Special Counsel for Fieldwood Energy, LLC et. al.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2020, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

## **Exhibit A**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111


FIELDWOOD ENERGY LLC                        OCTOBER 15, 2020
ATTN: MATT MCCAROLL                         INVOICE NO. 1049285
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


       RE:  FIELDWOOD RESTRUCTURING

              FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 09/01/20 | CMM | B160 | A104 | REVISE DISCLOSURE SCHEDULE. | 1.60 | 792.00 |
| 09/01/20 | CMM | B160 | A105 | CALL WITH R. KENEDY REGARDING ONGOING CONFLICTS REVIEW AND CURRENT STATUS. | .50 | 247.50 |
| 09/01/20 | CMM | B160 | A105 | FOLLOW UP WITH K. JOHNSON ON OUTSTANDING QUESTIONS ON CONFLICT REVIEW AND DISCLOSURE SCHEDULE. | .70 | 346.50 |
| 09/01/20 | CMM | B160 | A104 | REVIEW REVISION TO DISCLOSURE SCHEDULE. | .40 | 198.00 |
| 09/01/20 | CMM | B160 | A105 | COORDINATION CALL WITH J. BAIN REGARDING RETENTION APPLICATION. | .30 | 148.50 |
| 09/01/20 | CMM | B160 | A107 | EMAIL WEIL WITH REVISED EXHIBIT 2 - DISCLOSURE SCHEDULE FOR JONES WALKER RETENTION APPLICATION. | .20 | 99.00 |
| 09/01/20 | JAH | B190 | A104 | NEPTUNE PLATFORM -- REVIEW BACKGROUND MATERIALS AND DEVELOP LIST OF ADDITIONAL REGULATORY AND HISTORICAL DATA NEEDED FROM FW TO | .80 | 500.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE    2
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | SUPPORT LEGAL STRATEGY RE CG-835S AND BSEE SHUT-IN. |  |  |
| 09/01/20 | PFH | B110 | A107 | MEETING WITH MR. BECKER TO DISCUSS ROLE OF HIS CLIENTS IN INVESTIGATION, FACTS, REVIEW DOCUMENTS. | 2.80 | 1,750.00 |
| 09/01/20 | PFH | B110 | A107 | E MAIL TO AUSA LATSIS WITH RESPONSE RE GRAND JURY PRODUCTION, STATUS OF GOVERNMENT'S PRODUCTION OF DOCUMENTS TO FIELDWOOD, TIMING FOR NEXT MEETINGS. | .30 | 187.50 |
| 09/01/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE DOCUMENTS FOR MR. BECKER. | .10 | 62.50 |
| 09/01/20 | PFH | B110 | A106 | EMAIL FROM MR. LEGGE TO MR. SERGESKETTER RE RESPONSE TO JANUARY 2016 GRAND JURY SUBPOENA RE MP310. | .10 | 62.50 |
| 09/01/20 | PFH | B110 | A106 | EMAIL FROM MR. SERGESKETTER TO/FROM MR. JEFF LOWE RE REPAIRS TO WD 68U. | .10 | 62.50 |
| 09/01/20 | RDB | B210 | A104 | REVIEW CORRESPONDENCE TO LCDR DOUGHERTY AND FIELDWOOD RELATED TO NEPTUNE SPAR LIFE EXTENSION, INCLUDING ABS GROUP DOCUMENTS RELATED TO SCOPE OF REPAIRS. | .50 | 282.50 |
| 09/01/20 | RDB | B210 | A104 | REVIEW FIELDWOOD NEPTUNE SPAR HULL REPAIRS RELATED TO MARCH 4, 2020 PRESENTATION. | .50 | 282.50 |
| 09/01/20 | RDB | B210 | A104 | REVIEW FIELDWOOD NEPTUNE SPAR 600 LEVEL REPAIR SPECIFICATION. | .30 | 169.50 |
| 09/01/20 | RDB | B210 | A104 | REVIEW DRAWINGS AND OTHER DOCUMENTS RELATED TO 2017/2018 HULL REPAIR. | .30 | 169.50 |
| 09/01/20 | RDB | B210 | A104 | REVIEW HULL REPAIR MEETING MINUTES WITH USCG AND FIELDWOOD JUNE 26, 2020. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE    3
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/01/20 RDB | B210 | A104 | REVIEW VARIOUS UPDATES AND SUPPLEMENTS FROM FIELDWOOD TO USCG RELATED TO SCOPE OF WORK. | .30 | 169.50 |
| 09/01/20 RDB | B210 | A104 | REVIEW ABS 2002 IN SERVICE INSPECTION REPORT ISSUED TO KERR MCGEE. | .30 | 169.50 |
| 09/01/20 RDB | B210 | A104 | REVIEW DOCUMENTS RELATED TO ABS CLASSIFICATION OF VESSEL, CONDITIONS OF CLASS AND ABS VESSEL STATUS FOR NEPTUNE SPAR. | .80 | 452.00 |
| 09/01/20 RDB | B210 | A104 | REVIEW CORRESPONDENCE BETWEEN FIELDWOOD AND ABS RELATED TO RECOMMENDED RESPONSES AND COMMENTS OF ABS RELATED TO SCALE OF REPAIRS, THERMAL AND RESIDUAL STRESSES, UT PROPOSAL AND OTHER TECHNICAL ISSUES. | .50 | 282.50 |
| 09/01/20 RDB | B210 | A104 | REVIEW COFFER DAM AND DECK PLATING, SCOPE OF REPAIR AND ABS COMMENTS. | .30 | 169.50 |
| 09/01/20 RGK | B110 | A103 | REVIEW MATTER BACKGROUND MATERIALS. CALL WITH C. MULLER. REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 4.20 | 2,415.00 |
| 09/01/20 MBS | B210 | A105 | CONTINUED REVISIONS TO DISCLOSURE SCHEDULE. | .50 | 100.00 |
| 09/01/20 MBS | B210 | A105 | REVIEW OF RECENT ADDITIONAL INFORMATION TO BE INCLUDED ON EXHIBIT 2 OF APPLICATION FOR RETENTION.  SORT ADDITIONAL INFORMATION AND IMPLEMENT SAME. | .50 | 100.00 |
| 09/01/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.00 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


09/01/20 WR    B160  A102  RESEARCH AND PROVIDE          8.00    1,000.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

09/02/20 CMM   B160  A110  MANAGE ORGANIZATIONAL REVIEW    .30      148.50
                           OF CONFLICTS CHECK OF PARTIES
                           IN INTEREST.

09/02/20 CMM   B160  A105  CALL WITH M. SALINAS            .30      148.50
                           REGARDING ORGANIZING.

09/02/20 CMM   B160  A104  UPDATE TO DISCLOSURE SCHEDULE.  .30      148.50

09/02/20 CMM   B160  A104  REVIEW COMMENTS FROM WEIL ON    .20       99.00
                           RETENTION APPLICATION.

09/02/20 CMM   B160  A107  EMAILS WITH WEIL REGARDING      .20       99.00
                           RETENTION APPLICATION.

09/02/20 CMM   B160  A107  CALL WITH CLLIFF CARLSON        .20       99.00
                           REGARDING PARTIES IN INTEREST
                           LIST.

09/02/20 CMM   B160  A105  CALL WITH J. BAIN REGARDING     .10       49.50
                           PARTIES IN INTEREST LIST
                           BEING REDUCED TO CATEGORIES.

09/02/20 CMM   B160  A107  REVIEW CONFIRMATION OF FILING   .20       99.00
                           OF JONES WALKER RETENTION
                           APPLICATION.

09/02/20 JAH   B190  A104  PREPARE FOR AND PARTICIPATE    1.00      625.00
                           IN CALL WITH LEGAL WORKING
                           GROUP (.7); CORRESPONDENCE J.
                           NOE RE SUPPLEMENTAL BOND
                           ISSUES (.3).

09/02/20 JN    B180  A104  REVIEW VARIOUS EMAILS FROM      .40      250.00
                           THE CLIENT REGARDING THE
                           SCHEDULED CONFERENCE CALL
                           WITH BOEM AND BSEE.

09/02/20 JN    B180  A104  CONFERENCE CALL WITH LAWYERS    .60      375.00
                           FROM THE DEPARTMENT OF
                           JUSTICE AND THE DEPARTMENT OF
                           INTERIOR (STANDING LEGAL
                           WORKING GROUP CALL).
```

```
FIELDWOOD ENERGY LLC                                      PAGE    5
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | Initials | Task | Activity | Description | Hours | Amount |
|------|----------|------|----------|-------------|-------|--------|
| 09/02/20 | JN | B180 | A104 | REVIEWED VARIOUS EMAILS FROM BSEE, BOEM AND THE DEPARTMENT OF INTERIOR REGARDING RESCHEDULING STANDING MEETING AND ADDITIONAL DOCUMENT REQUEST FROM THE DEPARTMENT OF INTERIOR. | .40 | 250.00 |
| 09/02/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT (KEVIN BRUCE) TO PREPARE FOR LEGAL WORKING GROUP CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF THE INTERIOR. | .50 | 312.50 |
| 09/02/20 | M H | B210 | A104 | CALL WITH JIM NOE AND DISCUSS NEXT STEPS AND OPTIONS FOR REPACKAGING AND RESUBMISSION TO USCG OF REQUEST FOR REPAIR OF NEPTUNE SPAR, AND TIMING OF SAME. | .20 | 140.00 |
| 09/02/20 | PFH | B110 | A107 | E MAIL TO MR. BECKER WITH DOCUMENT REQUESTED (ROOT CAUSE ANALYSIS RE GI 43). | .10 | 62.50 |
| 09/02/20 | PFH | B110 | A106 | E MAIL FROM MR LEGGE TO MR. SERGESKETTR WITH UPDATE ON PRODUCTION TO AUSA: E MAIL FROM MR. SERGESKETTER WITH INSTRUCTIONS TO MR. LEGGE RE PRODUCTION. | .10 | 62.50 |
| 09/02/20 | JEB | B160 | A104 | REVIEW RETENTION APPLICATION PRIOR TO FILING. | .20 | 120.00 |
| 09/02/20 | GAR | B160 | A104 | CONDUCT FINAL REVIEW OF APPLICATION TO ENSURE COMPLIANCE WITH LOCAL RULES REGARDING COVID-19 NOTICE AND OTHER FEDERAL RULES. | .60 | 183.00 |
| 09/02/20 | RGK | B110 | A103 | DISCUSS WITH M. SALINAS RE CONFLICTS REVIEW PROCESS (.3); REVIEW NEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE (3.3). | 3.60 | 2,070.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    6
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/02/20 MBS | B210 | A105 | CONTINUED REVISION OF EXHIBIT 2 TO APPLICATION FOR RETENTION. | 1.00 | 200.00 |
| 09/02/20 MBS | B210 | A105 | CONTINUED MONITORING OF CONFLICTS RESEARCH, UPDATE AND TRANSMIT CHECKLIST. | .30 | 60.00 |
| 09/02/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.00 | 500.00 |
| 09/02/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.30 | 787.50 |
| 09/03/20 JAH | B190 | A104 | CORRESPONDENCE B. DEWOLFE RE PROVIDING MATERIALS RELEVANT TO DEVELOPING APPEAL OF NEPTUNE CG-835 NOTICES (.2); REVIEW MATERIALS (.4). | .60 | 375.00 |
| 09/03/20 JN | B180 | A104 | REVIEWED NEPTUNE SPAR LIFE RENEWAL DOCUMENTS UPLOADED BY THE CLIENT. | 1.40 | 875.00 |
| 09/03/20 PFH | B110 | A106 | E MAIL FROM MR. LOWE WITH UPDATED FACTS AND DETAILS RE WD 68 U (.1); REVIEWED OTHER DOCUMENTS RELATED TO WD 68 U ISSUE (.3); EMAIL FROM MR. SERGESKETTER RE CALL WITH MR. LOWE TO DISCUSS WD 68 U (.1). | .50 | 312.50 |
| 09/03/20 PFH | B110 | A107 | E MAIL TO MR. BECKER WITH DOCUMENTS RE WD 68 U FOR RILEY. | .10 | 62.50 |
| 09/03/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. G LEGGE WITH DRAFT E MAIL TO AUSA. | .10 | 62.50 |
| 09/03/20 PFH | B110 | A107 | E MAIL FROM MR. LEGGE TO AUSA RE PRODUCTION OF REQUESTS 15 FOR JANUARY 14, 2016 SDT. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    7
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/03/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE CALL WITH MR. LOWE RE WD 68 U. | .10 | 62.50 |
| 09/03/20 PFH | B110 | A107 | CALL WITH MR. WALTER BECKER RE INTERVIEW OF HIS CLIENTS. | .10 | 62.50 |
| 09/03/20 JEB | B160 | A103 | REVIEW AND PROVIDE COMMENTS TO RETENTION APPLICATION. | .50 | 300.00 |
| 09/03/20 GAR | B160 | A104 | REVIEW PROPOSED BUDGET IN INTERIM DIP/CASH COLLATERAL ORDER TO ENSURE PROPER ESTIMATION OF FEES SET ASIDE FOR JONES WALKER'S RETENTION (.7); SUMMARIZE AND PROVIDE INFORMATION TO CO-COUNSEL TO ENSURE COMPLIANCE WITH BUDGET ON SAME (.4). | 1.10 | 335.50 |
| 09/03/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 2.50 | 1,437.50 |
| 09/03/20 GMS | B190 | A105 | COMMUNICATIONS WITH MS. HARDIN CONCERNING NEED TO REACH OUT TO MS. GILMORE CONCERNING ACCESS TO PENDING PRODUCTION. | .10 | 20.50 |
| 09/03/20 GMS | B190 | A107 | COMMUNICATIONS WITH MS. GILMORE CONCERNING NEED FOR ACCESS TO PENDING SUPPLEMENTAL PRODUCTION RE MP 310 A JANUARY 2016 SUBPOENA. | .10 | 20.50 |
| 09/03/20 MBS | B210 | A105 | CONTINUED TO MONITOR CONFLICTS CHECK TO UPDATE CHECKLIST. | .50 | 100.00 |
| 09/03/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.90 | 237.50 |
| 09/03/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 7.80 | 975.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    8
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | Init | B | A | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 09/04/20 | JAH | B190 | A104 | CORRESPONDENCE RE RECEIPT OF ADDITIONAL DOCUMENTS AND REVIEW SAME. | .40 | 250.00 |
| 09/04/20 | PFH | B110 | A106 | E MAIL FROM MR. LOWE WITH DOCUMENTS RE WD 68 U INCS. | .20 | 125.00 |
| 09/04/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. LOWE AND MR P EILAND RE TIMELINE OF WD 68 U. | 2.50 | 1,562.50 |
| 09/04/20 | PFH | B110 | A107 | E MAIL FROM AUSA LATSIS WITH INFORMATION RE MEETING/DATES. | .10 | 62.50 |
| 09/04/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER RE AUSA E MAIL AND POTENTIAL RESPONSE. | .10 | 62.50 |
| 09/04/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER WITH AUSA CORRESPONDENCE. | .10 | 62.50 |
| 09/04/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH DRAFT POWER POINT SLIDES FOR WD 68 U ISSUE FOR USE IN PRESENTATION TO AUSA. | .20 | 125.00 |
| 09/04/20 | SYD | B110 | A103 | REVIEWED BSEE'S WEBSITE TO LOCATE INFORMATION REGARDING PENALTY ASSESSMENTS AND INCS (.7); EMAILED JIM NOE SUMMARY RE SAME (.2). | .90 | 414.00 |
| 09/04/20 | GMS | B190 | A107 | REVIEW COMMUNICATION FROM MR. LEGGE CONCERNING SERVICE OF SUPPLEMENTAL PRODUCTION. | .10 | 20.50 |
| 09/04/20 | GMS | B190 | A110 | ACCESS AND BEGIN DOWNLOAD HFW SUPPLEMENTAL PRODUCTION OF REQUEST 15 DOCUMENTS ON BEHALF OF FIELDWOOD. | .30 | 61.50 |
| 09/04/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.00 | 125.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE    9
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


09/04/20 WR    B160  A102  RESEARCH AND PROVIDE          2.00      250.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

09/06/20 PFH   B110  A106  E MAIL FROM MR. SERGESKETTER    .10       62.50
                           TO MR. BECKER WITH
                           EXPLANATION OF FACTS BASED ON
                           DOCUMENTS AND ATTACHING
                           DOCUMENTS

09/06/20 PFH   B110  A106  E MAIL FROM/TO MR.              .10       62.50
                           SERGESKETTER RE DATES OF
                           INTERVIEWS.

09/06/20 PFH   B110  A106  CALL WITH MR. SERGESKETTER RE   .10       62.50
                           WD 68 U.

09/06/20 PFH   B110  A106  E MAIL TO MR. SERGESKETTER      .10       62.50
                           WITH INFORMATION RE
                           INTERVIEWS.

09/06/20 PFH   B110  A106  CALL WITH MR SERGESKETTER AND   .90      562.50
                           MR. BECKER TO CONVEY FACTS RE
                           WD 68 U.

09/06/20 PFH   B110  A107  E MAIL TO MR. BECKER RE NEED    .10       62.50
                           FOR CALL RE WD 68 U.

09/07/20 PFH   B110  A106  E MAIL FROM MR. SERGESKETTER    .10       62.50
                           RE MP 310 WITNESSES FOR
                           PRESENTATION TO DOJ.

09/07/20 WR    B160  A102  RESEARCH AND PROVIDE          5.00      625.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

09/08/20 JAH   B190  A104  CORRESPONDENCE K. BRUCE RE    1.20      750.00
                           STATE LEASE ISSUES (.2);
                           CONFERENCES R. BERTRAM RE
                           ADDITIONAL NEPTUNE DATA
                           RECEIVED FROM FW AND
                           CORRESPONDENCE B. DEWOLFE RE
                           DATA AND CALL TO DISCUSS SAME
                           (.4); REVIEW NEPTUNE DATA
                           (.6).
```

```
FIELDWOOD ENERGY LLC                                    PAGE   10
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/08/20 JN | B180 | A109 | PARTICIPATE IN FIELDWOOD BOARD OF DIRECTORS MEETING. | 1.30 | 812.50 |
| 09/08/20 PFH | B110 | A106 | WORKED ON POWERPOINT PRESENTATION FOR REVERSE PROFFER TO DOJ | 1.40 | 875.00 |
| 09/08/20 PFH | B110 | A107 | CALL FROM MR. BECKER RE CLIENTS' RECOLLECTION. | .40 | 250.00 |
| 09/08/20 PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTER RE BECKER CALL (3.); CALL WITH MR. SERGESKETTER RE SAME, PLUS DISCUSSION OF ISSUES AND STRATEGY RE POWERPOINT (.3). | .60 | 375.00 |
| 09/08/20 PFH | B110 | A107 | E MAIL RESPONSE TO AUSA LATSIS RE REVERSE PROFFER. | .10 | 62.50 |
| 09/08/20 RDB | B210 | A104 | DRAFT MEMORANDUM TO MR. NOE RELATED TO ISSUES INVOLVING USCG'S AUGUST 21, 2020 NOTICE TO FIELDWOOD, TECHNICAL INPUT BY USCG OF ABS GROUP AND ISSUES FOR REVIEW OF DISTRICT COMMANDER. | .30 | 169.50 |
| 09/08/20 RDB | B210 | A104 | REVIEW NEPTUNE HULL LOGS APPARENT CAUSE ANALYSIS REPORT FROM 2017. | .30 | 169.50 |
| 09/08/20 RDB | B210 | A104 | REVIEW CORRESPONDENCE FROM USCG CAPTAIN REYNOLDS TO NOBLE ENERGY RELATED TO USCG'S ACCEPTANCE OF APPARENT CAUSE ANALYSIS. | .30 | 169.50 |
| 09/08/20 RDB | B210 | A104 | REVIEW ABS EXTERNAL SHELL PLATING GAUGING REPORT. | .30 | 169.50 |
| 09/08/20 RDB | B210 | A104 | REVIEW ABS HULL PLATING DATA ASSESSMENT REPORT. | .30 | 169.50 |
| 09/08/20 RDB | B210 | A104 | REVIEW CERTIFICATION OF ABS GROUP ISSUED BY MR. HARRY REN, P.E., RELATED TO LIFE EXTENSION FOR NEPTUNE. | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   11
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| 09/08/20 | JEB | B160 | A103 | REVIEW USTS COMMENTS TO JONES WALKER RETENTION APPLICATION. | .30 | 180.00 |
|---|---|---|---|---|---|---|
| 09/08/20 | GAR | B160 | A104 | REVIEW CHANGES REQUESTED BY U.S. TRUSTEE TO JONES WALKER'S RETENTION APPLICATION. | .30 | 91.50 |
| 09/08/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.50 | 187.50 |
| 09/08/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 5.80 | 725.00 |
| 09/09/20 | JAH | B190 | A104 | NEPTUNE -- REVIEW BACKGROUND MATERIALS (.9); CONFERENCES R. BERTRAM, J. NOE, AND FW TEAM RE TASKS AND STRATEGIES FOR APPEAL AND COORDINATED RESUBMISSION (1.1). | 2.00 | 1,250.00 |
| 09/09/20 | JN | B180 | A104 | PARTICIPATED IN CONFERENCE CALL WITH CLIENT REGARDING THE NEXT STEPS TO BE TAKEN WITH APPEAL OF NEPTUNE SPAR LIFE EXTENSION DENIAL. | .70 | 437.50 |
| 09/09/20 | PFH | B110 | A106 | REVIEWED HISTORICAL DOCUMENTS AND WORKED ON POWERPOINT PRESENTATION. | 1.30 | 812.50 |
| 09/09/20 | RDB | B210 | A104 | TELEPHONE CONFERENCE WITH MR. DEWOLFE AND ROCKY ROBBINS RELATED TO NEPTUNE SPAR, USCG APPEAL, TECHNICAL COMMENTS RELATED TO AUGUST 21, 2020 CORRESPONDENCE OF USCG, AND WORK OF ABSG GROUP. | .80 | 452.00 |
| 09/09/20 | RDB | B210 | A106 | CORRESPONDENCE TO MR. DEWOLFE RELATED TO CONFERENCE CALL AND ISSUES RELATED TO ABS GROUP TECHNICAL REPORT. | .30 | 169.50 |

