IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION
OF JONES WALKER LLP FOR ALLOWANCE AND PAYMENT
OF FEES AND EXPENSES AS SPECIAL COUNSEL TO DEBTORS
FOR THE PERIOD AUGUST 3, 2020 THROUGH OCTOBER 31, 2020**

Upon consideration of the *First Interim Fee Application of Jones Walker LLP for Allowance and Payment of Fees and Expenses as Special Counsel for Debtors for the Period August 3, 2020 through October 31, 2020* (the "Application") filed by Jones Walker LLP ("Jones Walker"), special counsel for Fieldwood Energy LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other further notice is required; and (e) good and sufficient cause exists for granting the relief herein,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

{HD114427.1}

after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Application is hereby **APPROVED** as provided herein.

2. Jones Walker is hereby awarded, on an interim basis, the allowance of fees in the amount of $410,930.50 and reimbursement of expenses in the amount of $1,000.74 for services rendered for the period of August 3, 2020 through October 31, 2020.

3. The Debtors are authorized and directed to immediately pay Jones Walker any unpaid portion of all fees and expenses allowed pursuant to this Order.

Signed: _____, 2021
       Houston, Texas

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

{HD114427.1}