IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

## NOTICE OF PROPOSED SCHEDULE

**PLEASE TAKE NOTICE** that, in advance of the March 29, 2021 discovery

conference, attached hereto as **Exhibit A** is the Debtors' proposed schedule of confirmation

discovery and briefing deadlines.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778);
Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489);
Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM
Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy
SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The
Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: March 29, 2021
      Houston, Texas

Respectfully submitted,


   /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com
         Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Erin M. Choi (24079436)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777
Email:   Paul.Genender@weil.com
         Erin.Choi@weil.com


*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that on March 29, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

$\underline{\quad /s/ \;\; Alfredo\; R.\; Pérez \quad\quad\quad\quad}$
Alfredo R. Pérez

**Exhibit A**

**FIELDWOOD ENERGY LLC, ET AL. –**
**PROPOSED SCHEDULE**

| Event/Deadline | Date(s) |
|---|---|
| Discovery Conference | 3/29/21 |
| Deadline to Serve Coordinated Written Discovery Requests | 4/5/21 |
| Disclosure Statement Hearing | 4/14/21 |
| Completion of Document Production | 4/21/21 |
| Expert Disclosure Deadline | 4/28/21 |
| Fact Witness Depositions | 4/28/21 – 5/10/21 |
| Expert Witness Depositions | 4/30/21 – 5/10/21 |
| Deadline to File Confirmation Objections | 5/7/2021 |
| Rebuttal Expert Reports | 5/10/21 |
| Deadline to File Confirmation Brief | 5/14/21 |
| Confirmation Hearing | 5/17/21 |