

ENTERED
03/29/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FIELDWOOD ENERGY LLC, *ET AL*., FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH AND INCLUDING JANUARY 31, 2021**

Upon the Second Interim Fee Application (the "Application")[2] of Stroock & Stroock & Lavan LLP ("Stroock"), for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Fieldwood Energy LLC, *et al.*, (the "Debtors") for the Period from November 1, 2020 through and including January 31, 2021; and the Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Application; and no objections having been filed;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1. Stroock is hereby awarded, on an interim basis, the allowance of $1,420,260.00 for compensation of services rendered to the Official Committee of Unsecured Creditors and $5,604.23 for reimbursement of expenses incurred during the period from November 1, 2020 through and including January 31, 2021.

2. The Debtors are hereby authorized to pay Stroock any unpaid portion of such allowed fees and expenses.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

Signed: March 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge