

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/29/2021

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, [1] | § § | Case No. **20-33948 (MI)** |
| Debtor. | § § § | (Jointly Administered) |

### SECOND INTERIM APPLICATION OF CONWAY MACKENZIE, LLC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH AND INCLUDING JANUARY 31, 2021

Upon consideration of the second interim fee application (the "Second Interim Application") of Conway MacKenzie, LLC. ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from November 1, 2020 through January 31, 2021 (the "Second Interim Period"); and the Court having reviewed the Second Interim Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Second Interim Application having been provided and no other or further notice being required;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

and all persons with standing having been afforded an opportunity to be heard on the Second Interim Application and no objections having been filed; and after due deliberation thereon and good and sufficient notice appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Conway MacKenzie is allowed, on an interim basis, compensation in the amount of $1,144,788.50 for professional services rendered as Financial Advisor to the Committee during the Second Interim Period.

2. Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the Second Interim Period in connection with its services to the Committee in the amount of $6,096.25.

3. The Debtors are authorized to remit payment to Conway MacKenzie in the above amounts, less all amounts, if any, that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses.

4. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Signed: March 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge