

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/29/2021

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD OF AUGUST 3, 2020 THROUGH OCTOBER 31, 2020

This case came before the court on the first interim fee application (the "**Application**") submitted by Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**") for allowance and approval of compensation and reimbursement of out-of-pocket expenses incurred as investment banker to the Debtors.

Based on the Application,

IT IS ORDERED THAT:

1. Houlihan Lokey's request for the allowance and approval of compensation for financial advisory and investment banking services rendered to the Debtors and reimbursement of out-of-pocket expenses incurred during the period from August 3, 2020 through October 31, 2020 (the "**First Interim Period**") is hereby approved in the amount of $454,826.35.

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

2. The Debtors are authorized to pay Houlihan Lokey all unpaid amounts approved pursuant to this Order.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: March 29, 2021

_____
Marvin Isgur
United States Bankruptcy Judge