# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, March 29, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Brandon | Bains | Langley LLP | Liberty; Hanover; Travelers; and XL |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brscia | Clark Hill Strasburger | Zurich American Ins. Co. |
| Karl | Burrer | Greenberg Traurig, LLP | BP EXPLORATION & PRODUCTION INC. |
| Jeff | Carruth | WKPZ | Halliburton Energy Services Inc. |
| Erin | Choi | Weil | Debtors |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, P.C. | CNOOC Petroleum Offshore U.S.A. Inc. |
| philip | eisenberg | locke lord llp | US Specialty Insurance Company and HCCI |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtors |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi, PC | Sirius, Berkley, Aspen, Everest |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Tom | Howley | HOWLEY LAW PLLC | Genesis Energy, L.P. |
| Omer (Rick) | Kuebel | LockeLord LLP | Freeport McMoRan; ConocoPhillips Company |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Leann | Moses | Carver Darden Koretzky Tessier Finn Blossman and Areaux | JX Nippon Oil Exploration ( U.S.A.) Limited |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Emma | Persson | Norton Rose Fulbright US LLP | Shell Offshore Inc. and related parties |
| Jim | Prince | Baker Botts | Hunt Oil Company |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company. |
| Edward | Ripley | Andrews Myers, P.C. | Chevron U.S.A. Inc. & Noble Energy, Inc. |
| Suzanne K. (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Chelsey | Rosenbloom | Locke Lord LLP | Cox Oil, LLC and certain affiliates |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Trey | Wood | Bracewell LLP | Eni Operating US LLC |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Scott | Zuber | Chiesa Shahinian & Giantomasi | Aspen, Berkley, Everest, Sirius |