**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **FIELDWOOD ENERGY LLC**, *et al.*[1] | Case No. 20-33948 (MI) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO SECOND INTERIM FEE APPLICATION
OF COLE SCHOTZ P.C. FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
<u>NOVEMBER 1, 2020 THROUGH JANUARY 31, 2021</u>**

(Related Docket No. 935)

Cole Schotz P.C., as counsel to the Official Committee of Unsecured Creditors, hereby certify as follows:

1. On March 2, 2021, the *Second Interim Fee Application of Cole Schotz P.C. For Allowance Of Compensation For Services Rendered As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From November 1, 2020 Through January 31, 2021* [Docket No. 935] (the "<u>Application</u>") was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served by no later than March 15, 2021 (the "<u>Objection Deadline</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

- 2 -

3. The Objection Deadline has passed and no objections to the Application appear on the docket or were served upon the undersigned counsel. Accordingly, the form of Proposed Order approving the Application, which was submitted with the Application, is submitted concurrently herewith.

Dated: March 30, 2021

Respectfully submitted,

By: /s/ James Walker
James Walker
Texas Bar No. 20709600
Southern District of Texas Bar No. 13776
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, TX 75202
(469) 557-9391
(469) 557-0361 (fax)
Jwalker@coleschotz.com

-and

Daniel F. X. Geoghan
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Flr.
New York, NY 10019
646.563.8925
646.563.7925
dgeoghan@coleschotz.com

*Counsel for The Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ James Walker
James Walker