# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date:  April 1, 2021 |
| | § | Hearing Time:  4:00 PM (CT) |
| | § | Hearing Location:  Electronic (Audio & Video) |
| | § | Judge Presiding:  Marvin Isgur |

## U.S. SPECIALTY INSURANCE COMPANY'S
## COMBINED WITNESS AND EXHIBIT LIST

The U.S. Specialty Insurance Company (the "*USSIC*") submits the following combined Witness and Exhibit List for the discovery conference scheduled on April 1, 2021 at 4:00 PM (CT), before the Honorable Marvin Isgur, United States Bankruptcy Judge.  Such hearing will be held electronically.

## WITNESS LIST

1. Any witness designated or called by any party; and

2. Any witness required for rebuttal.

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1 | USSIC's Rule 2004 Notice Dated December 21, 2020 | | | | |
| 2 | Emails Between Garrett Galloway, Lily Cheung, and David Edwards dated March 4, 2021<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*)[1] | | | | |
| 3 | Surety Requests dated March 26, 2021 | | | | |
| 4 | Email from A. Perez dated March 30, 2021, attaching responses to Surety Requests and Houlihan Lokey Cash Flow Analysis Slides<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |
| 5 | Email from B. Knapp to A. Perez dated March 31, 2021, regarding additional document production<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |
| 6 | Email from J. Brown to A. Perez dated March 31, 2021, attaching agreements re March 26 request list<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |

---

[1] USSIC has filed a Motion to Seal concurrently with this witness and exhibit list requesting authority to seal portions of Exhibits 2, 4, 5, 6, 7, 8 and 9.

91576015v.1

| | | | | | |
|---|---|---|---|---|---|
| 7 | Email from E. Choi to B. Knapp dated April 1, 2021<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |
| 8 | Email from J. Brown to E. Choi dated February 18, 2021<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |
| 9 | Email from S. Schmidt to L. Cheung dated February 24, 2021<br><br>(*Filed under seal and redacted pursuant to General Order 2021-1*) | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |
| | Any demonstrative exhibits necessary for the Hearing. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

    USSIC reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing in this matter.

91576015v.1

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717
Email: peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

*Attorneys for*
*U.S. Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I certify that, on April 1, 2021, a true and correct copy of the foregoing Witness and Exhibit List and the associated exhibits was served on all parties who receive service in the above-captioned adversary proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon R. Mayer*
Simon R. Mayer