# Exhibit 3

## Knapp, Bradley C.

| | |
|---|---|
| **From:** | Brown, Jase A. <jbrown@csglaw.com> |
| **Sent:** | Friday, March 26, 2021 8:26 PM |
| **To:** | Perez, Alfredo |
| **Cc:** | Choi, Erin; Carlson, Clifford; Keith Langley; Lee Woodard; 'T. Scott Leo'; Brandon Bains; Knapp, Bradley C.; 'Randy.Rios@huschblackwell.com'; 'rmiller@manierherod.com'; 'DBrescia@ClarkHill.com'; 'cward@clarkhill.com'; 'mcollins@manierherod.com'; Million, Tim; Jon Ord; Chad L. Schexnayder; Eisenberg, Philip; 'escharfenberg@krebsfarley.com'; Shahinian, Armen; Zuber, Scott A.; Grzyb, Darren |
| **Subject:** | Surety Discovery Requests - Fieldwood |

**\*\* External email \*\***

Alfredo,

The sureties have collectively comprised a list of items that we are still missing from the Debtors.  Many of these items were requested previously, and some of them are based upon the more recent disclosures.

1. All documents relating to the condition of wells, platforms and other assets going into FWE I, FWE III and sought to be abandoned.

2. Copies of the transition plans given to each of the predecessors on the Abandoned Properties.

3. All documents relating to Fieldwood's plan to resolve the outstanding INCs before the properties are transitioned and the anticipated costs to resolve.

4. All documents reflecting detailed ARO descriptions and methodologies for cost estimates for each asset, including any internal or third-party generated reports that describe how costs were estimated.

5. Copies of all agreements reached with creditors or other interested parties for the return of the Abandoned Properties to those creditors for decommissioning.

6. Copies of all joint operating agreements for all of the Fieldwood leases (for subrogation analysis).

7. Copies of all SOPs that currently exist for the FWE I leases, as well as any pending SOP applications.

8. Surety consultant access to the updated ARIES database.

9. A copy of the YE2020 Third Party Reserves Report.

10. Copies of all documents and access to data that support the analysis in Exhibits L (Liquidation Analysis), M (Valuation Analysis) and N (Financial Projections) to the Disclosure Statement.

11. Financial projections for FWE I for the life of FWE I .  Currently the projections extend only for 5 years.

12. Copies of all FWE I cash flow statements and balance sheets.

13. Updated field level LOS.

14. All documents reflecting future plans for shut-in wells going into FWE I.

15.  All documents reflecting the costs to bring shut-in wells going into FWE I back online.

16.  All documents reflecting plans for current projects in FWE I, whether those projects are going to be capitalized and how they will be capitalized.

Please advise if the Debtors will be producing these items, or if the Debtors have objections to producing specific items.  Our past practice has been to request discovery on an informal basis from the Debtors and without the need for a Rule 2004 Notice, but if you would like the sureties to serve a formal 2004 Notice please let us know.  Note also that there may be certain sureties that have outstanding requests to the Debtors and/or intend to reach out to the Debtors separately with specific requests that are not included in this e-mail.

Thank you,

**JASE A. BROWN**
Associate



973.530.2182
jbrown@csglaw.com

**Chiesa Shahinian & Giantomasi PC**
One Boland Drive | West Orange, NJ 07052

**WEBSITE | VCARD**