# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Pursuant to General Order 2021-1.2(f), on April 1, 2021, a complete copy of U.S. Specialty Insurance Company's (the "*USSIC*") Witness and Exhibit List for the discovery conference scheduled on April 1, 2021 at 4:00 PM (CT) and a complete set of un-redacted exhibits were served via electronic mail on the following Parties:

(i) Counsel to the Debtors, Weil Gotshal & Manges LLP, Attn: Alfredo Perez (alfredo.perez@weil.com), Erin Choi (Erin.Choi@weil.com), and Clifford Carlson (Clifford.Carlson@weil.com);

(ii) Counsel for the Ad Hoc Group of Secured Lenders, David Polk & Wardell LLP, Attn: Damian S. Schaible (damian.schaible@davispolk.com);

(iii) Counsel for Zurich American Insurance Company, Clark Hill Strasburger, Attn: Duane J. Brescia (DBrescia@ClarkHill.com);

(iv) Counsel for Aspen American Insurance Company and Everest Reinsurance Company, Chiesa Shahinian & Giantomasi, Attn: Darren Grzyb (dgrzyb@csglaw.com) and Jase A. Brown (jbrown@csglaw.com); and

(v) Counsel for Philadelphia Indemnity Insurance Company, Manier & Herod P.C., Attn: Robert Miller (rmiller@manierherod.com).

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 8592525
Simon R. Mayer
Texas Bar Number 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
Email: peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

Bradley C. Knapp
Texas Bar Number 24060101
**LOCKE LORD LLP**
601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: (504) 558-5210
Email: bknapp@lockelord.com

*Attorneys for*
*U.S. Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served electronically through the Court's ECF system on April 1, 2021, on all parties registered for electronic service.

*/s/ Simon R. Mayer*
Simon R. Mayer