IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF PROPOSED SCHEDULE**

**PLEASE TAKE NOTICE** that, in advance of the April 1, 2021 discovery conference, attached hereto as **Exhibit A** is the sureties' proposed schedule for discovery, briefing and other deadlines. For the Court's ease of reference, Exhibit A sets forth a side-by-side of the Debtors' proposed dates versus the sureties' proposed dates.

---

[1] The Debtors, each of which have filed a separate voluntary petition, are: Dynamic Offshore Resources NS, LLC; Fieldwood Energy LLC; Fieldwood Energy Inc.; Fieldwood Energy Offshore LLC; Fieldwood Onshore LLC; Fieldwood SD Offshore LLC; Fieldwood Offshore LLC; FW GOM Pipeline, Inc.; GOM Shelf LLC; Bandon Oil and Gas GP, LLC; Bandon Oil and Gas, LP; Fieldwood Energy SP LLC; Galveston Bay Pipeline LLC; and Galveston Bay Processing LLC.

Dated: April 1, 2021

        Respectfully submitted,

        HUSCH BLACKWELL LLP

        By:  /s/ Timothy A. Million
            Randall A. Rios
            State Bar No. 16935865
            Timothy A. Million
            State Bar No. 24051055
            600 Travis, Suite 2350
            Houston, Texas 77002
            Tel:  713-525-6226
            Fax:  713-647-6884
            Email:  randy.rios@huschblackwell.com
            Email:  tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Jase A. Brown, Esq. (admitted *pro hac vice*)
(jbrown@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2021, a copy of this document was served by electronic service on all counsel of record *via* the Court's CM/ECF system.

*/s/ Timothy A. Million*
Timothy A. Million

# EXHIBIT A

## PROPOSED SCHEDULE

| Event/Deadline | Debtors' Proposed Date(s) | Sureties' Proposed Date(s) |
|---|---|---|
| Discovery Conference | 4/1/21 | 4/1/21 |
| Hearing – Planning Meeting re Disclosure Statement Hearing | n/a | 4/9/21 |
| Deadline to Serve Discovery Requests | 4/5/21 | 4/14/21 |
| Disclosure Statement Hearing | 4/14/21 | 4/14/21 |
| Completion of Document Production | 4/21/21 | 4/30/21 |
| Completion of Responses to All Other Discovery Requests | n/a | 4/30/21 |
| Expert Disclosure/Expert Report Deadline (for party with initial burden of proof) | 4/28/21 | 5/21/21 |
| Fact Witness Depositions | 4/28/21 - 5/10/21 | 5/21/21 – 6/11/21 |
| Rule 3018(a) Motion Deadline | 4/13/21 | 6/11/21 |
| Request for Estimation Deadline | 4/13/21 | 6/11/21 |
| Rebuttal Expert Reports | 5/10/21 | 6/21/21 |
| Expert Witness Depositions | 4/30/21 – 5/10/21 | 6/21/21 – 7/2/21 |
| Plan Supplement Filing Deadline | 4/16/21 | 6/25/21 |
| Voting Deadline | 4/26/21 | 7/7/21 |
| Deadline to File Confirmation Objections | 5/7/21 | 7/7/21 |
| Ballot Certification Deadline | 4/28/21 | 7/9/21 |
| Deadline to File Confirmation Brief and Reply to Plan Objections | 5/14/21 | 7/12/21 |
| Confirmation Hearing | 5/17/21 | 7/14/21 |