# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, April 1, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Brandon | Bains | Langley LLP | Liberty; Hanover; Travelers; and XL |
| Zachary | Balasko | U.S. Department of Justice | U.S. Department of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Berkley, Everest, Aspen and Sirius |
| Karl | Burrer | Greenberg Trarig, LLP | BP Exploration & Production |
| Clifford | Carlson | Weil | Debtors |
| Kevin | Chiu | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Erin | Choi | Weil | Debtors |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, P.C. | CNOOC Petroleum Offshore U.S.A. Inc. |
| philip | eisenberg | Locke Lord LLP | US Specialty Insurance Company and HCCI |
| Paul | Genender | Weil | Debtors |
| Emanuel | Grillo | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Berkley, Everest, Aspen and Sirius |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Bradley | Knapp | Locke Lord LLP | U.S. Specialty Insurance Company |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, As DIP Agent |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Agreement |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Jim | Prince | Baker Botts LLP | Hunt Oil Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Co. |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Berkley, Everest, Aspen and Sirius |