

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/02/2021

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |

### ORDER AUTHORIZING BP EXPLORATION & PRODUCTION INC. TO FILE EXHIBIT REDACTED FOR CONFIDENTIALITY
[Relates to Docket No. 982]

Upon the *Motion of BP Exploration & Production Inc. to File Exhibit Redacted for Confidentiality* (the "Motion");² and upon consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having jurisdiction pursuant to 28 U.S.C. § 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there exists just cause for the relief granted herein; and after discussions between BP, the Debtors and the U.S. Trustee regarding the requested relief, and no objections having been filed, it is **HEREBY ORDERED** that:

1. Omitted.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

² Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

2. To the extent it has not already done so, BP is authorized, but not directed, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9037-1, to file an unredacted version of the Confidential Exhibit under seal with the Court and a redacted version of the Confidential Exhibit on the public docket.

3. The Confidential Exhibit is confidential and the unredacted version shall remain under seal and shall not be made available to anyone, except with prior written consent of BP; *provided, however*, to the extent it has not already done so, BP shall serve upon the Debtors an unredacted copy of the Confidential Exhibit.

4. Any party who receives the unredacted version of the Confidential Exhibit in accordance with this Order shall not disclose or otherwise disseminate it, or the information contained therein, to any other person or entity without the prior written consent of BP.

5. BP is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 02, 2021

Marvin Isgur
United States Bankruptcy Judge