IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON APRIL 9, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **April 9, 2021 at 2:00 p.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. John-Paul Hanson, Managing Director, Houlihan Lokey Capital, Inc.;

3. Any witness called or listed by any other party; and

4. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

# EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code (Docket No. 930) | | | | |
| 2. | Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief Filed by Debtor Fieldwood Energy LLC (Docket No. 1023) | | | | |
| 3. | Declaration re: / Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief (Docket No. 1024) | | | | |
| 4. | Third Amended Chapter 11 Plan Filed by Fieldwood Energy LLC (Docket No. 1115) | | | | |
| 5. | Disclosure Statement for Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors (Docket No. 1117) | | | | |
| 6. | Emergency Motion of Debtors for Order (I) Approving Entry Into First Lien Exit Facility Commitment Letter and Related Fee Letter, (II) Authorizing Incurrence and Payment of Certain Fees and Costs in Connection Therewith, and (III) Granting Related Relief (Docket No. 1165) | | | | |
| 7. | Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Approving Entry Into First Lien Exit Facility Commitment Letter and Related Fee Letter, (II) Authorizing Incurrence and Payment of Certain Fees and Costs in Connection Therewith, and (III) Granting Related Relief (Docket No. 1166) | | | | |
| 8. | Scheduling Order (Docket No. 1224) | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 9. | Affidavit Re: Mailings for the Period from February 28, 2021 through March 6, 2021 (Docket No. 975) | | | | |
| 10. | Affidavit Re: Mailings for the Period from March 14, 2021 through March 20, 2021 (Docket No. 1155) | | | | |
| 11. | Affidavit Re: Mailings for the Period from March 21, 2021 through March 27, 2021 (Docket No. 1204) | | | | |
| 12. | Any exhibit designated by any other party | | | | |
| 13. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 14. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: April 7, 2021
      Houston, Texas

                                Respectfully submitted,

                                _/s/ Alfredo R. Pérez_
                                WEIL, GOTSHAL & MANGES LLP
                                Alfredo R. Pérez (15776275)
                                700 Louisiana Street, Suite 1700
                                Houston, Texas 77002
                                Telephone: (713) 546-5000
                                Facsimile: (713) 224-9511
                                Email: Alfredo.Perez@weil.com

                                -and-

                                WEIL, GOTSHAL & MANGES LLP
                                Matthew S. Barr (admitted _pro hac vice_)
                                Jessica Liou (admitted _pro hac vice_)
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007
                                Email: Matt.Barr@weil.com
                                             Jessica.Liou@weil.com

                                _Attorneys for Debtors and Debtors in Possession_

**Certificate of Service**

    I hereby certify that on April 7, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                 */s/  Alfredo R. Pérez*  
                                                                                 Alfredo R. Pérez