IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | Re: Docket No. 684 |
| | § | |

## ORDER DENYING LLOG EXPLORATION OFFSHORE, L.L.C.'S MOTION FOR ADEQUATE PROTECTION

Upon the motion filed by LLOG Exploration Offshore, L.L.C. ("**LLOG**") dated December 21, 2020, *LLOG Exploration Offshore, L.L.C.'s Motion for Adequate Protection*, [Docket No. 684] (the "**Motion**")[2], in the above-captioned chapter 11 cases of Fieldwood Energy LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to sections 361 and 363 of title 11 of the United States Code (the "**Bankruptcy Code**") requesting relief in the form of an order requiring Debtors to authorize the escrow of certain funds during the pendency of the above-captioned Chapter 11 cases, as more fully set forth in the Motion; and upon the objection of the Debtors dated January 11, 2021 [Docket No. 758]; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334(b), consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held by the Court on the Motion on January 25, 2021 (the "**Hearing**"); and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is denied without prejudice.

Dated: _____, 2021

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE