IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-3948 |
| | § | |
| **FIELDWOOD ENERGY LLC,** *et al.,* | § | Chapter 11 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**
**(Related to Proof of Claim No. 88)**

By this Notice of Withdrawal of Proof of Claim, SBM Gulf Production, LLC withdraws Proof of Claim No. 88 filed on November 24, 2020 against Fieldwood Energy LLC.

Dated:  April 7, 2021               Respectively Submitted,

By: */s/ Kenneth Green*
    Kenneth Green
    Texas State Bar No. 24036677
    Snow & Green LLP
    P. O. Box 549
    Hockley, TX 77447
    Tele:  713-335-4800
    Fax:   713-335-4848
    Email:  ken@snow-green.com

**ATTORNEYS FOR SBM GULF PRODUCTION, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 7, 2021, a true and correct copy of this document was served by electronic means via the Court's ECF noticing system.

*/s/ Kenneth Green*
Kenneth Green