## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Seth Botos, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On March 31, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached here to as **Exhibit A**:

- Order Granting Second Interim Fee Application of Cole Schotz P.C. for Allowance of Compensation for Services Rendered as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2020 through January 31, 2021 [Docket No. 1191]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: April 5, 2021

<div style="text-align: right;">

_/s/ Seth Botos_
Seth Botos

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 5, 2021, by Seth Botos, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

_/s/ JAMES A. MAPPLETHORPE_
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 52453

## Exhibit A

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. WARNER & BENJAMIN L. WALLEN | | | | | MWARNER@COLESCHOTZ.COM; BWALLEN@COLESCHOTZ.COM | Email |
| DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, NATASHA TSIOURIS, JOSHUA Y. STURM AND MICHAEL P. PERA | 450 LEXINGTON AVENUE | NEW YORK | NY | 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; MICHAEL.PERA@DAVISPOLK.COM; JOSHUA.STURM@DAVISPOLK.COM | First Class Mail and Email |
| FIELDWOOD ENERGY LLC | ATTN: MIKE DANE & TOMMY LAMME | | | | | MDANE@FWELL.COM; TLAMME@FWELLC.COM | Email |
| HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., AND MARTHA WYRICK | 1221 MCKINNEY STREET, SUITE 4000 | HOUSTON | TX | 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM; MARTHA.WYRICK@HAYNESBOONE.COM | First Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM | 515 RUSK AVE., STE. 3516 | HOUSTON | TX | 77002 | STEPHEN.STATHAM@USDOJ.GOV; HECTOR.DURAN.JR@USDOJ.GOV; USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| STROOCK & STROOCK & LAVAN LLP | ATTN: KRISTOPHER M. HANSEN, FRANK A. MEROLA, JONATHAN D. CANFIELD, SHERRY J. MILLMAN & KENNETH PASQUALE | | | | | KHANSEN@STROOCK.COM; FMEROLA@STROOCK.COM; JCANFIELD@STROOCK.COM; SMILLMAN@STROOCK.COM; KPASQUALE@STROOCK.COM | Email |
| WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ | | | | | ALFREDO.PEREZ@WEIL.COM; BRENDA.FUNK@WEIL.COM; CLIFFORD.CARLSON@WEIL.COM; JUSTIN.PITCHER@WEIL.COM; RENE.OLVERA@WEIL.COM; CHRISTOPHER.JALOMO@WEIL.COM; ERIN.CHOI@WEIL.COM; JAKE.RUTHERFORD@WEIL.COM | Email |
| WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, JESSICA LIOU | | | | | MATT.BARR@WEIL.COM; JESSICA.LIOU@WEIL.COM | Email |