UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____Texas_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Craig A. Duewall<br>Greenberg Traurig, LLP<br>300 West Sixth Street, Suite 2050<br>Austin, Texas 78701<br>512-320-7200; email: DuewallC@gtlaw.com<br>Texas Bar No. 24025334 |

Seeks to appear as the attorney for this party:

| BP Exploration & Production, Inc. | |
|---|---|
| Dated: April 8, 2021 | Signed: /s/ Craig A. Duewall |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:                    Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                 United States Bankruptcy Judge