IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**NOTICE OF AMENDED AGENDA OF MATTERS SET FOR
HEARING ON APRIL 9, 2021 AT 2:00 P.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Amended Agenda of Matters Set for Hearing on **April 9, 2021 at 2:00 p.m. (CST)** before the Honorable Marvin Isgur.

I.  **CONTESTED MATTERS:**

1.  **Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code (ECF No. 930)**

    **Status:** This matter is going forward on a contested basis.

    **Responses:**

    A.  Joinder of North American Specialty Insurance Company in Objection to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) **(ECF No. 1126)**

    B.  Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company's (I) Objection to Debtors' Second Motion for Entry of an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| | |
|---|---|
| | Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code and (II) Joinder to (A) Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code and (B) Objection of Eni Petroleum US LLC and ENI US Operating Co. Inc. to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(ECF No. 1129)** |
| C. | Joinder of Lexon Insurance Company, Ironshore Indemnity Inc., Endurance American Insurance Company and Ironshore Specialty Insurance Company to the Objection of Eni Petroleum US LLC and ENI US Operating Co. Inc. to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(ECF No. 1137)** |
| D. | JX Nippon Oil Exploration (U.S.A.) Limited's Joinder in Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code (P-1091) and Objection of Eni Petroleum US LLC and ENI US Operating Co. Inc. to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code (P-1093) **(ECF No. 1142)** |

**Resolved Responses:**

| | |
|---|---|
| E. | Objection of Eni Petroleum US LLC and Eni US Operating Co. Inc. to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(ECF No. 1093)**; Notice of Withdrawal of Objection Filed **(ECF No. 1228)** |
| F. | Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code **(ECF No. 1091)**; Notice of Withdrawal of Objection Filed **(ECF No. 1231)** |

**Related Documents:**

| | |
|---|---|
| G. | Notice of Withdrawal of Objection of Eni Petroleum US LLC and Eni US Operating Co. Inc. to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code **(ECF No. 1228)** |

    H.    Notice of Withdrawal of Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to Debtors' Second Motion for Entry of An Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code **(ECF No. 1231)**

    I.    Debtors' Reply in Support of Second Motion for Entry of an Order Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code **(ECF No. 1235)**

**Witness and Exhibit List:**

    J.    Debtors' Witness and Exhibit List for Hearing on April 9, 2021 **(ECF No. 1225)**

2. **Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief (ECF No. 1023)**

   **Status:**    This matter is going forward on a contested basis.

   **Responses:**

       A.    Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company's (A) Objection to Emergency Motion of Debtors for an Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief and (B) Joinder to Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1128)**

       B.    Joinder of Lexon Insurance Company, Ironshore Indemnity Inc., Endurance American Insurance Company and Ironshore Specialty Insurance to the Objection of ENI US Operating Co. Inc. and ENI Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1136)**

       C.    JX Nippon Oil Exploration (U.S.A.) Limited's Joinder in Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief (P-1110) **(ECF No. 1143)**

**Resolved Objections:**

D. Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1110)**; Notice of Withdrawal of Objection filed **(ECF No. 1228)**

**Replies:**

E. Ad Hoc Group's Statement in Support of the Debtors' (A) Motion and Reply in Support of the Disclosure Statement and (B) Emergency Motion for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1125)**

**Related Documents:**

F. Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1024)**

G. Notice of Adjournment on Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1039)**

H. Notice of Proposed Schedule **(ECF No. 1179)**

I. Scheduling Order **(ECF No. 1224)**

J. Notice of Withdrawal of Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF No. 1228)**

**Witness and Exhibit Lists:**

K. Debtors' Amended Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 1138)**; amends Debtors' Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 1083)** amends Debtors' Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 991)**

L.     Amended Exhibit and Witness List of Eni Petroleum US LLC and Eni US Operating Co. Inc. for Disclosure Statement and Backstop Hearing Set for March 24, 2021 at 1:30 p.m. **(ECF No. 1081)**; amends Exhibit and Witness List of Eni Petroleum US LLC and Eni US Operating Co. Inc. for Disclosure Statement for March 15, 2021 at 11:00 a.m. **(ECF No. 974)**

M.     Notice of Exhibits and Witnesses to be Offered by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company at the March 21, 2021 Hearing **(ECF No. 1089)**; amends Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company Witness and Exhibit List **(ECF No. 977)**; amends Lexon Insurance Company and Endurance American Insurance Company's Witness and Exhibit List **(ECF No. 968)**

N.     Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company's Collective Amended Witness and Exhibit List for March 24, 2021 Video/Telephonic Hearing **(ECF No. 1063)** amends Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company Witness and Exhibit List **(ECF No. 1031)**

O.     Ad Hoc Group of Secured Lenders' Witness and Exhibit List for Hearing on March 24, 2021 at 1:30 P.M. **(ECF No. 1086)**

P.     BP Exploration & Production Inc.'s Witness and Exhibit List **(ECF No. 1092)**

Q.     Debtors' Witness and Exhibit List for Hearing on April 9, 2021 **(ECF No. 1225)**

## II. UNCONTESTED MATTER:

3. **Emergency Motion of Debtors for Order (I) Approving Entry Into First Lien Exit Facility Commitment Letter and Related Fee Letter, (II) Authorizing Incurrence and Payment of Certain Fees and Costs in Connection Therewith, and (III) Granting Related Relief (ECF No. 1165)**

   **Status:**     The Debtors have not received any objections to this motion.

   **Responses:**     None

   **Related Documents**

   A.     Declaration of John-Paul Hanson in Support of Emergency Motion of Debtors for Order (I) Approving Entry Into First Lien Exit

Facility Commitment Letter and Related Fee Letter, (II) Authorizing Incurrence and Payment of Certain Fees and Costs in Connection Therewith, and (III) Granting Related Relief **(ECF No. 1166)**

**Witness and Exhibit List:**

    B.    Debtors' Witness and Exhibit List for Hearing on April 9, 2021 **(ECF No. 1225)**

Dated: April 8, 2021
Houston, Texas

Respectfully submitted,

  /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on April 8, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez