IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al.,[1] | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED'S NOTICE OF WITHDRAWAL OF ITS JOINDER IN (I) OBJECTION TO DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING EXCLUSIVE PERIODS PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE AND (II) OBJECTION TO EMERGENCY MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING ENTRY INTO BACKSTOP COMMITMENT LETTER, (II) APPROVING OBLIGATIONS THEREUNDER, AND (III) GRANTING RELATED RELIEF

JX Nippon Oil Exploration (U.S.A.) Limited ("Nippon") hereby files this withdrawal of (1) its *Joinder in Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of Bankruptcy Code (P-1091) and Objection of Eni Petroleum US LLC and ENI US Operating Co., Inc. to Debtors' Second Motion for Entry of An Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code (P-1093)* (P-1142) filed on March 24, 2021 (the "Exclusivity Objection"); and (2) its *Joinder in Objection of Eni US Operating Co., Inc. and Eni Petroleum US LLC to Approval of Emergency Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*(III) Granting Related Relief (P-1110)* (P-1143) filed on March 24, 2021 (the "Backstop Objection").  Nippons's withdrawal of the Exclusivity Objection and Backstop Objection is limited to objections to approval of (i) the *Debtors' Second Motion for Entry of an Order Further Extending Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code* (P-930); and (ii) *Emergency Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* (P-1023), respectively, and Nippon otherwise reserves all rights, remedies and objections under the Bankruptcy Code and/or applicable law.

Dated:  April 9, 2021

        Respectfully submitted,

        CARVER, DARDEN, KORETZKY, TESSIER,
        FINN, BLOSSMAN & AREAUX  L. L. C.

        By:   /s/  Leann O. Moses
        Leann Opotowsky Moses (TX # 15291750)
        Peter J. Segrist (LA # 35314)
        1100 Poydras Street, Suite 3100
        New Orleans, Louisiana  70163
        Telephone: (504) 585-3800
        Telecopier: (504) 585-3801
        moses@carverdarden.com

        And

        GIEGER, LABORDE & LAPEROUSE, L.L.C.

        By:   /s/  Lambert M. Laperouse
        Lambert M. Laperouse (TX # 24082214)
        5151 San Felipe, Suite 750
        Telephone: (832) 255-6002
        Facsimile: (832) 255-6001
        laperouse@glllaw.com

        **Counsel for**
        **JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading has been served on those parties receiving electronic notification via the Court's CM/ECF System on April 9, 2021.

    /s/  Leann O. Moses