IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Docket No. 1047 |

**CERTIFICATE OF NO OBJECTION TO DEBTORS' MOTION
PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING
AND APPROVING SETTLEMENT AGREEMENT BETWEEN DEBTORS AND
RENAISSANCE OFFSHORE LLC AND (II) GRANTING RELATED RELIEF**

1. On March 17, 2021, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Authorizing and Approving Settlement Agreement Between Debtors and Renaissance Offshore LLC and (II) Granting Related Relief* (Docket No. 1047) (the "**Motion**"). Objections to the Motion were required to be filed and served by April 7, 2021 (the "**Objection Deadline**").

2. In accordance with paragraph 41 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel files this Certificate of No Objection and represents to the Court that (i) more than 24 hours have passed since the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Deadline, (ii) the undersigned counsel is unaware of any objections to the Motion, and (iii) the undersigned counsel has reviewed the Court's docket and no objection or response to the Motion appears thereon.

      3.      Therefore, the Debtors respectfully request entry of the proposed order filed with the Motion, attached hereto as **Exhibit A**.

Dated:  April 9, 2021
       Houston, Texas

                      Respectfully submitted,

                        /s/  Jessica Liou
                      WEIL, GOTSHAL & MANGES LLP
                      Alfredo R. Pérez (15776275)
                      700 Louisiana Street, Suite 1700
                      Houston, Texas 77002
                      Telephone:  (713) 546-5000
                      Facsimile:  (713) 224-9511
                      Email:   Alfredo.Perez@weil.com

                      -and-

                      WEIL, GOTSHAL & MANGES LLP
                      Matthew S. Barr (admitted *pro hac vice*)
                      Jessica Liou (admitted *pro hac vice*)
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:  (212) 310-8007
                      Email:   Matt.Barr@weil.com
                                Jessica.Liou@weil.com


                      *Attorneys for Debtors*
                      *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on April 9, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                     */s/ Jessica Liou*
                                                                                      Jessica Liou