# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, April 9, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Omar | Alaniz | Reed Smith LLP | Hess Corporation |
| Brandon | Bains | Langley LLP | Liberty; Hanover; Travelers; and XL |
| Zachary | Balasko | U.S. Department of Justice | U.S. Department of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Ins. Co. |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Clifford | Carlson | Weil | Debtors |
| Kevin | Chiu | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Erin | Choi | Weil | Debtors |
| Mark | Dendinger | Bracewell LLP | Eni US Operating Co. Inc. and Eni Petroleum US LLC |
| Craig | Duewall | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| philip | eisenberg | locke lord llp | US Specialty Insurance Company and HCCI |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Energy Corporation |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs, as First Lien First Out Agent and Lender |
| Emanuel | Grillo | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Ayala | Hassell | Pachulski Stang Zeihl & Jones | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration and Production Inc. |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Jessica | Liou | Weil | Debtors |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Ltd. |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquel | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Jim | Prince | Baker Botts | Hunt Oil Company |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH, LLC |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Kelly | Singer | Squire Patton Boggs (US) LLP | Ecopetrol America LLC |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay Taylor | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Bill | Wallander | Vinson & Elkins | Goldman Sachs |
| Michael | Warner | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Aspen, Berkley, Sirius and Everest |