IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON APRIL 14, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **April 14, 2021 at 2:30 p.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Michael T. Dane, Senior Vice President and Chief Financial Officer, Fieldwood Energy LLC;

2. Any witness called or listed by any other party; and

3. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Omnibus Reply of Debtors to Objections to Disclosure Statement (Docket No. 1124) | | | | |
| 2. | Scheduling Order (Docket No. 1224) | | | | |
| 3. | Fourth Amended Chapter 11 Plan Filed by Fieldwood Energy LLC (Docket No. 1252) | | | | |
| 4. | Notice of Filing of Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors (Docket No. 1253) | | | | |
| 5. | Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors (Docket No. 1254) | | | | |
| 6. | Notice of Filing of Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors (Docket No. 1255) | | | | |
| 7. | Affidavit Re: Mailings for the Period from March 21, 2021 through March 27, 2021 (Docket No. 1204) | | | | |
| 8. | Affidavit Re: Mailings for the Period from January 3, 2021 through January 9, 2021 (Docket No. 761) | | | | |
| 9. | Affidavit Re: Mailings for the Period from January 24, 2021 through January 30, 2021 (Docket No. 855) | | | | |
| 10. | Affidavit Re: Mailings for the Period from February 7, 2021 through February 13, 2021 (Docket No. 891) | | | | |
| 11. | Affidavit Re: Mailings for the Period from February 21, 2021 through February 27, 2021 (Docket No. 940) | | | | |
| 12. | Affidavit Re: Mailings for the Period from February 28, 2021 through March 6, 2021 (Docket No. 975) | | | | |
| 13. | Affidavit Re: Mailings for the Period from March 7, 2021 through March 13, 2021 (Docket No. 1052) | | | | |
| 14. | Affidavit Re: Mailings for the Period from March 14, | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| | 2021 through March 20, 2021 (Docket No. 1155) | | | | |
| 15. | Any exhibit designated by any other party | | | | |
| 16. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 17. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: April 12, 2021
       Houston, Texas

                                        Respectfully submitted,

                                        /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
            Jessica.Liou@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

    I hereby certify that on April 12, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                  */s/ Alfredo R. Pérez*  
                                                                                  Alfredo R. Pérez