UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
04/12/2021

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Texas__:

| | |
|---|---|
| Name | Craig A. Duewall |
| Firm | Greenberg Traurig, LLP |
| Street | 300 West Sixth Street, Suite 2050 |
| City & Zip Code | Austin, Texas 78701 |
| Telephone | 512-320-7200; email: DuewallC@gtlaw.com |
| Licensed: State & Number | Texas Bar No. 24025334 |

Seeks to appear as the attorney for this party:

BP Exploration & Production, Inc.

Dated: April 8, 2021          Signed: /s/ Craig A. Duewall

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated:          Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: April 12, 2021

Marvin Isgur
United States Bankruptcy Judge