IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON APRIL 14, 2020 AT 2:30 P.M. (CST)

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on **April 14, 2021 at 2:30 p.m. (CST)** before the Honorable Marvin Isgur.

1. **Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief (ECF No. 724)**

    Status:  This matter is going forward on a contested basis.

    Unresolved Responses:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

A. Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 759); amended by (ECF No. 1082)**

B. Valero Marketing and Supply Company's Limited Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 795)**

C. Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 900)** and Notice of Filing Amended Exhibit A to Objection **(ECF No. 994)**

D. Objection by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company to the Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief **(ECF No. 932)**;

   a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

E. Energy Transfer's Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 954)**

F. Objection Joinder of EnVen Energy Ventures, LLC to the (A) Objection of Chevron U.S.A. Inc. and Noble Energy, Inc., (B) Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC, (C) Objection of Marathon Oil Company, and (D) Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and its Affiliated Debtors **(ECF No. 955)**

G. Atlantic Maritime Services LLC's Reservation of Rights with Regard to Debtors' Motion to Approve Disclosure Statement **(ECF No. 976)**

H. Freeport-McMoran Oil & Gas LLC and McMoran Oil & Gas LLC's Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLCand Its Affiliated Debtors **(ECF No. 978)**

I. ConocoPhillips Company, The Louisiana Land & Exploration Company, and Burlington Resources Offshore's Joinder In the Disclosure Statement Objection of Freeport-McMoran Oil & Gas LLC and McMoran Oil & Gas LLC **(ECF No. 979)**

J. Merit Energy Company, LLC's Joinder In the Disclosure Statement Objection of Freeport-McMoran Oil & Gas LLLC and McMoran Oil & Gas LLC **(ECF No. 980)**

K. Objection Hunt Oil Company, Chieftain International (U.S.) L.L.C., and Hunt Chieftain Development, L.P.'s Joinder to the (a) Objection of Chevron U.S.A. Inc. and Noble Energy, Inc., (b) Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC, (c) Objection of Marathon Oil Company, and (d) Objection of ENI US Operating Co. Inc. and ENI Petroleum US LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and its Affiliated Debtors **(ECF No. 981)**

L. Objection of JX Nippon Oil Exploration (U.S.A.) Limited to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLLC and Its Affiliated Debtors and Joinder in the Objection of XTO Offshore, Inc., HHE Energy Company and XH LLC, of Chevron U.S.A., Inc. and Noble Energy, Inc., and of Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company **(ECF No. 983)**

M. Objection by Samson Contour Energy E & P, LLC to the Adequacy of the Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 990)**

N. Joinder of LLOG Exploration Offshore, L.L.C., and LLOG Energy, L.L.C., to the (A) Objection of Chevron U.S.A. Inc. and Noble Energy, Inc., (B) Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC, (C) Objection of Marathon Oil Company, and (D) Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 992)**

O. Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company's Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (III) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid

        Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief **(ECF No. 996)**

        a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

P.   Joinder to Objections, and Objections, by Helis Oil & Gas Company, LLC to the Adequacy of the Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1007)**

Q.   Objection of North American Specialty Insurance Company to Debtor's Motion to Approve the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy LLC and Affiliated Debtors **(ECF No. 1030)**

        a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

R.   Objection of Zurich American Insurance Company to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1032)**

        a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

S.   HCC International Insurance Company PLC's Objection to the Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1033); Corrected Objection filed (ECF No. 1054)**

        a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

T.   W&T Offshore, Inc. and W&T Energy VI, LLC's Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1034)**

U.   U.S. Specialty Insurance Company's Objection to the Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1035)**

        a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

V. Philadelphia Indemnity Insurance Company's Objection to the Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1036)**

   a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

W. Objection of The Hanover Insurance Company; Liberty Mutual Insurance Company; Travelers Casualty & Surety Company of America; and XL Specialty Insurance Company to the Disclosure Statement and/or Chapter 11 Plan of the Debtors **(ECF No. 1040)**

   a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

X. HCC International Insurance Company PLC's <u>Corrected</u> Objection to the Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1054)**

   a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

Y. Objection and Joinder of Shell Offshore, Inc. to the (A) Objection of Chevron U.S.A., Inc. and Noble Energy, Inc., (B) Objection of XTO Offshore, Inc., HHE Energy Company, and XH LLC, (C) Objection of Marathon Oil Company, (D) Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC, and (E) Objection of Sea Robin Pipeline Company, LLC, West Cameron Dehydration Company, L.L.C., Florida Gas Transmission, LLC, Stingray Pipeline Company, L.L.C., Trunkline Gas Company, LLC, and Trunkline Field Services LLC (collectively, "Energy Transfer"), and (F) Objection of Freeport-McMoran Oil & Gas LLC and McMoran Oil & Gas LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1056)**

Z. Joinder of CNOOC Petroluem Offshore U.S.A., Inc., to Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1060)**

AA. Chevron U.S.A. Inc. and Noble Energy, Inc.'s Reservation of Rights in Connection with Debtors' Disclosure Statement for Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1061)**

