UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**WITHDRAWAL OF JOINDER OF CNOOC PETROLEUM OFFSHORE U.S.A., INC., TO OBJECTIONS TO THE DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF FIELDWOOD ENERGY, LLC AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

CNOOC Petroleum Offshore U.S.A., Inc., withdraws its *Joinder of CNOOC Petroleum Offshore U.S.A., Inc., to Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Fieldwood Energy, LLC, and its Affiliated Debtors* [Dkt. No. 1060] without prejudice to its rights to assert any and all objections to confirmation of any proposed plan on any and all grounds.

April 13, 2021

Respectfully submitted,

*/s/ Peter C. D'Apice*
Peter C. D'Apice
State Bar No. 05377783
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
(214) 969-4900
(214) 969-4999 (facsimile)
dapice@sbep-law.com

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

2

## CERTIFICATE OF SERVICE

      I certify that on April 13, 2021, the foregoing document was served by ECF on those parties registered for ECF.

                                        */s/ Peter C. D'Apice*
                                        Peter C. D'Apice