IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **FIELDWOOD ENERGY LLC**, *et al.*,[1] | § | Case No. 20-33948 (MI) |
| | § | (Jointly Administered) |
| | § | |
| DEBTORS. | § | (Chapter 11) |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead") appears on behalf of Japex (U.S.) Corp. ("Japex") and hereby submits this notice of appearance in the above-captioned proceedings and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Rules 2002, 3011, 3017, 5009, 9007, and 9010 (if applicable) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §§ 342 and 1109(b) (if applicable) of title 11 of the U.S. Code (the "Bankruptcy Code").

All notices given or required to be given in these Chapter 11 Cases shall be given to and served upon Winstead at the following address:

> Sean B. Davis
> Steffen R. Sowell
> **WINSTEAD PC**
> 600 Travis Street
> Suite 5200
> Houston, Texas 77002
> Telephone: (713) 650-8400

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Facsimile: (713) 650-2400
E-mail: sbdavis@winstead.com
E-mail: ssowell@winstead.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced Chapter 11 Cases and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Japex intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (*i*) the right of Japex to object and/or not consent to entry of final orders by a Bankruptcy Judge in non-core matters and request that final orders in non-core matters be entered only after de novo review by a District Judge; (*ii*) the right of Japex to a trial by jury in any proceedings so triable in these Chapter 11 Cases or any case, controversy or proceeding related to these Chapter 11 Cases; (*iii*) the right of Japex to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (*iv*) any other rights, claims, actions, defenses, setoffs, or recoupments to which Japex is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Japex.

**DATED: April 13, 2021.**

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Sean B. Davis*
Sean B. Davis
Texas Bar No. 24069583
S.D. Tex. No. 1048341
Steffen R. Sowell
Texas Bar No. 24107926
S.D. Tex. No. 3599931
600 Travis Street
Suite 5200
Houston, Texas  77002
Telephone:  (713) 650-8400
Facsimile:   (713) 650-2400

**ATTORNEYS FOR JAPEX (U.S.) CORP.**

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District.

*/s/ Sean B. Davis*
One of Counsel