IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |
| | § | Re: Docket Nos. 724, 1123 |

**NOTICE OF FILING OF REVISED ORDER**
**(I) APPROVING DISCLOSURE STATEMENT AND FORM AND MANNER OF**
**NOTICE OF DISCLOSURE STATEMENT HEARING; (II) ESTABLISHING**
**SOLICITATION AND VOTING PROCEDURES; (III) SCHEDULING**
**CONFIRMATION HEARING; (IV) ESTABLISHING NOTICE AND OBJECTION**
**PROCEDURES FOR CONFIRMATION OF THE PROPOSED PLAN;**
**(V) APPROVING NOTICE AND OBJECTION PROCEDURES FOR THE**
**ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES;**
**(VI) APPROVING PROCEDURES FOR OBJECTIONS TO THE ASSIGNMENT**
**AND TRANSFER OF PROPERTY OF THE ESTATE; AND (VII) GRANTING**
**RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on January 1, 2021, Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing; (II) Establishing Solicitation and Voting Procedures; (III) Scheduling Confirmation Hearing; (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Unexpired Leases; (VI) Approving Procedures for Objections to the Assignment and Transfer of Property of the Estate; (VII) Approving Bid Submission Deadline and Procedures for Submission of Higher or Better Bids; and (VIII) Granting Related Relief* [Docket No. 724] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on March 23, 2021, the Debtors filed a revised proposed disclosure statement order and exhibits annexed thereto (the "**Disclosure Statement Order**") and backline against the form of order and exhibits filed with the Motion [Docket No. 1123].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised proposed disclosure statement order and exhibits annexed thereto, attached hereto as **Exhibit A** (the "**Revised Disclosure Statement Order**").

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit B** is a blackline of the Revised Disclosure Statement Order compared against the Disclosure Statement Order.

Dated: April 14, 2021
       Houston, Texas

Respectfully submitted,

*/s/ Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Jessica.Liou@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Certificate of Service**

    I hereby certify that, on April 14, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                     */s/ Alfredo R. Pérez*
                                                     Alfredo R. Pérez