IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FIELDWOOD ENERGY, LLC, et al., | § | CASE NO. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED TO DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF FIELDWOOD ENERGY LLC AND ITS AFFILIATED DEBTORS AND JOINDER IN THE OBJECTION OF XTO OFFSHORE, INC., HHE ENERGY COMPANY AND XH LLC, OF CHEVRON U.S.A., INC. AND NOBLE ENERGY, INC., AND OF LEXON INSURANCE COMPANY, IRONSHORE INDEMNITY INC. AND <u>IRONSHORE SPECIALTY INSURANCE COMPANY</u>**

NOW INTO COURT, through undersigned counsel, comes JX Nippon Oil Exploration (U.S.A.) Limited, which withdraws its Objection to Disclosure Statement for Joint Chapter 11 Plan of Fieldwood Energy LLC and Its Affiliated Debtors and Joinder in the Objection of XTO Offshore, Inc., HHE Energy Company and XH LLC, of Chevron U.S.A., Inc. and of Lexon Insurance Company, Ironshore Indemnity Inc. and Ironshore Specialty Insurance Company (P-983) without prejudice to its rights to assert any and all objections to confirmation of any proposed plan on any and all grounds.

Dated:  April 14, 2021

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.

By: /s/ Leann O. Moses
Leann Opotowsky Moses (TX # 15291750)
Peter J. Segrist (LA # 35314)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com
And
GIEGER, LABORDE & LAPEROUSE, L.L.C.

By: /s/ Lambert M. Laperouse
Lambert M. Laperouse (TX # 24082214)
5151 San Felipe, Suite 750
Telephone: (832) 255-6002
Facsimile: (832) 255-6001
laperouse@glllaw.com

**Counsel for**
**JX NIPPON OIL EXPLORATION (U.S.A.) LIMITED**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served on those parties receiving electronic notification via the Court's CM/ECF System on April 14, 2021.

/s/ Leann O. Moses