# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, April 14, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Omar | Alaniz | Reed Smith LLP | Hess Corporation |
| Serajul | Ali | US Dept. of Justice | US Dept. of the Interior |
| Brandon | Bains | Langley LLP | Travelers; XL; Hanover; and Liberty |
| Zachary | Balasko | U.S. Department of Justice | U.S. Department of the Interior |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Jason | Binford | Office of the Attorney General of Texas | The Railroad Commission of Texas |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Insurance Company |
| Duane | Brescia | Clark Hill Strasburger | Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen and Sirius |
| Karl | Burrer | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Clifford | Carlson | Weil | Debtors |
| John | Castillo | Farrimond Castillo & Bresnahan, P.C. | Macquarie Corporate and Asset Funding Inc. |
| Kevin | Chiu | Baker Botts L.L.P. | EnVen Energy Ventures, LLC |
| Erin | Choi | Weil | Debtors |
| Peter | D'Apice | Stutzman, Bromberg, Esserman & Plifka, P.C. | CNOOC Petroleum Offshore U.S.A. Inc |
| Sean | Davis | Winstead PC | Japex (U.S.) Corp. |
| Mark | Dendinger | Bracewell LLP | Eni US Operating Co. Inc. and Eni Petroleum US LLC |
| Catherine | Diktaban | Hunton Andrews Kurth LLP | Apache Corporation |
| philip | eisenberg | locke lord llp | US Specialty Insurance Company and HCCI |
| Michael | Fishel | Sidley Austin LLP | Ridgewood Katmai, LLC |
| Brad | Foxman | Vinson & Elkins LLP | Goldman Sachs, as First Lien First Out Agent |
| Paul | Genender | Weil | Debtors |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtors |
| Emanuel | Grillo | Baker Botts L.L.P | EnVen Energy Ventures, LLC |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen and Sirius |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Kristopher | Hansen | Stroock & Stroock and Lavan | Official Committee of Unsecured Creditors |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig, LLP | BP Exploration & Production Inc. |
| Audrey | Hornisher | Clark Hill Strasburger | Zurich American Insurance Company |
| Benjamin | Kadden | Lugenbuhl | Atlantic Maritime Services, LLC |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Jessica | Liou | Weil | Debtors |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Counsel to the Debtors, Fieldwood Energy LLC et al. |
| Ryan | Manns | Norton Rose Fulbright US LLP | Shell Offshore, Inc. |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance  Company, Everest Reinsurance Company, and Sirius America Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Jonathan | Ord | Krebs, Farley & Dry | RLI Insurance Company |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Jim | Prince | Baker Botts | Hunt Oil Company |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Wednesday, April 14, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Randall | Rios | Husch Blackwell LLP | Berkley Insurance Company, Aspen American Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company. |
| C. Brannon | Robertson | Fernelius Simon Mace Robertson Perdue PLLC | Valero Marketing and Supply Company |
| Suzanne (Suki) | Rosen | Forshey Prostok, LLP | XTO Offshore, Inc., HHE Energy Company, and XH LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| Damian | Schaible | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Elliot | Scharfenberg | Krebs Farley & Dry | RLI Insurance Company |
| Joshua | Sturm | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Clay | Taylor | Bonds Ellis Eppich Schafer Jones LLP | Marathon Oil Company |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones | Official Committee of Unsecured Creditors |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen and Sirius |