IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON APRIL 16, 2021 AT 9:00 A.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on **April 16, 2021 at 9:00 a.m. (CST)** before the Honorable Marvin Isgur.

1. **Motion of Aubrey Wild for Partial Relief from the Automatic Stay (ECF No. 917)**

    Status:  This matter is going forward on a contested basis.

    Responses:   None

    Related Documents:

    A.   Stipulation to Continue Hearing on Aubrey Wild's Motion for Relief from Automatic Stay **(ECF No. 1074)**

    B.   Approved Stipulation to Continue Hearing on Aubrey Wild's Motion for Relief from Automatic Stay **(ECF No. 1151)**

    C.   Debtors' Witness and Exhibit List for Hearing on April 16, 2021 **(ECF No. 1272)**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

    D. Notice of Filing of the Debtors' Proposed Order Granting Limited Relief From the Automatic Stay on Aubrey Wild Personal Injury Litigation **(ECF No. 1289)**

**2.** **Debtors' Emergency Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Authorizing and Approving Settlement Agreement Between Debtors and Arena and (II) Granting Related Relief (ECF No. 1233)**

Status:  This matter is going forward on an uncontested basis.

Responses:    None

Related Documents:

    A.    Debtors' Witness and Exhibit List for Hearing on April 16, 2021 **(ECF No. 1272)**

Dated: April 15, 2021
Houston, Texas

    Respectfully submitted,

    */s/ Alfredo R. Pérez*
    WEIL, GOTSHAL & MANGES LLP
    Alfredo R. Pérez (15776275)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone:  (713) 546-5000
    Facsimile:  (713) 224-9511
    Email:   Alfredo.Perez@weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Jessica Liou (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Email:   Matt.Barr@weil.com
        Jessica.Liou@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

## Certificate of Service

I hereby certify that, on April 15, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                       */s/  Alfredo R. Pérez*
                                                      Alfredo R. Pérez