# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, April 16, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jason | Binford | Office of the Attorney General of Texas | Texas Railroad Commission |