IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

## SECOND SUPPLEMENTAL DECLARATION OF JOHN CASTELLANO OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, John Castellano, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated September 2, 2020 [ECF No. 291] and my supplemental declaration dated March 17, 2021 [ECF No. 1043].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- Basic Energy Services, a vendor to the Debtors, is an AP client in matters unrelated to the Debtors.

- Cole Schotz, a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Cole Schotz was a member of a noteholder committee represented by AP in The NORDAM Group, Inc., a former bankruptcy matter unrelated to the Debtors.

- Conway Mackenzie, a professional in this bankruptcy matter, and affiliates ("**Conway**") are professionals to current and former AP clients in matters unrelated to the Debtors. Conway is a former employer of current AP employees.

- A representative of Genesis Energy, LLP, a contract counterparty to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Hunton Andrews Kurth LLP ("**Andrews Kurth**"), a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Andrews Kurth is a current AP client in matters unrelated to the Debtors.

- Kasowitz Benson & Torres ("**Kasowitz**"), a professional in this bankruptcy matter, are professionals, opposing counsel, adverse litigation parties and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Kasowitz is a current and former AP client in matters unrelated to the Debtors.

- Pachulski Stang Ziehl & Jones LLP ("**Pachulski**"), a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Pachulski is a former AP client in matters unrelated to the Debtors.

- Stroock & Stroock & Lavan LLP, a professional in this bankruptcy matter, and affiliates ("**SSL**"), is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. SSL is a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new

material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: April 12, 2021  
      Chicago, Illinois

AlixPartners, LLP

*/s/ John Castellano*  
John Castellano  
Managing Director