IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FIELDWOOD ENERGY LLC. *et al.*, | ) ) | Case No. 20-33948 (mi) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned counsel for Plains Gas Solutions hereby notifies the Court and all parties of a change of mailing address and requests that all future orders, pleadings, motions, and any other correspondence in this case be directed to the following address:

>Patricia Williams Prewitt
>Law Office of Patricia Williams Prewitt
>2456 FM 112
>Taylor, Texas  76574
>Telephone: (512) 352-6760
>Email:  pwp@pattiprewittlaw.com

Respectfully submitted this 21st day of April 2021

>/s/ Patricia Williams Prewitt
>
>Patricia Williams Prewitt
>Law Office of Patricia Williams Prewitt
>2456 FM 112
>Taylor, Texas
>Telephone:  (512) 352-6760
>Facsimile:  (713) 583-2833
>*Attorney for Plains Gas Solutions*

{00131340.DOC}

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was served on all parties receiving electronic notice on this the 21st day of April 2021.

<u>/s/ Patricia Williams Prewitt</u>

{00131340.DOC}