IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On April 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Discovery Conference and Certain Hearing Dates [Docket No. 1158]

Dated: April 19, 2021

/s/ *Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 19, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

SRF 52805

# **Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | City | State | PostalCode |
|---|---|---|---|---|---|
| 12413485 | ARENA ENERGY LP | ADDRESS ON FILE | | | |
| 12138399 | ARENA OFFSHORE LP | 2103 RESEARCH FOREST DR STE 200 | THE WOODLANDS | TX | 77380-4164 |
| 12407315 | BRIAN B. DORN | ADDRESS ON FILE | | | |
| 12406117 | CAIRN ENERGY USA INC | 4119 MONTROSE BLVD STE 230 | HOUSTON | TX | 77006-4964 |
| 12409598 | D PETER CANTY | ADDRESS ON FILE | | | |
| 11535296 | EMMETT VAUGHEY ESTATE | ADDRESS ON FILE | | | |
| 12410686 | HAZEL MARIE FOREMAN BICKHAM | ADDRESS ON FILE | | | |
| 11536107 | JOHNNY GRAY | ADDRESS ON FILE | | | |
| 12414748 | KILLBUCK CREEK OIL CO LLC | ADDRESS ON FILE | | | |
| 11534746 | LOUIS WILLIAM KAUFHOLD | ADDRESS ON FILE | | | |
| 11534643 | MERIDIAN RESOURCE & EXPLORATION LLC | 4119 MONTROSE BLVD STE 230 | HOUSTON | TX | 77006-4964 |
| 12409839 | PETER C DASHER | ADDRESS ON FILE | | | |
| 11537900 | PETER ORTEGO | ADDRESS ON FILE | | | |
| 12410726 | ROYAL FONTENETTE III | ADDRESS ON FILE | | | |
| 12407478 | TRACY ANN TRIPULAS | ADDRESS ON FILE | | | |