

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/26/2021

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, et al. | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

# ORDER GRANTING U.S. SPECIALTY INSURANCE COMPANY'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING IT TO FILE CERTAIN EXHIBITS UNDER SEAL

The Court, having considered U.S. Specialty Insurance Company's *Motion for Entry of an Order Authorizing It to Filed Certain Exhibits Under Seal* (the "Motion"), notice of the Motion having been adequate and appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore, hereby ORDERED that:

1. ~~The Motion is hereby GRANTED as set forth herein;~~

2. U.S. Specialty Insurance Company is authorized to file under seal unredacted versions of its exhibits for the discovery conference scheduled for April 1, 2021;

3. This Order is without prejudice to the rights of any party-in-interest or the U.S. Trustee to seek to unseal the exhibits or any part thereof;

4. The U.S. Specialty Insurance Company is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: April 26, 2021

_____
Marvin Isgur
United States Bankruptcy Judge