IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| FIELDWOOD ENERGY, LLC, et *al.*, § | |
| § | Case No. 20-33948 (MI) |
| Debtors. § | |
| § | (Jointly Administered) |
| § | |

**NOTICE OF DEPOSITIONS**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 30, 2021, pursuant to Federal Rule of Civil Procedure 30(b)(6), and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius America Insurance Company (collectively, the "Sureties"), by and through their attorney of record, Husch Blackwell LLP, will serve a *Notice of Rule 30(b)(6) Deposition* (the "Notice") on Debtor Fieldwood Energy, LLC in the above-styled jointly administered bankruptcy case.  The Notice requests that Debtors produce a designated corporate representative(s) to appear for deposition (*via* Zoom) on a date to be determined by the parties.  Once that date has been determined, the Sureties will file a supplemental notice on PACER to advise all creditors and other parties in interest of the specific time and date agreed to for the deposition.  In addition to the 30(b)(6) representative, the Notice also requests that the Debtors produce Gary Janik, Scott Schmidt, and W. Frank Jeanes to testify on the same date as the 30(b)(6) deposition.  Copies of the Notice shall be made available upon request to undersigned counsel.

Dated: April 30, 2021

    Respectfully submitted,

    HUSCH BLACKWELL LLP

    By: */s/ Timothy A. Million*
        Randall A. Rios
        State Bar No. 16935865
        Timothy A. Million
        State Bar No. 24051055
        600 Travis, Suite 2350
        Houston, Texas 77002
        Tel: 713-525-6226
        Fax: 713-647-6884
        Email: randy.rios@huschblackwell.com
                tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
(tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

                                        */s/ Timothy A. Million*
                                        Timothy A. Million