**<u>Exhibit B</u>**

**Shamah Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------- x

:

In re:                                                           :        Chapter 11

                                                                 :

FIELDWOOD ENERGY LLC, *et al.*,[1]                    :        Case No. 20-33948 (MI)

                                                                 :

                                       Debtors.           :        Jointly Administered

                                                                 :

---------------------------------------------------------- x

**DECLARATION OF DANIEL S. SHAMAH IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF O'MELVENY & MYERS LLP AS
SPECIAL COUNSEL TO THE RESTRUCTURING COMMITTEE OF THE BOARD
<u>OF DIRECTORS OF THE DEBTORS , EFFECTIVE AS OF MARCH 18, 2021</u>**

I, Daniel S. Shamah, under penalty of perjury, declare as follows:

1.      I am a partner at O'Melveny & Myers LLP ("**OMM**"), the proposed special

counsel to the Restructuring Committee of the board of directors (the "**Restructuring**

**Committee**") of Fieldwood Energy Inc. and its affiliated debtors and debtors in possession

(collectively, the "**Debtors**").

2.      I submit this declaration (the "**Declaration**") pursuant to Bankruptcy Code

sections 327(e), 328(a), 330, 331, and 1107(b), Bankruptcy Rules 2014(a) and 2016(b), and Local

Rules 2014-1, in support of the *Debtors' Application for Entry of An Order Authorizing the*

*Retention and Employment of O'Melveny & Myers LLP as Special Counsel to the Restructuring*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

*Committee of the Board of Directors of the Debtors, Effective as of March 18, 2021* (the "**Application**").[2]

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[3]

### OMM's Qualifications

4.      The Debtors and the Restructuring Committee have determined that it is necessary for the Restructuring Committee to engage attorneys independent from the Debtors' counsel for the Restructuring Committee to execute faithfully its responsibilities and duties in connection with these chapter 11 cases. The Debtors propose to retain OMM as special counsel to the Restructuring Committee.

5.      OMM is a full service international law firm, with approximately 700 lawyers in 15 offices located in the United States and abroad.[4] In addition to restructuring, reorganization, and bankruptcy expertise, attorneys at OMM provide legal services in virtually every major practice area, including corporate, finance, securities, intellectual property, tax, and litigation.

6.      Attorneys in OMM's restructuring practice have been actively involved in many significant restructurings and served as counsel to debtors and creditors in various large and complex bankruptcy cases, including, among others: *In re Belk, Inc.*, (Case No. 21-30630) (MI) (Bankr. S.D. Tex. 2021); *In re Remington Outdoor Company* (Case No. 20-81688) (CRJ) (Bankr.

---

[2] Capitalized terms used but not defined in this Declaration have the meanings used in the Application.

[3] Certain of the disclosures set forth herein relate to matters not within my personal knowledge but rather within the knowledge of other attorneys and employees at OMM and are based on information provided to me by them.

[4] OMM has offices in New York; Century City, Los Angeles, Newport Beach, San Francisco, and Silicon Valley in California; Washington, DC; and international offices in Beijing, Brussels, Hong Kong, London, Seoul, Shanghai, Singapore, and Tokyo.

