IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FIELDWOOD ENERGY LLC, *et al.*, | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### APACHE CORPORATION'S WITNESS AND EXHIBIT LIST
### FOR EMERGENCY HEARING ON MAY 6, 2021

Apache Corporation ("Apache") files this Witness and Exhibit List for the emergency hearing to be held on May 6, 2021 at 4:00 p.m. (prevailing Central Time) (the "Hearing").

### WITNESSES

Apache may call any of the following witnesses at the Hearing:

1. Any witness listed by any other party; and

2. Rebuttal witnesses as necessary.

Apache reserves its right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

*[Remainder of Page Left Blank Intentionally]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## EXHIBITS

Apache may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Surety Letter [Docket No. 1333-1, Ex. A] | | | | |
| 2. | Subpoena, dated April 21, 2021 [Docket No. 1333-2, Ex. B] | | | | |
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal or impeachment exhibits as necessary | | | | |

*[Remainder of Page Left Blank Intentionally]*

Apache reserves its right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated:  May 5, 2021               Respectfully submitted,


                                  /s/  Robin Russell
                                  Robin Russell (Texas Bar No. 17424001)
                                  Michael D. Morfey (Texas Bar No. 24007704)
                                  Catherine A. Diktaban (Texas Bar No. 24109810)
                                  **HUNTON ANDREWS KURTH LLP**
                                  600 Travis Street, Suite 4200
                                  Houston, Texas 77002
                                  Telephone:  (713) 220-4200
                                  Facsimile:  (713) 220-4285
                                  E-mail:     rrussell@huntonak.com
                                              michaelmorfey@huntonak.com
                                              cdiktaban@huntonak.com

                                  *Counsel for Apache Corporation*

## **CERTIFICATE OF SERVICE**

      I certify that on May 5, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                         */s/ Robin Russell*
                                         Robin Russell