IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**NOTICE OF EMERGENCY HEARING ON MAY 6, 2021 AT 4:00 PM**
**[Relates to Docket No. 1333]**

**PLEASE TAKE NOTICE** that on May 5, 2021, Apache Corporation ("Apache") filed *Apache Corporation's Emergency Motion to Quash Subpoena, or Alternatively for a Protective Order, Concerning Subpoena for Rule 30(b)(6) Deposition and Document Requests* [Docket No. 1333] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held on **May 6, 2021 at 4:00 p.m. (prevailing Central Time)** and that this hearing will be by electronic means (audio and video) as set forth below.

*[Electronic Hearing Instructions on the Following Page]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

**Electronic Hearing Instructions**

Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554.

You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur. Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge through Prime Clerk by visiting https://cases.primeclerk.com/fieldwoodenergy/, by calling Prime Clerk at (855) 631-5346, or by visiting the Court's website at https://ecf.txsb.uscourts.gov.

[*Remainder of Page Left Blank Intentionally*]

Dated: May 5, 2021                    Respectfully submitted,


                                      */s/ Robin Russell*
                                      Robin Russell (Texas Bar No. 17424001)
                                      Michael D. Morfey (Texas Bar No. 24007704)
                                      Catherine A. Diktaban (Texas Bar No. 24109810)
                                      **HUNTON ANDREWS KURTH LLP**
                                      600 Travis Street, Suite 4200
                                      Houston, Texas 77002
                                      Telephone:  (713) 220-4200
                                      Facsimile:  (713) 220-4285
                                      E-mail:     rrussell@huntonak.com
                                                  michaelmorfey@huntonak.com
                                                  cdiktaban@huntonak.com

                                      *Counsel for Apache Corporation*

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Robin Russell*
Robin Russell
