UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.,* | § | Case No. 20-33948 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

**ORDER GRANTING
EMERGENCY MOTION TO COMPEL DEBTORS
TO RESPOND SUBSTANTIVELY TO AN INTERROGATORY,
PRODUCE DOCUMENTS
AND/OR ALLOW ACCESS TO DATA ROOM(S)**

The Court having considered the *Emergency Motion to Compel Debtors to Respond Substantively to an Interrogatory, Produce Documents, and/or Allow Access to Data Room(s)* (the "Emergency Motion") filed by BP Exploration & Production Inc. ("BP"), and the relief requested therein; and the Court having determined that just cause exists to grant the Emergency Motion, it is hereby

**ORDERED** that the Emergency Motion is granted.  IT IS FURTHER

**ORDERED** that the Debtors shall respond substantively to BP's Interrogatory No. 4 and produce the documents and/or provide access to the information sought in BP's Request for Production Nos. 24–26 by May __, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Signed: May   , 2021

_____
Marvin Isgur
United States Bankruptcy Judge