IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | Case No. 20-33948 (MI) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On April 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Discovery Conference and Certain Hearing Dates [Docket No. 1158]

On April 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Second Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1190]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

Dated: May 3, 2021

                                                                                               */s/ Xavi Flores*
                                                                                                Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on May 3, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

## **Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 11535667 | BARBARA ANN BURGOWER | ADDRESS ON FILE | | | |
| 11540246 | PAMELA VUOSO | ADDRESS ON FILE | | | |
| 12146125 | ST/TX M-TRANSTEXAS GAS CORPOR | 16690 COLLINS AVE | SUNNY ISL BCH | FL | 33160-5688 |

# **Exhibit B**

# Exhibit B
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 12147397 | ARENA | 2103 RESEARCH FOREST DR STE 400 | THE WOODLANDS | TX | 77380-4164 |
| 12138393 | Arena Energy GP, LLC | 2103 RESEARCH FOREST DR STE 400 | THE WOODLANDS | TX | 77380-4163 |
| 12138394 | Arena Energy, LP | 2103 RESEARCH FOREST DR STE 400 | THE WOODLANDS | TX | 77380-4163 |
| 12138398 | Arena Offshore, LP | 2103 RESEARCH FOREST DR STE 400 | THE WOODLANDS | TX | 77380-4164 |
| 12146125 | ST/TX M-TRANSTEXAS GAS CORPORATION | 16690 COLLINS AVE | SUNNY ISL BCH | FL | 33160-5688 |