**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FIELDWOOD ENERGY, LLC,** *et al.*, | § | **Case No. 20-33948 (MI)** |
| | § | |
| **Debtors.¹** | § | **(Jointly Administered)** |

## NOTICE OF EMERGENCY HEARING

**PLEASE TAKE NOTICE** that the Court has set an emergency hearing on  the *Emergency Motion to Compel Debtors to Respond Substantively to an Interrogatory, Produce Documents, and/or Allow Access to Data Room(s)* (the "Emergency Motion") [Docket No. 1337]*,* filed by BP Exploration & Production, Inc. ("BP") for **Thursday May 6, 2021 at 4:00 p.m.** prevailing Central time.

**PLEASE TAKE FURTHER NOTICE** the hearing will be held by telephone and video conference and may be accessed using the following instructions:

The dial-in number is **832-917-1510**.

You will be responsible for your own long-distance charges. The dial-in number should be used regardless of the location of the hearing (Houston, Brownsville, Corpus Christi, or McAllen).

You will be asked to key in the conference room number. The conference room number is **954554**. Once this number is entered, you will be connected live to the courtroom.

Once you are connected, you will be able to hear persons speaking in the courtroom and other persons on the call addressing the Court. You will not be able to address the Court until the Court addresses you or your request to speak and the Court grants the request.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Fieldwood Energy LLC (6778), Fieldwood Energy Inc. (4991), Fieldwood Onshore LLC (3489), Fieldwood SD Offshore LLC (8786), Fieldwood Energy Offshore LLC (4494), Fieldwood Offshore LLC (2930), GOM Shelf LLC (8107), FW GOM Pipeline, Inc. (8440), Galveston Bay Procession LLC (5703), Galveston Bay Procession LLC (0422), Fieldwood Energy SP LLC (1971), Dynamic Offshore Resources NS, LLC (0158), Bandon Oil and Gas, LP (9266), and Bandon Oil and Gas GP, LLC (9172). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

If you wish to address the Court, you must press 5*. Do not press 5* until you need to address the Court. Within 5 seconds, the Court will receive a signal that you wish to speak. When the Court calls on you, you will hear a recorded message that your line has been unmuted. At that time, you can be heard.

When you are done, the Court will ordinarily leave your line active. If your line is muted, you will hear a recorded message that your line has been muted. You may press 5* if an additional issue arises that you wish to address with the Court.

 GoToMeeting is available for the viewing of documents via video connection.

**You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website.**

Date: May 6, 2021                          Respectfully submitted,

                                           GREENBERG TRAURIG, LLP

                                           By: */s/ Karl D. Burrer*
                                           Shari L. Heyen
                                           Texas State Bar Number 09564750
                                           HeyenS@gtlaw.com
                                           Karl D. Burrer
                                           Texas State Bar Number 24043584
                                           BurrerK@gtlaw.com
                                           Nicole S. Bakare
                                           Texas State Bar Number 24056017
                                           BakareN@gtlaw.com
                                           1000 Louisiana Street, Suite 1700
                                           Houston, Texas 77002
                                           Telephone: (713) 374-3500
                                           Facsimile: (713) 374-3505

                                           – and –

                                           Craig A. Duewall (admitted *pro hac vice*)
                                           Texas State Bar Number 24025334
                                           DuewallC@gtlaw.com
                                           300 West 6th Street, Suite 2050
                                           Austin, Texas 78701
                                           Telephone: (512) 320-7200
                                           Facsimile: (512) 320-7210

                                           – and –

David B. Kurzweil (*admitted pro hac vice*)
KurzweilD@gtlaw.com
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212


**Counsel for BP Exploration & Production Inc.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2021, I caused a copy of the foregoing to be served on all parties eligible to receive service through the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas by electronic mail.

By: */s/ Karl D. Burrer*
Karl D. Burrer

3