# Exhibit B



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
04/06/2021

|   |   |   |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| **FIELDWOOD ENERGY LLC**, *et al.*, | § | **Case No. 20-33948 (MI)** |
|  | § |  |
| Debtors.[1] | § | (Jointly Administered) |
|  | § |  |

## SCHEDULING ORDER

**WHEREBY**, on March 24, 2021, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Fieldwood Energy LLC and its Affiliated Debtors* (Docket No. 1115) (the "**Plan**");

**WHEREBY**, on April 1, 2021, the Court held a hearing where the Debtors and parties-in-interest (the "**Parties**") had the opportunity to be heard in connection with the matters set forth below relating to the timing and deadlines for the Debtors' proposed disclosure statement (Docket No. 1117) (the "**Disclosure Statement**"), certain proposed discovery and confirmation of the Debtors' Plan:

**IT IS HEREBY ORDERED THAT:**

1.      The schedule set forth below relating to the Debtors' Disclosure Statement, and discovery and briefing deadlines in connection with the Plan and related confirmation dates and deadlines on the Plan, is hereby approved as follows:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

| Event/Deadline | Date(s) |
|---|---|
| Planning Meeting for Disclosure Statement Hearing | April 9, 2021 at 2:00 p.m. (prevailing Central time) |
| Deadline to Serve Discovery Requests | April 14, 2021 |
| Disclosure Statement Hearing | April 14, 2021 at 2:30 p.m. (prevailing Central Time) |
| Completion of Document Production | April 30, 2021 |
| Completion of Responses to All Other Discovery Requests | April 30, 2021 |
| Expert Disclosure/Expert Report Deadline (for party with initial burden of proof) | Debtors – April 21, 2021 Others – May 10, 2021 |
| Fact Witness Depositions | April 2, 2021 through May 10, 2021 |
| Rule 3018(a) Motion Deadline | May 7, 2021 |
| Request for Estimation Deadline | May 7, 2021 |
| Rebuttal Expert Report Deadline | All Parties – May 24, 2021 |
| Expert Witness Depositions | End by June 4, 2021 |
| Plan Supplement Filing Deadline | June 2, 2021 |
| Voting Deadline | June 2, 2021 |
| Deadline to File Confirmation Objections | June 2, 2021 |
| Deadline to File Confirmation Brief and Reply to Plan Objections | June 4, 2021 |
| Ballot Certification Deadline | June 7, 2021 |
| Confirmation Hearing | June 9, 2021 at 9:00 a.m. (prevailing Central Time) |

2.     If any discovery dispute arises between or among the Parties, the relevant Parties shall meet and confer in good faith to resolve such dispute(s) before making any application to the Court concerning the subject of the dispute. Any such application shall be submitted to the Court on concurrent letter briefs by the moving and opposing parties and on notice to all Parties. No letter brief shall exceed five single-spaced pages.

3.     All discovery conducted in connection with the Debtors' Plan and related confirmation hearing shall be subject to, and conducted in accordance with, the *Amended Stipulated Protective Order* dated March 12, 2021 (Docket No. 989).

4.      Except as otherwise ordered by the Court, this Order shall control any and all discovery by the Parties in connection with the Debtors' Plan confirmation hearing and related proceedings; *provided, however,* that the Debtors and the Parties may agree to amend or modify the deadlines other than the hearing dates set forth in paragraph 1 of this Order without further order of the Court.

5.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

6.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 06, 2021

_____
Marvin Isgur
United States Bankruptcy Judge