IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.*, | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST
### FOR HEARING ON MAY 6, 2021

Fieldwood Energy LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), file this witness and exhibit list (the "**Witness and Exhibit List**") for the hearing scheduled for **May 6, 2021 at 4:00 p.m. (Prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas (the "**Hearing**"):

### WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and

2. Any rebuttal witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422). The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX 77042.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Debtors' Response in Opposition to BP's Motion to Compel (Docket No. 1343) | | | | |
| 2. | Declaration re: / Declaration of Erin Choi in Support of the Debtors' Response in Opposition to BP's Motion to Compel (the "**Choi Declaration**") (Docket No. 1345) | | | | |
| 3. | Exhibit A to Choi Declaration: Email between BP and Fieldwood, dated May 5, 2021 | | | | |
| 4. | Emergency Motion to Compel Debtors to Respond Substantively to an Interrogatory, Produce Documents, and/or Allow Access to Data Room(s) (Docket No. 1337) | | | | |
| 5. | Debtors' Responses and Objections to BP Exploration & Production Inc.'s First Set of Interrogatories and Second Set of Requests for Production of Documents to the Debtors, dated April 30, 2021 | | | | |
| 6. | Debtors' Responses and Objections to BP Exploration & Production Inc.'s Request for Production of Documents to the Debtors, dated April 30, 2021 | | | | |
| 7. | Any exhibit designated by any other party | | | | |
| 8. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 9. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtors reserve the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: May 6, 2021
      Houston, Texas

Respectfully submitted,

 /s/  Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Alfredo.Perez@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
         Jessica.Liou@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

    I hereby certify that on May 6, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                       */s/  Alfredo R. Pérez*
                                                                                      Alfredo R. Pérez