# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Thursday, May 6, 2021

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Nicole | Bakare | Greenberg Traurig | BP Exploration & Production Inc. |
| Matt | Barr | Weil | Debtors |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Duane | Brescia | Clark Hill, PLC | Zurich American Ins. Co. |
| Jase | Brown | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen, Sirius |
| Clifford | Carlson | Weil | Debtors |
| Erin | Choi | Weil | Debtors |
| Craig | Duewall | Greenberg Traurig | BP |
| Craig | Duewall | Greenberg Traurig | BP Exploration & Production, Inc. |
| philip | eisenberg | Locke Lord LLP | HCCI |
| Paul | Genender | Weil | Debtors |
| Darren | Grzyb | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen and Sirius |
| Elizabeth | Guffy | Locke Lord LLP | HCC International Insurance Company |
| Ayala | Hassell | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Shari | Heyen | Greenberg Traurig LLP | BP Exploration & Production |
| Shari | Heyen | Greenberg Traruig | BP Exploration & Production, Inc. |
| John | Hutton | Greenberg Traurig | BP Exploration & Production Inc. |
| Kathleen | LaManna | Shipman & Goodwin LLP | Cantor Fitzgerald Securities, as DIP Agent |
| Jessica | Liou | Weil | Debtors |
| Robert | Miller | Manier & Herod, P.C. | Philadelphia Indemnity Insurance Company |
| Timothy | Million | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, and Sirius American Insurance Company |
| Sherry | Millman | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Michael | Morfey | Hunton Andrews Kurth LLP | Apache Corporation |
| Leann | Moses | Carver Darden | JX Nippon Oil Exploration (U.S.A.) Limited |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Kenneth | Pasquale | Stroock & Stroock & Lavan | Official Committee of Unsecured Creditors |
| Alfredo | Perez | Weil | Debtors |
| Randall | Rios | Husch Blackwell LLP | Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company |
| Suzanne K. (Suki) | Rosen | Forshey Prostok LLP | XTO Offshore, Inc., HHE Energy Company, and XH LLC |
| Robin | Russell | Hunton Andrews Kurth LLP | Apache Corporation |
| David | Trausch | Haynes and Boone, LLP | Ad Hoc Group of Secured Lenders |
| Natasha | Tsiouris | Davis Polk & Wardwell LLP | Ad Hoc Group of Secured Lenders |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |
| Lee | Woodard | Harris Beach PLLC | Lexon Insurance Co. |
| Scott | Zuber | Chiesa Shahinian & Giantomasi PC | Everest, Berkley, Aspen and Sirius |