

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
05/07/2021

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 20-33948 |
|---|---|---|---|
| Debtor | In Re: | Fieldwood Energy, LLC, et al. | |

This lawyer, who is admitted to the State Bar of ___Florida___:

| | |
|---|---|
| Name | John B. Hutton |
| Firm | Greenberg Traurig, P.A. |
| Street | 333 S.E. 2nd Avenue, Suite 4400 |
| City & Zip Code | Miami, Florida 33131 |
| Telephone | 305-579-0500; email: huttonj@gtlaw.com |
| Licensed: State & Number | Florida Bar No. 902160 |

Seeks to appear as the attorney for this party:

BP Exploration & Production, Inc.

Dated: May 6, 2021     Signed: /s/ John B. Hutton

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___.

Dated:     Signed: _____
                     Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Signed: May 07, 2021

Marvin Isgur
United States Bankruptcy Judge