IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FIELDWOOD ENERGY LLC, *et al.,* | § § § | Case No. 20-33948 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

### NOTICE OF FILING OF SECOND AMENDED APACHE TERM SHEET IMPLEMENTATION AGREEMENT AND CERTAIN REVISED APACHE DEFINITIVE DOCUMENTS

**PLEASE TAKE NOTICE** that on January 1, 2021, the Debtors filed the *Apache Term Sheet Implementation Agreement* [Exhibit G, Docket No. 722] (the "**Initial Implementation Agreement**"), including copies of (i) the *Fieldwood Energy I LLC Agreement* as **Exhibit 6** annexed thereto (the "**Initial FWE I LLCA**") and (ii) the *Standby Loan Agreement* as **Exhibit 8** annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that on April 9, 2021, the Debtors filed the *First Amended Apache Term Sheet Implementation Agreement* [Exhibit K, Docket No. 1254] (the "**First Amended Implementation Agreement**"), including a copy of a revised *Standby Loan Agreement* as **Exhibit 8** annexed thereto (the "**First Revised Standby Loan Agreement**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file

(i) the *Second Amended Apache Term Sheet Implementation Agreement* attached hereto as **Exhibit A**, with a changed-pages only redline against the *First Amended*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Dynamic Offshore Resources NS, LLC (0158); Fieldwood Energy LLC (6778); Fieldwood Energy Inc. (4991); Fieldwood Energy Offshore LLC (4494); Fieldwood Onshore LLC (3489); Fieldwood SD Offshore LLC (8786); Fieldwood Offshore LLC (2930); FW GOM Pipeline, Inc. (8440); GOM Shelf LLC (8107); Bandon Oil and Gas GP, LLC (9172); Bandon Oil and Gas, LP (9266); Fieldwood Energy SP LLC (1971); Galveston Bay Pipeline LLC (5703); and Galveston Bay Processing LLC (0422).  The Debtors' primary mailing address is 2000 W. Sam Houston Parkway S., Suite 1200, Houston, TX  77042.

*Implementation Agreement* attached hereto as **Exhibit B** (excluding copies of the changed-pages redlines otherwise annexed as **Exhibits D and F**),

(ii) a revised *Fieldwood Energy I LLC Agreement* attached hereto as **Exhibit C**, with a changed-pages only redline against the Initial FWE I LLCA attached hereto as **Exhibit D**, and

(iii) a revised *Standby Loan Agreement* attached hereto as **Exhibit E**, with a changed-pages only redline against the First Revised Standby Loan Agreement attached hereto as **Exhibit F**.

Dated: May 9, 2021
Houston, Texas

          Respectfully submitted,

          /s/ Alfredo R. Pérez
          WEIL, GOTSHAL & MANGES LLP
          Alfredo R. Pérez (15776275)
          700 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone:  (713) 546-5000
          Facsimile:  (713) 224-9511
          Email:  Alfredo.Perez@weil.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Matthew S. Barr (admitted *pro hac vice*)
          Jessica Liou (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:  (212) 310-8007
          Email: Matt.Barr@weil.com
                  Jessica.Liou@weil.com

          *Attorneys for Debtors*
          *and Debtors in Possession*

**Certificate of Service**

    I hereby certify that, on May 9, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  /s/ *Alfredo R. Pérez*
                                                  Alfredo R. Pérez