**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | * | Case No.   20-33948 (MI) |
| | * | |
| FIELDWOOD ENERGY LLC. *et al* | * | Chapter 11 |
| | * | |
| Debtors. | * | (Jointly Administered) |

## **LLOG'S EXPERT DESIGNATION**

NOW COME, LLOG Exploration Offshore, L.L.C., and LLOG Energy, L.L.C., ("LLOG") through undersigned counsel, and respectfully designate the following experts in this matter:

1. Lee E. George

Mr. George will testify regarding the value of the overriding royalty interest as discussed in the report attached hereto as Exhibit A, LLOG-000027 to LLOG-000051 and in the previously produced documents identified and produced by LLOG.  Mr. George has been a petroleum engineering consultant at NSAI since 1997. Work includes oil and gas property evaluations, analysis of secondary and tertiary recovery projects, field studies, evaluation of drilling proposals, and resources assessments.  *See* Exhibit B, Resume of Lee E. George, LLOG-000024 to LLOG-000026.

2. Phil Cossich

Phil will also testify regarding the value of the overriding royalty interest as discussed in the report attached hereto as Exhibit A, LLOG-000027 to LLOG-000051 and in the previously produced documents identified and produced by LLOG.  Mr. Cossich joined LLOG in 2011 and currently serves as Chief Financial Officer and Treasurer. Before assuming his current role in September of 2018, Phil was the Vice President of Planning and Budgeting. Phil previously worked as an associate at Macquarie, where he focused on acquisitions and divestitures for

1

upstream E&P companies. In addition, he was an analyst at Tristone Capital where he oversaw the acquisition and growth of established, profitable and cash generative companies. Phil received his Bachelor of Science degree in Business Administration from Washington and Lee University.

Respectfully submitted,

/s/ John E. W. Baay II
JOHN E. W. BAAY, II
Texas State Bar No. 798042
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800, 701 Poydras Street
New Orleans, Louisiana   70139-4800
Telephone:   (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com
*Counsel for* LLOG Exploration Offshore, L.L.C. and LLOG Energy, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Expert Designation was served via electronic mail on the 10th day of May, 2021, upon all parties in interest listed on the ECF service list.

/s/ John E. W. Baay II