

# LEE E. GEORGE
Vice President - Team Leader
lgeorge@nsai-petro.com

Education:  B.S. (with highest honors), Civil Engineering, University of Texas at Austin.

Certifications/Associations:  Licensed Professional Engineer in the State of Texas.  Member of the Society of Petroleum Engineers.

Lee has been a petroleum engineering consultant at NSAI since 1997.  Work includes oil and gas property evaluations, analysis of secondary and tertiary recovery projects, field studies, evaluation of drilling proposals, and resources assessments.  Areas of specific expertise include waterflooding, $CO_2$ projects, well test and nodal analysis, abnormally pressured reservoirs, retrograde condensate reservoirs, gas deliverability, and material balance/reservoir simulation studies.  Additionally, he is experienced with fiscal terms, production sharing agreements, and service contract terms commonly used in many regions of the world including Algeria, Angola, Argentina, Australia, China, Congo, Ecuador, Egypt, Indonesia, New Zealand, Papua New Guinea, Venezuela, Trinidad, and others.  Some of the major projects Lee has been involved with are listed below.

## PROJECT EXPERIENCE

EXPERT TESTIMONY/EQUITY/ARBITRATION

- Prepared independent technical report and provided expert testimony for an arbitration involving properties located in Kings County, California.  The arbitration involved estimating loss of production related to alleged trespass and unrelinquished acreage.
- Provided expert testimony and conducted the technical work to prepare expert and rebuttal reports used in an ICSID tribunal (ARB/06/11).  In the arbitration, represented a major international oil company with a multi-billion dollar claim against a South American country.
- Prepared an expert technical report and testified during a deposition regarding poor production performance and pressure maintenance issues for several wells located in Lafourche Parish, Louisiana. The case settled before going to trial.
- Provided reserves reports and expert testimony for a bankruptcy proceeding that involved several South Louisiana and Gulf of Mexico oil and gas properties.
- Provided engineering support to the Independent Expert in a gas reserves redetermination for the Maui Field located offshore New Zealand
- Lead engineer in the Cedar Hills, North Dakota, arbitration between Burlington Resources, Inc. and Continental Resources, Inc.  Provided litigation support during depositions and the trial phase of the arbitration.

PROBABILISTIC/RESOURCES ASSESSMENTS

- Assessed the risked exploration potential of numerous prospects located in the Exmouth, Barrow, Dampier, and Beagle sub-basins of the Northwest Shelf of Australia as part of a fair market value evaluation.
- Provided engineering support for numerous resources assessments and drilling proposals in the Hardeman Basin, East Texas, and the Texas Gulf Coast.
- Conducted regional exploration study and resources potential assessment in Block 126, Algeria.
- Performed probabilistic evaluation of exploration potential of the Acambuco Block in the Northwest Basin of Argentina.

**LLOG-000024**



## LEE E. GEORGE
(Continued)

NORTH AMERICA

- Conducted numerous oil and gas property evaluations in most regions of the United States, including preparation of annual and semi-annual reserves reports used in banking, SEC filings and other financing.
- Evaluated several deep retrograde condensate reservoirs in south Louisiana for project financing.
- Conducted reserves study for the Greater Natural Buttes field complex as part of a potential acquisition.
- Served as lead engineer on several regional screening studies involving gas deliverability, infill drilling, horizontal drilling, and acquisition targets.
- Conducted reserves studies for various fields located in the Cook Inlet and the North Slope of Alaska.
- Coordinated several reserves studies in the Permian Basin for potential acquisitions, sales, and mergers.  Many of those studies included evaluation of tertiary recovery.
- Evaluated horizontal drilling and secondary recovery, including high pressure air injection, in the Cedar Hills Field, Williston Basin, North Dakota.
- Estimated reserves for many Gulf of Mexico fields including large deep water projects.
- Conducted several assessments of Helium resources in both the United States and Canada.

SOUTH AMERICA

- Performed a technical evaluation of several Ecuadorian oil fields located in Block 15 on behalf of Occidental Petroleum Corporation, including structure mapping, depth conversion, cross section generation and correlations, 3-D modeling, and volumetrics.  Estimated proved, probable, and possible reserves and provided several expert reports for an international arbitration.
- Audited reserves for Block 15 and Fanny-Dorine Field in the Tarapoa Block, Ecuador, for Encana.
- Conducted reserves certification for an onshore gas field in Trinidad for Vintage Petroleum, Inc.
- Conducted reserves certification for Santa Cruz I, Argentina, and evaluated resources potential for Ultrapetrol.
- Evaluated several existing and proposed waterfloods for Vintage Oil Argentina, Inc. in the San Jorge Basin of Argentina.
- Annual reserves assessment for Blocks 14, 17, and Shiripuno Concessions in the Oriente Basin of Ecuador for Vintage Petroleum, Inc.

MIDDLE EAST

- Conducted reserves certification for the Dukhan Field in Qatar as part of the NGL-4 and Q-Chem projects.

ASIA PACIFIC

- Conducted reserves certification study for several fields located onshore and offshore Japan including several fractured granite reservoirs.
- Conducted gas reserves certification for the four-field Geryon complex on the Northwest Shelf of Australia.
- Coordinated material balance and gas deliverability studies for East Spar, John Brookes, and Reindeer Fields as part of a potential methanol project.
- Conducted field study for the Maui gas field, offshore in the Taranaki Basin of New Zealand.

AFRICA

- Coordinated regional study of 13 fields in the Ghadames and Illizi Basins of eastern Algeria for Anadarko.

**LLOG-000025**



## LEE E. GEORGE
(Continued)

- Conducted reserves certification for the Obe and Ukpokiti Fields in offshore Nigeria.
- Performed gas deliverability study and reserves certification for Alba Field, Equatorial Guinea, in support of the methanol plant financing by OPIC.

### PRIOR EXPERIENCE

Lee's prior work experience includes several engineering assignments at Exxon Company, U.S.A. in Corpus Christi (1981 to 1992), Houston (1993 to 1994), and New Orleans (1995 to 1997).  Lee's first assignment was as a Facility and Construction Engineer involved in the design and construction of many facilities in the South Texas area, including several cryogenic gas plant installations, sour gas treating facilities, gas compression additions, and pipeline projects.  Subsequent assignments included reservoir and subsurface engineering for several South Texas fields involving surveillance activities, workover and drilling prospect evaluation, reserves assessment, well completion and hydraulic fracture design, compression, low pressure gas depletion techniques, and abnormally pressured gas reservoirs.  Lee's work included economic evaluations, volumetric calculations, reservoir simulation, P/Z analysis, and well test design/analysis.  Before leaving Exxon, Lee was part of the reservoir management steering team for Exxon's Gulf of Mexico fields, providing guidance on depletion planning and optimization.  In addition he was responsible for a mature offshore oil field where he identified, evaluated, and recommended a successful horizontal well program to redevelop the field.

### REFERENCES

Glenn Devoll – Gungoll, Collins, Box & Devoll, P.C., Enid, Oklahoma
Patrick Gray – Johnson Gray McNamara, LLC, Lafayette, Louisiana
Dwayne Guidry – ExxonMobil Corporation, Houston, Texas
Kevin Hayes – Hall Estill, Tulsa, Oklahoma
Jim Lee – Vinson & Elkins LLP, Dallas, Texas
David Rivkin – Debevoise & Plimpton LLP, New York City, New York
Mark Shircore – BHP Billiton Petroleum Pty. Ltd., Perth, Australia
Dr. S. P. Singh – Occidental Petroleum Corporation, Houston, Texas
Graham Whaling – Parkman Whaling LLC, Houston, Texas

LLOG-000026