# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | §   Chapter 11 |
| **FIELDWOOD ENERGY, LLC, et *al.*,** | § |
| | §   Case No. 20-33948 (MI) |
| Debtors. | § |
| | §   (Jointly Administered) |
| | § |

## SUPPLEMENTAL NOTICE OF DEPOSITIONS

TO ALL PARTIES IN INTEREST AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 30(b)(6) deposition of Fieldwood Energy, LLC ("Fieldwood"), which was originally noticed to creditors and other parties in interest on April 30, 2021 (ECF Dkt No. 1321) with a date and time TBD, has now been scheduled for Thursday, May 13, 2021, to commence at 9:30 a.m. (CST). This 30(b)(6) deposition is being conducted by the sureties[1] in coordination with BP Exploration & Production, Inc. To the extent the deposition is not completed on Thursday, it will continue in the afternoon on Friday, May 14, 2021. A true and correct copy of the Notice of Rule 30(b)(6) Deposition is attached hereto as **Exhibit "A"**. Parties in interest who wish to attend the deposition should contact Jase Brown, jbrown@csglaw.com **no fewer than 24 hours before the start of the deposition** for more information regarding attending this deposition remotely.

---

[1] Aspen American Insurance Company, Berkley Insurance Company, Everest Reinsurance Company, Sirius America Insurance Company, U.S. Specialty Insurance Company, HCCI, Lexon Insurance Company, Philadelphia Indemnity Insurance Company, North American Specialty Insurance Company, Zurich American Insurance Company, RLI Insurance Company, The Hanover Insurance Company, Liberty Mutual Insurance Company, Travelers Casualty & Surety Company of America, XL Specialty Insurance Company, Berkley Insurance Company, Aspen American Insurance Company, Everest Reinsurance Company and Sirius America Insurance Company.

Dated: May 11, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Randall A. Rios
    Randall A. Rios
    State Bar No. 16935865
    Timothy A. Million
    State Bar No. 24051055
    600 Travis, Suite 2350
    Houston, Texas 77002
    Tel: 713-525-6226
    Fax: 713-647-6884
    Email: randy.rios@huschblackwell.com
            tim.million@huschblackwell.com

**CO-COUNSEL FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

-AND-

Armen Shahinian, Esq. (admitted *pro hac vice*)
(ashahinian@csglaw.com)
Scott A. Zuber, Esq. (admitted *pro hac vice*)
(szuber@csglaw.com)
Darren Grzyb, Esq. (admitted *pro hac vice*)
(dgrzyb@csglaw.com)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
(tfreedman@csglaw.com)

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange New Jersey 07052

**ATTORNEYS FOR ASPEN AMERICAN INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY AND SIRIUS AMERICA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on May 11, 2021, a copy of this document was served by electronic service on all parties listed as receiving notice *via* the Court's CM/ECF system.

*/s/ Timothy A. Million*
Timothy A. Million