FIELDWOOD ENERGY LLC                                    PAGE   12
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00

| | | | | | |
|---|---|---|---|---|---|
| 09/09/20 | RDB | B210 | A104 | CONTINUED REVIEW AND ANALYSIS OF CORRESPONDENCE FILES PROVIDED BY FIELDWOOD, INCLUDING VARIOUS ITEMS OF CORRESPONDENCE AND TECHNICAL DOCUMENTS PROVIDED TO USCG IN SUPPORT OF LIFE EXTENSION. | 1.80 | 1,017.00 |
| 09/09/20 | RDB | B210 | A102 | REVIEW OF USCG OFFSHORE FPI REGULATIONS AND CHECK INITIAL RULEMAKING FOR REGULATIONS AT 33 CFR SUBCHAPTER N. | .50 | 282.50 |
| 09/09/20 | RDB | B210 | A104 | REVIEW FIELDWOOD'S MAY 21, 2020 CORRESPONDENCE TO USCG OCMI OUTER CONTINENTAL SHELF DIVISION RELATED TO USCG'S DENIAL OF REQUEST TO CARRY OUT HULL REPAIRS. | .30 | 169.50 |
| 09/09/20 | RDB | B210 | A104 | REVIEW CORRESPONDENCE FROM USCG TO KIM FARMOKAKIS, NOBLE ENERGY, RELATED TO NEPTUNE SPAR AND CG-835 DATED JUNE 24, 2017. | .30 | 169.50 |
| 09/09/20 | RDB | B210 | A104 | REVIEW CASELAW AND ADMINISTRATIVE DECISIONS OF USCG RELATED TO 33 CFR 140.25 AND APPEAL ISSUES. | .50 | 282.50 |
| 09/09/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND ADD TO DISCLOSURE SCHEDULE. | 2.00 | 1,150.00 |
| 09/09/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. HARDIN CONCERNING DOWNLOADED SUPPLEMENTAL PRODUCTION OF 310A REQ 15 DOCUMENTS. | .10 | 20.50 |
| 09/09/20 | MBS | B210 | A105 | CONTINUE TRACKING CONFLICTS, UPDATING CHART, AND TRANSMITTING SAME. | .50 | 100.00 |
| 09/09/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  13
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/09/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.50 | 562.50 |
| 09/10/20 | JAH | B190 | A104 | REVIEW NEPTUNE PLATFORM BACKGROUND MATERIALS; CONFERENCE R. BERTRAM RE APPEAL STRATEGY AND CALL WITH ABSG | 1.40 | 875.00 |
| 09/10/20 | JN | B180 | A104 | REVIEW SUBMITTAL DOCUMENTS FOR FIRST LIFE EXTENSION REQUEST FOR NEPTUNE SPAR (.7); CONDUCTED LEGAL RESEARCH INTO APPLICABLE COAST GUARD GUIDANCE ON REPAIRS OF FLOATING STRUCTURES (.9). | 1.60 | 1,000.00 |
| 09/10/20 | PFH | B110 | A106 | E MAILS FROM MR. LOWE WITH VOUMINOUS DOCUMENTS RE WD 68 U. | .50 | 312.50 |
| 09/10/20 | PFH | B110 | A106 | CONTINUED WORK ON POWERPOINT RE VIOLATIONS AND DEFENSES AND E MAILED TO MR. SERGESKETTER. | 3.30 | 2,062.50 |
| 09/10/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE BOAT/HELICOPTER RECORDS. | .10 | 62.50 |
| 09/10/20 | RDB | B210 | A106 | TELEPHONE CONFERENCE WITH MR. DAVID HUA, REPRESENTATIVE OF ABS GROUP, AND REPRESENTATIVES OF FIELDWOOD RELATED TO COMMENTS AND RESPONSE TO USCG REGARDING NONDESTRUCTIVE TESTING OF HULL AND PROPOSED ULTRASONIC TESTING, ROOT CAUSE ANALYSIS REGARDING DETERIORATION OF HULL AND DECK PLATING, AND QUALITY CONTROL ISSUES AND STANDARDS OF PERFORMANCE FOR WELDING. | .80 | 452.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   14
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/10/20 RDB | B210 | A106 | CORRESPONDENCE TO/FROM MR. BRANDON DEWOLFE RELATED TO NEPTUNE SPAR. | .30 | 169.50 |
| 09/10/20 RDB | B210 | A104 | REVIEW DOCUMENTS FROM MR. DEWOLFE REGARDING SPAR INSPECTIONS AND CORRESPONDENCE WITH USCG. | .80 | 452.00 |
| 09/10/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 1.30 | 747.50 |
| 09/10/20 MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART. | .30 | 60.00 |
| 09/10/20 MBS | B210 | A105 | CONTINUE UPDATING CONFLICTS CHART. | .30 | 60.00 |
| 09/10/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 09/10/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.00 | 750.00 |
| 09/11/20 JAH | B190 | A104 | NEPTUNE PLATFORM APPEAL -- CONFERENCES R. BERTRAM RE APPEAL STRATEGY AND WITH D.HUA (ABSG) RE TECHNICAL SUPPORT FOR FW PROPOSED REPAIRS (.7); REVIEW BACKGROUND MATERIALS (.9); CORRESPONDENCE DOI SOLICITOR'S OFFICE RE SUPPLEMENTAL BONDING APPEALS (.3); REVIEW DRAFT ABSG LETTER (.7). | 2.60 | 1,625.00 |
| 09/11/20 JN | B180 | A104 | REVIEWED VARIOUS DOCUMENTS, INCLUDING THE SUBMITTAL DOCUMENTS PROVIDED BY THE CLIENT TO THE USCG IN SUPPORT OF LIFE EXTENSION FOR NEPTUNE SPAR, IN PREPARATION OF PREPARING APPEAL OF DENIAL OF LIFE EXTENSION. | 2.20 | 1,375.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE  15
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/11/20 RDB | B210 | A108 | TELEPHONE CONFERENCES WITH MR. DAVID HUA, DIRECTOR OF ENGINEERING, AMERICAN BUREAU OF SHIPPING GROUP, SPRING/ABSG CONSULTING INC., RELATED TO DRAT OF TECHNICAL COMMENTS TO USCG TO SUPPORT FIELDWOOD'S APPEAL TO COMMANDER OF USCG EIGHTH DISTRICT, AND ISSUES RAISED BY USCG'S AUGUST 21, 2020 REJECTION OF FIELDWOOD'S REQUEST FOR RECONSIDERATION RELATED TO SCOPE OF REPAIRS AND METHODOLOGY OF REPAIRS. | .50 | 282.50 |
| 09/11/20 RDB | B210 | A104 | REVIEW OF FIELDWOOD'S SUBMISSIONS TO USCG OFFICE OF MARINE INSPECTION RELATED TO NEPTUNE SCOPE OF REPAIRS, METHODOLOGY, AND GAGING. | 1.30 | 734.50 |
| 09/11/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND ADD TO DISCLOSURE SCHEDULE. | 1.50 | 862.50 |
| 09/11/20 MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART. | .50 | 100.00 |
| 09/11/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 09/11/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.50 | 562.50 |
| 09/12/20 JAH | B190 | A104 | MARK UP ABSG DRAFT LETTER (.8); CORRESPONDENCE R. BERTRAM AND J. NOE RE SAME (.2). | 1.00 | 625.00 |
| 09/12/20 JN | B180 | A104 | RESEARCH AND REVIEW NVIC-7 68 (USCG REGULATION) ON ACCEPTABLE REPAIR METHODOLOGY FOR REPAIR OF FLOATING STEEL STRUCTURES AS IT RELATES TO THE APPEAL OF THE DENIAL OF LIFE EXTENSION FOR NEPTUNE | .80 | 500.00 |

FIELDWOOD ENERGY LLC                                          PAGE  16
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | SPAR AND REVIEW MEMORANDUM OF RICHARD BERTRAM REGARDING ARGUMENTS BASED ON THE NVIC. |  |  |
| 09/12/20 | JN | B180 | A104 | REVIEW AND COMMENT ON REVISED ABS-G REPORT. | .50 | 312.50 |
| 09/12/20 | JN | B180 | A104 | REVIEW VARIOUS DOCUMENTS ON NEPTUNE SPAR LIFE EXTENSION (1.3); REVIEW AND REVISE ABS-G RESPONSE TO USCG DENIAL OF LIFE EXTENSION REQUEST (1.9). | 3.20 | 2,000.00 |
| 09/12/20 | RDB | B210 | A104 | REVIEW OF MEMORANDUM FROM MR. HUNTER RELATED TO TECHNICAL COMMENTS OF MR. DAVID HUA OF ABS GROUP. | .50 | 282.50 |
| 09/12/20 | RDB | B210 | A104 | REVIEW OF USCG NAVIGATION AND VESSEL INSPECTION CIRCULARS RELATED TO OFFSHORE INSTALLATIONS AND MARINE INSPECTION AND REPAIR PROTOCOLS. | .50 | 282.50 |
| 09/12/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 09/13/20 | PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER WITH DIRECTIONS FOR LOCATING INFORMATION AND DOCUMENTS RE WD 68 U ISSUE. | .20 | 125.00 |
| 09/14/20 | JAH | B190 | A104 | NEPTUNE:  CONFERENCES J. NOE AND R. BERTRAM RE APPEAL STATUS AND STRATEGY AND RE POST-APPEAL PRESENTATION TO USCG (.7); REVIEW BACKGROUND NEPTUNE DOCUMENTS (1.3). | 2.00 | 1,250.00 |
| 09/14/20 | JAH | B190 | A104 | REVIEW CORRESPONDENCE FROM DOI OHA RE PROTECTIVE INC APPEAL REQUESTS FOR HEARING ON THE RECORD AND RELATED CORRESPONDENCE WITH SOLICITOR'S OFFICE (.2); REVIEW OHA FILINGS RE SAME | .40 | 250.00 |

FIELDWOOD ENERGY LLC                                              PAGE   17
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00

                                  (.2).

09/14/20 JN   B180  A105  CONFERENCE CALL WITH PAULINE        .30        187.50
                          HARDIN TO DISCUSS STATUS OF
                          CRIMINAL INVESTIGATIONS.

09/14/20 JN   B180  A104  REVIEWED VARIOUS DOCUMENTS         4.20       2,625.00
                          SUBMITTED IN THE MARCH 25,
                          2020 SUBMISSION TO THE COAST
                          GUARD FOR A LIFE EXTENSION OF
                          THE NEPTUNE SPAR IN
                          PREPARATION OF DRAFTING
                          APPEAL TO DENIAL OF LIFE
                          EXTENSION, INCLUDING VARIOUS
                          ABS REPORTS AND THE CLIENT'S
                          PROPOSED REPAIR PLAN.

09/14/20 JN   B180  A104  REVIEWED RECENT FIFTH CIRCUIT       .50        312.50
                          RULING ON DECOMMISSIONING
                          LIABILITY IN THE CONTEXT OF A
                          BANKRUPTCY (TOTAL E&P UNITED
                          STATES V. MARUBENI OIL & GAS).

09/14/20 JN   B180  A104  CONFERENCE CALL WITH THE           .50        312.50
                          CLIENT (KEVIN BRUCE) TO
                          DISCUSS UPCOMING LEGAL
                          WORKING GROUP CALL WITH
                          INTERIOR SOLICITOR AND
                          DEPARTMENT OF JUSTICE LAWYERS.

09/14/20 PFH  B110  A106  THREE E MAILS FROM MR LOWE RE     1.10        687.50
                          DOCUMENTS NEEDED TO COMPLETE
                          WD 68 U ANALYSIS (.8); E MAIL
                          FROM MR SERGESKETTER RE NEED
                          FOR ADDITIONAL INFORMATION RE
                          WD 68 U PERTAINING TO RISER
                          AND EC SURVEY FOR POWERPOINT
                          FOR PRESENTATION TO DOJ (.3).

09/14/20 PFH  B110  A106  CALL FROM MR. NOE TO DISCUSS       .20        125.00
                          STATUS OF RESTRUCTURING
                          DISCUSSIONS WITH DOJ/DOI ETC.

09/14/20 RDB  B210  A106  TELEPHONE CONFERENCE WITH MR.      .50        282.50
                          BRANDON DEWOLFE AND MR.
                          PATRICK EILAND AND MR. NOE
                          AND MR. HUNTER REGARDING ABS
                          GROUP TECHNICAL COMMENTS AND
                          APPEAL OF OCMI'S
                          DETERMINATION TO DISTRICT 8

```
FIELDWOOD ENERGY LLC                                          PAGE   18
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | COMMANDER. |  |  |
| 09/14/20 | RDB | B210 | A104 | REVIEW OF REVISED DRAFT OF COMMENT LETTER OF ABS GROUP AND ADDRESS ISSUES RELATED TO COFFERDAM REPAIRS TO SPAR NEPTUNE AND REPAIRS PREVIOUSLY APPROVED BY USCG AND CARRIED OUT BY NOBLE. | .80 | 452.00 |
| 09/14/20 | RDB | B210 | A104 | REVIEW AND UPDATE WORKING DRAFT OF ABS GROUP COMMENT LETTER RELATED TO SPAR NEPTUNE AND ADDRESS OCMI'S FINDINGS AND OTHER ISSUES RELATED TO OCMI'S AUGUST 21, 2020 DENIAL OF FIELDWOOD'S REQUEST FOR RECONSIDERATION OF MARINE INSPECTION OFFICE DETERMINATION. | 1.00 | 565.00 |
| 09/14/20 | RDB | B210 | A104 | CORRESPONDENCE TO MR. BRANDON DEWOLFE RELATED TO UPDATED DRAFT OF TECHNICAL COMMENT LETTER OF ABS GROUP. | .30 | 169.50 |
| 09/14/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 2.20 | 1,265.00 |
| 09/14/20 | MBS | B210 | A105 | CONTINUE TO ASSIST IN CHECKING CONFLICTS AND UPDATING CHART. | 1.00 | 200.00 |
| 09/14/20 | MBS | B210 | A105 | CONTINUE UPDATING CONFLICTS CHART. | .30 | 60.00 |
| 09/14/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.50 | 562.50 |
| 09/14/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.50 | 562.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   19
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/15/20 JAH | B190 | A104 | PREPARE FOR AND PARTICIPATE IN CALL RE NEPTUNE APPEAL AND STRATEGY (.7); REVIEW AND COMMENT ON DRAFT APPEAL PAPERS (1.2); NUMEROUS CONFERENCES AND EMAILS WITH FW TEAM RE SAME (.8). | 2.70 | 1,687.50 |
| 09/15/20 JN | B180 | A104 | CONDUCT LEGAL RESEARCH INTO RIGHTS TO ABANDON PROPERTIES AND DECOMMISSIONING LIABILITY IN TEXAS AND LOUISIANA. | .80 | 500.00 |
| 09/15/20 JN | B180 | A105 | CONFERENCE CALL WITH SARAH DICHARRY TO DISCUSS RESULTS OF HER RESEARCH INTO THE CLIENT'S RIGHTS TO REJECT LEASES WITH DECOMMISSIONING LIABILITIES IN LOUISIANA AND TEXAS. | .20 | 125.00 |
| 09/15/20 JN | B180 | A104 | CONFERENCE CALL WITH THE CLIENT'S OPERATIONAL PERSONNEL TO DISCUSS ISSUES RELATED TO APPEAL OF DENIAL OF LIFE EXTENSION REQUEST. | .90 | 562.50 |
| 09/15/20 JN | B180 | A104 | REVIEW VARIOUS TECHNICAL DOCUMENTS SUBMITTED TO SUPPORT LIFE EXTENSION OF NEPTUNE SPAR AND DRAFTED APPEAL DOCUMENTS. | 2.10 | 1,312.50 |
| 09/15/20 JN | B180 | A105 | PARTICIPATED IN CONFERENCE CALLS WITH JONATHAN HUNTER AND RICHARD BERTRAM REGARDING APPEAL LETTER TO DENIAL OF LIFE EXTENSION OF NEPTUNE SPAR. | .60 | 375.00 |
| 09/15/20 JN | B180 | A104 | REVIEW INITIAL DRAFT OF APPEAL LETTER TO DENIAL OF LIFE EXTENSION REQUEST AND PROVIDE COMMENTS THERETO. | .80 | 500.00 |
| 09/15/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER / MR. LOWE REQUESTING SPECIFIC DOCUMENTS FOR WD 68 U ANALYSIS FOR DOJ PRESENTATION. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE   20
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


09/15/20 PFH   B110  A106  REVIEWED                          2.40     1,500.00
                           INTERVIEWS/STATEMENTS OF
                           WITNESSES (BEAMISH, DUNHAM,
                           JACKSON, JONES, LOWE,
                           MARCANTEL, RASPBERRY, SELBY,
                           TROUSDALE, WALL ETC) TO
                           ASSURE ACCURACY OF
                           REPRESENTATIONS IN POWERPOINT
                           FOR PRESENTATION TO DOJ.

09/15/20 PFH   B110  A107  E MAILS FROM AUSA LATSIS RE         .10        62.50
                           DUNHAM INTERVIEW BY DOJ AND
                           FROM MR. BECKER TO AUSA
                           LATSIS RE DUNHAM INTERVIEW.

09/15/20 PFH   B110  A106  E MAIL FROM MR .SERGESKETTER        .10        62.50
                           TO AUSA LATSIS RE DUNHAM
                           INTERVIEW.

09/15/20 RDB   B210  A103  DRAFTING, EDITING AND              4.80     2,712.00
                           REVISING APPEAL SUBMISSION OF
                           FIELDWOOD TO USCG DISTRICT 8
                           COMMANDER TO REVIEW
                           DETERMINATION OF OCMI RELATED
                           TO SPAR NEPTUNE.

09/15/20 RDB   B210  A104  RECEIVE AND REVIEW                  .30       169.50
                           CORRESPONDENCE FROM MR.
                           BRENDON DEWOLFE RELATED TO
                           ABS GROUP COMMENT LETTER AND
                           EDITS OF ABS GROUP.

09/15/20 RDB   B210  A106  TELEPHONE CONFERENCE WITH          .30        169.50
                           BRENDON DEWOLFE AND PATRICK
                           EILAND RELATED TO ABS GROUP
                           COMMENT LETTER AND APPEAL
                           SUBMISSION.

09/15/20 RDB   B210  A103  UPDATE ABS GROUP COMMENT           .30        169.50
                           LETTER AND FINALIZE PROPOSED
                           EDITS.

09/15/20 SYD   B110  A103  PRELIMINARY RESEARCH RE          1.80        828.00
                           ONSHORE ABANDONMENT LIABILITY
                           (1.4); DISCUSS SAME WITH JIM
                           NOE (.4).
```

```
FIELDWOOD ENERGY LLC                                        PAGE  21
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/15/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND ADD TO DISCLOSURE SCHEDULE. | .70 | 402.50 |
| 09/15/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS, SAVE PERTINENT MATERIAL AND TRANSMIT UPDATED CHART. | 1.00 | 200.00 |
| 09/15/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.00 | 500.00 |
| 09/15/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.50 | 812.50 |
| 09/16/20 | JAH | B190 | A104 | REVIEW AND COMMENT ON DRAFT USCG APPEAL PAPERS RE NEPTUNE SPAR (1.9); MULTIPLE CORRESPONDENCE B. DEWOLFE ET AL RE SAME (.3). | 2.20 | 1,375.00 |
| 09/16/20 | JAH | B190 | A104 | REVIEW INC APPEAL FILINGS, INCLUDING PROTECTIVE "REQUEST FOR HEARING" WITH OHA, AND RELATED CORRESPONDENCE WITH BOEM COUNSEL (.3); COORDINATE WITH S. DICHARRY ON DRAFTING WITHDRAWAL LETTER FOR REVIEW BY T. ALLEN (FW) (.1). | .40 | 250.00 |
| 09/16/20 | JAH | B190 | A104 | CALL WITH LEGAL TEAM (DOJ, SOLICITOR'S OFFICE ETC). | .30 | 187.50 |
| 09/16/20 | JN | B180 | A104 | REVIEW AND REVISE APPEAL LETTER TO DENIAL OF LIFE EXTENSION. | 1.40 | 875.00 |
| 09/16/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF THE INTERIOR. | .80 | 500.00 |
| 09/16/20 | PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER RE CONTACTS WITH MR. MOLAISON AND MR. LAFLEUR RE GRAND JURY SUBPOENAS AND OBTAINING COUNSEL FOR THEM (.1); E | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   22
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

|            |     |      |      | MAILS TO/FROM MR. SERGESKETTER RE GRAND JURY PROCEDURE AND NEXT STEPS IN DEFENSE (.1). |      |          |
|------------|-----|------|------|------|------|----------|
| 09/16/20 | PFH | B110 | A107 | CALL FROM MR.  BRIAN CAPITELLI RE GRAND JURY APPEARANCE OF MOLAISON AND LAFLEUR AND UPDATE ON DEFENSE. | .30 | 187.50 |
| 09/16/20 | PFH | B110 | A103 | INTEGRATED WD 68 U SLIDES INTO POWERPOINT FOR PRESENTATION TO DOJ AND ADDED ADDITIONAL INFORMATION TO OTHER TOPICS (3.5); E MAILS FROM/TO MR. SERGESKETTER RE SAND ISSUE RE GI 43 (.3); EMAIL TO MR. SERGESKETTER WITH POWERPOINT PRESENTATION FOR HIS REVIEW AND COMMENT (.2). | 4.00 | 2,500.00 |
| 09/16/20 | PFH | B110 | A107 | E MAIL FROM MR. BECKER TO MR. SERGESKETTER RE DUNHAM WRITTEN STATEMENT AND FROM MR. SERGESKETTER WITH DUNHAM NOTES OF INTERVIEW WITH BSEE. | .10 | 62.50 |
| 09/16/20 | RDB | B210 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MR. BRENDON DEWOLFE REGARDING DECOMMISSIONING AND REPAIR ISSUES. | .30 | 169.50 |
| 09/16/20 | RDB | B210 | A104 | RECEIVED AND REVIEWED UPDATED DRAFT OF APPEAL SUBMISSION TO DISTRICT COMMANDER AND ADDRESS AND EDIT ARGUMENTS IN SUPPORT OF APPEAL SUBMISSION. | .50 | 282.50 |
| 09/16/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND ADD TO DISCLOSURE SCHEDULE. | .80 | 460.00 |
| 09/16/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS AND UPDATE CHART, TRANSMIT CHART. | .50 | 100.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   23
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/16/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.50 | 562.50 |
| 09/16/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 5.50 | 687.50 |
| 09/17/20 | JAH | B190 | A104 | NEPTUNE APPEAL -- CORRESPONDENCE RE REVISIONS TO APPEAL PAPERS (.6); REVIEW SAME (.9). | 1.50 | 937.50 |
| 09/17/20 | JAH | B190 | A104 | CONFERENCE S. DICHARRY RE WITHDRAWAL OF OHA APPEALS (.4); REVIEW DRAFT CORRESPONDENCE RE SAME (.3). | .70 | 437.50 |
| 09/17/20 | JN | B180 | A104 | REVIEW AND REVISE APPEAL LETTER TO THE DENIAL OF THE LIFE EXTENSION FOR THE NEPTUNE SPAR BASED ON RECEIPT OF COMMENTS FROM CLIENT. | 1.70 | 1,062.50 |
| 09/17/20 | JN | B180 | A104 | PARTICIPATED IN A CONFERENCE CALL WITH CLIENT REGARDING FINAL CHANGES TO APPEAL LETTER TO DENIAL OF LIFE EXTENSION FOR NEPTUNE SPAR. | .60 | 375.00 |
| 09/17/20 | JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER REGARDING CHANGES TO APPEAL LETTER TO DENIAL OF LIFE EXTENSION FOR NEPTUNE SPAR. | .20 | 125.00 |
| 09/17/20 | JN | B180 | A105 | PARTICIPATE IN CONFERENCE CALL WITH RICHARD BERTRAM REGARDING APPEAL LETTER TO DENIAL OF LIFE EXTENSION FOR NEPTUNE SPAR. | .10 | 62.50 |
| 09/17/20 | JN | B110 | A102 | REVIEW THE RECENTLY PUBLISHED FINANCIAL ASSURANCE REGULATIONS. | 2.10 | 1,312.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   24
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


09/17/20 PFH   B110  A106   E MAIL FROM MR. SERGESKETTER      .10          62.50
                            WITH SUBPOENA TO LINEAR
                            CONTROL EMPLOYEE (MICHAEL
                            BOOK) AND REQUEST FOR ADVICE
                            AND TO MR. SERGESKETTER WITH
                            ADVICE ON HOW TO HANDLE
                            CONTACT.


09/17/20 PFH   B110  A107   E MAIL FROM/TO MR. BECKER RE      .10          62.50
                            UPCOMING DOJ INTERVIEWS OF
                            FIELDWOOD EMPLOYEES HE
                            REPRESENTS.


09/17/20 PFH   B110  A106   NUMEROUS E MAILS FROM MR.         .70         437.50
                            CADE WHITE WITH NUMEROUS
                            ATTACHED DOCUMENTS REFLECTING
                            WHAT WAS PRODUCED TO DOJ RE
                            WEST DELTA 68 U FOR POTENTIAL
                            USE AS BACKUP IN POWERPOINT
                            PRESENTATION TO DOJ.


09/17/20 RDB   B210  A104   REVIEW AND FINALIZE WORKING       .80         452.00
                            DRAFT OF CORRESPONDENCE TO
                            ADMIRAL NADEAU AND APPEAL
                            SUBMISSION OF FIELDWOOD TO
                            USCG DISTRICT 8 COMMANDER FOR
                            SPAR NEPTUNE.


09/17/20 RDB   B210  A104   REVIEW OF CORRESPONDENCE TO       .30         169.50
                            AND CORRESPONDENCE FROM MR.
                            BRANDON DEWOLFE AND MR.
                            PATRICK EILAND RELATED TO
                            FIELDWOOD'S APPEAL SUBMISSION
                            TO USCG FOR NEPTUNE SPAR AND
                            ADDRESS ISSUES RELATED TO
                            OCMI'S FINDINGS FOR APPEAL.


09/17/20 SYD   B110  A103   REVIEWED STATUS OF APPEALS       1.80         828.00
                            (.4); DRAFTED LETTER TO
                            HEARINGS DIVISION TO WITHDRAW
                            MATTERS BEFORE THE HEARINGS
                            DIVISION ON BASIS THAT BOEM
                            AGREES THAT THE HEARINGS
                            DIVISION APPEAL PROCEDURE
                            DOES NOT APPLY (1.3);
                            CIRCULATED SAME TO JONATHAN
                            HUNTER (.1).
```