BB. BP Exploration & Production Inc.'s Objection, and Joinder to Objections, to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Proposed Voting and Tabulation Procedures, (III) Procedures for Executory Contract Assumption and Assignment, and (IV) Procedures for Assignment and Transfer of Property of the Estate **(ECF No. 1064)**

CC. RLI Insurance Company's Objection to Debtors' Disclosure Statement and Proposed Voting Procedures **(ECF No. 1065)**

   a. **Debtors held a planning conference with the sureties on April 9, 2021 to discuss open disclosure issues and are working to address the limited issues raised at the conference.**

DD. Supplemental Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Debtors' Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization **(ECF No. 1066)**

EE. Objection and Joinder of Cox Entities to Various Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1067)**

FF. Samson Contour Energy E & P, LLC's Reservation of Rights and Joinder in Chevron U.S.A. Inc. and Nobel Energy, Inc.'s Reservation of Rights in Connection with the Debtors' Disclosure Statement for Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1069)**

GG. Supplemental Objection by XTO Offshore, Inc., HHE Energy Company, and XH LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors and Joinder in Other Objections **(ECF No. 1082)**

HH. United States Department of the Interiors' Objection to the Disclosure Statement for Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1095)**

**Resolved Responses:**

II. Chevron U.S.A. Inc. and Noble Energy, Inc.'s Objection to Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) Proposed Voting and Tabulation Procedures, (III) Procedures for Executory Contract Assumption and Assignment, and (IV) Procedures for Assignment and Transfer of Property of the Estate **(ECF No. 880);** Notice of Withdrawal **(ECF No. 1114)**

JJ.      Chevron U.S.A. Inc. and Noble Energy, Inc.'s Notice of Withdrawal of Their Objections to Approval of Debtors' Disclosure Statement **(ECF No. 1114)**

KK.      Brian Cloyd's Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 883) );** Notice of Withdrawal **(ECF No. 1154)**

LL.      Notice of Withdrawal of Brian Cloyd's Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1154)**

MM.      Lewis Andrews and Patrick Burnett Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 884);** Notice of Withdrawal **(ECF No. 1153)**

NN.      Notice of Withdrawal of Lewis Andrews and Patrick Burnett Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1153)**

OO.      Marathon Oil Company's Objection to Debtors' Disclosure Statement, Procedures for Assumption of Executory Contracts and Transfer of Property of the Estate **(ECF No. 924)**; withdrawn by email to Debtors' counsel on April 8, 2021

PP.      Joinder of Marathon Oil Company to the (A) Supplemental Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Debtors' Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization and (B) Supplemental Objection by XTO Offshore, Inc., HHE Energy Company, and XH LLC to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC and Its Affiliated Debtors **(ECF No. 1109)**; withdrawn by email to Debtors' counsel on April 8, 2021

QQ.      Objection of Eni US Operating Co. Inc. and Eni Petroleum US LLC to Approval of Debtors' Disclosure Statement for Debtors' Joint Chapter 11 Plan of Reorganization **(ECF No. 937); Supplemental filed (ECF No. 1066);** withdrawn by email to Debtors' counsel on April 9, 2021

RR.      Hess Corporation's Joinder in Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 993)**; withdrawn by email to Debtors' counsel on April 8, 2021

**<u>Replies and Briefs in Support</u>:**

SS.      Omnibus Reply of Debtors to Objections to Disclosure Statement **(ECF No. 1124)**

TT. Ad Hoc Group's Statement In Support of the Debtors' (A) Motion and Reply In Support of the Disclosure Statement and (B) Emergency Motion for Order (I) Authorizing Entry Into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief **(ECF 1125)**

**Related Documents:**

UU. Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 722)**

VV. Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 723)**

WW. Notice of Hearing to Consider Approval of Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code **(ECF No. 733)**

XX. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 814)**

YY. Corrected Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 815)**

ZZ. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 885)**

AAA. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 933)**

BBB. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 949)**

CCC. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 984)**

DDD. Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1020)**

EEE. Notice of Filing Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1021)**

FFF. Disclosure Statement for Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1022)**

GGG. Notice of Filing of Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1025)**

HHH. Notice of Adjournment of Hearing to Approve Disclosure Statement **(ECF No. 1038)**

III. Second Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1098)**

JJJ. Second Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1098)**

KKK. Notice of Filing of Second Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1099)**

LLL. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1102)**

MMM. Notice of Filing of Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1104)**

NNN. Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1115)**

OOO. Notice of Filing of Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1116)**

PPP. Disclosure Statement for Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1117)**

QQQ. Notice of Filing of Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1118)**

RRR. Notice of Filing of Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; and (VII) Granting Related Relief **(ECF No. 1123)**

SSS. Notice of Discovery Conference and Certain Hearing Dates **(ECF No. 1158)**

TTT. Approved Stipulation and Order on Providing Information between the Debtors and Debtors in Possession and Chevron U.S.A. Inc. and Noble Energy, Inc. **(ECF No. 1183)**

UUU. Approved Stipulation and Order on Providing Information between the Debtors and Debtors in Possession and Chevron U.S.A. Inc. and Noble Energy, Inc. **(ECF No. 1200)**