2

N.D. Ala. 2020); *In re Bruin E&P Partners, LLC, et al.*, (Case No. 20-33605) (MI) (Bankr. S.D. Tex. 2020); *In re 24 Hour Fitness Worldwide, Inc.* (Case No. 20-11558) (KBO) (Bankr. D. Del. 2020); *In re Yueting Jia* (Case No. 19-24804) (VZ) (Bankr. C.D. Cal. 2019); *In re Standard Amusements LLC* (Case No. 19-23061) (RDD) (Bankr. S.D.N.Y. 2000); *In re PG&E Corp.* (Case No. 19-30088) (DM) (Bankr. N.D. Cal. 2019); *In re Fin. Oversight & Mgmt. Bd. for P.R.* (Case No. 17-3283) (LTS) (Bankr. D.P.R. 2017); *In re Stone Energy Corporation*, *et al.* (Case No. 16-36390) (MI) (S.D. Tex. 2016); *Linn Energy, LLC* (Case No. 16-60040) (DRJ) (S.D. Tex. 2016); *In re Peabody Energy Corporation, et al.* (Case No. 16-42529) (BSS) (E.D. Miss. 2016); *In re Verso Corp., et al.*(Case No. 16-10163) (KG) (Bankr. D. Del. 2016); *In re Colt Holding Company, LLC* (Case No. 15-11296) (LSS) (Bankr. D. Del.); *In re Cal Dive International, Inc.* (Case No. 15-10458) (CSS) (Bankr. D. Del.); *In re Entegra Power Group LLC* (Case No. 14-11859) (PJW) (Bankr. D. Del); *In re Energy Future Holdings Corp.* (Case No. 14-10979) (CSS) (Bankr. D. Del.); *In re Revel AC, Inc.* (Case No. 13-16253) (JHW) (Bankr. D.N.J.); *In re CHL Ltd.* (Case No. 12-12437) (KJC) (Bankr. D. Del.); *In re Edison Mission Energy* (Case No. 12-49219) (JPC) (Bankr. N.D. Ill.); *In re Homer City Funding LLC* (Case No. 12-13024) (KG) (Bankr. D. Del.); *In re Vertis Holdings, Inc.* (Case No. 12-12821) (CSS) (Bankr. D. Del.). Thus, I believe OMM has the necessary background to deal effectively with the potential legal issues that may arise in the context of these chapter 11 cases. I believe that OMM is both well qualified and able to represent the Restructuring Committee in these chapter 11 cases in an efficient and effective manner.

### Services to be Provided

7.      Subject to further order of the Court, the Debtors request authority for the Restructuring Committee to retain and employ OMM to render the following legal services, including, without limitation:

(a)   assist the Restructuring Committee in connection with the Mandate and related restructuring matters;

(b)   advise the Restructuring Committee with respect to their rights, powers, and duties in connection with its Mandate and related restructuring matters;

(c)   appear before the Court and any other courts to represent the interests of the Restructuring Committee before such courts; and

(d)   attend meetings of the Board and represent the Restructuring Committee in negotiations relating to its Mandate and related restructuring matters.

**Professional Compensation**

36.   The Debtors request authority to compensate OMM for professional services rendered to the Restructuring Committee and reimburse OMM for expenses incurred in connection with these chapter 11 cases.

37.   The Debtors request that OMM be compensated at its standard hourly rates, which are based on the professional's level of experience. OMM's current hourly rates for partners range from $1,100 to $1,650, other attorneys' hourly rates, including counsel positions, range from $610 to $1,040, and the hourly rates charged for OMM's legal assistants range from $190 to $440. The Debtors understand that OMM's rates are subject to annual and customary firm-wide adjustments in the ordinary course of OMM's business. The hourly rates and corresponding rate structure that OMM will use in these chapter 11 cases are consistent with the rates that OMM charges other comparable clients, regardless of the location of the clients or any associated case.

38.   OMM has advised the Restructuring Committee and the Debtors that the current hourly rates applicable to the principal attorneys at OMM working on the Mandate are:

| Professional | Hourly Rate |
|---|---|
| David J. Johnson Jr. | $ 1,475.00 |
| Daniel S. Shamah | $ 1,180.00 |
| Adam P. Haberkorn | $980.00 |
| Zachary A. Greenberg | $980.00 |
| Kai Zhu | $810.00 |

39.     In addition to the above attorneys, other attorneys and paraprofessionals may, from time to time, assist in the representation of the Restructuring Committee in connection with these chapter 11 cases at OMM's standard hourly rates in effect for such personnel.

40.     The Debtors and the Restructuring Committee believe that these rates are consistent with market rates for comparable services and understand that OMM sets its hourly rates on an annual basis after consulting with various independent market sources.

41.     Additionally, the hourly rates set forth above are OMM's standard hourly rates for work of this nature. These rates are set at a level designed to compensate OMM fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. OMM operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. OMM's hourly rates vary with the experience and seniority of the individuals assigned. OMM's hourly rates, however, are consistent with the rates that OMM charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. OMM did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

42.     OMM will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above. It is OMM's policy to charge its clients for all disbursements and expenses incurred in rendering services, including, among other things, costs for telephone and facsimile charges,

5

photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings.