FIELDWOOD ENERGY LLC                                          PAGE   25
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00

| Date | Initials | | | Description | Hours | Amount |
|------|----------|--|--|-------------|-------|--------|
| 09/17/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 1.50 | 862.50 |
| 09/17/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS AND UPDATE CHART. | .50 | 100.00 |
| 09/17/20 | MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART. | .30 | 60.00 |
| 09/17/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.90 | 487.50 |
| 09/17/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |
| 09/18/20 | JAH | B190 | A104 | REVIEW FINAL NEPTUNE APPEAL PACKAGE (1.9); NUMEROUS CORRESPONDENCE AND COORDINATION OF FAX FILING TO ENSURE USCG RECEIPT (.5). | 2.40 | 1,500.00 |
| 09/18/20 | JAH | B190 | A104 | NUMEROUS CORRESPONDENCE WITH DOI SOLICITOR'S OFFICE (D. SEBASTIAN AND L. MONROE) AND S. DICHARRY RE WITHDRAWAL OF PROTECTIVE "REQUEST FOR HEARING" FILINGS IN CONNECTION WITH SUPPLEMENTAL BONDING INCS (.2); REVISE WITHDRAWAL LETTER (.3). | .50 | 312.50 |
| 09/18/20 | PFH | B110 | A106 | SEVERAL E MAILS FROM MR. CADE WHITE WITH VOLUMINOUS DOCUMENTS RE WEST DELTA 68 U. | .80 | 500.00 |
| 09/18/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE POWERPOINT FOR DOJ PRESENTATION (.1); SECOND E MAIL FROM MR. SERGESKETTER WITH REVISED AND REDLINED POWERPOINT (.4). | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  26
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


09/18/20 RDB   B210  A104  REVIEW OF CORRESPONDENCE FROM      .30      169.50
                           MR. SEEGER TO LT. LAUREN
                           YOUNG OF USCG DISTRICT 8
                           RELATED TO FIELDWOOD'S APPEAL
                           SUBMISSION. RECEIVED AND
                           REVIEWED CORRESPONDENCE FROM
                           LT. LAUREN YOUNG FROM RELATED
                           TO FIELDWOOD APPEAL
                           SUBMISSION.


09/18/20 SYD   B110  A103  REVISED DRAFT LETTER             1.80      828.00
                           WITHDRAWING APPEALS BEFORE
                           HEARINGS DIVISION (1.2);
                           DISCUSSED SAME WITH JONATHAN
                           HUNTER (.4); CIRCULATED SAME
                           TO SOLICITOR'S OFFICE (TO
                           CONFIRM ACCURACY OF
                           STATEMENTS RE BOEM'S
                           POSITION) (.1); CIRCULATED
                           SAME TO TROY ALLEN (.1).


09/18/20 RGK   B110  A103  REVIEW CONFLICTS REPORT AND       .30      172.50
                           UPDATE DISCLOSURE SCHEDULE.

09/18/20 MBS   B210  A105  CONTINUED TO MONITOR              .30       60.00
                           CONFLICTS AND UPDATE CHART.

09/18/20 TCG   B160  A102  RESEARCH AND PROVIDE            3.00      375.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

09/18/20 WR    B160  A102  RESEARCH AND PROVIDE            2.80      350.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.


09/19/20 TCG   B160  A102  RESEARCH AND PROVIDE            3.00      375.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.


09/19/20 WR    B160  A102  RESEARCH AND PROVIDE            2.00      250.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   27
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/20/20 | PFH | B110 | A106 | E MAIL FROM/TO MR. SERGESKETTER RE UPCOMING INTERVIEWS OF BECKER CLIENTS. | .10 | 62.50 |
| 09/20/20 | PFH | B110 | A106 | E MAILS FROM MR. SERGESKETTER TO MR. LOWE/ MR. CADE WHITE RE LOCATING AND PRODUCTION OF WD 68 U DOCUMENTS. | .10 | 62.50 |
| 09/21/20 | JAH | B190 | A104 | CONFERENCE J. NOE RE LOUISIANA OIL WELL LIEN ACT ISSUES. | .20 | 125.00 |
| 09/21/20 | JAH | B190 | A104 | CORRESPONDENCE WITH USCG RE NEPTUNE APPEAL. | .10 | 62.50 |
| 09/21/20 | JN | B180 | A109 | PARTICIPATED IN TELEPHONE CONFERENCE CALL WITH THE SECURED LENDOR'S REGULATORY LEGAL COUNSEL, CYNTHIA NICHOLSON. | .70 | 437.50 |
| 09/21/20 | JN | B180 | A104 | REVIEW VARIOUS DEMAND LETTERS AND LIEN AFFIDAVITS FROM CREDITORS FILING LIEN RIGHTS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .60 | 375.00 |
| 09/21/20 | JN | B180 | A104 | CONDUCT LEGAL RESEARCH INTO THE LOUISIANA OIL FIELD LIEN ACT, INCLUDING THE PROPERTY TO WHICH THE LIEN'S MAY ATTACH. | 2.80 | 1,750.00 |
| 09/21/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH WEIL (JESSICA LIOU) TO DISCUSS CREDITOR'S RIGHTS UNDER THE LOUISIANA OIL WELL LIEN ACT. | .30 | 187.50 |
| 09/21/20 | PFH | B110 | A107 | E MAILS FROM/TO AUSA LATSIS RE MEETING TO PRESENT POSITION TO DOJ | .10 | 62.50 |
| 09/21/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE SUPPLEMENTAL PRODUCTION FOR WEST DELTA 68 U. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   28
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/21/20 PFH | B110 | A107 | CALL WITH MR. WALTER BECKER RE NEW CLIENTS AND THEIR EXPECTED KNOWLEDGE OF ISSUES | .30 | 187.50 |
| 09/21/20 PFH | B110 | A103 | RESEARCHED TOPICS FOR MOLAISON AND LAFLEUR TO DETERMINE SCOPE OF KNOWLEDGE OF ISSUES. | .30 | 187.50 |
| 09/21/20 PFH | B110 | A106 | E MAIL FROM MR. LOWE WITH INFORMATION REQUESTED RE WEST DELTA 68 U. | .10 | 62.50 |
| 09/21/20 RGK | B110 | A103 | CONTINUE REVIEWING CONFLICTS REPORTS AND UPDATING DISCLOSURE SCHEDULE. | 1.00 | 575.00 |
| 09/21/20 MBS | B210 | A105 | CONTINUE TO UPDATE AND MONITOR CONFLICTS CHART. | .30 | 60.00 |
| 09/21/20 MBS | B210 | A105 | CONTINUE TO ADD NEW ENTITIES, MONITOR AND UPDATE CONFLICTS CHART  (.3); TRANSMIT SAME (.2). | .50 | 100.00 |
| 09/21/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |
| 09/21/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 7.80 | 975.00 |
| 09/22/20 JN | B180 | A104 | CONDUCTED LEGAL RESEARCH INTO THE APPLICATION OF THE LOUISIANA OIL WELL LIEN ACT UNDER OCSLA AND THE EXTENT OF THE CLAIMANT'S RIGHTS UNDER THE ACT, THE PROPERTY TO WHICH THE LIEN ATTACHES AND POTENTIAL DEFENSES AVAILABLE TO FIELDWOOD TO RESIST CERTAIN LIENS AND DRAFTED UP NOTES IN PREPARATION WITH A CALL WITH THE CLIENT TO DISCUSS HOW TO RESPOND TO LIEN FILINGS. | 4.20 | 2,625.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  29
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/22/20 | JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS CREDITORS FILING LIENS UNDER THE LOUISIANA OIL WELL ACT AND HOW TO RESPOND. | .90 | 562.50 |
| 09/22/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH REVISED POWERPOINT/REVIEWED REVISED POWERPOINT (.6); EMAILS TO/FROM MR. SERGESKETTER RE ADDITIONAL REVISIONS (.3). | .90 | 562.50 |
| 09/22/20 | PFH | B110 | A107 | E MAILS FROM/TO AUSA SPIRO LATSIS RE MEETING WITH DOJ. | .10 | 62.50 |
| 09/22/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE ADDITIONAL CHANGES TO POWERPOINT. | .10 | 62.50 |
| 09/22/20 | PFH | B110 | A107 | E MAILS FROM AUSA SPIRO LATSIS RE DOCUMENTS REQUESTED AND WITH DOCUMENTS RE JUNE 2015 SHEEN, WEST DELTA 68 U/BEGAN REVIEW OF DOCUMENTS. | .70 | 437.50 |
| 09/22/20 | PFH | B110 | A107 | CALL WITH MR. WALTER BECKER RE MOLAISON AND LAFLEUR. | .80 | 500.00 |
| 09/22/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORT AND UPDATE DISCLOSURE SCHEDULE. | .60 | 345.00 |
| 09/22/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS TO UPDATE CHART. | .30 | 60.00 |
| 09/22/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.50 | 187.50 |
| 09/23/20 | CMM | B160 | A105 | REVIEW STATUS OF RETENTION APPLICATION AND UPDATING DISCLOSURE SCHEDULE. | .50 | 247.50 |
| 09/23/20 | JN | B180 | A104 | CONDUCTED LEGAL RESEARCH INTO LOUISIANA OIL WELL LIEN STATUTE, INCLUDING RESEARCH INTO POTENTIAL DEFENSES TO THE FILING OF LIENS. | 2.60 | 1,625.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   30
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/23/20 JN | B180 | A104 | CONFERENCE CALL WITH COUNSEL (STEWART PECK) FOR CREDITORS THAT FILED LIENS ON FIELDWOOD PROPERTIES. | .70 | 437.50 |
| 09/23/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT AND WEIL TO DISCUSS CONVERSATION WITH COUNSEL TO CREDITORS (STEWART PECK) THAT FILED LIENS ON FIELDWOOD PROPERTIES AND HOW TO RESPOND. | .50 | 312.50 |
| 09/23/20 PFH | B110 | A106 | E MAIL FROM MS. GILMORE TO AUSA AND AGENTS WITH SUPPLEMENTAL PRODUCTION TO GRAND JURY SDT ON WD 68 U. | .10 | 62.50 |
| 09/23/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. LOWE WITH DOCUMENTS FROM DOJ RE WD 68 U. | .10 | 62.50 |
| 09/23/20 PFH | B110 | A106 | ANALYZED DOCUMENTS FROM DOJ RE WEST DELTA 68 U VERSUS THE ANALYSIS FIELDWOOD HAS DONE THUS FAR AND E MAILED MR. SERGESKETTER COMMENTS RE DIFFERENCES THAT NEED TO BE RESOLVED PRIOR TO MEETING WITH DOJ. | .90 | 562.50 |
| 09/23/20 PFH | B110 | A107 | SEVERAL E MAILS TO/FROM AUSA LATSIS RE DETAILS OF MEETING. | .10 | 62.50 |
| 09/23/20 PFH | B110 | A106 | NUMEROUS E MAILS FROM/TO MR. SERGESEKETTER/MR. WHITE RE PRODUCTION OF WEST DELTA 68 U RELATED DOCUMENTS PURSUANT TO GRAND JURY SDT AND INSTRUCTIONS. | .40 | 250.00 |
| 09/23/20 PFH | B110 | A106 | DRAFTED NOTES RE BRYAN MOLAISON AND DARRIN LAFLEUR AND E MAILED TO MR. SERGESKETTER. | .80 | 500.00 |
| 09/23/20 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE CONTACTING MR. CAPITELLI RE HUSE AND TO MR. CAPITELLI RE SAME. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  31
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/23/20 | PFH | B110 | A103 | REVIEWED LATEST REVISED POWERPOINT FOR PRESENTATION TO DOJ AS DEFENSE. | 1.30 | 812.50 |
| 09/23/20 | PFH | B110 | A107 | REVIEWED DOCUMENTS FROM AUSA LATSIS RE SANDING/SHEENING ISSUE. | .10 | 62.50 |
| 09/23/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORT AND UPDATE DISCLOSURE SCHEDULE. | .30 | 172.50 |
| 09/23/20 | MBS | B210 | A105 | REVIEW OF DOCKET FOR PERTINENT ORDERS.  REVIEW OF LOCAL RULES, PROCEDURES, AND GUIDELINES FOR MOTIONS FOR APPLICATIONS TO RETAIN PROFESSIONALS. | 1.00 | 200.00 |
| 09/23/20 | MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART AND DISTRIBUTION OF SAME. | .30 | 60.00 |
| 09/23/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.50 | 312.50 |
| 09/23/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.00 | 750.00 |
| 09/24/20 | CMM | B160 | A104 | MOTION AND ORDER FOR PAYMENT OF DEBTORS' PROFESSIONALS. | .30 | 148.50 |
| 09/24/20 | CMM | B160 | A104 | REVIEW ORDER AND DEADLINE FOR OBJECTION TO RETENTION APPLICATION FOR JONES WALKER. | .30 | 148.50 |
| 09/24/20 | CMM | B160 | A104 | REVIEW UPDATED DISCLOSURE SCHEDULE. | .50 | 247.50 |
| 09/24/20 | JAH | B190 | A104 | CORRESPONDENCE DOI SOLICITOR'S OFFICE RE PROTECTIVE OHA "REQUEST FOR HEARING" FILINGS IN CONNECTION WITH APPEAL OF SUPPLEMENTAL BONDING ORDERS. | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   32
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/24/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. LOWE RE CLARIFYING FACTS RE WEST DELTA 68 U ISSUE. | 1.60 | 1,000.00 |
| 09/24/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER TO FINALIZE POWERPOINT. | 1.00 | 625.00 |
| 09/24/20 PFH | B110 | A106 | NUMEROUS E MAILS FROM MR. LOWE WITH EC SURVEYS AND PICTURES RE WEST DELTA 68 U. | .30 | 187.50 |
| 09/24/20 PFH | B110 | A106 | CALL WITH MR. MAGNER RE DOJ PRESENTATION. | .10 | 62.50 |
| 09/24/20 PFH | B110 | A107 | SEVERAL E MAILS TO/FROM AUSA LATSIS RE MEETING RELATED ISSUES. | .20 | 125.00 |
| 09/24/20 PFH | B110 | A107 | E MAIL FROM/TO MR. CAPITELLI RE HUSE. | .10 | 62.50 |
| 09/24/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH REVISED POWERPOINT (.1); REVIEW REVISED POWERPOINT AS TO WEST DELTA 68 U (.4). | .50 | 312.50 |
| 09/24/20 PFH | B110 | A106 | E MAIL FROM R. SERGESKETTER TO MS. GILMORE TO CONFIRM THAT CERTAIN DOCUMENTS RE WEST DELTA 68 U WERE PRODUCED TO DOJ. | .10 | 62.50 |
| 09/24/20 PFH | B110 | A107 | E MAIL FROM SA DANIEL NICHOLAS (DOI OIG) WITH CONFIRMATION OF RECEIPT OF SUPPLEMENTAL PRODUCTION. | .10 | 62.50 |
| 09/24/20 SYD | B110 | A103 | FINALIZED AND FILED REQUEST TO WITHDRAW ADMINISTRATIVE PROCEEDINGS PENDING BEFORE THE HEARINGS DIVISION. | .70 | 322.00 |
| 09/24/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORT AND UPDATE DISCLOSURE SCHEDULE. | .80 | 460.00 |
| 09/24/20 MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS FORT UPDATE. | .30 | 60.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   33
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/24/20 MBS | B210 | A105 | CONTINUE TO REVIEW LOCAL RULES, PROCEDURES AND GUIDELINES IN PREPARATION FOR CONFERENCE TO DISCUSS DRAFTING FEE APPLICATION. | .50 | 100.00 |
| 09/24/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.70 | 837.50 |
| 09/24/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 6.50 | 812.50 |
| 09/25/20 CMM | B160 | A107 | REVIEW EMAIL AND RECENT FILINGS FROM WEIL. | .40 | 198.00 |
| 09/25/20 JAH | B190 | A104 | CORRESPONDENCE SOLICITOR'S OFFICE RE SUPPLEMENTAL BOND APPEALS. | .10 | 62.50 |
| 09/25/20 MWM | B190 | A101 | REVIEW REVERSE PROFFER MATERIALS. | 1.50 | 750.00 |
| 09/25/20 MWM | B190 | A106 | MULTIPLE TELEPHONE CONFERENCE AND CORRESPONDENCE WITH CLIENT AND MS. HARDIN. | 1.20 | 600.00 |
| 09/25/20 PFH | B110 | A106 | REVISED POWERPOINT IN ACCORDANCE WITH INSTRUCTIONS AND DISCUSSIONS WITH MR. SERGESKETTER AND E MAILED TO MR. SERGESKETTER. | 1.90 | 1,187.50 |
| 09/25/20 PFH | B110 | A102 | REVIEWED FEDERAL ENVIRONMENTAL STATUTES AND CASE LAW REFERENCED IN POWERPOINT FOR ACCURACY. | 1.00 | 625.00 |
| 09/25/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. LOWE WITH WEST DELTA 68 U PORTION OF POWERPOINT TO REVIEW FOR ACCURACY. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   34
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/25/20 PFH | B110 | A106 | E MAIL TO/FROM AUSA LATSIS TO CONFIRM MEETING AND LOGISTICS WITH AND TO/FROM MR. SERGESKETTER WITH LATIS CORRESPONDENCE AND COMMENTS. | .10 | 62.50 |
| 09/25/20 PFH | B110 | A106 | E MAILS TO/FROM MR. SERGESKETTR WITH BSEE REVIEW DECISION RE WEST DELTA 68 U AND HIS THOUGHTS ON USE OF DOCUMENT IN PRESENTATION TO DOJ. | .10 | 62.50 |
| 09/25/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. CADE WHITE RE CONFIRMING PRODUCTION OF INC RESPONSE DOCUMENT RE WEST DELTA 68 U. | .10 | 62.50 |
| 09/25/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO MR. BRIAN SALZMAN AND MR. LOWE RE BSEE REVIEW DECISION AND PHOTOS AND FROM MR. LOWE WITH COMMENTS. | .10 | 62.50 |
| 09/25/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 1.70 | 977.50 |
| 09/25/20 MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART. | .30 | 60.00 |
| 09/25/20 MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART. | .30 | 60.00 |
| 09/25/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |
| 09/25/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 7.50 | 937.50 |
| 09/26/20 PFH | B110 | A106 | E MAIL FROM MR. BRIAN SALTZMAN WITH CONFIRMATION THAT DOCUMENT CAME FROM BSEE TIMS SITE. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   35
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| 09/26/20 PFH | B110 A106 | E MAIL FROM MR. SERGESKETTER WITH LENGTHY EXPLANATION AND REVIEWED ATTACHED DOCUMENTS RE VESSEL LOG ISSUE FOR MAIN PASS 310. | .20 | 125.00 |
|---|---|---|---|---|
| 09/27/20 MWM | B190 A103 | REVIEW/REVISE POWERPOINT WITH ENRI LANGUAGE. | 1.30 | 650.00 |
| 09/27/20 MWM | B190 A104 | REVIEW FILE AND POWERPOINT. | 1.50 | 750.00 |
| 09/27/20 MWM | B190 A106 | TELEPHONE CONFERENCE WITH CLIENT AND MS. HARDIN. | .80 | 400.00 |
| 09/27/20 PFH | B110 A106 | CALL WITH MR. MAGNER RE STRATEGY FOR DEALING WITH DOJ. | .40 | 250.00 |
| 09/27/20 PFH | B110 A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO GO OVER POWERPOINT AND REVISE AND DISCUSS STRATEGY FOR MEETING WITH DOJ. | 1.00 | 625.00 |
| 09/27/20 PFH | B110 A107 | E MAIL TO AUSA LATSIS RE MEETING VENUE AND LOGISTICS. | .10 | 62.50 |
| 09/27/20 PFH | B110 A106 | E MAILS FROM/TO MR. SERGESKETTER/MR. MAGNER WITH ADDITIONAL LANGUAGE FOR POLICY ARGUMENT IN POWERPOINT. | .10 | 62.50 |
| 09/28/20 CMM | B160 A105 | REVIEW UPDATE ON ONGOING CONFLICTS REVIEW. | .20 | 99.00 |
| 09/28/20 JN | B180 A109 | CONFERENCE CALL WITH CLIENT (KEVIN BRUCE) REGARDING QUESTIONS SUBMITTED BY BOEM ON POTENTIALLY ABANDONED PROPERTIES AND TO DISCUSS UPCOMING LEGAL WORKING GROUP CALL WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .50 | 312.50 |
| 09/28/20 PFH | B110 A107 | E MAIL TO AUSA LATSIS RE ZOOM INFORMATION AND INABILITY TO MEET IN PERSON AND WHY (.1); E MAIL FROM AUSA LATSIS WITH ACCEPTANCE, FROM AUSA MCLAREN WITH ACCEPTANCE, FROM SA | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   36
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | PIKAS WITH ACCEPTANCE, AND FROM SA MATT MYLES WITH ACCEPTANCE (.1); SET UP ZOOM CONFERENCE (.1). |  |  |
| 09/28/20 | PFH | B110 | A107 | MEETING WITH MR. BRIAN CAPITELLI RE PATRICK HUSE AND BRANDON WALL AND MEETING WITH AUSAS AND TO REVIEW RELEVANT POWERPOINT FOR ACCURACY (1.2); E MAIL TO MR. CAPITELLI WITH REQUEST FOR CLARIFICATION OF ADDITIONAL ISSUE (.5). | 1.70 | 1,062.50 |
| 09/28/20 | PFH | B110 | A103 | WORKED ON REVISIONS TO POWERPOINT BY MR. SERGESKETTER, MR. MAGNER, MR. CAPITELLI (1.8); E MAILS FROM MR. SERGESKETTER WITH ADDITIONAL POTENTIAL SLIDES (.3); RESPONSE TO MR. SERGESKETTER (.1). | 2.20 | 1,375.00 |
| 09/28/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 1.30 | 747.50 |
| 09/28/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS, UPDATE CHART, AND TRANSMIT. | .50 | 100.00 |
| 09/28/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |
| 09/28/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.00 | 500.00 |
| 09/28/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.00 | 375.00 |
| 09/29/20 | JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW RECORD AND BRIEFING DEADLINES AND PLAN MERITS BRIEF. | .90 | 562.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE   37
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/29/20 | JN | B180 | A104 | REVIEW PLEADINGS IN APPEAL FROM BSEE ORDER TO REMEDIATE WELLS BUBBLING GAS IN ORDER TO DETERMINE HOW TO ADDRESS THE ISSUE IN THE RESTRUCTURING AND IN THE NEGOTIATIONS WITH THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | 1.40 | 875.00 |
| 09/29/20 | JN | B180 | A104 | REVIEW FIELDWOOD'S REVERSE PROFFER RELATED TO CRIMINAL ENFORCEMENT ACTION AND PROVIDED SUGGESTED REVISIONS TO CAPTURE SOME OF THE POLICY ARGUMENTS FOR THE ASSISTANT U.S. ATTORNEY TO CONSIDER RELATED TO FIELDWOOD'S ON-GOING DISCUSSIONS WITH THE DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE IN THE RESTRUCTURING MATTER. | 2.20 | 1,375.00 |
| 09/29/20 | JN | B180 | A109 | PARTICIPATED IN FIELDWOOD BOARD OF DIRECTORS MEETING. | 1.40 | 875.00 |
| 09/29/20 | JN | B180 | A105 | CONFERENCE CALL WITH RICHARD BERTRAM TO DISCUSS NEXT STEPS WITH NEPTUNE SPAR LIFE EXTENSION APPEAL. | .20 | 125.00 |
| 09/29/20 | PFH | B110 | A107 | E MAIL FROM SA NICHOLAS WITH NEW GRAND JURY SUBPOENA DUCES TECUM. | .20 | 125.00 |
| 09/29/20 | PFH | B110 | A106 | E MAIL TO/FROM MR SERGESKETTER WITH NEW GRAND JURY SUBPOENA AND COMMENTS. | .00 | .00 |
| 09/29/20 | PFH | B110 | A107 | E MAIL FROM MR. CAPITELLI WITH RESPONSE TO QUESTION FOR INCLUSION IN POWERPOINT AND TO MR. SERGESKETTER WITH CAPITELLI CORRESPONDENCE (.1); TEXT FROM MR. CAPITELLI WITH ADDITIONAL INFORMATION (.1). | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   38
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/29/20 PFH | B110 | A103 | REVIEWED MARCH 12, 2018 DOJ ENVIRONMENTAL AND NATURAL RESOURCES DIVISION MEMO RE PROSECUTION (.4); DRAFTED LANGUAGE FOR SLIDE 1 (.4). | .80 | 500.00 |
| 09/29/20 PFH | B110 | A103 | REVIEWED AND SELECTED DOCUMENTS TO ADD TO POWERPOINT RE TRANSPORTATION LOGS FOR MAIN PASS 310 JA (.5); REVISED POWERPOINT (.3). | .80 | 500.00 |
| 09/29/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER/MR. NOE RE HIS FURTHER REVISIONS TO POWERPOINT (.3); CONDUCT PRACTICE RUN FOR ZOOM PRESENTATION (1.4); WORK WITH MR. SERGESKETTER AND IT PERSONNEL TO ASSURE FUNCTIONING OF POWERPOINT DURING ZOOM MEETING WITH DOJ (.5). | 2.20 | 1,375.00 |
| 09/29/20 JEB | B110 | A104 | ADDRESS QUESTION RAISED REGARDING SCOPE OF RETENTION APPLICATION. | .30 | 180.00 |
| 09/29/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | .70 | 402.50 |
| 09/29/20 MBS | B210 | A105 | CONTINUED MONITORING OF CONFLICTS (.3); UPDATE CHART (.1); TRANSMIT SAME (.1). | .50 | 100.00 |
| 09/29/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |
| 09/29/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.50 | 187.50 |
| 09/29/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.00 | 500.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   39
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 09/30/20 JAH | B190 | A104 | CALL WITH LEGAL WORKING GROUP (.7); FOLLOW-UP REVIEW OF BSEE CIVIL PENALTY DATA AND CORRESPONDENCE FW TEAM RE SAME (.9). | 1.60 | 1,000.00 |
| 09/30/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (KEVIN BRUCE AND TOMMY LAMME) TO DISCUSS LEGAL WORKING GROUP CALL AND HOW TO START TO DEFEND THE CIVIL PENALTIES THAT WERE RAISED ON THE WORKING GROUP CALL. | .40 | 250.00 |
| 09/30/20 JN | B180 | A104 | REVIEW OUTSTANDING INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTIES IN PREPARATION FOR LEGAL WORKING GROUP CALL. | .60 | 375.00 |
| 09/30/20 JN | B180 | A109 | PARTICIPATE IN THE LEGAL WORKING GROUP CALL WITH THE DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE LAWYERS. | 1.10 | 687.50 |
| 09/30/20 JN | B180 | A109 | CONFERENCE CALL WITH JOHN SMITH TO DISCUSS UPCOMING CONFERENCE CALL WITH DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .70 | 437.50 |
| 09/30/20 JN | B180 | A109 | CONFERENCE CALL WITH JOHN SEEGER TO DISCUSS NEST STEPS WITH NEPTUNE SPAR LIFE EXTENSION APPEAL AND POTENTIAL GOVERNMENT OUTREACH TO ASSIST IN THE APPEAL. | .60 | 375.00 |
| 09/30/20 JN | B180 | A109 | PARTICIPATION IN CONFERENCE CALL WITH KEVIN BRUCE TO PREPARE FOR LEGAL WORKING GROUP WITH LAWYERS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | .60 | 375.00 |
| 09/30/20 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS REGULATORY COUNSEL TO DISCUSS BOEM QUESTIONS RECEIVED AND UPDATE OF DISCUSSIONS WITH THE DEPARTMENT OF INTERIOR AND | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   40
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | DEPARTMENT OF JUSTICE. | | |
| 09/30/20 JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS DEFENSE OF $15 MILLION FORTHCOMING CIVIL PENALTIES TO BE ISSUED BY DEPARTMENT OF INTERIOR. | .10 | 62.50 |
| 09/30/20 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (KEVIN BRUCE) REGARDING FOLLOW UP INFORMATION REQUESTED BY DEPARTMENT OF JUSTICE ON LEGAL WORKING GROUP CALL. | .40 | 250.00 |
| 09/30/20 MWM | B190 | A101 | PREPARE FOR REVERSE PROFFER PRESENTATION. | 1.50 | 750.00 |
| 09/30/20 MWM | B190 | A109 | PRESENT REVERSE PROFFER PRESENTATION. | 4.00 | 2,000.00 |
| 09/30/20 MWM | B190 | A106 | TELEPHONE CONFERENCE WITH CLIENT. | .20 | 100.00 |
| 09/30/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH FINAL POWERPOINT FOR PRESENTATION TO DOJ (.1); E MAILS FROM/TO MR. SERGESKETTER/MR. MAGNER RE PREP FOR PRESENTATION TO DOJ (.1); CALL WITH MR MAGNER TO DISCUSS PRESENTATION (.2). | .50 | 312.50 |
| 09/30/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO DISCUSS PRESENTATION AND MAKE ADDITIONAL CHANGES TO POWERPOINT (.7); CALL WITH MR. SERGESKETTER AND MR. MAGNER AFTER CALL WITH AUSAS (.7). | 1.40 | 875.00 |
| 09/30/20 PFH | B110 | A107 | MEETING TO PRESENT REVERSE PROFFER TO DOJ: AUSA SPIRO LATSIS, AUSA DALL KAMMER, AUSA MCLENDON, SA NICHOLAS, SA PIKAS, SA MATT MYLES, MR. SERGESKETTER, MR. MAGNER AND MR. LONGMAN | 4.00 | 2,500.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   41
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/30/20 | PFH | B110 | A106 | REVIEW FINAL POWER POINT (1.9); REVIEW US V AHMAD (5TH CIR) AND STATUTES, CFRS AND NTL'S CITED BY DOJ IN THEIR EARLIER PRESENTATION TO BE ABLE TO DISCUSS (.7). | 2.60 | 1,625.00 |
| 09/30/20 | PFH | B110 | A103 | REVISED POWERPOINT AND DRAFTED OPENING FOR CALL WITH AUSAS. | .60 | 375.00 |
| 09/30/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS AND UPDATE DISCLOSURE SCHEDULE. | 1.00 | 575.00 |
| 09/30/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS AND UPDATE CHART. | .50 | 100.00 |
| 09/30/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.10 | 387.50 |
| 09/30/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.00 | 375.00 |
| 09/30/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.80 | 475.00 |

```
                                                     --------    -----------
                                        TOTALS         432.90    $162,289.00
                                                     ========    ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   42
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| TASK CODE SUMMARY | ------THIS BILL------- HOURS | FEES | --CUMULATIVE TOTALS--- HOURS | FEES |
|---|---|---|---|---|
| | .00 | .00 | 438.30 | 244,356.00 |
| AXXX    BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|    TOTAL | .00 | .00 | 438.30 | 244,356.00 |
| | | | | |
| ADMINISTRATION | | | | |
| B110    CASE ADMINISTRATION | 99.80 | 59,812.50 | 170.60 | 96,068.50 |
| B120    ASSET ANALYSIS/RECOVERY | .00 | .00 | .80 | 436.00 |
| B160    FEE/EMPLMT APPLICATIONS | 200.60 | 28,759.00 | 257.10 | 49,402.00 |
| B180    AVOIDANCE ACTION ANALYS | 53.20 | 33,250.00 | 106.20 | 66,375.00 |
| B190    OTHER CONTESTED MATTERS | 39.90 | 23,143.50 | 58.40 | 34,370.00 |
|    TOTAL ADMINISTRATION | 393.50 | 144,965.00 | 593.10 | 246,651.50 |
| | | | | |
| OPERATIONS | | | | |
| B210    BUSINESS OPERATIONS | 39.40 | 17,324.00 | 66.60 | 32,428.00 |
|    TOTAL OPERATIONS | 39.40 | 17,324.00 | 66.60 | 32,428.00 |
| | | | | |
| BANKRUPTCY-RELATED ADVICE | | | | |
| B420    RESTRUCTURING | .00 | .00 | .20 | 125.00 |
|    TOTAL BANKRUPTCY-RELATED ADVI | .00 | .00 | .20 | 125.00 |
| | | | | |
|    TOTALS | 432.90 | 162,289.00 | 1,098.20 | 523,560.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   43
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

| ATTORNEY SUMMARY | RATE | THIS BILL HOURS | THIS BILL FEES | CUMULATIVE TOTALS HOURS | CUMULATIVE TOTALS FEES |
|---|---|---|---|---|---|
| CINDY M. MULLER | 495.00 | 7.70 | 3,811.50 | 23.60 | 11,682.00 |
| JONATHAN A. HUNTER, J. | 625.00 | 27.20 | 17,000.00 | 154.80 | 96,750.00 |
| JAMES NOE | 625.00 | 55.30 | 34,562.50 | 265.70 | 166,062.50 |
| KRISTINA M. JOHNSON, K. | .00 | .00 | .00 | 42.20 | 18,990.00 |
| MARC C. HEBERT, M. | 700.00 | .20 | 140.00 | 2.30 | 1,610.00 |
| MICHAEL W. MAGNER | 500.00 | 12.00 | 6,000.00 | 12.00 | 6,000.00 |
| PAULINE F. HARDIN, P. | 625.00 | 62.40 | 39,000.00 | 88.90 | 55,562.50 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 25.60 | 14,464.00 | 49.20 | 27,798.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| JOSEPH E. BAIN | 600.00 | 1.30 | 780.00 | 26.50 | 15,900.00 |
| SARAH Y. DICHARRY | 460.00 | 7.00 | 3,220.00 | 112.30 | 51,658.00 |
| GABRIELLE A. RAMIREZ | 305.00 | 2.00 | 610.00 | 20.00 | 6,100.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| TAYLOR K. WIMBERLY | .00 | .00 | .00 | 39.80 | 14,925.00 |
| ROBERT G. KENEDY | 575.00 | 28.00 | 16,100.00 | 38.60 | 21,335.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | 205.00 | .70 | 143.50 | 3.00 | 615.00 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 200.00 | 13.60 | 2,720.00 | 15.10 | 3,020.00 |
| TARA C. GORUMBA | 125.00 | 64.60 | 8,075.00 | 64.60 | 8,075.00 |
| WINTER RANDALL | 125.00 | 125.30 | 15,662.50 | 132.80 | 15,662.50 |
| TOTALS | | 432.90 | 162,289.00 | 1,098.20 | 523,560.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   44
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00




COSTS INCURRED:


09/21/20 COURT RECORD FEES /PACER AUGUST 2020            15.90
09/15/20 LEXIS LEGAL RESEARCH - DICHARRY, SARAH         301.80
09/15/20 LEXIS LEGAL RESEARCH - NOE, JAMES               44.55
09/15/20 LEXIS LEGAL RESEARCH - RAMIREZ, GABRIELLE       29.70
09/21/20 LEXIS LEGAL RESEARCH - NOE, JAMES                7.95
09/23/20 LEXIS LEGAL RESEARCH - NOE, JAMES               14.85
09/02/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   18.15
         ORIGINATED BY JAMES W. NOE
09/10/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION   22.12
         ORIGINATED BY RICHARD D. BERTRAM

                             TOTAL COSTS:          $455.02


                  COST SUMMARY

   E105   LONG DISTANCE                    40.27
   E106   COMPUTER LEGAL RESEARCH         398.85
   E112   COURT FEES                       15.90
                                     --------------
         TOTAL DISBURSEMENTS            $455.02


                     TOTAL FEES AND COSTS:   $162,744.02
```

```
FIELDWOOD ENERGY LLC                                          PAGE   45
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



            * * *   R E M I T T A N C E   C O P Y   * * *


                    TOTAL FEES:                     $162,289.00

                    TOTAL COSTS:                        $455.02

                    LESS CREDITS:                         $0.00
                                                    ------------
                    TOTAL CURRENT FEES AND COSTS DUE  $162,744.02

BALANCE DUE ON PRIOR INVOICES:

  DATE        INVOICE NO.       BALANCE
10/15/20       1049284        $117326.44


                    TOTAL PRIOR INVOICES DUE:        $117,326.44
                                                    -----------


                    TOTAL AMOUNT DUE:                $280,070.46
                                                    ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                        JONES WALKER LLP
                201 St. Charles Ave. - 50th Floor
                New Orleans, Louisiana 70170-5100
```

```
FIELDWOOD ENERGY LLC                                          PAGE   46
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                          PAGE   47
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00
```