VVV. Scheduling Order **(ECF No. 1224)**

WWW. Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1252)**

XXX. Notice of Filing Fourth Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1253)**

YYY. Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1254)**

ZZZ. Notice of Filing of Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Fieldwood Energy LLC and Its Affiliated Debtors **(ECF No. 1255)**

**Witness and Exhibit List:**

AAAA. Debtors' Witness and Exhibit List **(ECF No. 991)**

BBBB. Lexon Insurance Company and Endurance American Insurance Company's Witness and Exhibit List **(ECF No. 968)**

CCCC. McMoran Oil & Gas LLC's Witness and Exhibit List **(ECF No. 969)**

DDDD. U.S. Specialty Insurance Company's Witness and Exhibit List **(ECF No. 970)**

EEEE. HCC International Insurance Company PLC's Witness and Exhibit List **(ECF No. 971)**

FFFF. Lewis Andrews and Patrick Burnett's Witness and Exhibit List (ECF No. 972); amended by **(ECF No. 1079)**

GGGG. Brian Cloyd's Witness and Exhibit List (ECF No. 973); amended by **(ECF No. 1080)**

HHHH. Exhibit and Witness List of Eni Petroleum US LLC And Eni US Operating Co. Inc. for Disclosure Statement for March 15, 2021 at 11:00 a.m. **(ECF No. 974)**

IIII. Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company Witness and Exhibit List **(ECF No. 977)**

JJJJ. Zurich American Insurance Company Witness and Exhibit List **(ECF No. 1017)**

KKKK. RLI Insurance Company Witness and Exhibit List **(ECF No. 1029)**

LLLL. Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company Witness and Exhibit List **(ECF No. 1031)**

MMMM. Philadelphia Indemnity Insurance Company's Witness and Exhibit List **(ECF No. 1037)**

NNNN. Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company's Collective Amended Witness and Exhibit List for March 24, 2021 Video/Telephonic Hearing **(ECF No. 1063)**

OOOO. Cox Entities' Witness and Exhibit List for Hearing Scheduled for March 24, 2021 at 1:30 P.M. **(ECF No. 1068)**

PPPP. XTO Offshore, Inc., HHE Energy Company, and XH LLLC's Witness and Exhibit List for Hearings Scheduled for March 24, 2021 at 1:30 P.M. **(ECF No. 1072)**

QQQQ. Lewis Andrews and Patrick Burnett's Amended Witness and Exhibit List for Disclosure Statement Hearing **(ECF No. 1079)**

RRRR. Brian Cloyd's Amended Witness and Exhibit List for Disclosure Statement Hearing **(ECF No. 1080)**

SSSS. Amended Exhibit and Witness List of Eni Petroleum US LLC and Eni US Operating Co. Inc. for Disclosure Statement and Backstop Hearing Set for March 24, 2021 at 1:30 p.m. **(ECF No. 1081)**

TTTT. Debtors' Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 1083)**

UUUU. HCC International Insurance Company PLC's Combined Witness and Exhibit List **(ECF No. 1084)**

VVVV. U.S. Specialty Insurance Company's Witness and Exhibit List **(ECF No. 1085)**

WWWW. Ad Hoc Group Of Secured Lenders' Witness and Exhibit List for Hearing on March 24, 2021 at 1:30 p.m. List **(ECF No. 1086)**

XXXX. EnVen Energy Ventures, LLC's Witness and Exhibit List for Hearing on March 24, 2021 at 1:30 p.m. List **(ECF No. 1087)**

YYYY. Hunt Oil Company and its subsidiaries Chieftain International (U.S.) L.L.C. (formerly Chieftain International (U.S.), Inc.) and Hunt Chieftain

Development, L.P. Witness and Exhibit List for Hearing on March 24, 2021 at 1:30 p.m. List **(ECF No. 1088)**

ZZZZ. Notice of Exhibits and Witnesses to be Offered by Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company at the March 21, 2021 Hearing **(ECF No. 1089)**

AAAAA. Shell Offshore, Inc.'s Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 1090)**

BBBBB. BP Exploration & Production Inc.'s Witness and Exhibit List **(ECF No. 1092)**

CCCCC. Philadelphia Indemnity Insurance Company Witness and Exhibit List for the Hearing Scheduled for March 24, 2021 at 1:30 p.m. **(ECF No. 1094)**

DDDDD. Zurich American Insurance Company's Witness and Exhibit List for the Hearing Scheduled for March 24, 2021 at 1:30 p.m. **(ECF No. 1096)**

EEEEE. The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty and Surety Company of America, and XL Specialty Insurance Company's Witness and Exhibit List **(ECF No. 1097)**

FFFFF. Debtors' Amended Witness and Exhibit List for Hearing on March 24, 2021 **(ECF No. 1138)**

GGGGG. Debtors' Witness and Exhibit List for Hearing on April 14, 2021 **(ECF No. 1261)**

Dated: April 13, 2021
      Houston, Texas

Respectfully submitted,

  /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on April 13, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                        /s/ Alfredo R. Pérez
                                                        Alfredo R. Pérez