8. Pursuant to Part D1 of the U.S. Trustee Guidelines, OMM hereby provides the responses set forth below:

| Questions Required by Part D1 of U.S. Trustee Guidelines | Answer |
| --- | --- |
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | OMM did not represent the client in the 12 months prepetition. |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors, the Restructuring Committee, and OMM expect to develop a prospective budget and staffing plan, recognizing that in the course of these chapter 11 cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors, Restructuring Committee, and OMM. |

**Compensation Received by OMM from the Debtors**

9. Other than as set forth herein, there is no proposed arrangement between the Debtors and OMM for compensation to be paid in these chapter 11 cases. OMM has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under Bankruptcy Code section 504(b)(1).

10. According to OMM's books and records for the year prior to the Petition Date, OMM has received no payment from the Debtors for legal services performed and expenses

incurred, including, among other things, in contemplation of, or in connection with, the Debtors'
restructuring efforts. As of the Petition Date, the Debtors do not owe OMM any fees for services
performed or expenses incurred.

### Disinterestedness of OMM

11.     To the best of my knowledge, OMM does not represent and will not
represent any entity, other than the Restructuring Committee, in matters related to these chapter
11 cases. Furthermore, to the best of my knowledge, OMM (i) is not a creditor, an equity interest
holder, or an insider of the Debtors; (ii) is not and was not, within two years before the Petition
Date, a director, officer, or employee of the Debtors; and (iii) does not have any interest materially
adverse to the interests of the Debtors' estates or of any class of creditors or equity interest holders,
by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or
for any other reason. Accordingly, I believe that OMM is a "disinterested person," as that term is
defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b).

12.     To the best of my knowledge, the partners, counsel, associates, and
employees of OMM do not have any connection with the Debtors, their known creditors, other
known or potential parties in interest, the U.S. Trustee or any person employed in the office of the
U.S. Trustee, any United States Bankruptcy Judge for the Southern District of Texas, or the Clerk
of the Bankruptcy Court for the Southern District of Texas, or any person employed by the office
of such clerk, except as disclosed or otherwise described herein. To the best of my knowledge, no
OMM attorney or employee is related to any United States Bankruptcy Judge for the Southern
District of Texas or to the U.S. Trustee or any employee in the office thereof.

13.     In connection with its proposed retention by the Restructuring Committee
in these chapter 11 cases, OMM has conducted a check for conflicts of interest and other conflicts

and connections based upon information provided to OMM by the Debtors. OMM maintains a database containing the names of current and former clients and other principal parties related to such clients and has a department devoted to the research and analysis of conflicts of interest and other conflict issues.

14.     I caused OMM to review and analyze the conflicts database to determine whether OMM has any relationships with the principal parties in interest in these cases, listed on the attached **Schedule 1** (the "**Retention Checklist**"), including but not limited to (a) the Debtors' equity interest holders; (b) the Debtors' prepetition lenders; (c) the Debtors' top 50 unsecured creditors; (d) administrative and collateral agents of the Debtors' prepetition debt facilities; (e) the entities revealed by a search of Uniform Commercial Code filings; (f) the professionals representing the Debtors and other interested parties in the chapter 11 cases; (g) the United States Bankruptcy Judges for the Southern District of Texas, the U.S. Trustee, and their respective key staff members; and (h) other vendors, customers, and potential parties in interest.

15.     OMM also made a general inquiry to all OMM employees requesting disclosure of any relationship with (a) any Bankruptcy Judge in the Southern District of Texas; (b) anyone employed by the Office of the Clerk of the Bankruptcy Court for the Southern District of Texas; or (c) any trustee, attorney or staff employed by the office of the U.S. Trustee. Additionally, OMM requested disclosure by all employees, to the best of their knowledge, of any claims held against, or equity interest in, any of the Debtors and whether any OMM employee is or was a director, officer, or general partner of any of the Debtors or a relative of a director, officer, or general partner of any of the Debtors.

16.     To the extent that such searches indicated that OMM has or had a relationship with any potential parties in interest set forth in **Schedule 1** within the last five years,

the identity of such entity, and OMM's relationship therewith, are set forth on the attached **Schedule 2**.[5] No single client of OMM (or such client's respective subsidiaries and affiliates) listed on **Schedule 2** accounted for more than 2% of OMM's gross revenues in the year 2021 (year to date).