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL          OR OUR CREDIT MANAGER AT (504)582-8220.
                          ATLANTA, GA (404)870-7500
                       BATON ROUGE, LA (225)248-2000
                       BIRMINGHAM, AL (205)244-5200
                         HOUSTON, TX (713)437-1800
                         JACKSON, MS (601)949-4900
                       LAFAYETTE, LA (337)593-7600
                          MIAMI, FL (305)679-5700
                          MOBILE, AL (251)432-1414
                       NEW ORLEANS, LA (504)582-8000
                         NEW YORK, NY (646)512-8101
                         PHOENIX, AZ (602)366-7889
                       TALLAHASSEE, FL (850)425-7800
                  WASHINGTON, DC (CAPITOL HILL) (202)203-1000
                   WASHINGTON, DC (DOWNTOWN) (202)434-4660
                     THE WOODLANDS, TX (281)296-4400


        ************************************************************
```

```
FIELDWOOD ENERGY LLC                                          PAGE   48
OCTOBER 15, 2020
INVOICE NO.: 1049285
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE




          * * *    A C C O U N T I N G   C O P Y   * * *




                    TOTAL FEES:                       $162,289.00

                    TOTAL COSTS:                          $455.02

                    LESS CREDITS:                           $0.00
                                                      ------------
            TOTAL CURRENT FEES AND COSTS DUE          $162,744.02

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.       BALANCE
 10/15/20        1049284        $117326.44