17.     Given the size and diversity of OMM's practices and the number of potential parties in interest, as specifically set forth below and on **Schedule 2**, OMM represents certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of the representations described herein are materially adverse to the interests of the Debtors' estates.

18.     In addition, certain of the parties listed on **Schedule 2** are or were, from time to time, members of *ad hoc* or official creditors' committees represented by OMM in matters unrelated to the Debtors' chapter 11 cases. From time to time, OMM also works with certain professional firms and certain OMM attorneys have worked at other firms that have been retained by the Debtors or other parties in these chapter 11 cases and that may be rendering advice to other parties in interest in these chapter 11 cases.

## **SPECIFIC DISCLOSURES**

19.     As specifically set forth herein and in the attached schedules, OMM has represented certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to the Restructuring Committee, the Debtors and these chapter 11 cases. None of the representations described herein are materially adverse to the interests of the Restructuring Committee, the Debtors, or the Debtors' estates. Moreover, pursuant to Bankruptcy Code section

---

[5] OMM's inclusion of parties on **Schedule 2** is solely to illustrate OMM's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the Debtors' schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

327(c), OMM is not disqualified from acting as the Restructuring Committee's counsel as a result of its representation of certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

20.     OMM has acted as counsel for Franklin Advisers, Inc. and/or its affiliates ("**Franklin**"), a creditor in these chapter 11 cases, concerning certain matters unrelated to these chapter 11 cases. OMM has not provided advice to Franklin concerning these chapter 11 cases and does not currently represent Franklin in connection with any matters involving the Debtors. OMM services rendered on behalf of Franklin aggregate to less than 1% of OMM's annual revenue in 2019, 2020, and 2021 (year to date).

21.     The Debtors have numerous relationships and creditors. Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any connection or conflict, including the efforts outlined above, OMM is unable to state with certainty which of its clients or such clients' affiliates hold claims or otherwise are parties in interest in these chapter 11 cases. If OMM discovers any information that is contrary or pertinent to the statements made herein, OMM will promptly disclose such information to the Court on notice to such creditors and to the U.S. Trustee and such other creditors or other parties in interest as may be required under noticing procedures applicable in the Debtors' chapter 11 cases.

*Remainder of Page Intentionally Left Blank*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 4, 2021

*/s/ Daniel S. Shamah*
Daniel S. Shamah
Partner
O'Melveny & Myers LLP

## Schedule 1

**Retention Checklist**

Administrative and Collateral Agents
Bankruptcy Judges and Staff (for the Southern District of Texas)
Banks
Bondholders/Noteholders/ Indenture Trustees
Bonding and Permitting Authorities
Clerk of the Court
Contract & Joint Venture Counterparties
Current Directors
Current Officers
Debtors
Debtors Professionals (law firms, accountants and other professionals)
Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
Former Officers and Directors (include senior management) and Affiliations
Insurance/Insurance Provider
Known Affiliations of Board Members
Landlords and parties to leases
Lenders (Term/Revolver/Administrative and Collateral Agents)
Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation
Material Royalty and Other Interest Owners (Over $1MM in Annual Distributions)
Material Royalties in Suspense (Greater than $100,000)
Material Suppliers and Vendors (greater than $1 million spend in the last 6 months)
Members of Any Ad Hoc Committee
Non- Debtor Affiliates/Parent/Subsidiaries
Non-Debtors Professionals (law firms, accountants, and other professionals)
Notice of Appearance Party/Interested Party
Ordinary Course Professionals
Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
Other Potential Parties in Interest
Parties to Material Contracts with the Debtors (>$1 Million in value remaining)
Parties to Material Unexpired Leases with the Debtors (Landlords)
Partnerships (if debtors is a partnership, its general and limited partners)
Regulatory and Government (Federal, State, and Local)
Significant Competitors
Significant Customers
Shareholders/Equity Holders
Sponsors
Surety Bonds
Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
Third Party Benefits Provider
Top 50 Unsecured Creditors
UCC (Lien Search Results)
Unions (None)
United States Trustee and Staff (Southern District of Texas)
U.S. Attorney's Office (for the Southern District of Texas)
Utility Providers/Utility Brokers
Vendors/Suppliers