                    TOTAL PRIOR INVOICES DUE:          $117,326.44
                                                      -----------


                    TOTAL AMOUNT DUE:                  $280,070.46
                                                      ==========
```

**EXHIBIT H**

**THIRD FEE STATEMENT**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## MONTHLY FEE STATEMENT OF JONES WALKER LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
## OF EXPENSES AS SPECIAL COUNSEL FOR DEBTORS FOR THE
## PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| Name of Applicant: | Jones Walker LLP |
|---|---|
| Role of Applicant in case: | Special Counsel for Debtors |
| Date order of employment signed: | October 6, 2020 [Docket No. 411] |
| Time period covered by this statement: | October 1, 2020 through October 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| Total fees requested in this statement: | $131,726.00 |
| Total expenses requested in this statement: | $134.78 |
| Total fees and expenses requested in this statement (inclusive of holdback amount): | $131,860.78 |
| **Summary of Attorney Fees Requested** | |
| Total attorney fees requested in this statement: | $120,938.00 |
| Total attorney hours covered by this statement: | 223.60 |
| Average hourly rate for attorneys: | $540.87 |
| **Summary of Paraprofessional Fees Requested** | |
| Total paraprofessional fees requested in this statement: | $10,788.00 |
| Total paraprofessional hours covered by this statement: | 80.70 |
| Average hourly rate for paraprofessionals: | $133.68 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 367], each party receiving notice of the monthly fee statement will have 14 days after the date of service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtors are authorized to pay the professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 367] entered by the Court on September 17, 2020 (the "**Interim Compensation Order**"), Jones Walker LLP ("**Jones Walker**"), Special Counsel for Fieldwood Energy LLC and its debtor affiliates (collectively, the "**Debtors**"), submits this monthly statement of services rendered and expenses incurred in this case for the period of October 1, 2020 through October 31, 2020 (the "**Statement Period**").[2]

## I.   Itemization of Services Rendered by Jones Walker

A.   The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Jones Walker seeks compensation.

| Name | Position/ Department | State of Bar Admission, and Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Richard D. Bertram | Partner/ Maritime | La. 1986 | $565.00 | 18.00 | $10,170.00 |
| Sarah Y. Dicharry | Partner/ Litigation | La. 2012 | $460.00 | 2.60 | $1,196.00 |

---

[2]     For clarity, Jones Walker notes that certain fees and expenses requested in this statement were accrued outside of the Statement Period and inadvertently omitted from previous statements.

| Pauline F. Hardin | Partner/ Litigation | La. 1974 | $625.00 | 25.30 | $15,812.50 |
|---|---|---|---|---|---|
| David M. Hunter | Partner/ Corporate | La. 1982 | $555.00 | 24.20 | $13,431.00 |
| Jonathan A. Hunter | Partner/ Litigation | La. 1988 | $625.00 | 34.80 | $21,750.00 |
| Kristina M. Johnson | Partner/ Bankruptcy & Restructuring | Miss. 1992 | $450.00 | 3.60 | $1,620.00 |
| Douglas C. Longman | Partner/ Maritime | La. 1978 Tex. 1992 | $300.00 | 3.50 | $1,050.00 |
| Michael W. Magner | Partner/ Litigation | La. 1982 Tex. 2012 | $500.00 | 4.00 | $2,000.00 |
| Stanley A. Millan | Special Counsel/ Litigation | D.C. 2008 La. 1970 Tex. 2007 | $420.00 | 6.30 | $2,646.00 |
| Mark A. Mintz | Partner/ Bankruptcy & Restructuring | La. 2008 | $400.00 | 0.40 | $160.00 |
| James Noe | Partner/ Government Relations | La. 1997 Tex. 2003 | $625.00 | 56.20 | $35,125.00 |
| Robert G. Kenedy | Special Counsel/ Corporate | Tex. 2020 Ill. 2006 | $575.00 | 8.20 | $4,715.00 |
| Caroline V. McCaffrey | Associate/ Bankruptcy & Restructuring | La. 2020 | $260.00 | 12.20 | $3,172.00 |
| Gabrielle A. Ramirez | Associate/ Bankruptcy & Restructuring | Tex. 2019 | $305.00 | 14.60 | $4,453.00 |
| Taylor K. Wimberly | Associate/ Litigation | La. 2019 | $375.00 | 9.70 | $3,637.50 |
| Tara C. Gorumba | Paraprofessional | N/A | $125.00 | 28.80 | $3,600.00 |
| Winter Randall | Paraprofessional | N/A | $125.00 | 42.80 | $5,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mellaine B. Salinas | Paraprofessional | N/A | $200.00 | 5.30 | $1,060.00 |
| Georgette M. Shahien | Paraprofessional | N/A | $205.00 | 3.60 | $738.00 |
| Daniel J. Vogel | Paraprofessional | N/A | $200.00 | 0.20 | $40.00 |
| **TOTAL** | | | | **304.30** | **$131,726.00** |

B.      The time records of Jones Walker consisting of a daily breakdown of the time spent by each person on each day, and details as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

## II.      Itemization of Services Rendered and Disbursements Incurred By Category

The following itemization presents the services rendered by Jones Walker by task categories and provides a summary of disbursements incurred by category of disbursement.

A.      Services Rendered

The following services were rendered in the following task categories:

| Task Code | Task Category | Hours | Fees Earned |
|---|---|---|---|
| B110 | Case Administration | 46.70 | $26,342.00 |
| B160 | Fee/Employment Applications | 98.40 | $16,575.00 |
| B180 | Avoidance Action Analysis | 56.00 | $35,000.00 |
| B190 | Other Contested Matters | 55.30 | $28,988.00 |
| B210 | Business Operations | 23.30 | $11,230.00 |
| B230 | Financing/Cash Collection | 24.20 | $13,431.00 |
| B310 | Claims/Admin/Objections | 0.40 | $160.00 |
| **TOTAL** | | **304.30** | **$131,726.00** |

A detailed itemization of the services rendered and resulting fees in each of the above task categories is set forth in **Exhibit A**.

B.     Disbursements Incurred

The disbursements incurred by Jones Walker for expenses in this Statement are as follows:

| Expense | Amount |
|---|---|
| Delivery Services | 47.16 |
| Long Distance | 87.62 |
| **TOTAL** | **$134.78** |

C.     Accordingly, the amount of fees and expenses payable for this Statement Period is $105,515.58 which is calculated as follows:

| Description | Amount |
|---|---|
| Total Fees for Services Rendered | $131,726.00 |
| Twenty Percent (20%) Holdback | - $26,345.20 |
| Fees Minus Holdback | $105,380.80 |
| Total Expenses for Disbursements Incurred (100%) | $134.78 |
| **TOTAL** | **$105,515.58** |

WHEREFORE, pursuant to the Interim Compensation Order, Jones Walker requests payment of compensation in the amount of (i) $105,380.80 (80% of $131,726.00) on account of actual, reasonable, and necessary professional services rendered to the Debtors by Jones Walker during the Statement Period; and (ii) $134.78 for reimbursement of actual and necessary expenses incurred on behalf of the Debtors by Jones Walker, for a total of $105,515.58 for the Statement Period.

Dated: November 6, 2020

Respectfully submitted,

*/s/ James Noe*
James Noe (TX Bar No. 24040178)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:  713-437-1800
Fax:  713-437-1801
Email: jnoe@joneswalker.com

-and-

Mark A. Mintz (SDTX No. 1140193)
JONES WALKER LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Tel:  504-582-8368
Fax:  504-589-8368
Email: mmintz@joneswalker.com

***Special Counsel for Fieldwood Energy, LLC et al.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2020, a true and correct copy of the foregoing Monthly Fee Statement was duly served upon the following parties via email as ordered in the Interim Compensation Order [Docket No. 367] entered on September 17, 2020.

**<u>Debtors</u>**
Fieldwood Energy LLC
Mike Dane (mdane@fwellc.com)
Tommy Lamme (tlamme@fwellc.com)

**<u>Counsel to the Debtors</u>**
Weil, Gotshal & Manges LLP
Matthew S. Barr, Esq. (matt.barr@weil.com)
Alfredo R. Pérez, Esq. (alfredo.perez@weil.com)
Jessica Liou, Esq. (jessica.liou@weil.com)

**<u>Counsel to the Ad Hoc Group of Secured Lenders</u>**
Davis Polk & Wardwell LLP
Damian S. Schaible, Esq. (damian.schaible@davispolk.com)
Natasha Tsiouris, Esq. (natasha.tsiouris@davispolk.com)

Haynes and Boone, LLP
Charles A. Beckham Jr., Esq. (charles.beckham@haynesboone.com)
Martha Wyrick, Esq. (martha.wyrick@haynesboone.com)

**<u>Office of the U.S. Trustee for the Southern District of Texas</u>**
Hector Duran (hector.duran.jr@usdoj.gov)
Stephen Statham (stephen.statham@usdoj.com)

**<u>Counsel to the Creditors' Committee</u>**
Stroock & Stroock & Lavan LLP
Sherry Millman, Esq. (smillman@stroock.com)
Kenneth Pasquale, Esq. (kpasquale@stroock.com)

*/s/ James Noe*
James Noe

**<u>Exhibit A</u>**

Itemization of Services Rendered and Disbursements Incurred

6905     45043

**JONES WALKER LLP**

Alabama, Arizona, District of Columbia, Florida
Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

FIELDWOOD ENERGY LLC                    NOVEMBER 5, 2020
ATTN: MATT MCCAROLL                     INVOICE NO. 1051386
2000 W. SAM HOUSTON PKWY S., STE 1200
HOUSTON, TX 77042


        RE:  FIELDWOOD RESTRUCTURING

             FILE NO. 178208-00


FOR PROFESSIONAL SERVICES RENDERED:

| DATE | INIT. | TASK CODE | ACT. CODE | DESCRIPTION | HOURS | FEES |
|------|-------|-----------|-----------|-------------|-------|------|
| 09/10/20 | JAH | B110 | A104 | REVIEW RECORD AND BRIEFING SCHEDULE. | .30 | 187.50 |
| 09/30/20 | DCL | B190 | A108 | PARTICIPATION IN REVERSE PROFFER CONFERENCE CALL. | 3.50 | 1,050.00 |
| 10/01/20 | JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH BSEE AND BOEM REGIONAL MANAGEMENT TO DISCUSS STATUS OF BANKRUPTCY AND TO SOLICIT FEEDBACK FROM GOVERNMENT ON THE PROPERTIES TO BE ABANDONED. | .80 | 500.00 |
| 10/01/20 | JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS REGULATORY COUNSEL (CYNTHIA NICHOLSON) ON STATUS OF NEGOTIATIONS WITH THE DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE ON THE ABANDONMENT OF PROPERTIES WITH DECOMMISSIONING LIABILITY. | .50 | 312.50 |
| 10/01/20 | MBS | B210 | A105 | CONTINUE TO MONITOR AND UPDATE CONFLICTS CHART. | .30 | 60.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE    2
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| Date | Init | | | Description | Hours | Amount |
|------|------|---|---|-------------|-------|--------|
| 10/01/20 | MBS | B210 | A105 | CONTINUE TO UPDATE CONFLICTS CHART, TRANSMIT SAME. | .30 | 60.00 |
| 10/01/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.20 | 400.00 |
| 10/01/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 5.80 | 725.00 |
| 10/02/20 | JN | B180 | A104 | REVIEW NEPTUNE SPAR REPAIR PLAN, COFFERDAM FLOODING STABILITY ANALYSES AND DOCUMENTS FILED WITH LIFE EXTENSION APPEAL IN PREPARATION FOR CALL WITH THE CLIENT. | 1.30 | 812.50 |
| 10/02/20 | JN | B180 | A109 | PREPARED FOR AND PARTICIPATED IN CALL WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | 1.50 | 937.50 |
| 10/02/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (1.00) AND UPDATE DISCLOSURE SCHEDULE (0.80). | 1.80 | 1,035.00 |
| 10/02/20 | MBS | B210 | A105 | CONTINUE TO UPDATE AND MONITOR CONFLICTS CHART. | .30 | 60.00 |
| 10/02/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.20 | 150.00 |
| 10/02/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.40 | 300.00 |
| 10/02/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.00 | 250.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   3
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/04/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE CALL WITH GROUP TO RESPOND TO GRAND JURY SUBPOENA. | .10 | 62.50 |
| 10/05/20 JAH | B190 | A104 | CORRESPONDENCE WITH T. ALLEN AND L. MONROE (SOLICITOR'S OFFICE) RE PENDING IBLA APPEALS OF SUPPLEMENTAL BONDING ORDERS (0.20); CORRESPONDENCE RE NEPTUNE COMMUNICATIONS WITH USCG (0.20). | .40 | 250.00 |
| 10/05/20 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT REGARDING NEXT STEPS ON NEPTUNE SPAR LIFE EXTENSION APPEAL AND PREPARING A NEW PROPOSED REPAIR PLAN TO BSEE AND THE COAST GUARD. | .80 | 500.00 |
| 10/05/20 JN | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (MIKE DANES) REGARDING STATUS OF NEGOTIATIONS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE ON ABANDONED PROPERTIES. | .60 | 375.00 |
| 10/05/20 MWM | B190 | A106 | TELEPHONE CONFERENCE WITH CLIENT. | .50 | 250.00 |
| 10/05/20 MWM | B190 | A105 | FOLLOW UP MEETING WITH MS. HARDIN. | .20 | 100.00 |
| 10/05/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER, MR. MAGNER AND MR. LONGMAN (0.50); DISCUSSION WITH MR. MAGNER AFTER CALL RE STRATEGY (0.30). | .80 | 500.00 |
| 10/05/20 PFH | B110 | A102 | REVIEWED ALL HISTORICAL SUBPOENAS FROM GRAND JURY (7) AND CONSIDERED HOW TO USE IN UPCOMING CONVERSATION WITH AUSA. | .40 | 250.00 |
| 10/05/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.90) AND UPDATE DISCLOSURE SCHEDULE (0.40). | 1.30 | 747.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE    4
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| Date | Init | Code | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/05/20 | MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS, UPDATE AND TRANSMIT CHART. | .30 | 60.00 |
| 10/05/20 | MBS | B210 | A105 | CONTINUE TO MONITOR AND UPDATE CONFLICTS CHART, TRANSMIT SAME. | .30 | 60.00 |
| 10/05/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.50 | 437.50 |
| 10/05/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 7.30 | 912.50 |
| 10/06/20 | JAH | B190 | A104 | CORRESPONDENCE WITH L. MONROE (SOLICITOR'S OFFICE) RE IBLA APPEAL SUSPENSION (0.10); CORRESPONDENCE WITH J. NOE AND R. BERTRAM RE NEPTUNE STATUS AND STRATEGY (0.20); CORRESPONDENCE WITH R. LAMB RE LEGAL WORKING GROUP CALL (0.10). | .40 | 250.00 |
| 10/06/20 | JN | B180 | A104 | PARTICIPATED IN CONFERENCE CALL WITH THE CLIENT REGARDING RYAN LAMB (SOLICITOR, DEPARTMENT OF INTERIOR) REQUEST TO HOLD CALL WITH REGULATORY AND BANKRUPTCY COUNSEL TO DISCUSS THE PROPOSED ABANDONMENT OF PROPERTIES. | .60 | 375.00 |
| 10/06/20 | JN | B180 | A109 | MEETING WITH THE CLIENT (KEVIN BRUCE) REGARDING UPCOMING CALL WITH THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR ATTORNEYS TO DISCUSS CLIENTS PLAN TO ABANDON PROPERTIES. | .70 | 437.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   5
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/06/20 JN | B180 | A105 | MEETING WITH THE CLIENT (ROBERT SERGESKETTER) TO DISCUSS THE STATUS OF THE CRIMINAL INVESTIGATIONS AND TO DISCUSS NEXT STEPS. | .50 | 312.50 |
| 10/06/20 JN | B110 | A109 | REVIEW AND DRAFT RESPONSE TO EMAIL COMMUNICATION FROM RYAN LAMB (DEPARTMENT OF INTERIOR SOLICITOR) RELATED TO SETTING UP CALL WITH DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR LAWYERS TO DISCUSS CLIENT'S PLAN TO ABANDON CERTAIN PROPERTIES. | .20 | 125.00 |
| 10/06/20 JN | B180 | A109 | MEETING WITH CLIENT (TOMMY LAMME) TO DISCUSS STRATEGY FOR UPCOMING CALL WITH THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR LAWYERS TO DISCUSS CLIENTS PLAN TO ABANDON PROPERTIES. | .60 | 375.00 |
| 10/06/20 JN | B180 | A104 | REVIEW TABLE AND DETAILS OF OUTSTANDING INCIDENT'S OF NON-COMPLIANCE TO IDENTIFY POTENTIAL INCIDENTS OF NON-COMPLIANCE THAT COULD ATTRACT CIVIL PENALTIES (1.00) AND REVIEW REGULATORY BASIS FOR EACH INCIDENTS OF NON-COMPLIANCE (0.60). | 1.60 | 1,000.00 |
| 10/06/20 JN | B180 | A109 | PARTICIPATE IN BOARD OF DIRECTORS. | .70 | 437.50 |
| 10/06/20 JN | B180 | A109 | MEETING WITH CLIENT TO DISCUSS STATUS OF NEPTUNE SPAR LIFE EXTENSION APPEAL, JOHN SEEGER'S CONVERSATION WITH THE 8TH DISTRICT ADMIRAL REGARDING APPEAL, AND DISCUSS PRESENTATION SLIDES FOR UPCOMING MEETING WITH 8TH DISTRICT ADMIRAL REGARDING APPEAL. | 1.40 | 875.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE    6
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00


10/06/20 JN   B180  A105  CONFERENCE CALL WITH RICARD        .20       125.00
                          BERTRAM REGARDING CIVIL
                          PENALTIES TO BE ASSESSED BY
                          THE DEPARTMENT OF INTERIOR.


10/06/20 PFH  B110  A107  CALL FROM MR. BECKER RE            .10        62.50
                          UPDATE.


10/06/20 PFH  B110  A107  E MAIL FROM/TO MR.                 .10        62.50
                          SERGESKETTER/MR. MAGNER WITH
                          UPDATE ON HIS CONVERSATION
                          WITH MR. NOE RE STATUS OF
                          RESTRUCTURING.


10/06/20 PFH  B110  A106  E MAIL TO MR. SERGESKETTER         .10        62.50
                          WITH UPDATE ON CALL WITH MR.
                          BECKER.


10/06/20 PFH  B110  A106  CALL WITH MR.SERGESKETTER,        1.90     1,187.50
                          MR. LOWE, MR. EILAND, MS
                          ROBIN, MR RILEY ET AL TO
                          DISCUSS GRAND JURY SDT
                          RESPONSE.


10/06/20 RDB  B210  A106  TELEPHONE CONFERENCE WITH MR.     1.30       734.50
                          SEEGER, MR. DE WOLFE AND MR.
                          EILAND RELATED TO FIELDWOOD'S
                          APPEAL TO DISTRICT 8
                          COMMANDER AND RESPONSE TO
                          INQUIRIES OF USCG.


10/06/20 RDB  B210  A104  REVIEW AND ADDRESS ISSUES          .30       169.50
                          RELATED TO CROP (0.20) AND
                          REVIEW AND REPAIR
                          METHODOLOGIES PROPOSED BY
                          FIELDWOOD (0.10).


10/06/20 RDB  B210  A104  REVIEW WORKING DRAFT OF            .30       169.50
                          FIELDWOOD TECHNICAL SLIDES
                          AND SUPPLEMENTAL SUBMISSION
                          TO ADM. NADEAU RELATED TO
                          NEPTUNE SPAR.


10/06/20 RDB  B210  A103  DRAFT CORRESPONDENCE TO ADM        .30       169.50
                          NADEAU REGARDING FIELDWOOD'S
                          SUPPLEMENTAL SUBMISSION
                          RELATED TO NEPTUNE SPAR.
```

```
FIELDWOOD ENERGY LLC                                    PAGE    7
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| 10/06/20 RDB | B210 | A104 | REVIEW OF CORRESPONDENCE FROM MR SEEGER RELATED TO DISCUSSION WITH ADM. NADEAU AND DOCUMENTS REQUESTED BY USCG. | .30 | 169.50 |
|---|---|---|---|---|---|
| 10/06/20 RDB | B210 | A104 | REVIEW OUTSTANDING U.S.C.G. 835S PERTAINING TO NEPTUNE SPAR AND ADDRESS ISSUES RELATED TO TEMPORARY AND PERMANENT REPAIR METHODOLOGY AND USCG'S REQUIREMENT TO CROP AND REVIEW. | .30 | 169.50 |
| 10/06/20 RDB | B210 | A104 | REVIEW WORKING DRAFT OF SLIDES OF FIELDWOOD RELATED TO NEPTUNE HULL REPAIR, DURATION OF SPAR LIFE EXTENSION, ADDITIONAL REPAIRS FIELDWOOD IS WILLING TO CARRY OUT, INCLUDING GAUGING AND COFFER DAM SIDE SHELL, AND CROP AND NEW ISSUES. | .50 | 282.50 |
| 10/06/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.50) AND UPDATE DISCLOSURE SCHEDULE (0.20). | .70 | 402.50 |
| 10/06/20 MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS CART, UPDATE AND TRANSMIT SAME. | .30 | 60.00 |
| 10/06/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES | 2.70 | 337.50 |
| 10/06/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 4.00 | 500.00 |
| 10/06/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.80 | 225.00 |

```
FIELDWOOD ENERGY LLC                                           PAGE    8
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| 10/07/20 JAH | B190 | A104 | REVIEW AND CIRCULATE OHA ORDERS DISMISSING PROTECTIVE INC APPEALS (0.40); COORDINATE WITH DOI SOLICITOR'S OFFICE RE EXTENDING SUSPENSIONS OF INCS AND IBLA APPEALS (INCLUDING REVIEW AND COMMENT ON DRAFT JOINT MOTION) (0.70); REVIEW AND COMMENT ON DRAFT NEPTUNE SLIDES FOR PRESENTATION TO USCG (0.90). | 2.00 | 1,250.00 |
|---|---|---|---|---|---|
| 10/07/20 JN | B180 | A109 | MEETING WITH CLIENT (KEVIN BRUCE PATRICK EILAND) TO REVIEW OUTSTANDING INCIDENTS OF NON-COMPLIANCE THAT COULD BE SUBJECT TO CIVIL PENALTIES AND MAKE CALCULATIONS ON WHAT THE CIVIL PENALTY LIABILITY COULD BE. | 1.80 | 1,125.00 |
| 10/07/20 JN | B180 | A109 | MEETING WITH KEVIN BRUCE TO DISCUSS CIVIL PENALTIES AND HOW TO PACKAGE SETTLEMENT OF PENALTIES TO DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE. | .80 | 500.00 |
| 10/07/20 JN | B180 | A109 | MEETING WITH CLIENT (MIKE DANE AND KEVIN BRUCE) TO DISCUSS STATUS OF DISCUSSIONS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE ON ABANDONING PROPERTIES AND STATUS OF NEPTUNE SPAR LIFE EXTENSION APPEAL. | .60 | 375.00 |
| 10/07/20 JN | B180 | A109 | PARTICIPATED IN LEGAL WORKING GROUP CONFERENCE CALL WITH LAWYERS FROM DEPARTMENT OF INTERIOR AND THE DEPARTMENT OF JUSTICE TO DISCUSS ABANDONING PROPERTIES. | .60 | 375.00 |
| 10/07/20 JN | B180 | A109 | CONFERENCE CALL WITH WEIL TO DISCUSS REGULATORY AND LIABILITY ISSUES RAISED BY APACHE. | .70 | 437.50 |

```
FIELDWOOD ENERGY LLC                                         PAGE   9
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/07/20 JN | B180 | A109 | MEETING WITH CLIENT (TOMMY LAMME) AND CONFERENCE CALL WITH ALFREDO PEREZ TO DISCUSS CONFERENCE CALL WITH LEGAL WORKING GROUP (LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR) REGARDING ABANDONMENT OF PROPERTIES. | .20 | 125.00 |
| 10/07/20 PFH | B110 | A107 | CALL WITH MR. BRIAN CAPITELLI RE MEETING WITH AUSAS. | .50 | 312.50 |
| 10/07/20 RDB | B210 | A106 | CORRESPONDENCE TO MS. MELISSA JINKS, DEEPWATER ENGINEERING TECH-FIELDWOOD, RELATED TO DOCUMENT REQUEST OF USCG. | .30 | 169.50 |
| 10/07/20 RDB | B210 | A106 | TELEPHONE CONFERENCE WITH MR. NOE AND PATRICK EILAND RELATED TO SPAR NEPTUNE AND SUPPLEMENTAL SUBMISSION OF FIELDWOOD TO USCG. | .30 | 169.50 |
| 10/07/20 RDB | B210 | A106 | TELEPHONE CONFERENCE WITH MR. SEAN COX, MR. ARMANDO TABERNILLA, MR. ALLAN RYAN AND MR. GEORGE FOWLER RELATED TO STEVEDORE AGREEMENT BETWEEN C&H SUGAR CO. AND MARINE TERMINALS CORP. AND CARGO DISCHARGE OPERATIONS AT PORT OF CROCKETT, CALIFORNIA. | .30 | 169.50 |
| 10/07/20 RDB | B210 | A104 | REVIEW CORRESPONDENCE RECEIVED BY C&H SUGARS CO. FROM PORTS AMERICA RELATED TO LABOR, GANG REQUIREMENTS AND DISCUSSIONS WITH ILWU, LOCAL 10, AND OTHER CONTRACT ISSUES. | .50 | 282.50 |
| 10/07/20 RDB | B210 | A103 | COMMENCED DRAFTING MEMORANDUM RELATED TO STEVEDORING AGREEMENT, CONTRACT TERMS, AND POINTS OF FOCUS FOR IMPLEMENTATION OF HOPPER SYSTEM OF CARGO DISCHARGE. | 1.00 | 565.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE  10
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/07/20 RDB | B210 | A104 | RECEIVED AND REVIEWED UPDATED SLIDE DECK AND SUPPLEMENT TO FIELDWOOD'S SUBMISSION REGARDING POINTS RELATED TO NEPTUNE SPAR (0.40).  ADDRESS ISSUES RELATED TO INQUIRIES OF USCG, ADM. NADEAU, AND DETERMINATIONS OF OCMI RELATED TO SCOPE AND METHOD OF REPAIRS (0.40). | .80 | 452.00 |
| 10/07/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORT (0.30) AND UPDATE DISCLOSURE SCHEDULE (0.20). | .50 | 287.50 |
| 10/07/20 DJV | B110 | A110 | UPLOAD DOCUMENTS TO SHAREFILE FTP SITE AND SEND DISTRIBUTION LINKS. | .20 | 40.00 |
| 10/07/20 MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS STATUS AND UPDATE CHART. | .50 | 100.00 |
| 10/07/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.30 | 412.50 |
| 10/07/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.80 | 475.00 |
| 10/08/20 JAH | B190 | A104 | REVIEW AND COMMENT ON USCG PRESENTATION (0.40); CORRESPONDENCE RE APPEAL OF SUPPLEMENTAL BONDING APPEALS (0.50); AND COORDINATE WITH BOEM COUNSEL RE EXTENDING THE APPEAL SUSPENSION (0.20). | 1.10 | 687.50 |
| 10/08/20 JN | B180 | A104 | REVIEW CIVIL PENALTY DATA AND RESEARCH CIVIL PENALTY REGULATIONS IN PREPARATION FOR DISCUSSION ON CIVIL PENALTIES WITH LAWYERS FROM DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | 1.30 | 812.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   11
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/08/20 RDB | B210 | A103 | REVIEW, EDIT AND UPDATE FIELDWOOD'S SUPPLEMENTAL APPEAL SUBMISSION TO U.S.C.G. DISTRICT 8 COMMANDER, ADMIRAL NADEAU, REGARDING NEPTUNE SPAR APPEAL AND RELATED ISSUES ASSOCIATED WITH FIELDWOOD'S REQUEST FOR LIFE EXTENSION FOR NEPTUNE, REDUCED TIMEFRAME, ADDITIONAL REPAIRS TO CARRY OUT IN RESPONSE TO U.S.C.G.'S CONCERNS AND DETERMINATION OF OFFICER IN CHARGE OF OCS MARINE INSPECTION OFFICE, BSEE'S ANNOUNCEMENT RELATED TO ITS PROCESS FOR HANDLING LIFE EXTENSION REQUESTS, EXECUTIVE ORDER 13924 ISSUED BY PRESIDENT RELATED TO POLICY GUIDANCE TO REGULATORY AGENCIES, AND ADDITIONAL CONSIDERATIONS RELATED TO RISK ASSESSMENT, WELDING PROCEDURES, ROOT CAUSE ANALYSIS AND FLOODING/SURVIVABILITY SCENARIO. | 4.80 | 2,712.00 |
| 10/08/20 RDB | B210 | A103 | DRAFT CORRESPONDENCE TO REAR ADMIRAL NADEAU RELATED TO FIELDWOOD'S SUPPLEMENTAL APPEAL SUBMISSION. | .50 | 282.50 |
| 10/08/20 RDB | B210 | A104 | REVIEW BSEE GUIDANCE AND COMMENTS OF DIRECTOR ANGELLE RELATED TO LIFE EXTENSIONS AND IMPORTANCE OF OFFSHORE PRODUCTION FACILITIES TO ECONOMIC GROWTH. | .30 | 169.50 |
| 10/08/20 RDB | B210 | A104 | REVIEW OF EXECUTIVE ORDER 13924 RELATED TO REGULATORY RELIEF TO SUPPORT ECONOMIC RECOVERY. | .30 | 169.50 |
| 10/08/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.40) AND UPDATE DISCLOSURE SCHEDULE (0.40). | .80 | 460.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  12
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/08/20 MBS | B210 | A105 | CONTINUE TO MONITOR CONFLICTS AND UPDATE CHART. | .30 | 60.00 |
| 10/08/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.00 | 125.00 |
| 10/08/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 2.80 | 350.00 |
| 10/09/20 DMH | B230 | A104 | MEMOS TO/FROM MR. NOE (0.20); DISCUSSION WITH MR. NOE RE: LENDER REQUEST CONCERNING ELEMENTS OF BOEM QUALIFICATION, APPROVAL OF ASSIGNMENTS, AND OTHER REGULATORY REQUIREMENTS (0.40). | .60 | 333.00 |
| 10/09/20 JAH | B190 | A104 | REVIEW AND COMMENT ON NEPTUNE SLIDES FOR USCG SUBMISSION (1.1); CONFERENCES J. NOE RE BOEM APPROVAL PROCESS ASSOCIATED WITH FW PLAN (1.00). | 2.10 | 1,312.50 |
| 10/09/20 JN | B180 | A105 | CONFERENCE CALL WITH RICARD BERTRAM TO DISCUSS PRESENTATION SLIDES FOR NEPTUNE SPAR APPEAL. | .20 | 125.00 |
| 10/09/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH DAVIS POLK, HAYNES AND BOONE AND WEIL TO DISCUSS REGULATORY ISSUES. | 1.10 | 687.50 |
| 10/09/20 JN | B180 | A104 | REVIEW VARIOUS COMMUNICATIONS FROM CLIENT REGARDING COMMENTS TO PRESENTATION MATERIALS FOR NEPTUNE SPAR LIFE EXTENSION. | .50 | 312.50 |
| 10/09/20 JN | B180 | A104 | REVIEW STATUS OF EUGENE ISLAND 342 (WHICH IS SUBJECT TO AN APPEAL OF AN INCIDENT OF NON-COMPLIANCE) TO DETERMINE IF THE PROPERTY IS | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   13
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|          |     |      |      | SCHEDULED TO BE ABANDONED BY THE CLIENT. | | |
|----------|-----|------|------|---|---|---|
| 10/09/20 | JN  | B180 | A105 | CONFERENCE CALL WITH DAVID HUNTER REGARDING DRAFTING CHECKLIST FOR APPROVAL OF ASSIGNMENTS AND QUALIFICATION OF NEW OWNERS OF OFFSHORE PROPERTIES AS CONTEMPLATED BY CURRENT REORGANIZATION PLAN, FOLLOWING CONFERENCE CALL WITH SECURED LENDERS COUNSEL. | .30 | 187.50 |
| 10/09/20 | JN  | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER REGARDING BOEM APPROVAL RIGHTS OF CURRENT REORGANIZATION PLAN. | .20 | 125.00 |
| 10/09/20 | JN  | B180 | A104 | RESEARCH BOEM ADJUDICATION REGULATIONS AND REQUIREMENTS IN PREPARATION FOR CALL WITH SECURED LENDERS COUNSEL. | 1.30 | 812.50 |
| 10/09/20 | JN  | B180 | A104 | REVIEW AND REVISE PRESENTATION FOR NEPTUNE SPAR LIFE EXTENSION. | .90 | 562.50 |
| 10/09/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE PRODUCTION OF E MAILS. | .10 | 62.50 |
| 10/09/20 | RDB | B210 | A104 | RECEIVED AND REVIEWED MEMORANDUM FROM MR. NOE RELATED TO FIELDWOOD'S SUPPLEMENTAL SUBMISSION TO U.S.C.G. RELATED TO NEPTUNE SPAR (0.30) AND ADDRESS ISSUES RELATED TO EXECUTIVE ORDER AND DUTY OF REGULATORY AGENCIES TO SUPPORT REGULATORY RELIEF (0.50). | .80 | 452.00 |
| 10/09/20 | RDB | B210 | A103 | CONTINUE DRAFTING AND FINALIZING WORKING DRAFT OF FIELDWOOD'S SUPPLEMENTAL SUBMISSION TO U.S.C.G. RELATED TO NEPTUNE SPAR AND APPEAL OF OCMI'S DETERMINATIONS RELATED TO REPAIRS AND LIFE EXTENSION FOR NEPTUNE SPAR. | 2.80 | 1,582.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  14
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/09/20 RDB | B210 | A103 | FINALIZED WORKING DRAFT OF CORRESPONDENCE TO ADM NADEAU, U.S.C.G. DISTRICT 8 COMMANDER, REGARDING FIELDWOOD'S SUPPLEMENTAL APPEAL SUBMISSION AND UPDATED INFORMATION. | .30 | 169.50 |
| 10/09/20 RDB | B210 | A106 | DRAFT CORRESPONDENCE TO BRANDON DE WOLFE, JOHN SEEGER, PATRICK EILAND, ROCKY ROBBINS, KEVIN BRUCE AND BRENDA MONTALVO RELATED TO SUPPLEMENTAL SUBMISSION OF FIELDWOOD TO U.S.C.G. RELATED TO NEPTUNE SPAR APPEAL AND EDITS TO FIELDWOOD'S SUPPLEMENTAL SUBMISSION. | .30 | 169.50 |
| 10/09/20 RDB | B210 | A106 | CORRESPONDENCE TO MR. BRANDON DE WOLFE RELATED TO EDITS/COMMENTS TO SLIDE DECK OF FIELDWOOD ENERGY TO ADDRESS LIFE ADJUSTMENTS TO EXTENSION PERIOD AND ADDITIONAL SCOPE OF REPAIRS OF FIELDWOOD TO INCLUDE CROP AND REVIEW OF COFFERDAM DECK PLATING AND AUT. | .30 | 169.50 |
| 10/09/20 RDB | B210 | A103 | EDIT AND UPDATE WORKING DRAFT OF FIELDWOOD SLIDE DECK AND SUPPLEMENTAL SUBMISSION TO ADM NADEAU RELATED TO OCS-OCMI REPAIR ISSUES AND LIFE EXTENSION (0.60). UPDATE CORRESPONDENCE TO ADM. NADEAU RELATED TO FIELDWOOD'S SUPPLEMENTAL APPEAL SUBMISSION (0.30). | .80 | 452.00 |
| 10/09/20 RDB | B210 | A104 | RECEIVED AND REVIEWED CORRESPONDENCE FROM MR. SEEGER, MR. EILAND AND MR. DE WOLFE RELATED TO LIFE EXTENSION EXTEND DATE AND AMENDMENTS TO REGULATORY TIME FRAME, DECOMMISSIONING, ADJUSTMENTS TO TIME FRAME AND | .30 | 169.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   15
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