## Schedule 2

**Disclosure Schedule**

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| ADP, LLC | Third Party Benefits Provider | Potential affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| AEGIS | Vendor/Supplier; Insurance/Insurance Provider | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Aegon Asset Management | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Aggreko LLC | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Amerada Hess | Significant Competitor | Former client on matters unrelated to the Debtors' chapter 11 cases |
| American International Group UK Ltd. | Insurance/Insurance Provider | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Antares | Insurance/Insurance Provider | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Apache | Predecessor | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Apollo Marine & Energy Consortium | Insurance/Insurance Provider | Potential affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Arch Insurance Company | Insurance/Insurance Provider | Former client unrelated to the Debtors' chapter 11 cases |
| Arrowood Indemnity Company | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Aspen | Surety Bond; Litigation Counterparty; Notice of Appearance Party/Interested Party | Affiliate of former client matters unrelated to Debtors' chapter 11 cases |
| AT&T | Utility Provider/Utility Broker | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Atlantic Richfield Company | Other | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Axis | Insurance/Insurance Provider | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Baloise Senior Secured Loan Fund I | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Bank of America, N.A. | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Barclays Capital Inc. | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Barings | Lender | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Berkley Insurance Company | Surety Bond | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| BCM 2014-I ETB, Inc. c/o Barings LLC | Shareholder/Equity Holder | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| BHP | Predecessor; Significant Competitor; Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Blackwell Partners LLC - Series A c/o Mudrick Capital Management LP | Shareholder/Equity Holder | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases; Potential affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| BlueCross BlueShield of Texas | Third Party Benefits Provider | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| BNP Paribas Trading | Contract & Joint Venture Counterparty | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Bourbon St | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Brighthouse Funds Trust I | Shareholder/Equity Holder | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Brown University | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| BRS Consulting | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Bureau Veritas North America, Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| CAC Specialty | Insurance/Insurance Provider | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Cal Dive International | Vendor/Supplier | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Cantor Fitzgerald | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Carlyle/Riverstone Global Energy and Power Fund | Known Affiliations of Board Member | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Champions Pipe & Supply Co | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Championx LLC | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Chevron | Vendor/Supplier; Contract & Joint Venture Counterparty; Predecessor; Significant Customer; UCC (Lien Search Results); Top 50 Unsecured Creditor; Significant Competitor; Other | Current client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Cintas Corporation No 2 | Significant Customer | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Citibank, N.A. | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |

3

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Columbia Floating Rate Fund, A Series of Columbia Funds Trust II | Shareholder/Equity Holder | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Columbia Management Investment | Lender | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Conoco Inc. | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| ConocoPhillips Company | Contract & Joint Venture Counterparty; Surety Bond; Significant Customer | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Continental Casualty Co. | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Cortex Business Solutions USA LLC | Notice of Appearance Party/Interested Party | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Cortland Capital Market Services LLC | Notice of Appearance Party/Interested Party; UCC (Lien Search Results); Administrative and Collateral Agent | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Credit Suisse | Known Affiliation of Board Members | Current client on matters unrelated to the Debtors' chapter 11 cases |
| CVS/Caremark | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| David M. Leuschen | Former Officer and Director (include senior management) and Affiliation | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Deloitte Transactions Business Analytics LLP | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Deutsche Bank AG | Banks; Contract & Joint Venture Counterparty; Surety Bond; Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Directv | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases; Former client on matters unrelated to the Debtors' chapter 11 cases |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Discovery Land Group | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Doubletree by Hilton - Lafayette | Vendors/Suppliers | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Duke Energy Carolinas, LLC | Significant Customer | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Eaton Vance | Lender; Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Endurance American Insurance | Notice of Appearance Party/Interested Party; Surety Bond | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases; affiliate of former client matters unrelated to Debtors' chapter 11 cases. |
| Endymion Oil Pipeline Company LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| EP Energy | Known Affiliations of Board Member; Significant Competitor | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| EQT | Significant Competitor | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Era Helicopters LLC | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Etrade Financial Corporate Services, Inc. | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Everest Reinsurance Company | Notice of Appearance Party/Interested Party | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Evo Incorporated | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |

5

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
| --- | --- | --- |
| Expro Americas LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Exxon | Other Potential Parties in Interest; Predecessor; Significant Competitor; Significant Customer; Vendor/Supplier; Notice of Appearance Party/Interested Party | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Federal Express Corporation | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Fidelity Investments | Third Party Benefits Provider | Current client on matters unrelated to the Debtors' chapter 11 cases; affiliate of current client on matters unrelated to the Debtors' pending chapter 11 cases |
| Florida Power & Light Company | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Franklin | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Foresight Energy LLC | Significant Competitor | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Gemini Insurance Company | Vendors/Suppliers | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Gensler Houston | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Goldman Sachs | Known Affiliations of Board Member; Other Secured Parties; Vendor/Supplier; Notice of Appearance Party/Interested Party | Current client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Graham Capital Management | Lender | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Grainger | Vendor/Supplier | Current client on matters |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| | | unrelated to the Debtors' chapter 11 cases |
| Great American Insurance Group | Insurance/Insurance Provider | Former client on matters unrelated to the Debtors' chapter 11 cases |
| HCC International Insurance Company PLC | Contract & Joint Venture Counterparty | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Health Care Service Corp. | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Hess | Predecessors; Vendor/Supplier; Notice of Appearance Party/Interested Party | Former client on matters unrelated to the Debtors' chapter 11 cases |
| HGC Consulting | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Highland Capital / Highland Capital Management, L.P. | Lender | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Highland CLO Funding, Ltd | Shareholder/Equity Holder | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Highland Floating Rate Opportunities Fund | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Homewood Suites by Hilton | Utility Providers/Utility Brokers | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Houlihan Lokey Capital Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Humble Oil & Refining Company | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Intrado Enterprise Collaboration, Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Invesco | Lender; Shareholder/Equity Holder | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |

7

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Jackson Walker LLP | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Jason Dillow | Current Director | Partnership member of former client matters unrelated to Debtors' chapter 11 cases |
| Jefferies Holdings | Lender | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Jefferies LLC | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases; affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| JLP Credit Opportunity IDF Series Int. of The Sali Multi-Series Fund, L.P. | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| JLP Credit Opportunity Master Fund Ltd c/o Phoenix Investment Adviser LLC | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| John Dwyer | Current Officer | Director of current client on matters unrelated to the Debtors' chapter 11 cases |
| JP Morgan Chase Bank, N.A. | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Kaiser Foundation Hospitals | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Kaiser Permanente | Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Kenneth Young | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| KPMG LLP | Ordinary Course Professional | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Liberty | Surety Bonds | Former client on matters unrelated to the Debtors' chapter 11 cases; affiliate of current client on matters |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| | | unrelated to the Debtors' pending chapter 11 cases |
| Lexon Insurance Company | Surety Bond; Notice of Appearance Party/Interested Party | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Lloyd's Syndicates & Companies | Insurance/Insurance Provider | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Lockton Companies LLC | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Lone Star NGL LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| LQ Management LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Macquarie Group | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Maersk Training, Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Magnolia Petroleum Company | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Marathon Oil Company | Contract & Joint Venture Counterparty; Surety Bond; Predecessor; Significant Customer; Notice of Appearance Party/Interested Party; Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Markel | Insurance/Insurance Provider | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Marsh USA Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases; former client on matters unrelated to the Debtors' chapter 11 cases |
| Michael Gray Jr. | Vendor/Supplier | Potential director of current client on matters unrelated to the Debtors' chapter 11 cases |

9

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Microsoft Licensing, GP | Vendor/Supplier | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| MIT International of LA, Inc. | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Mobil Oil Corporation | Other | Affiliate current client on matters unrelated to the Debtors' chapter 11 cases |
| Monica Ramirez | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Morgan Stanley | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Nalco Company | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| National Union Fire Ins. Co. of PA (through AIG Oil Rig) | Insurance/Insurance Provider | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Northwestern Mutual Life | UCC (Lien Search Results); Significant Competitor; Contract & Joint Venture Counterparty | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Nuveen | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Oaktree | Lender; Shareholder/Equity Holder | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases; Former client on matters unrelated to the Debtors' chapter 11 cases |
| Online Resources Inc. | UCC (Lien Search Results) | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| ORX | Contract & Joint Venture Counterparty | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| P. Schoenfeld Asset Management | Lender | Affiliate of former client matters unrelated to Debtors' chapter 11 cases |