```
                         AMENDMENTS TO SCOPE OF
                         REPAIRS FOR NEPTUNE SPAR
                         WHICH ARE THE SUBJECT OF
                         APPEAL TO U.S.C.G. COMMANDER
                         FOR EIGHTH COAST GUARD
                         DISTRICT.

10/09/20 GAR   B160  A102  REVIEW INTERIM COMPENSATION        .40        122.00
                           ORDER TO VERIFY REQUIREMENTS
                           FOR JONES WALKER'S
                           FORTHCOMING FEE APPLICATION.

10/09/20 GAR   B160  A105  DISCUSS REQUIREMENTS FROM          .40        122.00
                           INTERIM COMPENSATION ORDER
                           AND DETAILS FOR JONES
                           WALKER'S FORTHCOMING FEE
                           APPLICATION WITH J. BAIN AND
                           J. NOE.

10/09/20 GAR   B160  A105  SUMMARIZE OUTSTANDING ISSUES       .50        152.50
                           UPON REVIEW OF INTERIM
                           COMPENSATION ORDER TO SEEK
                           CLARIFICATION FROM CO-COUNSEL.

10/09/20 RGK   B110  A103  REVIEW CONFLICTS REPORTS         1.50         862.50
                           (0.60) AND UPDATE DISCLOSURE
                           SCHEDULE (0.90).

10/09/20 MBS   B210  A105  CONTINUE TO MONITOR               .30          60.00
                           CONFLICTS, UPDATE CHART.

10/09/20 MBS   B210  A105  CONTINUE TO MONITOR               .30          60.00
                           CONFLICTS, UPDATE CHART AND
                           TRANSMIT.

10/09/20 TCG   B160  A102  RESEARCH AND PROVIDE            4.60         575.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

10/09/20 WR    B160  A102  RESEARCH AND PROVIDE            5.00         625.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

10/10/20 JN    B180  A104  DRAFT EMAIL COMMUNICATION TO      .40         250.00
                           CLIENT (MIKE DANE AND TOMMY
                           LAMME) REPORTING ON
                           CONFERENCE CALL WITH SECURED
                           LENDERS COUNSEL (DAVIS POLK
```

```
FIELDWOOD ENERGY LLC                                    PAGE   16
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|            |     |      |      | | | |
|------------|-----|------|------|---|---|---|
| | | | | AND HAYNES & BOONE) REGARDING REGULATORY APPROVAL PROCESS FOR TRANSACTIONS CONTEMPLATED IN REORGANIZATION PLAN AND HOW THE GOVERNMENT WOULD VIEW LEGACY FIELDWOODS LIABILITY WITH RESPECT TO THE SUCCESSOR ENTITIES. | | |
| 10/10/20 | JN | B180 | A104 | REVIEW REVISED PRESENTATION MATERIALS FOR NEPTUNE SPAR LIFE EXTENSION APPEAL BASED ON VARIOUS COMMENTS FROM THE CLIENT. | .50 | 312.50 |
| 10/11/20 | DMH | B230 | A104 | REVIEW BOEM, BSEE REGULATIONS, AND RELATED REQUIREMENTS RE: OVERVIEW FOR LENDERS. | 1.20 | 666.00 |
| 10/12/20 | DMH | B230 | A104 | PREPARING OVERVIEW OF QUALIFICATION, ASSIGNMENT, AND BONDING REQUIREMENTS. | 2.20 | 1,221.00 |
| 10/12/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW FILE MATERIALS RELEVANT TO CASE HISTORY, INCLUDING ADMINISTRATIVE RECORD AND NOTES FROM CALLS WITH FACT AND EXPERT WITNESSES AND PREVIOUS DRAFT BRIEFS NEEDING UPDATE. | 2.00 | 1,250.00 |
| 10/12/20 | JAH | B190 | A104 | EUGENE ISLAND 342 -- ANALYZE PRIOR RESEARCH AND DRAFT EMAIL REQUEST TO T. WIMBERLY FOR ADDITIONAL RESEARCH RE DIRECTIONAL DRILLING. | .60 | 375.00 |
| 10/12/20 | JAH | B190 | A104 | REVIEW R. BYRD RESUME AND EMAILS WITH R. SERGESKETTER RE FORMAL RETENTION OF DR. BYRD. | .50 | 312.50 |
| 10/12/20 | JAH | B190 | A104 | EUGENE ISLAND 342 -- CORRESPONDENCE WITH ALI FERGUSON (FW REGULATORY) RE REGULATORY HISTORY FOR OPERATIONS ON EI 342 AND EI 343. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   17
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/12/20 JN | B180 | A105 | REVIEW EMAIL FROM JONATHAN HUNTER REGARDING EUGENE ISLAND 343 GAS BUBBLING RELATED APPEAL REGARDING POTENTIAL DEFENSES FOR 3 DIRECTIONAL WELLS. | .10 | 62.50 |
| 10/12/20 JN | B180 | A104 | RESEARCH BOEM ADJUDICATION REGULATIONS AND GUIDANCE IN PREPARATION TO DRAFT CHECKLIST FOR APPROVAL PROCESS TO APPROVE THE VARIOUS TRANSACTIONS CONTEMPLATED IN THE REORGANIZATION PLAN. | 1.70 | 1,062.50 |
| 10/12/20 JN | B180 | A109 | CONFERENCE CALL WITH SECURED LENDERS REGULATORY COUNSEL TO DISCUSS IMPACT OF DIVISIVE MERGER WITH RESPECT TO DECOMMISSIONING LIABILITY. | .60 | 375.00 |
| 10/12/20 KMJ | B110 | A101 | CORRESPONDENCE WITH G. RAMIREZ, J. NOE AND C. MULLER RE INTERIM COMPENSATION PROTOCOLS AND MONTHLY FEE STATEMENTS REQUIRED. | .30 | 135.00 |
| 10/12/20 MWM | B190 | A105 | MEET WITH MS. HARDIN TO DISCUSS STRATEGY. | .50 | 250.00 |
| 10/12/20 PFH | B110 | A106 | E MAIL FROM/TO MR. SERGESKETTER RE CALL WITH AUSA (0.10); MEETING WITH MR. MAGNER TO DETERMINE STRATEGY FOR CALL WITH AUSA (0.10). | .20 | 125.00 |
| 10/12/20 PFH | B110 | A106 | E MAIL FROM MR. JOHN FRANCE WITH RESULTS OF RUN FOR E MAILS REQUESTED IN GRAND JURY SDT (0.10); E MAIL TO MR. SERGESKETTER AND MR. FRANCE WITH COMMENTS RE SEARCH RESULTS AND EMAIL FROM MR. FRANCE WITH RESPONSE (0.10). | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  18
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/12/20 PFH | B110 | A107 | REVIEW E MAIL FROM MR. MARTIN BECH TO MR. SERGESKETTER RE INTERVIEW AND E MAIL RESPONSE FROM MR. SERGESKETTER. | .10 | 62.50 |
| 10/12/20 PFH | B110 | A106 | CORRESPONDENCE WITH MR. LOWE AND MR. SERFESKETTER RE: WD 68 U WRAPPING, THE LEGALITY OF THE WRAPPER, PROOF OF CONSTRUCTION ON JULY 23, 2015 ON MP 310 A, AND EROSION/CORROSION SURVEY FROM MARCH 2019 (0.40); REVIEWED APRIL 2019 EC SURVEY (0.20). | .60 | 375.00 |
| 10/12/20 CVM | B160 | A104 | REVIEW SUPPORTING DOCUMENTATION FOR JONES WALKER'S MONTHLY FEE STATEMENT TO ENSURE COMPLAINCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 2.50 | 650.00 |
| 10/12/20 GAR | B160 | A105 | DISCUSS EDITS REQUIRED TO SUPPORTING DOCUMENTATION FOR JONES WALKER'S FIRST FEE STATEMENT WITH J. NOE AND OTHER CO-COUNSEL. | .40 | 122.00 |
| 10/12/20 GAR | B160 | A103 | EDIT SUPPORTING DOCUMENTATION FOR JONES WALKER'S MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 1.10 | 335.50 |
| 10/12/20 TKW | B190 | A102 | EUGENE ISLAND 342 -- RESEARCHED WHO IS OBLIGATED TO DECOMMISSION WELLS THAT ARE DRILLED DIRECTIONALLY ACROSS OFFSHORE LEASE LINES. | .80 | 300.00 |
| 10/13/20 DMH | B230 | A104 | PREPARING SCHEDULE OF REGULATORY REQUIREMENTS (0.6); MEMOS TO/FROM MR. NOE (0.80) | 1.40 | 777.00 |
| 10/13/20 JAH | B190 | A104 | SUPPLEMENTAL BOND INC APPEALS -- REVIEW, CIRCULATE, AND CALENDAR IBLA EXTENSION OF CASE/INC SUSPENSION. | .30 | 187.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE  19
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/13/20 JAH | B190 | A104 | CORRESPONDENCE J. NOE AND D. HUNTER RE BOEM QUALIFICATION AND FILING ISSUES RESULTING FROM REORGANIZATION. | .30 | 187.50 |
| 10/13/20 JAH | B190 | A104 | EUGENE ISLAND 342 – REVIEW RECORD FOR STATEMENT OF REASONS. | 1.00 | 625.00 |
| 10/13/20 JN | B180 | A104 | RESEARCHED BOEM ADJUDICATION RULES FOR QUALIFYING NEW ENTITIES THAT WILL BE CREATED IN PROPOSED DIVISIVE MERGER. | 1.10 | 687.50 |
| 10/13/20 JN | B180 | A104 | REVIEWED FINAL PRESENTATION MATERIALS AND ADDITIONAL REPAIR PLAN TO BE SUBMITTED TO COAST GUARD ON NEPTUNE SPAR LIFE EXTENSION. | .80 | 500.00 |
| 10/13/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL TO DISCUSS NEPTUNE SPAR LIFE EXTENSION AND CIVIL PENALTY STATUS AND POTENTIAL DEFENSES. | 1.10 | 687.50 |
| 10/13/20 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (PATRICK EILAND AND KEVIN BRUCE) REGARDING CIVIL PENALTIES THAT MAY BE ASSESSED BY BSEE AND HOW TO DEFEND PENALTIES. | .80 | 500.00 |
| 10/13/20 KMJ | B110 | A101 | MULTIPLE CORRESPONDENCE WITH G. RAMIREZ RE MONTHLY FEE STATEMENTS AND PROTOCOLS FOR INTERIM COMPENSATION AND REVIEW PROTOCOLS FOR SAME. | .60 | 270.00 |
| 10/13/20 MWM | B190 | A105 | TELEPHONE CONFERENCE WITH MS. HARDIN. | .40 | 200.00 |
| 10/13/20 MWM | B190 | A106 | TELEPHONE CONFERENCE WITH CLIENT. | .50 | 250.00 |
| 10/13/20 MWM | B190 | A104 | REVIEW POWERPOINT. | .30 | 150.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   20
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/13/20 PFH | B110 | A107 | CALL WITH AUSA DALL KAMMER RE FACTS AND NEXT STEPS IN RESTRUCTURING PLANS. | .60 | 375.00 |
| 10/13/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER, MR. EILAND, MS. BEGNAUD, MR. CADE WHITE, MS. GILMORE, ET AL RE DOCUMENT PRODUCTION FOR GRAND JURY SUBPOENA. | 1.00 | 625.00 |
| 10/13/20 PFH | B110 | A106 | E MAILS/TO/FROM MR. SERGESKETTER RE CALL WITH AUSA (0.10); CALL WITH MR. SERGESKETTER AND MR. MAGNER RE REPORT ON CALL WITH AUSA (0.20). | .30 | 187.50 |
| 10/13/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO AUSA SPIRO LATSIS WITH UPDATE ON STATUS OF PRODUCTION FOR LATEST GRAND JURY SUBPOENA DUCES TECUM. | .10 | 62.50 |
| 10/13/20 PFH | B110 | A106 | E MAIL FROM MR. FRANCE WITH SPECIFIC INFORMMATION RE PRODUCTION REPONSE TO REQUEST 16 IN LATEST GRAND JURY SUBPOENA DUCES TECUM. | .10 | 62.50 |
| 10/13/20 SYD | B110 | A103 | REVIEWED DEMAND AND DISCUSSED POTENTIAL APPEAL WITH DEIDRE CARRIER (FIELDWOOD DECIDED NOT TO APPEAL). | .50 | 230.00 |
| 10/13/20 SYD | B110 | A103 | REVIEWED STATUS AND UPDATED DEADLINES BASED ON ORDER ISSUED. | .30 | 138.00 |
| 10/13/20 CVM | B160 | A104 | DRAFTED JONES WALKER'S FIRST MONTHLY FEE STATEMENT. | 1.80 | 468.00 |
| 10/13/20 GAR | B160 | A105 | DISCUSS REQUIREMENTS FOR JONES WALKER'S FIRST MONTHLY FEE STATEMENTS WITH C. MCCAFFREY TO ENSURE PROMPT SUBMISSION. | .30 | 91.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   21
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/13/20 GAR | B160 | A107 | CORRESPOND WITH DEBTORS' COUNSEL TO VERIFY DETAILS REGARDING MONTHLY FEE STATEMENTS PER THE INTERIM COMPENSATION ORDER. | .40 | 122.00 |
| 10/13/20 TKW | B190 | A102 | EUGENE ISLAND 342 -- RESEARCHED WHO IS OBLIGATED TO DECOMMISSION WELLS THAT ARE DRILLED DIRECTIONALLY ACROSS OFFSHORE LEASE LINES. | 4.60 | 1,725.00 |
| 10/13/20 RGK | B110 | A103 | REVIEW CONFLICTS REPORT (0.20); AND UPDATE DISCLOSURE SCHEDULE (0.10). | .30 | 172.50 |
| 10/14/20 DMH | B230 | A104 | PREPARING COMMENTS RE: QUALIFICATION, ASSIGNMENT, BONDING REQUIREMENTS. | 3.90 | 2,164.50 |
| 10/14/20 JAH | B190 | A104 | CORRESPONDENCE WITH J.NOW RE APACHE COUNSEL INQUIRY RE "DESIGNATED OPERATOR" ISSUES. | .20 | 125.00 |
| 10/14/20 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH APACHE AND APACHE'S OUTSIDE COUNSEL (ANDREWS KURTH) REGARDING LEGACY LIABILITY FOR DECOMMISSIONING AND REGULATORY ISSUES. | .50 | 312.50 |
| 10/14/20 JN | B180 | A109 | CONFERENCE CALL WITH CLIENT (ROBERT SERGESKETTER) AND PAULINE HARDIN (JONES WALKER) TO DISCUSS STATUS OF CRIMINAL INVESTIGATIONS PENDING WITH THE ASSISTANT U.S. ATTORNEY FOR THE EASTERN DISTRICT OF LOUISIANA. | .60 | 375.00 |
| 10/14/20 JN | B180 | A109 | PARTICIPATE IN LEGAL WORKING GROUP CONFERENCE CALL (WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR). | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE  22
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/14/20 JN | B180 | A103 | DRAFT EMAIL COMMUNICATION TO CLIENT (ROBERT SERGESKETTER) TO REPORT ON COMMUNICATIONS WITH LAWYERS AT THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR REGARDING CURRENT STATUS OF CRIMINAL INVESTIGATIONS INTO FIELDWOOD THAT ARE PENDING AT THE EASTERN DISTRICT OF LOUISIANA. | .20 | 125.00 |
| 10/14/20 JN | B180 | A104 | RESEARCH DEPARTMENT OF INTERIOR REGULATIONS REGARDING THE IMPACT OF DECOMMISSIONING LIABILITY IN THE CONTEXT OF A DIVISIVE MERGER. | 2.30 | 1,437.50 |
| 10/14/20 PFH | B110 | A107 | CALL FROM AUSA KAMMER TO DISCUSS NEXT STEPS FOR USA AND TIMELINE. | .20 | 125.00 |
| 10/14/20 PFH | B110 | A106 | E MAILCORRESPONDENCE WITH R. SERGESKETTER WITH REPORT ON CALL WITH AUSA KAMMER. | .20 | 125.00 |
| 10/14/20 PFH | B110 | A106 | E MAIL FROM MR. NOE TO MR. SERGESKETTER REPORTING ON RESTRUCTURING CALL WITH DOJ, DOI ET AL. | .10 | 62.50 |
| 10/14/20 PFH | B110 | A106 | REVIEWED AND ORGANIZED DOCUMENTS RELATED TO ISSUES THE GOVERNMENT RAISED IN MEETING. | .80 | 500.00 |
| 10/14/20 PFH | B110 | A107 | E MAIL TO AUSA KAMMER WITH SERGESKETTER E MAIL TO AUSA SPIRO LATSIS WITH UPDATE ON STATUS OF PRODUCTION FOR LATEST GRAND JURY SUBPOENA DUCES TECUM. | .10 | 62.50 |
| 10/14/20 PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. JAMES NOE WITH UPDATE. | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE   23
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| 10/14/20 PFH | B110 | A106 | E MAIL FROM MR. FRANCE WITH UPDATE ON STATUS OF REQUESTS 17 AND 18 OF GRAND JURY PRODUCTION. | .10 | 62.50 |
|---|---|---|---|---|---|
| 10/14/20 GAR | B160 | A107 | CORRESPOND WITH DEBTORS' COUNSEL TO CONFIRM ABILITY TO FILE A CONSOLIDATED MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE INTERIM COMPENSATION ORDER. | .10 | 30.50 |
| 10/14/20 GAR | B160 | A103 | CONTINUE EXTENSIVE EDITS OF SUPPORTING DOCUMENTATION FOR JONES WALKER'S MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES. | 3.20 | 976.00 |
| 10/14/20 TKW | B190 | A102 | EUGENE ISLAND 342 -- RESEARCHED WHO IS OBLIGATED TO DECOMMISSION WELLS THAT ARE DRILLED DIRECTIONALLY ACROSS OFFSHORE LEASE LINES. | 2.00 | 750.00 |
| 10/14/20 MBS | B210 | A105 | INQUIRE AS TO UPDATES. | .30 | 60.00 |
| 10/15/20 DMH | B230 | A104 | PREPARING OVERVIEW OF BOEM, BSEE REQUIREMENTS. | 7.20 | 3,996.00 |
| 10/15/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT TO DISCUSS NEPTUNE SPAR LIFE EXTENSION. | .60 | 375.00 |
| 10/15/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH SENIOR SOLICITOR IN THE DEPARTMENT OF INTERIOR TO DISCUSS DEAL STRUCTURE FOR DIVISIVE MERGER. | .80 | 500.00 |
| 10/15/20 JN | B180 | A104 | REVIEW PROPOSED PLAN OF MERGER IN PREPARATION FOR CALL WITH SENIOR SOLICITOR OF DEPARTMENT OF INTERIOR. | .60 | 375.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  24
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/15/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH SECURED LENDERS REGULATORY COUNSEL AND OUTSIDE LEGAL COUNSEL REGARDING STATUS OF DESIGNATED OPERATOR FOR FIELDWOOD I AND POTENTIAL LIABILITY OF FIELDWOOD II AS CONTRACT OPERATOR. | .50 | 312.50 |
| 10/15/20 KMJ | B110 | A101 | REVIEW INTERIM COMPENSATION ORDER PROTOCOLS AND PROPOSED DRAFTS OF MONTHLY STATEMENTS FOR AUGUST AND SEPTEMBER (1.20); AND RELATED CORRESPONDENCE AND TELEPHONE CONFERENCE WITH G. RAMIREZ AND J. NOE (0.50). | 1.70 | 765.00 |
| 10/15/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH DRAFT RESPONSE TO SEPTEMBER 29, 2020 GRAND JURY SUBPOENA. | .10 | 62.50 |
| 10/15/20 PFH | B110 | A107 | E MAIL FROM SA NICHOLAS RE RESPONSE TO GRAND JURY SUBPOENA DUCES TECUM. | .10 | 62.50 |
| 10/15/20 PFH | B110 | A107 | E MAILS FROM/TO MR. MARTIN BECH/MR. SERGESKETTER RE INTERVIEW OF MR. BOOK. | .10 | 62.50 |
| 10/15/20 PFH | B110 | A106 | E MAILS FROM/TO MR. SERGESKETTER RE INTERVIEW OF MR. BOOK, TOPICS FOR INTERVIEW ETC (0.10); WORKED ON QUESTIONS FOR BOOK INTERVIEW (0.10). | .20 | 125.00 |
| 10/15/20 CVM | B160 | A104 | DRAFTED SECOND MONTHLY FEE STATEMENT. | 1.90 | 494.00 |
| 10/15/20 CVM | B160 | A104 | DRAFTED SECOND MONTHLY FEE STATEMENT. | .80 | 208.00 |
| 10/15/20 GAR | B160 | A105 | DISCUSS OUTSTANDING ISSUES WITH JONES WALKER'S AUGUST AND SEPTEMBER MONTHLY FEE STATEMENTS AND STRATEGY FOR FORTHCOMING INTERIM FEE | .30 | 91.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   25
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | APPLICATION WITH K. JOHNSON. |  |  |
| 10/15/20 | GAR | B160 | A105 | RESOLVE ISSUES WITH SUPPORTING DOCUMENTATION FOR JONES WALKER'S MONTHLY FEE APPLICATIONS WITH J. NOE AND K. JOHNSON TO FINALIZE. | 1.40 | 427.00 |
| 10/15/20 | GAR | B160 | A105 | DISCUSS UPDATES TO MONTHLY FEE STATEMENTS WITH C. MCCAFFREY TO ADD TO FINALIZED VERSIONS PRIOR TO DISSEMINATION. | .80 | 244.00 |
| 10/15/20 | GAR | B160 | A105 | RESOLVE ISSUES WITH SUPPORTING DOCUMENTATION WITH ACCOUNTING DEPARTMENT TO ENSURE COMPLIANCE WITH U.S. TRUSTEE GUIDELINES. | .90 | 274.50 |
| 10/15/20 | GAR | B160 | A103 | FINALIZE EXTENSIVE EDITS OF SUPPORTING DOCUMENTATION, INCLUDING REVIEW OF RATES, FOR JONES WALKER'S MONTHLY FEE STATEMENT TO ENSURE COMPLIANCE WITH THE U.S. TRUSTEE'S GUIDELINES AND CORRESPOND RETENTION ORDER. | 1.70 | 518.50 |
| 10/15/20 | TKW | B190 | A102 | EUGENE ISLAND 342 -- RESEARCHED WHO IS OBLIGATED TO DECOMMISSION WELLS THAT ARE DRILLED DIRECTIONALLY ACROSS OFFSHORE LEASE LINES. | 2.30 | 862.50 |
| 10/16/20 | DMH | B230 | A104 | REVIEWING AND REVISING OVERVIEW RE: BOEM REQUIREMENTS (1.80); MEMOS TO/FROM MR. NOE (0.80). | 2.60 | 1,443.00 |
| 10/16/20 | JAH | B190 | A104 | EUGENE ISLAND 342 -- REVIEW RESULTS OF RESEARCH RE DIRECTIONAL DRILLING. | .20 | 125.00 |
| 10/16/20 | JAH | B190 | A104 | REVIEW OUTLINE OF BOEM APPROVAL PROCESS AND REQUIRED SUBMISSIONS FOR SAME. | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   26
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/16/20 JN | B180 | A104 | REVIEW DATA AND ANALYSIS PUT TOGETHER BY CLIENT (PATRICK EILAND) ON INCIDENTS OF NON-COMPLIANCE AND CIVIL PENALTIES. | .80 | 500.00 |
| 10/16/20 JN | B180 | A104 | REVIEW PUBLIC DATA ON CIVIL PENALTIES ISSUED BY BSEE HISTORICALLY TO DETERMINE FIELDWOOD'S POTENTIAL LIABILITY FOR ADDITIONAL CIVIL PENALTIES ON OUTSTANDING INCIDENTS OF NON-COMPLIANCE. | 1.20 | 750.00 |
| 10/16/20 PFH | B110 | A107 | INTERVIEWED MR. MICHAEL BOOK WITH MR. SERGESKETTER AND MR. MARTIN BECH RE INTERVIEW BY DOJ. | .80 | 500.00 |
| 10/16/20 PFH | B110 | A107 | E MAIL FROM MR. WHITE TO SA NICHOLAS WITH PRODUCTION TO SEPTEMBER 29, 2020 GRAND JURY SDT. | .10 | 62.50 |
| 10/16/20 PFH | B110 | A106 | E MAIL FROM MR. WHITE RE PRODUCTION TO #17. | .10 | 62.50 |
| 10/16/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH DRAFT COVER LETTER FOR MR. LEGGE FOR GRAND JURY PRODUCTION. | .10 | 62.50 |
| 10/16/20 PFH | B110 | A106 | E MAIL FROM MR. MARTIN BECH (GC LINEAR CONTROLS) RE JOSH HEBERT INTERVIEW (0.10); PREPARED FOR HEBERT INTERVIEW (0.10). | .20 | 125.00 |
| 10/16/20 PFH | B110 | A106 | E MAILS FROM MR. WHITE TO MR. SERGESKETTER WITH UPDATE RE DELAY TO GRAND JURY PRODUCTION. | .10 | 62.50 |
| 10/16/20 PFH | B110 | A106 | E MAIL FROM MR. WHITE TO MR. SERGESKETTER WITH DRAFT COVER LETTER AND RESPONSE TO GRAND JURY SDT. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                        PAGE  27
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/16/20 CVM | B160 | A103 | BEGIN DRAFTING FEE APPLICATION. | .50 | 130.00 |
| 10/16/20 GAR | B160 | A103 | FINALIZE JONES WALKER'S AUGUST AND SEPTEMBER MONTHLY FEE STATEMENTS AND CORRESPONDING EXHIBITS TO ENSURE CONSISTENCY AND COMPLIANCE WITH THE INTERIM COMPENSATION ORDER. | 1.70 | 518.50 |
| 10/16/20 GAR | B160 | A101 | COMPILE LIST OF NAMES TO BE NOTICED OF JONES WALKER'S FORTHCOMING MONTHLY FEE STATEMENTS TO ENSURE COMPLIANCE WITH THE INTERIM COMPENSATION ORDER (.3); PROVIDE SUMMARY OF SAME TO CO-COUNSEL (.1). | .40 | 122.00 |
| 10/16/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.30 | 412.50 |
| 10/17/20 JAH | B190 | A104 | CORRESPONDENCE FROM WEIL RE STATUS OF NUMEROUS NEGOTIATIONS AND PLAN TIMING. | .10 | 62.50 |
| 10/17/20 KMJ | B110 | A101 | REVIEW MONTHLY STATEMENTS FOR AUGUST AND SEPTEMBER FOR COMPLIANCE WITH INTERIM COMPENSATION PROCEDURES ORDER AND INSTRUCT REVISIONS FOR SAME. | .70 | 315.00 |
| 10/18/20 KMJ | B110 | A101 | REVIEW REVISED MONTHLY STATEMENTS FOR AUGUST AND SEPTEMBER AND CORRESPONDENCE TO FEE NOTICE PARTIES RE SAME. | .30 | 135.00 |
| 10/18/20 PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER WITH WEST DELTA 68 QUESTIONS AND DOCUMENT FOR AUSAS. | .10 | 62.50 |
| 10/18/20 GAR | B160 | A103 | REVISE JONES WALKER'S AUGUST AND SEPTEMBER MONTHLY FEE STATEMENTS AND CORRESPONDING EXHIBITS WITH UPDATE INFORMATION PROVIDED BY K. | .60 | 183.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE   28
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
                         JOHNSON.