10

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Pelican Oilfield Rentals, LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Pierre F. Lapeyre Jr. | Former Officer and Director | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| PJT Partners LP | Vendor/Supplier | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Plains Marketing LP | Significant Customer | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Point Eight Power Inc. | Vendor/Supplier | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Pricewaterhousecoopers LLP | Ordinary Course Professional | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Prime Capital Investment Advisors LLC | Utility Providers/Utility Brokers | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Proteus Oil Pipeline Company LLC | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| R & R Rig Service, Inc. | Vendor/Supplier | Potential affiliate of former client matters unrelated to Debtors' chapter 11 cases |
| RLI | Surety Bonds; Contract & Joint Venture Counterparty; Insurance/Insurance Provider; Vendor/Supplier; Notice of Appearance Party/Interested Party | Former client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Robert Half Technology | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Sam Young | Vendor/Supplier | Potential director of former client on matters unrelated to the Debtors' chapter 11 cases |
| Schlumberger Technology Corporation | Top 50 Unsecured Creditor | Current client on matters unrelated to the Debtors' chapter 11 cases |

11

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Shamrock Management LLC (d/b/a Shamrock Energy Solutions) | Contract & Joint Venture Counterparty | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Siemens Energy Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Smith International Inc. | Vendor/Supplier | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Sojitz Energy Venture Inc. | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Sooner Pipe Inc. | Vendor/Supplier | Potential affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| South Carolina Retirement Systems Group Trust | Shareholder/Equity Holder | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Standard Oil Company of Texas | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Symphony Asset Management LLC | Lender | Former client on matters unrelated to the Debtors' chapter 11 cases |
| Talos | Material Royalty and Other Interest Owner; Predecessor; Significant Competitor; Significant Customer; UCC (Lien Search Results); Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases; Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Tetra Applied Technologies, Inc. | Top 50 Unsecured Creditor; Notice of Appearance Party/Interested Party | Current client on matters unrelated to the Debtors' chapter 11 cases |
| Tetra Technologies, Inc. | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| The Bank of New York Mellon | Vendor/Supplier | Potential affiliate of current client matters unrelated to Debtors' chapter 11 cases; Former client matters unrelated to Debtors' chapter 11 cases |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| The Great American Insurance Company | Insurance/Insurance Provider | Former client on matters unrelated to the Debtors' chapter 11 cases |
| The Superior Oil Company | Other | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Tokio Marine | Insurance/Insurance Provider; Surety Bond | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Transamerica Blackrock Global Allocation VP | Shareholder/Equity Holder | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Travelers | Surety Bond; Insurance/Insurance Provider; Litigation Counterpart | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| U.S. Bank | Shareholder/Equity Holder | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| U.S. Specialty Insurance Company | Notice of Appearance Party/Interested Party | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| UBS Financial Services, Inc. | Vendor/Supplier | Current client on matters unrelated to the Debtors' chapter 11 cases |
| University of Houston Law Foundation | Vendor/Supplier | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |
| Upstream | Vendor/Supplier | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Verizon Wireless | Utility Provider/Utility Broker | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Waste Management, Inc. | Utility Provider/Utility Broker | Affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Wellington Management | Lender | Current client on matters unrelated to the Debtors' chapter 11 cases |
| XL Catlin | Insurance/Insurance Provider | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |

| PARTY IN INTEREST | RELATIONSHIP TO THE DEBTOR | RELATIONSHIP TO OMM |
|---|---|---|
| Z Capital Group L.L.C. | Lender | Potential affiliate of current client on matters unrelated to the Debtors' chapter 11 cases |
| Zurich American | Surety Bond; Insurance/Insurance Provider; Third Party Benefits Provider; Contract & Joint Venture Counterparty | Affiliate of former client on matters unrelated to the Debtors' chapter 11 cases |

14