10/19/20 DMH   B230  A104   PREPARING MEMO RE: BOEM, BSEE    2.80      1,554.00
                           REQUIREMENTS (0.70); MEMOS
                           TO/FROM MR. NOE (0.50);
                           REVIEWING BOEM APPLICATION
                           REQUIREMENTS (0.80);
                           PREPARING QUALIFICATION
                           CERTIFICATE (0.80).

10/19/20 JN    B180  A104   RESEARCH BOEM QUALIFICATION       .80        500.00
                           AND ADJUDICATION RULES THAT
                           WILL BE REQUIRED TO APPROVE
                           TRANSACTIONS CONTEMPLATED BY
                           CURRENT VERSION OF
                           RESTRUCTURING PLAN.

10/19/20 JN    B180  A104   REVIEW AND REVISE MEMORANDUM     1.40        875.00
                           ON DEPARTMENT OF INTERIOR
                           QUALIFICATION AND APPROVAL
                           REQUIREMENTS, WHICH WILL BE
                           REQUIRED TO EFFECTUATE THE
                           VARIOUS TRANSACTIONS
                           CONTEMPLATED BY THE CURRENT
                           VERSION OF FIELDWOOD'S
                           RESTRUCTURING PLAN.

10/19/20 PFH   B110  A107   INTERVIEWED JOSHUA HEBERT         .90        562.50
                           WITH MR SERGESKETTER AND MR.
                           MARTIN BECH.

10/19/20 PFH   B110  A106   CALL WITH MR. SERGESKETTER RE     .20        125.00
                           STRATEGY FOR DEALING WITH
                           INVESTIGATION BY ODJ.

10/19/20 PFH   B110  A107   E MAIL TO MR. CAPITELLI          .90        562.50
                           (0.10); CALL WITH MR.
                           CAPITELLI RE MR. WALL (0.80).

10/19/20 PFH   B110  A103   DRAFTED NOTES OF INTERVIEW OF     .90        562.50
                           MR. MICHAEL BOOK AND MR.
                           JOSHUA HEBERT.

10/19/20 PFH   B110  A107   E MAIL TO AUSAS SPIRO LATSIS      .10         62.50
                           AND DALL KAMMER WITH WEST
                           DELTA 68 U BSEE RESPONSE
                           DECISION.
```

```
FIELDWOOD ENERGY LLC                                          PAGE   29
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00


10/19/20 CVM   B160  A103   DRAFTED FIRST ITERIM FEE        2.70       702.00
                           APPLICATION.

10/19/20 TCG   B160  A102   RESEARCH AND PROVIDE            1.30       162.50
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.

10/20/20 DMH   B230  A104   REVIEWING AND REVISING          2.30     1,276.50
                           OVERVIEW RE: QUALIFICATION
                           AND ASSIGNMENT RE: BOEM, BSEE
                           REGULATIONS.

10/20/20 JAH   B190  A104   CORRESPONDENCE RE BOEM           .20       125.00
                           CHECKLIST.

10/20/20 JN    B180  A104   REVIEW AND REVISE MEMORANDUM    1.50       937.50
                           REGARDING THE BOEM APPROVAL
                           PROCESS OF THE TRANSACTIONS
                           CONTEMPLATED IN THE PLAN OF
                           REORGANIZATION.

10/20/20 JN    B180  A109   PARTICIPATE IN FIELDWOOD         .70       437.50
                           BOARD MEETING.

10/20/20 PFH   B110  A103   REVIEWED NOTES OF MR. LONGMAN    .10        62.50
                           RE DOJ ISSUES DURING REVERSE
                           PROFFER.

10/20/20 PFH   B110  A106   REVISED INTERVIEW NOTES OF       .50       312.50
                           JOSHUA HEBERT AND MICHAEL
                           BOOK (0.40) AND E MAILED TO
                           MR. SERGESKETTER (0.10).

10/20/20 RGK   B110  A103   REVIEW CONFLICTS REPORT          .30       172.50
                           (0.10) AND UPDATE DISCLOSURE
                           SCHEDULE (0.20).

10/20/20 MBS   B210  A105   CONTINUE TO MONITOR AND          .30        60.00
                           UPDATE CONFLICTS CHART.

10/20/20 TCG   B160  A102   RESEARCH AND PROVIDE            2.00       250.00
                           INFORMATION TO ATTORNEYS
                           ABOUT NAMES IN FIRM CONFLICT
                           DATABASES.
```

```
FIELDWOOD ENERGY LLC                                    PAGE  30
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/20/20 | WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.30 | 412.50 |
| 10/21/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER RE FACTS REQUESTED BY DOJ RE GI 43 DISCHARGE (0.05); E MAIL CORRESPONDENCE WITH MR. LOWER, MR. JONES, AND MR. BODDEN RE EQUIPMENT REPLACEMENT ON GI 43 (0.05). | .10 | 62.50 |
| 10/21/20 | PFH | B110 | A106 | E MAIL FROM MR. SERGESKETTER TO AUSA LATSIS WITH INFORMATION REQUESTED BY AUSA. | .10 | 62.50 |
| 10/21/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORT (0.10) AND UPDATE DISCLOSURE SCHEDULE (0.20). | .30 | 172.50 |
| 10/21/20 | MBS | B210 | A105 | REVIEW NEW CONFLICTS (.30); UPDATE CHART (.20). | .50 | 100.00 |
| 10/21/20 | TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.20 | 150.00 |
| 10/22/20 | PFH | B110 | A102 | REVIEWED DOCUMENTS RE PURDUE PHARMA 2020 PROSECUTION TO DETERMINE ITS STRUCTURE AND POTENTIAL IMPACT ON FIELDWOOD CASE. | .50 | 312.50 |
| 10/23/20 | JAH | B190 | A104 | EUGENE ISLAND APPEAL -- CORRESPONDENCE B. BYRD (EXPERT WITNESS). | .20 | 125.00 |
| 10/23/20 | PFH | B110 | A107 | CALL FROM BRIAN CAPITELLI RE HUSE AND HIS CONTACT WITH DOJ. | .50 | 312.50 |
| 10/23/20 | PFH | B110 | A107 | E MAILS FROM/TO AUSA SPIRO LATSIS RE MEETING TO DISCUSS CRIMINAL RESOLUTION. | .10 | 62.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE  31
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/23/20 PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE LATSIS CORRESPONDENCE TO CALL MEETING (0.10); E MAILS FROM MR. SERGESKETTER RE SAME (0.10). | .20 | 125.00 |
| 10/23/20 PFH | B110 | A106 | E MAIL FROM MR. MAGNER. | .10 | 62.50 |
| 10/23/20 CVM | B160 | A103 | EDITED FIRST INTERIM FEE APPLICATION. | .80 | 208.00 |
| 10/23/20 CVM | B160 | A103 | DRAFTED EXHIBITS TO FIRST INTERIM FEE APPLICATION. | 1.00 | 260.00 |
| 10/23/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.40 | 175.00 |
| 10/23/20 WR | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 1.30 | 162.50 |
| 10/25/20 PFH | B110 | A106 | SEVERAL E MAILS FROM/TO MR. SERGESKETTER RE CALL IN PREPARATION FOR MEETING WITH AUSAS. | .10 | 62.50 |
| 10/25/20 PFH | B110 | A107 | E MAIL TO AUSA LATSIS RE CHANGING MEETING. | .10 | 62.50 |
| 10/25/20 TCG | B160 | A102 | RESEARCH AND PROVIDE INFORMATION TO ATTORNEYS ABOUT NAMES IN FIRM CONFLICT DATABASES. | 3.40 | 425.00 |
| 10/26/20 JAH | B190 | A104 | SUPPLEMENTAL BONDING APPEALS: REVIEW OHA ORDERS DISMISSING PROTECTIVE REQUESTS FOR HEARING ON THE RECORD. | .20 | 125.00 |
| 10/26/20 JAH | B190 | A104 | EUGENE ISLAND 342 IBLA APPEAL -- REVIEW VOLUMINOUS RECORDS (IN AR, RECEIVED FROM B. DEWOLFE AND ALI FERGUSON, ETC.) (2.5); AND PLAN APPEAL ARGUMENTS BASED ON SAME (1.6). | 4.10 | 2,562.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   32
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/26/20 JAH | B190 | A104 | EUGENE ISLAND 342 IBLA APPEAL -- CORRESPONDENCE AND CALL B. SERGESKETTER RE CASE STRATEGY. | .60 | 375.00 |
| 10/26/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- PREPARE FOR AND PARTICIPATE IN CALL WITH B. BYRD (EXPERT WITNESS). | 1.50 | 937.50 |
| 10/26/20 JAH | B190 | A104 | CONFERENCE S. DICHARRY RE CHALLENGE TO NEW ONRR INTEREST DEMAND. | .20 | 125.00 |
| 10/26/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL WITH THE CLIENT (TOMMY LEMME AND JOHN SEEGER) TO DISCUSS THE PROPOSED AGREEMENT REGARDING P&A WORK PROPOSED BY APACHE. | .60 | 375.00 |
| 10/26/20 JN | B180 | A109 | PARTICIPATE IN CONFERENCE CALL REVIEWING AND REVISING SLIDES TO PRESENT TO PREDECESSORS REGARDING PREDECESSOR LIABILITY. | 1.00 | 625.00 |
| 10/26/20 JN | B180 | A109 | REVIEW AGREEMENT REGARDING P&A LIABILITY WITH APACHE AND CONSIDER HOW TO TRIGGER DEFAULT OF FIELDWOOD LIABILITY FROM REGULATORY PERSPECTIVE. | .70 | 437.50 |
| 10/26/20 JN | B180 | A109 | REVIEW REVISED SLIDES TO BE PRESENTED TO PREDECESSORS REGARDING P&A LIABILITY. | .50 | 312.50 |
| 10/26/20 JN | B180 | A109 | PARTICIPATED IN CONFERENCE CALL WITH SECURED LENDER'S REGULATORY COUNSEL REGARDING P&A AGREEMENT WITH APACHE AND THE DEPARTMENT OF INTERIOR. | .40 | 250.00 |
| 10/26/20 MWM | B190 | A106 | TELEPHONE CONFERENCE WITH CLIENT (0.50); REVIEW CWA CASELAW (1.1). | 1.60 | 800.00 |

```
FIELDWOOD ENERGY LLC                                      PAGE  33
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| Date | | | | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/26/20 | PFH | B110 | A106 | NUMEROUS E MAILS FROM/TO MR. SERGESKETTER/MR. MAGNER RE MEETING WITH AUSAS. | .20 | 125.00 |
| 10/26/20 | PFH | B110 | A106 | CALL WITH MR. SERGESKETTER AND MR. MAGNER TO DISCUSS UPCOMING MEETING WITH AUSAS AND TOPICS. | .70 | 437.50 |
| 10/26/20 | PFH | B110 | A107 | E MAIL TO AUSA LATSIS (.10); CALL WITH AUSA LATSIS RE MEETING (0.10). | .20 | 125.00 |
| 10/26/20 | PFH | B110 | A106 | E MAIL TO MR. SERGESKETTER RE DATE AND TIME OF RESCHEDULED MEETING WIT HAUSAS. | .10 | 62.50 |
| 10/26/20 | PFH | B110 | A102 | REVIEWED RESEARCH RE CWA DISCHARGE LAW. | .20 | 125.00 |
| 10/26/20 | SYD | B110 | A103 | PREPARED FOR AND PARTICIPATED IN CALL WITH DEIDRE CARRIER RE POTENTIAL APPEAL OF INTEREST DEMAND. | 1.20 | 552.00 |
| 10/26/20 | SYD | B110 | A103 | PREPARED FOR AND PARTICIPATED IN CALL RE APPROACH FORWARD FOR APPEAL AND INFORMATION NEEDED TO SUPPORT APPEAL. | .60 | 276.00 |
| 10/26/20 | CVM | B160 | A103 | FINISHED DRAFT OF FEE APPLICATION (0.10) AND TRANSMITTED TO G. RAMIREZ (0.10). | .20 | 52.00 |
| 10/26/20 | MBS | B210 | A105 | REVIEW ADDED ENTITIES FOR CONFLICTS (.30); UPDATE CHART (.20). | .50 | 100.00 |
| 10/27/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW RECORD AND CHECK AGAINST OCSBBS DOCUMENT COLLECTION TO DEVELOP BRIEFING STRATEGY - INCLUDES ANALYSIS OF POTENTIAL REQUESTS TO SUPPLEMENT RECORD WITH FOREST DECOMMISSIONING PROPOSAL AND VARIOUS ELF AQUITAINE SUNDRIES. | 6.00 | 3,750.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   34
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/20 | JN | B180 | A104 | REVIEW AGREEMENT REGARDING P&A WORK PROPOSED BY APACHE (0.30) AND PROVIDE SUGGESTED REVISIONS TO THE AGREEMENT (0.30). | .60 | 375.00 |
| 10/27/20 | JN | B180 | A109 | CONFERENCE CALL WITH RYAN LAMB (INTERIOR SOLICITOR) REGARDING APACHE P&A AGREEMENT ISSUES. | .20 | 125.00 |
| 10/27/20 | JN | B180 | A109 | DRAFT UPDATE EMAIL TO TOMMY LAMME ON UPDATE FOLLOWING CALL WITH RYAN LAMB (INTERIOR SOLICITOR). | .10 | 62.50 |
| 10/27/20 | JN | B180 | A109 | PARTICIPATED IN FIELDWOOD WEEKLY BOARD OF DIRECTOR CALL. | 1.20 | 750.00 |
| 10/27/20 | JN | B180 | A104 | REVIEW REVISED SLIDES TO PRESENT TO PREDECESSORS ON PREDECESSOR DECOMMISSIONING LIABILITY. | .40 | 250.00 |
| 10/27/20 | PFH | B110 | A102 | E MAIL TO MR. MILLAN AND CALL WITH HIM RE RESEARCH ASSIGNMENT RE CRIMINAL LIABILITY FOR ACTS OF CONTRACTORS, NOT EMPLOYEES (0.40); REVIEWED BOVE V ALLIED GROUP 2005 (0.20). | .60 | 375.00 |
| 10/27/20 | PFH | B110 | A106 | E MAIL TO/FROM MR CADE WHITE/MS. EMILY GILMIRE RE ACCESS TO OCTOBER 2020 GRAND JURY PRODUCTION. | .10 | 62.50 |
| 10/27/20 | PFH | B110 | A107 | E MAILS FROM/TO MR. CAPITELLI (0.20); CALL WITH MR. CAPITELLI RE HUSE AND HIS UPCOMING MEETING WITH DOJ (0.40). | .60 | 375.00 |
| 10/27/20 | PFH | B110 | A102 | BEGAN REVIEW OF DOCUMENTS IN OCTOBER 2020 GRAND JURY PRODUCTION. | 2.00 | 1,250.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE  35
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/20 | SAM | B110 | A102 | OFFICE CONFERENCE WITH MS. HARDIN ON DEFENSES AND RESEARCH (0.40) AND REVIEW HANOSEK AND HILTON HOTELS CASE (0.60). | 1.00 | 420.00 |
| 10/27/20 | GMS | B190 | A107 | COMMUNICATIONS WITH HFW ATTORNEY AND PARALEGAL CONCERNING PRODUCTION TO DOJ. | .20 | 41.00 |
| 10/27/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. HARDIN CONCERNING DOWNLOAD OF PRODUCTION IN RESPONSE TO 9.29 SUBPOENA DUCES TECUM TO FIELDWOOD ENERGY AND HANDLING OF SAME. | .30 | 61.50 |
| 10/27/20 | GMS | B190 | A107 | COMMUNICATIONS WITH MS. GILMORE CONCERNING DOWNLOAD OPTIONS FOR PRODUCTION IN RESPONSE TO SUBPOENA AND SUPPLEMENTATION OF DOWNLOADED DATA WITH FIELDED LOAD FILES FOR METADATA. | .30 | 61.50 |
| 10/27/20 | GMS | B190 | A107 | DOWNLOAD AND EXTRACT FIELDWOOD PRODUCTION OF DOCUMENTS IN RESPONSE TO 9.29.20 SUBPOENA. | 1.30 | 266.50 |
| 10/27/20 | GMS | B190 | A110 | ANALYZE EXTRACTED PRODUCTIONS IN RESPONSE TO SELECTED SUBPOENA ITEMS IN PREPARATION OF COMMUNICATIONS WITH MS. HARDIN. | .60 | 123.00 |
| 10/27/20 | GMS | B190 | A107 | COMMUNICATIONS WITH NOCOPYCENTER CONCERNING REPRODUCTION REQUEST AND CANCELLATION OF SAME. | .20 | 41.00 |
| 10/27/20 | GMS | B190 | A105 | COMMUNICATIONS WITH MS. HARDIN CONCERNING CHARACTERISTICS OF PRODUCTIONS OF DOCUMENTS IN RESPONSE TO SELECTED SUBPOENA ITEMS. | .30 | 61.50 |

```
FIELDWOOD ENERGY LLC                                      PAGE   36
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| Date | Initials | | | Description | Hours | Amount |
|------|------|------|------|-------------|-------|--------|
| 10/27/20 | GMS | B190 | A103 | CONVERT AND EDIT PRODUCTION DATA LOAD FILE FOR USE BY ATTORNEY. | .40 | 82.00 |
| 10/28/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- OUTLINE BRIEF. | 1.00 | 625.00 |
| 10/28/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CORRESPONDENCE DOI SOLICITOR'S OFFICE RE EXTENSION OF BRIEFING DEADLINE. | .20 | 125.00 |
| 10/28/20 | JN | B180 | A104 | REVIEW REVISED SLIDES TO PRESENT TO PREDECESSORS REGARDING DECOMMISSIONING LIABILITY (0.20); PROVIDE SUGGESTED REVISIONS (0.30). | .50 | 312.50 |
| 10/28/20 | JN | B180 | A109 | DRAFT EMAIL TO CLIENT (TOMMY LAMME) ON RECOMMENDATIONS ON WHAT TO COVER IN UPCOMING LEGAL WORKING GROUP CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND DEPARTMENT OF INTERIOR. | .20 | 125.00 |
| 10/28/20 | JN | B180 | A109 | PARTICIPATE IN LEGAL WORKING GROUP CALL WITH LAWYERS FROM THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF INTERIOR. | .90 | 562.50 |
| 10/28/20 | JN | B180 | A104 | REVIEWED LETTERS FROM ANOTHER BANKRUPTCY MATTER PROVIDED BY THE DEPARTMENT OF THE INTERIOR AS SHOWING THE MECHANISM TO TRIGGER A DEFAULT OF DECOMMISSIONING OBLIGATIONS AND RELINQUISHMENT OF RIGHTS TO OFFSHORE PROPERTIES. | .30 | 187.50 |
| 10/28/20 | JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS POTENTIAL SETTLEMENT OF APPEALS OF INCIDENTS OF NON-COMPLIANCE OVER SUPPLEMENTAL BONDING ORDER ISSUED BY BSEE AFTER THE ISSUE WAS RAISED IN LEGAL WORKING GROUP CALL WITH | .20 | 125.00 |

```
FIELDWOOD ENERGY LLC                                          PAGE   37
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|          |     |      |      | LAWYERS FROM THE DEPARTMENT OF JUSTICE AND THE DEPARTMENT OF INTERIOR. | | |
|----------|-----|------|------|---|---|---|
| 10/28/20 | JN  | B180 | A109 | CONFERENCE CALL WITH THE CLIENT (KEVIN BRUCE) TO DISCUSS THE CLIENTS CONVERSATION WITH A SENIOR MEMBER OF BSEE REGARDING OUTREACH TO NON-APACHE PREDECESSORS REGARDING DECOMMISSIONING LIABILITY. | .30 | 187.50 |
| 10/28/20 | JN  | B180 | A104 | REVIEW UNDERLYING INCIDENTS OF NON-COMPLIANCE AND THE APPEAL DOCUMENTS FOR INCIDENTS OF NON-COMPLIANCE FOR FAILURE TO POST SUPPLEMENTAL BONDS FOR THE PURPOSE OF DETERMINING POTENTIAL SETTLEMENT OFFER TO MAKE TO BSEE IN LIGHT OF BSEE'S AGREEMENT TO RESOLVE THE ISSUE IN THE CONTEXT OF THE RESTRUCTURING. | .70 | 437.50 |
| 10/28/20 | SAM | B110 | A102 | RESEARCH DEFENSES FOR OWNER IF CONTRACTOR CAUSES CWA VIOLATION (1.5), RESEARCH HILTON HOTELS DEFENSE (1.3) AND CORRESPONDENCE TO MS. HARDIN ON SAME (0.2). | 3.00 | 1,260.00 |
| 10/29/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL: REVIEW ADMINISTRATIVE RECORD (2.00) AND DEVELOP BRIEFING STRATEGY BASED ON SAME (2.30). | 4.30 | 2,687.50 |
| 10/29/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- ANALYZE POTENTIAL WAIVER OF PRIVILEGE ISSUES AND RELATED STRATEGIC OPTIONS. | .40 | 250.00 |
| 10/29/20 | JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- CONFERENCE J. NOE RE PRIVILEGE WAIVER ISSUES AND IMPLICATIONS FOR LARGER BSEE NEGOTIATIONS. | .40 | 250.00 |

```
FIELDWOOD ENERGY LLC                                    PAGE   38
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

| | | | | | |
|---|---|---|---|---|---|
| 10/29/20 JN | B180 | A105 | CONFERENCE CALL WITH JONATHAN HUNTER TO DISCUSS EUGENE ISLAND GAS LEAK RELATED APPEAL TO DISCUSS STRATEGY IN THE CONTEXT OF THE REORGANIZATION. | .20 | 125.00 |
| 10/29/20 JN | B180 | A104 | REVIEW OUTSTANDING INCIDENTS OF NON-COMPLIANCE IN PREPARATION FOR NEGOTIATIONS WITH DEPARTMENT OF INTERIOR AND DEPARTMENT OF JUSTICE ON SETTLEMENT OF CIVIL PENALTIES. | .80 | 500.00 |
| 10/29/20 PFH | B110 | A107 | E MAIL FROM MR. SERGESKETTER WITH SUGGESTED QUESTIONS AND PUSH BACK FOR OUR NEXT MEETING WITH DOJ. | .10 | 62.50 |
| 10/29/20 PFH | B110 | A102 | REVIEW OF ADDITIONAL DOCUMENTS IN OCTOBER 2020 GRAND JURY PRODUCTION. | 1.50 | 937.50 |
| 10/29/20 SAM | B110 | A102 | MORE RESEARCH ON CWA DEFENSES. | 1.20 | 504.00 |
| 10/30/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- REVIEW/ANALYZE TITLE DOCUMENTS FOR DEFENSE RE THREE WELLS LOCATED ON EI 343 (OCS-G 2320). | 1.10 | 687.50 |
| 10/30/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL -- ANALYZE POTENTIAL PRIVILEGE WAIVER ISSUES (1.00) AND CORRESPONDENCE WITH B. SERGESKETTER RE SAME (0.20). | 1.20 | 750.00 |
| 10/30/20 JAH | B190 | A104 | EUGENE ISLAND 342 APPEAL: REVIEW FOREST DOCUMENTS RE P&A EFFORTS AND DETERMINE WHETHER/HOW TO SEEK TO SUPPLEMENT THE ADMINISTRATIVE RECORD. | 1.20 | 750.00 |
| 10/30/20 JN | B180 | A104 | CONFERENCE CALL WITH THE CLIENT (MIKE DANE) REGARDING CLAIM OF DRILLING CONTRACTOR FOR $14 MILLION AND RAMIFICATIONS OF THE CONTRACTOR USING THE | .50 | 312.50 |

```
FIELDWOOD ENERGY LLC                                    PAGE   39
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|            |     |      |      | LOUISIANA OIL WELL LIEN ACT<br>TO ENFORCE SECURITY RIGHTS. |      |          |
|------------|-----|------|------|---|------|----------|
| 10/30/20 | PFH | B110 | A102 | REVIEWED US V. KCM MANAGEMENT, TUG OCEAN PRINCE V. US, ENVIRONMENTAL CONSERVATION ORGANIZATION V. BAGWELL, APEX OIL CO V. US, THE ROLE OF CORPORATE COMPLIANCE PROGRAMS IN DETERMINING CORPORATE CRIMINAL LIABILITY, DOJ EVALUATION OF CORPORATE COMPLIANCE PROGRAMS UPDATED JUNE 2020, TOWN OF FALLSBURG V. US (1.8); CONSIDERED STRATEGT FOR HOW TO USE THE RESEARCH IN DISCUSSIONS WITH THE DOJ (0.40). | 2.20 | 1,375.00 |
| 10/30/20 | RGK | B110 | A103 | REVIEW CONFLICTS REPORTS (0.40) AND UPDATE DISCLOSURE SCHEDULE (0.30). | .70 | 402.50 |
| 10/30/20 | SAM | B110 | A104 | REVIEW DOJ 2020 POLICY ON COMPLIANCE PROGRAMS (0.70); CORRESPONDENCE TO MS. HARDIN ON SAME (0.20); AND CORRESPONDENCE TO MS. HARDIN ON OVERALL SUMMARY (0.20). | 1.10 | 462.00 |
| 10/30/20 | MBS | B210 | A105 | REVIEW RECENT ADDITION TO CONFLICTS LIST (.30); UPDATE CHART (0.20). | .50 | 100.00 |
| 10/31/20 | JN | B180 | A105 | CONFERENCE CALL WITH MARK MINTZ TO DISCUSS DEFENSES AND STRATEGIES AGAINST DRILLING CONTRACTOR FILING LIENS UNDER THE LOUISIANA OIL FIELD LIEN ACT. | .40 | 250.00 |
| 10/31/20 | JN | B180 | A104 | RESEARCH THE LOUISIANA OIL FIELD LIEN ACT, INCLUDING POTENTIAL DEFENSES AND HOW THE ACT INTERACTS WITH THE BANKRUPTCY CODE. | 2.20 | 1,375.00 |

```
FIELDWOOD ENERGY LLC                                        PAGE   40
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00

10/31/20 JN    B180  A104  REVIEW LETTER SENT TO VALARIS        .20        125.00
                           REGARDING SPILLS AND HEALTH
                           AND SAFETY CONCERNS IN MEXICO.

10/31/20 MAM   B310  A105  CONFERENCE WITH MR. NOE             .40        160.00
                           REGARDING LOWLA.

                                                          --------    -----------
                                  TOTALS                    304.30    $131,726.00
                                                          ========    ===========
```

```
FIELDWOOD ENERGY LLC                                    PAGE   41
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|  |  | ------THIS BILL------- | | --CUMULATIVE TOTALS--- | |
| --- | --- | --- | --- | --- | --- |
| TASK CODE | SUMMARY | HOURS | FEES | HOURS | FEES |
|  |  | .00 | .00 | 438.30 | 244,356.00 |
| AXXX | BAD CODE - ACCOUNTING U | .00 | .00 | .00 | .00 |
|  | TOTAL | .00 | .00 | 438.30 | 244,356.00 |
|  | **ADMINISTRATION** |  |  |  |  |
| B110 | CASE ADMINISTRATION | 46.70 | 26,342.00 | 217.30 | 122,410.50 |
| B120 | ASSET ANALYSIS/RECOVERY | .00 | .00 | .80 | 436.00 |
| B160 | FEE/EMPLMT APPLICATIONS | 98.40 | 16,575.00 | 355.50 | 65,977.00 |
| B180 | AVOIDANCE ACTION ANALYS | 56.00 | 35,000.00 | 162.20 | 101,375.00 |
| B190 | OTHER CONTESTED MATTERS | 55.30 | 28,988.00 | 113.70 | 63,358.00 |
|  | TOTAL ADMINISTRATION | 256.40 | 106,905.00 | 849.50 | 353,556.50 |
|  | **OPERATIONS** |  |  |  |  |
| B210 | BUSINESS OPERATIONS | 23.30 | 11,230.00 | 89.90 | 43,658.00 |
| B230 | FINANCING/CASH COLLECTI | 24.20 | 13,431.00 | 24.20 | 13,431.00 |
|  | TOTAL OPERATIONS | 47.50 | 24,661.00 | 114.10 | 57,089.00 |
|  | **CLAIMS AND PLAN** |  |  |  |  |
| B310 | CLAIMS/ADMN/OBJECTIONS | .40 | 160.00 | .40 | 160.00 |
|  | TOTAL CLAIMS AND PLAN | .40 | 160.00 | .40 | 160.00 |
|  | **BANKRUPTCY-RELATED ADVICE** |  |  |  |  |
| B420 | RESTRUCTURING | .00 | .00 | .20 | 125.00 |
|  | TOTAL BANKRUPTCY-RELATED ADVI | .00 | .00 | .20 | 125.00 |
|  | TOTALS | 304.30 | 131,726.00 | 1,402.50 | 655,286.50 |

```
FIELDWOOD ENERGY LLC                                          PAGE   42
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

|  | ----------THIS BILL---------- | | | --CUMULATIVE TOTALS--- | |
| ATTORNEY SUMMARY | RATE | HOURS | FEES | HOURS | FEES |
| CINDY M. MULLER | .00 | .00 | .00 | 23.60 | 11,682.00 |
| DOUGLAS C. LONGMAN | 300.00 | 3.50 | 1,050.00 | 3.50 | 1,050.00 |
| DAVID M. HUNTER, D. | 555.00 | 24.20 | 13,431.00 | 24.20 | 13,431.00 |
| JONATHAN A. HUNTER, J. | 625.00 | 34.80 | 21,750.00 | 189.60 | 118,500.00 |
| JAMES NOE | 625.00 | 56.20 | 35,125.00 | 321.90 | 201,187.50 |
| KRISTINA M. JOHNSON, K. | 450.00 | 3.60 | 1,620.00 | 45.80 | 20,610.00 |
| MARC C. HEBERT, M. | .00 | .00 | .00 | 2.30 | 1,610.00 |
| MICHAEL W. MAGNER | 500.00 | 4.00 | 2,000.00 | 16.00 | 8,000.00 |
| PAULINE F. HARDIN, P. | 625.00 | 25.30 | 15,812.50 | 114.20 | 71,375.00 |
| R. CHRISTIAN JOHNSEN | .00 | .00 | .00 | .40 | 250.00 |
| RICHARD D. BERTRAM | 565.00 | 18.00 | 10,170.00 | 67.20 | 37,968.00 |
| R. SCOTT JENKINS | .00 | .00 | .00 | .80 | 436.00 |
| JOSEPH E. BAIN | .00 | .00 | .00 | 26.50 | 15,900.00 |
| MARK A. MINTZ | 400.00 | .40 | 160.00 | .40 | 160.00 |
| SARAH Y. DICHARRY | 460.00 | 2.60 | 1,196.00 | 114.90 | 52,854.00 |
| CAROLINE V. MCCAFFREY | 260.00 | 12.20 | 3,172.00 | 12.20 | 3,172.00 |
| GABRIELLE A. RAMIREZ | 305.00 | 14.60 | 4,453.00 | 34.60 | 10,553.00 |
| MADISON M. TUCKER | .00 | .00 | .00 | 1.00 | 275.00 |
| TAYLOR K. WIMBERLY | 375.00 | 9.70 | 3,637.50 | 49.50 | 18,562.50 |
| ROBERT G. KENEDY | 575.00 | 8.20 | 4,715.00 | 46.80 | 26,050.00 |
| STANLEY A. MILLAN | 420.00 | 6.30 | 2,646.00 | 6.30 | 2,646.00 |
| AARON D. WASHINGTON | .00 | .00 | .00 | .20 | 40.00 |
| DANIEL J. VOGEL | 200.00 | .20 | 40.00 | .20 | 40.00 |
| GEORGETTE M. SHAHIEN | 205.00 | 3.60 | 738.00 | 6.60 | 1,353.00 |
| KILBY M. BRABSTON | .00 | .00 | .00 | 4.40 | 814.00 |
| MELLAINE B. SALINAS | 200.00 | 5.30 | 1,060.00 | 20.40 | 4,080.00 |
| TARA C. GORUMBA | 125.00 | 28.80 | 3,600.00 | 93.40 | 11,675.00 |
| WINTER RANDALL | 125.00 | 42.80 | 5,350.00 | 175.60 | 21,012.50 |
| TOTALS | | 304.30 | 131,726.00 | 1,402.50 | 655,286.50 |

```
FIELDWOOD ENERGY LLC                                   PAGE   43
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00




COSTS INCURRED:


09/25/20 DELIVERY SERVICES - FEDEX SENT BY S. Y.        47.16
          DICHARRY ESQ., JONES W LLP TO DEPARTMENTAL CASE
          HEARINGS DIVISION US DOI
09/15/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION 19.61
          ORIGINATED BY RICHARD D. BERTRAM
09/16/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION  2.62
          ORIGINATED BY JAMES W. NOE
09/16/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION  6.39
          ORIGINATED BY JAMES W. NOE
09/30/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION 36.69
          ORIGINATED BY JAMES W. NOE
10/07/20 LONG DISTANCE SOUNDPATH TELECONFERENCE SESSION 22.31
          ORIGINATED BY JAMES W. NOE

                        TOTAL COSTS:              $134.78

                  COST SUMMARY

   E105   LONG DISTANCE                      87.62
   E107   DELIVERY SERVICES                  47.16
                                       ---------------
           TOTAL DISBURSEMENTS             $134.78


                     TOTAL FEES AND COSTS:   $131,860.78
```

```
FIELDWOOD ENERGY LLC                                      PAGE   44
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



          * * *   R E M I T T A N C E   C O P Y   * * *


              TOTAL FEES:                    $131,726.00

              TOTAL COSTS:                        $134.78

              LESS CREDITS:                         $0.00
                                            ------------
              TOTAL CURRENT FEES AND COSTS DUE   $131,860.78


BALANCE DUE ON PRIOR INVOICES:

   DATE        INVOICE NO.       BALANCE
10/15/20        1049284      $117326.44
10/15/20        1049285      $162744.02


              TOTAL PRIOR INVOICES DUE:     $280,070.46
                                            -----------


              TOTAL AMOUNT DUE:             $411,931.24
                                            ============

PLEASE SEND PAYMENT AND REMITTANCE COPY TO:

                    JONES WALKER LLP
          201 St. Charles Ave. - 50th Floor
          New Orleans, Louisiana 70170-5100
```

```
FIELDWOOD ENERGY LLC                                          PAGE   45
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

IF YOU PREFER TO REMIT VIA WIRE TRANSFER OR ACH CREDIT, OUR BANKING

INSTRUCTIONS ARE:

```
                    Iberia Bank
                    New Orleans, Louisiana
                    ABA Number:  265270413
                    Account Number:  20000247731
                    Account Name:  Jones Walker LLP
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) IN THE WIRE OR ACH TEXT OR E-MAIL

APPLICATION INSTRUCTIONS TO JWAR@JONESWALKER.COM

```
FIELDWOOD ENERGY LLC                                       PAGE   46
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00
```

WE TRUST THAT YOU HAVE BEEN PLEASED WITH OUR LEGAL REPRESENTATION AND WE
APPRECIATE THE OPPORTUNITY TO REPRESENT YOU IN THESE MATTERS. IF YOU HAVE
ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT JAMES NOE
IN DC CAPITOL        OR OUR CREDIT MANAGER AT (504)582-8220.
                    ATLANTA, GA (404)870-7500
                 BATON ROUGE, LA (225)248-2000
                  BIRMINGHAM, AL (205)244-5200
                   HOUSTON, TX (713)437-1800
                   JACKSON, MS (601)949-4900
                 LAFAYETTE, LA (337)593-7600
                    MIAMI, FL (305)679-5700
                   MOBILE, AL (251)432-1414
                 NEW ORLEANS, LA (504)582-8000
                   NEW YORK, NY (646)512-8101
                   PHOENIX, AZ (602)366-7889
                  TALLAHASSEE, FL (850)425-7800
          WASHINGTON, DC (CAPITOL HILL) (202)203-1000
            WASHINGTON, DC (DOWNTOWN) (202)434-4660
                THE WOODLANDS, TX (281)296-4400


    ****************************************************************

```
FIELDWOOD ENERGY LLC                                        PAGE   47
NOVEMBER 5, 2020
INVOICE NO.: 1051386
FILE NUMBER: 178208-00


FILE NAME:  FIELDWOOD RESTRUCTURING



BILLING ATTY:     JAMES NOE
SUPERVISING ATTY:  JAMES NOE
```

         * * *   A C C O U N T I N G   C O P Y   * * *

```
              TOTAL FEES:                      $131,726.00

              TOTAL COSTS:                         $134.78

              LESS CREDITS:                          $0.00
                                              -------------
       TOTAL CURRENT FEES AND COSTS DUE       $131,860.78

BALANCE DUE ON PRIOR INVOICES:

    DATE        INVOICE NO.       BALANCE
10/15/20         1049284       $117326.44
10/15/20         1049285       $162744.02


              TOTAL PRIOR INVOICES DUE:        $280,070.46
                                              -----------

              TOTAL AMOUNT DUE:                $411,931.24
                                              ==========
```